# **EXHIBIT 44**

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

225

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
--------------------------- X
In re:                       :
                             : PROMESA
THE FINANCIAL OVERSIGHT      : TITLE III
AND MANAGEMENT BOARD         :
FOR PUERTO RICO,             : Case No.
                             : 17 BK 3283-LTS
   as representative of      :
                             : (Jointly
THE COMMONWEALTH OF          :  Administered)
PUERTO RICO,                 :
                             :
          Debtor.            :
--------------------------- X
In re:                       :
                             : PROMESA
THE FINANCIAL OVERSIGHT      : TITLE III
AND MANAGEMENT BOARD         :
FOR PUERTO RICO,             :
                             : Case No.
   as representative of      : 17 BK 3567-LTS
                             :
THE COMMONWEALTH OF          : CONFIDENTIAL
PUERTO RICO, et al.,         : PURSUANT TO
                             : PROTECTIVE ORDER
          Debtor.            :
--------------------------- X VOL. II OF II
```

Videotaped deposition of TIMOTHY H.
AHLBERG, conducted virtually, pursuant to
continuance, reported stenographically by
Cynthia J. Conforti, CSR, RPR, CRR, commencing
at the hour of 9:46 a.m. CST, on the 23rd day
of April, 2020.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

2 (Pages 226 to 229)

---

**226**

A P P E A R A N C E S:
FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, as representative of the
COMMONWEALTH OF PUERTO RICO:
    PROSKAUER ROSE LLP
    Eleven Times Square
    (Eighth Avenue & 41st Street)
    New York, New York 10036-8299
    212.969.3000
BY:  DAVID A. MUNKITTRICK, ESQ.
    dmunkittrick@proskauer.com
    MICHAEL T. MERVIS, ESQ.
    mmervis@proskauer.com

BY:  ELLIOT STEVENS, ESQ.
    estevens@proskauer.com
    One International Place
    Boston, Massachusetts 02110-2600
    617.526.9600

FOR AMBAC ASSURANCE CORPORATION:
    MILBANK LLP
    55 Hudson Yards
    New York, New York 10001-2163
    212.530.5000
BY:  CAELAINN CARNEY, ESQ.
    ccarney@milbank.com
    WILL DENKER, ESQ.
    wdenker@milbank.com
    JOHN HUGHES, ESQ.
    jughes2@milbank.com
    KEVIN MAGGIO, ESQ.
    kmaggio@milbank.com
    GRANT MAINLAND, ESQ.
    gmainland@milbank.com
    DAVID MARCOU, ESQ.
    dmarcou@milbank.com
    ATARA MILLER, ESQ.
    amiller@milbank.com
    ALEXANDRA PASLAWSKY, ESQ.
    apaslawsky@milbank.com
    KEVIN WESTERMAN, ESQ.
    kwesterman@milbank.com

---

**228**

A P P E A R A N C E S: (Continued)

ON BEHALF OF ASSURED GUARANTY CORP. and ASSURED
GUARANTY MUNICIPAL CORP.:
    CADWALADER, WICKERSHAM & TAFT LLP
    200 Liberty Street
    New York, New York 10281
    212.504.6000
BY:  THOMAS J. CURTIN, ESQ.
    thomas.curtin@cwt.com
    BILL NATBONY, ESQ.
    bill.natbony@cwt.com
    CASEY JOHN SERVAIS, ESQ.
    casey.servais@cwt.com
    JACLYN A. HALL, ESQ.
    jaclyn.hall@cwt.com

FOR FINANCIAL GUARANTY INSURANCE COMPANY:

    BUTLER SNOW LLP
    The Pinnacle at Symphony Place
    Suite 1600
    150 3rd Avenue South
    Nashville, Tennessee 37201
    615.651.6700
BY:  JASON W. CALLEN, ESQ.
    jason.callen@butlersnow.com
BY:  ADAM M. LANGLEY, ESQ.
    adam.langley@butlersnow.com
    6075 Poplar Avenue
    Suite 500
    Memphis, Tennessee 38119
    901.680.7200

---

**227**

A P P E A R A N C E S: (Continued)

FOR NATIONAL PUBLIC FINANCE GUARANTEE CORP.:

    WEIL GOTSHAL & MANGES LLP

    767 Fifth Avenue
    New York, New York 10153-0119
    212.310.8000
BY:  ROBERT S. BEREZIN, ESQ.
    robert.berezin@weil.com
    CHRISTINE CALABRESE, ESQ.
    christine@calabrese@weil.com
    GASPARD RAPPOPORT, ESQ.
    gaspard.rappoport@weil.com

FOR THE PUERTO RICO FISCAL AGENCY AND FINANCIAL
ADVISORY AUTHORITY:

    O'MELVENY & MYERS LLP

    610 Newport Center Drive
    17th Floor
    Newport Beach, California 92660
    949.823.6900
BY:  ELIZABETH L. McKEEN, ESQ.
    emckeen@omm.com
    ASHLEY PAVEL, ESQ.
    apavel@omm.com
    610 Newport Center Drive
    17th Floor
    Newport Beach, California 92660
    949.823.6900
- also -
    MARINI PIETRANTONI MUÑIZ LLC
    250 Avenue Ponce de Leon
    Suite 900
    San Juan, Puerto Rico 00918
    787.705.2171
BY:  IVÁN GARAU GONZÁLEZ, ESQ.
    igarau@mpmlawpr.com

---

**229**

A P P E A R A N C E S: (Continued)

FOR CANTOR-KATZ COLLATERAL MONITOR LLC, as
Collateral Monitor for GDB DEBT RECOVERY
AUTHORITY:

    ORRICK, HERRINGTON & SUTCLIFFE LLP

    51 W 52nd Street
    New York, New York 10019
    212.506.5000
BY:  DAVID LITTERINE-KAUFMAN, ESQ.
    dlitterinekaufman@orrick.com

FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS:

    PAUL HASTINGS LLP

    MetLife Building
    200 Park Avenue
    New York, New York 10166
    212.318.6000
BY:  ZACHARY S. ZWILLINGER, ESQ.
    zacharyzwillinger@paulhastings.com

FOR AMERINATIONAL COMMUNITY SERVICES, LLC, as
servicer for the GDB DEBT RECOVERY AUTHORITY:
    MCCONNELL VALDÉS LLC
    270 Muñoz Rivera Avenue
    Hato Rey, Puerto Rico 00918
    787.759.9292
BY:  NAYUAN ZOUAIRABANI TRINIDAD, ESQ.
    nzt@mcvpr.com
ALSO PRESENT:
    Hira Baig, Weil Gotshal & Manges LLP
    Lou Testani, Milbank LLP
    Alexander Whitelaw, Weil Gotshal & Manges LLP
    Anthony Micheletto, Videographer

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                           April 23, 2020

3 (Pages 230 to 233)

---

**230**

INDEX

TESTIMONY OF TIMOTHY H. AHLBERG          PAGE

Examination by Ms. Miller:          236
Examination by Ms. McKeene:          548

DEPOSITION EXHIBITS
NUMBER          DESCRIPTION          PAGE
MONOLINES

Exhibit 19A   June 30, 2016          247
              Basic Financial
              Statements and
              Required Supplementary
              Information
              CW_STAY0010168 -
              0010367

Exhibit 19B   6/30/16 Notes to the          247
              Basic Financial
              Statements 0010368 -
              0010543

Exhibit 20   FAFAA Treasury Single          274
             Account ("TSA") FY 2020
             Cash Flow As of April 10, 2020
             No Bates numbers

Exhibit 21   Laws of Puerto Rico          298
             Annotated Currentness
             Title 3, Executive
             Chapter 67, Puerto Rico
             Infrastructure Financing
             Authority Act
             No Bates numbers

Exhibit 22   Trust agreement related          217
             to the Puerto Rico
             Infrastructure Financing
             Authority to Citibank, N.A
             No Bates numbers

---

**231**

DEPOSITION EXHIBITS (Continued)
NUMBER          DESCRIPTION          PAGE
MONOLINES
Exhibit 23   Exhibit A - Flow of          335
             Rum Taxes
             No Bates numbers
Exhibit 24   PRIFA Rum Excise Taxes          340
             Flow of Funds
             No Bates numbers
Exhibit 25   Application and          357
             Agreement for Opening
             Bank Account
             PRIFA_STAY0003747 -
             0004742
Exhibit 26   Statement of Account          368
             for Account 1891
             PRIFA_STAY0004151 -
             0004152

Exhibit 27   Commonwealth Department          371
             of the Treasury
             Remittance Receipt
             PRIFA_STAY0001065 -
             0001070 plus English
             translation not Bates
             numbered

Exhibit 28   Lockbox Agreement          377
             PRIFA_STAY0000472 -
             0000542

Exhibit 29   Lockbox Receipt Notice          389
             PRIFA_STAY0001319 -
             0001326

Exhibit 30   Assignment and          418
             Coordination Agreement
             No Bates numbers

---

**232**

DEPOSITION EXHIBITS (Continued)
NUMBER          DESCRIPTION          PAGE
MONOLINES
Exhibit 31   Pledge Assignment          439
             Agreement by and among
             The Puerto Rico
             Convention Center
             District Authority, the
             Government Development
             Bank and JPMorgan Chase
             No Bates numbers

Exhibit 32   Puerto Rico Tourism          445
             Company Room Taxes Flow
             of Funds
             No Bates numbers
Exhibit 33   Government Development          464
             Bank For Puerto Rico
             Hotel Occupancy Tax
             Pledge Account
             CCDA_STA0006780 -
             0006787
             English Translation
             no Bates numbers

Exhibit 34   Instruction letters          491
             CCDA_STAY 0004927 -
             0004328
             English translation
             No Bates numbers

Exhibit 35   Discovery on Lift          499
             Stay Motions - Movants'
             Letters dated March
             23, 2020
             No Bates numbers

---

**233**

DEPOSITION EXHIBITS (Continued)
NUMBER          DESCRIPTION          PAGE
MONOLINES
Exhibit 36   Document in Spanish          521
             CCDA_STAY0006916 -
             0006917
             Document in Spanish
             CCDA_STAY0006916 -
             0006917
             English translation
             No Bates numbers
             Document in Spanish
             CCDA_STAY0006916 -
             0006917

Exhibit 37   FirstBank          520
             Statement of Account
             CCDA_0000785

Exhibit 38   (Not referenced)
             10/14/18 letter,
             Ana Garcia Noya,
             Deputy Treasury
             Secretary to Arnaldo
             Maestry, Government
             Development Bank
             For Puerto Rico
             PRIFA_STAY0001079 -
             0001093

PREVIOUSLY MARKED EXHIBITS REFERRED TO (NOT
TENDERED FOR INCLUSION INTO TRANSCRIPT)

Exhibit 11          548

Exhibit 14          549

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

4 (Pages 234 to 237)

---

**234**

PRODUCTION REQUESTS

Page 432, Line 19:

"MS. MILLER:  Okay.  Well, I'm going to call for the production of any such documents that the Commonwealth intends to rely on as evidence that the account that you're going to tell me is the transfer account is in fact the transfer account."

Page 486, Line 17:

MS. MILLER:  "So I'm going to call on the record for the production of any such documents that you've seen that you're relying on for your testimony that the 5144 account is the surplus account or that the Commonwealth otherwise intends to rely on."

---

**235**

THE VIDEOGRAPHER:  We are now on the record.  Welcome to the continuing deposition of Timothy Ahlberg.  My name is Anthony Micheletto.  I am the videographer and conference call host for Henderson Legal Services.

Today's date is April 23, 2020.  The time is 9:46 a.m., Central time.

It is my understanding that there are approximately 44 attorneys attending telephonically.  To keep instructions at a minimum, I will be muting all telephones except the witness, taking attorney, and opposing counsel whom will dial *6 so they can be heard.

In addition, if you are not speaking, please make sure you turn off your camera on LiveLitigation.  You should receive the video stream through your computer and audio through your phone.  Periodically, during the break, I will communicate to everyone how long we have been on the record.  Our court reporter today is Cynthia Conforti.

Mr. Ahlberg, you are still under oath.

Counsel, you may proceed.

---

**236**

(Witness previously sworn.)

TIMOTHY H. AHLBERG, having been duly sworn, was examined and testified further as follows:

EXAMINATION

BY MS. MILLER:

Q.    Good morning, Mr. Ahlberg.  I am Atara Miller, and I'm from Milbank, and I'm counsel for Ambac Assurance Corporation in this matter.  I'll be asking questions today relating to PRIFAS and CCDA Flow of Funds, and I'm asking questions on behalf of all of the defendants here.  I guess I'll open with that here, I should say.

So as the videographer indicated, Mr. Ahlberg, do you understand that you're still under oath today?

A.    Yes.

Q.    And you understand that the testimony that you're giving has the same weight and effect as if you were giving it in a court of law, correct?

A.    Yes.

Q.    And the instructions that Mr. Natbony gave you yesterday will continue,

---

**237**

but I'm just going to remind you of two critical ones, particularly as we are taking this by video.

The first one is to be sure not to talk over each other.  The court reporter, especially on video, is going to have a hard time recording what you're saying.  So I'm going to wait for you to finish answering the question before I ask the next question.  I'm going to ask you to wait for me to finish asking the question before you start answering.  Is that okay?

A.    Okay.

MS. McKEEN:  I'm having a little -- I'm having a little trouble hearing you.  Can you maybe position your phone closer or turn up the volume on your -- your phone?  I can hear Atara just fine.

THE WITNESS:  Is that any better?

MS. McKEEN:  It is.  Thank you.

BY MS. MILLER:

Q.    At any time today, if you'd like to take a break, I am happy to take one, but I am going to ask you to answer any question that's pending before we take a break.  But

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

5 (Pages 238 to 241)

## 238

otherwise, if you want a break, I'll take one
at the next convenient point.  Is that okay?

    **A.**  Okay.

    Q.  You testified multiple times on
Tuesday that in your mind, Funds don't have
balances.  Do you recall that?

    MS. McKEEN:  Object to the form.

    THE WITNESS:  I do recall saying
that I don't think about Fund numbers in that
way.

BY MS. MILLER:

    Q.  Okay.  When you say "Fund
numbers," what do you mean?"

    **A.**  **Numbers that correspond with
different Funds within the PRIFAS system.**

    Q.  Okay.  So let me ask you so the
record's clear.

    Mr. Ahlberg, in your opinion, do
Funds have balances?

    MS. McKEEN:  Objection to the form
of the question.

    UNIDENTIFIED SPEAKER:  Objection.

    THE WITNESS:  I don't typically
think about Funds as having balances.

## 239

BY MS. MILLER:

    Q.  Is it your testimony that Funds
within the Commonwealth accounting system do
not have balances?

    MS. McKEEN:  Objection.

    THE WITNESS:  I don't think about
Funds having balances within the TSA account.

BY MS. MILLER:

    Q.  Okay.  So it's a yes-or-no
question.  I'm not asking you about how you
think about it.  I'm asking you whether it is
your testimony that Funds within the
Commonwealth accounting system do not have
balances.

    MS. McKEEN:  Objection.

    THE WITNESS:  It is my testimony
that I don't think about Funds having balances
within bank accounts.

BY MS. MILLER:

    Q.  Does that mean that they don't
have balances?

    MS. McKEEN:  Objection.

    THE WITNESS:  It means that that's
not the way that I think about them.

## 240

BY MS. MILLER:

    Q.  Okay.  So to the best of your
knowledge, do other people within Treasury in
Puerto Rico think about Funds as having
balances?

    MS. McKEEN:  Objection.

    THE WITNESS:  Again, I can't
speculate what every person may or may not
believe about that concept.

BY MS. MILLER:

    Q.  I didn't ask you to speculate.  I
asked you whether to the best of your personal
knowledge, other people within Treasury in
Puerto Rico think about Funds as having
balances.

    MS. McKEEN:  Objection.

    THE WITNESS:  It's not typically
how me or others think about Funds.

BY MS. MILLER:

    Q.  Okay.  And when you say "others,"
who are you referring to?

    **A.**  **Just generally others within the
Department of Treasury.**

    Q.  And when you say "typically," do
you sometimes think about Funds as having

## 241

balances?

    **A.**  **I don't think about Funds having
balances.**

    Q.  Okay.  So it's your testimony that
Funds do not have balances, right?

    MS. McKEEN:  Objection.

    UNIDENTIFIED SPEAKER:  Objection.

    THE WITNESS:  I don't think about
Funds having balances within bank accounts.

BY MS. MILLER:

    Q.  Okay.  But you're not willing to
say that they don't have balances, are you?

    MS. McKEEN:  Objection.

    THE WITNESS:  That's not how I
think about Funds having balances within bank
accounts.

BY MS. MILLER:

    Q.  I got it.  That's not how you
think about it.

    But my question to you is that you
are not willing to say unequivocally that Funds
do not have balances, right?  You cannot say
that.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

6 (Pages 242 to 245)

**242**

1    MS. McKEEN:  Objection to the form
2    of the question.
3    BY MS. MILLER:
4    Q.    Okay.  Let me ask another
5    question.
6        Mr. Ahlberg, can you testify
7    unequivocally that Funds within the TSA do not
8    have balances?
9    A.    I don't think about Funds having
10   balances within bank accounts.
11   Q.    I'm going to ask you for a
12   yes-or-no answer to my question.  It's a simple
13   yes-or-no question.  I'm going to ask it again.
14   I want a yes or a no.  If you need to just
15   explain after, I'd be happy to ask you for an
16   explanation, but I'd like a yes or no, okay?
17   Do you understand that?
18       MS. McKEEN:  Objection.  What
19   you're demanding doesn't dictate what his
20   response needs to be.  He may not think of it
21   as a yes-or-no question no matter how many
22   times you ask it that way.
23   BY MS. MILLER:
24   Q.    Mr. Ahlberg, can you testify
25   unequivocally that Funds within the TSA do not

**243**

1    have balances?
2        MS. McKEEN:  Objection.
3        THE WITNESS:  I do not think about
4    Funds as having balances within the TSA.
5    BY MS. MILLER:
6    Q.    Can you tell me why you can't give
7    me a yes-or-no answer to that question?
8    A.    I cannot give you a yes-or-no
9    answer to that question because that's not how
10   I think about Funds.
11   Q.    Mr. Ahlberg, have you ever looked
12   at the audited financial statements for the
13   Commonwealth?
14   A.    I have seen financial statements
15   of the Commonwealth.
16   Q.    Have you ever seen the audited
17   financial statements for the Commonwealth?
18   A.    I have seen audited financial
19   statements of the Commonwealth.
20   Q.    Did you review audited financial
21   statements of the Commonwealth in preparation
22   for your testimony today?
23   A.    I did review certain portions of
24   audited financial statements.
25   Q.    Okay.  So what portions of the

**244**

1    audited financial statements did you review in
2    connection with your testimony today?
3    A.    Having reviewed hundreds of
4    documents in preparation for this deposition, I
5    can't recall the exact sections of audited
6    financial statements I may have reviewed.
7    Q.    What sections generally did you
8    review?
9    A.    I can't recall any specific
10   sections other than general review of the
11   document.
12   Q.    How did you look at the audited
13   financials?
14   A.    It would not be out of the
15   ordinary course of my daily job function to
16   occasionally look at audited financials.
17   Q.    I know.  You told me that you
18   looked at them in connection with your
19   preparation for your deposition today, so I'm
20   asking do you -- why, in preparing for your
21   deposition today, did you look at the audited
22   financials for the Commonwealth?
23   A.    In order to prepare for the
24   deposition --
25   Q.    Okay.

**245**

1    A.    -- (indiscernible.)
2    Q.    Okay.  And so in preparing for the
3    deposition, what did you think was going to be
4    relevant in the audited financial statement?
5        MS. McKEEN:  I'll object to the
6    extent that, Mr. Ahlberg, you can -- you can
7    answer the question unless it would require you
8    to divulge communications that you had with
9    counsel.  You can answer the question as long
10   as you're not revealing attorney-client
11   (indiscernible).
12       THE REPORTER:  I'm sorry, "as long
13   as you're not"?
14       THE WITNESS:  That said, would you
15   mind repeating the question?
16   BY MS. MILLER:
17   Q.    Sure.  My question was:
18       And so in preparing for the
19   deposition, what did you think was going to be
20   relevant in the audited financial statement?
21       MS. McKEEN:  Objection to the form
22   of the question.
23       THE WITNESS:  I don't think I can
24   answer without revealing privileged
25   conversations.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

7 (Pages 246 to 249)

### 246

BY MS. MILLER:

Q.    Okay.  So your testimony is that you only looked at the audited financial statement because your lawyers told you to; is that right?

MS. McKEEN:  Objection.

THE WITNESS:  That's not what I said.

BY MS. MILLER:

Q.    Okay.  Well, that's the only basis to not answer the question.

So if you have other -- another answer, I'm happy to take it now and ask the question again.

MS. McKEEN:  Objection.

Atara, he's given you an answer.  It's argumentative.

MS. MILLER:  He really hasn't.  Actually, I don't think he's answered a single question that I've asked him yet today, so I'm doing to continue making my record,, and I'm going to go to Judge Dein if I can't start getting answers.  So if you think this is how we're going and you think that's an answer, we will have to fight it out with the judge.  No,

### 247

he has not given me an answer to my question.

MS. McKEEN:  Atara, I --

BY MS. MILLER:

Q.    My -- my question is, Mr. Ahlberg --

MS. McKEEN:  Atara, I was talking.  If you could not cut me off, that would be great.  I disagree with your characterization of the record and the witness's testimony thus far today.

BY MS. MILLER:

Q.    Mr. Ahlberg, did you have any independent reason other than your lawyers telling you to look at the financial statements to review the audited financial statements in preparation for your deposition today?

A.    No.  But as I mentioned, I occasionally review financial statements in the ordinary course of my business.

Q.    You reviewed them in connection with your -- the preparation for your deposition today, right?

A.    Yes.

(Monolines Exhibit 19A and Exhibit 19B are introduced for

### 248

the record.)

BY MS. MILLER:

Q.    Okay.  I want to -- can we mark the Commonwealth of Puerto Rico basic financial statements that are required supplementary information dated June 30, 2016, with independent auditor's report thereon, which was Bates-stamped COMMONWEALTH_STA 0010186.

And it's a large document, so we're going to mark it as Monolines Exhibit 19A and Exhibit 19B so that we can avoid some of the system delay issues we had yesterday.

So it's just the document split.  19A is up right now, or was up, and we'll have 19B if you want to flip through more of it.

MS. MILLER:  Kevin, can you put 19A back up on the screen, please?

BY MS. MILLER:

Q.    Mr. Ahlberg, while we are waiting for the exhibit to get back up on the screen, Funds refer to specific portions of cash in the TSA; isn't that right?

MS. McKEEN:  Objection.

### 249

THE WITNESS:  Can you repeat the question?

BY MS. MILLER:

Q.    Do Funds refer to specific portions of cash in the TSA?

A.    Depends on how you use the word "Funds."

Q.    Okay.  Has the word "Fund," as used in the Commonwealth accounting, does it refer to specific portions of moneys in the TSA?

MS. McKEEN:  Objection.

THE WITNESS:  Funds do not identify cash balances within the TSA.

BY MS. MILLER:

Q.    Okay.  That wasn't my question.  My question is:

Are Funds associated with specific amounts of money in the TSA?

MS. McKEEN:  Objection.

That wasn't my question.  If you want to rephrase it, you can.

BY MS. MILLER:

Q.    Can you answer that question?

A.    Could you repeat it?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

8 (Pages 250 to 253)

---

250

1    Q.    Are Funds associated with
2   particular amounts of money in the TSA?
3    A.    Funds are not associated with cash
4   balances within the TSA.
5    Q.    What are Funds associated with in
6   the TSA?
7    A.    Funds are used to record revenue.
8    Q.    Revenues in the TSA, right?
9    A.    Revenues that results in cash
10  receipts deposited into the TSA.
11   Q.    How is that different from what I
12  said?
13       MS. McKEEN: Object to the form.
14       THE WITNESS: An inherent
15  difference between earned revenue and cash
16  receipts.
17  BY MS. MILLER:
18   Q.    All right. So can there be cash
19  that's not also revenue?
20   A.    The...
21       Are you asking in the Commonwealth
22  if there exists noncash revenue streams?
23   Q.    No. My question was the opposite.
24  My question is:
25       Is all cash also revenue?

---

252

1       THE WITNESS: I said what I said.
2   BY MS. MILLER:
3    Q.    So Funds and Fund numbers do
4   represent specific revenues into the TSA,
5   right?
6    A.    Fund numbers can be used to track
7   earned revenues.
8    Q.    Okay. And can earned revenues
9   also result in cash in the TSA?
10   A.    Earned revenues -- earned revenues
11  that turn into cash receipts may -- may be
12  deposited into the TSA.
13   Q.    And may be allocated to the same
14  Fund numbers, correct?
15       MS. McKEEN: Objection.
16       THE WITNESS: I don't think about
17  allocations of Fund numbers. That doesn't make
18  sense to me.
19  BY MS. MILLER:
20   Q.    Okay. It may be tagged with the
21  same Fund numbers, right?
22       MS. McKEEN: Objection.
23       THE WITNESS: Would you specify
24  when?
25

---

251

1    A.    Not being a CPA, I'm not -- I
2   don't know.
3    Q.    Okay. So you're prepared to be
4   really specific about the difference between
5   cash and revenue, because you're not a CPA, so
6   you can't tell me whether there's cash that's
7   not also revenue, right?
8       UNIDENTIFIED SPEAKER: Objection.
9       THE WITNESS: I answered your
10  previous question.
11       Is there another question?
12  BY MS. MILLER:
13   Q.    Yeah, that was my question.
14       My question was that you're
15  prepared to be very specific about the
16  difference between cash and revenue, but
17  because you're not a CPA, you can't tell me
18  whether there's cash that's not also revenue;
19  is that right?
20       UNIDENTIFIED SPEAKER: Objection.
21       THE WITNESS: I said what I said
22  in the previous answer.
23  BY MS. MILLER:
24   Q.    So that's a yes?
25       MS. McKEEN: Objection.

---

253

1   BY MS. MILLER:
2    Q.    No.
3       Okay. So the exhibit now, which
4   is Monolines Exhibit 19A. As I mentioned, 19B,
5   Mr. Ahlberg, if you need to look at the second
6   half in order to refer to any of my questions,
7   it's available to you. I believe it's
8   submitted -- a submitted exhibit, although it's
9   not currently part of what's being exhibited,
10  so you should have access to that as well.
11       Do you recognize this document?
12   A.    I recognize the cover page of this
13  document.
14   Q.    Okay. And did you speak to anyone
15  at Treasury about this document in connection
16  with your deposition today?
17   A.    No.
18   Q.    Okay. I'd like to turn to the
19  next page of the exhibit, please. And do you
20  see this document identifies that it was
21  prepared by the Puerto Rico Department of the
22  Treasury? Do you see that?
23   A.    I see that on the document.
24   Q.    You have no reason to dispute
25  that, do you?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

9 (Pages 254 to 257)

---

**254**

1    A.    The document says what it says.
2    Q.    Is that a no, you have no reason
3  to dispute that?
4         MS. McKEEN:  Objection.
5         THE WITNESS:  The document says it
6  was prepared by Puerto Rico Department of
7  Treasury.
8  BY MS. MILLER:
9    Q.    And you have no basis to think
10  that that's not true, right?
11    A.    The document says what it says.
12    Q.    Okay.  But I'm asking you whether
13  you had any conversations with anybody at
14  Treasury about this document and they said,
15  "Oh, my God, have you seen the 2016 audited
16  financials?  Crazy that that went out.  We had
17  nothing to do with it.  I can't believe our
18  name's on it."
19         That's my question.
20         So when I ask you do you have any
21  basis to believe that that's not accurate,
22  that's what I'm asking.  Do you understand?
23         MS. McKEEN:  Objection to the form
24  of the question.
25

---

**255**

1  BY MS. MILLER:
2    Q.    So I'm going to ask my question
3  again.
4         Do you have any basis to believe
5  that this document was not prepared by the
6  Puerto Rico Department of Treasury?
7    A.    The document says it was prepared
8  by the Puerto Rico Department of Treasury.
9    Q.    And you have no independent basis
10  to believe that that is not true, right?
11    A.    The document says what it says.
12    Q.    Okay.  You won't say that you
13  don't have an independent basis to say that
14  this was not prepared by the -- by the
15  Puerto Rico Department of Treasury?
16         MS. McKEEN:  Objection to the form
17  of the question.
18  BY MS. MILLER:
19    Q.    Mr. Ahlberg, I don't need you to
20  testify to what the document says.  The
21  document speaks for itself.
22         I'm asking you for your testimony,
23  whether you have any reason to believe that
24  this document was not prepared by the
25  Puerto Rico Department of Treasury.  That's my

---

**256**

1  question.
2         Do you have any reason to believe
3  that this document was not prepared by the
4  Puerto Rico Department of Treasury?
5    A.    They're basic financial statements
6  and required supplementary information.  The
7  document shows it was prepared by the
8  Puerto Rico Department of Treasury.
9    Q.    And you have no reason to believe
10  that that's not true, right?
11    A.    That's what the document says.
12    Q.    So you're going to refuse to
13  answer that question?
14         MS. McKEEN:  Objection.
15  BY MS. MILLER:
16    Q.    That was a question, Mr. Ahlberg.
17  I'm asking you if you're refusing to testify
18  about whether you have any reason to believe
19  that this document was not prepared by the
20  Department of Treasury.
21    A.    The document says it was prepared
22  by the Department of Treasury.
23    Q.    Have you had any conversations
24  with anybody that would indicate that this
25  document was not in fact prepared by the

---

**257**

1  Department of Treasury?
2    A.    No.
3    Q.    Have you seen any document that
4  would indicate that this document was not in
5  fact prepared by the Puerto Rico Department of
6  Treasury?
7    A.    No.
8    Q.    So you have no independent reason
9  to believe that this document was not prepared
10  by the Department of Treasury, correct?
11    A.    Document says it was prepared by
12  Puerto Rico Department of Treasury.
13    Q.    I don't think you need a graduate
14  degree to understand my questions, so I'd
15  appreciate going forward, if you could just
16  answer them.  Thank you.
17         MS. McKEEN:  Objection.
18  BY MS. MILLER:
19    Q.    I'd like you to look at the next
20  page of the exhibit.  This is the table of
21  contents.  Have you seen the table of contents
22  to the audited financial statements?
23    A.    I don't recall typically viewing
24  the table of contents of these financial
25  statements previously.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                              April 23, 2020

10 (Pages 258 to 261)

258

1  Q.    Okay.  Looking at the financial
2  statements for the Commonwealth, do you see a
3  section called Basic Financial Statements?
4  It's the third line down listed in the
5  contents.
6  A.    I see where it says Basic
7  Financial Statements.
8  Q.    And three lines under that, it
9  says Fund Financial Statements.
10        Do you see that?
11 A.    I see that.
12 Q.    What's your understanding of what
13 Fund Financial Statements are?
14 A.    Not being a CPA, I don't know the
15 exact definition of Fund Financial Statements.
16 Q.    I'm just asking for your
17 understanding.
18        You mentioned that these
19 are -- this is a document you looked at in
20 connection with your preparation and also a
21 document that you looked at periodically in the
22 ordinary course of business.
23        So what is your understanding --
24 understanding that you're not a CPA, what is
25 your understanding of what Fund Financial

259

1  Statements are?
2  A.    My understanding of Fund Financial
3  Statements is that there will be financial
4  statements for Funds.
5  Q.    And when you say "for Funds," what
6  Funds are we talking about?
7  A.    Not being a CPA, I don't know the
8  exact Funds.
9  Q.    Okay.  Well, why does that require
10 being a CPA to answer?
11 A.    Not being a CPA, I think that
12 there are specific definitions for those terms
13 that I do not want to mischaracterize, not
14 being a CPA.
15 Q.    Okay.  So I understand that you're
16 not a CPA, and that's pretty clear on the
17 record so far.  So when I ask you questions,
18 it's all going to be based on your
19 understanding, which is recognizing that you
20 are not a CPA, okay?
21        So what's your understanding of
22 what Funds are included?
23        MS. McKEEN:  Objection to the form
24 of the question.
25        THE WITNESS:  Having reviewed

260

1  hundreds of documents in preparation for this
2  deposition, I don't have the Funds memorized.
3  BY MS. MILLER:
4  Q.    Do you know -- can you think of
5  any Fund?
6  A.    It depends on how you're using the
7  term "Funds."
8  Q.    Well, I'm asking how you
9  understand this term was used in these
10 financial statements.  Can you think of any
11 Fund?
12 A.    I can't think of any off the top
13 of my head, but I'm happy to flip to the Fund
14 section of this document with you.
15 Q.    Okay.  So going down a few lines
16 from Fund Financial Statements in the table of
17 contents, do you see about one, two,
18 three -- well, the next line talks about
19 Government Fund, and it goes through a number
20 of Funds that have Fund Financial Statements
21 contained within these audited financials.
22        Do you see that in the table of
23 contents?
24 A.    I see that.
25 Q.    Okay.  And so the -- I want you to

261

1  just look at the third entry.  It says:
2        Statement of revenue, expenditures
3  and changes in Fund balance.
4        Do you see that?
5  A.    Yes, I see it.
6  Q.    Do you have an understanding of
7  what "changes in Fund balance" means?
8  A.    Without reviewing page 40 of this
9  document, I can't say for certain.
10 Q.    Okay.  Do you have some basic
11 accounting knowledge?
12 A.    I do have some basic accounting
13 knowledge.
14 Q.    How many accounting classes have
15 you taken?
16 A.    I can't recall the exact amount of
17 accounting classes I've taken.
18 Q.    More than one?
19 A.    Yes.
20 Q.    More than two?
21 A.    Yes.
22 Q.    More than three?
23 A.    Yes.
24 Q.    More than four?
25 A.    Yes.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

11 (Pages 262 to 265)

---

**262**

1    Q.    More than five?
2    A.    I think so, but I'm not positive.
3    As I mentioned, I can't recall the exact
4    amount.
5    Q.    Okay.  And so you've taken at
6    least five accounting courses; is that right?
7    A.    Yes.
8    Q.    And were all of those at post high
9    school level?
10   A.    Yes.
11   Q.    And were some of those part of the
12   MBA coursework that you did?
13   A.    No.
14   Q.    So you took at least five
15   accounting courses in college; is that right?
16   A.    Yes.
17   Q.    And does your job require you to
18   apply any basic accounting principles or have
19   familiarity with accounting principles?
20   A.    It is not a requirement to occupy
21   the position that I have.
22   Q.    I'm not asking if that's the job
23   description.
24         I'm asking about whether what you
25   do from day-to-day requires you to have general

---

**263**

1    familiarity with accounting.  How's that?
2    A.    And I have general familiarity
3    with accounting concepts.  I'm not certain that
4    my job requires that.
5    Q.    Did any of the courses that you
6    took on accounting touch on government
7    accounting?
8    A.    I did not take a specific
9    government accounting class.
10   Q.    Okay.  But you know that wasn't my
11   question.  So I'm going to ask you to answer my
12   question, which was:
13         Did any of the courses that you
14   took on accounting touch on government
15   accounting?
16         UNIDENTIFIED SPEAKER:  Objection.
17         THE WITNESS:  I can't recall a
18   specific context of every accounting class I
19   took.
20   BY MS. MILLER:
21   Q.    I didn't ask for a recitation of
22   the context of every course.
23         I'm asking you if you recall
24   whether any of the accounting courses that you
25   took covered government accounting as well.

---

**264**

1         MS. McKEEN:  Objection.
2         THE WITNESS:  I can't recall.
3    BY MS. MILLER:
4    Q.    Have you taken any courses
5    while employed at Conway MacKenzie?
6    A.    Could you clarify what you mean by
7    "courses"?
8    Q.    Any classes, any continuing
9    education presentations, any formal college or
10   graduate degree classes; as broad a definition
11   of "courses" as you could apply.
12   A.    I took a course in preparation for
13   passing Part 1 of the ERA certification, but no
14   college courses while I have been employed by
15   Conway MacKenzie.
16   Q.    Okay.  Did you participate in any
17   presentations related to government accounting?
18   A.    Not to my recollection.
19   Q.    Have you read any books that
20   touched on government accounting specifically
21   for the purpose of understanding it?
22   A.    No.
23   Q.    Okay.  So looking back at
24   Exhibit 19A, which is still up on the screen,
25   did you speak to anybody within the Treasury

---

**265**

1    Department about what "changes in Fund
2    balances" mean?
3         MS. McKEEN:  Objection.
4         THE WITNESS:  No.
5    BY MS. MILLER:
6    Q.    Are you surprised to see statement
7    of revenue expenditures and changes in Fund
8    balances as an entry in the table of contents
9    of the Commonwealth financial statement?
10   A.    I'm not surprised one way or the
11   other.
12   Q.    Okay.  Even though you don't think
13   of Funds as having balances, you're not
14   surprised to see that in the Commonwealth
15   audited financials?
16   A.    I'm not surprised one way or the
17   other.
18   Q.    Okay.  Having seen this, do you
19   stand by your testimony that Funds don't have
20   balances?
21         UNIDENTIFIED SPEAKER:  Objection.
22         UNIDENTIFIED SPEAKER:  Object to
23   the form.
24         THE WITNESS:  I believe my
25   testimony is that I don't think about Funds

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

12 (Pages 266 to 269)

266

```
 1   having balances within the TSA.                    10:23:11
 2   BY MS. MILLER:                                      10:23:11
 3       Q.    Okay.  Mr. Ahlberg, does this tell        10:23:13
 4   you that others within the Puerto Rico              10:23:17
 5   Department of Treasury do think of Funds as         10:23:22
 6   having balances?                                    10:23:33
 7           MS. McKEEN:  Objection.                     10:23:33
 8           THE WITNESS:  Would you repeat the          10:23:44
 9   question?                                           10:23:44
10           MS. MILLER:  Could the court                10:23:44
11   reporter read it back, please?                      10:23:49
12           (Record read as requested.)                 10:24:27
13           THE WITNESS:  It's unclear to me            10:24:27
14   what others may or may not think about Fund         10:24:29
15   balances based on this line of the table of         10:34:30
16   contents here.                                      10:24:32
17   BY MS. MILLER:                                      10:34:32
18       Q.    Okay.  Mr. Ahlberg, financial            10:34:35
19   statements are prepared to serve the public; is     10:34:37
20   that right?  Audited financial statements are       10:34:39
21   prepared for the public; is that right?             10:34:45
22       A.    Audited financial statements are         10:24:50
23   typically published and acceptable to the           10:24:52
24   public.                                             10:34:59
25       Q.    And these financial statements            10:24:59
```

267

```
 1   that we're looking at, do you know who they         10:26:00
 2   were audited by?                                    10:25:03
 3       A.    Off the top of my head, I do not          10:25:05
 4   recall who audited these financial statements.      10:25:10
 5       Q.    Okay.  Well, could we move                10:25:10
 6   two pages forward to the Bates ending 173?          10:25:12
 7   Does this refresh your recollection about who       10:25:22
 8   audited these financial statements?                 10:25:25
 9           MS. McKEEN:  Object to the form.            10:25:27
10           THE WITNESS:  I see that this is            10:25:37
11   an independent auditor's report with the KPMG       10:25:39
12   header on it.                                       10:25:44
13   BY MS. MILLER:                                      10:25:44
14       Q.    Mr. Ahlberg, did KPMG audit the          10:25:47
15   Commonwealth's 2016 financial statements?           10:25:52
16       A.    Yes.                                       10:25:54
17       Q.    In response to a question that I          10:26:00
18   asked previously, you said that your testimony      10:26:03
19   is that you don't think about Funds as having       10:26:06
20   balances within the TSA.  Do you recall that?       10:26:09
21       A.    Yes.                                       10:26:46
22       Q.    Do you think of Funds as having           10:26:46
23   balances other than within the TSA?                 10:26:49
24           THE WITNESS:  Could the court               10:27:14
25   reporter read back that question, please?           10:27:18
```

268

```
 1           (Record read as requested.)                  10:27:41
 2           THE WITNESS:  Okay.  Well, as I              10:27:41
 3   mentioned, I don't think about Funds as having       10:27:43
 4   balances within the TSA.                             10:27:47
 5   BY MS. MILLER:                                       10:27:47
 6       Q.    All right.  So my question is do           10:27:53
 7   you think of Funds as having balances other          10:27:57
 8   than balances within the TSA?                        10:27:57
 9           MS. McKEEN:  Objection to the                10:27:59
10   form.                                                10:28:03
11           THE WITNESS:  Right.  And as I               10:28:03
12   said, I don't think about Funds having               10:28:08
13   balances within the TSA.                             10:28:08
14   BY MS. MILLER:                                       10:28:08
15       Q.    Do you think of Funds as having            10:28:14
16   any other balances -- all right.  Okay.  Strike      10:28:17
17   that.  Let me rephrase.                              10:28:20
18           Do you think of Funds as having a            10:28:21
19   balance other than a balance in the TSA?             10:28:24
20           MS. McKEEN:  Object to the form.             10:28:29
21   BY MS. MILLER:                                       10:28:33
22       Q.    Okay.  Let me rephrase it one more         10:28:32
23   time.                                                10:28:34
24           Do you think about Funds as having           10:28:34
25   a balance that is not a balance in the TSA?          10:28:36
```

269

```
 1       A.    No.                                         10:28:45
 2       Q.    Do you have an understanding at            10:28:54
 3   all of what the Fund balances reflected in the       10:29:00
 4   audited financial statements are?                    10:29:00
 5       A.    I do not know exactly what the             10:29:14
 6   Fund balances shown in these financial               10:29:16
 7   statements are.                                      10:29:19
 8       Q.    All right.  And the very concept           10:29:20
 9   of Fund balances is just disconsonant entirely       10:29:22
10   with your understanding of Funds; is that            10:29:27
11   right?                                               10:29:30
12           MS. McKEEN:  Object to the form.             10:29:30
13           THE WITNESS:  I don't think I                10:29:43
14   understood the question.                             10:29:43
15   BY MS. MILLER:                                       10:29:43
16       Q.    My question is:                            10:29:45
17           The very concept of Fund balances           10:29:47
18   is fundamentally inconsistent with your             10:29:49
19   understanding of Funds; is that right?               10:29:52
20       A.    That is right, in the                     10:30:00
21   context that -- in my work that I do for the        10:30:11
22   Department of Treasury on a regular basis.          10:30:13
23       Q.    What about outside of the context         10:30:15
24   of the work that you do for the Department of       10:30:17
25   Treasury on a regular basis?                         10:30:19
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

13 (Pages 270 to 273)

### 270

1    A.    No.
2    Q.    Okay.  Do you have any
3  understanding of the term "valid" as it relates
4  to a Fund?
5    A.    I don't know the exact definition
6  there.
7    Q.    I'm asking you if you have an
8  understanding of the term "balance" as it
9  relates to a Fund.  I don't understand your
10  answer, so let me ask my question again.
11    Did you, Mr. Ahlberg, have a
12  personal understanding of the term "balances,"
13  as it relates to a Fund?
14    A.    I just -- I don't think about
15  Funds having balances.
16    Q.    So you're -- so in your mind
17  there's no place where the term "Fund" and the
18  term "balance" come together; is that right?
19    MS. McKEEN:  Objection.
20    THE WITNESS:  Is there an
21  outstanding question?
22  BY MS. MILLER:
23    Q.    Yes, the outstanding question is:
24  In your mind there's no place
25  where the term "Fund" and the term "balance"

### 271

1  come together, right?
2    MS. McKEEN:  Same objection.
3    THE WITNESS:  Not in the context
4  of the Flow of Funds which we have put together
5  and presented to you guys.
6  BY MS. MILLER:
7    Q.    What about in any other context?
8    A.    I don't know.
9    Q.    You don't know what you think?
10    MS. McKEEN:  Objection.
11    Atara, did you want to rephrase
12  the question?
13  BY MS. MILLER:
14    Q.    Mr. Ahlberg, is there any place in
15  your mind where the term "Fund" and the term
16  "balance" come together?
17    MS. McKEEN:  Objection.
18    THE WITNESS:  I don't know.
19  BY MS. MILLER:
20    Q.    Mr. Ahlberg, you're here
21  testifying on behalf of the Commonwealth; isn't
22  that right?
23    A.    Yes.
24    Q.    And this is the official testimony
25  of the Commonwealth that Funds don't have

### 272

1  balances?
2    MS. McKEEN:  I'm going to object.
3  Mr. Ahlberg is here to testify on behalf of the
4  Commonwealth with respect to specifically
5  articulated topics, and I believe Mr. -- that,
6  along with all the questions you've asked today
7  are well outside the scope of those topics.  So
8  Mr. Ahlberg can answer your questions if he
9  knows the answer, but I don't believe the
10  question you just articulated is within the
11  scope of the topics that you identified or as
12  to which Mr. Ahlberg has been designated.
13  BY MS. MILLER:
14    Q.    You can answer if you know.
15    MS. MILLER:  Liz, I honestly
16  cannot even think of a line of questioning that
17  is more directly relevant to the 30(b)(6)
18  deposition.  So I don't even understand the
19  basis for your commentary, but that's not an
20  issue for right now.
21  BY MS. MILLER:
22    Q.    My question to Mr. Ahlberg is:
23    Mr. Ahlberg, do you believe that
24  it is the Commonwealth's official position that
25  Funds do not have balances?

### 273

1    MS. McKEEN:  Same objection.  I
2  appreciate your disagreement, but I'm going to
3  continue to make whatever objections I think
4  are appropriate.
5  BY MS. MILLER:
6    Q.    You can answer.
7    A.    I don't know.
8    Q.    Did you speak to anybody within
9  Treasury in preparation for your deposition
10  today about Fund balances?
11    A.    No.
12    MS. MILLER:  I'd like to pull up
13  the next exhibit, please.
14  BY MS. MILLER:
15    Q.    Mr. Ahlberg, you testified
16  yesterday that for the last year plus, you've
17  been involved in preparing -- in assisting with
18  preparing the weekly cash flow reports.  Do you
19  recall that?
20    A.    Yes.
21    Q.    So if we could pull up an example
22  of the weekly cash flow report and mark it as
23  Exhibit 20, please.
24
25

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                     April 23, 2020

14 (Pages 274 to 277)

---

**274**

(Monolines Exhibit 20 is
introduced for the record.)
BY MS. MILLER:
Q.    Do you know, Mr. Ahlberg, before
we look at this, whether it is the official
position of the Highway Transportation
Authority that there are no Fund balances?
MS. McKEEN:  Same objection as
before.
THE WITNESS:  I don't know.
BY MS. MILLER:
Q.    Okay.  Great.  So you have in
front of you a document that's been marked as
Monolines Exhibit 20.  Do you see that?
A.    I see the document.
Q.    Is this a document that you
recognize?
A.    Yes.
Q.    Is this a document that you
assisted in preparing?
A.    Me personally, no.
Q.    Okay.  Well, can you give me an
example, because I'd like to put in front of
you a document that you did personally prepare.
So can you give me an example of a

---

**275**

weekly cash flow report that you assisted in
preparing that you testified about on Tuesday
that I can pull up as an exhibit for you?
A.    I did provide the review of this
document.  I did not -- I did not prepare the
document.
Q.    Okay.  So people who report to you
prepared this document?
A.    Correct.
Q.    And did you have responsibility
for reviewing the contents?
A.    Yes, I had certain review
responsibilities with respect to this report.
Q.    Okay.  What are your --
(Simultaneous speaking.)
UNIDENTIFIED SPEAKER:
(Indiscernible) is not appearing on my screen.
BY MS. MILLER:
Q.    Okay.  Does any -- Mr. Ahlberg,
can you see the document?
A.    Yes.
Q.    Okay.
MS. MILLER:  And Ms. McKeen, can
you see it?
MS. McKEEN:  I can.  Thank you.

---

**276**

MS. MILLER:  Okay.  So I'll put on
the record, and maybe you can pull it up online
for those who can't see it.  It's publicly
available on the AAFAF website.  It is the
Treasury Single Account Fiscal Year 2020 Cash
Flow as of April 10, 2020.
It's for ease for people pulling
it up, it's the most recent cash flow that was
published, so it should be the first link.
BY MS. MILLER:
Q.    Mr. Ahlberg, I think the question
that was pending was what are your review
responsibilities in connection with this
document?
A.    My review responsibilities with
respect to this document generally involve
making sure that the numbers in this document
agree to the numbers of the Department of
Treasury.
Q.    Okay.  And are there any numbers
in this document, specifically, when you say
"the numbers in this document," or generally
all of them?
A.    Generally all of them.
Q.    Okay.  And what documents do you

---

**277**

look at to confirm that they align with numbers
in the Department of Treasury?
A.    There's several -- several
documents that go into this report.  Treasury
has maintained an internal cash flow, internal
daily cash flow.  That would be my main source
of review with this report, ensuring that this
report tied to the internal daily cash flow
utilized by the Treasury team.
Q.    Does the internal daily cash flow
include Fund designation?
A.    No.
Q.    Okay.  Let me take a step back.
Can you generally describe what
this document is for me?
A.    Generally this document will show
cash inflows and outflow from the TSA.
Q.    Okay.  And so this is explicitly
focused on moneys within the TSA; is that
right?
A.    Correct.  Moneys that flow in or
out of the TSA.
Q.    Okay.  And if you look at page 8
of the document, if we could turn that so we
don't have to turn our heads.  There we go.  Is

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

15 (Pages 278 to 281)

**278**

1  this a page from within the report that you
2  recognize?
3      A.   Yes.
4      Q.   And what is this page?
5      A.   The TSA cash flow actual results
6  for the week ended April 10, 2020.
7      Q.   Okay.  And do you see that
8  within -- under State Collections, it was
9  General Fund Collections.  Do you see that?
10     A.   Yes.
11     Q.   And then it also lists non-General
12  Fund passthrough collections.  Do you see that?
13     A.   Yes, I see that.
14     Q.   How are non-General Fund
15  pass-through collections identified in the TSA?
16     A.   Could we please flip to page 10?
17  I just want to be sure that I have the right
18  line item.
19     Q.   I think you could actually control
20  the document if you want to.
21     A.   I cannot right now.  I think
22  somebody needs to give me that control.
23     Q.   We're on page 10.  We're going to
24  rotate it and then give you that control so
25  that you can look at whatever.

**279**

1      A.   Okay.  Just the (indiscernible).
2  That's right.
3      Could you repeat your question?
4      Q.   My question is:
5      How are non-General Fund
6  pass-through collections identified within the
7  TSA?
8      A.   Non-General Fund pass-through
9  collections are understood by concept at the
10  sweep account level and the detail by concept.
11  And by "concept," I mean by the lines that you
12  see under non-GF pass-throughs on this page.
13  That information by concept detail is obtained
14  from data from the sweep accounts.
15     Q.   Why is it broken out in a
16  reporting of cash within the TSA?
17     A.   This separates cash inflows.  It
18  does not opine on cash within the TSA.
19     Q.   Do you have an understanding of
20  what the term "pass-through" means?
21     A.   Pass-through means pass-through.
22     Q.   Is there any other way you could
23  describe it?
24     A.   Another way to describe the
25  general phrase "pass-through"?

**280**

1      Q.   As it's used on page 11 of this
2  document.
3      A.   As it's used on this page of the
4  document, first to non-General Fund collections
5  that either historically or currently pass
6  through the list.
7      Q.   And so you used the word
8  "pass-through" in your definition when I asked
9  you if there was another way to describe it.
10     And is that because "pass-through"
11  is sort of a self-explanatory, clear phrase in
12  your mind?
13     UNIDENTIFIED SPEAKER:  Objection.
14     THE WITNESS:  No.
15  BY MS. MILLER:
16     Q.   Okay.  So is there another way
17  that you can explain pass-through other than by
18  using the word "pass-through"?
19     A.   If you're just asking for the
20  general way for first pass-through without
21  saying "pass-through," that's a different
22  question than -- is -- is that your question?
23     Q.   That's my question, yes.
24     A.   Minimally, pass-through means what
25  it means.

**281**

1      Q.   Okay.  And then going back to
2  page 8, the next line is Other Special Revenue
3  Fund Collection.  Do you see that?
4      A.   Yes.
5      Q.   What are Other Special Revenue
6  Funds?
7      A.   Other Special Revenue Funds
8  Collections on this document refers to what is
9  referred to in Treasury as agency collections.
10     Q.   Okay.  And then going down, the
11  next section is Federal Fund Receipts.  Do you
12  see that?
13     A.   Yes, I see that.
14     Q.   And do you have an understanding
15  of what Federal Fund receipts are?
16     A.   Yes.
17     Q.   And what are they?
18     A.   In general, it is cash received
19  from federal government entities.
20     Q.   And are -- are federal funds so
21  designated within the TSA?
22     UNIDENTIFIED SPEAKER:  Objection.
23     THE WITNESS:  I'm -- I'm not sure
24  I understood the question.  Would you repeat
25  it?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

16 (Pages 282 to 285)

---

**282**

BY MS. MILLER:

Q.   Let me ask this:

Can the Commonwealth send funds, federal funds that it receives from Medicaid on anything other than Medicaid?

MS. McKEEN:  Objection, outside the scope.

You can answer if you know.

THE WITNESS:  Yeah.  I'm not an attorney.  I don't -- I don't know all the uses for Medicaid receipts.

BY MS. MILLER:

Q.   Okay.  So do you think it requires an attorney to know all the uses?

MS. McKEEN:  Objection, Atara.  You could use a better example.

BY MS. MILLER:

Q.   How do you -- how are federal funds identified to be listed in these separate buckets within this TSA cash flow report?

MS. MILLER:  Oh, I think we have to pause for a minute.  Oh, no --

THE REPORTER:  No, this is the court reporter.

MS. MILLER:  Are you -- is the

---

**283**

court reporter okay for us to proceed?  I believe the answer is yes.

THE REPORTER:  Yes, it's okay -- it's okay to proceed.  I'm back in.  Thank you.

MS. MILLER:  Thank you.

MR. NATBONY:  Just to let you know, this is Bill Natbony.  There is a large delay that at least I'm experiencing, something like five or six minutes in both the chat room and in the -- hearing the testimony.

MS. MILLER:  I wonder if now might be -- yeah, I also have a few seconds.  I'm wondering if now might be a good time to take a quick break and maybe let everybody log out and get back in.  Let's see if that helps.

THE REPORTER:  This is the court reporter -- this is the court reporter.  I know Henderson said that Live Litigation is monitoring, So I'll give them a quick call, if we want to take a break, and make -- have Live Litigation get involved immediately and see if they can straighten this out.

UNIDENTIFIED SPEAKER:  Yeah, I did log in and log out.  It did not help.

MS. MILLER:  Did not help.  Okay.

---

**284**

MS. McKEEN:  We're fine to go off the record as far as a break.  It's as good a time as any.

MS. MILLER:  Okay.  So let's go off the record.  Let's take a 5-minute break, back at 11 Central.

MS. McKEEN:  Atara --

THE VIDEOGRAPHER:  We are off the record at 10:54 a.m.

(Recess taken.)

THE VIDEOGRAPHER:  We are back on the record at 11:13a.m.

BY MS. MILLER:

Q.   So we were looking at Exhibit 20 before the break, and I was asking you about the federal funds receipt.  Do you recall that?

A.   Yes.

Q.   And my question is:

How are federal funds designated within the TSA?

A.   It requires a manual exercise performed by Treasury team daily to review the TSA operational account bank statements and identify transfers from known federal government entities and identifying those

---

**285**

transfers as such in their internal daily cash flow workbook that I referenced before.

Q.   Okay.  And is a particular Federal Fund identified within that internal daily workbook?

A.   No.

Q.   Okay.  So how are the Funds tracked once inside the TSA?

A.   The receipt of this cash is tracked, as I mentioned.

Q.   Is the outflow of those federal funds also tracked?

A.   Outflows of federal funds are tracked.

Q.   How are they tracked?

A.   Depends on the nature of the outflow.

Q.   Can you give me an example?

A.   For example, in outflow, for example, in line 18 on this report, where it says "Federal Fund," under Payroll and Related Costs, that would require synthesis of the biweekly payroll registers that we review in which there would be a Fund designation, a Fund-type designation.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

17 (Pages 286 to 289)

---

**286**

Q.   Are there other outflows that have Fund-type designations?

MS. McKEEN:  Objection.

THE WITNESS:  Yes.

BY MS. MILLER:

Q.   What other outflows have Fund-type designations?

A.   Cash outflows to suppliers, which in this report would be captured in line 22 under Vendor Disbursements, Federal fund.

Q.   And are the outflows designated with the same Fund identifier as the inflows?

A.   I don't know.  We have never done that exercise.

Q.   When you say "we," who do you mean?"

A.   Treasury.

Q.   What exercise are you referring to that you've never -- that Treasury has never done?

A.   I believe that was any kind of matching federal fund inflows by Fund number on Type 2 with their corresponding outflows, which may appear throughout this document in various line items.

---

**287**

Q.   My question is whether the outflows are designated on the Commonwealth's internal accounting documents with the same Fund number as the corresponding inflow.

A.   And, again, matching specific Fund, Fund ID numbers would not be an exercise that would be required to put together this report here.

Q.   I didn't ask about mapping, so I'm going to ask my question for a third time, and I'm going to ask you to listen to it carefully, okay?  The question is quite narrow:

Are the outflows designated on the Commonwealth's internal accounting documents with the same Fund number as the corresponding inflows for the federal fund example that you provided?

MS. McKEEN:  Asked and answered, objection.

THE WITNESS:  We were speaking generally about line items.

BY MS. MILLER:

Q.   Was that an answer to my question?

A.   Yes.

Q.   I don't understand it.

---

**288**

So can you explain how that's responsive to the question that I asked about whether federal fund inflows and corresponding outflows are designated on Commonwealth accounting documents with the same Fund number?

MS. McKEEN:  Objection.

THE WITNESS:  Outflows on the TSA that are identified as federal fund outflows would be tagged with a Fund number that would be the same universe of Fund numbers that would be used within the accounting system to record federal fund revenue.

BY MS. MILLER:

Q.   What do you mean by "the same universe"?

A.   Same list of Fund numbers.

Q.   Do you know whether that's true for Fund 278 revenues?

A.   Do I know whether what is true for Fund 278 revenues?

Q.   Whether outflows of Fund 278 revenues are similarly tagged with Fund 278.

UNIDENTIFIED SPEAKER:  Objection.

THE WITNESS:  I believe we looked

---

**289**

at vouchers together on Tuesday of transfers from the TSA to HTA in which Fund Number 278 was included on those vouchers.

BY MS. MILLER:

Q.   So Fund 278 is designated on both inflows and outflows from the TSA with respect to revenues therein, correct?

MS. McKEEN:  Objection.

THE WITNESS:  No, the outflows would show Fund 278 as being the source of those -- source revenues for a transfer or outflow.

BY MS. MILLER:

Q.   So outflows of Fund 278 revenues would identify Fund 278 as the source of the revenue for that outflow; is that correct?

A.   I don't know if that's correct the way you phrased the question, but outflows to HTA that were -- that the funding source was revenue earned under 278, that transfer would show that the revenue source for that transfer was Fund 278 revenue.

Q.   Okay.  I think we can put this exhibit to the side.

I'm going to turn now,

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

18 (Pages 290 to 293)

---

**290**

1   Mr. Ahlberg, to asking you some questions about
2   PRIFA, okay?
3       A.   Okay.
4       Q.   Just before I do that, one last
5   question.
6            What about outflows of revenues
7   from Fund 278 to a source other than HTA, would
8   they also be tagged with Fund 278 as
9   the -- sorry -- would they also identify
10  Fund 278 as the source of the revenue?
11      A.   Could you repeat the question all
12  together, not broken up?
13      Q.   Sure.  If there were outflows to
14  an entity other than HTA that the funding
15  source was revenue earned under 278, would that
16  transfer also show the revenue source for the
17  transfer of Fund 278?
18      A.   I'm not certain how to answer that
19  hypothetical question, but I've seen no
20  outflows to other entities other than HTA that
21  identified the revenue source of Fund 278.
22      Q.   Okay.  So you're not certain
23  whether they exist or not?
24      A.   Whether what exists or not?
25      Q.   Whether there are, in fact,

---

**291**

1   transfers to entities other than HTA that
2   identify a revenue source for Fund 278.
3       A.   I've seen no evidence of any
4   transfers to entities that would have used Fund
5   source 278 as the revenue source for that
6   transfer.
7       Q.   When I say "PRIFA," you understand
8   that I'm referring to the Puerto Rico
9   Infrastructure Financing Authority, correct?
10      A.   Yeah.
11      Q.   And you're here testifying as a
12  representative of PRIFA, correct?
13      A.   Yes.
14      Q.   Okay.  And I think you -- let me
15  ask:
16           In connection with the work that
17  you do, other than this deposition for the
18  Commonwealth, do you have any responsibilities
19  that relate to PRIFA?
20      A.   No.
21      Q.   You mentioned yesterday that you
22  spoke to someone named Sylvia in connection
23  with preparing for your deposition today
24  related to PRIFA; is that correct?
25      A.   Yes.

---

**292**

1       Q.   And were you referring to Sylvia
2   Lopez Jorge?
3       A.   I think that's her full name.
4       Q.   Do you know what her position is?
5   Let me ask.  Is she employed at PRIFA?
6       A.   Yes.
7       Q.   Do you know what her position is
8   at PRIFA?
9       A.   I don't know what her exact title
10  is, but I know that she's a manager over a lot
11  of PRIFA.
12      Q.   Okay.  Do you know whether she's
13  an accountant?
14      A.   I know that generally she's a
15  manager in the finance and accounting
16  department.  I don't know her exact title or
17  the way that she exactly considers her
18  professional occupation.
19      Q.   Okay.  She's in the finance and
20  accounting department; is that right?
21      A.   Yes.
22      Q.   Okay.  Do you know if she's a CPA?
23      A.   I'm not -- I don't know if she's a
24  CPA or not.
25      Q.   Okay.  And have you spoken to her

---

**293**

1   other than in preparation -- have you ever
2   spoken to her other than in preparation for
3   your deposition?
4       A.   No.
5       Q.   And what did you talk to her
6   about?
7       A.   I would -- we talked about
8   anything that would help put together the Flow
9   of Funds presentation that was provided to you
10  guys in order to understand Flow of Funds
11  during the relevant time period.
12      Q.   And did you call her with specific
13  questions?
14      A.   When we spoke, sometimes I would
15  have questions to ask her.
16      Q.   How many times did you speak to
17  her?
18      A.   I can't recall the exact amount of
19  times that I spoke with her.  I would estimate
20  about two to three times per week for two to
21  three weeks.
22      Q.   Okay.  Did she provide you with
23  documents that helped you in preparing the Flow
24  of Funds?
25      A.   Yes.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                              April 23, 2020

19 (Pages 294 to 297)

**294**

1     Q.    And did you prepare the initial
2  Flow of Funds or did somebody else do it?
3     A.    It was a collaborative effort.
4     Q.    And who were you collaborating
5  with?
6     A.    Me, Sylvia, I mentioned, and then
7  Treasury Department, Jeira Belén plus Hector
8  Gomez.
9     Q.    Anybody else?
10     A.    Not that I can recall
11  specifically.
12     Q.    Were there any lawyers involved in
13  that?
14     A.    Yes.
15     Q.    And which lawyers?
16     A.    Attorneys representing O'Melveny &
17  Myers, Marini, AAFAF or Proskauer.
18     Q.    Okay.  I missed what you said
19  before Proskauer.
20     A.    Marini I think is the name of the
21  law firm.
22     Q.    So you mentioned O'Melveny, Marini
23  and Proskauer; is that right?
24     A.    Yes.
25     Q.    Okay.  Have you reviewed any of

**295**

1  the legal briefs that were submitted to the
2  Court in connection with this litigation?
3     A.    I have seen some of that
4  information.
5     Q.    Okay.  And what do you recall
6  seeing?
7     A.    I don't recall specific --
8  specific documents.
9     Q.    Do you remember seeing any
10  oversight for briefs in opposition to the
11  motion?
12     A.    I think so, but without the
13  document in front of me, it's hard to recall.
14     Q.    Okay.  Do you know if you read it?
15     A.    Without the document in front of
16  me, it's hard to recall.
17     Q.    Did you read any legal briefs that
18  were submitted to the Court in connection with
19  this litigation?
20     A.    I've seen hundreds of documents.
21  I just can't recall the specific documents that
22  I reviewed.
23     Q.    Could that be if you've read any
24  legal briefs -- you don't remember one way or
25  another if you've read any legal briefs that

**296**

1  identified what the key issues in this
2  litigation are?
3     MS. McKEEN:  Asked and answered.
4     MS. MILLER:  Well, I got the stock
5  answer that "I reviewed hundreds of documents."
6  That's not an answer.  The answer is yes or no
7  to "Did you review it?"
8     MS. McKEEN:  Let's be clear.  He
9  told you he didn't remember.  If you want to
10  ask him ten different ways, I don't know why
11  you're expecting a different answer.  If you
12  want to keep going, you can, but it's a waste
13  of time.  He told you he did not remember.
14  It's not a stock answer if he does not remember
15  something, Atara.
16     MS. MILLER:  I have a feeling
17  somebody suggested to him that anytime someone
18  asks about a document he testifies that he's
19  reviewed hundreds of documents and can't
20  possibly remember the single document I'm
21  asking about.
22  BY MS. MILLER:
23     Q.    Mr. Ahlberg, did you review legal
24  briefs submitted in this litigation?
25     MS. McKEEN:  Stop.  I'm going --

**297**

1     MS. MILLER:  You're not
2  interrupting me.  There's a question pending.
3  The witness is going to answer the question.
4  If you have an objection, you can state
5  "objection" without speaking.
6     MS. McKEEN:  Atara, respectfully,
7  I'm going to say what I am going to say, and
8  you can't stop me.  I don't --
9     MS. MILLER:  No.  There are rules
10  that govern it.  You can't just put speaking
11  objections on the record.  This is my
12  deposition, not yours.  You can defend, you can
13  say "objection."  I'm not letting you put a
14  speech on the record right now.
15     MS. McKEEN:  I'm responding to
16  your suggestion that the witness was coached to
17  say that I don't appreciate it, and I would
18  appreciate it if you would conduct yourself in
19  a more courteous and professional manner, both
20  to me and to the witness, who's given you a lot
21  of his time.
22     So if you would like to ask him
23  yet a fourth time if he recalls reading briefs,
24  you can.  I object to that.  Go ahead.
25

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                  April 23, 2020

20 (Pages 298 to 301)

### 298

BY MS. MILLER:
Q.   Mr. Ahlberg, do you recall reading any of the legal briefs in connection with this matter?
A.   I have read various legal briefs. I can't recall specifically which ones without having the documents in front of me.
Q.   Okay.  Thank you.
MS. MILLER:  I'd like to mark as an exhibit tab 1102.
(Monolines Exhibit 21 is introduced for the record.)
BY MS. MILLER:
Q.   Mr. Ahlberg, did you review the PRIFA Enabling Act in connection with your testimony today?
A.   I did not review the PRIFA Enabling Act.
Q.   All right.  Do you have a general understanding of the requirements under the PRIFA Enabling Act to deposit certain moneys into particular accounts?
MS. McKEEN:  Objection.
THE WITNESS:  I am aware that the PRIFA Enabling Act has certain information

### 299

about moneys in accounts, as you mentioned.
BY MS. MILLER:
Q.   Okay.  I'd like to turn to Section 1914, if we could.
Let me ask you while we are getting to it, because it's about 25 pages in, so it might take a while.  We're going page by page here.
Do you have an understanding of what a special deposit is as used by the Commonwealth?
A.   As used by the Commonwealth in what context?
Q.   Well, now you have Section 1914 up in front of you, and it's titled Special Deposit, and my question is if you have an understanding within the Commonwealth, accounting or otherwise, what a special deposit means.
A.   I'm not familiar with the term "special deposit."
Q.   Okay.  Have you ever heard it?
A.   I may have heard the term before.
Q.   Okay.  Okay.  So this provision requires that -- I'm reading about the second

### 300

line.
...the first proceeds of the federal excise taxes remitted to the Department of Treasury on Puerto Rico in each fiscal year...
Do you see that?
A.   Yes, I see that.
Q.   Okay.  And then if you go down to about halfway through the paragraph, as it goes through various years which are well behind us, so I'm going to skip them.
So in the case of fiscal year 2006 to '7 to 2008 and '9, at subsequent years until fiscal year 2056 to '57, the participation shall be for an amount of up to $117 million, which when received by the Department of Treasury of Puerto Rico, shall be covered into a Special Fund to be maintained by or on behalf of the authority designated as the Puerto Rico Infrastructure Fund.
Do you see that?
A.   Yes, I see that.
Q.   Okay.  Do you have an understanding of what Special Fund, capital S, capital F, means in the Commonwealth?

### 301

MS. McKEEN:  Objection.
THE WITNESS:  I'm not certain what Special Fund means in the context of this page here.  It looks like a definition that we can refer to within the document.
BY MS. MILLER:
Q.   Not elsewhere defined in the document, but let me ask you, have you ever heard of that term, Special Fund, being used anywhere in Commonwealth accounting?
A.   I have heard people use the term "Special Fund," but depending on the context, people could have been referring to different things.
Q.   Okay.  And what have you -- what are some of the things that you think it could have been referring to?
A.   That's -- I'm not sure I have a clear understanding from the document.
Q.   Okay.  Do you know whether special -- I'm sorry.
Going back to special deposit, do you know whether special deposit is defined in the Commonwealth financial statement of the Special Fund?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

21 (Pages 302 to 305)

---

302

1      A.    I do not know off the top of my      11:40:11
2  head if that's how the financial statements    11:40:15
3  define that term.                              11:40:16
4      Q.    Okay.  What does "Fund" mean          11:40:17
5  within the Commonwealth financial statement?   11:40:27
6      MS. McKEEN:  Objection.                     11:40:30
7      THE WITNESS:  Not being a CPA, I            11:40:36
8  am not certain.  Depends on where in the       11:40:37
9  financial statements...                        11:40:39
10  BY MS. MILLER:                                  11:40:39
11      Q.    Okay.  Can you give me one example    11:40:48
12  of what it might mean?                          11:40:52
13      MS. McKEEN:  Objection.                     11:41:00
14      THE WITNESS:  One example of what           11:41:11
15  might mean?                                     11:41:13
16  BY MS. MILLER:                                  11:41:14
17      Q.    Of what "Fund" means in the           11:41:14
18  financial statement.  You said it depends on   11:41:17
19  where -- where it is in the financial          11:41:19
20  statements.                                     11:41:19
21      I'm asking you for one option               11:41:20
22  based on anything you can think of, and I think 11:41:22
23  you should go back to the financial statements, 11:41:24
24  if you want to pull them up and go through      11:41:27
25  them.                                           11:41:29

---

303

1      MS. McKEEN:  Objection.                     11:41:29
2      THE WITNESS:  I believe page 40 of          11:41:41
3  the financial statements has the word "Fund" on 11:41:43
4  it.                                             11:41:47
5  BY MS. MILLER:                                  11:41:47
6      Q.    Okay.  And my question is:            11:41:48
7      What does it mean when it's used            11:41:49
8  in the financial statements?                    11:41:49
9      MS. McKEEN:  Can you please click           11:41:52
10  the exhibit button so we can all see what       11:41:53
11  you're looking at?                              11:42:01
12      THE WITNESS:  I'm looking at                11:42:02
13  what's been put in front of me.                 11:43:03
14      MS. McKEEN:  Atara, if you'd like           11:42:15
15  the witness to look at page 40 of the financial 11:42:15
16  statements, you can put it in front of him.     11:42:18
17  BY MS. MILLER:                                  11:42:18
18      Q.    Are you saying that you just think    11:42:20
19  page 40 off the top of your head?  You happen   11:42:24
20  to remember that page 40 of the financial       11:42:26
21  statements refers to Fund?                      11:42:32
22      A.    If I recall that from the top of      11:42:32
23  my head, having used the table of contents of   11:42:37
24  that document together, and seeing page 40 next 11:42:43
25  to the line that we discussed together.         11:42:46

---

304

1      Q.    Got it.  Okay.                        11:42:47
2      So we'll pull up Monolines                   11:42:49
3  Exhibit 19A and look at page 40.                11:42:52
4      Okay.  So you now have page 40 of            11:43:20
5  this Monolines Exhibit 19A in front of you.     11:43:41
6      Looking at this document, can you           11:43:46
7  tell me what "Fund" means as used within the    11:43:52
8  Commonwealth accounting?                        11:43:57
9      MS. McKEEN:  Objection.                     11:43:57
10      THE WITNESS:  Not being a CPA, I'm          11:44:00
11  uncertain exactly how "Funds" is used within    11:44:03
12  the Commonwealth accounting (indiscernible)     11:44:03
13  operate chk give you an example of use of the   11:44:07
14  term "Fund," which was the goal of pointing me  11:44:09
15  to this page.                                   11:44:11
16  BY MS. MILLER:                                  11:44:11
17      Q.    Okay.  And you don't know what it     11:44:27
18  means when on this page it uses the term         11:44:28
19  "Fund."  You were just saying it's your -- it   11:44:31
20  makes sense where the Commonwealth uses the     11:44:35
21  word "Fund" in its accounting statements?       11:44:35
22      UNIDENTIFIED SPEAKER:  Objection.           11:44:40
23  Yes, since that was in direct response to the   11:44:41
24  question that you asked.                         11:44:41

---

305

1  BY MS. MILLER:                                  11:44:49
2      Q.    And because you are not a CPA, you    11:44:60
3  can't tell me what the word "Fund" as used on   11:45:03
4  this page or anywhere else in the audited        11:45:03
5  financials means; is that right?                11:45:11
6      MS. McKEEN:  Objection.                     11:45:11
7      THE WITNESS:  I don't know one way          11:45:13
8  or the other how the authors of this document   11:45:14
9  are using the term "Fund."                       11:45:17
10  BY MS. MILLER:                                  11:45:20
11      Q.    Well, this isn't meant to be a        11:45:02
12  super secret document, right?  It's meant for   11:45:23
13  public consumption, isn't it?                   11:45:23
14      MS. McKEEN:  Objection.                     11:45:30
15      THE WITNESS:  The audited                   11:45:33
16  financial statements are made public.          11:45:34
17  BY MS. MILLER:                                  11:45:34
18      Q.    Do you have an understanding of       11:45:34
19  how the public would expect -- as a member of   11:45:36
20  the public, how the public would expect the     11:45:42
21  word "Fund" to be used in the context of        11:45:42
22  Puerto Rico government financial statements?    11:45:43
23      UNIDENTIFIED SPEAKER:  Objection.           11:45:48
24      THE WITNESS:  I can't speculate on          11:45:53
25  how the public would interpret the use of the   11:45:54

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

22 (Pages 306 to 309)

---

### 306

1 word "Fund."
2 BY MS. MILLER:
3 Q.   What about how you would interpret
4 the use of the word "Fund"?
5 MS. McKEEN:  Objection.
6 THE WITNESS:  The way that I think
7 about the use of the word "Fund" are Fund
8 numbers within the PRIFA system.
9 BY MS. MILLER:
10 Q.   Looking -- while we have this
11 document up, I know I asked you about it.  Once
12 we have it, if we can turn to page 161, 162 of
13 the PDF.  It's not the page that I wanted.  So
14 I'll have to come back to it.  Okay.  I'll come
15 back to it with a question if I need to.
16 MS. McKEEN:  Atara, I think you
17 have page 151 up.
18 THE REPORTER:  Ms. McKeen, this is
19 the court reporter -- I'm sorry.  This is the
20 court reporter.  Can you just move your phone a
21 little bit closer to you?
22 MS. McKEEN:  Is that better?
23 THE REPORTER:  Yes.  Thank you.
24 BY MS. MILLER:
25 Q.   Okay.  I want to turn back to tab

### 307

1 1102.  Okay.
2 Okay.  So, sorry, the page that
3 I'm looking for is actually the second half, so
4 we're going to just have to load 19B.  So give
5 me one second.
6 MS. MILLER:  Kevin, could you go
7 to 357, please, back a couple pages?  Thank
8 you.  Okay.  Here we go.
9 BY MS. MILLER:
10 Q.   And do you see -- so we are still
11 in the audited financials for the year ended
12 June 30, 2016.
13 Do you see that?
14 A.   Yes, I see it.
15 Q.   And there's a section designated
16 Special Deposits.
17 Do you see that?
18 A.   I see that.
19 Q.   And you can just read how the
20 Commonwealth defines Special Deposits in its
21 financial reports?
22 A.   Sure.  Special Deposits:  This
23 Fund acts as a fiduciary -- sorry.
24 This Fund acts in a fiduciary
25 capacity in order to account for moneys

### 308

1 received for the specified purposes for which
2 the law does not specify its recording in any
3 other Fund.  It mainly includes -- it mainly
4 includes deposits under the custody of the
5 Courts of Justice for alimony payments,
6 escrows, revenue collections and agency
7 accounts for which the Commonwealth act in an
8 agent's capacity.
9 Q.   Okay.  Have you spoken to anybody
10 at Treasury about Special Deposits?
11 A.   No.
12 Q.   Have you had any conversations
13 with anyone at PRIFA about the Special Deposits
14 established under the Enabling Act?
15 A.   We did not have particular
16 conversations about Special Deposits.
17 MS. MILLER:  Okay.  Can we turn
18 back to tab 1102, Kevin, please?
19 BY MS. MILLER:
20 Q.   So we have back in front of us
21 Exhibit -- Monolines Exhibit 21, and we are
22 looking, again, at Section 1914.  And I just
23 want to draw your attention to the bottom of
24 the middle portion of that paragraph where it
25 says the -- shall be covered into -- that the

### 309

1 moneys shall be covered into a Special Fund to
2 be maintained by or on behalf of the authority
3 designated as the Puerto Rico Infrastructure
4 Fund.
5 Do you see that?
6 A.   Yes, I see that.
7 Q.   And is the Puerto Rico
8 Infrastructure Fund something that you have
9 ever come across in the accounting material of
10 the Commonwealth?
11 A.   The concept of the Puerto Rico
12 Infrastructure Fund is something I discussed
13 with PRIFA.  Is that the question?
14 Q.   That was the question.
15 And what did you speak to PRIFA
16 about?
17 A.   We specifically inquired as to the
18 existence of an Infrastructure Fund account.
19 Q.   And what did PRIFA tell you?
20 A.   That there's no specific bank
21 account that is designated or known as the
22 Infrastructure Fund.
23 Q.   Okay.  Did you ask whether --
24 other than a specific bank account whether
25 there is a Fund, as that term is used in the

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

23 (Pages 310 to 313)

---

310

Commonwealth accounting, designated the
Puerto Rico Infrastructure Fund?
    A.    Yes.
    Q.    And what was the answer?
    A.    That, again, there's no -- there's
no Fund that is the Puerto Rico Infrastructure
Fund.
    THE REPORTER:  I'm sorry.  Can you
repeat the back half of the answer, please?
    THE WITNESS:  There is no account
number or Fund identified as the Puerto Rico
Infrastructure Fund.
BY MS. MILLER:
    Q.    When you say "account number," you
mean bank account number?
    A.    Correct.
    Q.    Did you speak to anybody at the
Puerto Rico Department of Treasury regarding
whether or not there was a Puerto Rico
Infrastructure Fund?
    A.    Yes.
    Q.    And who did you speak to?
    A.    I can recall discussions with
Jeira Belén and Hector Gomez.
    Q.    And what did they tell you about

---

311

that?
    A.    That they did not understand the
Puerto Rico Infrastructure Fund as being a
specific or -- a specific bank account or Fund.
    Q.    Well, do you have an understanding
under the statute, based on what we just read
in Monolines Exhibit 21, about what the
Puerto Rico Infrastructure Fund -- what moneys
were supposed to be deposited into the
Puerto Rico Infrastructure Fund?
    MS. McKEEN:  I'll object to the
extent it calls for any legal testimony, but if
the witness has a lay understanding, he can
answer.
    THE WITNESS:  Could you repeat the
question?
BY MS. MILLER:
    Q.    Do you have an understanding of
what moneys under Section 1914 of Exhibit 21
were supposed to flow into the Puerto Rico
Infrastructure Fund?
    MS. McKEEN:  Same objections.
    THE WITNESS:  I understand that
this document specifies up to $117 million.

---

312

BY MS. MILLER:
    Q.    Of what?
    A.    Of rum taxes.
    Q.    And you testified, I think, that
over a matter -- course of a few weeks, you put
together a Flow of Funds for PRIFA among other
instrumentalities, right?
    A.    Yes.
    Q.    And were these the Funds that you
were tracking in the Flow of Funds?
    UNIDENTIFIED SPEAKER:  Note my
objection, please.
    THE WITNESS:  The Flow of Funds,
those are the Flow of Funds for $117 million in
each fiscal year.
BY MS. MILLER:
    Q.    Not just any $117 million, right?
    A.    Not just any $117 million;
correct.
    Q.    Mr. Ahlberg, what moneys are the
PRIFA Flow of Funds that you prepared tracking?
    A.    We generally track the first
$117 million of rum tax proceeds.
    Q.    Okay.  And those are the moneys
that Section 1914 indicated were to be

---

313

deposited in a Special Fund called the
Puerto Rico Infrastructure Fund, right?
    MS. McKEEN:  Objection.
    THE WITNESS:  That is what this
Section 1914 says.
BY MS. MILLER:
    Q.    Okay.  And that's why you included
them in the Flow of Funds because that's the
money that's in dispute in this litigation,
right?
    A.    I don't know if that's the
specific reason why we entered the Flow of
Funds as 117 million.
    Q.    And not just any 117 million of
rum taxes, the first 117 million of rum taxes,
right, that you were tracking?
    A.    The first $117 million of rum
taxes in a given fiscal year, yes.
    Q.    Mr. Ahlberg, did you review any of
the Commonwealth financial documents to see if
there was any discussion of a Puerto Rico
Infrastructure Fund?
    A.    I did not specifically review any
one particular document in search for the
phrase "Puerto Rico Infrastructure Fund."

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

24 (Pages 314 to 317)

---

**314**

1  Q.    Did you look at whether the                  12:00:10
2  Puerto Rico Infrastructure Fund was identified     12:00:12
3  as a Fund in the Commonwealth's audited            12:00:17
4  financial statements?                              12:00:20
5  A.    I can't recall off the top of my             12:00:22
6  head if that's something that's included in the    12:00:35
7  financial statements or not.                       12:00:37
8  Q.    I'm asking you if you looked.                 12:00:37
9  A.    I did not look through the                    12:00:46
10 financial statements for that specific phrase.     12:00:47
11 Q.    Okay.  Did you look through the               12:00:50
12 financial statements generally for the concept     12:00:55
13 of a Fund established to hold the first            12:00:57
14 $117 million of rum excise taxes?                  12:01:01
15 A.    No.                                          12:01:10
16 Q.    All right.  Other than speaking to            12:01:11
17 Sylvia and two people at Treasury, did you do      12:01:17
18 anything else to determine whether or not the      12:01:23
19 Commonwealth in fact has a Fund called the         12:01:25
20 Puerto Rico Infrastructure Fund or another Fund    12:01:27
21 designated for the deposit of the first            12:01:35
22 $117 million of rum excise tax?                    12:01:35
23 A.    Outside of the conversations with            12:01:44
24 the individuals that I mentioned and -- no.         12:01:46
25 Q.    Okay.  So you did not look at any             12:01:52

**315**

1  documents to independently verify that, did       12:01:55
2  you?                                               12:01:55
3  MS. McKEEN:  Objection.                            12:01:56
4  THE WITNESS:  No, but I did look                   12:02:04
5  at enough documents to satisfy myself that the    12:02:05
6  Flow of Funds presentation put together was       12:02:11
7  accurate.                                          12:02:16
8  BY MS. MILLER:                                     12:02:16
9  Q.    Okay.  And counsel represented to            12:02:17
10 us that at least since 2014, there has been no     12:02:19
11 Fund identified as the Puerto Rico                 12:02:22
12 Infrastructure Funds.  Do you understand that?     12:02:23
13 Sorry.  Do you agree with that                     12:02:26
14 representation?                                     12:02:27
15 A.    Yes.                                          12:02:27
16 Q.    Okay.  And you believe that to be            12:02:29
17 true, don't you?                                   12:02:31
18 A.    I guess.                                      12:02:33
19 Q.    So that's a yes?                              12:02:39
20 A.    Yes.                                          12:02:41
21 Q.    Okay.                                         12:02:44

**316**

1  MS. MILLER:  Kevin, I hate to do                   12:02:46
2  this to you, but I'd like to go back to the        12:02:48
3  audited financial statements, please, and I'd      12:02:48
4  like to go to page 347.  So it will be at 19B.     12:03:01
5  BY MS. MILLER:                                     12:03:01
6  Q.    Okay.  So here we are.  Look at              12:03:02
7  number 2.                                          12:03:03
8  Do you see that it's called                        12:03:05
9  Puerto Rico Infrastructure Financing              12:03:26
10 Authority's Special Revenue Fund?  Do you see     12:03:28
11 that?                                              12:03:33
12 A.    I see that, yes.                             12:03:33
13 Q.    Okay.  And can you just read the             12:03:37
14 first sentence to me?                              12:03:37
15 A.    The Special Revenue Fund of the             12:03:43
16 Puerto Rico Infrastructure Financing Authority,   12:03:36
17 a blended component unit, is used to account      12:03:56
18 principally for the moneys received by the        12:03:57
19 Commonwealth up to $117 million of certain        12:03:59
20 federal excise taxes levied on rum and other      12:06:01
21 articles produced in Puerto Rico and sold in      12:04:06
22 the United States which are collected by the      12:04:07
23 U.S. Treasury and returned to the Commonwealth.   12:04:09
24 Q.    Did you have any discussions with           12:04:19
25 anybody at Treasury about what this Special       12:04:20

**317**

1  Revenue Fund is?                                   12:04:26
2  A.    No.                                          12:04:32
3  Q.    Would you have liked to have known          12:04:35
4  about that representation in the financial        12:04:36
5  statements when you were having discussions       12:04:42
6  about the Puerto Rico Infrastructure Fund?        12:04:44
7  UNIDENTIFIED SPEAKER:  Objection.                  12:04:49
8  THE WITNESS:  I can't say whether                 12:04:51
9  it would have impacted our conversations one      12:04:54
10 way or the other.                                  12:04:57
11 BY MS. MILLER:                                     12:04:57
12 Q.    Okay.  But would you have liked to          12:04:58
13 have at least known about it so you could ask?    12:05:04
14 MS. McKEEN:  Objection.                           12:05:04
15 THE WITNESS:  I can't say one way                 12:05:09
16 or the other.                                      12:05:11
17 MS. MILLER:  I'd like to mark as                  12:05:49
18 an exhibit tab 1107, Monolines Exhibit 22.        12:05:50
19 (Monolines Exhibit 22 is                          12:05:50
20 introduced for the record.)                       12:06:42
21 BY MS. MILLER:                                     12:06:40
22 Q.    Okay.  Mr. Ahlberg, you have in             12:06:40
23 front of you a document that was marked           12:06:41
24 Exhibit 22.  If we go to the second page of the   12:06:43
25 exhibit, you'll see that it is the trust          12:06:46

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

25 (Pages 318 to 321)

---

**318**

1  agreement related to the Puerto Rico
2  Infrastructure Financing Authority to Citibank,
3  N.A?
4          Do you see that?
5      A.  I see that.
6      Q.  Is this a document that you've
7  seen before?
8      A.  I don't recall specifically
9  reviewing this particular document.
10     Q.  Are you generally familiar with
11  the various accounts that were supposed to be
12  set up under both the Enabling Act and the
13  trust agreement for -- sorry -- through which
14  the first $117 million of rum taxes were
15  supposed to flow?
16         MS. McKEEN:  Objection.
17         THE WITNESS:  I'm not an attorney.
18  I'm not specific of what those -- our trust
19  agreement requires in terms of bank accounts or
20  not.
21  BY MS. MILLER:
22     Q.  I'm not asking what was required.
23  I am just asking do you structurally understand
24  the Funds or account that the first
25  $117 million of Puerto Rico -- sorry -- of rum

---

**319**

1  excise taxes were supposed to flow through?
2      A.  I understand how the Funds did
3  flow.  I'm happy to answer any questions about
4  factual information that actually did happen
5  with respect to the Flow of Funds.
6      Q.  Okay.  Are you familiar with a
7  Fund called the Sinking Fund?
8      A.  Can you be more specific?
9      Q.  Yeah, we can turn to page 34 of
10  the document, which is Article IV, Section 401
11  of the trust agreement.
12         Actually, let me ask you one other
13  thing before we get there.  We spoke yesterday
14  or Tuesday and then this morning about how the
15  TSA or the operational account of the
16  Commonwealth has within it revenues from
17  multiple Funds, correct?
18     A.  It has within it cash receipts
19  from revenue recorded.
20     Q.  From multiple Funds, right?
21     A.  What?
22     Q.  Obviously had cash receipts from
23  revenue recorded.  My point was did it have
24  cash receipts from revenue recorded in multiple
25  different Funds?

---

**320**

1         MS. McKEEN:  Objection.
2         THE WITNESS:  Cash is comingled in
3  the TSA account, if that's your question.
4  BY MS. MILLER:
5      Q.  No.  My question is that you can
6  have General Fund money in an account and you
7  can have Fund 278 money in the account and you
8  can have federal fund money in the account, but
9  there is cash within a single account but the
10  cash is coming from various different Funds,
11  correct?
12         MS. McKEEN:  Objection.
13         THE WITNESS:  The source of the
14  cash that ends up in the TSA are
15  different -- different revenue types, different
16  Fund types.
17  BY MS. MILLER:
18     Q.  They're allocated on the
19  Commonwealth's internal accounting document to
20  different Funds, right?
21     A.  The revenues are tagged with Fund
22  number identifiers when revenue is recorded.
23     Q.  Okay.  And a single Fund can also
24  have multiple bank accounts associated with it,
25  right?

---

**321**

1         MS. McKEEN:  Objection.
2         UNIDENTIFIED SPEAKER:  Objection.
3         THE WITNESS:  I'm not certain what
4  you mean.
5         MS. MILLER:  I don't understand
6  the objection.
7  BY MS. MILLER:
8      Q.  The General Fund -- does the
9  General Fund have multiple bank accounts?
10     A.  I don't think about Funds having
11  bank accounts.
12     Q.  Why not?
13     A.  Because Fund numbers are used to
14  record earned revenue and -- and don't -- don't
15  have anything to do with a cash balance, a
16  discrete cash balance in the TSA.
17     Q.  Okay.  Well, can the General Fund
18  have separate accounting accounts, not bank
19  accounts, but just accounts that are used for
20  accounting purposes, internal Commonwealth
21  account numbers?
22         MS. McKEEN:  Object to the form.
23         THE WITNESS:  What do you mean by
24  "account numbers"?
25

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                   April 23, 2020

26 (Pages 322 to 325)

---

**322**

BY MS. MILLER:

Q.    Does the Commonwealth have any internal account numbers that it uses when moneys are received?

MS. McKEEN:  Objection.

THE WITNESS:  The way you're using "account" is pretty broad.

BY MS. MILLER:

Q.    I'm asking within the Commonwealth's internal accounting, does it use account numbers to identify different moneys within a particular Fund?

MS. McKEEN:  Objection.

THE WITNESS:  Revenue account number -- revenue account number, which would then be PRIFA systems referred to as a CFRA code.  It is possible that one Fund number could be attached to a string of data.  That string of data would have a -- it could have one Fund number, you could have more than one different account number, but that's referring to the CFRA account code, the revenue account code within the PRIFA system.

BY MS. MILLER:

Q.    Okay.  And does the General Fund

---

**323**

have a balance?

A.    I don't think of a General Fund as having a balance in terms of cash.

Q.    Hmm.  What about in terms -- what about not in terms of cash?

A.    I don't think about the General Fund having balance.

Q.    Does the General Fund have a balance for accounting purposes?

A.    Not BCB, no note if they have balance for accounting purposes or not, but I don't think about Funds in terms of cash balances.

Q.    You've taken five postsecondary accounting classes.  So I understand you're not a Certified Public Accountant, but I think you can still answer my question.  And your answer was no, is that right, the General Fund does not have a balance -- it is your testimony that the General Fund does not have a balance for accounting purposes?

MS. McKEEN:  Objection.

THE WITNESS:  That's not what I said.

BY MS. MILLER:

---

**324**

Q.    What did you say?

A.    That I don't think about the General Fund as having a balance.

Q.    So how does that differ from what I said you said?

MS. McKEEN:  Objection.

BY MS. MILLER:

Q.    I'm just looking for an answer?

A.    If the court reporter wants to repeat back what is said, sure.

Q.    Okay.  I don't want the court reporter to repeat back what I said.  I'd like you to look at Section 401 on Monolines Exhibit 22.  So I understand that you said that bank accounts within Funds made no sense.  I'd like you to look at the section Funds and Accounts.

Do you see that?

MS. McKEEN:  Object.

BY MS. MILLER:

Q.    Do you see that, Article IV titled Funds and Accounts?

A.    I see Article IV where it says Funds and Accounts.

Q.    Okay.  And do you have an

---

**325**

understanding of what the difference is between a Fund and an account?

A.    It depends on the context --

Q.    Okay.  What about in this context?

A.    Without reviewing this entire section, I'm not sure I could summarize --

(Simultaneous speaking.)

A.    -- conjecture.

Q.    Okay.  So let's look at Section 401.  Section 401 is titled Banking Funds and Accounts.

Do you see that?

A.    Yes.

Q.    And it says:

A Special Fund is hereby created and designated Puerto Rico Infrastructure Financing Authority Special Tax Revenue Bond Sinking Fund, hereinafter -- herein sometimes called the Sinking Fund, to be held by the trustee.

Do you see that?

A.    Yes.

Q.    And then it says:

There are hereby created three separate accounts in the Sinking Fund

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                          April 23, 2020

27 (Pages 326 to 329)

---

326

1    designated Bond Service Account, Redemption
2    Account, and Reserve Account.
3        Do you see that?
4        A.    Yes.
5        Q.    So now let me ask again.  Do you
6    understand that a Fund can have multiple bank
7    accounts associated with it?
8        MS. McKEEN:  Objections.
9        THE WITNESS:  I understand that in
10    the context of this document, that the Sinking
11    Fund that it mentions does appear to have
12    multiple accounts.
13    BY MS. MILLER:
14        Q.    And you had never heard of that
15    concept before, a Fund having multiple bank
16    accounts associated with it; is that right?
17        MS. McKEEN:  Objection,
18    mischaracterizes testimony.
19        THE WITNESS:  That's not what I
20    said.
21    BY MS. MILLER:
22        Q.    Okay.  Have you ever encountered
23    this concept of a Fund having multiple bank
24    accounts associated with it previously?
25        A.    No, because the nature of my work

---

327

1    with -- with Funds is a little different than
2    what they're calling a Fund in this document.
3        Q.    Okay.  In what way?
4        A.    Because when I think of Funds, I
5    think of the Fund number identifiers within the
6    PRIFA system.
7        Q.    Okay.  That's the only time you've
8    ever encountered the concept of a Fund with
9    respect to Puerto Rico and -- with respect to
10    Puerto Rico and the instrumentalities which are
11    designated as the 30(b)(6) to testify today?
12        MS. McKEEN:  Objection.
13        THE WITNESS:  I don't know.  What
14    was the question there?
15    BY MS. MILLER:
16        Q.    The question was that the Fund
17    designation within the PRIFA system is the only
18    time that you've encountered the concept of a
19    Fund with respect to Puerto Rico and the
20    instrumentalities with which you were
21    designated to teach as the 30(b)(6) to testify
22    today?
23        MS. McKEEN:  Objection.
24        THE WITNESS:  The concept of Funds
25    is very broad, so that's not the only context

---

328

1    in which I would have encountered the word or
2    concept of Fund.
3    BY MS. MILLER:
4        Q.    So what other contexts have you
5    encountered it in?
6        A.    It's hard to say because people
7    use the term "Fund" very loosely.
8        Q.    Okay.  In preparing the Flow of
9    Funds, did you ask for any documents that
10    mapped particular bank account numbers to
11    accounts or Funds identified in the relevant
12    bond documents for the trust agreement in the
13    Enabling Act that we just looked at?
14        MS. McKEEN:  Objection to the form
15    of the question.
16        THE WITNESS:  Would you repeat the
17    question?
18    BY MS. MILLER:
19        Q.    Yes.  In preparing the Flow of
20    Funds, did you ask whether there were any
21    documents that mapped particular bank account
22    numbers to accounts or Funds identified in the
23    relevant bond document within the trust
24    agreement and the Enabling Act that we just
25    looked at?

---

329

1        MS. McKEEN:  Objection.
2        THE WITNESS:  No.
3    BY MS. MILLER:
4        Q.    Why not?
5        A.    I felt comfortable with the work
6    that I did to satisfy myself that the Flow of
7    Funds presentations that we submitted were
8    correct and accurate.
9    BY MS. MILLER:
10        Q.    Do you know whether there are any
11    internal Commonwealth documents that map
12    specific bank accounts to the Funds and
13    accounts identified in the bond documents?
14        A.    Is that a question?
15        Q.    Yeah.
16        A.    It didn't sound like it.  Would
17    you repeat it in a way that sounds like a
18    question?
19        Q.    Okay.  Do you know whether there
20    are any internal Commonwealth documents that
21    map specific bank accounts to the Funds and
22    accounts identified in the bond documents?
23        A.    I've seen no evidence of that.
24        Q.    Okay.  Where did you look for
25    that, or let me ask before that.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

28 (Pages 330 to 333)

---

330

1    You didn't ask anybody for it. So
2  did you independently look for such a document?
3    A.    No.
4    Q.    What's the basis for your
5  testimony that you don't believe there is any?
6    MS. McKEEN: Objection, misstates
7  testimony.
8    THE WITNESS: After discussions
9  with Treasury and PRIFA, I saw no evidence of
10 that.
11 BY MS. MILLER:
12   Q.    What were the nature of those
13 discussions?
14   A.    The nature of those discussions
15 were preparation for this deposition.
16   Q.    Okay. So you're assuming that if
17 they had a document mapping particular Funds or
18 accounts, they would have mentioned it in the
19 course of the conversations even though you
20 didn't ask for it?
21   MS. McKEEN: Objection.
22   THE WITNESS: That would have
23 been -- I believe I would have been aware
24 of -- of any evidence to the contrary.
25

---

331

1  BY MS. MILLER:
2    Q.    How would you have been aware of
3  it?
4    A.    Again, through discussions with
5  the team mentioned.
6    Q.    Okay. And your counsel
7  represented that the term "Puerto Rico
8  Infrastructure Fund" is not understood to refer
9  to a specific bank account or accounts or
10 accounting designations. Are you aware of that
11 representation?
12   A.    Yes.
13   Q.    And do you believe it to be true?
14   A.    Yes.
15   Q.    How was that term understood?
16   A.    What term?
17   Q.    The Puerto Rico Infrastructure
18 Fund.
19   A.    It's understood to generally refer
20 to the first 117 million of rum Funds, rum
21 revenues.
22   Q.    Held in the TSA?
23   A.    Would you mind phrasing that as a
24 complete question?
25   Q.    Is it understood to generally

---

332

1  refer to the first $117 million of rum revenues
2  in the TSA?
3    A.    No, I think it generally refers to
4  the first 117 million of rum revenues earned.
5    Q.    Regardless of where they were?
6    A.    I'm speaking generally about the
7  concepts of the Infrastructure Fund as
8  understood by relevant individuals.
9    Q.    Okay. And so the common
10 understanding of that term is that the first
11 $117 million of rum excise taxes are in the
12 Puerto Rico Infrastructure Fund?
13   MS. McKEEN: Objection.
14   THE WITNESS: No.
15 BY MS. MILLER:
16   Q.    Well, tell me again how you
17 understand it, how that term is generally
18 understood within the Commonwealth?
19   A.    Generally understood as the first
20 117 million of rum revenues in each fiscal
21 year.
22   Q.    Okay.
23   THE WITNESS: How does anybody
24 feel about a break here, maybe breaking for
25 lunch?

---

333

1    MS. McKEEN: I think it's fine for
2  us to take a break if Atara is close to a
3  stopping place.
4    MS. MILLER: Okay. I'm okay
5  taking a break. Can we keep it short, like can
6  we come back at 2 o'clock, 1 o'clock Central,
7  does that work? 33 minutes, 32 minutes?
8    MS. McKEEN: Tim, is that okay
9  with you?
10   THE WITNESS: Okay.
11   MS. MILLER: Okay.
12   MS. McKEEN: Fine for us, Atara.
13   MS. MILLER: All right. Great,
14 thank you.
15   THE VIDEOGRAPHER: We are off the
16 record at 12:28 p.m.
17   (Recess taken.)
18 A F T E R N O O N   S E S S I O N
19   THE VIDEOGRAPHER: We are back on
20 the record at 1:04 p.m.
21 BY MS. MILLER:
22   Q.    Good afternoon, Mr. Ahlberg,
23 welcome back.
24   Do you understand moneys as being
25 deposited into the Infrastructure Fund?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

29 (Pages 334 to 337)

---

**334**

1    THE VIDEOGRAPHER: Counsel, excuse
2 me, I'm sorry. Before he answers, can we just
3 pause real slightly? I need to resize the
4 screen here and then we can reask the question.
5 I am so sorry.
6    MS. MILLER: That's okay. Okay.
7 BY MS. MILLER:
8    Q. Do you understand moneys as being
9 deposited into the Infrastructure Fund?
10    A. Yes.
11    Q. Do you understand the
12 Infrastructure Fund as being a Fund held by
13 PRIFA?
14    MS. McKEEN: Objection.
15    THE WITNESS: I don't think the
16 Infrastructure Funds as being something held by
17 anyone at all.
18    THE REPORTER: I'm sorry,
19 Mr. Witness, can you repeat your answer and
20 move your phone a little bit closer? Thanks.
21    THE WITNESS: Is this better?
22    THE REPORTER: It is. Thank you.
23    THE WITNESS: Okay. I don't
24 remember the specific answer that I just gave.
25    MS. MILLER: I think for the court

---

**335**

1 reporter the answer was:
2    I don't think about the
3 Infrastructure Fund as being held by anybody.
4 Is that correct, Mr. Ahlberg?
5    THE WITNESS: That is correct.
6 Thank you.
7    MS. MILLER: I'm going to mark a
8 document as Exhibit -- Monolines Exhibit 23,
9 tab 1510, please.
10    (Monolines Exhibit 23 is
11    introduced for the record.)
12 BY MS. MILLER:
13    Q. And while it's loading, I will
14 describe the document that you'll see on your
15 screen in a minute as Exhibit A to the
16 Supplemental Opposition of the Commonwealth of
17 Puerto Rico to Amended PRIFA Bondholder Motion
18 to Lift the Automatic Stay. And it's titled
19 Flow of Rum Taxes. Do you see that?
20    A. I see that.
21    Q. Okay. And if we could just look
22 at the next page. Is this a document that you
23 recognize?
24    A. Please allow me to rotate it.
25    MS. McKEEN: Could we have the

---

**336**

1 documented rotated?
2    MS. MILLER: Sorry. Say that
3 again, Liz.
4    MS. McKEEN: I was just asking to
5 have the document rotated, and it has been. So
6 I appreciate that.
7    THE WITNESS: Okay. Now that we
8 have the document right side up, would you
9 please repeat the question?
10 BY MS. MILLER:
11    Q. Sure. My question was just
12 whether this is a document that you've seen
13 before.
14    A. Yes.
15    Q. Is this a document that you saw in
16 connection with preparation for your testimony
17 today?
18    A. Yes.
19    Q. Is this a document that you had
20 seen before your testimony?
21    A. No.
22    UNIDENTIFIED SPEAKER: Objection.
23 BY MS. MILLER:
24    Q. So you weren't involved in
25 preparing the Flow of Funds, were you?

---

**337**

1    A. I was not involved in preparing
2 this document.
3    Q. Okay. And so I just want to
4 direct your attention to the bottom half of the
5 page on the right-hand side. It identifies the
6 PRIFA Infrastructure Fund. Do you see that?
7    A. Where specifically?
8    Q. There's a red box between two
9 green boxes on the right-hand side. Do you see
10 that?
11    A. Yes, I see that, thank you.
12    Q. Okay. And in the red box, the
13 Flow of Funds is indicating money flowing from
14 the TSA to the Puerto Rico Infrastructure Fund.
15    Do you see that? Do you see that,
16 Mr. Ahlberg?
17    A. I see the green box there, where
18 it says:
19    The lockbox trustee (Citibank)
20 remits up to the first $117 million of rum tax
21 remittances to the TSA where it is comingled
22 with other funds.
23    Q. Yes. So on top of that, there
24 seems to be blue writing that's identifying the
25 account, and that says TSA (held by

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

30 (Pages 338 to 341)

---

**338**

1  Commonwealth).
2       Do you see that?
3    A.   I see that.
4    Q.   Okay.  And then the flow is
5  indicating that moneys are moving from the TSA
6  down into the PRIFA Infrastructure Fund which
7  is identified on this Flow of Funds as held by
8  PRIFA.  Do you see that?
9    A.   I see the arrows that you are
10 referring to.
11   Q.   Okay.  And in that red box
12 describing the PRIFA Infrastructure Fund, the
13 Flow of Funds indicates that historically, the
14 Commonwealth appropriated 117 million and
15 deposited such moneys into the PRIFA
16 Infrastructure Fund for its "corporate
17 purposes" and subject to Section 8, Article IV
18 of the Puerto Rico Constitution.
19       Do you see that?
20   A.   I see where it says that on this
21 document.
22   Q.   Okay.  And based on all of the
23 work that you've done in connection with
24 putting together Flow of Funds documents, is
25 that consistent with your understanding of the

---

**340**

1  into a PRIFA bank account called the
2  Infrastructure Fund?
3    A.   No.
4       MS. MILLER:  Okay.  So now I'd
5  like to mark as Monolines Exhibit 24 a letter
6  from counsel dated March 21, 2020, which
7  attaches a Flow of Funds that I believe you did
8  prepare for PRIFA.
9       (Monolines Exhibit 24 is
10      introduced for the record.)
11      MS. MILLER:  Would you go back to
12 the first page of the exhibit and rotate the
13 exhibit, please?
14 BY MS. MILLER:
15   Q.   Okay.  Do you recognize this
16 document?
17   A.   Yes.
18   Q.   And did you prepare this document?
19   A.   Will you allow me to briefly look
20 through the other pages?
21   Q.   Yes.  Do you have the controls
22 that you need?
23   A.   Yes, thank you.
24       The answer to your question is
25 yes.

---

**339**

1  PRIFA Flow of Funds?
2       MS. McKEEN:  Object to form.
3       THE WITNESS:  I don't know.  It's
4  not an exercise that we did to map this
5  document to the Flow of Funds that I prepared.
6  BY MS. MILLER:
7    Q.   I'm not asking you to map, though.
8  I'm just asking you whether it is consistent
9  with your -- everything that you know and all
10 of the analysis that you did -- have done that
11 the moneys flowed from the TSA into a bank
12 account held by PRIFA called the Puerto Rico
13 Infrastructure Fund.
14   A.   Would you please repeat the
15 question?
16   Q.   Is it consistent, based on all of
17 the work and analysis that you did putting
18 together the PRIFA Flow of Funds in this
19 matter, is it your understanding --
20   A.   I don't know.  I did not analyze
21 this document for consistency with the Flow of
22 Funds documents that I prepared.
23   Q.   Okay.  Is it your understanding,
24 based on all of the work that you've done, that
25 money flowed historically from the TSA account

---

**341**

1    Q.   Okay.  And what documents did you
2  review in preparing these Flow of Funds?
3    A.   Generally, we reviewed bank
4  statements and transfer letters or voucher
5  information.
6    Q.   Okay.  And I want to look at the
7  first slide on this, which is the rum taxes
8  June '14 to June 2015.  And I know yesterday --
9  or Tuesday, you had a discussion with
10 Mr. Natbony about the various colors used in
11 the chart and what they mean, and I just want
12 to confirm with you that they have the same
13 meaning in the PRIFA Flow of Funds as they did
14 in the HTA Flow of Funds you were asked
15 about on Tuesday.
16   A.   Yes.
17   Q.   Okay.  And so to review, the gray
18 box indicates a Commonwealth account; is that
19 right?
20   A.   Yes.
21   Q.   And what does the blue box
22 indicate?
23   A.   In this -- in these cases, the
24 blue boxes would indicate that PRIFA's name
25 would be on the bank statements of those

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

31 (Pages 342 to 345)

---

**342**

1  accounts.
2      Q.    Okay.  And when you say PRIFA's
3  name would be on it, do you mean as account
4  holder?
5      A.    Yes.
6      Q.    Okay.  And what does the yellow
7  box indicate?
8      A.    Yellow box indicates an account
9  that is not a Commonwealth or PRIFA account.
10     Q.    Okay.  And I know it all starts
11 with a curved edge with an orange box or peach
12 box.  I don't know what color that's supposed
13 to be.  What does that indicate?
14     A.    That indicates the rum taxes.
15     Q.    And it's just the taxes
16 themselves?
17     A.    Yeah, yes.
18     Q.    And when generated before they
19 flow into a Commonwealth -- any Commonwealth or
20 Commonwealth instrumentality account; is that
21 right?
22     A.    Correct, as in when funds are
23 collected in bonded warehouses.
24     Q.    All right.  I missed the end,
25 "collected in bonded warehouses"?

---

**343**

1      A.    I think that's the -- the term
2  that's used by U.S. Treasury.  Maybe I don't
3  recall that term specifically.
4      Q.    Okay.  Can you just -- it's not a
5  term I'm familiar with.  Can you just tell me
6  what that means?
7      A.    Just in general, meaning that U.S.
8  Treasury or U.S. Treasury collects these taxes
9  at different -- at different points of
10 collection.
11     Q.    All right.  And then they all flow
12 into, at this time, January '14 to June '15,
13 into the 006 account; is that right?
14     A.    Correct.
15     Q.    Okay.  And then certain
16 accounts -- of these accounts have yellow stars
17 on them.  And is that, as you testified on
18 Tuesday, to denote accounts that have comingled
19 funds?
20     A.    Correct.
21     Q.    And what do you mean by "comingled
22 funds"?
23     A.    On this specific slide, the
24 comingling designation would represent that
25 revenues besides rum taxes are received into an

---

**344**

1  account.
2      Q.    And what money specifically is
3  this Flow of Funds tracking?
4      A.    This Flow of Funds is tracking the
5  first 117 million of rum revenues in this time
6  period, within this time period.
7      Q.    Okay.  I'm going to ask a basic
8  question.  I hope you can help me with it.
9            How were you able to determine
10 when the moneys flowed from the 006 account to
11 the GDB 1891 account if those were part of this
12 $117 million of rum taxes?
13     A.    By reviewing either transfer
14 letter or voucher information that would have
15 indicated a source of funds for that transfer.
16     Q.    Can you explain to me a little bit
17 more what you mean?
18     A.    In review of transfer letters or
19 vouchers that correspond with a transfer from
20 GDB account 0006 to GDB account 1891, there
21 would be an indication that the source of
22 revenue for that cash transfer was in fact
23 rum -- rum proceeds.
24     Q.    So meaning if there was a letter
25 from Treasury saying send 35 million -- or

---

**345**

1  $23 million from the 006 account to the 1891
2  account as the first transfer of rum excise
3  taxes, that was evidence to you that if you saw
4  that $23 million transfer into 1891, that that
5  was in fact from the rum excise taxes.  Is that
6  your testimony?
7      A.    Right.  That hypothetical
8  $23 million transfer would have accompanying
9  transfer letter or voucher detail that would
10 indicate the source of funds for that transfer
11 being rum revenues.
12     Q.    Okay.  And are the transfer
13 letters and vouchers maintained as part of the
14 Commonwealth accounting documents?
15           MS. McKEEN:  Object.
16           THE WITNESS:  The Commonwealth
17 maintains and -- maintains historical records
18 of vouchers or transfers, if that's what you
19 meant.
20 BY MS. MILLER:
21     Q.    Okay.  And can you tell me
22 specifically what in a voucher would identify
23 the source of funds?
24     A.    I don't recall specifically
25 without looking at an individual voucher.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

32 (Pages 346 to 349)

346

1      Q.     Okay. And so you don't recall
2 specifically any particular notation account
3 number or other designation on a transfer
4 voucher that would indicate that revenues are
5 from the first $117 million of rum excise
6 taxes; is that right?
7      MS. McKEEN: Objection.
8 BY MS. MILLER:
9      Q.     Let me just ask it straight up:
10      Do you recall any specific
11 notation or account number on the transfer
12 voucher that would indicate that the revenues
13 are from the first $117 million of rum excise
14 taxes?
15      MS. McKEEN: Objection.
16      THE WITNESS: There is a -- excuse
17 me. There is a revenue code, revenue SFRA
18 account code that is used when recording the
19 revenues from rum proceeds.
20 BY MS. MILLER:
21      Q.     And what is that revenue code?
22      A.     I can't recall specifically off
23 the top of my head. I think it's R2220, but I
24 would be able to know it if we looked at a
25 voucher together to verify.

347

1      Q.     Okay. Well, that's -- does R4220
2 sound familiar?
3      A.     It sounds familiar, but without
4 looking at the voucher to confirm, I am not
5 100 percent positive.
6      Q.     Okay. Would the voucher tell you
7 specifically that it's rum taxes, or would it
8 just have that account code on it?
9      A.     It will have the -- a voucher
10 would have that account code, and the voucher
11 may or may not reference rum on the voucher
12 apart from just a revenue code.
13      Q.     And would you be able to go into
14 the PRIFA system and pull all vouchers within
15 R4220 revenue there?
16      A.     I'm not positive. We would have
17 to follow up on that and get back to you.
18      Q.     So you don't know if the revenue
19 code is a query that you can run within the
20 system?
21      A.     I know for a fact that you can run
22 a query within the PRIFA system and the
23 parameters of which Revenue Code 4220 could be
24 one of those parameters. But when I think
25 about programming that query and running that

348

1 query, I don't think of that query as spitting
2 out the voucher, factual voucher that
3 corresponds with each of those transactions.
4 Vouchers are recorded within the system, and
5 you can go in and pull vouchers.
6      Q.     Well, would it -- what would the
7 output be of that query in the PRIFA system?
8      A.     You could run a report within the
9 PRIFA system that would show all revenue earned
10 during a discrete time period of your choosing
11 under any revenue account code, but specific to
12 this case for Revenue Code 4220, I believe it
13 wasn't.
14      Q.     And how long would it take to run
15 such a query and get the report?
16      A.     I am not certain exactly how long
17 it takes to process a query like that, but I
18 would imagine that would be something that
19 could be accomplished in a day.
20      Q.     Do you know whether queries can be
21 run in the PRIFA system remotely or whether you
22 need to specifically be within the Treasury
23 offices to run them?
24      A.     I'm not positive. I think there
25 are DCMs that exist for people to run queries

349

1 if they're not physically there, but I would
2 have to double-check on that and let you know
3 for certain.
4      Q.     Have you personally ever accessed
5 the PRIFA system and run a query on anything
6 remotely?
7      A.     No.
8      Q.     Okay. Do you know whether the
9 R4220 revenue code continues to attach to rum
10 taxes that are collected today?
11      A.     I believe that that revenue
12 account code is still used to record rum
13 revenues that are earned.
14      Q.     Okay. And this chart, which is
15 part of Monolines Exhibit 24, indicates four
16 dotted arrow lines going from the 006 account
17 to a GDB 0704 account. Do you see that?
18      A.     Yes.
19      Q.     Do you know what the GDB 0704
20 account is?
21      A.     An operational account at PRIFA.
22      Q.     And the dotted arrow is footnoted
23 to mean that it's a discrete one-time transfer.
24 Do you see that?
25      A.     I do see that.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

33 (Pages 350 to 353)

**350**

Q.   Is that a designation that you put on that?
A.   Yes.
Q.   Sorry.  Is that a designation that you attributed to those transfers?
A.   Yes.
Q.   What do you mean by a discrete one-time transfer?
A.   I mean a one-time transfer.  In this case, there were four one-time transfers for the exact same amount.
Q.   How does that differ from the transfers between, for example, the 006 account and the 1891 account?
A.   I believe there are just more than -- more -- more transfers and then in differing amounts.
Q.   Do you know how many transfers of rum taxes there were annually from the 006 account to the 1891 account?
A.   I don't know off the top of my head how many transfers there were from 0006 to 1891.
Q.   And if there had only been four, you would have designated them by dotted arrow

**351**

line?
      I'm trying to understand.  Is the number of transfers the only thing that is different between the dotted arrow transfers and the solid arrow transfer?
A.   Okay.  Would you mind repeating the question, please?
Q.   If there had been only four transfers of rum taxes from the 006 account to the 1891 account, would you have designated them on this Flow of Funds with dotted arrows?
A.   No.  The dotted arrows and the use of those four -- the four $1 million transfers from GDB 0006 to 0704 was done with the reader of this presentation in mind just to make things as understandable as possible.
Q.   Okay.  Given that it's confusing me, I'm asking for a little bit of clarification.
      So the -- I'm trying to understand.  Does the dotted line distinguish between the nature of the transfer from box to box?
A.   The transfers from 0006 to 0704 do represent discrete transfers for operational

**352**

purposes of PRIFA, which is different than the transfers to GDB 1891, which end up flowing to a US Bank.
Q.   And what's the difference?
A.   Those four million dollar -- those four $1 million transfers were transferred to PRIFA for operational purposes.
Q.   Okay.  And is the flow from 006 to 1891 not indicated by a broken arrow because those transfers were subject to legislation or some other obligation to transfer those moneys?
MS. McKEEN:  Objection.
THE WITNESS:  I did not consider legislation or allegations when determining whether to use a dotted line or a bold, nondotted line.
BY MS. MILLER:
Q.   Did you consider whether there was a standing direction to transfer the money?
A.   That would not have been something I considered when determining whether to use a dotted line or not.
Q.   Okay.  So what did you consider in determining whether to use a dotted line or not?

**353**

A.   As mentioned, those dotted lines represent $1 million transfers to PRIFA's operational account for operation purposes, which is different than the transfers to Account 1891, which are not used for operational purposes during this time period into a US Bank.
Q.   Do the dotted lines mean used for operational purposes and in light of the fact they're footnoted?
A.   The dotted lines are a discrete one-time transfer, and then just for added clarification, I've explained to you that those represent operational transfers.
Q.   How does a discrete one-time transfer differ from the transfers from 006 to 1891?
A.   Discrete one-time transfers were transferred for operational purposes to PRIFA's operational account.
Q.   Okay.  I'm going to just move on because I'm not getting an answer, but I still don't understand it.  So we may follow up with a letter to get a more comprehensive answer and explanation for what "discrete one-time

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                            April 23, 2020

34 (Pages 354 to 357)

---

**354**

1  transfer" means.
2          Do you know whether those moneys
3  that were transferred into the 0704 account
4  were transferred out of that account?
5          A.    I do not know because once those
6  transfers are within the PRIFA operational
7  account, they are comingled and
8  indistinguishable from other sources of
9  revenue.
10         Q.    Okay.  So if you had been able to
11  distinguish and identify the $4 million from
12  the 0704 account based on transfer vouchers,
13  transfer orders or other documents, you would
14  have indicated the next step in the Flow of
15  Funds for those moneys; is that right?
16         MS. McKEEN:  Objection.
17  BY MS. MILLER:
18         Q.    Let me just ask it.
19         If you had been able to
20  distinguish and identify those $4 million on
21  the outflow side as coming from the rum tax
22  revenues, would you have shown the next step in
23  the Flow of Funds from the 0704 account?
24         A.    I'm assuming that those funds are
25  comingled into Account 0704 and that you'd be

---

**356**

1          A.    Correct.
2          Q.    Okay.  So my question is on GDB
3  0704, if you similarly had evidence like what
4  you had with respect to the transfer from 006
5  to 1891 that indicated that the next step in
6  the Flow of Funds related directly to the rum
7  tax revenues, would it have been so indicated
8  on this chart?
9          A.    Would you repeat the question
10  again?
11         Q.    Okay.  I'm just going to ask
12  another question, then move on.
13         Did you do anything -- sorry,
14  scratch that.
15         Did you look at the outflows from
16  the 0704 account to indicate whether you could
17  identify rum tax revenues as a source of the
18  revenue for any of those outflows?
19         A.    No.  It was my understanding that
20  they are comingled in Account 0704 and
21  indistinguishable from one another.
22         MS. MILLER:  Okay.  I want to
23  look -- I'm going to mark as Exhibit 25
24  tab 1202, please.
25

---

**355**

1  unable to distinguish transfers whose source of
2  revenue is these transfers in or were not -- or
3  other transfers into Account 0704.
4          Q.    Okay.  But the rum tax revenues
5  are comingled into the 006 account, right?  And
6  you just explained, I think quite well, how you
7  were able to identify and distinguish them from
8  all the other money in the 006 account as being
9  transferred into the 1891 account, right?
10         A.    Would you mind repeating that?
11         Q.    Yeah.  The rum taxes flowed into
12  the 006 account, which itself is a comingled
13  account, correct?
14         A.    Correct.
15         Q.    But you were able to distinguish
16  the rum tax revenues that flowed from the
17  comingled account into the GDB 1891 account,
18  right?
19         A.    We were able to determine that the
20  source of funds of that transfer from 0006 to
21  1891 was rum tax revenues.
22         Q.    Okay.  So the fact that the moneys
23  were in a comingled account didn't preclude you
24  from identifying, as they flowed out, what the
25  source of those revenues were, correct?

---

**357**

1          (Monolines Exhibit 25 is
2          introduced for the record.)
3  BY MS. MILLER:
4          Q.    Okay.  Mr. Ahlberg, you have in
5  front of you a document that was marked
6  Monolines Exhibit 25.  Do you see that?
7          A.    I see the document, yes.
8          Q.    Is this a document that you've
9  seen before?
10         A.    Do you have a certified
11  translation of this document?
12         Q.    I do.  Do you need an English
13  translation to tell me whether you've seen it
14  before?  You probably haven't seen the English
15  translation before.
16         MS. MILLER:  I think -- Kevin, I
17  think the English translation is 1202A, if you
18  want to load that, and maybe we can merge them
19  into a combined exhibit.
20         Does anyone have an objection if
21  we mark this as 1202A and then we merge it into
22  a combined exhibit at the end of the deposition
23  so we don't have two exhibits?
24         MS. McKEEN:  I don't have an
25  objection to that.  I think for Exhibit 25, it

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

35 (Pages 358 to 361)

---

**358**

would certainly be helpful for the record if
that exhibit, plus the original certified
translation is one exhibit.  I think that's how
we did prior deposition exhibits.
        MS. MILLER:  Okay.  Perfect.
BY MS. MILLER:
    Q.    Okay.  So, Mr. Ahlberg, you now
have in front of you Exhibit 25, what's now
being marked as 25A, but I'm just going to
refer to it as Exhibit 25 because we are going
to merge them after the deposition, and this is
the certified English translation of the
account opening document.
    A.    Okay.  Thanks.
        MS. MILLER:  Okay.  All right.  My
team is telling me that my binder has some
stuff earlier, that they're already merged in
the system, so it's all Exhibit 25, and the
back pages are the certified English
translation.  So you can go back and forth as
necessary.
BY MS. MILLER:
    Q.    So, Mr. Ahlberg, now that you have
the English in front of you, can you tell me
whether this is a document that you've seen

---

**359**

before?
    A.    I have not reviewed this specific
document before.
    Q.    Okay.  Have you seen other
documents like this before?
    A.    I have seen other agreements for
opening of bank accounts.
    Q.    Okay.  Hold on a second.  Hold on
a second.  I lost it.  I'll see if it comes
back up again.
        Okay.  So I want you just to look
at the document.  Do you see at the top it
indicates -- excuse me -- it indicates the
agency?
    A.    I see that under Agency it says:
Banco Gubernamental de Fomento para PR.
    Q.    Okay.  And do you see the name of
this bank account, that the purpose of the
account is AFI bond debt service?  Do you see
that?
    A.    I see that.
    Q.    And you understand AFI to be the
Spanish acronym for PRIFA?
    A.    Yes.
    Q.    Okay.  And this account -- and

---

**360**

then if you turn to the third page of
Exhibit 25.  Okay.  So it has the information
and it identifies an account number.  Do you
see that?
    A.    Yes.
    Q.    And you see the account is the
1891 account; is that right?
    A.    Yes.
    Q.    And if we could just go back one
page, it indicates there's a depositor agency
listed.  Do you see that?
    A.    Yes, I see that.
    Q.    And what deposit -- what is the
depositor agency?
    A.    It says on this document that the
depositor agency is the Banco Gubernamental de
Fomento para PR.
    Q.    Okay.  And if you go to the next
page in the exhibit, it identifies the customer
name.  Do you see that?
    A.    Under Customer Name I see Banco
Gubernamental de Fomento para PR.
    Q.    Okay.  And then if we could just
look at the next -- or sorry -- two pages out,
the 4741, this is an e-mail chain dated -- I

---

**361**

guess it runs from November 18, 2009, through
November 20th, 2009.  Do you see that?
    A.    Yes.
    Q.    And are you familiar with any of
the people who are involved in this e-mail
chain?
    A.    I'm not familiar with any of the
individuals whose names are on this e-mail
chain.
    Q.    But you see they're all
identified as being at the GDB?
    A.    That's what it says here.
    Q.    Okay.  And if you look at the top
e-mail in the chain as the most recent -- or
sorry -- the second e-mail down on the page,
the one with the time stamp November 19, 2009,
at 9:10 a.m., do you see that?
    A.    Yes.
    Q.    And there's a question that says:
Hi, Arnaldo, can you please
provide me with the title of Mr. Rivera and
Mr. Garcia?  I would also like to know if the
account is in the name of ASI or of the bank.
        Do you see that?
    A.    Yes, I see that.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

36 (Pages 362 to 365)

---

362

1  Q.    And do you see the response?          01:48:12
2  A.    Yes, I see the response.              01:49:18
3  Q.    Okay.  And can you just read the      01:48:21
4  second line of the response?                01:48:24
5  A.    Is it okay if I read the whole        01:49:29
6  response?                                   01:48:37
7  Q.    Yeah, you can read the whole          01:49:29
8  thing.  I just meant aloud.                 01:49:29
9  A.    Gabriel Rivera is the director of     01:49:43
10 public financing and Jesus Garcia is the    01:49:46
11 Assistant Director of Public Financing.  In the  01:49:51
12 name of the bank, But referencing the AFI Debt  01:49:53
13 Service.                                    01:49:56
14 Q.    Okay.  And just looking back at       01:49:57
15 the Flow of Funds which is Exhibit 24, from 01:49:59
16 January 2014 to January 2015 -- sorry -- to 01:50:04
17 June 2015, do you see the 1891 account on this 01:50:09
18 exhibit?                                    01:50:26
19 A.    Yes, I see the account 1891.          01:50:28
20 Q.    Okay.  And you testified              01:50:31
21 previously that blue meant that it was in   01:50:31
22 PRIFA's name; is that right?                01:50:34
23 A.    Yeah, I referenced that PRIFA's       01:50:40
24 name would be on the bank statement.        01:50:44
25 Q.    Okay.  And what's the basis for       01:50:46

363

1  your position that the 1891 account was held in 01:50:52
2  PRIFA's name?                               01:50:55
3  A.    I didn't say it was held in           01:50:59
4  PRIFA's name.  I just mentioned that PRIFA's -- 01:51:01
5  PRIFA's name would be on the bank statements.  01:51:04
6  Q.    Okay.  So I think you said that,      01:51:08
7  and then I specifically asked you -- and we can 01:51:11
8  go back if you need to, but I specifically  01:51:14
9  asked if by that you meant that PRIFA was the 01:51:16
10 account holder.  Do you recall that?        01:51:19
11 A.    I do recall you asking me that        01:51:19
12 question.                                   01:51:31
13 Q.    Okay.  And you said yes.  Do you      01:51:32
14 recall giving me that answer?               01:51:35
15 A.    Yes, I do remember giving that        01:51:36
16 answer.  I meant to answer in the context of 01:51:43
17 meaning that PRIFA's name would be on their 01:51:49
18 bank statement.                             01:51:51
19 Q.    Well, I said:                         01:51:55
20       What does the blue box indicate?     01:51:58
21       And you said:                        01:52:00
22       In the case of the blue box, it      01:52:03
23 would indicate that PRIFA's name would be on 01:52:05
24 the bank account statement of those accounts. 01:52:05
25       And I said:                          01:52:07

---

364

1  Q.    Okay.  And when you said PRIFA's      01:52:09
2  name would be on it, do you mean as an account 01:52:10
3  holder?                                     01:52:12
4  And you said:                               01:52:13
5  Yes.                                        01:52:13
6  Do you recall me asking those              01:52:14
7  questions and you giving those answers?     01:52:16
8  A.    Yes.                                  01:52:19
9  Q.    I'm asking you what the basis is      01:52:23
10 for your testimony that PRIFA is an account  01:52:26
11 holder of the 1891 account.                 01:52:31
12 A.    I remember answering your            01:52:36
13 question, original question in that way, and 01:52:39
14 what I meant is that I knew that PRIFA's name 01:52:42
15 was on the bank statements.  I'm just -- I'm  01:52:44
16 not an attorney.  I'm not certain if account 01:52:49
17 holder or not holder is a legal term that has 01:52:52
18 an implication I'm not aware of.             01:52:55
19 Q.    I'm not talking about a legal         01:52:57
20 term.  I'm just asking you whether it is a  01:52:59
21 PRIFA account or not a PRIFA account.       01:53:02
22 A.    And my answer would be that          01:53:12
23 PRIFA's name is on the bank statement.      01:53:12
24 Q.    So you don't know if it's a PRIFA    01:53:15
25 account or not?                             01:53:17

365

1  MS. McKEEN:  Objection.                    01:53:18
2  THE WITNESS:  I know PRIFA's name          01:53:25
3  is on the bank statement.                   01:53:24
4  MS. MILLER:  Can I ask someone             01:53:36
5  from my team to pull up a bank statement for 01:53:42
6  the 1891 account so Mr. Ahlberg can show us 01:53:46
7  where PRIFA's name is on the account statement, 01:53:52
8  please?                                     01:53:52
9  BY MS. MILLER:                              01:53:52
10 Q.    This might take a minute,             01:53:55
11 Mr. Ahlberg.  I apologize.                  01:53:56
12 A.    No problem.                           01:54:03
13 Q.    While you're waiting or while        01:54:27
14 we're waiting, based on Exhibit 25 that we just 01:54:33
15 looked at, would you agree with me that the GDB 01:54:35
16 is the account holder of the 1891 account?  01:54:39
17 A.    You asked me to confirm if GDB is    01:54:39
18 the account holder of this account?         01:55:01
19 Q.    I'm asking you whether, based on     01:55:04
20 Monolines Exhibit 25, which we could put that 01:55:09
21 one back up, you would agree with me that the 01:55:13
22 GDB is actually the account holder of the 1891 01:55:16
23 account?                                    01:55:29
24 A.    I don't know if there's a specific   01:55:30
25 way you're using "account holder."  I'm just -- 01:55:32

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

37 (Pages 366 to 369)

### 366

1   not being an attorney, I'm uncertain of the
2   implications of that phrase "account holder."
3       Q.    Do you own a bank account,
4   Mr. Ahlberg?
5       A.    I do have bank accounts.
6       Q.    Okay. Do you understand what it
7   means when someone asks you if you're the
8   account holder of a certain account?
9       A.    Generally, I would understand if
10  someone asked me that question.
11      Q.    Okay. Do you have any joint bank
12  accounts?
13      A.    No.
14      Q.    How do you understand that
15  generally when someone -- if someone were to
16  ask you that?
17          UNIDENTIFIED SPEAKER: Object to
18  form.
19          THE WITNESS: If someone were to
20  ask me what? Would you mind repeating the
21  question?
22  BY MS. MILLER:
23      Q.    If someone were to ask you if you
24  were the account holder of a particular bank
25  account.

### 367

1       A.    In the context of my own personal
2   finances, I would think that that would mean that
3   it's an account that -- that I have the ability
4   to withdraw funds from or deposit funds into.
5          THE REPORTER: I'm sorry. Excuse
6   me one moment. I'm sorry.
7          I just wanted to ask, Ms. McKeen,
8   would you mind moving the phone closer to you?
9   You're very faint with your objections. Sorry.
10  Go ahead.
11         MS. McKEEN: (Indiscernible) I
12  haven't objected in several questions. So I'm
13  not sure if you heard any. That wasn't me. I
14  didn't hear an opposing objection. Can you
15  hear me now?
16         THE REPORTER: I can. Thank you.
17         MS. McKEEN: Thank you.
18  BY MS. MILLER:
19      Q.    Is that the same understanding
20  that you used in determining whether or not to
21  designate a box blue or not?
22      A.    Did not apply the same -- same
23  exact criteria that I just referenced in my own
24  personal finances to the Flow of Funds
25  presentation.

### 368

1       Q.    Okay. So what criteria did you
2   apply to the GDB 1891 account that resulted in
3   you designating it as a blue box?
4       A.    In color coding as a general
5   association and to help the reader interpret
6   this presentation, but understanding that
7   PRIFA's name was on the bank statement, I
8   thought it was appropriate to make that box
9   blue.
10         (Monolines Exhibit 26 is
11         introduced for the record.)
12  BY MS. MILLER:
13      Q.    Okay. So now we are looking at a
14  bank statement that's been marked Monolines
15  Exhibit 26, and when you say that PRIFA's name
16  was on the bank statement, do you mean that
17  PRIFA's name is indicated in the account name?
18      A.    PRIFA in this exact bank statement
19  example that we're looking at, that is correct,
20  that PRIFA's listed in the account name under
21  the Spanish acronym AFI.
22      Q.    You don't see PRIFA's name
23  anywhere else, do you?
24         Well, sorry. You don't see
25  PRIFA's name as an account holder, right?

### 369

1       A.    I don't see the phrase "account
2   holder" listed anywhere on this page.
3       Q.    Okay. And you do see that the
4   account statements are being directed to
5   Mr. Gabriel Rivera, the director of public
6   finance at the GDB, right?
7       A.    I do see that.
8       Q.    Okay. And did you do anything
9   other than noting that PRIFA's name was
10  mentioned somewhere on that account statement
11  to identify whether or not the account was
12  actually a PRIFA account?
13      A.    Can you repeat the question,
14  please?
15      Q.    Yeah. Did you do anything other
16  than noting that PRIFA's name was mentioned
17  somewhere on the account statement to identify
18  whether or not the account was actually a PRIFA
19  account?
20      A.    No, no.
21      Q.    Okay. I want to go back to
22  Exhibit 24, please.
23         Am I understanding this chart
24  correctly that between the January 2014 and
25  June 2015 period, the only account that had the

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

38 (Pages 370 to 373)

---

**370**

full 117 million of rum excise taxes was the
GDB 006 account?

    A.    I missed the last part of your
question, sorry.  Could you repeat it?

    Q.    Okay.  Am I correct that according
to this chart, from the January '14 to
June 2015 period, the only bank account that
held the full $117 million rum excise taxes was
the GDB 006 account?

    Sorry, let me -- let me restate
that because I misspoke in the question.  Let
me ask it again.

    Am I correct that according to
this chart, from January '14 to June 2015, the
only bank account that held the first
$117 million in full was the GDB 006 account?

    A.    I can't say that there was any one
given time where the 117 million was
identifiable as a separate cash balance within
the operating account 0006.

    Q.    Okay.  That's a fair point.  Let
me restate it.

    Is it true that in the
January 2014 to June 2015 period, the only
account that the full first $117 million of rum

---

**371**

excise taxes flowed through was the GDB 006
account?

    A.    Yes.

    Q.    Thank you for that clarification.

    Okay.  So I'd like to now mark as
Exhibit 26 tab 1301.

    MS. MILLER:  Actually, Kevin,
before we go there, can I just -- can we mark
quickly tab 1203?

    (Monolines Exhibit 27 is
introduced for the record.)

BY MS. MILLER:

    Q.    Okay.  So we have marked as
Monolines Exhibit 27 -- we'll come back to
26 -- a document.  Is this a document that you
recognize?

    A.    Yes.

    Q.    Okay.  And what is this document?

    A.    I would like to clarify that I
recognize this type of document.  I can't
recall specifically reviewing this exact
document.

    Q.    Fair enough.

    And what is this type of document?

    A.    This document is a Comprobante de

---

**372**

Remesa for rum taxes during this time, which is
stamped August 2014.  This is probably fiscal
year 2014.

    Q.    Okay.

    A.    Or fiscal year 2015.

    Q.    And are these among the documents
or the type of documents that you reviewed in
preparing the Flow of Funds that we discussed
earlier?

    A.    Yes, this type of document would
be included in that review.

    Q.    Okay.  And you see here there's a
designation Fondo, and it says 111.  Do you see
that?

    A.    Yes.

    Q.    And do you know what Fund 111 is?

    A.    Fund 111 is one of the fund
numbers used to identify General Fund.

    Q.    Okay.  And then to the left of
that it says Cuenta R4220.  Do you see that?

    A.    Yes.

    Q.    And is that the revenue account
within the General Fund that's used for rum
excise taxes that we discussed earlier?

    A.    That's the revenue account used

---

**373**

within the PRIFA system to record the revenues
of rum taxes.

    Q.    Okay.  Do you know whether that's
used to record all of the revenues of rum taxes
or just the first 117 million of rum taxes?

    Let me break it out.

    Is that revenue account number
used to record all of the revenues of rum
taxes?

    A.    I'm not positive.  I would have to
double-check on that and get back to you.

    Q.    Okay.  How would you go about
double-checking?

    A.    I would just have to look at the
voucher maybe similar to this one that -- whose
amount, which, you know, ended up meaning
specifically your total exceeded 117 million
and they were still using account code 4220,
that would indicate to me that they were using
Account 4220 for rum proceed revenues, the
first 117, as well as the excise.

    Q.    And if you ran the report that we
discussed earlier from the PRIFA system on
Revenue Account 4220, you would be able to tell
that based on the report, correct?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

39 (Pages 374 to 377)

---

**374**

1    A.    Correct.
2    Q.    You didn't run that report, right?
3    A.    No, I have not run that report.
4    Q.    Okay.  And how long do you think
5 it would take to run that report for a single
6 fiscal year?
7    A.    I don't know specifically how long
8 the system would take to process that, but I
9 imagine it would be accomplishable within
10 one day.
11    Q.    And when you say "accomplishable
12 within one day," you just mean processing time?
13    A.    Right.  I can't speculate on time
14 to quality control review data that the system
15 would potentially output.
16    Q.    How long would it take to come up
17 with a query?
18    A.    Query -- query -- I mean, I guess
19 I could tell you what the query is now.  You
20 would need time to determine what the
21 parameters of the query would be.
22    Q.    Do you know whether moneys other
23 than the first 117 million of rum -- sorry,
24 strike that.  Let me start over.
25        Do you know whether rum excise

---

**375**

1 taxes beyond the first 117 million of rum
2 excise taxes are deposited into the General
3 Fund?
4        UNIDENTIFIED SPEAKER:  Objection.
5        THE REPORTER:  I'm sorry, did
6 somebody -- I'm sorry?
7        THE WITNESS:  (Indiscernible)
8 deposited into the General Fund.
9 BY MS. MILLER:
10    Q.    Okay.  Do you know whether the
11 R4220 account is used in connection with other
12 Funds as well?
13        Sorry, just -- just to be clear,
14 when I said Funds, I meant capital F Fund, the
15 Fund of the Special Fund other than the
16 general.
17        UNIDENTIFIED SPEAKER:  Objection.
18        THE WITNESS:  I know the first
19 117 million would use the General Fund
20 identifier there.  We -- we did not look at
21 the, you know, the revenues outside the first
22 117 for purposes of the Flow of Funds
23 accreditation.
24 BY MS. MILLER:
25    Q.    So you don't know whether they

---

**376**

1 flow into a Fund other than the General Fund?
2        UNIDENTIFIED SPEAKER:  Objection.
3        THE WITNESS:  I disagree with the
4 characterization of funds flowing into any
5 Fund.
6 BY MS. MILLER:
7    Q.    Okay.  So you disagree with the
8 funds being allocated.  All right.
9        So you don't know whether they're
10 allocated to a Fund other than the General
11 Fund?
12    A.    The first 117 million are recorded
13 with the General Fund fund number.
14    Q.    Do you know whether moneys beyond
15 the first 117 million are recorded with a Fund
16 number that is not the General Fund?
17    A.    I don't know for certain since we
18 didn't look at the funds outside the 117 for
19 purposes of the Flow of Funds presentation.
20 That would certainly be something we could
21 follow up on and get back to you.
22    Q.    Okay.  Do you think they might be?
23        MS. McKEEN:  Objection.
24        THE WITNESS:  I can't speculate
25 one way or the other.

---

**377**

1        (Monolines Exhibit 28 is
2        introduced for the record.)
3        MS. MILLER:  Okay.  I want to go
4 to Exhibit 26 now, please, Kevin.
5 BY MS. MILLER:
6    Q.    Mr. Ahlberg, did you review the
7 lockbox agreement in connection with your
8 preparation for your deposition today?
9    A.    I did not review the lockbox
10 agreement in preparation for this deposition,
11 but I am familiar with the lockbox agreement
12 based on my ordinary business and work with the
13 Commonwealth.
14    Q.    Okay.  And in what context have
15 you encountered the lockbox agreement in the
16 course of your ordinary work?
17    A.    Beyond the first 117 million that
18 we have been discussing together, there's a rum
19 tax waterfall that proceeds after that, and I
20 have reviewed actual cash flows with -- actual
21 cash flows in the rum tax waterfall after the
22 first 117 million in my normal course of
23 business with the Commonwealth.
24    Q.    And in the course of that, have
25 you looked at the actual document?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                          April 23, 2020

40 (Pages 378 to 381)

### 378

1  A.  Somewhere along the lines in the
2  past two and a half years, I have seen the
3  actual lockbox agreement.
4  Q.  Okay.  Do you understand that
5  under the lockbox agreement -- which,
6  apologies, is being pulled off, I created
7  confusion, apparently.  We already used
8  Exhibit 26.  So this will be Exhibit 27 -- that
9  there are multiple transfers that -- let me
10 ask.
11      Here's the lockbox agreement.  Is
12 this the agreement that we were just talking
13 about?
14 A.  Yes.
15 Q.  Okay.  So the record is clear,
16 because we have now said it word three times,
17 Monolines Exhibit 28 is the lockbox agreement
18 dated May 5, 2015.  Who's the lockbox trustee?
19 Sorry, what does the lockbox say?
20 A.  Citibank.
21 Q.  And do you understand that under
22 this agreement Citibank has to make a number of
23 transfers to various entities, right?
24 A.  Not being an attorney, I'm not
25 certain what the lockbox agreement mandates or

### 379

1  does not mandate.
2  Q.  Okay.  Well, I thought you told me
3  that in the ordinary course of your business,
4  you have seen the lockbox agreement and
5  considered it in connection with the Flow of
6  Funds that it mandates.  No?  Did I get that
7  wrong?
8      UNIDENTIFIED SPEAKER:  Objection.
9      THE WITNESS:  I'm generally
10 familiar with the lockbox agreement, and in the
11 context in which I would have been familiar
12 with it was in monitoring cash flow activity
13 with respect to rum tax.
14 BY MS. MILLER:
15 Q.  Okay.  And so you understand that
16 the lockbox agreement outlines period cash
17 flows or the flow of various revenues, right?
18      MS. McKEEN:  Objection.
19      THE WITNESS:  I understand it's --
20 the Flow of Funds is different before and after
21 the lockbox agreement is operational.
22 BY MS. MILLER:
23 Q.  Okay.  I have not asked anything
24 about that.
25      I'm just asking you whether you

### 380

1  understand that the lockbox agreement sets
2  forth a Flow of Funds for the rum tax revenue.
3  A.  Not being an attorney, I'm not
4  positive that this lockbox agreement says that.
5  Q.  Why did you look at it in
6  connection with the Flow of Funds of the rum
7  taxes in the ordinary course of your business?
8  A.  In my ordinary course of business,
9  and understanding the historical Flow of Funds
10 for rum taxes, for us it meant understanding
11 that transfers were -- after the lockbox
12 agreements were coming directly from the
13 Citibank account as opposed to being
14 transferred directly from the U.S. Government.
15 Q.  Okay.  And is that
16 something -- when you said in the ordinary
17 course of your business, did you mean in
18 connection with preparing these Flow of Funds
19 documents?
20 A.  No.
21 Q.  Okay.  So in connection with your
22 ordinary course of business, you have to
23 understand that historical Flow of Funds
24 differed from the Flow of Funds under the
25 lockbox agreement?  Did I understand that

### 381

1  right?
2      MS. McKEEN:  Objection.
3      THE WITNESS:  From a normal course
4  of business, I understood the lockbox agreement
5  changed the Flow of Funds.
6  BY MS. MILLER:
7  Q.  Okay.  Do you understand how it
8  changed the Flow of Funds?
9  A.  Yes.  The funds are -- rum taxes
10 are -- first went to Citibank prior to transfer
11 to the TSA, as opposed to coming directly from
12 the U.S. Government.
13 Q.  Okay.  And then, after the first
14 117 -- well, look at page 4 of the lockbox
15 agreement.
16      And is this specifically a page
17 that you've seen before?  And I'm going to
18 direct you to Section 5, which is the
19 Disposition of Cover Over Payments in the
20 account.  Do you see that?
21 A.  I see that fifth section there.
22 Q.  Okay.  And did you look at this
23 fifth section in the ordinary course of
24 business before preparing the PRIFA Flow of
25 Funds for this deposition?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                               April 23, 2020

41 (Pages 382 to 385)

---

### 382

1      A.    I don't recall specifically
2  reviewing this exact section of the document.
3      Q.    Okay.  Do you have an
4  understanding of how the moneys beyond the
5  first 117 million flow?
6      A.    I have a general understanding.
7      Q.    Okay.  What's your general
8  understanding?
9      A.    My general understanding is that
10 after the first 117 million, that there
11 are -- there's a waterfall for the remaining --
12 remaining distribution of funds.
13     Q.    Okay.  And do you know who gets
14 the second payment in the waterfall?
15     A.    I can't recall off the top of my
16 head who gets the second payment in the
17 waterfall.
18     Q.    Well, good news.  You don't have
19 to recall off the top of your head.  If you
20 look at Section 5(b), it says "Second."
21     So you can just read it and then
22 tell me if that refreshes your recollection of
23 who gets the second flow in the waterfall.
24     A.    Counsel, could you point me to the
25 section of the document you're referring to?

---

### 383

1      Q.    Section 5(b), as in boy.
2  Actually -- sorry.  Yeah, that's right.
3  Section 5(b).
4      MS. McKEEN:  Atara, when you get
5  to a convenient stopping place, if we could
6  have a short break, I would appreciate it.
7      MS. MILLER:  Sure.  Actually,
8  almost done with this.  I want to go a few
9  minutes longer, and hopefully I can wrap this
10 up.
11     MS. McKEEN:  That's great.  Thank
12 you.  Just a quick one.
13     MS. MILLER:  Okay.
14 BY MS. MILLER:
15     Q.    Mr. Ahlberg, does Section 5(b)
16 refresh your recollection as to who gets the
17 second distribution of rum taxes after the
18 first 117 million?
19     A.    That refreshes my recollection of
20 what this lockbox agreement says.  I can't say
21 for certain that -- off the top of my head that
22 this is how the cash flow on activity follows.
23     Q.    Okay.  Who's supposed to get the
24 next 5 million --
25

---

### 384

1      MS. McKEEN:  Objection.
2  BY MS. MILLER:
3      Q.    -- under the lockbox agreement?
4      MS. McKEEN:  Objection.
5      THE WITNESS:  I believe that it
6  says:
7      Second, to the Secretary of
8  Treasury for deposit to the credit of the S&T
9  Trust, which I understand is the Science and
10 Technology Trust.
11 BY MS. MILLER:
12     Q.    Okay.  And what about third?
13     A.    The document says:
14     Third, to the Secretary of
15 Treasury, the remaining amount of Non-Rum COR
16 included in such Cover Over Payment.
17     Q.    Okay.  And then what about 4?
18     A.    The document says:
19     Fourth, to the Secretary of
20 Treasury, the remaining amount of other rum
21 Cover Over or COR included in such Cover Over
22 Payment.
23     Q.    Okay.  Do you know whether the
24 Commonwealth accounts for each of these buckets
25 of rum tax revenues differently when it

---

### 385

1  receives them from Citi?
2      A.    I'm not certain if there's
3  different accounting treatment for the rum
4  revenues in excess of the first 117 million.
5      Q.    Do you know if the 5 million to
6  the credit of the S&T Trust if -- sorry -- is
7  credited to the General Fund?
8      A.    I'm not positive off the top of my
9  head if that is the case.
10     Q.    What would you do to find out
11 whether the transfers in (a), (b), (c) and (d)
12 of Section 5 of Exhibit 28 are accounted for
13 differently on the internal accounting records
14 of the Commonwealth?
15     A.    Apologies, I'm just thinking here.
16 Would you mind repeating the question?
17     Q.    Yeah.  My question is:
18     What would you do to determine
19 whether the transfers in Section 5(a), (b), (c)
20 and (d) of Exhibit 28 are accounted for
21 differently on the internal accounting records
22 of the Commonwealth?
23     A.    I would -- first, I would discuss
24 with -- with Treasury and review the transfers
25 into -- review the, you know, transfers letters

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                  April 23, 2020

42 (Pages 386 to 389)

---

**386**

1  or vouchers that show transfer into the TSA.
2     Q.    Do you know whether when Citi
3  makes transfers under this lockbox agreement it
4  specifically identifies whether the
5  transfer -- sorry -- which bucket the
6  transfer -- let me start over.
7        Do you know whether Citi, when it
8  makes transfers under the lockbox agreement,
9  specifically identifies which bucket the moneys
10 fall under?
11    A.    Would you repeat that question,
12 please?
13    Q.    Yeah.  Do you know whether Citi,
14 when it makes transfers under the lockbox
15 agreement, specifically identifies which bucket
16 the moneys fall under?
17    A.    I'm not positive.  I would have to
18 double-check on that.
19    Q.    Okay.  Do you know what it means
20 for a deposit to be to the credit of the S&T
21 Trust?
22    A.    I'm not sure what is intended by
23 that exact phrasing there.
24    Q.    Do you know whether there is a
25 Fund that corresponds to the S&T Trust?

**387**

1     A.    I do not know whether there is a
2  separate Fund number within the PRIFA system
3  that identifies S&T Trust money.
4     Q.    Would you expect the Commonwealth
5  to account differently for moneys deposited to
6  the credit of the S&T Trust from moneys
7  deposited to the credit of PRIFA?
8        UNIDENTIFIED SPEAKER:  Objection.
9        THE WITNESS:  I mean, nothing --
10 I'm not sure how S&T would account for those
11 differently from one another.
12 BY MS. MILLER:
13    Q.    Okay.  Do you know why the
14 Commonwealth asks Citi to separately break out
15 amounts that were going to the Treasury for
16 deposit of the credit into different entities?
17       MS. McKEEN:  Objection.
18       THE WITNESS:  I do not know why
19 Citibank does that.
20 BY MS. MILLER:
21    Q.    My question was why does the
22 Commonwealth ask them to do it.
23       MS. McKEEN:  Objection.
24       THE WITNESS:  I don't know why the
25 Commonwealth would have asked them to do that.

**388**

1  BY MS. MILLER:
2     Q.    Okay.  Just, for example, (a) and
3  (b), it would have been more simple to just
4  make a single transfer to the Secretary of the
5  Treasury for 122 million, wouldn't it?
6        MS. McKEEN:  Objection.
7        THE WITNESS:  I can't say what
8  would have been easier or not.
9  BY MS. MILLER:
10    Q.    Is there any reason you can think
11 of why in a Flow of Funds the first 117 million
12 being transferred to the Secretary -- to the
13 Secretary of the Treasury for the credit of
14 PRIFA was broken out from the next $5 million
15 that were being transferred to the Secretary of
16 the Treasury for deposit to the credit of the
17 S&T Trust?
18       MS. McKEEN:  Objection.
19       THE WITNESS:  Would you please
20 repeat the question?
21 BY MS. MILLER:
22    Q.    Is there any reason you can think
23 of for why in the Flow of Funds the first
24 117 million being transferred to the Secretary
25 of Treasury for the credit of PRIFA was broken

**389**

1  out from the next 5 million that were being
2  transferred to the Secretary of Treasury for
3  deposit to the credit of the S&T Trust?
4        MS. McKEEN:  Objection.
5        THE WITNESS:  I can't speculate as
6  to why.
7  BY MS. MILLER:
8     Q.    Okay.  All right.  Let's -- I'm
9  going to do one more quick exhibit, Liz, and
10 then I'll take a break.  It shouldn't take more
11 than a minute.
12       MS. MILLER:  Can we mark tab 1302
13 as Exhibit 29?
14       (Monolines Exhibit 29 is
15       introduced for the record.)
16 BY MS. MILLER:
17    Q.    Okay.  Mr. Ahlberg, is this a
18 document that you've seen before or a form of
19 document that you've seen before?
20    A.    Yes.
21    Q.    Okay.  And what is it?
22    A.    It is a lockbox receipt notice.
23    Q.    And can we just look at the second
24 page of this document?
25       Okay.  Mr. Ahlberg, does this

---

Henderson Legal Services, Inc.

202-220-4158                          www.hendersonlegalservices.com

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

43 (Pages 390 to 393)

---

**390**

1  refresh your recollection about whether Citi in
2  fact breaks out into each category the amount
3  of the disbursement?
4      A.    Yes.
5      Q.    Okay.  And so Citi would transfer
6  in the first 117 million of rum excise taxes,
7  specifically identifies the recipient as the
8  Secretary of Treasury for deposit to the credit
9  of PRIFA, correct?
10         UNIDENTIFIED SPEAKER:  Note my
11  objection.
12         MS. MILLER:  What's your
13  objection?
14         UNIDENTIFIED SPEAKER:  You've used
15  the word "identifies" in the present tense, and
16  I think it's unclear as to whether you're
17  asking about this specific example or a course
18  of conduct across all Citi transfers.  That's
19  my objection.
20         MS. MILLER:  Okay.  I appreciate
21  that clarification.
22  BY MS. MILLER:
23      Q.    Mr. Ahlberg, does this refresh
24  your recollection that on August 25, 2017, Citi
25  identifies the recipient of the first

---

**391**

1  117 million as Secretary of Treasury for
2  deposit to the credit of PRIFA?
3      A.    Yes, it does refresh my
4  recollection that Citibank produces a document
5  with this information.
6      Q.    And does it still produce that
7  document today?
8      A.    I believe so.
9      Q.    And it specifically identifies the
10  recipient for the first 117 million as
11  Secretary of Treasury for deposit to the credit
12  of PRIFA, correct?
13      A.    On this document, that is correct.
14      Q.    Do you believe that's changed in
15  any subsequent documents?
16         MS. McKEEN:  Objection.
17         THE WITNESS:  Do not think so.
18  BY MS. MILLER:
19      Q.    And that's distinct from the
20  Secretary of Treasury for deposit to the credit
21  of the S&T Trust, correct?
22      A.    Different in that it is shown
23  separately on the Citibank-produced document,
24  yes.
25         MS. MILLER:  Okay.  This is a good

---

**392**

1  time for a break.
2         Liz, how long do you want to take?
3         MS. McKEEN:  10.
4         MS. MILLER:  Okay.  Great.
5         MS. McKEEN:  Thank you.
6         MS. MILLER:  Thank you.
7         THE VIDEOGRAPHER:  We are off the
8  record at 2:39 p.m.
9           (Recess taken.)
10         THE VIDEOGRAPHER:  We are back on
11  the record at 2:54 p.m.
12  BY MS. MILLER:
13      Q.    Okay.  I want to go back to
14  Exhibit 24, and I want to look at the next
15  page, which is the Flow of Funds from July 2015
16  to March 2016.  Do you see that?
17      A.    No.
18      Q.    Me neither.  There we go.
19         Now do you see it?
20      A.    Yes.
21      Q.    Okay.  And just looking at this
22  chart, based on what you've already said, you
23  were able to identify -- well, let me ask the
24  first question.
25         The first $117 million of rum

---

**393**

1  excise taxes flowed, according to this chart,
2  from this U.S. Treasury to the Citibank
3  account.  And is that the lockbox account?
4      A.    Yes.
5      Q.    Okay.  And is it your
6  understanding that that is an account of the
7  Secretary of the Treasury?
8      A.    The Citibank account?
9      Q.    The Citibank account, yeah.
10      A.    I'm not -- I'm not certain there.
11      Q.    Okay.  Well, it's denoted in dark
12  gray.  What does dark gray mean?
13      A.    In this case, it indicates that
14  it's not a Commonwealth account.
15      Q.    So your testimony, as the
16  corporate representative of the Commonwealth,
17  is that the Citibank 9028 account is not a
18  Commonwealth account?
19      A.    I'm not certain whether that's
20  called a Commonwealth account or not a
21  Commonwealth account.  The dark gray is meant
22  to distinguish it from the TSA operational
23  accounts as well as the other Commonwealth
24  account 6048.
25      Q.    Okay.  Why were you distinguishing

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                                April 23, 2020

44 (Pages 394 to 397)

---

**394**

1  this account?
2      A.    I mean, it's a separate bank
3  account.  The dark gray is done to -- to help
4  the reader know that that account is separate
5  from the TSA 0006 or Account 6048.
6      Q.    What is Account 6048?
7      A.    It's a separate account at
8  Treasury.
9      Q.    And what's it used for?
10      A.    It's -- I believe it's an account
11  that's actually no longer used.
12      Q.    During the period July 2015 to
13  March 2016, what was that account used for?
14      A.    In this case, it received a
15  transfer of -- from 0006 and -- more than one
16  transfer, potentially many transfers.
17      Q.    Okay.  And the 6048 account is
18  designated as a comingled account.  Do you see
19  that?
20      A.    Yes.
21      Q.    What other moneys are deposited
22  into the 6048 account or what other
23  deposit -- what other moneys were deposited
24  into the 6048 account during the period
25  July 2015 to March 2016?

---

**395**

1      A.    I can't recall off the top of my
2  head what other moneys were included in that
3  transfer or those transfers.
4      Q.    Do you know whether HTA taxes were
5  loaded to the 6048 account?
6      A.    I can't recall off the top of my
7  head without looking at the HTA Flow of Funds
8  presentation document.
9      Q.    Okay.  Do you know whether CCDA
10  moneys were flowed into the 6048 account during
11  this period?
12      A.    I can't recall which moneys
13  besides rum taxes off the top of my head were
14  transferred to this account.
15      Q.    Do you have an understanding of
16  why the money was flowed from the 006 account
17  into the 6048 account and then back into the
18  006 account?
19      A.    It's a function of internal cash
20  management at the time of the Department of
21  Treasury.
22      Q.    Okay.  Do you know whether
23  60 -- the 6048 account was designated a
24  clawback revenue account?
25      A.    I'm not part of the -- the name or

---

**396**

1  colloquial name of that account.
2      Q.    Does that ring a bell, that the
3  6048 account was used during this period to
4  hold clawback moneys from HTA, CCDA, and PRIFA?
5      A.    It certainly received transfers of
6  funds that either previously or ultimately were
7  used for those purposes.
8      Q.    What purposes do you mean when you
9  say "those purposes"?
10      A.    In this -- in this specific case,
11  being an accountant, the Flow of Funds during
12  the time in which -- that service payments were
13  being made.
14      THE REPORTER:  I'm sorry.  During
15  the time in which?
16  BY MS. MILLER:
17      Q.    I didn't get any of that, so...
18      A.    I heard a couple people there.
19      Q.    I think the court reporter asked
20  you to finish your answer.  She didn't catch
21  the end of it.
22      A.    Okay, sorry.  Would you mind
23  repeating the question?
24      Q.    I've lost track of it.
25      MS. MILLER:  Madam Court Reporter,

---

**397**

1  would you mind reading back the last question?
2      (Record read as requested.)
3      "What do you mean when you say
4      'those purposes'?"
5      MS. MILLER:  We need to go back
6  one more question.
7      (Record read as requested.)
8      Question:  "Does that ring a
9      bell, that the 6048 account
10      was used during this period to
11      hold clawback moneys from HTA,
12      CCDA, and PRIFA?
13      Answer:  It certainly received
14      transfers of funds that either
15      previously or ultimately were
16      used for those purposes.
17      Question:  What purposes do
18      you mean when you say "those
19      purposes"?
20      THE WITNESS:  Those purposes,
21  meaning to receive bank flows of revenues, you
22  know, that could be rum tax revenues or the
23  other revenues that you referenced.
24  BY MS. MILLER:
25      Q.    Did the 6048 account receive any

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                  April 23, 2020

45 (Pages 398 to 401)

---

**398**

moneys other than clawback money during this period?

A.    I'm not certain what you're referring to as clawback money.

Q.    Okay.  Have you ever heard the term "clawback money"?

A.    I have heard the term "clawback money."

Q.    And what do you understand it to mean?

A.    Meaning funds that either were or are retained at the Commonwealth -- by the Commonwealth.

Q.    And when you say money, do you specifically mean moneys that are allocated to either PRIFA, HTA or CCDA that are currently being retained by the Commonwealth, correct?

MS. McKEEN:  Objection.

THE WITNESS:  Well, I disagree with the characterization that they're allocated to those entities.

BY MS. MILLER:

Q.    Well, you don't mean all moneys that are held by the Commonwealth, do you?  So define what you mean, please.

---

**399**

A.    Moneys that either previously or continue to flow for debt service.

Q.    Well, not all debt service money went to the 6048 account, did it?  So I don't think that's what you mean by defining clawback money.  Can you tell me what you actually mean when you use the term "clawback money"?

MS. McKEEN:  Objection.

BY MS. MILLER:

Q.    Mr. Ahlberg, what do you understand the term "clawback money" to mean?

A.    I understand the term to refer to revenues that either were or are retained by the Commonwealth.

Q.    Any money or a specific set of money?

A.    When I think about -- yeah, there's specific -- yes, specific moneys.

Q.    And what specific money?

A.    I mean, again, I can't recall off the top of my head all other, other than the context of rum in the context of looking at this document in the account 6048.

Q.    I'm not even asking about Account 6048 right now.  I'm just asking about your

---

**400**

understanding of what "clawback revenues" means.

A.    My understanding of "clawback revenues" is revenues that either were or are retained by the Commonwealth.

Q.    Can you give me an example of a -- okay.  So let me give you an example.

We looked previously at the financial statements and the cash flows, and one category of moneys was federal funds for Medicaid.  Do you recall that?

A.    I do recall.

Q.    Okay.  And the Commonwealth received those moneys, correct, in its TSA account?

A.    Correct.

Q.    During the time that the Commonwealth holds those revenues, are they considered clawback moneys under your definition?

A.    I would not consider those clawback moneys.

Q.    Okay.  So can you suggest or provide me with -- can you provide me with a definition of clawback moneys that would

---

**401**

appropriately distinguish what you mean by clawback moneys from, for example, the federal funds?

MS. McKEEN:  Objection.

THE WITNESS:  Could you repeat the question?

BY MS. MILLER:

Q.    Can you give me a definition of clawback moneys that would appropriately distinguish what you mean by clawback moneys for, for example, those federal funds?

A.    Okay.  So the way I understand the -- generally understand the definition of "clawback revenues" as you've used it is that this refers to moneys that either were or are retained by the Commonwealth.  Specifically as it relates to this deposition, I'm referring to rum taxes or HTA allocable revenues, et cetera.

Q.    And when you say "et cetera," do you mean CCDA or (indiscernible)?

A.    Those would be generally included in the general term of clawback revenues as I understand it.

Q.    Okay.  And was the 6048 account an account that was specifically used during the

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

46 (Pages 402 to 405)

**402**

1  July '15 to March 2016 period to hold clawback
2  moneys from those particular entities?
3  A.   I believe so, yes.
4  Q.   Do you know whether there are any
5  other moneys that were deposited into the 6048?
6  A.   I don't believe that there were,
7  but I can't recall off the top of my head.
8  Q.   Okay.  Do you know approximately
9  how much money was deposited into Account 6048
10  during this period?
11  A.   Off the top of my head, I do not,
12  but that's certainly something that we could
13  review and get back to you on.
14  Q.   And how would you determine that?
15  A.   I would review the internal daily
16  cash flow that I mentioned earlier that
17  Treasury maintains, and in there I would look
18  at transfers from the TSA operational account
19  through this account.
20  Q.   Okay.  And how were you able to
21  identify the money from the 006 account into
22  the 6048 account -- sorry.
23       How were you able to identify HTA
24  revenues, for example, flowing from the 006
25  account to the 6048 account?

**403**

1  A.   If the question is in the context
2  of HTA, would you mind putting the HTA
3  presentation for this time period up on the
4  screen?
5  Q.   I'm not going to do that.  I'm
6  just going to ask you about the HTA later.
7       I thought you just told me that
8  6048 was used during this time for HTA, PRIFA
9  and CCDA.  Didn't you just tell me that?
10  A.   I believe so, but to answer a
11  specific question about HTA, I thought it would
12  be helpful to have that slide in front of me.
13  Q.   Okay.  Well, how do you know that
14  the moneys were rum taxes when they flowed from
15  the 006 account to the 6048 account?
16  A.   By reviewing the transfer details
17  that corresponded with that transfer.
18  Q.   And what specifically in the
19  transfer details allowed you to identify the
20  moneys as being for the rum taxes or the
21  117 million for the rum taxes?
22  A.   Without looking at the exact
23  transfer details, I can't -- I can't recall the
24  exact data point on those transfer details that
25  would have indicated who was the transferor of

**404**

1  rum funds.
2  Q.   Okay.  But you know that there was
3  something specific in the internal accounting
4  documents of the Commonwealth that identified
5  the revenues as from among the first
6  117 million of rum excise taxes, correct?
7  A.   That's correct.
8  Q.   And is the same true with respect
9  to the transfer from the 006 account to the GO
10  Debt Service?
11  A.   That's correct.
12  Q.   Do you know whether all of the
13  money in the 6048 account was transferred into
14  the 006 account during this period?
15  A.   I believe the entirety of the
16  balances was actually transferred over.  I
17  can't recall if it occurs within the parameters
18  of the time period suggested on the slide or
19  not.
20  Q.   So is the time parameter indicated
21  on the slide talking about the starting point
22  of the flow, meaning if the flow of dollars
23  started between July '15 to March 2016, this is
24  how it flowed, that some of these flows may
25  have occurred outside of that period?

**405**

1       UNIDENTIFIED SPEAKER:  Objection.
2       THE WITNESS:  None of the flows
3  presented on this page would have occurred
4  outside the period.
5  BY MS. MILLER:
6  Q.   I thought you just told me that
7  some of the money from 6048 may have
8  transferred to 006 outside of this time period.
9  A.   You asked if the entire balance of
10  6048 was transferred to 0006.  Given the nature
11  that it's comingled, I just -- I can't say for
12  certain, looking at this particular diagram,
13  that every single dollar in Account 6048 was
14  transferred to Account 0006 in this time period
15  without reviewing --
16  Q.   Okay.
17  A.   -- internal cash flows, as I
18  mentioned.
19  Q.   Okay.  And the moneys flowed from
20  the 006 account to GO Debt Service.  Do you see
21  that?
22  A.   I see that.
23  Q.   Was that an actual GO Debt Service
24  payment out to bondholder?
25  A.   I'm sorry, what was the question?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                   April 23, 2020

47 (Pages 406 to 409)

**406**

1  Q.    Does that reflect an actual
2  payment of GO Debt Service to bondholder?
3  A.    Those transfers were made toward
4  the GO Debt Service. I'm uncertain to -- to
5  the exact accounts, all of the accounts there.
6  Q.    Was it made to third parties?
7  A.    I'm not positive.
8  Q.    So you don't know if it was
9  transferred into a Commonwealth GO Debt Service
10 account but never transferred subsequently to
11 third parties?
12 A.    I can't recall off the top of my
13 head, but I think we provided documents of that
14 transfer.
15 Q.    And what kind of documents do you
16 believe you provided reflecting that transfer
17 or those transfers?
18 A.    I believe we provided transfer --
19 transfer details showing the transfer out of
20 GDB Account 0006 for GO Debt Service.
21 Q.    And you can't recall whether it
22 was to another internal Commonwealth account or
23 to a third party?
24 A.    I can't recall.
25 Q.    Okay. Do you know approximately

**407**

1  how much money was transferred from the 006
2  account to GO Debt Service during this time
3  period?
4  A.    I can't recall exactly how much
5  that transfer was or those transfers were given
6  the transfer that's comingled with other
7  retained revenues.
8  Q.    Okay. Do you know whether there
9  were any other moneys remaining in the 006
10 account when that transfer was made?
11 A.    Being the operational account of
12 the Commonwealth and TSA, there would
13 definitely be a balance in that account even
14 after it transferred.
15 Q.    Okay. And the 006 account, does
16 that refer to a single bank account within the
17 TSA?
18 A.    Yes.
19 Q.    Okay. And are there other bank
20 accounts within the TSA?
21 A.    Yes.
22 Q.    Do you know whether the other bank
23 accounts in the TSA had any money at the time
24 that the transfers of these retained revenues
25 were made, as reflected in this July '15 to

**408**

1  March '16 period, were made from the 006
2  account, the GO Debt Service account?
3  A.    Without seeing a single account
4  during this time period, I believe that the
5  other TSA account would have had balances
6  during this time period.
7  Q.    Okay. I'm going to ask you the
8  same question I asked you previously with
9  respect to the prior Flow of Funds.
10 Just looking at this document for
11 the period July '15 to March 2016, it's
12 correct, is it not, that the only account
13 through which the full 117 million of the first
14 rum excise tax revenue flow are the Citibank
15 9028 account and the GDB 006 account, correct?
16 MS. McKEEN: Object to form.
17 THE WITNESS: The first
18 117 million would be received into the Citibank
19 lockbox as well as transferred into GDB Account
20 0006.
21 BY MS. MILLER:
22 Q.    Okay. And then no other account
23 reflected on this chart -- sorry.
24 The full first 117 million of rum
25 excise taxes do not flow through any other

**409**

1  account reflected on this Flow of Funds,
2  correct?
3  A.    There's no other transfer of
4  117 million or -- on this -- on this Flow of
5  Funds.
6  Q.    Okay. So that's a yes, right?
7  MS. McKEEN: Objection.
8  THE WITNESS: The first
9  117 million flows to the Citibank account, and
10 then that 117 million will flow to the GDB
11 account 0006.
12 It is true then that a total of
13 117 million would not flow from GDB Account
14 0006 to 6048 with respect to rum taxes.
15 BY MS. MILLER:
16 Q.    Okay. I just want to look quickly
17 at the last page in the Flow of Funds, and this
18 reflects the Flow of Funds from April of 2016
19 to the present. Do you see that?
20 A.    Yes.
21 Q.    Okay. And here there's a change
22 in the Flow of Funds where the moneys go from
23 the U.S. Treasury to the Citibank account,
24 correct? And then they go into the Banco
25 Popular 9458 account. Do you see that?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

48 (Pages 410 to 413)

---

### 410

1    A.   Yes, I see that.

2    Q.   Okay.  During the April 2016 to

3  the present time period, that has replaced the

4  GDB 006 account as the main operational account

5  of the Commonwealth, correct?

6    A.   Correct.

7    Q.   Okay.  And then we see -- a

8  million dollars transferring to the PRIFA

9  BPPR 2882 account.  Do you see that?

10   A.   Yes.

11   And has that account replaced the

12 GDB 0704 account as the primary PRIFA operating

13 account?

14   A.   Would you mind giving me control

15 of the document, please?

16   Q.   Sure.

17   A.   Thank you.

18       That's correct.

19   Q.   Okay.  And the Flow of Funds

20 stopped here with the Banco Popular 9045

21 account and the Banco Popular 2882 account; is

22 that right?

23   A.   Correct.

24   Q.   Are there any outflows of rum

25 excise taxes out of the BPPR 9458 account?

---

### 411

1    A.   Besides the $1 million discrete

2  transfer, as documented on this presentation,

3  there would have been no transfers out of the

4  TSA operational account for which revenue

5  source was rum tax revenues.

6    Q.   Is that because the rum tax

7  revenues don't fit in the operational account?

8    A.   It's not possible to know that.

9    Q.   And why not?

10   A.   Because the TSA is a collection of

11 bank accounts that transfer between one

12 another.

13   Q.   Okay.  So you think the rum excise

14 taxes are sitting somewhere in the TSA but not

15 necessarily in the 9458 account.  Is that what

16 you're saying?

17       UNIDENTIFIED SPEAKER:  Objection.

18       THE WITNESS:  Once the cash is

19 in -- once the proceeds from rum revenue is

20 deposited to the TSA, those dollars -- that

21 cash is indistinguishable from other dollars

22 and cash within the TSA account.

23 BY MS. MILLER:

24   Q.   Okay.  I know that.  But on the

25 previous chart, we saw the rum tax revenues

---

### 412

1  being deposited in the 006 account, which is

2  the equivalent account to the current BPPR 9458

3  account, right?  And we were able to identify

4  outflows as a revenue source of rum excise

5  taxes.  Do you recall doing that exercise on

6  the prior two terms?

7    A.   Yes.

8    Q.   Okay.  So my question is:

9        Why could you not do that exercise

10 for the April '16 to present period?

11   A.   Maybe I'm not understanding the

12 exercise that you're referring to.  Could you

13 please repeat that?

14   Q.   I'm going to ask a different

15 question.

16       Is it your understanding that the

17 rum excise taxes collected between April 2016

18 and the present still remain in the TSA?

19       MS. McKEEN:  Objection.

20       THE WITNESS:  It's true that

21 revenue earned from rum taxes from April 2016

22 to present were transferred into the TSA

23 account.

24 BY MS. MILLER:

25   Q.   Have you seen any evidence of an

---

### 413

1  outflow from the TSA of rum tax revenue?

2    A.   Besides the $1 million discrete

3  transfer noted on the slide, I've seen no

4  transfers out of the TSA.  The fund source,

5  revenue source was rum tax revenues.

6    Q.   Okay.  And in the prior period

7  that we looked at, so the entire period from

8  January 2014 to March 2016, you were able to

9  identify outflows of rum tax revenues from the

10 General Fund, correct?

11       Sorry.  Let me restate that.

12       For the period January 2014

13 through March 2016, when rum taxes flowed out

14 of the Commonwealth's main operational account,

15 you were able to identify that, correct?

16   A.   No.  We were able to identify

17 transfers from the operational account whose

18 fund source was rum tax revenue.

19   Q.   Okay.  So for the period

20 January 2014 through March 2016, you were able

21 to identify transfers from the operational

22 account whose fund source was rum tax revenue;

23 is that correct?

24   A.   That is correct.

25   Q.   Okay.  And you were not able to

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                              April 23, 2020

49 (Pages 414 to 417)

**414**

1  identify any outflow with the fund source of
2  rum tax revenues during the period April 2016
3  to the present; is that correct?
4     A.    It's not that we were unable to.
5  It's that we did not identify anything as such.
6     Q.    Okay.  So to the best of your
7  knowledge, there were no outflows from the TSA
8  with a revenue source of rum excise taxes,
9  correct?
10          UNIDENTIFIED SPEAKER:  Objection.
11  BY MS. MILLER:
12     Sorry.  During this period, from
13  April -- let me just restate it so we have a
14  clean question.
15          To the best of your knowledge,
16  there were no outflows from April 2016 to the
17  present from the TSA with a revenue source of
18  the rum excise taxes, correct?
19     A.    With the exception of the
20  $1 million listed on this presentation
21  document, that is correct.
22     Q.    Thank you.
23          I'm going to switch to talking
24  about CCDA.
25          Now, I mentioned it earlier,

**415**

1  Mr. Ahlberg.  Do you have an understanding that
2  when I say "CCDA" -- do you have an
3  understanding of what I mean when I say "CCDA"?
4     A.    Would you please clarify for me?
5     Q.    Sure.  I think it's the Convention
6  Center Development Authority.
7     A.    Oh, okay.
8     Q.    And when I say "Tourism Company,"
9  do you know what I mean?
10     A.    Yes.
11     Q.    Okay.  Do you have any -- have you
12  had any involvement in -- sorry.  Let me
13  restate it.
14          So when I say "CCDA," I mean the
15  Convention Center District Authority.  Do you
16  understand that?
17     A.    Yes.
18     Q.    When I say -- sorry, not when I
19  say.
20          Have you had any involvement with
21  CCDA in your -- in the ordinary course of your
22  work for AAFAF?
23     A.    No.
24     Q.    What about the Tourism Company?
25     A.    Yes.

**416**

1     Q.    Okay.  And what work did
2  you -- have you done with respect to the
3  Tourism Company?
4     A.    Generally cash flow reporting and
5  cash flow workout scenes.
6     Q.    How long have you been doing work
7  related to the Tourism Company?
8     A.    It's hard to say specifically.
9          My work with the Commonwealth
10  overlaps with various instrumentalities since I
11  began work at the Commonwealth.
12     Q.    Did you similarly put together the
13  Flow of Funds for CCDA?
14     A.    For tourism?  Yes.
15     Q.    Okay.  And who at CCDA did you
16  work with?
17          UNIDENTIFIED SPEAKER:  Objection.
18  BY MS. MILLER:
19     Q.    All right.  Who, if anybody, did
20  you speak to at CCDA?
21     A.    We worked with individuals
22  employed by the Tourism Company.
23     Q.    And why did you speak with people
24  employed by the Tourism Company rather than
25  CCDA?

**417**

1     A.    Because putting together the Flow
2  of Funds, the Tourism Company individuals and
3  management team were the ones with the
4  requisite knowledge to help develop an accurate
5  Flow of Funds.
6     Q.    Did you speak to anybody at
7  Treasury about putting together a CCDA Flow of
8  Funds?
9     A.    I spoke with Treasury about
10  putting together a Flow of Funds for the
11  Tourism Company.
12     Q.    And who did you speak to at
13  Treasury?
14     A.    Off the top of my head, I can
15  recall Jeira Belén and Hector Gomez.
16     Q.    And what did they tell you -- or
17  what did you talk to them about specifically
18  with respect to the Tourism Flow of Funds?
19     A.    I think it depends on the
20  conversation, that generally our conversations
21  were focused on aligning with the accuracy as
22  presented in the Flow of Funds presentation.
23     Q.    What do you mean by "aligning with
24  the accuracy as presented in the Flow of Funds
25  presentation"?  I don't understand that.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                April 23, 2020

50 (Pages 418 to 421)

**418**

1    A.    I just mean collective review and
2  collaboration that the Flow of Funds
3  presentation is correct.
4    Q.    Did Treasury have any specific
5  information about the revenue stream or the
6  flow of the revenue?
7    A.    I can't recall specifically if I
8  obtained revenue information from Treasury.
9    MS. MILLER:  Okay.  Okay.  So I'd
10  like to mark as the next exhibit tab 2001,
11  please.
12    (Monolines Exhibit 30 is
13    introduced for the record.)
14  BY MS. MILLER:
15    Q.    Mr. Ahlberg, in connection with
16  preparing the Flow of Funds, did you review the
17  assignment and coordination agreement between
18  the Tourism Company and the GDB?
19    A.    I personally did not review that
20  specific document.
21    Q.    Are you aware if such a document
22  exists?
23    A.    I have heard others refer to that
24  document.
25    Q.    Okay.  And in what context have

**419**

1  you heard others refer to the document?
2    A.    I can't recall specifically.  I
3  just know in general, I'm familiar with -- with
4  the term or the name of the document.
5    Q.    Okay.  So you've heard of it, you
6  just don't remember specifically where.
7    A.    Correct.
8    Q.    Okay.  So you have in front of you
9  a document that's been marked as Monolines
10  Exhibit 30.  It is the Assignment and
11  Coordination Agreement between -- by and
12  between the Tourism Company and the GDB.  Do
13  you see that?
14    A.    I see that.
15    Q.    Okay.  And I'd like you to look
16  specifically at Section 1, which is right there
17  on the first page, and it says:
18    The Tourism Company hereby creates
19  a Special Fund called the Assignment and
20  Coordination Agreement ("Holding Fund"),
21  ("Holding Fund").  All hotel occupancy tax
22  revenues will be deposited, as collected, into
23  the Holding Fund.
24    Have you ever heard of the Holding
25  Fund?

**420**

1    A.    I'm not aware of a specific
2  Holding Fund.
3    Q.    Have you ever heard that term used
4  in connection with CCDA or the Tourism Company?
5    A.    I may have heard the term, but I
6  am not generally familiar with it.
7    Q.    Do you know whether there's an
8  accounting designation in the Commonwealth or
9  Tourism Company account that correspond to a
10  Holding Fund?
11    A.    I'm not positive about an
12  accounting designation of a specific Holding
13  Fund.
14    Q.    Okay.  Are you thinking of a
15  different accounting designation that relates
16  to hotel occupancy taxes?
17    A.    I'm not certain, just not being
18  familiar with the Holding Fund terminology.
19    Q.    And my question was:
20    Are you aware of any accounting
21  designations that relate to the hotel occupancy
22  taxes?
23    A.    I'm not certain of accounting
24  designations.
25    Q.    And here it says that the moneys

**421**

1  will be deposited as collected into the Holding
2  Fund.  Do you see that?
3    A.    I do see that.
4    Q.    And what does that mean to you?
5    A.    It means that all hotel occupancy
6  tax revenues will be deposited as collected
7  into the Holding Fund.
8    Q.    And what does it mean to be
9  deposited into a Fund?
10    A.    Generally it -- I mean, it depends
11  on how they're using the word "Fund" here, but,
12  generally, it would mean cash deposits into
13  whatever this concept of -- of Fund definitions
14  are used.
15    Q.    Does that make sense to you?
16    A.    Does what make sense to me?
17    Q.    The idea of a cash deposit into a
18  Fund.
19    A.    It makes sense that there would be
20  cash deposits into a bank account.
21    Q.    What about into the Fund?
22    A.    I don't know.  It depends on
23  what's meant by "Fund."
24    Q.    Okay.  Well, what do you think is
25  meant by "Fund" here?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

51 (Pages 422 to 425)

**422**

UNIDENTIFIED SPEAKER: Objection.

BY MS. MILLER:

Q.   Do you have an understanding of how the Commonwealth uses the word "Fund"?

UNIDENTIFIED SPEAKER: Objection.

THE WITNESS: The Commonwealth uses the word "Fund" in various ways, and often very loosely, and the way that I think about Fund is about Funds numbered specifically within the PRIFA system.

BY MS. MILLER:

Q.   Okay. Section 2 says that:

The holding Fund shall contain two accounts identified as the Transfer Account and the Surplus Account. Do you see that?

A.   I see that.

Q.   Have you ever heard of the transfer account before?

A.   Yes.

Q.   And have you ever heard of the surplus account before?

A.   Yes.

Q.   Okay. Do you have an understanding of what revenues are assumed to be deposited into the transfer account?

**423**

A.   Yes.

Q.   Okay. And what moneys are those?

A.   In general, all hotel occupancy taxes would eventually be transferred to the transfer account.

Q.   Okay. Your testimony — sorry, I forgot to ask.

Are you also testifying as the corporate representative for the Tourism Company today?

A.   Yes.

Q.   And you've also been designated as the corporate representative for CCDA; is that correct?

A.   No.

Q.   Okay. You're not the corporate representative for CCDA?

A.   No.

MS. MILLER: Okay. We don't get a corporate representative for CCDA, Liz?

MS. McKEEN: You haven't noticed one.

MS. MILLER: Okay.

BY MS. MILLER:

Q.   Okay. So is the Tourism's

**424**

testimony that all hotel occupancy taxes have to flow through the transfer account, is that what I just heard you say?

A.   It is not my testimony that all hotel occupancy taxes have to flow through the transfer account. It is my testimony that in practice, in fact, depending on the time period in question, that all — all hotel occupancy taxes would pass through the transfer account.

BY MS. MILLER:

Q.   Okay. So when I asked you if you have an understanding of what revenues are required to be deposited into the transfer account, you weren't answering that question, you were answering a different question when you said all hotel occupancy taxes would eventually be transferred to the transfer account? So it's just a statement not responsive to my question?

UNIDENTIFIED SPEAKER: Objection.

THE WITNESS: I think I lost the factual question that you're actually asking. Would you mind --

BY MS. MILLER:

Q.   Okay. Let me just ask -- let me

**425**

just ask you my same question again.

Do you have an understanding of what revenues are required to be deposited into the transfer account?

A.   I'm not an attorney. I don't know what revenues are required to be transferred into that account, but I can tell you, depending on the time period, what revenues did or did not pass through that account.

Q.   Okay. So are lawyers the only people who have to take into account and consider what moneys have to flow into what account?

UNIDENTIFIED SPEAKER: Objection.

THE WITNESS: I don't know. But there -- attorneys would certainly provide the context for whether there was a requirement or not a requirement to do so based on the law.

BY MS. MILLER:

Q.   Okay. Well, what about accountants, do they look at documents like this to determine Flow of Funds and any conditions or restrictions related to various moneys?

A.   I can't speculate on what general

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

52 (Pages 426 to 429)

### 426

1  accountants might view or not view.
2      Q.    Okay. Well, in any of your
3  five-plus accounting courses that you took in
4  college, did any of them consider the need in
5  reviewing accounting materials to consider
6  legal, contractual or other restrictions or
7  requirements associated with various funds?
8          UNIDENTIFIED SPEAKER: Objection.
9          THE WITNESS: I can't recall if
10 there's a specific section like that in one of
11 the classes I took in college.
12         BY MS. MILLER:
13     Q.    I'm not asking for a specific
14 section. I'm just asking if that concept ever
15 came up.
16         MS. McKEEN: Objection.
17         THE WITNESS: I can't recall if
18 that context specifically came up in class or
19 not.
20         BY MS. MILLER:
21     Q.    Would operational people within
22 Treasury have to know what moneys are required
23 to flow into what account?
24         MS. McKEEN: Objection.
25         THE WITNESS: People at Treasury

### 427

1  would be knowledgeable about different bank
2  accounts and transfer between bank accounts.
3          BY MS. MILLER:
4      Q.    And the basis for those transfers,
5  correct?
6      A.    Potentially. I can't say whether
7  one person at Treasury does or does not know
8  the basis for executing their operational job
9  functions.
10     Q.    Okay. But they need to know what
11 the requirements are in order to execute and
12 direct money to appropriate people, right?
13         There are operational people in
14 whatever the relevant entity is, whether it's
15 the Commonwealth or whether it's Tourism
16 Company, correct?
17     A.    Certainly there are people who
18 review that information to know how to execute
19 transfers.
20     Q.    Okay. And among those people are
21 the people who you've referred to multiple
22 times both today and on Tuesday as "we,"
23 referring to the Treasury, correct?
24     A.    Correct.
25

### 428

1          UNIDENTIFIED SPEAKER: Objection.
2          BY MS. MILLER:
3      Q.    Okay. So I'm asking you not as a
4  lawyer but from an operational perspective, do
5  you have an understanding of what moneys under
6  the assignment and coordination agreement are
7  supposed to flow through the transfer account?
8          MS. McKEEN: Objection.
9          THE WITNESS: I'm not certain what
10 this document would require or not require, but
11 I can't tell you or answer questions about in
12 practice and actuality what happened and where
13 funds would flow.
14         BY MS. MILLER:
15     Q.    Well, so let me ask you about that
16 in practice and then reality.
17         Have you seen any documents that
18 specifically identify any bank account that
19 you've included on your Flow of Funds as the
20 transfer account?
21     A.    Yes.
22     Q.    Okay. What document?
23     A.    I believe I misunderstood your
24 question and answered -- answered a question
25 that you did not ask.

### 429

1      Q.    Okay. So let me ask my question
2  again.
3          Have you seen any document in all
4  of the work that you've done in putting
5  together the Tourism Company Flow of Funds that
6  specifically identifies any bank account
7  reflected on your Flow of Funds as the transfer
8  account?
9      A.    I can't recall personally
10 reviewing a document that identified a specific
11 account as the transfer account, but through
12 the collaborative process and work with
13 Treasury and the team that was pulling
14 documents for discovery, I'm confident that I
15 can identify the transfer account on the Flow
16 of Funds presentation.
17     Q.    Okay. I'd like to know if you or
18 anybody you've worked with has either seen or
19 told you that there exists a document that
20 identifies a particular bank account as the
21 transfer account.
22     A.    I can't recall a specific document
23 that somebody referenced, but I do know which
24 account is referred to as the transfer account.
25     Q.    Okay. I don't want to know your

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

53 (Pages 430 to 433)

---

**430**

1 guesswork about what you've decided is the
2 transfer account.  I want to know if there's
3 any evidence that whatever account you're going
4 to tell me is the transfer account is actually
5 the transfer account.
6       MS. McKEEN:  Objection,
7 argumentative.
8       THE WITNESS:  I can't tell you a
9 specific document that I've personally reviewed
10 but that through our team's process and work,
11 I'm confident that I can identify the transfer
12 account in the Flow of Funds.
13 BY MS. MILLER:
14       Q.    Okay.  So I've looked through the
15 documents that you've produced, and I can tell
16 you that there is not a single document that
17 identifies any account on your Flow of Funds as
18 the transfer account.
19       Do you have any reason to believe
20 that that is not in fact the case?
21       MS. McKEEN:  Objection.
22 BY MS. MILLER:
23       Q.    So, actually, now I am asking you
24 about what I know.
25       So I'm going to make the

---

**431**

1 representation that I've reviewed it, and there
2 are no documents that were produced that
3 identify any account as the transfer account.
4       So my question to you is:
5       Do you believe that there is a
6 document to the contrary that specifically
7 identifies a bank account as the transfer
8 account?
9       MS. McKEEN:  Objection.
10 BY MS. MILLER:
11       Q.    Not that you can think of off the
12 top of your head, not that you've personally
13 seen that exists in the universe.
14       As the corporate representative of
15 the Tourism Company and of the Commonwealth, is
16 there a document that exists that identifies a
17 specific bank account as the transfer account?
18       MS. McKEEN:  Objection.
19       THE WITNESS:  I have not seen an
20 individual document that identifies the account
21 as the transfer account, but did enough work in
22 collaboration with the team to satisfy myself
23 that I can accurately identify a transfer
24 account, bank account on the Flow of Funds
25 presentation.

---

**432**

1       MS. MILLER:  Okay.  I'm going to
2 move to strike as nonresponsive.
3 BY MS. MILLER:
4       Q.    Has anyone on your team told you
5 that they have seen a document that identifies
6 a bank account as the transfer account?
7       A.    I don't recall a specific
8 conversation where somebody specifically
9 referenced a bank account as the reason that
10 they knew that that was the transfer account.
11       Q.    When you say "a bank account," do
12 you mean a document?
13       A.    I meant bank statement.  Thank
14 you.
15       Q.    Do you expect that if there was
16 such a document, it would have been produced?
17       A.    I can't speculate one way or the
18 other.
19       MS. MILLER:  Okay.  Well, I'm
20 going to call for the production of any such
21 documents that the Commonwealth intends to rely
22 on as evidence that the account that you're
23 going to tell me is the transfer account is in
24 fact the transfer account.
25

---

**433**

1 BY MS. MILLER:
2       Q.    Okay.  Looking at Section 4, which
3 is on the next page of Monolines Exhibit 30,
4 this document provides what it seems like you
5 already know, which is that:
6       All hotel occupancy tax funds
7 received by the Tourism Company shall be
8 deposited into the transfer account until (i)
9 1/10 of the required payment has been met and
10 (ii) any deficiencies in prior payment periods
11 have been met, but in aggregate such amounts
12 shall not exceed the total amount of Required
13 Payment needed in any Fiscal Year.
14       Thereafter, and only when the
15 Transfer Account contains all moneys necessary
16 to pay the Bonds in accordance with the GDB
17 Certificate, the Tourism Company shall deposit
18 any excess funds into the surplus account.
19       Do you see that?
20       A.    Yes.
21       Q.    All right.  So you have an
22 understanding that under this agreement,
23 moneys -- the only moneys that are supposed to
24 flow into the transfer account are those that
25 are pledged to the bondholder, correct?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                   April 23, 2020

54 (Pages 434 to 437)

---

**434**

1    MS. McKEEN:  Objection.
2    THE WITNESS:  I think you
3  paraphrased this paragraph, and I'm not
4  positive whether I agree or disagree with that
5  paraphrasing.
6  BY MS. MILLER:
7    Q.    Okay.  Well, I'll let you
8  paraphrase it.
9        What's your understanding, based
10 on the paragraph we just looked at, of what
11 moneys are supposed to flow into the transfer
12 account?
13    MS. McKEEN:  Objection.
14    THE WITNESS:  I'm happy to reread
15 the paragraph and sentences that you just read.
16 BY MS. MILLER:
17    Q.    Yeah.  Take as long as you need.
18    A.    Okay.  Thank you.
19        Would you now repeat your
20 question, please?
21    MS. MILLER:  Could the court
22 reporter read it back, please?
23        (Record read as requested.)
24    THE WITNESS:  The document says
25 that:

---

**435**

1        All Hotel Occupancy Tax Funds
2  shall be deposited into the transfer account
3  until 1/10 of the required payments are met.
4  BY MS. MILLER:
5    Q.    And any deficiencies, correct?
6    A.    Correct, that's what the document
7  says.
8    Q.    Okay.  And do you have an
9  understanding of what required payments are?
10   A.    I have an understanding generally
11 of the term "required payments."
12   Q.    Okay.  What's your understanding?
13   A.    I understand the term "required
14 payments" to mean payments that are required.
15   Q.    Okay.  So let's go back one page
16 to Section 3, which defines the term "required
17 payment" as:
18        The amount necessary for the
19 Authority to make, during the upcoming fiscal
20 year and the first day of the second succeeding
21 fiscal -- succeeding fiscal year, (a), payments
22 equal to the amount necessary for the full and
23 timely payment or amortization of the principal
24 and interest on the bonds due on July 1 and
25 January 1.

---

**436**

1        And then it keeps going.
2        So you can take a look at that and
3  then tell me if you have an understanding of
4  what required payments are.
5    A.    Yeah, I have an understanding of
6  what required payments are as they're defined
7  within this document.
8    Q.    Okay.  And so you have an
9  understanding that only the -- on a monthly
10 basis only 1/10 of the required payments are
11 supposed to be put into the transfer account
12 plus any deficiency, and thereafter any excess
13 moneys are supposed to flow to the surplus
14 account, correct?
15   UNIDENTIFIED SPEAKER:  Objection.
16   THE WITNESS:  That's what this
17 agreement says.
18 BY MS. MILLER:
19   Q.    Did you ever have any discussions
20 with anybody either at the Tourism Company or
21 Treasury about how the moneys are supposed to
22 flow under this agreement?
23   A.    I mean, we certainly talked to the
24 Tourism Company about Flow of Funds.
25   Q.    My question was specifically to

---

**437**

1  how the moneys were supposed to flow under this
2  agreement, specifically as between the transfer
3  account and the surplus account.
4    A.    My focus was on documenting the
5  actual Flow of Funds and how it actually
6  happened.
7    Q.    And is this how the moneys
8  actually flowed?
9    UNIDENTIFIED SPEAKER:  Objection.
10   THE WITNESS:  I have not done the
11 exercise to cross-reference every adjusted flow
12 from this document to the actual fund.
13 BY MS. MILLER:
14   Q.    Mr. Ahlberg, that's not what I'm
15 asking.
16        You've spent many weeks putting
17 together Flow of Funds documents, and I'm
18 asking you whether for the CCDA Flow of Funds
19 at any point in time the money flowed such that
20 the required payment -- 1/10 of the required
21 payment went into the transfer account on a
22 monthly basis, any deficiency, and the
23 remainder went into the surplus account.
24        You told me that you're confident
25 you can tell me which is the transfer account

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

55 (Pages 438 to 441)

**438**

and which is the surplus account. So now I'm
asking you did the money ever flow consistent
with the flow that we just looked at in
Monolines Exhibit 30?
        UNIDENTIFIED SPEAKER: Same
objection.
        THE WITNESS: I can't say whether
or not the Flow of Funds is consistent with how
the suggested Flow of Funds should be. I can
say that the Flow of Funds' presentation
document, the Flow of Funds they haven't.
BY MS. MILLER:
    Q.   Okay. And how did, based on your
recollection, and we'll look at them shortly,
what was the first step of the flow after being
received by the Commonwealth?
        MS. McKEEN: Objection, vague as
to time.
BY MS. MILLER:
    Q.   At any time.
        MS. McKEEN: Specify a time you'd
like. Objection.
        THE WITNESS: I think you
characterized flows to the Commonwealth when I
think of hotel occupancy taxes flowing to the

**440**

    Q.   Yeah, we are pulling it up, but
I'm just asking you generally, while it's
happening, whether you've ever seen the pledge
agreement related to this before.
    A.   I don't recall specifically
looking at this agreement previously.
    Q.   Okay. Are you familiar with any
accounts that are referred to in the Tourism
Company flow as the pledge account?
    A.   Yes.
    Q.   Okay. What's your understanding
of what the pledge account is?
    A.   In the Flow of Funds, the pledge
account is the account that receives an
approximately $3 million transfer every month.
During the certain period it is -- it is
ultimately passed on.
    Q.   Okay. Okay. And I just want to
look at -- okay.
        And I just want to look at
Section 3(b) of the account -- of the pledge
agreement, so Section 3, which you went one
page too far, if you could go back. Thank you.
        Section 3 provides that:
        The GDB hereby agrees that, so

**439**

Tourism Company.
BY MS. MILLER:
    Q.   Right. And that's a good point.
        The hotel occupancy taxes never
actually flowed to the Commonwealth other than
during that clawback period where the
Commonwealth takes them back, right?
    A.   Without having the Flow of Funds
presentation in front of me, I believe that's
correct.
        MS. MILLER: Okay. I'd like to
mark tab, document 102, as the next exhibit,
please.
        And Exhibit 31, Monolines
Exhibit 31 is going to be the Pledge Assignment
Agreement by and among the Puerto Rico
Convention Center District Authority, the
Government Development Bank and JPMorgan Chase.
        (Monolines Exhibit 31 is
        introduced for the record.)
BY MS. MILLER:
    Q.   Is this the document or have you
seen such an assignment agreement before?
    A.   Are you pulling the document up
right now?

**441**

long as there are any Bonds Outstanding under
the Trust Agreement, to deposit or cause to be
deposited into the Pledge Account, all Hotel
Occupancy Taxes received from the Tourism
Company as received but in no event...than
12:00 noon, New York time, on the next Business
Day immediately following the Business Day on
which such Hotel Occupancy Tax Funds are
received by GDB," right?
        And then (b) says:
        Amounts deposited in the Pledge
Account are to be held by GDB to provide for
the following receipts (in order of priority):
        Do you see that?
        MS. McKEEN: Objection. It
doesn't say "receipt." It says "deposit."
        MS. MILLER: Oh, sorry. Thank
you, but let me correct that.
BY MS. MILLER:
    Q.   3(b) says:
        Amounts deposited in the Pledge
Account are to be held by GDB to provide for
the following deposits (in order of priority):
        Do you see that?
    A.   Yes, I see that.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

56 (Pages 442 to 445)

---

**442**

```
1      Q.    Okay.  And subsection 1 says:              04:04:47
2            GDB will make payments to the              04:04:51
3   Commonwealth of Puerto Rico as set forth in         04:04:54
4   Section 2(b) above when required in accordance      04:04:54
5   with Section 8 of Article VI of the                 04:04:57
6   Constitution of the Commonwealth of                 04:05:02
7   Puerto Rico.                                         04:05:05
8            Do you see that?                            04:05:05
9      A.    Yes, I see that.                            04:05:05
10     Q.    Okay.  And is it your                       04:05:08
11  understanding that that is supposed to be a --       04:05:19
12  sorry.                                               04:05:20
13           Do you have an understanding of            04:05:20
14  what account that it's supposed to be               04:05:21
15  transferred from?                                    04:05:25
16           MS. McKEEN:  Objection.                    04:05:31
17           THE WITNESS:  It's not clear to me         04:05:44
18  from the document section that we read.              04:05:46
19  BY MS. MILLER:                                       04:05:50
20     Q.    Okay.  Okay.  And then number 2 is         04:05:50
21  that the:                                            04:05:50
22           GDB shall on each calendar month           04:05:55
23  no later than 12:00 noon, on the third Business     04:06:01
24  Day immediately following the Business Day on        04:06:06
25  which the Hotel Occupancy Tax Funds are             04:06:06
```

---

**443**

```
1   received by it, transfer or caused to be            04:06:09
2   transferred to the Trustee all Hotel Occupancy      04:06:12
3   Tax Funds then deposited to the pledge account.     04:06:15
4            Do you see that?                            04:06:18
5      A.    I see that.                                 04:06:19
6      Q.    Okay.  So you said it wasn't clear         04:06:20
7   to you when I asked you where the transfer to        04:06:24
8   the Commonwealth with respect to what was           04:06:30
9   colloquially referred to as "the clawback" were     04:06:33
10  made from, but if you look at Section 3(b), it       04:06:35
11  specifically says:                                   04:06:39
12           Amounts deposited in the Pledge           04:06:40
13  Account are to be held by the GDB pro-               04:06:42
14  -- sorry -- are to be held by GDB to provide        04:06:46
15  for the following deposits (in order of             04:06:49
16  priority).                                           04:06:51
17           So does that tell you that the            04:06:51
18  transfer of the money from the GDB to the           04:06:53
19  Commonwealth on account of any, quote,              04:06:55
20  "clawback" is supposed to come from the pledge      04:07:02
21  account?                                             04:07:02
22           MS. McKEEN:  Objection.                    04:07:05
23           THE WITNESS:  I do understand that         04:07:13
24  that's what this document says.                      04:07:16
25
```

---

**444**

```
1   BY MS. MILLER:                                       04:07:16
2      Q.    Okay.  All I want.  Okay.  Okay.           04:07:18
3            And then do you understand that            04:07:38
4   under Section 3(b)(2) moneys get transferred to     04:07:39
5   the trustee, correct?                                04:07:44
6            MS. McKEEN:  Objection.  Are you           04:07:49
7   asking --                                            04:07:49
8            (Simultaneous speaking.)                   04:07:52
9   BY MS. MILLER:                                       04:07:52
10     Q.    Are to be transferred to the               04:07:53
11  trustee?                                             04:07:56
12           MS. McKEEN:  Objection.                    04:07:55
13           THE WITNESS:  Would you please             04:08:01
14  repeat the question?                                 04:08:01
15  BY MS. MILLER:                                       04:08:01
16     Q.    Yeah.  Do you have an                       04:08:04
17  understanding that under Section 3(b)(2) the        04:08:08
18  GDB is then supposed to transfer the moneys         04:08:11
19  from the pledge account to the trust account,      04:08:15
20  right?                                               04:08:18
21           MS. McKEEN:  Objection.                    04:08:19
22           THE WITNESS:  That is what                 04:08:23
23  Section 3(b)(2) says.                                04:08:25
24  BY MS. MILLER:                                       04:08:25
25     Q.    Okay.  And do you know who the             04:08:30
```

---

**445**

```
1   trustee is on the Fund?                              04:08:34
2      A.    I can't recall off the top of my           04:08:41
3   head.                                                04:08:44
4            MS. MILLER:  I'd like to look at           04:08:55
5   the CCDA Flow of Funds.                              04:08:55
6            So, Karen, if you could pull up            04:09:00
7   tab 2135 as Exhibit 32.                              04:09:03
8            (Monolines Exhibit 32 is                   04:09:03
9            introduced for the record.)               04:09:03
10  BY MS. MILLER:                                       04:09:03
11     Q.    Mr. Ahlberg, have you ever seen            04:09:22
12  any internal documents that specifically map        04:09:24
13  the various funds and accounts that we have         04:09:26
14  seen in the bond documents, the actual bank         04:09:32
15  account?                                             04:09:37
16     A.    I've not seen -- I personally have         04:09:37
17  not seen a file like that.                           04:09:43
18     Q.    Do you believe any such file               04:09:43
19  exists?                                              04:09:45
20     A.    I can't recall off the top of my           04:09:52
21  head if that exercise was done.                      04:09:56
22     Q.    Did you ask anybody in the course         04:09:56
23  of preparing for the Flow of Funds or for this     04:10:04
24  deposition whether or not such a document          04:10:12
25  existed?                                             04:10:12
```

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

57 (Pages 446 to 449)

---

**446**

1   A.   I may have.  I just can't recall
2   right now.
3   Q.   But you know you've never seen
4   one?
5   A.   I know that I've chk first cited
6   docs in that document.
7   Q.   Do you know whether, based on
8   discussions with people on your team, anyone's
9   ever seen them?
10   A.   I can't recall.  It's certainly
11   something I could follow up on and get back to
12   you on.
13   Q.   How many people did you have on
14   your team working on this?
15   A.   Working on what specifically?
16   Q.   Working on putting together the
17   Flow of Funds chart.
18   A.   This Tourism Flow of Funds chart?
19   Q.   No.  All of the Tour- -- all of
20   the Flow of Funds charts, so the Tourism, the
21   rum taxes and the HTA.
22   A.   Okay.  I guess you asked who was
23   on the team that was doing that.  I prepared
24   these Flow of Funds documents --
25   Q.   I think I asked you how many --

---

**447**

1   how many people did you have on your team.
2   A.   Oh, how many people?
3   I can't recall specifically the
4   number of people on the team.  I'm happy to
5   list as many individuals that I can think of
6   off the top of my head.
7   Q.   Was there anybody senior to you
8   involved in this project?
9   A.   It depends on how you define
10   "senior."
11   For example, I would consider the
12   subsecretary of Treasury of the Commonwealth of
13   Puerto Rico to be senior to me but not
14   necessarily a -- you know, she doesn't work at
15   Conway MacKenzie in a position directly above
16   me.
17   Q.   So I would consider her to be in a
18   separate line entirely given that you're not
19   employed at the same place.  So I mean within
20   Conway MacKenzie, is there anybody senior to
21   you involved in this?
22   A.   Okay.  Thank you for clarifying.
23   No.
24   Q.   Okay.  I think we covered
25   yesterday that you've been at Conway MacKenzie

---

**448**

1   for how long?
2   A.   Since August 2017.
3   Q.   All right.  And your work has been
4   principally focused on Puerto Rico and mostly
5   limited to cash flows; is that right?
6   A.   That's correct, generally limited
7   to cash flow reporting, cash flow monitoring,
8   liquidity management.
9   Q.   Okay.  And I think you testified
10   yesterday that there are approximately five
11   people senior to you at Conway MacKenzie
12   involved generally in the Puerto Rico
13   engagement; is that right?
14   A.   Yes, I think I gave a range
15   between four and six.
16   Q.   Okay.  And none of them were
17   involved in this project; is that right?
18   A.   That's correct.
19   Q.   Did you speak to any of them about
20   the work you were doing?
21   A.   I wouldn't have spoken to anyone
22   on my team about the work we were doing.
23   Q.   Are any of the more senior people
24   at Conway MacKenzie involved in the Puerto Rico
25   engagement CPAs?

---

**449**

1   A.   Excuse me for a moment.  I do
2   recall that one member of Conway MacKenzie was
3   involved, and his name was Brett Howard.
4   Q.   What was his involvement?
5   A.   He specifically manages the cash
6   flow reporting for Tourism Company, and so I
7   consulted with him about the Flow of Funds
8   presentation in collaboration with Gustavo from
9   Tourism.  In all cases, counsel would have been
10   present.
11   Q.   And what is Mr. Howard's position
12   at Conway MacKenzie?
13   A.   Currently he is a senior associate
14   at Conway MacKenzie.
15   Q.   And is that senior to you?
16   A.   That is not.
17   Q.   Okay.  Well, I think I was asking
18   about people senior to you.
19   A.   Okay.  I apologize.
20   Q.   That's okay.  So let me ask again.
21   Of the people who are more senior
22   than you at Conway MacKenzie who were involved
23   in the Puerto Rico engagement, are any of them
24   CPAs?
25   A.   I think there are -- there's at

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

58 (Pages 450 to 453)

---

**450**

1  least -- there's at least one CPA on the Conway
2  MacKenzie team.  There could be more.
3      Q.    All right.  And who's the
4  one person who you can think of who's a CPA on
5  the Conway MacKenzie team?
6      A.    I believe that Rafael Di Napoli is
7  a CPA.
8      Q.    Okay.  And what is Mr. Di Napoli's
9  position at Conway MacKenzie?
10     A.    Currently he is a managing
11  director.
12     Q.    Okay.  And did you speak to
13  Mr. Di Napoli about Funds as used in the
14  Commonwealth?
15     A.    Would you repeat the question?
16     Q.    Yes.  Did you speak to Mr. Di
17  Napoli about how Funds are used within the
18  Commonwealth in this account?
19         UNIDENTIFIED SPEAKER:  Objection.
20         THE WITNESS:  I did not
21  specifically discuss Funds with Mr. Di Napoli
22  in preparation for this deposition.
23  BY MS. MILLER:
24     Q.    Did you speak to him about other
25  things in preparation for this deposition?

---

**451**

1      A.    Not specifically, but I can't say
2  unequivocally that we may never have ever
3  discussed Fund types together.
4      Q.    Did you speak to Mr. Di Napoli
5  about the significance of Funds or other
6  accounting designations in tracing money
7  through various Commonwealth accounts?
8      A.    No.
9      Q.    Did you speak to anyone else
10  senior to you at Conway MacKenzie about that?
11     A.    In preparation for this
12  deposition?  No.
13     Q.    Okay.  Okay.  So we have marked as
14  Exhibit 32 a document that is in front of you,
15  which is the Puerto Rico Tourism Company Room
16  Taxes Flow of Funds.  Do you see that?
17     A.    Yes.
18     Q.    Okay.  Do you recognize this
19  document?
20     A.    Yes.
21     Q.    Okay.  And you prepared this,
22  right?
23     A.    I did.
24     Q.    Can you describe generally the
25  Flow of Funds -- sorry, the flow of hotel

---

**452**

1  occupancy taxes from the time that they're
2  collected by hoteliers?
3         MS. McKEEN:  Objection, vague.
4         THE WITNESS:  I don't know how to
5  answer that question.  Would you mind being
6  more specific, please?
7  BY MS. MILLER:
8      Q.    Okay.  Well, room tax revenues are
9  collected at a point of contact with the
10  customer, right?  And then they're transferred
11  to the Commonwealth; isn't that correct?
12     A.    Correct.
13     Q.    Okay.  So I want you to tell me
14  how a room tax revenue is collected and then
15  transferred to the Commonwealth.
16         MS. McKEEN:  Objection, vague.
17  BY MS. MILLER:
18     Q.    You can take it off -- you're
19  welcome to leave the Flow of Funds on, but I'm
20  asking for the step that's not reflected in the
21  Flow of Funds, right?
22         The room tax revenues are actually
23  collected by not a Commonwealth agent, right?
24  Is that consistent with your understanding,
25  Mr. Ahlberg?

---

**453**

1         Well, let me just ask:
2         Mr. Ahlberg, who collects room tax
3  revenue -- who collects room taxes?
4      A.    Hoteliers.
5      Q.    Okay.  So you would agree with me
6  that hoteliers collect room tax revenues,
7  correct?
8      A.    Correct.
9      Q.    And then the hoteliers then
10  transfer them to the Commonwealth, correct --
11  oh, sorry, sorry.
12     A.    The Tourism Company.
13     Q.    Yes.  Thank you.  Sorry.  Let me
14  restate my question.
15         Room tax revenues are collected by
16  hoteliers, right?
17     A.    Correct.
18     Q.    And the hoteliers then transfer
19  them to the Tourism Company, correct?
20     A.    Correct.
21     Q.    And how do they transfer them to
22  the Tourism Company?
23     A.    I think it depends on which
24  hotelier and their, you know, agreed-upon
25  schedule to transfer hotel revenue taxes.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

59 (Pages 454 to 457)

---

**454**

1  Q.   Okay.  Do you have an
2  understanding of the various ways in which
3  hoteliers can transfer the money to the Tourism
4  Company?
5      A.   I'm not positive of the ways that
6  the hoteliers designate their transfers to the
7  Tourism Company.
8      Q.   Okay.  Do you know whether they
9  can wire the money?
10     A.   I believe they can send
11  electronic -- electronic payments.
12     Q.   Do you know whether they can make
13  deposits at Scotiabank ATM machines in
14  Puerto Rico?
15     A.   I'm not positive whether they can
16  make ATM deposits or not.
17     Q.   Do you know whether they can
18  transfer the money by check?
19     A.   I believe that they can transfer
20  the money by check --
21     Q.   Okay.  And regardless --
22     A.   -- depending (indiscernible).
23     Q.   All right.
24          And regardless of the means used
25  by the hotelier to transfer the room tax

---

**455**

1  revenues that it collected, all of those
2  revenues are transferred to the Tourism Company
3  into the Scotiabank 5142 account, correct?
4      A.   Correct.
5      Q.   Okay.  And that was true for the
6  entire period that you looked at from
7  January 2015 through the present, correct?
8      A.   That's correct.
9      Q.   Okay.  So from January 2015 to the
10  present, all hotel room tax revenues collected
11  by hoteliers are transferred to the Tourism
12  Company through the Scotiabank 5142 account,
13  correct?
14     A.   Correct.
15     Q.   Okay.  And then looking at Flow of
16  Funds for January 2015 to November 2015 -- it's
17  up on the board or up on your screen -- the
18  Flow of Funds indicates that those revenues are
19  then transferred to the GDB 9758 account.  Do
20  you see that?
21     A.   Yes.
22     Q.   Okay.  Are there any moneys
23  deposited in the Scotiabank 5142 account that
24  are not transferred into the GDB 9758 account
25  during this period, January 2015 through

---

**456**

1  November 2015?
2      A.   No.
3      Q.   Okay.  So the GDB 9758 account has
4  exactly the same revenues that were transferred
5  into the Scotiabank 5142 account, correct?
6      A.   I believe the amount, the total
7  amount transferred into 5142 would be equal to
8  the total amount transferred into 9758 during
9  this time period.
10     Q.   Is that the long way of saying
11  yes, that the GDB 9758 account has exactly the
12  same revenues that were transferred into the
13  Scotiabank 5142 account by the hoteliers?
14     A.   It's -- I mean, the transfers for
15  the -- the transfers will total the exact
16  amount.  It will be -- the total transfers into
17  5142 will equal the total transfers into 9758.
18     Q.   So all the same moneys that are
19  going into 5142 are going into 9758, correct?
20     A.   During the time period, that's
21  correct.
22     Q.   Okay.  And then what moneys are
23  going from 9758 to 5144?
24     A.   Amounts that would be in excess of
25  the approximately $3 million per month that was

---

**457**

1  sent to the 9947 pledge account.
2      Q.   Okay.  And is the 9947 account the
3  pledge account as you understand it?
4      A.   Yes.
5      Q.   Okay.  Or as you've referred to
6  it.
7          And the 5144 account is designated
8  as a comingled account, do you see that?
9      A.   Yes, I see that.
10     Q.   What other moneys are deposited
11  into the 5144 account?
12     A.   An example I can think of off the
13  top of my head would be slot machine proceeds.
14     Q.   Okay.  Are any other moneys
15  deposited into the 9947 account?
16     MS. McKEEN:  Are you meaning the
17  moneys into the -- I just want to be clear.
18     MS. MILLER:  Yeah.  Now I'm asking
19  about the 9947 account.
20     THE WITNESS:  Would you please
21  repeat the question?
22  BY MS. MILLER:
23     Q.   Yeah.  Are any -- are any moneys
24  other than the moneys transferred from the 9758
25  account deposited into the 9947 account?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                              April 23, 2020

60 (Pages 458 to 461)

**458**

1    A.    Not during this time period that
2    we're looking at.
3    Q.    Okay.  And then moneys from -- I'm
4    going back to the 5144 account.  Moneys from
5    the 5144 account, hotel occupancy tax revenues
6    in excess of the 3 million per month deposited
7    into the 5144 account are then indicated as
8    flowing to the 5138 account.  Do you see that?
9    A.    Yes.
10   Q.    And are all moneys during this
11   time period deposited in the 5144 account also
12   transferred to the 5138 account?
13   A.    No.
14   Q.    Okay.  So how do you know that it
15   is the hotel occupancy taxes that are moving
16   from the 5144 account to the 5138 account?
17   A.    You don't, because at the point of
18   transfer to 5144, those funds are comingled
19   with other funds.
20   Q.    Did you say "I don't" -- well,
21   then why is 5138 included in this Flow of
22   Funds?
23   A.    Because funds are
24   indistinguishable once they are transferred
25   into Account 5144, it is shown for exemplary

**459**

1    purposes that there still are outposts from
2    5144 used to fund operating disbursements and
3    transfers to that Account 5138, which is a zero
4    balance operating disbursement account.
5    Q.    Are you sure?
6    A.    Am I sure of what?
7    Q.    Are you -- so you just decided to
8    give me some example of some bank account that
9    moneys from 5144 flow to that may or may not be
10   the hotel occupancy taxes that we're talking
11   about?
12   A.    Sorry.
13   MS. McKEEN:  Objection, misstates
14   testimony, argumentative.
15   Atara, do you need to take a
16   break?
17   MS. MILLER:  No, I don't need to
18   take a break.  I definitely don't need a break.
19   I just need an answer to my question.
20   (Simultaneous speaking.)
21   MS. McKEEN:  I'd like you to take
22   a break.  I would like a break.  Thank you.
23   MS. MILLER:  All right.  I'm
24   not -- I'm not ready to take a break right now,
25   so I'm going to get an answer to the next

**460**

1    couple of questions, and then we can take a
2    break.
3    BY MS. MILLER:
4    Q.    Mr. Ahlberg, is it your testimony
5    that you don't know if hotels' occupancy taxes
6    in fact flowed from 5144 to 5138 and that the
7    5138 account is included in the Flow of Funds
8    just as an example of an account that moneys
9    may have or may not have flowed into from the
10   5144 account?
11   MS. McKEEN:  Objection, misstates
12   testimony.
13   MS. MILLER:  My question is, is it
14   his testimony.  So your witness can tell me
15   that it wasn't his testimony.
16   MS. McKEEN:  Objection.
17   THE WITNESS:  That was not my
18   testimony.
19   BY MS. MILLER:
20   Q.    Okay.  So, Mr. Ahlberg, do you
21   know that hotel occupancy taxes flowed from the
22   5144 account to the 5138 account?
23   A.    Due to the comingled nature of
24   funds within 5144, it's impossible to
25   say -- it's impossible to say one or the other,

**461**

1    which is why both are indicated with a
2    comingled star.
3    Q.    But you could have known that
4    money from one comingled account to another
5    comingled account would have come from hotel
6    occupancy taxes based on sources identifying
7    the revenue source, couldn't you?
8    A.    Could you repeat that question,
9    please?
10   Q.    Yeah, well, let me just ask it
11   this way:
12   Previously, when we saw comingled
13   account moneys being deposited in comingled
14   accounts flowing out, you indicated that you
15   were able to identify that the moneys were part
16   of the bucket of funds that you were tracing in
17   the Flow of Funds based on notations in outflow
18   documents, whether it was vouchers or
19   transmittal letters or the like.
20   Do you recall that?
21   A.    Yes.
22   Q.    Okay.  Is that different here?
23   A.    I don't think revenue source
24   is -- I don't think revenue source is
25   considered for disbursements from 5144 to 5138.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

61 (Pages 462 to 465)

---

**462**

1    Q.    Okay.  I'm going to move on,
2  because, frankly, those aren't our moneys and
3  we know that.  So I'm just going to move on,
4  but I'm not sure how that's consistent with how
5  you explain to put the charts together, so I
6  might come back to it just so I can understand
7  better what you did in the other Flow of Funds.
8          Can I ask you whether for all of
9  the Flow of Funds charts that you prepared for
10 HTA, PRIFA and CCDA if you were able to find
11 evidence that the revenues being traced were
12 transferred out of a particular account, if you
13 noted that transfer on the Flow of Funds chart?
14         UNIDENTIFIED SPEAKER:  Objection.
15         THE WITNESS:  Could you repeat
16 that question?
17 BY MS. MILLER:
18    Q.    Yeah.  In putting together these
19 Flow of Funds charts, if you were able to
20 identify an outflow that corresponded to the
21 Fund that you were tracing, did you include
22 that outflow on the Flow of Funds chart?
23         UNIDENTIFIED SPEAKER:  Objection.
24         THE WITNESS:  Each Flow of Funds
25 chart is unique.  It's hard for me to answer in

---

**463**

1  terms of all the Flow of Funds charts together.
2          MS. MILLER:  Okay.  Maybe let's
3  take a break.  I need to think about why they
4  would be unique.  Maybe I'll have an epiphany
5  over the break.  Okay.
6          Do we want to take 5 minutes?
7          MS. McKEEN:  I think 10 minutes, a
8  5-minute break we can't actually take a break.
9  Thanks.
10         MS. MILLER:  Okay.
11         THE VIDEOGRAPHER:  We are off the
12 record at 4:35 p.m.
13         (Recess taken.)
14         THE VIDEOGRAPHER:  We are back on
15 the record at 4:56 p.m.
16 BY MS. MILLER:
17    Q.    Afternoon, Mr. Ahlberg.
18         Mr. Ahlberg, have you ever seen
19 any document specifically identifying a
20 particular bank account as the pledge account?
21    A.    I can't recall personally looking
22 at a document that's labeled a pledge account.
23    Q.    Do you know whether there are any
24 documents that specifically identify a
25 particular bank account as the hotel occupancy

---

**464**

1  tax pledge account?
2    A.    I believe that there is
3  justification for why there's an account that
4  is called the pledge account, but I just can't
5  recall off the top of my head the specific
6  document that we used to make that
7  determination.
8    Q.    But you believe there is a
9  document?
10         MS. McKEEN:  Objection --
11         THE WITNESS:  Yeah, I believe that
12 there's information out there.
13 BY MS. MILLER:
14    Q.    What do you mean when you say
15 "information out there"?
16    A.    Well, you characterized it as
17 potentially one document, and I'm just not
18 certain that there's one document or there may
19 be a collection of documents that say that.
20         MS. MILLER:  Okay.  I'd like to
21 mark as the next exhibit tab 2128, please.
22         (Monolines Exhibit 33 is
23         introduced for the record.)
24 BY MS. MILLER:
25    Q.    We have marked as Monolines

---

**465**

1  Exhibit 33 the document Bates-stamped
2  CCDA_STA0006780.
3          Do you see that?
4    A.    I don't see that.  Could you
5  repeat that?
6    Q.    Yeah, we marked as Monolines
7  Exhibit 33 a document that's been Bates-stamped
8  CCDA STA006780.
9    A.    Yes, I see that, thank you.
10   Q.    Okay.  And if those documents are
11 in Spanish, there is an English translation at
12 the back.  And if you look at -- well, are you
13 going to want to look at the certified
14 translation or the Spanish version?
15   A.    I would prefer the certified
16 translation.
17   Q.    Okay.  So looking at the certified
18 translation, do you see that -- well, do you
19 see what account these documents relate to?
20   A.    Yes, I see Account 9947.
21   Q.    Okay.  So this is the GDB 9947
22 account.  Do you agree with that?
23   A.    Yes.
24   Q.    And the account name is the Hotel
25 Occupancy Tax Pledge Account.  Do you see that?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

62 (Pages 466 to 469)

---

**466**

A.   I see that here.

Q.   Okay.  So let me ask my question again.

Have you seen any documents that identify a particular bank account as the pledge account?

A.   Could we please flip back to the PowerPoint presentation?  I just want to cross-reference this account number with the account in the Flow of Funds that I know to be the pledge account.

Q.   Sure.  Well, sorry, before we do that, how do you know that the account in the Flow of Funds is a pledge account?  You said, "the account that I know to be the pledge account."  How do you know an account to be the pledge account?

A.   We were working in preparation for this deper- -- deposition (indiscernible) that there is an account in the Flow of Funds that is identifiable in the pledge account.

Q.   Okay.  And what work did you do?

A.   It would have involved -- again, as I mentioned, I personally did not review a document that had that pledge account language

**467**

on that there, but it would have been in conversation with the team in preparation for this deposition.

Q.   Would you have asked them if they saw a document that identified the account as the pledge account?

A.   I admit I can't recall right now asking about documents.

Q.   We spoke earlier today about the PRIFA Flow of Funds.  Do you recall that?

A.   I do recall speaking to you about the PRIFA Flow of Funds.

Q.   And do you recall being pretty adamant in connection with the testimony about the bank account in the PRIFA Flow of Funds and the various funds and accounts in the bond documents, that you did not undertake an exercise to map the accounts and Fund in PRIFA to the actual bank accounts in the Flow of Funds.  Do you recall that?

MS. McKEEN:  Objection.

THE WITNESS:  I recall saying that I did not personally do an exercise mapping Flow of Funds to bond documents.

**468**

BY MS. MILLER:

Q.   Did anyone on your team do that exercise?

A.   I'm not positive.  It's something that we can get back to you on.

Q.   Did you ask anybody to do it?

A.   I don't recall.

Q.   Did anybody tell you whether they had done it?

A.   I can't recall just an exercise, but -- I don't know.

Q.   Did you think it was an exercise that was important to do in connection with preparing the Flow of Funds?

A.   I think the Flow of Funds is accurate as the method.

Q.   Okay.  Did you think it was important with respect to PRIFA to match the Flow of Funds for the particular Funds and accounts identified in the various bond documents that we looked at earlier today?

A.   As I mentioned, I did not do that in putting together the Flow of Funds, and I believe the Flow of Funds is still an accurate representation of the Flow of Funds during the

**469**

relevant time period.

Q.   Did you think it was important to map the particular funds and accounts in the PRIFA Flow of Fund to bank accounts identified in your Flow of Funds chart in preparation for your deposition today?

A.   Could you please repeat that question?

Q.   Did you think it was important to map the bank accounts identified in the PRIFA Flow of Funds chart that you prepared to the accounts and Funds identified in the PRIFA bond document?

A.   I can't assign a degree of importance or not there other than that I would be able to put together an accurate Flow of Funds without relying on an exercise like that.

Q.   Okay.  So you did not do it for PRIFA; is that right?

A.   I personally did not undertake an exercise.

Q.   And you don't know if anybody on your team did?

A.   I can't recall off the top of my head.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

63 (Pages 470 to 473)

---

**470**

1    Q.    And it wasn't significant for you
2  to find that out and to remember that in
3  advance of your testimony today, right?
4    A.    I think the Flow of Funds are
5  accurate as they are.
6    Q.    I'm not challenging the Flow of
7  Funds. I believe that the Flow of Funds is
8  accurate. My question is that it wasn't
9  significant for you to find out from any other
10  team member in advance of your testimony today
11  whether they had put together a mapping of the
12  Funds and accounts in various PRIFA bond
13  documents to actual bank accounts, correct?
14        MS. McKEEN: Objection.
15        THE WITNESS: I don't think not
16  recalling whether this exercise was done or not
17  assigns a level of importance or not to the
18  exercise.
19  BY MS. MILLER:
20    Q.    Well, if you thought it was an
21  important part of your testimony today,
22  wouldn't you have asked and remembered the
23  answer?
24        MS. McKEEN: Objection,
25  argumentative.

---

**471**

1        THE WITNESS: In preparation for
2  testimony, I focused on developing an accurate
3  Flow of Funds.
4  BY MS. MILLER:
5    Q.    Okay. So you personally never did
6  a mapping exercise for PRIFA, and you don't
7  know if anybody on your team did, correct?
8        MS. McKEEN: Objection, asked and
9  answered.
10        THE WITNESS: I can't -- I did not
11  personally perform the exercise, and I can't
12  recall if someone on the team did or not.
13  BY MS. MILLER:
14    Q.    Okay.
15        THE REPORTER: I'm sorry. Can you
16  repeat your answer, Mr. Ahlberg?
17        THE WITNESS: I did not
18  personally, and I cannot recall if anyone on
19  the team did or did not.
20        THE REPORTER: Thank you.
21  BY MS. MILLER:
22    Q.    Why did you do that exercise for
23  CCDA?
24        MS. McKEEN: Objection.
25        THE WITNESS: Which exercise?

---

**472**

1  BY MS. MILLER:
2    Q.    Of mapping the particular bank
3  accounts identified in the Flow of Funds to the
4  various funds and accounts identified in the
5  relevant bond document.
6    A.    I did not personally do that
7  mapping exercise either.
8    Q.    Okay. So how do you know that a
9  particular account in the Flow of Funds is the,
10  quote, "pledge account"?
11    A.    From our discussions with -- with
12  Tourism and our work together, we identified
13  the account as a pledge account.
14    Q.    Okay. Going back to PRIFA, did
15  you identify any of the particular accounts in
16  the PRIFA Flow of Funds to the designated
17  account names in the bond document?
18    A.    I can't recall off the top of my
19  head the names of the bond documents used.
20    Q.    Okay. But it was important enough
21  for you to remember it with respect to CCDA?
22        UNIDENTIFIED SPEAKER: Objection.
23
24
25

---

**473**

1        THE WITNESS: Again, I'm not
2  certain about defining importance or level or
3  not to that exercise.
4  BY MS. MILLER:
5    Q.    Can I ask you a question with
6  respect to CCDA?
7        Do you have a particular account
8  number that you would attach to each of the
9  accounts identified in the various CCDA bond
10  documents?
11    A.    Can you repeat that question?
12    Q.    Yeah. Sitting here today, do you
13  have a particular account number that's
14  reflected in your Flow of Funds chart that you
15  would attribute to the specific account names
16  included in the various CCDA bond documents?
17        UNIDENTIFIED SPEAKER: Objection.
18        THE WITNESS: Yeah, I'm not
19  positive off the top of my head.
20  BY MS. MILLER:
21    Q.    Okay. So I'm going to go through
22  them, and you'll tell me, just a yes or no, if
23  there is an account number identified in the
24  Flow of Funds that you would attach to that
25  account.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

64 (Pages 474 to 477)

---

**474**

1    And I don't need the notes -- the
2  names or numbers yet.  I'm going to give you
3  some names.  You're going to tell me what the
4  number -- you're going to tell me if there's a
5  specific bank account that relates to that
6  account designation in the document, okay,
7  so --
8        A.    Can somebody pull up the Flow of
9  Funds in question?
10       Q.    Yeah, sure.  Let's -- let's put --
11  yeah, let's put up Exhibit 32, please.
12             Okay.  So we are going to look at
13  this January 2015 to November 2015 flow.
14             Okay.  So looking at this, is
15  there a particular bank account that you
16  believe is the transfer account?
17       A.    Yes.
18       Q.    And is there a particular bank
19  account that you believe is the surplus
20  account?
21       A.    Yes.
22       Q.    And is there a particular bank
23  account that you believe is the pledge account?
24       A.    Yes.
25       Q.    And is there a particular bank

---

**475**

1  account that you believe is the trust account?
2        A.    Yes.
3        Q.    Okay.  So you can map in your
4  mind, sitting here with no documents in front
5  of you and no preparation, every single
6  relevant account identified in the CCDA -- CCDA
7  document to a specific bank account in this
8  chart, is that your testimony?
9              UNIDENTIFIED SPEAKER:  Objection.
10             UNIDENTIFIED SPEAKER:  Objection.
11             THE WITNESS:  I can identify on
12  this page accounts that I consider the pledge
13  account, transfer account, surplus account.
14  BY MS. MILLER:
15       Q.    Okay.  Can we just pull up the
16  PRIFA Flow of Funds for a minute because I just
17  want to ask you, sitting here off the top of
18  your head, if you did the same exercise with
19  respect to the PRIFA Flow of Funds.
20             While we are waiting for that,
21  Mr. Ahlberg, how many conversations that -- do
22  you -- have you had in preparation of these
23  Flow of Funds or in preparation for your
24  deposition today about which account is the
25  transfer account, the surplus account, and the

---

**476**

1  pledge account?
2        A.    Your question is how many times
3  did I have a conversation about which accounts
4  were considered by those names?
5        Q.    Yeah, about which accounts were
6  connected to which particular bank account,
7  exactly.
8        A.    Yeah.  I can't recall an exact
9  amount or number of conversations that we had
10  where we would have specifically talked about
11  this.
12       Q.    Do you recall any conversations
13  where you specifically spoke about it?
14       A.    Just to clarify, are we referring
15  to Tourism right now?
16       Q.    Yeah, I'm talking about Tourism
17  right now.
18       A.    Thank you for clarifying.
19             With that clarification, would you
20  please repeat the question?
21       Q.    How many conversations can you
22  recall having about which accounts
23  identified -- which bank accounts identified in
24  the Flow of Funds that you prepared related to
25  which account in the various bond documents?

---

**477**

1        A.    I can't recall an exact amount of
2  conversation.
3        Q.    Was it more than one?
4        A.    The identification of different
5  accounts came up on more than one occasion.
6        Q.    I mean, identification -- and
7  you only -- when you say the identification of
8  particular -- and I just want to make sure we
9  mean the same thing.
10             I mean the connecting or mapping
11  of a particular bank account to a particular
12  account name in a bond document.  Is that what
13  you're saying?
14       A.    That is not what I was saying.
15       Q.    Okay.  So that's my
16  question -- that's my question, so let me ask
17  my question again so we can just be clear.
18             How many conversations do you
19  recall about the linking of particular bank
20  account numbers to account names used or
21  designations used in the bond documents?
22       A.    I don't recall any specific
23  conversations where we discussed those things.
24       Q.    So how do you know, for example,
25  that the 9947 account is the pledge account?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

65 (Pages 478 to 481)

---

**478**

1  A.   Some discussions with -- with
2  Tourism Company and an understanding of
3  operationally how things work.
4  Q.   Okay. I thought you just told me
5  that you didn't have any conversations about
6  that.
7  MS. McKEEN:  Objection.
8  BY MS. MILLER:
9  Q.   What conversations are you
10 recalling?
11 A.   It's hard to know since there were
12 several conversations with the different
13 management teams in preparation for this
14 deposition.
15 Q.   Who did you have conversations
16 with about the mapping of particular bank
17 accounts to account designations in the bond
18 documents?
19 MS. McKEEN:  Objection.
20 THE WITNESS:  I don't recall
21 specific conversations about mapping accounts
22 to the bond documents.
23 BY MS. MILLER:
24 Q.   Did you have any conversations
25 with counsel about mapping of bond documents --

---

**479**

1  just a yes or no -- mapping of accounts to bond
2  documents?
3  A.   I mean, I can't recall if we
4  specifically discussed this issue or not.
5  Q.   I'm trying to understand -- I
6  showed you a document that identified the
7  pledge account 9947 as the pledge account, and
8  you indicated to me that you weren't sure if
9  you had ever seen any document that identified
10 9947 specifically as the pledge account; is
11 that right?
12 A.   That's correct.
13 Q.   And yet you're confident that 9947
14 is the pledge account, right?
15 A.   Without having that diagram in
16 front of me, I can't recall the exact account
17 number. I can remember it in the positioning
18 of the document.
19 Q.   Okay. Where -- where is it
20 positioned in the document?
21 A.   If we could show the document, I
22 could identify the account.
23 Q.   Okay. I'm not going to do that
24 right now because I have the PRIFA document up,
25 which is Exhibit 34 -- sorry -- 24. It was

---

**480**

1  marked as Exhibit 24.
2  And could we go to the first Flow
3  of Funds chart in this document?
4  So we are going to look at the
5  January 2014 to June 2015 Flow of Funds.  Do
6  you see that?
7  A.   Yes.
8  Q.   Okay. And in the PRIFA Flow of
9  Funds, the moneys are supposed to be deposited
10 to the credit of the Puerto Rico Infrastructure
11 Fund. Can you identify a particular bank
12 account on this chart that relates to that?
13 A.   There is no bank account on this
14 chart that is identifiable as the Puerto Rico
15 Infrastructure Fund.
16 Q.   Okay. And then the moneys that
17 flow from there into the Sinking Fund?
18 UNIDENTIFIED SPEAKER:  Objection.
19 BY MS. MILLER:
20 Q.   Are there any accounts on this --
21 on this Flow of Funds that you can identify as
22 the Sinking Fund?
23 A.   I am not positive of any of these
24 accounts being identified as the Sinking Fund.
25 Q.   Okay. And do you know whether

---

**481**

1  that US Bank Account -0002 is the reserve
2  account?
3  A.   I'm not certain if that's the
4  colloquial name of this account or not.
5  Q.   I mean, there are reserve accounts
6  that are discussed in the relevant bond
7  documents.  Do you know if that US Bank 002
8  account is similar to the account discussed in
9  the bond document?
10 A.   Off the top of my head, I'm not
11 certain if that's the reserve account discussed
12 in the bond document.
13 Q.   Okay. So, looking -- and you
14 don't know if it's the redemption account
15 either, do you?
16 A.   I'm not positive.
17 Q.   Okay. So sitting here, off the
18 top of your head, looking at this PRIFA Flow of
19 Funds, is there any bank account that you can
20 attach a label from the bond document to?
21 A.   No.
22 MS. MILLER:  Okay. So now we can
23 put up the CCDA Flow of Funds, which is
24 Exhibit 32. We can put that back up.
25

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

66 (Pages 482 to 485)

---

**482**

BY MS. MILLER:

Q.   Okay.  But off the top of your head, you were able to attach labels corresponding or correlating particular bank accounts in the CCDA Flow of Funds to each of the three key accounts in the CCDA document; is that right?

A.   In the Tourism document, yes.

Q.   Okay.  Okay.  So the pledge account, which account is it your position is the pledge account?

A.   The 9947.

Q.   Okay.  And you testified that you weren't sure if you've ever seen any document that specifically identified that, but I showed you a document that identified that, the pledge account, the name.

A.   You did show me a document that named that account as the -- a pledge account in the name.

Q.   Okay.  And who at the Tourism Company did you speak to about matching -- sorry -- mapping these various bank accounts to the account designations used in the bond documents?

---

**483**

MS. McKEEN:  Objection.

THE WITNESS:  Discussed with Gustavo and Brett which accounts operated as the transfer, pledge, surplus account.

BY MS. MILLER:

Q.   Okay.  And did Brett have independent knowledge of which account corresponded to each of those accounts -- sorry -- which bank accounts corresponded to each of those bond document accounts?

A.   I can't say one way or the other if Brett had personal knowledge of the bond documents or not.

Q.   Okay.  And did you ask whether they knew which of these bank accounts correlated to particular accounts in the bond documents?

MS. McKEEN:  Objection.

THE WITNESS:  My question to them was not in the context of "match these accounts to the bond documents;" would have been in the context of in the actual Flow of Funds, which account functions as X account, which account functions as Y account.

---

**484**

BY MS. MILLER:

Q.   Okay.  So understanding that you focused on the Flow of Funds exclusively and the flow of cash, why is it that you committed to memory which of these accounts corresponds to particular named accounts in the bond document?

A.   I can't give you an exact reason about why I committed those to memory, other than I know that's how the Tourism Company understands the account.

Q.   Okay.  And do you know what Gustavo's basis was for identifying particular accounts, bank accounts as those accounts in the bond document?

A.   Not certain of the exact process that he used to determine.

Q.   Did you ask him if he looked at any account opening statements or documents?

A.   I don't recall specifically asking him that question or not.

Q.   Did you ask him if he looked at any other document that might identify a particular account with a name used in the bond document?

---

**485**

A.   I can't recall specifically asking him a question like that or not.

Q.   Did you do anything to independently verify or confirm what Gustavo told you about which account was which?

A.   No, other -- no, but the actual Flow of Funds makes sense to me, given the assignments to those accounts that he provided.

Q.   Well, we spoke earlier -- well, what do you mean it made sense to you based on the assignments that he provided?  Do you mean it made sense in terms of corresponding to moneys that were supposed to be transferred into the various accounts, and had the moneys actually flowed in relation to that?

MS. McKEEN:  Objection.

THE WITNESS:  What I mean generally, for example, is that I understand the Account 5144 being the surplus account, the surplus of the monthly average 3 million transfer from 9258, transfer to 9947, and thus the identification from the surplus account fits with my understanding of the Flow of Funds as presented here.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

67 (Pages 486 to 489)

---

**486**

1  BY MS. MILLER:
2      Q.   Okay.  Have you ever seen any
3  document identifying the Scotiabank 5144
4  account as the surplus account?
5      A.   I can't recall a specific document
6  that refers to it as the surplus account.
7      Q.   You think that you've seen it,
8  though?
9      A.   I think I have seen some
10 documents.
11     Q.   You think you have.  Okay.  I'm
12 going to -- okay.
13          So I've looked through the
14 production, and I have not seen any documents
15 that identify the 5144 account as a surplus
16 account.
17          MS. MILLER:  So I'm going to call
18 on the record for the production of any such
19 documents that you've seen that you're relying
20 on for your testimony that the 5144 account is
21 the surplus account or that the Commonwealth
22 otherwise intends to rely on.
23 BY MS. MILLER:
24     Q.   Okay.  So you believe that you've
25 seen a document identifying the 5144 account as

---

**487**

1  the surplus account; is that right?
2      A.   I feel confident to say that I
3  believe the 5144 account is the surplus
4  account.
5      Q.   That wasn't my question.
6          You believe that you've seen a
7  document that identifies the 5144 account as
8  the surplus account; is that correct?
9      A.   Yeah, and I'm not certain one way
10 or the other as to whether I've seen a specific
11 document that calls it that or not.
12     Q.   Okay.  Have you seen any documents
13 that call any of these accounts the surplus
14 account?
15     A.   I believe so.  I just -- I can't
16 recall a specific document.
17     Q.   Okay.  And you believe that the
18 document that you saw, called the Scotiabank
19 5144 account the surplus account; is that
20 right?
21     A.   I -- yeah, I can't recall if it's
22 a specific document, as I mentioned, or in
23 conversations with Gustavo.
24     Q.   Okay.  Is the 5144 account a
25 comingled operational account of the Tourism

---

**488**

1  Company?
2      A.   Did --
3      Q.   The moneys other than these excess
4  moneys from the hotel occupancy taxes flow into
5  the 5144 account?
6      A.   Could you repeat that, please?
7      Q.   The moneys other than the excess
8  moneys from the hotel occupancy taxes, excuse
9  me, flow into the 5144 account?
10     A.   Correct.
11     Q.   And you understand that the
12 surplus account is one of the two accounts
13 that's in the Special Fund called the Holding
14 Fund under the assignment and coordination
15 agreement that we looked at and previously
16 marked as Exhibit 30, correct?
17     A.   I understand that that's what the
18 document we looked at together said.
19     Q.   Okay.  And do you have an
20 understanding of whether operating moneys would
21 flow into a Special Fund as that term is used
22 in government accounting?
23     A.   I'm not certain how to answer your
24 question.  Could you be more specific?
25     Q.   Yes.  Do you know whether general

---

**489**

1  operating -- sorry.
2          Do you know whether general
3  revenues used for operating expenses would flow
4  into a Special Fund?
5          UNIDENTIFIED SPEAKER:  Objection.
6          THE WITNESS:  I don't think about
7  dollars flowing into Funds, but I'm also not
8  sure of the way that that would be classified.
9  BY MS. MILLER:
10     Q.   And I don't think you
11 actually said it yet, so let me ask you to
12 identify which bank account do you believe on
13 this chart corresponds to the transfer account?
14     A.   GDB account 9758.
15     Q.   Okay.  And what is the basis for
16 that testimony?
17     A.   Conversations with Tourism.
18     Q.   And did you do anything to verify
19 what Tourism told you about that?
20     A.   I did not personally pull
21 documents to verify that, but the team, the
22 entire document production had hundreds --
23 thousands -- thousands of documents that I
24 personally could not review every single
25 document.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

68 (Pages 490 to 493)

---

**490**

1    Q.    And you're confident that if
2  somebody told you that the 9758 account is the
3  transfer account that there is a document among
4  the thousands -- I would say many tens of
5  thousands of documents -- that were produced
6  that identifies the 9758 account as the
7  transfer account, correct?
8          UNIDENTIFIED SPEAKER:  Objection.
9          THE WITNESS:  I can't recall if
10  there's specific documents (indiscernible).
11         THE REPORTER:  I'm sorry.  Can you
12  repeat that once more?
13         THE WITNESS:  I cannot recall if
14  there is a specific document that was used to
15  make that determination.
16  BY MS. MILLER:
17    Q.    And do you know if you've ever
18  seen any document referring to the 9758 account
19  as an account other than the transfer account?
20    A.    I'm not certain.
21    Q.    Okay.  Mr. Ahlberg, in putting
22  together your Flow of Funds, did you use
23  instruction letters to identify which moneys
24  deposited into the 9758 account flowed into the
25  9947 account?

---

**491**

1    A.    We looked at these transfer
2  letters.  I'm not sure if that's the same thing
3  as instruction letters that you're referring
4  to.
5    Q.    Okay.  So I'm going to pull one
6  up, and you can tell me.  Can I get tab 2132,
7  please, marked up as the next exhibit.
8          (Monolines Exhibit 34 is
9          introduced for the record.)
10  BY MS. MILLER:
11    Q.    Did you come to understand what
12  the relevant account names were under the
13  various bond documents?
14    A.    I'm sorry.  You broke up there in
15  the middle of your question.
16    Q.    How did you come to understand
17  what the relevant account names were under the
18  various bond documents and related agreements?
19    A.    It -- it's hard to answer that
20  question because that assumes the -- part of
21  the approach that I took to build the Flow of
22  Funds, which we start with the actual Flow of
23  Funds.
24    Q.    Yeah.  I'm saying how did you
25  figure out what -- well, when I asked -- I

---

**492**

1  showed you a number of bond documents earlier,
2  and you told me you hadn't looked at many of
3  them.  And my question is:
4          If you didn't even look at them,
5  how did you know what accounts were to even
6  know what labels to be putting on various bank
7  accounts?  That's my question.
8          UNIDENTIFIED SPEAKER:  Objection.
9  BY MS. MILLER:
10    Q.    So I'm assuming, consistent with
11  your testimony, that the process that you
12  underwent was entirely independent of the
13  various Fund or account designations under
14  statutes and bond documents and that there was
15  no reason or need for you to map them or
16  connect them.  That's consistent with your
17  testimony in HTA and PRIFA.
18          But suddenly, in CCDA, you have
19  very strong opinions about which account
20  corresponds to -- which bank account
21  corresponds to which account designation in the
22  bond documents, and that's what I'm trying to
23  understand here.
24          UNIDENTIFIED SPEAKER:  Objection.
25

---

**493**

1  BY MS. MILLER:
2    Q.    So my question was:
3          How did you come to know what the
4  account names were under the bond document that
5  you could attach to the various bank accounts?
6    A.    I'm not certain what the entire
7  process was to assign names to the accounts as
8  I understand them, plus my understanding came
9  about by a discussion with Tourism.
10    Q.    Okay.  So we have marked as
11  Monolines Exhibit 34 a document.  Do you see
12  it?
13    A.    I see a document.
14    Q.    And is this the document -- a form
15  of document that you recognize?
16    A.    Yes.
17    Q.    Okay.  And there are actually, if
18  you scroll through in this exhibit, a number of
19  sample transfer documents that we were given,
20  instruction letters that we were provided, and
21  you can flip through and look at all of them if
22  you would like.  There is also, I see -- maybe
23  we don't have an English translation.
24          Do we have an English translation
25  of these?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

69 (Pages 494 to 497)

---

**494**

1    MS. McKEEN:  Atara, are they
2  consecutively paginated, or is this just --
3    MS. MILLER:  Mine are
4  consecutively paginated, yes.
5    MS. McKEEN:  Thank you.
6    MS. MILLER:  No, I think this was
7  a collection of -- this was a collection of
8  instruction documents that were produced, and
9  there is an English translation.  And this
10  is -- my understanding, Liz, is that this is
11  how the document was produced all together as a
12  single packet.
13    MS. McKEEN:  Thank you.  That was
14  just my question.
15    MS. MILLER:  Yeah.
16  BY MS. MILLER:
17    Q.   Okay.  So, Mr. Ahlberg, looking at
18  this, do you see that this is authorizing a
19  transfer from one account to another
20  account -- oh, we are pulling up the English
21  translation.  Here we go.
22    Okay.  And do you see that this
23  letter is authorizing the debiting of a
24  particular account of 3-million-plus dollars?
25  Do you see that?

---

**495**

1    A.   Yes, I see that.
2    Q.   Okay.  And what account is that
3  debiting?
4    A.   The account number listed is
5  9758.
6    Q.   Okay.  And is that the same
7  account that is identified on your Flow of
8  Funds chart, Exhibit 32, as GDB 9758?
9    A.   Yes.
10    Q.   Okay.  And how is that accounting
11  identified in this transfer letter?
12    A.   This transfer letter assigns a
13  name in quotes to that account of Room Tax -
14  Concentration Surplus.
15    Q.   And do you have an understanding
16  of what it means when an account name is put in
17  quotes in a transfer letter like this?
18    A.   I'm not entirely positive.
19    Q.   Okay.  And who is this letter
20  from, can you tell?
21    And I don't know if it would be
22  easier to look at or if you would prefer to
23  look at the original Spanish letterhead, but
24  this is a letter from the Tourism Company to
25  the GDB, is it not?

---

**496**

1    A.   Could we go to the Spanish
2  translation just so I know for sure?
3    Q.   Sure.
4    A.   Yes, thanks.
5    Q.   Okay.  And so -- and it's from a
6  Mr. Samuel Sierra Rivera.  Do you see that?
7    A.   Yes.
8    Q.   And he's -- he identifies himself
9  as the chief financial officer.  Do you see
10  that?
11    A.   I see that.
12    Q.   Okay.  And so according to this
13  instruction letter, the chief financial officer
14  of the Tourism Company is identifying the
15  99 -- the 9758 account as, quote, the room tax
16  concentration surplus.  Do you see that?
17    A.   I see that.
18    Q.   Okay.  Do you have any
19  reason -- do you know who Mr. Sierra Rivera is?
20    A.   I do not.
21    Q.   Okay.  Do you know whether Gustavo
22  is junior or senior to the chief financial
23  officer of the Tourism Company?
24    A.   I know Gustavo is not the CFO of
25  the company in his finance position.  That

---

**497**

1  would make him subordinate to the CFO at the
2  Tourism Company.
3    Q.   All right.  Do you have any reason
4  to dispute the at least then-CFO of the Tourism
5  company's characterization of the 9758 account
6  as the room tax concentration surplus?
7    A.   He calls the account what he calls
8  the account in this letter.
9    Q.   Okay.  And you haven't seen any
10  documents that would indicate that the 9758
11  account is not the surplus account, have you?
12    A.   I can't recall specifically seeing
13  any documents like that.
14    Q.   Well, I can tell you that we
15  haven't.  So I, again, call for the production
16  of any documents that would suggest that an
17  account other than the 9758 account is the
18  surplus account.
19    And you have not seen any
20  documents, have you, that identified the 9758
21  account as the transfer account, have you?
22    A.   I can't recall seeing a specific
23  document that said that, but from my work with
24  Tourism, I understand that account to be the
25  transfer account.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

70 (Pages 498 to 501)

---

**498**

Q.   You haven't seen any documents that say that.

A.   I can't recall if there were documents, off the top of my head.

Q.   Okay.  And you've now seen at least one collection of documents, and you can flip through and see that the tourism company in each of these letters identifies the 9758 account as the room tax concentration surplus. You haven't seen any -- you've at least not seen one collection of documents that identified something other than the transfer account, right?

A.   Again, I can't recall seeing it or not seeing a document like that.

Q.   I'm asking you about the document that's in front of you right now.  You are currently looking at at least one document, one document that is a collection of multiple documents that identify the 9758 account as something other than the transfer account; isn't that right?

A.   These documents do call that account number by name.  That is not the transfer account.

---

**499**

Q.   Okay.  And the name is Room Tax Concentration Surplus, isn't it?

A.   That's what it says.

Q.   Okay.  And I'd like to now mark as Exhibit 35 tab 2507.

(Monolines Exhibit 35 is introduced for the record.)

BY MS. MILLER:

Q.   Mr. Ahlberg, have you seen any account-opening documents for the GDB 9758 account?

A.   I don't think I personally reviewed an account opening statement for that account.

Q.   Okay.  Do you know whether anybody on your team did?

A.   I believe someone on the team would have agreed that document.

Q.   Okay.  So I've marked as Exhibit 35 a letter dated March 31, 2002, from your counsel to me and many others, and I want you to look at page 2 of that account on this chart.  And do you see the GDB 9758 account listed?

A.   Please give me a moment here.

---

**500**

Q.   Sure.

A.   Yes, I see that Account 9758 listed on this document.

Q.   Okay.  And what is the representation from your counsel about the account-opening documents for 9758?

A.   I was unable to locate an account-opening document in GDB's file.

Q.   Okay.  And so do you now retract your prior statement that you believe someone on your team reviewed account-opening statements for GDB 9758?

A.   I do.  I apologize.

Q.   Okay.  So to the best of your knowledge and my knowledge, there simply are no available account-opening documents for GDB 9758, correct?

A.   Correct.

Q.   Okay.  And what are -- is the Scotiabank 5142 account?  Do you know if you've looked at any account-opening documents for the Scotiabank 5142 account?

A.   I didn't personally review the account-opening statement for Scotiabank Account 5142.

---

**501**

Q.   Do you know whether anyone on your team received an account-opening statement -- sorry -- account-opening document for Scotiabank 5142?

A.   Off the top of my head, I'm not certain.

Q.   Okay.  Well, I'll tell you, and I can mark it if you'd like, but your counsel represented that it provided to us all of the documents that it was able to get from Oriental Bank and that that did not include account-opening documents for 5142.

Do you have any reason to believe that such account-opening documents are available?

A.   No.

Q.   Okay.  So it's actually listed in this chart as well right under what we were looking at.  Okay.  I want to go back to Exhibit 32, which is the Flow of Funds.

Okay.  In 5144, you indicated to me that slot machine proceeds were also deposited in that account, correct?

A.   I believe so, yes.

Q.   Do you know why slot machine

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

71 (Pages 502 to 505)

502

proceeds would be deposited into the surplus
account, which is an account in the Holding
Fund under the CCDA bond documents?
    UNIDENTIFIED SPEAKER: Objection.
    THE WITNESS: I don't know the
exact reasons why slot machine revenues would
be deposited into this account.
BY MS. MILLER:
    Q.    All right. Do you know
whether -- sorry. I may have asked this again,
but I just want to make sure that I've covered
it.
    Are any other moneys other than
hotel occupancy taxes deposited in the 9758
account?
    A.    No.
    Q.    Okay. And looking at this chart,
I don't think I asked you this for CCDA yet,
but, again, we see various colors attached to
the boxes, right?
    A.    Yes.
    Q.    Okay. So looking at the accounts
that are reflected in this January '15 to
November '15 Flow of Funds chart, just looking
by color designation, none of these is a

503

Commonwealth account; is that correct?
    A.    That's correct.
    Q.    Okay. So during this time period,
none of the hotel occupancy taxes that were
collected by hoteliers transferred to the
tourism company ever touched a Commonwealth
account, correct?
    A.    During this time period, that is
correct.
    Q.    Okay. I'm going to turn to the
next slide in the Flow of Funds, which is
December '15 to March 2016.
    And during this period, the moneys
continue to be collected by hoteliers, correct?
    A.    Correct.
    Q.    And where did they transfer the
moneys to?
    A.    The Scotiabank Account 5142.
    Q.    Okay. And then where did the
money flow after that?
    A.    From there transfers were made at
that time.
    Q.    Okay. And the 9758 account, just
so that I have your story straight, the 9758
account is the account that you would call the

504

transfer account, right?
    MS. McKEEN: Objection,
argumentative.
BY MS. MILLER:
    Q.    Sorry. The GDB 9758 account is
the account that you would call the transfer
account, correct?
    A.    Correct.
    Q.    Okay. And that's the same account
that we saw the document from the CFO of the
GDB -- of the Tourism Company, rather,
identifying the concentration surplus, correct?
    A.    Correct.
    Q.    Okay. And the moneys still flow
into that GDB 9758 account, right?
    A.    During this time period, money
still flows from 5042 to 9758.
    Q.    Okay. And then during this time
period, all the moneys still flow into the
Scotiabank 5144 account, correct?
    A.    Correct.
    Q.    And then what moneys during
this time period are flowing from the 5144
account into the 5138 account?
    A.    Hotel occupancy taxes, among

505

others.
    Q.    Okay. And do all of the hotel
occupancy taxes flow from 5144 to 5138?
    A.    Would you repeat the question?
    Q.    Yeah. During this period, do all
of the hotel occupancy taxes deposited in 5148
flow into -- sorry. Let me start again.
    During this period, do all of the
hotel occupancy taxes deposited in 5144 flow
into 5138?
    A.    Yes.
    Q.    Okay. And do all of the hotel
occupancy taxes during this period deposited in
5138 flow into the 006 account?
    A.    No.
    Q.    Okay. What hotel occupancy taxes
do not flow into the 006 account from the 5138
account?
    A.    Hotel occupancy taxes funding CCDA
operations would flow to that box called
Non-Debt Service Outflow.
    Q.    And are those what are referred to
as the surplus amounts?
    A.    I'm not certain if they're
referred to as surplus amounts or not.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

72 (Pages 506 to 509)

506

1  Q.   Okay.  Are all of the -- I'm just
2  trying to remember the exact term.
3       Are all of the amounts that are
4  required to be transferred into the transfer
5  account flowed into the 006 account?
6       Okay.  So let me restate that.
7  You don't remember -- do you recall that when
8  we looked at Exhibit 30, which is the
9  Assignment and Coordination Agreement, there
10  was a definition of required payments?
11  A.   I remember there was a definition
12  of required payments in that document.
13  Q.   Okay.  And do you remember that
14  that loosely was defined as the monthly 1/10 of
15  the amounts that had to be flowed into the
16  transfer account and any deficiency amount?
17  A.   I believe that's what that
18  document we looked at together said.
19  Q.   Okay.  So if I refer to the
20  required payments, will you understand what I
21  mean?
22  A.   Yes.
23  Q.   Okay.  And just to make it simple,
24  because I want to make sure that we are talking
25  about things the same way, if we could just go

507

1  back one page in Exhibit 32.
2       When I'm talking about the
3  required payments, I'm talking about the
4  amounts that flowed from 9758 to 9947.  Is that
5  consistent with your understanding?
6  A.   Yes.
7  Q.   Okay.  So we'll call that the
8  required payments going forward.
9       MS. McKEEN:  Objection.
10       MS. MILLER:  What's the objection?
11       MS. McKEEN:  You mean the
12  agreement says what it says, and so to the
13  extent, you know, you're trying to get the
14  witness to give some form of legal conclusion,
15  that's the final objection.
16       MS. MILLER:  I'm trying to get the
17  witness to have a common understanding with a
18  noncontroversial term that refers to the moneys
19  that were pledged to the bondholders without
20  having him give the legal opinion that these
21  moneys are pledged to the policyholders, so I'm
22  going to go with required payments.  I think
23  the witness is comfortable with that and
24  understands what bucket of money I'm talking
25  about.

508

1  BY MS. MILLER:
2  Q.   Mr. Ahlberg, do you know the
3  bucket of moneys that I'm referring to?  So not
4  all hotel occupancy taxes, only that narrower,
5  what I think you've referred to as the 3-plus
6  million a month that's to be transferred?
7  A.   I understand that that's how
8  you're using the term "required payment."
9  Q.   Okay.  If you want to attach a
10  different term to it, I'm fine using whatever
11  term you're most comfortable with.
12  A.   We can say the monthly payment.
13  Q.   Monthly payment?  Okay.
14       Okay.  Are all of the monthly
15  payments, as you use that term -- defined it,
16  are all of the monthly payments flowed from the
17  5138 account to the GDB 006 account during the
18  December '15 to March '16 time period?
19  A.   Now that I have this time period
20  presentation in front of me, can you reask the
21  question, please?
22  Q.   Now I forgot what you want to call
23  these.  Monthly payments?  Okay.
24       Are all of the monthly payments
25  transferred from the 5138 account to the 006

509

1  account?
2  A.   Yes.
3  Q.   Okay.  And how do you know that?
4  A.   Having reviewed these payments,
5  transfer details of these transfers.
6  Q.   Okay.  And based on that, you were
7  able to confirm that all of the monthly
8  payments were transferred from the 5138 account
9  to the 006 account, correct?
10  A.   Correct.
11  Q.   And are all of the hotel occupancy
12  tax monthly payments deposited in the 006
13  account transferred to the 6048 account during
14  this time period?
15  A.   Yes.
16  Q.   Okay.  And that 6048 account,
17  that's the account we were talking about
18  earlier, correct?
19  A.   That is an account that we talked
20  about earlier.
21  Q.   Okay.  And specifically, what
22  account was this?
23  A.   An account separate from the TSA,
24  account 1.
25  Q.   Okay.  What moneys were held in

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

73 (Pages 510 to 513)

---

**510**

1  this account during this time period?

2      A.    It held -- retained room tax

3  revenues and dollars -- well, not retained.

4      Q.    Okay.  And then were all of the

5  hotel occupancy tax monthly payments that were

6  deposited into 6048 deposited into or back into

7  the 006 account?

8      A.    Yes.

9      Q.    Do you know whether when the

10 moneys flowed back into the 006 account they

11 were tagged with a different Fund or accounting

12 designation than when they were previously

13 transferred into the 006 account?

14     A.    I'm not positive to say it's

15 different funds or designations or not.

16     Q.    Okay.  What would I do to find

17 that out?

18     A.    I would review a voucher prepared

19 for transfer.

20     Q.    Okay.  And then were all of the

21 hotel occupancy tax monthly payments that were

22 retransferred into the 006 account during this

23 period transferred out for GO Debt Service?

24     A.    Yes.

25     Q.    Okay.  And, again, do you know

---

**511**

1  whether that was actually -- sorry -- whether

2  that money was actually transferred to third

3  parties on account of GO Debt Service?

4      A.    I'm not certain.

5      Q.    Okay.  Do you have an

6  understanding of how much of the -- do you know

7  how much of the hotel occupancy tax monthly

8  payments were transferred into the GDB 006

9  account during this time period?

10     A.    Off the top of my head, I don't

11 have that number.

12     Q.    Okay.  And we spoke a little bit

13 about the time frames that were covered during

14 this -- for the time frames that were

15 identified at the top of each of these Flow of

16 Funds.

17          Is it your understanding that this

18 is referring to room tax revenues that were

19 generated and transferred into the Scotiabank

20 5142 account between December 2015 and

21 March 2016?

22     A.    Yes.

23     Q.    Okay.  Footnote 1 to this Flow of

24 Funds indicates that transfers from the 006

25 account to Fund GO Debt Service payment in

---

**512**

1  January '16 included comingled room tax

2  receipts with proceeds from other retained

3  revenues.  Do you see that?

4      A.    Yes, I see that.

5      Q.    Do you know whether moneys

6  transferred in January, February or March of

7  2016 were actually used to pay GO Debt Service?

8      A.    Could you repeat the question?

9      Q.    Do you know whether moneys

10 transferred in January, February or March of

11 2016 were actually used to pay GO Debt Service?

12     A.    Transfers from which account to

13 which account?

14     Q.    Hotel occupancy tax monthly

15 payments transferred into the GDB 006 account

16 in January, February and March 2016, do you

17 know if they were actually used to pay GO Debt

18 Service?

19     A.    We set the revenue from -- room

20 tax proceeds during this time period was

21 used -- sorry.

22          The revenue earned in this time

23 period was the source of funding for transfers

24 for GO Debt Service.

25     Q.    Okay.  So the footnote indicates

---

**513**

1  that it was only for the GO Debt Service

2  payment in January of 2016.  Do you believe

3  that there were additional GO debt service

4  payments that were funded from these moneys?

5      A.    Would you repeat the question,

6  please?

7      Q.    The footnote indicates that these

8  moneys were used for the January --

9  January 2016 GO Debt Service.

10          Do you believe that there were

11 additional GO Debt Service payments other than

12 January 2016 that were funded from the hotel

13 occupancy tax monthly payment reflected in this

14 Flow of Funds?

15     A.    I was thinking here.  Would you

16 mind repeating the question again?

17          MS. MILLER:  Would the court

18 reporter mind reading it back, please?

19          (Record read as requested.)

20          THE WITNESS:  No.

21 BY MS. MILLER:

22     Q.    So do you believe that the hotel

23 occupancy tax monthly payments for January,

24 February and March of 2016 that are reflected

25 as flowing into the GDB 006 account and then to

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

74 (Pages 514 to 517)

### 514

1   the 6048 account and then to the 006 account
2   remain in the TSA today?
3      A.   I don't think of any one transfer
4   of any kind of funds ever remaining in the TSA
5   account. That's not really how I think about
6   it.
7      Q.   Have you seen any document --
8   sorry.
9      Have you seen any outflow document
10  after January 2016 indicating a tilt flow of
11  the hotel occupancy tax monthly payment from
12  the TSA?
13     A.   I've seen no other outflow from
14  the TSA that indicated hotel occupancy taxes as
15  a source of revenue of a transfer out of the
16  TSA.
17     Q.   Okay. And during this --
18     MS. MILLER: I don't have much
19  more. I am just going to quickly go through
20  the rest of the Flow of Funds.
21     MS. McKEEN: Okay. Thank you.
22     MS. MILLER: They do get very
23  complicated, though. I'm hoping to not have to
24  ask about every account. We have a simple one
25  coming up next.

### 515

1   BY MS. MILLER:
2      Q.   And just so that I understand, or
3   just can you confirm that all of the same hotel
4   occupancy tax revenues transferred from
5   hoteliers flow into the 5142 account and the
6   9758 account?
7      A.   To what time period?
8      Q.   In the December '15 to March 2016
9   period. The Scotiabank 5142 account and the
10  GDB 9758 account each have exactly the same
11  moneys; is that correct? Or let me say that
12  differently.
13     For the December '15 to March 2016
14  period, the exact same revenues flow through
15  the Scotiabank 5142 account and the GDB 9758
16  account, correct?
17     A.   Would have been the exact same
18  amount that was received in 5142 that was
19  transferred to 9758.
20     Q.   Okay. Is that different in any
21  way from what I said? I just want to know how
22  to ask the question precisely going forward.
23     So if you're drawing a distinction
24  that I'm not attuned to, I just would like to
25  hear what it is.

### 516

1      A.   Yeah, and I just answered that way
2   for my own benefit to make sure I answered
3   correctly.
4      Q.   Okay. All right. I might try to
5   ask you the same way.
6     Okay. So turning now to
7   April 2016, so this one appears pretty simple.
8     Can you just describe the flow
9   from the collection of room tax revenues by the
10  hoteliers?
11     A.   Yes. During April of 2016, room
12  tax revenues would have been collected by
13  hoteliers, remitted to Tourism Company, a/k/a
14  deposited into Scotiabank Account 5142, and
15  then transferred to GDB Account 9758.
16     Q.   Okay. And does the fact that the
17  Flow of Funds stop here mean that hotel
18  occupancy tax revenues collected in April 2016
19  remained in the GDB 9758 account?
20     A.   It means that during this time
21  period, there were no transfers out of the 9758
22  account.
23     Q.   Was there a transfer out of the
24  9758 account subsequent to this time period?
25     A.   No.

### 517

1      Q.   Okay. So what moneys were
2   deposited were then remaining in the GDB 9758
3   account presumably through the GDB's title fix;
4   is that right?
5      A.   I am not positive. I know that
6   account was dealt with in the GDB
7   restructuring.
8      Q.   Okay. Were you involved in the
9   GDB restructuring in any way?
10     A.   No.
11     Q.   Okay. And, again, during this
12  period, none of the accounts through which the
13  hotel occupancy taxes flowed were Commonwealth
14  accounts; is that correct?
15     THE REPORTER: I'm sorry. Were
16  what?
17     MS. MILLER: Commonwealth
18  accounts.
19     THE REPORTER: Thank you.
20     THE WITNESS: Correct.
21  BY MS. MILLER:
22     Q.   Okay. And again, as with the
23  prior period, exactly the same revenues flowed
24  through the 5142 account and the GDB 9758
25  account, correct?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

75 (Pages 518 to 521)

---

**518**

1  A.   It would have been the same amount
2  that -- same revenue that was transferred by
3  hoteliers to 5142.  Transfers for the same
4  amount would be in total throughout April to
5  9758.
6  Q.   Okay.  So now let's go on to the
7  next one.  It's about to get a lot more
8  complicated.
9       Okay.  So here the hoteliers are
10 collecting taxes, and they're still
11 transferring them into the Scotiabank 5142
12 account; is that right?
13 A.   Right.
14 Q.   And then the money is being
15 transferred from the 5142 account into the 5144
16 account?
17 A.   Correct.
18 Q.   And is it your understanding that
19 during this period all of the hotel occupancy
20 taxes were transferred from the 5142 into the
21 5144 account?
22 A.   Yes.
23 Q.   Okay.  And have you seen
24 account-opening documents for the 5144 account?
25 A.   No, I have not personally seen

**519**

1  them.
2  Q.   Okay.  Do you know whether anybody
3  on your team has?
4  A.   I don't recall if anyone on the
5  team has or not.  I believe you could look at
6  the document we reviewed together earlier to
7  know for certain.
8  Q.   Okay.  Would you expect account
9  documents related to the 5144 account to
10 identify it as the surplus account?
11 A.   I'm not certain of what documents
12 would or would not be used to identify the
13 surplus account.
14 Q.   Well, I'm just asking if you -- we
15 saw the pledge account document.  It called the
16 account the pledge account.
17       Would you expect the account
18 documents related to this account to call it
19 the surplus account?
20 A.   I'm not certain what every
21 documented related to this account named the
22 account.
23 Q.   I'm asking you if you would expect
24 the account-opening documents to designate a
25 surplus account.

**520**

1  A.   I can't say one way or the other
2  whether an opening statement would say that or
3  not.
4  Q.   Would you expect any account, any
5  documents related to this account to identify
6  it as the surplus account?
7       MS. McKEEN:  Objection.
8       THE WITNESS:  I'm not positive of
9  documents that would or would not have been
10 used to make that determination.
11 BY MS. MILLER:
12 Q.   Okay.  Have you ever heard this
13 account referred to as the sweep concentration
14 account?
15 A.   You broke up there right at the
16 end.
17       Have you ever seen this account
18 referred to as the sweep concentration account?
19 A.   I can't recall if I've seen the
20 account referred to in that way or not.
21 Q.   What is a sweep concentration
22 account, as you understand it?
23 A.   I'm not certain of exactly what
24 that name -- the name of an account like that
25 would indicate.

**521**

1  Q.   Are you aware of any other
2  accounts called sweep concentration accounts
3  within the Commonwealth or instrumentality?
4  A.   No.
5  Q.   No.  Have you ever had that term
6  with respect to the Tourism Company?
7  A.   I just can't recall.  People use
8  the term "sweep" and "concentration" very
9  loosely when referring to different accounts.
10      MS. MILLER:  Okay.  I would like
11 to mark as the next exhibit tab 2134, please.
12      (Monolines Exhibit 36 is
13 introduced for the record.)
14      THE WITNESS:  Excuse me.  Could we
15 make a 2-minute break?  I just drank a bunch of
16 coffee with coffee grounds with it.
17      MS. MILLER:  Sure.  I'll let you
18 take it even though there's a question pending.
19 Let's go off the record.
20      THE VIDEOGRAPHER:  We are off the
21 record at 6:24 p.m.
22      (Recess taken.)
23      THE VIDEOGRAPHER:  We are back on
24 the record at 6:25 p.m.
25

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

76 (Pages 522 to 525)

**522**

BY MS. MILLER:

Q. Okay. So you have in front of you a document that was marked Monolines Exhibit 36.

Do you see that?

A. I see the document.

Q. Yeah. Is this a document that you've seen before?

A. Is there a certified English translation?

Q. I'm not sure. The answer is maybe. I don't think that what I'm going to have to do requires knowledge of Spanish. Other – okay. There is a certified English translation. Do we want to wait for it?

A. If you could.

Q. Sounds like your Spanish is a lot better than mine. If you need the English translation, just let me know, and I'll stop and wait for that to be found.

A. Fair enough.

Q. So do you recognize Exhibit 36 as a corporate resolution of the Tourism Company of Puerto Rico?

A. I see that's (indiscernible) --

**523**

THE REPORTER: I'm sorry. You broke up. The witness, your answer totally broke up for me. Sorry.

THE WITNESS: Sure. I said:

Yes, I see that's what the document says.

THE REPORTER: Thank you.

BY MS. MILLER:

Q. Okay. And you see that it lists a number of Tourism Company bank accounts in a chart starting about halfway through?

A. Yes, I see that.

Q. Could we magnify the exhibit a little bit? I think it's very hard to see the numbers. They're running together a little bit.

A. Does that help?

Q. If you have magnified it on your end. I have a hard copy that is slightly larger on my end. So if you can see it...

A. I can see it.

Q. Okay. Great. So do you see that the first account that's identified is the Scotiabank of Puerto Rico account Redacted 5144?

**524**

A. Yes, I see that on the document.

Q. Okay. And is that the account that is referred to in your Flow of Funds document as the Scotiabank 5144 account?

A. Yes.

Q. Okay. And do you see the next column over says:

Número de la cuenta?

A. Yes.

Q. And do you understand that to mean name of the account?

A. Yes.

Q. Okay. And the name of the account that's attributed to the 5144 account, can you just read what it's called in this document?

A. This document lists the name of that account as "sweep concentration."

Q. Okay. It doesn't list a surplus, does it?

A. The document says "sweep concentration."

Q. Okay. And looking at the May '16 to July '16 Flow of Funds, in fact, none of the accounts identified in this Flow of Funds is a Commonwealth account, is it?

**525**

A. Could we have the Flow of Funds presentation during the --

Q. Oh, sorry, yes. Yes. I'm sorry. We are not in hard copy. I forgot. Yes. Can we – that was not a memory test.

MS. MILLER: Can we pull up Exhibit 32 again, please.

Thank you. It wasn't a trick, I promise.

A. No problem.

BY MS. MILLER:

Q. I'm old school. My desk is filled with the exhibits. I kind of assumed yours was too.

MS. MILLER: Was there anyone else – did you want me to pull up the certified English translation? I'm happy to attach it to the exhibit that we marked just so we have it on a going forward basis, but unless anybody wants to see it right now, I was going to go back to the Flow of Funds document.

MS. McKEEN: I think we are okay.

MS. MILLER: Okay. Great, thank you.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

77 (Pages 526 to 529)

---

**526**

BY MS. MILLER:

Q.   Okay.  So let me just ask my question again.

Looking at the Flow of Funds from May '16 to July 2016, none of the accounts identified in this Flow of Funds is a Commonwealth account, correct?

A.   Correct.

Q.   And looking forward to the August '16 to February of 2017 account -- sorry -- Flow of Funds, here the room tax revenues collected by the hoteliers are still being transferred into the Scotiabank 5142 account; is that right?

A.   Correct.

Q.   And during this period, the money is now flowing next into the BPPR 2306 account; is that right?

A.   Correct.

Q.   Okay.  What's your understanding of what the BPPR 2306 account is?

A.   This account in this time period, this account is used to transfer monthly payments to BPPR 6545.

Q.   Okay.  So just looking back to the

---

**527**

January '15 to November 2015 period, that BPPR 2306 account is now taking the place of the GDB 9758 account; is that right?

UNIDENTIFIED SPEAKER:  Objection.

THE WITNESS:  It's not one -- one account -- accounts don't replace accounts in that way.  I don't think about it like that.

BY MS. MILLER:

Q.   Okay.  Well, when the GDB ceases to exist and you have to open an account in a new bank, wouldn't you think about it in that way?

MS. McKEEN:  Objection.

BY MS. MILLER:

Q.   Okay.  So let me just -- and I don't know, is there a way to split the screen on the exhibit so that you can look at both the January 2015 to November 2015 and August 2016 to February 2016 Flow of Funds side by side?

A.   I don't know.

Q.   The message from people who know say there is not.  That's the definitive answer.  Okay.  All right.

So the first one will be easy because we still start with room taxes being

---

**528**

collected by hoteliers, right?

And in those periods, the moneys are transferred by the hoteliers into the Scotiabank 5142 account, correct?

A.   Correct.

Q.   Okay.  And my question is going to be -- and I'm happy to go back and forth as much as you want, but my question is going to be are exactly the same moneys -- so I don't mean like actual dollars but the same revenue streams, hotel occupancy taxes, that flow into the GDB 9758 account in the January 2015 to November 2015 period -- sorry.  Let me just ask it more simply.

Are the hotel occupancy tax revenues that flow into the GDB 9758 account from January '15 to November '15 the same hotel occupancy tax revenues that flow into the BPPR 2306 account in the August '16 to February '17 period?

A.   They're inherently not the same revenues because they're revenues from different time periods, but from August 2016 to February 2017, there are approximately $3 million monthly amounts being transferred

---

**529**

from Account 2360 to BPPR 6545.

Q.   Okay.  Are all of the hotel occupancy taxes collected between August '16 and February '17 transferred from 5142 to BPPR 2306?

A.   Yes.

Q.   And that's the same as the Flow of Funds from 5142 to GDB 9758 in the January '15 to November '15 period, correct?

A.   Thank you for allowing me to flip back.  Would you mind repeating the question now that I've had a chance to look at this?

Q.   Yeah.  That flow of all of the hotel occupancy taxes from 5142 to BPPR 2306 is the same Flow of Funds, although in two different accounts that we saw in January '15 to November '15.

So all of the hotel occupancy taxes go from 5142 into the next account, and at that time period it was GDB 9758, correct?

A.   Correct.

Q.   Okay.  And then you indicated that it's about 3-plus million during the August 16th to February 17th period that goes from the BPPR 2306 down to the BPPR 6545,

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                   April 23, 2020

78 (Pages 530 to 533)

---

### 530

correct?

A.   Correct.

Q.   Okay.  And that is the same proportional amount -- or not proportional amount but the same dollar amount flowed each month that flowed during the January '15 to November '15 time period from the GDB 9758 account to the GDB 9947 account, correct?

A.   The payments were approximately the same amount.

Q.   Okay.  And did the same approximate amount flow from the 9758 account to the Scotiabank 5144 account in both time period, so in January '15 to November '15 and in August '16 to February '17?

A.   Okay.  Could you repeat that question, please?

Q.   Yeah.  Did the same amount of hotel occupancy taxes or the same, yeah, relative surplus amount of hotel occupancy taxes flow from the 2306 account to the 5144 account and from the 9758 account to the 5144 account in the August '16 to February '17 and January '15 to November '15 periods respectively?

---

### 531

A.   Yes.

Q.   And, again, looking at the August '15 to February '17 Flow of Funds, none of these accounts is a Commonwealth account, correct?

A.   Correct.

Q.   Okay.  And is it your understanding that the moneys transferred into the BPPR 6545 account during this time period remain in that account?

A.   During this time period, there were no transfers out of the account.

Q.   Okay.  In a couple of flows, we are going to get to transfer out of that account into a First Bank 3961 account, so I'm happy to flip forward to the February 2018 to the present Flow of Funds.

When the transfers were made during this period, were all of the moneys that were previously deposited into the BPPR 6545 account deposited into the First Bank account?

A.   Yes.

Q.   Okay.  So we skipped over one.  I just want to go back to the March '17 to January '18 Flow of Funds, and here there are

---

### 532

more errors further complicating things.

So let me start by asking: Hoteliers still collect the taxes, correct?

A.   Yes.

Q.   In the March '17 to January '18 period.  After collecting the taxes, they continued to transfer those moneys to the Scotiabank 5142 account, correct?

A.   Correct.

Q.   Okay.  What moneys flowed from the 5142 account to the 6545 account during this period?

A.   During this time period, the approximately $3 million per month is transferred from 5142 to 6545.

Q.   Okay.  And what moneys are transferred from 5142 to 2306?

A.   It depends.  I think at this time account 5142 had some maximum dollar threshold limits, and so then amounts received from hoteliers that exceed those limits, Scotiabank 5142 transferred those funds to 2306, assuming they're in excess of the $3 million monthly payments made to 6545.

Q.   Got it.  And then -- okay.  And

---

### 533

then what moneys are transferred to the 5144 account from the -- sorry.

What moneys are transferred from the 5142 account to the 5144 account?

A.   To the -- the surplus of hotelier room tax revenue is remitted to 5142.  So hoteliers remit room taxes to 5142, and the monthly payment going to 6545.  And in this flow it's the same kinds of revenue that would go from 5142 to 2306 or directly to 5144, just depending on the cash management system and the way this -- the account maximum balance threshold worked.

Q.   And do you have an understanding of why approximately $3 million a month was transferred from 5142 to 6545?

MS. McKEEN:  Objection.

THE WITNESS:  I don't know why the exact amount was -- is that amount, it would transfer.

BY MS. MILLER:

Q.   But do you know why the money was being separated in this way and certain amounts transferred to 6545 and other amounts to 5144?

MS. McKEEN:  I'll articulate the

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

79 (Pages 534 to 537)

---

**534**

same objections as I did yesterday and made
clear that the witness wasn't supposed to be
giving testimony about why the Commonwealth
took certain actions.  So, like I did
yesterday, I'm going to instruct the witness
not to answer the question.

BY MS. MILLER:

Q.   Okay.  So let me ask you, then:
Is that a question that you could
answer but for the objection of your counsel?

A.   I'm not positive.

Q.   Okay.  Okay.  So looking at the
next sheet in the Flow of Funds, the next Flow
of Funds part, this is February 2018 to the
present.

And the first part corresponds to
the Flow of Funds that we saw previously from
March '17 to January '18.  I'm happy to go back
to that if it doesn't look visually the same to
you.  I'm going to limit my questions to the
bottom account.

A.   Okay.

Q.   Mr. Ahlberg, do you want to go
back, or are you sufficiently familiar with
these to understand that the top two lines are

---

**535**

the top two rows of transfer focusing?

A.   I understand they're the same.

Q.   Okay.  So just looking at the
bottom, the three accounts designated in the
bottom row here, so moneys go from -- let's
start at the beginning again.

The hoteliers collect the room
taxes, they then transfer them to Scotiabank
5142 account, and that's something that's
consistent throughout the time period covered
by all of these Flow of Funds, correct?

A.   Correct.

Q.   And then the 3-plus million is
then transferred from the 5142 account to the
BPPR 6545 account, correct?

A.   Correct.

Q.   Okay.  And then moneys flow to the
First Bank 3961 account, correct?

A.   During this time period, that's
correct.

Q.   Okay.  And what moneys flowed into
the First Bank 3961 account?

A.   The approximately 3 million
monthly payments would be transferred into the
First Bank 3691 account.

---

**536**

Q.   As well as any moneys that have
previously been transferred into the BPPR 6545
account, correct?

A.   Yes.

Q.   Okay.  And then moneys are
transferred into the First Bank 2984 account.
Do you see that?

A.   Yes.

Q.   What is the 2984 account?

A.   This is an account into which the
interest earned on deposits was transferred.

Q.   Okay.  So does that mean that the
principal amounts remained in the 3961 account
and only interest amounts earned flowed into
the 2984 account?

A.   Yes.

Q.   Okay.  So what is the First Bank
3961 account?

A.   An account at this time that's
being used to accumulate the approximately
$3 million monthly payment.

Q.   Okay.  And do you know if this
account has a name?

A.   I don't know off the top of my
head if this account has a name or not.

---

**537**

Q.   Do you know if this is a debt
service reserve account?

A.   Again, I'm just not certain of the
name of this account or not.

Q.   Okay.  So you know the name of a
whole lot of BPPR accounts, but you don't know
the name of this account?

UNIDENTIFIED SPEAKER:  Objection.

MS. McKEEN:  Objection,
argumentative.

BY MS. MILLER:

Q.   It's just a yes or no.

MS. McKEEN:  It would be nice if
you can ask questions.  It's been a very long
day for us.

MS. MILLER:  Can we pull up tab
2124, please.

BY MS. MILLER:

Q.   Have you ever seen any account
statements for this FirstBank 3961 account?

A.   I believe so, but I can't recall
looking at these specific ones off the top of
my head.

Q.   Okay.  So while we are pulling up
that exhibit, the last transfer that we haven't

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

80 (Pages 538 to 541)

538

1    spoken about on this Flow of Funds is a
2    $15 million, quote, discrete one-time transfer
3    to the BPPR 9458 account. Do you see that?
4        A.    I don't see that on my screen, but
5    I do know the transfer you're referring to.
6        Q.    Sorry. Okay. I think it might be
7    sufficiently long -- my headset's dying. Okay.
8        What is that $15 million transfer?
9        A.    It's a transfer from the FirstBank
10   account to a Commonwealth account.
11       Q.    And what was that transfer for?
12       A.    The -- I believe the transfers for
13   the Renew Your School program, I think it's
14   called.
15       Q.    Okay. And do you know whether
16   that transfer of $15 million came from the
17   hotel occupancy tax monthly payment?
18       A.    Yes.
19       Q.    And did it?
20       A.    Yes.
21       Q.    Do you know when that payment was
22   made?
23       A.    When the $15 million transfer was
24   made?
25       Q.    Yeah.

539

1        A.    I can't recall if I had this
2    specific date. We may have (indiscernible).
3        THE REPORTER: I'm sorry. I'm
4    sorry, Mr. Witness. You just broke up in your
5    answer. Can you repeat that, please?
6        THE WITNESS: I don't remember
7    specifically what I said other than clarifying
8    that I'm not positive off the top of my head
9    the exact date of that $15 million transfer.
10   BY MS. MILLER:
11       Q.    Are there any moneys, Mr. Ahlberg,
12   in this FirstBank 3961 account that are not
13   from this 3-plus million monthly transfers of
14   hotel occupancy taxes?
15       A.    No.
16       Q.    Okay. And what is the BPPR 9458
17   account?
18       A.    Can you clarify what you mean by
19   "What is that account?"
20       Q.    Yeah, you said it's a Commonwealth
21   account. And it indicates that it has
22   comingled funds.
23       Were there funds held in this
24   account held for a particular purpose?
25       A.    Can we pull up that last Flow of

540

1    Funds presentation page?
2        Q.    Oh. Yes, before we do that, let's
3    just do -- I'll come back to that question.
4    While we have Monolines Exhibit 37 up.
5        (Monolines Exhibit 37 is
6        introduced for the record.)
7    BY MS. MILLER:
8        Q.    I've marked as Monolines
9    Exhibit 37 a statement of account from the
10   FirstBank account.
11       Do you see that?
12       A.    Yes.
13       Q.    And this is the -- looking for the
14   account number. Okay, so the account number is
15   3961. This is from the FirstBank 3961 account.
16       Do you see that? It's on the
17   left-hand side. It starts with 0 star on the
18   upper -- sorry -- upper right-hand side starts
19   with 0 star, 03.
20       A.    Yes, I see that. Thank you.
21       Q.    Okay. So you see this is the 3961
22   bank account, correct?
23       A.    Yes.
24       Q.    And you see on the left-hand side
25   the statement of account is directed to the

541

1    Tourism Company?
2        A.    Yes.
3        Q.    And then it says Debt Service
4    Reserve. Do you see that?
5        A.    I see that.
6        Q.    And do you understand that to be
7    the name of this account?
8        A.    That's what this statement says.
9        Q.    Okay. So let's pull up Exhibit 32
10   again. And let's just look at the last page.
11       Okay. So while we are waiting for
12   the last page of Exhibit 32 to be pulled up,
13   I'm just going to check what my question was.
14       Okay. So with Exhibit 32 back in
15   front of you, can you tell me what kind of
16   Commonwealth account this is or what kind of
17   account the BPPR 9458 account is?
18       A.    I believe that's the TSA
19   operational account at this time.
20       Q.    And how do you know that the
21   moneys were transferred in for the Renew Your
22   School program?
23       A.    I have reviewed documents
24   recording the $15 million transfer that
25   referenced the Renew Your School program.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

81 (Pages 542 to 545)

---

**542**

1  Q.   And do you know whether they were
2  identified when transferred into the 9458
3  account with any particular accounting or other
4  designation, Fund or account designation that
5  would specifically allocate them to the Renew
6  Your School program?
7  A.   I'm not certain of the exact
8  accounting treatment that was used to record
9  that transfer.
10  Q.   Okay.  But you believe that there
11  is some indication in the transfer document
12  that specified that these moneys are for the
13  Renew Your School program?
14  A.   I believe so, yes.
15  Q.   Okay.  And do you know whether
16  those moneys were ever transferred from the TSA
17  operational account to a third party or
18  another -- sorry, let me just ask simply:
19        Do you know whether those moneys
20  were ever transferred out of the TSA
21  operational account?
22  A.   I'm not certain if there was or
23  was not an outflow from the TSA account for the
24  Renew Your School program.
25  Q.   Okay.  You did not see any

---

**543**

1  outflows indicating that these transfer hotel
2  occupancy taxes were moving out of the TSA, did
3  you?
4  A.   No, but as soon as the $15 million
5  is transferred to the TSA, it's comingled and
6  indistinguishable from other dollars.
7  Q.   Right.  But as we saw previously,
8  there was an outflow identifying the revenue
9  source of the hotel occupancy tax.  You would
10  be able to see that, correct?
11        UNIDENTIFIED SPEAKER:  Objection.
12        THE WITNESS:  I can't speculate
13  one way or the other.
14  BY MS. MILLER:
15  Q.   Well, we looked at a number of
16  documents where you identified the ability to
17  know that it was particular revenues from the
18  comingled accounts because there were
19  accounting or other documents that so
20  designated them on the outflow side.
21        Do you recall that?
22        MS. McKEEN:  Objection.
23        THE WITNESS:  Yes.
24  BY MS. MILLER:
25  Q.   Okay.  And if you had seen some

---

**544**

1  more outflow documents with respect to these
2  hotel occupancy taxes that were transferred
3  into the BPPR 9458 account during the February
4  '18 to the present time period, you would have
5  indicated that on this chart in the next step
6  of the Flow of Funds, wouldn't you?
7  A.   Would you mind repeating the
8  question?
9  Q.   Yeah, let me rephrase it.
10        Does the fact that there is no
11  subsequent transfer identified on the February
12  '18 to present Flow of Funds mean that you did
13  not see any outflow documents from the 9458
14  account that specifically identified the hotel
15  occupancy taxes as the revenue source?
16  A.   I have not certainly seen a
17  document that would indicate a transfer out of
18  the TSA indicating the revenue source was the
19  $15 million of hotel taxes.
20        MS. McKEEN:  Atara, we have been
21  going for about two hours.  It's been about an
22  hour since you said you were going to try to
23  wrap it up.  So what's the plan here?
24        MS. MILLER:  So I have over -- I
25  have 13 hours.  Okay.  So I have one more

---

**545**

1  question and then I was going to call a break
2  and caucus and hopefully just end.
3        MS. McKEEN:  Okay.  So let's have
4  one more question, then.
5  BY MS. MILLER:
6  Q.   Okay.  So looking back at the
7  January '15 to November '15 Flow of Funds, back
8  a few pages in Exhibit 32, are there any
9  outflows from the 9758 account that are not
10  reflected on this chart?
11  A.   It is possible that there's a
12  one-off transaction that's not captured that's
13  intended as a summary document to show the
14  general Flow of Funds during this time period.
15        MS. MILLER:  So, Liz, I lied.  I
16  said I had one question.  I had two.  I've been
17  saving this one for a long time.
18        MS. McKEEN:  I knew it wouldn't be
19  one.
20  BY MS. MILLER:
21  Q.   Mr. Ahlberg, you indicated that
22  you were confident that the GDB 9758 account
23  was the transfer account based on how -- the
24  moneys that flowed into it.
25        Can you explain to me what about

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                 April 23, 2020

82 (Pages 546 to 549)

### 546

1  the GDB 9758 account makes you confident that
2  it is the transfer account?
3      A.    After discussions with the Tourism
4  Company, I'm confident that that's the transfer
5  account.
6      Q.    So there is nothing specific about
7  the nature of the moneys that flowed into it,
8  how the account was used or any documents that
9  makes you confident that it's the transfer
10 account.  It's based exclusively on
11 conversations that you had with Gustavo?
12     MS. McKEEN:  Object to the form.
13     THE WITNESS:  Would you repeat
14 that question?
15     MS. MILLER:  Could the court
16 reporter read it back, please.
17     (Record read as requested.)
18     "So there is nothing specific
19     about the nature of the moneys
20     that flowed into it, how the
21     account was used or any
22     documents that makes you
23     confident that it's the
24     transfer account.  It's based
25     exclusively on conversations

### 547

1  that you had with Gustavo?"
2     THE WITNESS:  Me, personally, it's
3  based on my conversations with Gustavo, but I
4  can't say that Gustavo didn't consider various
5  factors when determining that.
6  BY MS. MILLER:
7     Q.    Okay.  And you, as the corporate
8  representative testifying today, have no idea
9  what Gustavo may have considered or been
10 relying on?
11     UNIDENTIFIED SPEAKER:  Objection.
12     THE WITNESS:  I just cannot recall
13 at this moment any documents he may or may not
14 have relied upon to make that determination.
15     MS. MILLER:  Okay.  All right.
16 Can we take a 5-minute break?  And I think
17 we'll conclude when we come back.
18     MS. McKEEN:  Atara, just to warn
19 you, I will have redirect, but I think it will
20 probably last 45 minutes.
21     MS. MILLER:  Okay.  Thank you.
22 We'll come back.
23     THE VIDEOGRAPHER:  We are off the
24 record at 7:06 p.m.
25     (Recess taken.)

### 548

1     THE VIDEOGRAPHER:  We are back on
2  the record at 7:16 p.m.
3     MS. MILLER:  Mr. Ahlberg, we have
4  no further questions for you.
5     I want to thank you for your time
6  today and on Tuesday and the hard work you put
7  into preparing the Flow of Funds documents.
8     THE WITNESS:  Thank you, Madam.
9     EXAMINATION
10 BY MS. McKEEN:
11     Q.    Thank you, Mr. Ahlberg.  I just
12 have a couple of questions for you, and I will
13 now also thank you for your time.
14     MS. McKEEN:  Atara, if your
15 colleague could please pull up Exhibit 11 to
16 Mr. Ahlberg's deposition, please.
17 BY MS. McKEEN:
18     Q.    Mr. Ahlberg, this is previously
19 marked as Exhibit 11 to your deposition, and I
20 believe you testified that is a voucher that
21 HTA submitted.  Do you recall that testimony?
22     A.    Yes.
23     Q.    Did vouchers like this have to be
24 approved by the Puerto Rico Treasury
25 Department?

### 549

1     A.    Yes.
2     Q.    Does this document reflect that
3  approval anywhere?
4     A.    Yes.
5     Q.    And in your experience, would
6  payment in connection with a voucher like this
7  have been made without Treasury's approval?
8     A.    No.
9     Q.    Okay.  Could I have Exhibit 14,
10 please.
11     Mr. Ahlberg, this was previously
12 marked as Exhibit 14 to your deposition.  Was
13 this report prepared by HTA or by the
14 Puerto Rico Treasury Department?
15     A.    Document was prepared by HTA.
16     Q.    And if you look in the bottom
17 right-hand corner of the document, there's
18 reference to somebody name Hector Melendez.
19     Do you see that?
20     A.    Yes.
21     Q.    Was Hector Melendez an employee of
22 HTA?
23     A.    Yes.
24     Q.    And when it refers to Treasury
25 office underneath his name, is Treasury office

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

83 (Pages 550 to 553)

---

**550**

1  a part of HTA?

2      A.  Yes, that refers to the Treasury

3  office within HTA.

4      Q.  And is that Treasury office part

5  of Hacienda?

6      A.  No.

7      MS. McKEEN:  Thank you.  I don't

8  have any more questions for you.  I appreciate

9  your time both today and Tuesday, Mr. Ahlberg.

10  Pass the witness.

11      MS. MILLER:  So I object to those

12  questions as leading, I guess too late.

13  But I have, Liz, based on your

14  questions, a couple of additional documents and

15  some additional questions that I'd like to ask

16  the witness, but it's going to take me a minute

17  to find them.

18  So if we can go off the record

19  just for a minute, I shouldn't have more than

20  5 minutes of questioning when we come back.

21      MS. McKEEN:  Sounds good.  How

22  long do you want to stay off?  Break for 5 and

23  then come back for 5?

24      MS. MILLER:  Let's break for 5,

25  yeah.

---

**551**

1      THE VIDEOGRAPHER:  We are off the

2  record at 7:20 p.m.

3      (Recess taken.)

4      THE VIDEOGRAPHER:  We are back on

5  record at 7:30 p.m.

6  BY MS. MILLER:

7      Q.  Mr. Ahlberg, what is your

8  involvement in the voucher approval process?

9      A.  I am not personally involved in

10  voucher approval processes.

11      Q.  Who did you speak to about the

12  voucher approval process between your

13  deposition yesterday -- on Tuesday and today?

14      A.  I apologize.  Could you repeat the

15  question?

16      Q.  Who did you speak to about the

17  voucher approval process between your

18  deposition on Tuesday and today?

19      A.  I haven't spoken with anybody else

20  other than counsel between Tuesday and today.

21      Q.  And did you -- I forgot to ask you

22  at the beginning.

23  Did you meet with counsel between

24  your deposition yesterday -- sorry, your

25  deposition on Tuesday and today?

---

**552**

1      A.  We had a phone call yesterday.

2      Q.  And how long was that phone call?

3      A.  I think it was less than 30

4  minutes.

5      MS. MILLER:  I'm going to put on

6  the record that that conversation was while you

7  were under oath and during open testimony.  I'm

8  going to refrain from asking about it as a

9  courtesy to opposing counsel.

10  BY MS. MILLER:

11      Q.  Did you speak to anybody at

12  Treasury about the voucher approval process?

13      A.  In between Tuesday and today?

14      Q.  No, in general.

15      A.  I didn't have to ask anyone about

16  the voucher approval process.  Just due to the

17  nature of my work with the Commonwealth, I'm

18  familiar with the voucher approval process.

19      Q.  Okay.  So you're not involved in

20  it in any way?

21      A.  I'm not involved in the voucher

22  approval process.

23      Q.  Okay.  And so you don't know

24  whether there are any vouchers that relate to

25  certain entities that may or may not be

---

**553**

1  Treasury approval based?

2      MS. McKEEN:  Objection.

3      THE WITNESS:  I can't speculate on

4  the hypothetical vouchers.

5      MS. MILLER:  Okay.  Okay.  I have

6  no further questions.

7      MS. McKEEN:  I have no further

8  questions for you either, Mr. Ahlberg.

9  Thank you very much for your time

10  over these two days.

11      THE WITNESS:  Thank you, everyone.

12      MR. ZOUAIRABANI:  This is Nayuan.

13  I would like to make a reservation of rights

14  for the DRA parties on the record before we

15  call it a night.

16      THE REPORTER:  I'm sorry.  Who is

17  this?

18      MR. ZOUAIRABANI:  This is Nayuan

19  Zouairabani on behalf of AmeriNational

20  Community Services, LLC.  I can spell my last

21  name and my first name if you want.

22      THE REPORTER:  No, that's okay.  I

23  got it.  Thank you.

24      MR. ZOUAIRABANI:  Okay.  The DRA

25  parties have not made any questions or not made

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

84 (Pages 554 to 557)

**554**

```
1   any active participation during Tuesday and      07:33:06
2   today's deposition in compliance with            07:33:09
3   Judge Dein's March 3, 2020 order.                07:33:12
4        Such action or inaction does not            07:33:15
5   constitute, and should not be interpreted as a   07:33:18
6   waiver of any sort of the DRA parties to seek    07:33:20
7   and obtain discovery as part of their DRA        07:33:23
8   lift-stay motion, which rights are preserved in  07:33:24
9   the March 3, 2020 order.                         07:33:29
10       That is the intent of the                   07:33:34
11  reservation of rights that I want to make.       07:33:36
12       MS. McKEEN:  Thank you, Counsel.            07:33:36
13  We reserve all rights with respect to            07:33:38
14  everything you just said on the record.          07:33:40
15       I don't have anything further.              07:33:45
16  Thank you, Mr. Ahlberg.                          07:33:46
17       THE WITNESS:  Thank you.                    07:33:49
18       THE VIDEOGRAPHER:  We are going             07:33:51
19  off the record at 7:34 p.m.  This concludes the  07:33:51
20  video deposition of Timothy Ahlberg.            07:33:54
21       (Ending time noted 7:34 p.m.)
22
23
24
25
```

**555**

```
1   STATE OF ILLINOIS  )
2                      ) SS:
3   COUNTY OF C O O K  )
4
5        I, Cynthia J. Conforti, a notary public
6   within and for the County of Cook and State of
7   Illinois, do hereby certify that heretofore,
8   to-wit, on the 23rd day of April, 2020,
9   virtually appeared TIMOTHY H. AHLBERG, in a
10  cause now pending and undetermined in the
11  United States District Court for the District
12  of Puerto Rico, IN RE: THE FINANCIAL OVERSIGHT
13  AND MANAGEMENT BOARD FOR PUERTO RICO, AS
14  REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO
15  RICO, et al., DEBTORS.
16       I further certify that the said witness
17  was first duly sworn to testify the truth, the
18  whole truth and nothing but the truth in the
19  cause aforesaid; that the testimony then given
20  by said witness was reported stenographically
21  by me in the presence of the said witness, and
22  afterwards reduced to typewriting by
23  Computer-Aided Transcription, and the foregoing
24  is a true and correct transcript of the
25  testimony so given by said witness as
```

**556**

```
1   aforesaid.
2        I further certify that the signature to
3   the foregoing deposition was not waived by
4   counsel for the respective parties.
5        I further certify that I am not counsel
6   for nor in any way related to the parties to
7   this suit, nor am I in any way interested in
8   the outcome thereof.
9        IN TESTIMONY WHEREOF:  I have hereunto
10  set my hand and affixed my notarial seal this
11  24th day of April, 2020.
12
13
14
15
16       Cynthia J. Conforti, CSR, CRR
17       CSR License No. 084-003064
18
19
20
21
22
23
24
25
```

**557**

```
1        ACKNOWLEDGMENT OF DEPONENT
2
3        I, _____, do hereby
4   acknowledge that I have read and examined the
5   foregoing testimony, and the same is a true, correct
6   and complete transcription of the testimony given by
7   me, and any corrections appear on the attached Errata
8   Sheet signed by me.
9
10
11   (DATE)        (SIGNATURE)
12
13       NOTARIZATION  (If Required)
14
15   State of _____
16   County of _____
17
18   Subscribed and sworn to (or affirmed) before me on
19   this _____ day of _____, 20____, by
20   _____, proved to me on the
21   basis of satisfactory evidence to be the person who
22   appeared before me.
23
24   Signature: _____
25        (Seal)
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

1

**A**

**a.m** 225:22
  235:8 284:9
  361:17
**a/k/a** 516:13
**AAFAF** 276:4
  294:17
  415:22
**ability** 367:3
  543:16
**able** 344:9
  346:24
  347:13
  354:10,19
  355:7,15,19
  373:24
  392:23
  402:20,23
  412:3 413:8
  413:15,16,20
  413:25
  461:15
  462:10,19
  469:16 482:3
  501:10 509:7
  543:10
**acceptable**
  266:23
**access** 253:10
**accessed**
  349:4
**accompanyi...**
  345:8
**accomplish...**
  374:9,11
**accomplished**
  348:19
**account**
  230:14 231:8
  231:10,10
  232:11 233:9
  234:6,7,8,14
  234:15 239:7

276:5 279:10
284:23
307:25
309:18,21,24
310:10,14,15
311:4 316:17
318:24
319:15 320:3
320:6,7,8,9
321:21,24
322:3,7,11
322:14,15,21
322:22,22
325:2 326:1
326:2,2
328:10,21
331:9 337:25
339:12,25
340:1 341:18
342:3,8,9,20
343:13 344:1
344:10,11,20
344:20 345:1
345:2 346:2
346:11,18
347:8,10
348:11
349:12,16,17
349:20,21
350:13,14,20
350:20 351:9
351:10 353:3
353:5,20
354:3,4,7,12
354:23,25
355:3,5,8,9
355:12,13,17
355:17,23
356:16,20
358:13
359:18,19,25
360:3,6,7
361:23

362:17,19
363:1,10,24
364:2,10,11
364:16,21,21
364:25 365:6
365:7,16,16
365:18,18,22
365:23,25
366:2,3,8,8
366:24,25
367:3 368:2
368:17,20,25
369:1,4,10
369:11,12,17
369:18,19,25
370:2,7,9,15
370:16,20,25
371:2 372:22
372:25 373:7
373:18,20,24
375:11
380:13
381:20 387:5
387:10 393:3
393:3,6,8,9
393:14,17,18
393:20,21,24
394:1,3,4,5,6
394:7,10,13
394:17,18,22
394:24 395:5
395:10,14,16
395:17,18,23
395:24 396:1
396:3 397:9
397:25 399:4
399:23,24
400:15
401:24,25
402:9,18,19
402:21,22,25
402:25
403:15,15

404:9,13,14
405:13,14,20
406:10,20,22
407:2,10,11
407:13,15,16
408:2,2,3,5
408:12,15,15
408:19,22
409:1,9,11
409:13,23,25
410:4,4,9,11
410:12,13,21
410:21,25
411:4,7,15
411:22 412:1
412:2,3,23
413:14,17,22
420:9 421:20
422:14,15,18
422:21,25
423:5 424:2
424:6,9,14
424:18 425:4
425:7,9,11
425:13
426:23 428:7
428:18,20
429:6,8,11
429:11,15,20
429:21,24,24
430:2,3,4,5
430:12,17,18
431:3,3,7,8
431:17,17,20
431:21,24,24
432:6,6,9,10
432:11,22,23
432:24 433:8
433:15,18,24
434:12 435:2
436:11,14
437:3,3,21
437:23,25

438:1 440:9
440:12,14,14
440:21 441:3
441:12,22
442:14 443:3
443:13,19,21
444:19,19
445:15
450:18 455:3
455:12,19,23
455:24 456:3
456:5,11,13
457:1,2,3,7,8
457:11,15,19
457:25,25
458:4,5,7,8
458:11,12,16
458:16,25
459:3,4,8
460:7,8,10
460:22,22
461:4,5,13
462:12
463:20,20,22
463:25 464:1
464:3,4
465:19,20,22
465:24,25
466:5,6,9,10
466:11,13,14
466:15,16,16
466:17,20,21
466:25 467:5
467:6,15
472:9,10,13
472:13,17
473:7,13,15
473:23,25
474:5,6,15
474:16,19,20
474:23,23
475:1,1,6,7
475:13,13,13

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

2

| | | | | |
|---|---|---|---|---|
| 475:24,25,25 | 499:22,23 | 526:10,13,17 | 519:24 | 241:16 |
| 476:1,6,25 | 500:2,20,22 | 526:21,22,23 | **accountant** | 242:10 |
| 477:11,12,20 | 500:25 | 527:2,3,6,10 | 292:13 | 279:14 |
| 477:20,25,25 | 501:23 502:2 | 528:4,12,16 | 323:16 | 298:22 299:1 |
| 478:17 479:7 | 502:2,7,15 | 528:19 529:1 | 396:11 | 308:7 318:11 |
| 479:7,10,14 | 503:1,7,18 | 529:19 530:8 | **accountants** | 318:19 |
| 479:16,22 | 503:23,25,25 | 530:8,12,13 | 425:21 426:1 | 320:24 321:9 |
| 480:12,13 | 504:1,5,6,7,9 | 530:21,22,22 | **accounted** | 321:11,18,19 |
| 481:1,2,4,8,8 | 504:15,20,24 | 530:23 531:4 | 385:12,20 | 321:19 |
| 481:11,14,19 | 504:24 | 531:9,10,12 | **accounting** | 324:15,17,22 |
| 482:10,10,11 | 505:14,17,18 | 531:15,15,21 | 239:3,13 | 324:24 |
| 482:17,19,19 | 506:5,5,16 | 531:21 532:8 | 249:9 261:11 | 325:11,25 |
| 482:24 483:4 | 508:17,17,25 | 532:11,11,19 | 261:12,14,17 | 326:7,12,16 |
| 483:7,23,23 | 509:1,8,9,13 | 533:2,4,4,12 | 262:6,15,18 | 326:24 |
| 483:23,24 | 509:13,16,17 | 534:21 535:9 | 262:19 263:1 | 328:11,22 |
| 484:11,19,24 | 509:19,22,23 | 535:14,15,18 | 263:3,6,7,9 | 329:12,13,21 |
| 485:5,19,19 | 509:24 510:1 | 535:22,25 | 263:14,15,18 | 329:22 |
| 485:22 486:4 | 510:7,10,13 | 536:3,6,9,10 | 263:24,25 | 330:18 331:9 |
| 486:4,6,15 | 510:22 511:3 | 536:13,15,18 | 264:17,20 | 342:1 343:16 |
| 486:16,20,21 | 511:9,20,25 | 536:19,23,25 | 287:3,14 | 343:16,18 |
| 486:25 487:1 | 512:12,13,15 | 537:2,4,7,19 | 288:5,11 | 359:7 363:24 |
| 487:3,4,7,8 | 513:25 514:1 | 537:20 538:3 | 292:15,20 | 366:5,12 |
| 487:14,19,19 | 514:1,5,24 | 538:10,10 | 299:18 | 384:24 |
| 487:24,25 | 515:5,6,9,10 | 539:12,17,19 | 301:10 304:8 | 393:23 406:5 |
| 488:5,9,12 | 515:15,16 | 539:21,24 | 304:12,21 | 406:5 407:20 |
| 489:12,13,14 | 516:14,15,19 | 540:9,10,14 | 309:9 310:1 | 407:23 |
| 490:2,3,6,7 | 516:22,24 | 540:14,15,22 | 320:19 | 411:11 |
| 490:18,19,19 | 517:3,6,24 | 540:25 541:7 | 321:18,20 | 422:14 427:2 |
| 490:24,25 | 517:25 | 541:16,17,17 | 322:10 323:9 | 427:2 440:8 |
| 491:12,17 | 518:12,15,16 | 541:19 542:3 | 323:11,15,21 | 445:13 451:7 |
| 492:13,19,20 | 518:21,24 | 542:4,17,21 | 331:10 | 461:14 |
| 492:21 493:4 | 519:8,9,10 | 542:23 544:3 | 345:14 385:3 | 467:16,18,19 |
| 494:19,20,24 | 519:13,15,16 | 544:14 545:9 | 385:13,21 | 468:20 469:3 |
| 495:2,4,7,13 | 519:16,17,18 | 545:22,23 | 404:3 420:8 | 469:4,10,12 |
| 495:16 | 519:19,21,22 | 546:1,2,5,8 | 420:12,15,20 | 470:12,13 |
| 496:15 497:5 | 519:25 520:4 | 546:10,21,24 | 420:23 426:3 | 472:3,4,15 |
| 497:7,8,11 | 520:5,6,13 | **account-ope...** | 426:5 451:6 | 473:9 475:12 |
| 497:11,17,17 | 520:14,17,18 | 499:10 500:6 | 488:22 | 476:3,5,22 |
| 497:18,21,21 | 520:20,22,24 | 500:8,11,16 | 495:10 | 476:23 477:5 |
| 497:24,25 | 523:23,24 | 500:21,24 | 510:11 542:3 | 478:17,21 |
| 498:9,13,20 | 524:2,4,11 | 501:2,3,12 | 542:8 543:19 | 479:1 480:20 |
| 498:21,24,25 | 524:13,14,17 | 501:14 | **accounts** | 480:24 481:5 |
| 499:11,13,14 | 524:25 526:7 | 518:24 | 239:18 241:9 | 482:5,6,23 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

3

483:3,8,9,10
483:15,16,20
484:5,6,14
484:14,14
485:8,14
487:13
488:12 492:5
492:7 493:5
493:7 502:22
517:12,14,18
521:2,2,9
523:10
524:24 526:5
527:6,6
529:16 531:4
535:4 537:6
543:18
**accreditation**
375:23
**accumulate**
536:20
**accuracy**
417:21,24
**accurate**
254:21 315:7
329:8 417:4
468:16,24
469:16 470:5
470:8 471:2
**accurately**
431:23
**acknowledge**
557:4
**ACKNOWLE...**
557:1
**acronym**
359:23
368:21
**act** 230:19
298:15,18,21
298:25 308:7
308:14
318:12

328:13,24
**action** 554:4
**actions** 534:4
**active** 554:1
**activity** 379:12
383:22
**acts** 307:23,24
**actual** 278:5
377:20,20,25
378:3 405:23
406:1 437:5
437:12
445:14
467:19
470:13
483:22 485:6
491:22
528:10
**actuality**
428:12
**ADAM** 228:17
**adam.langle...**
228:17
**adamant**
467:14
**added** 353:12
**addition**
235:15
**additional**
513:3,11
550:14,15
**adjusted**
437:11
**Administered**
225:7
**admit** 467:7
**advance** 470:3
470:10
**ADVISORY**
227:10
**affirmed**
557:18
**affixed** 556:10

**AFI** 359:19,22
362:12
368:21
**aforesaid**
555:19 556:1
**afternoon**
333:22
463:17
**agency** 227:10
281:9 308:6
359:14,15
360:10,14,16
**agent** 452:23
**agent's** 308:8
**aggregate**
433:11
**agree** 276:18
315:13
365:15,21
434:4 453:5
465:22
**agreed** 499:18
**agreed-upon**
453:24
**agreement**
230:20 231:7
231:16,21
232:3 318:1
318:13,19
319:11
328:12,24
377:7,10,11
377:15 378:3
378:5,11,12
378:17,22,25
379:4,10,16
379:21 380:1
380:4,25
381:4,15
383:20 384:3
386:3,8,15
418:17
419:11,20

428:6 433:22
436:17,22
437:2 439:16
439:23 440:4
440:6,22
441:2 488:15
506:9 507:12
**agreements**
359:6 380:12
491:18
**agrees** 440:25
**ahead** 297:24
367:10
**Ahlberg**
225:19 230:2
235:3,23
236:2,7,16
238:18 242:6
242:24
243:11 245:6
247:5,12
248:19 253:5
255:19
256:16 266:3
266:18
267:14
270:11
271:14,20
272:3,8,12
272:22,23
273:15 274:4
275:19
276:11 290:1
296:23 298:2
298:14
312:20
313:19
317:22
333:22 335:4
337:16 357:4
358:7,23
365:6,11
366:4 377:6

383:15
389:17,25
390:23
399:10 415:1
418:15
437:14
445:11
452:25 453:2
460:4,20
463:17,18
471:16
475:21
490:21
494:17 499:9
508:2 534:23
539:11
545:21 548:3
548:11,18
549:11 550:9
551:7 553:8
554:16,20
555:9
**Ahlberg's**
548:16
**al** 225:14
555:15
**Alexander**
229:24
**ALEXANDRA**
226:23
**align** 277:1
**aligning**
417:21,23
**alimony** 308:5
**allegations**
352:14
**allocable**
401:18
**allocate** 542:5
**allocated**
252:13
320:18 376:8
376:10

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

4

allocations
252:17
allow 335:24
340:19
allowed
403:19
allowing
529:10
aloud 362:8
Ambac 226:13
236:9
Amended
335:17
AmeriNational
229:15
553:19
amiller@mil...
226:23
amortization
435:23
amount
261:16 262:4
293:18
300:15
350:11
373:16
384:15,20
390:2 433:12
435:18,22
456:6,7,8,16
476:9 477:1
506:16
515:18 518:1
518:4 530:4
530:5,5,10
530:12,18,20
533:19,19
amounts
249:19 250:2
350:17
387:15
433:11

441:11,21
443:12
456:24
505:23,25
506:3,15
507:4 528:25
532:20
533:23,24
536:13,14
Ana 233:11
analysis
339:10,17
analyze 339:20
Annotated
230:17
annually
350:19
answer 237:24
242:12 243:7
243:9 245:7
245:9,24
246:11,13,16
246:24 247:1
249:24
251:22
256:13
257:16
259:10
263:11
270:10 272:8
272:9,14
273:6 282:8
283:2 287:23
290:18 296:5
296:6,6,11
296:14 297:3
310:4,9
311:14 319:3
323:17,17
324:8 334:19
334:24 335:1
340:24
353:22,24

363:14,16,16
364:22
396:20
397:13
403:10
428:11 452:5
459:19,25
462:25
470:23
471:16
488:23
491:19
522:11 523:2
527:23 534:6
534:10 539:5
answered
246:19 251:9
287:18 296:3
428:24,24
471:9 516:1
516:2
answering
237:8,11
364:12
424:14,15
answers
246:23 334:2
364:7
Anthony
229:25 235:4
anybody
254:13
256:24
264:25 273:8
294:9 308:9
310:17
316:25 330:1
332:23 335:3
416:19 417:6
429:18
436:20
445:22 447:7
447:20 468:6

468:8 469:22
471:7 499:15
519:2 525:20
551:19
552:11
anyone's
446:8
anytime
296:17
apart 347:12
apaslawsky...
226:24
apavel@om...
227:16
apologies
378:6 385:15
apologize
365:11
449:19
500:13
551:14
apparently
378:7
appear 286:24
326:11 557:7
appeared
555:9 557:22
appearing
275:17
appears 516:7
Application
231:7
apply 262:18
264:11
367:22 368:2
appreciate
257:15 273:2
297:17,18
336:6 383:6
390:20 550:8
approach
491:21
appropriate

273:4 368:8
427:12
appropriated
338:14
appropriately
401:1,9
approval
549:3,7
551:8,10,12
551:17
552:12,16,18
552:22 553:1
approved
548:24
approximate
530:12
approximately
235:10 402:8
406:25
440:15
448:10
456:25
528:24 530:9
532:14
533:15
535:23
536:20
April 225:23
230:15 235:7
276:6 278:6
409:18 410:2
412:10,17,21
414:2,13,16
516:7,11,18
518:4 555:8
556:11
argumentative
246:17 430:7
459:14
470:25 504:3
537:10
Arnaldo
233:12

398:15,21

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

5

| | | | | |
|---|---|---|---|---|
| 361:20 | 254:12,22 | **assignments** | 333:12 383:4 | 244:5,12,16 |
| **arrow** 349:16 | 255:22 | 485:8,11 | 459:15 494:1 | 244:21 245:4 |
| 349:22 | 256:17 | **assigns** | 544:20 | 245:20 246:3 |
| 350:25 351:4 | 258:16 260:8 | 470:17 | 547:18 | 247:15 |
| 351:5 352:9 | 262:22,24 | 495:12 | 548:14 | 254:15 |
| **arrows** 338:9 | 263:23 270:7 | **Assistant** | **ATM** 454:13,16 | 257:22 |
| 351:11,12 | 280:19 | 362:11 | **attach** 349:9 | 260:21 |
| **Article** 319:10 | 284:15 290:1 | **assisted** | 473:8,24 | 265:15 |
| 324:21,23 | 296:21 | 274:20 275:1 | 481:20 482:3 | 266:20,22 |
| 338:17 442:5 | 302:21 314:8 | **assisting** | 493:5 508:9 | 267:2,4,8 |
| **articles** 316:21 | 318:22,23 | 273:17 | 525:18 | 269:4 305:4 |
| **articulate** | 322:9 336:4 | **associate** | **attached** | 305:15 |
| 533:25 | 339:7,8 | 449:13 | 322:18 | 307:11 314:3 |
| **articulated** | 351:18 | **associated** | 502:19 557:7 | 316:3 |
| 272:5,10 | 363:11 364:6 | 249:18 250:1 | **attaches** 340:7 | **auditor's** |
| **ASHLEY** | 364:9,20 | 250:3,5 | **attending** | 248:7 267:11 |
| 227:15 | 365:19 | 320:24 326:7 | 235:10 | **August** 372:2 |
| **ASI** 361:23 | 379:25 | 326:16,24 | **attention** | 390:24 448:2 |
| **asked** 240:12 | 390:17 | 426:7 | 308:23 337:4 | 526:9 527:18 |
| 246:20 | 399:24,25 | **association** | **attorney** | 528:19,23 |
| 267:18 272:6 | 424:22 | 368:5 | 235:13 | 529:3,24 |
| 280:8 287:18 | 426:13,14 | **assumed** | 282:10,14 | 530:15,23 |
| 288:2 296:3 | 428:3 430:23 | 422:24 | 318:17 | 531:2 |
| 304:24 | 437:15,18 | 525:13 | 364:16 366:1 | **authority** |
| 306:11 | 438:2 440:2 | **assumes** | 378:24 380:3 | 227:10 229:3 |
| 341:14 363:7 | 444:7 449:17 | 491:20 | 425:5 | 229:16 |
| 363:9 365:17 | 452:20 | **assuming** | **attorney-clie...** | 230:19,22 |
| 366:10 | 457:18 467:8 | 330:16 | 245:10 | 232:5 274:7 |
| 379:23 | 484:20 485:1 | 354:24 | **attorneys** | 291:9 300:19 |
| 387:25 | 498:16 | 492:10 | 235:10 | 309:2 316:16 |
| 396:19 405:9 | 519:14,23 | 532:22 | 294:16 | 318:2 325:17 |
| 408:8 424:11 | 532:2 552:8 | **Assurance** | 425:16 | 415:6,15 |
| 443:7 446:22 | **asks** 296:18 | 226:13 236:9 | **attribute** | 435:19 |
| 446:25 467:4 | 366:7 387:14 | **ASSURED** | 473:15 | 439:17 |
| 470:22 471:8 | **assign** 469:14 | 228:2,2 | **attributed** | **Authority's** |
| 491:25 | 493:7 | **Atara** 226:22 | 350:5 524:14 | 316:10 |
| 502:10,18 | **assignment** | 236:8 237:18 | **attuned** | **authorizing** |
| **asking** 236:10 | 231:20 232:3 | 246:16 247:2 | 515:24 | 494:18,23 |
| 236:12 | 418:17 | 247:6 271:11 | **audio** 235:19 | **authors** 305:8 |
| 237:11 | 419:10,19 | 282:15 284:7 | **audit** 267:14 | **Automatic** |
| 239:10,11 | 428:6 439:15 | 296:15 297:6 | **audited** 243:12 | 335:18 |
| 244:20 | 439:23 | 303:14 | 243:16,18,20 | **available** |
| 250:21 | 488:14 506:9 | 306:16 333:2 | 243:24 244:1 | 253:7 276:4 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

6

500:16
501:15
**Avenue** 226:5
227:4,20
228:14,18
229:12,18
**average**
485:20
**avoid** 248:11
**aware** 298:24
330:23 331:2
331:10
364:18
418:21 420:1
420:20 521:1

**B**

**b** 385:11,19
388:3 441:10
**back** 248:17
248:20
264:23
266:11
267:25
277:13 281:1
283:4,15
284:6,11
301:22
302:23
306:14,15,25
307:7 308:18
308:20 310:9
316:2 324:10
324:12 333:6
333:19,23
340:11
347:17
358:19,20
359:10 360:9
362:14 363:8
365:21
369:21
371:14

373:11
376:21
392:10,13
395:17 397:1
397:5 402:13
434:22
435:15 439:7
440:23
446:11 458:4
462:6 463:14
465:12 466:7
468:5 472:14
481:24
501:19 507:1
510:6,10
513:18
521:23
525:21
526:25 528:7
529:11
531:24
534:18,24
540:3 541:14
545:6,7
546:16
547:17,22
548:1 550:20
550:23 551:4
**Baig** 229:22
**balance** 261:3
261:7 268:19
268:19,25,25
270:8,18,25
271:16
321:15,16
323:1,3,7,9
323:11,19,20
324:3 370:19
405:9 407:13
459:4 533:12
**balances**
238:6,19,24
239:4,7,14

239:17,21
240:5,15
241:1,3,5,9
241:12,15,22
242:8,10
243:1,4
249:14 250:4
265:2,8,13
265:20 266:1
266:6,15
267:20,23
268:4,7,8,12
268:16 269:3
269:6,9,17
270:12,15
272:1,25
273:10 274:7
323:13
404:16 408:5
**Banco** 359:16
360:16,21
409:24
410:20,21
**bank** 231:8
232:6,10
233:13
239:18 241:9
241:15
242:10
284:23
309:20,24
310:15 311:4
318:19
320:24 321:9
321:11,18
324:15 326:6
326:15,23
328:10,21
329:12,21
331:9 339:11
340:1 341:3
341:25 352:3
353:7 359:7

359:18
361:23
362:12,24
363:5,18,24
364:15,23
365:3,5
366:3,5,11
366:24 368:7
368:14,16,18
370:7,15
394:2 397:21
407:16,19,22
411:11
421:20 427:1
427:2 428:18
429:6,20
431:7,17,24
432:6,9,11
432:13
439:18
445:14 459:8
463:20,25
466:5 467:15
467:19 469:4
469:10
470:13 472:2
474:5,15,18
474:22,25
475:7 476:6
476:23
477:11,19
478:16
480:11,13
481:1,7,19
482:4,23
483:9,15
484:14
489:12 492:6
492:20 493:5
501:11
523:10
527:11
531:15,21

535:18,22,25
536:6,17
540:22
**Banking**
325:10
**based** 259:18
266:15
302:22 311:6
338:22
339:16,24
354:12
365:14,19
373:25
377:12
392:22
425:18 434:9
438:13 446:7
461:6,17
485:10 509:6
545:23
546:10,24
547:3 550:13
553:1
**basic** 230:8,12
248:4 256:5
258:3,6
261:10,12
262:18 344:7
**basis** 246:10
254:9,21
255:4,9,13
269:22,25
272:19 330:4
362:25 364:9
427:4,8
436:10
437:22
484:13
489:15
525:19
557:21
**Bates** 230:15
230:19,22

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

7

231:4,6,15
231:21 232:6
232:9,13,16
232:19 233:6
267:6
**Bates-stamp...**
248:8 465:1
465:7
**BCB** 323:10
**Beach** 227:13
227:17
**began** 416:11
**beginning**
535:6 551:22
**behalf** 228:2
236:12
271:21 272:3
300:19 309:2
553:19
**Belén** 294:7
310:24
417:15
**believe** 240:9
253:7 254:17
254:21 255:4
255:10,23
256:2,9,18
257:9 265:24
272:5,9,23
283:2 286:21
288:25 303:2
315:16 330:5
330:23
331:13 340:7
348:12
349:11
350:15 384:5
391:8,14
394:10 402:3
402:6 403:10
404:15
406:16,18
408:4 428:23

430:19 431:5
439:9 445:18
450:6 454:10
454:19 456:6
464:2,8,11
468:24 470:7
474:16,19,23
475:1 486:24
487:3,6,15
487:17
489:12
499:17
500:10
501:13,24
506:17 513:2
513:10,22
519:5 537:21
538:12
541:18
542:10,14
548:20
**bell** 396:2
397:9
**benefit** 516:2
**BEREZIN**
227:6
**best** 240:2,12
414:6,15
500:14
**better** 237:19
282:16
306:22
334:21 462:7
522:18
**beyond** 375:1
376:14
377:17 382:4
**Bill** 228:7
283:7
**bill.natbony...**
228:8
**binder** 358:16
**bit** 306:21

334:20
344:16
351:18
511:12
523:14,16
**biweekly**
285:23
**BK** 225:6,12
**blended**
316:17
**blue** 337:24
341:21,24
362:21
363:20,22
367:21 368:3
368:9
**board** 225:5
225:11 226:2
455:17
555:13
**bold** 352:15
**bond** 325:17
326:1 328:12
328:23
329:13,22
359:19
445:14
467:16,24
468:20
469:12
470:12 472:5
472:17,19
473:9,16
476:25
477:12,21
478:17,22,25
479:1 481:6
481:9,12,20
482:24
483:10,12,16
483:21 484:6
484:15,24
491:13,18

492:1,14,22
493:4 502:3
**bonded**
342:23,25
**bondholder**
335:17
405:24 406:2
433:25
**bondholders**
507:19
**bonds** 433:16
435:24 441:1
**books** 264:19
**Boston** 226:11
**bottom** 308:23
337:4 534:21
535:4,5
549:16
**box** 337:8,12
337:17
338:11
341:18,21
342:7,8,11
342:12
351:22,23
363:20,22
367:21 368:3
368:8 505:20
**boxes** 337:9
341:24
502:20
**boy** 383:1
**BPPR** 410:9
410:25 412:2
526:17,21,24
527:2 528:19
529:1,5,14
529:25,25
531:9,20
535:15 536:2
537:6 538:3
539:16
541:17 544:3

**break** 235:20
237:23,25
238:1 283:14
283:20 284:2
284:5,15
332:24 333:2
333:5 373:6
383:6 387:14
389:10 392:1
459:16,18,18
459:22,22,24
460:2 463:3
463:5,8,8
521:15 545:1
547:16
550:22,24
**breaking**
332:24
**breaks** 390:2
**Brett** 449:3
483:3,6,12
**briefly** 340:19
**briefs** 295:1,10
295:17,24,25
296:24
297:23 298:3
298:5
**broad** 264:10
322:7 327:25
**broke** 491:14
520:15 523:2
523:3 539:4
**broken** 279:15
290:12 352:9
388:14,25
**bucket** 386:5,9
386:15
461:16
507:24 508:3
**buckets**
282:20
384:24
**build** 491:21

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

8

**Building**
229:11
**bunch** 521:15
**business**
247:19
258:22
377:12,23
379:3 380:7
380:8,17,22
381:4,24
441:6,7
442:23,24
**BUTLER**
228:12
**button** 303:10

**C**
**c** 226:1 227:1
228:1 229:1
385:11,19
555:3
**CADWALAD...**
228:4
**CAELAINN**
226:16
**CALABRESE**
227:7
**calendar**
442:22
**California**
227:13,17
**call** 234:4,11
235:5 283:19
293:12
432:20
486:17
487:13
497:15
498:23
503:25 504:6
507:7 508:22
519:18 545:1
552:1,2

553:15
**called** 258:3
313:1 314:19
316:8 319:7
325:19
339:12 340:1
393:20
419:19 464:4
487:18
488:13
505:20
519:15 521:2
524:15
538:14
**CALLEN**
228:15
**calling** 327:2
**calls** 311:12
487:11 497:7
497:7
**camera** 235:17
**CANTOR-K...**
229:2
**capacity**
307:25 308:8
**capital** 300:24
300:25
375:14
**captured**
286:9 545:12
**carefully**
287:11
**CARNEY**
226:16
**case** 225:5,12
300:12
348:12
350:10
363:22 385:9
393:13
394:14
396:10
430:20

**cases** 341:23
449:9
**CASEY** 228:8
**casey.servai...**
228:9
**cash** 230:15
248:21 249:5
249:14 250:3
250:9,15,18
250:25 251:5
251:6,16,18
252:9,11
273:18,22
275:1 276:5
276:8 277:5
277:6,8,10
277:17 278:5
279:16,17,18
281:18
282:20 285:1
285:9 286:8
319:18,22,24
320:2,9,10
320:14
321:15,16
323:3,5,12
344:22
370:19
377:20,21
379:12,16
383:22
395:19 400:9
402:16
405:17
411:18,21,22
416:4,5
421:12,17,20
448:5,7,7
449:5 484:4
533:11
**catch** 396:20
**category** 390:2
400:10

**caucus** 545:2
**cause** 441:2
555:10,19
**caused** 443:1
**ccarney@mi...**
226:17
**CCDA** 236:11
395:9 396:4
397:12
398:16
401:20 403:9
414:24 415:2
415:3,14,21
416:13,15,20
416:25 417:7
420:4 423:13
423:17,20
437:18 445:5
462:10 465:8
471:23
472:21 473:6
473:9,16
475:6,6
481:23 482:5
482:6 492:18
502:3,18
505:19
**CCDA_0000...**
233:9
**CCDA_STA0...**
232:12 465:2
**CCDA_STAY**
232:15
**CCDA_STA...**
233:3,4,7
**ceases** 527:9
**Center** 227:12
227:16 232:4
415:6,15
439:17
**Central** 235:8
284:6 333:6
**certain** 243:23

261:9 263:3
275:12
290:18,22
298:21,25
301:2 302:8
316:19 321:3
343:15
348:16 349:3
364:16 366:8
376:17
378:25
383:21 385:2
393:10,19
398:3 405:12
420:17,23
428:9 440:16
464:18 473:2
481:3,11
484:16 487:9
488:23
490:20 493:6
501:6 505:24
511:4 519:7
519:11,20
520:23
533:23 534:4
537:3 542:7
542:22
552:25
**certainly** 358:1
376:20 396:5
397:13
402:12
425:16
427:17
436:23
446:10
544:16
**Certificate**
433:17
**certification**
264:13
**certified**

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                       April 23, 2020

9

323:16
357:10 358:2
358:12,19
465:13,15,17
522:9,14
525:17
**certify** 555:7
555:16 556:2
556:5
**cetera** 401:18
401:19
**CFO** 496:24
497:1 504:10
**CFRA** 322:16
322:22
**chain** 360:25
361:6,9,14
**challenging**
470:6
**chance** 529:12
**change** 409:21
**changed** 381:5
381:8 391:14
**changes** 261:3
261:7 265:1
265:7
**Chapter**
230:18
**characteriza...**
247:8 376:4
398:20 497:5
**characterized**
438:24
464:16
**chart** 341:11
349:14 356:8
369:23 370:6
370:14
392:22 393:1
408:23
411:25
446:17,18
462:13,22,25

469:5,11
473:14 475:8
480:3,12,14
489:13 495:8
499:23
501:18
502:17,24
523:11 544:5
545:10
**charts** 446:20
462:5,9,19
463:1
**Chase** 232:6
439:18
**chat** 283:9
**check** 454:18
454:20
541:13
**chief** 496:9,13
496:22
**chk** 304:13
446:5
**choosing**
348:10
**CHRISTINE**
227:7
**christine@c...**
227:7
**cited** 446:5
**Citi** 385:1
386:2,7,13
387:14 390:1
390:5,18,24
**Citibank**
230:22 318:2
337:19
378:20,22
380:13
381:10
387:19 391:4
393:2,8,9,17
408:14,18
409:9,23

**Citibank-pro...**
391:23
**clarification**
351:19
353:13 371:4
390:21
476:19
**clarify** 264:6
371:19 415:4
476:14
539:18
**clarifying**
447:22
476:18 539:7
**class** 263:9,18
426:18
**classes**
261:14,17
264:8,10
323:15
426:11
**classified**
489:8
**clawback**
395:24 396:4
397:11 398:1
398:4,6,7
399:5,7,11
400:1,3,19
400:22,25
401:2,9,10
401:14,22
402:1 439:6
443:9,20
**clean** 414:14
**clear** 238:17
259:16
280:11 296:8
301:19
375:13
378:15
442:17 443:6
457:17

477:17 534:2
**click** 303:9
**close** 333:2
**closer** 237:16
306:21
334:20 367:8
**coached**
297:16
**code** 322:17
322:22,23
346:17,18,21
347:8,10,12
347:19,23
348:11,12
349:9,12
373:18
**coding** 368:4
**coffee** 521:16
521:16
**collaborating**
294:4
**collaboration**
418:2 431:22
449:8
**collaborative**
294:3 429:12
**Collateral**
229:2,3
**colleague**
548:15
**collect** 453:6
532:3 535:7
**collected**
316:22
342:23,25
349:10
412:17
419:22 421:1
421:6 452:2
452:9,14,23
453:15 455:1
455:10 503:5
503:14

516:12,18
526:12 528:1
529:3
**collecting**
518:10 532:6
**collection**
281:3 343:10
411:10
464:19 494:7
494:7 498:6
498:11,19
516:9
**collections**
278:8,9,12
278:15 279:6
279:9 280:4
281:8,9
308:6
**collective**
418:1
**collects** 343:8
453:2,3
**college** 262:15
264:9,14
426:4,11
**colloquial**
396:1 481:4
**colloquially**
443:9
**color** 342:12
368:4 502:25
**colors** 341:10
502:19
**column** 524:7
**combined**
357:19,22
**come** 270:18
271:1,16
306:14,14
309:9 333:6
371:14
374:16
443:20 461:5

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                           April 23, 2020

10

| | | | | |
|---|---|---|---|---|
| 491:16 493:3 | 226:3 231:12 | 406:9,22 | 228:11 232:8 | **Comprobante** |
| 540:3 547:17 | 234:5,15 | 407:12 410:5 | 415:8,24 | 371:25 |
| 547:22 | 239:3,13 | 416:9,11 | 416:3,7,22 | **computer** |
| 550:20,23 | 243:13,15,17 | 420:8 422:4 | 416:24 417:2 | 235:18 |
| **comes** 359:9 | 243:19,21 | 422:6 427:15 | 417:11 | **Computer-A...** |
| **comfortable** | 244:22 248:4 | 431:15 | 418:18 | 555:23 |
| 329:5 507:23 | 249:9 250:21 | 432:21 | 419:12,18 | **concentration** |
| 508:11 | 258:2 265:9 | 438:16,24 | 420:4,9 | 495:14 |
| **coming** 320:10 | 265:14 | 439:5,7 | 423:10 | 496:16 497:6 |
| 354:21 | 271:21,25 | 442:3,6 | 427:16 429:5 | 498:9 499:2 |
| 380:12 | 272:4 282:3 | 443:8,19 | 431:15 433:7 | 504:12 |
| 381:11 | 288:4 291:18 | 447:12 | 433:17 | 520:13,18,21 |
| 514:25 | 299:11,12,17 | 450:14,18 | 436:20,24 | 521:2,8 |
| **comingled** | 300:25 | 451:7 452:11 | 439:1 440:9 | 524:17,21 |
| 320:2 337:21 | 301:10,24 | 452:15,23 | 441:5 449:6 | **concept** 240:9 |
| 343:18,21 | 302:5 304:8 | 453:10 | 451:15 | 269:8,17 |
| 354:7,25 | 304:12,20 | 486:21 503:1 | 453:12,19,22 | 279:9,10,11 |
| 355:5,12,17 | 307:20 308:7 | 503:6 517:13 | 454:4,7 | 279:13 |
| 355:23 | 309:10 310:1 | 517:17 521:3 | 455:2,12 | 309:11 |
| 356:20 | 313:20 | 524:25 526:7 | 478:2 482:22 | 314:12 |
| 394:18 | 314:19 | 531:4 534:3 | 484:10 488:1 | 326:15,23 |
| 405:11 407:6 | 316:19,23 | 538:10 | 495:24 | 327:8,18,24 |
| 457:8 458:18 | 319:16 | 539:20 | 496:14,23,25 | 328:2 421:13 |
| 460:23 461:2 | 321:20 322:2 | 541:16 | 497:2 498:7 | 426:14 |
| 461:4,5,12 | 329:11,20 | 552:17 | 503:6 504:11 | **concepts** |
| 461:13 | 332:18 | 555:14 | 516:13 521:6 | 263:3 332:7 |
| 487:25 512:1 | 335:16 338:1 | **Commonwe...** | 522:23 | **conclude** |
| 539:22 543:5 | 338:14 | 267:15 | 523:10 541:1 | 547:17 |
| 543:18 | 341:18 342:9 | 272:24 287:2 | 546:4 | **concludes** |
| **comingling** | 342:19,19,20 | 287:14 314:3 | **company's** | 554:19 |
| 343:24 | 345:14,16 | 320:19 | 497:5 | **conclusion** |
| **commencing** | 377:13,23 | 322:10 | **complete** | 507:14 |
| 225:21 | 384:24 | 413:14 | 331:24 557:6 | **conditions** |
| **commentary** | 385:14,22 | **COMMONW...** | **compliance** | 425:23 |
| 272:19 | 387:4,14,22 | 248:8 | 554:2 | **conduct** |
| **committed** | 387:25 | **communicate** | **complicated** | 297:18 |
| 484:4,9 | 393:14,16,18 | 235:20 | 514:23 518:8 | 390:18 |
| **COMMITTEE** | 393:20,21,23 | **communicat...** | **complicating** | **conducted** |
| 229:9 | 398:12,13,17 | 245:8 | 532:1 | 225:19 |
| **common** | 398:24 | **Community** | **component** | **conference** |
| 332:9 507:17 | 399:14 400:5 | 229:15 | 316:17 | 235:5 |
| **Commonwe...** | 400:13,18 | 553:20 | **comprehens...** | **confident** |
| 225:7,14 | 401:16 404:4 | **company** | 353:24 | 429:14 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

11

| | | | | |
|---|---|---|---|---|
| 430:11 | 468:13 549:6 | 260:23 265:8 | 374:14 | 419:11,20 |
| 437:24 | **consecutively** | 266:16 | 410:14 | 428:6 488:14 |
| 479:13 487:2 | 494:2,4 | 275:11 | **controls** | 506:9 |
| 490:1 545:22 | **consider** | 303:23 | 340:21 | **copy** 523:19 |
| 546:1,4,9,23 | 352:13,18,23 | **context** 263:18 | **convenient** | 525:4 |
| **CONFIDENT...** | 400:21 | 263:22 | 238:2 383:5 | **COR** 384:15 |
| 225:14 | 425:12 426:4 | 269:21,23 | **Convention** | 384:21 |
| **confirm** 277:1 | 426:5 447:11 | 271:3,7 | 232:4 415:5 | **corner** 549:17 |
| 341:12 347:4 | 447:17 | 299:13 301:3 | 415:15 | **CORP** 227:2 |
| 365:17 485:4 | 475:12 547:4 | 301:12 | 439:17 | 228:2,3 |
| 509:7 515:3 | **considered** | 305:21 325:3 | **conversation** | **corporate** |
| **Conforti** | 352:21 379:5 | 325:4 326:10 | 417:20 432:8 | 338:16 |
| 225:21 | 400:19 | 327:25 | 467:2 476:3 | 393:16 423:9 |
| 235:22 555:5 | 461:25 476:4 | 363:16 367:1 | 477:2 552:6 | 423:13,16,20 |
| 556:16 | 547:9 | 377:14 | **conversations** | 431:14 |
| **confusing** | **considers** | 379:11 | 245:25 | 522:23 547:7 |
| 351:17 | 292:17 | 399:22,22 | 254:13 | **Corporation** |
| **confusion** | **consistency** | 403:1 418:25 | 256:23 | 226:13 236:9 |
| 378:7 | 339:21 | 425:17 | 308:12,16 | **correct** 236:22 |
| **conjecture** | **consistent** | 426:18 | 314:23 317:9 | 252:14 |
| 325:8 | 338:25 339:8 | 483:20,22 | 330:19 | 257:10 275:9 |
| **connect** | 339:16 438:2 | **contexts** 328:4 | 417:20 | 277:21 289:7 |
| 492:16 | 438:8 452:24 | **continuance** | 475:21 476:9 | 289:16,17 |
| **connected** | 462:4 492:10 | 225:20 | 476:12,21 | 291:9,12,24 |
| 476:6 | 492:16 507:5 | **continue** | 477:18,23 | 310:16 |
| **connecting** | 535:10 | 236:25 | 478:5,9,12 | 312:19 |
| 477:10 | **constitute** | 246:21 273:3 | 478:15,21,24 | 319:17 |
| **connection** | 554:5 | 399:2 503:14 | 487:23 | 320:11 329:8 |
| 244:2,18 | **Constitution** | **continued** | 489:17 | 335:4,5 |
| 247:20 | 338:18 442:6 | 227:1 228:1 | 546:11,25 | 342:22 |
| 253:15 | **consulted** | 229:1 231:1 | 547:3 | 343:14,20 |
| 258:20 | 449:7 | 232:1 233:1 | **Conway** 264:5 | 355:13,14,25 |
| 276:13 | **consumption** | 532:7 | 264:15 | 356:1 368:19 |
| 291:16,22 | 305:13 | **continues** | 447:15,20,25 | 370:5,13 |
| 295:2,18 | **contact** 452:9 | 349:9 | 448:11,24 | 373:25 374:1 |
| 298:3,15 | **contain** 422:13 | **continuing** | 449:2,12,14 | 390:9 391:12 |
| 336:16 | **contained** | 235:2 264:8 | 449:22 450:1 | 391:13,21 |
| 338:23 | 260:21 | **contractual** | 450:5,9 | 398:17 |
| 375:11 377:7 | **contains** | 426:6 | 451:10 | 400:14,16 |
| 379:5 380:6 | 433:15 | **contrary** | **Cook** 555:6 | 404:6,7,11 |
| 380:18,21 | **contents** | 330:24 431:6 | **coordination** | 408:12,15 |
| 418:15 420:4 | 257:21,21,24 | **control** 278:19 | 231:21 | 409:2,24 |
| 467:14 | 258:5 260:17 | 278:22,24 | 418:17 | 410:5,6,18 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

12

| | | | | |
|---|---|---|---|---|
| 410:23 | **corrections** | 550:14 | 384:16,21,21 | **CST** 225:22 |
| 413:10,15,23 | 557:7 | **course** 244:15 | **covered** | **cuenta** 372:20 |
| 413:24 414:3 | **correctly** | 247:19 | 263:25 | 524:8 |
| 414:9,18,21 | 369:24 516:3 | 258:22 | 300:18 | **current** 412:2 |
| 418:3 419:7 | **correlated** | 263:22 | 308:25 309:1 | **currently** |
| 423:14 427:5 | 483:16 | 264:12 312:5 | 447:24 | 253:9 280:5 |
| 427:16,23,24 | **correlating** | 330:19 | 502:11 | 398:16 |
| 433:25 435:5 | 482:4 | 377:16,22,24 | 511:13 | 449:13 |
| 435:6 436:14 | **correspond** | 379:3 380:7 | 535:10 | 450:10 |
| 439:10 | 238:14 | 380:8,17,22 | **CPA** 251:1,5 | 498:18 |
| 441:18 444:5 | 344:19 420:9 | 381:3,23 | 251:17 | **Currentness** |
| 448:6,18 | **corresponded** | 390:17 | 258:14,24 | 230:17 |
| 452:11,12 | 403:17 | 415:21 | 259:7,10,11 | **CURTIN** 228:6 |
| 453:7,8,10 | 462:20 483:8 | 445:22 | 259:14,16,20 | **curved** 342:11 |
| 453:17,19,20 | 483:9 | **courses** 262:6 | 292:22,24 | **custody** 308:4 |
| 455:3,4,7,8 | **correspondi...** | 262:15 263:5 | 302:7 304:10 | **customer** |
| 455:13,14 | 286:23 287:4 | 263:13,24 | 305:2 450:1 | 360:19,21 |
| 456:5,19,21 | 287:15 288:3 | 264:4,7,11 | 450:4,7 | 452:10 |
| 470:13 471:7 | 482:4 485:12 | 264:14 426:3 | **CPAs** 448:25 | **cut** 247:7 |
| 479:12 487:8 | **corresponds** | **coursework** | 449:24 | **CW_STAY00...** |
| 488:10,16 | 348:3 386:25 | 262:12 | **Crazy** 254:16 | 230:10 |
| 490:7 500:17 | 484:5 489:13 | **court** 225:1 | **created** 325:15 | **Cynthia** |
| 500:18 | 492:20,21 | 235:21 | 325:24 378:6 | 225:21 |
| 501:23 503:1 | 534:16 | 236:22 237:5 | **creates** 419:18 | 235:22 555:5 |
| 503:2,7,9,14 | **Costs** 285:22 | 266:10 | **credit** 384:8 | 556:16 |
| 503:15 504:7 | **counsel** | 267:24 | 385:6 386:20 | |
| 504:8,12,13 | 235:14,25 | 282:24 283:1 | 387:6,7,16 | **D** |
| 504:20,21 | 236:9 245:9 | 283:16,17 | 388:13,16,25 | **d** 385:11,20 |
| 509:9,10,18 | 315:9 331:6 | 295:2,18 | 389:3 390:8 | **daily** 244:15 |
| 515:11,16 | 334:1 340:6 | 306:19,20 | 391:2,11,20 | 277:6,8,10 |
| 517:14,20,25 | 382:24 449:9 | 324:9,11 | 480:10 | 284:22 285:1 |
| 518:17 526:7 | 478:25 | 334:25 | **credited** 385:7 | 285:4 402:15 |
| 526:8,15,19 | 499:21 500:5 | 396:19,25 | **CREDITORS** | **dark** 393:11,12 |
| 528:4,5 | 501:8 534:10 | 434:21 | 229:9 | 393:21 394:3 |
| 529:9,20,21 | 551:20,23 | 513:17 | **criteria** 367:23 | **data** 279:14 |
| 530:1,2,8 | 552:9 554:12 | 546:15 | 368:1 | 322:18,19 |
| 531:5,6 | 556:4,5 | 555:11 | **critical** 237:2 | 374:14 |
| 532:3,8,9 | **County** 555:3 | **courteous** | **cross-refere...** | 403:24 |
| 535:11,12,15 | 555:6 557:16 | 297:19 | 437:11 466:9 | **date** 235:7 |
| 535:16,18,20 | **couple** 307:7 | **courtesy** 552:9 | **CRR** 225:21 | 539:2,9 |
| 536:3 540:22 | 396:18 460:1 | **Courts** 308:5 | 556:16 | 557:11 |
| 543:10 | 531:13 | **cover** 253:12 | **CSR** 225:21 | **dated** 232:18 |
| 555:24 557:5 | 548:12 | 381:19 | 556:16,17 | 248:6 340:6 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

13

360:25
378:18
499:20
**DAVID** 226:7
226:21 229:7
**day** 225:22
348:19
374:10,12
435:20 441:7
441:7 442:24
442:24
537:15 555:8
556:11
557:19
**day-to-day**
262:25
**days** 553:10
**DCMs** 348:25
**de** 227:20
359:16
360:16,22
371:25 524:8
**dealt** 517:6
**debiting**
494:23 495:3
**debt** 229:3,16
359:19
362:12 399:2
399:3 404:10
405:20,23
406:2,4,9,20
407:2 408:2
510:23 511:3
511:25 512:7
512:11,17,24
513:1,3,9,11
537:1 541:3
**Debtor** 225:9
225:15
**DEBTORS**
555:15
**December**
503:12

508:18
511:20 515:8
515:13
**decided** 430:1
459:7
**defend** 297:12
**defendants**
236:13
**deficiencies**
433:10 435:5
**deficiency**
436:12
437:22
506:16
**define** 302:3
398:25 447:9
**defined** 301:7
301:23 436:6
506:14
508:15
**defines** 307:20
435:16
**defining** 399:5
473:2
**definitely**
407:13
459:18
**definition**
258:15
264:10 270:5
280:8 301:4
400:20,25
401:8,13
506:10,11
**definitions**
259:12
421:13
**definitive**
527:22
**degree** 257:14
264:10
469:14
**Dein** 246:22

**Dein's** 554:3
**delay** 248:12
283:8
**demanding**
242:19
**DENKER**
226:17
**denote** 343:18
**denoted**
393:11
**department**
231:12
240:23
253:21 254:6
255:6,8,15
255:25 256:4
256:8,20,22
257:1,5,10
257:12 265:1
266:5 269:22
269:24
276:18 277:2
292:16,20
294:7 300:3
300:17
310:18
395:20
548:25
549:14
**depending**
301:12 424:7
425:8 454:22
533:11
**depends** 249:6
260:6 285:16
302:8,18
325:3 417:19
421:10,22
447:9 453:23
532:18
**deper-** 466:19
**DEPONENT**
557:1

**deposit** 298:21
299:10,16,18
299:21
301:22,23
314:21
360:13 367:4
384:8 386:20
387:16
388:16 389:3
390:8 391:2
391:11,20
394:23
421:17
433:17 441:2
441:16
**deposited**
250:10
252:12 311:9
313:1 333:25
334:9 338:15
375:2,8
387:5,7
394:21,23
402:5,9
411:20 412:1
419:22 421:1
421:6,9
422:25
424:13 425:3
433:8 435:2
441:3,11,21
443:3,12
455:23
457:10,15,25
458:6,11
461:13 480:9
490:24
501:23 502:1
502:7,14
505:6,9,13
509:12 510:6
510:6 516:14
517:2 531:20

531:21
**deposition**
225:18 230:5
231:1 232:1
233:1 235:3
244:4,19,21
244:24 245:3
245:19
247:16,22
253:16 260:2
272:18 273:9
291:17,23
293:3 297:12
330:15
357:22 358:4
358:11 377:8
377:10
381:25
401:17
445:24
450:22,25
451:12
466:19 467:3
469:6 475:24
478:14
548:16,19
549:12
551:13,18,24
551:25 554:2
554:20 556:3
**depositor**
360:10,14,16
**deposits**
307:16,20,22
308:4,10,13
308:16
421:12,20
441:23
443:15
454:13,16
536:11
**Deputy** 233:12
**describe**

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

14

| | | | | |
|---|---|---|---|---|
| 277:14 | 502:25 | **diagram** | 387:5,11 | **discuss** |
| 279:23,24 | 510:12 542:4 | 405:12 | 515:12 | 385:23 |
| 280:9 335:14 | 542:4 | 479:15 | **differing** | 450:21 |
| 451:24 516:8 | **designations** | **dial** 235:14 | 350:17 | **discussed** |
| **describing** | 286:2,7 | **dictate** 242:19 | **direct** 304:23 | 303:25 |
| 338:12 | 331:10 | **differ** 324:4 | 337:4 381:18 | 309:12 372:8 |
| **description** | 420:21,24 | 350:12 | 427:12 | 372:24 |
| 230:6 231:1 | 451:6 477:21 | 353:16 | **directed** 369:4 | 373:23 451:3 |
| 232:1 233:1 | 478:17 | **differed** | 540:25 | 477:23 479:4 |
| 262:23 | 482:24 | 380:24 | **direction** | 481:6,8,11 |
| **designate** | 492:13 | **difference** | 352:19 | 483:2 |
| 367:21 454:6 | 510:15 | 250:15 251:4 | **directly** 272:17 | **discussing** |
| 519:24 | **desk** 525:12 | 251:16 325:1 | 356:6 380:12 | 377:18 |
| **designated** | **detail** 279:10 | 352:4 | 380:14 | **discussion** |
| 272:12 | 279:13 345:9 | **different** | 381:11 | 313:21 341:9 |
| 281:21 | **details** 403:16 | 238:15 | 447:15 | 493:9 |
| 284:19 | 403:19,23,24 | 250:11 | 533:10 | **discussions** |
| 286:11 287:2 | 406:19 509:5 | 280:21 | **director** 362:9 | 310:23 |
| 287:13 288:4 | **determination** | 296:10,11 | 362:11 369:5 | 316:24 317:5 |
| 289:5 300:19 | 464:7 490:15 | 301:13 | 450:11 | 330:8,13,14 |
| 307:15 309:3 | 520:10 | 319:25 | **disagree** 247:8 | 331:4 436:19 |
| 309:21 310:1 | 547:14 | 320:10,15,15 | 376:3,7 | 446:8 472:11 |
| 314:21 | **determine** | 320:15,20 | 398:19 434:4 | 478:1 546:3 |
| 325:16 326:1 | 314:18 344:9 | 322:11,21 | **disagreement** | **Disposition** |
| 327:11,21 | 355:19 | 327:1 343:9 | 273:2 | 381:19 |
| 350:25 | 374:20 | 343:9 351:4 | **disbursement** | **dispute** 253:24 |
| 351:10 | 385:18 | 352:1 353:4 | 390:3 459:4 | 254:3 313:9 |
| 394:18 | 402:14 | 379:20 385:3 | **disburseme...** | 497:4 |
| 395:23 | 425:22 | 387:16 | 286:10 459:2 | **distinct** 391:19 |
| 423:12 457:7 | 484:17 | 391:22 | 461:25 | **distinction** |
| 472:16 535:4 | **determining** | 412:14 | **disconsonant** | 515:23 |
| 543:20 | 352:14,21,24 | 420:15 | 269:9 | **distinguish** |
| **designating** | 367:20 547:5 | 424:15 427:1 | **discovery** | 351:21 |
| 368:3 | **develop** 417:4 | 461:22 477:4 | 232:17 | 354:11,20 |
| **designation** | **developing** | 478:12 | 429:14 554:7 | 355:1,7,15 |
| 277:11 | 471:2 | 508:10 | **discrete** | 393:22 401:1 |
| 285:24,25 | **Development** | 510:11,15 | 321:16 | 401:10 |
| 327:17 | 232:5,10 | 515:20 521:9 | 348:10 | **distinguishing** |
| 343:24 346:3 | 233:13 415:6 | 528:23 | 349:23 350:7 | 393:25 |
| 350:1,4 | 439:18 | 529:16 | 351:25 | **distribution** |
| 372:13 420:8 | **Di** 450:6,8,13 | **differently** | 353:11,15,18 | 382:12 |
| 420:12,15 | 450:16,21 | 384:25 | 353:25 411:1 | 383:17 |
| 474:6 492:21 | 451:4 | 385:13,21 | 413:2 538:2 | **District** 225:1 |

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

15

| | | | | |
|---|---|---|---|---|
| 415:15 | 317:23 318:6 | 442:18 | 542:11 | 467:17,24 |
| 439:17 | 318:9 319:10 | 443:24 | 544:17 | 468:21 |
| 555:11,11 | 320:19 | 445:24 446:6 | 545:13 549:2 | 470:13 |
| **divulge** 245:8 | 326:10 327:2 | 451:14,19 | 549:15,17 | 472:19 |
| **dlitterinekau...** | 328:23 330:2 | 463:19,22 | **documented** | 473:10,16 |
| 229:7 | 330:17 335:8 | 464:6,9,17 | 336:1 411:2 | 475:4 476:25 |
| **dmarcou@...** | 335:14,22 | 464:18 465:1 | 519:21 | 477:21 |
| 226:22 | 336:5,8,12 | 465:7 466:25 | **documenting** | 478:18,22,25 |
| **dmunkittric...** | 336:15,19 | 467:5 469:13 | 437:4 | 479:2 481:7 |
| 226:7 | 337:2 338:21 | 472:5,17 | **documents** | 482:25 |
| **docs** 446:6 | 339:5,21 | 474:6 475:7 | 234:4,12 | 483:13,17,21 |
| **document** | 340:16,18 | 477:12 479:6 | 244:4 260:1 | 484:19 |
| 233:2,4,6 | 357:5,7,8,11 | 479:9,18,20 | 276:25 277:4 | 486:10,14,19 |
| 244:11 248:9 | 358:13,25 | 479:21,24 | 287:3,14 | 487:12 |
| 248:13 | 359:3,12 | 480:3 481:9 | 288:5 293:23 | 489:21,23 |
| 253:11,13,15 | 360:15 | 481:12,20 | 295:8,20,21 | 490:5,10 |
| 253:20,23 | 371:15,15,18 | 482:6,8,14 | 296:5,19 | 491:13,18 |
| 254:1,5,11 | 371:20,22,24 | 482:16,18 | 298:7 313:20 | 492:1,14,22 |
| 254:14 255:5 | 371:25 | 483:10 484:7 | 315:1,5 | 493:19 494:8 |
| 255:7,11,20 | 372:10 | 484:15,23,25 | 328:9,12,21 | 497:10,13,16 |
| 255:21,24 | 377:25 382:2 | 486:3,5,25 | 329:11,13,20 | 497:20 498:1 |
| 256:3,7,11 | 382:25 | 487:7,11,16 | 329:22 | 498:4,6,11 |
| 256:19,21,25 | 384:13,18 | 487:18,22 | 338:24 | 498:20,23 |
| 257:3,4,9,11 | 389:18,19,24 | 488:18 | 339:22 341:1 | 499:10 500:6 |
| 258:19,21 | 391:4,7,13 | 489:22,25 | 345:14 | 500:16,21 |
| 260:14 261:9 | 391:23 395:8 | 490:3,14,18 | 354:13 359:5 | 501:10,12,14 |
| 274:13,15,16 | 399:23 | 493:4,11,13 | 372:6,7 | 502:3 518:24 |
| 274:19,24 | 408:10 | 493:14,15 | 380:19 | 519:9,11,18 |
| 275:5,6,8,20 | 410:15 | 494:11 | 391:15 404:4 | 519:24 520:5 |
| 276:14,16,17 | 414:21 | 497:23 | 406:13,15 | 520:9 541:23 |
| 276:21,22 | 418:20,21,24 | 498:15,16,18 | 425:21 | 543:16,19 |
| 277:15,16,24 | 419:1,4,9 | 498:19 | 428:17 | 544:1,13 |
| 278:20 280:2 | 428:10,22 | 499:18 500:3 | 429:14 | 546:8,22 |
| 280:4 281:8 | 429:3,10,19 | 500:8 501:3 | 430:15 431:2 | 547:13 548:7 |
| 286:24 | 429:22 430:9 | 504:10 | 432:21 | 550:14 |
| 295:13,15 | 430:16 431:6 | 506:12,18 | 437:17 | **doing** 246:21 |
| 296:18,20 | 431:16,20 | 514:7,9 | 445:12,14 | 412:5 416:6 |
| 301:5,8,19 | 432:5,12,16 | 519:6,15 | 446:24 | 446:23 |
| 303:24 304:6 | 433:4 434:24 | 522:3,6,7 | 461:18 | 448:20,22 |
| 305:8,12 | 435:6 436:7 | 523:6 524:1 | 463:24 | **dollar** 352:5 |
| 306:11 | 437:12 | 524:4,15,16 | 464:19 | 405:13 530:5 |
| 311:24 | 438:11 | 524:20 | 465:10,19 | 532:19 |
| 313:24 | 439:12,22,24 | 525:21 | 466:4 467:8 | **dollars** 404:22 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

16

410:8 411:20
411:21 489:7
494:24 510:3
528:10 543:6
**dotted** 349:16
349:22
350:25 351:4
351:11,12,21
352:15,22,24
353:1,8,11
**double-check**
349:2 373:11
386:18
**double-chec...**
373:13
**DRA** 553:14,24
554:6,7
**drank** 521:15
**draw** 308:23
**drawing**
515:23
**Drive** 227:12
227:16
**due** 435:24
460:23
552:16
**duly** 236:3
555:17
**dying** 538:7

**E**

**E** 226:1,1
227:1,1
228:1,1
229:1,1
333:18,18
**e-mail** 360:25
361:5,8,14
361:15
**earlier** 358:17
372:9,24
373:23
402:16

414:25 467:9
468:21 485:9
492:1 509:18
509:20 519:6
**earned** 250:15
252:7,8,10
252:10
289:20
290:15
321:14 332:4
348:9 349:13
412:21
512:22
536:11,14
**ease** 276:7
**easier** 388:8
495:22
**easy** 527:24
**edge** 342:11
**education**
264:9
**effect** 236:21
**effort** 294:3
**Eighth** 226:5
**either** 280:5
344:13 396:6
397:14
398:11,16
399:1,13
400:4 401:15
429:18
436:20 472:7
481:15 553:8
**electronic**
454:11,11
**Eleven** 226:5
**ELIZABETH**
227:14
**ELLIOT** 226:9
**emckeen@o...**
227:15
**employed**
264:5,14

292:5 416:22
416:24
447:19
**employee**
549:21
**Enabling**
298:15,18,21
298:25
308:14
318:12
328:13,24
**encountered**
326:22 327:8
327:18 328:1
328:5 377:15
**ended** 278:6
307:11
373:16
**ends** 320:14
**engagement**
448:13,25
449:23
**English**
231:14
232:13,16
233:5 357:12
357:14,17
358:12,19,24
465:11
493:23,24
494:9,20
522:9,14,18
525:17
**ensuring**
277:7
**entered**
313:12
**entire** 325:5
405:9 413:7
455:6 489:22
493:6
**entirely** 269:9
447:18

492:12
495:18
**entirety**
404:15
**entities** 281:19
284:25
290:20 291:1
291:4 378:23
387:16
398:21 402:2
552:25
**entity** 290:14
427:14
**entry** 261:1
265:8
**epiphany**
463:4
**equal** 435:22
456:7,17
**equivalent**
412:2
**ERA** 264:13
**Errata** 557:7
**errors** 532:1
**escrows** 308:6
**especially**
237:6
**ESQ** 226:7,8,9
226:16,17,18
226:19,20,21
226:22,23,24
227:6,7,8,14
227:15,22
228:6,7,8,9
228:15,17
229:7,13,19
**established**
308:14
314:13
**estevens@p...**
226:10
**estimate**
293:19

**et** 225:14
401:18,19
555:15
**event** 441:5
**eventually**
423:4 424:17
**everybody**
283:14
**evidence**
234:6 291:3
329:23 330:9
330:24 345:3
356:3 412:25
430:3 432:22
462:11
557:21
**exact** 244:5
258:15 259:8
261:16 262:3
270:5 292:9
292:16
293:18
350:11
367:23
368:18
371:21 382:2
386:23
403:22,24
406:5 456:15
476:8 477:1
479:16 484:8
484:16 502:6
506:2 515:14
515:17
533:19 539:9
542:7
**exactly** 269:5
292:17
304:11
348:16 407:4
456:4,11
476:7 515:10
517:23

Ahlberg, Timothy H. - Vol. II

April 23, 2020

17

520:23 528:9
**Examination**
230:3,4
236:5 548:9
**examined**
236:3 557:4
**example**
273:21
274:23,25
282:16
285:18,19,20
287:16
302:11,14
304:13
350:13
368:19 388:2
390:17 400:6
400:7 401:2
401:11
402:24
447:11
457:12 459:8
460:8 477:24
485:18
**exceed** 433:12
532:21
**exceeded**
373:17
**exception**
414:19
**excess** 385:4
433:18
436:12
456:24 458:6
488:3,7
532:23
**excise** 231:5
300:3 314:14
314:22
316:20 319:1
332:11 345:2
345:5 346:5
346:13 370:1

370:8 371:1
372:24
373:21
374:25 375:2
390:6 393:1
404:6 408:14
408:25
410:25
411:13 412:4
412:17 414:8
414:18
**exclusively**
484:3 546:10
546:25
**excuse** 334:1
346:16
359:13 367:5
449:1 488:8
521:14
**execute**
427:11,18
**executing**
427:8
**Executive**
230:17
**exemplary**
458:25
**exercise**
284:21
286:14,18
287:6 339:4
412:5,9,12
437:11
445:21
467:18,23
468:3,10,12
469:17,21
470:16,18
471:6,11,22
471:25 472:7
473:3 475:18
**exhibit** 230:7
230:11,14,16

230:20 231:3
231:3,5,7,10
231:12,16,18
231:20 232:3
232:7,10,14
232:17 233:2
233:8,10,18
233:19
247:24,25
248:10,11,20
253:3,4,8,19
257:20
264:24
273:13,23
274:1,14
275:3 284:14
289:24
298:10,11
303:10 304:3
304:5 308:21
308:21 311:7
311:19
317:18,18,19
317:24,25
324:14 335:8
335:8,10,15
340:5,9,12
340:13
349:15
356:23 357:1
357:6,19,22
357:25 358:2
358:3,8,10
358:18 360:2
360:19
362:15,18
365:14,20
368:10,15
369:22 371:6
371:10,14
377:1,4
378:8,8,17
385:12,20

389:9,13,14
392:14
418:10,12
419:10 433:3
438:4 439:12
439:14,15,19
445:7,8
451:14
464:21,22
465:1,7
474:11
479:25 480:1
481:24
488:16 491:7
491:8 493:11
493:18 495:8
499:5,6,20
501:20 506:8
507:1 521:11
521:12 522:4
522:22
523:13 525:7
525:18
527:17
537:25 540:4
540:5,9
541:9,12,14
545:8 548:15
548:19 549:9
549:12
**exhibited**
253:9
**exhibits** 230:5
231:1 232:1
233:1,16
357:23 358:4
525:13
**exist** 290:23
348:25
527:10
**existed** 445:25
**existence**
309:18

**exists** 250:22
290:24
418:22
429:19
431:13,16
445:19
**expect** 305:19
305:20 387:4
432:15 519:8
519:17,23
520:4
**expecting**
296:11
**expenditures**
261:2 265:7
**expenses**
489:3
**experience**
549:5
**experiencing**
283:8
**explain** 242:15
280:17 288:1
344:16 462:5
545:25
**explained**
353:13 355:6
**explanation**
242:16
353:25
**explicitly**
277:18
**extent** 245:6
311:12
507:13

**F**

**F** 300:25
333:18
375:14
**fact** 234:7
256:25 257:5
290:25

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

18

314:19
344:22 345:5
347:21 353:9
355:22 390:2
424:7 430:20
432:24 460:6
516:16
524:23
544:10
factors 547:5
factual 319:4
348:2 424:22
FAFAA 230:14
faint 367:9
fair 370:21
371:23
522:21
fall 386:10,16
familiar 299:20
318:10 319:6
343:5 347:2
347:3 361:4
361:7 377:11
379:10,11
419:3 420:6
420:18 440:7
534:24
552:18
familiarity
262:19 263:1
263:2
far 247:10
259:17 284:2
440:23
February
512:6,10,16
513:24
526:10
527:19
528:19,24
529:4,24
530:15,23
531:3,16

534:14 544:3
544:11
federal 281:11
281:15,19,20
282:4,18
284:16,19,24
285:3,11,13
285:21
286:10,22
287:16 288:3
288:8,12
300:3 316:20
320:8 400:10
401:2,11
feel 332:24
487:2
feeling 296:16
felt 329:5
fiduciary
307:23,24
fifth 227:4
381:21,23
fight 246:25
figure 491:25
file 445:17,18
500:8
filled 525:12
final 507:15
finance 227:2
292:15,19
369:6 496:25
finances 367:2
367:24
financial 225:4
225:11 226:2
227:10
228:11 230:8
230:12
243:12,14,17
243:18,20,24
244:1,6
245:4,20
246:3 247:14

247:15,18
248:4 256:5
257:22,24
258:1,3,7,9
258:13,15,25
259:2,3
260:10,16,20
265:9 266:18
266:20,22,25
267:4,8,15
269:4,6
301:24 302:2
302:5,9,18
302:19,23
303:3,8,15
303:20
305:16,22
307:21
313:20 314:4
314:7,10,12
316:3 317:4
400:9 496:9
496:13,22
555:12
financials
244:13,16,22
254:16
260:21
265:15 305:5
307:11
financing
230:18,21
291:9 316:9
316:16 318:2
325:17
362:10,11
find 385:10
462:10 470:2
470:9 510:16
550:17
fine 237:18
284:1 333:1
333:12

508:10
finish 237:8,10
396:20
firm 294:21
first 237:4
276:9 280:4
280:20 300:2
312:22
313:15,17
314:13,21
316:14
318:14,24
331:20 332:1
332:4,10,19
337:20
340:12 341:7
344:5 345:2
346:5,13
370:15,25
373:5,21
374:23 375:1
375:18,21
376:12,15
377:17,22
381:10,13
382:5,10
383:18 385:4
385:23
388:11,23
390:6,25
391:10
392:24,25
404:5 408:13
408:17,24
409:8 419:17
435:20
438:15 446:5
480:2 523:23
527:24
531:15,21
534:16
535:18,22,25
536:6,17

553:21
555:17
FirstBank
233:8 537:20
538:9 539:12
540:10,15
fiscal 227:1
276:5 300:4
300:12,14
312:15
313:18
332:20 372:2
372:5 374:6
433:13
435:19,21,21
fit 411:7
fits 485:23
five 262:1,6,14
283:9 323:14
448:10
five-plus 426:3
fix 517:3
flip 248:15
260:13
278:16 466:7
493:21 498:7
529:10
531:16
Floor 227:13
227:17
flow 230:15
231:3,5
232:8 236:11
271:4 273:18
273:22 275:1
276:6,8
277:5,6,8,10
277:21 278:5
282:20 285:2
293:8,10,23
294:2 311:20
312:6,10,13
312:14,21

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

19

| | | | | |
|---|---|---|---|---|
| 313:8,12 | 428:13,19 | 482:5 483:22 | 460:6,9,21 | 442:24 |
| 315:6 318:15 | 429:5,7,15 | 484:3,4 | 485:15 | 443:15 |
| 319:1,3,5 | 430:12,17 | 485:7,23 | 490:24 506:5 | **follows** 236:4 |
| 328:8,19 | 431:24 | 488:4,9,21 | 506:15 507:4 | 383:22 |
| 329:6 335:19 | 433:24 | 489:3 490:22 | 508:16 | **Fomento** |
| 336:25 | 434:11 | 491:21,22 | 510:10 | 359:16 |
| 337:13 338:4 | 436:13,22,24 | 495:7 501:20 | 517:13,23 | 360:17,22 |
| 338:7,13,24 | 437:1,5,11 | 502:24 | 530:5,6 | **Fondo** 372:13 |
| 339:1,5,18 | 437:17,18 | 503:11,20 | 532:10 | **footnote** |
| 339:21 340:7 | 438:2,3,8,9 | 504:14,19 | 535:21 | 511:23 |
| 341:2,13,14 | 438:10,11,15 | 505:3,7,9,14 | 536:14 | 512:25 513:7 |
| 342:19 | 439:8 440:9 | 505:17,20 | 545:24 546:7 | **footnoted** |
| 343:11 344:3 | 440:13 445:5 | 511:15,23 | 546:20 | 349:22 |
| 344:4 351:11 | 445:23 | 513:14 | **flowing** 337:13 | 353:10 |
| 352:8 354:14 | 446:17,18,20 | 514:10,20 | 352:2 376:4 | **foregoing** |
| 354:23 356:6 | 446:24 448:7 | 515:5,14 | 402:24 | 555:23 556:3 |
| 362:15 | 448:7 449:6 | 516:8,17 | 438:25 458:8 | 557:5 |
| 367:24 372:8 | 449:7 451:16 | 524:3,23,24 | 461:14 489:7 | **forgot** 423:7 |
| 375:22 376:1 | 451:25,25 | 525:1,21 | 504:23 | 508:22 525:4 |
| 376:19 379:5 | 452:19,21 | 526:4,6,11 | 513:25 | 551:21 |
| 379:12,17,20 | 455:15,18 | 527:19 | 526:17 | **form** 238:7,20 |
| 380:2,6,9,18 | 458:21 459:9 | 528:11,16,18 | **flows** 377:20 | 242:1 245:21 |
| 380:23,24 | 460:7 461:17 | 529:7,13,15 | 377:21 | 250:13 |
| 381:5,8,24 | 462:7,9,13 | 530:12,21 | 379:17 | 254:23 |
| 382:5,23 | 462:19,22,24 | 531:3,17,25 | 397:21 400:9 | 255:16 |
| 383:22 | 463:1 466:10 | 533:9 534:13 | 404:24 405:2 | 259:23 |
| 388:11,23 | 466:14,20 | 534:13,17 | 405:17 409:9 | 265:23 267:9 |
| 392:15 395:7 | 467:10,12,15 | 535:11,17 | 438:24 448:5 | 268:10,20 |
| 396:11 399:2 | 467:19,24 | 538:1 539:25 | 504:17 | 269:12 |
| 402:16 | 468:14,15,19 | 544:6,12 | 531:13 | 321:22 |
| 404:22,22 | 468:23,24,25 | 545:7,14 | **focus** 437:4 | 328:14 339:2 |
| 408:9,14,25 | 469:4,5,11 | 548:7 | **focused** | 366:18 |
| 409:1,4,10 | 469:16 470:4 | **flowed** 339:11 | 277:19 | 389:18 |
| 409:13,17,18 | 470:6,7 | 339:25 | 417:21 448:4 | 408:16 |
| 409:22 | 471:3 472:3 | 344:10 | 471:2 484:3 | 493:14 |
| 410:19 416:4 | 472:9,16 | 355:11,16,24 | **focusing** | 507:14 |
| 416:5,13 | 473:14,24 | 371:1 393:1 | 535:1 | 546:12 |
| 417:1,5,7,10 | 474:8,13 | 395:10,16 | **follow** 347:17 | **formal** 264:9 |
| 417:18,22,24 | 475:16,19,23 | 403:14 | 353:23 | **forth** 358:20 |
| 418:2,6,16 | 476:24 480:2 | 404:24 | 376:21 | 380:2 442:3 |
| 424:2,5 | 480:5,8,17 | 405:19 | 446:11 | 528:7 |
| 425:12,22 | 480:21 | 413:13 437:8 | **following** | **forward** |
| 426:23 428:7 | 481:18,23 | 437:19 439:5 | 441:7,13,23 | 257:15 267:6 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

20

| | | | | |
|---|---|---|---|---|
| 507:8 515:22 | 252:21 258:9 | 310:2,6,7,11 | 413:10,18,22 | 249:7,13,18 |
| 525:19 526:9 | 258:13,15,25 | 310:12,20 | 414:1 419:19 | 250:1,3,5,7 |
| 531:16 | 259:2 260:5 | 311:3,4,8,10 | 419:20,21,23 | 252:3 259:4 |
| **found** 522:20 | 260:11,13,16 | 311:21 313:1 | 419:25 420:2 | 259:5,6,8,22 |
| **four** 261:24 | 260:19,20 | 313:2,22,25 | 420:10,13,18 | 260:2,7,20 |
| 349:15 | 261:3,7 | 314:2,3,13 | 421:2,7,9,11 | 265:13,19,25 |
| 350:10,24 | 265:1,7 | 314:19,20,20 | 421:13,18,21 | 266:5 267:19 |
| 351:8,13,13 | 266:14 269:3 | 315:11 | 421:23,25 | 267:22 268:3 |
| 352:5,6 | 269:6,9,17 | 316:10,15 | 422:4,7,9,13 | 268:7,12,15 |
| 448:15 | 270:4,9,13 | 317:1,6 | 437:12 445:1 | 268:18,24 |
| **fourth** 297:23 | 270:17,25 | 319:7,7 | 451:3 459:2 | 269:10,19 |
| 384:19 | 271:15 | 320:6,7,8,16 | 462:21 | 270:15 271:4 |
| **frames** 511:13 | 273:10 274:7 | 320:21,23 | 467:18 469:4 | 271:25 |
| 511:14 | 277:11 278:9 | 321:8,9,13 | 480:11,15,17 | 272:25 281:6 |
| **frankly** 462:2 | 278:12,14 | 321:17 | 480:22,24 | 281:7,20 |
| **front** 274:13 | 279:5,8 | 322:12,17,20 | 488:13,14,21 | 282:3,4,19 |
| 274:23 | 280:4 281:3 | 322:25 323:2 | 489:4 492:13 | 284:16,19 |
| 295:13,15 | 281:11,15 | 323:7,8,18 | 502:3 510:11 | 285:7,12,13 |
| 298:7 299:15 | 285:4,21,24 | 323:20 324:3 | 511:25 542:4 | 293:9,10,24 |
| 303:13,16 | 286:10,12,22 | 325:2,15,18 | **Fund-type** | 294:2 304:11 |
| 304:5 308:20 | 286:22 287:4 | 325:19,25 | 285:25 286:2 | 312:6,9,10 |
| 317:23 357:5 | 287:6,6,15 | 326:6,11,15 | 286:6 | 312:13,14,21 |
| 358:8,24 | 287:16 288:3 | 326:23 327:2 | **fundamentally** | 313:8,13 |
| 403:12 419:8 | 288:5,8,9,10 | 327:5,8,16 | 269:18 | 315:6,12 |
| 439:9 451:14 | 288:12,16,18 | 327:19 328:2 | **funded** 513:4 | 318:24 319:2 |
| 475:4 479:16 | 288:20,22,23 | 328:7 331:8 | 513:12 | 319:5,17,20 |
| 498:17 | 289:2,5,10 | 331:18 332:7 | **funding** | 319:25 |
| 508:20 522:2 | 289:14,15,22 | 332:12 | 289:19 | 320:10,20 |
| 541:15 | 290:7,8,10 | 333:25 334:9 | 290:14 | 321:10 |
| **full** 292:3 | 290:17,21 | 334:12,12 | 505:19 | 323:12 |
| 370:1,8,16 | 291:2,4 | 335:3 337:6 | 512:23 | 324:15,16,22 |
| 370:25 | 300:18,20,24 | 337:14 338:6 | **funds** 231:5 | 324:24 |
| 408:13,24 | 301:3,9,12 | 338:12,16 | 232:8 236:11 | 325:11 327:1 |
| 435:22 | 301:25 302:4 | 339:13 340:2 | 238:5,15,19 | 327:4,24 |
| **function** | 302:17 303:3 | 372:16,17,17 | 238:24 239:2 | 328:9,11,20 |
| 244:15 | 303:21 304:7 | 372:18,23 | 239:7,12,17 | 328:22 329:7 |
| 395:19 | 304:14,19,21 | 375:3,8,14 | 240:4,14,18 | 329:12,21 |
| **functions** | 305:3,9,21 | 375:15,15,19 | 240:25 241:2 | 330:17 |
| 427:9 483:23 | 306:1,4,7,7 | 376:1,1,5,10 | 241:5,9,15 | 331:20 |
| 483:24 | 307:23,24 | 376:11,13,13 | 241:21 242:7 | 334:16 |
| **fund** 238:9,12 | 308:3 309:1 | 376:15,16 | 242:9,25 | 336:25 |
| 249:8 252:3 | 309:4,8,12 | 385:7 386:25 | 243:4,10 | 337:13,22 |
| 252:6,14,17 | 309:18,22,25 | 387:2 413:4 | 248:21 249:4 | 338:7,13,24 |

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

21

339:1,5,18
339:22 340:7
341:2,13,14
342:22
343:19,22
344:3,4,15
345:10,23
351:11
354:15,23,24
355:20 356:6
362:15 367:4
367:4,24
372:8 375:12
375:14,22
376:4,8,18
376:19 379:6
379:20 380:2
380:6,9,18
380:23,24
381:5,8,9,25
382:12
388:11,23
392:15 395:7
396:6,11
397:14
398:11
400:10 401:3
401:11 404:1
408:9 409:1
409:5,17,18
409:22
410:19
416:13 417:2
417:5,8,10
417:18,22,24
418:2,16
422:9 425:22
426:7 428:13
428:19 429:5
429:7,16
430:12,17
431:24 433:6
433:18 435:1

436:24 437:5
437:17,18
438:8,9,11
439:8 440:13
441:8 442:25
443:3 445:5
445:13,23
446:17,18,20
446:24 449:7
450:13,17,21
451:5,16,25
452:19,21
455:16,18
458:18,19,22
458:23 460:7
460:24
461:16,17
462:7,9,13
462:19,22,24
463:1 466:10
466:14,20
467:10,12,15
467:16,20,24
468:14,15,19
468:19,23,24
468:25 469:3
469:5,11,12
469:17 470:4
470:7,7,12
471:3 472:3
472:4,9,16
473:14,24
474:9 475:16
475:19,23
476:24 480:3
480:5,9,21
481:19,23
482:5 483:22
484:3 485:7
485:23 489:7
490:22
491:22,23
495:8 501:20

502:24
503:11
510:15
511:16,24
513:14 514:4
514:20
516:17 524:3
524:23,24
525:1,21
526:4,6,11
527:19 529:8
529:15 531:3
531:17,25
532:22
534:13,14,17
535:11 538:1
539:22,23
540:1 544:6
544:12 545:7
545:14 548:7
**Funds'** 438:10
**further** 236:4
532:1 548:4
553:6,7
554:15
555:16 556:2
556:5
**FY** 230:14

_____ **G** _____

**Gabriel** 362:9
369:5
**GARAU**
227:22
**Garcia** 233:11
361:22
362:10
**GASPARD**
227:8
**gaspard.rap...**
227:8
**GDB** 229:3,16
344:11,20,20

349:17,19
351:14 352:2
355:17 356:2
361:11
365:15,17,22
368:2 369:6
370:2,9,16
371:1 406:20
408:15,19
409:10,13
410:4,12
418:18
419:12
433:16
440:25 441:9
441:12,22
442:2,22
443:13,14,18
444:18
455:19,24
456:3,11
465:21
489:14 495:8
495:25
499:10,23
500:12,16
504:5,11,15
508:17 511:8
512:15
513:25
515:10,15
516:15,19
517:2,6,9,24
527:3,9
528:12,16
529:8,20
530:7,8
545:22 546:1
**GDB's** 500:8
517:3
**general** 244:10
262:25 263:2
278:9 279:25

280:20
281:18
298:19 320:6
321:8,9,17
322:25 323:2
323:6,8,18
323:20 324:3
343:7 368:4
372:18,23
375:2,8,16
375:19 376:1
376:10,13,16
382:6,7,9
385:7 401:22
413:10 419:3
423:3 425:25
488:25 489:2
545:14
552:14
**generally**
240:22 244:7
276:16,22,24
277:14,16
287:21
292:14
312:22
314:12
318:10
331:19,25
332:3,6,17
332:19 341:3
366:9,15
379:9 401:13
401:21 416:4
417:20 420:6
421:10,12
435:10 440:2
448:6,12
451:24
485:18
**generated**
342:18
511:19

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                            April 23, 2020

22

| | | | | |
|---|---|---|---|---|
| getting 246:23 | 367:10 | 259:18 | 544:21,22 | 525:23 |
| 299:6 353:22 | 369:21 371:8 | 260:15 | 545:1 550:16 | green 337:9,17 |
| give 243:6,8 | 373:12 377:3 | 263:11 272:2 | 552:5,8 | grounds |
| 274:22,25 | 383:8 392:13 | 273:2 278:23 | 554:18 | 521:16 |
| 278:22,24 | 392:18 397:5 | 281:1,10 | Gomez 294:8 | GUARANTEE |
| 283:19 | 404:9 405:20 | 287:10,11 | 310:24 | 227:2 |
| 285:18 | 405:23 406:2 | 289:25 | 417:15 | GUARANTY |
| 302:11 | 406:4,9,20 | 296:12,25 | GONZÁLEZ | 228:2,3,11 |
| 304:13 307:4 | 407:2 408:2 | 297:3,7,7 | 227:22 | Gubername... |
| 400:6,7 | 409:22,24 | 299:7 300:11 | good 236:7 | 359:16 |
| 401:8 459:8 | 435:15 | 301:22 307:4 | 283:13 284:2 | 360:16,22 |
| 474:2 484:8 | 440:23 | 335:7 344:7 | 333:22 | guess 236:13 |
| 499:25 | 473:21 480:2 | 349:16 | 382:18 | 315:18 361:1 |
| 507:14,20 | 494:21 496:1 | 353:21 | 391:25 439:3 | 374:18 |
| given 246:16 | 501:19 | 356:11,23 | 550:21 | 446:22 |
| 247:1 297:20 | 506:25 | 358:9,10 | Gotshal 227:3 | 550:12 |
| 313:18 | 507:22 | 381:17 | 229:22,24 | guesswork |
| 351:17 | 510:23 511:3 | 387:15 389:9 | govern 297:10 | 430:1 |
| 370:18 | 511:25 512:7 | 403:5,6 | government | Gustavo 449:8 |
| 405:10 407:5 | 512:11,17,24 | 408:7 412:14 | 232:5,10 | 483:3 485:4 |
| 447:18 485:7 | 513:1,3,9,11 | 414:23 430:3 | 233:13 | 487:23 |
| 493:19 | 514:19 518:6 | 430:25 432:1 | 260:19 263:6 | 496:21,24 |
| 555:19,25 | 521:19 | 432:20,23 | 263:9,14,25 | 546:11 547:1 |
| 557:6 | 525:21 528:7 | 436:1 439:15 | 264:17,20 | 547:3,4,9 |
| giving 236:20 | 529:19 | 456:19,19,23 | 281:19 | Gustavo's |
| 236:21 | 531:24 | 458:4 459:25 | 284:25 | 484:13 |
| 363:14,15 | 533:10 | 462:1,3 | 305:22 | guys 271:5 |
| 364:7 410:14 | 534:18,23 | 465:13 | 380:14 | 293:10 |
| 534:3 | 535:5 550:18 | 472:14 | 381:12 | |
| gmainland@... | goal 304:14 | 473:21 474:2 | 439:18 | **H** |
| 226:21 | God 254:15 | 474:3,4,12 | 488:22 | H 225:18 230:2 |
| go 246:22 | goes 260:19 | 479:23 480:4 | graduate | 236:2 555:9 |
| 277:4,25 | 300:9 529:24 | 486:12,17 | 257:13 | Hacienda |
| 284:1,4 | going 234:3,6 | 491:5 503:10 | 264:10 | 550:5 |
| 297:24 300:8 | 234:11 237:1 | 507:8,22 | GRANT 226:20 | half 253:6 |
| 302:23,24 | 237:6,8,10 | 514:19 | gray 341:17 | 307:3 310:9 |
| 307:6,8 | 237:24 | 515:22 | 393:12,12,21 | 337:4 378:2 |
| 316:2,4 | 242:11,13 | 522:12 | 394:3 | halfway 300:9 |
| 317:24 | 245:3,19 | 525:19,20 | great 247:8 | 523:11 |
| 340:11 | 246:22,24 | 528:6,8 | 274:12 | HALL 228:9 |
| 347:13 348:5 | 248:10 255:2 | 531:14 533:8 | 333:13 | hand 556:10 |
| 358:20 360:9 | 256:12 | 534:5,20 | 383:11 392:4 | happen 303:19 |
| 360:18 363:8 | 257:15 | 541:13 | 523:22 | 319:4 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

23

| | | | | |
|---|---|---|---|---|
| **happened** | 481:10,18 | **help** 283:24,25 | 420:10,12,18 | 530:19,20 |
| 428:12 437:6 | 482:3 498:4 | 293:8 344:8 | 421:1,7 | 538:17 |
| **happening** | 501:5 511:10 | 368:5 394:3 | 422:13 | 539:14 543:1 |
| 440:3 | 536:25 | 417:4 523:17 | 488:13 502:2 | 543:9 544:2 |
| **happy** 237:23 | 537:23 539:8 | **helped** 293:23 | **holds** 400:18 | 544:14,19 |
| 242:15 | **header** 267:12 | **helpful** 358:1 | **honestly** | **hotelier** |
| 246:13 | **heads** 277:25 | 403:12 | 272:15 | 453:24 |
| 260:13 319:3 | **headset's** | **helps** 283:15 | **hope** 344:8 | 454:25 533:5 |
| 434:14 447:4 | 538:7 | **Henderson** | **hopefully** | **hoteliers** |
| 525:17 528:7 | **hear** 237:18 | 235:5 283:18 | 383:9 545:2 | 452:2 453:4 |
| 531:16 | 367:14,15 | **hereinafter** | **hoping** 514:23 | 453:6,9,16 |
| 534:18 | 515:25 | 325:18 | **host** 235:5 | 453:18 454:3 |
| **hard** 237:6 | **heard** 235:14 | **heretofore** | **hotel** 232:11 | 454:6 455:11 |
| 295:13,16 | 299:22,23 | 555:7 | 419:21 | 456:13 503:5 |
| 328:6 416:8 | 301:9,11 | **hereunto** | 420:16,21 | 503:14 515:5 |
| 462:25 | 326:14 | 556:9 | 421:5 423:3 | 516:10,13 |
| 478:11 | 367:13 | **HERRINGTON** | 424:1,5,8,16 | 518:3,9 |
| 491:19 | 396:18 398:5 | 229:4 | 433:6 435:1 | 526:12 528:1 |
| 523:14,19 | 398:7 418:23 | **Hi** 361:20 | 438:25 439:4 | 528:3 532:3 |
| 525:4 548:6 | 419:1,5,24 | **high** 262:8 | 441:3,8 | 532:21 533:7 |
| **HASTINGS** | 420:3,5 | **Highway** 274:6 | 442:25 443:2 | 535:7 |
| 229:10 | 422:17,20 | **Hira** 229:22 | 451:25 | **hotels'** 460:5 |
| **hate** 316:1 | 424:3 520:12 | **historical** | 453:25 | **hour** 225:22 |
| **Hato** 229:18 | 521:5 | 345:17 380:9 | 455:10 458:5 | 544:22 |
| **head** 260:13 | **hearing** | 380:23 | 458:15 | **hours** 544:21 |
| 267:3 302:2 | 237:15 | **historically** | 459:10 | 544:25 |
| 303:19,23 | 283:10 | 280:5 338:13 | 460:21 461:5 | **How's** 263:1 |
| 314:6 346:23 | **Hector** 294:7 | 339:25 | 463:25 | **Howard** 449:3 |
| 350:22 | 310:24 | **Hmm** 323:4 | 465:24 488:4 | **Howard's** |
| 382:16,19 | 417:15 | **hold** 314:13 | 488:8 502:14 | 449:11 |
| 383:21 385:9 | 549:18,21 | 359:8,8 | 503:4 504:25 | **HTA** 289:2,19 |
| 395:2,7,13 | **held** 325:19 | 396:4 397:11 | 505:2,6,9,12 | 290:7,14,20 |
| 399:21 402:7 | 331:22 | 402:1 | 505:16,19 | 291:1 341:14 |
| 402:11 | 334:12,16 | **holder** 342:4 | 508:4 509:11 | 395:4,7 |
| 406:13 | 335:3 337:25 | 363:10 364:3 | 510:5,21 | 396:4 397:11 |
| 417:14 | 338:7 339:12 | 364:11,17,17 | 511:7 512:14 | 398:16 |
| 431:12 445:3 | 363:1,3 | 365:16,18,22 | 513:12,22 | 401:18 |
| 445:21 447:6 | 370:8,15 | 365:25 366:2 | 514:11,14 | 402:23 403:2 |
| 457:13 464:5 | 398:24 | 366:8,24 | 515:3 516:17 | 403:2,6,8,11 |
| 469:25 | 441:12,22 | 368:25 369:2 | 517:13 | 446:21 |
| 472:19 | 443:13,14 | **holding** | 518:19 | 462:10 |
| 473:19 | 509:25 510:2 | 419:20,21,23 | 528:11,15,17 | 492:17 |
| 475:18 | 539:23,24 | 419:24 420:2 | 529:2,14,18 | 548:21 |

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

24

549:13,15,22
550:1,3
**Hudson**
226:15
**HUGHES**
226:18
**hundreds**
244:3 260:1
295:20 296:5
296:19
489:22
**hypothetical**
290:19 345:7
553:4

**I**

**ID** 287:6
**idea** 421:17
547:8
**identifiable**
370:19
466:21
480:14
**identification**
477:4,6,7
485:22
**identified**
272:11
278:15 279:6
282:19 285:4
288:8 290:21
296:1 310:11
314:2 315:11
328:11,22
329:13,22
338:7 361:11
404:4 422:14
429:10 467:5
468:20 469:4
469:10,12
472:3,4,12
473:9,23
475:6 476:23

476:23 479:6
479:9 480:24
482:15,16
495:7,11
497:20
498:12
511:15
523:23
524:24 526:6
542:2 543:16
544:11,14
**identifier**
286:12
375:20
**identifiers**
320:22 327:5
**identifies**
253:20 337:5
360:3,19
386:4,9,15
387:3 390:7
390:15,25
391:9 429:6
429:20
430:17 431:7
431:16,20
432:5 487:7
490:6 496:8
498:8
**identify** 249:14
284:24
289:15 290:9
291:2 322:11
345:22
354:11,20
355:7 356:17
369:11,17
372:18
392:23
402:21,23
403:19 412:3
413:9,15,16
413:21 414:1

414:5 428:18
429:15
430:11 431:3
431:23
461:15
462:20
463:24 466:5
472:15
475:11
479:22
480:11,21
484:23
486:15
489:12
490:23
498:20
519:10,12
520:5
**identifying**
284:25
337:24
355:24 461:6
463:19
484:13 486:3
486:25
496:14
504:12 543:8
**ii** 225:16,16
433:10
**III** 225:4,11
**Illinois** 555:1,7
**imagine**
348:18 374:9
**immediately**
283:21 441:7
442:24
**impacted**
317:9
**implication**
364:18
**implications**
366:2
**importance**

469:15
470:17 473:2
**important**
468:13,18
469:2,9
470:21
472:20
**impossible**
460:24,25
**inaction** 554:4
**include** 277:11
462:21
501:11
**included**
259:22 289:3
313:7 314:6
372:11
384:16,21
395:2 401:21
428:19
458:21 460:7
473:16 512:1
**includes** 308:3
308:4
**INCLUSION**
233:17
**inconsistent**
269:18
**independent**
247:13 248:7
255:9,13
257:8 267:11
483:7 492:12
**independently**
315:1 330:2
485:4
**INDEX** 230:1
**indicate**
256:24 257:4
341:22,24
342:7,13
345:10 346:4
346:12

356:16
363:20,23
373:19
497:10
520:25
544:17
**indicated**
236:15
312:25
344:15 352:9
354:14 356:5
356:7 368:17
403:25
404:20 458:7
461:1,14
479:8 501:21
514:14
529:22 544:5
545:21
**indicates**
338:13
341:18 342:8
342:14
349:15
359:13,13
360:10
393:13
455:18
511:24
512:25 513:7
539:21
**indicating**
337:13 338:5
514:10 543:1
544:18
**indication**
344:21
542:11
**indiscernible**
245:1,11
275:17 279:1
304:12
367:11 375:7

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                          April 23, 2020

25

401:20
454:22
466:19
490:10
522:25 539:2
**indistinguis...**
354:8 356:21
411:21
458:24 543:6
**individual**
345:25
431:20
**individuals**
314:24 332:8
361:8 416:21
417:2 447:5
**inflow** 287:4
**inflows** 277:17
279:17
286:12,22
287:16 288:3
289:6
**information**
230:9 248:6
256:6 279:13
295:4 298:25
319:4 341:5
344:14 360:2
391:5 418:5
418:8 427:18
464:12,15
**Infrastructure**
230:18,21
291:9 300:20
309:3,8,12
309:18,22
310:2,6,12
310:20 311:3
311:8,10,21
313:2,22,25
314:2,20
315:12 316:9
316:16 317:6

318:2 325:16
331:8,17
332:7,12
333:25 334:9
334:12,16
335:3 337:6
337:14 338:6
338:12,16
339:13 340:2
480:10,15
**inherent**
250:14
**inherently**
528:21
**initial** 294:1
**inquired**
309:17
**inside** 285:8
**instruct** 534:5
**instruction**
232:14
490:23 491:3
493:20 494:8
496:13
**instructions**
235:11
236:24
**instrumenta...**
312:7 327:10
327:20
416:10
**instrumenta...**
342:20 521:3
**INSURANCE**
228:11
**intended**
386:22
545:13
**intends** 234:5
234:16
432:21
486:22
**intent** 554:10

**interest**
435:24
536:11,14
**interested**
556:7
**internal** 277:5
277:5,8,10
285:1,4
287:3,14
320:19
321:20 322:3
322:10
329:11,20
385:13,21
395:19
402:15 404:3
405:17
406:22
445:12
**International**
226:10
**interpret**
305:25 306:3
368:5
**interpreted**
554:5
**interrupting**
297:2
**introduced**
247:25 274:2
298:12
317:20
335:11
340:10 357:2
368:11
371:11 377:2
389:15
418:13
439:20 445:9
464:23 491:9
499:7 521:13
540:6
**involve** 276:16

**involved**
273:17
283:21
294:12
336:24 337:1
361:5 447:8
447:21
448:12,17,24
449:3,22
466:23 517:8
551:9 552:19
552:21
**involvement**
415:12,20
449:4 551:8
**issue** 272:20
479:4
**issues** 248:12
296:1
**item** 278:18
**items** 286:25
287:21
**IV** 319:10
324:21,23
338:17
**IVÁN** 227:22

———— **J** ————

**J** 225:21 228:6
555:5 556:16
**JACLYN** 228:9
jaclyn.hall@...
228:10
**January**
343:12
362:16,16
369:24 370:6
370:14,24
413:8,12,20
435:25 455:7
455:9,16,25
474:13 480:5
502:23 512:1

512:6,10,16
513:2,8,9,12
513:23
514:10 527:1
527:18
528:12,17
529:8,16
530:6,14,24
531:25 532:5
534:18 545:7
**JASON** 228:15
jason.callen...
228:16
**Jeira** 294:7
310:24
417:15
**Jesus** 362:10
**job** 244:15
262:17,22
263:4 427:8
**JOHN** 226:18
228:8
**joint** 366:11
**Jointly** 225:7
**Jorge** 292:2
**JPMorgan**
232:6 439:18
**Juan** 227:21
**judge** 246:22
246:25 554:3
jughes2@mi...
226:19
**July** 392:15
394:12,25
402:1 404:23
407:25
408:11
435:24
524:23 526:5
**June** 230:7
248:6 307:12
341:8,8
343:12

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

26

362:17
369:25 370:7
370:14,24
480:5
**junior** 496:22
**Justice** 308:5
**justification**
464:3

**K**

**K** 555:3
**Karen** 445:6
**keep** 235:11
296:12 333:5
**keeps** 436:1
**Kevin** 226:19
226:24
248:16 307:6
308:18 316:1
357:16 371:7
377:4
**key** 296:1
482:6
**kind** 286:21
406:15 514:4
525:13
541:15,16
**kinds** 533:9
**kmaggio@m...**
226:20
**knew** 364:14
432:10
483:15
545:18
**know** 244:17
251:2 258:14
259:7 260:4
263:10 267:1
269:5 270:5
271:8,9,18
272:14 273:7
274:4,10
282:8,10,14

283:7,17
286:13
288:17,19
289:17 292:4
292:7,9,10
292:12,14,16
292:22,23
295:14
296:10
301:20,23
302:1 304:17
305:7 306:11
313:11
327:13
329:10,19
339:3,9,20
341:8 342:10
342:12
346:24
347:18,21
348:20 349:2
349:8,19
350:18,21
354:2,5
361:22
364:24 365:2
365:24
372:16 373:3
373:16 374:7
374:22,25
375:10,18,21
375:25 376:9
376:14,17
382:13
384:23 385:5
385:25 386:2
386:7,13,19
386:24 387:1
387:13,18,24
394:4 395:4
395:9,22
397:22 402:4
402:8 403:13

404:2,12
406:8,25
407:8,22
411:8,24
415:9 419:3
420:7 421:22
425:5,15
426:22 427:7
427:10,18
429:17,23,25
430:2,24
433:5 444:25
446:3,5,7
447:14 452:4
453:24 454:8
454:12,17
458:14 460:5
460:21 462:3
463:23
466:10,13,15
466:16
468:11
469:22 471:7
472:8 477:24
478:11
480:25 481:7
481:14
484:10,12
488:25 489:2
490:17 492:5
492:6 493:3
495:21 496:2
496:19,21,24
499:15
500:20 501:1
501:25 502:5
502:9 507:13
508:2 509:3
510:9,25
511:6 512:5
512:9,17
515:21 517:5
519:2,7

522:19
527:16,20,21
533:18,22
536:22,24
537:1,5,6
538:5,15,21
541:20 542:1
542:15,19
543:17
552:23
**knowledge**
240:3,13
261:11,13
414:7,15
417:4 483:7
483:12
500:15,15
522:13
**knowledgea...**
427:1
**known** 284:24
309:21 317:3
317:13 461:3
**knows** 272:9
**KPMG** 267:11
267:14
**kwesterman...**
226:25

**L**

**L** 227:14
**la** 524:8
**label** 481:20
**labeled** 463:22
**labels** 482:3
492:6
**LANGLEY**
228:17
**language**
466:25
**large** 248:9
283:7
**larger** 523:20

**late** 550:12
**law** 236:22
294:21 308:2
425:18
**Laws** 230:16
**lawyer** 428:4
**lawyers** 246:4
247:13
294:12,15
425:10
**lay** 311:13
**leading** 550:12
**leave** 452:19
**left** 372:19
**left-hand**
540:17,24
**legal** 235:5
295:1,17,24
295:25
296:23 298:3
298:5 311:12
364:17,19
426:6 507:14
507:20
**legislation**
352:10,14
**Leon** 227:20
**let's** 283:15
284:4,5
296:8 325:9
389:8 435:15
463:2 474:10
474:10,11
518:6 521:19
535:5 540:2
541:9,10
545:3 550:24
**letter** 233:11
340:5 344:14
344:24 345:9
353:24
494:23
495:11,12,17

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

27

495:19,24
496:13 497:8
499:20
**letterhead**
495:23
**letters** 232:14
232:18 341:4
344:18
345:13
385:25
461:19
490:23 491:2
491:3 493:20
498:8
**letting** 297:13
**level** 262:9
279:10
470:17 473:2
**levied** 316:20
**lgarau@mp...**
227:23
**Liberty** 228:5
**License**
556:17
**lied** 545:15
**Lift** 232:17
335:18
**lift-stay** 554:8
**light** 353:9
**liked** 317:3,12
**limit** 534:20
**limited** 448:5,6
**limits** 532:20
532:21
**line** 234:2,10
258:4 260:18
266:15
272:16
278:18 281:2
285:20 286:9
286:25
287:21 300:1
303:25 351:1

351:21
352:15,16,22
352:24 362:4
447:18
**lines** 258:8
260:15
279:11
349:16 353:1
353:8,11
378:1 534:25
**link** 276:9
**linking** 477:19
**liquidity** 448:8
**list** 280:6
288:16 447:5
524:18
**listed** 258:4
282:19
360:11
368:20 369:2
414:20 495:4
499:24 500:3
501:17
**listen** 287:11
**lists** 278:11
523:9 524:16
**litigation**
283:18,21
295:2,19
296:2,24
313:9
**LITTERINE-...**
229:7
**little** 237:15,15
306:21 327:1
334:20
344:16
351:18
511:12
523:14,15
**Live** 283:18,20
**LiveLitigation**
235:17

**Liz** 272:15
336:3 389:9
392:2 423:20
494:10
545:15
550:13
**LLC** 227:20
229:2,15,17
553:20
**LLP** 226:4,14
227:3,11
228:4,12
229:4,10,22
229:23,24
**load** 307:4
357:18
**loaded** 395:5
**loading** 335:13
**locate** 500:7
**lockbox**
231:16,18
337:19 377:7
377:9,11,15
378:3,5,11
378:17,18,19
378:25 379:4
379:10,16,21
380:1,4,11
380:25 381:4
381:14
383:20 384:3
386:3,8,14
389:22 393:3
408:19
**log** 283:14,24
283:24
**long** 235:21
245:9,12
348:14,16
374:4,7,16
392:2 416:6
434:17 441:1
448:1 456:10

537:14 538:7
545:17
550:22 552:2
**longer** 383:9
394:11
**look** 244:12,16
244:21
247:14 253:5
257:19 261:1
274:5 277:1
277:23
278:25
303:15 304:3
314:1,9,11
314:25 315:4
316:6 324:13
324:16 325:9
329:24 330:2
335:21
340:19 341:6
356:15,23
359:11
360:24
361:13
373:14
375:20
376:18 380:5
381:14,22
382:20
389:23
392:14
402:17
409:16
419:15
425:21 436:2
438:14
440:19,20
443:10 445:4
465:12,13
474:12 480:4
492:4 493:21
495:22,23
499:22 519:5

527:17
529:12
534:19
541:10
549:16
**looked** 243:11
244:18 246:3
258:19,21
288:25 314:8
328:13,25
346:24
365:15
377:25 400:8
413:7 430:14
434:10 438:3
455:6 468:21
484:18,22
486:13
488:15,18
491:1 492:2
500:21 506:8
506:18
543:15
**looking** 258:1
264:23 267:1
284:14
303:11,12
304:6 306:10
307:3 308:22
324:8 345:25
347:4 362:14
368:13,19
392:21 395:7
399:22
403:22
405:12
408:10 433:2
440:6 455:15
458:2 463:21
465:17
474:14
481:13,18
494:17

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

28

| | | | | |
|---|---|---|---|---|
| 498:18 | 226:19 | 492:15 | 317:23 357:5 | 250:13 |
| 501:19 | **magnified** | **mapped** | 358:9 368:14 | 251:25 |
| 502:17,22,24 | 523:18 | 328:10,21 | 371:13 419:9 | 252:15,22 |
| 524:22 526:4 | **magnify** | **mapping** | 451:13 | 254:4,23 |
| 526:9,25 | 523:13 | 287:9 330:17 | 464:25 465:6 | 255:16 |
| 531:2 534:12 | **main** 277:6 | 467:23 | 480:1 488:16 | 256:14 |
| 535:3 537:22 | 410:4 413:14 | 470:11 471:6 | 491:7 493:10 | 257:17 |
| 540:13 545:6 | **MAINLAND** | 472:2,7 | 499:19 522:3 | 259:23 264:1 |
| **looks** 301:4 | 226:20 | 477:10 | 525:18 540:8 | 265:3 266:7 |
| **loosely** 328:7 | **maintained** | 478:16,21,25 | 548:19 | 267:9 268:9 |
| 422:8 506:14 | 277:5 300:18 | 479:1 482:23 | 549:12 | 268:20 |
| 521:9 | 309:2 345:13 | **March** 232:18 | **Massachuse...** | 269:12 |
| **Lopez** 292:2 | **maintains** | 340:6 392:16 | 226:11 | 270:19 271:2 |
| **lost** 359:9 | 345:17,17 | 394:13,25 | **match** 468:18 | 271:10,17 |
| 396:24 | 402:17 | 402:1 404:23 | 483:20 | 272:2 273:1 |
| 424:21 | **making** 246:21 | 408:1,11 | **matching** | 274:8 275:23 |
| **lot** 292:10 | 276:17 | 413:8,13,20 | 286:22 287:5 | 275:25 282:6 |
| 297:20 518:7 | **management** | 499:20 | 482:22 | 282:15 284:1 |
| 522:17 537:6 | 225:5,11 | 503:12 | **material** 309:9 | 284:7 286:3 |
| **Lou** 229:23 | 226:2 395:20 | 508:18 | **materials** | 287:18 288:6 |
| **lunch** 332:25 | 417:3 448:8 | 511:21 512:6 | 426:5 | 289:8 296:3 |
| | 478:13 | 512:10,16 | **matter** 236:10 | 296:8,25 |
| **M** | 533:11 | 513:24 515:8 | 242:21 298:4 | 297:6,15 |
| **M** 228:17 | 555:13 | 515:13 | 312:5 339:19 | 298:23 301:1 |
| **machine** | **manager** | 531:24 532:5 | **maximum** | 302:6,13 |
| 457:13 | 292:10,15 | 534:18 554:3 | 532:19 | 303:1,9,14 |
| 501:22,25 | **manages** | 554:9 | 533:12 | 304:9 305:6 |
| 502:6 | 449:5 | **MARCOU** | **MBA** 262:12 | 305:14 306:5 |
| **machines** | **managing** | 226:21 | **MCCONNELL** | 306:16,18,22 |
| 454:13 | 450:10 | **Marini** 227:20 | 229:17 | 311:11,22 |
| **MacKenzie** | **mandate** 379:1 | 294:17,20,22 | **McKEEN** | 313:3 315:3 |
| 264:5,15 | **mandates** | **mark** 248:3,10 | 227:14 | 317:14 |
| 447:15,20,25 | 378:25 379:6 | 273:22 298:9 | 237:14,20 | 318:16 320:1 |
| 448:11,24 | **Manges** 227:3 | 317:17 335:7 | 238:7,20 | 320:12 321:1 |
| 449:2,12,14 | 229:22,24 | 340:5 356:23 | 239:5,15,22 | 321:22 322:5 |
| 449:22 450:2 | **manner** | 357:21 371:5 | 240:6,16 | 322:13 |
| 450:5,9 | 297:19 | 371:8 389:12 | 241:6,13 | 323:22 324:6 |
| 451:10 | **manual** 284:21 | 418:10 | 242:1,18 | 324:19 326:8 |
| **Madam** 396:25 | **map** 329:11,21 | 439:12 | 243:2 245:5 | 326:17 |
| 548:8 | 339:4,7 | 464:21 499:4 | 245:21 246:6 | 327:12,23 |
| **Maestry** | 445:12 | 501:8 521:11 | 246:15 247:2 | 328:14 329:1 |
| 233:13 | 467:18 469:3 | **marked** 233:16 | 247:6 248:23 | 330:6,21 |
| **MAGGIO** | 469:10 475:3 | 274:13 | 249:12,20 | 332:13 333:1 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

29

| | | | | |
|---|---|---|---|---|
| 333:8,12 | 504:2 507:9 | 417:23 418:1 | **meant** 305:11 | 326:11 |
| 334:14 | 507:11 | 421:4,8,10 | 305:12 | **merge** 357:18 |
| 335:25 336:4 | 514:21 520:7 | 421:12 | 345:19 362:8 | 357:21 |
| 339:2 345:15 | 525:22 | 432:12 | 362:21 363:9 | 358:11 |
| 346:7,15 | 527:13 | 435:14 | 363:16 | **merged** |
| 352:12 | 533:17,25 | 436:23 | 364:14 | 358:17 |
| 354:16 | 537:9,13 | 447:19 | 375:14 | **MERVIS** 226:8 |
| 357:24 365:1 | 543:22 | 456:14 | 380:10 | **message** |
| 367:7,11,17 | 544:20 545:3 | 464:14 477:6 | 393:21 | 527:21 |
| 376:23 | 545:18 | 477:9,10 | 421:23,25 | **met** 433:9,11 |
| 379:18 381:2 | 546:12 | 479:3 481:5 | 432:13 | 435:3 |
| 383:4,11 | 547:18 | 485:10,11,17 | **Medicaid** | **method** |
| 384:1,4 | 548:10,14,17 | 506:21 | 282:4,5,11 | 468:16 |
| 387:17,23 | 550:7,21 | 507:11 | 400:11 | **MetLife** 229:11 |
| 388:6,18 | 553:2,7 | 516:17 | **meet** 551:23 | **MICHAEL** |
| 389:4 391:16 | 554:12 | 524:10 | **Melendez** | 226:8 |
| 392:3,5 | **McKeene** | 528:10 | 549:18,21 | **Micheletto** |
| 398:18 399:8 | 230:4 | 536:12 | **member** | 229:25 235:4 |
| 401:4 408:16 | **mean** 238:13 | 539:18 | 305:19 449:2 | **middle** 308:24 |
| 409:7 412:19 | 239:20 264:6 | 544:12 | 470:10 | 491:15 |
| 423:21 | 265:2 279:11 | **meaning** | **memorized** | **Milbank** |
| 426:16,24 | 286:16 | 341:13 343:7 | 260:2 | 226:14 |
| 428:8 430:6 | 288:14 302:4 | 344:24 | **memory** 484:5 | 229:23 236:8 |
| 430:21 431:9 | 302:12,15 | 363:17 | 484:9 525:5 | **Miller** 226:22 |
| 431:18 434:1 | 303:7 310:15 | 373:16 | **Memphis** | 230:3 234:3 |
| 434:13 | 321:4,23 | 397:21 | 228:19 | 234:11 236:6 |
| 438:17,21 | 341:11 342:3 | 398:11 | **mentioned** | 236:8 237:21 |
| 441:15 | 343:21 | 404:22 | 247:17 253:4 | 238:11 239:1 |
| 442:16 | 344:17 | 457:16 | 258:18 262:3 | 239:8,19 |
| 443:22 444:6 | 349:23 350:7 | **means** 239:23 | 268:3 285:10 | 240:1,10,19 |
| 444:12,21 | 350:9 353:8 | 261:7 279:20 | 291:21 294:6 | 241:10,17 |
| 452:3,16 | 364:2 367:2 | 279:21 | 294:22 299:1 | 242:3,23 |
| 457:16 | 368:16 | 280:24,25 | 314:24 | 243:5 245:16 |
| 459:13,21 | 374:12,18 | 299:19 | 330:18 331:5 | 246:1,9,18 |
| 460:11,16 | 380:17 387:9 | 300:25 301:3 | 353:1 363:4 | 247:3,11 |
| 463:7 464:10 | 393:12 394:2 | 302:17 304:7 | 369:10,16 | 248:2,16,18 |
| 467:21 | 396:8 397:3 | 304:18 305:5 | 402:16 | 249:3,15,23 |
| 470:14,24 | 397:18 | 343:6 354:1 | 405:18 | 250:17 |
| 471:8,24 | 398:10,15,23 | 366:7 386:19 | 414:25 | 251:12,23 |
| 478:7,19 | 398:25 399:5 | 400:2 421:5 | 466:24 | 252:2,19 |
| 483:1,18 | 399:6,11,20 | 454:24 | 468:22 | 253:1 254:8 |
| 485:16 494:1 | 401:1,10,20 | 495:16 | 487:22 | 255:1,18 |
| 494:5,13 | 415:3,9,14 | 516:20 | **mentions** | 256:15 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

30

| | | | | |
|---|---|---|---|---|
| 257:18 260:3 | 323:25 324:7 | 409:15 | 486:1,17,23 | 344:12,25 |
| 263:20 264:3 | 324:20 | 411:23 | 489:9 490:16 | 345:1,4,8 |
| 265:5 266:2 | 326:13,21 | 412:24 | 491:10 492:9 | 346:5,13 |
| 266:10,17 | 327:15 328:3 | 414:11 | 493:1 494:3 | 351:13 352:5 |
| 267:13 268:5 | 328:18 329:3 | 416:18 418:9 | 494:6,15,16 | 352:6 353:2 |
| 268:14,21 | 329:9 330:11 | 418:14 422:2 | 499:8 502:8 | 354:11,20 |
| 269:15 | 331:1 332:15 | 422:11 | 504:4 507:10 | 370:1,8,16 |
| 270:22 271:6 | 333:4,11,13 | 423:19,23,24 | 507:16 508:1 | 370:18,25 |
| 271:13,19 | 333:21 334:6 | 424:10,24 | 513:17,21 | 373:5,17 |
| 272:13,15,21 | 334:7,25 | 425:19 | 514:18,22 | 374:23 375:1 |
| 273:5,12,14 | 335:7,12 | 426:12,20 | 515:1 517:17 | 375:19 |
| 274:3,11 | 336:2,10,23 | 427:3 428:2 | 517:21 | 376:12,15 |
| 275:18,23 | 339:6 340:4 | 428:14 | 520:11 | 377:17,22 |
| 276:1,10 | 340:11,14 | 430:13,22 | 521:10,17 | 382:5,10 |
| 280:15 282:1 | 345:20 346:8 | 431:10 432:1 | 522:1 523:8 | 383:18,24 |
| 282:12,17,21 | 346:20 | 432:3,19 | 525:6,11,15 | 385:4,5 |
| 282:25 283:5 | 352:17 | 433:1 434:6 | 525:23 526:1 | 388:5,11,14 |
| 283:11,25 | 354:17 | 434:16,21 | 527:8,14 | 388:24 389:1 |
| 284:4,13 | 356:22 357:3 | 435:4 436:18 | 533:21 534:7 | 390:6 391:1 |
| 286:5 287:22 | 357:16 358:5 | 437:13 | 537:11,16,18 | 391:10 |
| 288:13 289:4 | 358:6,15,22 | 438:12,19 | 539:10 540:7 | 392:25 |
| 289:13 296:4 | 365:4,9 | 439:2,11,21 | 543:14,24 | 403:21 404:6 |
| 296:16,22 | 366:22 | 441:17,19 | 544:24 545:5 | 408:13,18,24 |
| 297:1,9 | 367:18 | 442:19 444:1 | 545:15,20 | 409:4,9,10 |
| 298:1,9,13 | 368:12 371:7 | 444:9,15,24 | 546:15 547:6 | 409:13 410:8 |
| 299:2 301:6 | 371:12 375:9 | 445:4,10 | 547:15,21 | 411:1 413:2 |
| 302:10,16 | 375:24 376:6 | 450:23 452:7 | 548:3 550:11 | 414:20 |
| 303:5,17 | 377:3,5 | 452:17 | 550:24 551:6 | 440:15 |
| 304:16 305:1 | 379:14,22 | 457:18,22 | 552:5,10 | 456:25 458:6 |
| 305:10,17 | 381:6 383:7 | 459:17,23 | 553:5 | 485:20 508:6 |
| 306:2,9,24 | 383:13,14 | 460:3,13,19 | **million** 300:16 | 528:25 |
| 307:6,9 | 384:2,11 | 462:17 463:2 | 311:24 | 529:23 |
| 308:17,19 | 387:12,20 | 463:10,16 | 312:14,17,18 | 532:14,23 |
| 310:13 | 388:1,9,21 | 464:13,20,24 | 312:23 | 533:15 |
| 311:17 312:1 | 389:7,12,16 | 468:1 470:19 | 313:13,14,15 | 535:13,23 |
| 312:16 313:6 | 390:12,20,22 | 471:4,13,21 | 313:17 | 536:21 538:2 |
| 315:8 316:1 | 391:18,25 | 472:1 473:4 | 314:14,22 | 538:8,16,23 |
| 316:5 317:11 | 392:4,6,12 | 473:20 | 316:19 | 539:9,13 |
| 317:17,21 | 396:16,25 | 475:14 478:8 | 318:14,25 | 541:24 543:4 |
| 318:21 320:4 | 397:5,24 | 478:23 | 331:20 332:1 | 544:19 |
| 320:17 321:5 | 398:22 399:9 | 480:19 | 332:4,11,20 | **mind** 238:5 |
| 321:7 322:1 | 401:7 405:5 | 481:22 482:1 | 337:20 | 245:15 |
| 322:8,24 | 408:21 | 483:5 484:1 | 338:14 344:5 | 270:16,24 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

31

| | | | | |
|---|---|---|---|---|
| 271:15 | mmervis@p... | 352:11 354:2 | 504:14,19,22 | 439:14,19 |
| 280:12 | 226:8 | 354:15 | 507:18,21 | 445:8 464:22 |
| 331:23 351:6 | moment 367:6 | 355:22 | 508:3 509:25 | 464:25 465:6 |
| 351:15 | 449:1 499:25 | 374:22 | 510:10 512:5 | 491:8 493:11 |
| 355:10 | 547:13 | 376:14 382:4 | 512:9 513:4 | 499:6 521:12 |
| 366:20 367:8 | money 249:19 | 386:9,16 | 513:8 515:11 | 522:3 540:4 |
| 385:16 | 250:2 313:9 | 387:5,6 | 517:1 528:2 | 540:5,8 |
| 396:22 397:1 | 320:6,7,8 | 394:21,23 | 528:9 531:8 | month 440:15 |
| 403:2 410:14 | 337:13 | 395:2,10,12 | 531:19 532:7 | 442:22 |
| 424:23 452:5 | 339:25 344:2 | 396:4 397:11 | 532:10,16 | 456:25 458:6 |
| 475:4 513:16 | 352:19 355:8 | 398:1,15,23 | 533:1,3 | 508:6 530:6 |
| 513:18 | 387:3 395:16 | 399:1,18 | 535:5,17,21 | 532:14 |
| 529:11 544:7 | 398:1,4,6,8 | 400:10,14,19 | 536:1,5 | 533:15 |
| mine 494:3 | 398:14 399:3 | 400:22,25 | 539:11 | monthly 436:9 |
| 522:18 | 399:6,7,11 | 401:2,9,10 | 541:21 | 437:22 |
| Minimally | 399:15,16,19 | 401:15 402:2 | 542:12,16,19 | 485:20 |
| 280:24 | 402:9,21 | 402:5 403:14 | 545:24 546:7 | 506:14 |
| minimum | 404:13 405:7 | 403:20 | 546:19 | 508:12,13,14 |
| 235:12 | 407:1,23 | 405:19 407:9 | Monitor 229:2 | 508:16,23,24 |
| minute 282:22 | 427:12 | 409:22 | 229:3 | 509:7,12 |
| 335:15 | 437:19 438:2 | 420:25 423:2 | monitoring | 510:5,21 |
| 365:10 | 443:18 451:6 | 425:12,24 | 283:19 | 511:7 512:14 |
| 389:11 | 454:3,9,18 | 426:22 428:5 | 379:12 448:7 | 513:13,23 |
| 475:16 | 454:20 461:4 | 433:15,23,23 | Monolines | 514:11 |
| 550:16,19 | 503:20 | 434:11 | 230:6 231:2 | 526:23 |
| minutes 283:9 | 504:16 | 436:13,21 | 232:2 247:24 | 528:25 |
| 333:7,7 | 507:24 511:2 | 437:1,7 | 248:10 253:4 | 532:23 533:8 |
| 383:9 463:6 | 518:14 | 444:4,18 | 274:1,14 | 535:24 |
| 463:7 547:20 | 526:16 | 455:22 | 298:11 304:2 | 536:21 |
| 550:20 552:4 | 533:22 | 456:18,22 | 304:5 308:21 | 538:17 |
| mischaracte... | moneys | 457:10,14,17 | 311:7 317:18 | 539:13 |
| 259:13 | 249:10 | 457:23,24 | 317:19 | morning 236:7 |
| mischaracte... | 277:19,21 | 458:3,4,10 | 324:13 335:8 | 319:14 |
| 326:18 | 298:21 299:1 | 459:9 460:8 | 335:10 340:5 | motion 295:11 |
| missed 294:18 | 307:25 309:1 | 461:13,15 | 340:9 349:15 | 335:17 554:8 |
| 342:24 370:3 | 311:8,19 | 462:2 480:9 | 357:1,6 | Motions |
| misspoke | 312:20,24 | 480:16 | 365:20 | 232:18 |
| 370:11 | 316:18 322:4 | 485:13,14 | 368:10,14 | Movants' |
| misstates | 322:11 | 488:3,4,7,8 | 371:10,14 | 232:18 |
| 330:6 459:13 | 333:24 334:8 | 488:20 | 377:1 378:17 | move 267:5 |
| 460:11 | 338:5,15 | 490:23 | 389:14 | 306:20 |
| misundersto... | 339:11 | 502:13 | 418:12 419:9 | 334:20 |
| 428:23 | 344:10 | 503:13,17 | 433:3 438:4 | 353:21 |

Henderson Legal Services, Inc.

Case:17-03283-LTS   Doc#:13315-25   Filed:06/01/20   Entered:06/01/20 23:07:36   Desc: Ex. 44: Ahlberg Dep. Tr. 4/23/10   Page 117 of 146

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

32

356:12 432:2
462:1,3
**moving** 338:5
367:8 458:15
543:2
**multiple** 238:4
319:17,20,24
320:24 321:9
326:6,12,15
326:23 378:9
427:21
498:19
**MUNICIPAL**
228:3
**MUÑIZ** 227:20
**MUNKITTRI...**
226:7
**Muñoz** 229:18
**muting** 235:12
**Myers** 227:11
294:17

**N**

**N** 226:1 227:1
228:1 229:1
333:18,18,18
**N.A** 230:22
318:3
**name** 235:3
292:3 294:20
341:24 342:3
359:17
360:20,21
361:23
362:12,22,24
363:2,4,5,17
363:23 364:2
364:14,23
365:2,7
368:7,15,17
368:17,20,22
368:25 369:9
369:16

395:25 396:1
419:4 449:3
465:24
477:12 481:4
482:17,20
484:24
495:13,16
498:24 499:1
520:24,24
524:11,13,16
536:23,25
537:4,5,7
541:7 549:18
549:25
553:21,21
**name's** 254:18
**named** 291:22
482:19 484:6
519:21
**names** 361:8
472:17,19
473:15 474:2
474:3 476:4
477:20
491:12,17
493:4,7
**Napoli** 450:6
450:13,17,21
451:4
**Napoli's** 450:8
**narrow** 287:12
**narrower**
508:4
**Nashville**
228:14
**Natbony** 228:7
236:25 283:6
283:7 341:10
**NATIONAL**
227:2
**nature** 285:16
326:25
330:12,14

351:22
405:10
460:23 546:7
546:19
552:17
**Nayuan** 229:19
553:12,18
**necessarily**
411:15
447:14
**necessary**
358:21
433:15
435:18,22
**need** 242:14
253:5 255:19
257:13
306:15 334:3
340:22
348:22
357:12 363:8
374:20 397:5
426:4 427:10
434:17
459:15,17,18
459:19 463:3
474:1 492:15
522:18
**needed** 433:13
**needs** 242:20
278:22
**neither** 392:18
**never** 286:13
286:19,19
326:14
406:10 439:4
446:3 451:2
471:5
**new** 226:6,6
226:15,15
227:5,5
228:5,5
229:6,6,12

229:12 441:6
527:11
**Newport**
227:12,13,16
227:17
**news** 382:18
**nice** 537:13
**night** 553:15
**Non-Debt**
505:21
**non-General**
278:11,14
279:5,8
280:4
**non-GF** 279:12
**Non-Rum**
384:15
**noncash**
250:22
**noncontrov...**
507:18
**nondotted**
352:16
**nonresponsi...**
432:2
**noon** 441:6
442:23
**normal** 377:22
381:3
**notarial**
556:10
**NOTARIZAT...**
557:13
**notary** 555:5
**notation** 346:2
346:11
**notations**
461:17
**note** 312:11
323:10
390:10
**noted** 413:3
462:13

554:21
**notes** 230:11
474:1
**notice** 231:18
389:22
**noticed** 423:21
**noting** 369:9
369:16
**November**
361:1,2,16
455:16 456:1
474:13
502:24 527:1
527:18
528:13,17
529:9,17
530:7,14,24
545:7
**Noya** 233:11
**number** 230:6
231:1 232:1
233:1 260:19
286:22 287:4
287:15 288:5
288:9 289:2
310:11,14,15
316:7 320:22
322:15,15,17
322:20,21
327:5 346:3
346:11 351:3
360:3 373:7
376:13,16
378:22 387:2
442:20 447:4
466:9 473:8
473:13,23
474:4 476:9
479:17 492:1
493:18 495:4
498:24
511:11
523:10 524:8

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

33

| | | | | |
|---|---|---|---|---|
| 540:14,14 | 321:22 | 306:5 312:12 | 436:15 437:9 | 319:22 |
| 543:15 | 324:19 339:2 | 313:3 315:3 | 438:6,17,22 | **occasion** |
| **numbered** | 345:15 | 317:7,14 | 441:15 | 477:5 |
| 231:15 422:9 | 366:17 | 318:16 320:1 | 442:16 | **occasionally** |
| **numbers** | 408:16 | 320:12 321:1 | 443:22 444:6 | 244:16 |
| 230:15,19,22 | 546:12 | 321:2,6 | 444:12,21 | 247:18 |
| 231:4,6,21 | 550:11 | 322:5,13 | 450:19 452:3 | **occupancy** |
| 232:6,9,13 | **objected** | 323:22 324:6 | 452:16 | 232:11 |
| 232:16,19 | 367:12 | 326:17 | 459:13 | 419:21 |
| 233:6 238:9 | **objection** | 327:12,23 | 460:11,16 | 420:16,21 |
| 238:13,14 | 238:20,22 | 328:14 329:1 | 462:14,23 | 421:5 423:3 |
| 252:3,6,14 | 239:5,15,22 | 330:6,21 | 464:10 | 424:1,5,8,16 |
| 252:17,21 | 240:6,16 | 332:13 | 467:21 | 433:6 435:1 |
| 276:17,18,20 | 241:6,7,13 | 334:14 | 470:14,24 | 438:25 439:4 |
| 276:22 277:1 | 242:1,18 | 336:22 346:7 | 471:8,24 | 441:4,8 |
| 287:6 288:10 | 243:2 245:21 | 346:15 | 472:22 | 442:25 443:2 |
| 288:16 306:8 | 246:6,15 | 352:12 | 473:17 475:9 | 452:1 458:5 |
| 321:13,21,24 | 248:23 | 354:16 | 475:10 478:7 | 458:15 |
| 322:3,11 | 249:12,20 | 357:20,25 | 478:19 | 459:10 460:5 |
| 328:10,22 | 251:8,20,25 | 365:1 367:14 | 480:18 483:1 | 460:21 461:6 |
| 372:18 474:2 | 252:15,22 | 375:4,17 | 483:18 | 463:25 |
| 477:20 | 254:4,23 | 376:2,23 | 485:16 489:5 | 465:25 488:4 |
| 523:15 | 255:16 | 379:8,18 | 490:8 492:8 | 488:8 502:14 |
| **nzt@mcvpr....** | 256:14 | 381:2 384:1 | 492:24 502:4 | 503:4 504:25 |
| 229:20 | 257:17 | 384:4 387:8 | 504:2 507:9 | 505:3,6,9,13 |
| | 259:23 | 387:17,23 | 507:10,15 | 505:16,19 |
| **O** | 263:16 264:1 | 388:6,18 | 520:7 527:4 | 508:4 509:11 |
| **O** 333:18,18,18 | 265:3,21 | 389:4 390:11 | 527:13 | 510:5,21 |
| 555:3,3 | 266:7 268:9 | 390:13,19 | 533:17 | 511:7 512:14 |
| **o'clock** 333:6 | 270:19 271:2 | 391:16 | 534:10 537:8 | 513:13,23 |
| 333:6 | 271:10,17 | 398:18 399:8 | 537:9 543:11 | 514:11,14 |
| **O'Melveny** | 273:1 274:8 | 401:4 405:1 | 543:22 | 515:4 516:18 |
| 227:11 | 280:13 | 409:7 411:17 | 547:11 553:2 | 517:13 |
| 294:16,22 | 281:22 282:6 | 412:19 | **objections** | 518:19 |
| **oath** 235:24 | 282:15 286:3 | 414:10 | 273:3 297:1 | 528:11,15,18 |
| 236:17 552:7 | 287:19 288:6 | 416:17 422:1 | 311:22 326:8 | 529:3,14,18 |
| **object** 238:7 | 288:24 289:8 | 422:5 424:20 | 367:9 534:1 | 530:19,20 |
| 245:5 250:13 | 297:4,5,13 | 425:14 426:8 | **obligation** | 538:17 |
| 265:22 267:9 | 298:23 301:1 | 426:16,24 | 352:11 | 539:14 543:2 |
| 268:20 | 302:6,13 | 428:1,8 | **obtain** 554:7 | 543:9 544:2 |
| 269:12 272:2 | 303:1 304:9 | 430:6,21 | **obtained** | 544:15 |
| 297:24 | 304:22 305:6 | 431:9,18 | 279:13 418:8 | **occupation** |
| 311:11 | 305:14,23 | 434:1,13 | **Obviously** | 292:18 |

Ahlberg, Timothy H. - Vol. II

April 23, 2020

34

| | | | | |
|---|---|---|---|---|
| **occupy** 262:20 | 268:16,22 | 327:7 328:8 | 376:7,22 | 424:11,25 |
| **occurred** | 270:2 274:12 | 329:19,24 | 377:3,14 | 425:10,20 |
| 404:25 405:3 | 274:22 275:7 | 330:16 331:6 | 378:4,15 | 426:2 427:10 |
| **occurs** 404:17 | 275:14,19,22 | 332:9,22 | 379:2,15,23 | 427:20 428:3 |
| **office** 549:25 | 276:1,20,25 | 333:4,4,8,10 | 380:15,21 | 428:22 429:1 |
| 549:25 550:3 | 277:13,18,23 | 333:11 334:6 | 381:7,13,22 | 429:17,25 |
| 550:4 | 278:7 279:1 | 334:6,23 | 382:3,7,13 | 430:14 432:1 |
| **officer** 496:9 | 280:16 281:1 | 335:21 336:7 | 383:13,23 | 432:19 433:2 |
| 496:13,23 | 281:10 | 337:3,12 | 384:12,17,23 | 434:7,18 |
| **offices** 348:23 | 282:13 283:1 | 338:4,11,22 | 386:19 | 435:8,12,15 |
| **official** 229:9 | 283:3,4,25 | 339:23 340:4 | 387:13 388:2 | 436:8 438:13 |
| 271:24 | 284:4 285:3 | 340:15 341:1 | 389:8,17,21 | 439:11 440:7 |
| 272:24 274:5 | 285:7 287:12 | 341:6,17 | 389:25 390:5 | 440:11,18,18 |
| **oh** 254:15 | 289:23 290:2 | 342:2,6,10 | 390:20 | 440:19 442:1 |
| 282:21,22 | 290:3,22 | 343:4,15 | 391:25 392:4 | 442:10,20,20 |
| 415:7 441:17 | 291:14 | 344:7 345:12 | 392:13,21 | 443:6 444:2 |
| 447:2 453:11 | 292:12,19,22 | 345:21 346:1 | 393:5,11,25 | 444:2,2,25 |
| 494:20 525:3 | 292:25 | 347:1,6 | 394:17 395:9 | 446:22 |
| 540:2 | 293:22 | 349:8,14 | 395:22 | 447:22,24 |
| **okay** 234:3 | 294:18,25 | 351:6,17 | 396:22 398:5 | 448:9,16 |
| 237:12,13 | 295:5,14 | 352:8,23 | 400:7,13,23 | 449:17,19,20 |
| 238:2,3,12 | 298:8 299:3 | 353:21 | 401:12,24 | 450:8,12 |
| 238:16 239:9 | 299:22,24,24 | 354:10 355:4 | 402:8,20 | 451:13,13,18 |
| 240:2,20 | 300:8,23 | 355:22 356:2 | 403:13 404:2 | 451:21 452:8 |
| 241:4,11 | 301:15,20 | 356:11,22 | 405:16,19 | 452:13 453:5 |
| 242:4,16 | 302:4,11 | 357:4 358:5 | 406:25 407:8 | 454:1,8,21 |
| 243:25 | 303:6 304:1 | 358:7,14,15 | 407:15,19 | 455:5,9,15 |
| 244:25 245:2 | 304:4,17 | 359:4,8,11 | 408:7,22 | 455:22 456:3 |
| 246:2,10 | 306:14,25 | 359:17,25 | 409:6,16,21 | 456:22 457:2 |
| 248:3 249:8 | 307:1,2,8 | 360:2,18,23 | 410:2,7,19 | 457:5,14 |
| 249:16 251:3 | 308:9,17 | 361:10,13 | 411:13,24 | 458:3,14 |
| 252:8,20 | 309:23 | 362:3,5,14 | 412:8 413:6 | 460:20 |
| 253:3,14,18 | 312:24 313:7 | 362:20,25 | 413:19,25 | 461:22 462:1 |
| 254:12 | 314:11,25 | 363:6,13 | 414:6 415:7 | 463:2,5,10 |
| 255:12 258:1 | 315:9,16,21 | 364:1 366:6 | 415:11 416:1 | 464:20 |
| 259:9,15,20 | 316:6,13 | 366:11 368:1 | 416:15 418:9 | 465:10,17,21 |
| 260:15,25 | 317:12,22 | 368:13 369:3 | 418:9,25 | 466:2,22 |
| 261:10 262:5 | 319:6 320:23 | 369:8,21 | 419:5,8,15 | 468:17 |
| 263:10 264:4 | 321:17 | 370:5,21 | 420:14 | 469:18 471:5 |
| 264:16,23 | 322:25 | 371:5,13,18 | 421:24 | 471:14 472:8 |
| 265:12,18 | 324:11,25 | 372:4,12,19 | 422:12,23 | 472:14,20 |
| 266:3,18 | 325:4,9 | 373:3,12 | 423:2,6,16 | 473:21 474:6 |
| 267:5 268:2 | 326:22 327:3 | 374:4 375:10 | 423:19,23,25 | 474:12,14 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

35

| | | | | |
|---|---|---|---|---|
| 475:3,15 | 517:1,8,11 | **one-time** | 542:17,21 | **original** 358:2 |
| 477:15 478:4 | 517:22 518:6 | 349:23 350:8 | **operationally** | 364:13 |
| 479:19,23 | 518:9,23 | 350:9,10 | 478:3 | 495:23 |
| 480:8,16,25 | 519:2,8 | 353:12,15,18 | **operations** | **ORRICK** 229:4 |
| 481:13,17,22 | 520:12 | 353:25 538:2 | 505:20 | **outcome** |
| 482:2,9,9,13 | 521:10 522:2 | **ones** 237:2 | **opine** 279:18 | 556:8 |
| 482:21 483:6 | 522:14 523:9 | 298:6 417:3 | **opinion** | **outflow** 277:17 |
| 483:14 484:2 | 523:22 524:2 | 537:22 | 238:18 | 285:11,17,19 |
| 484:12 486:2 | 524:6,13,18 | **online** 276:2 | 507:20 | 289:12,16 |
| 486:11,12,24 | 524:22 | **open** 236:13 | **opinions** | 354:21 413:1 |
| 487:12,17,24 | 525:22,23 | 527:10 552:7 | 492:19 | 414:1 461:17 |
| 488:19 | 526:2,20,25 | **opening** 231:7 | **opposed** | 462:20,22 |
| 489:10,15 | 527:9,15,23 | 358:13 359:7 | 380:13 | 505:21 514:9 |
| 490:21 491:5 | 528:6 529:2 | 484:19 | 381:11 | 514:13 |
| 493:10,17 | 529:22 530:3 | 499:13 520:2 | **opposing** | 542:23 543:8 |
| 494:17,22 | 530:11,16 | **operate** | 235:13 | 543:20 544:1 |
| 495:2,6,10 | 531:7,13,23 | 304:13 | 367:14 552:9 | 544:13 |
| 495:19 496:5 | 532:10,16,25 | **operated** | **opposite** | **outflows** |
| 496:12,18,21 | 534:8,12,12 | 483:3 | 250:23 | 285:13 286:1 |
| 497:9 498:5 | 534:22 535:3 | **operating** | **opposition** | 286:6,8,11 |
| 499:1,4,15 | 535:17,21 | 370:20 | 295:10 | 286:23 287:2 |
| 499:19 500:4 | 536:5,12,17 | 410:12 459:2 | 335:16 | 287:13 288:4 |
| 500:9,14,19 | 536:22 537:5 | 459:4 488:20 | **option** 302:21 | 288:7,8,21 |
| 501:7,17,19 | 537:24 538:6 | 489:1,3 | **orange** 342:11 | 289:6,9,14 |
| 501:21 | 538:7,15 | **operation** | **order** 225:15 | 289:18 290:6 |
| 502:17,22 | 539:16 | 353:3 | 244:23 253:6 | 290:13,20 |
| 503:3,10,19 | 540:14,21 | **operational** | 293:10 | 356:15,18 |
| 503:23 504:9 | 541:9,11,14 | 284:23 | 307:25 | 410:24 412:4 |
| 504:14,18,22 | 542:10,15,25 | 319:15 | 427:11 | 413:9 414:7 |
| 505:2,12,16 | 543:25 | 349:21 | 441:13,23 | 414:16 543:7 |
| 506:1,6,13 | 544:25 545:3 | 351:25 352:7 | 443:15 554:3 | 545:9 |
| 506:19,23 | 545:6 547:7 | 353:3,6,9,14 | 554:9 | **outlines** |
| 507:7 508:9 | 547:15,21 | 353:19,20 | **orders** 354:13 | 379:16 |
| 508:13,14,23 | 549:9 552:19 | 354:6 379:21 | **ordinary** | **outposts** |
| 509:3,6,16 | 552:23 553:5 | 393:22 | 244:15 | 459:1 |
| 509:21,25 | 553:5,22,24 | 402:18 | 247:19 | **output** 348:7 |
| 510:4,16,20 | **old** 525:12 | 407:11 410:4 | 258:22 | 374:15 |
| 510:25 511:5 | **once** 285:8 | 411:4,7 | 377:12,16 | **outside** 269:23 |
| 511:12,23 | 306:11 354:5 | 413:14,17,21 | 379:3 380:7 | 272:7 282:6 |
| 512:25 | 411:18,19 | 426:21 427:8 | 380:8,16,22 | 314:23 |
| 514:17,21 | 458:24 | 427:13 428:4 | 381:23 | 375:21 |
| 515:20 516:4 | 490:12 | 487:25 | 415:21 | 376:18 |
| 516:6,16 | **one-off** 545:12 | 541:19 | **Oriental** | |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                          April 23, 2020

36

404:25 405:4
405:8
**outstanding**
270:21,23
441:1
**overlaps**
416:10
**oversight**
225:4,11
226:2 295:10
555:12

**P**

**P** 226:1,1
227:1,1
228:1,1
229:1,1
**p.m** 333:16,20
392:8,11
463:12,15
521:21,24
547:24 548:2
551:2,5
554:19,21
**packet** 494:12
**page** 230:2,6
231:1 232:1
233:1 234:2
234:10
253:12,19
257:20 261:8
277:23 278:1
278:4,16,23
279:12 280:1
280:3 281:2
299:7,8
301:3 303:2
303:15,19,20
303:24 304:3
304:4,15,18
305:4 306:12
306:13,17
307:2 316:4

317:24 319:9
335:22 337:5
340:12 360:1
360:10,19
361:15 369:2
381:14,16
389:24
392:15 405:3
409:17
419:17 433:3
435:15
440:23
475:12
499:22 507:1
540:1 541:10
541:12
**pages** 267:6
299:6 307:7
340:20
358:19
360:24 545:8
**paginated**
494:2,4
**para** 359:16
360:17,22
**paragraph**
300:9 308:24
434:3,10,15
**parameter**
404:20
**parameters**
347:23,24
374:21
404:17
**paraphrase**
434:8
**paraphrased**
434:3
**paraphrasing**
434:5
**Park** 229:12
**part** 253:9
262:11

264:13
344:11
345:13
349:15 370:3
395:25
461:15
470:21
491:20
534:14,16
550:1,4
554:7
**participate**
264:16
**participation**
300:15 554:1
**particular**
250:2 285:3
298:22
308:15
313:24 318:9
322:12
328:10,21
330:17 346:2
366:24 402:2
405:12
429:20
462:12
463:20,25
466:5 468:19
469:3 472:2
472:9,15
473:7,13
474:15,18,22
474:25 476:6
477:8,11,11
477:19
478:16
480:11 482:4
483:16 484:6
484:13,24
494:24
539:24 542:3
543:17

**particularly**
237:2
**parties** 406:6
406:11 511:3
553:14,25
554:6 556:4
556:6
**party** 406:23
542:17
**PASLAWSKY**
226:23
**pass** 280:5
424:9 425:9
550:10
**pass-through**
278:15 279:6
279:8,20,21
279:21,25
280:8,10,17
280:18,20,21
280:24
**pass-throug...**
279:12
**passed** 440:17
**passing**
264:13
**passthrough**
278:12
**PAUL** 229:10
**pause** 282:22
334:3
**PAVEL** 227:15
**pay** 433:16
512:7,11,17
**payment**
382:14,16
384:16,22
405:24 406:2
433:9,10,13
435:17,23
437:20,21
508:8,12,13
511:25 513:2

513:13
514:11 533:8
536:21
538:17,21
549:6
**payments**
308:5 381:19
396:12 435:3
435:9,11,14
435:14,21
436:4,6,10
442:2 454:11
506:10,12,20
507:3,8,22
508:15,16,23
508:24 509:4
509:8,12
510:5,21
511:8 512:15
513:4,11,23
526:24 530:9
532:24
535:24
**payroll** 285:21
285:23
**PDF** 306:13
**peach** 342:11
**pending**
237:25
276:12 297:2
521:18
555:10
**people** 240:3
240:13 275:7
276:7 301:11
301:13
314:17 328:6
348:25 361:5
396:18
416:23
425:11
426:21,25
427:12,13,17

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                              April 23, 2020

37

| | | | | |
|---|---|---|---|---|
| 427:20,21 | 515:7,9,14 | 518:25 547:2 | 339:14 | 475:12 476:1 |
| 446:8,13 | 516:21,24 | 551:9 | 340:13 351:7 | 477:25 479:7 |
| 447:1,2,4 | 517:12,23 | **perspective** | 356:24 | 479:7,10,14 |
| 448:11,23 | 518:19 | 428:4 | 361:20 365:8 | 482:9,11,16 |
| 449:18,21 | 526:16,22 | **phone** 235:19 | 369:14,22 | 482:19 483:4 |
| 521:7 527:21 | 527:1 528:13 | 237:16,17 | 377:4 386:12 | 519:15,16 |
| **percent** 347:5 | 528:20 529:9 | 306:20 | 388:19 | **pledged** |
| **Perfect** 358:5 | 529:20,24 | 334:20 367:8 | 398:25 | 433:25 |
| **perform** | 530:7,14 | 552:1,2 | 410:15 | 507:19,21 |
| 471:11 | 531:9,11,19 | **phrase** 279:25 | 412:13 415:4 | **plus** 231:14 |
| **performed** | 532:6,12,13 | 280:11 | 418:11 | 273:16 294:7 |
| 284:22 | 535:10,19 | 313:25 | 434:20,22 | 358:2 436:12 |
| **period** 293:11 | 544:4 545:14 | 314:10 366:2 | 439:13 | 493:8 |
| 344:6,6 | **periodically** | 369:1 | 444:13 452:6 | **point** 238:2 |
| 348:10 353:6 | 235:19 | **phrased** | 457:20 461:9 | 319:23 |
| 369:25 370:7 | 258:21 | 289:18 | 464:21 466:7 | 370:21 |
| 370:24 | **periods** | **phrasing** | 469:7 474:11 | 382:24 |
| 379:16 | 433:10 528:2 | 331:23 | 476:20 488:6 | 403:24 |
| 394:12,24 | 528:23 | 386:23 | 491:7 499:25 | 404:21 |
| 395:11 396:3 | 530:24 | **physically** | 508:21 513:6 | 437:19 439:3 |
| 397:10 398:2 | **person** 240:8 | 349:1 | 513:18 | 452:9 458:17 |
| 402:1,10 | 427:7 450:4 | **PIETRANTONI** | 521:11 525:7 | **pointing** |
| 403:3 404:14 | 557:21 | 227:20 | 530:17 | 304:14 |
| 404:18,25 | **personal** | **Pinnacle** | 537:17 539:5 | **points** 343:9 |
| 405:4,8,14 | 240:12 | 228:13 | 546:16 | **policyholders** |
| 407:3 408:1 | 270:12 367:1 | **place** 226:10 | 548:15,16 | 507:21 |
| 408:4,6,11 | 367:24 | 228:13 | 549:10 | **Ponce** 227:20 |
| 410:3 412:10 | 483:12 | 270:17,24 | **pledge** 232:3 | **Poplar** 228:18 |
| 413:6,7,12 | **personally** | 271:14 333:3 | 232:11 | **Popular** |
| 413:19 414:2 | 274:21,24 | 383:5 447:19 | 439:15 440:3 | 409:25 |
| 414:12 424:7 | 349:4 418:19 | 527:2 | 440:9,12,13 | 410:20,21 |
| 425:8 439:6 | 429:9 430:9 | **plan** 544:23 | 440:21 441:3 | **portion** 308:24 |
| 440:16 455:6 | 431:12 | **please** 235:16 | 441:11,21 | **portions** |
| 455:25 456:9 | 445:16 | 248:17 | 443:3,12,20 | 243:23,25 |
| 456:20 458:1 | 463:21 | 253:19 | 444:19 457:1 | 248:21 249:5 |
| 458:11 469:1 | 466:24 | 266:11 | 457:3 463:20 | 249:10 |
| 503:3,8,13 | 467:23 | 267:25 | 463:22 464:1 | **position** |
| 504:16,19,23 | 469:20 471:5 | 273:13,23 | 464:4 465:25 | 237:16 |
| 505:5,8,13 | 471:11,18 | 278:16 303:9 | 466:6,11,14 | 262:21 |
| 508:18,19 | 472:6 489:20 | 307:7 308:18 | 466:15,17,21 | 272:24 274:6 |
| 509:14 510:1 | 489:24 | 310:9 312:12 | 466:25 467:6 | 292:4,7 |
| 510:23 511:9 | 499:12 | 316:3 335:9 | 472:10,13 | 363:1 447:15 |
| 512:20,23 | 500:23 | 335:24 336:9 | 474:23 | 449:11 450:9 |

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

38

| | | | | |
|---|---|---|---|---|
| 482:10 | 355:23 | 245:18 | presented | 338:15 339:1 |
| 496:25 | prefer 465:15 | 273:17,18 | 271:5 405:3 | 339:12,18 |
| positioned | 495:22 | 274:20 275:2 | 417:22,24 | 340:1,8 |
| 479:20 | preparation | 291:23 | 485:24 | 341:13 342:9 |
| positioning | 243:21 244:4 | 293:23 328:8 | preserved | 347:14,22 |
| 479:17 | 244:19 | 328:19 | 554:8 | 348:7,9,21 |
| positive 262:2 | 247:16,21 | 336:25 337:1 | presumably | 349:5,21 |
| 347:5,16 | 258:20 260:1 | 341:2 372:8 | 517:3 | 352:1,7 |
| 348:24 | 264:12 273:9 | 380:18 | pretty 259:16 | 354:6 359:23 |
| 373:10 380:4 | 293:1,2 | 381:24 | 322:7 467:13 | 363:9 364:10 |
| 385:8 386:17 | 330:15 | 418:16 | 516:7 | 364:21,21,24 |
| 406:7 420:11 | 336:16 377:8 | 445:23 | previous | 368:18 |
| 434:4 454:5 | 377:10 | 468:14 548:7 | 251:10,22 | 369:12,18 |
| 454:15 468:4 | 450:22,25 | presence | 411:25 | 373:1,23 |
| 473:19 | 451:11 | 555:21 | previously | 381:24 387:2 |
| 480:23 | 466:18 467:2 | present | 233:16 236:1 | 387:7 388:14 |
| 481:16 | 469:5 471:1 | 229:21 | 257:25 | 388:25 390:9 |
| 495:18 | 475:5,22,23 | 390:15 | 267:18 | 391:2,12 |
| 510:14 517:5 | 478:13 | 409:19 410:3 | 326:24 | 396:4 397:12 |
| 520:8 534:11 | prepare | 412:10,18,22 | 362:21 396:6 | 398:16 403:8 |
| 539:8 | 244:23 | 414:3,17 | 397:15 399:1 | 410:8,12 |
| possible | 274:24 275:5 | 449:10 455:7 | 400:8 408:8 | 422:10 |
| 322:17 | 294:1 340:8 | 455:10 | 440:6 461:12 | 462:10 |
| 351:16 411:8 | 340:18 | 531:17 | 488:15 | 467:10,12,15 |
| 545:11 | prepared | 534:15 544:4 | 510:12 | 467:18 |
| possibly | 251:3,15 | 544:12 | 531:20 | 468:18 469:4 |
| 296:20 | 253:21 254:6 | presentation | 534:17 536:2 | 469:10,12,19 |
| post 262:8 | 255:5,7,14 | 293:9 315:6 | 543:7 548:18 | 470:12 471:6 |
| postsecond... | 255:24 256:3 | 351:15 | 549:11 | 472:14,16 |
| 323:14 | 256:7,19,21 | 367:25 368:6 | PRIFA 231:5 | 475:16,19 |
| potentially | 256:25 257:5 | 376:19 395:8 | 290:2 291:7 | 479:24 480:8 |
| 374:15 | 257:9,11 | 403:3 411:2 | 291:12,19,24 | 481:18 |
| 394:16 427:6 | 266:19,21 | 414:20 | 292:5,8,11 | 492:17 |
| 464:17 | 275:8 312:21 | 417:22,25 | 298:15,17,21 | PRIFA's |
| PowerPoint | 339:5,22 | 418:3 429:16 | 298:25 306:8 | 341:24 342:2 |
| 466:8 | 446:23 | 431:25 | 308:13 | 353:2,19 |
| PR 359:16 | 451:21 462:9 | 438:10 439:9 | 309:13,15,19 | 362:22,23 |
| 360:17,22 | 469:11 | 449:8 466:8 | 312:6,21 | 363:2,4,4,5 |
| practice 424:7 | 476:24 | 508:20 525:2 | 322:16,23 | 363:17,23 |
| 428:12,16 | 510:18 | 540:1 | 327:6,17 | 364:1,14,23 |
| precisely | 549:13,15 | presentations | 330:9 334:13 | 365:2,7 |
| 515:22 | preparing | 264:9,17 | 335:17 337:6 | 368:7,15,17 |
| preclude | 244:20 245:2 | 329:7 | 338:6,8,12 | 368:20,22,25 |

Henderson Legal Services, Inc.

202-220-4158                              www.hendersonlegalservices.com

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

39

| | | | | |
|---|---|---|---|---|
| 369:9,16 | proceed | 538:13 | 266:23 276:9 | 480:10,14 |
| PRIFA_STA... | 235:25 283:1 | 541:22,25 | **Puerto** 225:1,5 | 522:24 |
| 231:17 | 283:4 373:20 | 542:6,13,24 | 225:8,12,14 | 523:24 |
| PRIFA_STA... | **proceeds** | **programming** | 226:2,3 | 548:24 |
| 231:14 | 300:2 312:23 | 347:25 | 227:10,21 | 549:14 |
| PRIFA_STA... | 344:23 | **project** 447:8 | 229:18 | 555:12,13,14 |
| 233:14 | 346:19 | 448:17 | 230:16,18,21 | **pull** 273:12,21 |
| PRIFA_STA... | 377:19 | **PROMESA** | 232:4,7,10 | 275:3 276:2 |
| 231:19 | 411:19 | 225:4,10 | 233:14 240:4 | 302:24 304:2 |
| PRIFA_STA... | 457:13 | **promise** 525:9 | 240:14 248:4 | 347:14 348:5 |
| 231:8 | 501:22 502:1 | **proportional** | 253:21 254:6 | 365:5 445:6 |
| PRIFA_STA... | 512:2,20 | 530:4,4 | 255:6,8,15 | 474:8 475:15 |
| 231:11 | **process** | **Proskauer** | 255:25 256:4 | 489:20 491:5 |
| **PRIFAS** | 348:17 374:8 | 226:4 294:17 | 256:8 257:5 | 525:6,16 |
| 236:11 | 429:12 | 294:19,23 | 257:12 266:4 | 537:16 |
| 238:15 | 430:10 | **PROTECTIVE** | 291:8 300:4 | 539:25 541:9 |
| **primary** | 484:16 | 225:15 | 300:17,20 | 548:15 |
| 410:12 | 492:11 493:7 | **proved** 557:20 | 305:22 309:3 | **pulled** 378:6 |
| **principal** | 551:8,12,17 | **provide** 275:4 | 309:7,11 | 541:12 |
| 435:23 | 552:12,16,18 | 293:22 | 310:2,6,11 | **pulling** 276:7 |
| 536:13 | 552:22 | 361:21 | 310:18,19 | 429:13 |
| **principally** | **processes** | 400:24,24 | 311:3,8,10 | 439:24 440:1 |
| 316:18 448:4 | 551:10 | 425:16 | 311:20 313:2 | 494:20 |
| **principles** | **processing** | 441:12,22 | 313:21,25 | 537:24 |
| 262:18,19 | 374:12 | 443:14 | 314:2,20 | **purpose** |
| **prior** 358:4 | **produce** 391:6 | **provided** | 315:11 316:9 | 264:21 |
| 381:10 408:9 | **produced** | 287:17 293:9 | 316:16,21 | 359:18 |
| 412:6 413:6 | 316:21 | 406:13,16,18 | 317:6 318:1 | 539:24 |
| 433:10 | 430:15 431:2 | 485:8,11 | 318:25 | **purposes** |
| 500:10 | 432:16 490:5 | 493:20 501:9 | 325:16 327:9 | 308:1 321:20 |
| 517:23 | 494:8,11 | **provides** | 327:10,19 | 323:9,11,21 |
| **priority** 441:13 | **produces** | 433:4 440:24 | 331:7,17 | 338:17 352:1 |
| 441:23 | 391:4 | **provision** | 332:12 | 352:7 353:3 |
| 443:16 | **production** | 299:24 | 335:17 | 353:6,9,19 |
| **privileged** | 234:1,4,12 | **public** 227:2 | 337:14 | 375:22 |
| 245:24 | 432:20 | 266:19,21,24 | 338:18 | 376:19 396:7 |
| **pro-** 443:13 | 486:14,18 | 305:13,16,19 | 339:12 | 396:8,9 |
| **probably** | 489:22 | 305:20,20,25 | 439:16 442:3 | 397:16,17,19 |
| 357:14 372:2 | 497:15 | 323:16 | 442:7 447:13 | 397:20 459:1 |
| 547:20 | **professional** | 362:10,11 | 448:4,12,24 | **purposes'** |
| **problem** | 292:18 | 369:5 555:5 | 449:23 | 397:4 |
| 365:12 | 297:19 | **publicly** 276:3 | 451:15 | **pursuant** |
| 525:10 | **program** | **published** | 454:14 | 225:14,19 |

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

40

| | | | | |
|---|---|---|---|---|
| **put** 248:16 | 243:9 245:7 | 351:7 356:2 | 492:3,7 | **quotes** 495:13 |
| 271:4 274:23 | 245:9,15,17 | 356:9,12 | 493:2 494:14 | 495:17 |
| 276:1 287:7 | 245:22 | 361:19 | 505:4 508:21 | |
| 289:23 293:8 | 246:11,14,20 | 363:12 | 512:8 513:5 | **R** |
| 297:10,13 | 247:1,4 | 364:13,13 | 513:16 | **R** 226:1 227:1 |
| 303:13,16 | 249:2,16,17 | 366:10,21 | 515:22 | 228:1 229:1 |
| 312:5 315:6 | 249:21,24 | 369:13 370:4 | 521:18 526:3 | 333:18 |
| 350:1 365:20 | 250:23,24 | 370:11 | 528:6,8 | **R2220** 346:23 |
| 416:12 | 251:10,11,13 | 385:16,17 | 529:11 | **R4220** 347:1 |
| 436:11 462:5 | 251:14 | 386:11 | 530:17 534:6 | 347:15 349:9 |
| 469:16 | 254:19,24 | 387:21 | 534:9 540:3 | 372:20 |
| 470:11 | 255:2,17 | 388:20 | 541:13 544:8 | 375:11 |
| 474:10,11 | 256:1,13,16 | 392:24 | 545:1,4,16 | **Rafael** 450:6 |
| 481:23,24 | 259:24 | 396:23 397:1 | 546:14 | **ran** 373:22 |
| 495:16 548:6 | 263:11,12 | 397:6,8,17 | 551:15 | **range** 448:14 |
| 552:5 | 266:9 267:17 | 401:6 403:1 | **questioning** | **RAPPOPORT** |
| **putting** 338:24 | 267:25 268:6 | 403:11 | 272:16 | 227:8 |
| 339:17 403:2 | 269:14,16 | 405:25 408:8 | 550:20 | **read** 264:19 |
| 417:1,7,10 | 270:10,21,23 | 412:8,15 | **questions** | 266:11,12 |
| 429:4 437:16 | 271:12 | 414:14 | 236:10,12 | 267:25 268:1 |
| 446:16 | 272:10,22 | 420:19 424:8 | 253:6 257:14 | 295:14,17,23 |
| 462:18 | 276:11 279:3 | 424:14,15,19 | 259:17 272:6 | 295:25 298:5 |
| 468:23 | 279:4 280:22 | 424:22 425:1 | 272:8 290:1 | 307:19 311:6 |
| 490:21 492:6 | 280:22,23 | 428:24,24 | 293:13,15 | 316:13 362:3 |
| | 281:24 | 429:1 431:4 | 319:3 364:7 | 362:5,7 |
| **Q** | 284:18 287:1 | 434:20 | 367:12 | 382:21 397:2 |
| **quality** 374:14 | 287:10,12,23 | 436:25 | 428:11 460:1 | 397:7 434:15 |
| **queries** 348:20 | 288:2 289:18 | 444:14 | 534:20 | 434:22,23 |
| 348:25 | 290:5,11,19 | 450:15 452:5 | 537:14 548:4 | 442:18 |
| **query** 347:19 | 297:2,3 | 453:14 | 548:12 550:8 | 513:19 |
| 347:22,25 | 299:16 303:6 | 457:21 | 550:12,14,15 | 524:15 |
| 348:1,1,7,15 | 304:24 | 459:19 | 553:6,8,25 | 546:16,17 |
| 348:17 349:5 | 306:15 | 460:13 461:8 | **quick** 283:14 | 557:4 |
| 374:17,18,18 | 309:13,14 | 462:16 466:2 | 283:19 | **reader** 351:14 |
| 374:19,21 | 311:16 320:3 | 469:8 470:8 | 383:12 389:9 | 368:5 394:4 |
| **question** | 320:5 323:17 | 473:5,11 | **quickly** 371:9 | **reading** |
| 237:9,9,11 | 327:14,16 | 474:9 476:2 | 409:16 | 297:23 298:2 |
| 237:24 | 328:15,17 | 476:20 | 514:19 | 299:25 397:1 |
| 238:21 | 329:14,18 | 477:16,16,17 | **quite** 287:12 | 513:18 |
| 239:10 | 331:24 334:4 | 483:19 | 355:6 | **ready** 459:24 |
| 241:20 242:2 | 336:9,11 | 484:21 485:2 | **quote** 443:19 | **real** 334:3 |
| 242:5,12,13 | 339:15 | 487:5 488:24 | 472:10 | **reality** 428:16 |
| 242:21 243:7 | 340:24 344:8 | 491:15,20 | 496:15 538:2 | **really** 246:18 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

41

| | | | | |
|---|---|---|---|---|
| 251:4 514:5 | 419:2 426:9 | 282:11 | 264:18 267:7 | **record's** |
| **reask** 334:4 | 426:17 429:9 | 319:18,22,24 | 382:22 | 238:17 |
| 508:20 | 429:22 432:7 | 441:13 512:2 | 383:16,19 | **recorded** |
| **reason** 247:13 | 440:5 445:2 | **receive** 235:17 | 390:1,24 | 319:19,23,24 |
| 253:24 254:2 | 445:20 446:1 | 397:21,25 | 391:4 438:14 | 320:22 348:4 |
| 255:23 256:2 | 446:10 447:3 | **received** | **record** 234:12 | 376:12,15 |
| 256:9,18 | 449:2 461:20 | 281:18 | 235:2,21 | **recording** |
| 257:8 313:12 | 463:21 464:5 | 300:16 308:1 | 246:21 247:9 | 237:7 308:2 |
| 388:10,22 | 467:7,10,11 | 316:18 322:4 | 248:1 250:7 | 346:18 |
| 430:19 432:9 | 467:13,20,22 | 343:25 | 259:17 | 541:24 |
| 484:8 492:15 | 468:7,10 | 394:14 396:5 | 266:12 268:1 | **records** |
| 496:19 497:3 | 469:24 | 397:13 | 274:2 276:2 | 345:17 |
| 501:13 | 471:12,18 | 400:14 | 284:2,5,9,12 | 385:13,21 |
| **reasons** 502:6 | 472:18 476:8 | 408:18 433:7 | 288:11 | **RECOVERY** |
| **recall** 238:6,8 | 476:12,22 | 438:16 441:4 | 297:11,14 | 229:3,16 |
| 244:5,9 | 477:1,19,22 | 441:5,9 | 298:12 | **red** 337:8,12 |
| 257:23 | 478:20 479:3 | 443:1 501:2 | 317:20 | 338:11 |
| 261:16 262:3 | 479:16 | 515:18 | 321:14 | **redemption** |
| 263:17,23 | 484:20 485:1 | 532:20 | 333:16,20 | 326:1 481:14 |
| 264:2 267:4 | 486:5 487:16 | **receives** 282:4 | 335:11 | **redirect** |
| 267:20 | 487:21 490:9 | 385:1 440:14 | 340:10 | 547:19 |
| 273:19 | 490:13 | **Recess** 284:10 | 349:12 357:2 | **reduced** |
| 284:16 | 497:12,22 | 333:17 392:9 | 358:1 368:11 | 555:22 |
| 293:18 | 498:3,14 | 463:13 | 371:11 373:1 | **refer** 248:21 |
| 294:10 295:5 | 506:7 519:4 | 521:22 | 373:4,8 | 249:4,10 |
| 295:7,13,16 | 520:19 521:7 | 547:25 551:3 | 377:2 378:15 | 253:6 301:5 |
| 295:21 298:2 | 537:21 539:1 | **recipient** | 389:15 392:8 | 331:8,19 |
| 298:6 303:22 | 543:21 | 390:7,25 | 392:11 397:2 | 332:1 358:10 |
| 310:23 314:5 | 547:12 | 391:10 | 397:7 418:13 | 399:12 |
| 318:8 343:3 | 548:21 | **recitation** | 434:23 | 407:16 |
| 345:24 346:1 | **recalling** | 263:21 | 439:20 445:9 | 418:23 419:1 |
| 346:10,22 | 470:16 | **recognize** | 463:12,15 | 506:19 |
| 363:10,11,14 | 478:10 | 253:11,12 | 464:23 | **reference** |
| 364:6 371:21 | **recalls** 297:23 | 274:17 278:2 | 486:18 491:9 | 347:11 |
| 382:1,15,19 | **receipt** 231:13 | 335:23 | 499:7 513:19 | 549:18 |
| 395:1,6,12 | 231:18 | 340:15 | 521:13,19,21 | **referenced** |
| 399:20 | 284:16 285:9 | 371:16,20 | 521:24 540:6 | 233:10 285:2 |
| 400:11,12 | 389:22 | 451:18 | 542:8 546:17 | 362:23 |
| 402:7 403:23 | 441:16 | 493:15 | 547:24 548:2 | 367:23 |
| 404:17 | **receipts** | 522:22 | 550:18 551:2 | 397:23 |
| 406:12,21,24 | 250:10,16 | **recognizing** | 551:5 552:6 | 429:23 432:9 |
| 407:4 412:5 | 252:11 | 259:19 | 553:14 | 541:25 |
| 417:15 418:7 | 281:11,15 | **recollection** | 554:14,19 | **referencing** |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

42

| | | | | |
|---|---|---|---|---|
| 362:12 | reflects 409:18 | relative 530:20 | 470:22 | repeating |
| referred | refrain 552:8 | relevant 245:4 | Remesa 372:1 | 245:15 351:6 |
| 233:16 281:9 | refresh 267:7 | 245:20 | remind 237:1 | 355:10 |
| 322:16 | 383:16 390:1 | 272:17 | remit 533:7 | 366:20 |
| 427:21 | 390:23 391:3 | 293:11 | remits 337:20 | 385:16 |
| 429:24 440:8 | refreshes | 328:11,23 | Remittance | 396:23 |
| 443:9 457:5 | 382:22 | 332:8 427:14 | 231:13 | 513:16 |
| 505:22,25 | 383:19 | 469:1 472:5 | remittances | 529:11 544:7 |
| 508:5 520:13 | refuse 256:12 | 475:6 481:6 | 337:21 | rephrase |
| 520:18,20 | refusing | 491:12,17 | remitted 300:3 | 249:22 |
| 524:3 | 256:17 | relied 547:14 | 516:13 533:6 | 268:17,22 |
| referring | regarding | rely 234:5,16 | remotely | 271:11 544:9 |
| 240:21 | 310:18 | 432:21 | 348:21 349:6 | replace 527:6 |
| 286:18 291:8 | regardless | 486:22 | Renew 538:13 | replaced 410:3 |
| 292:1 301:13 | 332:5 454:21 | relying 234:13 | 541:21,25 | 410:11 |
| 301:17 | 454:24 | 469:17 | 542:5,13,24 | report 248:7 |
| 322:21 | registers | 486:19 | repeat 249:1 | 267:11 |
| 338:10 | 285:23 | 547:10 | 249:25 266:8 | 273:22 275:1 |
| 382:25 398:4 | regular 269:22 | remain 412:18 | 279:3 281:24 | 275:7,13 |
| 401:17 | 269:25 | 514:2 531:10 | 290:11 310:9 | 277:4,7,8 |
| 412:12 | relate 291:19 | remainder | 311:15 | 278:1 282:20 |
| 427:23 | 420:21 | 437:23 | 324:10,12 | 285:20 286:9 |
| 476:14 | 465:19 | remained | 328:16 | 287:8 348:8 |
| 490:18 491:3 | 552:24 | 516:19 | 329:17 | 348:15 |
| 508:3 511:18 | related 230:20 | 536:13 | 334:19 336:9 | 373:22,25 |
| 521:9 538:5 | 264:17 | remaining | 339:14 356:9 | 374:2,3,5 |
| refers 281:8 | 285:21 | 382:11,12 | 369:13 370:4 | 549:13 |
| 303:21 332:3 | 291:24 318:1 | 384:15,20 | 386:11 | reported |
| 401:15 486:6 | 356:6 416:7 | 407:9 514:4 | 388:20 401:5 | 225:20 |
| 507:18 | 425:23 440:4 | 517:2 | 412:13 | 555:20 |
| 549:24 550:2 | 476:24 | remember | 434:19 | reporter |
| reflect 406:1 | 491:18 519:9 | 295:9,24 | 444:14 | 235:22 237:5 |
| 549:2 | 519:18,21 | 296:9,13,14 | 450:15 | 245:12 |
| reflected | 520:5 556:6 | 296:20 | 457:21 461:8 | 266:11 |
| 269:3 407:25 | relates 270:3,9 | 303:20 | 462:15 465:5 | 267:25 |
| 408:23 409:1 | 270:13 | 334:24 | 469:7 471:16 | 282:23,24 |
| 429:7 452:20 | 401:17 | 363:15 | 473:11 | 283:1,3,16 |
| 473:14 | 420:15 474:5 | 364:12 419:6 | 476:20 488:6 | 283:17,17 |
| 502:23 | 480:12 | 470:2 472:21 | 490:12 505:4 | 306:18,19,20 |
| 513:13,24 | relating | 479:17 506:2 | 512:8 513:5 | 306:23 310:8 |
| 545:10 | 236:11 | 506:7,11,13 | 530:16 539:5 | 324:9,12 |
| reflecting | relation | 539:6 | 546:13 | 334:18,22 |
| 406:16 | 485:15 | remembered | 551:14 | 335:1 367:5 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

43

| | | | | |
|---|---|---|---|---|
| 396:14,19,25 | 259:9 262:17 | respect 272:4 | restructuring | 349:9,11 |
| 434:22 | 285:22 | 275:13 | 517:7,9 | 354:9 355:2 |
| 471:15,20 | 428:10,10 | 276:16 289:6 | result 252:9 | 356:18 |
| 490:11 | required 230:9 | 319:5 327:9 | resulted 368:2 | 372:22,25 |
| 513:18 | 248:5 256:6 | 327:9,19 | results 250:9 | 373:7,24 |
| 517:15,19 | 287:7 318:22 | 356:4 379:13 | 278:5 | 380:2 395:24 |
| 523:1,7 | 424:13 425:3 | 404:8 408:9 | retained | 408:14 411:4 |
| 539:3 546:16 | 425:6 426:22 | 409:14 416:2 | 398:12,17 | 411:19 412:4 |
| 553:16,22 | 433:9,12 | 417:18 443:8 | 399:13 400:5 | 412:21 413:1 |
| reporting | 435:3,9,11 | 468:18 | 401:16 407:7 | 413:5,18,22 |
| 279:16 416:4 | 435:13,14,16 | 472:21 473:6 | 407:24 510:2 | 414:8,17 |
| 448:7 449:6 | 436:4,6,10 | 475:19 521:6 | 510:3 512:2 | 418:5,6,8 |
| reports 273:18 | 437:20,20 | 544:1 554:13 | retract 500:9 | 452:14 453:3 |
| 307:21 | 442:4 506:4 | respectfully | retransferred | 453:25 461:7 |
| represent | 506:10,12,20 | 297:6 | 510:22 | 461:23,24 |
| 252:4 343:24 | 507:3,8,22 | respective | returned | 512:19,22 |
| 351:25 353:2 | 508:8 557:13 | 556:4 | 316:23 | 514:15 518:2 |
| 353:14 | requirement | respectively | revealing | 528:10 533:6 |
| representati... | 262:20 | 530:25 | 245:10,24 | 533:9 543:8 |
| 315:14 317:4 | 425:17,18 | responding | revenue 250:7 | 544:15,18 |
| 331:11 431:1 | requirements | 297:15 | 250:15,19,22 | revenues |
| 468:25 500:5 | 298:20 426:7 | response | 250:25 251:5 | 250:8,9 |
| representative | 427:11 | 242:20 | 251:7,16,18 | 252:4,7,8,10 |
| 225:6,13 | requires | 267:17 | 261:2 265:7 | 252:10 |
| 226:2 291:12 | 262:25 263:4 | 304:23 362:1 | 281:2,5,7 | 288:18,20,22 |
| 393:16 423:9 | 282:13 | 362:2,4,6 | 288:12 | 289:7,11,14 |
| 423:13,17,20 | 284:21 | responsibilit... | 289:16,20,21 | 290:6 319:16 |
| 431:14 547:8 | 299:25 | 275:13 | 289:22 | 320:21 |
| 555:14 | 318:19 | 276:13,15 | 290:10,15,16 | 331:21 332:1 |
| represented | 522:13 | 291:18 | 290:21 291:2 | 332:4,20 |
| 315:9 331:7 | requisite | responsibility | 291:5 308:6 | 343:25 344:5 |
| 501:9 | 417:4 | 275:10 | 316:10,15 | 345:11 346:4 |
| representing | reread 434:14 | responsive | 317:1 319:19 | 346:12,19 |
| 294:16 | reservation | 288:2 424:19 | 319:23,24 | 349:13 |
| requested | 553:13 | rest 514:20 | 320:15,22 | 354:22 355:4 |
| 266:12 268:1 | 554:11 | restate 370:10 | 321:14 | 355:16,21,25 |
| 397:2,7 | reserve 326:2 | 370:22 | 322:14,15,22 | 356:7,17 |
| 434:23 | 481:1,5,11 | 413:11 | 325:17 | 373:1,4,8,20 |
| 513:19 | 537:2 541:4 | 414:13 | 344:22 | 375:21 |
| 546:17 | 554:13 | 415:13 | 346:17,17,21 | 379:17 |
| REQUESTS | resize 334:3 | 453:14 506:6 | 347:12,15,18 | 384:25 385:4 |
| 234:1 | resolution | restrictions | 347:23 348:9 | 397:21,22,23 |
| require 245:7 | 522:23 | 425:23 426:6 | 348:11,12 | 399:13 400:1 |

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

44

| | | | | |
|---|---|---|---|---|
| 400:4,4,18 | 418:1,16,19 | 305:22 309:3 | 268:6,11,16 | 448:5,13,17 |
| 401:14,18,22 | 427:18 | 309:7,11 | 269:8,11,19 | 450:3 451:22 |
| 402:24 404:5 | 466:24 | 310:2,6,11 | 269:20 | 452:10,21,23 |
| 407:7,24 | 489:24 | 310:18,19 | 270:18 271:1 | 453:16 |
| 411:5,7,25 | 500:23 | 311:3,8,10 | 271:22 | 454:23 |
| 413:9 414:2 | 510:18 | 311:20 313:2 | 272:20 | 459:23,24 |
| 419:22 421:6 | **reviewed** | 313:21,25 | 277:20 | 467:7 469:19 |
| 422:24 | 244:3,6 | 314:2,20 | 278:17,21 | 470:3 476:15 |
| 424:12 425:3 | 247:20 | 315:11 316:9 | 279:2 292:20 | 476:17 |
| 425:6,8 | 259:25 | 316:16,21 | 294:23 | 479:11,14,24 |
| 452:8,22 | 294:25 | 317:6 318:1 | 297:14 | 482:7 487:1 |
| 453:6,15 | 295:22 296:5 | 318:25 | 298:19 305:5 | 487:20 497:3 |
| 455:1,2,10 | 296:19 341:3 | 325:16 327:9 | 305:12 312:7 | 498:13,17,22 |
| 455:18 456:4 | 359:2 372:7 | 327:10,19 | 312:17 313:2 | 501:18 502:9 |
| 456:12 458:5 | 377:20 430:9 | 331:7,17 | 313:10,16 | 502:20 504:1 |
| 462:11 489:3 | 431:1 499:13 | 332:12 | 314:16 | 504:15 516:4 |
| 502:6 510:3 | 500:11 509:4 | 335:17 | 319:20 | 517:4 518:12 |
| 511:18 512:3 | 519:6 541:23 | 337:14 | 320:20,25 | 518:13 |
| 515:4,14 | **reviewing** | 338:18 | 323:18 | 520:15 |
| 516:9,12,18 | 261:8 275:11 | 339:12 | 326:16 | 525:20 |
| 517:23 | 318:9 325:5 | 439:16 442:3 | 333:13 336:8 | 526:14,18 |
| 526:11 | 344:13 | 442:7 447:13 | 341:19 | 527:3,23 |
| 528:16,18,22 | 371:21 382:2 | 448:4,12,24 | 342:21,24 | 528:1 543:7 |
| 528:22 | 403:16 | 449:23 | 343:11,13 | 547:15 |
| 543:17 | 405:15 426:5 | 451:15 | 345:7 346:6 | **right-hand** |
| **review** 243:20 | 429:10 | 454:14 | 354:15 355:5 | 337:5,9 |
| 243:23 244:1 | **Rey** 229:18 | 480:10,14 | 355:9,18 | 540:18 |
| 244:8,10 | **Rico** 225:1,5,8 | 522:24 | 358:15 360:7 | 549:17 |
| 247:15,18 | 225:12,14 | 523:24 | 362:22 | **rights** 553:13 |
| 275:4,12 | 226:2,3 | 548:24 | 368:25 369:6 | 554:8,11,13 |
| 276:12,15 | 227:10,21 | 549:14 | 374:2,13 | **ring** 396:2 |
| 277:7 284:22 | 229:18 | 555:12,13,15 | 376:8 378:23 | 397:8 |
| 285:23 296:7 | 230:16,18,21 | **right** 241:5,22 | 379:17 381:1 | **Rivera** 229:18 |
| 296:23 | 232:4,7,10 | 246:5 247:22 | 383:2 389:8 | 361:21 362:9 |
| 298:14,17 | 233:14 240:4 | 248:14,22 | 399:25 409:6 | 369:5 496:6 |
| 313:19,23 | 240:14 248:4 | 250:8,18 | 410:22 412:3 | 496:19 |
| 341:2,17 | 253:21 254:6 | 251:7,19 | 416:19 | **ROBERT** |
| 344:18 | 255:6,8,15 | 252:5,21 | 419:16 | 227:6 |
| 372:11 | 255:25 256:4 | 254:10 | 427:12 | **robert.berez...** |
| 374:14 377:6 | 256:8 257:5 | 255:10 | 433:21 439:3 | 227:6 |
| 377:9 385:24 | 257:12 266:4 | 256:10 262:6 | 439:7,25 | **room** 232:8 |
| 385:25 | 291:8 300:4 | 262:15 | 441:9 444:20 | 283:9 451:15 |
| 402:13,15 | 300:17,20 | 266:20,21 | 446:2 448:3 | 452:8,14,22 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

45

| | | | | |
|---|---|---|---|---|
| 453:2,3,6,15 | 356:6,17 | 229:1,13 | 285:21 | 501:4 503:18 |
| 454:25 | 370:1,8,25 | 300:24 | 308:25 313:5 | 504:20 |
| 455:10 | 372:1,23 | 333:18,18,18 | 324:23 | 511:19 515:9 |
| 495:13 | 373:2,4,5,8 | **S&T** 384:8 | 325:14,23 | 515:15 |
| 496:15 497:6 | 373:20 | 385:6 386:20 | 337:18,25 | 516:14 |
| 498:9 499:1 | 374:23,25 | 386:25 387:3 | 338:20 | 518:11 |
| 510:2 511:18 | 375:1 377:18 | 387:6,10 | 359:15 | 523:24 524:4 |
| 512:1,19 | 377:21 | 388:17 389:3 | 360:15 | 526:13 528:4 |
| 516:9,11 | 379:13 380:2 | 391:21 | 361:12,19 | 530:13 532:8 |
| 526:11 | 380:6,10 | **sample** 493:19 | 372:13,20 | 532:21 535:8 |
| 527:25 533:6 | 381:9 383:17 | **Samuel** 496:6 | 380:4 382:20 | **scratch** 356:14 |
| 533:7 535:7 | 384:20,25 | **San** 227:21 | 383:20 384:6 | **screen** 248:17 |
| **ROSE** 226:4 | 385:3 390:6 | **satisfactory** | 384:13,18 | 248:20 |
| **rotate** 278:24 | 392:25 | 557:21 | 419:17 | 264:24 |
| 335:24 | 395:13 | **satisfy** 315:5 | 420:25 | 275:17 334:4 |
| 340:12 | 397:22 | 329:6 431:22 | 422:12 | 335:15 403:4 |
| **rotated** 336:1 | 399:22 | **saving** 545:17 | 434:24 435:7 | 455:17 |
| 336:5 | 401:18 | **saw** 330:9 | 436:17 | 527:16 538:4 |
| **row** 535:5 | 403:14,20,21 | 336:15 345:3 | 441:10,16,20 | **scroll** 493:18 |
| **rows** 535:1 | 404:1,6 | 411:25 | 442:1 443:11 | **seal** 556:10 |
| **RPR** 225:21 | 408:14,24 | 461:12 467:5 | 443:24 | 557:25 |
| **rules** 297:9 | 409:14 | 487:18 | 444:23 499:3 | **search** 313:24 |
| **rum** 231:3,5 | 410:24 411:5 | 504:10 | 507:12,12 | **second** 253:5 |
| 312:3,23 | 411:6,13,19 | 519:15 | 523:6 524:7 | 299:25 307:3 |
| 313:15,15,17 | 411:25 412:4 | 529:16 | 524:20 541:3 | 307:5 317:24 |
| 314:14,22 | 412:17,21 | 534:17 543:7 | 541:8 | 359:8,9 |
| 316:20 | 413:1,5,9,13 | **saying** 237:7 | **scenes** 416:5 | 361:15 362:4 |
| 318:14,25 | 413:18,22 | 238:8 280:21 | **schedule** | 382:14,16,20 |
| 331:20,20 | 414:2,8,18 | 303:18 | 453:25 | 382:23 |
| 332:1,4,11 | 446:21 | 304:19 | **school** 262:9 | 383:17 384:7 |
| 332:20 | **run** 347:19,21 | 344:25 | 525:12 | 389:23 |
| 335:19 | 348:8,14,21 | 411:16 | 538:13 | 435:20 |
| 337:20 341:7 | 348:23,25 | 456:10 | 541:22,25 | **seconds** |
| 342:14 | 349:5 374:2 | 467:22 | 542:6,13,24 | 283:12 |
| 343:25 344:5 | 374:3,5 | 477:13,14 | **Science** 384:9 | **secret** 305:12 |
| 344:12,23,23 | **running** | 491:24 | **scope** 272:7 | **Secretary** |
| 345:2,5,11 | 347:25 | **says** 254:1,1,5 | 272:11 282:7 | 233:12 384:7 |
| 346:5,13,19 | 523:15 | 254:11,11 | **Scotiabank** | 384:14,19 |
| 347:7,11 | **runs** 361:1 | 255:7,11,11 | 454:13 455:3 | 388:4,12,13 |
| 349:9,12 | | 255:20 | 455:12,23 | 388:15,24 |
| 350:19 351:9 | **S** | 256:11,21 | 456:5,13 | 389:2 390:8 |
| 354:21 355:4 | **S** 226:1 227:1 | 257:11 258:6 | 486:3 487:18 | 391:1,11,20 |
| 355:11,16,21 | 227:6 228:1 | 258:9 261:1 | 500:20,22,24 | 393:7 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

46

**section** 258:3
260:14
281:11 299:4
299:14
307:15
308:22
311:19
312:25 313:5
319:10
324:13,16
325:6,10,10
338:17
381:18,21,23
382:2,20,25
383:1,3,15
385:12,19
419:16
422:12
426:10,14
433:2 435:16
440:21,22,24
442:4,5,18
443:10 444:4
444:17,23
**sections** 244:5
244:7,10
**see** 253:20,22
253:23 258:2
258:6,10,11
260:17,22,24
261:4,5
265:6,14
267:10
274:14,15
275:20,24
276:3 278:7
278:9,12,13
279:12 281:3
281:12,13
283:15,21
300:6,7,21
300:22
303:10

307:10,13,14
307:17,18
309:5,6
313:20 316:8
316:10,12
317:25 318:4
318:5 324:18
324:21,23
325:12,21
326:3 335:14
335:19,20
337:6,9,11
337:15,15,17
338:2,3,8,9
338:19,20
349:17,24,25
357:6,7
359:9,12,15
359:17,19,21
360:4,6,11
360:12,20,21
361:2,10,17
361:24,25
362:1,2,17
362:19
368:22,24
369:1,3,7
372:12,13,20
381:20,21
392:16,19
394:18
405:20,22
409:19,25
410:1,7,9
419:13,14
421:2,3
422:15,16
433:19
441:14,24,25
442:8,9
443:4,5
451:16
455:20 457:8

457:9 458:8
465:3,4,9,18
465:19,20,25
466:1 480:6
493:11,13,22
494:18,22,25
495:1 496:6
496:9,11,16
496:17 498:7
499:23 500:2
502:19 512:3
512:4 522:5
522:6,25
523:5,9,12
523:14,20,21
523:22 524:1
524:6 525:20
536:7 538:3
538:4 540:11
540:16,20,21
540:24 541:4
541:5 542:25
543:10
544:13
549:19
**seeing** 295:6,9
303:24 408:3
497:12,22
498:14,15
**seek** 554:6
**seen** 234:13
243:14,16,18
254:15 257:3
257:21
265:18
290:19 291:3
295:3,20
318:7 329:23
336:12,20
357:9,13,14
358:25 359:4
359:6 378:2
379:4 381:17

389:18,19
412:25 413:3
428:17 429:3
429:18
431:13,19
432:5 439:23
440:3 445:11
445:14,16,17
446:3,9
463:18 466:4
479:9 482:14
486:2,7,9,14
486:19,25
487:6,10,12
490:18 497:9
497:19 498:1
498:5,10,11
499:9 514:7
514:9,13
518:23,25
520:17,19
522:8 537:19
543:25
544:16
**self-explana...**
280:11
**send** 282:3
344:25
454:10
**senior** 447:7
447:10,13,20
448:11,23
449:13,15,18
449:21
451:10
496:22
**sense** 252:18
304:20
324:15
421:15,16,19
485:7,10,12
**sent** 457:1
**sentence**

316:14
**sentences**
434:15
**separate**
282:19
321:18
325:25
370:19 387:2
394:2,4,7
447:18
509:23
**separated**
533:23
**separately**
387:14
391:23
**separates**
279:17
**SERVAIS**
228:8
**serve** 266:19
**service** 326:1
359:19
362:13
396:12 399:2
399:3 404:10
405:20,23
406:2,4,9,20
407:2 408:2
505:21
510:23 511:3
511:25 512:7
512:11,18,24
513:1,3,9,11
537:2 541:3
**servicer**
229:16
**Services**
229:15 235:6
553:20
**set** 318:12
399:15 442:3
512:19

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                              April 23, 2020

47

| | | | | |
|---|---|---|---|---|
| 556:10 | 288:22 356:3 | **SNOW** 228:12 | 471:15 | 461:6 |
| **sets** 380:1 | 416:12 | **sold** 316:21 | 479:25 | **South** 228:14 |
| **SFRA** 346:17 | **simple** 242:12 | **solid** 351:5 | 482:23 483:9 | **Spanish** 233:2 |
| **sheet** 534:13 | 388:3 506:23 | **somebody** | 489:1 490:11 | 233:4,6 |
| 557:8 | 514:24 516:7 | 278:22 294:2 | 491:14 501:3 | 359:23 |
| **short** 333:5 | **simply** 500:15 | 296:17 375:6 | 502:10 504:5 | 368:21 |
| 383:6 | 528:14 | 429:23 432:8 | 505:7 511:1 | 465:11,14 |
| **shortly** 438:14 | 542:18 | 474:8 490:2 | 512:21 514:8 | 495:23 496:1 |
| **show** 277:16 | **Simultaneous** | 549:18 | 517:15 523:1 | 522:13,17 |
| 289:10,21 | 275:15 325:7 | **soon** 543:4 | 523:3 525:3 | **speak** 253:14 |
| 290:16 348:9 | 444:8 459:20 | **sorry** 245:12 | 525:3 526:10 | 264:25 273:8 |
| 365:6 386:1 | **single** 230:14 | 290:9 301:21 | 528:13 533:2 | 293:16 |
| 479:21 | 246:19 276:5 | 306:19 307:2 | 538:6 539:3 | 309:15 |
| 482:18 | 296:20 320:9 | 307:23 310:8 | 539:4 540:18 | 310:17,22 |
| 545:13 | 320:23 374:5 | 315:13 | 542:18 | 416:20,23 |
| **showed** 479:6 | 388:4 405:13 | 318:13,25 | 551:24 | 417:6,12 |
| 482:15 492:1 | 407:16 408:3 | 334:2,5,18 | 553:16 | 448:19 |
| **showing** | 430:16 475:5 | 336:2 350:4 | **sort** 280:11 | 450:12,16,24 |
| 406:19 | 489:24 | 356:13 | 554:6 | 451:4,9 |
| **shown** 269:6 | 494:12 | 360:24 | **sound** 329:16 | 482:22 |
| 354:22 | **Sinking** 319:7 | 361:15 | 347:2 | 551:11,16 |
| 391:22 | 325:18,19,25 | 362:16 367:5 | **sounds** 329:17 | 552:11 |
| 458:25 | 326:10 | 367:6,9 | 347:3 522:17 | **SPEAKER** |
| **shows** 256:7 | 480:17,22,24 | 368:24 370:4 | 550:21 | 238:22 241:7 |
| **side** 289:24 | **sitting** 411:14 | 370:10 | **source** 277:6 | 251:8,20 |
| 336:8 337:5 | 473:12 475:4 | 374:23 375:5 | 289:10,11,15 | 263:16 |
| 337:9 354:21 | 475:17 | 375:6,13 | 289:19,21 | 265:21,22 |
| 527:19,19 | 481:17 | 378:19 383:2 | 290:7,10,15 | 275:16 |
| 540:17,18,24 | **six** 283:9 | 385:6 386:5 | 290:16,21 | 280:13 |
| 543:20 | 448:15 | 396:14,22 | 291:2,5,5 | 281:22 |
| **Sierra** 496:6 | **skip** 300:11 | 402:22 | 320:13 | 283:23 |
| 496:19 | **skipped** | 405:25 | 344:15,21 | 288:24 |
| **signature** | 531:23 | 408:23 | 345:10,23 | 304:22 |
| 556:2 557:11 | **slide** 341:7 | 413:11 | 355:1,20,25 | 305:23 |
| 557:24 | 343:23 | 414:12 | 356:17 411:5 | 312:11 317:7 |
| **signed** 557:8 | 403:12 | 415:12,18 | 412:4 413:4 | 321:2 336:22 |
| **significance** | 404:18,21 | 423:6 441:17 | 413:5,18,22 | 366:17 375:4 |
| 451:5 | 413:3 503:11 | 442:12 | 414:1,8,17 | 375:17 376:2 |
| **significant** | **slightly** 334:3 | 443:14 | 461:7,23,24 | 379:8 387:8 |
| 470:1,9 | 523:19 | 451:25 | 512:23 | 390:10,14 |
| **similar** 373:15 | **slot** 457:13 | 453:11,11,13 | 514:15 543:9 | 405:1 411:17 |
| 481:8 | 501:22,25 | 459:12 | 544:15,18 | 414:10 |
| **similarly** | 502:6 | 466:12 | **sources** 354:8 | 416:17 422:1 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

48

| | | | | |
|---|---|---|---|---|
| 422:5 424:20 | 248:21 249:4 | 309:17 | 374:13 | 540:17,18 |
| 425:14 426:8 | 249:10,18 | 313:23 318:8 | 376:24 389:5 | **state** 278:8 |
| 428:1 436:15 | 251:4,15 | 337:7 343:3 | 425:25 | 297:4 555:1 |
| 437:9 438:5 | 252:4 259:12 | 344:2 345:22 | 432:17 | 555:6 557:15 |
| 450:19 | 263:8,18 | 345:24 346:2 | 543:12 553:3 | **statement** |
| 462:14,23 | 287:5 293:12 | 346:22 347:7 | **speech** 297:14 | 231:10 233:9 |
| 472:22 | 295:7,8,21 | 348:22 363:7 | **spell** 553:20 | 245:4,20 |
| 473:17 475:9 | 309:20,24 | 363:8 371:21 | **spent** 437:16 | 246:4 261:2 |
| 475:10 | 311:4,4 | 373:17 374:7 | **spitting** 348:1 | 265:6,9 |
| 480:18 489:5 | 313:12 | 381:16 382:1 | **split** 248:13 | 301:24 302:5 |
| 490:8 492:8 | 314:10 | 386:4,9,15 | 527:16 | 302:18 |
| 492:24 502:4 | 318:18 319:8 | 390:7 391:9 | **spoke** 291:22 | 362:24 |
| 527:4 537:8 | 329:12,21 | 398:15 | 293:14,19 | 363:18,24 |
| 543:11 | 331:9 334:24 | 401:16,25 | 319:13 417:9 | 364:23 365:3 |
| 547:11 | 343:23 | 403:18 416:8 | 467:9 476:13 | 365:5,7 |
| **speaking** | 346:10 | 417:17 418:7 | 485:9 511:12 | 368:7,14,16 |
| 235:16 | 348:11 359:2 | 419:2,6,16 | **spoken** 292:25 | 368:18 |
| 275:15 | 365:24 | 422:9 426:18 | 293:2 308:9 | 369:10,17 |
| 287:20 297:5 | 390:17 | 428:18 429:6 | 448:21 538:1 | 424:18 |
| 297:10 | 396:10 | 431:6 432:8 | 551:19 | 432:13 |
| 314:16 325:7 | 399:15,18,18 | 436:25 437:2 | **Square** 226:5 | 499:13 |
| 332:6 444:8 | 399:19 | 440:5 443:11 | **SS** 555:2 | 500:10,24 |
| 459:20 | 403:11 404:3 | 445:12 | **STA006780** | 501:2 520:2 |
| 467:11 | 418:4,20 | 446:15 447:3 | 465:8 | 540:9,25 |
| **speaks** 255:21 | 420:1,12 | 449:5 450:21 | **stamp** 361:16 | 541:8 |
| **special** 281:2 | 426:10,13 | 451:1 463:19 | **stamped** 372:2 | **statements** |
| 281:5,7 | 429:10,22 | 463:24 | **stand** 265:19 | 230:8,12 |
| 299:10,15,18 | 430:9 431:17 | 476:10,13 | **standing** | 243:12,14,17 |
| 299:21 | 432:7 452:6 | 479:4,10 | 352:19 | 243:19,21,24 |
| 300:18,24 | 464:5 473:15 | 482:15 | **star** 461:2 | 244:1,6 |
| 301:3,9,12 | 474:5 475:7 | 484:20 485:1 | 540:17,19 | 247:14,15,18 |
| 301:21,22,23 | 477:22 | 497:12 | **stars** 343:16 | 248:5 256:5 |
| 301:25 | 478:21 486:5 | 509:21 539:7 | **start** 237:11 | 257:22,25 |
| 307:16,20,22 | 487:10,16,22 | 542:5 544:14 | 246:22 | 258:2,3,7,9 |
| 308:10,13,16 | 488:24 | **specified** | 374:24 386:6 | 258:13,15 |
| 309:1 313:1 | 490:10,14 | 308:1 542:12 | 491:22 505:7 | 259:1,3,4 |
| 316:10,15,25 | 497:22 | **specifies** | 527:25 532:2 | 260:10,16,20 |
| 325:15,17 | 537:22 539:2 | 311:24 | 535:6 | 266:19,20,22 |
| 375:15 | 546:6,18 | **specify** 252:23 | **started** 404:23 | 266:25 267:4 |
| 419:19 | **specifically** | 308:2 438:21 | **starting** | 267:8,15 |
| 488:13,21 | 264:20 272:4 | **speculate** | 404:21 | 269:4,7 |
| 489:4 | 276:21 | 240:8,11 | 523:11 | 284:23 302:2 |
| **specific** 244:9 | 294:11 298:6 | 305:24 | **starts** 342:10 | 302:9,20,23 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

49

| | | | | |
|---|---|---|---|---|
| 303:3,8,16 | **stream** 235:18 | **suggest** | 307:22 | 265:6,10,14 |
| 303:21 | 418:5 | 400:23 | 324:10 325:6 | 265:16 |
| 304:21 | **streams** | 497:16 | 336:11 | **SUTCLIFFE** |
| 305:16,22 | 250:22 | **suggested** | 367:13 383:7 | 229:4 |
| 314:4,7,10 | 528:11 | 296:17 | 386:22 | **sweep** 279:10 |
| 314:12 316:3 | **Street** 226:5 | 404:18 438:9 | 387:10 | 279:14 |
| 317:5 341:4 | 228:5 229:5 | **suggestion** | 410:16 415:5 | 520:13,18,21 |
| 341:25 363:5 | **strike** 268:16 | 297:16 | 459:5,6 | 521:2,8 |
| 364:15 369:4 | 374:24 432:2 | **suit** 556:7 | 462:4 466:12 | 524:17,20 |
| 400:9 484:19 | **string** 322:18 | **Suite** 227:21 | 474:10 477:8 | **switch** 414:23 |
| 500:12 | 322:19 | 228:13,18 | 479:8 482:14 | **sworn** 236:1,3 |
| 537:20 | **strong** 492:19 | **summarize** | 489:8 491:2 | 555:17 |
| **States** 225:1 | **structurally** | 325:6 | 496:2,3 | 557:18 |
| 316:22 | 318:23 | **summary** | 500:1 502:11 | **Sylvia** 291:22 |
| 555:11 | **stuff** 358:17 | 545:13 | 506:24 516:2 | 292:1 294:6 |
| **statute** 311:6 | **subject** 338:17 | **super** 305:12 | 521:17 | 314:17 |
| **statutes** | 352:10 | **Supplemental** | 522:11 523:4 | **Symphony** |
| 492:14 | **submitted** | 335:16 | **surplus** | 228:13 |
| **stay** 232:18 | 253:8,8 | **supplement...** | 234:15 | **synthesis** |
| 335:18 | 295:1,18 | 230:9 248:5 | 422:15,21 | 285:22 |
| 550:22 | 296:24 329:7 | 256:6 | 433:18 | **system** 238:15 |
| **stenographi...** | 548:21 | **suppliers** | 436:13 437:3 | 239:3,13 |
| 225:20 | **subordinate** | 286:8 | 437:23 438:1 | 248:12 |
| 555:20 | 497:1 | **supposed** | 474:19 | 288:11 306:8 |
| **step** 277:13 | **Subscribed** | 311:9,20 | 475:13,25 | 322:23 327:6 |
| 354:14,22 | 557:18 | 318:11,15 | 483:4 485:19 | 327:17 |
| 356:5 438:15 | **subsecretary** | 319:1 342:12 | 485:20,22 | 347:14,20,22 |
| 452:20 544:5 | 447:12 | 383:23 428:7 | 486:4,6,15 | 348:4,7,9,21 |
| **STEVENS** | **subsection** | 433:23 | 486:21 487:1 | 349:5 358:18 |
| 226:9 | 442:1 | 434:11 | 487:3,8,13 | 373:1,23 |
| **stock** 296:4,14 | **subsequent** | 436:11,13,21 | 487:19 | 374:8,14 |
| **stop** 296:25 | 300:13 | 437:1 442:11 | 488:12 | 387:2 422:10 |
| 297:8 516:17 | 391:15 | 442:14 | 495:14 | 533:11 |
| 522:19 | 516:24 | 443:20 | 496:16 497:6 | **systems** |
| **stopped** | 544:11 | 444:18 480:9 | 497:11,18 | 322:16 |
| 410:20 | **subsequently** | 485:13 534:2 | 498:9 499:2 | |
| **stopping** | 406:10 | **sure** 235:16 | 502:1 504:12 | **T** |
| 333:3 383:5 | **succeeding** | 237:4 245:17 | 505:23,25 | **T** 226:8 333:18 |
| **story** 503:24 | 435:20,21 | 276:17 | 519:10,13,19 | **tab** 298:10 |
| **straight** 346:9 | **suddenly** | 278:17 | 519:25 520:6 | 306:25 |
| 503:24 | 492:18 | 281:23 | 524:18 | 308:18 |
| **straighten** | **sufficiently** | 290:13 | 530:20 533:5 | 317:18 335:9 |
| 283:22 | 534:24 538:7 | 301:18 | **surprised** | 356:24 371:6 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

50

| | | | | |
|---|---|---|---|---|
| 371:9 389:12 | **takes** 348:17 | 464:1 465:25 | 409:14 | 470:10 471:7 |
| 418:10 | 439:7 | 495:13 | 410:25 | 471:12,19 |
| 439:12 445:7 | **talk** 237:5 | 496:15 497:6 | 411:14 412:5 | 489:21 |
| 464:21 491:6 | 293:5 417:17 | 498:9 499:1 | 412:17,21 | 499:16,17 |
| 499:5 521:11 | **talked** 293:7 | 509:12 510:2 | 413:5,13 | 500:11 501:2 |
| 537:16 | 436:23 | 510:5,21 | 414:8,18 | 519:3,5 |
| **table** 257:20 | 476:10 | 511:7,18 | 420:16,22 | **team's** 430:10 |
| 257:21,24 | 509:19 | 512:1,14,20 | 423:4 424:1 | **teams** 478:13 |
| 260:16,22 | **talking** 247:6 | 513:13,23 | 424:5,9,16 | **Technology** |
| 265:8 266:15 | 259:6 364:19 | 514:11 515:4 | 438:25 439:4 | 384:10 |
| 303:23 | 378:12 | 516:9,12,18 | 441:4 446:21 | **telephones** |
| **TAFT** 228:4 | 404:21 | 526:11 | 451:16 452:1 | 235:12 |
| **tagged** 252:20 | 414:23 | 528:15,18 | 453:3,25 | **telephonically** |
| 288:9,22 | 459:10 | 533:6 538:17 | 458:15 | 235:11 |
| 290:8 320:21 | 476:16 | 543:9 | 459:10 460:5 | **tell** 234:7 |
| 510:11 | 506:24 507:2 | **taxes** 231:3,5 | 460:21 461:6 | 243:6 251:6 |
| **take** 237:23,23 | 507:3,24 | 232:8 300:3 | 488:4,8 | 251:17 266:3 |
| 237:25 238:1 | 509:17 | 312:3 313:15 | 502:14 503:4 | 304:7 305:3 |
| 246:13 263:8 | **talks** 260:18 | 313:15,18 | 504:25 505:3 | 309:19 |
| 277:13 | **tax** 232:11 | 314:14 | 505:6,9,13 | 310:25 |
| 283:13,20 | 312:23 | 316:20 | 505:16,19 | 332:16 343:5 |
| 284:5 299:7 | 314:22 | 318:14 319:1 | 508:4 514:14 | 345:21 347:6 |
| 333:2 348:14 | 325:17 | 332:11 | 517:13 | 357:13 |
| 365:10 374:5 | 337:20 | 335:19 341:7 | 518:10,20 | 358:24 |
| 374:8,16 | 354:21 355:4 | 342:14,15 | 527:25 | 373:24 |
| 389:10,10 | 355:16,21 | 343:8,25 | 528:11 529:3 | 374:19 |
| 392:2 425:11 | 356:7,17 | 344:12 345:3 | 529:14,19 | 382:22 399:6 |
| 434:17 436:2 | 377:19,21 | 345:5 346:6 | 530:19,21 | 403:9 417:16 |
| 452:18 | 379:13 380:2 | 346:14 347:7 | 532:3,6 | 425:7 428:11 |
| 459:15,18,21 | 384:25 | 349:10 | 533:7 535:8 | 430:4,8,15 |
| 459:24 460:1 | 397:22 | 350:19 351:9 | 539:14 543:2 | 432:23 436:3 |
| 463:3,6,8 | 408:14 411:5 | 355:11 370:1 | 544:2,15,19 | 437:25 |
| 521:18 | 411:6,25 | 370:8 371:1 | **teach** 327:21 | 443:17 |
| 547:16 | 413:1,9,18 | 372:1,24 | **team** 277:9 | 452:13 |
| 550:16 | 413:22 414:2 | 373:2,4,5,9 | 284:22 331:5 | 460:14 468:8 |
| **taken** 261:15 | 419:21 421:6 | 375:1,2 | 358:16 365:5 | 473:22 474:3 |
| 261:17 262:5 | 433:6 435:1 | 380:7,10 | 417:3 429:13 | 474:4 491:6 |
| 264:4 284:10 | 441:8 442:25 | 381:9 383:17 | 431:22 432:4 | 495:20 |
| 323:14 | 443:3 452:8 | 390:6 393:1 | 446:8,14,23 | 497:14 501:7 |
| 333:17 392:9 | 452:14,22 | 395:4,13 | 447:1,4 | 541:15 |
| 463:13 | 453:2,6,15 | 401:18 | 448:22 450:2 | **telling** 247:14 |
| 521:22 | 454:25 | 403:14,20,21 | 450:5 467:2 | 358:16 |
| 547:25 551:3 | 455:10 458:5 | 404:6 408:25 | 468:2 469:23 | **ten** 296:10 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

51

| | | | | |
|---|---|---|---|---|
| **TENDERED** | 362:20 448:9 | 492:11,17 | 497:4 | 302:22,22 |
| 233:17 | 482:13 | 534:3 548:21 | **thereof** 556:8 | 303:18 306:6 |
| **Tennessee** | 548:20 | 552:7 555:19 | **thereon** 248:7 | 306:16 312:4 |
| 228:14,19 | **testifies** | 555:25 556:9 | **thing** 319:13 | 321:10 323:2 |
| **tens** 490:4 | 296:18 | 557:5,6 | 351:3 362:8 | 323:6,12,16 |
| **tense** 390:15 | **testify** 242:6 | **thank** 237:20 | 477:9 491:2 | 324:2 327:4 |
| **term** 260:7,9 | 242:24 | 257:16 | **things** 301:14 | 327:5 332:3 |
| 270:3,8,12 | 255:20 | 275:25 283:4 | 301:16 | 333:1 334:15 |
| 270:17,18,25 | 256:17 272:3 | 283:5 298:8 | 351:16 | 334:25 335:2 |
| 270:25 | 327:11,21 | 306:23 307:7 | 450:25 | 343:1 346:23 |
| 271:15,15 | 555:17 | 333:14 | 477:23 478:3 | 347:24 348:1 |
| 279:20 | **testifying** | 334:22 335:6 | 506:25 532:1 | 348:24 355:6 |
| 299:20,23 | 271:21 | 337:11 | **think** 238:9,24 | 357:16,17,25 |
| 301:9,11 | 291:11 423:8 | 340:23 | 239:6,11,17 | 358:3 363:6 |
| 302:3 304:14 | 547:8 | 367:16,17 | 239:24 240:4 | 367:2 374:4 |
| 304:18 305:9 | **testimony** | 371:4 383:11 | 240:14,18,25 | 376:22 |
| 309:25 328:7 | 230:2 234:14 | 392:5,6 | 241:2,8,15 | 388:10,22 |
| 331:7,15,16 | 236:20 239:2 | 410:17 | 241:19 242:9 | 390:16 |
| 332:10,17 | 239:12,16 | 414:22 | 242:20 243:3 | 391:17 |
| 343:1,3,5 | 241:4 243:22 | 432:13 | 243:10 245:3 | 396:19 399:5 |
| 364:17,20 | 244:2 246:2 | 434:18 | 245:19,23 | 399:17 |
| 398:6,7 | 247:9 255:22 | 440:23 | 246:19,23,24 | 406:13 |
| 399:7,11,12 | 265:19,25 | 441:17 | 252:16 254:9 | 411:13 415:5 |
| 401:22 419:4 | 267:18 | 447:22 | 257:13 | 417:19 |
| 420:3,5 | 271:24 | 453:13 | 259:11 260:4 | 421:24 422:8 |
| 435:11,13,16 | 283:10 | 459:22 465:9 | 260:10,12 | 424:21 |
| 488:21 506:2 | 298:16 | 471:20 | 262:2 265:12 | 431:11 434:2 |
| 507:18 508:8 | 311:12 | 476:18 494:5 | 265:25 266:5 | 438:23,25 |
| 508:10,11,15 | 323:19 | 494:13 | 266:14 | 446:25 447:5 |
| 521:5,8 | 326:18 330:5 | 514:21 | 267:19,22 | 447:24 448:9 |
| **terminology** | 330:7 336:16 | 517:19 523:7 | 268:3,7,12 | 448:14 |
| 420:18 | 336:20 345:6 | 525:8,23 | 268:15,18,24 | 449:17,25 |
| **terms** 259:12 | 364:10 | 529:10 | 269:13 | 450:4 453:23 |
| 318:19 323:3 | 393:15 423:6 | 540:20 | 270:14 271:9 | 457:12 |
| 323:4,5,12 | 424:1,4,6 | 547:21 548:5 | 272:16 273:3 | 461:23,24 |
| 412:6 463:1 | 459:14 460:4 | 548:8,11,13 | 276:11 | 463:3,7 |
| 485:12 | 460:12,14,15 | 550:7 553:9 | 278:19,21 | 468:12,15,17 |
| **test** 525:5 | 460:18 | 553:11,23 | 282:13,21 | 469:2,9 |
| **Testani** 229:23 | 467:14 470:3 | 554:12,16,17 | 289:23 | 470:4,15 |
| **testified** 236:4 | 470:10,21 | **thanks** 334:20 | 291:14 292:3 | 486:7,9,11 |
| 238:4 273:15 | 471:2 475:8 | 358:14 463:9 | 294:20 | 489:6,10 |
| 275:2 312:4 | 486:20 | 496:4 | 295:12 | 494:6 499:12 |
| 343:17 | 489:16 | **then-CFO** | 301:16 | 502:18 |

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

52

| | | | | |
|---|---|---|---|---|
| 507:22 508:5 | **tilt** 514:10 | 531:11 | 427:22 467:9 | 501:5 511:10 |
| 514:3,5 | **Tim** 333:8 | 532:13,18 | 468:21 469:6 | 511:15 |
| 522:12 | **time** 235:8,8 | 535:10,19 | 470:3,10,21 | 534:25 535:1 |
| 523:14 | 237:7,22 | 536:19 | 473:12 | 536:24 |
| 525:22 527:7 | 268:23 | 541:19 544:4 | 475:24 514:2 | 537:22 539:8 |
| 527:11 | 283:13 284:3 | 545:14,17 | 547:8 548:6 | **topics** 272:5,7 |
| 532:18 538:6 | 287:10 | 548:5,13 | 550:9 551:13 | 272:11 |
| 538:13 | 293:11 | 550:9 553:9 | 551:18,20,25 | **total** 373:17 |
| 547:16,19 | 296:13 | 554:21 | 552:13 | 409:12 |
| 552:3 | 297:21,23 | **timely** 435:23 | **today's** 235:7 | 433:12 456:6 |
| **thinking** | 327:7,18 | **times** 226:5 | 554:2 | 456:8,15,16 |
| 385:15 | 343:12 344:5 | 238:4 242:22 | **told** 244:17 | 456:17 518:4 |
| 420:14 | 344:6 348:10 | 293:16,19,20 | 246:4 296:9 | **totally** 523:2 |
| 513:15 | 353:6 361:16 | 378:16 | 296:13 379:2 | **touch** 263:6,14 |
| **third** 258:4 | 370:18 372:1 | 427:22 476:2 | 403:7 405:6 | **touched** |
| 261:1 287:10 | 374:12,13,20 | **Timothy** | 429:19 432:4 | 264:20 503:6 |
| 360:1 384:12 | 392:1 395:20 | 225:18 230:2 | 437:24 478:4 | **Tour-** 446:19 |
| 384:14 406:6 | 396:12,15 | 235:3 236:2 | 485:5 489:19 | **tourism** 232:7 |
| 406:11,23 | 400:17 403:3 | 554:20 555:9 | 490:2 492:2 | 415:8,24 |
| 442:23 511:2 | 403:8 404:18 | **title** 225:4,11 | **top** 260:12 | 416:3,7,14 |
| 542:17 | 404:20 405:8 | 230:17 292:9 | 267:3 302:1 | 416:22,24 |
| **THOMAS** | 405:14 407:2 | 292:16 | 303:19,22 | 417:2,11,18 |
| 228:6 | 407:23 408:4 | 361:21 517:3 | 314:5 337:23 | 418:18 |
| **thomas.curt...** | 408:6 410:3 | **titled** 299:15 | 346:23 | 419:12,18 |
| 228:7 | 424:7 425:8 | 324:21 | 350:21 | 420:4,9 |
| **thought** 368:8 | 437:19 | 325:10 | 359:12 | 423:9 427:15 |
| 379:2 403:7 | 438:18,20,21 | 335:18 | 361:13 | 429:5 431:15 |
| 403:11 405:6 | 441:6 452:1 | **to-wit** 555:8 | 382:15,19 | 433:7,17 |
| 470:20 478:4 | 456:9,20 | **today** 235:22 | 383:21 385:8 | 436:20,24 |
| **thousands** | 458:1,11 | 236:10,17 | 395:1,6,13 | 439:1 440:8 |
| 489:23,23 | 469:1 503:3 | 237:22 | 399:21 402:7 | 441:4 446:18 |
| 490:4,5 | 503:8,22 | 243:22 244:2 | 402:11 | 446:20 449:6 |
| **three** 258:8 | 504:16,18,23 | 244:19,21 | 406:12 | 449:9 451:15 |
| 260:18 | 508:18,19 | 246:20 | 417:14 | 453:12,19,22 |
| 261:22 | 509:14 510:1 | 247:10,16,22 | 431:12 445:2 | 454:3,7 |
| 293:20,21 | 511:9,13,14 | 253:16 272:6 | 445:20 447:6 | 455:2,11 |
| 325:24 | 512:20,22 | 273:10 | 457:13 464:5 | 472:12 |
| 378:16 482:6 | 515:7 516:20 | 291:23 | 469:24 | 476:15,16 |
| 535:4 | 516:24 | 298:16 | 472:18 | 478:2 482:8 |
| **threshold** | 526:22 | 327:11,22 | 473:19 | 482:21 |
| 532:19 | 528:23 | 336:17 | 475:17 | 484:10 |
| 533:13 | 529:20 530:7 | 349:10 377:8 | 481:10,18 | 487:25 |
| **tied** 277:8 | 530:13 531:9 | 391:7 423:10 | 482:2 498:4 | 489:17,19 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

53

493:9 495:24
496:14,23
497:2,4,24
498:7 503:6
504:11
516:13 521:6
522:23
523:10 541:1
546:3
**Tourism's**
423:25
**traced** 462:11
**tracing** 451:6
461:16
462:21
**track** 252:6
312:22
396:24
**tracked** 285:8
285:10,12,14
285:15
**tracking**
312:10,21
313:16 344:3
344:4
**transaction**
545:12
**transactions**
348:3
**transcript**
233:17
555:24
**transcription**
555:23 557:6
**transfer** 234:7
234:8 289:11
289:20,21
290:16,17
291:6 341:4
344:13,15,18
344:19,22
345:2,4,8,9
345:10,12

346:3,11
349:23 350:8
350:9 351:5
351:22
352:11,19
353:12,16
354:1,12,13
355:20 356:4
381:10 386:1
386:5,6
388:4 390:5
394:15,16
395:3 403:16
403:17,19,23
403:24 404:9
406:14,16,18
406:19,19
407:5,6,10
409:3 411:2
411:11 413:3
422:14,18,25
423:5 424:2
424:6,9,13
424:17 425:4
427:2 428:7
428:20 429:7
429:11,15,21
429:24 430:2
430:4,5,11
430:18 431:3
431:7,17,21
431:23 432:6
432:10,23,24
433:8,15,24
434:11 435:2
436:11 437:2
437:21,25
440:15 443:1
443:7,18
444:18
453:10,18,21
453:25 454:3
454:18,19,25

458:18
462:13
474:16
475:13,25
483:4 485:21
485:21
489:13 490:3
490:7,19
491:1 493:19
494:19
495:11,12,17
497:21,25
498:12,21,25
503:16 504:1
504:6 506:4
506:16 509:5
510:19 514:3
514:15
516:23
526:23
531:14 532:7
533:20 535:1
535:8 537:25
538:2,5,8,9
538:11,16,23
539:9 541:24
542:9,11
543:1 544:11
544:17
545:23 546:2
546:4,9,24
**transferor**
403:25
**transferred**
352:6 353:19
354:3,4
355:9 380:14
388:12,15,24
389:2 395:14
404:13,16
405:8,10,14
406:9,10
407:1,14

408:19
412:22 423:4
424:17 425:6
442:15 443:2
444:4,10
452:10,15
455:2,11,19
455:24 456:4
456:7,8,12
457:24
458:12,24
462:12
485:13 503:5
506:4 508:6
508:25 509:8
509:13
510:13,23
511:2,8,19
512:6,10,15
515:4,19
516:15 518:2
518:15,20
526:13 528:3
528:25 529:4
531:8 532:15
532:17,22
533:1,3,16
533:24
535:14,24
536:2,6,11
541:21 542:2
542:16,20
543:5 544:2
**transferring**
410:8 518:11
**transfers**
284:24 285:1
289:1 291:1
291:4 345:18
350:5,10,13
350:16,18,22
351:3,4,9,13
351:24,25

352:2,6,10
353:2,4,14
353:16,18
354:6 355:1
355:2,3
378:9,23
380:11
385:11,19,24
385:25 386:3
386:8,14
390:18
394:16 395:3
396:5 397:14
402:18 406:3
406:17 407:5
407:24 411:3
413:4,17,21
427:4,19
454:6 456:14
456:15,16,17
459:3 503:21
509:5 511:24
512:12,23
516:21 518:3
531:12,18
538:12
539:13
**translation**
231:15
232:13,16
233:5 357:11
357:13,15,17
358:3,12,20
465:11,14,16
465:18
493:23,24
494:9,21
496:2 522:10
522:15,19
525:17
**transmittal**
461:19
**Transportati...**

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

54

274:6
**Treasury**
230:14
231:13
233:12 240:3
240:13,23
253:15,22
254:7,14
255:6,8,15
255:25 256:4
256:8,20,22
257:1,6,10
257:12
264:25 266:5
269:22,25
273:9 276:5
276:19 277:2
277:4,9
281:9 284:22
286:17,19
294:7 300:4
300:17
308:10
310:18
314:17
316:23,25
330:9 343:2
343:8,8
344:25
348:22 384:8
384:15,20
385:24
387:15 388:5
388:13,16,25
389:2 390:8
391:1,11,20
393:2,7
394:8 395:21
402:17
409:23 417:7
417:9,13
418:4,8
426:22,25

427:7,23
429:13
436:21
447:12
548:24
549:14,24,25
550:2,4
552:12 553:1
**Treasury's**
549:7
**treatment**
385:3 542:8
**trick** 525:8
**TRINIDAD**
229:19
**trouble** 237:15
**true** 254:10
255:10
256:10
288:17,19
315:17
331:13
370:23 404:8
409:12
412:20 455:5
555:24 557:5
**trust** 230:20
317:25
318:13,18
319:11
328:12,23
384:9,10
385:6 386:21
386:25 387:3
387:6 388:17
389:3 391:21
441:2 444:19
475:1
**trustee** 325:20
337:19
378:18 443:2
444:5,11
445:1

**truth** 555:17
555:18,18
**try** 516:4
544:22
**trying** 351:2
351:20 479:5
492:22 506:2
507:13,16
**TSA** 230:14
239:7 242:7
242:25 243:4
248:22 249:5
249:11,14,19
250:2,4,6,8
250:10 252:4
252:9,12
266:1 267:20
267:23 268:4
268:8,13,19
268:25
277:17,19,22
278:5,15
279:7,16,18
281:21
282:20
284:20,23
285:8 288:7
289:2,6
319:15 320:3
320:14
321:16
331:22 332:2
337:14,21,25
338:5 339:11
339:25
381:11 386:1
393:22 394:5
400:14
402:18
407:12,17,20
407:23 408:5
411:4,10,14
411:20,22

412:18,22
413:1,4
414:7,17
509:23 514:2
514:4,12,14
514:16
541:18
542:16,20,23
543:2,5
544:18
**Tuesday** 238:5
275:2 289:1
319:14 341:9
341:15
343:18
427:22 548:6
550:9 551:13
551:18,20,25
552:13 554:1
**turn** 235:16
237:17
252:11
253:18
277:24,25
289:25 299:3
306:12,25
308:17 319:9
360:1 503:10
**turning** 516:6
**two** 237:1
260:17
261:20 267:6
293:20,20
314:17 337:8
357:23
360:24 378:2
412:6 422:13
488:12
529:15
534:25 535:1
544:21
545:16
553:10

**type** 286:23
371:20,24
372:7,10
**types** 320:15
320:16 451:3
**typewriting**
555:22
**typically**
238:23
240:17,24
257:23
266:23

**U**

**U.S** 316:23
343:2,7,8
380:14
381:12 393:2
409:23
**ultimately**
396:6 397:15
440:17
**unable** 355:1
414:4 500:7
**uncertain**
304:11 366:1
406:4
**unclear** 266:13
390:16
**underneath**
549:25
**understand**
236:16,19
242:17
254:22
257:14
259:15 260:9
270:9 272:18
287:25 291:7
293:10 311:2
311:23
315:12
318:23 319:2

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

55

| | | | | |
|---|---|---|---|---|
| 324:14 326:6 | 299:17 | 331:15,19,25 | 480:18 489:5 | 229:17 |
| 326:9 332:17 | 300:24 | 332:8,18,19 | 490:8 492:8 | **valid** 270:3 |
| 333:24 334:8 | 301:19 | 381:4 | 492:24 502:4 | **various** 286:24 |
| 334:11 351:2 | 305:18 311:5 | **undertake** | 527:4 537:8 | 298:5 300:10 |
| 351:21 | 311:13,18 | 467:17 | 543:11 | 318:11 |
| 353:23 | 325:1 332:10 | 469:20 | 547:11 | 320:10 |
| 359:22 366:6 | 338:25 | **underwent** | **unique** 462:25 | 341:10 |
| 366:9,14 | 339:19,23 | 492:12 | 463:4 | 378:23 |
| 378:4,21 | 356:19 | **undetermined** | **unit** 316:17 | 379:17 |
| 379:15,19 | 367:19 368:6 | 555:10 | **United** 225:1 | 416:10 422:7 |
| 380:1,23,25 | 369:23 380:9 | **unequivocally** | 316:22 | 425:23 426:7 |
| 381:7 384:9 | 380:10 382:4 | 241:21 242:7 | 555:11 | 445:13 451:7 |
| 398:9 399:11 | 382:6,8,9 | 242:25 451:2 | **universe** | 454:2 467:16 |
| 399:12 | 393:6 395:15 | **UNIDENTIFI...** | 288:10,15 | 468:20 |
| 401:12,13,23 | 400:1,3 | 238:22 241:7 | 431:13 | 470:12 472:4 |
| 415:16 | 412:11,16 | 251:8,20 | **UNSECURED** | 473:9,16 |
| 417:25 | 415:1,3 | 263:16 | 229:9 | 476:25 |
| 435:13 | 422:3,24 | 265:21,22 | **upcoming** | 482:23 |
| 443:23 444:3 | 424:12 425:2 | 275:16 | 435:19 | 485:14 |
| 457:3 462:6 | 428:5 433:22 | 280:13 | **upper** 540:18 | 491:13,18 |
| 479:5 485:18 | 434:9 435:9 | 281:22 | 540:18 | 492:6,13 |
| 488:11,17 | 435:10,12 | 283:23 | **use** 249:6 | 493:5 502:19 |
| 491:11,16 | 436:3,5,9 | 288:24 | 282:16 | 547:4 |
| 492:23 493:8 | 440:11 | 304:22 | 301:11 | **Vendor** 286:10 |
| 497:24 | 442:11,13 | 305:23 | 304:13 | **verify** 315:1 |
| 506:20 508:7 | 444:17 | 312:11 317:7 | 305:25 306:4 | 346:25 485:4 |
| 515:2 520:22 | 452:24 454:2 | 321:2 336:22 | 306:7 322:10 | 489:18,21 |
| 524:10 | 478:2 484:2 | 366:17 375:4 | 328:7 351:12 | **version** 465:14 |
| 534:25 535:2 | 485:23 | 375:17 376:2 | 352:15,21,24 | **VI** 442:5 |
| 541:6 | 488:20 493:8 | 379:8 387:8 | 375:19 399:7 | **video** 235:18 |
| **understanda...** | 494:10 | 390:10,14 | 490:22 | 237:3,6 |
| 351:16 | 495:15 507:5 | 405:1 411:17 | 508:15 521:7 | 554:20 |
| **understandi...** | 507:17 511:6 | 414:10 | **uses** 282:10 | **videographer** |
| 235:9 258:12 | 511:17 | 416:17 422:1 | 282:14 | 229:25 235:1 |
| 258:17,23,24 | 518:18 | 422:5 424:20 | 304:18,20 | 235:4 236:15 |
| 258:25 259:2 | 526:20 531:8 | 425:14 426:8 | 322:3 422:4 | 284:8,11 |
| 259:19,21 | 533:14 | 428:1 436:15 | 422:7 | 333:15,19 |
| 261:6 264:21 | **understands** | 437:9 438:5 | **utilized** 277:9 | 334:1 392:7 |
| 269:2,10,19 | 484:11 | 450:19 | | 392:10 |
| 270:3,8,12 | 507:24 | 462:14,23 | **V** | 463:11,14 |
| 279:19 | **understood** | 472:22 | **vague** 438:17 | 521:20,23 |
| 281:14 | 269:14 279:9 | 473:17 475:9 | 452:3,16 | 547:23 548:1 |
| 298:20 299:9 | 281:24 331:8 | 475:10 | **VALDÉS** | 551:1,4 |

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

56

| | | | | |
|---|---|---|---|---|
| 554:18 | 541:11 | 554:11 | 516:5 517:9 | **WESTERMAN** |
| **Videotaped** | waived 556:3 | wanted 306:13 | 520:1,20 | 226:24 |
| 225:18 | waiver 554:6 | 367:7 | 527:7,12,16 | **WHEREOF** |
| view 426:1,1 | want 238:1 | wants 324:9 | 533:12,23 | 556:9 |
| viewing | 242:14 248:3 | 525:20 | 543:13 | Whitelaw |
| 257:23 | 248:15 | warehouses | 552:20 556:6 | 229:24 |
| virtually | 249:22 | 342:23,25 | 556:7 | WICKERSH... |
| 225:19 555:9 | 259:13 | warn 547:18 | ways 296:10 | 228:4 |
| visually | 260:25 | wasn't 249:16 | 422:7 454:2 | willing 241:11 |
| 534:19 | 271:11 | 249:21 | 454:5 | 241:21 |
| **VOL** 225:16 | 278:17,20 | 263:10 | wdenker@m... | wire 454:9 |
| volume 237:17 | 283:20 296:9 | 348:13 | 226:18 | withdraw |
| voucher 341:4 | 296:12 | 367:13 443:6 | we'll 248:14 | 367:4 |
| 344:14 345:9 | 302:24 | 460:15 470:1 | 304:2 371:14 | witness |
| 345:22,25 | 306:25 | 470:8 487:5 | 438:14 507:7 | 235:13 236:1 |
| 346:4,12,25 | 308:23 | 525:8 534:2 | 547:17,22 | 237:19 238:8 |
| 347:4,6,9,10 | 324:11 337:3 | waste 296:12 | we're 246:24 | 238:23 239:6 |
| 347:11 348:2 | 341:6,11 | waterfall | 248:10 267:1 | 239:16,23 |
| 348:2 373:15 | 356:22 | 377:19,21 | 278:23,23 | 240:7,17 |
| 510:18 | 357:18 | 382:11,14,17 | 284:1 299:7 | 241:8,14 |
| 548:20 549:6 | 359:11 | 382:23 | 307:4 365:14 | 243:3 245:14 |
| 551:8,10,12 | 369:21 377:3 | way 238:10 | 368:19 458:2 | 245:23 246:7 |
| 551:17 | 383:8 392:2 | 239:24 | 459:10 | 249:1,13 |
| 552:12,16,18 | 392:13,14 | 242:22 | website 276:4 | 250:14 251:9 |
| 552:21 | 409:16 | 265:10,16 | week 278:6 | 251:21 252:1 |
| vouchers | 429:25 430:2 | 279:22,24 | 293:20 | 252:16,23 |
| 289:1,3 | 440:18,20 | 280:9,16,20 | weekly 273:18 | 254:5 259:25 |
| 344:19 | 444:2 452:13 | 289:18 | 273:22 275:1 | 263:17 264:2 |
| 345:13,18 | 457:17 463:6 | 292:17 | weeks 293:21 | 265:4,24 |
| 347:14 348:4 | 465:13 466:8 | 295:24 305:7 | 312:5 437:16 | 266:8,13 |
| 348:5 354:12 | 475:17 477:8 | 306:6 317:10 | weight 236:21 | 267:10,24 |
| 386:1 461:18 | 499:21 | 317:15 322:6 | Weil 227:3 | 268:2,11 |
| 548:23 | 501:19 | 327:3 329:17 | 229:22,24 | 269:13 |
| 552:24 553:4 | 502:11 | 364:13 | welcome | 270:20 271:3 |
| | 506:24 508:9 | 365:25 | 235:2 333:23 | 271:18 |
| **W** | 508:22 | 376:25 | 452:19 | 274:10 |
| W 228:15 | 515:21 | 401:12 422:8 | went 254:16 | 280:14 |
| 229:5 | 522:15 | 432:17 | 381:10 399:4 | 281:23 282:9 |
| wait 237:8,10 | 525:16 528:8 | 456:10 | 437:21,23 | 286:4 287:20 |
| 522:15,20 | 531:24 | 461:11 | 440:22 | 288:7,25 |
| waiting 248:19 | 534:23 548:5 | 483:11 487:9 | weren't 336:24 | 289:9 297:3 |
| 365:13,14 | 550:22 | 489:8 506:25 | 424:14 479:8 | 297:16,20 |
| 475:20 | 553:21 | 515:21 516:1 | 482:14 | 298:24 301:2 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                        April 23, 2020

57

| | | | | |
|---|---|---|---|---|
| 302:7,14 | 431:19 434:2 | 283:13 | 544:23 | 300:12,14 |
| 303:2,12,15 | 434:14,24 | **word** 249:6,8 | **writing** 337:24 | 307:11 |
| 304:10 305:7 | 436:16 | 280:7,18 | **wrong** 378:16 | 312:15 |
| 305:15,24 | 437:10 438:7 | 303:3 304:21 | 379:7 | 313:18 |
| 306:6 310:10 | 438:23 | 305:3,21 | | 332:21 372:3 |
| 311:13,15,23 | 442:17 | 306:1,4,7 | **X** | 372:5 374:6 |
| 312:13 313:4 | 443:23 | 328:1 390:15 | **X** 225:3,9,16 | 433:13 |
| 315:4 317:8 | 444:13,22 | 421:11 422:4 | 483:23 | 435:20,21 |
| 317:15 | 450:20 452:4 | 422:7 | | **years** 300:10 |
| 318:17 320:2 | 457:20 | **work** 269:21 | **Y** | 300:13 378:2 |
| 320:13 321:3 | 460:14,17 | 269:24 | **Y** 483:24 | **yellow** 342:6,8 |
| 321:23 322:6 | 462:15,24 | 291:16 | **Yards** 226:15 | 343:16 |
| 322:14 | 464:11 | 326:25 329:5 | **yeah** 251:13 | **yes-or-no** |
| 323:23 326:9 | 467:22 | 333:7 338:23 | 282:9 283:12 | 239:9 242:12 |
| 326:19 | 470:15 471:1 | 339:17,24 | 283:23 | 242:13,21 |
| 327:13,24 | 471:10,17,25 | 377:12,16 | 291:10 319:9 | 243:7,8 |
| 328:16 329:2 | 473:1,18 | 415:22 416:1 | 329:15 | **yesterday** |
| 330:8,22 | 475:11 | 416:6,9,11 | 342:17 | 236:25 |
| 332:14,23 | 478:20 483:2 | 416:16 429:4 | 355:11 362:7 | 248:12 |
| 333:10 | 483:19 | 429:12 | 362:23 | 273:16 |
| 334:15,19,21 | 485:17 489:6 | 430:10 | 369:15 383:2 | 291:21 |
| 334:23 335:5 | 490:9,13 | 431:21 | 385:17 | 319:13 341:8 |
| 336:7 339:3 | 502:5 507:14 | 447:14 448:3 | 386:13 393:9 | 447:25 |
| 345:16 | 507:17,23 | 448:20,22 | 399:17 | 448:10 534:1 |
| 346:16 | 513:20 | 466:22 | 434:17 436:5 | 534:5 551:13 |
| 352:13 365:2 | 517:20 520:8 | 472:12 478:3 | 440:1 444:16 | 551:24 552:1 |
| 366:19 375:7 | 521:14 523:2 | 497:23 548:6 | 457:18,23 | **York** 226:6,6 |
| 375:18 376:3 | 523:4 527:5 | 552:17 | 461:10 | 226:15,15 |
| 376:24 379:9 | 533:18 534:2 | **workbook** | 462:18 | 227:5,5 |
| 379:19 381:3 | 534:5 539:4 | 285:2,5 | 464:11 465:6 | 228:5,5 |
| 384:5 387:9 | 539:6 543:12 | **worked** 416:21 | 473:12,18 | 229:6,6,12 |
| 387:18,24 | 543:23 | 429:18 | 474:10,11 | 229:12 441:6 |
| 388:7,19 | 546:13 547:2 | 533:13 | 476:5,8,16 | |
| 389:5 391:17 | 547:12 548:8 | **working** | 487:9,21 | **Z** |
| 397:20 | 550:10,16 | 446:14,15,16 | 491:24 | **ZACHARY** |
| 398:19 401:5 | 553:3,11 | 466:18 | 494:15 505:5 | 229:13 |
| 405:2 408:17 | 554:17 | **workout** 416:5 | 516:1 522:7 | **zacharyzwill...** |
| 409:8 411:18 | 555:16,20,21 | **wouldn't** 388:5 | 529:13 | 229:14 |
| 412:20 422:6 | 555:25 | 448:21 | 530:18,19 | **zero** 459:3 |
| 424:21 | **witness's** | 470:22 | 538:25 | **Zouairabani** |
| 425:15 426:9 | 247:9 | 527:11 544:6 | 539:20 544:9 | 229:19 |
| 426:17,25 | **wonder** 283:11 | 545:18 | 550:25 | 553:12,18,19 |
| 428:9 430:8 | **wondering** | **wrap** 383:9 | **year** 273:16 | 553:24 |
| | | | 276:5 300:5 | |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

58

**ZWILLINGER**
229:13

**0**
**0** 540:17,19
**0000542**
231:17
**0001070**
231:14
**0001093**
233:15
**0001326**
231:19
**0002** 481:1
**0004152**
231:11
**0004328**
232:15
**0004742** 231:9
**0004927**
232:15
**0006** 344:20
350:22
351:14,24
355:20
370:20 394:5
394:15
405:10,14
406:20
408:20
409:11,14
**0006787**
232:12
**0006917** 233:3
233:5,7
**0010186** 248:8
**0010367**
230:10
**0010368**
230:12
**0010543**
230:13
**002** 481:7

**006** 343:13
344:10 345:1
349:16
350:13,19
351:9 352:8
353:16 355:5
355:8,12
356:4 370:2
370:9,16
371:1 395:16
395:18
402:21,24
403:15 404:9
404:14 405:8
405:20 407:1
407:9,15
408:1,15
410:4 412:1
505:14,17
506:5 508:17
508:25 509:9
509:12 510:7
510:10,13,22
511:8,24
512:15
513:25 514:1
**00918** 227:21
229:18
**02110-2600**
226:11
**03** 540:19
**0704** 349:17
349:19
351:14,24
354:3,12,23
354:25 355:3
356:3,16,20
410:12
**084-003064**
556:17

**1**
**1** 264:13 333:6

351:13 352:6
353:2 411:1
413:2 414:20
419:16
435:24,25
442:1 509:24
511:23
**1/10** 433:9
435:3 436:10
437:20
506:14
**1:04** 333:20
**10** 230:15
276:6 278:6
278:16,23
392:3 463:7
**10/14/18**
233:11
**10:54** 284:9
**100** 347:5
**10001-2163**
226:15
**10019** 229:6
**10036-8299**
226:6
**10153-0119**
227:5
**10166** 229:12
**102** 439:12
**10281** 228:5
**11** 233:18
280:1 284:6
548:15,19
**11:13a.m**
284:12
**1102** 298:10
307:1 308:18
**1107** 317:18
**111** 372:13,16
372:17
**117** 300:16
311:24
312:14,17,18

312:23
313:13,14,15
313:17
314:14,22
316:19
318:14,25
331:20 332:1
332:4,11,20
337:20
338:14 344:5
344:12 346:5
346:13 370:1
370:8,16,18
370:25 373:5
373:17,21
374:23 375:1
375:19,22
376:12,15,18
377:17,22
381:14 382:5
382:10
383:18 385:4
388:11,24
390:6 391:1
391:10
392:25
403:21 404:6
408:13,18,24
409:4,9,10
409:13
**12:00** 441:6
442:23
**12:28** 333:16
**1202** 356:24
**1202A** 357:17
357:21
**1203** 371:9
**122** 388:5
**13** 544:25
**1301** 371:6
**1302** 389:12
**14** 233:19
341:8 343:12

370:6,14
549:9,12
**15** 343:12
402:1 404:23
407:25
408:11
502:23,24
503:12
508:18 515:8
515:13 527:1
528:17,17
529:8,9,16
529:17 530:6
530:7,14,14
530:24,24
531:3 538:2
538:8,16,23
539:9 541:24
543:4 544:19
545:7,7
**150** 228:14
**151** 306:17
**1510** 335:9
**16** 408:1
412:10
508:18 512:1
524:22,23
526:5,10
528:19 529:3
530:15,23
**1600** 228:13
**161** 306:12
**162** 306:12
**16th** 529:24
**17** 225:6,12
234:10
528:20 529:4
530:15,23
531:3,24
532:5 534:18
**173** 267:6
**17th** 227:13,17
529:24

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

59

| | | | | |
|---|---|---|---|---|
| **18** 285:20 | **2:54** 392:11 | 409:18 410:2 | **212.969.3000** | **2507** 499:5 |
| 361:1 531:25 | **20** 230:14 | 412:17,21 | 226:6 | Redacted **9758** |
| 532:5 534:18 | 273:23 274:1 | 413:8,13,20 | **2124** 537:17 | 495:5 |
| 544:4,12 | 274:14 | 414:2,16 | **2128** 464:21 | Redacted **9947** |
| **1891** 231:10 | 284:14 | 503:12 | **2132** 491:6 | 465:20 |
| 344:11,20 | 557:19 | 511:21 512:7 | **2134** 521:11 | **25A** 358:9 |
| 345:1,4 | **200** 228:5 | 512:11,16 | **2135** 445:7 | **26** 231:10 |
| 350:14,20,23 | 229:12 | 513:2,9,12 | **217** 230:20 | 368:10,15 |
| 351:10 352:2 | **2001** 418:10 | 513:24 | **22** 230:20 | 371:6,15 |
| 352:9 353:5 | **2002** 499:20 | 514:10 515:8 | 286:9 317:18 | 377:4 378:8 |
| 353:17 355:9 | **2006** 300:12 | 515:13 516:7 | 317:19,24 | **27** 231:12 |
| 355:17,21 | **2008** 300:13 | 516:11,18 | 324:14 | 371:10,14 |
| 356:5 360:7 | **2009** 361:1,2 | 526:5 527:18 | **23** 231:3 | 378:8 |
| 362:17,19 | 361:16 | 527:19 | 232:19 235:7 | **270** 229:18 |
| 363:1 364:11 | **2014** 315:10 | 528:23 | 335:8,10 | **274** 230:14 |
| 365:6,16,22 | 362:16 | **2017** 390:24 | 345:1,4,8 | **278** 288:18,20 |
| 368:2 | 369:24 | 448:2 526:10 | **2306** 526:17 | 288:22,23 |
| **19** 234:2 | 370:24 372:2 | 528:24 | 526:21 527:2 | 289:2,5,10 |
| 361:16 | 372:3 413:8 | **2018** 531:16 | 528:19 529:5 | 289:14,15,20 |
| **1914** 299:4,14 | 413:12,20 | 534:14 | 529:14,25 | 289:22 290:7 |
| 308:22 | 480:5 | **2020** 225:23 | 530:21 | 290:8,10,15 |
| 311:19 | **2015** 341:8 | 230:14,15 | 532:17,22 | 290:17,21 |
| 312:25 313:5 | 362:16,17 | 232:19 235:7 | 533:10 | 291:2,5 |
| **19A** 230:7 | 369:25 370:7 | 276:5,6 | **236** 230:3 | 320:7 |
| 247:24 | 370:14,24 | 278:6 340:6 | **2360** 529:1 | **28** 231:16 |
| 248:10,14,17 | 372:5 378:18 | 554:3,9 | **23rd** 225:22 | 377:1 378:17 |
| 253:4 264:24 | 392:15 | 555:8 556:11 | 555:8 | 385:12,20 |
| 304:3,5 | 394:12,25 | **2056** 300:14 | **24** 231:5 340:5 | **2882** 410:9,21 |
| **19B** 230:11 | 455:7,9,16 | **20th** 361:2 | 340:9 349:15 | **29** 231:18 |
| 247:25 | 455:16,25 | **21** 230:16 | 362:15 | 389:13,14 |
| 248:11,15 | 456:1 474:13 | 298:11 | 369:22 | **298** 230:16 |
| 253:4 307:4 | 474:13 480:5 | 308:21 311:7 | 392:14 | **2984** 536:6,9 |
| 316:4 | 511:20 527:1 | 311:19 340:6 | 479:25 480:1 | 536:15 |
| | 527:18,18 | **212.310.8000** | **247** 230:7,11 | |
| **2** | 528:12,13 | 227:5 | **24th** 556:11 | **3** |
| **2** 286:23 316:7 | **2016** 230:7 | **212.318.6000** | **25** 231:7 299:6 | **3** 230:17 |
| 333:6 422:12 | 248:6 254:15 | 229:13 | 356:23 357:1 | 435:16 |
| 442:20 | 267:15 | **212.504.6000** | 357:6,25 | 440:15,22,24 |
| 499:22 | 307:12 | 228:6 | 358:8,10,18 | 456:25 458:6 |
| **2-minute** | 392:16 | **212.506.5000** | 360:2 365:14 | 485:20 |
| 521:15 | 394:13,25 | 229:6 | 365:20 | 528:25 |
| **2(b)** 442:4 | 402:1 404:23 | **212.530.5000** | 390:24 | 532:14,23 |
| **2:39** 392:8 | 408:11 | 226:16 | **250** 227:20 | 533:15 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

60

| | | | | |
|---|---|---|---|---|
| 535:23 | 319:9 479:25 | 324:13 | 509:8 | **5148** 505:6 |
| 536:21 554:3 | 491:8 493:11 | 325:10,10 | **5142** 455:3,12 | **520** 233:8 |
| 554:9 | **340** 231:5 | **418** 231:20 | 455:23 456:5 | **521** 233:2 |
| **3-million-plus** | **347** 316:4 | **41st** 226:5 | 456:7,13,17 | **52nd** 229:5 |
| 494:24 | **35** 232:17 | **4220** 347:23 | 456:19 | **548** 230:4 |
| **3-plus** 508:5 | 344:25 499:5 | 348:12 | 500:20,22,25 | 233:18 |
| 529:23 | 499:6,20 | 373:18,20,24 | 501:4,12 | **549** 233:19 |
| 535:13 | **3567-LTS** | **432** 234:2 | 503:18 | **55** 226:15 |
| 539:13 | 225:12 | **439** 232:3 | 511:20 515:5 | **57** 300:14 |
| **3(b)** 440:21 | **357** 231:7 | **44** 235:10 | 515:9,15,18 | |
| 441:20 | 307:7 | **445** 232:7 | 516:14 | **6** |
| 443:10 | **36** 233:2 | **45** 547:20 | 517:24 518:3 | **6** 235:14 |
| **3(b)(2)** 444:4 | 521:12 522:4 | **464** 232:10 | 518:11,15,20 | **6/30/16** 230:11 |
| 444:17,23 | 522:22 | **4741** 360:25 | 526:13 528:4 | **6:24** 521:21 |
| **30** 230:7 | **368** 231:10 | **486** 234:10 | 529:4,8,14 | **6:25** 521:24 |
| 231:20 248:6 | **3691** 535:25 | **491** 232:14 | 529:19 532:8 | **60** 395:23 |
| 307:12 | **37** 233:8 540:4 | **499** 232:17 | 532:11,15,17 | Redacted ... |
| 418:12 | 540:5,9 | | 532:19,22 | 523:25 |
| 419:10 433:3 | **371** 231:12 | **5** | 533:4,6,7,10 | **6048** 393:24 |
| 438:4 488:16 | **37201** 228:14 | **5** 378:18 | 533:16 535:9 | 394:5,6,17 |
| 506:8 552:3 | **377** 231:16 | 381:18 | 535:14 | 394:22,24 |
| **30(b)(6)** | **38** 233:10 | 383:24 385:5 | **5144** 234:14 | 395:5,10,17 |
| 272:17 | **38119** 228:19 | 385:12 | 456:23 457:7 | 395:23 396:3 |
| 327:11,21 | **389** 231:18 | 388:14 389:1 | 457:11 458:4 | 397:9,25 |
| **31** 232:3 | **3961** 531:15 | 463:6 550:20 | 458:5,7,11 | 399:4,23,25 |
| 439:14,15,19 | 535:18,22 | 550:22,23,24 | 458:16,18,25 | 401:24 402:5 |
| 499:20 | 536:13,18 | **5-minute** | 459:2,9 | 402:9,22,25 |
| **32** 232:7 333:7 | 537:20 | 284:5 463:8 | 460:6,10,22 | 403:8,15 |
| 445:7,8 | 539:12 | 547:16 | 460:24 | 404:13 405:7 |
| 451:14 | 540:15,15,21 | **5(a)** 385:19 | 461:25 | 405:10,13 |
| 474:11 | **3rd** 228:14 | **5(b)** 382:20 | 485:19 486:3 | 409:14 |
| 481:24 495:8 | | 383:1,3,15 | 486:15,20,25 | 509:13,16 |
| 501:20 507:1 | **4** | **500** 228:18 | 487:3,7,19 | 510:6 514:1 |
| 525:7 541:9 | **4** 354:11,20 | **5042** 504:17 | 487:24 488:5 | **6075** 228:18 |
| 541:12,14 | 381:14 | **51** 229:5 | 488:9 501:21 | **610** 227:12,16 |
| 545:8 | 384:17 433:2 | **5138** 458:8,12 | 504:20,23 | **615.651.6700** |
| **3283-LTS** | **4:35** 463:12 | 458:16,21 | 505:3,9 | 228:15 |
| 225:6 | **4:56** 463:15 | 459:3 460:6 | 518:15,21,24 | **617.526.9600** |
| **33** 232:10 | **40** 261:8 303:2 | 460:7,22 | 519:9 524:4 | 226:11 |
| 333:7 464:22 | 303:15,19,20 | 461:25 | 524:14 | **6545** 526:24 |
| 465:1,7 | 303:24 304:3 | 504:24 505:3 | 530:13,21,22 | 529:1,25 |
| **335** 231:3 | 304:4 | 505:10,14,17 | 533:1,4,10 | 531:9,20 |
| **34** 232:14 | **401** 319:10 | 508:17,25 | 533:24 | 532:11,15,24 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

61

| | |
|---|---|
| 533:8,16,24 | 455:24 456:3 |
| 535:15 536:2 | 456:8,11,17 |
| **67** 230:18 | 456:19,23 |
| | 457:24 |
| **7** | 489:14 490:2 |
| **7** 300:13 | 490:6,18,24 |
| **7:06** 547:24 | 495:8 496:15 |
| **7:16** 548:2 | 497:5,10,17 |
| **7:20** 551:2 | 497:20 498:8 |
| **7:30** 551:5 | 498:20 |
| **7:34** 554:19,21 | 499:10,23 |
| **767** 227:4 | 500:2,6,12 |
| **787.705.2171** | 500:17 |
| 227:22 | 502:14 |
| **787.759.9292** | 503:23,24 |
| 229:19 | 504:5,15,17 |
| | 507:4 515:6 |
| **8** | 515:10,15,19 |
| **8** 277:23 281:2 | 516:15,19,21 |
| 338:17 442:5 | 516:24 517:2 |
| | 517:24 518:5 |
| **9** | 527:3 528:12 |
| **9** 300:13 | 528:16 529:8 |
| **9:10** 361:17 | 529:20 530:7 |
| **9:46** 225:22 | 530:12,22 |
| 235:8 | 545:9,22 |
| **900** 227:21 | 546:1 |
| **901.680.7200** | **99** 496:15 |
| 228:19 | **9947** 457:1,2 |
| **9028** 393:17 | 457:15,19,25 |
| 408:15 | 465:21 |
| **9045** 410:20 | 477:25 479:7 |
| **9258** 485:21 | 479:10,13 |
| **92660** 227:13 | 482:12 |
| 227:17 | 485:21 |
| **9458** 409:25 | 490:25 507:4 |
| 410:25 | 530:8 |
| 411:15 412:2 | |
| 538:3 539:16 | |
| 541:17 542:2 | |
| 544:3,13 | |
| **949.823.6900** | |
| 227:14,18 | |
| **9758** 455:19 | |

Henderson Legal Services, Inc.

202-220-4158          www.hendersonlegalservices.com