Luis Torres Colón
Calle Pecos 1638
Urb. Rio Piedras HTS
S.J P.R 00926

SAN JUAN PR 009

27 MAY 2020 PM 2

FOREVER / USA

RECEIVED & FILED
2020 MAY 29 PM 3: 50
CLERK'S OFFICE
U.S. DIST RIOT COURT
SAN JUAN, P.R

Secretaría (Clerk's office)
Tribunal Distrito de los E U
Room 150 Federal Building
S.J. P.R 00918-1767

0091881767 0000

