UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    As representative

THE COMMONWEALTH OF PUERTO RICO, et Al.,

    Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

This filing relates to the Commonwealth, HTA, and ERS.

El motivo para unirme a la Objeción Global es, que el Gobierno de Puerto Rico utilizó mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicitamos muy respetuosamente a este tribunal que este dinero sea devuelto.

*[signature]*
Idaliz Borrero Maldonado
Urb. La Marina
2 Calle Eridano
Carolina, PR 00979
Teléfono: 787-362-4639
Correo Electrónico: Idalizborrero@hotmail.com

*[Stamp: RECEIVED & FILED 2020 MAY 29 PM 3: 46 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR]*