IDALIZ BORRERO MALDONADO
URB. LA MARINA
2 CALLE ERIDANO
CAROLINA, PR 00979-4009



CERTIFIED MAIL

7018 0680 0001 3852 4865



FIRST-CLASS

US POSTAGE

02 1P
0001221863     MAY 26 2020
MAILED FROM ZIP CODE 00917

$ 008.00⁰

RECEIVED & FILED
2020 MAY 29 PM 3: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SECRETARÍA (CLERK'S OFFICE)
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDERAL BUILDING
SAN JUAN, PR 00918-1767