IDALIZ BORRERO MALDONADO
URB. LA MARINA
2 CALLE ERIDANO
CAROLINA, PR 00979-4009

**CERTIFIED MAIL**

7018 0680 0001 3852 4865



FIRST-CLASS
US POSTAGE
$008.00
02 1P
0001221863  MAY 26 2020
MAILED FROM ZIP CODE 00917

RECEIVED & FILED
2020 MAY 29 PM 3:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SECRETARÍA (CLERK'S OFFICE)
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDERAL BUILDING
SAN JUAN, PR 00918-1767