30 de mayo de 2020

Abogado de la Junta de Supervisión
Proskauer Rose LLP
Eleven Times Square
Nueva York

Adjunto envío la Certificación de la Junta de Retiro para maestros, la cual hace dos meses estaba solicitando por imail. Hoy viernes, a las 9:45 am, por fin la recibí por imail.

Espero mi caso sea considerado, pues en la correspondencia anterior, envié copias de los problemas de salud que tuve y además he llamado en tres ocasiones. Por la pandemia se hizo difícil la Certificación de Retiro.

Los números de las reclamaciones son:
62306 - 67471 - 77197

Atentamente,
Delfina Santiago

Delfina Santiago Marrero
787-643-1104
xxx-xx-2829
4 enc. 51
delfinasantiago0104@gmail.com



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

SANTIAGO MARRERO, DELFINA
URB LOS CAOBOS
2725 CALLE COROZO
PONCE PR 00716-2734

Certifico la siguiente información referente a la pensión de la **Prof. Delfina Santiago Marrero**, con número de seguro social que termina en **2829**.

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | 1 de agosto de 2001 |
| **Tiempo Cotizado para la Pensión** | 26 años, 10 meses, 1 semanas, 4 días |
| **Pensión Mensual Inicial** | $1,396.86 |
| **Pensión Mensual Actual** | $1,438.77 |

Esta certificación se expide hoy, **29 de mayo de 2020** en **San Juan, Puerto Rico**.



Número de Certificación:

SRM03P2002474

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte,
Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☐ 787.777.1414   ☐ 787.759.2883   www.srm.pr.gov

Modelo SC-1515 (JRM)
14-mayo-1
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**

## INFORME RENTA ANUAL VITALICIA

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Delfina Santiago Marrero | 35523 | F |

**Tipo de Renta:**
- a- Años de Servicio y Edad
  - Opcional ( )
  - Obligatorio ( )
- b- Edad ( )
- c- Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d- Diferida ( )

**Fecha de Nacimiento**
Año ___ Mes ___ Día ___

**Fecha de Retiro**
2001 julio 27

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Efectividad |
|---|---|---|---|
| 50 años, 6 meses, 24 días | 26 años, 10 meses, 1 sem., 4 días | $ 32,382.76 | 2001 julio 28 |

**Retiro Ley Núm.** 44 **de** 2000

Oficina de Finanzas
Documentos Preintervenidos
Fecha 30/11/06
Iniciales ___

**Cómputo de la Renta Anual:**

a- Sueldo promedio mensual más alto durante cinco años consecutivos a $ 1,862.49     900.71

X **018%**    X    26 años, 10 meses, 1 semana y 4 días

(Por ciento)     (Tiempo Acreditado)

menos ajuste 5%   45.03

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____    855.68

  ( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

  ( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de años de servicios y menos de 60 años de edad.

b- Ajuste para llegar al Mínimo Establecido por Ley 44

| Años de Servicio | Edad | Incapacidad Física | Diferido | |
|---|---|---|---|---|
| $ 541.18 | | $ | $ | 541.18 |

**Diferencia Mínimo o Renta Sistema Retiro**

| Renta Mensual Vitalicia | 1,396.86 |
|---|---|
| Renta Anual Vitalicia | 16,762.32 |

**Computado:** Celia Rodríguez Rivera    28 nov 2001 Fecha

**Cotejado:** Hugo E. Aponte    28/11/01 Fecha

**Recomendado:** Gloria E. Navas Pérez    7/dic/01 Fecha
Directora Area Servicios de Retiro

**Aprobado:** 5/12/01 Fecha    Irma A. Giménez López
Secretaria Ejecutiva