**PRESS FIRMLY TO SEAL**

**PRIORITY MAIL FLAT RATE POSTAGE REQUIRED**

UNITED STATES POSTAL SERVICE. — Retail

**P** — US POSTAGE PAID — $7.75
Origin: 00715
05/30/20
4260300715-03

**PRIORITY MAIL 1-DAY ®**

0 Lb 2.10 Oz
1005

EXPECTED DELIVERY DAY: 06/01/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR 00918-1706

**USPS TRACKING® NUMBER**



9505 5105 4732 0151 6480 47

- Date of delivery sp...
- USPS TRACKING™ ... international destina...
- Limited international...
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.
* Domestic only

To schedule free Package Pickup, scan the QR code.




PS00001000014
EP14F Oct 2018
OD: 12 1/2 x 9 1/2
USPS.COM/PICKUP

**PRIORITY MAIL** ★ — UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Delfina Santiago
Urb. Los Caobos, Corozo
2725
Ponce PR 00716




RECEIVED & FILED
2020 JUN -2 AM 8:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

TO: Secretaria
Tribunal de Distrito
Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767