REPLICA DE OBJECION GLOBAL

RECEIVED & FILED
2020 MAY 29 AM 10: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

I. Datos de contacto

Nombre: Awilda Montalvo Alicea

Dirección: HC 03 Box 15441
Juana Díaz, PR. 00795

Teléfono: 939-253-5622

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

 Número de las evidencias por reclamo

 #49762 - Ley #89 - Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995

 #94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

 #96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

  Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

 Ley 89 Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995

 Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación de Puerto Rico desde el 14 de enero de 1987 hasta el 30 de junio de 2009, años) de labor como Enfermera Graduada en Hospital Universitario José N. Gándara, Estado Libre Asociado de Puerto Rico.
Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo:

(1) Verificación de Empleo en El Departamento de Salud del Estado Libre Asociado de Puerto Rico

Debido a la reciente situación de emergencia por terremotos y pandemic en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

x_Awilda Montalvo Alicea_

Awilda Montalvo Alicea
Teléfono: 939-253-5622

2

Reclamante: Awilda Montalvo Alicea

Número de Procedimiento: 17 BK 3283-LTS

Número de Reclamación: 46743

Reclamación del dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 14 de enero de 1987 hasta el 30 de junio de 2000 como Enfermera Graduada en el Hospital Universitario José N. Gándara, Estado Libre Asociado de Puerto Rico. (Departamento de Salud - Departamento de Enfermería).

(1) Ley 89 - Julio 1995 - Romerazo - 46743    #Reclamación cantidad adeudada  $6,000

Total $6,000

Así como otras leyes que me apliquen y no se me otorgó la compensación adecuada.

Muy agradecida por su atención a esta reclamación.

Atentamente,

Awilda Montalvo Alicea

_____

Awilda Montalvo Alicea

RECEIVED & FILED
2020 MAY 29 AM 10: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Re: Montalvo Alicea, Awilda
Celular: 939-253-5622
Dirección: HC 03 Box 15441 Juana Díaz, PR. 00795
Número de Reclamación: 46743
Fecha de presentación: Mayo 3, 1917
Deudor: Commonwealth of Puerto Rico

Por este medio le estoy añadiendo a mi reclamación número 46743, presentada el 3 de Mayo de 1917, lo siguiente:

① Evidencia de que trabajé para El Hospital Universitario José N. Gándara, Estado Libre Asociado de Puerto Rico, en el Departamento de Enfermería, como Enfermera Graduada desde 14 de enero de 1987 hasta junio 30, 2000 (ver evidencia adjunta.

② Declaración de autenticidad.

③ El monto de dinero adeudado en mi reclamación es de: $6,000

Favor de enmendar mi reclamación con los cambios aquí indicados.

Muchas gracias,

Awilda Montalvo Alicea
Awilda Montalvo Alicea

Mayo-26-2020
Fecha

RECEIVED & FILED
2020 MAY 29 AM 10: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Proof of Claim: <CLAIM NUMBER>
Claimant: <CLAIMANT NAME> Awilda Montalvo Alicea

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide <u>more</u> information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**Questionnaire**

1. **What is the basis of your claim?**
   - ☐ A pending or closed legal action with or against the Puerto Rican government
   - ☒ Current or former employment with the Government of Puerto Rico
   - ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

   _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   - ☐ No. *Please continue to Question 4.*
   - ☒ Yes. Answer Questions 3(a)-(d).

   3(a). Identify the specific agency or department where you were or are employed: Departamento de Enfermería - Enfermera Graduada, Hosp. Universitario José N. Gándara, E.L.A. P.R

   3(b). Identify the dates of your employment related to your claim: Desde Enero 1987 hasta Junio 2000

   3(c). Last four digits of your social security number: 9545

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_Ley 89-1995_

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
- ☒ No.
- ☐ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action. __N/A__

4(b). Identify the name and address of the court or agency where the action is pending: __N/A__

4(c). Case number: __N/A__

4(d). Title, Caption, or Name of Case: __N/A__

4(e). Status of the case (pending, on appeal, or concluded): __N/A__

4(f). Do you have an unpaid judgment? Yes / No (Circle one) __N/A__
If yes, what is the date and amount of the judgment?

2

# HOSPITAL UNIVERSITARIO
# JOSÉ N GANDARA
## DEPARTAMENTO DE ENFERMERÍA

Nombre (soltera (o)) __AWILDA MONTALVO ALICEA__

Clasificación __ENFERMERA GRADUADA__

Dirección Residencial __BO. JACAGUAS SITIO HOYAS HONDAS #13 JUANA DIAZ, P.R.__

Dirección Postal __SAME ADRESS__

Teléfono: _____ Estado Civil: Soltero(a) _____ Casado(a) _____

Núm. Seguro Social __-9545__

Fecha toma Posición __14 ENERO 1987__

Preparación Académica __U.C.P.R.__

Numero de Puesto _____ Status: T____ P____ ASP____

J ____

| Credenciales | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|
| Licencia Núm. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| Registro | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| Colegio | Ponce | Ponce | ✓ | ✓ | ✓ | | | | | |
| Certificado de Salud | ✓ | ✓ | ✓ | ✓ | | | | | | |

COLEGIO DE PROFESIONALES
DE LA ENFERMERIA DE PUERTO RICO
G.P.O. Box 3647, San Juan, P.R. 00936

COLEGIO PROFESION
DE PUE
363647 SAN
TEL.
CAPI

NAME: AWILDA MONTALVO ALICEA
LIC.#
DATE: 1 DE ENERO DE 1990

8821  Licencia

31 de mayo de 2000


LCDO. RICARDO TORRES MUñOZ
COLEGIO PROFESIONALES ENFERMERIA DE P.R.


**CESANTIA HOSPITAL UNIVERSITARIO DR. JOSE N. GANDARA DE PONCE**


Por este medio le queremos autorizar para que gestione a la mayor brevedad posible, los beneficios a los cuales tenemos derecho al ser cesantiados; Retiro, Asociación de Empleados e Idemnización.

Comencé a trabajar en  Febrero 1987 , hasta la fecha en que he sido cesantiada.

Gracias anticipadas,    Junio 30 - 2000


Awilda Montalvo Alices
HC-03 Box 15441
Juana Diaz P.R 00795
837-3913

PO BOX 70184 • SAN JUAN • PUERTO RICO 00936 • TEL. (809) 766-1616



**DEPARTAMENTO DE SALUD**
GOBIERNO DE PUERTO RICO

*Dando SALUD a tu Vida*

26 de mayo de 2000

Sr. (a) Awilda Montalvo Alicea
Hospital Regional de Ponce

Estimado (a) señor(a) Montalvo:

    El 1ro de julio de 2000 se hará efectiva la venta y/o el contrato de arrendamiento, administración y operación del Hospital Regional de Ponce a la Corporación de Servicios de Salud Episcopales, Inc. según dispone la Ley número 190 del 5 de septiembre de 1996, enmendada por la Ley número 31 del 6 de julio de 1997. Dicho Hospital pasará a ser propiedad o estará bajo la administración y operación de la mencionada Corporación.

    De acuerdo a lo dispuesto en la Ley número 5 del 24 de octubre de 1975, inciso 6, subinciso (a) y a la Sección 9.3, inciso 1 del Reglamento de Personal Areas Esenciales al Principio de Mérito y al Artículo 8, Sección 8.4, Inciso 1 del Reglamento de Personal para los empleados de carrera de la Administración de Facilidades y Servicios de Salud, según enmendada, y a la Ley Orgánica de la Oficina de Gerencia y Presupuesto número 147 del 18 de junio de 1980, según enmendada, se le cesa del puesto número D-3537 ocupa de la clase de Enfermera II efectivo el 30 de junio de 2000, debido a que el Departamento de Salud no prestará servicios directos a esta población por no poseer un Hospital y/o Centro de Diagnóstico y Tratamiento, y se eliminaron los puestos.

    Usted tiene derecho de apelar esta determinación ante la Junta de Apelaciones del Sistema de Administración de Personal, dentro de los treinta (30) días siguientes a la fecha en que se le notifique esta comunicación.

    La dirección física de la Junta de Apelaciones del Sistema de la Administración de Personal es Calle San Justo Núm. 153, Viejo San Juan, la postal es Apartado 4840, Old San Juan Station, San Juan, Puerto Rico 00902-4840.

    Deseo aprovechar la oportunidad para expresarle mi agradecimiento por los servicios prestados al Departamento de Salud.

Cordialmente,

Carmen Feliciano de Melecio, M.D.
Secretaria de Salud

*Awilda Montalvo Alicea*
5/31/00 1:50 PM

DECLARACION DE AUTENTICIDAD

YO, AWILDA MONTALVO ALICEA, MAYOR DE EDAD, SOLTERA, ENFERMERA GRADUADA, SEGURO SOCIAL NUMERO -9545, numero de EMPLEADO D-3537, Y VECINA DE BARRIO JACAGUAS, SECTOR OLLA HONDA NUMERO 13 JUANA DIAZ, PUERTO RICO, BAJO EL MAS FORMAL JURAMENTO HAGO CONSTAR:

1- Que mi nombre y demas circunstancias personales son las arriba expresadas.

2- Que soy empleada del Hospital Universitario José N. Gandara, del Estado Libre Asociado de Puerto Rico m que laboro para el Gobierno hace 13 (años).

3- Que por el presente documento hago constar que renuncio a los Beneficios de Retiro del Gobierno del Estado Libre Asociado de Puerto Rico.

4- - Que todo lo anteriormente declarado es cierto, constándome su certeza de propio y personal conocimiento, y presto la presente declaración libre y voluntariamente con total conocimiento de las implicaciones de la renuncia.

Y PARA QUE ASI CONSTE, JURO LA PRESENTE EN PONCE, PUERTO RICO HOY 21 DE JUNIO DEL 2000.

X _____
AWILDA MONTALVO ALICEA



AFFIDAVIT NUM: 52

RECONOCIDA Y SUSCRITA SU FIRMA ANTE MI POR DOÑA AWILDA MONTALVO