Awilda Montalvo Alicea
HC 03 Box 15441
Juana Diaz, PR
00795



RECEIVED & FILED
2020 MAY 29 AM 10: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767