**FROM:**
J. Morales/MiGarcia
Villa Universitaria
12 F 18
Humacao, PR
00791

**TO:** Secretaría (clerks office)
Tribunal de Distrito de los
Estados Unidos Room 150
Federal Building
San Juan, Puerto Rico
00918-1767

RECEIVED & FILED
2020 MAY 29 AM 10: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



US POSTAGE PAID
$7.50
Origin: 00771
05/26/20
4254000771-21

PRIORITY MAIL 1-DAY ®
0 Lb 3.80 Oz
1005
EXPECTED DELIVERY DAY: 05/27/20
SHIP TO:
SAN JUAN PR 00918

USPS TRACKING®NUMBER
9505 5143 6248 0147 3867 48