RECEIVED & FILED
2020 MAY 29 AM 10: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Saludos:

Debido a los contratiempos que yo y mi esposo (José Morales) tuvimos en Puerto Rico por asuntos fuera de nuestro alcance les pido que tomen en cuenta nuestros casos. Lo peor fue que no recibí todo los documentos requeridos y hace dos (2) semana una ex-compañera de la escuela me dió la información.

Recibimos SRF 41409 DOC 12750; SRF 40278 DOC#11950; SRF 40278 DOC#11950; LIBRO SRF 38939 entre otros. Por lo que observamos no habían documentos para llenar e enviar.

Estamos solicitando consideración para que nos tomen en cuenta y que estamos de acuerdo y en contra de la objecion global para así hacer mi reclamación válida.

Gracias,

María del C. García Espinosa
#reclamación 113769

José Morales Alier
#reclamación 132210