

US POSTAGE PAID
$7.50
Origin: 00771
05/26/20
4254000771-21

PRIORITY MAIL 1-DAY ®

0 Lb 3.80 Oz
1005

EXPECTED DELIVERY DAY: 05/27/20

SHIP TO:
SAN JUAN PR 00918

USPS TRACKING® NUMBER

9505 5143 6248 0147 3867 48

RECEIVED & FILED
2020 MAY 29 AM 10:32
CLERK'S OFFICE
U.S. DIST RICT COURT
SAN JUAN, PR

PRIORITY MAIL

FROM:
J. Morales/M. Garcia
Villa Universitaria
12 F18
Humacao, PR
00791

TO: Secretaría (Clerks Office)
Tribunal de Distrito de los
Estados Unidos Room 150
Federal Building
San Juan, Puerto Rico
00918-1767



Label 228, March 2016  FOR DOMESTIC AND INTERNATIONAL USE