Hiram Mercado Guzmán

Tel. (787) 356 5552

Dirección Postal: PO Box 1314, Hatillo, PR. 00659

Dirección electrónica: hmercado12@gmail.com

RECEIVED & FILED
2020 JUN -2 AM 8:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Epígrafe

Employee of Commonwealth System of PR.

Num. procedimiento: 17 BK 3283 LTS

Num. de reclamo: 108258

Declaración:

Yo, Hiram Mercado Guzmán solicito al Tribunal (The United States District Court for the District of Puerto Rico), declarar "no ha lugar" la objeción global en relación a mi reclamo. Para los años 1982-1985 estuve trabajando en el Departamento de Educación de PR. Dichos años comprenden los años de reclamo del "Romerazo" o "Promesa".

Certifico haber sido empleado como maestro regular, activo, a tiempo completo y con certificación vitalicia del Departamento de Educación de PR.

Solicito se acepte esta reclamación ya que por dificultad en el envío con la dirección postal no recibí los requerimientos que tenía que presentar a tiempo. También se cometió el error de enviar respuesta a otros cuestionarios solicitados desde otra dirección de correo electrónico, lo cual pudo haber causado que la información no se pudiese confirmar.

Estoy a la disposicion de someter cualquier documento requerido o de hacer las gesetiones necesarias.

Doy fe de que toda la información provista es correcta.

Firmada hoy 22 de mayo 2020