Hiram Mercado Guzman
P.O. Box 1314
Hatillo, PR 00659



RECEIVED & FILED
2020 JUN -2 AM 8: 42
CLERK'S OFFICE
DISTRICT OF
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR   00918-1767