Glorimar Pagán López

Tel. (787) 356 2311

Dirección postal: PO Box 1314 Hatillo, P.R. 00659

Dirección electrónica: glorimar.pagan12@gmail.com

RECEIVED & FILED
2020 JUN -2 AM 8: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Epígrafe

Employee of System Commonwealth of PR

Num. de procedimiento: 17BK 3283 - LTS

Num. de reclamo: 112622

Declaración:

Yo, Glorimar Pagán Lopez solicito al honorable Tribunal (The united States District Court For the District of Puerto Rico) declare no ha lugar la objeción global en relación a mi reclamo. Para los años 1981-1986 estuve laborando como maestro en el Departamento de Educación de PR. Estos son los años de reclamo de "Romerazo" o Promesa. Declaro haber sido empleada activa, certificada en el nivel de escuela Intermedia del Departo d Educación de PR.

Solicito pueda aceptarse el reclamo ya que por error en la dirección postal, no recibí sus requerimientos a tiempo. También se cometió el error de no enviar unos cuestionarios solicitados desde otra dirección de correo electrónico.

Estoy a la disposicion de someter cualquier documento requerido o de hacer las gesetiones necesarias.

Certifico que la información provista es correcta.

*[signature]*

Firmada hoy 22 de mayo 2020

# DEPARTAMENTO DE EDUCACIÓN
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## Certificado Vitalicio

### El Secretario de Educación

Por la presente confiere a

GLORIMAR PAGAN LOPEZ

El presente Certificado de Maestro que lo faculta para ejercer como

MAESTRA DE ESCUELA SECUNDARIA
( Ciencias )

en las escuelas públicas o privadas de Puerto Rico.

Expedido el   30 de junio                    de 19 95

Dado en San Juan de Puerto Rico, el   21 de julio            de 19 95

Número 1446

Víctor R. Fajardo Vélez
Secretario de Educación