Glorimar Pagán López
P.O. Box 1314
Hatillo, PR 00659



RECEIVED & FILED
2020 JUN -2 AM 8:43
CLERK'S OFFICE
U.S. DIS...
SAN JUAN, PR

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767