22 de mayo de 2020.

A quien pueda interesar:

Le coloco un extracto de una noticia del Periódico Primer Hora en donde se indica que el aumento de $100 dólares que la Gobernadora Sila María Calderón nos dio en julio del 2002 no se me dio a mí.

> Noticia del Periódico Primera Hora del 1 de noviembre del 20011
>
> La Asociación de Maestros de Puerto Rico (AMPR) presentó, recientemente, un pleito de clases contra el Departamento de Educación (DE), su Secretario y el Estado Libre Asociado en el que reclama serias violaciones a los derechos constitucionales de cientos de maestros, a quienes se les negó un aumento salarial de $100 mensuales concedidos por virtud de la Ley 96 del 1ero de julio de 2002, según informó hoy la presidenta de esta organización, Aida Díaz.
>
> La líder magisterial explicó que la Ley 96, aprobada en el 2002 bajo la administración de Sila Calderón, concedió un aumento de $100 a todos los empleados públicos sin distinción de status, ni categoría, que estaban activos en el gobierno al 30 de junio de 2002. De igual forma, concedía a los empleados que estuvieran vinculados, pero no activos a esa fecha, el derecho al aumento a la fecha de su reinstalación en el gobierno. A pesar de cumplir con todos los requisitos, unos 718 maestros, que conforman la clase en este pleito, fueron privados del alza salarial.

Este aumento no se me otorgo. Me deben

(17 años x 12 meses) x $100 + (8 meses x $100) = $21,200

Mas (13 meses x 75 dólares) = $975 luego de retirarme, parte de la pensión que no se me paga

#119863   CARMEN D. PABON PEREZ

CALLE 28 C-11, VILLA DEL REY 5

CAGUAS, PR 00727



Carmen D. Pabon P
Villa del Rey 5
Calle 28, C-11
Caguas, P.R. 00727

27 MAY 2020 PM 1 L

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2020 MAY 29 PM 3 55

RECEIVED & FILED

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

00918$9999

22 de mayo de 2020.

A quien pueda interesar:

Le coloco un extracto de una noticia del Periódico Primer Hora en donde se indica que el aumento de $100 dólares que la Gobernadora Sila María Calderón nos dio en julio del 2002 no se me dio a mí.

> Noticia del Periódico Primera Hora del 1 de noviembre del 20011
>
> La Asociación de Maestros de Puerto Rico (AMPR) presentó, recientemente, un pleito de clases contra el Departamento de Educación (DE), su Secretario y el Estado Libre Asociado en el que reclama serias violaciones a los derechos constitucionales de cientos de maestros, a quienes se les negó un aumento salarial de $100 mensuales concedidos por virtud de **la Ley 96 del 1 de julio de 2002,** según informó hoy la presidenta de esta organización, Aida Díaz.
>
> La líder magisterial explicó que la Ley 96, aprobada en el 2002 bajo la administración de Sila M. Calderón, concedió un aumento de $100 a todos los empleados públicos sin distinción de status, ni categoría, que estaban activos en el gobierno al 30 de junio de 2002. De igual forma, concedía a los empleados que estuvieran vinculados, pero no activos a esa fecha, el derecho al aumento a la fecha de su reinstalación en el gobierno. A pesar de cumplir con todos los requisitos, unos 718 maestros, que conforman la clase en este pleito, fueron privados del alza salarial.

Solicitud #155499

Eli Samuel Sánchez De Jesús

Villa del Rey 5, calle 28, C-11

Caguas, PR 00727

Así que me deben (18 años x 12 meses x 100 dólares)+ (5 meses x 100 dólares) = $22,100

Más de Enero 2020 a mayo 2020 (75 dólares x 5 meses) = $375 parte por la pensión no pagada

**Deuda Total del Gobierno de Puerto Rico hacia mi $22,475**

Eli Samuel Sanchez De Jesus #155499
Villa del Rey 3
Calle 28, C-11
Caguas PR 00727

27 MAY 2020 PM 1 L

RECEIVED & FILED
2020 MAY 29 PM 3:55
CLERK'S OFFICE
U.S. DIST RICT COURT
SAN JUAN, P.R.

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

009189999