RECEIVED & FILED
2020 JUN -2 AM 8:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN.

## RÉPLICA DE OBJECIÓN GLOBAL

I. Datos de contacto

   Nombre:     Orlando Rivera Martínez

   Dirección:  Residencial – Bo. Jacaguas – Sector Olla Honda Calle B #14
               Juana Díaz, Puerto Rico 00795

               Postal – Apartado 592 - Juana Díaz, P. R.

   Número de teléfono: 1 – 939– 288 – 1853

   E – mail: riveraorlando912@gmail.com

   Números de reclamaciones: **(53855)  (55250)  (55400)**

II. Epígrafe

   **A. Secretaría (Clerk°s Office)**
   **Tribunal de Distrito de los Estados Unidos**
   **Room 150  Federal Building**
   **San Juan (Puerto Rico) 00918-1767**

   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

   C. Número de Procedimiento: 17 BK 3283-LTS

   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico

Número de las evidencias por reclamo

Ley #89 – Romerazo – Efectiva en 1 de julio de 1995
Ley #96 - Aumento de Sueldo – Pedro Roselló - Julio, 2002
Ley #164  de Sila M. Calderón – Julio 2004
Ley #109  Escala Salarial – Julio 2008
Ley #134  Aportación Acumulada de Retiro - 1996

III. El Tribunal no debe declarar a lugar la objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

Ley #89 – Romerazo – Efectiva en 1 de julio de 1995
Ley #96 - Aumento de Sueldo – Pedro Roselló - Julio, 2002
Ley #164  de Sila M. Calderón – Julio 2004

Ley #109 Escala Salarial – Julio 2008
Ley #134 Aportación Acumulada de Retiro - 1996

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación de Puerto Rico desde **Agosto de 1991 hasta el presente** en las funciones de Maestro de Teatro de la sala de clases, en el Distrito Escolar de Santa Isabel, Puerto Rico.

Se está reclamando por las leyes aplicables que cubren estos años de servicio.

Se incluye documento que evidencia este reclamo:

1) Certificación de Empleo del Departamento de Educación de Puerto Rico.

Debido a las recientes situaciones de emergencia ocurridas en Puerto Rico (Huracán María, Terremotos y Pandemia del Coronavirus) se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional, favor de comunicarse con el suscribiente.

Firma: _[signature]_

Orlando Rivera Martínez

XXX – XX – 5712

Fecha: 30 de mayo de 2020

Reclamante: Orlando Rivera Martínez

Número de Procedimiento: 17 BK 3283 - LTS

Números de Reclamaciones: (53855) (55250) (55400)

Fecha de presentación: 28 de mayo de 2020

Reclamación del dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el mes **Agosto de 1991** hasta **el presente,** como maestro de Bellas Artes (Teatro) de Nivel Secundario en la Escuela Felipe Colón Díaz del Departamento de Educación del Estado Libre Asociado de Puerto Rico.

| Núm. de Ley | Nombre de Ley | Fecha de Efectividad | Núm. Reclamación | Estimado de Cantidad Adeudada |
|---|---|---|---|---|
| Ley 89 | Romerazo | Julio, 1995 | 53855 | 30,000.00 |
| Ley #96 | Aumento de Sueldo | Julio, 2002 | 55400 | 21,600.00 |
| Ley #164 | Aumento de Sueldo | Julio, 2003 | ----- | 20,400.00 |
| Ley #109 | Escala Salarial | Julio, 2008 | ----- | 14,400.00 |
| Ley #134 | Aportación Acumulada de Retiro | 1996 | 55250 | 28,800.00 |
| | | | Total | 115,800.00 |

Así como otras leyes aprobadas que me apliquen y no se me otorgó la compensación adecuada .

Muy agradecido por la atención prestada.

Atentamente,

Orlando Rivera Martínez

XXX – XX - 5712

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?
   - ☐ A pending or closed legal action with or against the Puerto Rican government
   - ☒ Current or former employment with the Government of Puerto Rico
   - ☐ Other (Provide as much detail as possible below. Attach additional pages is needed.)

   _____

2. What is the amount of your claim (how much money do you claim to the owed):
   __$ 115,800_____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No. *Please continue to Question 4.*

   ☒ Yes. Answer Questions 3 (a) – (d).

3 (a). Identify the specific agency or department whore you were or are employed:
_Departamento de Educacion de Puerto Rico_

3 (b) Identify the dates of your employment related to your claim:
_Desde agosto 1991 hasta el presente_

3 (C) Last four digits of your social security number: _5712_

3 (d) What is the nature of your employment claims (select all applicable)
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary

4. **Legal Action**. Does your claim relate to a pending or closed legal action?
   - ☒ No.
   - ☐ Yes. Answer Questions 4 (a) – (f).

4 (a). Identify the department or agency that is a party to the action.
_N/A_

4 (b). Identify the name and address of the court or agency where the action is pending:
_N/A_

4 (c). Case number: _N/A_
4 (d). Title, Caption, or name of Case: _N/A_
4 (e). Status of the case (pending, or appeal, or concluded): _N/A_
4 (f). Do you have an unpaid judgment? Yes / No (Circle one)
If yes, what is the date and amount of the judgment? _N/A_

Claimant's signature _[signature]_
Nombre: _Orlando Rivera Martinez_
Fecha: _30 de mayo de 2020_

2

3 (a) What is the nature of your employment claims (select all applicable)

☐ Pension

☒ Unpaid Wages

☐ Sick Days

☐ Union Grievance

☐ Vacation

☐ Other (Provide as much detail as possible. Attach additional pages if necessary.

3 (b) Identify the dates of your employment related to your claim: [illegible]

3 (c) Last four digits of your social security number: [illegible]

3 (d) Identify the specific agency or department where you were or are employed: [illegible]

4. Legal Action. Does your claim relate to a pending or closed legal action?

☒ No

☐ Yes. Answer Questions 4 (a) – (f)

4 (a) Identify the department or agency that is a party to the action.

N/A

4 (b) Identify the name and address of the court or agency where the action is pending:

N/A

4 (c) Case number: N/A

4 (d) Title, Caption, or name of Case: N/A

4 (e) Status of the case (pending, on appeal, or concluded): N/A

4 (f) Do you have an a final judgment? Yes / No (Circle one)

If yes, what is the date and amount of the judgment? N/A

Claimant's Signature: [signature]

Nombre: [illegible]

Fecha: [illegible]