Orlando Rivera Martinez
Apartado 592
Juana Díaz, P.R. 00795





Secretaria (Cler's Office)
Tribunal de Distrito de los E.U.
(United States District Court)
Room 150 Federal Building
San Juan, P.R. 00918-1767