```
Court Name: District Court
Division: 1
Receipt Number: PRX100070959
Cashier ID: arodrigu
Transaction Date: 06/02/2020
Payer Name: ZOUAIRABANI, NAYUAN
------------------------------------
PRO HOC VICE
 For: ZOUAIRABANI, NAYUAN
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HOC VICE
 For: ZOUAIRABANI, NAYUAN
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: MCCONNELL VALDES LLC
 Check/Money Order Num: 124654
 Amt Tendered:  $300.00
PAPER CHECK CONVERSION
 Remitter: MCCONNELL VALDES LLC
 Check/Money Order Num: 124653
 Amt Tendered:  $300.00
------------------------------------
Total Due:      $600.00
Total Tendered: $600.00
Change Amt:       $0.00

17-3283(LTS) PRO HAC VICE OF JAMES
L. HOLLOWELL & KEITH R. MORTORANA

THRU: ZOUAIRABANI, NAYUAN
```