**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION REGARDING EXHIBITS AND DEMONSTRATIVES AT THE JUNE 4, 2020 HEARING ON AMBAC ASSURANCE CORPORATION, FINANCIAL GUARANTY INSURANCE COMPANY, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND THE BANK OF NEW YORK MELLON'S MOTION CONCERNING APPLICATION OF THE <u>AUTOMATIC STAY TO THE REVENUES SECURING THE CCDA BONDS</u>**

Ambac Assurance Corporation ("<u>Ambac</u>"), Financial Guaranty Insurance Company ("<u>FGIC</u>"), Assured Guaranty Corp. ("<u>AGC</u>"), Assured Guaranty Municipal Corp. (together with AGC, "<u>Assured</u>"), The Bank of New York Mellon, in its capacity as CCDA bondholder trustee ("<u>BONY</u>") (collectively, the "<u>Movants</u>"), hereby submits this informative motion and respectfully states as follows:

1. On May 26, 2020, the Court entered the *Order Regarding Procedures for June 3-4, 2020, Omnibus Hearing* (Dkt. 13220) (the "<u>Procedures Order</u>"). Paragraph 8 of the Procedures

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19 BK5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

Order instructed the Parties to file an informative motion appending any exhibits and/or demonstratives on which they intend to rely at the June 4, 2020 preliminary hearing. Procedures Order, ¶ 8. Paragraph 8 further requires that the informative motion include an exhibit list indicating whether admission of each exhibit is disputed. *Id.*

2. Pursuant to Paragraph 8, the following demonstrative and denominated exhibits that Movants intend to discuss at the preliminary hearing are attached hereto as **Exhibit A**:

| No. | Description | Sealed ECF No. | Publicly-Filed ECF No. | Bates Number |
|---|---|---|---|---|
| 1 | CCDA Lift Stay Preliminary Hearing Slide Deck | - | - | - |
| 2 | Assignment and Coordination Agreement between the Puerto Rico Tourism Company and the Government Development Bank for Puerto Rico (March 24, 2006) | - | 10104-3 | - |
| 3 | Pledge and Assignment Agreement among the Puerto Rico Tourism Company, the Government Development Bank for Puerto Rico, and JPMorgan Chase Bank, N.A. (March 24, 2006) | - | 10104-4 | - |
| 4 | Trust Agreement between the Puerto Rico Convention Center District Authority and JPMorgan Chase Bank, N.A., as trustee (March 24, 2006) | - | 10104-5 | - |
| 5 | First Supplemental Trust Agreement between the Puerto Rico Convention Center District Authority and JPMorgan Chase Bank, N.A., as trustee (March 24, 2006) | - | 10615-4 | - |
| 6 | Tourism Company Board of Directors Resolution 06-47 | 13010-30 | 13315-30 | - |

| | | | | |
|---|---|---|---|---|
| 7 | Letter from E. McKeen, Esq. to J. Hughes, Esq., et al., April 14, 2020 (Flow of Funds Chart) | 13010-19 | 13315-19 | - |
| 8 | Deposition Transcript of Timothy H. Ahlberg, dated April 23, 2020, Excerpted to Include Testimony on CCDA | 13010-25 | 13315-25 | - |
| 9 | Account-Opening Documents for GDB -9758 | 13010-24 | 13315-24 | CCDA_STAY0006780– CCDA_STAY0006786 |
| 10 | Transmittal Authorization Documents for GDB -9758 Account which Describe the Account as "Room Tax – Concentration Surplus" | 13010-18 | 13315-18 | CCDA_STAY0004297– CCDA_STAY0004331 |
| 11 | Bank Account Statement for Scotiabank -5142 for January 2015 | 13010-28 | 13315-28 | CCDA_STAY0001814– CCDA_STAY0001819 |
| 12 | Excel file Produced by AAFAF in Discovery Titled "Bank Account Information Request" | - | 13227-1 | CCDA_STAY0000001 |

3. In addition, attached hereto as **Exhibit B** is an exhibit list listing all exhibits Movants are submitting in connection with the preliminary hearing. All of these exhibits were previously submitted in connection with Movants' CCDA Lift-Stay briefing.

4. The admission of these exhibits is undisputed, with one exception noted below. The parties have stipulated to the authenticity and admissibility of most documents produced in discovery on the Lift-Stay Motions. *Stipulation Regarding Authenticity of Documents in Connection With Lift-Stay Motions* (Dkt. 12998-1) (the "Authenticity Stipulation"). The Government Parties were apprised of the exhibits that Movants intended to submit as preliminary hearing exhibits and did not object to the admission of any of those exhibits, except to request that Movants make clear that certain exhibits are not being admitted for the truth of the matters asserted.

5. In particular, the Government Parties noted that three exhibits (Exhibits 2, 41, and

48) should not be admitted for the truth of the matter asserted. Movants are not submitting these exhibits for the truth of the matters asserted therein and are agreeable to this limitation on those exhibits. Movants note that three additional exhibits are statements made by the Government Parties in connection with the litigation that Movants may offer against the Government Parties for the truth of the matter asserted, but that the Government Parties cannot rely on for the truth of the matter asserted (Exhibits 38, 42, and 45). The limitations on these six exhibits are reflected in the far-right column of Exhibit B.

6. There is one dispute for the Court to resolve. As reflected in the briefing, Movants have objected to the admission of certain testimony of the Tourism Company's corporate representative on the grounds that it is inadmissible hearsay. (*See* CCDA Reply ¶ 53; CCDA Sur-Reply ¶ 33 n.8; CCDA Sur-Sur-Reply ¶ 22.) The Court's ruling on the objection will determine whether that testimony is admitted into evidence.

7. Accordingly, Movants will ask the Court at the preliminary hearing to deem the exhibits listed in Exhibit B entered into the record for purposes of the hearing, subject to the limitations noted therein.

WHEREFORE, the Parties respectfully requests that the Court take notice of the foregoing.

Dated: June 2, 2020
San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: */s/ Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
Sonia Colón (USDC-PR No. 213809)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com
scolon@ferraiuoli.com

**MILBANK LLP**

By: */s/ Atara Miller*
Dennis F. Dunne (admitted *pro hac vice*)
Atara Miller (admitted *pro hac vice*)
Grant R. Mainland (admitted *pro hac vice*)
John J. Hughes, III (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
amiller@milbank.com
gmainland@milbank.com
jhughes2@milbank.com

**Attorneys for Ambac Assurance Corporation**

[*Remainder of Page Intentionally Omitted*]

**REXACH & PICÓ, CSP**

By: */s/ María E. Picó*
    María E. Picó
    (USDC-PR No. 123214)
    802 Ave. Fernández Juncos
    San Juan, PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    Email: mpico@rexachpico.com

**BUTLER SNOW LLP**

By: */s/ Martin A. Sosland*
    Martin A. Sosland (admitted *pro hac vice*)
    5430 LBJ Freeway, Suite 1200
    Dallas, TX 75240
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    Email: martin.sosland@butlersnow.com
    Jason W. Callen (admitted *pro hac vice*)
    150 3rd Ave., S., Suite 1600
    Nashville, TN 37201
    Telephone: (615) 651-6774
    Facsimile: (615) 651-6701
    Email: jason.callen@butlersnow.com

***Attorneys for Financial Guaranty Insurance Company***

**CASELLAS ALCOVER & BURGOS P.S.C.**

By: */s/ Heriberto Burgos Pérez*
    Heriberto Burgos Pérez
    (USDC-PR No. 204809)
    Ricardo F. Casellas-Sánchez
    (USDC-PR No. 203114)
    Diana Pérez-Seda
    (USDC-PR No. 232014)
    P.O. Box 364924
    San Juan, PR 00936-4924
    Telephone: (787) 756-1400
    Facsimile: (787) 756-1401
    Email: hburgos@cabprlaw.com
           rcasellas@cabprlaw.com
           dperez@cabprlaw.com

**CADWALADER, WICKERSHAM & TAFT LLP**

By: */s/ Howard R. Hawkins, Jr.*
    Howard R. Hawkins, Jr. (admitted *pro hac vice*)
    Mark C. Ellenberg (admitted *pro hac vice*)
    William J. Natbony (admitted *pro hac vice*)
    Ellen M. Halstead (admitted *pro hac vice*)
    Thomas J. Curtin (admitted *pro hac vice*)
    Casey J. Servais (admitted *pro hac vice*)
    200 Liberty Street
    New York, NY 10281
    Telephone: (212) 504-6000
    Facsimile: (212) 504-6666
    Email: howard.hawkins@cwt.com
           mark.ellenberg@cwt.com
           bill.natbony@cwt.com
           ellen.halstead@cwt.com
           thomas.curtin@cwt.com
           casey.servais@cwt.com

***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.***

**SEPULVADO, MALDONADO & COURET**

By: */s/ Albéniz Couret Fuentes*
Albéniz Couret Fuentes
(USDC-PR No. 222207)
304 Ponce de León Ave. Suite 990
San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: acouret@smclawpr.com

**REED SMITH LLP**

By: */s/ Eric A. Schaffer*
Eric A. Schaffer (admitted *pro hac vice*)
Luke A. Sizemore (admitted *pro hac vice*)
Jared S. Roach (admitted *pro hac vice*)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: eschaffer@reedsmith.com
lsizemore@reedsmith.com
jroach@reedsmith.com

***Attorneys for The Bank of New York Mellon***

[*Remainder of Page Intentionally Omitted*]

## CERTIFICATE OF SERVICE

I hereby certify that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com