## Exhibit B

## Movants'[1] CCDA Exhibit List for the
## June 4, 2020 Revenue Bond Lift Stay Preliminary Hearing

The following chart includes all exhibits Movants are submitting in connection with the preliminary hearing. All of these exhibits were previously submitted in connection with Movants' CCDA Lift-Stay briefing. Movants reserve all rights, including the right to designate any additional documents filed with the court in support of the CCDA Lift Stay Motion as exhibits prior to the Preliminary Hearing.

| CCDA Exhibit No. | Date | Bates | Description | Sealed ECF No. | Publicly Filed ECF No. | Limitations on Use |
|---|---|---|---|---|---|---|
| 1[2] | - | - | Proposed Order | - | 10104-1 | |
| 2 | - | - | Draft Complaint for CCDA Enforcement Action | - | 10104-2 | Not admitted for the truth of the matters asserted therein. |
| 3 | March 24, 2006 | - | Assignment and Coordination Agreement between the Puerto Rico Tourism Company and the Government Development Bank for Puerto Rico | - | 10104-3 | |

---

[1] Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., The Bank of New York Mellon (collectively, "Movants"). All capitalized terms not defined herein shall have the meanings ascribed to them in the CCDA Lift Stay Motion (ECF No. 10104), Reply (ECF No. 13313), and Sur-Sur-Reply (ECF No. 13225).

[2] CCDA Exhibits 1-19 comprise Exhibits 1-19 attached to the CCDA Lift Stay Motion (ECF No. 10104). CCDA Exhibits 20-51 comprise Exhibits 20-51 attached to the April 30, 2020 Hughes Declaration (ECF No. 13315). CCDA Exhibit 52 comprises Exhibit 52 attached to the May 26, 2020 Hughes Declaration (ECF No. 13227).

| CCDA Exhibit No. | Date | Bates | Description | Sealed ECF No. | Publicly Filed ECF No. | Limitations on Use |
|---|---|---|---|---|---|---|
| 4 | March 24, 2006 | - | Pledge and Assignment Agreement among the Puerto Rico Tourism Company, the Government Development Bank for Puerto Rico, and JPMorgan Chase Bank, N.A. | - | 10104-4 | |
| 5 | March 24, 2006 | - | Trust Agreement between the Puerto Rico Convention Center District Authority and JPMorgan Chase Bank, N.A., as Trustee | - | 10104-5 | |
| 6 | March 16, 2015 | - | CCDA UCC Financing Statement | - | 10104-6 | |
| 7 | November 30, 2015 | - | Administrative Bulletin OE-2015-046 | - | 10104-7 | |
| 8 | October 29, 2016 | - | Puerto Rico Emergency Moratorium and Financial Rehabilitation Act | - | 10104-8 | |
| 9 | June 30, 2016 | - | Administrative Bulletin EO-2016-31 | - | 10104-9 | |
| 10 | June 26, 2018 | - | Puerto Rico Financial Emergency and Fiscal Responsibility Act | - | 10104-10 | |
| 11 | April 29, 2017 | - | Act 26-2017 (The Fiscal Plan Compliance Act) | - | 10104-11 | |
| 12 | December 5, 2019 | - | AAFAF Press Release ("Government Has Earned $49 Million in Interest Fiscal Year-to-Date") | - | 10104-12 | |

| CCDA Exhibit No. | Date | Bates | Description | Sealed ECF No. | Publicly Filed ECF No. | Limitations on Use |
|---|---|---|---|---|---|---|
| 13 | July 1, 2016 | - | Reorg Article ("Puerto Rico Legislature Passes $8.78B Fiscal 2017 General Fund Budget") | - | 10104-13 | |
| 14 | June 30, 2017 | - | Financial Oversight and Management Board for Puerto Rico FY18 Budget | - | 10104-14 | |
| 15 | June 30, 2018 | - | Financial Oversight and Management Board for Puerto Rico Press Release ("Oversight Board Submits FY19 Commonwealth Compliant Budget Certified by Unanimous Written Consent") | - | 10104-15 | |
| 16 | June 30, 2019 | - | FY20 Certified Budget for the Commonwealth of Puerto Rico | - | 10104-16 | |
| 17 | March 13, 2017 | - | 2017 Fiscal Plan for Puerto Rico | - | 10104-17 | |
| 18 | May 9, 2019 | - | 2019 Fiscal Plan for Puerto Rico | - | 10104-18 | |
| 19 | December 27, 2019 | - | Puerto Rico Department of Treasury, Treasury Single Account ("TSA") FY 2020 Cash Flow | - | 10104-19 | |
| 20 | April 23, 2020 | - | Authenticity Stipulation | 13010-1 | 13315-1 | |
| 21 | February 20, 2020 | - | Email from J. Hughes to E. McKeen, et al. | 13010-2 | 13315-2 | |

| CCDA Exhibit No. | Date | Bates | Description | Sealed ECF No. | Publicly Filed ECF No. | Limitations on Use |
|---|---|---|---|---|---|---|
| 22 | July 2015 | CCDA_STAY 0004005 | Transmittal Authorization for GDB -9758 | 13010-3 | 13315-3 | |
| 23 | August 2015 | CCDA_STAY 0004008 | Transmittal Authorization for GDB -9758 | 13010-4 | 13315-4 | |
| 24 | October 2015 | CCDA_STAY 0004014 | Transmittal Authorization for GDB -9758 | 13010-5 | 13315-5 | |
| 25 | November 2015 | CCDA_STAY 0004017 | Transmittal Authorization for GDB -9758 | 13010-6 | 13315-6 | |
| 26 | March 2016 | CCDA_STAY 0004036 – CCDA_STAY 0004037 | Transmittal Authorization for GDB -9758 | 13010-7 | 13315-7 | |
| 27 | November 2015 | CCDA_STAY 0004147 – CCDA_STAY 0004165 | Transmittal Authorization for GDB -9758 | 13010-8 | 13315-8 | |
| 28 | November 2015 | CCDA_STAY 0004166 – CCDA_STAY 0004179 | Transmittal Authorization for GDB -9758 | 13010-9 | 13315-9 | |

| CCDA Exhibit No. | Date | Bates | Description | Sealed ECF No. | Publicly Filed ECF No. | Limitations on Use |
|---|---|---|---|---|---|---|
| 29 | October 2015 | CCDA_STAY 0004180 – CCDA_STAY 0004187 | Transmittal Authorization for GDB -9758 | 13010-10 | 13315-10 | |
| 30 | October 2015 | CCDA_STAY 0004188 – CCDA_STAY 0004201 | Transmittal Authorization for GDB -9758 | 13010-11 | 13315-11 | |
| 31 | September 2015 | CCDA_STAY 0004203 – CCDA_STAY 0004214 | Transmittal Authorization for GDB -9758 | 13010-12 | 13315-12 | |
| 32 | September 2015 | CCDA_STAY 0004215 – CCDA_STAY 0004230 | Transmittal Authorization for GDB -9758 | 13010-13 | 13315-13 | |
| 33 | August 2015 | CCDA_STAY 0004245 – CCDA_STAY 0004277 | Transmittal Authorization for GDB -9758 | 13010-14 | 13315-14 | |
| 34 | April 2015 | CCDA_STAY 0004278 – CCDA_STAY 0004286 | Transmittal Authorization for GDB -9758 | 13010-15 | 13315-15 | |

| CCDA Exhibit No. | Date | Bates | Description | Sealed ECF No. | Publicly Filed ECF No. | Limitations on Use |
|---|---|---|---|---|---|---|
| 35 | March 2015 | CCDA_STAY 0004287 – CCDA_STAY 0004290 | Transmittal Authorization for GDB -9758 | 13010-16 | 13315-16 | |
| 36 | March 2015 | CCDA_STAY 0004291 – CCDA_STAY 0004293 | Transmittal Authorization for GDB -9758 | 13010-17 | 13315-17 | |
| 37 | January and February 2015 | CCDA_STAY 0004297– CCDA_STAY 0004331 | Transmittal Authorization for GDB -9758 | 13010-18 | 13315-18 | |
| 38 | April 14, 2020 | - | Letter from E. McKeen, Esq. to J. Hughes, Esq., et al. | 13010-19 | 13315-19 | Admitted for the truth of the matter asserted only to the extent offered by the Lift-Stay Movants against the Government Parties. |
| 39 | September 2015 | CCDA_STAY 0000010 – CCDA_STAY 0000013 | GDB -9758 Account Statement | 13010-20 | 13315-20 | |
| 40 | February 2016 | CCDA_STAY 0000036 – CCDA_STAY 0000041 | GDB -9758 Account Statement | 13010-21 | 13315-21 | |

| CCDA Exhibit No. | Date | Bates | Description | Sealed ECF No. | Publicly Filed ECF No. | Limitations on Use |
|---|---|---|---|---|---|---|
| 41 | February 26, 2020 | - | Letter from J. Hughes, Esq. to E. McKeen, Esq. to E. McKeen, Esq. and M. Mervis, Esq. | 13010-22 | 13315-22 | Not admitted for the truth of the matters asserted therein. |
| 42 | March 13, 2020 | - | Letter from E. McKeen, Esq. to J. Hughes, Esq., et al. | 13010-23 | 13315-23 | Admitted for the truth of the matter asserted only to the extent offered by the Lift-Stay Movants against the Government Parties. |
| 43 | May 26, 2006 | CCDA_STAY 0006780– CCDA_STAY 0006786 | Account-Opening Documents for GDB -9758 | 13010-24 | 13315-24 | |
| 44 | April 23, 2020 | - | Deposition Transcript of Timothy H. Ahlberg, Excerpted to Include Testimony on CCDA | 13010-25 | 13315-25 | Movants object to Mr. Ahlberg's testimony concerning which account is the Transfer Account on the grounds that it is inadmissible hearsay. (*See* Reply ¶ 53; Sur-Reply ¶ 33 n.8; Resp. to Sur-Reply ¶ 22.) |
| 45 | March 31, 2020 | - | Letter from E. McKeen, Esq. to J. Hughes, Esq., et al. | 13010-26 | 13315-26 | Admitted for the truth of the matter asserted only to the extent offered by the Lift-Stay Movants against the Government Parties. |

| CCDA Exhibit No. | Date | Bates | Description | Sealed ECF No. | Publicly Filed ECF No. | Limitations on Use |
|---|---|---|---|---|---|---|
| 46 | January 2015 | CCDA_STAY 0013795 – CCDA_STAY 0013797 | BONY -6334 Account Statement | 13010-27 | 13315-27 | |
| 47 | January 2015 | CCDA_STAY 0001814– CCDA_STAY 0001819 | Scotiabank -5142 Account Statement | 13010-28 | 13315-28 | |
| 48 | February 24, 2020 | - | Letter from G. Mainland, Esq. to E. McKeen, Esq. and M. Mervis, Esq. | 13010-29 | 13315-29 | Not admitted for the truth of the matters asserted therein. |
| 49 | March 24, 2006 | - | Tourism Company Board of Directors Resolution No. 06-47 | 13010-30 | 13315-30 | |
| 50 | March 15, 2006 | - | Puerto Rico Convention Center District Authority Hotel Occupancy Tax Revenue Bonds, Series A Official Statement | 13010-31 | 13315-31 | |
| 51 | March 2016 | - | Excerpt from GAO Redbook | 13010-32 | 13315-32 | |
| 52 | - | CCDA_STAY 0000001 | Excel file Produced by AAFAF in Discovery Titled "Bank Account Information Request" | - | 13227-1 | |