## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

## INFORMATIVE MOTION OF HTA MOVANTS
## REGARDING EXHIBITS AND DEMONSTRATIVES FOR THE
## JUNE 4, 2020 PRELIMINARY HEARING ON LIFT STAY MOTIONS

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Judge Laura Taylor Swain:

Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company (collectively, "**Movants**") respectfully submit this informative motion pursuant to the Court's *Order Regarding Procedures for June 3-4, 2020 Omnibus Hearing* (ECF No. 13220)[2] (the "**Procedures Order**") and respectfully state as follows:

1.      On May 26, 2020, the Court entered the Procedures Order, in part, to instruct the Parties regarding submission of exhibit lists and demonstratives in advance of the June 4, 2020 hearing on the Lift Stay Motions[3] (the "**Preliminary Hearing**").

2.      The Court instructed the Movants, "to the extent that counsel intend to rely on . . . demonstratives at the [Preliminary H]earing, counsel shall file any such . . . demonstratives as a single attachment . . . in searchable PDF format to an informative motion labeled to correspond to the relevant agenda item and/or motion or report . . . ." (Procedures Order ¶ 8.)

3.      Pursuant to Paragraph 8 of the Procedures Order, the Movants' HTA Demonstratives for the Preliminary Hearing are attached hereto as Exhibit A.

4.      In addition, the Parties have reached agreement that (i) the exhibits and declarations previously filed with respect to the Lift Stay Motions and (ii) certain documents cited in the Holder Report will be part of the record evidence at the Preliminary Hearing.

---

[2] Unless otherwise indicated, "ECF No." refers to the docket in Case No. 17-BK-3283-LTS.

[3] All capitalized terms not defined herein shall have the meanings ascribed to them in the Movants' HTA Lift Stay Motion (ECF No. 10102), Movants' HTA Reply (ECF No. 12994), and Movants' HTA Response to Sur-Reply (ECF No. 13223).

5.      Movants' HTA Exhibit List, attached hereto as Exhibit B, lists those items submitted by the Movants which the Parties have agreed comprise the record.[4]   Accordingly, Movants will ask the Court at the Preliminary Hearing to deem the exhibits listed on Exhibit B entered into the record for purposes of the hearing, subject to the limitations noted therein.

6.      To the extent any Court questions at argument require reference to any of the record evidence, the Movants will identify such exhibits by reference to the corresponding "Movants' HTA Exhibit" number.   The Movants' Exhibit List also includes an ECF reference indicating where each of Movants' HTA Exhibits may be found on the public record.

*[Remainder of Page Intentionally Blank]*

---

[4] For the avoidance of doubt, this includes, but is not limited the *Declaration of William J. Natbony In Support of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company For Relief From the Automatic Stay, or, In the Alternative, Adequate Protection* (ECF No. 10107) (the "Natbony Decl."); the *Declaration of William J. Natbony In Support of Reply In Support of Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company For Relief From the Automatic Stay, or, In the Alternative, Adequate Protection* (ECF No. 13004) (the "Natbony Reply Decl."), as modified by (i) the *Informative Motion Submitting Redacted Exhibits Pursuant to the Court's May 7, 2020 Order (ECF No. 13067)* (ECF No. 13078) and (ii) the *Supplemental Reply Declaration of William J. Natbony in Support of Reply in Support of Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection (ECF No. 12994)* (ECF No. 13186); the *Declaration of William W. Holder In Support of the Reply of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company, In Support of Their Motion For Relief From the Automatic Stay, or, In the Alternative, Adequate Protection* (ECF No. 13314-31); the *Declaration of William J. Natbony In Support of Response of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company To Sur-Reply of Financial Oversight and Management Board For Puerto Rico In Opposition to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company For Relief From the Automatic Stay, or, In the Alternative, Adequate Protection* (ECF No. 13224) (the "Natbony SR Decl."); and the *Informative Motion of HTA Movants Regarding Submission of Supplemental Exhibits for the June 4, 2020 Preliminary Hearing On Lift Stay Motions* (ECF No. 13314).

Dated:    New York, New York        Respectfully submitted,
         June 2, 2020

**CASELLAS ALCOVER & BURGOS P.S.C.**

**CADWALADER, WICKERSHAM & TAFT LLP**

By: _/s/ Heriberto Burgos Pérez_

    Heriberto Burgos Pérez
    USDC-PR 204809
    Ricardo F. Casellas-Sánchez
    USDC-PR 203114
    Diana Pérez-Seda
    USDC-PR 232014
    P.O. Box 364924
    San Juan, PR 00936-4924
    Telephone:  (787) 756-1400
    Facsimile:  (787) 756-1401
    Email:      hburgos@cabprlaw.com
               rcasellas@cabprlaw.com
               dperez@cabprlaw.com

_Attorneys for Assured Guaranty Corp. and
Assured Guaranty Municipal Corp._

By: _/s/ Mark C. Ellenberg_

    Howard R. Hawkins, Jr.*
    Mark C. Ellenberg*
    William J. Natbony*
    Ellen M. Halstead*
    Thomas J. Curtin*
    Casey J. Servais*
    200 Liberty Street
    New York, NY 10281
    Telephone:  (212) 504-6000
    Facsimile:  (212) 504-6666
    Email:      howard.hawkins@cwt.com
               mark.ellenberg@cwt.com
               bill.natbony@cwt.com
               ellen.halstead@cwt.com
               thomas.curtin@cwt.com
               casey.servais@cwt.com

*Admitted _pro hac vice_

_Attorneys for Assured Guaranty Corp. and
Assured Guaranty Municipal Corp._

**ADSUAR MUNIZ GOYCO SEDA &
PEREZ-OCHOA PSC**

By:/s/ *Eric Perez-Ochoa*
　　　Eric Pérez-Ochoa
　　　USDC-PR No. 206,314
　　　E-mail:　　epo@amgprlaw.com


By:/s/Luis A. Oliver-Fraticelli
　　　Luis A. Oliver-Fraticelli
　　　USDC-PR NO. 209,204
　　　E-mail:　　loliver@amgprlaw.com

　　　208 Ponce de Leon Ave., Suite 1600
　　　San Juan, PR 00936
　　　Tel.:　　(787) 756-9000
　　　Fax:　　(787) 756-9010

*Attorneys for National Public Finance
Guarantee Corp.*

**WEIL, GOTSHAL & MANGES LLP**

By:/s/ *Robert Berezin*
　　　Jonathan Polkes*
　　　Gregory Silbert*
　　　Robert Berezin*
　　　Kelly Diblasi*
　　　Gabriel A. Morgan*
　　　767 Fifth Avenue
　　　New York, New York 10153
　　　Tel.:　　(212) 310-8000
　　　Fax:　　(212) 310-8007
　　　Email:　　jonathan.polkes@weil.com
　　　　　　　gregory.silbert@weil.com
　　　　　　　robert.berezin@weil.com
　　　　　　　kelly.diblasi@weil.com
　　　　　　　gabriel.morgan@weil.com

* admitted *pro hac vice*

*Attorneys for National Public Finance
Guarantee Corp.*

**FERRAIUOLI LLC**

By:/s/ Roberto Cámara-Fuertes
    ROBERTO CÁMARA-FUERTES
    USDC-PR NO. 219,002
    E-mail:  rcamara@ferraiuoli.com

By:/s/ Sonia Colón
    SONIA COLÓN
    USDC-PR NO. 213809
    E-mail:  scolon@ferraiuoli.com

    221 Ponce de Leon Ave., 5th Floor
    San Juan, PR 00917
    Tel.:     (787) 766-7000
    Fax:    (787) 766-7001

*Counsel for Ambac Assurance Corporation*

**MILBANK LLP**

By:/s/ Atara Miller
    DENNIS F. DUNNE*
    ATARA MILLER*
    GRANT R. MAINLAND*
    JOHN J. HUGHES*
    55 Hudson Yards
    New York, New York 10001
    Tel.:    (212) 530-5000
    Fax:    (212) 530-5219
    Email:  ddunne@milbank.com
           amiller@milbank.com
           gmainland@milbank.com
           jhughes2@milbank.com

*admitted *pro hac vice*

*Counsel for Ambac Assurance Corporation*

**ARENT FOX LLP**


By: /s/ *David L. Dubrow*
     DAVID L. DUBROW*
     MARK A. ANGELOV*
     1301 Avenue of the Americas
     New York, New York 10019
     Tel.:      (212) 484-3900
     Fax:      (212) 484-3990
     Email:    david.dubrow@arentfox.com
                 mark.angelov@arentfox.com


By: /s/ *Randall A. Brater*
     RANDALL A. BRATER*
     1717 K Street, NW
     Washington, DC 20006
     Tel.:      (202) 857-6000
     Fax:      (202) 857-6395
     Email:    randall.brater@arentfox.com

*admitted pro hac vice

*Counsel for Ambac Assurance Corporation*

**REXACH & PICÓ, CSP**

By: */s/ María E. Picó*
    María E. Picó
    USDC-PR 123214
    802 Ave. Fernández Juncos
    San Juan PR 00907-4315
    Telephone:  (787) 723-8520
    Facsimile:  (787) 724-7844
    E-mail:    mpico@rexachpico.com

    *Attorney for Financial Guaranty*
    *Insurance Company*

**BUTLER SNOW LLP**

By: */s/ Martin A. Sosland*
    Martin A. Sosland (*pro hac vice*)
    5430 LBJ Freeway, Suite 1200
    Dallas, TX 75240
    Telephone:  (469) 680-5502
    Facsimile:  (469) 680-5501
    E-mail:    martin.sosland@butlersnow.com

    *Admitted pro hac vice in Case No. 17-BK-*
    *03283-LTS and Case No. 17-BK-03567-LTS*

    Jason W. Callen
    150 3rd Ave., S., Suite 1600
    Nashville, TN 37201
    Telephone:  615-651-6774
    Facsimile:  615-651-6701
    Email:    jason.callen@butlersnow.com

    *Admitted pro hac vice in Case No. 17-BK-*
    *03283-LTS and Case No. 17-BK-03567-LTS*

    *Attorneys for Financial Guaranty Insurance*
    *Company*

### CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 2nd day of June, 2020.

By: _/s/ Howard R. Hawkins, Jr._
Howard R. Hawkins, Jr.*
*Admitted pro hac vice