# Exhibit B

## Movants'[1] HTA Exhibit List for the
## June 4, 2020 Revenue Bond Lift Stay Preliminary Hearing

| HTA Ex. | Date | Bates Range | Description | Confidentiality Designation[2] | ECF No. | Limitations on Use |
|---|---|---|---|---|---|---|
| 1[3] | 6/30/2012 | n/a | 2012 Commonwealth Financial Statement | | 13004-1 | |
| 2 | 6/30/2015 | CW_STAY0009784-10167 | 2015 Commonwealth Financial Statement | Unsealed | 13314-3 | |
| 3 | 6/30/2016 | CW_STAY0010168-10543 | 2016 Commonwealth Financial Statement | Unsealed | 13314-4 | |
| 4 | 6/23/1965 | n/a | Act No. 75 of June 23, 1965 | | 13004-4 | |
| 5 | 6/21/1971 | n/a | Act No. 43 of June 21, 1971 | | 13004-5 | |
| 6 | 10/8/1987 | n/a | Act No. 5 of Oct. 8, 1987 | | 13186-1 | |
| 7 | 6/20/1970 | n/a | Act No. 24 of June 20, 1970 | | 13314-5 | |
| 8 | December 2018 | CW_STAY0000229-242 | TSA Cash Flow for October & November FY2018 | | 13004-8 | |
| 9 | February 2020 | CW_STAY0000914-933 | 2020 TSA Cash Flow for the month of January FY20 | | 13004-9 | |
| 10 | 3/8/2019 | n/a | TSA Cash Flow as of March 8, 2019 | | 13004-10 | |

---

[1] Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company (collectively, "**Movants**"). All capitalized terms not defined herein shall have the meanings ascribed to them in the Movants' HTA Lift Stay Motion (ECF No. 10102), Movants' HTA Reply (ECF No. 12994), and Movants' HTA Response to Sur-Reply (ECF No. 13223). Unless otherwise indicated, "ECF No." refers to the docket in Case No. 17-BK-3283-LTS.

[2] As set forth in AAFAF's *Response of the Puerto Rico Fiscal Agency and Financial Advisory Authority to the Court's Order Granting Motion to Seal for Limited Duration and for Supplemental Briefing* (ECF No. 13078).

[3] HTA Exhibits 1-67 comprise Exhibits 1-67 attached to the Natbony Reply Declaration of April 30, 2020 (ECF No. 13004), as supplemented and amended by ECF No. 13078, ECF No. 13186, and ECF No. 13314. HTA Exhibits 68-103 comprise Exhibits B-KK attached to the Natbony Declaration of January 16, 2020 (ECF No. 10107). HTA Exhibit 126 comprises the Declaration of William W. Holder dated April 30, 2020 and all exhibits and appendices thereto (ECF No. 13314-32). HTA Exhibits 104-125 comprise certain materials cited in the Declaration of William W. Holder, as filed with the Movants' Informative Motion of June 1, 2020 (ECF No. 13314). HTA Exhibits 127-130 comprise Exhibits i-iv attached to the Natbony Response to Sur-Reply Declaration of May 18, 2020 (ECF No. 13224).

USActive 55040458.1

| HTA Ex. | Date | Bates Range | Description | Confidentiality Designation[2] | ECF No. | Limitations on Use |
|---|---|---|---|---|---|---|
| 11 | 7/14/2017 | CW_STAY0000409-421 | TSA Cash Flow as of July 14, 2017 | | 13004-11 | |
| 12 | November 2019 | CW_STAY0000859-878 | TSA Cash Flow for the month of October FY20 | | 13004-12 | |
| 13 | 6/30/2007 | n/a | Joint Resolution No. 87-2007 | | 13004-13 | |
| 14 | 7/2/2003 | n/a | Official Statement, Puerto Rico Public Finance Corporation 2003 Series A Bonds | | 13004-14 | |
| 15 | 6/30/1960 | n/a | Porto Rico. Telephone Co. v. Tax Ct., 81 D.P.R. 982 (1960) (English Translation) | | 13004-15 | |
| 16 | 2003 | n/a | *Asignación*, MCGRAW-HILL'S SPANISH AND ENGLISH LEGAL DICTIONARY (2003) | | 13004-16 | |
| 17 | n/a | n/a | *Disponer*, MCGRAW-HILL'S SPANISH AND ENGLISH LEGAL DICTIONARY (2003) | | 13004-17 | |
| 18 | 8/31/1977 | HTA_STAY0008154-8218 | Official Statement, HTA 1977 Series L Highway Revenue Bonds | Unsealed | 13314-6 | |
| 19 | 4/29/2003 | HTA_STAY0002741-2845 | HTA Resolution 2003-23, Authorizing 2003 Revenue Refunding Bonds Series AA | Unsealed | 13314-7 | |
| 20 | 5/19/1953 | n/a | Roig Commercial Bank v. Buscaglia, 74 D.P.R. 986 (1953) (English Translation) | | 13004-20 | |
| 21 | 4/21/2020 & 4/23/2020 | n/a | Deposition Transcript of Timothy Ahlberg, April 21 & 23, 2020 | Redacted | 13173-34; 13173-35; 13173-36; 13173-37 | |
| 22 | 9/15/2017 | CW_STAY0000500-515 | TSA Cash Flow as of September 15, 2017 | | 13004-22 | |

| HTA Ex. | Date | Bates Range | Description | Confidentiality Designation[2] | ECF No. | Limitations on Use |
|---|---|---|---|---|---|---|
| 23 | 1/31/1992 | n/a | Hernandez Torres vs. Hernandez Colon, 129 D.P.R. 824 (Certified English Translation) | | 13004-23 | |
| 24 | 2014 | HTA_STAY0000387-402 | HTA Budget Recommendations Memorandum for Fiscal Year 2014-2015 | | 13004-24; 13004-25; 13004-26; 13004-27 | |
| 25 | 2015 | HTA_STAY0000403-416 | HTA Budget Recommendations Memorandum for Fiscal Year 2015-2016 | | 13004-28 | |
| 26 | 6/13/2016 | HTA_STAY0000417-453 | Letter from Carmen A. Villar Prados to Jose M. Orta Valdez dated June 13, 2016 | | 13004-29 | |
| 27 | 3/4/2017 | HTA_STAY0000207 | Spreadsheet Tracking Fund 278 for Fiscal Year 2014-2015 | Redacted | 13173-38 | |
| 28 | 11/16/2016 | HTA_STAY0028471-474 | Letter from Puerto Rico Treasury to Ernst & Young, HTA's auditors, dated Nov. 16, 2016 | Redacted | 13173-39 | |
| 29 | Jan. - Mar. 2015 | HTA_STAY0000467-492 | Transfer Authorizations dated January-March 2015 | Redacted | 13173-40; 13173-41; 13173-42; 13173-43; 13173-44; 13173-45; 13173-46 | |
| 30 | Mar. - May 2015 | HTA_STAY0000454-466 | Transfer Authorizations dated March-May 2015 | Redacted | 13173-47; 13173-48; 13173-49 | |
| 31 | June 2015 | HTA_STAY0000493-512 | Transfer Authorizations dated June 2015 | Redacted | 13173-50 | |
| 32 | July 2015 | HTA_STAY0000513-515 | Transfer Authorizations dated July 2015 | Redacted | 13173-51 | |

| HTA Ex. | Date | Bates Range | Description | Confidentiality Designation[2] | ECF No. | Limitations on Use |
|---|---|---|---|---|---|---|
| 33 | May - June 2015 | HTA_STAY0000516-531 | Transfer Authorizations dated May-June 2015 | Redacted | 13173-52; 13173-53; 13173-54; 13173-55 | |
| 34 | July - Oct. 2015 | HTA_STAY0000532-545 | Transfer Authorizations dated July-October 2015 | Redacted | 13173-56; 13173-57; 13173-58 | |
| 35 | July - Aug. 2015 | HTA_STAY0000546-549 | Transfer Authorizations dated July-August 2015 | Redacted | 13173-59 | |
| 36 | Jan. - June 2015 | HTA_STAY0000556-602 | Transfer Authorizations dated January-June 2015 | Redacted | 13173-60; 13173-61; 13173-62; 13173-63; 13173-64; 13173-65; 13173-66; 13173-67; 13173-68; 13173-69; 13173-70; 13173-71 | |
| 37 | Dec. 2015-Mar. 2016 | HTA_STAY0000603-613 | Transfer Authorizations dated December 2015-March 2016 | Redacted | 13173-72; 13173-73 | |
| 38 | Mar. 2015-Mar. 2016 | HTA_STAY0000614-627 | Transfer Authorizations dated March 2015-March 2016 | Redacted | 13173-74 | |
| 39 | June 2015-Dec. 2016 | HTA_STAY0000628-653 | Transfer Authorizations dated June 2015-December 2016 | Redacted | 13173-75; 13173-76; 13173-77; 13173-78; 13173-79; 13173-80; 13173-81 | |

| HTA Ex. | Date | Bates Range | Description | Confidentiality Designation[2] | ECF No. | Limitations on Use |
|---|---|---|---|---|---|---|
| 40 | Nov. 2014-July 2016 | HTA_STAY0007985-8024 | Transfer Authorizations dated November 2014-July 2016 | Redacted | 13173-82; 13173-83; 13173-84; 13173-85; 13173-86 | |
| 41 | 7/9/1998 | n/a | Treasury Circular Letter 1300-01-99 with App'x 1-3 | | 13004-44 | |
| 42 | 12/4/2014 | HTA_STAY0028880-8900 | Letter from Cesar M. Gandiaga, Assistant Executive Director for HTA, dated December 4, 2014 | Redacted | 13173-87; 13173-88 | |
| 43 | 12/27/2019 | HTA_STAY0008372 | Spreadsheet Tracking Fund 278 from 2015-2020 | Redacted | 13173-89 | |
| 44 | 2/12/2019 | | COFINA Master Trust Indenture, dated February 12, 2019 | | 13004-47 | |
| 45 | 3/31/2020 | n/a | Cash Flow charts relating to HTA Excise Taxes and Tolls prepared by the Commonwealth and HTA 30(B)(6) witness | | 13004-48 | Admitted for the truth of the matter asserted only to the extent offered by the Lift-Stay Movants against the Government Parties. |
| 46 | 5/2/2016 | HTA_STAY0001027-30 | Transfer Activity Report dated May 2, 2016 | Redacted | 13173-90 | |
| 47 | 6/1/2016 | HTA_STAY0001031-34 | Transfer Activity Report dated June 1, 2016 | Redacted | 13173-91 | |
| 48 | 2/10/2020 | HTA_STAY0000001-15 | Spreadsheet Tracking HTA Revenues 2017-2020 | | 13004-51 | |
| 49 | 2017 | CW_STAY0000297-309 | TSA Cash Flow for First Quarter FY2018 | | 13004-52 | |
| 50 | 11/14/1940 | n/a | Porrata Doria v. Fajardo Sugar Co., 57 D.P.R. 628 (1940) | | 13004-53 | |

| HTA Ex. | Date | Bates Range | Description | Confidentiality Designation[2] | ECF No. | Limitations on Use |
|---|---|---|---|---|---|---|
| 51 | 2/17/1944 | n/a | Compania Popular de Transporte v. Dist. Ct. of Bayamon, 63 D.P.R. 121 (1944) | | 13004-54 | |
| 52 | 6/26/1956 | n/a | Luperena v. Transportation Authority, 79 D.P.R. 464 (1956) | | 13004-55 | |
| 53 | 2020 | n/a | *Available*, OXFORD ENGLISH DICTIONARY (2020) | | 13004-56 | |
| 54 | 2/24/1983 | n/a | HTA Resolution No. 83-01 | | 13004-57 | |
| 55 | 2/26/1998 | n/a | HTA Resolution No. 98-08 | | 13004-58 | |
| 56 | 1/4/2017 | n/a | Transcript of Oral Argument for Peaje Investments v. Garcia-Padilla, et. al., Case No. 16-2377 (1st Cir. January 4, 2017) | | 13004-59 | |
| 57 | 11/5/2018 | n/a | New Bond Legislation Enacted in Conjunction with the COFINA Plan of Reorganization, Act No. 241 of Nov. 15, 2018 | | 13004-60 | |
| 58 | 7/14/1995 | n/a | Librotex v. AAA, 138 D.P.R. 938 (1995) | | 13004-61 | |
| 59 | 6/8/1990 | n/a | Commoloco de Caguas, Inc. v. Benitez Diaz, 126 D.P.R. 478 (1990) | | 13004-62 | |
| 60 | 2/21/1916 | n/a | Oronoz & Co. v. Alvarez, 23 D.P.R. 536, 537-38 (1916) | | 13004-63 | |
| 61 | 9/14/1988 | n/a | S. REP. NO. 100-506 at 6 | | 13004-64 | |
| 62 | 9/8/1977 | n/a | H.R. REP. NO. 95–595 at 4 | | 13004-65; 13004-66; 13004-67 | |
| 63 | March 2016 | n/a | 4 Government Accountability Office, *Chapter 1: Introduction*, PRINCIPLES OF FEDERAL APPROPRIATIONS LAW (2016) | | 13004-68 | |

| HTA Ex. | Date | Bates Range | Description | Confidentiality Designation[2] | ECF No. | Limitations on Use |
|---|---|---|---|---|---|---|
| 64 | 5/7/2003 | HTA_STAY0004323-4475 | HTA Resolutions, including Resolution 2003-30 at HTA_STAY0004474-75 | Unsealed | 13314-8 | |
| 65 | 9/30/1988 | n/a | H.R. REP. NO. 100-1011 at 6 | | 13004-70 | |
| 66 | 3/13/2020 | n/a | Letter from Elizabeth McKeen date March 13, 2020 | Redacted | 13078-1 | Admitted for the truth of the matter asserted only to the extent offered by the Lift-Stay Movants against the Government Parties. |
| 67 | 4/23/2020 | n/a | Authenticity Stipulation dated April 23, 2020 | | 13004-72 | |
| 68 | 6/23/1965 | n/a | Puerto Rico Highway and Transportation Authority Act, Act No. 74 of June 23, 1965, as amended | | 10107-1 | |
| 69 | 6/13/1968 | n/a | Resolution No. 68-18, Adopted June 13, 1968, Authorizing and Securing Highway Revenue Bonds | | 10107-2 | |
| 70 | 2/26/1998 | n/a | Resolution No. 98-06, Adopted February 26, 1998, Authorizing and Securing Transportation Revenue Bonds | | 10107-3 | |
| 71 | n/a | n/a | 13 L.P.R.A § 31751 (consolidated English-language version) | | 10107-4 | |
| 72 | 2/7/2002 | n/a | HTA Security Agreement, dated February 7, 2002 | | 10107-5 | |
| 73 | 6/18/1980 | n/a | Management and Budget Office Organic Act, Act No. 147 of June 18, 1980, as amended | | 10107-6 | |
| 74 | 7/1/2016 | n/a | Reorg Research Article, Puerto Rico Legislature Passes $8.78B Fiscal 2017 General Fund Budget | | 10107-7 | |

| HTA Ex. | Date | Bates Range | Description | Confidentiality Designation[2] | ECF No. | Limitations on Use |
|---|---|---|---|---|---|---|
| 75 | 6/30/2017 | n/a | Financial Oversight and Management Board for Puerto Rico FY18 Budget, dated June 30, 2017 | | 10107-8 | |
| 76 | 6/30/2018 | n/a | Press Release, Oversight Board Submits FY19 Commonwealth Compliant Budget Certified by Unanimous Written Consent | | 10107-9 | |
| 77 | 6/30/2019 | n/a | FY20 Certified Budget for the Commonwealth of Puerto Rico, dated June 30, 2019 | | 10107-10 | |
| 78 | 3/13/2017 | n/a | Fiscal Plan for Puerto Rico, dated March 13, 2017 | | 10107-11 | |
| 79 | 5/9/2019 | n/a | 2019 Fiscal Plan for Puerto Rico, Restoring Growth and Prosperity, dated May 9, 2019 | | 10107-12 | |
| 80 | 2014-2015 | n/a | UCC Financing Statements for Puerto Rico Highway and Transportation Authority dated 2014-2015 | | 10107-13; 10107-14 | |
| 81 | 4/29/2003 | n/a | Financial Security Assurance (Assured) Insurance Policy for HTA Series AA Bonds | | 10107-15 | |
| 82 | 10/4/2005 | n/a | CFIG (Assured) Insurance Policy for HTA Series L Bonds | | 10107-16 | |
| 83 | 3/6/2007 | n/a | Assured Insurance Policy for HTA Series N Bonds | | 10107-17 | |
| 84 | 4/29/2003 | n/a | MBIA Insurance Agreement for HTA Series AA Bonds | | 10107-18 | |
| 85 | 4/29/2003 | n/a | Ambac Insurance Agreement for HTA Series AA Bonds | | 10107-19 | |
| 86 | 10/5/2005 | n/a | Ambac Insurance Agreement for HTA Series L, Series BB Bonds | | 10107-20 | |

| HTA Ex. | Date | Bates Range | Description | Confidentiality Designation[2] | ECF No. | Limitations on Use |
|---|---|---|---|---|---|---|
| 87 | 4/29/2003 | n/a | FGIC Insurance Agreement for HTA Series AA Bonds | | 10107-21 | |
| 88 | 4/20/2004 | n/a | FGIC Insurance Agreement for HTA Series I & Series J Bonds | | 10107-22 | |
| 89 | 10/4/2005 | n/a | FGIC Insurance Agreement for HTA Series L Bonds | | 10107-23 | |
| 90 | 3/6/2007 | n/a | FGIC Insurance Agreement for HTA Series N Bonds | | 10107-24 | |
| 91 | 11/30/2015 | n/a | Administrative Bulletin Num. EO-2015-46 | | 10107-25 | |
| 92 | 4/6/2016 | n/a | Puerto Rico Emergency Moratorium and Financial Rehabilitation Act, dated April 6, 2016 | | 10107-26 | |
| 93 | 2016-2019 | n/a | Moratorium Orders:<br>Admin. Bulletin Num. EO-2016-30;<br>Admin. Bulletin Num. EO-2016-31;<br>Admin. Bulletin Num. EO-2017-031;<br>Admin. Bulletin Num. EO-2017-076;<br>Admin. Bulletin Num. EO-2018-023;<br>Admin. Bulletin Num. EO-2018-053;<br>Admin. Bulletin Num. EO-2019-030;<br>Admin. Bulletin Num. EO-2019-066 | | 10107-27 | |
| 94 | 2017 | n/a | Moratorium Laws: Act No. 5-2017 dated Jan. 29, 2017; Act No. 46-2017 dated July 19, 2017 | | 10107-28; 10107-29 | |
| 95 | 12/27/2019 | n/a | Puerto Rico Department of Treasury, Treasury Single Account ("TSA") FY 2020 Cash Flow, as of December 27, 2019 | | 10107-30 | |
| 96 | 4/29/2017 | n/a | Fiscal Plan Compliance Act, Act No. 26-2017, dated April 29, 2017 | | 10107-31 | |

| HTA Ex. | Date | Bates Range | Description | Confidentiality Designation[2] | ECF No. | Limitations on Use |
|---|---|---|---|---|---|---|
| 97 | 4/10/2003 | n/a | Official Statement for HTA Series AA Bonds Issued Pursuant to 1968 Resolution, dated April 10, 2003 | | 10107-32 | |
| 98 | 2/15/2007 | n/a | Official Statement for HTA Series M & Series N Transportation Revenue Bonds issued pursuant to 1998 Resolution | | 10107-33 | |
| 99 | 4/28/2017 | n/a | HTA Fiscal Plan 2017-2026, dated April 28, 2017 | | 10107-34 | |
| 100 | 6/5/2019 | n/a | HTA Revised Fiscal Plan 2019-2024, dated June 5, 2019 | | 10107-35 | |
| 101 | 5/7/2018 | HTA_STAY0000769-833 | 2016 HTA Audited Financial Statements | | 10107-36 | |
| 102 | 4/30/2019 | HTA_STAY0000941-1026 | 2018 HTA Audited Financial Statements | | 10107-37 | |
| 103 | 10/23/2017 | n/a | 2015 HTA Audited Financial Statements | | 10107-38 | |
| 104 | 10/30/2017 | CW_STAY0000535-47 | TSA FY 2018 Cash Flow as of October 20, 2017 | | 13314-9 | |
| 105 | 11/28/2017 | CW_STAY0000575-88 | TSA FY 2018 Cash Flow as of November 17, 2017 | | 13314-10 | |
| 106 | 12/19/2017 | n/a | TSA FY 2018 Cash Flow as of December 8, 2017 | | 13314-11 | |
| 107 | 4/10/2018 | CW_STAY0000203-28 | TSA FY 2018 Cash Flow for the month of March and Third Quarter FY2018 | | 13314-12 | |
| 108 | 8/4/2017 | CW_STAY0000422-36 | TSA FY 2018 Cash Flow as of August 4, 2017 | | 13314-13 | |
| 109 | 8/25/2017 | CW_STAY0000467-81 | TSA FY 2018 Cash Flow as of August 25, 2017 | | 13314-14 | |
| 110 | 5/18/2018 | CW_STAY0000590-824 | TSA FY 2018 Cash Flow for the month of April FY2018 | | 13314-15 | |

| HTA Ex. | Date | Bates Range | Description | Confidentiality Designation[2] | ECF No. | Limitations on Use |
|---|---|---|---|---|---|---|
| 111 | 9/30/2019 | CW_STAY0000846-92 | TSA FY 2020 Cash Flow for the month of August FY20 | | 13314-16 | |
| 112 | 12/30/2019 | CW_STAY0000934-53 | TSA FY 2020 Cash Flow for the month of November FY20 | | 13314-17 | |
| 113 | 3/6/2018 | ERS_LS0001018–33 | TSA FY 2018 Cash Flow as of Feb. 23, 2018 | | 13314-18 | |
| 114 | 12/5/2017 | ERS_LS0001469–82 | TSA FY 2018 Cash Flow as of Nov. 24, 2017 | | 13314-19 | |
| 115 | 1/9/2018 | ERS_LS0001540–54 | TSA FY 2018 Cash Flow as of Dec. 29, 2017 | | 13314-20 | |
| 116 | 2/6/2018 | ERS_LS0000954–69 | TSA FY 2018 Cash Flow as of Jan. 26, 2018 | | 13314-21 | |
| 117 | 7/10/2019 | CW_STAY0000156-76 | TSA FY 2019 Cash Flow for the month of June and fourth quarter of FY19 | | 13314-22 | |
| 118 | 4/19/2020 | n/a | Letter from Elizabeth McKeen and Michael Mervis dated April 19, 2020 | | 13314-23 | |
| 119 | 3/31/2020 | n/a | Letter from Elizabeth McKeen dated March 31, 2020 | Redacted | 13314-24 | |
| 120 | May 1987 | n/a | GASB, Concepts Statement No. 1, Objectives of Financial Reporting | | 13314-25 | |
| 121 | Feb. 2009 | n/a | GASB, Excerpts from Statement No. 54, Fund Balance Reporting and Governmental Fund Type Definitions | | 13314-26 | |
| 122 | 2005 | n/a | GFOA, Excerpt from Governmental Accounting, Auditing, and Financial Reporting | | 13314-27 | |
| 123 | 2012 | n/a | GFOA, Excerpts from Ch. 1, 4, 42, 44 of Governmental Accounting, Auditing, and Financial Reporting | | 13314-28 | |
| 124 | Mar. 1979 | n/a | NCGA, Excerpt from Statement No. 1, Governmental Accounting and Financial Reporting Principles | | 13314-29 | |

| HTA Ex. | Date | Bates Range | Description | Confidentiality Designation[2] | ECF No. | Limitations on Use |
|---|---|---|---|---|---|---|
| 125 | June 1999 | n/a | GASB, Excerpt from Statement No. 34, Basic Financial Statements - and Management's Discussion and Analysis - for State and Local Governments | | 13314-30 | |
| 126 | 4/30/2020 | n/a | Declaration of William W. Holder, with exhibits (including Exhibit A to the Declaration – the Holder Report – and Exhibits 1 and 2 and all appendices to the Holder Report | Unsealed | 13314-31 | |
| 127 | 11/17/1964 | n/a | R.C.A. v. Govierno de la Capital, 91 D.P.R. 416 (1964) English Transalation | | 13224-1 | |
| 128 | 12/18/2016 | n/a | Commonwealth of Puerto Rico Financial Information & Operating Data Report dated Dec. 18, 2016 | | 13224-2 | |
| 129 | 2006 | n/a | Debt Service by Sectors and Source of Resources | | 13224-3 | |
| 130 | 3/28/1996 | n/a | Official Statement, Series Y&Z Highway Bonds | | 13224-4 | |