## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS |

### INFORMATIVE MOTION TO SUBMIT EXHIBITS FOR JUNE 3 HEARING

**TO THE HONORABLE COURT:**

**COMES NOW** Unión de Trabajadores de la Industria Eléctrica y Riego, Inc. ("UTIER"), as creditor and party in interest pursuant to 11 U.S.C. §1109(b), and respectfully submits this *Informative Motion to Exhibits for June 3 Hearing*, and states as follows:

### JURISDICTION AND VENUE

1. The United States District Court for the District of Puerto Rico has subject matter jurisdiction over this Motion pursuant to Section 306(a) of PROMESA. 48 U.S.C. §2166(a).

2. Venue is proper pursuant to Section 307(a) of PROMESA. 48 U.S.C. §2167(a).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PB")(Bankruptcy Case No. 19-BK-5523-LTS)(Last Four Digits of Federal Tax ID: 3801)(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## PRELIMINARY STATEMENT

3.   UTIER respectfully submits additional exhibits for the hearing scheduled for June 3rd, 2020 ("June 3rd Hearing"). Inclusion of these exhibits is necessary to ensure that there is a complete record of the Parties' arguments and to promote an efficient process within the remote hearing.

## BACKGROUND

4.   On June 3rd, 2020, this Honorable Court will be hearing arguments on *PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with Ecoeléctrica, L.P. and Gas Natural Aprovisionamientos SDG, S.A.* [Docket No. 1951] and the corresponding objections, replies and sur-replies.

5.   On May 26, 2020, this Honorable Court issued the *Order Regarding Procedures for June 3-4, 2020, Omnibus Hearing* ("Procedural Order") [Docket No. 13220]. The Procedural Order states that "[t]o the extent that counsel intend to rely on exhibits and/or demonstratives at the hearing, counsel shall file any such exhibits and/or demonstratives as a single attachment, . . . to an informative motion labeled to correspond to the relevant agenda item and/or motion . . . by **3:00 p.m. [AST] on June 2, 2020**." (emphasis in original)[Docket No. 13220 at 5 ¶ 8].

6.   On June 1st, 2020, UTIER corresponded with the Puerto Rico Electric Power Authority ("PREPA") and the Financial Oversight and Management Board ("FOMB") regarding this matter. On June 2nd, 2020, PREPA responded that it would review the exhibits for authenticity. PREPA eventually responded that it had no objection to the authenticity of the documents but disputed the admissibility of any exhibit in this contested matter.

## EXHIBITS

7.   In the June 3rd Hearing, UTIER will be referring to the following documents in its oral arguments, attached as exhibits:

1) Puerto Rico Energy Bureau ("PREB") Docket, Case No. NEPR-AP-2019-0001. [UTIER MTA Exhibit 1]
2) PREB Docket, Case No. NEPR-MI-2020-0005. [UTIER MTA Exhibit 2]
3) PREPA Integrated Resource Plan 2019. [UTIER MTA Exhibit 3]
4) Application for Authorization from the Project Management and Innovation Office to Award Contracts. [UTIER MTA Exhibit 4]
5) Memorandum from PREPA's CEO to the PREB. [UTIER MTA Exhibit 5]
6) PREPA's Power Point on EcoEléctrica and Naturgy Proposed Contract Extensions. [UTIER MTA Exhibit 6]
7) Sargent & Lundy Report. [UTIER MTA Exhibit 7]
8) PREPA' s Responses to UTIER's Discovery Requests. [UTIER MTA Exhibit 8]

8. Although PREPA does not object to the authenticity of the exhibits, it provided a blanket statement that it disputes the admissibility of all the exhibits.

Dated: June 2, 2020

Respectfully submitted,



472 Tito Castro Ave.
Marvesa Building, Suite 106
Ponce, Puerto Rico 00716
Tel: (787) 848-0666
Fax: (787) 841-1435
notificaciones@bufete-emmanuelli.com

*Counsel for UTIER*

*/s/Rolando Emmanuelli Jiménez*
Rolando Emmanuelli-Jiménez
1st Cir. #7707
USDC: 214105
rolando@bufete-emmanuelli.com

*/s/Jessica Méndez-Colberg*
Jessica Méndez-Colberg
1st Cir. # 1185272
USDC: 302108
jessica@bufete-emmanuelli.com

3

**WE HEREBY CERTIFY** that on this same date we electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to all

participants and Standard Parties.

/s/Rolando Emmanuelli Jiménez
USDC: 214105