UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br><br>Title III<br><br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION REGARDING EXHIBITS AND DEMONSTRATIVES AT THE JUNE 4, 2020 HEARING ON AMBAC ASSURANCE CORPORATION, FINANCIAL GUARANTY INSURANCE COMPANY, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND U.S. BANK TRUST NATIONAL ASSOCIATION'S MOTION CONCERNING APPLICATION OF THE AUTOMATIC STAY TO THE REVENUES SECURING THE PRIFA RUM TAX BONDS**

Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, in its capacity as PRIFA bondholder trustee (collectively, the "Movants"), hereby submits this informative motion and respectfully states as follows:

1. On May 26, 2020, the Court entered the *Order Regarding Procedures for June 3-4, 2020, Omnibus Hearing* [ECF No. 13220] (the "Procedures Order"). Paragraph 8 of the Procedures Order instructed the parties to file an informative motion appending any exhibits and/or

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

demonstratives on which they intend to rely at the June 4, 2020 preliminary hearing. (Procedures Order ¶ 8.) Paragraph 8 further requires that the informative motion include an exhibit list indicating whether admission of each exhibit is disputed. *Id.*

2. Pursuant to Paragraph 8, the following demonstrative and denominated exhibits, that Movants intend to discuss at the preliminary hearing, are attached hereto as **Exhibit A**:

| No. | Description | Sealed ECF No. | Publicly-Filed ECF No.[2] | Bates Number |
|---|---|---|---|---|
| 1 | PRIFA Lift Stay Preliminary Hearing Slide Deck | - | - | - |
| 2 | Trust Agreement by and between Puerto Rico Infrastructure Financing Authority and Citibank, N.A., as trustee | - | 10602-2 | - |
| 3 | Supplemental Opposition of Commonwealth of Puerto Rico to Amended PRIFA Bondholder Motion to Lift Automatic Stay | - | 10611 | - |
| 4 | Official Statement, Puerto Rico Infrastructure Financing Authority Series 2005 Bonds | - | 10602-17 | - |
| 5 | Agreement by and among Bacardí International Limited, Bacardí Corporation, Bacardí Limited, and the Government of Puerto Rico | - | 10609-2 | - |
| 6 | Supplemental Agreement No. 2 by and among Bacardí International Limited, Bacardí Limited, Bacardí Corporation, and the Government of Puerto Rico | - | 10609-3 | - |
| 7 | Agreement between Destilería Sérralles, Inc. and the Government of Puerto Rico | - | 10612-1 | - |
| 8 | Supplemental Agreement by and among Destilería Sérralles, Inc. and the Government of Puerto Rico | - | 10612-2 | - |
| 9 | Lockbox Agreement by and among Citibank, N.A., Banco Popular de Puerto | - | 10602-10 | - |

---

[2] The ECF numbers listed herein refer to Case No. 17 BK 3283-LTS unless otherwise noted.

| No. | Description | Sealed ECF No. | Publicly-Filed ECF No.[2] | Bates Number |
|---|---|---|---|---|
|  | Rico, and the Government of Puerto Rico |  |  |  |
| 10 | Transcript of Deposition of Timothy H. Ahlberg as Rule 30(b)(6) representative for the Commonwealth and PRIFA | 13001-1 | 13311-2 | - |
| 11 | "Comprobante de Remesa" ("Proof of Remittance") dated May 11, 2015 | - | 13161-1 | PRIFA_STAY0001572 |
| 12 | Reply of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Municipal Corp., and U.S. Bank Trust National Association, in Support of Their Amended Motion Concerning Application of the automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds | 13001 | 13310 | - |
| 13 | Declaration of Timothy H. Ahlberg in Respect of Commonwealth Motion for Partial Summary Judgment | - | 49 (Case No. 20-00003) | - |
| 14 | Transmittal information associated with a transfer of Rum Tax Remittances from the Lockbox Account to Treasury | - | 13229-1 | PRIFA_STAY0001344 |
| 15 | December 2017 account statement for the Lockbox Account | - | 13229-2 | PRIFA_STAY0004793 |
| 16 | Commonwealth Audited Financial Statement as of June 30, 2014 | - | 13311-3 |  |
| 17 | Commonwealth Audited Financial Statement as of June 30, 2015 | - | 13311-5 | CW_STAY00009784 |

3.  In addition, attached hereto as **Exhibit B** is an exhibit list listing all exhibits Movants have submitted in connection with the PRIFA Lift-Stay Motion. All of these exhibits were previously submitted in connection with Movants' PRIFA Lift-Stay Briefing, or cited in the *Declaration of William W. Holder in Support of the Reply of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, in Support of Their Amended Motion*

*Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* [ECF No. 13312].

4. The admission of these exhibits is undisputed. The parties previously stipulated to the authenticity and admissibility of most documents produced in discovery on the Lift-Stay Motions. *See Stipulation Regarding Authenticity of Documents in Connection with Lift-Stay Motions* [ECF No. 12998-1]. The Government Parties were apprised of the exhibits that Movants intended to submit as preliminary hearing exhibits and did not object to the admission of any exhibit of the exhibits except to request that Movants make clear that certain exhibits are not being admitted for the truth of the matters asserted. Movants have noted in Exhibit B which exhibits are not admitted for the truth of the matters asserted, consistent with the Government Parties' request. Movants note that three exhibits are statements made by the Government Parties in connection with the litigation that Movants may offer against the Government Parties for the truth of the matter asserted, but that the Government Parties cannot rely on for the truth of the matter asserted (Exhibits 36, 39, and 57); these exhibits are also marked on Exhibit B.

5. Accordingly, Movants will ask the Court at the preliminary hearing to deem the exhibits listed on Exhibit B entered into the record for purposes of the hearing, subject to the limitations noted therein.

WHEREFORE, the Parties respectfully requests that the Court take notice of the foregoing.

| | |
|---|---|
| Dated: June 2, 2020<br>San Juan, Puerto Rico | **FERRAIUOLI LLC**<br><br>By:  */s/ Roberto Cámara-Fuertes*<br>Roberto Cámara-Fuertes (USDC-PR No. 219002)<br>Sonia Colón (USDC-PR No. 213809)<br>221 Ponce de León Avenue, 5th Floor<br>San Juan, PR 00917<br>Telephone: (787) 766-7000<br>Facsimile: (787) 766-7001<br>Email: rcamara@ferraiuoli.com<br>          scolon@ferraiuoli.com<br><br>**MILBANK LLP**<br><br>By:  */s/ Atara Miller*<br>Dennis F. Dunne (admitted *pro hac vice*)<br>Atara Miller (admitted *pro hac vice*)<br>Grant R. Mainland (admitted *pro hac vice*)<br>John J. Hughes, III (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 530-5000<br>Facsimile:  (212) 530-5219<br>Email: ddunne@milbank.com<br>          amiller@milbank.com<br>          gmainland@milbank.com<br>          jhughes2@milbank.com<br><br>***Attorneys for Ambac Assurance Corporation*** |

**REXACH & PICÓ, CSP**

By: /s/ *María E. Picó*
    María E. Picó
    (USDC-PR No. 123214)
    802 Ave. Fernández Juncos
    San Juan, PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    Email: mpico@rexachpico.com

**CASELLAS ALCOVER & BURGOS P.S.C.**

By: /s/ *Heriberto Burgos Pérez*
    Heriberto Burgos Pérez
    (USDC-PR No. 204809)
    Ricardo F. Casellas-Sánchez
    (USDC-PR No. 203114)
    Diana Pérez-Seda
    (USDC-PR No. 232014)
    P.O. Box 364924
    San Juan, PR 00936-4924
    Telephone: (787) 756-1400
    Facsimile: (787) 756-1401
    Email: hburgos@cabprlaw.com
           rcasellas@cabprlaw.com
           dperez@cabprlaw.com

**BUTLER SNOW LLP**

By: /s/ *Martin A. Sosland*
    Martin A. Sosland (admitted *pro hac vice*)
    5430 LBJ Freeway, Suite 1200
    Dallas, TX 75240
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    Email: martin.sosland@butlersnow.com
    Jason W. Callen (admitted *pro hac vice*)
    150 3rd Ave., S., Suite 1600
    Nashville, TN 37201
    Telephone: (615) 651-6774
    Facsimile: (615) 651-6701
    Email: jason.callen@butlersnow.com

***Attorneys for Financial Guaranty Insurance Company***

**CADWALADER, WICKERSHAM & TAFT LLP**

By: /s/ *Howard R. Hawkins, Jr.*
    Howard R. Hawkins, Jr. (admitted *pro hac vice*)
    Mark C. Ellenberg (admitted *pro hac vice*)
    William J. Natbony (admitted *pro hac vice*)
    Ellen M. Halstead (admitted *pro hac vice*)
    Thomas J. Curtin (admitted *pro hac vice*)
    Casey J. Servais (admitted *pro hac vice*)
    200 Liberty Street
    New York, NY 10281
    Telephone: (212) 504-6000
    Facsimile: (212) 504-6666
    Email: howard.hawkins@cwt.com
           mark.ellenberg@cwt.com
           bill.natbony@cwt.com
           ellen.halstead@cwt.com
           thomas.curtin@cwt.com
           casey.servais@cwt.com

***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.***

**RIVERA, TULLA AND FERRER, LLC**

By: */s/ Eric A. Tulla*
Eric A. Tulla
(USDC-PR No. 118313)
Email: etulla@riveratulla.com
Iris J. Cabrera-Gómez
(USDC-DPR No. 221101)
Email: icabrera@riveratulla.com
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Telephone: (787) 753-0438
Facsimile: (787) 767-5784

**HOGAN LOVELLS US LLP**

By: */s/ Robin E. Keller*
Robin E. Keller, Esq.
Ronald Silverman, Esq.
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
robin.keller@hoganlovells.com
ronald.silverman@hoganlovells.com

***Attorneys for U.S. Bank National Association, in its Capacity as Trustee***

7

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com