# **EXHIBIT B**

# Exhibit B

## Movants'[1] PRIFA Exhibit List for the
## June 4, 2020 Revenue Bond Lift Stay Preliminary Hearing

The following chart includes all Movants' exhibits submitted in connection with the PRIFA Lift-Stay Motion. Movants reserve all rights, including the right to designate any additional documents filed with the court in support of the PRIFA Lift-Stay Motion as exhibits prior to the Preliminary Hearing.

| Exhibit No. | Date | Bates | Description | ECF No. | Government Parties' Objections |
|---|---|---|---|---|---|
| 1[2] | | | Proposed Order Granting Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds | 10602-1 | |
| 2 | October 1, 1988 | | Trust Agreement by and between Puerto Rico Infrastructure Financing Authority and Citibank, N.A., as trustee | 10602-2 | |
| 3 | September 12, 2019, 8:05PM | | Email from Joseph A. Spina, Counsel to AAFAF to Atara Miller, et. al | 10602-3 | |

---

[1] Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company, and U.S. Bank Trust National Association (collectively, "**Movants**"). All capitalized terms not defined herein shall have the meanings ascribed to them in the PRIFA Lift Stay Motion (ECF No. 10602), Reply (ECF No. 12995), and Response to Sur-Reply (ECF No. 13228).

[2] PRIFA Exhibits 1-24 comprise Exhibits 1-24 appended to the PRIFA Lift-Stay Opening Brief (ECF No. 10602). PRIFA Exhibits 25-46 comprise Exhibits 25-46 appended to the Miller Declaration of April 30, 2020, filed under seal (ECF No. 13001) and publicly re-filed with redactions to certain exhibits thereto (ECF No. 13311). PRIFA Exhibits 47-50 comprise Exhibits 47-50 appended to the Miller Supplemental Declaration of May 26, 2020 (ECF No. 13229). PRIFA Exhibit 51 is the Declaration of William W. Holder, with exhibits, including Exhibit A to the Declaration—the Holder Report—and Exhibits 1 and 2 to the Holder Report (ECF Nos. 13003 and 13003-1); PRIFA Exhibits 52-81 comprise Exhibits 52-81 appended to the Informative Motion of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company, the Bank of New York, and U.S. Bank Trust National Association Regarding Hearing Exhibits and Related Filings for the PRIFA and CCDA Lift-Stay Motions (ECF No. 13309).

| Exhibit No. | Date | Bates | Description | ECF No. | Government Parties' Objections |
|---|---|---|---|---|---|
| 4 | November 30, 2015 | | Administrative Bulletin OE-2015-046 | 10602-4 | |
| 5 | April 6, 2016 | | Act 21-2016, the Puerto Rico Emergency Moratorium and Rehabilitation Act | 10602-5 | |
| 6 | April 30, 2016 | | Administrative Bulletin OE-2016-14 | 10602-6 | |
| 7 | June 30, 2016 | | Administrative Bulletin EO-2016-30 | 10602-7 | |
| 8 | June 30, 2016 | | Administrative Bulletin EO-2016-31 | 10602-8 | |
| 9 | January 29, 2017 | | Act 5-2017, the Puerto Rico Financial Emergency and Fiscal Responsibility Act | 10602-9 | |
| 10 | May 5, 2015 | PRIFA_STAY0 000472-524 | Lockbox Agreement by and among Citibank, N.A., Banco Popular de Puerto Rico, and the Government of Puerto Rico | 10602-10 | |
| 11 | December 31, 2010 | | Agreement by and among Bacardí International Limited, Bacardí Corporation, Bacardí Limited, and the Government of Puerto Rico | 10609-2 | |
| 12 | | | Complaint, *Assured Guar. Corp. v. García-Padilla*, No. 3:16-cv-01037 (D.P.R., filed Jan. 7, 2016) | 10602-12 | |
| 13 | | | Complaint, *Ambac Assurance Corp. v. Rosselló Nevares*, No. 3:17-cv-01568 (D.P.R., filed May 2, 2017) | 10602-13 | |
| 14 | | | Complaint, *Ambac Assurance Corp. v. U.S. Dep't of Treasury*, No. 1:17-cv-00809 (D.D.C., filed May 2, 2017) | 10602-14 | |

| Exhibit No. | Date | Bates | Description | ECF No. | Government Parties' Objections |
|---|---|---|---|---|---|
| 15 | December 5, 2019 | | Press Release, Puerto Rico Fiscal Agency and Financial Advisory Authority, Government Has Earned $49 Million in Interest Fiscal Year-to-Date | 10602-15 | |
| 16 | September 18, 2015 | | UCC-1 Financing Statement filed by U.S. Bank Trust National Association | 10602-16 | |
| 17 | | | Official Statement, Puerto Rico Infrastructure Financing Authority Series 2005 Bonds | 10602-17 | |
| 18 | July 1, 2016 | | Reorg Research, Inc., Puerto Rico Legislature Passes $8.78B Fiscal 2017 General Fund Budget | 10602-18 | |
| 19 | June 30, 2017 | | Financial Oversight and Management Board for Puerto Rico, FY18 Budget | 10602-19 | |
| 20 | June 30, 2018 | | Press Release, Financial Oversight and Management Board for Puerto Rico: Oversight Board Submits FY19 Commonwealth Compliant Budget Certified by Unanimous Written Consent | 10602-20 | |
| 21 | June 30, 2019 | | Financial Oversight and Management Board for Puerto Rico, FY20 Certified Budget for the Commonwealth of Puerto Rico | 10602-21 | |
| 22 | March 13, 2017 | | Puerto Rico Fiscal Agency and Financial Advisory Authority, Fiscal Plan for Puerto Rico | 10602-22 | |
| 23 | May 9, 2019 | | Financial Oversight and Management Board for Puerto Rico, 2019 Fiscal Plan for Puerto Rico: Restoring Growth and Prosperity | 10602-23 | |

| Exhibit No. | Date | Bates | Description | ECF No. | Government Parties' Objections |
|---|---|---|---|---|---|
| 24 | | | Financial Oversight and Management Board for Puerto Rico, Overview of FY20 Certified Budget for the Commonwealth of Puerto Rico | 10602-24 | |
| 25 | | | Stipulation Regarding Authenticity of Documents in Connection with Lift-Stay Motions | 13001-1; 13311-1 | |
| 26 | | | Transcript of Deposition of Timothy H. Ahlberg as Rule 30(b)(6) representative for the Commonwealth and PRIFA | 13001-2; 13311-2 | |
| 27 | June 30, 2014 | | Commonwealth Audited Financial Statement, for year ended June 30, 2014 | 13001-3; 13311-3 | |
| 28 | June 30, 2013 | | Commonwealth Audited Financial Statement, for year ended June 30, 2013 | 13001-4; 13311-4 | |
| 29 | June 30, 2015 | CW_STAY00009784 | Commonwealth Audited Financial Statement, for year ended June 30, 2015 | 13001-5; 13311-5 | |
| 30 | June 30, 2011 | | Commonwealth Audited Financial Statement, for year ended June 30, 2011 | 13001-6; 13311-6 | |
| 31 | | CW_STAY0000229-42 | Puerto Rico Department of Treasury: Treasury Single Account ("TSA") FY 2018 Cash Flow October & November FY2018 | 13001-7; 13311-7 | |
| 32 | | CW_STAY0000914-33 | Puerto Rico Department of Treasury: Treasury Single Account ("TSA") FY 2020 Cash Flow, for the month of January FY20 | 13001-8; 13311-8 | |
| 33 | March 8, 2019 | | Puerto Rico Department of Treasury: Treasury Single Account ("TSA") FY 2019 Cash Flow, as of March 8, 2019 | 13001-9; 13311-9 | |
| 34 | June 30, 2016 | CW_STAY0010168, 10170, | Commonwealth Audited Financial Statement, for year ended June 30, 2016 | 13001-10; 13311-10 | |

| Exhibit No. | Date | Bates | Description | ECF No. | Government Parties' Objections |
|---|---|---|---|---|---|
| | | 10171, 10172, 10225, 10531 | | | |
| 35 | May 1987 | | Concepts Statement No. 1, Governmental Accounting Standards Board | 13001-11; 13311-11 | |
| 36 | March 11, 2020 | | Letter from Elizabeth L. McKeen and Michael Mervis to Movants' counsel, dated March 11, 2020, including attached flow of funds chart | 13001-12; 13311-12 | |
| 37 | November 19, 2009 | PRIFA_STAY0 004737-42 | Account opening documents for GDB -1891 Account | 13001-13; 13311-13 | |
| 38 | August 14, 2014 | PRIFA_STAY0 001065-70 | Certain documents associated with Treasury's receipt of Rum Tax Remittances from the U.S. Treasury | 13001-14; 13311-14 | |
| 39 | March 13, 2020 | | Letter from Elizabeth L. McKeen to Movants' counsel, dated March 13, 2020 | 13001-15; 13311-15 | |
| 40 | | PRIFA_STAY0 001515-22 | Transmittal Information of Rum Tax Remittance from the Lockbox Bank to Treasury | 13001-16; 13311-16 | |
| 41 | October 1, 2012 | | Directive from the Office of the Director of Notary Inspectors entitled, "General Instructions for the Notaries" | 13001-17; 13311-17 | |
| 42 | | CCDA_STAY0 000001 | Excel file entitled, "Bank Account Information Request" | 13001-18; 13311-18 | |
| 43 | January 24, 2008 | | Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Pension Funding Bond Resolution | 13001-19; 13311-19 | |
| 44 | July 2, 2003 | | Official Statement for the Puerto Rico Public Finance Corporation 2003 Series A Bonds | 13001-20; 13311-20 | |

| Exhibit No. | Date | Bates | Description | ECF No. | Government Parties' Objections |
|---|---|---|---|---|---|
| 45 | 2016 | | United States Government Accountability Office, "Principles of Federal Appropriations Law" (4th ed. 2016) | 13001-21; 13311-21 | |
| 46 | January 29, 2008; May 28, 2008; June 26, 2008 | | Official Statements for the Employees Retirement System of the Commonwealth of Puerto Rico Senior Pension Funding: Series A Bonds, dated January 29, 2008; Series B Bonds, dated May 28, 2008, and; Series C Bonds, dated June 26, 2008 | 13001-22; 13311-22 | |
| 47 | December 22, 2017 | PRIFA_STAY0 001344-51 | Transmittal information associated with a transfer of Rum Tax Remittances from the Lockbox Account to Treasury | 13229-1 | |
| 48 | December 2017 | PRIFA_STAY0 004792-93 | December 2017 account statement for the Lockbox Account | 13229-2 | |
| 49 | December 2017 | CW_STAY000 7574, 7600 | December 2017 account statement for the Banco Popular -9458 Account | 13229-3 | |
| 50 | Updated March 1, 2019 | | American Institute of Certified Public Accountants, Audit and Accounting Guide State and Local Governments | 13229-4 | |
| 51 | April 30, 2020 | | Declaration of William W. Holder, with exhibits (including Exhibit A to the Declaration—the Holder Report—and Exhibits 1 and 2 to the Holder Report) | 13003; 13003-1 | |
| 52 | June 1999 | | GASB, Statement No. 34, Basic Financial Statements–and Management's Discussion and Analysis–for State and Local Governments | 13309-2 | |

| Exhibit No. | Date | Bates | Description | ECF No. | Government Parties' Objections |
|---|---|---|---|---|---|
| 53 | February 2009 | | GASB, Statement No. 54, Fund Balance Reporting and Governmental Fund Type Definitions | 13309-3 | |
| 54 | 2005 | | GFOA, Governmental Accounting, Auditing, and Financial Reporting | 13309-4 | |
| 55 | 2012 | | GFOA, Governmental Accounting, Auditing, and Financial Reporting | 13309-5 | |
| 56 | March 1979 | | NCGA, Statement No. 1, Governmental Accounting and Financial Reporting Principles | 13309-6 | |
| 57 | April 19, 2020 | | Letter from Elizabeth McKeen and Michael Mervis, dated April 19, 2020 | 13309-7 | |
| 58 | | | AICPA, "Financial Reporting Executive Committee - FinRec," https://www.aicpa.org/interestareas/frc/accountingfinancialreporting/finrec.html | 13309-8 | |
| 59 | | | GASB, "About Us," https://www.gasb.org/jsp/GASB/Page/GASBLandingPage&cid=1175804799024 | 13309-9 | |
| 60 | June and fourth quarter of FY19 | CW_STAY0000156–76 | TSA FY 2019 Cash Flow for the month of June and fourth quarter of FY19 | 13309-10 | |
| 61 | March and Third Quarter FY2018 | CW_STAY0000203–28 | TSA FY 2018 Cash Flow for the month of March and Third Quarter FY2018 | 13309-11 | |

| Exhibit No. | Date | Bates | Description | ECF No. | Government Parties' Objections |
|---|---|---|---|---|---|
| 62 | First Quarter FY2018 | CW_STAY0000297–309 | TSA FY 2018 Cash Flow for the First Quarter FY2018 | 13309-12 | |
| 63 | July 14, 2017 | CW_STAY0000409–21 | TSA FY 2018 Cash Flow as of July 14, 2017 | 13309-13 | |
| 64 | August 4, 2017 | CW_STAY0000422–36 | TSA FY 2018 Cash Flow as of August 4, 2017 | 13309-14 | |
| 65 | August 25, 2017 | CW_STAY0000467–81 | TSA FY 2018 Cash Flow as of August 25, 2017 | 13309-15 | |
| 66 | October 20, 2017 | CW_STAY0000535–47 | TSA FY 2018 Cash Flow as of October 20, 2017 | 13309-16 | |
| 67 | April FY2018 | CW_STAY0000590–824 | TSA FY 2018 Cash Flow for the month of April FY2018 | 13309-17 | |
| 68 | August FY20 | CW_STAY0000846–58 | TSA FY 2020 Cash Flow for the month of August FY20 | 13309-18 | |
| 69 | October FY20 | CW_STAY0000859–78 | TSA FY 2020 Cash Flow for the month of October FY20 | 13309-19 | |
| 70 | September FY20 and Q1 FY20 | CW_STAY0000879–92 | TSA FY 2020 Cash Flow for the month of September FY20 and Q1 FY20 | 13309-20 | |
| 71 | November FY20 | CW_STAY0000934–53 | TSA FY 2020 Cash Flow for the month of November FY20 | 13309-21 | |
| 72 | January 26, 2018 | ERS_LS0000954–69 | TSA FY 2018 Cash Flow as of Jan. 26, 2018 | 13309-22 | |
| 73 | February 23, 2018 | ERS_LS0001018–33 | TSA FY 2018 Cash Flow as of Feb. 23, 2018 | 13309-23 | |
| 74 | November 24, 2017 | ERS_LS0001469–82 | TSA FY 2018 Cash Flow as of Nov. 24, 2017 | 13309-24 | |

| Exhibit No. | Date | Bates | Description | ECF No. | Government Parties' Objections |
|---|---|---|---|---|---|
| 75 | December 29, 2017 | ERS_LS0001540–54 | TSA FY 2018 Cash Flow as of Dec. 29, 2017 | 13309-25 | |
| 76 | October 20, 2017 | | 10/20/17 TSA Cash Flow Report | 13309-26 | |
| 77 | November 10, 2017 | | TSA FY 2018 Cash Flow, as of November 10, 2017 (Cited in Holder Report) | 13309-27 | |
| 78 | December 29, 2017 | | TSA FY 2018 Cash Flow, as of December 29, 2017 (Cited in Holder Report) | 13309-28 | |
| 79 | 2012 | | 2012 GAAFR, Chapter 44 | 13309-29 | |
| 80 | 2012 | | 2012 GAAFR, Chapter 1 | 13309-30 | |
| 81 | 2012 | | 2012 GAAFR, Chapter 42 | 13309-31 | |
| 82 | May 11, 2015 | PRIFA_STAY0001572 | "Comprobante de Remesa" ("Proof of Remittance") | 13161-1 | |
| 83 | May 5, 2015 | | Supplemental Agreement No. 2 by and among Bacardí International Limited, Bacardí Limited, Bacardí Corporation, and the Government of Puerto Rico | 10609-3 | |
| 84 | December 31, 2011 | | Agreement between Destilería Sérralles, Inc. and the Government of Puerto Rico | 10612-1 | |
| 85 | June 30, 2015 | | Supplemental Agreement by and among Destilería Sérralles, Inc. and the Government of Puerto Rico | 10612-2 | |
| 86 | April 28, 2020 | | Declaration of Timothy H. Ahlberg in Respect of Commonwealth Motion for Partial Summary Judgment | 49 (Case No. 20-00003-LTS) | |

| Exhibit No. | Date | Bates | Description | ECF No. | Government Parties' Objections |
|---|---|---|---|---|---|
| 87 | February 3, 2020 | | Supplemental Opposition of Commonwealth of Puerto Rico to Amended PRIFA Bondholder Motion to Lift Automatic Stay | 10611 | |
| 88 | April 30, 2020 | | Reply of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Municipal Corp., and U.S. Bank Trust National Association, in Support of Their Amended Motion Concerning Application of the automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds | 12995 | |