# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## Transmittal of Abbreviated Supplemental Record to the Court of Appeals

**DATE:** June 2, 2020

BK Case: 17-3283-LTS
Related USCA Cases: 19-1534

**CASE CAPTION:** In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, *et al.*

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

**DOCUMENTS:**

**Docket Entry 13316:** Memorandum Order Granting in Part and Denying in Part.

**Docket Entry 12968:** Response to Motion.

**Docket Entry 12772:** Motion to be Excluded from PROMESA.

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated supplemental record on appeal in the case.

Maria Antongiorgi-Jordan, Esq.
Clerk of the Court


S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk
s/c: CM/ECF Parties, Appeals Clerk