UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

**INFORMATIVE MOTION OF THE GOVERNMENT PARTIES REGARDING EXHIBITS AND DEMONSTRATIVES IN CONNECTION WITH THE HEARING ON THE LIFT STAY MOTIONS**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Commonwealth of Puerto Rico ("Commonwealth") and the Puerto Rico Highways and Transportation Authority ("HTA") (together, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), as fiscal agent for the Commonwealth, HTA, the Puerto Rico Infrastructure Financing Authority ("PRIFA"), the Puerto Rico Convention Center District Authority ("CCDA"), and the Puerto Rico Tourism Company ("Tourism"), (together with the Oversight Board, the "Government Parties") respectfully submit this informative motion regarding exhibits and demonstratives in connection with the June 4, 2020 Hearing on the Lift Stay Motions pursuant to paragraph 8 of the Court's May 26, 2020 *Order Regarding Procedures for June 3-4, 2020, Omnibus Hearing* [ECF No. 13220].[2]

1. Below is a list of exhibits and demonstratives the Government Parties may rely on at the June 4, 2020 Hearing on the Lift Stay Motions. Movants object to PRIFA Demonstrative No. 2 to the extent it includes sections of the Enabling Act not cited in the Oversight Board's briefs. There are otherwise no disputes as to admissibility of these exhibits. The Government Parties continue to rely on the entirety of their written submissions on the Lift Stay Motions, including all demonstratives and exhibits attached thereto, and reserve the right to refer to any exhibit or demonstrative identified in Movants' informative motion pursuant to paragraph 8 of the Court's May 26, 2020 *Order Regarding Procedures for June 3-4, 2020, Omnibus Hearing*.

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Court's March 10, 2020 Final Case Management Order for Revenue Bonds [ECF No. 12186] and Order Regarding Procedures for June 3-4, 2020 Omnibus hearing [ECF No. 13220].

| Government Parties Ex. / Demonstrative | Description | ECF Location |
|---|---|---|
| **PRIFA** | | |
| PRIFA Demonstrative No. 1 | Flow of Funds | |
| PRIFA Demonstrative No. 2 | Enabling Act Excerpts | |
| PRIFA Ex. 1 | Excerpts of Trust Agreement between the Puerto Rico Infrastructure Financing Authority and Citi-Bank, N.A. as Trustee, dated as of October 1, 1988, as amended. | 10602-02 |
| PRIFA Ex. 2 | Excerpts of Official Statement for the Series 2005A, 2005B and 2005C PRIFA bonds | 10602-17 |
| PRIFA Ex. 3 | UCC Financing Statement filed by U.S. Bank | 10602-16 |
| PRIFA Ex. 4 | Excerpts of Lockbox Agreement dated as of May 5, 2015 | 10602-10 |
| PRIFA Ex. 5 | Excerpts of Commonwealth of Puerto Rico Basic Financial Statements and Required Supplemental Information for the fiscal year ending June 30, 2013 | 13161-04 |
| PRIFA Ex. 6 | Excerpts of Puerto Rico Infrastructure Financing Authority's Basic Financial Statements and Required Supplementary Information for the Fiscal Year Ended June 30, 2015 | 13161-05 |
| PRIFA Ex. 7 | Excerpts of Commonwealth of Puerto Rico Comprehensive Annual Financial Report Year Ended June 30, 2011 | 13161-07 |
| PRIFA Ex. 8 | Excerpts of Commonwealth of Puerto Rico Financial Statements and Required Supplemental Information, Fiscal year Ending June 30, 2016 | 13161-03 |
| **HTA** | | |
| HTA Demonstrative No. 1 | Flow of Funds | |

| Government Parties Ex. / Demonstrative | Description | ECF Location |
|---|---|---|
| HTA Ex. 1 | Resolution No. 68-18, Adopted June 13, 1968, Authorizing and Securing Highway Revenue Bonds | 10107-02 |
| HTA Ex. 2 | Resolution No. 98-06, Adopted February 26, 1998, Authorizing and Securing Transportation Revenue Bonds | 10107-03 |
| HTA Ex. 3 | HTA Security Agreement, dated February 7, 2002 | 10107-05 |
| HTA Ex. 4 | *FY20 Certified Budget for the Commonwealth of Puerto Rico*, dated June 30, 2019 | 10107-10 |
| HTA Ex. 5 | HTA Bond Financing Statements | 10107-13; 10107-14 |
| HTA Ex. 6 | Official Statement for Series AA Bonds Issued Pursuant to 1968 Resolution, dated April 10, 2003 | 10107-32 |
| HTA Ex. 7 | P.R. Op. Sec. Just. 2005-14, 2005 WL 6431018 (P.R. Atty. Gen.) | 13162-06 |
| HTA. Ex. 8 | Proof of Remittance | 13161-01 |
| HTA Ex. 9 | Excerpts of Commonwealth of Puerto Rico Comprehensive Annual Financial Report Year Ended June 30, 2012 | Case No. 17-03567 ECF No. 780-1 |
| HTA Ex. 10 | Excerpts of Commonwealth of Puerto Rico Financial Statements and Required Supplemental Information, Fiscal year Ending June 30, 2016 | 13314-04 |
| **CCDA** | | |
| CCDA Demonstrative No. 1 | Flow of Funds | |
| CCDA Ex. 1 | Assignment and Coordination Agreement, dated March 24, 2006, by and between Puerto Rico Tourism Company and the Government Development Bank for Puerto Rico | 10615-01 |

3

| Government Parties Ex. / Demonstrative | Description | ECF Location |
|---|---|---|
| CCDA Ex. 2 | Pledge and Assignment Agreement, dated March 24, 2006, by and among Government Development Bank for Puerto Rico, Puerto Rico Convention Center District Authority, and JPMorgan Chase Bank N.A., as Trustee under the Trust Agreement | 10615-02 |
| CCDA Ex. 3 | Trust Agreement, dated March 24, 2006, between Puerto Rico Convention Center District Authority and JPMorgan Chase Bank N.A., as Trustee | 10615-03 |
| CCDA Ex. 4 | First Supplemental Trust Agreement, dated March 24, 2006, between Puerto Rico Convention Center District Authority and JPMorgan Chase Bank N.A., as Trustee | 10615-04 |
| CCDA Ex. 5 | Official Statement for Hotel Occupancy Tax Revenue Bonds (Series A) | 13007-31 |

2. The demonstratives and exhibits listed above are attached in the following volumes:

> Volume I:  PRIFA Demonstrative Nos. 1-2; PRIFA Exhibits 1-8
>
> Volume II.A: HTA Demonstrative No. 1; HTA Exhibits 1-3
>
> Volume II.B:  HTA Exhibits 4-5
>
> Volume II.C: HTA Exhibits 6-10
>
> Volume III: CCDA Demonstrative No. 1; CCDA Exhibits 1-5

[*Remainder of Page Intentionally Left Blank*]

Dated: June 2, 2020
San Juan, Puerto Rico

By: */s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Paul V. Possinger (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Ehud Barak (*pro hac vice*)
Michael Mervis (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
ppossinger@proskauer.com
brosen@proskauer.com
ebarak@proskauer.com
mmervis@proskauer.com

Michael A. Firestein (*pro hac vice)*
Lary Alan Rappaport (*pro hac vice*)
**PROSKAUER ROSE LLP**
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
Tel: (310) 557-2900
Fax: (310) 557-2193
Email: mfirestein@proskauer.com
lrappaport@proskauer.com

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Debtors*

By: */s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com

*Co-Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Debtors*

5

| | |
|---|---|
| /s/ *Elizabeth L. McKeen* <br> John J. Rapisardi <br> (Admitted *Pro Hac Vice*) <br> **O'MELVENY & MYERS LLP** <br> 7 Times Square <br> New York, NY 10036 <br> Tel: (212) 326-2000 <br> Fax: (212) 326-2061 <br><br> Peter Friedman <br> (Admitted *Pro Hac Vice*) <br> 1625 Eye Street, NW <br> Washington, DC 20006 <br> Tel: (202) 383-5300 <br> Fax: (202) 383-5414 <br><br> Elizabeth L. McKeen <br> Ashley M. Pavel <br> (Admitted *Pro Hac Vice*) <br> 610 Newport Center Drive, 17th Floor <br> Newport Beach, California 92660 <br> Tel: (949) 823-6900 <br> Fax: (949) 823-6994 <br><br> *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* | /s/ *Luis C. Marini-Biaggi* <br> Luis C. Marini-Biaggi <br> USDC No. 222301 <br> Email: lmarini@mpmlawpr.com <br> Carolina Velaz-Rivero <br> USDC No. 300913 <br> Email: cvelaz@mpmlawpr.com <br> **MARINI PIETRANTONI MUÑIZ LLC** <br> 250 Ponce de León Ave. <br> Suite 900 <br> San Juan, Puerto Rico 00918 <br> Tel: (787) 705-2171 <br> Fax: (787) 936-7494 <br><br> *Co-Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* |