UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- x
In re:                                                                 :
                                                                       :
THE FINANCIAL OVERSIGHT AND                                            : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                      : Title III
                                                                       :
    as representative of                             : Case No. 17-BK-3283 (LTS)
                                                                       :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                              : (Jointly Administered)
                                                                       :
    Debtors.[1]                                      :
                                                                       :
---------------------------------------------------------------------- x

### AMENDED[2] INFORMATIVE MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING JUNE 3-4, 2020 HEARING

To the Honorable United States District Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors of all Title III Debtors (the

"Committee")[3] hereby submits this amended informative motion in response to the Court's

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] This amended informative motion amends the informative motion filed on June 1, 2020 (the "Original Informative Motion") to reflect that counsel to the Committee intends to address the status report filed by the Oversight Board [Docket No. 13337]. At the time of the filing of the Original Informative Motion, this report had not yet been filed, and, accordingly, the Committee didn't know whether it would need to address it at the hearing. Shortly after the report was filed, Committee's counsel reached out to counsel for the Oversight Board to advise them of the Committee's intention to address the status report and the substance of the Committee's comments. Counsel for the Oversight Board has no objection to the Committee addressing the status report.

[3] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

*Order Regarding Procedures for June 3-4, 2020 Omnibus Hearing* [Case No. 17-3283, Docket No. 13220] (the "Scheduling Order") and respectfully states as follows:

1. Luc A. Despins and Zachary Zwillinger of Paul Hastings LLP will appear telephonically on behalf of the Committee at the Hearing (as defined in the Scheduling Order). At the Hearing, Mr. Despins will address, for no more than 5 minutes, the following matter:

    (a) *Status Report of Financial Oversight and Management Board in Connection with June 3, 2020 Omnibus Hearing*.

2. In addition, Mr. Despins and Mr. Zwillinger will address, as necessary, the following matters:

    (a) Status Report to be filed from AAFAF;

    (b) *Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection.* [Case No. 17-3567, Docket No. 673];[4]

        (i) *Partial Joinder of Official Committee of Unsecured Creditors in Support of Opposition of Financial Oversight and Management Board for Puerto Rico to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from Automatic Stay or, in the Alternative, Adequate Protection [ECF No. 673]* [Case No. 17-3567, Docket No. 681];

---

[4] On June 1, 2020, the Oversight Board filed the joint informative motion [Docket No. 13279] with respect to the monoline insurers' lift stay motion, identifying, among other things, the parties who intend to appear and speak in connection with the motions and the time allocations for each speaker.

(ii) *Limited Joinder of Official Committee of Unsecured Creditors in Support of Sur-Reply of Financial Oversight and Management Board for Puerto Rico in Opposition to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection* [Case No. 17-3567, Docket No. 808];

(iii) *Limited Joinder of Official Committee of Unsecured Creditors in Support of Financial Oversight and Management Board's Response to DRA Parties' Opening Response to (I) Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief From the Automatic Stay, or, in Alternative, Adequate Protection [Dkt. No. 10102], and (II) Opposition of Financial Oversight and Management Board for Puerto Rico to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in Alternative, Adequate Protection [Dkt. No. 10613]* [Case No. 17-3567, Docket No. 750];

(c) *Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York*

3

*Mellon's Motion Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds.* [Case No. 17-3283, Docket No. 10104];

(i) *Partial Joinder of Official Committee of Unsecured Creditors in Support of Opposition of Commonwealth of Puerto Rico to Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon Concerning Application of Automatic Stay [ECF No. 10104]* [Case No. 17-3283, Docket No. 10636];

(ii) *Limited Joinder of Official Committee of Unsecured Creditors in Support of Sur-Reply of the Commonwealth of Puerto Rico in Opposition to Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon Concerning Application of Automatic Stay* [ECF No. 10104] [Case No. 17-3283, Docket No. 13168];

(d) *Amended Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, Concerning Application of the Automatic Stay to the Revenues Securing the PRIFA Rum Tax Bonds.* [Case No. 17-3283, Docket No. 10602];

(i) *Partial Joinder of Official Committee of Unsecured Creditors in Support of Supplemental Opposition of Commonwealth of Puerto Rico to Amended PRIFA Bondholder Motion to Lift Automatic Stay* [ECF No. 10602] [Case No. 17-3283, Docket No. 10635];

4

       (ii)    *Limited Joinder of Official Committee of Unsecured Creditors in Support of Sur-Reply of Commonwealth of Puerto Rico in Opposition to Amended PRIFA Bondholder Motion to Lift Automatic Stay [Ecf No. 10602]* [Case No. 17-3283, Docket No. 13171];

(e)    Any objections, responses, statements, joinders, or replies to any of the foregoing pleading; and

(f)    Any statements made by any party in connection with the Title III cases or any adversary proceeding pending therein.

2.    In addition, Mr. Juan J. Casillas Ayala of Casillas, Santiago & Torres LLC and one of his co-counsel will also be attending, on behalf of the Committee, the Hearing telephonically.

[*Remainder of page intentionally left blank.*]

5

WHEREFORE, the Committee respectfully requests that the Court take notice of the above.

Dated: June 2, 2020 /s/ Luc A. Despins

PAUL HASTINGS LLP
Luc. A. Despins, Esq. (Pro Hac Vice)
James R. Bliss, Esq. (Pro Hac Vice)
Nicholas A. Bassett, Esq. (Pro Hac Vice)
G. Alexander Bongartz, Esq. (Pro Hac Vice)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and -

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

6