TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

| | |
|---|---|
| Aracelis González Collazo | PROMESA |
| HC-01 BOX 3013 | TITULO lll |
| VILLALBA, PR 00766 | NÚM. 17 BK 3283-LTS |
| TELÈFONO 787-382-3619 | No. de Reclamación: |
| EMAIL jesulany1207@gmail.com | 101810 |

REPLICA A LA **CENTESIMA** VIGESIMO NOVENA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DE DEL DEPARTAMENTO DE EDUCACION DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo como empleada del Departamento de Educación por servicios prestados que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico de $100.00 mensuales.

Este aumento nunca se pagó.

Durante el termino de esa ley, (1980 al 2006), yo era empleada del Departamento de Educación de Puerto Rico. De acuerdo con mis cálculos, el periodo comprende 13 años a $1,200.00 por año, la que representa un total de $15,600.00 a los cuales tengo derecho.

Se estima la siguiente cantidad adeudada a $1,200.00.

$1,200.00 del año escolar 1993-1994
$1,200.00 del año escolar 1994-1995
$1,200.00 del año escolar 1995-1996
$1,200.00 del año escolar 1996-1997
$1,200.00 del año escolar 1997-1998
$1,200.00 del año escolar 1998-1999
$1,200.00 del año escolar 1999-2000
$1,200.00 del año escolar 2000-2001
$1,200.00 del año escolar 2001-2002
$1,200.00 del año escolar 2002-2003
$1,200.00 del año escolar 2003-2004
$1,200.00 del año escolar 2004-2005
$1,200.00 del año escolar 2005-2006

**Cantidad adeudada $15,600.00**
ATT
Aracelis González Collazo

*Aracelis González Collazo* (signature)

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS | |
| Aracelis González Collazo | PROMESA |
| HC-01 BOX 3013 | TITULO III |
| VILLALBA, PR 00766 | NÚM. 17 BK 3283-LTS |
| TELÉFONO 787-382-3619 | No. de Reclamación: |
| EMAIL jesulany1207@gmail.com | 101810 |

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS | |
| Jesús Morales Negrón | PROMESA |
| HC-01 BOX 3013 | TITULO III |
| VILLALBA, PR 00766 | NÚM. 17 BK 3283-LTS |
| TELÉFONO 787-202-2461 | No. de Reclamación: |
| EMAIL jmnegron2@gmail.com | 119746 |

Un cordial saludo de parte de los esposos Aracelis González Collazo y Jesús Morales Negrón. Por este medio le estamos notificando que la documentación requerida no se había podido entregar en la fecha indicada, ya que vivimos en el área sur de Puerto Rico y enfrentamos el problema de los sismos y luego el problema del C 19.

ATT

Jesús Morales Negrón

Aracelis González Collazo