

GOVERNMENT OF PUERTO RICO
DEPARTMENT OF EDUCATION
Human Resources Auxiliary Secretary's Office

May 28, 2020

To Whom It May Concern:

I hereby certify that **ARACELIS GONZALEZ COLLAZO**, with social security number **XXX-XX-0479** has been working in our Agency since **September 8, 1993** to **Present**.

Currently, he/she works as **MA. EDUCACION FISICA (K-12)** at **FRANCISCO ZAYAS SANTANA (SIGLO 21), VILLALBA, Regional Educational Office of PONCE** and is paid a monthly salary of **$2,771.67**.

If you have any questions or need any additional information, please contact the Archives Office of the Human Resources Auxiliary Secretary.

Juan Francisco Rivera Aponte
Auxiliary Secretary of Human Resources

The information presented in this document is based on the data recorded in the Human Resources system. If you understand that there is a situation or discrepancy with the data presented, you can contact the Human Resources Auxiliary Secretary's Office or call 787-773-3074, 3025, 3051, 3035.

P.O. Box 190759, San Juan PR 00919-0759



DEPARTAMENTO DE EDUCACIÓN
GOBIERNO DE PUERTO RICO

The Department of Education does not discriminate in any way on the basis of age, race, color, sex, birth, veteran status, political or religious ideology, social origin or condition, sexual orientation or gender identity, physical or mental disability or impairment; domestic violence or stalking victim status.