Esposos,
Jesús Morales Negron
Aracelis Gonzalez Collazo
HC01 3013
Villalba, P.R.
00766





Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

No de Reclamación:
Aracelis - 101810
Jesús - 119746