Esposos
Jesús Morales Negron
Aracelis Gonzalez Collazo
HC01 3013
Villalba P.R.
00766



U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
MAY 29, 20
AMOUNT
$4.75
1000      00918      R2303S101580-08

7018 2290 0000 2774 8698

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**

7018 2290 0000 2774 8698

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

No de Reclamación:
Aracelis = 101810
Jesús - 119746