RECEIVED & FILED
2020 JUN -2 AM 9: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R

Yo. Angel M. Diaz Mila

Yo vine a Resover el problema que me mandaron, La Junta de Gobierno, yo se que tengo un problema pero, yo lo voy a Resover. Pagando ese dinero que me dieron de mas cuando cobre en Junio 15 de seguro social Mi numero SS **REDACTED**3034.

Mi cueta de Banco Fevk Bank es - **REDACTED**37.59

Gracia Angel M. Diaz Mila

939 499 0702