IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF JOINT MOTION OF
THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO
PUBLIC BUILDINGS AUTHORITY FOR AN ORDER (I) APPROVING
DISCLOSURE STATEMENT, (II) FIXING VOTING RECORD
DATE, (III) APPROVING CONFIRMATION HEARING NOTICE
AND CONFIRMATION SCHEDULE, (IV) APPROVING
SOLICITATION PACKAGES AND DISTRIBUTION PROCEDURES,
(V) APPROVING FORMS OF BALLOTS, AND VOTING AND
ELECTION PROCEDURES, (VI) APPROVING NOTICE OF NON-VOTING
STATUS, (VII) FIXING VOTING, ELECTION, AND CONFIRMATION
DEADLINES, AND (VIII) APPROVING VOTE TABULATION PROCEDURES**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE** that the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), has filed with the Court the attached *Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (i) Approving Disclosure Statement, (ii) Fixing Voting Record Date, (iii) Approving Confirmation Hearing Notice and Confirmation Schedule, (iv) Approving Solicitation Packages and Distribution Procedures, (v) Approving Forms of Ballots, and Voting and Election Procedures, (vi) Approving Notice of Non-Voting Status, (vii) Fixing Voting, Election, and Confirmation Deadlines, and (viii) Approving Vote Tabulation Procedures* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief requested in the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure, and the *Tenth Amended Case Management Procedures* [ECF No. 8027-1] (the "Case Management Procedures"), and must be filed with the Court (i) by registered users of the Court's case filing system, electronically in accordance with rule 5 of the Local Rules for the District of Puerto Rico, and (ii) by all other parties in interest, on a CDROM, in text-searchable portable document format (PDF), and served on (a) counsel for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New York, New York 10036-8299 (Attn: Martin J. Bienenstock, Esq., and Brian S. Rosen, Esq.), and O'Neill &

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2

Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918-1813 (Attn: Hermann D. Bauer, Esq.); (b) counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., and Peter Friedman, Esq.) and Marini Pietrantoni Muñiz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave., San Juan, PR 00917 (Attn: Luis C. Marini-Biaggi, Esq.); and (c) the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922, so as to be received no later than **April 17, 2020 at 5:00 p.m. (AST)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held before the Honorable Laura Taylor Swain, United States District Court Judge, in Room 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767 (the "Court"), on **June 3, 2020 at 9:30 a.m. (Atlantic Standard Time)**, or as soon thereafter as counsel may be heard, to consider the relief sought by the Debtors in the Motion.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion including all exhibits, and all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: February 28, 2020
    San Juan, Puerto Rico

Respectfully submitted,

/s/ Martin J. Bienenstock

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/ Hermann D. Bauer

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

**Copies of this Notice and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions about this notice, please call (844) 822-9231 (US Toll Free) or (646) 486-7944 (international callers), available 10:00 a.m. to 7:00 p.m. (AST)**
**(Spanish Available)**



Gobierno de Puerto Rico

# Departamento de Hacienda

Planilla de Contribución sobre Ingresos de Individuos
Confirmación de Radicación Electrónica

Individual Income Tax Return
Confirmation of Electronic Filing

**Forma Corta 2012 - Short Form 2012**

| | |
|---|---|
| **Nombre del Contribuyente** — Taxpayer Name | ANGEL M DIAZ MILA |
| **Número de Seguro Social del Contribuyente** — Taxpayer Social Security Number | REDACTED 2034 |
| **Nombre del Cónyuge** — Spouse Name | |
| **Número de Seguro Social del Cónyuge** — Spouse Social Security Number | |
| **Número de Confirmación** — Confirmation Number | 030820130671B9C0871793618 |
| **Fecha y Hora de Radicación** — Date and Time of Filing | 08/03/2013 11:31:38 AM |
| **Fecha de Pago** — Payment Date | |
| **Cantidad Pagada Electrónicamente** — Amount Paid Electronically | |
| **Número de Ruta / Tránsito** — Routing Number | |
| **Número de Cuenta** — Account Number | |
| **Balance Pendiente de Pago** — Amount Due | |
| **Contribución Pagada en Exceso** — Amount Overpaid | 400 |
| ↳ Acreditar a Contribución Estimada del Próximo Año — Credit to Estimated Tax for Next Year | |
| ↳ Aportación al Fondo Especial para el Estuario de la Bahía de San Juan — Amount to be Contributed to the San Juan Bay Estuary Special Fund | |
| ↳ Aportación al Fondo Especial para la Universidad de Puerto Rico — Amount to be Contributed to the University of Puerto Rico Special Fund | |
| ↳ Cantidad a Reintegrar — Refund Amount | 400 |

[X] Mediante cheque por correo - Via check by mail

[ ] Mediante depósito directo - Via direct deposit

Periodo de Conservación: Diez (10) años
Retention Period: Ten (10) years

Gobierno de Puerto Rico

## Departamento de Hacienda

Planilla de Crédito para Personas de 65 Años o Más y
Crédito Compensatorio para Pensionados de Bajos Recursos

Confirmación de Radicación Electrónica

Return of Credit for Persons Age 65 or Older and
Compensatory Credit for Low Income Pensioners

Confirmation of Electronic Filing

**Planilla de Créditos**
Credits Return

## 2011

| | |
|---|---|
| Nombre del Contribuyente / Taxpayer Name | ANGEL M DIAZ MILA |
| Número de Seguro Social del Contribuyente / Taxpayer Social Security Number | REDACTED 2034 |
| Nombre del Cónyuge / Spouse Name | ROSA ANDINO |
| Número de Seguro Social del Cónyuge / Spouse Social Security Number | REDACTED 2034 |
| Número de Confirmación / Confirmation Number | 02042012035819335D1613685 |
| Fecha y Hora de Radicación / Date and Time of Filing | 04/02/2012 01:56:59 PM |
| Total de Crédito a Recibirse / Total Credit to be Received | 800 |

[X] Mediante cheque por correo - Via check by mail

[ ] Mediante depósito directo - Via direct deposit

**2011 — GOBIERNO DE PUERTO RICO — DEPARTAMENTO DE HACIENDA — 2011**

**PLANILLA DE CREDITO PARA PERSONAS DE 65 AÑOS O MAS Y CREDITO COMPENSATORIO PARA PENSIONADOS DE BAJOS RECURSOS**

Número de Serie: R

- ○ PLANILLA ENMENDADA
- ○ FALLECIIDO DURANTE EL AÑO   Día ___ Mes ___ Año ___
  - ○ Contribuyente   ○ Cónyuge

Si recibió ingresos sujetos a retención no complete este formulario. Refiérase a la Forma Corta o Forma Larga de la Planilla de Contribución sobre Ingresos de Individuos.

**Nombre del Contribuyente:** ANGEL   **Inicial:** M   **Apellido Paterno:** DIAZ   **Apellido Materno:** MILA

**Dirección Postal:** EL CORTIJO, GG26A Calle 9, Bayamon PR   **Código Postal:** 00956

**Número de Seguro Social Contribuyente:** REDACTED 2034
**Fecha de Nacimiento:** Día 16 Mes 10 Año 43   **Sexo:** ☒ M  ○ F

**Número de Seguro Social Cónyuge:** REDACTED 2034
**Fecha de Nacimiento del Cónyuge:** Día 19 Mes 8 Año 35   **Sexo:** ○ M  ☒ F

**Sello de Recibido:** 04/02/2012  01:56:59 PM

**Nombre e Inicial del Cónyuge:** ROSA ANDINO
**Dirección Residencial Completa:** EL CORTIJO GG26A Calle 9, Bayamon PR   **Código Postal:** 00956
**Teléfono Residencia:** (787) 797-7897
**Correo Electrónico (E-Mail):** MAGACCT@YAHOO.COM

**CAMBIO DE DIRECCION:** ○ SI  ☒ No   **PLANILLA 2012:** ☒ ESPAÑOL  ○ INGLES

**SI / NO**
- A. ☒/○ ¿Ciudadano de Estados Unidos?
- B. ☒/○ ¿Residente de Puerto Rico al finalizar el año?
- C. ☒/○ ¿Otros ingresos excluidos o exentos de contribución? Indique total $ 11,694

**E. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ☒ Casado
2. ○ Contribuyente individual

**D. FUENTE DE MAYOR INGRESO:**
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ☒ Seguro Social

**CUESTIONARIO PARA DETERMINAR LA CANTIDAD DE CREDITO A LA QUE TIENE DERECHO**

**F. Si usted es soltero, viudo o divorciado:**
1. ¿recibió ingresos no sujetos a retención (incluyendo seguro social o cualquier otro ingreso excluido o exento) de $15,000 o menos durante el año contributivo? Si contestó "Sí", anote $400. Si contestó "No", anote cero ............ 1 ○ SI  2 ○ NO  _____
2. ¿recibió solamente ingreso de pensión por una cantidad no mayor de $4,800 (sin considerar seguro social) durante el año contributivo? Si contestó "Sí", anote $300. Si contestó "No", anote cero ............ 1 ○ SI  2 ○ NO  _____

**G. Si usted es casado:**
1. ¿recibió usted y su cónyuge ingresos no sujetos a retención (incluyendo seguro social o cualquier otro ingreso excluido o exento) de $30,000 o menos entre ambos durante el año contributivo? Si contestó "Sí", continúe a la línea 2. Si contestó "No", anote cero en las líneas 2 y 3, y continúe a la línea 4 ............ 1 ☒ SI  2 ○ NO
2. ¿tiene usted 65 años o más? Si contestó "Sí", anote $400. Si contestó "No", anote cero ............ 1 ☒ SI  2 ○ NO  400 00
3. ¿tiene su cónyuge 65 años o más? Si contestó "Sí", anote $400. Si contestó "No", anote cero ............ 1 ☒ SI  2 ○ NO  400 00
4. ¿recibió usted solamente ingreso de pensión por una cantidad no mayor de $4,800 (sin considerar seguro social) durante el año contributivo? Si contestó "Sí", anote $300. Si contestó "No", anote cero ............ 1 ○ SI  2 ☒ NO  00
5. ¿recibió su cónyuge solamente ingreso de pensión por una cantidad no mayor de $4,800 (sin considerar seguro social) durante el año contributivo? Si contestó "Sí", anote $300. Si contestó "No", anote cero ............ 1 ○ SI  2 ☒ NO  00

**H. Total de crédito** (Sume líneas F o G, según aplique) ............ **800**

CERTIFICO QUE NO HE SIDO RECLAMADO COMO DEPENDIENTE EN NINGUNA PLANILLA DE CONTRIBUCION SOBRE INGRESOS PARA ESTE AÑO CONTRIBUTIVO.

**AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO**
**Depósito — Tipo de cuenta:** ○ Cheques  ○ Ahorros
**Número de ruta/tránsito:** ____   **Número de su cuenta:** ____
**Cuenta al nombre de:** _____ y _____

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

**Firma del Contribuyente:** ✓ FIRMADA ELECTRONICAMENTE   **Fecha:** 04/02/2012
**Firma del Cónyuge:** ✓ FIRMADA ELECTRONICAMENTE   **Fecha:** 04/02/2012

**(04) Nombre del Especialista (Letra de Molde):** Maria A Gonzalez
**Nombre de la Firma o Negocio:** Mag's Accounting & E-tax
**Número de Registro:** 14758   **Número de Identificación Patronal:** 66-0541253
**Especialista por cuenta propia (ennegrezca aquí):** ○
**Firma del Especialista:** FIRMADA ELECTRONICAMENTE   **Fecha:** 04/02/2012

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su solicitud: ☒ Sí  ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista

Conf. 02042012035819335D1613685   Período de Conservación: Diez (10) años   PRSoft, Inc. (www.prsoft.com)

SRF 40278

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
# PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>Deudores.[1] | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente) |

**NOTIFICACIÓN DE MOCIÓN CONJUNTA DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO PARA SOLICITAR UNA ORDEN (I) QUE APRUEBE LA DECLARACIÓN DE DIVULGACIÓN, (II) QUE FIJE LA FECHA DE REGISTRO DE LA VOTACIÓN, (III) QUE APRUEBE LA NOTIFICACIÓN DE LA VISTA DE CONFIRMACIÓN Y EL CRONOGRAMA DE CONFIRMACIÓN, (IV) QUE APRUEBE LOS PAQUETES DE CONVOCATORIA Y LOS PROCEDIMIENTOS PARA SU DISTRIBUCIÓN, (V) QUE APRUEBE MODELOS DE BOLETAS Y LOS PROCEDIMIENTOS DE VOTACIÓN y elección, (VI) QUE APRUEBE LA NOTIFICACIÓN DE LA CONDICIÓN DE MIEMBRO SIN DERECHO A VOTO, (VII) QUE FIJE LAS FECHAS LÍMITE PARA LA VOTACIÓN, ELECCIÓN Y CONFIRMACIÓN, Y (VIII) QUE APRUEBE PROCEDIMIENTOS DE RECUENTO DE VOTOS**

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son (i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17-BK-3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17-BK-4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP") (núm. de procedimiento de quiebra 19-BK-5233-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

1

Formulario 481 Rev. 29 oct. 12

## FORMA CORTA

| Liquidado | Revisor |
|---|---|

R G RO V1 V2 P1 P2 N D1 D2 E A M

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2012** GOBIERNO DE PUERTO RICO **2012**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2012 O AÑO COMENZADO EL
1 de enero de 2012 Y TERMINADO EL 31 de diciembre de 2012

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: __/__/__
   Día Mes Año
○ CONTRIBUYENTE  ○ CONYUGE

Número de Serie

Nombre del Contribuyente: ANGEL   Inicial: M   Apellido Paterno: DIAZ   Apellido Materno: MILA

Número de Seguro Social Contribuyente: REDACTED 2034

Dirección Postal: EL CORTIJO GG26A Calle 9 Bayamon PR   Código Postal: 00956

Fecha de Nacimiento: 16 10 1943   Sexo: ⊗ M  ○ F

Sello de Recibido

08/03/2013
11:31:38 AM

"Coloque la etiqueta engomada (Label azul)".

Nombre e Inicial del Cónyuge ___ Apellido Paterno ___ Apellido Materno ___

Dirección Residencial Completa: EL CORTIJO GG26A Calle 9 Bayamon PR   Código Postal: 00956

Teléfono Residencia: (787) 797-9897
Teléfono del Trabajo:

Correo Electrónico: JCRUZ@E-TAXPR.COM

CAMBIO DE DIRECCION: ○ Si ⊗ No   PLANILLA 2013: ⊗ ESPAÑOL  ○ INGLES

### Cuestionario

SI / NO
- A. ⊗ ○ Ciudadano de Estados Unidos?
- B. ⊗ ○ Residente de Puerto Rico al finalizar el año?
- C. ○ ⊗ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
- D. FUENTE DE MAYOR INGRESO:
  1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
  2. ⊗ Empleado del Gobierno Federal
  3. ○ Empleado de Empresa Privada
  4. ○ Retirado/Pensionado
  5. ○ Otro ___

E. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⊗ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde separado (Indique nombre y seguro social del cónyuge arriba)

Su ocupación: Retirado   8130   Ocupación cónyuge: ___

**PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

### Reintegro

1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 1, linea 14. Indique distribución en las lineas A, B y C) ............ (01) | 400 | 00
   A) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ............ (02) | | 00
   B) Aportación al Fondo Especial para la Universidad de Puerto Rico ............ (03) | | 00
   C) REINTEGRAR (Si desea que se le deposite el reintegro directamente en su cuenta, complete el Encasillado de Depósito) ............ (04) | 400 | 00

### Pago

2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 1, linea 14) ............ (05) | | 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ............ (06) | | 00
   (b) Intereses ............ (07) | | 00
   (c) Recargos ___ y Penalidades ___ ............ (08) | | 00
4. BALANCE PENDIENTE DE PAGO (Linea 2 menos linea 3(a)) ............ (10) | | 00

### Depósito — AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta: ○ Cheques  ○ Ahorros
Número de ruta/tránsito: [ ][ ][ ][ ][ ][ ][ ][ ][ ]
Número de su cuenta: [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

Cuenta a nombre de: ___
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente: ✓ FIRMADA ELECTRONICAMENTE   Fecha: 08/03/2013   Firma del Cónyuge: ✓   Fecha: ___

(04) Nombre del Especialista (Letra de Molde): MAURICIO CASTRO   Nombre de la Firma o Negocio: ETAX BAYAMON
Firma del Especialista: ✓ FIRMADA ELECTRONICAMENTE   Fecha: 08/03/2013   Especialista por cuenta propia (ennegrezca aquí) ○   Número de Registro: 16820

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ⊗ Si  ○ No. Si contestó "Si", exija la firma y el número de registro del Especialista.

Conf. 030820130671B9C0871793618   Periodo de Conservación: Diez (10) años   PRSoft, Inc. (www.prsoft.com)

ANGEL M DIAZ MILA

Rev. 29 oct 12

Formulario 481 - Página 2

Si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas y rinden planilla conjunta, no complete las líneas 1 a la 11 del Encasillado 1, y pase al Anejo CO Individuo.

**Encasillado 1**

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 00 / 00 / 00 / 00 | 00 / 00 / 00 / 00 |
| Total de comprobantes con esta planilla ...... (02) 0 | | |
| Total ...... (01) | 00 | (03) 00 |
| 2. Salarios del Gobierno Federal (Véanse instrucciones) ...... (02) | 00 | (04) 00 |
| 3. Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ...... (05) | | 00 |
| 4. Ingreso Bruto Ajustado (Sume el total de las líneas 1B, 2B y 3B) ...... (06) | | 00 |
| 5. TOTAL DE DEDUCCIONES (Anejo A Individuo, Parte I, línea 11) ...... (03) (01) | | 00 |
| 6. Exención Personal Adicional para Veteranos (Véanse instrucciones) ...... (02) | | 00 |
| 7. EXENCION PERSONAL (Casado - $7,000; Contribuyente individual - $3,500; Casado que rinde separado - $3,500) ...... (03) | | 3,500 00 |
| 8. EXENCION POR DEPENDIENTES (Complete el Encasillado 2, véanse instrucciones) A) (04) ___ X $2,500 .. (06) | 00 | |
| Custodia compartida o casado que rinde separado → B) (05) ___ X $1,250 .. (07) | 00 | |
| Total Exención por Dependientes (Sume líneas 8A y 8B) ...... (08) | | 00 |
| 9. DEDUCCION ESPECIAL PARA CIERTOS INDIVIDUOS (Véanse instrucciones) ...... (09) | | 00 |
| 10. Total Deducciones y Exenciones (Sume líneas 5 a la 9) ...... (10) | | 3,500 00 |
| 11. INGRESO NETO SUJETO A CONTRIBUCION (Línea 4 menos línea 10. Si línea 10 es mayor que línea 4, anote cero) ...... (11) | | 00 |
| 12. CONTRIBUCION DETERMINADA (Use la cantidad de la línea 11 y la Tabla Contributiva, según aplique. Véanse instrucciones) ...... (12) | | 00 |
| 13. CONTRIBUCION RETENIDA, CREDITOS REEMBOLSABLES Y CANTIDAD PAGADA: | | |
| A) Mediante retención sobre salarios (Sume las líneas 1A y 2A o líneas 1A y 2A del Anejo CO Individuo) ...... (13) | 00 | |
| B) Mediante retención sobre anualidades y pensiones (Anejo H Individuo, Parte II, línea 13) ...... (14) | 00 | |
| C) Crédito por Trabajo (Véanse instrucciones) ...... (15) | 00 | |
| D) Crédito para personas de 65 años o más (Véanse instrucciones) ...... (16) | 400 00 | |
| E) Crédito compensatorio para pensionados de bajos recursos (Véanse instrucciones) ...... (17) | 00 | |
| F) Crédito por el pago de derechos adicionales a los automóviles de lujo bajo la Ley 42-2005 (Véanse instrucciones) (Contribuyente: ___ (18) ; Cónyuge: ___ (19)) ...... (20) | 00 | |
| G) Crédito de la Oportunidad Americana (Someta Anejo B2 Individuo) ...... (21) | 00 | |
| H) Cantidad pagada con prórroga automática ...... (22) | 00 | |
| I) Total Contribución Retenida, Créditos Reembolsables y Cantidad Pagada (Sume líneas 13A a la 13H) ...... (23) | | 400 00 |
| 14. BALANCE: | | |
| • Si la línea 13 I es mayor que la línea 12, usted tiene un sobrepago. Anote la diferencia aquí y en la línea 1 de la página 1. | | |
| • Si la línea 13 I es menor que la línea 12, usted tiene un balance de pago. Anote la diferencia aquí y en la línea 2 de la página 1. | | |
| • Si la diferencia entre la línea 13 I y la línea 12 es igual a cero, anote cero aquí y pase a firmar su planilla en la página 1 ...... (30) | | 400 00 |

**Encasillado 2 - Información sobre Dependientes (Véanse instrucciones)** 55

| | Custodia Compartida | Nombre Inicial | Apellido Paterno | Apellido Materno | Parentesco | Categoría* (N)(U)(I) | Fecha de Nacimiento Día / Mes / Año | Número de Seguro Social |
|---|---|---|---|---|---|---|---|---|
| (01) | ○ | | | | | | | |
| (02) | ○ | | | | | | | |
| (03) | ○ | | | | | | | |
| (04) | ○ | | | | | | | |
| (05) | ○ | | | | | | | |
| (06) | ○ | | | | | | | |
| (07) | ○ | | | | | | | |
| (08) | ○ | | | | | | | |
| (09) | ○ | | | | | | | |
| (10) | ○ | | | | | | | |

* Véanse instrucciones. **Conf.** 030820130671B9C0871793618  Período de Conservación: Diez (10) años  PRSoft, Inc. (www.prsoft.com)

**Anejo IE Individuo**
Rev. 29 oct 12

**INGRESOS EXCLUIDOS Y EXENTOS**

Año contributivo comenzado el __1__ de __enero__ de _2012_ y terminado el __31__ de _diciembre_ de _2012_

**2012**

Nombre del contribuyente: ANGEL M DIAZ MILA

Ennegrezca uno: (01) ☒ 1 Contribuyente  ○ 2 Cónyuge  ○ 3 Ambos

Número de Seguro Social: REDACTED

### Parte I — Exclusiones del Ingreso Bruto

| | Partidas Consideradas para la Limitación de Intereses Hipotecarios | Partidas sujetas a Contribución Básica Alterna |
|---|---|---|
| 1. Seguro de vida ................................................................................................... (02) | 00 | |
| 2. Donaciones, mandas, legados y herencias ...................................................... (03) | 00 | |
| 3. Compensación por lesiones o enfermedad ...................................................... (04) | 00 | |
| 4. Beneficios de seguro social federal por vejez y para sobrevivientes ............... (05) | 12,119 00 | |
| 5. Ingreso derivado de la condonación de deudas (Véanse instrucciones) ......... (06) | 00 | |
| 6. Premios de la IVU Loto ..................................................................................... (07) | 00 | |
| 7. Dietas o Viáticos pagados a Ciertos Voluntarios hasta $1,500 bajo la Ley 261-2004 ... (08) | 00 (62) | 00 |
| 8. Pensión alimenticia a menores ......................................................................... (09) | 00 | |
| 9. Cantidades por un patrono por reembolso de gastos de viaje, comidas, hospedaje, entretenimiento y otros .... (10) | 00 | |
| 10. Otras exclusiones ............................................................................................. (11) | 00 (63) | 00 |
| 11. **Total** (Sume líneas 1 a la 10) ......................................................................... (15) | 12,119 00 (65) | 00 |

### Parte II — Exenciones del Ingreso Bruto

| | | |
|---|---|---|
| 1. Beneficios marginales pagados por el patrono en relación a un plan flexible de beneficios (cafeteria plan) ... (16) | 00 | |
| 2. Intereses sobre los siguientes instrumentos: | | |
| A) Obligaciones del Gobierno de los Estados Unidos, sus estados, territorios o subdivisiones políticas ... (17) | 00 | |
| B) Obligaciones del Gobierno de Puerto Rico ...................................................... (18) | 00 | |
| C) Valores Ley de Préstamos Agrícolas .............................................................. (19) | 00 (66) | 00 |
| D) Ciertas Hipotecas (Véanse instrucciones) ....................................................... (20) | 00 (67) | 00 |
| E) Obligaciones aseguradas o garantizadas bajo la Ley de Reajuste de los Miembros del Servicio de 1944 (Servicemen's Readjustment Act of 1944) ... (21) | 00 (68) | 00 |
| F) Valores emitidos por asociaciones cooperativas hasta $5,000 ......................... (22) | 00 (69) | 00 |
| G) Depósitos en cuentas en Puerto Rico hasta $2,000 ($4,000 para casados rindiendo planilla conjunta) (Anejo F Individuo) ... (23) | 00 (70) | 00 |
| H) Obligaciones emitidas por el Fideicomiso de Conservación, de Vivienda y Desarrollo Humano y Patronato de Monumentos de San Juan ... (24) | 00 | |
| 3. Dividendos recibidos de las siguientes entidades: | | |
| A) Corporaciones de dividendos limitados ............................................................ (25) | 00 (71) | |
| B) Asociaciones cooperativas .............................................................................. (26) | 00 (72) | 00 |
| C) Asegurador Internacional o Compañía Tenedora del Asegurador Internacional ... (27) | 00 | |
| 4. Gastos de sacerdotes o ministros (Véanse instrucciones) .................................. (28) | 00 (73) | 00 |
| 5. Recobro de deudas incobrables, contribuciones anteriores, recargos y otras partidas ... (29) | 00 (74) | 00 |
| 6. Estipendios recibidos por ciertos médicos durante el período de internado (Formulario 499R-2/W-2PR) ... (30) | 00 (75) | 00 |
| 7. Premios de la Lotería de Puerto Rico y la Lotería Adicional .............................. (31) | 00 | |
| 8. Ingreso de pensiones o anualidades, hasta el límite aplicable (Anejo H Individuo, Parte II, línea 8) ... (32) | 00 (76) | 00 |
| 9. Aguinaldo de Navidad, Bono de Verano y Bono de Medicamentos ................... (33) | 00 (77) | 00 |
| 10. Ganancia en la venta o permuta de residencia principal por ciertos individuos (Anejo D1 Individuo, Parte II, línea 14) ... (34) | 00 | |
| 11. Ciertos ingresos relacionados con la operación de corporaciones especiales propiedad de trabajadores (Véanse instrucciones) ... (35) | 00 (78) | 00 |
| 12. Cuota de ajuste por costo de vida (COLA) (Formulario W-2 Federal) ............. (36) | 00 | |
| 13. Compensación por desempleo ........................................................................ (37) | 00 (79) | 00 |
| 14. Compensación recibida por servicio militar activo en zona de combate (Formulario W-2 Federal) ... (38) | 00 | |
| 15. Ingreso recibido o devengado en relación con la celebración de juegos deportivos organizados por asociaciones o federaciones internacionales ... (39) | 00 (80) | 00 |
| 16. Compensación recibida por un investigador o científico elegible (Formulario 480.6D) ... (40) | 00 | |
| 17. Compensación recibida por un investigador o científico elegible en el Distrito bajo la Ley 214-2004 ... (41) | 00 | |
| 18. Rentas de la Zona Histórica ............................................................................. (42) | 00 (81) | 00 |
| 19. Compensación a ciudadanos y extranjeros no residentes en Puerto Rico para producir proyectos fílmicos ... (43) | 00 | |
| 20. Ingreso de fuentes fuera de Puerto Rico (No residentes o residentes por solo parte del año) ... (44) | 00 | |
| 21. Remuneración de empleados de gobiernos extranjeros u organizaciones internacionales ... (45) | 00 | |
| 22. Ingresos provenientes de edificios arrendados al Gobierno de Puerto Rico para hospitales públicos, casas de salud, escuelas públicas (Contratos vigentes al 22 de noviembre de 2010) ... (46) | 00 | |
| 23. Ingreso derivado por el contribuyente de la reventa de propiedad mueble o servicios cuya adquisición estuvo sujeta a tributación bajo la Sección 3070.01 o la Sección 2101 del Código de Rentas Internas de 1994 ... (47) | 00 | |
| 24. Ganancia Acumulada en Opciones no Cualificadas .......................................... (48) | 00 | |
| 25. Distribuciones de Cantidades Previamente Notificadas como Distribuciones Elegibles Implícitas bajo la Sección 1023.06(j) ... (49) | 00 | |
| 26. Distribuciones de Cuentas de Retiro Individual No Deducibles ....................... (50) | 00 | |
| 27. Compensación Especial Pagada por Liquidación o Cierre de Negocios bajo el Artículo 10 de la Ley Núm. 80 de 30 de mayo de 1976 ... (51) | 00 (82) | 00 |
| 28. Distribuciones de Dividendos o en Liquidación de Negocios Exentos ............. (52) | 00 | |
| 29. Salario Devengado por Concepto de Horas Extras en Situaciones de Emergencias (Formulario 499R-2/W-2PR) ... (53) | 00 (83) | 00 |
| 30. Ingresos por concepto de derechos de autor hasta $10,000 bajo la Ley 516-2004 ... (54) | 00 | |
| 31. Ingresos recibidos por diseñadores y traductores hasta $6,000 bajo la Ley 516-2004 ... (55) | 00 | |
| 32. Participación distribuible en los ingresos exentos de entidades conducto (Formularios 480.6 S, 480.6 SE, 480.6 CI, 480.6 F. Véanse instrucciones) ... (56) | 00 (84) | 00 |
| 33. Otras exenciones ............................................................................................. (57) | 00 (85) | 00 |
| 34. **Total** (Sume líneas 1 a la 33) ...................................................................... (60) | 00 (86) | 00 |

### Parte III — Total

| | | |
|---|---|---|
| 1. Total de partidas consideradas para la limitación de intereses hipotecarios (Sume línea 10 de la Parte I y línea 34 de la Parte II, primera columna) ... (61) | 12,119 00 | |
| 2. Total de partidas sujetas a contribución básica alterna (Sume línea 10 de la Parte I y línea 34 de la Parte II, segunda columna) ... (87) | | 00 |

Conf. 030820130671B9C0871793618  Período de Conservación: Diez (10) años  PRSoft, Inc. (www.prsoft.com)

Modelo SC 2778
Rev. 23 ene 13



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Area de Rentas Internas

## PODER Y DECLARACION DE REPRESENTACION PARA FIRMA DIGITAL POR ESPECIALISTAS EN PLANILLAS, DECLARACIONES Y RECLAMACIONES DE REINTEGRO

La Sección 6051.12 del Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), establece que el Secretario de Hacienda podrá requerir que cualesquiera planillas, declaraciones o formularios requeridos por cualquier Subtítulo del Código se radiquen utilizando medios electrónicos, en cuyos casos se aceptará como válida la firma digital del contribuyente. Además, la Sección 1061.01 del Código establece la obligación de rendir una planilla de contribución sobre ingresos en el caso de individuos y permite que ésta sea autenticada mediante firma digital. El contribuyente que desee designar a un Especialista en Planillas, Declaraciones y Reclamaciones de Reintegro (Especialista) para firmar de forma digital en su representación aquellas planillas o formularios que puedan o deban ser radicados por medios electrónicos, deberá completar este modelo y entregarlo al Especialista. En el caso de individuos, debe incluir junto con este documento copia de una de las siguientes identificaciones: licencia de conducir, pasaporte expedido por cualquier autoridad extranjera, tarjeta electoral, tarjeta de identificación de veterano y tarjeta de estudiante o de empleado del sector público.

**1. Información del Contribuyente** (En el caso de individuos, incluya nombre, inicial y los dos apellidos. Si rinde planilla conjunta, debe completar la información del cónyuge)

Nombre del Contribuyente: ANGEL M DIAZ MILA
Número de Seguro Social: REDACTED 2034

Nombre del Cónyuge (En el caso de entidades jurídicas, incluya en este espacio el nombre de la persona contacto):
Número de Identificación Patronal:

Dirección Postal: EL CORTIJO GG26A Calle 9
Bayamon PR 00956
Número de Seguro Social: - -
Número de Teléfono: (787) 797-9897

**2. Información del Especialista**

Nombre del Especialista: MAURICIO CASTRO
Número de Seguro Social o Identificación Patronal: 66-0796601

Nombre de la Firma o Negocio: ETAX BAYAMON
Número de Registro: 18920

Dirección Postal: AVE MAGNOLIA L-18 MAGNOLIA GARDENS
BAYAMON PR 00956
Número de Teléfono: (787) 786-0324

**3. Materia Contributiva**

| Tipo de Contribución | Planilla o Formulario | Año, Trimestre o Período Contributivo |
|---|---|---|
| | | |
| | | |
| | | |

**4. Actos Autorizados** - El Especialista está autorizado a firmar de formal digital la(s) Planilla(s) o Formulario(s) detallado(s) en la Sección de "Materia Contributiva" de este documento para el (los) año(s) o período(s) contributivo(s) indicado(s).

**5. Firma del Contribuyente** (En el caso de individuos, si rinde planilla conjunta, ambos, el contribuyente y el cónyuge deben firmar este documento. Por otro lado, si este documento es firmado por un oficial corporativo, socio, guardián, albacea, administrador o fiduciario en representación del contribuyente, dicho representante certifica que tiene la autoridad para firmar este formulario en representación del contribuyente).

Firma del Contribuyente:
Fecha: 03/25/2013

Nombre (Letra de molde): ANGEL M DIAZ MILA
Fecha: 03/25/2013

Firma del Cónyuge:
Fecha:

Si este Poder y Declaración de Representación no está firmado y fechado, el mismo no será válido.

Período de Conservación: Seis (6) años.