22 de abril de 2020

Gloria Guzmán Ramos
HC 4 BOX 9834
UTUADO PR. 00641
guzmangloria485@gmail.com

Secretario (Clerks office)
Tribunal de Distrito de los Estados Unidos
#150 Chard on Avenue
Federal Building
San Juan Puerto Rico 00918.

PROMESA TITULO III

DEUDOR- COMMONWEALTH OF PUERTO RICO
THE FINANCIAL OVERSIGHT AND MANAGEMENT BORAD FOR PUERTO RICO,
AS REPRESENTATIVE OF THE COMMONWEATH OF PUERTO RICO, ET. AL.

NUMERO DE PORCEDIMIENTO- 17-BK 3283- LST
NUMERO DE PROCEDIMIENTO- 17-BK 3567
NUMERO DE PROCEDIMIENTO- 17- BK3566
NUMERO DE RECLAMACION – 40092

NOTIFICACION – LA PRESENTE RADICACION GUARDA RELACION CON EL ELA, LA ACT Y EL SER IDENTIFICADA LA RECLAMACION:

NOTIFICACION DE LA CENTESIMA QUINCUAGESIMA SEXTA OBGECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DEPUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRASPORTACION DE PUERTO RICO Y DELSISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A VARIOS RECLAMACIONES DEFICIENTES.

2-PAG.

EN LAS SIGUIENTES LEYES ESTAN DETALLADAS LAS REGLAMENTOS DE RETRIBUCIONES UNIFORME QUE NO SE ME HIZO JUSTICIA SALARIAL DESDE (20 DE AGOSTO DE 1995) ACTUALMENTE ESTOY TRABAJA

NUMERO DE RECLAMACION – 40092

MONTO DE LA RECLAMACION ALEGADA CANTIDAD- $43,800.00 DOLARES

LEY DE RETRIBUCION UNIFORME Y EL REGLAMENTO DE RETRIBUCION UNIFORME:

LEY 96 – DEL 1 JULIO DE 2002 – HON GOBERNADORA SILA MARIA CALDERON **(AUMENTO DE$100.00 DOLARES POR MES) EN VIGOR EL 30 DE JUNIO DE 2002. ($12,600.00) DEUDA**

LEY 164-2003- DEL 22 DE JULIO 2003 $100.00 DOLARES DE AUMENTO EFECTIVO EL 1RO DE ENERO DE 2004 – AUMENTO PASO POR MERITO, BONO DE PRODUCTIVIDAD **(DEUDA DE $19,200.00 DOLARES)**

RECLASIFICACION NO LA HAY DESDE EL AÑO 2000 HASTA EL PRESENTE

PAGO POR ALTO RIEGO – CONTACTO DIRECTO CON CONFINADOS SIENDO CIVIL, (RONDAS DE LA INSTITUCION)

PASO POR MERITO CADA 5 AÑOS **(CADA PASO ES DE $50.00 DOLARES) CANTIDAD ($12,000.00) NO DEVENGADOS ART.6** – LOS AUMENTOS DE SUELDO CONCEDIDOS MEDIANTE ESTA LEY NO TIENE EL EFECTO DE INTERRUMPIR EL TIEMPO PARA SER ACREEDOR DE UN AUMENTO POR AÑOS DE SERVICIOS.

ATTEM.

GLORIA GUZMAN RAMOS

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| GUZMAN RAMOS, GLORIA | 40092 | 5/30/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| GUZMAN RAMOS, GLORIA | 40092 | 5/30/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

RECEIVED

2020 JUN -2

CLERK'S OFFICE
U.S. DISTRICT COURT

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

7019 0140 0000 8691 0785

CERTIFIED MAIL

Gloria Guzman Ramos
HC 4 Box 9834
Utuado P.R. 00641

U.S. POSTAGE PAID
FCM LETTER
UTUADO, PR
00641
MAY 29, 20
AMOUNT
$4.10
R2305K135441-09

00918

1000

UNITED STATES
POSTAL SERVICE