**ARACELIS SIERRA FIGUEROA**
**URB. TERRA DEL VALLE #11**
**CAYEY, PR 007365**

TEL. (787) 704-9021                                                                         EMAIL:arasierra13@yahoo.com

27 de mayo de 2020

**VÍA CORREO CERTIFICADO**
United States District Court
District of Puerto Rico

The Financial Oversight and
Management Board for Puerto Rico
As Representative of
The Commonwealth of Puerto Rico

Re: PROMESA III; No. 17 BK3283-LTS; Reclamación Núm. 22705

A quien pueda interesar:

Reciba un saludo cordial.

Por medio de la presente misiva, muy respetuosamente, solicito iniciar y/o someter una reclamación ante la Evidencia del Reclamo de un reembolso y/o devolución de impuestos perteneciente a la reclamación número 22705. Dicha evidencia indica que el reembolso correspondiente a la reclamación fue debidamente completado por medio de la entrega del cheque numero 19004719 con fecha del 24 de febrero de 2017.

La razón por la cual solicito una nueva reclamación es debido a que el cheque numero 19004719 con fecha del 24 de febrero de 2017, fue devuelto al Departamento de Hacienda de Puerto Rico alrededor de esa misma fecha. Dicha devolución sucedió debido a que el Departamento remitió el mismo a una dirección errónea. Esta información fue provista durante una de las visitas que realice a las oficinas del municipio de Caguas, Puerto Rico el pasado 29 de marzo de 2019.

Durante dicha visita del pasado 29 de marzo de 2019, fui notificada de dicha transacción y en el proceso de tramitar un nuevo cheque me indicaron que se debía realizar una deducción en el mismo ante un balance pendiente de impuestos especiales los cuales ya han sido debidamente pagados a su satisfacción e inclusive se ha entregado evidencia del pago de mismo en numerosas ocasiones.

Ante dicha situación, no tuve otra opción que acceder a que se me realizara la deducción al nuevo cheque pues mi único propósito era terminar con el proceso para recibir el reintegro correspondiente al año contributivo 2015. En la misma visita del pasado 29 de marzo de 2019, realizaron una "Reclamación de Cheques" y se me fue indicado que se me remitiría el cheque nuevamente dentro de un periodo de seis (6) meses. De no haberlo recibido debía visitar nuevamente las oficinas del Departamento de Hacienda. Véase **Anejo I**

Pasados los seis (6) meses visito nuevamente las oficinas del Municipio de Caguas para septiembre de 2019. En la misma, fui notificada del traslado del caso a las oficinas centrales del Municipio de San Juan.

Aun sin ninguna solución ante la reclamación, recibo una carta con fecha del 26 de septiembre de 2019, en la cual se me fue solicitado remitir una copia de mi seguro social. Como acostumbrado, remití lo solicitado. Véase **Anejo II**

Ante las infinitas llamadas de teléfono que realicé sin éxito alguno, visité las oficinas del Departamento ubicadas en San Juan. La misma fue realizada para el mes de marzo de 2020, y se me fue notificado que la reclamación existente estaba "en proceso" pero que se tardaría un tiempo. En la misma se me indico que debía dar una llamada luego del pasado 15 de abril de 2020 y/o luego de que pasara el proceso del trámite de las planillas contributivas correspondiente al año 2019.

Luego del transcurso de varios meses, se me fue remitido un "panfleto" indicando que la cantidad de la reclamación fue pagado a su totalidad; lo cual es totalmente incorrecto. Muy cordialmente, solicito se reconsidere la determinación del Tribunal donde se indica que la reclamación 22705 fue pagada.

Muy respetuosamente,

Aracelis Sierra Figueroa