Aracelis Sierra Figueroa
Terra del Valle #11
Cayey, P.R. 00736

**CERTIFIED MAIL**
7020 0090 0001 5742 1563


1000


00918

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
MAY 29, 20
AMOUNT
**$8.20**
R2305H128939-09

RECEIVED & FILED
2020 JUN -2 PM 3:28
CLERK'S OFFICE
US DISTRICT
SAN JUAN

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United District Court)
Jala 150 Edificio Federal
San Juan (Puerto Rico) 00918-1767