# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:36 AM (AST)
Ended: 12:08 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**          DATE: June 3, 2020
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re: <br><br> The Financial Oversight and Management Board for Puerto Rico <br><br> *as representative of* <br><br> The Commonwealth of Puerto Rico, *et al.* <br> Debtors | 3:17-BK-3283 (LTS) <br> PROMESA Title III <br><br><br> (Jointly Administered) |
| In Re: <br><br> The Financial Oversight and Management Board for Puerto Rico <br><br> *as representative of* <br><br> Puerto Rico Highways and Transportation Authority <br> Debtor | 3:17-BK-3567 (LTS) <br> PROMESA Title III <br><br><br> (Jointly Administered) |

3:17-BK-3283 (LTS)
June 3, 2020 – Omnibus Hearing

| In Re: | |
|---|---|
| The Financial Oversight and Management Board for Puerto Rico | 3:17-BK-4780 (LTS) PROMESA Title III |
| *as representative of* | |
| Puerto Rico Energy and Power Authority Debtor | (Jointly Administered) |

**Omnibus Hearing held.**

I.      Status Reports

    1. Report from the Oversight Board [Case No. 17-3283, ECF No. 13337]
    2. Report from AAFAF [Case No. 17-3283, ECF No. 13353]

II.     Contested Matters

    1. Status Conference on Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims [Case No. 17-3283, ECF No. 8789]
        a) Stay continues in effect. Order to be issued.
    2. FOMB's Motion to Direct Ambac to Withdraw Complaint [Case No. 17-3283, ECF No. 12569, Case No. 17-3567, ECF No. 756]
        a) Matter taken under advisement. Order to be issued.
    3. PREPA's Motion to Assume Certain Contracts [Case No. 17-3283, ECF No. 12579, Case No. 17-4780, ECF No. 1951]
        a) Matter taken under advisement. Order to be issued.

**Preliminary Hearing on Lift of Stay Motions set for June 4, 2020 at 9:30 AM (AST).**

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy