# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF Nos. 12897, 12909, 13031**<br><br>(Jointly Administered) |

### ORDER GRANTING SECOND URGENT CONSENTED MOTION FOR EXTENSION OF DEADLINES IN CONNECTION WITH MOTION REQUESTING ALLOWANCE OF POST-PETITION TORT CLAIM AS PRIORITY CLAIM PURSUANT TO FUNDAMENTAL FAIRNESS DOCTRINE IN READING CO. V. BROWN, 391 U.S. 471 (1968)

Upon the *Commonwealth of Puerto Rico's Second Urgent Consented Motion for Extension of Deadlines in Connection with Motion Requesting Allowance of Post-Petition Tort Claim as Priority Claim Pursuant to Fundamental Fairness Doctrine in Reading Co. v. Brown, 391 U.S. 471 (1968)* (the "Extension Motion");[2] and the Court having found that the relief requested in the Extension Motion is in the best interests of the Debtor and Movant; and the Court having found that the Debtor provided adequate and appropriate notice of the Extension Motion under the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Extension Motion.

circumstances and that no other or further notice is required; and the Court having reviewed the Extension Motion; and the Court having determined that the factual bases set forth in the Extension Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Extension Motion is granted as set forth herein.

2. The deadline to file objections to the Motion [ECF No. 12897] shall be extended to **June 18, 2020**.

3. The deadline for Movant to file her reply shall be extended to **June 25, 2020**.

4. The Court will thereafter take the Motion on submission, unless the Court determines that a hearing is necessary.

5. This Order resolves Docket Entry No. _____ in Case No. 17-3283.


Dated: _____, 2020

                                                                         HONORABLE LAURA TAYLOR SWAIN
                                                                         UNITED STATES DISTRICT JUDGE