# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283(LTS)<br><br>(LTS) (Jointly Administered) |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

I hereby certify that: Autopistas Metropolitanas de Puerto Rico, LLC.; in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Eleventh Amended Notice, Case Management and Administrative Procedures Order (Docket No.11885 of Case 17-03283 (LTS)) (the "CMP Order")*, sent a true and exact copy of the documents titled:

*Motion to allow Keith R. Martorana to appear pro hac vice Receipt No. PRX100070959 (Attachments: # (1) Exhibit Receipt) filed by NAYUAN ZOUAIRABANI TRINIDAD on behalf of Autopistas Metropolitanas de Puerto Rico, LLC, and Motion to allow James L. Hallowell to appear pro hac vice Receipt No. PRX100070959 (Attachments: # (1) Exhibit Receipt) filed by NAYUAN ZOUAIRABANI TRINIDAD on behalf of Autopistas Metropolitanas de Puerto Rico, LLC.* Filed on June 2, 2020, along with all of their respective exhibits (Dockets No. 133331 and 13332 of Case No. 17-03283 (LTS), respectively), **by electronic mail upon all the parties listed in the Master Service List on June 2, 2020, and by U.S. mail upon all the Standard Parties listed in the CMP Order, on June 3, 2020**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- 2 -

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 4th day of June, 2020.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**MCCONNELL VALDÉS LLC**
*Attorneys for Autopistas Metropolitanas*
*de Puerto Rico, LLC.*
270 Muñoz Rivera Avenue, Suite 7
San Juan, Puerto Rico 00918
Telephone: 787-250-5632
Facsimile: 787-759-9225

*By: s/Nayuan Zouairabani*
Nayuan Zouairabani, Esq
USDC-PR Bar No. 226411
Email: nzt@mcvpr.com