# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**Morning Session:**
Set: 9:30 AM (AST)
Started: 9:35 AM (AST)
Ended: 12:45 PM (AST)

**Afternoon Session:**
Set: 2:15 PM (AST)
Started: 2:19 PM (AST)
Ended: 3:23 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**   DATE: June 4, 2020
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*.<br>Debtors | 3:17-BK-3283 (LTS)<br>PROMESA Title III<br><br><br>(Jointly Administered) |
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Highways and Transportation Authority<br>Debtor | 3:17-BK-3567 (LTS)<br>PROMESA Title III<br><br><br>(Jointly Administered) |

3:17-BK-3283 (LTS)
June 4, 2020 – 2nd day of Omnibus Hearing

**2nd day of Omnibus Hearing held.** [1]

**III.     Preliminary Hearing on Lift of Stay Motions**

1. Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company Motion for Relief from the Automatic Stay or, in the Alternative, Adequate Protection. [Case No. 17-3283, ECF No. 10102, Case No. 17-3567, ECF No. 673]

2. Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon's Motion Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds [Case No. 17-3283, ECF No. 10104]

3. Amended Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, Concerning Application of the Automatic Stay to the Revenues Securing the PRIFA Rum Tax Bonds [Case No. 17-3283, ECF No. 10602]

Opening statements and arguments heard.

Movants requested that all exhibits submitted in Docket Entries No. 13338-2, 13339-2 and 13341-2 in 17-3283 be admitted into evidence. Respondents objected. Parties to file a Joint Status report by June 11, 2020.

Movants to file an informative motion regarding the resolution approving the 2002 Security Agreement.

Matter taken under advisement.

**IV.     Adjourned Matters**

1. AAFAF's Objection to Claim of the United States Department of the Treasury/Internal Revenue Service [Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]

2. Debtor's 9019 Motion for Order Allowing PRIFA BANs Guarantee Claim [Case No. 17-3283, ECF No. 12519]

---

[1] Notice of Agenda of Matters Scheduled for the Hearing on June 3-4 At 9:30 A.M. AST [Case No. 17-3283, ECF No. 13305]

3:17-BK-3283 (LTS)
June 4, 2020 – 2nd day of Omnibus Hearing

3. Gladys García-Rubiera et. al.'s Motion Requesting Relief from Stay under 362(d)(1) of the Bankruptcy Code. [Case No. 17-3283, ECF No. 2434]

5. AMPR's Motion for Relief from Stay. [Case No. 17-3283, ECF No. 3914]

6. Atlantic Medical Center, Inc. et al's Motion to Enforce Court's Prior Order and for Relief from the Automatic Stay. [Case No. 17-3283, ECF No. 12918]

7. Debtors' Omnibus Objections to Claims. [Case No. 17-3283, ECF No. 13232]

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy