UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                        PROMESA
                                                              Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                                    No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                               (Jointly Administered)
et al.,

           Debtors.[1]

------------------------------------------------------------x

ORDER GRANTING COMMONWEALTH OF PUERTO RICO'S SECOND URGENT
CONSENTED MOTION FOR EXTENSION OF DEADLINES IN CONNECTION WITH MOTION
REQUESTING ALLOWANCE OF POST-PETITION TORT CLAIM AS PRIORITY CLAIM PURSUANT
TO FUNDAMENTAL FAIRNESS DOCTRINE IN *READING CO. V. BROWN*, 391 U.S. 471 (1968)

     Upon the *Commonwealth of Puerto Rico's Second Urgent Consented Motion for*

*Extension of Deadlines in Connection with Motion Requesting Allowance of Post-Petition Tort*

*Claim as Priority Claim Pursuant to Fundamental Fairness Doctrine in Reading Co. v. Brown,*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*391 U.S. 471 (1968)* (Docket Entry No. 13362 in Case No. 17-3283, the "Extension Motion");[2]

and the Court having found that the relief requested in the Extension Motion is in the best

interests of the Debtor and Movant; and the Court having found that the Debtor provided

adequate and appropriate notice of the Extension Motion under the circumstances and that no

other or further notice is required; and the Court having reviewed the Extension Motion; and the

Court having determined that the factual bases set forth in the Extension Motion establish just

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is **HEREBY ORDERED THAT**:

1.    The Extension Motion is granted as set forth herein.

2.    The deadline to file objections to the Motion (Docket Entry No. 12897 in Case No. 17-3283) shall be extended to **June 18, 2020**.

3.    The deadline for Movant to file a reply shall be extended to **June 25, 2020**.

4.    The Court will thereafter take the Motion on submission, unless the Court determines that a hearing is necessary.

5.    This Order resolves Docket Entry No. 13362 in Case No. 17-3283.


SO ORDERED.

Dated: June 4, 2020

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2]    Capitalized terms used but not otherwise defined herein have the meanings given to them in the Extension Motion.