**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, <br><br> Debtor.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br> (Jointly Administered) |
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"), <br><br> Debtor. | PROMESA <br> Title III <br><br> No. 17 BK 3567-LTS |

**INFORMATIVE MOTION OF HTA MOVANTS SUBMITTING 2002 HTA BONDS'
CLOSING TRANSCRIPT AND RELATED DOCUMENTATION**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

-2-

To the Honorable United States District Judge Laura Taylor Swain

Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company (collectively, "Movants") respectfully submit this informative motion pursuant to directions given by this Court at the June 4, 2020 preliminary hearing and respectfully state as follows:[2]

    1.    During the June 4, 2020 preliminary hearing, in the context of argument concerning 2002 HTA Bonds and the 2002 Security Agreement, the Court asked Movants' counsel whether a Resolution existed concerning the 2002 transaction. Ms. Miller subsequently advised the Court, as was represented in Footnote 53 of Movants' Reply Brief (Doc. No. 12994), that such a Resolution did exist as part of the 2002 bonds closing transcript and Movants could provide the Court with a copy. The Court advised that Movants should make such submission by informative motion.

    2.    Attached as Exhibit A hereto is the Table of Contents from the 2002 transaction closing binder and the resolutions authorizing such transactions, noted as Tabs 7 and 8 in the Table of Contents.

[*Remainder of Page Intentionally Blank*]

---

[2] Capitalized terms used herein, but not otherwise defined shall have the meaning given to them within the Lift Stay Motion and/or the Reply in Support of the Lift Stay Motion.

| | |
|---|---|
| Dated    New York, New York<br>                June 5, 2020 | Respectfully submitted, |
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| By: */s/ Heriberto Burgos Pérez*<br>     Heriberto Burgos Pérez<br>     USDC-PR 204809<br>     Ricardo F. Casellas-Sánchez<br>     USDC-PR 203114<br>     Diana Pérez-Seda<br>     USDC-PR 232014<br>     P.O. Box 364924<br>     San Juan, PR 00936-4924<br>     Telephone:  (787) 756-1400<br>     Facsimile:   (787) 756-1401<br>     Email:     hburgos@cabprlaw.com<br>                   rcasellas@cabprlaw.com<br>                   dperez@cabprlaw.com | By: */s/ Mark C. Ellenberg*<br>     Howard R. Hawkins, Jr.*<br>     Mark C. Ellenberg*<br>     William J. Natbony*<br>     Ellen M. Halstead*<br>     Thomas J. Curtin*<br>     Casey J. Servais*<br>     200 Liberty Street<br>     New York, NY 10281<br>     Telephone:  (212) 504-6000<br>     Facsimile:   (212) 504-6666<br>     Email:     howard.hawkins@cwt.com<br>                   mark.ellenberg@cwt.com<br>                   bill.natbony@cwt.com<br>                   ellen.halstead@cwt.com<br>                   thomas.curtin@cwt.com<br>                   casey.servais@cwt.com |
| *Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | *Admitted pro hac vice<br><br>*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

-2-

| | |
|---|---|
| **ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC** | **WEIL, GOTSHAL & MANGES LLP** |

By: /s/ *Eric Perez-Ochoa*
   Eric Pérez-Ochoa
   USDC-PR No. 206,314
   E-mail:   epo@amgprlaw.com

By: */s/Luis A. Oliver-Fraticelli*
   Luis A. Oliver-Fraticelli
   USDC-PR NO. 209,204
   E-mail:   loliver@amgprlaw.com

208 Ponce de Leon Ave., Suite 1600
San Juan, PR 00936
Tel.:   (787) 756-9000
Fax:   (787) 756-9010

*Attorneys for National Public Finance Guarantee Corp.*

By: /s/ *Robert Berezin*
   Jonathan Polkes*
   Gregory Silbert*
   Robert Berezin*
   Kelly Diblasi*
   Gabriel A. Morgan*
   767 Fifth Avenue
   New York, New York 10153
   Tel.:   (212) 310-8000
   Fax:   (212) 310-8007
   Email:   jonathan.polkes@weil.com
               gregory.silbert@weil.com
               robert.berezin@weil.com
               kelly.diblasi@weil.com
               gabriel.morgan@weil.com

\* admitted *pro hac vice*

*Attorneys for National Public Finance Guarantee Corp.*

-3-

| **FERRAIUOLI LLC** | **MILBANK LLP** |
|---|---|
| By:/s/ *Roberto Cámara-Fuertes*<br>ROBERTO CÁMARA-FUERTES<br>USDC-PR NO. 219,002<br>E-mail: rcamara@ferraiuoli.com<br><br>By:/s/ *Sonia Colón*<br>SONIA COLÓN<br>USDC-PR NO. 213809<br>E-mail: scolon@ferraiuoli.com<br><br>221 Ponce de Leon Ave., 5th Floor<br>San Juan, PR 00917<br>Tel.: (787) 766-7000<br>Fax: (787) 766-7001<br><br>*Counsel for Ambac Assurance Corporation* | By:/s/ *Atara Miller*<br>DENNIS F. DUNNE*<br>ATARA MILLER*<br>GRANT R. MAINLAND*<br>JOHN J. HUGHES*<br>55 Hudson Yards<br>New York, New York 10001<br>Tel.: (212) 530-5000<br>Fax: (212) 530-5219<br>Email: ddunne@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com<br>jhughes2@milbank.com<br><br>*admitted pro hac vice<br><br>*Counsel for Ambac Assurance Corporation* |

**ARENT FOX LLP**

By: /s/ *David L. Dubrow*
    DAVID L. DUBROW*
    MARK A. ANGELOV*
    1301 Avenue of the Americas
    New York, New York 10019
    Tel.:    (212) 484-3900
    Fax:    (212) 484-3990
    Email:    david.dubrow@arentfox.com
                mark.angelov@arentfox.com

By: /s/ *Randall A. Brater*
    RANDALL A. BRATER*
    1717 K Street, NW
    Washington, DC 20006
    Tel.:    (202) 857-6000
    Fax:    (202) 857-6395
    Email:    randall.brater@arentfox.com

*admitted pro hac vice

*Counsel for Ambac Assurance Corporation*

-5-

| **REXACH & PICÓ, CSP** | **BUTLER SNOW LLP** |
|---|---|
| By: */s/ María E. Picó*<br>María E. Picó<br>USDC-PR 123214<br>802 Ave. Fernández Juncos<br>San Juan PR 00907-4315<br>Telephone: (787) 723-8520<br>Facsimile: (787) 724-7844<br>E-mail: mpico@rexachpico.com<br><br>*Attorney for Financial Guaranty Insurance Company* | By: */s/ Martin A. Sosland*<br>Martin A. Sosland (*pro hac vice*)<br>5430 LBJ Freeway, Suite 1200<br>Dallas, TX 75240<br>Telephone: (469) 680-5502<br>Facsimile: (469) 680-5501<br>E-mail: martin.sosland@butlersnow.com<br><br>*\*Admitted pro hac vice in Case No. 17-BK-03283-LTS and Case No. 17-BK-03567-LTS*<br><br>Jason W. Callen<br>150 3rd Ave., S., Suite 1600<br>Nashville, TN 37201<br>Telephone: 615-651-6774<br>Facsimile: 615-651-6701<br>Email: jason.callen@butlersnow.com<br><br>*\*Admitted pro hac vice in Case No. 17-BK-03283-LTS and Case No. 17-BK-03567-LTS*<br><br>*Attorneys for Financial Guaranty Insurance Company* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 5th day of June, 2020.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
*Admitted pro hac vice