§ 6 Executive departments, Puerto Rico Const. Art. IV, § 6

Case:17-03283-LTS Doc#:13378-2 Filed:06/08/20 Entered:06/08/20 13:00:45 Desc: Exhibit 2 Page 1 of 2

> Laws of Puerto Rico Annotated Currentness
>   The Constitution of the Commonwealth of Puerto Rico
>     Article IV. The Executive

Puerto Rico Const. Art. IV, § 6

§ 6 Executive departments

Without prejudice to the power of the Legislative Assembly to create, reorganize and consolidate executive departments and to define their functions, the following departments are hereby established: State, Justice, Education, Health, Treasury, Labor, Agriculture and Commerce, and Public Works. Each of these executive departments shall be headed by a Secretary.

### History

### Codification.

'Public instruction' was substituted with 'Education' pursuant to Act Aug. 28, 1990, No. 68.

'Agriculture and Commerce' was substituted with 'Agriculture' purs uant to Art. IX, Sec. 8 of the Constitution and Act July 19, 1960, No. 132.

### Prior law.

Organic Acts, 1900, §§ 18, 19, 21-25; 1917, §§ 13-20, 22, 37.

### Cross references.

Addiction Services, see § 401a of Title 3.

Agriculture, renaming of Department of Agriculture and Commerce pursuant to art. IX, § 8, of the Constitution.

Consumer Affairs, see § 341a of Title 3.

Housing, see § 441a of Title 3.

Labor and Human Resources, renaming of Department of Labor, see note under § 301 of Title 3.

Natural and Environmental Resources, see § 152 of Title 3.

Salaries of Secretaries, see § 34 of Title 3.

Department of the Family, see § 211a of Title 3.

Transportation and Public Works, renaming of Department of Public Works, see Reorganization Plan No. 6 of 1971 under § 414 of Title 3.

### ANNOTATIONS

### 1. Delegation of functions.

§ 6 Executive departments, Puerto Rico Const. Art. IV, § 6

Case:17-03283-LTS Doc#:13378-2 Filed:06/08/20 Entered:06/08/20 13:00:45 Desc: Exhibit 2 Page 2 of 2

It is settled that the chief of a department can delegate to his subordinates functions of internal department administration; in fact it could not be expected that an agency chief could carry out his executive functions in any other way. 1959 Op. Sec. Jus. No. 22.

### 2. Powers.

Administrative organisms depend completely on the statutes that authorize them and which regulate their operation and establish and limit their powers; thus, they can only exercise those powers which have been expressly vested in them by their organic act and any implicit powers reasonably necessary for carrying out those expressly vested. (Reiterating Op. Sec. Just. No. 1982-2; June 21, 1977, unpublished, and No. 1973-31.) 1983 Op. Sec. Jus. No. 7.

Puerto Rico Const. Art. IV, § 6, PR CONST Art. IV, § 6

Current through all acts translated by the Translation Office of the Puerto Rico Government through the 2010 Legislative Session and various acts from 2011 to the present. Appendices III (Rules of Civil Procedure) and IV (Rules of Evidence) of Title 32 have been replaced by Appendices V (Rules of Civil Procedure) and VI (Rules of Evidence) of Title 32 by Order of the Supreme Court dated Sept. 4, 2009, but the official translations are not yet available. Also, the official translations of Appendices XII through XXII of Title 3, which encompass various reorganization plans of the Puerto Rico Government and promulgated in 2010 through 2012, have not yet been received. For all missing translations, please consult the Spanish version

**End of Document**　　　　　　　　　　　　　　　　© 2020 Thomson Reuters. No claim to original U.S. Government Works.