Laws of Puerto Rico Annotated Currentness
  Title 23. Public Planning and Development
    Part I. Public Planning
      Chapter 4. Management and Budget Office

23 L.P.R.A. § 102

§ 102 Creation

(a) The Office of Management and Budget attached to the Office of the Governor, is hereby created as an advisory and auxiliary body to assist the Governor in the performance of his directive and administrative functions and responsibilities. Said Office shall be under the direction of a Director appointed by the Governor, who shall discharge his office at the will of the Chief Executive. The salary of the Director shall be fixed by the Governor. Office expenses, including the salaries of the Director and other personnel, shall be included yearly in the Budget Joint Resolution.

(b) The Office shall be deemed an Individual Administrator for the purposes of the administration of its personnel, pursuant to the provisions of the Puerto Rico Public Service Personnel Act, Act No. 5 of October 14, 1975. The Director shall select and appoint the professional, technical, secretarial and clerical personnel he/she deems necessary to fulfill the purposes of this chapter; and shall determine their qualifications, requirements, functions and duties pursuant to the provisions of said Public Service Personnel Act. The Director may contract the services of firms and professionals, technicians, consultants, auditors and others he/she deems necessary to discharge his/her functions and perform such studies, investigations and analyses he/she may deem necessary, or that are commissioned or requested by the Governor or the Legislature.

(c) The Director shall be empowered to establish the organizational framework of the Office he/she deems necessary to comply with the purposes of this chapter.

**Credits**
June 18, 1980, No. 147, p. 645, § 2; Aug. 3, 1995, No. 110, § 4

### History

### Text references.

The Public Service Personnel Act, former §§ 1301 et seq. of Title 3, w as repealed by § 16 of Act Aug. 2, 2004, No. 184. Present similar provisions, see §§ 1461 et seq. of Title 3.

### Codification.

Act Aug. 3, 1995, No. 110, has two articles 3, the second of which amended this section and is referred to as § 4 in the historical citation.

### Amendments 1995.

Act 1995 amended this section generally.

### Statement of motives.

Aug. 3, 1995, No. 110.

**Cross references.**

Board of Directors, administration, see § 611d of Title 7.

Commission to Resolve Controversies over Payments and Debts Between Government Agencies, Director as member of Commission, see § 1751 of Title 3.

Salaries, see § 577 of Title 3.

**ANNOTATIONS**

**1. Generally.**

Even though the phrase 'budget appropriation of each line item' is not defined in §§ 101 et seq. of this title, the effects of the prohibition est ablished should be interpreted as one that applies to 50% of each line item of the budget appropriation. 1992 Op. Sec. Jus. No. 16.

23 L.P.R.A. § 102, PR ST T. 23 § 102

Current through all acts translated by the Translation Office of the Puerto Rico Government through the 2010 Legislative Session and various acts from 2011 to the present. Appendices III (Rules of Civil Procedure) and IV (Rules of Evidence) of Title 32 have been replaced by Appendices V (Rules of Civil Procedure) and VI (Rules of Evidence) of Title 32 by Order of the Supreme Court dated Sept. 4, 2009, but the official translations are not yet available. Also, the official translations of Appendices XII through XXII of Title 3, which encompass various reorganization plans of the Puerto Rico Government and promulgated in 2010 through 2012, have not yet been received. For all missing translations, please consult the Spanish version

**End of Document**  © 2020 Thomson Reuters. No claim to original U.S. Government Works.