*CERTIFIED TRANSLATION*                    BY OLGA M. ALICEA, FCCI, NJITCE-S

---

---

25 L.P.R.A.  § 3642

PUERTO RICO LAWS ANNOTATED Currentness
  TITLE 25. INTERNAL SECURITY
   SUBTITLE 3. SECURITY IN GENERAL
    PART I. PROTECTION and SURVEILLANCE
     CHAPTER 335. LAW OF THE DEPARTMENT OF PUBLIC SECURITY
      SUBCHAPTER VI.  EMERGENCY MANAGEMENT AND DISASTER ADMINISTRATION BUREAU
      **§ 3641 Emergency Management and Disaster Administration Bureau; Creation and Purpose**


25 L.P.R.A. § 3641


A body is created, in the Government of Puerto Rico, to be called the "Emergency Management and Disaster Management Bureau."  The Bureau will be ascribed to the Puerto Rico Department of Public Security, under the direct and non-delegable supervision of the Secretary of Public Security.  The Bureau will have the duty and obligation to protect the people in situations of emergencies or disasters and, to those ends, it will provide the necessary assistance in the speediest and most effective way for the protection before, during, and after the same, ensuring the protection of life and properties.  Likewise, it will arranged or the prompt recovery and stabilization of the necessary services to the citizens, industries, businesses, and government activities.


-April 10, 2017, No. 20, Art. 5.01, eff. 180 days after April 10, 2017.


25 L.P.R.A. § 3642, PRS ST T. 25 § 3641


THIS SECTION IS CURRENT FOR THE 2018 SUPPLEMENT (SESSION
OF THE LEGISLATIVE ASSEMBLY OF 2017) AND LAWS 1 to 305 OF 2018

PUERTO RICO LAWS ANNOTATED (c) PUERTO RICO LAWS NOTED Property Law;
1955-2019 by the Secretary of State of Puerto Rico and LEXISNEXIS of Puerto Rico, Inc. Rights reserved

---

**End of Document**                    © 2020 Thomson Reuters. No claim to original US Government Works

---

**CERTIFICATION**
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.

 **S/   Olga M. Alicea**                                        **June 2, 2020**
Olga M. Alicea, FCCI, NJITCE-S                                        **Date**
Fed. Cert. No. 98-005                                        **Ref.: P1701.841 (CGB)**

_CERTIFIED TRANSLATION_ BY OLGA M. ALICEA, FCCI, NJITCE-S

§ 3642 Emergency Management and Administration Bureau..., 25 L.P.R.A. § 3642

25 L.P.R.A. § 3642
PUERTO RICO LAWS ANNOTATED Currentness
  TITLE 25. INTERNAL SECURITY
    SUBTITLE 3. SECURITY IN GENERAL
      PART I. PROTECTION and SURVEILLANCE
        CHAPTER 335. LAW OF THE DEPARTMENT OF PUBLIC SECURITY
          SUBCHAPTER VI.  EMERGENCY MANAGEMENT AND DISASTER ADMINISTRATION BUREAU
          **§ 3642 Emergency Management and Disaster Administration Bureau; Authority**

25 L.P.R.A. § 3642

The supreme authority regarding the direction of the Emergency Management and Disaster Administration Bureau will be exercised by the Governor of Puerto Rico, but the administration and immediate supervision will be delegated to the Secretary of the Department of Public Security of the Government of Puerto Rico.

The position of Commissioner of Emergency Management and Disaster Administration is created, who will be in charge of the daily operations of the Bureau.  The Commissioner of the Emergency Management and Disaster Administration Bureau will be appointed by the Governor, with the advice and consent of the Puerto Rico Senate.  The position of Commissioner of the Bureau will be classified under trust service and the person appointed will hold the position at the discretion of the Governor.  However, the person holding this position will prove having obtained, at a minimum, an academic master's degree from a duly accredited university institution and he/she must have knowledge and skills in administration or have not less than four (4) years of experience in matters of safety, emergency management, and disaster management.

The Commissioner of the Emergency Management and Disaster Administration Bureau will establish by regulation the order of succession in case of his/her absence, disability or death.

-April 10, 2017, No. 20, Art. 6.02, eff. 180 days after April 10, 2017; July 25, 2018, No. 156, sec. 7.

NOTES, REFERENCES, AND ANNOTATIONS

HISTORY. **Amendments-2018.**
Second paragraph: The law of 2018 replaced "have experience" with "have knowledge and skills in administration or have not less than (4) years of experience" in the fourth sentence.

_CERTIFIED TRANSLATION_                          BY OLGA M. ALICEA, FCCI, NJITCE-S

Preamble.

See Laws of Puerto Rico of:
July 25, 2018, No. 156.


Special provisions.
Sec. 13 of the Law of July 25, 2018, No. 156, provides: "Thirty (30) calendar days are granted to the Secretary of the Department of Public Security to temper or promulgate that regulation, administrative order, circular letter, or informative bulletin that is deemed pertinent to fully comply with the provisions of this Law [which amended this section]."


25 LPRA § 3642, PRS ST T. 25 § 3642

WESTLAW © 2020 Thomson Reuters. No claim to original US Government Works.          1

<u>*CERTIFIED TRANSLATION*</u>                    BY OLGA M. ALICEA, FCCI, NJITCE-S

**§ 3642 Emergency Management and Administration Bureau..., 25 L.P.R.A. § 3642**

THIS SECTION IS CURRENT FOR THE 2018 SUPPLEMENT (SESSION
OF THE LEGISLATIVE ASSEMBLY OF 2017) AND LAWS 1 to 305 OF 2018

PUERTO RICO LAWS ANNOTATED (c) PUERTO RICO LAWS NOTED Property Law;
1955-2019 by the Secretary of State of Puerto Rico and LEXISNEXIS of Puerto Rico, Inc. Rights reserved

**End of Document**                    © 2020 Thomson Reuters. No claim to original US Government Works