**GOVERNMENT OF PUERTO RICO**
**LA FORTALEZA**
**SAN JUAN, PUERTO RICO**

Administrative Bulletin No. OE-2020-0__

**EXECUTIVE ORDER OF THE GOVERNOR OF PUERTO RICO, HON. WANDA VÁZQUEZ GARCED, REGARDING THE ACQUISITION OF MATERIALS NEEDED TO PREVENT AND COMBAT CORONAVIRUS (COVID-19) WITHOUT THE NEED TO EXHAUST THE ORDINARY LEGAL PROCEDURES.**

| | |
|---|---|
| WHEREAS: | This Government will take all the measures needed to safeguard and protect the life and safety of citizens. |
| WHEREAS: | The Coronavirus (COVID-19) global outbreak has required the implementation of extraordinary measures by the Government in order to prevent the spreading of the virus in our island. |
| WHEREAS: | The possible impact of said virus in the jurisdiction of Puerto Rico requires immediate action on the part of the Government. |
| WHEREAS: | It is necessary that Government Agencies and instrumentalities, including public corporations and municipalities, are all able to acquire, without any delay, the equipment, products and other materials needed to respond to this threat swiftly and effectively. |
| WHEREFORE: | I, WANDA VÁZQUEZ GARCED, Governor of Puerto Rico, by virtue of the powers vested in me by the Constitution and the laws of Puerto Rico, hereby decree and order the following: |
| Section 1: | This Order declares the existence of circumstances requiring that all Agencies activate special emergency procurement procedures to acquire the following materials without the need to follow bidding or other ordinary legal procedures: personal disinfection products, disinfection products, and personal protective equipment, as defined by the Health Department, as well as any other equipment, products or materials that the Health Department declares necessary in the efforts to combat COVID-19. |
| Section 2: | The Director of the Office of Management and Budget shall ensure that these acquisitions are made responsibly by the Agencies and it may require those reports and establish those budgetary controls that it deems necessary in order to fulfill this responsibility. |

Section 3: DEFINITION OF THE TERM AGENCY. The term "Agency", as used in this Executive Order, refers to any agency, instrumentality, office, bureau, commission, board administration, authority or dependency of the Executive Branch of the Government of Puerto Rico, including public corporations, regardless of their name.

Section 4: REPEAL. This Executive Order leaves without effect any other executive order which may be incompatible with this one, in whole or in part, to the extent of such incompatibility.

Section 5: EFFECTIVENESS. This Executive Order shall take effect immediately and shall remain in effect for sixty (60) days.

Section 6: NON-CREATION OF ENFORCEABLE RIGHTS. This Executive Order is not issued in order to create substantive or procedural rights enforceable before any judicial, administrative or other forum in favor of third parties against the Government of Puerto Rico, its Agencies, officers, employees or any other person.

Section 7: PUBLICATION. This Executive Order shall be immediately filed with the Department of State and published generally.

IN WITNESS WHEREOF, I issue this Executive Order under my signature and cause the Great Seal of the Government of Puerto Rico to be stamped hereunto in San Juan, Puerto Rico, this \_\_\_\_ day of March 2020.

WANDA VÁZQUEZ GARCED
GOVERNOR

Enacted pursuant to the Law, this \_\_\_\_ day of March 2020.

ELMER L. ROMÁN GONZÁLEZ
SECRETARY OF STATE