**FINANCIAL OVERSIGHT AND MANAGEMENT BOARD**
**FOR PUERTO RICO**



*José B. Carrión III*
  Chair

<u>Members</u>
*Andrew G. Biggs*
*Carlos M. García*
*Arthur J. González*
*José R. González*
*Ana J. Matosantos*
*David A. Skeel, Jr.*

*Natalie A. Jaresko*
Executive Director

<u>BY ELECTRONIC MAIL</u>

March 11, 2020

Carlos M. Yamín
Deputy Executive Director
Fiscal Agency and Financial Advisory Authority

**Re: Executive Order – COVID-19**

Dear Mr. Yamín:

On March 6, 2020, you submitted for our review a proposed Executive Order (the "Proposed Order") to establish special emergency procurement procedures in order to acquire disinfecting products, protective equipment and any other equipment, products or materials that the Health Department declares necessary in connection with the prevention of the COVID-19 outbreak in Puerto Rico.

Attached please find a revised version of the Proposed Order. If the Governor finds these changes acceptable, the Oversight Board approves the issuance of the revised Proposed Order as an Executive Order. Please either issue the new Executive Order as aforesaid or inform the Oversight Board as to any changes it wishes to make to the document by **March 12, 2020**.

Please note that our review is solely limited to the compliance of the Proposed Order with the applicable fiscal plan and budget and no other matters. For the avoidance of doubt, the review performed by the FOMB does not cover a legal review under applicable laws, rules, and regulations, both federal and local, including without limitation, compliance with any applicable labor laws, rules and regulations. Any material change to the Proposed Order must be submitted beforehand to the FOMB for its review.

This review was conducted on the basis of information submitted by the Government of the Commonwealth of Puerto Rico. The FOMB has not independently verified the information included in the submission. Should FOMB become aware of any inaccuracies or misrepresentations – whether intentional or not – it would re-evaluate its assessment.

This letter is delivered as of the date hereof and we reserve the right to provide additional observations and modify this letter based on information not available when the review was conducted. In addition, during the course of our review, we may receive information which we may determine to refer to the relevant authorities.

This letter is issued only to AAFAF and solely with respect to the Proposed Order.

Sincerely,

Jaime A. El Koury
General Counsel