Case:17-03283-LTS   Doc#:13378-10   Filed:06/08/20   Entered:06/08/20 13:00:45   Desc:
Exhibit 10   Page 1 of 3

**GOVERNMENT OF PUERTO RICO
LA FORTALEZA
SAN JUAN, PUERTO RICO**

Administrative Bulletin No. OE-2020-0__

**EXECUTIVE ORDER OF THE GOVERNOR OF PUERTO RICO, HON. WANDA VÁZQUEZ GARCED, REGARDING THE ACQUISITION OF MATERIALS NEEDED TO PREVENT AND COMBAT CORONAVIRUS (COVID-19) WITHOUT THE NEED TO EXHAUST THE ORDINARY LEGAL PROCEDURES.**

WHEREAS: This Government will take all the measures needed to safeguard and protect the life and safety of citizens.

WHEREAS: The Coronavirus (COVID-19) global outbreak has required the implementation of extraordinary measures by the Government in order to prevent the spreading of the virus in our island.

WHEREAS: The possible impact of said virus in the jurisdiction of Puerto Rico requires immediate action on the part of the Government.

WHEREAS: It is necessary that Government Agencies and instrumentalities, including public corporations and municipalities, are all able to acquire, without any delay, the equipment, products and other materials needed to respond to this threat swiftly and effectively.

WHEREFORE: I, WANDA VÁZQUEZ GARCED, Governor of Puerto Rico, by virtue of the powers vested in me by the Constitution and the laws of Puerto Rico, hereby decree and order the following:

Section 1: This Order declares the existence of circumstances requiring that all Agencies activate special emergency procurement procedures to acquire the following materials without the need to follow bidding or other ordinary legal procedures: personal disinfection products, disinfection products, and personal protective equipment, as defined by the Health Department, as well as any other equipment, products or materials that the Health Department declares necessary in the efforts to combat COVID-19.

Section 2: Notwithstanding the foregoing, the terms and conditions of the procurement shall be in writing, and include (a) the date of the procurement's execution, (b) the term of the obligation, (c) the subject matter of the obligation, (d) the total amount of the obligation, and (e) the signatures of the persons authorized to execute it. Any contract executed pursuant to this Executive

|  |  |
|---|---|
|  | Order shall only be effective for sixty (60) days and shall be transmitted to the Oversight Board the date it is executed. |
| Section 2̶3: | The Director of the Office of Management and Budget shall ensure that these acquisitions are made responsibly by the Agencies and it may require those reports and establish those budgetary controls that it deems necessary in order to fulfill this responsibility. |
| Section 4: | The Agencies shall have a period of sixty (60) days from this Executive Order to enter into contracts without providing the documents or complying with any requirement established by law, regulation, administrative order or applicable guideline in order to be able to continue with the contractual services by virtue of this Executive Order, pursuant to the parameters established in Sections 1 and 2. Once the contract is executed, the parties shall have sixty (60) days to request, obtain and/or supplement the documents and/or comply with any requirement established by law, regulation, administrative order or applicable guideline. Said term is to be strictly observed. Furthermore, as required by the Financial Oversight and Management Board for Puerto Rico, Agencies shall include as an attachment to all contracts executed pursuant to this Executive Order, provided at the time of execution of said contracts, a certification provided by the contractor. This certification shall state that any campaign contributions, as that term is defined by Act 222-2011, as amended, known as the Puerto Rico Political Campaign Financing Oversight Act, made by the contractor (and in case of a corporate entity, by its shareholders, members or owners) has been made in accordance with said statute. |
| Section 3̶5: | <u>DEFINITION OF THE TERM AGENCY</u>. The term "Agency", as used in this Executive Order, refers to any agency, instrumentality, office, bureau, commission, board administration, authority or dependency of the Executive Branch of the Government of Puerto Rico, including public corporations, regardless of their name. |
| Section 4̶6: | <u>REPEAL</u>. This Executive Order leaves without effect any other executive order which may be incompatible with this one, in whole or in part, to the extent of such incompatibility. |
| Section 5̶7: | <u>EFFECTIVENESS</u>.  This Executive Order shall take effect immediately and shall remain in effect for sixty (60) days. |
| Section 6̶8: | <u>NON-CREATION OF ENFORCEABLE RIGHTS</u>. This Executive Order is not issued in order to create substantive or |

procedural rights enforceable before any judicial, administrative or other forum in favor of third parties against the Government of Puerto Rico, its Agencies, officers, employees or any other person.

Section ~~7~~9: <u>PUBLICATION</u>. This Executive Order shall be immediately filed with the Department of State and published generally.

IN WITNESS WHEREOF, I issue this Executive Order under my signature and cause the Great Seal of the Government of Puerto Rico to be stamped hereunto in San Juan, Puerto Rico, this ____ day of March 2020.

WANDA VÁZQUEZ GARCED
GOVERNOR

Enacted pursuant to the Law, this ____ day of March 2020.

ELMER L. ROMÁN GONZÁLEZ
SECRETARY OF STATE