SC-744

# Purchase Order

**DEPTO SEGURIDAD PUBLICA**
PASEO COVADONGA 10
EDIFICIO INTENDENTE RAMIREZ
OFICINA DE SERVICIOS GENERALES 106
SAN JUAN PR 00902

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00045- 2020CV17 | 03/26/2020 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | USMAIL |
| Buyer: Torres Marin,Yara M. | | | Currency Code: USD |

Vendor: 660842560
APEX GENERAL CONTRACTORS LLC
URB LA VILLA
17 CALLE REINA ISABEL
GUAYNABO PR 00969

Ship To:  APARTADO 194140
SAN JUAN PR 00919-4140

Bill To:  PASEO COVADONGA 10
EDIFICIO INTENDENTE RAMIREZ
OFICINA DE SERVICIOS GENERALES 106
SAN JUAN PR 00902

Tax Exempt? N    Tax Exempt ID:

| Line-Schd Item | Description | Quantity | UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1 - 1 | PROMEDICAL RAPID KIT | 1.00 | UNO | 38,000,000.00 | 38,000,000.00 | 03/26/2020 |
| | | | | Schedule Total | 38,000,000.00 | |
| | | | | Item Total | 38,000,000.00 | |

Estimado Suplidor:

Facturas emitidas con fechas del 1 de marzo de 2018 en adelante tienen que ser registradas utilizando la sección de Servicios en Linea de la página de Internet del Departamento de Hacienda en el enlace:
http://www.hacienda.pr.gov/sobre-hacienda/hacienda-virtual.

El sistema financiero no permitirá la generación de comprobantes de pago si no existe una factura registrada. Las agencias no podrán procesar el comprobante de pago hasta que reciban el original de la factura.

Dear supplier:

Invoices issued with dates of March 1, 2018 and after have to be registered using the Online Services section of the Department of the Treasury website at:
http://www.hacienda.pr.gov/sobre-hacienda/hacienda-virtual.

The financial system will not allow the generation of vouchers if there is no registered invoice.
Agencies will not be able to process vouchers until they receive the original invoice.

ESTOS RAPID KIT TEST SON PARA EL DEPARTAMENTO DE SALUD DE PUERTO RICO
[Translation]  THESE RAPID KIT TEST ARE FOR THE PUERTO RICO DEPARTMENT OF HEALTH

Total PO Amount   38,000,000.00

Authorized Signature