

Confirmación de Número de Cuenta y Número de Ruta y Tránsito /
*Account Number and Routing Transit Number Confirmation*

| Corporate Banking – Public Sector | March 27, 2020 |
|---|---|
| Sucursal / *Branch* | Fecha / *Date* |

Tipo de Cuenta / *Account Type*

[X] Cuenta Corriente / *Checking*      [ ] Ahorros / *Savings*

Confirmamos que el número de cuenta de  **ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Nombre y Apellidos

es el __030-049458__ y el número de ruta y tránsito del Banco es el **021502011**
Número de Cuenta

We hereby confirm that the account number of  **ESTADO LIBRE ASOCIADO DE PUERTO RICO** [Translation] COMMONWEALTH OF PUERTO RICO
Name and Last Names

is __030-049458__ and the Bank routing and transit number is **021502011**
Account Number

Cordialmente / *Cordially,*

Carmen I. López

Nombre del Consultor Bancario
*Name of Bank Consultant*

Firma del Consultor Bancario
*Signature of Bank Consultant*

# QUOTE



| | | |
|---|---|---|
| **DATE**<br>March 25, 2020 | **EXPIRATION DATE**<br>March 26, 2020 | **INVOICE NO**<br>102026 |

Apex General Contractors LLC
PO BOX 191635
San Juan, PR 00919-193
Phone 787-903-4221

**TO:** Negociado para el Manejo de Emergencias y Desastres
Gobierno de Puerto Rico
ATTN: Yara Torres
PO Box 194140
San Juan, PR 00919

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| Aaron Vick | | | | March 31, 2020 | 50% Deposit Required | |

| QUANTITY | ITEM # | DESCRIPTION | UNIT PRICE | DISCOUNT | LINE TOTAL |
|---|---|---|---|---|---|
| 1,000,000 | | Promedical Covid-19 Rapid Test Kid | $38.00 | | $38,000,000.00 |

Total Discount

Subtotal $38,000,000.00
Sales Tax IVU EXEMPTED
Total $38,000,000.00

Quotation prepared by:

This is a quotation on the goods named, subject to the conditions noted below: The Products will be delivered to the Port of San Juan through documents. Once in the port it will be the responsibility of the Purchaser and Seller does not assume responsibility for delays once in the Port of San Juan. For immediate Shipment. Delivered on or before Tuesday March 31, 2020 PAYMENT TERMS: 50% at the time of placing the order and 50% at delivery.

To accept this quotation, sign here and return: