**BANCO POPULAR**

```
                                                    PO Box 362708
       652+ SECTOR PUBLICO 2                        San Juan, Puerto Rico 00936-2708
                                                    Telþfonos (787) 765-9800, 751-9800




            ESTADO LIBRE ASOCIADO DE PUERTO RIC
            PO BOX 9024140

            SAN JUAN
            PR              00902-4140
```

**Aviso de Crþdito -** Credit Advice
**Transferencia de Fondos Recibida /** Money Transfer Received

| **Cuenta Acreditada** | **Cantidad Acreditada** | **Fecha de Efectividad** |
|---|---|---|
| Account Credited | Amount Credited | Value Date |
| 030-049458 | $19,000,000.00 | 04/06/20 |

| **N·mero de Referencia (ICN)** | **Cantidad Original** |
|---|---|
| Reference Number (ICN) | Original Amount |
| 200406-001163-000 | $19,000,000.00 |

**Detalles /** Details of Payment

DEVOLUCION ORDEN DE COMPRA#2020CV17    APEX GENERAL CONTRACTORS


**Banco Originador / Ordering Bank**        **Originador / Ordering Customer**

```
ORIENTAL BANK AND TRUST              APEX GENERAL CONTRACTORS LLC
ORIENTAL BANK AND TRUST              105 AVE DE DIEGO
SANTURCE                             SAN JUAN PR 00911-3529
PR
```

**La diferencia entre la cantidad acreditada y la cantidad original representa el cargo por concepto de comisi n de Banco Popular.**

The difference between the amount credited and the original amount represents commission charge of Banco Popular.

**Banco Popular, Departamento de Transferencias de Fondos**
Banco Popular Money Transfer Department
**787-723-0077**

BES04 07-2001