[Translation]

 **GOVERNMENT OF PUERTO RICO**
Department of Public Security
Emergency Management and
Disaster Administration Bureau

Pedro J. Janer Román
Secretary

José R. Burgos Vega
Commissioner

April 2, 2020

Aaron Vick
Sales Representative
Apex General Contractors, LLC
PO Box 191635
San Juan, PR  00919-1635

Dear Mr. Vick:

As known pursuant to quote number 102026 of March 25, 2020, a contract was signed with the General Services Administration on March 26, 2020, for the issuance of a Purchase Order. Purchase Order numbered 2020CV17 was prepared for the acquisition of 1,000,000 Promedical Covid-19 Rapid Test Kid [sic], at $38.00 per unit, for a total cost of $38,000,000.00.  According to the contract, the delivery date was March 31, 2020.

The tests have not been received as yet.  For that reason, we terminate the contract and require the refund of the $19,000,000.00 deposit made.

The refund should be made immediately and by electronic transfer to the account described in the attached certification.

If you have any doubt thereon please contact our office.


(Signed)
José R. Burgos Vega
Commissioner


Attachments

c. Roberto Rodríguez
   President
   Apex General Contractors, LLC

   Juan Maldonado
   Legal Advisor
   Apex General Contractors, LLC

 

[Translation]

## CERTIFICATION

I, Milagros Marcano Báez, do hereby certify that I meet the requirements of Rule 5g(2) of the Local Rules of the United States District Court for the District of Puerto Rico, as amended on April 12, 2018. I further certify that I have translated the foregoing document from Spanish into English and that the translation is true and accurate to the best of my knowledge and abilities.


_s_/ Milagros Marcano Báez                               Date:   May 8. 2020