**FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
FOR PUERTO RICO**



*José B. Carrión III*
Chair

*Members*
*Andrew G. Biggs*
*Carlos M. García*
*Arthur J. González*
*José R. González*
*Ana J. Matosantos*
*David A. Skeel, Jr.*

*Natalie A. Jaresko*
Executive Director

**BY ELECTRONIC MAIL**

April 12, 2020

Mr. Omar J. Marrero Díaz, Esq.
Executive Director
Puerto Rico Fiscal Agency and
Financial Advisory Authority

Dear Mr. Marrero Díaz:

We acknowledge receipt of your letter dated April 9, 2020 and thank you for providing the requested documentation regarding the attempted purchase of the Promedical COVID-19 test kits from Apex General Contractors LLC, including the contract dated March 20, 2020 between the Puerto Rico General Services Administration and said company.

The Oversight Board reiterates its understanding that purchase orders are contracts under both Puerto Rico law and the Oversight Board's contract review policy ("Policy"), and expects the Government of Puerto Rico to abide by the Policy.

Accordingly, we hereby request that any contracts, including, but not limited to purchase orders, that have not been submitted to the Oversight Board, whether under our Policy or under Executive Order 2020-24, be submitted as provided for under the Policy and Executive Order 2020-24. As of this date, the Oversight Board has only received copies of professional services contracts from the Puerto Rico Innovation and Technology Service and the Administration of Mental Health and Addiction Services. For example, we have not received copies of documentation regarding purchases from 313 LLC, another entity reportedly contracted by the Government for the purchase of medical supplies.

With respect to the contract and related purchase order for Promedical COVID-19 test kits between the Puerto Rico General Services Administration and Apex General Contractors LLC, please also submit any written communications, whether electronic or otherwise, regarding the negotiation, execution and performance thereof. Please provide the above requested documentation no later than April 15, 2020.

The Oversight Board reserves the right to exercise its authority under PROMESA Sections 104(c)(2) and 104(f).

Mr. Omar J. Marrero Díaz
April 12, 2020
Page 2 of 2

Sincerely,

*Natalie A. Jaresko* (signature)

Natalie A. Jaresko

CC:    The Honorable Wanda Vázquez Garced