# GOVERNMENT OF PUERTO RICO

**Puerto Rico Fiscal Agency and Financial Advisory Authority**

April 14, 2020

**VIA ELECTRONIC MAIL**

Ms. Natalie A. Jaresko
Executive Director
The Financial Oversight and Management Board for Puerto Rico
P.O. Box 192018
San Juan, Puerto Rico 00919-2018

    Re:    *Response to Document Request/Letter Dated April 12, 2019.*

Dear Ms. Jaresko:

    We are in receipt of your April 12, 2020 letter requesting, among others, "any written communications, whether electronic or otherwise, regarding the negotiation, execution and performance" related to a March 20, 2020 purchase order between Apex General Contractors LLC and the Puerto Rico General Services Administration for the procurement of Promedical COVID-19 test kits (the "Purchase Order").

    As you know, the Government is currently in the midst of an unprecedented public health crisis and must focus its limited resources on protecting the health and safety of its citizens. While we acknowledge that the Board has specific powers to request information from the Government under PROMESA section 104, the Board's broad request for "any communications" related to medical supply contracting efforts places unnecessary financial and administrative burdens on the Government during a global emergency.

    In an effort to cooperate with the Board and provide information the Board can use to fulfill its role, we propose offering a call or video meeting with a representative from the Puerto Rico General Services Administration, the Department of Health and any other relevant agency to answer the Board's questions concerning the Purchase Order. We hope that this accommodation can provide the Board the information necessary to carry out its duties while minimizing substantial disruption to the Government's efforts to combat COVID-19. We would then be available to discuss any follow-up requests the Board may have.



PO Box 42001 • San Juan, PR 00940-2001 • Telephone (787) 722-2525



## GOVERNMENT OF PUERTO RICO

**Puerto Rico Fiscal Agency and Financial Advisory Authority**

Please let us know if the Board is amenable to this approach. If so, AAFAF will help to facilitate a meeting with the Board and an appropriate Government representative at a mutually agreeable date and time. I look forward to working with the Oversight Board to further our common goals and reach consensus during these unprecedented times as we continue battling the threat of the COVID-19 pandemic.

Very truly yours,

Omar J. Marrero Diaz, Esq.
Executive Director

