**GOVERNMENT OF PUERTO RICO**

Puerto Rico Fiscal Agency and Financial Advisory Authority

April 20, 2020

**VIA EMAIL**

Ms. Natalie Jaresko
Executive Director
The Financial Oversight and
Management Board for Puerto Rico
P.O. Box 192018
San Juan, PR 00919-2018

Re: *FOMB's Final Request for Information concerning Rapid Test kits and emergency contracting*

Dear Executive Director Jaresko:

I hereby make reference to your letter dated April 15, 2020 ("Letter"), wherein you request certain information concerning the procurement and purchase process of a purchase order for COVD-19 Rapid Tests kits and for contracts entered by agencies during the ongoing emergency.

As mentioned in previous communications concerning this matter, the Government remains committed to the principles of fiscal responsibility, transparency, and accountability measures to alleviate concerns of fraud, waste and abuse. In the Letter, the Financial Oversight and Management Board ("Oversight Board") rejected the Government's offer to make available government officials to provide first-hand information regarding this situation. Instead, the Oversight Board opted to request that the Fiscal Agency and Financial Advisory Authority ("AAFAF") provide specific information and documents on this subject. As you know, AAFAF is not the legal custodian of the documents requested in your Letter. However, in order to cooperate with the Oversight Board's information request, on April 16, 2020, AAFAF sent two separate requests for information to various government agencies to address these matters, and urging them to provide relevant information to AAFAF.[1]

As of today, all the information and documents provided by the government agencies to AAFAF have been forwarded to the Oversight Board via email. We estimate that, in response to the Oversight Board's request for information, AAFAF has forwarded to the Oversight Board approximately 202 documents, totaling approximately 1,022 pages. To the extent AAFAF receives additional information after the date of this letter, it will be forwarded to the Oversight Board in a timely manner.

---

[1] See Attachments 1 and 2.



AAFAF has worked on a highly expedited basis to fulfill the Oversight Board's requests. Going forward, where AAFAF is not the custodian for relevant documents, the Oversight Board may consider reaching out jointly with AAFAF directly to appropriate Government agencies and entities, who are the legal custodians of the requested documents, in order to encourage agencies and entities to respond as quickly and fulsomely as possible to its requests.

With respect to the documents we have served as a conduit for, please note that AAFAF has not evaluated or reviewed the produced documents and information, and cannot state that it represents the full universe of existent documents; as noted above, we may continue receiving documents and will provide them to the Oversight Board. As such, the documents and information provided to the Oversight Board has not been reviewed by AAFAF for compliance with the applicable fiscal plan, budget, Oversight Board policies and regulations and any other applicable, laws, rules and regulations.

Should you have any question regarding the foregoing or need any additional documentation, please feel free to contact me at your convenience. As always, I look forward to collaborating with the Oversight Board during these unprecedented times as we continue battling the threat of the COVID-19 pandemic for the best interests of the people of Puerto Rico.

Most respectfully,

Omar J. Marrero Diaz
Executive Director