**GOBIERNO DE PUERTO RICO**

Oficina de Gerencia y Presupuesto

Hon. Wanda Vázquez Garced
Gobernadora

Iris E. Santos Díaz
Directora

May 21, 2020

**Natalie A. Jaresko**
Executive Director
Financial Oversight and Management Board
for Puerto Rico

Dear Mrs Jaresko:

Recently our Office submitted a copy of all the communications that government officials have had, regarding contracts or purchase orders with Apex General Contractors LLC for the acquisition of "Promedical COVID-19 test kits". We were also asked to provide a copy of all written documentation and communications, including all electronic communications such as text, emails and other similar communication, in connection with the purchase with 313 LLC.

On April 20, 2020, we sent documentation relating to Apex General Contractors, LLC and on May 2, 2020, we sent a copy of the documentation and written communications, including electronic communications such as texts, emails and other similar communications, related to an order with 313 LLC. We mistakenly omit to submit information and documentation related to another purchase order from 313 LLC. We apologize for the failure to submit such documents.

      Hereunder, the process details for this specific transaction (313 LLC):

- General Requisition Form (RF 113) captures the details of when and who regarding this request. The RF PREMA 03-42-20-0322 identifies the applicant as Dr. Concepción Quiñones de Longo, and the Point of Contact as Adil Rosa. We cannot certify that these individuals were the ones who personally submitted it or if the interagency coordinator did it on their behalf. This information must be certified by AEMEAD.

- Ivelisse Reyes Ramos, Auditor III of the Office of Management and Budget, received the RF 113 on March 24, 2020, at 10:14 am., verified it, recorded it on our control table and sent it to Ms. Migdalia Bonilla Mendez, Executive Assistant of the OGP for review and approval. Ms. Reyes receives the documents from ASG staff. That's why we can only certify employees who intervened by OGP.

- At 12:54 pm on March 24, 2020, an email was sent to FFMO Velmarie Martinez Yace and Adil Rosa, both form the Health Department. Included as part of the email, was the RF113 approval spreadsheet file reflecting all RF113 forms approved up to that point, including this specific transaction



PO Box 9023228, San Juan, PR  00902-3228  •  Tel: 787.725.9420  •  Fax: 787.725.3521  •  www.ogp.pr.gov

- o On the same day, March 24, 2020, they submitted the required "PP" which was approved by Migdalia Bonilla Mendez. The formal "PP" is required for the transaction to be processed in the system, and for Deborah Cintrón, OGP Manager, to subsequently process or post the transfer of funds in the PRIFAS system.

- o Once the PP was authorized, Ms. Deborah Cintrón, Manager, posted to the PRIFAS System the transfer of funds to the accounts of the Department of Health.

- o The disbursement is the responsibility of the Department of Treasury. (The OGP has no interference with the disbursement of public funds

The following documents are included:

- Copy of the digital record of the PP 2020-20979:
    - o Copy of the digital record of the PP 2020-20979 related to the transaction with company 313 LLC for the purchase of 100,000 quick tests Covid 19 and request for purchase of fans from another company. The summary of the approach consists of 2 Pages and the supporting documents on the record are 18 and are as follows:
        - Approval table (1 Page);
        - RF 113-0322—1000000 fast tests _Covid19-033 (2 Pages); RF_113_314_240_Ventiladores_Covid_19_031 (2 Pages);
        - Proposal-240-Ventilador_Covid_19_031 (1 Page);
        - Covid-19-033-(9 Pages);
        - Certificacion_Fondos_Test_Kits_313_UC_Covid_19_033 (1 Page);
        - Certificacion_240_Ventiladores_Covid_19_031 (1 Page); And
        - Letter of Approval (1 Page).

- Emails:
    - o Covid-19-Salud-R113-0322-100,000 PRUEBAS COVID
    - o Tabla Actualizada

We hope that the information provided will be useful.

Cordially,

Iris E. Santos Diaz
Director



CC. Omar J. Marrero Díaz, Esq.
    Antonio L. Pabón Batlle

2

3