UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Hunter Neal, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On June 3, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Hilda W. Dicupe Ramos (MMLID: 666871), 1915 SW 40th Ter Apt A, Gainesville, FL 32607-4044:

- Notice of (A) Extension of Deadline for Responses to Omnibus Objections to Claims Scheduled for Hearing on December 11, 2019 or January 29, 2020 and (B) Continuance of Hearing as to Late-Filed Responses [Docket No. 12220]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Notificacion A) De Extension de LA Fecha Limite Para Responder a Objeciones Globales a Las Reclamaciones Programadas Para La Vista El 11 de Diciembre de 2019 O El 29 de Enero de 2020, Y B) De Continuacion de Las Vistas Relativas a Las Replicas Radicadas Tarde [Docket No. 12292]

- Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) Continuing the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings Until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice, and (D) Granting Related Relief [Docket No. 12325]

On June 3, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Niurka I. Arce Torres (MMLID: 365660), Repto Sabanetas, A18 Calle 3, Ponce, PR 00716-4200:

- Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the April 22, 2020 Omnibus Hearing to the June 3, 2020 Omnibus Hearing [Docket No. 12750]

Dated: June 8, 2020

/s/ Hunter Neal
Hunter Neal

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 8, 2020, by Hunter Neal on, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 42651