## NATBONY REPLY DECLARATION
## EXHIBIT 21 - PART 2

225

                IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO


    --------------------------- X
    In re:                      :
                                : PROMESA
    THE FINANCIAL OVERSIGHT     : TITLE III
    AND MANAGEMENT BOARD        :
    FOR PUERTO RICO,            : Case No.
                                : 17 BK 3283-LTS
       as representative of     :
                                : (Jointly
    THE COMMONWEALTH OF         :  Administered)
    PUERTO RICO,                :
                                :
             Debtor.            :
    --------------------------- X
    In re:                      :
                                : PROMESA
    THE FINANCIAL OVERSIGHT     : TITLE III
    AND MANAGEMENT BOARD        :
    FOR PUERTO RICO,            : Case No.
                                : 17 BK 3567-LTS
       as representative of     :
                                :
    THE COMMONWEALTH OF         : CONFIDENTIAL
    PUERTO RICO, et al.,        : PURSUANT TO
                                : PROTECTIVE ORDER
             Debtor.            :
    --------------------------- X VOL. II OF II


         Videotaped deposition of TIMOTHY H.
    AHLBERG, conducted virtually, pursuant to
    continuance, reported stenographically by
    Cynthia J. Conforti, CSR, RPR, CRR, commencing
    at the hour of 9:46 a.m. CST, on the 23rd day
    of April, 2020.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

2 (Pages 226 to 229)

---

**226**

APPEARANCES:
FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, as representative of the
COMMONWEALTH OF PUERTO RICO:
    PROSKAUER ROSE LLP
    Eleven Times Square
    (Eighth Avenue & 41st Street)
    New York, New York 10036-8299
    212.969.3000
    BY:  DAVID A. MUNKITTRICK, ESQ.
         dmunkittrick@proskauer.com
         MICHAEL T. MERVIS, ESQ.
         mmervis@proskauer.com

    BY:  ELLIOT STEVENS, ESQ.
         estevens@proskauer.com
         One International Place
         Boston, Massachusetts 02110-2600
         617.526.9600

FOR AMBAC ASSURANCE CORPORATION:
    MILBANK LLP
    55 Hudson Yards
    New York, New York 10001-2163
    212.530.5000
    BY:  CAELAINN CARNEY, ESQ.
         ccarney@milbank.com
         WILL DENKER, ESQ.
         wdenker@milbank.com
         JOHN HUGHES, ESQ.
         jughes2@milbank.com
         KEVIN MAGGIO, ESQ.
         kmaggio@milbank.com
         GRANT MAINLAND, ESQ.
         gmainland@milbank.com
         DAVID MARCOU, ESQ.
         dmarcou@milbank.com
         ATARA MILLER, ESQ.
         amiller@milbank.com
         ALEXANDRA PASLAWSKY, ESQ.
         apaslawsky@milbank.com
         KEVIN WESTERMAN, ESQ.
         kwesterman@milbank.com

---

**227**

APPEARANCES: (Continued)

FOR NATIONAL PUBLIC FINANCE GUARANTEE CORP.:

    WEIL GOTSHAL & MANGES LLP

    767 Fifth Avenue
    New York, New York 10153-0119
    212.310.8000
    BY:  ROBERT S. BEREZIN, ESQ.
         robert.berezin@weil.com
         CHRISTINE CALABRESE, ESQ.
         christine@calabrese@weil.com
         GASPARD RAPPOPORT, ESQ.
         gaspard.rappoport@weil.com

FOR THE PUERTO RICO FISCAL AGENCY AND FINANCIAL
ADVISORY AUTHORITY:

    O'MELVENY & MYERS LLP

    610 Newport Center Drive
    17th Floor
    Newport Beach, California 92660
    949.823.6900
    BY:  ELIZABETH L. McKEEN, ESQ.
         emckeen@omm.com
         ASHLEY PAVEL, ESQ.
         apavel@omm.com
         610 Newport Center Drive
         17th Floor
         Newport Beach, California 92660
         949.823.6900
    - also -
         MARINI PIETRANTONI MUÑIZ LLC
         250 Avenue Ponce de Leon
         Suite 900
         San Juan, Puerto Rico 00918
         787.705.2171
    BY:  IVÁN GARAU GONZÁLEZ, ESQ.
         Igarau@mpmlawpr.com

---

**228**

APPEARANCES: (Continued)

ON BEHALF OF ASSURED GUARANTY CORP. and ASSURED
GUARANTY MUNICIPAL CORP.:
    CADWALADER, WICKERSHAM & TAFT LLP
    200 Liberty Street
    New York, New York 10281
    212.504.6000
    BY:  THOMAS J. CURTIN, ESQ.
         thomas.curtin@cwt.com
         BILL NATBONY, ESQ.
         bill.natbony@cwt.com
         CASEY JOHN SERVAIS, ESQ.
         casey.servais@cwt.com
         JACLYN A. HALL, ESQ.
         jaclyn.hall@cwt.com

FOR FINANCIAL GUARANTY INSURANCE COMPANY:

    BUTLER SNOW LLP
    The Pinnacle at Symphony Place
    Suite 1600
    150 3rd Avenue South
    Nashville, Tennessee 37201
    615.651.6700
    BY:  JASON W. CALLEN, ESQ.
         jason.callen@butlersnow.com
    BY:  ADAM M. LANGLEY, ESQ.
         adam.langley@butlersnow.com
         6075 Poplar Avenue
         Suite 500
         Memphis, Tennessee 38119
         901.680.7200

---

**229**

APPEARANCES: (Continued)

FOR CANTOR-KATZ COLLATERAL MONITOR LLC, as
Collateral Monitor for GDB DEBT RECOVERY
AUTHORITY:

    ORRICK, HERRINGTON & SUTCLIFFE LLP

    51 W 52nd Street
    New York, New York 10019
    212.506.5000
    BY:  DAVID LITTERINE-KAUFMAN, ESQ.
         dlitterinekaufman@orrick.com

FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS:

    PAUL HASTINGS LLP

    MetLife Building
    200 Park Avenue
    New York, New York 10166
    212.318.6000
    BY:  ZACHARY S. ZWILLINGER, ESQ.
         zacharyzwillinger@paulhastings.com

FOR AMERINATIONAL COMMUNITY SERVICES, LLC, as
servicer for the GDB DEBT RECOVERY AUTHORITY:
    MCCONNELL VALDÉS LLC
    270 Muñoz Rivera Avenue
    Hato Rey, Puerto Rico 00918
    787.759.9292
    BY:  NAYUAN ZOUAIRABANI TRINIDAD, ESQ.
         nzt@mcvpr.com
ALSO PRESENT:
    Hira Balg, Weil Gotshal & Manges LLP
    Lou Testani, Milbank LLP
    Alexander Whitelaw, Weil Gotshal & Manges LLP
    Anthony Micheletto, Videographer

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

3 (Pages 230 to 233)

---

**230**

INDEX

TESTIMONY OF TIMOTHY H. AHLBERG          PAGE

Examination by Ms. Miller:          236
Examination by Ms. McKeene:          548

DEPOSITION EXHIBITS
NUMBER          DESCRIPTION          PAGE
MONOLINES

Exhibit 19A   June 30, 2016          247
              Basic Financial
              Statements and
              Required Supplementary
              Information
              CW_STAY0010168 –
              0010367

Exhibit 19B   6/30/16 Notes to the   247
              Basic Financial
              Statements 0010368 –
              0010543

Exhibit 20   FAFAA  Treasury Single  274
             Account ("TSA") FY 2020
             Cash Flow As of April 10, 2020
             No Bates numbers

Exhibit 21   Laws of Puerto Rico     298
             Annotated Currentness
             Title 3, Executive
             Chapter 67, Puerto Rico
             Infrastructure Financing
             Authority Act
             No Bates numbers

Exhibit 22   Trust agreement related 217
             to the Puerto Rico
             Infrastructure Financing
             Authority to Citibank, N.A
             No Bates numbers

---

**231**

DEPOSITION EXHIBITS (Continued)
NUMBER          DESCRIPTION          PAGE
MONOLINES

Exhibit 23   Exhibit A - Flow of     335
             Rum Taxes
             No Bates numbers

Exhibit 24   PRIFA Rum Excise Taxes  340
             Flow of Funds
             No Bates numbers

Exhibit 25   Application and         357
             Agreement for Opening
             Bank Account
             PRIFA_STAY0003747 –
             0004742

Exhibit 26   Statement of Account    368
             for Account 1891
             PRIFA_STAY0004151 –
             0004152

Exhibit 27   Commonwealth Department 371
             of the Treasury
             Remittance Receipt
             PRIFA_STAY0001085 –
             0001070 plus English
             translation not Bates
             numbered

Exhibit 28   Lockbox Agreement       377
             PRIFA_STAY0000472 –
             0000542

Exhibit 29   Lockbox Receipt Notice  389
             PRIFA_STAY0001319 –
             0001326

Exhibit 30   Assignment and          418
             Coordination Agreement
             No Bates numbers

---

**232**

DEPOSITION EXHIBITS (Continued)
NUMBER          DESCRIPTION          PAGE
MONOLINES

Exhibit 31   Pledge Assignment       439
             Agreement by and among
             The Puerto Rico
             Convention Center
             District Authority, the
             Government Development
             Bank and JPMorgan Chase
             No Bates numbers

Exhibit 32   Puerto Rico Tourism     445
             Company Room Taxes Flow
             of Funds
             No Bates numbers

Exhibit 33   Government Development   464
             Bank For Puerto Rico
             Hotel Occupancy Tax
             Pledge Account
             CCDA_STA0006780 -
             0006787
             English Translation
             no Bates numbers

Exhibit 34   Instruction letters     491
             CCDA_STAY 0004927 -
             0004328
             English translation
             No Bates numbers

Exhibit 35   Discovery on Lift       499
             Stay Motions - Movants'
             Letters dated March
             23, 2020
             No Bates numbers

---

**233**

DEPOSITION EXHIBITS (Continued)
NUMBER          DESCRIPTION          PAGE
MONOLINES

Exhibit 36   Document in Spanish     521
             CCDA_STAY0006916 -
             0006917
             Document in Spanish
             CCDA_STAY0006916 -
             0006917
             English translation
             No Bates numbers
             Document in Spanish
             CCDA_STAY0006916 -
             0006917

Exhibit 37   FirstBank               520
             Statement of Account
             CCDA_0000785

Exhibit 38   (Not referenced)
             10/14/18 letter,
             Ana Garcia Noya,
             Deputy Treasury
             Secretary to Arnaldo
             Maestry, Government
             Development Bank
             For Puerto Rico
             PRIFA_STAY0001079 –
             0001093

PREVIOUSLY MARKED EXHIBITS REFERRED TO (NOT
TENDERED FOR INCLUSION INTO TRANSCRIPT)

Exhibit 11                           548

Exhibit 14                           549

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

4 (Pages 234 to 237)

---

**234**

PRODUCTION REQUESTS

Page 432, Line 19:

"MS. MILLER: Okay. Well, I'm going to call for the production of any such documents that the Commonwealth intends to rely on as evidence that the account that you're going to tell me is the transfer account is in fact the transfer account."

Page 486, Line 17:

MS. MILLER: "So I'm going to call on the record for the production of any such documents that you've seen that you're relying on for your testimony that the 5144 account is the surplus account or that the Commonwealth otherwise intends to rely on."

---

**236**

(Witness previously sworn.)

TIMOTHY H. AHLBERG, having been duly sworn, was examined and testified further as follows:

EXAMINATION

BY MS. MILLER:

Q.   Good morning, Mr. Ahlberg. I am Atara Miller, and I'm from Milbank, and I'm counsel for Ambac Assurance Corporation in this matter. I'll be asking questions today relating to PRIFAS and CCDA Flow of Funds, and I'm asking questions on behalf of all of the defendants here. I guess I'll open with that here, I should say.

So as the videographer indicated, Mr. Ahlberg, do you understand that you're still under oath today?

A.   Yes.

Q.   And you understand that the testimony that you're giving has the same weight and effect as if you were giving it in a court of law, correct?

A.   Yes.

Q.   And the instructions that Mr. Natbony gave you yesterday will continue,

---

**235**

THE VIDEOGRAPHER: We are now on the record. Welcome to the continuing deposition of Timothy Ahlberg. My name is Anthony Micheletto. I am the videographer and conference call host for Henderson Legal Services.

Today's date is April 23, 2020. The time is 9:46 a.m., Central time.

It is my understanding that there are approximately 44 attorneys attending telephonically. To keep instructions at a minimum, I will be muting all telephones except the witness, taking attorney, and opposing counsel whom will dial *6 so they can be heard.

In addition, if you are not speaking, please make sure you turn off your camera on LiveLitigation. You should receive the video stream through your computer and audio through your phone. Periodically, during the break, I will communicate to everyone how long we have been on the record. Our court reporter today is Cynthia Conforti.

Mr. Ahlberg, you are still under oath.

Counsel, you may proceed.

---

**237**

but I'm just going to remind you of two critical ones, particularly as we are taking this by video.

The first one is to be sure not to talk over each other. The court reporter, especially on video, is going to have a hard time recording what you're saying. So I'm going to wait for you to finish answering the question before I ask the next question. I'm going to ask you to wait for me to finish asking the question before you start answering. Is that okay?

A.   Okay.

MS. McKEEN: I'm having a little -- I'm having a little trouble hearing you. Can you maybe position your phone closer or turn up the volume on your -- your phone?

I can hear Atara just fine.

THE WITNESS: Is that any better?

MS. McKEEN: It is. Thank you.

BY MS. MILLER:

Q.   At any time today, if you'd like to take a break, I am happy to take one, but I am going to ask you to answer any question that's pending before we take a break. But

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

5 (Pages 238 to 241)

### 238

```
1   otherwise, if you want a break, I'll take one
2   at the next convenient point.  Is that okay?
3       A.    Okay.
4       Q.    You testified multiple times on
5   Tuesday that in your mind, Funds don't have
6   balances.  Do you recall that?
7       MS. McKEEN:  Object to the form.
8       THE WITNESS:  I do recall saying
9   that I don't think about Fund numbers in that
10  way.
11  BY MS. MILLER:
12      Q.    Okay.  When you say "Fund
13  numbers," what do you mean?"
14      A.    Numbers that correspond with
15  different Funds within the PRIFAS system.
16      Q.    So let me ask you so the
17  record's clear.
18      Mr. Ahlberg, in your opinion, do
19  Funds have balances?
20      MS. McKEEN:  Objection to the form
21  of the question.
22      UNIDENTIFIED SPEAKER:  Objection.
23      THE WITNESS:  I don't typically
24  think about Funds as having balances.
25
```

### 239

```
1   BY MS. MILLER:
2       Q.    Is it your testimony that Funds
3   within the Commonwealth accounting system do
4   not have balances?
5       MS. McKEEN:  Objection.
6       THE WITNESS:  I don't think about
7   Funds having balances within the TSA account.
8   BY MS. MILLER:
9       Q.    Okay.  So it's a yes-or-no
10  question.  I'm not asking you about how you
11  think about it.  I'm asking you whether it is
12  your testimony that Funds within the
13  Commonwealth accounting system do not have
14  balances.
15      MS. McKEEN:  Objection.
16      THE WITNESS:  It is my testimony
17  that I don't think about Funds having balances
18  within bank accounts.
19  BY MS. MILLER:
20      Q.    Does that mean that they don't
21  have balances?
22      MS. McKEEN:  Objection.
23      THE WITNESS:  It means that that's
24  not the way that I think about them.
25
```

### 240

```
1   BY MS. MILLER:
2       Q.    Okay.  So to the best of your
3   knowledge, do other people within Treasury in
4   Puerto Rico think about Funds as having
5   balances?
6       MS. McKEEN:  Objection.
7       THE WITNESS:  Again, I can't
8   speculate what every person may or may not
9   believe about that concept.
10  BY MS. MILLER:
11      Q.    I didn't ask you to speculate.  I
12  asked you whether to the best of your personal
13  knowledge, other people within Treasury in
14  Puerto Rico think about Funds as having
15  balances.
16      MS. McKEEN:  Objection.
17      THE WITNESS:  It's not typically
18  how me or others think about Funds.
19  BY MS. MILLER:
20      Q.    Okay.  And when you say "others,"
21  who are you referring to?
22      A.    Just generally others within the
23  Department of Treasury.
24      Q.    And when you say "typically," do
25  you sometimes think about Funds as having
```

### 241

```
1   balances?
2       A.    I don't think about Funds having
3   balances.
4       Q.    Okay.  So it's your testimony that
5   Funds do not have balances, right?
6       MS. McKEEN:  Objection.
7       UNIDENTIFIED SPEAKER:  Objection.
8       THE WITNESS:  I don't think about
9   Funds having balances within bank accounts.
10  BY MS. MILLER:
11      Q.    Okay.  But you're not willing to
12  say that they don't have balances, are you?
13      MS. McKEEN:  Objection.
14      THE WITNESS:  That's not how I
15  think about Funds having balances within bank
16  accounts.
17  BY MS. MILLER:
18      Q.    I got it.  That's not how you
19  think about it.
20      But my question to you is that you
21  are not willing to say unequivocally that Funds
22  do not have balances, right?  You cannot say
23  that.
24
25
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

6 (Pages 242 to 245)

### Page 242

1    MS. McKEEN:  Objection to the form
2  of the question.
3  BY MS. MILLER:
4    Q.    Okay.  Let me ask another
5  question.
6    Mr. Ahlberg, can you testify
7  unequivocally that Funds within the TSA do not
8  have balances.
9    A.    I don't think about Funds having
10  balances within bank accounts.
11    Q.    I'm going to ask you for a
12  yes-or-no answer to my question.  It's a simple
13  yes-or-no question.  I'm going to ask it again.
14  I want a yes or a no.  If you need to just
15  explain after, I'd be happy to ask you for an
16  explanation, but I'd like a yes or no, okay?
17  Do you understand that?
18    MS. McKEEN:  Objection.  What
19  you're demanding doesn't dictate what his
20  response needs to be.  He may not think of it
21  as a yes-or-no question no matter how many
22  times you ask it that way.
23  BY MS. MILLER:
24    Q.    Mr. Ahlberg, can you testify
25  unequivocally that Funds within the TSA do not

### Page 243

1  have balances?
2    MS. McKEEN:  Objection.
3    THE WITNESS:  I do not think about
4  Funds as having balances within the TSA.
5  BY MS. MILLER:
6    Q.    Can you tell me why you can't give
7  me a yes-or-no answer to that question?
8    A.    I cannot give you a yes-or-no
9  answer to that question because that's not how
10  I think about Funds.
11    Q.    Mr. Ahlberg, have you ever looked
12  at the audited financial statements for the
13  Commonwealth?
14    A.    I have seen financial statements
15  of the Commonwealth.
16    Q.    Have you ever seen the audited
17  financial statements for the Commonwealth?
18    A.    I have seen audited financial
19  statements of the Commonwealth.
20    Q.    Did you review audited financial
21  statements of the Commonwealth in preparation
22  for your testimony today?
23    A.    I did review certain portions of
24  audited financial statements.
25    Q.    Okay.  So what portions of the

### Page 244

1  audited financial statements did you review in
2  connection with your testimony today?
3    A.    Having reviewed hundreds of
4  documents in preparation for this deposition, I
5  can't recall the exact sections of audited
6  financial statements I may have reviewed.
7    Q.    What sections generally did you
8  review?
9    A.    I can't recall any specific
10  sections other than general review of the
11  document.
12    Q.    How did you look at the audited
13  financials?
14    A.    It would not be out of the
15  ordinary course of my daily job function to
16  occasionally look at audited financials.
17    Q.    I know.  You told me that you
18  looked at them in connection with your
19  preparation for your deposition today, so I'm
20  asking do you -- why, in preparing for your
21  deposition today, did you look at the audited
22  financials for the Commonwealth?
23    A.    In order to prepare for the
24  deposition --
25    Q.    Okay.

### Page 245

1    A.    -- (indiscernible.)
2    Q.    Okay.  And so in preparing for the
3  deposition, what did you think was going to be
4  relevant in the audited financial statement?
5    MS. McKEEN:  I'll object to the
6  extent that, Mr. Ahlberg, you can -- you can
7  answer the question unless it would require you
8  to divulge communications that you had with
9  counsel.  You can answer the question as long
10  as you're not revealing attorney-client
11  (indiscernible).
12    THE REPORTER:  I'm sorry, "as long
13  as you're not"?
14    THE WITNESS:  That said, would you
15  mind repeating the question?
16  BY MS. MILLER:
17    Q.    Sure.  My question was:
18    And so in preparing for the
19  deposition, what did you think was going to be
20  relevant in the audited financial statement?
21    MS. McKEEN:  Objection to the form
22  of the question.
23    THE WITNESS:  I don't think I can
24  answer without revealing privileged
25  conversations.

Ahlberg, Timothy H. - Vol. II

April 23, 2020

7 (Pages 246 to 249)

**246**

BY MS. MILLER:

Q.    Okay.  So your testimony is that you only looked at the audited financial statement because your lawyers told you to; is that right?

MS. McKEEN:  Objection.

THE WITNESS:  That's not what I said.

BY MS. MILLER:

Q.    Okay.  Well, that's the only basis to not answer the question.

So if you have other -- another answer, I'm happy to take it now and ask the question again.

MS. McKEEN:  Objection.

Atara, he's given you an answer. It's argumentative.

MS. McKEEN:  He really hasn't. Actually, I don't think he's answered a single question that I've asked him yet today, so I'm doing to continue making my record,, and I'm going to go to Judge Dein if I can't start getting answers.  So if you think this is how we're going and you think that's an answer, we will have to fight it out with the judge.  No,

**247**

he has not given me an answer to my question.

MS. McKEEN: Atara, I --

BY MS. MILLER:

Q.    My -- my question is, Mr. Ahlberg --

MS. McKEEN:  Atara, I was talking. If you could not cut me off, that would be great.  I disagree with your characterization of the record and the witness's testimony thus far today.

BY MS. MILLER:

Q.    Mr. Ahlberg, did you have any independent reason other than your lawyers telling you to look at the financial statements to review the audited financial statements in preparation for your deposition today?

A.    No.  But as I mentioned, I occasionally review financial statements in the ordinary course of my business.

Q.    You reviewed them in connection with your -- the preparation for your deposition today, right?

A.    Yes.

(Monolines Exhibit 19A and Exhibit 19B are introduced for

**248**

the record.)

BY MS. MILLER:

Q.    Okay. I want to -- can we mark the Commonwealth of Puerto Rico basic financial statements that are required supplementary information dated June 30, 2016, with independent auditor's report thereon, which was Bates-stamped COMMONWEALTH_STA 0010186.

And it's a large document, so we're going to mark it as Monolines Exhibit 19A and Exhibit 19B so that we can avoid some of the system delay issues we had yesterday.

So it's just the document split. 19A is up right now, or was up, and we'll have 19B if you want to flip through more of it.

MS. MILLER: Kevin, can you put 19A back up on the screen, please?

BY MS. MILLER:

Q.    Mr. Ahlberg, while we are waiting for the exhibit to get back up on the screen, Funds refer to specific portions of cash in the TSA; isn't that right?

MS. McKEEN:  Objection.

**249**

THE WITNESS:  Can you repeat the question?

BY MS. MILLER:

Q.    Do Funds refer to specific portions of cash in the TSA?

A.    Depends on how you use the word "Funds."

Q.    Okay.  Has the word "Fund," as used in the Commonwealth accounting, does it refer to specific portions of moneys in the TSA?

MS. McKEEN:  Objection.

THE WITNESS:  Funds do not identify cash balances within the TSA.

BY MS. MILLER:

Q.    Okay.  That wasn't my question. My question is:

Are Funds associated with specific amounts of money in the TSA?

MS. McKEEN:  Objection.

That wasn't my question.  If you want to rephrase it, you can.

BY MS. MILLER:

Q.    Can you answer that question?

A.    Could you repeat it?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

8 (Pages 250 to 253)

---

## 250

Q.     Are Funds associated with particular amounts of money in the TSA?

A.     Funds are not associated with cash balances within the TSA.

Q.     What are Funds associated with in the TSA?

A.     Funds are used to record revenue.

Q.     Revenues in the TSA, right?

A.     Revenues that results in cash receipts deposited into the TSA.

Q.     How is that different from what I said?

MS. McKEEN: Object to the form.

THE WITNESS: An inherent difference between earned revenue and cash receipts.

BY MS. MILLER:

Q.     All right. So can there be cash that's not also revenue?

A.     The...

Are you asking in the Commonwealth if there exists noncash revenue streams?

Q.     No. My question was the opposite. My question is:

Is all cash also revenue?

---

## 251

A.     Not being a CPA, I'm not -- I don't know.

Q.     Okay. So you're prepared to be really specific about the difference between cash and revenue, because you're not a CPA, so you can't tell me whether there's cash that's not also revenue, right?

UNIDENTIFIED SPEAKER: Objection.

THE WITNESS: I answered your previous question.

Is there another question?

BY MS. MILLER:

Q.     Yeah, that was my question.

My question was that you're prepared to be very specific about the difference between cash and revenue, but because you're not a CPA, you can't tell me whether there's cash that's not also revenue; is that right?

UNIDENTIFIED SPEAKER: Objection.

THE WITNESS: I said what I said in the previous answer.

BY MS. MILLER:

Q.     So that's a yes?

MS. McKEEN: Objection.

---

## 252

THE WITNESS: I said what I said.

BY MS. MILLER:

Q.     So Funds and Fund numbers do represent specific revenues into the TSA, right?

A.     Fund numbers can be used to track earned revenues.

Q.     Okay. And can earned revenues also result in cash in the TSA?

A.     Earned revenues -- earned revenues that turn into cash receipts may -- may be deposited into the TSA.

Q.     And may be allocated to the same Fund numbers, correct?

MS. McKEEN: Objection.

THE WITNESS: I don't think about allocations of Fund numbers. That doesn't make sense to me.

BY MS. MILLER:

Q.     Okay. It may be tagged with the same Fund numbers, right?

MS. McKEEN: Objection.

THE WITNESS: Would you specify when?

---

## 253

BY MS. MILLER:

Q.     No.

Okay. So the exhibit now, which is Monolines Exhibit 19A. As I mentioned, 19B, Mr. Ahlberg, if you need to look at the second half in order to refer to any of my questions, it's available to you. I believe it's submitted -- a submitted exhibit, although it's not currently part of what's being exhibited, so you should have access to that as well.

Do you recognize this document?

A.     I recognize the cover page of this document.

Q.     Okay. And did you speak to anyone at Treasury about this document in connection with your deposition today?

A.     No.

Q.     Okay. I'd like to turn to the next page of the exhibit, please. And do you see this document identifies that it was prepared by the Puerto Rico Department of the Treasury? Do you see that?

A.     I see that on the document.

Q.     You have no reason to dispute that, do you?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

9 (Pages 254 to 257)

---

**254**

    A.    The document says what it says.

    Q.    Is that a no, you have no reason
to dispute that?

    MS. McKEEN:  Objection.

    THE WITNESS:  The document says it
was prepared by Puerto Rico Department of
Treasury.

BY MS. MILLER:

    Q.    And you have no basis to think
that that's not true, right?

    A.    The document says what it says.

    Q.    Okay.  But I'm asking you whether
you had any conversations with anybody at
Treasury about this document and they said,
"Oh, my God, have you seen the 2016 audited
financials?  Crazy that that went out.  We had
nothing to do with it.  I can't believe our
name's on it."

    That's my question.

    So when I ask you do you have any
basis to believe that that's not accurate,
that's what I'm asking.  Do you understand?

    MS. McKEEN:  Objection to the form
of the question.

---

**255**

BY MS. MILLER:

    Q.    So I'm going to ask my question
again.

    Do you have any basis to believe
that this document was not prepared by the
Puerto Rico Department of Treasury?

    A.    The document says it was prepared
by the Puerto Rico Department of Treasury.

    Q.    And you have no independent basis
to believe that that is not true, right?

    A.    The document says what it says.

    Q.    Okay.  You won't say that you
don't have an independent basis to say that
this was not prepared by the -- by the
Puerto Rico Department of Treasury?

    MS. McKEEN:  Objection to the form
of the question.

BY MS. MILLER:

    Q.    Mr. Ahlberg, I don't need you to
testify to what the document says.  The
document speaks for itself.

    I'm asking you for your testimony,
whether you have any reason to believe that
this document was not prepared by the
Puerto Rico Department of Treasury.  That's my

---

**256**

question.

    Do you have any reason to believe
that this document was not prepared by the
Puerto Rico Department of Treasury?

    A.    They're basic financial statements
and required supplementary information.  The
document shows it was prepared by the
Puerto Rico Department of Treasury.

    Q.    And you have no reason to believe
that that's not true, right?

    A.    That's what the document says.

    Q.    So you're going to refuse to
answer that question?

    MS. McKEEN:  Objection.

BY MS. MILLER:

    Q.    That was a question, Mr. Ahlberg.
I'm asking you if you're refusing to testify
about whether you have any reason to believe
that this document was not prepared by the
Department of Treasury.

    A.    The document says it was prepared
by the Department of Treasury.

    Q.    Have you had any conversations
with anybody that would indicate that this
document was not in fact prepared by the

---

**257**

Department of Treasury?

    A.    No.

    Q.    Have you seen any document that
would indicate that this document was not in
fact prepared by the Puerto Rico Department of
Treasury?

    A.    No.

    Q.    So you have no independent reason
to believe that this document was not prepared
by the Department of Treasury, correct?

    A.    Document says it was prepared by
Puerto Rico Department of Treasury.

    Q.    I don't think you need a graduate
degree to understand my questions, so I'd
appreciate going forward, if you could just
answer them.  Thank you.

    MS. McKEEN:  Objection.

BY MS. MILLER:

    Q.    I'd like you to look at the next
page of the exhibit.  This is the table of
contents.  Have you seen the table of contents
to the audited financial statements?

    A.    I don't recall typically viewing
the table of contents of these financial
statements previously.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

10 (Pages 258 to 261)

---

**258**

```
1    Q.    Okay.  Looking at the financial
2  statements for the Commonwealth, do you see a
3  section called Basic Financial Statements?
4  It's the third line down listed in the
5  contents.
6    A.    I see where it says Basic
7  Financial Statements.
8    Q.    And three lines under that, it
9  says Fund Financial Statements.
10       Do you see that?
11   A.    I see that.
12   Q.    What's your understanding of what
13 Fund Financial Statements are?
14   A.    Not being a CPA, I don't know the
15 exact definition of Fund Financial Statements.
16   Q.    I'm just asking for your
17 understanding.
18       You mentioned that these
19 are -- this is a document you looked at in
20 connection with your preparation and also a
21 document that you looked at periodically in the
22 ordinary course of business.
23       So what is your understanding --
24 understanding that you're not a CPA, what is
25 your understanding of what Fund Financial
```

**259**

```
1  Statements are?
2    A.    My understanding of Fund Financial
3  Statements is that there will be financial
4  statements for Funds.
5    Q.    And when you say "for Funds," what
6  Funds are we talking about?
7    A.    Not being a CPA, I don't know the
8  exact Funds.
9    Q.    Okay.  Well, why does that require
10 being a CPA to answer?
11   A.    Not being a CPA, I think that
12 there are specific definitions for those terms
13 that I do not want to mischaracterize, not
14 being a CPA.
15   Q.    Okay.  So I understand that you're
16 not a CPA, and that's pretty clear on the
17 record so far.  So when I ask you questions,
18 it's all going to be based on your
19 understanding, which is recognizing that you
20 are not a CPA, okay?
21       So what's your understanding of
22 what Funds are included?
23   MS. McKEEN:  Objection to the form
24 of the question.
25   THE WITNESS:  Having reviewed
```

**260**

```
1  hundreds of documents in preparation for this
2  deposition, I don't have the Funds memorized.
3  BY MS. MILLER:
4    Q.    Do you know -- can you think of
5  any Fund?
6    A.    It depends on how you're using the
7  term "Funds."
8    Q.    Well, I'm asking how you
9  understand this term was used in these
10 financial statements.  Can you think of any
11 Fund?
12   A.    I can't think of any off the top
13 of my head, but I'm happy to flip to the Fund
14 section of this document with you.
15   Q.    Okay.  So going down a few lines
16 from Fund Financial Statements in the table of
17 contents, do you see about one, two,
18 three -- well, the next line talks about
19 Government Fund, and it goes through a number
20 of Funds that have Fund Financial Statements
21 contained within these audited financials.
22       Do you see that in the table of
23 contents?
24   A.    I see that.
25   Q.    Okay.  And so the -- I want you to
```

**261**

```
1  just look at the third entry.  It says:
2       Statement of revenue, expenditures
3  and changes in Fund balance.
4       Do you see that?
5    A.    Yes, I see it.
6    Q.    Do you have an understanding of
7  what "changes in Fund balance" means?
8    A.    Without reviewing page 40 of this
9  document, I can't say for certain.
10   Q.    Okay.  Do you have some basic
11 accounting knowledge?
12   A.    I do have some basic accounting
13 knowledge.
14   Q.    How many accounting classes have
15 you taken?
16   A.    I can't recall the exact amount of
17 accounting classes I've taken.
18   Q.    More than one?
19   A.    Yes.
20   Q.    More than two?
21   A.    Yes.
22   Q.    More than three?
23   A.    Yes.
24   Q.    More than four?
25   A.    Yes.
```

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

**262**

Q.   More than five?

A.   I think so, but I'm not positive. As I mentioned, I can't recall the exact amount.

Q.   Okay. And so you've taken at least five accounting courses; is that right?

A.   Yes.

Q.   And were all of those at post high school level?

A.   Yes.

Q.   And were some of those part of the MBA coursework that you did?

A.   No.

Q.   So you took at least five accounting courses in college; is that right?

A.   Yes.

Q.   And does your job require you to apply any basic accounting principles or have familiarity with accounting principles?

A.   It is not a requirement to occupy the position that I have.

Q.   I'm not asking if that's the job description.

I'm asking about whether what you do from day-to-day requires you to have general

**263**

familiarity with accounting. How's that?

A.   And I have general familiarity with accounting concepts. I'm not certain that my job requires that.

Q.   Did any of the courses that you took on accounting touch on government accounting?

A.   I did not take a specific government accounting class.

Q.   Okay. But you know that wasn't my question. So I'm going to ask you to answer my question, which was:

Did any of the courses that you took on accounting touch on government accounting?

UNIDENTIFIED SPEAKER:  Objection.

THE WITNESS:  I can't recall a specific context of every accounting class I took.

BY MS. MILLER:

Q.   I didn't ask for a recitation of the context of every course.

I'm asking you if you recall whether any of the accounting courses that you took covered government accounting as well.

**264**

MS. McKEEN:  Objection.

THE WITNESS:  I can't recall.

BY MS. MILLER:

Q.   Okay. Have you taken any courses while employed at Conway MacKenzie?

A.   Could you clarify what you mean by "courses"?

Q.   Any classes, any continuing education presentations, any formal college or graduate degree classes; as broad a definition of "courses" as you could apply.

A.   I took a course in preparation for passing Part 1 of the ERA certification, but no college courses while I have been employed by Conway MacKenzie.

Q.   Okay. Did you participate in any presentations related to government accounting?

A.   Not to my recollection.

Q.   Have you read any books that touched on government accounting specifically for the purpose of understanding it?

A.   No.

Q.   Okay. So looking back at Exhibit 19A, which is still up on the screen, did you speak to anybody within the Treasury

**265**

Department about what "changes in Fund balances" mean?

MS. McKEEN:  Objection.

THE WITNESS:  No.

BY MS. MILLER:

Q.   Are you surprised to see statement of revenue expenditures and changes in Fund balances as an entry in the table of contents of the Commonwealth financial statement?

A.   I'm not surprised one way or the other.

Q.   Okay. Even though you don't think of Funds as having balances, you're not surprised to see that in the Commonwealth audited financials?

A.   I'm not surprised one way or the other.

Q.   Okay. Having seen this, do you stand by your testimony that Funds don't have balances?

UNIDENTIFIED SPEAKER:  Objection.

UNIDENTIFIED SPEAKER:  Object to the form.

THE WITNESS:  I believe my testimony is that I don't think about Funds

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

12 (Pages 266 to 269)

---

**266**

1  having balances within the TSA.
2  BY MS. MILLER:
3      Q.    Okay. Mr. Ahlberg, does this tell
4  you that others within the Puerto Rico
5  Department of Treasury do think of Funds as
6  having balances?
7          MS. McKEEN:  Objection.
8          THE WITNESS:  Would you repeat the
9  question?
10         MS. MILLER:  Could the court
11 reporter read it back, please?
12         (Record read as requested.)
13         THE WITNESS:  It's unclear to me
14 what others may or may not think about Fund
15 balances based on this line of the table of
16 contents here.
17 BY MS. MILLER:
18     Q.    Okay. Mr. Ahlberg, financial
19 statements are prepared to serve the public; is
20 that right? Audited financial statements are
21 prepared for the public; is that right?
22     A.    Audited financial statements are
23 typically published and acceptable to the
24 public.
25     Q.    And these financial statements

---

**267**

1  that we're looking at, do you know who they
2  were audited by?
3      A.    Off the top of my head, I do not
4  recall who audited these financial statements.
5      Q.    Okay. Well, could we move
6  two pages forward to the Bates ending 173?
7  Does this refresh your recollection about who
8  audited these financial statements?
9          MS. McKEEN:  Object to the form.
10         THE WITNESS:  I see that this is
11 an independent auditor's report with the KPMG
12 header on it.
13 BY MS. MILLER:
14     Q.    Mr. Ahlberg, did KPMG audit the
15 Commonwealth's 2016 financial statements?
16     A.    Yes.
17     Q.    In response to a question that I
18 asked previously, you said that your testimony
19 is that you don't think about Funds as having
20 balances within the TSA. Do you recall that?
21     A.    Yes.
22     Q.    Do you think of Funds as having
23 balances other than within the TSA?
24         THE WITNESS:  Could the court
25 reporter read back that question, please?

---

**268**

1          (Record read as requested.)
2          THE WITNESS:  Okay. Well, as I
3  mentioned, I don't think about Funds as having
4  balances within the TSA.
5  BY MS. MILLER:
6      Q.    All right. So my question is do
7  you think of Funds as having balances other
8  than balances within the TSA?
9          MS. McKEEN:  Objection to the
10 form.
11         THE WITNESS:  Right. And as I
12 said, I don't think about Funds having balances
13 within the TSA.
14 BY MS. MILLER:
15     Q.    Do you think of Funds as having
16 any other balances -- all right. Okay. Strike
17 that. Let me rephrase.
18         Do you think of Funds as having a
19 balance other than a balance in the TSA?
20         MS. McKEEN:  Object to the form.
21 BY MS. MILLER:
22     Q.    Okay. Let me rephrase it one more
23 time.
24         Do you think about Funds as having
25 a balance that is not a balance in the TSA?

---

**269**

1      A.    No.
2      Q.    Do you have an understanding at
3  all of what the Fund balances reflected in the
4  audited financial statements are?
5      A.    I do not know exactly what the
6  Fund balances shown in these financial
7  statements are.
8      Q.    All right. And the very concept
9  of Fund balances is just disconsonant entirely
10 with your understanding of Funds; is that
11 right?
12         MS. McKEEN:  Object to the form.
13         THE WITNESS:  I don't think I
14 understood the question.
15 BY MS. MILLER:
16     Q.    My question is:
17         The very concept of Fund balances
18 is fundamentally inconsistent with your
19 understanding of Funds; is that right?
20     A.    That is right, in the
21 context that -- in my work that I do for the
22 Department of Treasury on a regular basis.
23     Q.    What about outside of the context
24 of the work that you do for the Department of
25 Treasury on a regular basis?

---

---

**270**

1  A.  No.
2  Q.  Okay.  Do you have any
3  understanding of the term "valid" as it relates
4  to a Fund?
5  A.  I don't know the exact definition
6  there.
7  Q.  I'm asking you if you have an
8  understanding of the term "balance" as it
9  relates to a Fund.  I don't understand your
10  answer, so let me ask my question again.
11  Did you, Mr. Ahlberg, have a
12  personal understanding of the term "balances,"
13  as it relates to a Fund?
14  A.  I just -- I don't think about
15  Funds having balances.
16  Q.  So you're -- so in your mind
17  there's no place where the term "Fund" and the
18  term "balance" come together; is that right?
19  MS. McKEEN:  Objection.
20  THE WITNESS:  Is there an
21  outstanding question?
22  BY MS. MILLER:
23  Q.  Yes, the outstanding question is:
24  In your mind there's no place
25  where the term "Fund" and the term "balance"

---

**271**

1  come together, right?
2  MS. McKEEN:  Same objection.
3  THE WITNESS:  Not in the context
4  of the Flow of Funds which we have put together
5  and presented to you guys.
6  BY MS. MILLER:
7  Q.  What about in any other context?
8  A.  I don't know.
9  Q.  You don't know what you think?
10  MS. McKEEN:  Objection.
11  Atara, did you want to rephrase
12  the question?
13  BY MS. MILLER:
14  Q.  Mr. Ahlberg, is there any place in
15  your mind where the term "Fund" and the term
16  "balance" come together?
17  MS. McKEEN:  Objection.
18  THE WITNESS:  I don't know.
19  BY MS. MILLER:
20  Q.  Mr. Ahlberg, you're here
21  testifying on behalf of the Commonwealth; isn't
22  that right?
23  A.  Yes.
24  Q.  And this is the official testimony
25  of the Commonwealth that Funds don't have

---

**272**

1  balances?
2  MS. McKEEN:  I'm going to object.
3  Mr. Ahlberg is here to testify on behalf of the
4  Commonwealth with respect to specifically
5  articulated topics, and I believe Mr. -- that,
6  along with all the questions you've asked today
7  are well outside the scope of those topics.  So
8  Mr. Ahlberg can answer your questions if he
9  knows the answer, but I don't believe the
10  question you just articulated is within the
11  scope of the topics that you identified or as
12  to which Mr. Ahlberg has been designated.
13  BY MS. MILLER:
14  Q.  You can answer if you know.
15  MS. MILLER:  Liz, I honestly
16  cannot even think of a line of questioning that
17  is more directly relevant to the 30(b)(6)
18  deposition.  So I don't even understand the
19  basis for your commentary, but that's not an
20  issue for right now.
21  BY MS. MILLER:
22  Q.  My question to Mr. Ahlberg is:
23  Mr. Ahlberg, do you believe that
24  it is the Commonwealth's official position that
25  Funds do not have balances?

---

**273**

1  MS. McKEEN:  Same objection.  I
2  appreciate your disagreement, but I'm going to
3  continue to make whatever objections I think
4  are appropriate.
5  BY MS. MILLER:
6  Q.  You can answer.
7  A.  I don't know.
8  Q.  Did you speak to anybody within
9  Treasury in preparation for your deposition
10  today about Fund balances?
11  A.  No.
12  MS. MILLER:  I'd like to pull up
13  the next exhibit, please.
14  BY MS. MILLER:
15  Q.  Mr. Ahlberg, you testified
16  yesterday that for the last year plus, you've
17  been involved in preparing -- in assisting with
18  preparing the weekly cash flow reports.  Do you
19  recall that?
20  A.  Yes.
21  Q.  So if we could pull up an example
22  of the weekly cash flow report and mark it as
23  Exhibit 20, please.
24
25

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                        April 23, 2020

14 (Pages 274 to 277)

---

### 274

```
 1            (Monolines Exhibit 20 is          10:36:25
 2            introduced for the record.)       10:36:43
 3   BY MS. MILLER:                             10:36:43
 4      Q.    Do you know, Mr. Ahlberg, before  10:36:44
 5   we look at this, whether it is the official 10:36:45
 6   position of the Highway Transportation      10:36:49
 7   Authority that there are no Fund balances?  10:36:51
 8            MS. McKEEN:  Same objection as    10:36:59
 9   before.                                    10:37:01
10            THE WITNESS:  I don't know.       10:37:06
11   BY MS. MILLER:                             10:37:06
12      Q.    Okay.  Great.  So you have in     10:37:09
13   front of you a document that's been marked as 10:37:11
14   Monolines Exhibit 20.  Do you see that?    10:37:13
15      A.    I see the document.               10:37:16
16      Q.    Is this a document that you       10:37:16
17   recognize?                                 10:37:25
18      A.    Yes.                              10:37:25
19      Q.    Is this a document that you       10:37:26
20   assisted in preparing?                     10:37:27
21      A.    Me personally, no.                10:37:35
22      Q.    Okay.  Well, can you give me an   10:37:37
23   example, because I'd like to put in front of 10:37:39
24   you a document that you did personally prepare. 10:37:40
25            So can you give me an example of a 10:37:43
```

### 275

```
 1   weekly cash flow report that you assisted in 10:37:47
 2   preparing that you testified about on Tuesday 10:37:51
 3   that I can pull up as an exhibit for you?   10:37:54
 4      A.    I did provide the review of this  10:38:11
 5   document.  I did not -- I did not prepare the 10:38:13
 6   document.                                  10:38:16
 7      Q.    Okay.  So people who report to you 10:38:17
 8   prepared this document?                    10:38:21
 9      A.    Correct.                          10:38:22
10      Q.    And did you have responsibility   10:38:25
11   for reviewing the contents?               10:38:27
12      A.    Yes, I had certain review         10:38:30
13   responsibilities with respect to this report. 10:38:36
14      Q.    Okay.  What are your --           10:38:40
15            (Simultaneous speaking.)          10:38:43
16            UNIDENTIFIED SPEAKER:             10:38:43
17   (Indiscernible) is not appearing on my screen. 10:38:51
18   BY MS. MILLER:                             10:38:51
19      Q.    Okay.  Does any -- Mr. Ahlberg,   10:38:53
20   can you see the document?                  10:38:55
21      A.    Yes.                              10:38:56
22      Q.    Okay.                             10:38:57
23            MS. MILLER:  And Ms. McKeen, can  10:38:58
24   you see it?                                10:39:00
25            MS. McKEEN:  I can.  Thank you.   10:39:01
```

### 276

```
 1            MS. MILLER:  Okay.  So I'll put on 10:39:06
 2   the record, and maybe you can pull it up online 10:39:07
 3   for those who can't see it.  It's publicly  10:39:15
 4   available on the AAFAF website.  It is the  10:39:19
 5   Treasury Single Account Fiscal Year 2020 Cash 10:39:19
 6   Flow as of April 10, 2020.                 10:39:25
 7            It's for ease for people pulling  10:39:27
 8   it up, it's the most recent cash flow that was 10:39:29
 9   published, so it should be the first link.  10:39:31
10   BY MS. MILLER:                             10:39:31
11      Q.    Mr. Ahlberg, I think the question 10:39:33
12   that was pending was what are your review   10:39:35
13   responsibilities in connection with this    10:39:39
14   document?                                  10:39:39
15      A.    My review responsibilities with  10:39:43
16   respect to this document generally involve  10:39:52
17   making sure that the numbers in this document 10:39:57
18   agree to the numbers of the Department of   10:40:02
19   Treasury.                                  10:40:11
20      Q.    Okay.  And are there any numbers  10:40:11
21   in this document, specifically, when you say 10:40:13
22   "the numbers in this document," or generally 10:40:16
23   all of them?                               10:40:18
24      A.    Generally all of them.           10:40:19
25      Q.    Okay.  And what documents do you  10:40:22
```

### 277

```
 1   look at to confirm that they align with numbers 10:40:24
 2   in the Department of Treasury?             10:40:32
 3      A.    There's several -- several        10:40:39
 4   documents that go into this report.  Treasury 10:40:44
 5   has maintained an internal cash flow, internal 10:40:56
 6   daily cash flow.  That would be my main source 10:40:56
 7   of review with this report, ensuring that this 10:40:59
 8   report tied to the internal daily cash flow 10:41:03
 9   utilized by the Treasury team.             10:41:08
10      Q.    Does the internal daily cash flow 10:41:09
11   include Fund designation?                  10:41:12
12      A.    No.                               10:41:13
13      Q.    Okay.  Let me take a step back.   10:41:17
14            Can you generally describe what   10:41:19
15   this document is for me?                   10:41:21
16      A.    Generally this document will show 10:41:25
17   cash inflows and outflow from the TSA.     10:41:26
18      Q.    Okay.  And so this is explicitly  10:41:36
19   focused on moneys within the TSA; is that  10:41:47
20   right?                                     10:41:50
21      A.    Correct.  Moneys that flow in or  10:41:50
22   out of the TSA.                            10:41:55
23      Q.    Okay.  And if you look at page 8  10:41:56
24   of the document, if we could turn that so we 10:42:02
25   don't have to turn our heads.  There we go.  Is 10:42:16
```

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

15 (Pages 278 to 281)

---

**278**

1   this a page from within the report that you
2   recognize?
3       A.   Yes.
4       Q.   And what is this page?
5       A.   The TSA cash flow actual results
6   for the week ended April 10, 2020.
7       Q.   Okay.  And do you see that
8   within -- under State Collections, it was
9   General Fund Collections.  Do you see that?
10      A.   Yes.
11      Q.   And then it also lists non-General
12  Fund passthrough collections.  Do you see that?
13      A.   Yes, I see that.
14      Q.   How are non-General Fund
15  pass-through collections identified in the TSA?
16      A.   Could we please flip to page 10?
17  I just want to be sure that I have the right
18  line item.
19      Q.   I think you could actually control
20  the document if you want to.
21      A.   I cannot right now.  I think
22  somebody needs to give me that control.
23      Q.   We're on page 10.  We're going to
24  rotate it and then give you that control so
25  that you can look at whatever.

---

**279**

1       A.   Okay.  Just the (indiscernible).
2   That's right.
3            Could you repeat your question?
4       Q.   My question is:
5            How are non-General Fund
6   pass-through collections identified within the
7   TSA?
8       A.   Non-General Fund pass-through
9   collections are understood by concept at the
10  sweep account level and the detail by concept.
11  And by "concept," I mean by the lines that you
12  see under non-GF pass-throughs on this page.
13  That information by concept detail is obtained
14  from data from the sweep accounts.
15      Q.   Why is it broken out in a
16  reporting of cash within the TSA?
17      A.   This separates cash inflows.  It
18  does not opine on cash within the TSA.
19      Q.   Do you have an understanding of
20  what the term "pass-through" means?
21      A.   Pass-through means pass-through.
22      Q.   Is there any other way you could
23  describe it?
24      A.   Another way to describe the
25  general phrase "pass-through"?

---

**280**

1       Q.   As it's used on page 11 of this
2   document.
3       A.   As it's used on this page of the
4   document, first to non-General Fund collections
5   that either historically or currently pass
6   through the list.
7       Q.   And so you used the word
8   "pass-through" in your definition when I asked
9   you if there was another way to describe it.
10           And is that because "pass-through"
11  is sort of a self-explanatory, clear phrase in
12  your mind?
13           UNIDENTIFIED SPEAKER:  Objection.
14           THE WITNESS:  No.
15  BY MS. MILLER:
16      Q.   Okay.  So is there another way
17  that you can explain pass-through other than by
18  using the word "pass-through"?
19      A.   If you're just asking for the
20  general way for first pass-through without
21  saying "pass-through," that's a different
22  question than -- is -- is that your question?
23      Q.   That's my question, yes.
24      A.   Minimally, pass-through means what
25  it means.

---

**281**

1       Q.   Okay.  And then going back to
2   page 8, the next line is Other Special Revenue
3   Fund Collection.  Do you see that?
4       A.   Yes.
5       Q.   What are Other Special Revenue
6   Funds?
7       A.   Other Special Revenue Funds
8   Collections on this document refers to what is
9   referred to in Treasury as agency collections.
10      Q.   Okay.  And then going down, the
11  next section is Federal Fund Receipts.  Do you
12  see that?
13      A.   Yes, I see that.
14      Q.   And do you have an understanding
15  of what Federal Fund receipts are?
16      A.   Yes.
17      Q.   And what are they?
18      A.   In general, it is cash received
19  from federal government entities.
20      Q.   And are -- are federal funds so
21  designated within the TSA?
22           UNIDENTIFIED SPEAKER:  Objection.
23           THE WITNESS:  I'm -- I'm not sure
24  I understood the question.  Would you repeat
25  it?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

16 (Pages 282 to 285)

**282**

BY MS. MILLER:

Q.   Let me ask this:

Can the Commonwealth send funds, federal funds that it receives from Medicaid on anything other than Medicaid?

MS. McKEEN:  Objection, outside the scope.

You can answer if you know.

THE WITNESS:  Yeah.  I'm not an attorney.  I don't -- I don't know all the uses for Medicaid receipts.

BY MS. MILLER:

Q.   Okay.  So do you think it requires an attorney to know all the uses?

MS. McKEEN:  Objection, Atara.  You could use a better example.

BY MS. MILLER:

Q.   How do you -- how are federal funds identified to be listed in these separate buckets within this TSA cash flow report?

MS. MILLER:  Oh, I think we have to pause for a minute.  Oh, no --

THE REPORTER:  No, this is the court reporter.

MS. MILLER:  Are you -- is the

**283**

court reporter okay for us to proceed?  I believe the answer is yes.

THE REPORTER:  Yes, it's okay -- it's okay to proceed.  I'm back in.  Thank you.

MS. MILLER:  Thank you.

MR. NATBONY:  Just to let you know, this is Bill Natbony.  There is a large delay that at least I'm experiencing, something like five or six minutes in both the chat room and in the -- hearing the testimony.

MS. MILLER:  I wonder if now might be -- yeah, I also have a few seconds.  I'm wondering if now might be a good time to take a quick break and maybe let everybody log out and get back in.  Let's see if that helps.

THE REPORTER:  This is the court reporter -- this is the court reporter.  I know Henderson said that Live Litigation is monitoring, So I'll give them a quick call, if we want to take a break, and make -- have Live Litigation get involved immediately and see if they can straighten this out.

UNIDENTIFIED SPEAKER:  Yeah, I did log in and log out.  It did not help.

MS. MILLER:  Did not help.  Okay.

**284**

MS. McKEEN:  We're fine to go off the record as far as a break.  It's as good a time as any.

MS. MILLER:  Okay.  So let's go off the record.  Let's take a 5-minute break, back at 11 Central.

MS. McKEEN:  Atara --

THE VIDEOGRAPHER:  We are off the record at 10:54 a.m.

(Recess taken.)

THE VIDEOGRAPHER:  We are back on the record at 11:13a.m.

BY MS. MILLER:

Q.   So we were looking at Exhibit 20 before the break, and I was asking you about the federal funds receipt.  Do you recall that?

A.   Yes.

Q.   And my question is:

How are federal funds designated within the TSA?

A.   It requires a manual exercise performed by Treasury team daily to review the TSA operational account bank statements and identify transfers from known federal government entities and identifying those

**285**

transfers as such in their internal daily cash flow workbook that I referenced before.

Q.   Okay.  And is a particular Federal Fund identified within that internal daily workbook?

A.   No.

Q.   Okay.  So how are the Funds tracked once inside the TSA?

A.   The receipt of this cash is tracked, as I mentioned.

Q.   Is the outflow of those federal funds also tracked?

A.   Outflows of federal funds are tracked.

Q.   How are they tracked?

A.   Depends on the nature of the outflow.

Q.   Can you give me an example?

A.   For example, in outflow, for example, in line 18 on this report, where it says "Federal Fund," under Payroll and Related Costs, that would require synthesis of the biweekly payroll registers that we review in which there would be a Fund designation, a Fund-type designation.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

17 (Pages 286 to 289)

---

**286**

1  Q.   Are there other outflows that have
2  Fund-type designations?
3        MS. McKEEN:  Objection.
4        THE WITNESS:  Yes.
5  BY MS. MILLER:
6  Q.   What other outflows have Fund-type
7  designations?
8  A.   Cash outflows to suppliers, which
9  in this report would be captured in line 22
10  under Vendor Disbursements, Federal fund.
11  Q.   And are the outflows designated
12  with the same Fund identifier as the inflows?
13  A.   I don't know.  We have never done
14  that exercise.
15  Q.   When you say "we," who do you
16  mean?"
17  A.   Treasury.
18  Q.   What exercise are you referring to
19  that you've never -- that Treasury has never
20  done?
21  A.   I believe that was any kind of
22  matching federal fund inflows by Fund number on
23  Type 2 with their corresponding outflows, which
24  may appear throughout this document in various
25  line items.

---

**287**

1  Q.   My question is whether the
2  outflows are designated on the Commonwealth's
3  internal accounting documents with the same
4  Fund number as the corresponding inflow.
5  A.   And, again, matching specific
6  Fund, Fund ID numbers would not be an exercise
7  that would be required to put together this
8  report here.
9  Q.   I didn't ask about mapping, so I'm
10  going to ask my question for a third time, and
11  I'm going to ask you to listen to it carefully,
12  okay?  The question is quite narrow:
13        Are the outflows designated on the
14  Commonwealth's internal accounting documents
15  with the same Fund number as the corresponding
16  inflows for the federal fund example that you
17  provided?
18        MS. McKEEN:  Asked and answered,
19  objection.
20        THE WITNESS:  We were speaking
21  generally about line items.
22  BY MS. MILLER:
23  Q.   Was that an answer to my question?
24  A.   Yes.
25  Q.   I don't understand it.

---

**288**

1        So can you explain how that's
2  responsive to the question that I asked about
3  whether federal fund inflows and corresponding
4  outflows are designated on Commonwealth
5  accounting documents with the same Fund number?
6        MS. McKEEN:  Objection.
7        THE WITNESS:  Outflows on the TSA
8  that are identified as federal fund outflows
9  would be tagged with a Fund number that would
10  be the same universe of Fund numbers that would
11  be used within the accounting system to record
12  federal fund revenue.
13  BY MS. MILLER:
14  Q.   What do you mean by "the same
15  universe"?
16  A.   Same list of Fund numbers.
17  Q.   Do you know whether that's true
18  for Fund 278 revenues?
19  A.   Do I know whether what is true for
20  Fund 278 revenues?
21  Q.   Whether outflows of
22  Fund 278 revenues are similarly tagged with
23  Fund 278.
24        UNIDENTIFIED SPEAKER:  Objection.
25        THE WITNESS:  I believe we looked

---

**289**

1  at vouchers together on Tuesday of transfers
2  from the TSA to HTA in which Fund Number 278
3  was included in those vouchers.
4  BY MS. MILLER:
5  Q.   So Fund 278 is designated on both
6  inflows and outflows from the TSA with respect
7  to revenues therein, correct?
8        MS. McKEEN:  Objection.
9        THE WITNESS:  No, the outflows
10  would show Fund 278 as being the source of
11  those -- source revenues for a transfer or
12  outflow.
13  BY MS. MILLER:
14  Q.   So outflows of Fund 278 revenues
15  would identify Fund 278 as the source of the
16  revenue for that outflow; is that correct?
17  A.   I don't know if that's correct the
18  way you phrased the question, but outflows to
19  HTA that were -- that the funding source was
20  revenue earned under 278, that transfer would
21  show that the revenue source for that transfer
22  was Fund 278 revenue.
23  Q.   Okay.  I think we can put this
24  exhibit to the side.
25        I'm going to turn now,

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                              April 23, 2020

18 (Pages 290 to 293)

## 290

1    Mr. Ahlberg, to asking you some questions about
2    PRIFA, okay?
3    A.    Okay.
4    Q.    Just before I do that, one last
5    question.
6    What about outflows of revenues
7    from Fund 278 to a source other than HTA, would
8    they also be tagged with Fund 278 as
9    the -- sorry -- would they also identify
10    Fund 278 as the source of the revenue?
11    A.    Could you repeat the question all
12    together, not broken up?
13    Q.    Sure.  If there were outflows to
14    an entity other than HTA that the funding
15    source was revenue earned under 278, would that
16    transfer also show the revenue source for the
17    transfer of Fund 278?
18    A.    I'm not certain how to answer that
19    hypothetical question, but I've seen no
20    outflows to other entities other than HTA that
21    identified the revenue source of Fund 278.
22    Q.    Okay.  So you're not certain
23    whether they exist or not?
24    A.    Whether what exists or not?
25    Q.    Whether there are, in fact,

## 291

1    transfers to entities other than HTA that
2    identify a revenue source for Fund 278.
3    A.    I've seen no evidence of any
4    transfers to entities that would have used Fund
5    source 278 as the revenue source for that
6    transfer.
7    Q.    When I say "PRIFA," you understand
8    that I'm referring to the Puerto Rico
9    Infrastructure Financing Authority, correct?
10    A.    Yeah.
11    Q.    And you're here testifying as a
12    representative of PRIFA, correct?
13    A.    Yes.
14    Q.    Okay.  And I think you -- let me
15    ask:
16    In connection with the work that
17    you do, other than this deposition for the
18    Commonwealth, do you have any responsibilities
19    that relate to PRIFA?
20    A.    No.
21    Q.    You mentioned yesterday that you
22    spoke to someone named Sylvia in connection
23    with preparing for your deposition today
24    related to PRIFA; is that correct?
25    A.    Yes.

## 292

1    Q.    And were you referring to Sylvia
2    Lopez Jorge?
3    A.    I think that's her full name.
4    Q.    Do you know what her position is?
5    Let me ask.  Is she employed at PRIFA?
6    A.    Yes.
7    Q.    Do you know what her position is
8    at PRIFA?
9    A.    I don't know what her exact title
10    is, but I know that she's a manager over a lot
11    of PRIFA.
12    Q.    Okay.  Do you know whether she's
13    an accountant?
14    A.    I know that generally she's a
15    manager in the finance and accounting
16    department.  I don't know her exact title or
17    the way that she exactly considers her
18    professional occupation.
19    Q.    Okay.  She's in the finance and
20    accounting department; is that right?
21    A.    Yes.
22    Q.    Okay.  Do you know if she's a CPA?
23    A.    I'm not -- I don't know if she's a
24    CPA or not.
25    Q.    Okay.  And have you spoken to her

## 293

1    other than in preparation -- have you ever
2    spoken to her other than in preparation for
3    your deposition?
4    A.    No.
5    Q.    And what did you talk to her
6    about?
7    A.    I would -- we talked about
8    anything that would help put together the Flow
9    of Funds presentation that was provided to you
10    guys in order to understand Flow of Funds
11    during the relevant time period.
12    Q.    And did you call her with specific
13    questions?
14    A.    When we spoke, sometimes I would
15    have questions to ask her.
16    Q.    How many times did you speak to
17    her?
18    A.    I can't recall the exact amount of
19    times that I spoke with her.  I would estimate
20    about two to three times per week for two to
21    three weeks.
22    Q.    Okay.  Did she provide you with
23    documents that helped you in preparing the Flow
24    of Funds?
25    A.    Yes.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

294

```
 1   Q.    And did you prepare the initial      11:29:56
 2  Flow of Funds or did somebody else do it?   11:30:00
 3   A.    It was a collaborative effort.       11:30:04
 4   Q.    And who were you collaborating       11:30:07
 5  with?                                       11:30:10
 6   A.    Me, Sylvia, I mentioned, and then    11:30:11
 7  Treasury Department, Jeira Belén plus Hector 11:30:16
 8  Gomez.                                      11:30:26
 9   Q.    Anybody else?                        11:30:26
10   A.    Not that I can recall               11:30:29
11  specifically.                              11:30:32
12   Q.    Were there any lawyers involved in  11:30:32
13  that?                                      11:30:34
14   A.    Yes.                                11:30:34
15   Q.    And which lawyers?                  11:30:36
16   A.    Attorneys representing O'Melveny &  11:30:44
17  Myers, Marini, AAFAF or Proskauer.         11:30:49
18   Q.    Okay.  I missed what you said       11:30:57
19  before Proskauer.                          11:30:59
20   A.    Marini I think is the name of the   11:31:00
21  law firm.                                  11:31:04
22   Q.    So you mentioned O'Melveny, Marini  11:31:04
23  and Proskauer; is that right?              11:31:09
24   A.    Yes.                                11:31:13
25   Q.    Okay.  Have you reviewed any of     11:31:13
```

295

```
 1  the legal briefs that were submitted to the 11:31:22
 2  Court in connection with this litigation?   11:31:24
 3   A.    I have seen some of that            11:31:33
 4  information.                               11:31:36
 5   Q.    Okay.  And what do you recall       11:31:37
 6  seeing?                                    11:31:39
 7   A.    I don't recall specific --          11:31:44
 8  specific documents.                        11:31:46
 9   Q.    Do you remember seeing any          11:31:49
10  oversight for briefs in opposition to the  11:31:52
11  motion?                                    11:31:55
12   A.    I think so, but without the        11:32:03
13  document in front of me, it's hard to recall. 11:32:04
14   Q.    Okay.  Do you know if you read it?  11:32:07
15   A.    Without the document in front of   11:32:17
16  me, it's hard to recall.                   11:32:17
17   Q.    Did you read any legal briefs that 11:32:19
18  were submitted to the Court in connection with 11:32:21
19  this litigation?                           11:32:25
20   A.    I've seen hundreds of documents.   11:32:28
21  I just can't recall the specific documents that 11:32:31
22  I reviewed.                                11:32:34
23   Q.    Could that be if you've read any   11:32:35
24  legal briefs -- you don't remember one way or 11:32:39
25  another if you've read any legal briefs that 11:32:43
```

296

```
 1  identified what the key issues in this     11:32:43
 2  litigation are?                            11:32:46
 3        MS. McKEEN:  Asked and answered.    11:32:47
 4        MS. MILLER:  Well, I got the stock  11:32:49
 5  answer that "I reviewed hundreds of documents." 11:32:50
 6  That's not an answer.  The answer is yes or no 11:32:52
 7  to "Did you review it?"                    11:32:55
 8        MS. McKEEN:  Let's be clear.  He    11:32:56
 9  told you he didn't remember.  If you want to 11:32:56
10  ask him ten different ways, I don't know why 11:33:00
11  you're expecting a different answer.  If you 11:33:03
12  want to keep going, you can, but it's a waste 11:33:05
13  of time.  He told you he did not remember.  11:33:07
14  It's not a stock answer if he does not remember 11:33:11
15  something, Atara.                          11:33:13
16        MS. MILLER:  I have a feeling      11:33:16
17  somebody suggested to him that anytime someone 11:33:17
18  asks about a document he testifies that he's 11:33:18
19  reviewed hundreds of documents and can't   11:33:20
20  possibly remember the single document I'm  11:33:22
21  asking about.                              11:33:24
22  BY MS. MILLER:                             11:33:24
23   Q.    Mr. Ahlberg, did you review legal  11:33:25
24  briefs submitted in this litigation?       11:33:29
25        MS. McKEEN:  Stop.  I'm going --    11:33:30
```

297

```
 1        MS. MILLER:  You're not            11:33:32
 2  interrupting me.  There's a question pending. 11:33:35
 3  The witness is going to answer the question. 11:33:38
 4  If you have an objection, you can state    11:33:38
 5  "objection" without speaking.              11:33:40
 6        MS. McKEEN:  Atara, respectfully,  11:33:41
 7  I'm going to say what I am going to say, and 11:33:45
 8  you can't stop me.  I don't --            11:33:47
 9        MS. MILLER:  No.  There are rules  11:33:48
10  that govern it.  You can't just put speaking 11:33:50
11  objections on the record.  This is my      11:33:52
12  deposition, not yours.  You can defend, you can 11:33:54
13  say "objection."  I'm not telling you put a 11:33:57
14  speech on the record right now.            11:33:59
15        MS. McKEEN:  I'm responding to     11:34:02
16  your suggestion that the witness was coached to 11:34:02
17  say that I don't appreciate it, and I would 11:34:04
18  appreciate it if you would conduct yourself in 11:34:06
19  a more courteous and professional manner, both 11:34:08
20  to me and to the witness, who's given you a lot 11:34:12
21  of his time.                               11:34:14
22        So if you would like to ask him    11:34:14
23  yet a fourth time if he recalls reading briefs, 11:34:14
24  you can.  I object to that.  Go ahead.     11:34:18
25
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

20 (Pages 298 to 301)

**298**

BY MS. MILLER:

Q.    Mr. Ahlberg, do you recall reading any of the legal briefs in connection with this matter?

A.    I have read various legal briefs. I can't recall specifically which ones without having the documents in front of me.

Q.    Okay.  Thank you.

MS. MILLER:  I'd like to mark as an exhibit tab 1102.

(Monolines Exhibit 21 is introduced for the record.)

BY MS. MILLER:

Q.    Mr. Ahlberg, did you review the PRIFA Enabling Act in connection with your testimony today?

A.    I did not review the PRIFA Enabling Act.

Q.    All right.  Do you have a general understanding of the requirements under the PRIFA Enabling Act to deposit certain moneys into particular accounts?

MS. McKEEN:  Objection.

THE WITNESS:  I am aware that the PRIFA Enabling Act has certain information

**299**

about moneys in accounts, as you mentioned.

BY MS. MILLER:

Q.    Okay.  I'd like to turn to Section 1914, if we could.

Let me ask you while we are getting to it, because it's about 25 pages in, so it might take a while.  We're going page by page here.

Do you have an understanding of what a special deposit is as used by the Commonwealth?

A.    As used by the Commonwealth in what context?

Q.    Well, now you have Section 1914 up in front of you, and it's titled Special Deposit, and my question is if you have an understanding within the Commonwealth, accounting or otherwise, what a special deposit means.

A.    I'm not familiar with the term "special deposit."

Q.    Okay.  Have you ever heard it?

A.    I may have heard the term before.

Q.    Okay.  Okay.  So this provision requires that -- I'm reading about the second

**300**

line.

...the first proceeds of the federal excise taxes remitted to the Department of Treasury on Puerto Rico in each fiscal year...

Do you see that?

A.    Yes, I see that.

Q.    Okay.  And then if you go down to about halfway through the paragraph, as it goes through various years which are well behind us, so I'm going to skip them.

So in the case of fiscal year 2006 to '7 to 2008 and '9, and at subsequent years until fiscal year 2056 to '57, the participation shall be for an amount of up to $117 million, which when received by the Department of Treasury of Puerto Rico, shall be covered into a Special Fund to be maintained by or on behalf of the authority designated as the Puerto Rico Infrastructure Fund.

Do you see that?

A.    Yes, I see that.

Q.    Okay.  Do you have an understanding of what Special Fund, capital S, capital F, means in the Commonwealth?

**301**

MS. McKEEN:  Objection.

THE WITNESS:  I'm not certain what Special Fund means in the context of this page here.  It looks like a definition that we can refer to within the document.

BY MS. MILLER:

Q.    Not elsewhere defined in the document, but let me ask you, have you ever heard of that term, Special Fund, being used anywhere in Commonwealth accounting?

A.    I have heard people use the term "Special Fund," but depending on the context, people could have been referring to different things.

Q.    Okay.  And what have you -- what are some of the things that you think it could have been referring to?

A.    That's -- I'm not sure I have a clear understanding from the document.

Q.    Okay.  Do you know whether special -- I'm sorry.

Going back to special deposit, do you know whether special deposit is defined in the Commonwealth financial statement of the Special Fund?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

21 (Pages 302 to 305)

---

302

```
1        A.   I do not know off the top of my          11:40:11
2   head if that's how the financial statements        11:40:15
3   define that term.                                  11:40:16
4        Q.   Okay.  What does "Fund" mean             11:40:17
5   within the Commonwealth financial statement?       11:40:27
6        MS. McKEEN:  Objection.                        11:40:30
7        THE WITNESS:  Not being a CPA, I              11:40:35
8   am not certain.  Depends on where in the           11:40:37
9   financial statements...                            11:40:39
10  BY MS. MILLER:                                     11:40:39
11       Q.   Okay.  Can you give me one example       11:40:43
12  of what it might mean?                             11:40:52
13       MS. McKEEN:  Objection.                        11:41:00
14       THE WITNESS:  One example of what            11:41:11
15  might mean?                                        11:41:13
16  BY MS. MILLER:                                     11:41:14
17       Q.   Of what "Fund" means in the              11:41:14
18  financial statement.  You said it depends on      11:41:17
19  where -- where it is in the financial              11:41:19
20  statements.                                        11:41:19
21       I'm asking you for one option                 11:41:20
22  based on anything you can think of, and I think    11:41:22
23  you should go back to the financial statements,    11:41:24
24  if you want to pull them up and go through         11:41:27
25  them.                                              11:41:29
```

---

304

```
1        Q.   Got it.  Okay.                           11:43:47
2        So we'll pull up Monolines                    11:43:49
3   Exhibit 19A and look at page 40.                   11:43:53
4        Okay.  So you now have page 40 of            11:43:59
5   this Monolines Exhibit 19A in front of you.        11:43:41
6        Looking at this document, can you             11:43:36
7   tell me what "Fund" means as used within the       11:43:36
8   Commonwealth accounting?                           11:43:52
9        MS. McKEEN:  Objection.                        11:43:57
10       THE WITNESS:  Not being a CPA, I'm           11:44:00
11  uncertain exactly how "Funds" is used within       11:44:01
12  the Commonwealth accounting (indiscernible)        11:44:03
13  operate chk give you an example of use of the      11:44:09
14  term "Fund," which was the goal of pointing me     11:44:09
15  to this page.                                      11:44:13
16  BY MS. MILLER:                                     11:44:27
17       Q.   Okay.  And you don't know what it        11:44:27
18  means when on this page it uses the term           11:44:28
19  "Fund."  You were just saying it's your --         11:44:31
20  makes sense where the Commonwealth uses the        11:44:35
21  word "Fund" in its accounting statements?          11:44:35
22       UNIDENTIFIED SPEAKER:  Objection.             11:44:46
23  Yes, since that was in direct response to the
24  question that you asked.                           11:44:56
```

---

303

```
1        MS. McKEEN:  Objection.                        11:41:25
2        THE WITNESS:  I believe page 40 of           11:41:44
3   the financial statements has the word "Fund" on    11:41:46
4   it.                                                11:41:47
5   BY MS. MILLER:                                     11:41:47
6        Q.   Okay.  And my question is:               11:41:48
7        What does it mean when it's used             11:41:48
8   in the financial statements?                       11:41:53
9        MS. McKEEN:  Can you please click            11:41:56
10  the exhibit button so we can all see what          11:41:59
11  you're looking at?                                 11:42:01
12       THE WITNESS:  I'm looking at                 11:42:02
13  what's been put in front of me.                    11:42:03
14       MS. McKEEN:  Atara, if you'd like           11:42:15
15  the witness to look at page 40 of the financial    11:42:17
16  statements, you can put it in front of him.        11:42:18
17  BY MS. MILLER:                                     11:42:18
18       Q.   Are you saying that you just think       11:42:20
19  page 40 off the top of your head?  You happen      11:42:24
20  to remember that page 40 of the financial          11:42:26
21  statements refers to Fund?                         11:42:32
22       A.   If I recall that from the top of         11:42:37
23  my head, having used the table of contents of      11:42:43
24  that document together, and seeing page 40 next    11:42:43
25  to the line that we discussed together.            11:42:46
```

---

305

```
1   BY MS. MILLER:                                     11:44:48
2        Q.   And because you are not a CPA, you      11:44:49
3   can't tell me what the word "Fund" as used on      11:45:05
4   this page or anywhere else in the audited          11:45:10
5   financials means; is that right?                   11:45:11
6        MS. McKEEN:  Objection.                        11:45:14
7        THE WITNESS:  I don't know one way           11:45:14
8   or the other how the authors of this document      11:45:14
9   are using the term "Fund."                         11:45:17
10  BY MS. MILLER:                                     11:45:22
11       Q.   Well, this isn't meant to be a           11:45:22
12  super secret document, right?  It's meant for      11:45:25
13  public consumption, isn't it?                      11:45:30
14       MS. McKEEN:  Objection.                        11:45:30
15       THE WITNESS:  The audited                    11:45:31
16  financial statements are made public.              11:45:34
17  BY MS. MILLER:                                     11:45:34
18       Q.   Do you have an understanding of         11:45:35
19  how the public would expect -- as a member of      11:45:36
20  the public, how the public would expect the        11:45:40
21  word "Fund" to be used in the context of           11:45:42
22  Puerto Rico government financial statements?       11:45:49
23       UNIDENTIFIED SPEAKER:  Objection.             11:45:52
24       THE WITNESS:  I can't speculate on           11:45:53
25  how the public would interpret the use of the
```

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

22 (Pages 306 to 309)

---

### 306

```
1    word "Fund."                                    11:43:57
2    BY MS. MILLER:                                   11:45:57
3        Q.    What about how you would interpret    11:45:57
4    the use of the word "Fund"?                      11:45:59
5            MS. McKEEN: Objection.                   11:46:03
6            THE WITNESS: The way that I think        11:46:11
7    about the use of the word "Fund" are Fund        11:46:13
8    numbers within the PRIFA system.                 11:46:16
9    BY MS. MILLER:                                   11:46:16
10       Q.    Looking -- while we have this          11:46:20
11   document up, I know I asked you about it. Once   11:46:23
12   we have it, if we can turn to page 161, 162 of   11:46:25
13   the PDF. It's not the page that I wanted. So     11:46:29
14   I'll have to come back to it. Okay. I'll come    11:46:56
15   back to it with a question if I need to.         11:47:01
16           MS. McKEEN: Atara, I think you           11:47:11
17   have page 151 up.                                11:47:12
18           THE REPORTER: Ms. McKeen, this is
19   the court reporter -- I'm sorry. This is the
20   court reporter. Can you just move your phone a
21   little bit closer to you?
22           MS. McKEEN: Is that better?
23           THE REPORTER: Yes. Thank you.            11:47:51
24   BY MS. MILLER:                                   11:47:51
25       Q.    Okay. I want to turn back to tab       11:47:52
```

---

### 307

```
1    1102. Okay.                                      11:47:59
2            Okay. So, sorry, the page that          11:48:11
3    I'm looking for is actually the second half, so 11:49:15
4    we're going to just have to load 19B. So give   11:48:21
5    me one second.                                   11:49:29
6            MS. MILLER: Kevin, could you go          11:49:39
7    to 357, please, back a couple pages? Thank      11:49:40
8    you. Okay. Here we go.                           11:49:44
9    BY MS. MILLER:                                   11:49:44
10       Q.    And do you see -- so we are still      11:49:46
11   in the audited financials for the year ended    11:49:50
12   June 30, 2016.                                   11:49:54
13           Do you see that?                         11:49:55
14       A.    Yes, I see it.                         11:49:58
15       Q.    And there's a section designated      11:50:01
16   Special Deposits.                                11:50:05
17           Do you see that?                         11:50:08
18       A.    I see that.                            11:50:09
19       Q.    And you can just read how the         11:50:10
20   Commonwealth defines Special Deposits in its    11:50:12
21   financial reports?                               11:50:16
22       A.    Sure. Special Deposits: This          11:50:20
23   Fund acts as a fiduciary -- sorry.              11:50:24
24           This Fund acts in a fiduciary          11:50:28
25   capacity in order to account for moneys         11:50:31
```

---

### 308

```
1    received for the specified purposes for which   11:55:32
2    the law does not specify its recording in any   11:50:35
3    other Fund. It mainly includes -- it mainly     11:50:39
4    includes deposits under the custody of the      11:50:42
5    Courts of Justice for alimony payments,         11:50:44
6    escrows, revenue collections and agency         11:50:47
7    accounts for which the Commonwealth act in an   11:50:50
8    agent's capacity.                                11:50:56
9        Q.    Okay. Have you spoken to anybody      11:50:57
10   at Treasury about Special Deposits?             11:51:05
11       A.    No.                                    11:51:13
12       Q.    Have you had any conversations        11:51:14
13   with anyone at PRIFA about the Special Deposits 11:51:17
14   established under the Enabling Act?             11:51:27
15       A.    We did not have particular            11:51:31
16   conversations about Special Deposits.           11:51:34
17           MS. MILLER: Okay. Can we turn           11:51:37
18   back to tab 1102, Kevin, please?               11:51:42
19   BY MS. MILLER:                                   11:51:42
20       Q.    So we have back in front of us        11:51:45
21   Exhibit -- Monolines Exhibit 21, and we are     11:51:57
22   looking, again, at Section 1914. And I just     11:52:10
23   want to draw your attention to the bottom of    11:52:13
24   the middle portion of that paragraph where it   11:52:53
25   says the -- shall be covered into -- that the   11:52:55
```

---

### 309

```
1    moneys shall be covered into a Special Fund to  11:52:57
2    be maintained by or on behalf of the authority  11:52:30
3    designated as the Puerto Rico Infrastructure    11:52:43
4    Fund.                                            11:52:37
5            Do you see that?                         11:52:57
6        A.    Yes, I see that.                       11:52:42
7        Q.    And is the Puerto Rico               11:52:42
8    Infrastructure Fund something that you have     11:52:47
9    ever come across in the accounting material of  11:52:49
10   the Commonwealth?                               11:52:59
11       A.    The concept of the Puerto Rico        11:53:03
12   Infrastructure Fund is something I discussed    11:53:06
13   with PRIFA. Is that the question?              11:53:10
14       Q.    That was the question.                11:53:10
15           And what did you speak to PRIFA         11:53:32
16   about?                                           11:53:34
17       A.    We specifically inquired as to the   11:53:34
18   existence of an Infrastructure Fund account.   11:53:35
19       Q.    And what did PRIFA tell you?          11:53:40
20       A.    That there's no specific bank        11:53:51
21   account that is designated or known as the     11:53:57
22   Infrastructure Fund.                            11:54:00
23       Q.    Okay. Did you ask whether --         11:54:03
24   other than a specific bank account whether     11:54:05
25   there is a Fund, as that term is used in the   11:54:07
```

**310**

```
 1    Commonwealth accounting, designated the        11:54:09
 2    Puerto Rico Infrastructure Fund?               11:54:11
 3        A.   Yes.                                   11:54:17
 4        Q.   And what was the answer?              11:54:19
 5        A.   That, again, there's no -- there's    11:54:24
 6    no Fund that is the Puerto Rico Infrastructure 11:54:27
 7    Fund.                                           11:54:33
 8        THE REPORTER:  I'm sorry.  Can you          11:54:35
 9    repeat the back half of the answer, please?    11:54:36
10        THE WITNESS:  There is no account           11:54:36
11    number or Fund identified as the Puerto Rico   11:54:40
12    Infrastructure Fund.                            11:54:44
13    BY MS. MILLER:                                  11:54:44
14        Q.   When you say "account number," you    11:54:51
15    mean bank account number?                       11:54:54
16        A.   Correct.                               11:54:53
17        Q.   Did you speak to anybody at the        11:54:53
18    Puerto Rico Department of Treasury regarding   11:54:01
19    whether or not there was a Puerto Rico         11:55:03
20    Infrastructure Fund?                            11:55:04
21        A.   Yes.                                   11:55:05
22        Q.   And who did you speak to?             11:55:09
23        A.   I can recall discussions with          11:55:15
24    Jeira Belén and Hector Gomez.                   11:55:21
25        Q.   And what did they tell you about       11:55:25
```

**311**

```
 1    that?                                           11:55:29
 2        A.   That they did not understand the       11:55:29
 3    Puerto Rico Infrastructure Fund as being a     11:55:31
 4    specific or -- a specific bank account or Fund. 11:55:36
 5        Q.   Well, do you have an understanding     11:55:41
 6    under the statute, based on what we just read  11:55:43
 7    in Monolines Exhibit 21, about what the        11:55:47
 8    Puerto Rico Infrastructure Fund -- what moneys 11:55:50
 9    were supposed to be deposited into the          11:55:52
10    Puerto Rico Infrastructure Fund?                11:55:55
11        MS. McKEEN:  I'll object to the             11:56:00
12    extent it calls for any legal testimony, but if 11:56:03
13    the witness has a lay understanding, he can     11:56:04
14    answer.                                         11:56:09
15        THE WITNESS:  Could you repeat the          11:56:16
16    question?                                       11:56:17
17    BY MS. MILLER:                                  11:56:17
18        Q.   Do you have an understanding of        11:56:18
19    what moneys under Section 1914 of Exhibit 21   11:56:19
20    were supposed to flow into the Puerto Rico     11:56:24
21    Infrastructure Fund?                            11:56:29
22        MS. McKEEN:  Same objections.               11:56:33
23        THE WITNESS:  I understand that             11:56:36
24    this document specifies up to $117 million.    11:56:36
```

**312**

```
 1    BY MS. MILLER:                                  11:56:36
 2        Q.   Of what?                               11:56:47
 3        A.   Of rum taxes.                          11:57:03
 4        Q.   And you testified, I think, that       11:57:03
 5    over a matter -- course of a few weeks, you put 11:57:06
 6    together a Flow of Funds for PRIFA among other 11:57:09
 7    instrumentalities, right?                       11:57:13
 8        A.   Yes.                                   11:57:14
 9        Q.   And were these the Funds that you      11:57:15
10    were tracking in the Flow of Funds?             11:57:16
11        UNIDENTIFIED SPEAKER:  Note my              11:57:25
12    objection, please.                              11:57:30
13        THE WITNESS:  The Flow of Funds,            11:57:35
14    those are the Flow of Funds for $117 million in 11:57:39
15    each fiscal year.                               11:57:46
16    BY MS. MILLER:                                  11:57:46
17        Q.   Not just any $117 million, right?      11:57:59
18        A.   Not just any $117 million;             11:58:04
19    correct.                                        11:58:11
20        Q.   Mr. Ahlberg, what moneys are the       11:58:11
21    PRIFA Flow of Funds that you prepared tracking? 11:58:13
22        A.   We generally track the first           11:58:22
23    $117 million of rum tax proceeds.               11:58:20
24        Q.   Okay.  And those are the moneys        11:58:23
25    that Section 1914 indicated were to be          11:59:34
```

**313**

```
 1    deposited in a Special Fund called the          11:59:28
 2    Puerto Rico Infrastructure Fund, right?        11:59:41
 3        MS. McKEEN:  Objection.                     11:59:45
 4        THE WITNESS:  That is what this             11:59:46
 5    Section 1914 says.                              11:58:47
 6    BY MS. MILLER:                                  11:59:47
 7        Q.   Okay.  And that's why you included     11:59:49
 8    them in the Flow of Funds because that's the    11:59:50
 9    money that's in dispute in this litigation,     11:59:53
10    right?                                          11:59:55
11        A.   I don't know if that's the             11:59:04
12    specific reason why we entered the Flow of     11:59:05
13    Funds as 117 million.                           11:59:09
14        Q.   And not just any 117 million of       11:59:13
15    rum taxes, the first 117 million of rum taxes, 11:59:18
16    right, that you were tracking?                  11:59:20
17        A.   The first $117 million of rum          11:59:22
18    taxes in a given fiscal year, yes.             11:59:24
19        Q.   Mr. Ahlberg, did you review any of     11:59:34
20    the Commonwealth financial documents to see if 11:59:36
21    there was any discussion of a Puerto Rico      11:59:41
22    Infrastructure Fund?                            11:59:52
23        A.   I did not specifically review any      11:59:55
24    one particular document in search for the       12:00:00
25    phrase "Puerto Rico Infrastructure Fund."      12:00:03
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

24 (Pages 314 to 317)

---

**314**

1  Q. Did you look at whether the
2  Puerto Rico Infrastructure Fund was identified
3  as a Fund in the Commonwealth's audited
4  financial statements?
5  A. I can't recall off the top of my
6  head if that's something that's included in the
7  financial statements or not.
8  Q. I'm asking you if you look.
9  A. I did not look through the
10  financial statements for that specific phrase.
11  Q. Okay. Did you look through the
12  financial statements generally for the concept
13  of a Fund established to hold the first
14  $117 million of rum excise taxes?
15  A. No.
16  Q. All right. Other than speaking to
17  Sylvia and two people at Treasury, did you do
18  anything else to determine whether or not the
19  Commonwealth in fact has a Fund called the
20  Puerto Rico Infrastructure Fund or another Fund
21  designated for the deposit of the first
22  $117 million of rum excise tax?
23  A. Outside of the conversations with
24  the individuals that I mentioned and -- no.
25  Q. Okay. So you did not look at any

---

**315**

1  documents to independently verify that, did
2  you?
3  MS. McKEEN: Objection.
4  THE WITNESS: No, but I did look
5  at enough documents to satisfy myself that the
6  Flow of Funds presentation put together was
7  accurate.
8  BY MS. MILLER:
9  Q. Okay. And counsel represented to
10  us that at least since 2014, there has been no
11  Fund identified as the Puerto Rico
12  Infrastructure Funds. Do you understand that?
13  Sorry. Do you agree with that
14  representation?
15  A. Yes.
16  Q. Okay. And you believe that to be
17  true, don't you?
18  A. I guess.
19  Q. So that's a yes?
20  A. Yes.
21  Q. Okay.
22
23
24
25

---

**316**

1  MS. MILLER: Kevin, I hate to do
2  this to you, but I'd like to go back to the
3  audited financial statements, please, and I'd
4  like to go to page 347. So it will be at 19B.
5  BY MS. MILLER:
6  Q. Okay. So here we are. Look at
7  number 2.
8  Do you see that it's called
9  Puerto Rico Infrastructure Financing
10  Authority's Special Revenue Fund? Do you see
11  that?
12  A. I see that, yes.
13  Q. Okay. And can you just read the
14  first sentence to me?
15  A. The Special Revenue Fund of the
16  Puerto Rico Infrastructure Financing Authority,
17  a blended component unit, is used to account
18  principally for the moneys received by the
19  Commonwealth up to $117 million of certain
20  federal excise taxes levied on rum and other
21  articles produced in Puerto Rico and sold in
22  the United States which are collected by the
23  U.S. Treasury and returned to the Commonwealth.
24  Q. Did you have any discussions with
25  anybody at Treasury about what this Special

---

**317**

1  Revenue Fund is?
2  A. No.
3  Q. Would you have liked to have known
4  about that representation in the financial
5  statements when you were having discussions
6  about the Puerto Rico Infrastructure Fund?
7  UNIDENTIFIED SPEAKER: Objection.
8  THE WITNESS: I can't say whether
9  it would have impacted our conversations one
10  way or the other.
11  BY MS. MILLER:
12  Q. Okay. But would you have liked to
13  have at least known about it so you could ask?
14  MS. McKEEN: Objection.
15  THE WITNESS: I can't say one way
16  or the other.
17  MS. MILLER: I'd like to mark as
18  an exhibit tab 1107, Monolines Exhibit 22.
19  (Monolines Exhibit 22 is
20  introduced for the record.)
21  BY MS. MILLER:
22  Q. Okay. Mr. Ahlberg, you have in
23  front of you a document that was marked
24  Exhibit 22. If we go to the second page of the
25  exhibit, you'll see that it is the trust

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

25 (Pages 318 to 321)

---

**318**

1  agreement related to the Puerto Rico
2  Infrastructure Financing Authority to Citibank,
3  N.A?
4       Do you see that?
5  A.   I see that.
6  Q.   Is this a document that you've
7  seen before?
8  A.   I don't recall specifically
9  reviewing this particular document.
10 Q.   Are you generally familiar with
11 the various accounts that were supposed to be
12 set up under both the Enabling Act and the
13 trust agreement for -- sorry -- through which
14 the first $117 million of rum taxes were
15 supposed to flow?
16      MS. McKEEN:  Objection.
17      THE WITNESS:  I'm not an attorney.
18 I'm not specific of what those -- our trust
19 agreement requires in terms of bank accounts or
20 not.
21 BY MS. MILLER:
22 Q.   I'm not asking what was required.
23 I am just asking do you structurally understand
24 the Funds or account that the first
25 $117 million of Puerto Rico -- sorry -- of rum

---

**319**

1  excise taxes were supposed to flow through?
2  A.   I understand how the Funds did
3  flow.  I'm happy to answer any questions about
4  factual information that actually did happen
5  with respect to the Flow of Funds.
6  Q.   Okay.  Are you familiar with a
7  Fund called the Sinking Fund?
8  A.   Can you be more specific?
9  Q.   Yeah, we can turn to page 34 of
10 the document, which is Article IV, Section 401
11 of the trust agreement.
12      Actually, let me ask you one other
13 thing before we get there.  We spoke yesterday
14 or Tuesday and then this morning about how the
15 TSA or the operational account of the
16 Commonwealth has within it revenues from
17 multiple Funds, correct?
18 A.   It has within it cash receipts
19 from revenue recorded.
20 Q.   From multiple Funds, right?
21 A.   What?
22 Q.   Obviously had cash receipts from
23 revenue recorded.  My point was did it have
24 cash receipts from revenue recorded in multiple
25 different Funds?

---

**320**

1       MS. McKEEN:  Objection.
2       THE WITNESS:  Cash is comingled in
3  the TSA account, if that's your question.
4  BY MS. MILLER:
5  Q.   No.  My question is that you can
6  have General Fund money in an account and you
7  can have Fund 278 money in the account and you
8  can have federal fund money in the account, but
9  there is cash within a single account but the
10 cash is coming from various different Funds,
11 correct?
12      MS. McKEEN:  Objection.
13      THE WITNESS:  The source of the
14 cash that ends up in the TSA are
15 different -- different revenue types, different
16 Fund types.
17 BY MS. MILLER:
18 Q.   They're allocated on the
19 Commonwealth's internal accounting document to
20 different Funds, right?
21 A.   The revenues are tagged with Fund
22 number identifiers when revenue is recorded.
23 Q.   Okay.  And a single Fund can also
24 have multiple bank accounts associated with it,
25 right?

---

**321**

1       MS. McKEEN:  Objection.
2       UNIDENTIFIED SPEAKER:  Objection.
3       THE WITNESS:  I'm not certain what
4  you mean.
5       MS. MILLER:  I don't understand
6  the objection.
7  BY MS. MILLER:
8  Q.   The General Fund -- does the
9  General Fund have multiple bank accounts?
10 A.   I don't think about Funds having
11 bank accounts.
12 Q.   Why not?
13 A.   Because Fund numbers are used to
14 record earned revenue and -- and don't -- don't
15 have anything to do with a cash balance, a
16 discrete cash balance in the TSA.
17 Q.   Okay.  Well, can the General Fund
18 have separate accounting accounts, not bank
19 accounts, but just accounts that are used for
20 accounting purposes, internal Commonwealth
21 account numbers?
22      MS. McKEEN:  Object to the form.
23      THE WITNESS:  What do you mean by
24 "account numbers"?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

26 (Pages 322 to 325)

---

**322**

BY MS. MILLER:

Q.    Does the Commonwealth have any internal account numbers that it uses when moneys are received?

MS. McKEEN:  Objection.

THE WITNESS:  The way you're using "account" is pretty broad.

BY MS. MILLER:

Q.    I'm asking within the Commonwealth's internal accounting, does it use account numbers to identify different moneys within a particular Fund?

MS. McKEEN:  Objection.

THE WITNESS:  Revenue account number -- revenue account number, which would then be PRIFA systems referred to as a CFRA code.  It is possible that one Fund number could be attached to a string of data.  That string of data would have a -- it could have one Fund number, you could have more than one different account number, but that's referring to the CFRA account code, the revenue account code within the PRIFA system.

BY MS. MILLER:

Q.    Okay.  And does the General Fund

---

**323**

have a balance?

A.    I don't think of a General Fund as having a balance in terms of cash.

Q.    Hmm.  What about in terms -- what about not in terms of cash?

A.    I don't think about the General Fund having balance.

Q.    Does the General Fund have a balance for accounting purposes?

A.    Not BCB, no note if they have balance for accounting purposes or not, but I don't think about Funds in terms of cash balances.

Q.    You've taken five postsecondary accounting classes.  So I understand you're not a Certified Public Accountant, but I think you can still answer my question.  And your answer was no, is that right, the General Fund does not have a balance -- it is your testimony that the General Fund does not have a balance for accounting purposes?

MS. McKEEN:  Objection.

THE WITNESS:  That's not what I said.

BY MS. MILLER:

---

**324**

Q.    What did you say?

A.    That I don't think about the General Fund as having a balance.

Q.    So how does that differ from what I said you said?

MS. McKEEN:  Objection.

BY MS. MILLER:

Q.    I'm just looking for an answer?

A.    If the court reporter wants to repeat back what is said, sure.

Q.    Okay.  I don't want the court reporter to repeat back what I said.  I'd like you to look at Section 401 on Monolines Exhibit 22.  So I understand that you said that bank accounts within Funds made no sense.  I'd like you to look at the section Funds and Accounts.

Do you see that?

MS. McKEEN:  Object.

BY MS. MILLER:

Q.    Do you see that, Article IV titled Funds and Accounts?

A.    I see Article IV where it says Funds and Accounts.

Q.    Okay.  And do you have an

---

**325**

understanding of what the difference is between a Fund and an account?

A.    It depends on the context --

Q.    Okay.  What about in this context?

A.    Without reviewing this entire section, I'm not sure I could summarize --

(Simultaneous speaking.)

A.    -- conjecture.

Q.    Okay.  So let's look at Section 401.  Section 401 is titled Banking Funds and Accounts.

Do you see that?

A.    Yes.

Q.    And it says:

A Special Fund is hereby created and designated Puerto Rico Infrastructure Financing Authority Special Tax Revenue Bond Sinking Fund, hereinafter -- herein sometimes called the Sinking Fund, to be held by the trustee.

Do you see that?

A.    Yes.

Q.    And then it says:

There are hereby created three separate accounts in the Sinking Fund

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

27 (Pages 326 to 329)

**326**

1  designated Bond Service Account, Redemption
2  Account, and Reserve Account.
3  Do you see that?
4  A. Yes.
5  Q. So now let me ask again. Do you
6  understand that a Fund can have multiple bank
7  accounts associated with it?
8  MS. McKEEN: Objection.
9  THE WITNESS: I understand that in
10  the context of this document, that the Sinking
11  Fund that it mentions does appear to have
12  multiple accounts.
13  BY MS. MILLER:
14  Q. And you had never heard of that
15  concept before, a Fund having multiple bank
16  accounts associated with it; is that right?
17  MS. McKEEN: Objection,
18  mischaracterizes testimony.
19  THE WITNESS: That's not what I
20  said.
21  BY MS. MILLER:
22  Q. Okay. Have you ever encountered
23  this concept of a Fund having multiple bank
24  accounts associated with it previously?
25  A. No, because the nature of my work

**327**

1  with -- with Funds is a little different than
2  what they're calling a Fund in this document.
3  Q. Okay. In what way?
4  A. Because when I think of Funds, I
5  think of the Fund number identifiers within the
6  PRIFA system.
7  Q. Okay. That's the only time you've
8  ever encountered the concept of a Fund with
9  respect to Puerto Rico and -- with respect to
10  Puerto Rico and the instrumentalities which are
11  designated as the 30(b)(6) to testify today?
12  MS. McKEEN: Objection.
13  THE WITNESS: I don't know. What
14  was the question there?
15  BY MS. MILLER:
16  Q. The question was that the Fund
17  designation within the PRIFA system is the only
18  time that you've encountered the concept of a
19  Fund with respect to Puerto Rico and the
20  instrumentalities with which you were
21  designated to teach as the 30(b)(6) to testify
22  today?
23  MS. McKEEN: Objection.
24  THE WITNESS: The concept of Funds
25  is very broad, so that's not the only context

**328**

1  in which I would have encountered the word or
2  concept of Fund.
3  BY MS. MILLER:
4  Q. So what other contexts have you
5  encountered it in?
6  A. It's hard to say because people
7  use the term "Fund" very loosely.
8  Q. Okay. In preparing the Flow of
9  Funds, did you ask for any documents that
10  mapped particular bank account numbers to
11  accounts or Funds identified in the relevant
12  bond documents for the trust agreement in the
13  Enabling Act that we just looked at?
14  MS. McKEEN: Objection to the form
15  of the question.
16  THE WITNESS: Would you repeat the
17  question?
18  BY MS. MILLER:
19  Q. Yes. In preparing the Flow of
20  Funds, did you ask whether there were any
21  documents that mapped particular bank account
22  numbers to accounts or Funds identified in the
23  relevant bond document within the trust
24  agreement and the Enabling Act that we just
25  looked at?

**329**

1  MS. McKEEN: Objection.
2  THE WITNESS: No.
3  BY MS. MILLER:
4  Q. Why not?
5  A. I felt comfortable with the work
6  that I did to satisfy myself that the Flow of
7  Funds presentations that we submitted were
8  correct and accurate.
9  BY MS. MILLER:
10  Q. Do you know whether there are any
11  internal Commonwealth documents that map
12  specific bank accounts to the Funds and
13  accounts identified in the bond documents?
14  A. Is that a question?
15  Q. Yeah.
16  A. It didn't sound like it. Would
17  you repeat it in a way that sounds like a
18  question?
19  Q. Okay. Do you know whether there
20  are any internal Commonwealth documents that
21  map specific bank accounts to the Funds and
22  accounts identified in the bond documents?
23  A. I've seen no evidence of that.
24  Q. Okay. Where did you look for
25  that, or let me ask before that.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

28 (Pages 330 to 333)

---

**330**

```
 1              You didn't ask anybody for it.  So        12:22:36
 2   did you independently look for such a document?      12:22:38
 3       A.    No.                                        12:22:40
 4       Q.    What's the basis for your                  12:22:42
 5   testimony that you don't believe there is any?       12:22:45
 6       MS. McKEEN:  Objection, misstates                12:22:48
 7   testimony.                                           12:22:50
 8       THE WITNESS:  After discussions                  12:22:52
 9   with Treasury and PRIFA, I saw no evidence of        12:22:59
10   that.                                                12:23:04
11   BY MS. MILLER:                                       12:23:04
12       Q.    What were the nature of those              12:23:09
13   discussions?                                         12:23:12
14       A.    The nature of those discussions            12:23:13
15   were preparation for this deposition.                12:23:23
16       Q.    Okay.  So you're assuming that if          12:23:29
17   they had a document mapping particular Funds or      12:23:29
18   accounts, they would have mentioned it in the        12:23:33
19   course of the conversations even though you          12:23:36
20   didn't ask for it?                                   12:23:37
21       MS. McKEEN:  Objection.                          12:23:39
22       THE WITNESS:  That would have                    12:23:50
23   been -- I believe I would have been aware            12:23:52
24   of -- of any evidence to the contrary.              12:23:59
25
```

---

**331**

```
 1   BY MS. MILLER:                                       12:23:59
 2       Q.    How would you have been aware of           12:24:03
 3   it?                                                  12:24:05
 4       A.    Again, through discussions with            12:24:05
 5   the team mentioned.                                  12:24:15
 6       Q.    Okay.  And your counsel                    12:24:17
 7   represented that the term "Puerto Rico               12:24:21
 8   Infrastructure Fund" is not understood to refer      12:24:25
 9   to a specific bank account or accounts or            12:24:27
10   accounting designations.  Are you aware of that      12:24:30
11   representation?                                       12:24:37
12       A.    Yes.                                       12:24:37
13       Q.    And do you believe it to be true?         12:24:37
14       A.    Yes.                                       12:24:44
15       Q.    How was that term understood?             12:24:54
16       A.    What term?                                12:24:57
17       Q.    The Puerto Rico Infrastructure            12:24:58
18   Fund.                                                12:25:00
19       A.    It's understood to generally refer        12:25:07
20   to the first 117 million of rum Funds, rum          12:25:10
21   revenues.                                            12:25:25
22       Q.    Held in the TSA?                          12:25:25
23       A.    Would you mind phrasing that as a         12:25:39
24   complete question?                                   12:25:44
25       Q.    Is it understood to generally            12:25:45
```

---

**332**

```
 1   refer to the first $117 million of rum revenues      12:25:46
 2   in the TSA?                                          12:25:50
 3       A.    No, I think it generally refers to         12:25:59
 4   the first 117 million of rum revenues earned.        12:26:01
 5       Q.    Regardless of where they were?            12:26:04
 6       A.    I'm speaking generally about the           12:26:16
 7   concepts of the Infrastructure Fund as               12:26:16
 8   understood by relevant individuals.                  12:26:24
 9       Q.    Okay.  And so the common                   12:26:24
10   understanding of that term is that the first         12:26:28
11   $117 million of rum excise taxes are in the          12:26:30
12   Puerto Rico Infrastructure Fund?                     12:26:36
13       MS. McKEEN:  Objection.                          12:26:44
14       THE WITNESS:  No.                                12:26:44
15   BY MS. MILLER:                                       12:26:44
16       Q.    Well, tell me again how you                12:26:44
17   understand it, how that term is generally            12:26:48
18   understood within the Commonwealth?                  12:26:52
19       A.    Generally understood as the first          12:26:53
20   117 million of rum revenues in each fiscal           12:26:59
21   year.                                                12:27:07
22       Q.    Okay.                                      12:27:07
23       THE WITNESS:  How does anybody                   12:27:15
24   feel about a break here, maybe breaking for          12:27:15
25   lunch?                                               12:27:19
```

---

**333**

```
 1       MS. McKEEN:  I think it's fine for               12:27:22
 2   us to take a break if Atara is close to a            12:27:24
 3   stopping place.                                      12:27:29
 4       MS. MILLER:  Okay.  I'm okay                     12:27:34
 5   taking a break.  Can we keep it short, like can      12:27:35
 6   we come back at 2 o'clock, 1 o'clock Central,        12:27:38
 7   does that work?  33 minutes, 32 minutes?            12:27:42
 8       MS. McKEEN:  Tim, is that okay                   12:27:45
 9   with you?                                            12:27:47
10       THE WITNESS:  Okay.                              12:27:48
11       MS. MILLER:  Okay.                               12:27:49
12       MS. McKEEN:  Fine for us, Atara.                 12:27:50
13       MS. MILLER:  All right.  Great,                  12:27:51
14   thank you.                                           12:27:53
15       THE VIDEOGRAPHER:  We are off the                12:27:54
16   record at 12:28 p.m.                                 12:27:56
17       (Recess taken.)                                  12:27:56
18   A F T E R N O O N   S E S S I O N
19       THE VIDEOGRAPHER:  We are back on               01:03:44
20   the record at 1:04 p.m.                              01:04:23
21   BY MS. MILLER:                                       01:04:23
22       Q.    Good afternoon, Mr. Ahlberg,               01:04:29
23   welcome back.                                        01:04:31
24       Do you understand moneys as being               01:04:32
25   deposited into the Infrastructure Fund?              01:04:36
```

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

29 (Pages 334 to 337)

**334**

1    THE VIDEOGRAPHER: Counsel, excuse
2    me, I'm sorry. Before he answers, can we just
3    pause real slightly? I need to resize the
4    screen here and then we can reask the question.
5    I am so sorry.
6            MS. MILLER: That's okay. Okay.
7    BY MS. MILLER:
8        Q.    Do you understand moneys as being
9    deposited into the Infrastructure Fund?
10       A.    Yes.
11       Q.    Do you understand the
12   Infrastructure Fund as being a Fund held by
13   PRIFA?
14           MS. McKEEN: Objection.
15           THE WITNESS: I don't think the
16   Infrastructure Funds as being something held by
17   anyone at all.
18           THE REPORTER: I'm sorry,
19   Mr. Witness, can you repeat your answer and
20   move your phone a little bit closer? Thanks.
21           THE WITNESS: Is this better?
22           THE REPORTER: It is. Thank you.
23           THE WITNESS: Okay. I don't
24   remember the specific answer that I just gave.
25           MS. MILLER: I think for the court

**335**

1    reporter the answer was:
2        I don't think about the
3    Infrastructure Fund as being held by anybody.
4    Is that correct, Mr. Ahlberg?
5            THE WITNESS: That is correct.
6    Thank you.
7            MS. MILLER: I'm going to mark a
8    document as Exhibit -- Monolines Exhibit 23,
9    tab 1510, please.
10           (Monolines Exhibit 23 is
11           introduced for the record.)
12   BY MS. MILLER:
13       Q.    And while it's loading, I will
14   describe the document that you'll see on your
15   screen in a minute as Exhibit A to the
16   Supplemental Opposition of the Commonwealth of
17   Puerto Rico to Amended PRIFA Bondholder Motion
18   to Lift the Automatic Stay. And it's titled
19   Flow of Rum Taxes. Do you see that?
20       A.    I see that.
21       Q.    Okay. And if we could just look
22   at the next page. Is this a document that you
23   recognize?
24       A.    Please allow me to rotate it.
25           MS. McKEEN: Could we have the

**336**

1    documented rotated?
2            MS. MILLER: Sorry. Say that
3    again, Liz.
4            MS. McKEEN: I was just asking to
5    have the document rotated, and it has been. So
6    I appreciate that.
7            THE WITNESS: Okay. Now that we
8    have the document right side up, would you
9    please repeat the question?
10   BY MS. MILLER:
11       Q.    Sure. My question was just
12   whether this is a document that you've seen
13   before.
14       A.    Yes.
15       Q.    Is this a document that you saw in
16   connection with preparation for your testimony
17   today?
18       A.    Yes.
19       Q.    Is this a document that you had
20   seen before your testimony?
21       A.    No.
22           UNIDENTIFIED SPEAKER: Objection.
23   BY MS. MILLER:
24       Q.    So you weren't involved in
25   preparing the Flow of Funds, were you?

**337**

1        A.    I was not involved in preparing
2    this document.
3        Q.    Okay. And so I just want to
4    direct your attention to the bottom half of the
5    page on the right-hand side. It identifies the
6    PRIFA Infrastructure Fund. Do you see that?
7        A.    Where specifically?
8        Q.    There's a red box between two
9    green boxes on the right-hand side. Do you see
10   that?
11       A.    Yes, I see that, thank you.
12       Q.    Okay. And in the red box, the
13   Flow of Funds is indicating money flowing from
14   the TSA to the Puerto Rico Infrastructure Fund.
15           Do you see that? Do you see that,
16   Mr. Ahlberg?
17       A.    I see the green box there, where
18   it says:
19           The lockbox trustee (Citibank)
20   remits up to the first $117 million of rum tax
21   remittances to the TSA where it is comingled
22   with other funds.
23       Q.    Yes. So on top of that, there
24   seems to be blue writing that's identifying the
25   account, and that says TSA (held by

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                   April 23, 2020

30 (Pages 338 to 341)

**338**

1  Commonwealth).
2          Do you see that?
3      A.   I see that.
4      Q.   Okay.  And then the flow is
5  indicating that moneys are moving from the TSA
6  down into the PRIFA Infrastructure Fund which
7  is identified on this Flow of Funds as held by
8  PRIFA.  Do you see that?
9      A.   I see the arrows that you are
10 referring to.
11     Q.   Okay.  And in that red box
12 describing the PRIFA Infrastructure Fund, the
13 Flow of Funds indicates that historically, the
14 Commonwealth appropriated 117 million and
15 deposited such moneys into the PRIFA
16 Infrastructure Fund for its "corporate
17 purposes" and subject to Section 8, Article IV
18 of the Puerto Rico Constitution.
19         Do you see that?
20     A.   I see where it says that on this
21 document.
22     Q.   Okay.  And based on all of the
23 work that you've done in connection with
24 putting together Flow of Funds documents, is
25 that consistent with your understanding of the

**340**

1  into a PRIFA bank account called the
2  Infrastructure Fund?
3      A.   No.
4          MS. MILLER:  Okay.  So now I'd
5  like to mark as Monolines Exhibit 24 a letter
6  from counsel dated March 21, 2020, which
7  attaches a Flow of Funds that I believe you did
8  prepare for PRIFA.
9          (Monolines Exhibit 24 is
10         introduced for the record.)
11         MS. MILLER:  Would you go back to
12 the first page of the exhibit and rotate the
13 exhibit, please?
14 BY MS. MILLER:
15     Q.   Okay.  Do you recognize this
16 document?
17     A.   Yes.
18     Q.   And did you prepare this document?
19     A.   Will you allow me to briefly look
20 through the other pages?
21     Q.   Yes.  Do you have the controls
22 that you need?
23     A.   Yes, thank you.
24         The answer to your question is
25 yes.

**339**

1  PRIFA Flow of Funds?
2          MS. McKEEN:  Object to form.
3          THE WITNESS:  I don't know.  It's
4  not an exercise that we did to map this
5  document to the Flow of Funds that I prepared.
6  BY MS. MILLER:
7      Q.   I'm not asking you to map, though.
8  I'm just asking you whether it is consistent
9  with your -- everything that you know and all
10 of the analysis that you did -- have done that
11 the moneys flowed from the TSA into a bank
12 account held by PRIFA called the Puerto Rico
13 Infrastructure Fund.
14     A.   Would you please repeat the
15 question?
16     Q.   Is it consistent, based on all of
17 the work and analysis that you did putting
18 together the PRIFA Flow of Funds in this
19 matter, is it your understanding --
20     A.   I don't know.  I did not analyze
21 this document for consistency with the Flow of
22 Funds documents that I prepared.
23     Q.   Okay.  Is it your understanding,
24 based on all of the work that you've done, that
25 money flowed historically from the TSA account

**341**

1      Q.   Okay.  And what documents did you
2  review in preparing these Flow of Funds?
3      A.   Generally, we reviewed bank
4  statements and transfer letters or voucher
5  information.
6      Q.   Okay.  And I want to look at the
7  first slide on this, which is the rum taxes
8  June '14 to June 2015.  And I know yesterday --
9  or Tuesday, you had a discussion with
10 Mr. Natbony about the various colors used in
11 the chart and what they mean, and I just want
12 to confirm with you that they have the same
13 meaning in the PRIFA Flow of Funds as they did
14 in the HTA Flow of Funds you were asked
15 about on Tuesday.
16     A.   Yes.
17     Q.   Okay.  And so to review, the gray
18 box indicates a Commonwealth account; is that
19 right?
20     A.   Yes.
21     Q.   And what does the blue box
22 indicate?
23     A.   In this -- in these cases, the
24 blue boxes would indicate that PRIFA's name
25 would be on the bank statements of those

Ahlberg, Timothy H. - Vol. II

April 23, 2020

31 (Pages 342 to 345)

**342**

1 accounts.

2 Q. Okay. And when you say PRIFA's
3 name would be on it, do you mean as account
4 holder?

5 A. Yes.

6 Q. Okay. And what does the yellow
7 box indicate?

8 A. Yellow box indicates an account
9 that is not a Commonwealth or PRIFA account.

10 Q. Okay. And I know it all starts
11 with a curved edge with an orange box or peach
12 box. I don't know what color that's supposed
13 to be. What does that indicate?

14 A. That indicates the rum taxes.

15 Q. And it's just the taxes
16 themselves?

17 A. Yeah, yes.

18 Q. And when generated before they
19 flow into a Commonwealth -- any Commonwealth or
20 Commonwealth instrumentality account; is that
21 right?

22 A. Correct, as in when funds are
23 collected in bonded warehouses.

24 Q. All right. I missed the end,
25 "collected in bonded warehouses"?

**343**

1 A. I think that's the -- the term
2 that's used by U.S. Treasury. Maybe I don't
3 recall that term specifically.

4 Q. Okay. Can you just -- it's not a
5 term I'm familiar with. Can you just tell me
6 what that means?

7 A. Just in general, meaning that U.S.
8 Treasury or U.S. Treasury collects these taxes
9 at different -- at different points of
10 collection.

11 Q. All right. And then they all flow
12 into, at this time, January '14 to June '15,
13 into the 006 account; is that right?

14 A. Correct.

15 Q. Okay. And then certain
16 accounts -- of these accounts have yellow stars
17 on them. And is that, as you testified on
18 Tuesday, to denote accounts that have comingled
19 funds?

20 A. Correct.

21 Q. And what do you mean by "comingled
22 funds"?

23 A. On this specific slide, the
24 comingling designation would represent that
25 revenues besides rum taxes are received into an

**344**

1 account.

2 Q. And what money specifically is
3 this Flow of Funds tracking?

4 A. This Flow of Funds is tracking the
5 first 117 million of rum revenues in this time
6 period, within this time period.

7 Q. Okay. I'm going to ask a basic
8 question. I hope you can help me with it.

9 How were you able to determine
10 when the moneys flowed from the 006 account to
11 the GDB 1891 account if those were part of this
12 $117 million of rum taxes?

13 A. By reviewing either transfer
14 letter or voucher information that would have
15 indicated a source of funds for that transfer.

16 Q. Can you explain to me a little bit
17 more what you mean?

18 A. In review of transfer letters or
19 vouchers that correspond with a transfer from
20 GDB account 0006 to GDB account 1891, there
21 would be an indication that the source of
22 revenue for that cash transfer was in fact
23 rum -- rum proceeds.

24 Q. So meaning if there was a letter
25 from Treasury saying send 35 million -- or

**345**

1 $23 million from the 006 account to the 1891
2 account as the first transfer of rum excise
3 taxes, that was evidence to you that if you saw
4 that $23 million transfer into 1891, that that
5 was in fact from the rum excise taxes. Is that
6 your testimony?

7 A. Right. That hypothetical
8 $23 million transfer would have accompanying
9 transfer letter or voucher detail that would
10 indicate the source of funds for that transfer
11 being rum revenues.

12 Q. Okay. And are the transfer
13 letters and vouchers maintained as part of the
14 Commonwealth accounting documents?

15 MS. McKEEN: Object.

16 THE WITNESS: The Commonwealth
17 maintains and -- maintains historical records
18 of vouchers or transfers, if that's what you
19 meant.

20 BY MS. MILLER:

21 Q. Okay. And can you tell me
22 specifically what in a voucher would identify
23 the source of funds?

24 A. I don't recall specifically
25 without looking at an individual voucher.

346

1    Q.    Okay.  And so you don't recall
2  specifically any particular notation account
3  number or other designation on a transfer
4  voucher that would indicate that revenues are
5  from the first $117 million of rum excise
6  taxes; is that right?
7        MS. McKEEN:  Objection.
8  BY MS. MILLER:
9    Q.    Let me just ask it straight up:
10       Do you recall any specific
11  notation or account number on the transfer
12  voucher that would indicate that the revenues
13  are from the first $117 million of rum excise
14  taxes?
15       MS. McKEEN:  Objection.
16       THE WITNESS:  There is a -- excuse
17  me.  There is a revenue code, revenue SFRA
18  account code that is used when recording the
19  revenues from rum proceeds.
20  BY MS. MILLER:
21    Q.    And what is that revenue code?
22    A.    I can't recall specifically off
23  the top of my head.  I think it's R2220, but I
24  would be able to know it if we looked at a
25  voucher together to verify.

347

1    Q.    Okay.  Well, that's -- does R4220
2  sound familiar?
3    A.    It sounds familiar, but without
4  looking at the voucher to confirm, I am not
5  100 percent positive.
6    Q.    Okay.  Would the voucher tell you
7  specifically that it's rum taxes, or would it
8  just have that account code on it?
9    A.    It will have the -- a voucher
10  would have that account code, and the voucher
11  may or may not reference rum on the voucher
12  apart from just a revenue code.
13    Q.    And would you be able to go into
14  the PRIFA system and pull all vouchers within
15  R4220 revenue there?
16    A.    I'm not positive.  We would have
17  to follow up on that and get back to you.
18    Q.    So you don't know if the revenue
19  code is a query that you can run within the
20  system?
21    A.    I know for a fact that you can run
22  a query within the PRIFA system and the
23  parameters of which Revenue Code 4220 could be
24  one of those parameters.  But when I think
25  about programming that query and running that

348

1  query, I don't think of that query as spitting
2  out the voucher, factual voucher that
3  corresponds with each of those transactions.
4  Vouchers are recorded within the system, and
5  you can go in and pull vouchers.
6    Q.    Well, would it -- what would the
7  output be of that query in the PRIFA system?
8    A.    You could run a report within the
9  PRIFA system that would show all revenue earned
10  during a discrete time period of your choosing
11  under any revenue account code, but specific to
12  this case for Revenue Code 4220, I believe it
13  wasn't.
14    Q.    And how long would it take to run
15  such a query and get the report?
16    A.    I am not certain exactly how long
17  it takes to process a query like that, but I
18  would imagine that would be something that
19  could be accomplished in a day.
20    Q.    Do you know whether queries can be
21  run in the PRIFA system remotely or whether you
22  need to specifically be within the Treasury
23  offices to run them?
24    A.    I'm not positive.  I think there
25  are DCMs that exist for people to run queries

349

1  if they're not physically there, but I would
2  have to double-check on that and let you know
3  for certain.
4    Q.    Have you personally ever accessed
5  the PRIFA system and run a query on anything
6  remotely?
7    A.    No.
8    Q.    Okay.  Do you know whether the
9  R4220 revenue code continues to attach to rum
10  taxes that are collected today?
11    A.    I believe that that revenue
12  account code is still used to record rum
13  revenues that are earned.
14    Q.    Okay.  And this chart, which is
15  part of Monolines Exhibit 24, indicates four
16  dotted arrow lines going from the 006 account
17  to a GDB 0704 account.  Do you see that?
18    A.    Yes.
19    Q.    Do you know what the GDB 0704
20  account is?
21    A.    An operational account at PRIFA.
22    Q.    And the dotted arrow is footnoted
23  to mean that it's a discrete one-time transfer.
24  Do you see that?
25    A.    I do see that.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

33 (Pages 350 to 353)

---

**350**

1  Q. Is that a designation that you put
2  on that?
3  A. Yes.
4  Q. Sorry. Is that a designation that
5  you attributed to those transfers?
6  A. Yes.
7  Q. What do you mean by a discrete
8  one-time transfer?
9  A. I mean a one-time transfer. In
10  this case, there were four one-time transfers
11  for the exact same amount.
12  Q. How does that differ from the
13  transfers between, for example, the 006 account
14  and the 1891 account?
15  A. I believe there are just more
16  than -- more -- more transfers and then in
17  differing amounts.
18  Q. Do you know how many transfers of
19  rum taxes there were annually from the 006
20  account to the 1891 account?
21  A. I don't know off the top of my
22  head how many transfers there were from 0006 to
23  1891.
24  Q. And if there had only been four,
25  you would have designated them by dotted arrow

---

**351**

1  line?
2       I'm trying to understand. Is the
3  number of transfers the only thing that is
4  different between the dotted arrow transfers
5  and the solid arrow transfer?
6  A. Okay. Would you mind repeating
7  the question, please?
8  Q. If there had been only four
9  transfers of rum taxes from the 006 account to
10  the 1891 account, would you have designated
11  them on this Flow of Funds with dotted arrows?
12  A. No. The dotted arrows and the use
13  of those four -- the four $1 million transfers
14  from GDB 0006 to 0704 was done with the reader
15  of this presentation in mind just to make
16  things as understandable as possible.
17  Q. Okay. Given that it's confusing
18  me, I'm asking for a little bit of
19  clarification.
20       So the -- I'm trying to
21  understand. Does the dotted line distinguish
22  between the nature of the transfer from box to
23  box?
24  A. The transfers from 0006 to 0704 do
25  represent discrete transfers for operational

---

**352**

1  purposes of PRIFA, which is different than the
2  transfers to GDB 1891, which end up flowing to
3  a US Bank.
4  Q. And what's the difference?
5  A. Those four million dollar -- those
6  four $1 million transfers were transferred to
7  PRIFA for operational purposes.
8  Q. Okay. And is the flow from 006 to
9  1891 not indicated by a broken arrow because
10  those transfers were subject to legislation or
11  some other obligation to transfer those moneys?
12      MS. McKEEN: Objection.
13      THE WITNESS: I did not consider
14  legislation or allegations when determining
15  whether to use a dotted line or a bold,
16  nondotted line.
17  BY MS. MILLER:
18  Q. Did you consider whether there was
19  a standing direction to transfer the money?
20  A. That would not have been something
21  I considered when determining whether to use a
22  dotted line or not.
23  Q. Okay. So what did you consider in
24  determining whether to use a dotted line or
25  not?

---

**353**

1  A. As mentioned, those dotted lines
2  represent $1 million transfers to PRIFA's
3  operational account for operation purposes,
4  which is different than the transfers to
5  Account 1891, which are not used for
6  operational purposes during this time period
7  into a US Bank.
8  Q. Do the dotted lines mean used for
9  operational purposes and in light of the fact
10  they're footnoted?
11  A. The dotted lines are a discrete
12  one-time transfer, and then just for added
13  clarification, I've explained to you that those
14  represent operational transfers.
15  Q. How does a discrete one-time
16  transfer differ from the transfers from 006 to
17  1891?
18  A. Discrete one-time transfers were
19  transferred for operational purposes to PRIFA's
20  operational account.
21  Q. Okay. I'm going to just move on
22  because I'm not getting an answer, but I still
23  don't understand it. So we may follow up with
24  a letter to get a more comprehensive answer and
25  explanation for what "discrete one-time

---

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

**354**

1  transfer" means.
2        Do you know whether those moneys
3  that were transferred into the 0704 account
4  were transferred out of that account?
5        A.    I do not know because once those
6  transfers are within the PRIFA operational
7  account, they are comingled and
8  indistinguishable from other sources of
9  revenue.
10       Q.    Okay.  So if you had been able to
11  distinguish and identify the $4 million from
12  the 0704 account based on transfer vouchers,
13  transfer orders or other documents, you would
14  have indicated the next step in the Flow of
15  Funds for those moneys; is that right?
16       MS. McKEEN:  Objection.
17  BY MS. MILLER:
18       Q.    Let me just ask it.
19             If you had been able to
20  distinguish and identify those $4 million on
21  the outflow side as coming from the rum tax
22  revenues, would you have shown the next step in
23  the Flow of Funds from the 0704 account?
24       A.    I'm assuming that those funds are
25  comingled into Account 0704 and that you'd be

**355**

1  unable to distinguish transfers whose source of
2  revenue is these transfers in or were not -- or
3  other transfers into Account 0704.
4        Q.    Okay.  But the rum tax revenues
5  are comingled into the 006 account, right?  And
6  you just explained, I think quite well, how you
7  were able to identify and distinguish them from
8  all the other money in the 006 account as being
9  transferred into the 1891 account, right?
10       A.    Would you mind repeating that?
11       Q.    Yeah.  The rum taxes flowed into
12  the 006 account, which itself is a comingled
13  account, correct?
14       A.    Correct.
15       Q.    But you were able to distinguish
16  the rum tax revenues that flowed from the
17  comingled account into the GDB 1891 account,
18  right?
19       A.    We were able to determine that the
20  source of funds of that transfer from 0006 to
21  1891 was rum tax revenues.
22       Q.    Okay.  So the fact that the moneys
23  were in a comingled account didn't preclude you
24  from identifying, as they flowed out, what the
25  source of those revenues were, correct?

**356**

1        A.    Correct.
2        Q.    Okay.  So my question is on GDB
3  0704, if you similarly had evidence like what
4  you had with respect to the transfer from 006
5  to 1891 that indicated that the next step in
6  the Flow of Funds related directly to the rum
7  tax revenues, would it have been so indicated
8  on this chart?
9        A.    Would you repeat the question
10  again?
11       Q.    Okay.  I'm just going to ask
12  another question, then move on.
13             Did you do anything -- sorry,
14  scratch that.
15             Did you look at the outflows from
16  the 0704 account to indicate whether you could
17  identify rum tax revenues as a source of the
18  revenue for any of those outflows?
19       A.    No.  It was my understanding that
20  they are comingled in Account 0704 and
21  indistinguishable from one another.
22       MS. MILLER:  Okay.  I want to
23  look -- I'm going to mark as Exhibit 25
24  tab 1202, please.
25

**357**

1        (Monolines Exhibit 25 is
2         introduced for the record.)
3  BY MS. MILLER:
4        Q.    Okay.  Mr. Ahlberg, you have in
5  front of you a document that was marked
6  Monolines Exhibit 25.  Do you see that?
7        A.    I see the document, yes.
8        Q.    Is this a document that you've
9  seen before?
10       A.    Do you have a certified
11  translation of this document?
12       Q.    I do.  Do you need an English
13  translation to tell me whether you've seen it
14  before?  You probably haven't seen the English
15  translation before.
16       MS. MILLER:  I think -- Kevin, I
17  think the English translation is 1202A, if you
18  want to load that, and maybe we can merge them
19  into a combined exhibit.
20             Does anyone have an objection if
21  we mark this as 1202A and then we merge it into
22  a combined exhibit at the end of the deposition
23  so we don't have two exhibits?
24       MS. McKEEN:  I don't have an
25  objection to that.  I think for Exhibit 25, it

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                   April 23, 2020

35 (Pages 358 to 361)

---

**358**

1  would certainly be helpful for the record if
2  that exhibit, plus the original certified
3  translation is one exhibit. I think that's how
4  we did prior deposition exhibits.
5        MS. MILLER: Okay. Perfect.
6  BY MS. MILLER:
7        Q.    Okay. So, Mr. Ahlberg, you now
8  have in front of you Exhibit 25, which is now
9  being marked as 25A, but I'm just going to
10  refer to it as Exhibit 25 because we are going
11  to merge them after the deposition, and this is
12  the certified English translation of the
13  account opening document.
14        A.    Okay. Thanks.
15        MS. MILLER: Okay. All right. My
16  team is telling me that my binder has some
17  stuff earlier, that they're already merged in
18  the system, so it's all Exhibit 25, and the
19  back pages are the certified English
20  translation. So you can go back and forth as
21  necessary.
22  BY MS. MILLER:
23        Q.    So, Mr. Ahlberg, now that you have
24  the English in front of you, can you tell me
25  whether this is a document that you've seen

---

**359**

1  before?
2        A.    I have not reviewed this specific
3  document before.
4        Q.    Okay. Have you seen other
5  documents like this before?
6        A.    I have seen other agreements for
7  opening of bank accounts.
8        Q.    Okay. Hold on a second. Hold on
9  a second. I lost it. I'll see if it comes
10  back up again.
11        Okay. So I want you just to look
12  at the document. Do you see at the top it
13  indicates -- excuse me -- it indicates the
14  agency?
15        A.    I see that under Agency it says:
16  Banco Gubernamental de Fomento para PR.
17        Q.    Okay. And do you see the name of
18  this bank account, that the purpose of the
19  account is AFI bond debt service? Do you see
20  that?
21        A.    I see that.
22        Q.    And you understand AFI to be the
23  Spanish acronym for PRIFA?
24        A.    Yes.
25        Q.    Okay. And this account — and

---

**360**

1  then if you turn to the third page of
2  Exhibit 25. Okay. So it has the information
3  and it identifies an account number. Do you
4  see that?
5        A.    Yes.
6        Q.    And you see the account is the
7  1891 account; is that right?
8        A.    Yes.
9        Q.    And if we could just go back one
10  page, it indicates there's a depositor agency
11  listed. Do you see that?
12        A.    Yes, I see that.
13        Q.    And what deposit -- what is the
14  depositor agency?
15        A.    It says on this document that the
16  depositor agency is the Banco Gubernamental de
17  Fomento para PR.
18        Q.    Okay. And if you go to the next
19  page in the exhibit, it identifies the customer
20  name. Do you see that?
21        A.    Under Customer Name I see Banco
22  Gubernamental de Fomento para PR.
23        Q.    Okay. And then if we could just
24  look at the next -- or sorry -- two pages out,
25  the 4741, this is an e-mail chain dated -- I

---

**361**

1  guess it runs from November 18, 2009, through
2  November 20th, 2009. Do you see that?
3        A.    Yes.
4        Q.    And are you familiar with any of
5  the people who are involved in this e-mail
6  chain?
7        A.    I'm not familiar with any of the
8  individuals whose names are on this e-mail
9  chain.
10        Q.    Okay. But you see they're all
11  identified as being at the GDB?
12        A.    That's what it says here.
13        Q.    Okay. And if you look at the top
14  e-mail in the chain as the most recent -- or
15  sorry -- the second e-mail down on the page,
16  the one with the time stamp November 19, 2009,
17  at 9:10 a.m., do you see that?
18        A.    Yes.
19        Q.    And there's a question that says:
20  Hi, Arnaldo, can you please
21  provide me with the title of Mr. Rivera and
22  Mr. Garcia? I would also like to know if the
23  account is in the name of ASI or of the bank.
24        Do you see that?
25        A.    Yes, I see that.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                               April 23, 2020

---

362

1  Q.  And do you see the response?
2  A.  Yes, I see the response.
3  Q.  Okay.  And can you just read the
4  second line of the response?
5  A.  Is it okay if I read the whole
6  response?
7  Q.  Yeah, you can read the whole
8  thing.  I just meant aloud.
9  A.  Gabriel Rivera is the director of
10  public financing and Jesus Garcia is the
11  Assistant Director of Public Financing.  In the
12  name of the bank, But referencing the AFI Debt
13  Service.
14  Q.  Okay.  And just looking back at
15  the Flow of Funds which is Exhibit 24, from
16  January 2014 to January 2015 -- sorry -- to
17  June 2015, do you see the 1891 account on this
18  exhibit?
19  A.  Yes, I see the account 1891.
20  Q.  Okay.  And you testified
21  previously that blue meant that it was in
22  PRIFA's name; is that right?
23  A.  Yeah, I referenced that PRIFA's
24  name would be on the bank statement.
25  Q.  Okay.  And what's the basis for

---

363

1  your position that the 1891 account was held in
2  PRIFA's name?
3  A.  I didn't say it was held in
4  PRIFA's name.  I just mentioned that PRIFA's --
5  PRIFA's name would be on the bank statements.
6  Q.  Okay.  So I think you said that,
7  and then I specifically asked you -- and we can
8  go back if you need to, but I specifically
9  asked if by that you meant that PRIFA was the
10  account holder.  Do you recall that?
11  A.  I do recall you asking me that
12  question.
13  Q.  Okay.  And you said yes.  Do you
14  recall giving me that answer?
15  A.  Yes, I do remember giving that
16  answer.  I meant to answer in the context of
17  meaning that PRIFA's name would be on their
18  bank statement.
19  Q.  Well, I said:
20  What does the blue box indicate?
21  And you said:
22  In the case of the blue box, it
23  would indicate that PRIFA's name would be on
24  the bank account statement of those accounts.
25  And I said:

---

364

1  Okay.  And when you said PRIFA's
2  name would be on it, do you mean as an account
3  holder?
4  And you said:
5  Yes.
6  Do you recall me asking those
7  questions and you giving those answers?
8  A.  Yes.
9  Q.  I'm asking you what the basis is
10  for your testimony that PRIFA is an account
11  holder of the 1891 account.
12  A.  I remember answering your
13  question, original question in that way, and
14  what I meant is that I knew that PRIFA's name
15  was on the bank statements.  I'm just -- I'm
16  not an attorney.  I'm not certain if account
17  holder or not holder is a legal term that has
18  an implication I'm not aware of.
19  Q.  I'm not talking about a legal
20  term.  I'm just asking you whether it is a
21  PRIFA account or not a PRIFA account.
22  A.  And my answer would be that
23  PRIFA's name is on the bank statement.
24  Q.  So you don't know if it's a PRIFA
25  account or not?

---

365

1  MS. McKEEN:  Objection.
2  THE WITNESS:  I know PRIFA's name
3  is on the bank statement.
4  MS. MILLER:  Can I ask someone
5  from my team to pull up a bank statement for
6  the 1891 account so Mr. Ahlberg can show us
7  where PRIFA's name is on the account statement,
8  please?
9  BY MS. MILLER:
10  Q.  This might take a minute,
11  Mr. Ahlberg.  I apologize.
12  A.  No problem.
13  Q.  While you're waiting or while
14  we're waiting, based on Exhibit 25 that we just
15  looked at, would you agree with me that the GDB
16  is the account holder of the 1891 account?
17  A.  You asked me to confirm if GDB is
18  the account holder of this account?
19  Q.  I'm asking you whether, based on
20  Monolines Exhibit 25, which we could put that
21  one back up, you would agree with me that the
22  GDB is actually the account holder of the 1891
23  account?
24  A.  I don't know if there's a specific
25  way you're using "account holder."  I'm just --

---

Ahlberg, Timothy H. - Vol. II

April 23, 2020

37 (Pages 366 to 369)

**366**

not being an attorney, I'm uncertain of the
implications of that phrase "account holder."

Q. Do you own a bank account,
Mr. Ahlberg?

A. I do have bank accounts.

Q. Okay. Do you understand what it
means when someone asks you if you're the
account holder of a certain account?

A. Generally, I would understand if
someone asked me that question.

Q. Okay. Do you have any joint bank
accounts?

A. No.

Q. How do you understand that
generally when someone -- if someone were to
ask you that?

UNIDENTIFIED SPEAKER: Object to
form.

THE WITNESS: If someone were to
ask me what? Would you mind repeating the
question?

BY MS. MILLER:

Q. If someone were to ask you if you
were the account holder of a particular bank
account.

**367**

A. In the context of my own personal
finances, I would think that would mean that
it's an account that -- that I have the ability
to withdraw funds from or deposit funds into.

THE REPORTER: I'm sorry. Excuse
me one moment. I'm sorry.

I just wanted to ask, Ms. McKeen,
would you mind moving the phone closer to you?
You're very faint with your objections. Sorry.
Go ahead.

MS. McKEEN: (Indiscernible) I
haven't objected in several questions. So I'm
not sure if you heard any. That wasn't me. I
didn't hear an opposing objection. Can you
hear me now?

THE REPORTER: I can. Thank you.

MS. McKEEN: Thank you.

BY MS. MILLER:

Q. Is that the same understanding
that you used in determining whether or not to
designate a box blue or not?

A. Did not apply the same -- same
exact criteria that I just referenced in my own
personal finances to the Flow of Funds
presentation.

**368**

Q. Okay. So what criteria did you
apply to the GDB 1891 account that resulted in
you designating it as a blue box?

A. In color coding as a general
association and to help the reader interpret
this presentation, but understanding that
PRIFA's name was on the bank statement, I
thought it was appropriate to make that box
blue.

(Monolines Exhibit 26 is
introduced for the record.)

BY MS. MILLER:

Q. Okay. So now we are looking at a
bank statement that's been marked Monolines
Exhibit 26, and when you say that PRIFA's name
was on the bank statement, do you mean that
PRIFA's name is indicated in the account name?

A. PRIFA in this exact bank statement
example that we're looking at, that is correct,
that PRIFA's listed in the account name under
the Spanish acronym AFI.

Q. You don't see PRIFA's name
anywhere else, do you?

Well, sorry. You don't see
PRIFA's name as an account holder, right?

**369**

A. I don't see the phrase "account
holder" listed anywhere on this page.

Q. Okay. And you do see that the
account statements are being directed to
Mr. Gabriel Rivera, the director of public
finance at the GDB, right?

A. I do see that.

Q. Okay. And did you do anything
other than noting that PRIFA's name was
mentioned somewhere on that account statement
to identify whether or not the account was
actually a PRIFA account?

A. Can you repeat the question,
please?

Q. Yeah. Did you do anything other
than noting that PRIFA's name was mentioned
somewhere on the account statement to identify
whether or not the account was actually a PRIFA
account?

A. No, no.

Q. Okay. I want to go back to
Exhibit 24, please.

Am I understanding this chart
correctly that between the January 2014 and
June 2015 period, the only account that had the

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

---

**370**

1  full 117 million of rum excise taxes was the
2  GDB 006 account?
3      A.   I missed the last part of your
4  question, sorry.  Could you repeat it?
5      Q.   Okay.  Am I correct that according
6  to this chart, from the January '14 to
7  June 2015 period, the only bank account that
8  held the full $117 million rum excise taxes was
9  the GDB 006 account?
10          Sorry, let me -- let me restate
11 that because I misspoke in the question.  Let
12 me ask it again.
13          Am I correct that according to
14 this chart, from January '14 to June 2015, the
15 only bank account that held the first
16 $117 million in full was the GDB 006 account?
17     A.   I can't say that there was any one
18 given time where the 117 million was
19 identifiable as a separate cash balance within
20 the operating account 0006.
21     Q.   That's a fair point.  Let
22 me restate it.
23          Is it true that in the
24 January 2014 to June 2015 period, the only
25 account that the full first $117 million of rum

---

**371**

1  excise taxes flowed through was the GDB 006
2  account?
3      A.   Yes.
4      Q.   Thank you for that clarification.
5          Okay.  So I'd like to now mark as
6  Exhibit 26 tab 1301.
7          MS. MILLER:  Actually, Kevin,
8  before we go there, can I just -- can we mark
9  quickly tab 1203?
10          (Monolines Exhibit 27 is
11          introduced for the record.)
12 BY MS. MILLER:
13     Q.   Okay.  So we have marked as
14 Monolines Exhibit 27 -- we'll come back to
15 26 -- a document.  Is this a document that you
16 recognize?
17     A.   Yes.
18     Q.   Okay.  And what is this document?
19     A.   I would like to clarify that I
20 recognize this type of document.  I can't
21 recall specifically reviewing this exact
22 document.
23     Q.   Fair enough.
24          And what is this type of document?
25     A.   This document is a Comprobante de

---

**372**

1  Remesa for rum taxes during this time, which is
2  stamped August 2014.  This is probably fiscal
3  year 2014.
4      Q.   Okay.
5      A.   Or fiscal year 2015.
6      Q.   And are these among the documents
7  or the type of documents that you reviewed in
8  preparing the Flow of Funds that we discussed
9  earlier?
10     A.   Yes, this type of document would
11 be included in that review.
12     Q.   Okay.  And you see here there's a
13 designation Fondo, and it says 111.  Do you see
14 that?
15     A.   Yes.
16     Q.   And do you know what Fund 111 is?
17     A.   Fund 111 is one of the fund
18 numbers used to identify General Fund.
19     Q.   Okay.  And then to the left of
20 that it says Cuenta R4220.  Do you see that?
21     A.   Yes.
22     Q.   And is that the revenue account
23 within the General Fund that's used for rum
24 excise taxes that we discussed earlier?
25     A.   That's the revenue account used

---

**373**

1  within the PRIFA system to record the revenues
2  of rum taxes.
3      Q.   Okay.  Do you know whether that's
4  used to record all of the revenues of rum taxes
5  or just the first 117 million of rum taxes?
6          Let me break it out.
7          Is that revenue account number
8  used to record all of the revenues of rum
9  taxes?
10     A.   I'm not positive.  I would have to
11 double-check on that and get back to you.
12     Q.   Okay.  How would you go about
13 double-checking?
14     A.   I would just have to look at the
15 voucher maybe similar to this one that -- whose
16 amount, which, you know, ended up meaning
17 specifically your total exceeded 117 million
18 and they were still using account code 4220,
19 that would indicate to me that they were using
20 Account 4220 for rum proceed revenues, the
21 first 117, as well as the excise.
22     Q.   And if you ran the report that we
23 discussed earlier from the PRIFA system on
24 Revenue Account 4220, you would be able to tell
25 that based on the report, correct?

---

**374**

```
 1    A.   Correct.
 2    Q.   You didn't run that report, right?
 3    A.   No, I have not run that report.
 4    Q.   Okay.  And how long do you think
 5  it would take to run that report for a single
 6  fiscal year?
 7    A.   I don't know specifically how long
 8  the system would take to process that, but I
 9  imagine it would be accomplishable within
10  one day.
11    Q.   And when you say "accomplishable
12  within one day," you just mean processing time?
13    A.   Right.  I can't speculate on time
14  to quality control review data that the system
15  would potentially output.
16    Q.   How long would it take to come up
17  with a query?
18    A.   Query -- query -- I mean, I guess
19  I could tell you what the query is now.  You
20  would need time to determine what the
21  parameters of the query would be.
22    Q.   Do you know whether moneys other
23  than the first 117 million of rum -- sorry,
24  strike that.  Let me start over.
25       Do you know whether rum excise
```

**375**

```
 1  taxes beyond the first 117 million of rum
 2  excise taxes are deposited into the General
 3  Fund?
 4       UNIDENTIFIED SPEAKER:  Objection.
 5       THE REPORTER:  I'm sorry, did
 6  somebody -- I'm sorry?
 7       THE WITNESS:  (Indiscernible)
 8  deposited into the General Fund.
 9  BY MS. MILLER:
10    Q.   Okay.  Do you know whether the
11  R4220 account is used in connection with other
12  Funds as well?
13       Sorry, just -- just to be clear,
14  when I said Funds, I meant capital F Fund, the
15  Fund of the Special Fund other than the
16  general.
17       UNIDENTIFIED SPEAKER:  Objection.
18       THE WITNESS:  I know the first
19  117 million would use the General Fund
20  identifier there.  We -- we did not look at
21  the, you know, the revenues outside the first
22  117 for purposes of the Flow of Funds
23  accreditation.
24  BY MS. MILLER:
25    Q.   So you don't know whether they
```

**376**

```
 1  flow into a Fund other than the General Fund?
 2       UNIDENTIFIED SPEAKER:  Objection.
 3       THE WITNESS:  I disagree with the
 4  characterization of funds flowing into any
 5  Fund.
 6  BY MS. MILLER:
 7    Q.   Okay.  So you disagree with the
 8  funds being allocated.  All right.
 9       So you don't know whether they're
10  allocated to a Fund other than the General
11  Fund?
12    A.   The first 117 million are recorded
13  with the General Fund fund number.
14    Q.   Do you know whether moneys beyond
15  the first 117 million are recorded with a Fund
16  number that is not the General Fund?
17    A.   I don't know for certain since we
18  didn't look at the funds outside the 117 for
19  purposes of the Flow of Funds presentation.
20  That would certainly be something we could
21  follow up on and get back to you.
22    Q.   Okay.  Do you think they might be?
23       MS. McKEEN:  Objection.
24       THE WITNESS:  I can't speculate
25  one way or the other.
```

**377**

```
 1       (Monolines Exhibit 28 is
 2       introduced for the record.)
 3       MS. MILLER:  Okay.  I want to go
 4  to Exhibit 26 now, please, Kevin.
 5  BY MS. MILLER:
 6    Q.   Mr. Ahlberg, did you review the
 7  lockbox agreement in connection with your
 8  preparation for your deposition today?
 9    A.   I did not review the lockbox
10  agreement in preparation for this deposition,
11  but I am familiar with the lockbox agreement
12  based on my ordinary business and work with the
13  Commonwealth.
14    Q.   Okay.  And in what context have
15  you encountered the lockbox agreement in the
16  course of your ordinary work?
17    A.   Beyond the first 117 million that
18  we have been discussing together, there's a rum
19  tax waterfall that proceeds after that, and I
20  have reviewed actual cash flows with -- actual
21  cash flows in the rum tax waterfall after the
22  first 117 million in my normal course of
23  business with the Commonwealth.
24    Q.   And in the course of that, have
25  you looked at the actual document?
```

Ahlberg, Timothy H. - Vol. II

April 23, 2020

40 (Pages 378 to 381)

---

**378**

1    A.    Somewhere along the lines in the
2    past two and a half years, I have seen the
3    actual lockbox agreement.
4    Q.    Okay.  Do you understand that
5    under the lockbox agreement -- which,
6    apologies, is being pulled off, I created
7    confusion, apparently.  We already used
8    Exhibit 26.  So this will be Exhibit 27 -- that
9    there are multiple transfers that -- let me
10   ask.
11        Here's the lockbox agreement.  Is
12   this the agreement that we were just talking
13   about?
14   A.    Yes.
15   Q.    Okay.  So the record is clear,
16   because we have now said it wrong three times,
17   Monolines Exhibit 28 is the lockbox agreement
18   dated May 5, 2015.  Who's the lockbox trustee?
19   Sorry, what does the lockbox say?
20   A.    Citibank.
21   Q.    And do you understand that under
22   this agreement Citibank has to make a number of
23   transfers to various entities, right?
24   A.    Not being an attorney, I'm not
25   certain what the lockbox agreement mandates or

---

**379**

1    does not mandate.
2    Q.    Okay.  Well, I thought you told me
3    that in the ordinary course of your business,
4    you have seen the lockbox agreement and
5    considered it in connection with the Flow of
6    Funds that it mandates.  No?  Did I get that
7    wrong?
8    UNIDENTIFIED SPEAKER:  Objection.
9    THE WITNESS:  I'm generally
10   familiar with the lockbox agreement, and in the
11   context in which I would have been familiar
12   with it was in monitoring cash flow activity
13   with respect to rum tax.
14   BY MS. MILLER:
15   Q.    Okay.  And so you understand that
16   the lockbox agreement outlines period cash
17   flows or the flow of various revenues, right?
18   MS. McKEEN:  Objection.
19   THE WITNESS:  I understand it's --
20   the Flow of Funds is different before and after
21   the lockbox agreement is operational.
22   BY MS. MILLER:
23   Q.    Okay.  I have not asked anything
24   about that.
25        I'm just asking you whether you

---

**380**

1    understand that the lockbox agreement sets
2    forth a Flow of Funds for the rum tax revenue.
3    A.    Not being an attorney, I'm not
4    positive that this lockbox agreement says that.
5    Q.    Why did you look at it in
6    connection with the Flow of Funds of the rum
7    taxes in the ordinary course of your business?
8    A.    In my ordinary course of business,
9    and understanding the historical Flow of Funds
10   for rum taxes, for us it meant understanding
11   that transfers were -- after the lockbox
12   agreements were coming directly from the
13   Citibank account as opposed to being
14   transferred directly from the U.S. Government.
15   Q.    Okay.  And is that
16   something -- when you said in the ordinary
17   course of your business, did you mean in
18   connection with preparing these Flow of Funds
19   documents?
20   A.    No.
21   Q.    Okay.  So in connection with your
22   ordinary course of business, you have to
23   understand that historical Flow of Funds
24   differed from the Flow of Funds under the
25   lockbox agreement?  Did I understand that

---

**381**

1    right?
2    MS. McKEEN:  Objection.
3    THE WITNESS:  From a normal course
4    of business, I understood the lockbox agreement
5    changed the Flow of Funds.
6    BY MS. MILLER:
7    Q.    Okay.  Do you understand how it
8    changed the Flow of Funds?
9    A.    Yes.  The funds are -- rum taxes
10   are -- first went to Citibank prior to transfer
11   to the TSA, as opposed to coming directly from
12   the U.S. Government.
13   Q.    Okay.  And then, after the first
14   117 -- well, look at page 4 of the lockbox
15   agreement.
16        And is this specifically a page
17   that you've seen before?  And I'm going to
18   direct you to Section 5, which is the
19   Disposition of Cover Over Payments in the
20   account.  Do you see that?
21   A.    I see that fifth section there.
22   Q.    Okay.  And did you look at this
23   fifth section in the ordinary course of
24   business before preparing the PRIFA Flow of
25   Funds for this deposition?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

41 (Pages 382 to 385)

**382**

1    A.    I don't recall specifically
2  reviewing this exact section of the document.
3    Q.    Okay.  Do you have an
4  understanding of how the moneys beyond the
5  first 117 million flow?
6    A.    I have a general understanding.
7    Q.    Okay.  What's your general
8  understanding?
9    A.    My general understanding is that
10  after the first 117 million, that there
11  are -- there's a waterfall for the remaining --
12  remaining distribution of funds.
13    Q.    Okay.  And do you know who gets
14  the second payment in the waterfall?
15    A.    I can't recall off the top of my
16  head who gets the second payment in the
17  waterfall.
18    Q.    Well, good news.  You don't have
19  to recall off the top of your head.  If you
20  look at Section 5(b), it says "Second."
21          So you can just read it and then
22  tell me if that refreshes your recollection of
23  who gets the second flow in the waterfall.
24    A.    Counsel, could you point me to the
25  section of the document you're referring to?

**383**

1    Q.    Section 5(b), as in boy.
2  Actually -- sorry.  Yeah, that's right.
3  Section 5(b).
4          MS. McKEEN:  Atara, when you get
5  to a convenient stopping place, if we could
6  have a short break, I would appreciate it.
7          MS. MILLER:  Sure.  Actually,
8  almost done with this.  I want to go a few
9  minutes longer, and hopefully I can wrap this
10  up.
11          MS. McKEEN:  That's great.  Thank
12  you.  Just a quick one.
13          MS. MILLER:  Okay.
14  BY MS. MILLER:
15    Q.    Mr. Ahlberg, does Section 5(b)
16  refresh your recollection as to who gets the
17  second distribution of rum taxes after the
18  first 117 million?
19    A.    That refreshes my recollection of
20  what this lockbox agreement says.  I can't say
21  for certain that -- off the top of my head that
22  this is how the cash flow on activity follows.
23    Q.    Okay.  Who's supposed to get the
24  next 5 million --
25

**384**

1          MS. McKEEN:  Objection.
2  BY MS. MILLER:
3    Q.    -- under the lockbox agreement?
4          MS. McKEEN:  Objection.
5          THE WITNESS:  I believe that it
6  says:
7          Second, to the Secretary of
8  Treasury for deposit to the credit of the S&T
9  Trust, which I understand is the Science and
10  Technology Trust.
11  BY MS. MILLER:
12    Q.    Okay.  And what about third?
13    A.    The document says:
14          Third, to the Secretary of
15  Treasury, the remaining amount of Non-Rum COR
16  included in such Cover Over Payment.
17    Q.    Okay.  And then what about 4?
18    A.    The document says:
19          Fourth, to the Secretary of
20  Treasury, the remaining amount of other rum
21  Cover Over or COR included in such Cover Over
22  Payment.
23    Q.    Okay.  Do you know whether the
24  Commonwealth accounts for each of these buckets
25  of rum tax revenues differently when it

**385**

1  receives them from Citi?
2    A.    I'm not certain if there's
3  different accounting treatment for the rum
4  revenues in excess of the first 117 million.
5    Q.    Do you know if the 5 million to
6  the credit of the S&T Trust if -- sorry -- is
7  credited to the General Fund?
8    A.    I'm not positive off the top of my
9  head if that is the case.
10    Q.    What would you do to find out
11  whether the transfers in (a), (b), (c) and (d)
12  of Section 5 of Exhibit 28 are accounted for
13  differently on the internal accounting records
14  of the Commonwealth?
15    A.    Apologies, I'm just thinking here.
16  Would you mind repeating the question?
17    Q.    Yeah.  My question is:
18          What would you do to determine
19  whether the transfers in Section 5(a), (b), (c)
20  and (d) of Exhibit 28 are accounted for
21  differently on the internal accounting records
22  of the Commonwealth?
23    A.    I would -- first, I would discuss
24  with -- with Treasury and review the transfers
25  into -- review the, you know, transfers letters

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

42 (Pages 386 to 389)

**386**

1    or vouchers that show transfer into the TSA.
2        Q.    Do you know whether when Citi
3    makes transfers under this lockbox agreement it
4    specifically identifies whether the
5    transfer -- sorry -- which bucket the
6    transfer -- let me start over.
7            Do you know whether Citi, when it
8    makes transfers under the lockbox agreement,
9    specifically identifies which bucket the moneys
10   fall under?
11       A.    Would you repeat that question,
12   please?
13       Q.    Yeah.  Do you know whether Citi,
14   when it makes transfers under the lockbox
15   agreement, specifically identifies which bucket
16   the moneys fall under?
17       A.    I'm not positive.  I would have to
18   double-check on that.
19       Q.    Okay.  Do you know what it means
20   for a deposit to be to the credit of the S&T
21   Trust?
22       A.    I'm not sure what is intended by
23   that exact phrasing there.
24       Q.    Do you know whether there is a
25   Fund that corresponds to the S&T Trust?

**387**

1        A.    I do not know whether there is a
2    separate Fund number within the PRIFA system
3    that identifies S&T Trust money.
4        Q.    Would you expect the Commonwealth
5    to account differently for moneys deposited to
6    the credit of the S&T Trust from moneys
7    deposited to the credit of PRIFA?
8            UNIDENTIFIED SPEAKER:  Objection.
9            THE WITNESS:  I mean, nothing --
10   I'm not sure how S&T would account for those
11   differently from one another.
12           BY MS. MILLER:
13       Q.    Okay.  Do you know why the
14   Commonwealth asks Citi to separately break out
15   amounts that were going to the Treasury for
16   deposit of the credit into different entities?
17           MS. McKEEN:  Objection.
18           THE WITNESS:  I do not know why
19   Citibank does that.
20           BY MS. MILLER:
21       Q.    My question was why does the
22   Commonwealth ask them to do it.
23           MS. McKEEN:  Objection.
24           THE WITNESS:  I don't know why the
25   Commonwealth would have asked them to do that.

**388**

1    BY MS. MILLER:
2        Q.    Okay.  Just, for example, (a) and
3    (b), it would have been more simple to just
4    make a single transfer to the Secretary of the
5    Treasury for 122 million, wouldn't it?
6            MS. McKEEN:  Objection.
7            THE WITNESS:  I can't say what
8    would have been easier or not.
9            BY MS. MILLER:
10       Q.    Is there any reason you can think
11   of why in a Flow of Funds the first 117 million
12   being transferred to the Secretary -- to the
13   Secretary of the Treasury for the credit of
14   PRIFA was broken out from the next $5 million
15   that were being transferred to the Secretary of
16   the Treasury for deposit to the credit of the
17   S&T Trust?
18           MS. McKEEN:  Objection.
19           THE WITNESS:  Would you please
20   repeat the question?
21           BY MS. MILLER:
22       Q.    Is there any reason you can think
23   of for why in the Flow of Funds the first
24   117 million being transferred to the Secretary
25   of Treasury for the credit of PRIFA was broken

**389**

1    out from the next 5 million that were being
2    transferred to the Secretary of Treasury for
3    deposit to the credit of the S&T Trust?
4            MS. McKEEN:  Objection.
5            THE WITNESS:  I can't speculate as
6    to why.
7            BY MS. MILLER:
8        Q.    Okay.  All right.  Let's -- I'm
9    going to do one more quick exhibit, Liz, and
10   then I'll take a break.  It shouldn't take more
11   than a minute.
12           MS. MILLER:  Can we mark tab 1302
13   as Exhibit 29?
14           (Monolines Exhibit 29 is
15           introduced for the record.)
16           BY MS. MILLER:
17       Q.    Okay.  Mr. Ahlberg, is this a
18   document that you've seen before or a form of
19   document that you've seen before?
20       A.    Yes.
21       Q.    Okay.  And what is it?
22       A.    It is a lockbox receipt notice.
23       Q.    And can we just look at the second
24   page of this document?
25           Okay.  Mr. Ahlberg, does this

**390**

1 refresh your recollection about whether Citi in
2 fact breaks out into each category the amount
3 of the disbursement?
4     A.   Yes.
5     Q.   Okay.  And so Citi would transfer
6 in the first 117 million of rum excise taxes,
7 specifically identifies the recipient as the
8 Secretary of Treasury for deposit to the credit
9 of PRIFA, correct?
10     UNIDENTIFIED SPEAKER:  Note my
11 objection.
12     MS. MILLER:  What's your
13 objection?
14     UNIDENTIFIED SPEAKER:  You've used
15 the word "identifies" in the present tense, and
16 I think it's unclear as to whether you're
17 asking about this specific example or a course
18 of conduct across all Citi transfers.  That's
19 my objection.
20     MS. MILLER:  Okay.  I appreciate
21 that clarification.
22 BY MS. MILLER:
23     Q.   Mr. Ahlberg, does this refresh
24 your recollection that on August 25, 2017, Citi
25 identifies the recipient of the first

**391**

1 117 million as Secretary of Treasury for
2 deposit to the credit of PRIFA?
3     A.   Yes, it does refresh my
4 recollection that Citibank produces a document
5 with this information.
6     Q.   And does it still produce that
7 document today?
8     A.   I believe so.
9     Q.   And it specifically identifies the
10 recipient for the first 117 million as
11 Secretary of Treasury for deposit to the credit
12 of PRIFA, correct?
13     A.   On this document, that is correct.
14     Q.   Do you believe that's changed in
15 any subsequent documents?
16     MS. McKEEN:  Objection.
17     THE WITNESS:  Do not think so.
18 BY MS. MILLER:
19     Q.   And that's distinct from the
20 Secretary of Treasury for deposit to the credit
21 of the S&T Trust, correct?
22     A.   Different in that it is shown
23 separately on the Citibank-produced document,
24 yes.
25     MS. MILLER:  Okay.  This is a good

**392**

1 time for a break.
2     Liz, how long do you want to take?
3     MS. McKEEN:  10.
4     MS. MILLER:  Okay.  Great.
5     MS. McKEEN:  Thank you.
6     MS. MILLER:  Thank you.
7     THE VIDEOGRAPHER:  We are off the
8 record at 2:39 p.m.
9     (Recess taken.)
10     THE VIDEOGRAPHER:  We are back on
11 record at 2:54 p.m.
12 BY MS. MILLER:
13     Q.   Okay.  I want to go back to
14 Exhibit 24, and I want to look at the next
15 page, which is the Flow of Funds from July 2015
16 to March 2016.  Do you see that?
17     A.   No.
18     Q.   Me neither.  There we go.
19 Now do you see it?
20     A.   Yes.
21     Q.   Okay.  And just looking at this
22 chart, based on what you've already said, you
23 were able to identify -- well, let me ask the
24 first question.
25     The first $117 million of rum

**393**

1 excise taxes flowed, according to this chart,
2 from this U.S. Treasury to the Citibank
3 account.  And is that the lockbox account?
4     A.   Yes.
5     Q.   Okay.  And is it your
6 understanding that that is an account of the
7 Secretary of the Treasury?
8     A.   The Citibank account?
9     Q.   The Citibank account, yeah.
10     A.   I'm not -- I'm not certain there.
11     Q.   Okay.  Well, it's denoted in dark
12 gray.  What does dark gray mean?
13     A.   In this case, it indicates that
14 it's not a Commonwealth account.
15     Q.   So your testimony, as the
16 corporate representative of the Commonwealth,
17 is that the Citibank 9028 account is not a
18 Commonwealth account?
19     A.   I'm not certain whether that's
20 called a Commonwealth account or not a
21 Commonwealth account.  The dark gray is meant
22 to distinguish it from the TSA operational
23 accounts as well as the other Commonwealth
24 account 6048.
25     Q.   Okay.  Why were you distinguishing

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

44 (Pages 394 to 397)

---

**394**

1   this account?

2        A.   I mean, it's a separate bank

3   account.  The dark gray is done to -- to help

4   the reader know that that account is separate

5   from the TSA 0006 or Account 6048.

6        Q.   What is Account 6048?

7        A.   It's a separate account at

8   Treasury.

9        Q.   And what's it used for?

10       A.   It's -- I believe it's an account

11  that's actually no longer used.

12       Q.   During the period July 2015 to

13  March 2016, what was that account used for?

14       A.   In this case, it received a

15  transfer of -- from 0006 and -- more than one

16  transfer, potentially many transfers.

17       Q.   Okay.  And the 6048 account is

18  designated as a comingled account.  Do you see

19  that?

20       A.   Yes.

21       Q.   What other moneys are deposited

22  into the 6048 account or what other

23  deposit -- what other moneys were deposited

24  into the 6048 account during the period

25  July 2015 to March 2016?

---

**395**

1        A.   I can't recall off the top of my

2   head what other moneys were included in that

3   transfer or those transfers.

4        Q.   Do you know whether HTA taxes were

5   loaded to the 6048 account?

6        A.   I can't recall off the top of my

7   head without looking at the HTA Flow of Funds

8   presentation document.

9        Q.   Okay.  Do you know whether CCDA

10  moneys were flowed into the 6048 account during

11  this period?

12       A.   I can't recall which moneys

13  besides rum taxes off the top of my head were

14  transferred to this account.

15       Q.   Do you have an understanding of

16  why the money was flowed from the 006 account

17  into the 6048 account and then back into the

18  006 account?

19       A.   It's a function of internal cash

20  management at the time of the Department of

21  Treasury.

22       Q.   Okay.  Do you know whether

23  60 -- the 6048 account was designated a

24  clawback revenue account?

25       A.   I'm not part of the -- the name or

---

**396**

1   colloquial name of that account.

2        Q.   Does that ring a bell, that the

3   6048 account was used during this period to

4   hold clawback moneys from HTA, CCDA, and PRIFA?

5        A.   It certainly received transfers of

6   funds that either previously or ultimately were

7   used for those purposes.

8        Q.   What purposes do you mean when you

9   say "those purposes"?

10       A.   In this -- in this specific case,

11  being an accountant, the Flow of Funds during

12  the time in which -- that service payments were

13  being made.

14            THE REPORTER:  I'm sorry.  During

15  the time in which?

16  BY MS. MILLER:

17       Q.   I didn't get any of that, so...

18       A.   I heard a couple people there.

19       Q.   I think the court reporter asked

20  you to finish your answer.  She didn't catch

21  the end of it.

22       A.   Okay, sorry.  Would you mind

23  repeating the question?

24       Q.   I've lost track of it.

25            MS. MILLER:  Madam Court Reporter,

---

**397**

1   would you mind reading back the last question?

2            (Record read as requested.)

3            "What do you mean when you say

4            'those purposes'?"

5            MS. MILLER:  We need to go back

6   one more question.

7            (Record read as requested.)

8            Question:  "Does that ring a

9            bell, that the 6048 account

10           was used during this period to

11           hold clawback moneys from HTA,

12           CCDA, and PRIFA?

13           Answer:  It certainly received

14           transfers of funds that either

15           previously or ultimately were

16           used for those purposes.

17           Question:  What purposes do

18           you mean when you say "those

19           purposes"?

20           THE WITNESS:  Those purposes,

21  meaning to receive bank flows of revenues, you

22  know, that could be rum tax revenues or the

23  other revenues that you referenced.

24  BY MS. MILLER:

25       Q.   Did the 6048 account receive any

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

45 (Pages 398 to 401)

**398**

1  moneys other than clawback money during this
2  period?
3      A.    I'm not certain what you're
4  referring to as clawback money.
5      Q.    Okay.  Have you ever heard the
6  term "clawback money"?
7      A.    I have heard the term "clawback
8  money."
9      Q.    And what do you understand it to
10  mean?
11      A.    Meaning funds that either were or
12  are retained at the Commonwealth -- by the
13  Commonwealth.
14      Q.    And when you say money, do you
15  specifically mean moneys that are allocated to
16  either PRIFA, HTA or CCDA that are currently
17  being retained by the Commonwealth, correct?
18          MS. McKEEN:  Objection.
19          THE WITNESS:  Well, I disagree
20  with the characterization that they're
21  allocated to those entities.
22  BY MS. MILLER:
23      Q.    Well, you don't mean all moneys
24  that are held by the Commonwealth, do you?  So
25  define what you mean, please.

**399**

1      A.    Moneys that either previously or
2  continue to flow for debt service.
3      Q.    Well, not all debt service money
4  went to the 6048 account, did it?  So I don't
5  think that's what you mean by defining clawback
6  money.  Can you tell me what you actually mean
7  when you use the term "clawback money"?
8          MS. McKEEN:  Objection.
9  BY MS. MILLER:
10      Q.    Mr. Ahlberg, what do you
11  understand the term "clawback money" to mean?
12      A.    I understand the term to refer to
13  revenues that either were or are retained by
14  the Commonwealth.
15      Q.    Any money or a specific set of
16  money?
17      A.    When I think about -- yeah,
18  there's specific -- yes, specific moneys.
19      Q.    And what specific money?
20      A.    I mean, again, I can't recall off
21  the top of my head all other, other than the
22  context of rum in the context of looking at
23  this document in the account 6048.
24      Q.    I'm not even asking about Account
25  6048 right now.  I'm just asking about your

**400**

1  understanding of what "clawback revenues"
2  means.
3      A.    My understanding of "clawback
4  revenues" is revenues that either were or are
5  retained by the Commonwealth.
6      Q.    Can you give me an example of
7  a -- okay.  So let me give you an example.
8          We looked previously at the
9  financial statements and the cash flows, and
10  one category of moneys was federal funds for
11  Medicaid.  Do you recall that?
12      A.    I do recall.
13      Q.    Okay.  And the Commonwealth
14  received those moneys, correct, in its TSA
15  account?
16      A.    Correct.
17      Q.    During the time that the
18  Commonwealth holds those revenues, are they
19  considered clawback moneys under your
20  definition?
21      A.    I would not consider those
22  clawback moneys.
23      Q.    Okay.  So can you suggest or
24  provide me with -- can you provide me with a
25  definition of clawback moneys that would

**401**

1  appropriately distinguish what you mean by
2  clawback moneys from, for example, the federal
3  funds?
4          MS. McKEEN:  Objection.
5          THE WITNESS:  Could you repeat the
6  question?
7  BY MS. MILLER:
8      Q.    Can you give me a definition of
9  clawback moneys that would appropriately
10  distinguish what you mean by clawback moneys
11  for, for example, those federal funds?
12      A.    Okay.  So the way I understand
13  the -- generally understand the definition of
14  "clawback revenues" as you've used it is that
15  this refers to moneys that either were or are
16  retained by the Commonwealth.  Specifically as
17  it relates to this deposition, I'm referring to
18  rum taxes or HTA allocable revenues, et cetera.
19      Q.    And when you say "et cetera," do
20  you mean CCDA or (indiscernible)?
21      A.    Those would be generally included
22  in the general term of clawback revenues as I
23  understand it.
24      Q.    Okay.  And was the 6048 account an
25  account that was specifically used during the

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

46 (Pages 402 to 405)

---

**402**

1  July '15 to March 2016 period to hold clawback
2  moneys from those particular entities?
3      A.   I believe so, yes.
4      Q.   Do you know whether there are any
5  other moneys that were deposited into the 6048?
6      A.   I don't believe that there were,
7  but I can't recall off the top of my head.
8      Q.   Okay.  Do you know approximately
9  how much money was deposited into Account 6048
10  during this period?
11      A.   Off the top of my head, I do not,
12  but that's certainly something that we could
13  review and get back to you on.
14      Q.   And how would you determine that?
15      A.   I would review the internal daily
16  cash flow that I mentioned earlier that
17  Treasury maintains, and in there I would look
18  at transfers from the TSA operational account
19  through this account.
20      Q.   Okay.  And how were you able to
21  identify the money from the 006 account into
22  the 6048 account -- sorry.
23          How were you able to identify HTA
24  revenues, for example, flowing from the 006
25  account to the 6048 account?

---

**403**

1      A.   If the question is in the context
2  of HTA, would you mind putting the HTA
3  presentation for this time period up on the
4  screen?
5      Q.   I'm not going to do that.  I'm
6  just going to ask you about the HTA later.
7          I thought you just told me that
8  6048 was used during this time for HTA, PRIFA
9  and CCDA.  Didn't you just tell me that?
10      A.   I believe so, but to answer a
11  specific question about HTA, I thought it would
12  be helpful to have that slide in front of me.
13      Q.   Okay.  Well, how do you know that
14  the moneys were rum taxes when they flowed from
15  the 006 account to the 6048 account?
16      A.   By reviewing the transfer details
17  that corresponded with that transfer.
18      Q.   And what specifically in the
19  transfer details allowed you to identify the
20  moneys as being for the rum taxes or the
21  117 million for the rum taxes?
22      A.   Without looking at the exact
23  transfer details, I can't -- I can't recall the
24  exact data point on those transfer details that
25  would have indicated who was the transferor of

---

**404**

1  rum funds.
2      Q.   Okay.  But you know that there was
3  something specific in the internal accounting
4  documents of the Commonwealth that identified
5  the revenues as from among the first
6  117 million of rum excise taxes, correct?
7      A.   That's correct.
8      Q.   And is the same true with respect
9  to the transfer from the 006 account to the GO
10  Debt Service?
11      A.   That's correct.
12      Q.   Do you know whether all of the
13  money in the 6048 account was transferred into
14  the 006 account during this period?
15      A.   I believe the entirety of the
16  balances was actually transferred over.  I
17  can't recall if it occurs within the parameters
18  of the time period suggested on the slide or
19  not.
20      Q.   So is the time parameter indicated
21  on the slide talking about the starting point
22  of the flow, meaning if the flow of dollars
23  started between July '15 to March 2016, this is
24  how it flowed, that some of these flows may
25  have occurred outside of that period?

---

**405**

1          UNIDENTIFIED SPEAKER:  Objection.
2          THE WITNESS:  None of the flows
3  presented on this page would have occurred
4  outside the period.
5  BY MS. MILLER:
6      Q.   I thought you just told me that
7  some of the money from 6048 may have
8  transferred to 006 outside of this time period.
9      A.   You asked if the entire balance of
10  6048 was transferred to 0006.  Given the nature
11  that it's comingled, I just -- I can't say for
12  certain, looking at this particular diagram,
13  that every single dollar in Account 6048 was
14  transferred to Account 0006 in this time period
15  without reviewing --
16      Q.   Okay.
17      A.   -- internal cash flows, as I
18  mentioned.
19      Q.   Okay.  And the moneys flowed from
20  the 006 account to GO Debt Service.  Do you see
21  that?
22      A.   I see that.
23      Q.   Was that an actual GO Debt Service
24  payment out to bondholder?
25      A.   I'm sorry, what was the question?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                  April 23, 2020

47 (Pages 406 to 409)

---

**406**

1    Q.    Does that reflect an actual
2    payment of GO Debt Service to bondholder?
3        A.    Those transfers were made toward
4    the GO Debt Service. I'm uncertain to -- to
5    the exact accounts, all of the accounts there.
6        Q.    Was it made to third parties?
7        A.    I'm not positive.
8        Q.    So you don't know if it was
9    transferred into a Commonwealth GO Debt Service
10   account but never transferred subsequently to
11   third parties?
12       A.    I can't recall off the top of my
13   head, but I think we provided documents of that
14   transfer.
15       Q.    And what kind of documents do you
16   believe you provided reflecting that transfer
17   or those transfers?
18       A.    I believe we provided transfer --
19   transfer details showing the transfer out of
20   GDB Account 0006 for GO Debt Service.
21       Q.    And you can't recall whether it
22   was to another internal Commonwealth account or
23   to a third party?
24       A.    I can't recall.
25       Q.    Okay. Do you know approximately

---

**407**

1    how much money was transferred from the 006
2    account to GO Debt Service during this time
3    period?
4        A.    I can't recall exactly how much
5    that transfer was or those transfers were given
6    the transfer that's comingled with other
7    retained revenues.
8        Q.    Okay. Do you know whether there
9    were any other moneys remaining in the 006
10   account when that transfer was made?
11       A.    Being the operational account of
12   the Commonwealth and TSA, there would
13   definitely be a balance in that account even
14   after it transferred.
15       Q.    Okay. And the 006 account, does
16   that refer to a single bank account within the
17   TSA?
18       A.    Yes.
19       Q.    Okay. And are there other bank
20   accounts within the TSA?
21       A.    Yes.
22       Q.    Do you know whether the other bank
23   accounts in the TSA had any money at the time
24   that the transfers of these retained revenues
25   were made, as reflected in this July '15 to

---

**408**

1    March '16 period, were made from the 006
2    account, the GO Debt Service account?
3        A.    Without seeing a single account
4    during this time period, I believe that the
5    other TSA account would have had balances
6    during this time period.
7        Q.    Okay. I'm going to ask you the
8    same question I asked you previously with
9    respect to the prior Flow of Funds.
10           Just looking at this document for
11   the period July '15 to March 2016, it's
12   correct, is it not, that the only account
13   through which the full 117 million of the first
14   rum excise tax revenue flow are the Citibank
15   9028 account and the GDB 006 account, correct?
16       MS. McKEEN: Object to form.
17       THE WITNESS: The first
18   117 million would be received into the Citibank
19   lockbox as well as transferred into GDB Account
20   0006.
21   BY MS. MILLER:
22       Q.    Okay. And then no other account
23   reflected on this chart -- sorry.
24           The full first 117 million of rum
25   excise taxes do not flow through any other

---

**409**

1    account reflected on this Flow of Funds,
2    correct?
3        A.    There's no other transfer of
4    117 million or -- on this -- on this Flow of
5    Funds.
6        Q.    Okay. So that's a yes, right?
7        MS. McKEEN: Objection.
8        THE WITNESS: The first
9    117 million flows to the Citibank account, and
10   then that 117 million will flow to the GDB
11   account 0006.
12           It is true then that a total of
13   117 million would not flow from GDB Account
14   0006 to 6048 with respect to rum taxes.
15   BY MS. MILLER:
16       Q.    Okay. I just want to look quickly
17   at the last page in the Flow of Funds, and this
18   reflects the Flow of Funds from April of 2016
19   to the present. Do you see that?
20       A.    Yes.
21       Q.    Okay. And here there's a change
22   in the Flow of Funds where the moneys go from
23   the U.S. Treasury to the Citibank account,
24   correct? And then they go into the Banco
25   Popular 9458 account. Do you see that?

---

410

```
 1      A.   Yes, I see that.
 2      Q.   Okay.  During the April 2016 to
 3  the present time period, that has replaced the
 4  GDB 006 account as the main operational account
 5  of the Commonwealth, correct?
 6      A.   Correct.
 7      Q.   Okay.  And then we see -- a
 8  million dollars transferring to the PRIFA
 9  BPPR 2882 account.  Do you see that?
10      A.   Yes.
11      Q.   And has that account replaced the
12  GDB 0704 account as the primary PRIFA operating
13  account?
14      A.   Would you mind giving me control
15  of the document, please?
16      Q.   Sure.
17      A.   Thank you.
18           That's correct.
19      Q.   Okay.  And the Flow of Funds
20  stopped here with the Banco Popular 9045
21  account and the Banco Popular 2882 account; is
22  that right?
23      A.   Correct.
24      Q.   Are there any outflows of rum
25  excise taxes out of the BPPR 9458 account?
```

411

```
 1      A.   Besides the $1 million discrete
 2  transfer, as documented on this presentation,
 3  there would have been no transfers out of the
 4  TSA operational account for which revenue
 5  source was rum tax revenues.
 6      Q.   Is that because the rum tax
 7  revenues don't fit in the operational account?
 8      A.   It's not possible to know that.
 9      Q.   And why not?
10      A.   Because the TSA is a collection of
11  bank accounts that transfer between one
12  another.
13      Q.   Okay.  So you think the rum excise
14  taxes are sitting somewhere in the TSA but not
15  necessarily in the 9458 account.  Is that what
16  you're saying?
17           UNIDENTIFIED SPEAKER:  Objection.
18           THE WITNESS:  Once the cash is
19  in -- once the proceeds from rum revenue is
20  deposited to the TSA, those dollars -- that
21  cash is indistinguishable from other dollars
22  and cash within the TSA account.
23  BY MS. MILLER:
24      Q.   Okay.  I know that.  But on the
25  previous chart, we saw the rum tax revenues
```

412

```
 1  being deposited in the 006 account, which is
 2  the equivalent account to the current BPPR 9458
 3  account, right?  And we were able to identify
 4  outflows as a revenue source of rum excise
 5  taxes.  Do you recall doing that exercise on
 6  the prior two terms?
 7      A.   Yes.
 8      Q.   Okay.  So my question is:
 9           Why could you not do that exercise
10  for the April '16 to present period?
11      A.   Maybe I'm not understanding the
12  exercise that you're referring to.  Could you
13  please repeat that?
14      Q.   I'm going to ask a different
15  question.
16           Is it your understanding that the
17  rum excise taxes collected between April 2016
18  and the present still remain in the TSA?
19           MS. McKEEN:  Objection.
20           THE WITNESS:  It's true that
21  revenue earned from rum taxes from April 2016
22  to present were transferred into the TSA
23  account.
24  BY MS. MILLER:
25      Q.   Have you seen any evidence of an
```

413

```
 1  outflow from the TSA of rum tax revenue?
 2      A.   Besides the $1 million discrete
 3  transfer noted on the slide, I've seen no
 4  transfers out of the TSA.  The fund source,
 5  revenue source was rum taxes.
 6      Q.   Okay.  And in the prior period
 7  that we looked at, so the entire period from
 8  January 2014 to March 2016, you were able to
 9  identify outflows of rum tax revenues from the
10  General Fund, correct?
11           Sorry.  Let me restate that.
12           For the period January 2014
13  through March 2016, when rum taxes flowed out
14  of the Commonwealth's main operational account,
15  you were able to identify that, correct?
16      A.   No.  We were able to identify
17  transfers from the operational account whose
18  fund source was rum tax revenue.
19      Q.   Okay.  So for the period
20  January 2014 through March 2016, you were able
21  to identify transfers from the operational
22  account whose fund source was rum tax revenue;
23  is that correct?
24      A.   That is correct.
25      Q.   Okay.  And you were not able to
```

**414**

1  identify any outflow with the fund source of
2  rum tax revenues during the period April 2016
3  to the present; is that correct?
4      A.   It's not that we were unable to.
5  It's that we did not identify anything as such.
6      Q.   Okay. So to the best of your
7  knowledge, there were no outflows from the TSA
8  with a revenue source of rum excise taxes,
9  correct?
10          UNIDENTIFIED SPEAKER: Objection.
11  BY MS. MILLER:
12      Q.   Sorry. During this period, from
13  April -- let me just restate it so we have a
14  clean question.
15          To the best of your knowledge,
16  there were no outflows from April 2016 to the
17  present from the TSA with a revenue source of
18  the rum excise taxes, correct?
19      A.   With the exception of the
20  $1 million listed on this presentation
21  document, that is correct.
22      Q.   Thank you.
23          I'm going to switch to talking
24  about CCDA.
25          Now, I mentioned it earlier,

**415**

1  Mr. Ahlberg. Do you have an understanding that
2  when I say "CCDA" -- do you have an
3  understanding of what I mean when I say "CCDA"?
4      A.   Would you please clarify for me?
5      Q.   Sure. I think it's the Convention
6  Center Development Authority.
7      A.   Oh, okay.
8      Q.   And when I say "Tourism Company,"
9  do you know what I mean?
10      A.   Yes.
11      Q.   Okay. Do you have any -- have you
12  had any involvement in -- sorry. Let me
13  restate it.
14          So when I say "CCDA," I mean the
15  Convention Center District Authority. Do you
16  understand that?
17      A.   Yes.
18      Q.   When I say -- sorry, not when I
19  say.
20          Have you had any involvement with
21  CCDA in your -- the ordinary course of your
22  work for AAFAF?
23      A.   No.
24      Q.   What about the Tourism Company?
25      A.   Yes.

**416**

1      Q.   Okay. And what work did
2  you -- have you done with respect to the
3  Tourism Company?
4      A.   Generally cash flow reporting and
5  cash flow workout scenes.
6      Q.   How long have you been doing work
7  related to the Tourism Company?
8      A.   It's hard to say specifically.
9          My work with the Commonwealth
10  overlaps with various instrumentalities since I
11  began work at the Commonwealth.
12      Q.   Did you similarly put together the
13  Flow of Funds for CCDA?
14      A.   For tourism? Yes.
15      Q.   Okay. And who at CCDA did you
16  work with?
17          UNIDENTIFIED SPEAKER: Objection.
18  BY MS. MILLER:
19      Q.   All right. Who, if anybody, did
20  you speak to at CCDA?
21      A.   We worked with individuals
22  employed by the Tourism Company.
23      Q.   And why did you speak with people
24  employed by the Tourism Company rather than
25  CCDA?

**417**

1      A.   Because putting together the Flow
2  of Funds, the Tourism Company individuals and
3  management team were the ones with the
4  requisite knowledge to help develop an accurate
5  Flow of Funds.
6      Q.   Did you speak to anybody at
7  Treasury about putting together a CCDA Flow of
8  Funds?
9      A.   I spoke with Treasury about
10  putting together a Flow of Funds for the
11  Tourism Company.
12      Q.   And who did you speak to at
13  Treasury?
14      A.   Off the top of my head, I can
15  recall Jeira Belén and Hector Gomez.
16      Q.   And what did they tell you -- or
17  what did you talk to them about specifically
18  with respect to the Tourism Flow of Funds?
19      A.   I think it depends on the
20  conversation, that generally our conversations
21  were focused on aligning with the accuracy as
22  presented in the Flow of Funds presentation.
23      Q.   What do you mean by "aligning with
24  the accuracy as presented in the Flow of Funds
25  presentation"? I don't understand that.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

50 (Pages 418 to 421)

---

**418**

1    A.    I just mean collective review and
2  collaboration that the Flow of Funds
3  presentation is correct.
4    Q.    Did Treasury have any specific
5  information about the revenue stream or the
6  flow of the revenue?
7    A.    I can't recall specifically if I
8  obtained revenue information from Treasury.
9       MS. MILLER:  Okay.  Okay.  So I'd
10 like to mark as the next exhibit tab 2001,
11 please.
12       (Monolines Exhibit 30 is
13       introduced for the record.)
14 BY MS. MILLER:
15    Q.    Mr. Ahlberg, in connection with
16 preparing the Flow of Funds, did you review the
17 assignment and coordination agreement between
18 the Tourism Company and the GDB?
19    A.    I personally did not review that
20 specific document.
21    Q.    Are you aware if such a document
22 exists?
23    A.    I have heard others refer to that
24 document.
25    Q.    Okay.  And in what context have

---

**419**

1  you heard others refer to the document?
2    A.    I can't recall specifically.  I
3  just know in general, I'm familiar with -- with
4  the term or the name of the document.
5    Q.    Okay.  So you've heard of it, you
6  just don't remember specifically where.
7    A.    Correct.
8    Q.    Okay.  So you have in front of you
9  a document that's been marked as Monolines
10 Exhibit 30.  It is the Assignment and
11 Coordination Agreement between -- by and
12 between the Tourism Company and the GDB.  Do
13 you see that?
14    A.    I see that.
15    Q.    Okay.  And I'd like you to look
16 specifically at Section 1, which is right there
17 on the first page, and it says:
18       The Tourism Company hereby creates
19 a Special Fund called the Assignment and
20 Coordination Agreement ("Holding Fund"),
21 ("Holding Fund").  All hotel occupancy tax
22 revenues will be deposited, as collected, into
23 the Holding Fund.
24       Have you ever heard of the Holding
25 Fund?

---

**420**

1    A.    I'm not aware of a specific
2  Holding Fund.
3    Q.    Have you ever heard that term used
4  in connection with CCDA or the Tourism Company?
5    A.    I may have heard the term, but I
6  am not generally familiar with it.
7    Q.    Do you know whether there's an
8  accounting designation in the Commonwealth or
9  Tourism Company account that correspond to a
10 Holding Fund?
11    A.    I'm not positive about an
12 accounting designation of a specific Holding
13 Fund.
14    Q.    Okay.  Are you thinking of a
15 different accounting designation that relates
16 to hotel occupancy taxes?
17    A.    I'm not certain, just not being
18 familiar with the Holding Fund terminology.
19    Q.    And my question was:
20       Are you aware of any accounting
21 designations that relate to the hotel occupancy
22 taxes?
23    A.    I'm not certain of accounting
24 designations.
25    Q.    And here it says that the moneys

---

**421**

1  will be deposited as collected into the Holding
2  Fund.  Do you see that?
3    A.    I do see that.
4    Q.    And what does that mean to you?
5    A.    It means that all hotel occupancy
6  tax revenues will be deposited as collected
7  into the Holding Fund.
8    Q.    And what does it mean to be
9  deposited into a Fund?
10    A.    Generally it -- I mean, it depends
11 on how they're using the word "Fund" here, but,
12 generally, it would mean cash deposits into
13 whatever this concept of -- of Fund definitions
14 are used.
15    Q.    Does that make sense to you?
16    A.    Does what make sense to me?
17    Q.    The idea of a cash deposit into a
18 Fund.
19    A.    It makes sense that there would be
20 cash deposits into a bank account.
21    Q.    What about into the Fund?
22    A.    I don't know.  It depends on
23 what's meant by "Fund."
24    Q.    Okay.  Well, what do you think is
25 meant by "Fund" here?

---

Ahlberg, Timothy H. - Vol. II          April 23, 2020

51 (Pages 422 to 425)

---

**422**

1      UNIDENTIFIED SPEAKER: Objection.

2 BY MS. MILLER:

3      Q. Do you have an understanding of

4 how the Commonwealth uses the word "Fund"?

5      UNIDENTIFIED SPEAKER: Objection.

6      THE WITNESS: The Commonwealth

7 uses the word "Fund" in various ways, and often

8 very loosely, and the way that I think about

9 Fund is about Funds numbered specifically

10 within the PRIFA system.

11 BY MS. MILLER:

12      Q. Okay. Section 2 says that:

13      The holding Fund shall contain two

14 accounts identified as the Transfer Account and

15 the Surplus Account. Do you see that?

16      A. I see that.

17      Q. Have you ever heard of the

18 transfer account before?

19      A. Yes.

20      Q. And have you ever heard of the

21 surplus account before?

22      A. Yes.

23      Q. Okay. Do you have an

24 understanding of what revenues are assumed to

25 be deposited into the transfer account?

---

**423**

1      A. Yes.

2      Q. Okay. And what moneys are those?

3      A. In general, all hotel occupancy

4 taxes would eventually be transferred to the

5 transfer account.

6      Q. Okay. Your testimony -- sorry, I

7 forgot to ask.

8      Are you also testifying as the

9 corporate representative for the Tourism

10 Company today?

11      A. Yes.

12      Q. And you've also been designated as

13 the corporate representative for CCDA; is that

14 correct?

15      A. No.

16      Q. Okay. You're not the corporate

17 representative for CCDA?

18      A. No.

19      MS. MILLER: Okay. We don't get a

20 corporate representative for CCDA, Liz?

21      MS. McKEEN: You haven't noticed

22 one.

23      MS. MILLER: Okay.

24 BY MS. MILLER:

25      Q. Okay. So is the Tourism's

---

**424**

1 testimony that all hotel occupancy taxes have

2 to flow through the transfer account, is that

3 what I just heard you say?

4      A. It is not my testimony that all

5 hotel occupancy taxes have to flow through the

6 transfer account. It is my testimony that in

7 practice, in fact, depending on the time period

8 in question, that all -- all hotel occupancy

9 taxes would pass through the transfer account.

10 BY MS. MILLER:

11      Q. Okay. So when I asked you if you

12 have an understanding of what revenues are

13 required to be deposited into the transfer

14 account, you weren't answering that question,

15 you were answering a different question when

16 you said all hotel occupancy taxes would

17 eventually be transferred to the transfer

18 account? So it's just a statement not

19 responsive to my question?

20      UNIDENTIFIED SPEAKER: Objection.

21      THE WITNESS: I think I lost the

22 factual question that you're actually asking.

23 Would you mind --

24 BY MS. MILLER:

25      Q. Okay. Let me just ask -- let me

---

**425**

1 just ask you my same question again.

2      Do you have an understanding of

3 what revenues are required to be deposited into

4 the transfer account?

5      A. I'm not an attorney. I don't know

6 what revenues are required to be transferred

7 into that account, but I can tell you,

8 depending on the time period, what revenues did

9 or did not pass through that account.

10      Q. Okay. So are lawyers the only

11 people who have to take into account and

12 consider what moneys have to flow into what

13 account?

14      UNIDENTIFIED SPEAKER: Objection.

15      THE WITNESS: I don't know. But

16 there -- attorneys would certainly provide the

17 context for whether there was a requirement or

18 not a requirement to do so based on the law.

19 BY MS. MILLER:

20      Q. Okay. Well, what about

21 accountants, do they look at documents like

22 this to determine Flow of Funds and any

23 conditions or restrictions related to various

24 moneys?

25      A. I can't speculate on what general

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

52 (Pages 426 to 429)

---

**426**

1   accountants might view or not view.
2       Q.   Okay.  Well, in any of your
3   five-plus accounting courses that you took in
4   college, did any of them consider the need in
5   reviewing accounting materials to consider
6   legal, contractual or other restrictions or
7   requirements associated with various funds?
8       UNIDENTIFIED SPEAKER:  Objection.
9       THE WITNESS:  I can't recall if
10  there's a specific section like that in one of
11  the classes I took in college.
12  BY MS. MILLER:
13      Q.   I'm not asking for a specific
14  section.  I'm just asking if that concept ever
15  came up.
16      MS. McKEEN:  Objection.
17      THE WITNESS:  I can't recall if
18  that context specifically came up in class or
19  not.
20  BY MS. MILLER:
21      Q.   Would operational people within
22  Treasury have to know what moneys are required
23  to flow into what account?
24      MS. McKEEN:  Objection.
25      THE WITNESS:  People at Treasury

---

**427**

1   would be knowledgeable about different bank
2   accounts and transfer between bank accounts.
3   BY MS. MILLER:
4       Q.   And the basis for those transfers,
5   correct?
6       A.   Potentially.  I can't say whether
7   one person at Treasury does or does not know
8   the basis for executing their operational job
9   functions.
10      Q.   Okay.  But they need to know what
11  the requirements are in order to execute and
12  direct money to appropriate people, right?
13      There are operational people in
14  whatever the relevant entity is, whether it's
15  the Commonwealth or whether it's Tourism
16  Company, correct?
17      A.   Certainly there are people who
18  review that information to know how to execute
19  transfers.
20      Q.   Okay.  And among those people are
21  the people who you've referred to multiple
22  times both today and on Tuesday as "we,"
23  referring to the Treasury, correct?
24      A.   Correct.
25

---

**428**

1       UNIDENTIFIED SPEAKER:  Objection.
2   BY MS. MILLER:
3       Q.   Okay.  So I'm asking you not as a
4   lawyer but from an operational perspective, do
5   you have an understanding of what moneys under
6   the assignment and coordination agreement are
7   supposed to flow through the transfer account?
8       MS. McKEEN:  Objection.
9       THE WITNESS:  I'm not certain what
10  this document would require or not require, but
11  I can't tell you or answer questions about in
12  practice and actuality what happened and where
13  funds would flow.
14  BY MS. MILLER:
15      Q.   Well, so let me ask you about that
16  in practice and then reality.
17      Have you seen any documents that
18  specifically identify any bank account that
19  you've included on your Flow of Funds as the
20  transfer account?
21      A.   Yes.
22      Q.   Okay.  What document?
23      A.   I believe I misunderstood your
24  question and answered -- answered a question
25  that you did not ask.

---

**429**

1       Q.   Okay.  So let me ask my question
2   again.
3       Have you seen any document in all
4   of the work that you've done in putting
5   together the Tourism Company Flow of Funds that
6   specifically identifies any bank account
7   reflected on your Flow of Funds as the transfer
8   account?
9       A.   I can't recall personally
10  reviewing a document that identified a specific
11  account as the transfer account, but through
12  the collaborative process and work with
13  Treasury and the team that was pulling
14  documents for discovery, I'm confident that I
15  can identify the transfer account on the Flow
16  of Funds presentation.
17      Q.   Okay.  I'd like to know if you or
18  anybody you've worked with has either seen or
19  told you that there exists a document that
20  identifies a particular bank account as the
21  transfer account.
22      A.   I can't recall a specific document
23  that somebody referenced, but I do know which
24  account is referred to as the transfer account.
25      Q.   Okay.  I don't want to know your

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

53 (Pages 430 to 433)

---

**430**

1  guesswork about what you've decided is the
2  transfer account. I want to know if there's
3  any evidence that whatever account you're going
4  to tell me is the transfer account is actually
5  the transfer account.
6      MS. McKEEN: Objection,
7  argumentative.
8      THE WITNESS: I can't tell you a
9  specific document that I've personally reviewed
10 but that through our team's process and work,
11 I'm confident that I can identify the transfer
12 account in the Flow of Funds.
13 BY MS. MILLER:
14     Q.  Okay. So I've looked through the
15 documents that you've produced, and I can tell
16 you that there is not a single document that
17 identifies any account on your Flow of Funds as
18 the transfer account.
19         Do you have any reason to believe
20 that that is not in fact the case?
21     MS. McKEEN: Objection.
22 BY MS. MILLER:
23     Q.  So, actually, now I am asking you
24 about what I know.
25         So I'm going to make the

---

**431**

1  representation that I've reviewed it, and there
2  are no documents that were produced that
3  identify any account as the transfer account.
4         So my question to you is:
5         Do you believe that there is a
6  document to the contrary that specifically
7  identifies a bank account as the transfer
8  account?
9      MS. McKEEN: Objection.
10 BY MS. MILLER:
11     Q.  Not that you can think of off the
12 top of your head, not that you've personally
13 seen that exists in the universe.
14         As the corporate representative of
15 the Tourism Company and of the Commonwealth, is
16 there a document that exists that identifies a
17 specific bank account as the transfer account?
18     MS. McKEEN: Objection.
19     THE WITNESS: I have not seen an
20 individual document that identifies the account
21 as the transfer account, but did enough work in
22 collaboration with the team to satisfy myself
23 that I can actually identify a transfer
24 account, bank account on the Flow of Funds
25 presentation.

---

**432**

1      MS. MILLER: Okay. I'm going to
2  move to strike as nonresponsive.
3  BY MS. MILLER:
4      Q.  Has anyone on your team told you
5  that they have seen a document that identifies
6  a bank account as the transfer account?
7      A.  I don't recall a specific
8  conversation where somebody specifically
9  referenced a bank account as the reason that
10 they knew that that was the transfer account.
11     Q.  When you say "a bank account," do
12 you mean a document?
13     A.  I meant bank statement. Thank
14 you.
15     Q.  Do you expect that if there was
16 such a document, it would have been produced?
17     A.  I can't speculate one way or the
18 other.
19     MS. MILLER: Okay. Well, I'm
20 going to call for the production of any such
21 documents that the Commonwealth intends to rely
22 on as evidence that the account that you're
23 going to tell me is the transfer account is in
24 fact the transfer account.
25

---

**433**

1  BY MS. MILLER:
2      Q.  Okay. Looking at Section 4, which
3  is on the next page of Monolines Exhibit 30,
4  this document provides what it seems like you
5  already know, which is that:
6         All hotel occupancy tax funds
7  received by the Tourism Company shall be
8  deposited into the transfer account until (i)
9  1/10 of the required payment has been met and
10 (ii) any deficiencies in prior payment periods
11 have been met, but in aggregate such amounts
12 shall not exceed the total amount of Required
13 Payment needed in any Fiscal Year.
14         Thereafter, and only when the
15 Transfer Account contains all moneys necessary
16 to pay the Bonds in accordance with the GDB
17 Certificate, the Tourism Company shall deposit
18 any excess funds into the surplus account.
19         Do you see that?
20     A.  Yes.
21     Q.  All right. So you have an
22 understanding that under this agreement,
23 moneys -- the only moneys that are supposed to
24 flow into the transfer account are those that
25 are pledged to the bondholder, correct?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

54 (Pages 434 to 437)

**434**

1  MS. McKEEN: Objection.
2  THE WITNESS: I think you
3  paraphrased this paragraph, and I'm not
4  positive whether I agree or disagree with that
5  paraphrasing.
6  BY MS. MILLER:
7  Q. Okay. Well, I'll let you
8  paraphrase it.
9  What's your understanding, based
10  on the paragraph we just looked at, of what
11  moneys are supposed to flow into the transfer
12  account?
13  MS. McKEEN: Objection.
14  THE WITNESS: I'm happy to reread
15  the paragraph and sentences that you just read.
16  BY MS. MILLER:
17  Q. Yeah. Take as long as you need.
18  A. Okay. Thank you.
19  Would you now repeat your
20  question, please?
21  MS. MILLER: Could the court
22  reporter read it back, please?
23  (Record read as requested.)
24  THE WITNESS: The document says
25  that:

**435**

1  All Hotel Occupancy Tax Funds
2  shall be deposited into the transfer account
3  until 1/10 of the required payments are met.
4  BY MS. MILLER:
5  Q. And any deficiencies, correct?
6  A. Correct, that's what the document
7  says.
8  Q. Okay. And do you have an
9  understanding of what required payments are?
10  A. I have an understanding generally
11  of the term "required payments."
12  Q. Okay. What's your understanding?
13  A. I understand the term "required
14  payments" to mean payments that are required.
15  Q. Okay. So let's go back one page
16  to Section 3, which defines the term "required
17  payment" as:
18  The amount necessary for the
19  Authority to make, during the upcoming fiscal
20  year and the first day of the second succeeding
21  fiscal -- succeeding fiscal year, (a), payments
22  equal to the amount necessary for the full and
23  timely payment or amortization of the principal
24  and interest on the bonds due on July 1 and
25  January 1.

**436**

1  And then it keeps going.
2  So you can take a look at that and
3  then tell me if you have an understanding of
4  what required payments are.
5  A. Yeah, I have an understanding of
6  what required payments are as they're defined
7  within this document.
8  Q. Okay. And so you have an
9  understanding that only the -- on a monthly
10  basis only 1/10 of the required payments are
11  supposed to be put into the transfer account
12  plus any deficiency, and thereafter any excess
13  moneys are supposed to flow to the surplus
14  account, correct?
15  UNIDENTIFIED SPEAKER: Objection.
16  THE WITNESS: That's what this
17  agreement says.
18  BY MS. MILLER:
19  Q. Did you ever have any discussions
20  with anybody either at the Tourism Company or
21  Treasury about how the moneys are supposed to
22  flow under this agreement?
23  A. I mean, we certainly talked to the
24  Tourism Company about Flow of Funds.
25  Q. My question was specifically to

**437**

1  how the moneys were supposed to flow under this
2  agreement, specifically as between the transfer
3  account and the surplus account.
4  A. My focus was on documenting the
5  actual Flow of Funds and how it actually
6  happened.
7  Q. And is this how the moneys
8  actually flowed?
9  UNIDENTIFIED SPEAKER: Objection.
10  THE WITNESS: I have not done the
11  exercise to cross-reference every adjusted flow
12  from this document to the actual fund.
13  BY MS. MILLER:
14  Q. Mr. Ahlberg, that's not what I'm
15  asking.
16  You've spent many weeks putting
17  together Flow of Funds documents, and I'm
18  asking you whether for the CCDA Flow of Funds
19  at any point in time the money flowed such that
20  the required payment -- 1/10 of the required
21  payment went into the transfer account on a
22  monthly basis, any deficiency, and the
23  remainder went into the surplus account.
24  You told me that you're confident
25  you can tell me which is the transfer account

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

55 (Pages 438 to 441)

---

**438**

1  and which is the surplus account. So now I'm
2  asking you did the money ever flow consistent
3  with the flow that we just looked at in
4  Monolines Exhibit 30?
5          UNIDENTIFIED SPEAKER: Same
6  objection.
7          THE WITNESS: I can't say whether
8  or not the Flow of Funds is consistent with how
9  the suggested Flow of Funds should be. I can
10 say that the Flow of Funds' presentation
11 document, the Flow of Funds they haven't.
12 BY MS. MILLER:
13     Q.   Okay. And how did, based on your
14 recollection, and we'll look at them shortly,
15 what was the first step of the flow after being
16 received by the Commonwealth?
17         MS. McKEEN: Objection, vague as
18 to time.
19 BY MS. MILLER:
20     Q.   At any time.
21         MS. McKEEN: Specify a time you'd
22 like. Objection.
23         THE WITNESS: I think you
24 characterized flows to the Commonwealth when I
25 think of hotel occupancy taxes flowing to the

---

**439**

1  Tourism Company.
2  BY MS. MILLER:
3      Q.  Right. And that's a good point.
4          The hotel occupancy taxes never
5  actually flowed to the Commonwealth other than
6  during that clawback period where the
7  Commonwealth takes them back, right?
8      A.  Without having the Flow of Funds
9  presentation in front of me, I believe that's
10 correct.
11         MS. MILLER: Okay. I'd like to
12 mark tab, document 102, as the next exhibit,
13 please.
14         And Exhibit 31, Monolines
15 Exhibit 31 is going to be the Pledge Assignment
16 Agreement by and among the Puerto Rico
17 Convention Center District Authority, the
18 Government Development Bank and JPMorgan Chase.
19         (Monolines Exhibit 31 is
20         introduced for the record.)
21 BY MS. MILLER:
22     Q.   Is this the document or have you
23 seen such an assignment agreement before?
24     A.   Are you pulling the document up
25 right now?

---

**440**

1      Q.   Yeah, we are pulling it up, but
2  I'm just asking you generally, while it's
3  happening, whether you've ever seen the pledge
4  agreement related to this before.
5      A.   I don't recall specifically
6  looking at this agreement previously.
7      Q.   Okay. Are you familiar with any
8  accounts that are referred to in the Tourism
9  Company flow as the pledge account?
10     A.   Yes.
11     Q.   Okay. What's your understanding
12 of what the pledge account is?
13     A.   In the Flow of Funds, the pledge
14 account is the account that receives an
15 approximately $3 million transfer every month.
16 During the certain period it is -- it is
17 ultimately passed on.
18     Q.   Okay. Okay. And I just want to
19 look at -- okay.
20         And I just want to look at
21 Section 3(b) of the account -- of the pledge
22 agreement, so Section 3, which you went one
23 page too far, if you could go back. Thank you.
24         Section 3 provides that:
25         The GDB hereby agrees that, so

---

**441**

1  long as there are any Bonds Outstanding under
2  the Trust Agreement, to deposit or cause to be
3  deposited into the Pledge Account, all Hotel
4  Occupancy Taxes received from the Tourism
5  Company as received but in no event...than
6  12:00 noon, New York time, on the next Business
7  Day immediately following the Business Day on
8  which such Hotel Occupancy Tax Funds are
9  received by GDB," right?
10         And then (b) says:
11         Amounts deposited in the Pledge
12 Account are to be held by GDB to provide for
13 the following receipts (in order of priority).
14         Do you see that?
15         MS. McKEEN: Objection. It
16 doesn't say "receipt." It says "deposit."
17         MS. MILLER: Oh, sorry. Thank
18 you, but let me correct that.
19 BY MS. MILLER:
20     Q.   3(b) says:
21         Amounts deposited in the Pledge
22 Account are to be held by GDB to provide for
23 the following deposits (in order of priority).
24         Do you see that?
25     A.   Yes, I see that.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

56 (Pages 442 to 445)

**442**

1  Q.   Okay.  And subsection 1 says:
2        GDB will make payments to the
3  Commonwealth of Puerto Rico as set forth in
4  Section 2(b) above when required in accordance
5  with Section 8 of Article VI of the
6  Constitution of the Commonwealth of
7  Puerto Rico.
8        Do you see that?
9  A.   Yes, I see that.
10  Q.   Okay.  And is it your
11  understanding that that is supposed to be a --
12  sorry.
13        Do you have an understanding of
14  what account that it's supposed to be
15  transferred from?
16       MS. McKEEN:  Objection.
17       THE WITNESS:  It's not clear to me
18  from the document section that we read.
19  BY MS. MILLER:
20  Q.   Okay.  Okay.  And then number 2 is
21  that the:
22        GDB shall on each calendar month
23  no later than 12:00 noon, on the third Business
24  Day immediately following the Business Day on
25  which the Hotel Occupancy Tax Funds are

**443**

1  received by it, transfer or caused to be
2  transferred to the Trustee all Hotel Occupancy
3  Tax Funds then deposited to the pledge account.
4        Do you see that?
5  A.   I see that.
6  Q.   Okay.  So you said it wasn't clear
7  to you when I asked you where the transfer to
8  the Commonwealth with respect to what was
9  colloquially referred to as "the clawback" were
10  made from, but if you look at Section 3(b), it
11  specifically says:
12        Amounts deposited in the Pledge
13  Account are to be held by the GDB pro-
14  -- sorry -- are to be held by GDB to provide
15  for the following deposits (in order of
16  priority).
17        So does that tell you that the
18  transfer of the money from the GDB to the
19  Commonwealth on account of any, quote,
20  "clawback" is supposed to come from the pledge
21  account?
22       MS. McKEEN:  Objection.
23       THE WITNESS:  I do understand that
24  that's what this document says.
25

**444**

1  BY MS. MILLER:
2  Q.   Okay.  All I want.  Okay.  Okay.
3        And then do you understand that
4  under Section 3(b)(2) moneys get transferred to
5  the trustee, correct?
6       MS. McKEEN:  Objection.  Are you
7  asking --
8        (Simultaneous speaking.)
9  BY MS. MILLER:
10  Q.   Are to be transferred to the
11  trustee?
12       MS. McKEEN:  Objection.
13       THE WITNESS:  Would you please
14  repeat the question?
15  BY MS. MILLER:
16  Q.   Yeah.  Do you have an
17  understanding that under Section 3(b)(2) the
18  GDB is then supposed to transfer the moneys
19  from the pledge account to the trust account,
20  right?
21       MS. McKEEN:  Objection.
22       THE WITNESS:  That is what
23  Section 3(b)(2) says.
24  BY MS. MILLER:
25  Q.   Okay.  And do you know who the

**445**

1  trustee is on the Fund?
2  A.   I can't recall off the top of my
3  head.
4       MS. MILLER:  I'd like to look at
5  the CCDA Flow of Funds.
6        So, Karen, if you could pull up
7  tab 2135 as Exhibit 32.
8        (Monolines Exhibit 32 is
9  introduced for the record.)
10  BY MS. MILLER:
11  Q.   Mr. Ahlberg, have you ever seen
12  any internal documents that specifically map
13  the various funds and accounts that we have
14  seen in the bond documents, the actual bank
15  account?
16  A.   I've not seen -- I personally have
17  not seen a file like that.
18  Q.   Do you believe any such file
19  exists?
20  A.   I can't recall off the top of my
21  head if that exercise was done.
22  Q.   Did you ask anybody in the course
23  of preparing for the Flow of Funds or for this
24  deposition whether or not such a document
25  existed?

**446**

```
 1         A.    I may have.  I just can't recall
 2   right now.
 3         Q.    But you know you've never seen
 4   one?
 5         A.    I know that I've chk first cited
 6   docs in that document.
 7         Q.    Do you know whether, based on
 8   discussions with people on your team, anyone's
 9   ever seen them?
10         A.    I can't recall.  It's certainly
11   something I could follow up on and get back to
12   you on.
13         Q.    How many people did you have on
14   your team working on this?
15         A.    Working on what specifically?
16         Q.    Working on putting together the
17   Flow of Funds chart.
18         A.    This Tourism Flow of Funds chart?
19         Q.    No.  All of the Tour- -- all of
20   the Flow of Funds charts, so the Tourism, the
21   rum taxes and the HTA.
22         A.    Okay.  I guess you asked who was
23   on the team that was doing that.  I prepared
24   these Flow of Funds documents --
25         Q.    I think I asked you how many --
```

**447**

```
 1   how many people did you have on your team.
 2         A.    Oh, how many people?
 3               I can't recall specifically the
 4   number of people on the team.  I'm happy to
 5   list as many individuals that I can think of
 6   off the top of my head.
 7         Q.    Was there anybody senior to you
 8   involved in this project?
 9         A.    It depends on how you define
10   "senior."
11               For example, I would consider the
12   subsecretary of Treasury of the Commonwealth of
13   Puerto Rico to be senior to me but not
14   necessarily a -- you know, she doesn't work at
15   Conway MacKenzie in a position directly above
16   me.
17         Q.    So I would consider her to be in a
18   separate line entirely given that you're not
19   employed at the same place.  So I mean within
20   Conway MacKenzie, is there anybody senior to
21   you involved in this?
22         A.    Okay.  Thank you for clarifying.
23   No.
24         Q.    Okay.  I think we covered
25   yesterday that you've been at Conway MacKenzie
```

**448**

```
 1   for how long?
 2         A.    Since August 2017.
 3         Q.    All right.  And your work has been
 4   principally focused on Puerto Rico and mostly
 5   limited to cash flows; is that right?
 6         A.    That's correct, generally limited
 7   to cash flow reporting, cash flow monitoring,
 8   liquidity management.
 9         Q.    Okay.  And I think you testified
10   yesterday that there are approximately five
11   people senior to you at Conway MacKenzie
12   involved generally in the Puerto Rico
13   engagement; is that right?
14         A.    Yes, I think I gave a range
15   between four and six.
16         Q.    Okay.  And none of them were
17   involved in this project; is that right?
18         A.    That's correct.
19         Q.    Did you speak to any of them about
20   the work you were doing?
21         A.    I wouldn't have spoken to anyone
22   on my team about the work we were doing.
23         Q.    Are any of the more senior people
24   at Conway MacKenzie involved in the Puerto Rico
25   engagement CPAs?
```

**449**

```
 1         A.    Excuse me for a moment.  I do
 2   recall that one member of Conway MacKenzie was
 3   involved, and his name was Brett Howard.
 4         Q.    What was his involvement?
 5         A.    He specifically manages the cash
 6   flow reporting for Tourism Company, and so I
 7   consulted with him about the Flow of Funds
 8   presentation in collaboration with Gustavo from
 9   Tourism.  In all cases, counsel would have been
10   present.
11         Q.    And what is Mr. Howard's position
12   at Conway MacKenzie?
13         A.    Currently he is a senior associate
14   at Conway MacKenzie.
15         Q.    And is that senior to you?
16         A.    That is not.
17         Q.    Okay.  Well, I think I was asking
18   about people senior to you.
19         A.    Okay.  I apologize.
20         Q.    That's okay.  So let me ask again.
21               Of the people who are more senior
22   than you at Conway MacKenzie who were involved
23   in the Puerto Rico engagement, are any of them
24   CPAs?
25         A.    I think there are -- there's at
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

58 (Pages 450 to 453)

---

**450**

1  least -- there's at least one CPA on the Conway
2  MacKenzie team. There could be more.
3      Q.    All right. And who's the
4  one person who you can think of who's a CPA on
5  the Conway MacKenzie team?
6      A.    I believe that Rafael Di Napoli is
7  a CPA.
8      Q.    Okay. And what is Mr. Di Napoli's
9  position at Conway MacKenzie?
10     A.    Currently he is a managing
11 director.
12     Q.    Okay. And did you speak to
13 Mr. Di Napoli about Funds as used in the
14 Commonwealth?
15     A.    Would you repeat the question?
16     Q.    Yes. Did you speak to Mr. Di
17 Napoli about how Funds are used within the
18 Commonwealth in this account?
19         UNIDENTIFIED SPEAKER: Objection.
20         THE WITNESS: I did not
21 specifically discuss Funds with Mr. Di Napoli
22 in preparation for this deposition.
23 BY MS. MILLER:
24     Q.    Did you speak to him about other
25 things in preparation for this deposition?

---

**451**

1      A.    Not specifically, but I can't say
2  unequivocally that we may never have ever
3  discussed Fund types together.
4      Q.    Did you speak to Mr. Di Napoli
5  about the significance of Funds or other
6  accounting designations in tracing money
7  through various Commonwealth accounts?
8      A.    No.
9      Q.    Did you speak to anyone else
10 senior to you at Conway MacKenzie about that?
11     A.    In preparation for this
12 deposition? No.
13     Q.    Okay. Okay. So we have marked as
14 Exhibit 32 a document that is in front of you,
15 which is the Puerto Rico Tourism Company Room
16 Taxes Flow of Funds. Do you see that?
17     A.    Yes.
18     Q.    Okay. Do you recognize this
19 document?
20     A.    Yes.
21     Q.    Okay. And you prepared this,
22 right?
23     A.    I did.
24     Q.    Can you describe generally the
25 Flow of Funds -- sorry, the flow of hotel

---

**452**

1  occupancy taxes from the time that they're
2  collected by hoteliers?
3         MS. McKEEN: Objection, vague.
4         THE WITNESS: I don't know how to
5  answer that question. Would you mind being
6  more specific, please?
7  BY MS. MILLER:
8      Q.    Okay. Well, room tax revenues are
9  collected at a point of contact with the
10 customer, right? And then they're transferred
11 to the Commonwealth; isn't that correct?
12     A.    Correct.
13     Q.    Okay. So I want you to tell me
14 how a room tax revenue is collected and then
15 transferred to the Commonwealth.
16         MS. McKEEN: Objection, vague.
17 BY MS. MILLER:
18     Q.    You can take it off -- you're
19 welcome to leave the Flow of Funds on, but I'm
20 asking for the step that's not reflected in the
21 Flow of Funds, right?
22         The room tax revenues are actually
23 collected by not a Commonwealth agent, right?
24 Is that consistent with your understanding,
25 Mr. Ahlberg?

---

**453**

1         Well, let me just ask:
2         Mr. Ahlberg, who collects room tax
3  revenue -- who collects room taxes?
4      A.    Hoteliers.
5      Q.    Okay. So you would agree with me
6  that hoteliers collect room tax revenues,
7  correct?
8      A.    Correct.
9      Q.    And then the hoteliers then
10 transfer them to the Commonwealth, correct --
11 oh, sorry, sorry.
12     A.    The Tourism Company.
13     Q.    Yes. Thank you. Sorry. Let me
14 restate my question.
15         Room tax revenues are collected by
16 hoteliers, right?
17     A.    Correct.
18     Q.    And the hoteliers then transfer
19 them to the Tourism Company, correct?
20     A.    Correct.
21     Q.    And how do they transfer them to
22 the Tourism Company?
23     A.    I think it depends on which
24 hotelier and their, you know, agreed-upon
25 schedule to transfer hotel revenue taxes.

---

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

59 (Pages 454 to 457)

---

**454**

1  Q.   Okay.  Do you have an
2  understanding of the various ways in which
3  hoteliers can transfer the money to the Tourism
4  Company?
5  A.   I'm not positive of the ways that
6  the hoteliers designate their transfers to the
7  Tourism Company.
8  Q.   Okay.  Do you know whether they
9  can wire the money?
10 A.   I believe they can send
11 electronic -- electronic payments.
12 Q.   Do you know whether they can make
13 deposits at Scotiabank ATM machines in
14 Puerto Rico?
15 A.   I'm not positive whether they can
16 make ATM deposits or not.
17 Q.   Do you know whether they can
18 transfer the money by check?
19 A.   I believe that they can transfer
20 the money by check --
21 Q.   Okay.  And regardless --
22 A.   -- depending (indiscernible).
23 Q.   All right.
24       And regardless of the means used
25 by the hotelier to transfer the room tax

---

**456**

1  November 2015?
2  A.   No.
3  Q.   Okay.  So the GDB 9758 account has
4  exactly the same revenues that were transferred
5  into the Scotiabank 5142 account, correct?
6  A.   I believe the amount, the total
7  amount transferred into 5142 would be equal to
8  the total amount transferred into 9758 during
9  this time period.
10 Q.   Is that the long way of saying
11 yes, that the GDB 9758 account has exactly the
12 same revenues that were transferred into the
13 Scotiabank 5142 account by the hoteliers?
14 A.   It's -- I mean, the transfers for
15 the -- the transfers will total the exact
16 amount.  It will be -- the total transfers into
17 5142 will equal the total transfers into 9758.
18 Q.   So all the same moneys that are
19 going into 5142 are going into 9758, correct?
20 A.   During the time period, that's
21 correct.
22 Q.   Okay.  And then what moneys are
23 going from 9758 to 5144?
24 A.   Amounts that would be in excess of
25 the approximately $3 million per month that was

---

**455**

1  revenues that it collected, all of those
2  revenues are transferred to the Tourism Company
3  into the Scotiabank 5142 account, correct?
4  A.   Correct.
5  Q.   Okay.  And that was true for the
6  entire period that you looked at from
7  January 2015 through the present, correct?
8  A.   That's correct.
9  Q.   Okay.  So from January 2015 to the
10 present, all hotel room tax revenues collected
11 by hoteliers are transferred to the Tourism
12 Company through the Scotiabank 5142 account,
13 correct?
14 A.   Correct.
15 Q.   Okay.  And then looking at Flow of
16 Funds for January 2015 to November 2015 -- it's
17 up on the board or up on your screen -- the
18 Flow of Funds indicates that those revenues are
19 then transferred to the GDB 9758 account.  Do
20 you see that?
21 A.   Yes.
22 Q.   Okay.  Are there any moneys
23 deposited in the Scotiabank 5142 account that
24 are not transferred into the GDB 9758 account
25 during this period, January 2015 through

---

**457**

1  sent to the 9947 pledge account.
2  Q.   Okay.  And is the 9947 account the
3  pledge account as you understand it?
4  A.   Yes.
5  Q.   Okay.  Or as you've referred to
6  it.
7       And the 5144 account is designated
8  as a comingled account, do you see that?
9  A.   Yes, I see that.
10 Q.   What other moneys are deposited
11 into the 5144 account?
12 A.   An example I can think of off the
13 top of my head would be slot machine proceeds.
14 Q.   Okay.  Are any other moneys
15 deposited into the 9947 account?
16 MS. McKEEN:  Are you meaning the
17 moneys into the -- I just want to be clear.
18 MS. MILLER:  Yeah.  Now I'm asking
19 about the 9947 account.
20 THE WITNESS:  Would you please
21 repeat the question?
22 BY MS. MILLER:
23 Q.   Yeah.  Are any -- are any moneys
24 other than the moneys transferred from the 9758
25 account deposited into the 9947 account?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

60 (Pages 458 to 461)

**458**

A. Not during this time period that we're looking at.

Q. Okay. And then moneys from -- I'm going back to the 5144 account. Moneys from the 5144 account, hotel occupancy tax revenues in excess of the 3 million per month deposited into the 5144 account are then indicated as flowing to the 5138 account. Do you see that?

A. Yes.

Q. And are all moneys during this time period deposited in the 5144 account also transferred to the 5138 account?

A. No.

Q. Okay. So how do you know that it is the hotel occupancy taxes that are moving from the 5144 account to the 5138 account?

A. You don't, because at the point of transfer to 5144, those funds are comingled with other funds.

Q. Did you say "I don't" -- well, then why is 5138 included in this Flow of Funds?

A. Because funds are indistinguishable once they are transferred into Account 5144, it is shown for exemplary

**459**

purposes that there still are outposts from 5144 used to fund operating disbursements and transfers to that Account 5138, which is a zero balance operating disbursement account.

Q. Are you sure?

A. Am I sure of what?

Q. Are you -- so you just decided to give me some example of some bank account that moneys from 5144 flow to that may or may not be the hotel occupancy taxes that we're talking about?

A. Sorry.

MS. McKEEN: Objection, misstates testimony, argumentative.

Atara, do you need to take a break?

MS. MILLER: No, I don't need to take a break. I definitely don't need a break. I just need an answer to my question.

(Simultaneous speaking.)

MS. McKEEN: I'd like you to take a break. I would like a break. Thank you.

MS. MILLER: All right. I'm not -- I'm not ready to take a break right now, so I'm going to get an answer to the next

**460**

couple of questions, and then we can take a break.

BY MS. MILLER:

Q. Mr. Ahlberg, is it your testimony that you don't know if hotels' occupancy taxes in fact flowed from 5144 to 5138 and that the 5138 account is included in the Flow of Funds just as an example of an account that moneys may have or may not have flowed into from the 5144 account?

MS. McKEEN: Objection, misstates testimony.

MS. MILLER: My question is, is it his testimony. So your witness can tell me that it wasn't his testimony.

MS. McKEEN: Objection.

THE WITNESS: That was not my testimony.

BY MS. MILLER:

Q. Okay. So, Mr. Ahlberg, do you know that hotel occupancy taxes flowed from the 5144 account to the 5138 account?

A. Due to the comingled nature of funds within 5144, it's impossible to say -- it's impossible to say one or the other,

**461**

which is why both are indicated with a comingled star.

Q. But you could have known that money from one comingled account to another comingled account would have come from hotel occupancy taxes based on sources identifying the revenue source, couldn't you?

A. Could you repeat that question, please?

Q. Yeah, well, let me just ask it this way:

Previously, when we saw comingled account moneys being deposited in comingled accounts flowing out, you indicated that you were able to identify that the moneys were part of the bucket of funds that you were tracing in the Flow of Funds based on notations in outflow documents, whether it was vouchers or transmittal letters or the like.

Do you recall that?

A. Yes.

Q. Okay. Is that different here?

A. I don't think revenue source is -- I don't think revenue source is considered for disbursements from 5144 to 5138.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

61 (Pages 462 to 465)

---

**462**

1    Q.    Okay.  I'm going to move on,
2  because, frankly, those aren't our moneys and
3  we know that.  So I'm just going to move on,
4  but I'm not sure how that's consistent with how
5  you explain to put the charts together, so I
6  might come back to it just so I can understand
7  better what you did in the other Flow of Funds.
8          Can I ask you whether for all of
9  the Flow of Funds charts that you prepared for
10  HTA, PRIFA and CCDA if you were able to find
11  evidence that the revenues being traced were
12  transferred out of a particular account, if you
13  noted that transfer on the Flow of Funds chart?
14          UNIDENTIFIED SPEAKER:  Objection.
15          THE WITNESS:  Could you repeat
16  that question?
17  BY MS. MILLER:
18    Q.    Yeah.  In putting together these
19  Flow of Funds charts, if you were able to
20  identify an outflow that corresponded to the
21  Fund that you were tracing, did you include
22  that outflow on the Flow of Funds chart?
23          UNIDENTIFIED SPEAKER:  Objection.
24          THE WITNESS:  Each Flow of Funds
25  chart is unique.  It's hard for me to answer in

---

**463**

1  terms of all the Flow of Funds charts together.
2          MS. MILLER:  Okay.  Maybe let's
3  take a break.  I need to think about why they
4  would be unique.  Maybe I'll have an epiphany
5  over the break.  Okay.
6          Do we want to take 5 minutes?
7          MS. McKEEN:  I think 10 minutes, a
8  5-minute break we can't actually take a break.
9  Thanks.
10          MS. MILLER:  Okay.
11          THE VIDEOGRAPHER:  We are off the
12  record at 4:35 p.m.
13          (Recess taken.)
14          THE VIDEOGRAPHER:  We are back on
15  the record at 4:56 p.m.
16  BY MS. MILLER:
17    Q.    Afternoon, Mr. Ahlberg.
18          Mr. Ahlberg, have you ever seen
19  any document specifically identifying a
20  particular bank account as the pledge account?
21    A.    I can't recall personally looking
22  at a document that's labeled a pledge account.
23    Q.    Do you know whether there are any
24  documents that specifically identify a
25  particular bank account as the hotel occupancy

---

**464**

1  tax pledge account?
2    A.    I believe that there is
3  justification for why there's an account that
4  is called the pledge account, but I just can't
5  recall off the top of my head the specific
6  document that we used to make that
7  determination.
8    Q.    But you believe there is a
9  document?
10          MS. McKEEN:  Objection --
11          THE WITNESS:  Yeah, I believe that
12  there's information out there.
13  BY MS. MILLER:
14    Q.    What do you mean when you say
15  "information out there"?
16    A.    Well, you characterized it as
17  potentially one document, and I'm just not
18  certain that there's one document or there may
19  be a collection of documents that say that.
20          MS. MILLER:  Okay.  I'd like to
21  mark as the next exhibit tab 2128, please.
22          (Monolines Exhibit 33 is
23          introduced for the record.)
24  BY MS. MILLER:
25    Q.    We have marked as Monolines

---

**465**

1  Exhibit 33 the document Bates-stamped
2  CCDA_STA0006780.
3          Do you see that?
4    A.    I don't see that.  Could you
5  repeat that?
6    Q.    Yeah, we marked as Monolines
7  Exhibit 33 a document that's been Bates-stamped
8  CCDA STA006780.
9    A.    Yes, I see that, thank you.
10    Q.    Okay.  And if those documents are
11  in Spanish, there is an English translation in
12  the back.  And if you look at -- well, are you
13  going to want to look at the certified
14  translation or the Spanish version?
15    A.    I would prefer the certified
16  translation.
17    Q.    Okay.  So looking at the certified
18  translation, do you see that -- well, do you
19  see what account these documents relate to?
20    A.    Yes, I see Account 9947.
21    Q.    Okay.  So this is the GDB 9947
22  account.  Do you agree with that?
23    A.    Yes.
24    Q.    And the account name is the Hotel
25  Occupancy Tax Pledge Account.  Do you see that?

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

62 (Pages 466 to 469)

---

**466**

1  A. I see that here.
2  Q. Okay. So let me ask my question
3  again.
4      Have you seen any documents that
5  identify a particular bank account as the
6  pledge account?
7  A. Could we please flip back to the
8  PowerPoint presentation? I just want to
9  cross-reference this account number with the
10 account in the Flow of Funds that I know to be
11 the pledge account.
12 Q. Sure. Well, sorry, before we do
13 that, how do you know that the account in the
14 Flow of Funds is a pledge account? You said,
15 "the account that I know to be the pledge
16 account." How do you know an account to be the
17 pledge account?
18 A. We were working in preparation for
19 this deper- -- deposition (indiscernible) that
20 there is an account in the Flow of Funds that
21 is identifiable in the pledge account.
22 Q. Okay. And what work did you do?
23 A. It would have involved -- again,
24 as I mentioned, I personally did not review a
25 document that had that pledge account language

---

**467**

1  on that there, but it would have been in
2  conversation with the team in preparation for
3  this deposition.
4  Q. Would you have asked them if they
5  saw a document that identified the account as
6  the pledge account?
7  A. I admit I can't recall right now
8  asking about documents.
9  Q. We spoke earlier today about the
10 PRIFA Flow of Funds. Do you recall that?
11 A. I do recall speaking to you about
12 the PRIFA Flow of Funds.
13 Q. And do you recall being pretty
14 adamant in connection with the testimony about
15 the bank account in the PRIFA Flow of Funds and
16 the various funds and accounts in the bond
17 documents, that you did not undertake an
18 exercise to map the accounts and Fund in PRIFA
19 to the actual bank accounts in the Flow of
20 Funds. Do you recall that?
21     MS. McKEEN: Objection.
22     THE WITNESS: I recall saying that
23 I did not personally do an exercise mapping
24 Flow of Funds to bond documents.
25

---

**468**

1  BY MS. MILLER:
2  Q. Did anyone on your team do that
3  exercise?
4  A. I'm not positive. It's something
5  that we can get back to you on.
6  Q. Did you ask anybody to do it?
7  A. I don't recall.
8  Q. Did anybody tell you whether they
9  had done it?
10 A. I can't recall just an exercise,
11 but -- I don't know.
12 Q. Did you think it was an exercise
13 that was important to do in connection with
14 preparing the Flow of Funds?
15 A. I think the Flow of Funds is
16 accurate as the method.
17 Q. Okay. Did you think it was
18 important with respect to PRIFA to match the
19 Flow of Funds for the particular Funds and
20 accounts identified in the various bond
21 documents that we looked at earlier today?
22 A. As I mentioned, I did not do that
23 in putting together the Flow of Funds, and I
24 believe the Flow of Funds is still an accurate
25 representation of the Flow of Funds during the

---

**469**

1  relevant time period.
2  Q. Did you think it was important to
3  map the particular funds and accounts in the
4  PRIFA Flow of Fund to bank accounts identified
5  in your Flow of Funds chart in preparation for
6  your deposition today?
7  A. Could you please repeat that
8  question?
9  Q. Did you think it was important to
10 map the bank accounts identified in the PRIFA
11 Flow of Funds chart that you prepared to the
12 accounts and Funds identified in the PRIFA bond
13 document?
14 A. I can't assign a degree of
15 importance or not there other than that I would
16 be able to put together an accurate Flow of
17 Funds without relying on an exercise like that.
18 Q. Okay. So you did not do it for
19 PRIFA; is that right?
20 A. I personally did not undertake an
21 exercise.
22 Q. And you don't know if anybody on
23 your team did?
24 A. I can't recall off the top of my
25 head.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

63 (Pages 470 to 473)

---

**470**

1    Q.    And it wasn't significant for you
2   to find that out and to remember that in
3   advance of your testimony today, right?
4    A.    I think the Flow of Funds are
5   accurate as they are.
6    Q.    I'm not challenging the Flow of
7   Funds. I believe that the Flow of Funds is
8   accurate. My question is that it wasn't
9   significant for you to find out from any other
10  team member in advance of your testimony today
11  whether they had put together a mapping of the
12  Funds and accounts in various PRIFA bond
13  documents to actual bank accounts, correct?
14       MS. McKEEN: Objection.
15       THE WITNESS: I don't think not
16  recalling whether this exercise was done or not
17  assigns a level of importance or not to the
18  exercise.
19  BY MS. MILLER:
20   Q.    Well, if you thought it was an
21  important part of your testimony today,
22  wouldn't you have asked and remembered the
23  answer?
24       MS. McKEEN: Objection,
25  argumentative.

---

**471**

1        THE WITNESS: In preparation for
2   testimony, I focused on developing an accurate
3   Flow of Funds.
4   BY MS. MILLER:
5    Q.    Okay. So you personally never did
6   a mapping exercise for PRIFA, and you don't
7   know if anybody on your team did, correct?
8        MS. McKEEN: Objection, asked and
9   answered.
10       THE WITNESS: I can't -- I did not
11  personally perform the exercise, and I can't
12  recall if someone on the team did or not.
13  BY MS. MILLER:
14   Q.    Okay.
15       THE REPORTER: I'm sorry. Can you
16  repeat your answer, Mr. Ahlberg?
17       THE WITNESS: I did not
18  personally, and I cannot recall if anyone on
19  the team did or did not.
20       THE REPORTER: Thank you.
21  BY MS. MILLER:
22   Q.    Why did you do that exercise for
23  CCDA?
24       MS. McKEEN: Objection.
25       THE WITNESS: Which exercise?

---

**472**

1   BY MS. MILLER:
2    Q.    Of mapping the particular bank
3   accounts identified in the Flow of Funds to the
4   various funds and accounts identified in the
5   relevant bond document.
6    A.    I did not personally do that
7   mapping exercise either.
8    Q.    Okay. So how do you know that a
9   particular account in the Flow of Funds is the,
10  quote, "pledge account"?
11   A.    From our discussions with -- with
12  Tourism and our work together, we identified
13  the account as a pledge account.
14   Q.    Okay. Going back to PRIFA, did
15  you identify any of the particular accounts in
16  the PRIFA Flow of Funds to the designated
17  account names in the bond document?
18   A.    I can't recall off the top of my
19  head the names of the bond documents used.
20   Q.    Okay. But it was important enough
21  for you to remember it with respect to CCDA?
22       UNIDENTIFIED SPEAKER: Objection.
23
24
25

---

**473**

1        THE WITNESS: Again, I'm not
2   certain about defining importance or level or
3   not to that exercise.
4   BY MS. MILLER:
5    Q.    Can I ask you a question with
6   respect to CCDA?
7        Do you have a particular account
8   number that you would attach to each of the
9   accounts identified in the various CCDA bond
10  documents?
11   A.    Can you repeat that question?
12   Q.    Yeah. Sitting here today, do you
13  have a particular account number that's
14  reflected in your Flow of Funds chart that you
15  would attribute to the specific account names
16  included in the various CCDA bond documents?
17       UNIDENTIFIED SPEAKER: Objection.
18       THE WITNESS: Yeah, I'm not
19  positive off the top of my head.
20  BY MS. MILLER:
21   Q.    Okay. So I'm going to go through
22  them, and you'll tell me, just a yes or no, if
23  there is an account number identified in the
24  Flow of Funds that you would attach to that
25  account.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                              April 23, 2020

64 (Pages 474 to 477)

---

**474**

1   And I don't need the notes -- the
2   names or numbers yet. I'm going to give you
3   some names. You're going to tell me what the
4   number -- you're going to tell me if there's a
5   specific bank account that relates to that
6   account designation in the document, okay,
7   so --
8   A.   Can somebody pull up the Flow of
9   Funds in question?
10   Q.   Yeah, sure. Let's -- let's put --
11   yeah, let's put up Exhibit 32, please.
12       Okay. So we are going to look at
13   this January 2015 to November 2015 flow.
14       Okay. So looking at this, is
15   there a particular bank account that you
16   believe is the transfer account?
17   A.   Yes.
18   Q.   And is there a particular bank
19   account that you believe is the surplus
20   account?
21   A.   Yes.
22   Q.   And is there a particular bank
23   account that you believe is the pledge account?
24   A.   Yes.
25   Q.   And is there a particular bank

---

**475**

1   account that you believe is the trust account?
2   A.   Yes.
3   Q.   Okay. So you can map in your
4   mind, sitting here with no documents in front
5   of you and no preparation, every single
6   relevant account identified in the CCDA -- CCDA
7   document to a specific bank account in this
8   chart, is that your testimony?
9       UNIDENTIFIED SPEAKER: Objection.
10      UNIDENTIFIED SPEAKER: Objection.
11      THE WITNESS: I can identify on
12   this page accounts that I consider the pledge
13   account, transfer account, surplus account.
14   BY MS. MILLER:
15   Q.   Okay. Can we just pull up the
16   PRIFA Flow of Funds for a minute because I just
17   want to ask you, sitting here off the top of
18   your head, if you did the same exercise with
19   respect to the PRIFA Flow of Funds.
20       While we are waiting for that,
21   Mr. Ahlberg, how many conversations that -- do
22   you -- have you had in preparation of these
23   Flow of Funds or in preparation for your
24   deposition today about which account is the
25   transfer account, the surplus account, and the

---

**476**

1   pledge account?
2   A.   Your question is how many times
3   did I have a conversation about which accounts
4   were considered by those names?
5   Q.   Yeah, about which accounts were
6   connected to which particular bank account,
7   exactly.
8   A.   Yeah. I can't recall an exact
9   amount or number of conversations that we had
10   where we would have specifically talked about
11   this.
12   Q.   Do you recall any conversations
13   where you specifically spoke about it?
14   A.   Just to clarify, are we referring
15   to Tourism right now?
16   Q.   Yeah, I'm talking about Tourism
17   right now.
18   A.   Thank you for clarifying.
19       With that clarification, would you
20   please repeat the question?
21   Q.   How many conversations can you
22   recall having about which accounts
23   identified -- which bank accounts identified in
24   the Flow of Funds that you prepared related to
25   which account in the various bond documents?

---

**477**

1   A.   I can't recall an exact amount of
2   conversation.
3   Q.   Was it more than one?
4   A.   The identification of different
5   accounts came up on more than one occasion.
6   Q.   I mean, identification -- and
7   you only -- when you say the identification of
8   particular -- and I just want to make sure we
9   mean the same thing.
10      I mean the connecting or mapping
11   of a particular bank account to a particular
12   account name in a bond document. Is that what
13   you're saying?
14   A.   That is not what I was saying.
15   Q.   Okay. So that's my
16   question -- that's my question, so let me ask
17   my question again so we can just be clear.
18      How many conversations do you
19   recall about the linking of particular bank
20   account numbers to account names used or
21   designations used in the bond documents?
22   A.   I don't recall any specific
23   conversations where we discussed those things.
24   Q.   So how do you know, for example,
25   that the 9947 account is the pledge account?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

65 (Pages 478 to 481)

---

**478**

1    A.    Some discussions with -- with
2  Tourism Company and an understanding of
3  operationally how things work.
4    Q.    Okay.  I thought you just told me
5  that you didn't have any conversations about
6  that.
7    MS. McKEEN:  Objection.
8  BY MS. MILLER:
9    Q.    What conversations are you
10 recalling?
11   A.    It's hard to know since there were
12 several conversations with the different
13 management teams in preparation for this
14 deposition.
15   Q.    Who did you have conversations
16 with about the mapping of particular bank
17 accounts to account designations in the bond
18 documents?
19   MS. McKEEN:  Objection.
20   THE WITNESS:  I don't recall
21 specific conversations about mapping accounts
22 to the bond documents.
23 BY MS. MILLER:
24   Q.    Did you have any conversations
25 with counsel about mapping of bond documents --

---

**479**

1  just a yes or no -- mapping of accounts to bond
2  documents?
3    A.    I mean, I can't recall if we
4  specifically discussed this issue or not.
5    Q.    I'm trying to understand -- I
6  showed you a document that identified the
7  pledge account 9947 as the pledge account, and
8  you indicated to me that you weren't sure if
9  you had ever seen any document that identified
10 9947 specifically as the pledge account; is
11 that right?
12   A.    That's correct.
13   Q.    And yet you're confident that 9947
14 is the pledge account, right?
15   A.    Without having that diagram in
16 front of me, I can't recall the exact account
17 number.  I can remember it in the positioning
18 of the document.
19   Q.    Okay.  Where -- where is it
20 positioned in the document?
21   A.    If we could show the document, I
22 could identify the account.
23   Q.    Okay.  I'm not going to do that
24 right now because I have the PRIFA document up,
25 which is Exhibit 34 -- sorry -- 24.  It was

---

**480**

1  marked as Exhibit 24.
2    And could we go to the first Flow
3  of Funds chart in this document?
4    So we are going to look at the
5  January 2014 to June 2015 Flow of Funds.  Do
6  you see that?
7    A.    Yes.
8    Q.    Okay.  And in the PRIFA Flow of
9  Funds, the moneys are supposed to be deposited
10 to the credit of the Puerto Rico Infrastructure
11 Fund.  Can you identify a particular bank
12 account on this chart that relates to that?
13   A.    There is no bank account on this
14 chart that is identifiable as the Puerto Rico
15 Infrastructure Fund.
16   Q.    Okay.  And then the moneys that
17 flow from there into the Sinking Fund?
18   UNIDENTIFIED SPEAKER:  Objection.
19 BY MS. MILLER:
20   Q.    Are there any accounts on this --
21 on this Flow of Funds that you can identify as
22 the Sinking Fund?
23   A.    I am not positive of any of these
24 accounts being identified as the Sinking Fund.
25   Q.    Okay.  And do you know whether

---

**481**

1  that US Bank Account -0002 is the reserve
2  account?
3    A.    I'm not certain if that's the
4  colloquial name of this account or not.
5    Q.    I mean, there are reserve accounts
6  that are discussed in the relevant bond
7  documents.  Do you know if that US Bank 002
8  account is similar to the account discussed in
9  the bond document?
10   A.    Off the top of my head, I'm not
11 certain if that's the reserve account discussed
12 in the bond document.
13   Q.    Okay.  So, looking -- and you
14 don't know if it's the redemption account
15 either, do you?
16   A.    I'm not positive.
17   Q.    Okay.  So sitting here, off the
18 top of your head, looking at this PRIFA Flow of
19 Funds, is there any bank account that you can
20 attach a label from the bond document to?
21   A.    No.
22   MS. MILLER:  Okay.  So now we can
23 put up the CCDA Flow of Funds, which is
24 Exhibit 32.  We can put that back up.
25

---

Ahlberg, Timothy H. - Vol. II

April 23, 2020

**482**

BY MS. MILLER:

Q.   Okay.  But off the top of your head, you were able to attach labels corresponding or correlating particular bank accounts in the CCDA Flow of Funds to each of the three key accounts in the CCDA document; is that right?

A.   In the Tourism document, yes.

Q.   Okay.  Okay.  So the pledge account, which account is it your position is the pledge account?

A.   The 9947.

Q.   Okay.  And you testified that you weren't sure if you've ever seen any document that specifically identified that, but I showed you a document that identified that, the pledge account, the name.

A.   You did show me a document that named that account as the -- a pledge account in the name.

Q.   Okay.  And who at the Tourism Company did you speak to about matching -- sorry -- mapping these various bank accounts to the account designations used in the bond documents?

**483**

MS. McKEEN:  Objection.

THE WITNESS:  Discussed with Gustavo and Brett which accounts operated as the transfer, pledge, surplus account.

BY MS. MILLER:

Q.   Okay.  And did Brett have independent knowledge of which account corresponded to each of those accounts -- sorry -- which bank accounts corresponded to each of those bond document accounts?

A.   I can't say one way or the other if Brett had personal knowledge of the bond documents or not.

Q.   Okay.  And did you ask whether they knew which of these bank accounts correlated to particular accounts in the bond documents?

MS. McKEEN:  Objection.

THE WITNESS:  My question to them was not in the context of "match these accounts to the bond documents;" would have been in the context of in the actual Flow of Funds, which account functions as X account, which account functions as Y account.

**484**

BY MS. MILLER:

Q.   Okay.  So understanding that you focused on the Flow of Funds exclusively and the flow of cash, why is it that you committed to memory which of these accounts corresponds to particular named accounts in the bond document?

A.   I can't give you an exact reason about why I committed those to memory, other than I know that's how the Tourism Company understands the account.

Q.   Okay.  And do you know what Gustavo's basis was for identifying particular accounts, bank accounts as those accounts in the bond document?

A.   Not certain of the exact process that he used to determine.

Q.   Did you ask him if he looked at any account opening statements or documents?

A.   I don't recall specifically asking him that question or not.

Q.   Did you ask him if he looked at any other document that might identify a particular account with a name used in the bond document?

**485**

A.   I can't recall specifically asking him a question like that or not.

Q.   Did you do anything to independently verify or confirm what Gustavo told you about which account was which?

A.   No, other -- no, but the actual Flow of Funds makes sense to me, given the assignments to those accounts that he provided.

Q.   Well, we spoke earlier -- well, what do you mean it made sense to you based on the assignments that he provided?  Do you mean it made sense in terms of corresponding to moneys that were supposed to be transferred into the various accounts, and had the moneys actually flowed in relation to that?

MS. McKEEN:  Objection.

THE WITNESS:  What I mean generally, for example, is that I understand the Account 5144 being the surplus account, the surplus of the monthly average 3 million transfer from 9258, transfer to 9947, and thus the identification from the surplus account fits with my understanding of the Flow of Funds as presented here.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

67 (Pages 486 to 489)

---

**486**

BY MS. MILLER:

Q.    Okay.  Have you ever seen any document identifying the Scotiabank 5144 account as the surplus account?

A.    I can't recall a specific document that refers to it as the surplus account.

Q.    You think that you've seen it, though?

A.    I think I have seen some documents.

Q.    You think you have.  Okay.  I'm going to -- okay.

So I've looked through the production, and I have not seen any documents that identify the 5144 account as a surplus account.

MS. MILLER:  So I'm going to call on the record for the production of any such documents that you've seen that you're relying on for your testimony that the 5144 account is the surplus account or that the Commonwealth otherwise intends to rely on.

BY MS. MILLER:

Q.    Okay.  So you believe that you've seen a document identifying the 5144 account as

---

**487**

the surplus account; is that right?

A.    I feel confident to say that I believe the 5144 account is the surplus account.

Q.    That wasn't my question.

You believe that you've seen a document that identifies the 5144 account as the surplus account; is that correct?

A.    Yeah, and I'm not certain one way or the other as to whether I've seen a specific document that calls it that or not.

Q.    Okay.  Have you seen any documents that call any of these accounts the surplus account?

A.    I believe so.  I just -- I can't recall a specific document.

Q.    Okay.  And you believe that the document that you saw, called the Scotiabank 5144 account the surplus account; is that right?

A.    I -- yeah, I can't recall if it's a specific document, as I mentioned, or in conversations with Gustavo.

Q.    Okay.  Is the 5144 account a comingled operational account of the Tourism

---

**488**

Company?

A.    Did --

Q.    The moneys other than these excess moneys from the hotel occupancy taxes flow into the 5144 account?

A.    Could you repeat that, please?

Q.    The moneys other than the excess moneys from the hotel occupancy taxes, excuse me, flow into the 5144 account?

A.    Correct.

Q.    And you understand that the surplus account is one of the two accounts that's in the Special Fund called the Holding Fund under the assignment and coordination agreement that we looked at and previously marked as Exhibit 30, correct?

A.    I understand that that's what the document we looked at together said.

Q.    Okay.  And do you have an understanding of whether operating moneys would flow into a Special Fund as that term is used in government accounting?

A.    I'm not certain how to answer your question.  Could you be more specific?

Q.    Yes.  Do you know whether general

---

**489**

operating -- sorry.

Do you know whether general revenues used for operating expenses would flow into a Special Fund?

UNIDENTIFIED SPEAKER:  Objection.

THE WITNESS:  I don't think about dollars flowing into Funds, but I'm also not sure of the way that that would be classified.

BY MS. MILLER:

Q.    Okay.  And I don't think you actually said it yet, so let me ask you to identify which bank account do you believe on this chart corresponds to the transfer account?

A.    GDB account 9758.

Q.    Okay.  And what is the basis for that testimony?

A.    Conversations with Tourism.

Q.    And did you do anything to verify what Tourism told you about that?

A.    I did not personally pull documents to verify that, but the team, the entire document production had hundreds -- thousands -- thousands of documents that I personally could not review every single document.