## NATBONY REPLY DECLARATION
### EXHIBIT 21 - PART 3

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

68 (Pages 490 to 493)

---

**490**

1    Q.    And you're confident that if
2  somebody told you that the 9758 account is the
3  transfer account that there is a document among
4  the thousands -- I would say many tens of
5  thousands of documents -- that were produced
6  that identifies the 9758 account as the
7  transfer account, correct?
8        UNIDENTIFIED SPEAKER:  Objection.
9        THE WITNESS:  I can't recall if
10  there's specific documents (indiscernible).
11        THE REPORTER:  I'm sorry.  Can you
12  repeat that once more?
13        THE WITNESS:  I cannot recall if
14  there is a specific document that was used to
15  make that determination.
16  BY MS. MILLER:
17    Q.    And do you know if you've ever
18  seen any document referring to the 9758 account
19  as an account other than the transfer account?
20    A.    I'm not certain.
21    Q.    Okay.  Mr. Ahlberg, in putting
22  together your Flow of Funds, did you use
23  instruction letters to identify which moneys
24  deposited into the 9758 account flowed into the
25  9947 account?

---

**491**

1    A.    We looked at these transfer
2  letters.  I'm not sure if that's the same thing
3  as instruction letters that you're referring
4  to.
5    Q.    Okay.  So I'm going to pull one
6  up, and you can tell me.  Can I get tab 2132,
7  please, marked up as the next exhibit.
8        (Monolines Exhibit 34 is
9        introduced for the record.)
10  BY MS. MILLER:
11    Q.    Did you come to understand what
12  the relevant account names were under the
13  various bond documents?
14    A.    I'm sorry.  You broke up there in
15  the middle of your question.
16    Q.    How did you come to understand
17  what the relevant account names were under the
18  various bond documents and related agreements?
19    A.    It -- it's hard to answer that
20  question because that assumes the -- part of
21  the approach that I took to build the Flow of
22  Funds, which we start with the actual Flow of
23  Funds.
24    Q.    Yeah.  I'm saying how did you
25  figure out what -- well, when I asked -- I

---

**492**

1  showed you a number of bond documents earlier,
2  and you told me you hadn't looked at many of
3  them.  And my question is:
4        If you didn't even look at them,
5  how did you know what accounts were to even
6  know what labels to be putting on various bank
7  accounts?  That's my question.
8        UNIDENTIFIED SPEAKER:  Objection.
9  BY MS. MILLER:
10    Q.    So I'm assuming, consistent with
11  your testimony, that the process that you
12  underwent was entirely independent of the
13  various Fund or account designations under
14  statutes and bond documents and that there was
15  no reason or need for you to map them or
16  connect them.  That's consistent with your
17  testimony in HTA and PRIFA.
18        But suddenly, in CCDA, you have
19  very strong opinions about which account
20  corresponds to -- which bank account
21  corresponds to which account designation in the
22  bond documents, and that's what I'm trying to
23  understand here.
24        UNIDENTIFIED SPEAKER:  Objection.
25

---

**493**

1  BY MS. MILLER:
2    Q.    So my question was:
3        How did you come to know what the
4  account names were under the bond document that
5  you could attach to the various bank accounts?
6    A.    I'm not certain what the entire
7  process was to assign names to the accounts as
8  I understand them, plus my understanding came
9  about by a discussion with Tourism.
10    Q.    Okay.  So we have marked as
11  Monolines Exhibit 34 a document.  Do you see
12  it?
13    A.    I see a document.
14    Q.    And is this the document -- a form
15  of document that you recognize?
16    A.    Yes.
17    Q.    Okay.  And there are actually, if
18  you scroll through in this exhibit, a number of
19  sample transfer documents that we were given,
20  instruction letters that we were provided, and
21  you can flip through and look at all of them if
22  you would like.  There is also, I see -- maybe
23  we don't have an English translation.
24        Do we have an English translation
25  of these?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

69 (Pages 494 to 497)

**494**

1     MS. McKEEN:  Atara, are they
2  consecutively paginated, or is this just --
3     MS. MILLER:  Mine are
4  consecutively paginated, yes.
5     MS. McKEEN:  Thank you.
6     MS. MILLER:  No, I think this was
7  a collection of -- this was a collection of
8  instruction documents that were produced, and
9  there is an English translation.  And this
10  is -- my understanding, Liz, is that this is
11  how the document was produced all together as a
12  single packet.
13     MS. McKEEN:  Thank you.  That was
14  just my question.
15     MS. MILLER:  Yeah.
16  BY MS. MILLER:
17     Q.    Okay.  So, Mr. Ahlberg, looking at
18  this, do you see that this is authorizing a
19  transfer from one account to another
20  account -- oh, we are pulling up the English
21  translation.  Here we go.
22        Okay.  And do you see that this
23  letter is authorizing the debiting of a
24  particular account of 3-million-plus dollars?
25  Do you see that?

**495**

1     A.    Yes, I see that.
2     Q.    Okay.  And what account is that
3  debiting?
4     A.    The account number listed is
5  9758.
6     Q.    Okay.  And is that the same
7  account that is identified on your Flow of
8  Funds chart, Exhibit 32, as GDB 9758?
9     A.    Yes.
10     Q.    Okay.  And how is that accounting
11  identified in this transfer letter?
12     A.    This transfer letter assigns a
13  name in quotes to that account of Room Tax -
14  Concentration Surplus.
15     Q.    And do you have an understanding
16  of what it means when an account name is put in
17  quotes in a transfer letter like this?
18     A.    I'm not entirely positive.
19     Q.    Okay.  And who is this letter
20  from, can you tell?
21        And I don't know if it would be
22  easier to look at or if you would prefer to
23  look at the original Spanish letterhead, but
24  this is a letter from the Tourism Company to
25  the GDB, is it not?

**496**

1     A.    Could we go to the Spanish
2  translation just so I know for sure?
3     Q.    Sure.
4     A.    Yes, thanks.
5     Q.    Okay.  And so -- and it's from a
6  Mr. Samuel Sierra Rivera.  Do you see that?
7     A.    Yes.
8     Q.    And he's -- he identifies himself
9  as the chief financial officer.  Do you see
10  that?
11     A.    I see that.
12     Q.    Okay.  And so according to this
13  instruction letter, the chief financial officer
14  of the Tourism Company is identifying the
15  99 -- the 9758 account as, quote, the room tax
16  concentration surplus.  Do you see that?
17     A.    I see that.
18     Q.    Okay.  Do you have any
19  reason -- do you know who Mr. Sierra Rivera is?
20     A.    I do not.
21     Q.    Okay.  Do you know whether Gustavo
22  is junior or senior to the chief financial
23  officer of the Tourism Company?
24     A.    I know Gustavo is not the CFO of
25  the company in his finance position.  That

**497**

1  would make him subordinate to the CFO at the
2  Tourism Company.
3     Q.    All right.  Do you have any reason
4  to dispute the at least then-CFO of the Tourism
5  company's characterization of the 9758 account
6  as the room tax concentration surplus?
7     A.    He calls the account what he calls
8  the account in this letter.
9     Q.    Okay.  And you haven't seen any
10  documents that would indicate that the 9758
11  account is not the surplus account, have you?
12     A.    I can't recall specifically seeing
13  any documents like that.
14     Q.    Well, I can tell you that we
15  haven't.  So I, again, call for the production
16  of any documents that would suggest that an
17  account other than the 9758 account is the
18  surplus account.
19        And you have not seen any
20  documents, have you, that identified the 9758
21  account as the transfer account, have you?
22     A.    I can't recall seeing a specific
23  document that said that, but from my work with
24  Tourism, I understand that account to be the
25  transfer account.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

70 (Pages 498 to 501)

---

**498**

Q.    You haven't seen any documents that say that.

A.    I can't recall if there were documents, off the top of my head.

Q.    Okay.  And you've now seen at least one collection of documents, and you can flip through and see that the tourism company in each of these letters identifies the 9758 account as the room tax concentration surplus.

You haven't seen any -- you've at least not seen one collection of documents that identified something other than the transfer account, right?

A.    Again, I can't recall seeing it or not seeing a document like that.

Q.    I'm asking you about the document that's in front of you right now.  You are currently looking at least one document, one document that is a collection of multiple documents that identify the 9758 account as something other than the transfer account; isn't that right?

A.    These documents do call that account number by name.  That is not the transfer account.

---

**499**

Q.    Okay.  And the name is Room Tax Concentration Surplus, isn't it?

A.    That's what it says.

Q.    Okay.  And I'd like to now mark as Exhibit 35 tab 2507.

(Monolines Exhibit 35 is introduced for the record.)

BY MS. MILLER:

Q.    Mr. Ahlberg, have you seen any account-opening documents for the GDB 9758 account?

A.    I don't think I personally reviewed the account opening statement for that account.

Q.    Okay.  Do you know whether anybody on your team did?

A.    I believe someone on the team would have agreed that document.

Q.    Okay.  So I've marked as Exhibit 35 a letter dated March 31, 2002, from your counsel to me and many others, and I want you to look at page 2 of that account on this chart.  And do you see the GDB 9758 account listed?

A.    Please give me a moment here.

---

**500**

Q.    Sure.

A.    Yes, I see that Account 9758 listed on this document.

Q.    Okay.  And what is the representation from your counsel about the account-opening documents for 9758?

A.    I was unable to locate an account-opening document in GDB's file.

Q.    Okay.  And so do you now retract your prior statement that you believe someone on your team reviewed account-opening statements for GDB 9758?

A.    I do.  I apologize.

Q.    Okay.  So to the best of your knowledge and my knowledge, there simply are no available account-opening documents for GDB 9758, correct?

A.    Correct.

Q.    Okay.  And what are -- is the Scotiabank 5142 account?  Do you know if you've looked at any account-opening documents for the Scotiabank 5142 account?

A.    I didn't personally review the account-opening statement for Scotiabank Account 5142.

---

**501**

Q.    Do you know whether anyone on your team received an account-opening statement -- sorry -- account-opening document for Scotiabank 5142?

A.    Off the top of my head, I'm not certain.

Q.    Okay.  Well, I'll tell you, and I can mark it if you'd like, but your counsel represented that it provided to us all of the documents that it was able to get from Oriental Bank and that that did not include account-opening documents for 5142.

Do you have any reason to believe that such account-opening documents are available?

A.    No.

Q.    Okay.  So it's actually listed in this chart as well right under what we were looking at.  Okay.  I want to go back to Exhibit 32, which is the Flow of Funds.

Okay.  In 5144, you indicated to me that slot machine proceeds were also deposited in that account, correct?

A.    I believe so, yes.

Q.    Do you know why slot machine

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

71 (Pages 502 to 505)

502

1  proceeds would be deposited into the surplus
2  account, which is an account in the Holding
3  Fund under the CCDA bond documents?
4       UNIDENTIFIED SPEAKER: Objection.
5       THE WITNESS: I don't know the
6  exact reasons why slot machine revenues would
7  be deposited into this account.
8  BY MS. MILLER:
9       Q. All right. Do you know
10 whether -- sorry. I may have asked this again,
11 but I just want to make sure that I've covered
12 it.
13      Are any other moneys other than
14 hotel occupancy taxes deposited in the 9758
15 account?
16      A. No.
17      Q. Okay. And looking at this chart,
18 I don't think I asked you this for CCDA yet,
19 but, again, we see various colors attached to
20 the boxes, right?
21      A. Yes.
22      Q. Okay. So looking at the accounts
23 that are reflected in this January '15 to
24 November '15 Flow of Funds chart, just looking
25 by color designation, none of these is a

503

1  Commonwealth account; is that correct?
2       A. That's correct.
3       Q. Okay. So during this time period,
4  none of the hotel occupancy taxes that were
5  collected by hoteliers transferred to the
6  tourism company ever touched a Commonwealth
7  account, correct?
8       A. During this time period, that is
9  correct.
10      Q. Okay. I'm going to turn to the
11 next slide in the Flow of Funds, which is
12 December '15 to March 2016.
13      And during this period, the moneys
14 continue to be collected by hoteliers, correct?
15      A. Correct.
16      Q. And where did they transfer the
17 moneys to?
18      A. The Scotiabank Account 5142.
19      Q. Okay. And then where did the
20 money flow after that?
21      A. From there transfers were made at
22 that time.
23      Q. Okay. And the 9758 account, just
24 so that I have your story straight, the 9758
25 account is the account that you would call the

504

1  transfer account, right?
2       MS. McKEEN: Objection,
3  argumentative.
4  BY MS. MILLER:
5       Q. Sorry. The GDB 9758 account is
6  the account that you would call the transfer
7  account, correct?
8       A. Correct.
9       Q. Okay. And that's the same account
10 that we saw the document from the CFO of the
11 GDB -- of the Tourism Company, rather,
12 identifying the concentration surplus, correct?
13      A. Correct.
14      Q. Okay. And the moneys still flow
15 into that GDB 9758 account, right?
16      A. During this time period, money
17 still flows from 5042 to 9758.
18      Q. Okay. And then during this time
19 period, all the moneys still flow into the
20 Scotiabank 5144 account, correct?
21      A. Correct.
22      Q. Okay. And then what moneys during
23 this time period are flowing from the 5144
24 account into the 5138 account?
25      A. Hotel occupancy taxes, among

505

1  others.
2       Q. Okay. And do all of the hotel
3  occupancy taxes flow from 5144 to 5138?
4       A. Would you repeat the question?
5       Q. Yeah. During this period, do all
6  of the hotel occupancy taxes deposited in 5148
7  flow into -- sorry. Let me start again.
8       During this period, do all of the
9  hotel occupancy taxes deposited in 5144 flow
10 into 5138?
11      A. Yes.
12      Q. Okay. And do all of the hotel
13 occupancy taxes during this period deposited in
14 5138 flow into the 006 account?
15      A. No.
16      Q. Okay. What hotel occupancy taxes
17 do not flow into the 006 account from the 5138
18 account?
19      A. Hotel occupancy taxes funding CCDA
20 operations would flow to that box called
21 Non-Debt Service Outflow.
22      Q. And are those what are referred to
23 as the surplus amounts?
24      A. I'm not certain if they're
25 referred to as surplus amounts or not.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

72 (Pages 506 to 509)

**506**

1     Q.    Okay.  Are all of the -- I'm just
2  trying to remember the exact term.
3        Are all of the amounts that are
4  required to be transferred into the transfer
5  account flowed into the 006 account?
6        Okay.  So let me restate that.
7  You don't remember -- do you recall that when
8  we looked at Exhibit 30, which is the
9  Assignment and Coordination Agreement, there
10 was a definition of required payments?
11    A.    I remember there was a definition
12 of required payments in that document.
13    Q.    Okay.  And do you remember that
14 that loosely was defined as the monthly 1/10 of
15 the amounts that had to be flowed into the
16 transfer account and any deficiency amount?
17    A.    I believe that's what that
18 document we looked at together said.
19    Q.    Okay.  So if I refer to the
20 required payments, will you understand what I
21 mean?
22    A.    Yes.
23    Q.    And just to make it simple,
24 because I want to make sure that we are talking
25 about things the same way, if we could just go

**507**

1  back one page in Exhibit 32.
2        When I'm talking about the
3  required payments, I'm talking about the
4  amounts that flowed from 9758 to 9947.  Is that
5  consistent with your understanding?
6    A.    Yes.
7    Q.    Okay.  So we'll call that the
8  required payments going forward.
9        MS. McKEEN:  Objection.
10       MS. MILLER:  What's the objection?
11       MS. McKEEN:  You mean the
12 agreement says what it says, and so to the
13 extent, you know, you're trying to get the
14 witness to give some form of legal conclusion,
15 that's the final objection.
16       MS. MILLER:  I'm trying to get the
17 witness to have a common understanding with a
18 noncontroversial term that refers to the moneys
19 that were pledged to the bondholders without
20 having him give the legal opinion that these
21 moneys are pledged to the policyholders, so I'm
22 going to go with required payments.  I think
23 the witness is comfortable with that and
24 understands what bucket of money I'm talking
25 about.

**508**

1  BY MS. MILLER:
2    Q.    Mr. Ahlberg, do you know the
3  bucket of moneys that I'm referring to?  So not
4  all hotel occupancy taxes, only that narrower,
5  what I think you've referred to as the 3-plus
6  million a month that's to be transferred?
7    A.    I understand that that's how
8  you're using the term "required payment."
9    Q.    Okay.  If you want to attach a
10 different term to it, I'm fine using whatever
11 term you're most comfortable with.
12    A.    We can say the monthly payment.
13    Q.    Monthly payment?  Okay.
14       Okay.  Are all of the monthly
15 payments, as you use that term -- defined it,
16 are all of the monthly payments flowed from the
17 5138 account to the GDB 006 account during the
18 December '15 to March '16 time period?
19    A.    Now that I have this time period
20 presentation in front of me, can you reask the
21 question, please?
22    Q.    Now I forgot what you want to call
23 these.  Monthly payments?  Okay.
24       Are all of the monthly payments
25 transferred from the 5138 account to the 006

**509**

1  account?
2    A.    Yes.
3    Q.    Okay.  And how do you know that?
4    A.    Having reviewed these payments,
5  transfer details of those transfers.
6    Q.    Okay.  And based on that, you were
7  able to confirm that all of the monthly
8  payments were transferred from the 5138 account
9  to the 006 account, correct?
10    A.    Correct.
11    Q.    And are all of the hotel occupancy
12 tax monthly payments deposited in the 006
13 account transferred to the 6048 account during
14 this time period?
15    A.    Yes.
16    Q.    Okay.  And that 6048 account,
17 that's the account we were talking about
18 earlier, correct?
19    A.    That is an account that we talked
20 about earlier.
21    Q.    Okay.  And specifically, what
22 account was this?
23    A.    An account separate from the TSA,
24 account 1.
25    Q.    Okay.  What moneys were held in

Ahlberg, Timothy H. - Vol. II

April 23, 2020

73 (Pages 510 to 513)

**510**

this account during this time period?
A.   It held -- retained room tax revenues and dollars -- well, not retained.
Q.   Okay.  And then were all of the hotel occupancy tax monthly payments that were deposited into 6048 deposited into or back into the 006 account?
A.   Yes.
Q.   Do you know whether when the moneys flowed back into the 006 account they were tagged with a different Fund or accounting designation than when they were previously transferred into the 006 account?
A.   I'm not positive to say it's different funds or designations or not.
Q.   Okay.  What would I do to find that out?
A.   I would review a voucher prepared for transfer.
Q.   Okay.  And then were all of the hotel occupancy tax monthly payments that were retransferred into the 006 account during this period transferred out for GO Debt Service?
A.   Yes.
Q.   Okay.  And, again, do you know

**511**

whether that was actually -- sorry -- whether that money was actually transferred to third parties on account of GO Debt Service?
A.   I'm not certain.
Q.   Okay.  Do you have an understanding of how much of the -- do you know how much of the hotel occupancy tax monthly payments were transferred into the GDB 006 account during this time period?
A.   Off the top of my head, I don't have that number.
Q.   Okay.  And we spoke a little bit about the time frames that were covered during this -- for the time frames that were identified at the top of each of these Flow of Funds.
Is it your understanding that this is referring to room tax revenues that were generated and transferred into the Scotiabank 5142 account between December 2015 and March 2016?
A.   Yes.
Q.   Okay.  Footnote 1 to this Flow of Funds indicates that transfers from the 006 account to Fund GO Debt Service payment in

**512**

January '16 included comingled room tax receipts with proceeds from other retained revenues.  Do you see that?
A.   Yes, I see that.
Q.   Do you know whether moneys transferred in January, February or March of 2016 were actually used to pay GO Debt Service?
A.   Could you repeat the question?
Q.   Do you know whether moneys transferred in January, February or March of 2016 were actually used to pay GO Debt Service?
A.   Transfers from which account to which account?
Q.   Hotel occupancy tax monthly payments transferred into the GDB 006 account in January, February and March 2016, do you know if they were actually used to pay GO Debt Service?
A.   We set the revenue from -- room tax proceeds during this time period were used -- sorry.
The revenue earned in this time period was the source of funding for transfers for GO Debt Service.
Q.   Okay.  So the footnote indicates

**513**

that it was only for the GO Debt Service payment in January of 2016.  Do you believe that there were additional GO debt service payments that were funded from these moneys?
A.   Would you repeat the question, please?
Q.   The footnote indicates that these moneys were used for the January -- January 2016 GO Debt Service.
Do you believe that there were additional GO Debt Service payments other than January 2016 that were funded from the hotel occupancy tax monthly payment reflected in this Flow of Funds?
A.   I was thinking here.  Would you mind repeating the question again?
MS. MILLER:  Would the court reporter mind reading it back, please?
(Record read as requested.)
THE WITNESS:  No.
BY MS. MILLER:
Q.   So do you believe that the hotel occupancy tax monthly payments for January, February and March of 2016 that are reflected as flowing into the GDB 006 account and then to

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                              April 23, 2020

74 (Pages 514 to 517)

---

**514**

1  the 6048 account and then to the 006 account
2  remain in the TSA today?
3      A.    I don't think of any one transfer
4  of any kind of funds ever remaining in the TSA
5  account. That's not really how I think about
6  it.
7      Q.    Have you seen any document --
8  sorry.
9      Have you seen any outflow document
10 after January 2016 indicating a tilt flow of
11 the hotel occupancy tax monthly payment from
12 the TSA?
13     A.    I've seen no other outflow from
14 the TSA that indicated hotel occupancy taxes as
15 a source of revenue of a transfer out of the
16 TSA.
17     Q.    Okay. And during this --
18     MS. MILLER: I don't have much
19 more. I am just going to quickly go through
20 the rest of the Flow of Funds.
21     MS. McKEEN: Okay. Thank you.
22     MS. MILLER: They do get very
23 complicated, though. I'm hoping to not have to
24 ask about every account. We have a simple one
25 coming up next.

---

**515**

1  BY MS. MILLER:
2      Q.    And just so that I understand, or
3  just can you confirm that all of the same hotel
4  occupancy tax revenues transferred from
5  hoteliers flow into the 5142 account and the
6  9758 account?
7      A.    To what time period?
8      Q.    In the December '15 to March 2016
9  period. The Scotiabank 5142 account and the
10 GDB 9758 account each have exactly the same
11 moneys; is that correct? Or let me say that
12 differently.
13     For the December '15 to March 2016
14 period, the exact same revenues flow through
15 the Scotiabank 5142 account and the GDB 9758
16 account, correct?
17     A.    Would have been the exact same
18 amount that was received into 5142 that was
19 transferred to 9758.
20     Q.    Okay. Is that different in any
21 way from what I said? I just want to know how
22 to ask the question precisely going forward.
23     So if you're drawing a distinction
24 that I'm not attuned to, I just would like to
25 hear what it is.

---

**516**

1      A.    Yeah, and I just answered that way
2  for my own benefit to make sure I answered
3  correctly.
4      Q.    Okay. All right. I might try to
5  ask you the same way.
6      Okay. So turning now to
7  April 2016, so this one appears pretty simple.
8      Can you just describe the flow
9  from the collection of room tax revenues by the
10 hoteliers?
11     A.    Yes. During April of 2016, room
12 tax revenues would have been collected by
13 hoteliers, remitted to Tourism Company, a/k/a
14 deposited into Scotiabank Account 5142, and
15 then transferred to GDB Account 9758.
16     Q.    Okay. And does the fact that the
17 Flow of Funds stop here mean that hotel
18 occupancy tax revenues collected in April 2016
19 remained in the GDB 9758 account?
20     A.    It means that during this time
21 period, there were no transfers out of the 9758
22 account.
23     Q.    Was there a transfer out of the
24 9758 account subsequent to this time period?
25     A.    No.

---

**517**

1      Q.    Okay. So what moneys were
2  deposited were then remaining in the GDB 9758
3  account presumably through the GDB's title fix;
4  is that right?
5      A.    I am not positive. I know that
6  account was dealt with in the GDB
7  restructuring.
8      Q.    Okay. Were you involved in the
9  GDB restructuring in any way?
10     A.    No.
11     Q.    Okay. And, again, during this
12 period, none of the accounts through which the
13 hotel occupancy taxes flowed were Commonwealth
14 accounts; is that correct?
15     THE REPORTER: I'm sorry. Were
16 what?
17     MS. MILLER: Commonwealth
18 accounts.
19     THE REPORTER: Thank you.
20     THE WITNESS: Correct.
21 BY MS. MILLER:
22     Q.    Okay. And again, as with the
23 prior period, exactly the same revenues flowed
24 through the 5142 account and the GDB 9758
25 account, correct?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

75 (Pages 518 to 521)

**518**

1    A.    It would have been the same amount
2  that -- same revenue that was transferred by
3  hoteliers to 5142. Transfers for the same
4  amount would be in total throughout April to
5  9758.
6    Q.    Okay. So now let's go on to the
7  next one. It's about to get a lot more
8  complicated.
9    Okay. So here the hoteliers are
10 collecting taxes, and they're still
11 transferring them into the Scotiabank 5142
12 account; is that right?
13   A.    Right.
14   Q.    And then the money is being
15 transferred from the 5142 account into the 5144
16 account?
17   A.    Correct.
18   Q.    And is it your understanding that
19 during this period all of the hotel occupancy
20 taxes were transferred from the 5142 into the
21 5144 account?
22   A.    Yes.
23   Q.    Okay. And have you seen
24 account-opening documents for the 5144 account?
25   A.    No, I have not personally seen

**519**

1  them.
2    Q.    Okay. Do you know whether anybody
3  on your team has?
4    A.    I don't recall if anyone on the
5  team has or not. I believe you could look at
6  the document we reviewed together earlier to
7  know for certain.
8    Q.    Okay. Would you expect account
9  documents related to the 5144 account to
10 identify it as the surplus account?
11   A.    I'm not certain of what documents
12 would or would not be used to identify the
13 surplus account.
14   Q.    Well, I'm just asking if you -- we
15 saw the pledge account document. It called the
16 account the pledge account.
17   Would you expect the account
18 documents related to this account to call it
19 the surplus account?
20   A.    I'm not certain what every
21 documented related to this account named the
22 account.
23   Q.    I'm asking you if you would expect
24 the account-opening documents to designate a
25 surplus account.

**520**

1    A.    I can't say one way or the other
2  whether an opening statement would say that or
3  not.
4    Q.    Would you expect any account, any
5  documents related to this account to identify
6  it as the surplus account?
7    MS. McKEEN:  Objection.
8    THE WITNESS:  I'm not positive of
9  documents that would or would not have been
10 used to make that determination.
11 BY MS. MILLER:
12   Q.    Okay. Have you ever heard this
13 account referred to as the sweep concentration
14 account?
15   A.    You broke up there right at the
16 end.
17   Have you ever seen this account
18 referred to as the sweep concentration account?
19   A.    I can't recall if I've seen the
20 account referred to in that way or not.
21   Q.    What is a sweep concentration
22 account, as you understand it?
23   A.    I'm not certain of exactly what
24 that name -- the name of an account like that
25 would indicate.

**521**

1    Q.    Are you aware of any other
2  accounts called sweep concentration accounts
3  within the Commonwealth or instrumentality?
4    A.    No.
5    Q.    No. Have you ever heard that term
6  with respect to the Tourism Company?
7    A.    I just can't recall. People use
8  the term "sweep" and "concentration" very
9  loosely when referring to different accounts.
10   MS. MILLER:  Okay. I would like
11 to mark as the next exhibit tab 2134, please.
12   (Monolines Exhibit 36 is
13 introduced for the record.)
14   THE WITNESS:  Excuse me. Could we
15 make a 2-minute break? I just drank a bunch of
16 coffee with coffee grounds with it.
17   MS. MILLER:  Sure. I'll let you
18 take it even though there's a question pending.
19 Let's go off the record.
20   THE VIDEOGRAPHER:  We are off the
21 record at 6:24 p.m.
22   (Recess taken.)
23   THE VIDEOGRAPHER:  We are back on
24 the record at 6:25 p.m.
25

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

76 (Pages 522 to 525)

---

**522**

BY MS. MILLER:

Q.    Okay. So you have in front of you a document that was marked Monolines Exhibit 36.

Do you see that?

A.    I see the document.

Q.    Yeah. Is this a document that you've seen before?

A.    Is there a certified English translation?

Q.    I'm not sure. The answer is maybe. I don't think that what I'm going to have to do requires knowledge of Spanish. Other -- okay. There is a certified English translation. Do we want to wait for it?

A.    If you could.

Q.    Sounds like your Spanish is a lot better than mine. If you need the English translation, just let me know, and I'll stop and wait for that to be found.

A.    Fair enough.

Q.    So do you recognize Exhibit 36 as a corporate resolution of the Tourism Company of Puerto Rico?

A.    I see that's (indiscernible) --

---

**523**

THE REPORTER: I'm sorry. You broke up. The witness, your answer totally broke up for me. Sorry.

THE WITNESS: Sure. I said:

Yes, I see that's what the document says.

THE REPORTER: Thank you.

BY MS. MILLER:

Q.    Okay. And you see that it lists a number of Tourism Company bank accounts in a chart starting about halfway through?

A.    Yes, I see that.

Q.    Could we magnify the exhibit a little bit? I think it's very hard to see the numbers. They're running together a little bit.

A.    Does that help?

Q.    If you have magnified it on your end. I have a hard copy that is slightly larger on my end. So if you can see it...

A.    I can see it.

Q.    Okay. Great. So do you see that the first account that's identified is the Scotiabank of Puerto Rico account Redacted 5144?

---

**524**

A.    Yes, I see that on the document.

Q.    Okay. And is that the account that is referred to in your Flow of Funds document as the Scotiabank 5144 account?

A.    Yes.

Q.    Okay. And do you see the next column over says:

Número de la cuenta?

A.    Yes.

Q.    And do you understand that to mean name of the account?

A.    Yes.

Q.    Okay. And the name of the account that's attributed to the 5144 account, can you just read what it's called in this document?

A.    This document lists the name of that account as "sweep concentration."

Q.    Okay. It doesn't list a surplus, does it?

A.    The document says "sweep concentration."

Q.    Okay. And looking at the May '16 to July '16 Flow of Funds, in fact, none of the accounts identified in this Flow of Funds is a Commonwealth account, is it?

---

**525**

A.    Could we have the Flow of Funds presentation during the --

Q.    Oh, sorry, yes. Yes. I'm sorry. We are not in hard copy. I forgot. Yes. Can we -- that was not a memory test.

MS. MILLER: Can we pull up Exhibit 32 again, please.

Thank you. It wasn't a trick, I promise.

A.    No problem.

BY MS. MILLER:

Q.    I'm old school. My desk is filled with the exhibits. I kind of assumed yours was too.

MS. MILLER: Was there anyone elsa -- did you want me to pull up the certified English translation? I'm happy to attach it to the exhibit that we marked just so we have it on a going forward basis, but unless anybody wants to see it right now, I was going to go back to the Flow of Funds document.

MS. McKEEN: I think we are okay.

MS. MILLER: Okay. Great, thank you.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

77 (Pages 526 to 529)

**526**

BY MS. MILLER:

Q. Okay. So let me just ask my question again.

Looking at the Flow of Funds from May '16 to July 2016, none of the accounts identified in this Flow of Funds is a Commonwealth account, correct?

A. Correct.

Q. And looking forward to the August '16 to February of 2017 account — sorry — Flow of Funds, here the room tax revenues collected by the hoteliers are still being transferred into the Scotiabank 5142 account; is that right?

A. Correct.

Q. And during this period, the money is now flowing next into the BPPR 2306 account; is that right?

A. Correct.

Q. Okay. What's your understanding of what the BPPR 2306 account is?

A. This account in this time period, this account is used to transfer monthly payments to BPPR 6545.

Q. Okay. So just looking back to the

**527**

January '15 to November 2015 period, that BPPR 2306 account is now taking the place of the GDB 9758 account; is that right?

UNIDENTIFIED SPEAKER: Objection.

THE WITNESS: It's not one — one account — accounts don't replace accounts in that way. I don't think about it like that.

BY MS. MILLER:

Q. Okay. Well, when the GDB ceases to exist and you have to open an account in a new bank, wouldn't you think about it in that way?

MS. McKEEN: Objection.

BY MS. MILLER:

Q. Okay. So let me just — and I don't know, is there a way to split the screen on the exhibit so that you can look at both the January 2015 to November 2015 and August 2016 to February 2016 Flow of Funds side by side?

A. I don't know.

Q. The message from people who know say there is not. That's the definitive answer. Okay. All right.

So the first one will be easy because we still start with room taxes being

**528**

collected by hoteliers, right?

And in those periods, the moneys are transferred by the hoteliers into the Scotiabank 5142 account, correct?

A. Correct.

Q. Okay. And my question is going to be — and I'm happy to go back and forth as much as you want, but my question is going to be are exactly the same moneys — so I don't mean like actual dollars but the same revenue streams, hotel occupancy taxes, that flow into the GDB 9758 account in the January 2015 to November 2015 period — sorry. Let me just ask it more simply.

Are the hotel occupancy tax revenues that flow into the GDB 9758 account from January '15 to November '15 the same hotel occupancy tax revenues that flow into the BPPR 2306 account in the August '16 to February '17 period?

A. They're inherently not the same revenues because they're revenues from different time periods, but from August 2016 to February 2017, there are approximately $3 million monthly amounts being transferred

**529**

from Account 2360 to BPPR 6545.

Q. Okay. Are all of the hotel occupancy taxes collected between August '16 and February '17 transferred from 5142 to BPPR 2306?

A. Yes.

Q. And that's the same as the Flow of Funds from 5142 to GDB 9758 in the January '15 to November '15 period, correct?

A. Thank you for allowing me to flip back. Would you mind repeating the question now that I've had a chance to look at this?

Q. Yeah. That flow of all of the hotel occupancy taxes from 5142 to BPPR 2306 is the same Flow of Funds, although in two different accounts that we saw in January '15 to November '15.

So all of the hotel occupancy taxes go from 5142 into the next account, and at that time period it was GDB 9758, correct?

A. Correct.

Q. Okay. And then you indicated that it's about 3-plus million during the August 16th to February 17th period that goes from the BPPR 2306 down to the BPPR 6545,

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

78 (Pages 530 to 533)

---

**530**

1 correct?

2     A.   Correct.

3     Q.   Okay. And that is the same

4 proportional amount -- or not proportional

5 amount but the same dollar amount flowed each

6 month that flowed during the January '15 to

7 November '15 time period from the GDB 9758

8 account to the GDB 9947 account, correct?

9     A.   The payments were approximately

10 the same amount.

11     Q.   Okay. And did the same

12 approximate amount flow from the 9758 account

13 to the Scotiabank 5144 account in both time

14 period, so in January '15 to November '15 and

15 in August '16 to February '17?

16     A.   Okay. Could you repeat that

17 question, please?

18     Q.   Yeah. Did the same amount of

19 hotel occupancy taxes or the same, yeah,

20 relative surplus amount of hotel occupancy

21 taxes flow from the 2306 account to the 5144

22 account and from the 9758 account to the 5144

23 account in the August '16 to February '17 and

24 January '15 to November '15 periods

25 respectively?

---

**531**

1     A.   Yes.

2     Q.   And, again, looking at the August

3 '15 to February '17 Flow of Funds, none of

4 these accounts is a Commonwealth account,

5 correct?

6     A.   Correct.

7     Q.   Okay. And is it your

8 understanding that the moneys transferred into

9 the BPPR 6545 account during this time period

10 remain in that account?

11     A.   During this time period, there

12 were no transfers out of the account.

13     Q.   In a couple of flows, we

14 are going to get to transfer out of that

15 account into a First Bank 3961 account, so I'm

16 happy to flip forward to the February 2018 to

17 the present Flow of Funds.

18     When the transfers were made

19 during this period, were all of the moneys that

20 were previously deposited into the BPPR 6545

21 account deposited into the First Bank account?

22     A.   Yes.

23     Q.   Okay. So we skipped over one. I

24 just want to go back to the March '17 to

25 January '18 Flow of Funds, and here there are

---

**532**

1 more errors further complicating things.

2     So let me start by asking:

3 Hoteliers still collect the taxes, correct?

4     A.   Yes.

5     Q.   In the March '17 to January '18

6 period. After collecting the taxes, they

7 continued to transfer those moneys to the

8 Scotiabank 5142 account, correct?

9     A.   Correct.

10     Q.   Okay. What moneys flowed from the

11 5142 account to the 6545 account during this

12 period?

13     A.   During this time period, the

14 approximately $3 million per month is

15 transferred from 5142 to 6545.

16     Q.   Okay. And what moneys are

17 transferred from 5142 to 2306?

18     A.   It depends. I think at this time

19 account 5142 had some maximum dollar threshold

20 limits, and so then amounts received from

21 hoteliers that exceed those limits, Scotiabank

22 5142 transferred those funds to 2306, assuming

23 they're in excess of the $3 million monthly

24 payments made to 6545.

25     Q.   Got it. And then -- okay. And

---

**533**

1 then what moneys are transferred to the 5144

2 account from the -- sorry.

3     What moneys are transferred from

4 the 5142 account to the 5144 account?

5     A.   To the -- the surplus of hotelier

6 room tax revenue is remitted to 5142. So

7 hoteliers remit room taxes to 5142, and the

8 monthly payment going to 6545. And in this

9 flow it's the same kinds of revenue that would

10 go from 5142 to 2306 or directly to 5144, just

11 depending on the cash management system and the

12 way this -- the account maximum balance

13 threshold worked.

14     Q.   And do you have an understanding

15 of why approximately $3 million a month was

16 transferred from 5142 to 6545?

17     MS. McKEEN: Objection.

18     THE WITNESS: I don't know why the

19 exact amount was -- is that amount, it would

20 transfer.

21 BY MS. MILLER:

22     Q.   But do you know why the money was

23 being separated in this way and certain amounts

24 transferred to 6545 and other amounts to 5144?

25     MS. McKEEN: I'll articulate the

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

79 (Pages 534 to 537)

534

```
1   same objections as I did yesterday and made
2   clear that the witness wasn't supposed to be
3   giving testimony about why the Commonwealth
4   took certain actions.  So, like I did
5   yesterday, I'm going to instruct the witness
6   not to answer the question.
7   BY MS. MILLER:
8       Q.   Okay.  So let me ask you, then:
9            Is that a question that you could
10  answer but for the objection of your counsel?
11      A.   I'm not positive.
12      Q.   Okay.  Okay.  So looking at the
13  next sheet in the Flow of Funds, the next Flow
14  of Funds part, this is February 2018 to the
15  present.
16           And the first part corresponds to
17  the Flow of Funds that we saw previously from
18  March '17 to January '18.  I'm happy to go back
19  to that if it doesn't look visually the same to
20  you.  I'm going to limit my questions to the
21  bottom account.
22      A.   Okay.
23      Q.   Mr. Ahlberg, do you want to go
24  back, or are you sufficiently familiar with
25  these to understand that the top two lines are
```

535

```
1   the top two rows of transfer focusing?
2       A.   I understand they're the same.
3       Q.   Okay.  So just looking at the
4   bottom, the three accounts designated in the
5   bottom row here, so moneys go from -- let's
6   start at the beginning again.
7            The hoteliers collect the room
8   taxes, they then transfer them to Scotiabank
9   5142 account, and that's something that's
10  consistent throughout the time period covered
11  by all of these Flow of Funds, correct?
12      A.   Correct.
13      Q.   And then the 3-plus million is
14  then transferred from the 5142 account to the
15  BPPR 6545 account, correct?
16      A.   Correct.
17      Q.   Okay.  And then moneys flow to the
18  First Bank 3961 account, correct?
19      A.   During this time period, that's
20  correct.
21      Q.   Okay.  And what moneys flowed into
22  the First Bank 3961 account?
23      A.   The approximately 3 million
24  monthly payments would be transferred into the
25  First Bank 3691 account.
```

536

```
1       Q.   As well as any moneys that have
2   previously been transferred into the BPPR 6545
3   account, correct?
4       A.   Yes.
5       Q.   Okay.  And then moneys are
6   transferred into the First Bank 2984 account.
7   Do you see that?
8       A.   Yes.
9       Q.   What is the 2984 account?
10      A.   This is an account into which the
11  interest earned on deposits was transferred.
12      Q.   Okay.  So does that mean that the
13  principal amounts remained in the 3961 account
14  and only interest amounts earned flowed into
15  the 2984 account?
16      A.   Yes.
17      Q.   Okay.  So what is the First Bank
18  3961 account?
19      A.   An account at this time that's
20  being used to accumulate the approximately
21  $3 million monthly payment.
22      Q.   Okay.  And do you know if this
23  account has a name?
24      A.   I don't know off the top of my
25  head if this account has a name or not.
```

537

```
1       Q.   Do you know if this is a debt
2   service reserve account?
3       A.   Again, I'm just not certain of the
4   name of this account or not.
5       Q.   Okay.  So you know the name of a
6   whole lot of BPPR accounts, but you don't know
7   the name of this account?
8           UNIDENTIFIED SPEAKER:  Objection.
9           MS. McKEEN:  Objection,
10  argumentative.
11  BY MS. MILLER:
12      Q.   It's just a yes or no.
13          MS. McKEEN:  It would be nice if
14  you can ask questions.  It's been a very long
15  day for us.
16          MS. MILLER:  Can we pull up tab
17  2124, please.
18  BY MS. MILLER:
19      Q.   Have you ever seen any account
20  statements for this FirstBank 3961 account?
21      A.   I believe so, but I can't recall
22  looking at these specific ones off the top of
23  my head.
24      Q.   Okay.  So while we are pulling up
25  that exhibit, the last transfer that we haven't
```

Ahlberg, Timothy H. - Vol. II                                   April 23, 2020

538

```
 1  spoken about on this Flow of Funds is a          06:49:02
 2  $15 million, quote, discrete one-time transfer   06:49:06
 3  to the BPPR 9458 account.  Do you see that?      06:49:09
 4      A.    I don't see that on my screen, but     06:49:15
 5  I do know the transfer you're referring to.      06:49:20
 6      Q.    Sorry.  Okay.  I think it might be      06:49:20
 7  sufficiently long -- my headset's dying.  Okay.  06:49:20
 8  What is that $15 million transfer?               06:49:34
 9      A.    It's a transfer from the FirstBank     06:49:39
10  account to a Commonwealth account.               06:49:42
11      Q.    And what was that transfer for?        06:49:46
12      A.    The -- I believe the transfers for     06:49:52
13  the Renew Your School program, I think it's      06:49:57
14  called.                                          06:50:03
15      Q.    Okay.  And do you know whether         06:50:10
16  that transfer of $15 million came from the       06:50:12
17  hotel occupancy tax monthly payment?             06:50:20
18      A.    Yes.                                    06:50:33
19      Q.    And did it?                             06:50:34
20      A.    Yes.                                    06:50:37
21      Q.    Do you know when that payment was      06:50:40
22  made?                                            06:50:45
23      A.    When the $15 million transfer was      06:50:47
24  made?                                            06:50:49
25      Q.    Yeah.                                   06:50:50
```

539

```
 1      A.    I can't recall if I had this           06:50:51
 2  specific date.  We may have (indiscernible).     06:51:10
 3      THE REPORTER:  I'm sorry.  I'm               06:51:18
 4  sorry, Mr. Witness.  You just broke up in your   06:51:12
 5  answer.  Can you repeat that, please?            06:51:13
 6      THE WITNESS:  I don't remember               06:51:21
 7  specifically what I said other than clarifying   06:51:21
 8  that I'm not positive off the top of my head     06:51:26
 9  the exact date of that $15 million transfer.     06:51:28
10  BY MS. MILLER:                                   06:51:28
11      Q.    Are there any moneys, Mr. Ahlberg,     06:51:32
12  in this FirstBank 3961 account that are not      06:51:34
13  from this 3-plus million monthly transfers of    06:51:37
14  hotel occupancy taxes?                           06:51:41
15      A.    No.                                     06:51:46
16      Q.    Okay.  And what is the BPPR 9458       06:51:52
17  account?                                         06:51:59
18      A.    Can you clarify what you mean by       06:52:09
19  "What is that account?"                          06:52:11
20      Q.    Yeah, you said it's a Commonwealth     06:52:12
21  account.  And it indicates that it has           06:52:14
22  comingled funds.                                 06:52:14
23      Were these funds held in this                06:52:20
24  account held for a particular purpose?           06:52:22
25      A.    Can we pull up that last Flow of       06:52:27
```

540

```
 1  Funds presentation page?                         06:52:29
 2      Q.    Oh.  Yes, before we do that, let's     06:52:33
 3  just do -- I'll come back to that question.      06:52:37
 4  While we have Monolines Exhibit 37 up.           06:52:40
 5      (Monolines Exhibit 37 is                      06:52:40
 6  introduced for the record.)                       06:52:40
 7  BY MS. MILLER:                                   06:52:40
 8      Q.    I've marked as Monolines               06:52:47
 9  Exhibit 37 a statement of account from the       06:52:47
10  FirstBank account.                               06:52:49
11      Do you see that?                              06:52:57
12      A.    Yes.                                    06:52:57
13      Q.    And this is the -- looking for the     06:53:04
14  account number.  Okay, so the account number is 06:53:07
15  3961.  This is from the FirstBank 3961 account.  06:53:15
16      Do you see that?  It's on the                06:53:15
17  left-hand side.  It starts with 0 star on the    06:53:22
18  upper -- sorry -- upper right-hand side starts   06:53:27
19  with 0 star, 03.                                 06:53:27
20      A.    Yes, I see that.  Thank you.           06:53:32
21      Q.    Okay.  So you see this is the 3961     06:53:34
22  bank account, correct?                           06:53:37
23      A.    Yes.                                    06:53:36
24      Q.    And you see on the left-hand side      06:53:38
25  the statement of account is directed to the      06:53:40
```

541

```
 1  Tourism Company?                                 06:53:42
 2      A.    Yes.                                    06:53:40
 3      Q.    And then it says Debt Service          06:53:40
 4  Reserve.  Do you see that?                       06:53:51
 5      A.    I see that.                             06:53:51
 6      Q.    And do you understand that to be       06:53:53
 7  the name of this account?                        06:53:53
 8      A.    That's what this statement says.       06:54:01
 9      Q.    Okay.  So let's pull up Exhibit 32     06:54:04
10  again.  And let's just look at the last page.    06:54:08
11      Okay.  So while we are waiting for           06:55:16
12  the last page of Exhibit 32 to be pulled up,     06:55:17
13  I'm just going to check what my question was.    06:55:27
14      Okay.  So with Exhibit 32 back in            06:55:44
15  front of you, can you tell me what kind of       06:55:47
16  Commonwealth account this is or what kind of     06:55:50
17  account the BPPR 9458 account is?                06:55:52
18      A.    I believe that's the TSA               06:56:03
19  operational account at this time.                06:56:05
20      Q.    And how do you know that the           06:56:05
21  moneys were transferred in for the Renew Your    06:56:14
22  School program?                                  06:56:16
23      A.    I have reviewed documents              06:56:16
24  recording the $15 million transfer that          06:56:41
25  referenced the Renew Your School program.        06:56:45
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

81 (Pages 542 to 545)

---

**542**

1  Q.   And do you know whether they were
2  identified when transferred into the 9458
3  account with any particular accounting or other
4  designation, Fund or account designation that
5  would specifically allocate them to the Renew
6  Your School program?
7  A.   I'm not certain of the exact
8  accounting treatment that was used to record
9  that transfer.
10  Q.   Okay.  But you believe that there
11  is some indication in the transfer document
12  that specified that these moneys are for the
13  Renew Your School program?
14  A.   I believe so, yes.
15  Q.   Okay.  And do you know whether
16  those moneys were ever transferred from the TSA
17  operational account to a third party or
18  another -- sorry, let me just ask simply:
19       Do you know whether those moneys
20  were ever transferred out of the TSA
21  operational account?
22  A.   I'm not certain if there was or
23  was not an outflow from the TSA account for the
24  Renew Your School program.
25  Q.   Okay.  You did not see any

---

**543**

1  outflows indicating that these transfer hotel
2  occupancy taxes were moving out of the TSA, did
3  you?
4  A.   No, but as soon as the $15 million
5  is transferred to the TSA, it's comingled and
6  indistinguishable from other dollars.
7  Q.   Right.  But as we saw previously,
8  there was an outflow identifying the revenue
9  source of the hotel occupancy tax.  You would
10  be able to see that, correct?
11       UNIDENTIFIED SPEAKER:  Objection.
12       THE WITNESS:  I can't speculate
13  one way or the other.
14  BY MS. MILLER:
15  Q.   Well, we looked at a number of
16  documents where you identified the ability to
17  know that it was particular revenues from
18  comingled accounts because there were
19  accounting or other documents that so
20  designated them on the outflow side.
21       Do you recall that?
22       MS. McKEEN:  Objection.
23       THE WITNESS:  Yes.
24  BY MS. MILLER:
25  Q.   Okay.  And if you had seen some

---

**544**

1  more outflow documents with respect to these
2  hotel occupancy taxes that were transferred
3  into the BPPR 9458 account during the February
4  '18 to the present time period, you would have
5  indicated that on this chart in the next step
6  of the Flow of Funds, wouldn't you?
7  A.   Would you mind repeating the
8  question?
9  Q.   Yeah, let me rephrase that.
10       Does the fact that there is no
11  subsequent transfer identified on the February
12  '18 to present Flow of Funds mean that you did
13  not see any outflow documents from the 9458
14  account that specifically identified the hotel
15  occupancy taxes as the revenue source?
16  A.   I have not certainly seen a
17  document that would indicate a transfer out of
18  the TSA indicating the revenue source was the
19  $15 million of hotel taxes.
20       MS. McKEEN:  Atara, we have been
21  going for about two hours.  It's been about an
22  hour since you said you were going to try to
23  wrap it up.  So what's the plan here?
24       MS. MILLER:  So I have over -- I
25  have 13 hours.  Okay.  So I have one more

---

**545**

1  question and then I was going to call a break
2  and caucus and hopefully just end.
3       MS. McKEEN:  Okay.  So let's have
4  one more question, then.
5  BY MS. MILLER:
6  Q.   Okay.  So looking back at the
7  January '15 to November '15 Flow of Funds, back
8  a few pages in Exhibit 32, are there any
9  outflows from the 9758 account that are not
10  reflected on this chart?
11  A.   It is possible that there's a
12  one-off transaction that's not captured that's
13  intended as a summary document to show the
14  general Flow of Funds during this time period.
15       MS. MILLER:  So, Liz, I lied.  I
16  said I had one question.  I had two.  I've been
17  saving this one for a long time.
18       MS. McKEEN:  I knew it wouldn't be
19  one.
20  BY MS. MILLER:
21  Q.   Mr. Ahlberg, you indicated that
22  you were confident that the GDB 9758 account
23  was the transfer account based on how -- the
24  moneys that flowed into it.
25       Can you explain to me what about

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

82 (Pages 546 to 549)

---

**546**

1  the GDB 9758 account makes you confident that
2  it is the transfer account?
3     A.   After discussions with the Tourism
4  Company, I'm confident that that's the transfer
5  account.
6     Q.   So there is nothing specific about
7  the nature of the moneys that flowed into it,
8  how the account was used or any documents that
9  makes you confident that it's the transfer
10  account. It's based exclusively on
11  conversations that you had with Gustavo?
12     MS. McKEEN: Object to the form.
13     THE WITNESS: Would you repeat
14  that question?
15     MS. MILLER: Could the court
16  reporter read it back, please.
17     (Record read as requested.)
18     "So there is nothing specific
19     about the nature of the moneys
20     that flowed into it, how the
21     account was used or any
22     documents that makes you
23     confident that it's the
24     transfer account. It's based
25     exclusively on conversations

---

**547**

1  that you had with Gustavo?"
2     THE WITNESS: Me, personally, it's
3  based on my conversations with Gustavo, but I
4  can't say that Gustavo didn't consider various
5  factors when determining that.
6  BY MS. MILLER:
7     Q.   Okay. And you, as the corporate
8  representative testifying today, have no idea
9  what Gustavo may have considered or been
10  relying on?
11     UNIDENTIFIED SPEAKER: Objection.
12     THE WITNESS: I just cannot recall
13  at this moment any documents he may or may not
14  have relied upon to make that determination.
15     MS. MILLER: Okay. All right.
16  Can we take a 5-minute break? And I think
17  we'll conclude when we come back.
18     MS. McKEEN: Atara, just to warn
19  you, I will have redirect, but I think it will
20  probably last 45 minutes.
21     MS. MILLER: Okay. Thank you.
22  We'll come back.
23     THE VIDEOGRAPHER: We are off the
24  record at 7:06 p.m.
25     (Recess taken.)

---

**548**

1     THE VIDEOGRAPHER: We are back on
2  the record at 7:16 p.m.
3     MS. MILLER: Mr. Ahlberg, we have
4  no further questions for you.
5     I want to thank you for your time
6  today and on Tuesday and the hard work you put
7  into preparing the Flow of Funds documents.
8     THE WITNESS: Thank you, Madam.
9     EXAMINATION
10  BY MS. McKEEN:
11     Q.   Thank you, Mr. Ahlberg. I just
12  have a couple of questions for you, and I will
13  now also thank you for your time.
14     MS. McKEEN: Atara, if your
15  colleague could please pull up Exhibit 11 to
16  Mr. Ahlberg's deposition, please.
17  BY MS. McKEEN:
18     Q.   Mr. Ahlberg, this is previously
19  marked as Exhibit 11 to your deposition, and I
20  believe you testified that is a voucher that
21  HTA submitted. Do you recall that testimony?
22     A.   Yes.
23     Q.   Did vouchers like this have to be
24  approved by the Puerto Rico Treasury
25  Department?

---

**549**

1     A.   Yes.
2     Q.   Does this document reflect that
3  approval anywhere?
4     A.   Yes.
5     Q.   And in your experience, would
6  payment in connection with a voucher like this
7  have been made without Treasury's approval?
8     A.   No.
9     Q.   Okay. Could I have Exhibit 14,
10  please.
11     Mr. Ahlberg, this was previously
12  marked as Exhibit 14 to your deposition. Was
13  this report prepared by HTA or by the
14  Puerto Rico Treasury Department?
15     A.   Document was prepared by HTA.
16     Q.   And if you look in the bottom
17  right-hand corner of the document, there's
18  reference to somebody name Hector Melendez.
19  Do you see that?
20     A.   Yes.
21     Q.   Was Hector Melendez an employee of
22  HTA?
23     A.   Yes.
24     Q.   And when it refers to Treasury
25  office underneath his name, is Treasury office

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

83 (Pages 550 to 553)

---

**550**

1 a part of HTA?
2 A. Yes, that refers to the Treasury
3 office within HTA.
4 Q. And is that Treasury office part
5 of Hacienda?
6 A. No.
7 MS. McKEEN: Thank you. I don't
8 have any more questions for you. I appreciate
9 your time both today and Tuesday, Mr. Ahlberg.
10 Pass the witness.
11 MS. MILLER: So I object to those
12 questions as leading, I guess too late.
13 But I have, Liz, based on your
14 questions, a couple of additional documents and
15 some additional questions that I'd like to ask
16 the witness, but it's going to take me a minute
17 to find them.
18 So if we can go off the record
19 just for a minute, I shouldn't have more than
20 5 minutes of questioning when we come back.
21 MS. McKEEN: Sounds good. How
22 long do you want to stay off? Break for 5 and
23 then come back for 5?
24 MS. MILLER: Let's break for 5,
25 yeah.

---

**551**

1 THE VIDEOGRAPHER: We are off the
2 record at 7:20 p.m.
3 (Recess taken.)
4 THE VIDEOGRAPHER: We are back on
5 the record at 7:30 p.m.
6 BY MS. MILLER:
7 Q. Mr. Ahlberg, what is your
8 involvement in the voucher approval process?
9 A. I am not personally involved in
10 voucher approval processes.
11 Q. Who did you speak to about the
12 voucher approval process between your
13 deposition yesterday -- on Tuesday and today?
14 A. I apologize. Could you repeat the
15 question?
16 Q. Who did you speak to about the
17 voucher approval process between your
18 deposition on Tuesday and today?
19 A. I haven't spoken with anybody else
20 other than counsel between Tuesday and today.
21 Q. And did you -- I forgot to ask you
22 at the beginning.
23 Did you meet with counsel between
24 your deposition yesterday -- sorry, your
25 deposition on Tuesday and today?

---

**552**

1 A. We had a phone call yesterday.
2 Q. And how long was that phone call?
3 A. I think it was less than 30
4 minutes.
5 MS. MILLER: I'm going to put on
6 the record that that conversation was while you
7 were under oath and during open testimony. I'm
8 going to refrain from asking about it as a
9 courtesy to opposing counsel.
10 BY MS. MILLER:
11 Q. Did you speak to anybody at
12 Treasury about the voucher approval process?
13 A. In between Tuesday and today?
14 Q. No, in general.
15 A. I didn't have to ask anyone about
16 the voucher approval process. Just due to the
17 nature of my work with the Commonwealth, I'm
18 familiar with the voucher approval process.
19 Q. Okay. So you're not involved in
20 it in any way?
21 A. I'm not involved in the voucher
22 approval process.
23 Q. Okay. And so you don't know
24 whether there are any vouchers that relate to
25 certain entities that may or may not be

---

**553**

1 Treasury approval based?
2 MS. McKEEN: Objection.
3 THE WITNESS: I can't speculate on
4 the hypothetical vouchers.
5 MS. MILLER: Okay. Okay. I have
6 no further questions.
7 MS. McKEEN: I have no further
8 questions for you either, Mr. Ahlberg.
9 Thank you very much for your time
10 over these two days.
11 THE WITNESS: Thank you, everyone.
12 MR. ZOUAIRABANI: This is Nayuan.
13 I would like to make a reservation of rights
14 for the DLA parties on the record before we
15 call it a night.
16 THE REPORTER: I'm sorry. Who is
17 this?
18 MR. ZOUAIRABANI: This is Nayuan
19 Zouairabani on behalf of AmeriNational
20 Community Services, LLC. I can spell my last
21 name and my first name if you want.
22 THE REPORTER: No, that's okay. I
23 got it. Thank you.
24 MR. ZOUAIRABANI: Okay. The DLA
25 parties have not made any questions or not made

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                   April 23, 2020

84 (Pages 554 to 557)

---

**554**

1  any active participation during Tuesday and
2  today's deposition in compliance with
3  Judge Dein's March 3, 2020 order.
4          Such action or inaction does not
5  constitute, and should not be interpreted as a
6  waiver of any sort of the DLA parties to seek
7  and obtain discovery as part of their DLA
8  lift-stay motion, which rights are preserved in
9  the March 3, 2020 order.
10         That is the intent of the
11  reservation of rights that I want to make.
12         MS. McKEEN:  Thank you, Counsel.
13  We reserve all rights with respect to
14  everything you just said on the record.
15         I don't have anything further.
16  Thank you, Mr. Ahlberg.
17         THE WITNESS:  Thank you.
18         THE VIDEOGRAPHER:  We are going
19  off the record at 7:34 p.m.  This concludes the
20  video deposition of Timothy Ahlberg.
21         (Ending time noted 7:34 p.m.)
22
23
24
25

---

**556**

1  aforesaid.
2          I further certify that the signature to
3  the foregoing deposition was not waived by
4  counsel for the respective parties.
5          I further certify that I am not counsel
6  for nor in any way related to the parties to
7  this suit, nor am I in any way interested in
8  the outcome thereof.
9          IN TESTIMONY WHEREOF:  I have hereunto
10  set my hand and affixed my notarial seal this
11  24th day of April, 2020.
12
13
14
15
16         Cynthia J. Conforti, CSR, CRR
17         CSR License No. 084-003064
18
19
20
21
22
23
24
25

---

**555**

1  STATE OF ILLINOIS  )
2                     ) SS:
3  COUNTY OF C O O K  )
4
5      I, Cynthia J. Conforti, a notary public
6  within and for the County of Cook and State of
7  Illinois, do hereby certify that heretofore,
8  to-wit, on the 23rd day of April, 2020,
9  virtually appeared TIMOTHY H. AHLBERG, in a
10  cause now pending and undetermined in the
11  United States District Court for the District
12  of Puerto Rico, IN RE: THE FINANCIAL OVERSIGHT
13  AND MANAGEMENT BOARD FOR PUERTO RICO, AS
14  REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO
15  RICO, et al., DEBTORS.
16      I further certify that the said witness
17  was first duly sworn to testify the truth, the
18  whole truth and nothing but the truth in the
19  cause aforesaid; that the testimony then given
20  by said witness was reported stenographically
21  by me in the presence of the said witness, and
22  afterwards reduced to typewriting by
23  Computer-Aided Transcription, and the foregoing
24  is a true and correct transcript of the
25  testimony so given by said witness as

---

**557**

1          ACKNOWLEDGMENT OF DEPONENT
2
3      I, _____, do hereby
4  acknowledge that I have read and examined the
5  foregoing testimony, and the same is a true, correct
6  and complete transcription of the testimony given by
7  me, and any corrections appear on the attached Errata
8  Sheet signed by me.
9
10  _____   _____
11  (DATE)          (SIGNATURE)
12
13      NOTARIZATION  (If Required)
14
15  State of _____
16  County of _____
17
18  Subscribed and sworn to (or affirmed) before me on
19  this _____ day of _____, 20____, by
20  _____, proved to me on the
21  basis of satisfactory evidence to be the person who
22  appeared before me.
23
24  Signature: _____
25          (Seal)

---

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

1

| | | | | |
|---|---|---|---|---|
| **A** | 276:5 279:10 | 362:17,19 | 404:9,13,14 | 438:1 440:9 |
| **a.m** 225:22 | 284:23 | 363:1,10,24 | 405:13,14,20 | 440:12,14,14 |
| 235:8 284:9 | 307:25 | 364:2,10,11 | 406:10,20,22 | 440:21 441:3 |
| 361:17 | 309:18,21,24 | 364:16,21,21 | 407:2,10,11 | 441:12,22 |
| **a/k/a** 516:13 | 310:10,14,15 | 364:25 365:6 | 407:13,15,16 | 442:14 443:3 |
| **AAFAF** 276:4 | 311:4 316:17 | 365:7,16,16 | 408:2,2,3,5 | 443:13,19,21 |
| 294:17 | 318:24 | 365:18,18,22 | 408:12,15,15 | 444:19,19 |
| 415:22 | 319:15 320:3 | 365:23,25 | 408:19,22 | 445:15 |
| **ability** 367:3 | 320:6,7,8,9 | 366:2,3,8,8 | 409:1,9,11 | 450:18 455:3 |
| 543:16 | 321:21,24 | 366:24,25 | 409:13,23,25 | 455:12,19,23 |
| **able** 344:9 | 322:3,7,11 | 367:3 368:2 | 410:4,4,9,11 | 455:24 456:3 |
| 346:24 | 322:14,15,21 | 368:17,20,25 | 410:12,13,21 | 456:5,11,13 |
| 347:13 | 322:22,22 | 369:1,4,10 | 410:21,25 | 457:1,2,3,7,8 |
| 354:10,19 | 325:2 326:1 | 369:11,12,17 | 411:4,7,15 | 457:11,15,19 |
| 355:7,15,19 | 326:2,2 | 369:18,19,25 | 411:22 412:1 | 457:25,25 |
| 373:24 | 328:10,21 | 370:2,7,9,15 | 412:2,3,23 | 458:4,5,7,8 |
| 392:23 | 331:9 337:25 | 370:16,20,25 | 413:14,17,22 | 458:11,12,16 |
| 402:20,23 | 339:12,25 | 371:2 372:22 | 420:9 421:20 | 458:16,25 |
| 412:3 413:8 | 340:1 341:18 | 372:25 373:7 | 422:14,15,18 | 459:3,4,8 |
| 413:15,16,20 | 342:3,8,9,20 | 373:18,20,24 | 422:21,25 | 460:7,8,10 |
| 413:25 | 343:13 344:1 | 375:11 | 423:5 424:2 | 460:22,22 |
| 461:15 | 344:10,11,20 | 380:13 | 424:6,9,14 | 461:4,5,13 |
| 462:10,19 | 344:20 345:1 | 381:20 387:5 | 424:18 425:4 | 462:12 |
| 469:16 482:3 | 345:2 346:2 | 387:10 393:3 | 425:7,9,11 | 463:20,20,22 |
| 501:10 509:7 | 346:11,18 | 393:3,6,8,9 | 425:13 | 463:25 464:1 |
| 543:10 | 347:8,10 | 393:14,17,18 | 426:23 428:7 | 464:3,4 |
| **acceptable** | 348:11 | 393:20,21,24 | 428:18,20 | 465:19,20,22 |
| 266:23 | 349:12,16,17 | 394:1,3,4,5,6 | 429:6,8,11 | 465:24,25 |
| **access** 253:10 | 349:20,21 | 394:7,10,13 | 429:11,15,20 | 466:5,6,9,10 |
| **accessed** | 350:13,14,20 | 394:17,18,22 | 429:21,24,24 | 466:11,13,14 |
| 349:4 | 350:20 351:9 | 394:24 395:5 | 430:2,3,4,5 | 466:15,16,16 |
| **accompanyi...** | 351:10 353:3 | 395:10,14,16 | 430:12,17,18 | 466:17,20,21 |
| 345:8 | 353:5,20 | 395:17,18,23 | 431:3,3,7,8 | 466:25 467:5 |
| **accomplish...** | 354:3,4,7,12 | 395:24 396:1 | 431:17,17,20 | 467:6,15 |
| 374:9,11 | 354:23,25 | 396:3 397:9 | 431:21,24,24 | 472:9,10,13 |
| **accomplished** | 355:3,5,8,9 | 397:25 399:4 | 432:6,6,9,10 | 472:13,17 |
| 348:19 | 355:12,13,17 | 399:23,24 | 432:11,22,23 | 473:7,13,15 |
| **account** | 355:17,23 | 400:15 | 432:24 433:8 | 473:23,25 |
| 230:14 231:8 | 356:16,20 | 401:24,25 | 433:15,18,24 | 474:5,6,15 |
| 231:10,10 | 358:13 | 402:9,18,19 | 434:12 435:2 | 474:16,19,20 |
| 232:11 233:9 | 359:18,19,25 | 402:21,22,25 | 436:11,14 | 474:23,23 |
| 234:6,7,8,14 | 360:3,6,7 | 402:25 | 437:3,3,21 | 475:1,1,6,7 |
| 234:15 239:7 | 361:23 | 403:15,15 | 437:23,25 | 475:13,13,13 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                           April 23, 2020

2

| | | | | |
|---|---|---|---|---|
| 475:24,25,25 | 499:22,23 | 526:10,13,17 | 519:24 | 241:16 |
| 476:1,6,25 | 500:2,20,22 | 526:21,22,23 | **accountant** | 242:10 |
| 477:11,12,20 | 500:25 | 527:2,3,6,10 | 292:13 | 279:14 |
| 477:20,25,25 | 501:23 502:2 | 528:4,12,16 | 323:16 | 298:22 299:1 |
| 478:17 479:7 | 502:2,7,15 | 528:19 529:1 | 396:11 | 308:7 318:11 |
| 479:7,10,14 | 503:1,7,18 | 529:19 530:8 | **accountants** | 318:19 |
| 479:16,22 | 503:23,25,25 | 530:8,12,13 | 425:21 426:1 | 320:24 321:9 |
| 480:12,13 | 504:1,5,6,7,9 | 530:21,22,22 | **accounted** | 321:11,18,19 |
| 481:1,2,4,8,8 | 504:15,20,24 | 530:23 531:4 | 385:12,20 | 321:19 |
| 481:11,14,19 | 504:24 | 531:9,10,12 | **accounting** | 324:15,17,22 |
| 482:10,10,11 | 505:14,17,18 | 531:15,15,21 | 239:3,13 | 324:24 |
| 482:17,19,19 | 506:5,5,16 | 531:21 532:8 | 249:9 261:11 | 325:11,25 |
| 482:24 483:4 | 508:17,17,25 | 532:11,11,19 | 261:12,14,17 | 326:7,12,16 |
| 483:7,23,23 | 509:1,8,9,13 | 533:2,4,4,12 | 262:6,15,18 | 326:24 |
| 483:23,24 | 509:13,16,17 | 534:21 535:9 | 262:19 263:1 | 328:11,22 |
| 484:11,19,24 | 509:19,22,23 | 535:14,15,18 | 263:3,6,7,9 | 329:12,13,21 |
| 485:5,19,19 | 509:24 510:1 | 535:22,25 | 263:14,15,18 | 329:22 |
| 485:22 486:4 | 510:7,10,13 | 536:3,6,9,10 | 263:24,25 | 330:18 331:9 |
| 486:4,6,15 | 510:22 511:3 | 536:13,15,18 | 264:17,20 | 342:1 343:16 |
| 486:16,20,21 | 511:9,20,25 | 536:19,23,25 | 287:3,14 | 343:16,18 |
| 486:25 487:1 | 512:12,13,15 | 537:2,4,7,19 | 288:5,11 | 359:7 363:24 |
| 487:3,4,7,8 | 513:25 514:1 | 537:20 538:3 | 292:15,20 | 366:5,12 |
| 487:14,19,19 | 514:1,5,24 | 538:10,10 | 299:18 | 384:24 |
| 487:24,25 | 515:5,6,9,10 | 539:12,17,19 | 301:10 304:8 | 393:23 406:5 |
| 488:5,9,12 | 515:15,16 | 539:21,24 | 304:12,21 | 406:5 407:20 |
| 489:12,13,14 | 516:14,15,19 | 540:9,10,14 | 309:9 310:1 | 407:23 |
| 490:2,3,6,7 | 516:22,24 | 540:14,15,22 | 320:19 | 411:11 |
| 490:18,19,19 | 517:3,6,24 | 540:25 541:7 | 321:18,20 | 422:14 427:2 |
| 490:24,25 | 517:25 | 541:16,17,17 | 322:10 323:9 | 427:2 440:8 |
| 491:12,17 | 518:12,15,16 | 541:19 542:3 | 323:11,15,21 | 445:13 451:7 |
| 492:13,19,20 | 518:21,24 | 542:4,17,21 | 331:10 | 461:14 |
| 492:21 493:4 | 519:8,9,10 | 542:23 544:3 | 345:14 385:3 | 467:16,18,19 |
| 494:19,20,24 | 519:13,15,16 | 544:14 545:9 | 385:13,21 | 468:20 469:3 |
| 495:2,4,7,13 | 519:16,17,18 | 545:22,23 | 404:3 420:8 | 469:4,10,12 |
| 495:16 | 519:19,21,22 | 546:1,2,5,8 | 420:12,15,20 | 470:12,13 |
| 496:15 497:5 | 519:25 520:4 | 546:10,21,24 | 420:23 426:3 | 472:3,4,15 |
| 497:7,8,11 | 520:5,6,13 | **account-ope...** | 426:5 451:6 | 473:9 475:12 |
| 497:11,17,17 | 520:14,17,18 | 499:10 500:6 | 488:22 | 476:3,5,22 |
| 497:18,21,21 | 520:20,22,24 | 500:8,11,16 | 495:10 | 476:23 477:5 |
| 497:24,25 | 523:23,24 | 500:21,24 | 510:11 542:3 | 478:17,21 |
| 498:9,13,20 | 524:2,4,11 | 501:2,3,12 | 542:8 543:19 | 479:1 480:20 |
| 498:21,24,25 | 524:13,14,17 | 501:14 | **accounts** | 480:24 481:5 |
| 499:11,13,14 | 524:25 526:7 | 518:24 | 239:18 241:9 | 482:5,6,23 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

3

| | | | | |
|---|---|---|---|---|
| 483:3,8,9,10 | 328:13,24 | **AFI** 359:19,22 | 428:6 433:22 | 383:15 |
| 483:15,16,20 | **action** 554:4 | 362:12 | 436:17,22 | 389:17,25 |
| 484:5,6,14 | **actions** 554:4 | 368:21 | 437:2 439:16 | 390:23 |
| 484:14,14 | **active** 554:1 | **aforesaid** | 439:23 440:4 | 399:10 415:1 |
| 485:8,14 | **activity** 379:12 | 555:19 556:1 | 440:6,22 | 418:15 |
| 487:13 | 383:22 | **afternoon** | 441:2 488:15 | 437:14 |
| 488:12 492:5 | **acts** 307:23,24 | 333:22 | 506:9 507:12 | 445:11 |
| 492:7 493:5 | **actual** 278:5 | 463:17 | **agreements** | 452:25 453:2 |
| 493:7 502:22 | 377:20,20,25 | **agency** 227:10 | 359:6 380:12 | 460:4,20 |
| 517:12,14,18 | 378:3 405:23 | 281:9 308:6 | 491:18 | 463:17,18 |
| 521:2,2,9 | 406:1 437:5 | 359:14,15 | **agrees** 440:25 | 471:16 |
| 523:10 | 437:12 | 360:10,14,16 | **ahead** 297:24 | 475:21 |
| 524:24 526:5 | 445:14 | **agent** 452:23 | 367:10 | 490:21 |
| 527:6,6 | 467:19 | **agent's** 308:8 | **Ahlberg** | 494:17 499:9 |
| 529:16 531:4 | 470:13 | **aggregate** | 225:19 230:2 | 508:2 534:23 |
| 535:4 537:6 | 483:22 485:6 | 433:11 | 235:3,23 | 539:11 |
| 543:18 | 491:22 | **agree** 276:18 | 236:2,7,16 | 545:21 548:3 |
| **accreditation** | 528:10 | 315:13 | 238:18 242:6 | 548:11,18 |
| 375:23 | **actuality** | 365:15,21 | 242:24 | 549:11 550:9 |
| **accumulate** | 428:12 | 434:4 453:5 | 243:11 245:6 | 551:7 553:8 |
| 536:20 | **ADAM** 228:17 | 465:22 | 247:5,12 | 554:16,20 |
| **accuracy** | **adam.langle...** | **agreed** 499:18 | 248:19 253:5 | 555:9 |
| 417:21,24 | 228:17 | **agreed-upon** | 255:19 | **Ahlberg's** |
| **accurate** | **adamant** | 453:24 | 256:16 266:3 | 548:16 |
| 254:21 315:7 | 467:14 | **agreement** | 266:18 | **al** 225:14 |
| 329:8 417:4 | **added** 353:12 | 230:20 231:7 | 267:14 | 555:15 |
| 468:16,24 | **addition** | 231:16,21 | 270:11 | **Alexander** |
| 469:16 470:5 | 235:15 | 232:3 318:1 | 271:14,20 | 229:24 |
| 470:8 471:2 | **additional** | 318:13,19 | 272:3,8,12 | **ALEXANDRA** |
| **accurately** | 513:3,11 | 319:11 | 272:22,23 | 226:23 |
| 431:23 | 550:14,15 | 328:12,24 | 273:15 274:4 | **align** 277:1 |
| **acknowledge** | **adjusted** | 377:7,10,11 | 275:19 | **aligning** |
| 557:4 | 437:11 | 377:15 378:3 | 276:11 290:1 | 417:21,23 |
| **ACKNOWLE...** | **Administered** | 378:5,11,12 | 296:23 298:2 | **alimony** 308:5 |
| 557:1 | 225:7 | 378:17,22,25 | 298:14 | **allegations** |
| **acronym** | **admit** 467:7 | 379:4,10,16 | 312:20 | 352:14 |
| 359:23 | **advance** 470:3 | 379:21 380:1 | 313:19 | **allocable** |
| 368:21 | 470:10 | 380:4,25 | 317:22 | 401:18 |
| **act** 230:19 | **ADVISORY** | 381:4,15 | 333:22 335:4 | **allocate** 542:5 |
| 298:15,18,21 | 227:10 | 383:20 384:3 | 337:16 357:4 | **allocated** |
| 298:25 308:7 | **affirmed** | 386:3,8,15 | 358:7,23 | 252:13 |
| 308:14 | 557:18 | 418:17 | 365:6,11 | 320:18 376:8 |
| 318:12 | **affixed** 556:10 | 419:11,20 | 366:4 377:6 | 376:10 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

4

| | | | | |
|---|---|---|---|---|
| 398:15,21 | 441:11,21 | 363:14,16,16 | 468:8 469:22 | 273:4 368:8 |
| **allocations** | 443:12 | 364:22 | 471:7 499:15 | 427:12 |
| 252:17 | 456:24 | 396:20 | 519:2 525:20 | **appropriated** |
| **allow** 335:24 | 505:23,25 | 397:13 | 551:19 | 338:14 |
| 340:19 | 506:3,15 | 403:10 | 552:11 | **appropriately** |
| **allowed** | 507:4 528:25 | 428:11 452:5 | **anyone's** | 401:1,9 |
| 403:19 | 532:20 | 459:19,25 | 446:8 | **approval** |
| **allowing** | 533:23,24 | 462:25 | **anytime** | 549:3,7 |
| 529:10 | 536:13,14 | 470:23 | 296:17 | 551:8,10,12 |
| **aloud** 362:8 | **Ana** 233:11 | 471:16 | **apart** 347:12 | 551:17 |
| **Ambac** 226:13 | **analysis** | 488:23 | **apaslawsky...** | 552:12,16,18 |
| 236:9 | 339:10,17 | 491:19 | 226:24 | 552:22 553:1 |
| **Amended** | **analyze** 339:20 | 522:11 523:2 | **apavel@om...** | **approved** |
| 335:17 | **Annotated** | 527:23 534:6 | 227:16 | 548:24 |
| **AmeriNational** | 230:17 | 534:10 539:5 | **apologies** | **approximate** |
| 229:15 | **annually** | **answered** | 378:6 385:15 | 530:12 |
| 553:19 | 350:19 | 246:19 251:9 | **apologize** | **approximately** |
| **amiller@mil...** | **answer** 237:24 | 287:18 296:3 | 365:11 | 235:10 402:8 |
| 226:23 | 242:12 243:7 | 428:24,24 | 449:19 | 406:25 |
| **amortization** | 243:9 245:7 | 471:9 516:1 | 500:13 | 440:15 |
| 435:23 | 245:9,24 | 516:2 | 551:14 | 448:10 |
| **amount** | 246:11,13,16 | **answering** | **apparently** | 456:25 |
| 261:16 262:4 | 246:24 247:1 | 237:8,11 | 378:7 | 528:24 530:9 |
| 293:18 | 249:24 | 364:12 | **appear** 286:24 | 532:14 |
| 300:15 | 251:22 | 424:14,15 | 326:11 557:7 | 533:15 |
| 350:11 | 256:13 | **answers** | **appeared** | 535:23 |
| 373:16 | 257:16 | 246:23 334:2 | 555:9 557:22 | 536:20 |
| 384:15,20 | 259:10 | 364:7 | **appearing** | **April** 225:23 |
| 390:2 433:12 | 263:11 | **Anthony** | 275:17 | 230:15 235:7 |
| 435:18,22 | 270:10 272:8 | 229:25 235:4 | **appears** 516:7 | 276:6 278:6 |
| 456:6,7,8,16 | 272:9,14 | **anybody** | **Application** | 409:18 410:2 |
| 476:9 477:1 | 273:6 282:8 | 254:13 | 231:7 | 412:10,17,21 |
| 506:16 | 283:2 287:23 | 256:24 | **apply** 262:18 | 414:2,13,16 |
| 515:18 518:1 | 290:18 296:5 | 264:25 273:8 | 264:11 | 516:7,11,18 |
| 518:4 530:4 | 296:6,6,11 | 294:9 308:9 | 367:22 368:2 | 518:4 555:8 |
| 530:5,5,10 | 296:14 297:3 | 310:17 | **appreciate** | 556:11 |
| 530:12,18,20 | 310:4,9 | 316:25 330:1 | 257:15 273:2 | **argumentative** |
| 533:19,19 | 311:14 319:3 | 332:23 335:3 | 297:17,18 | 246:17 430:7 |
| **amounts** | 323:17,17 | 416:19 417:6 | 336:6 383:6 | 459:14 |
| 249:19 250:2 | 324:8 334:19 | 429:18 | 390:20 550:8 | 470:25 504:3 |
| 350:17 | 334:24 335:1 | 436:20 | **approach** | 537:10 |
| 387:15 | 340:24 | 445:22 447:7 | 491:21 | **Arnaldo** |
| 433:11 | 353:22,24 | 447:20 468:6 | **appropriate** | 233:12 |

Ahlberg, Timothy H. - Vol. II

April 23, 2020

5

361:20
**arrow** 349:16
349:22
350:25 351:4
351:5 352:9
**arrows** 338:9
351:11,12
**Article** 319:10
324:21,23
338:17 442:5
**articles** 316:21
**articulate**
533:25
**articulated**
272:5,10
**ASHLEY**
227:15
**ASI** 361:23
**asked** 240:12
246:20
267:18 272:6
280:8 287:18
288:2 296:3
304:24
306:11
341:14 363:7
363:9 365:17
366:10
379:23
387:25
396:19 405:9
408:8 424:11
443:7 446:22
446:25 467:4
470:22 471:8
491:25
502:10,18
**asking** 236:10
236:12
237:11
239:10,11
244:20
250:21

254:12,22
255:22
256:17
258:16 260:8
262:22,24
263:23 270:7
280:19
284:15 290:1
296:21
302:21 314:8
318:22,23
322:9 336:4
339:7,8
351:18
363:11 364:6
364:9,20
365:19
379:25
390:17
399:24,25
424:22
426:13,14
428:3 430:23
437:15,18
438:2 440:2
444:7 449:17
452:20
457:18 467:8
484:20 485:1
498:16
519:14,23
532:2 552:8
**asks** 296:18
366:7 387:14
**assign** 469:14
493:7
**assignment**
231:20 232:3
418:17
419:10,19
428:6 439:15
439:23
488:14 506:9

**assignments**
485:8,11
**assigns**
470:17
495:12
**Assistant**
362:11
**assisted**
274:20 275:1
**assisting**
273:17
**associate**
449:13
**associated**
249:18 250:1
250:3,5
320:24 326:7
326:16,24
426:7
**association**
368:5
**assumed**
422:24
525:13
**assumes**
491:20
**assuming**
330:16
354:24
492:10
532:22
**Assurance**
226:13 236:9
**ASSURED**
228:2,2
**Atara** 226:22
236:8 237:18
246:16 247:2
247:6 271:11
282:15 284:7
296:15 297:6
303:14
306:16 333:2

333:12 383:4
459:15 494:1
544:20
547:18
548:14
**ATM** 454:13,16
**attach** 349:9
473:8,24
481:20 482:3
493:5 508:9
525:18
**attached**
322:18
502:19 557:7
**attaches** 340:7
**attending**
235:10
**attention**
308:23 337:4
**attorney**
235:13
282:10,14
318:17
364:16 366:1
378:24 380:3
425:5
**attorney-clie...**
245:10
**attorneys**
235:10
294:16
425:16
**attribute**
473:15
**attributed**
350:5 524:14
**attuned**
515:24
**audio** 235:19
**audit** 267:14
**audited** 243:12
243:16,18,20
243:24 244:1

244:5,12,16
244:21 245:4
245:20 246:3
247:15
254:15
257:22
260:21
265:15
266:20,22
267:2,4,8
269:4 305:4
305:15
307:11 314:3
316:3
**auditor's**
248:7 267:11
**August** 372:2
390:24 448:2
526:9 527:18
528:19,23
529:3,24
530:15,23
531:2
**authority**
227:10 229:3
229:16
230:19,22
232:5 274:7
291:9 300:19
309:2 316:16
318:2 325:17
415:6,15
435:19
439:17
**Authority's**
316:10
**authorizing**
494:18,23
**authors** 305:8
**Automatic**
335:18
**available**
253:7 276:4

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

6

| | | | | |
|---|---|---|---|---|
| 500:16 | 373:11 | 239:17,21 | 359:18 | 535:18,22,25 |
| 501:15 | 376:21 | 240:5,15 | 361:23 | 536:6,17 |
| **Avenue** 226:5 | 392:10,13 | 241:1,3,5,9 | 362:12,24 | 540:22 |
| 227:4,20 | 395:17 397:1 | 241:12,15,22 | 363:5,18,24 | **Banking** |
| 228:14,18 | 397:5 402:13 | 242:8,10 | 364:15,23 | 325:10 |
| 229:12,18 | 434:22 | 243:1,4 | 365:3,5 | **based** 259:18 |
| **average** | 435:15 439:7 | 249:14 250:4 | 366:3,5,11 | 266:15 |
| 485:20 | 440:23 | 265:2,8,13 | 366:24 368:7 | 302:22 311:6 |
| **avoid** 248:11 | 446:11 458:4 | 265:20 266:1 | 368:14,16,18 | 338:22 |
| **aware** 298:24 | 462:6 463:14 | 266:6,15 | 370:7,15 | 339:16,24 |
| 330:23 331:2 | 465:12 466:7 | 267:20,23 | 394:2 397:21 | 354:12 |
| 331:10 | 468:5 472:14 | 268:4,7,8,12 | 407:16,19,22 | 365:14,19 |
| 364:18 | 481:24 | 268:16 269:3 | 411:11 | 373:25 |
| 418:21 420:1 | 501:19 507:1 | 269:6,9,17 | 421:20 427:1 | 377:12 |
| 420:20 521:1 | 510:6,10 | 270:12,15 | 427:2 428:18 | 392:22 |
| | 513:18 | 272:1,25 | 429:6,20 | 425:18 434:9 |
| ___B___ | 521:23 | 273:10 274:7 | 431:7,17,24 | 438:13 446:7 |
| **b** 385:11,19 | 525:21 | 323:13 | 432:6,9,11 | 461:6,17 |
| 388:3 441:10 | 526:25 528:7 | 404:16 408:5 | 432:13 | 485:10 509:6 |
| **back** 248:17 | 529:11 | **Banco** 359:16 | 439:18 | 545:23 |
| 248:20 | 531:24 | 360:16,21 | 445:14 459:8 | 546:10,24 |
| 264:23 | 534:18,24 | 409:24 | 463:20,25 | 547:3 550:13 |
| 266:11 | 540:3 541:14 | 410:20,21 | 466:5 467:15 | 553:1 |
| 267:25 | 545:6,7 | **bank** 231:8 | 467:19 469:4 | **basic** 230:8,12 |
| 277:13 281:1 | 546:16 | 232:6,10 | 469:10 | 248:4 256:5 |
| 283:4,15 | 547:17,22 | 233:13 | 470:13 472:2 | 258:3,6 |
| 284:6,11 | 548:1 550:20 | 239:18 241:9 | 474:5,15,18 | 261:10,12 |
| 301:22 | 550:23 551:4 | 241:15 | 474:22,25 | 262:18 344:7 |
| 302:23 | **Baig** 229:22 | 242:10 | 475:7 476:6 | **basis** 246:10 |
| 306:14,15,25 | **balance** 261:3 | 284:23 | 476:23 | 254:9,21 |
| 307:7 308:18 | 261:7 268:19 | 309:20,24 | 477:11,19 | 255:4,9,13 |
| 308:20 310:9 | 268:19,25,25 | 310:15 311:4 | 478:16 | 269:22,25 |
| 316:2 324:10 | 270:8,18,25 | 318:19 | 480:11,13 | 272:19 330:4 |
| 324:12 333:6 | 271:16 | 320:24 321:9 | 481:1,7,19 | 362:25 364:9 |
| 333:19,23 | 321:15,16 | 321:11,18 | 482:4,23 | 427:4,8 |
| 340:11 | 323:1,3,7,9 | 324:15 326:6 | 483:9,15 | 436:10 |
| 347:17 | 323:11,19,20 | 326:15,23 | 484:14 | 437:22 |
| 358:19,20 | 324:3 370:19 | 328:10,21 | 489:12 492:6 | 484:13 |
| 359:10 360:9 | 405:9 407:13 | 329:12,21 | 492:20 493:5 | 489:15 |
| 362:14 363:8 | 459:4 533:12 | 331:9 339:11 | 501:11 | 525:19 |
| 365:21 | **balances** | 340:1 341:3 | 523:10 | 557:21 |
| 369:21 | 238:6,19,24 | 341:25 352:3 | 527:11 | **Bates** 230:15 |
| 371:14 | 239:4,7,14 | 353:7 359:7 | 531:15,21 | 230:19,22 |

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

7

| | | | | |
|---|---|---|---|---|
| 231:4,6,15 | 430:19 431:5 | 334:20 | 492:1,14,22 | **break** 235:20 |
| 231:21 232:6 | 439:9 445:18 | 344:16 | 493:4 502:3 | 237:23,25 |
| 232:9,13,16 | 450:6 454:10 | 351:18 | **bonded** | 238:1 283:14 |
| 232:19 233:6 | 454:19 456:6 | 511:12 | 342:23,25 | 283:20 284:2 |
| 267:6 | 464:2,8,11 | 523:14,16 | **bondholder** | 284:5,15 |
| **Bates-stamp...** | 468:24 470:7 | **biweekly** | 335:17 | 332:24 333:2 |
| 248:8 465:1 | 474:16,19,23 | 285:23 | 405:24 406:2 | 333:5 373:6 |
| 465:7 | 475:1 486:24 | **BK** 225:6,12 | 433:25 | 383:6 387:14 |
| **BCB** 323:10 | 487:3,6,15 | **blended** | **bondholders** | 389:10 392:1 |
| **Beach** 227:13 | 487:17 | 316:17 | 507:19 | 459:16,18,18 |
| 227:17 | 489:12 | **blue** 337:24 | **bonds** 433:16 | 459:22,22,24 |
| **began** 416:11 | 499:17 | 341:21,24 | 435:24 441:1 | 460:2 463:3 |
| **beginning** | 500:10 | 362:21 | **books** 264:19 | 463:5,8,8 |
| 535:6 551:22 | 501:13,24 | 363:20,22 | **Boston** 226:11 | 521:15 545:1 |
| **behalf** 228:2 | 506:17 513:2 | 367:21 368:3 | **bottom** 308:23 | 547:16 |
| 236:12 | 513:10,22 | 368:9 | 337:4 534:21 | 550:22,24 |
| 271:21 272:3 | 519:5 537:21 | **board** 225:5 | 535:4,5 | **breaking** |
| 300:19 309:2 | 538:12 | 225:11 226:2 | 549:16 | 332:24 |
| 553:19 | 541:18 | 455:17 | **box** 337:8,12 | **breaks** 390:2 |
| **Belén** 294:7 | 542:10,14 | 555:13 | 337:17 | **Brett** 449:3 |
| 310:24 | 548:20 | **bold** 352:15 | 338:11 | 483:3,6,12 |
| 417:15 | **bell** 396:2 | **bond** 325:17 | 341:18,21 | **briefly** 340:19 |
| **believe** 240:9 | 397:9 | 326:1 328:12 | 342:7,8,11 | **briefs** 295:1,10 |
| 253:7 254:17 | **benefit** 516:2 | 328:23 | 342:12 | 295:17,24,25 |
| 254:21 255:4 | **BEREZIN** | 329:13,22 | 351:22,23 | 296:24 |
| 255:10,23 | 227:6 | 359:19 | 363:20,22 | 297:23 298:3 |
| 256:2,9,18 | **best** 240:2,12 | 445:14 | 367:21 368:3 | 298:5 |
| 257:9 265:24 | 414:6,15 | 467:16,24 | 368:8 505:20 | **broad** 264:10 |
| 272:5,9,23 | 500:14 | 468:20 | **boxes** 337:9 | 322:7 327:25 |
| 283:2 286:21 | **better** 237:19 | 469:12 | 341:24 | **broke** 491:14 |
| 288:25 303:2 | 282:16 | 470:12 472:5 | 502:20 | 520:15 523:2 |
| 315:16 330:5 | 306:22 | 472:17,19 | **boy** 383:1 | 523:3 539:4 |
| 330:23 | 334:21 462:7 | 473:9,16 | **BPPR** 410:9 | **broken** 279:15 |
| 331:13 340:7 | 522:18 | 476:25 | 410:25 412:2 | 290:12 352:9 |
| 348:12 | **beyond** 375:1 | 477:12,21 | 526:17,21,24 | 388:14,25 |
| 349:11 | 376:14 | 478:17,22,25 | 527:2 528:19 | **bucket** 386:5,9 |
| 350:15 384:5 | 377:17 382:4 | 479:1 481:6 | 529:1,5,14 | 386:15 |
| 391:8,14 | **Bill** 228:7 | 481:9,12,20 | 529:25,25 | 461:16 |
| 394:10 402:3 | 283:7 | 482:24 | 531:9,20 | 507:24 508:3 |
| 402:6 403:10 | **bill.natbony...** | 483:10,12,16 | 535:15 536:2 | **buckets** |
| 404:15 | 228:8 | 483:21 484:6 | 537:6 538:3 | 282:20 |
| 406:16,18 | **binder** 358:16 | 484:15,24 | 539:16 | 384:24 |
| 408:4 428:23 | **bit** 306:21 | 491:13,18 | 541:17 544:3 | **build** 491:21 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

8

| | | | | |
|---|---|---|---|---|
| **Building** | 553:15 | **cases** 341:23 | **caucus** 545:2 | 261:9 263:3 |
| 229:11 | **called** 258:3 | 449:9 | **cause** 441:2 | 275:12 |
| **bunch** 521:15 | 313:1 314:19 | **CASEY** 228:8 | 555:10,19 | 290:18,22 |
| **business** | 316:8 319:7 | **casey.servai...** | **caused** 443:1 | 298:21,25 |
| 247:19 | 325:19 | 228:9 | **ccarney@mi...** | 301:2 302:8 |
| 258:22 | 339:12 340:1 | **cash** 230:15 | 226:17 | 316:19 321:3 |
| 377:12,23 | 393:20 | 248:21 249:5 | **CCDA** 236:11 | 343:15 |
| 379:3 380:7 | 419:19 464:4 | 249:14 250:3 | 395:9 396:4 | 348:16 349:3 |
| 380:8,17,22 | 487:18 | 250:9,15,18 | 397:12 | 364:16 366:8 |
| 381:4,24 | 488:13 | 250:25 251:5 | 398:16 | 376:17 |
| 441:6,7 | 505:20 | 251:6,16,18 | 401:20 403:9 | 378:25 |
| 442:23,24 | 519:15 521:2 | 252:9,11 | 414:24 415:2 | 383:21 385:2 |
| **BUTLER** | 524:15 | 273:18,22 | 415:3,14,21 | 393:10,19 |
| 228:12 | 538:14 | 275:1 276:5 | 416:13,15,20 | 398:3 405:12 |
| **button** 303:10 | **CALLEN** | 276:8 277:5 | 416:25 417:7 | 420:17,23 |
| | 228:15 | 277:6,8,10 | 420:4 423:13 | 428:9 440:16 |
| **C** | **calling** 327:2 | 277:17 278:5 | 423:17,20 | 464:18 473:2 |
| **c** 226:1 227:1 | **calls** 311:12 | 279:16,17,18 | 437:18 445:5 | 481:3,11 |
| 228:1 229:1 | 487:11 497:7 | 281:18 | 462:10 465:8 | 484:16 487:9 |
| 385:11,19 | 497:7 | 282:20 285:1 | 471:23 | 488:23 |
| 555:3 | **camera** 235:17 | 285:9 286:8 | 472:21 473:6 | 490:20 493:6 |
| **CADWALAD...** | **CANTOR-K...** | 319:18,22,24 | 473:9,16 | 501:6 505:24 |
| 228:4 | 229:2 | 320:2,9,10 | 475:6,6 | 511:4 519:7 |
| **CAELAINN** | **capacity** | 320:14 | 481:23 482:5 | 519:11,20 |
| 226:16 | 307:25 308:8 | 321:15,16 | 482:6 492:18 | 520:23 |
| **CALABRESE** | **capital** 300:24 | 323:3,5,12 | 502:3,18 | 533:23 534:4 |
| 227:7 | 300:25 | 344:22 | 505:19 | 537:3 542:7 |
| **calendar** | 375:14 | 370:19 | **CCDA_0000...** | 542:22 |
| 442:22 | **captured** | 377:20,21 | 233:9 | 552:25 |
| **California** | 286:9 545:12 | 379:12,16 | **CCDA_STA0...** | **certainly** 358:1 |
| 227:13,17 | **carefully** | 383:22 | 232:12 465:2 | 376:20 396:5 |
| **call** 234:4,11 | 287:11 | 395:19 400:9 | **CCDA_STAY** | 397:13 |
| 235:5 283:19 | **CARNEY** | 402:16 | 232:15 | 402:12 |
| 293:12 | 226:16 | 405:17 | **CCDA_STA...** | 425:16 |
| 432:20 | **case** 225:5,12 | 411:18,21,22 | 233:3,4,7 | 427:17 |
| 486:17 | 300:12 | 416:4,5 | **ceases** 527:9 | 436:23 |
| 487:13 | 348:12 | 421:12,17,20 | **Center** 227:12 | 446:10 |
| 497:15 | 350:10 | 448:5,7,7 | 227:16 232:4 | 544:16 |
| 498:23 | 363:22 385:9 | 449:5 484:4 | 415:6,15 | **Certificate** |
| 503:25 504:6 | 393:13 | 533:11 | 439:17 | 433:17 |
| 507:7 508:22 | 394:14 | **catch** 396:20 | **Central** 235:8 | **certification** |
| 519:18 545:1 | 396:10 | **category** 390:2 | 284:6 333:6 | 264:13 |
| 552:1,2 | 430:20 | 400:10 | **certain** 243:23 | **certified** |

Henderson Legal Services, Inc.

Ahlberg, Timothy H. - Vol. II
April 23, 2020

9

323:16
357:10 358:2
358:12,19
465:13,15,17
522:9,14
525:17
**certify** 555:7
555:16 556:2
556:5
**cetera** 401:18
401:19
**CFO** 496:24
497:1 504:10
**CFRA** 322:16
322:22
**chain** 360:25
361:6,9,14
**challenging**
470:6
**chance** 529:12
**change** 409:21
**changed** 381:5
381:8 391:14
**changes** 261:3
261:7 265:1
265:7
**Chapter**
230:18
**characteriza...**
247:8 376:4
398:20 497:5
**characterized**
438:24
464:16
**chart** 341:11
349:14 356:8
369:23 370:6
370:14
392:22 393:1
408:23
411:25
446:17,18
462:13,22,25

469:5,11
473:14 475:8
480:3,12,14
489:13 495:8
499:23
501:18
502:17,24
523:11 544:5
545:10
**charts** 446:20
462:5,9,19
463:1
**Chase** 232:6
439:18
**chat** 283:9
**check** 454:18
454:20
541:13
**chief** 496:9,13
496:22
**chk** 304:13
446:5
**choosing**
348:10
**CHRISTINE**
227:7
**christine@c...**
227:7
**cited** 446:5
**Citi** 385:1
386:2,7,13
387:14 390:1
390:5,18,24
**Citibank**
230:22 318:2
337:19
378:20,22
380:13
381:10
387:19 391:4
393:2,8,9,17
408:14,18
409:9,23

**Citibank-pro...**
391:23
**clarification**
351:19
353:13 371:4
390:21
476:19
**clarify** 264:6
371:19 415:4
476:14
539:18
**clarifying**
447:22
476:18 539:7
**class** 263:9,18
426:18
**classes**
261:14,17
264:8,10
323:15
426:11
**classified**
489:8
**clawback**
395:24 396:4
397:11 398:1
398:4,6,7
399:5,7,11
400:1,3,19
400:22,25
401:2,9,10
401:14,22
402:1 439:6
443:9,20
**clean** 414:14
**clear** 238:17
259:16
280:11 296:8
301:19
375:13
378:15
442:17 443:6
457:17

477:17 534:2
**click** 303:9
**close** 333:2
**closer** 237:16
306:21
334:20 367:8
**coached**
297:16
**code** 322:17
322:22,23
346:17,18,21
347:8,10,12
347:19,23
348:11,12
349:9,12
373:18
**coding** 368:4
**coffee** 521:16
521:16
**collaborating**
294:4
**collaboration**
418:2 431:22
449:8
**collaborative**
294:3 429:12
**Collateral**
229:2,3
**colleague**
548:15
**collect** 453:6
532:3 535:7
**collected**
316:22
342:23,25
349:10
412:17
419:22 421:1
421:6 452:2
452:9,14,23
453:15 455:1
455:10 503:5
503:14

516:12,18
526:12 528:1
529:3
**collecting**
518:10 532:6
**collection**
281:3 343:10
411:10
464:19 494:7
494:7 498:6
498:11,19
516:9
**collections**
278:8,9,12
278:15 279:6
279:9 280:4
281:8,9
308:6
**collective**
418:1
**collects** 343:8
453:2,3
**college** 262:15
264:9,14
426:4,11
**colloquial**
396:1 481:4
**colloquially**
443:9
**color** 342:12
368:4 502:25
**colors** 341:10
502:19
**column** 524:7
**combined**
357:19,22
**come** 270:18
271:1,16
306:14,14
309:9 333:6
371:14
374:16
443:20 461:5

| | | | | |
|---|---|---|---|---|
| 491:16 493:3 | 226:3 231:12 | 406:9,22 | 228:11 232:8 | Comprobante |
| 540:3 547:17 | 234:5,15 | 407:12 410:5 | 415:8,24 | 371:25 |
| 547:22 | 239:3,13 | 416:9,11 | 416:3,7,22 | computer |
| 550:20,23 | 243:13,15,17 | 420:8 422:4 | 416:24 417:2 | 235:18 |
| comes 359:9 | 243:19,21 | 422:6 427:15 | 417:11 | Computer-A... |
| comfortable | 244:22 248:4 | 431:15 | 418:18 | 555:23 |
| 329:5 507:23 | 249:9 250:21 | 432:21 | 419:12,18 | concentration |
| 508:11 | 258:2 265:9 | 438:16,24 | 420:4,9 | 495:14 |
| coming 320:10 | 265:14 | 439:5,7 | 423:10 | 496:16 497:6 |
| 354:21 | 271:21,25 | 442:3,6 | 427:16 429:5 | 498:9 499:2 |
| 380:12 | 272:4 282:3 | 443:8,19 | 431:15 433:7 | 504:12 |
| 381:11 | 288:4 291:18 | 447:12 | 433:17 | 520:13,18,21 |
| 514:25 | 299:11,12,17 | 450:14,18 | 436:20,24 | 521:2,8 |
| comingled | 300:25 | 451:7 452:11 | 439:1 440:9 | 524:17,21 |
| 320:2 337:21 | 301:10,24 | 452:15,23 | 441:5 449:6 | concept 240:9 |
| 343:18,21 | 302:5 304:8 | 453:10 | 451:15 | 269:8,17 |
| 354:7,25 | 304:12,20 | 486:21 503:1 | 453:12,19,22 | 279:9,10,11 |
| 355:5,12,17 | 307:20 308:7 | 503:6 517:13 | 454:4,7 | 279:13 |
| 355:23 | 309:10 310:1 | 517:17 521:3 | 455:2,12 | 309:11 |
| 356:20 | 313:20 | 524:25 526:7 | 478:2 482:22 | 314:12 |
| 394:18 | 314:19 | 531:4 534:3 | 484:10 488:1 | 326:15,23 |
| 405:11 407:6 | 316:19,23 | 538:10 | 495:24 | 327:8,18,24 |
| 457:8 458:18 | 319:16 | 539:20 | 496:14,23,25 | 328:2 421:13 |
| 460:23 461:2 | 321:20 322:2 | 541:16 | 497:2 498:7 | 426:14 |
| 461:4,5,12 | 329:11,20 | 552:17 | 503:6 504:11 | concepts |
| 461:13 | 332:18 | 555:14 | 516:13 521:6 | 263:3 332:7 |
| 487:25 512:1 | 335:16 338:1 | Commonwe... | 522:23 | conclude |
| 539:22 543:5 | 338:14 | 267:15 | 523:10 541:1 | 547:17 |
| 543:18 | 341:18 342:9 | 272:24 287:2 | 546:4 | concludes |
| comingling | 342:19,19,20 | 287:14 314:3 | company's | 554:19 |
| 343:24 | 345:14,16 | 320:19 | 497:5 | conclusion |
| commencing | 377:13,23 | 322:10 | complete | 507:14 |
| 225:21 | 384:24 | 413:14 | 331:24 557:6 | conditions |
| commentary | 385:14,22 | COMMONW... | compliance | 425:23 |
| 272:19 | 387:4,14,22 | 248:8 | 554:2 | conduct |
| committed | 387:25 | communicate | complicated | 297:18 |
| 484:4,9 | 393:14,16,18 | 235:20 | 514:23 518:8 | 390:18 |
| COMMITTEE | 393:20,21,23 | communicat... | complicating | conducted |
| 229:9 | 398:12,13,17 | 245:8 | 532:1 | 225:19 |
| common | 398:24 | Community | component | conference |
| 332:9 507:17 | 399:14 400:5 | 229:15 | 316:17 | 235:5 |
| Commonwe... | 400:13,18 | 553:20 | comprehens... | confident |
| 225:7,14 | 401:16 404:4 | company | 353:24 | 429:14 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

11

| | | | | |
|---|---|---|---|---|
| 430:11 | 468:13 549:6 | 260:23 265:8 | 374:14 | 419:11,20 |
| 437:24 | **consecutively** | 266:16 | 410:14 | 428:6 488:14 |
| 479:13 487:2 | 494:2,4 | 275:11 | **controls** | 506:9 |
| 490:1 545:22 | **consider** | 303:23 | 340:21 | **copy** 523:19 |
| 546:1,4,9,23 | 352:13,18,23 | **context** 263:18 | **convenient** | 525:4 |
| **CONFIDENT...** | 400:21 | 263:22 | 238:2 383:5 | **COR** 384:15 |
| 225:14 | 425:12 426:4 | 269:21,23 | **Convention** | 384:21 |
| **confirm** 277:1 | 426:5 447:11 | 271:3,7 | 232:4 415:5 | **corner** 549:17 |
| 341:12 347:4 | 447:17 | 299:13 301:3 | 415:15 | **CORP** 227:2 |
| 365:17 485:4 | 475:12 547:4 | 301:12 | 439:17 | 228:2,3 |
| 509:7 515:3 | **considered** | 305:21 325:3 | **conversation** | **corporate** |
| **Conforti** | 352:21 379:5 | 325:4 326:10 | 417:20 432:8 | 338:16 |
| 225:21 | 400:19 | 327:25 | 467:2 476:3 | 393:16 423:9 |
| 235:22 555:5 | 461:25 476:4 | 363:16 367:1 | 477:2 552:6 | 423:13,16,20 |
| 556:16 | 547:9 | 377:14 | **conversations** | 431:14 |
| **confusing** | **considers** | 379:11 | 245:25 | 522:23 547:7 |
| 351:17 | 292:17 | 399:22,22 | 254:13 | **Corporation** |
| **confusion** | **consistency** | 403:1 418:25 | 256:23 | 226:13 236:9 |
| 378:7 | 339:21 | 425:17 | 308:12,16 | **correct** 236:22 |
| **conjecture** | **consistent** | 426:18 | 314:23 317:9 | 252:14 |
| 325:8 | 338:25 339:8 | 483:20,22 | 330:19 | 257:10 275:9 |
| **connect** | 339:16 438:2 | **contexts** 328:4 | 417:20 | 277:21 289:7 |
| 492:16 | 438:8 452:24 | **continuance** | 475:21 476:9 | 289:16,17 |
| **connected** | 462:4 492:10 | 225:20 | 476:12,21 | 291:9,12,24 |
| 476:6 | 492:16 507:5 | **continue** | 477:18,23 | 310:16 |
| **connecting** | 535:10 | 236:25 | 478:5,9,12 | 312:19 |
| 477:10 | **constitute** | 246:21 273:3 | 478:15,21,24 | 319:17 |
| **connection** | 554:5 | 399:2 503:14 | 487:23 | 320:11 329:8 |
| 244:2,18 | **Constitution** | **continued** | 489:17 | 335:4,5 |
| 247:20 | 338:18 442:6 | 227:1 228:1 | 546:11,25 | 342:22 |
| 253:15 | **consulted** | 229:1 231:1 | 547:3 | 343:14,20 |
| 258:20 | 449:7 | 232:1 233:1 | **Conway** 264:5 | 355:13,14,25 |
| 276:13 | **consumption** | 532:7 | 264:15 | 356:1 368:19 |
| 291:16,22 | 305:13 | **continues** | 447:15,20,25 | 370:5,13 |
| 295:2,18 | **contact** 452:9 | 349:9 | 448:11,24 | 373:25 374:1 |
| 298:3,15 | **contain** 422:13 | **continuing** | 449:2,12,14 | 390:9 391:12 |
| 336:16 | **contained** | 235:2 264:8 | 449:22 450:1 | 391:13,21 |
| 338:23 | 260:21 | **contractual** | 450:5,9 | 398:17 |
| 375:11 377:7 | **contains** | 426:6 | 451:10 | 400:14,16 |
| 379:5 380:6 | 433:15 | **contrary** | **Cook** 555:6 | 404:6,7,11 |
| 380:18,21 | **contents** | 330:24 431:6 | **coordination** | 408:12,15 |
| 418:15 420:4 | 257:21,21,24 | **control** 278:19 | 231:21 | 409:2,24 |
| 467:14 | 258:5 260:17 | 278:22,24 | 418:17 | 410:5,6,18 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                     April 23, 2020

12

| | | | | |
|---|---|---|---|---|
| 410:23 | **corrections** | 550:14 | 384:16,21,21 | **CST** 225:22 |
| 413:10,15,23 | 557:7 | **course** 244:15 | **covered** | **cuenta** 372:20 |
| 413:24 414:3 | **correctly** | 247:19 | 263:25 | 524:8 |
| 414:9,18,21 | 369:24 516:3 | 258:22 | 300:18 | **current** 412:2 |
| 418:3 419:7 | **correlated** | 263:22 | 308:25 309:1 | **currently** |
| 423:14 427:5 | 483:16 | 264:12 312:5 | 447:24 | 253:9 280:5 |
| 427:16,23,24 | **correlating** | 330:19 | 502:11 | 398:16 |
| 433:25 435:5 | 482:4 | 377:16,22,24 | 511:13 | 449:13 |
| 435:6 436:14 | **correspond** | 379:3 380:7 | 535:10 | 450:10 |
| 439:10 | 238:14 | 380:8,17,22 | **CPA** 251:1,5 | 498:18 |
| 441:18 444:5 | 344:19 420:9 | 381:3,23 | 251:17 | **Currentness** |
| 448:6,18 | **corresponded** | 390:17 | 258:14,24 | 230:17 |
| 452:11,12 | 403:17 | 415:21 | 259:7,10,11 | **CURTIN** 228:6 |
| 453:7,8,10 | 462:20 483:8 | 445:22 | 259:14,16,20 | **curved** 342:11 |
| 453:17,19,20 | 483:9 | **courses** 262:6 | 292:22,24 | **custody** 308:4 |
| 455:3,4,7,8 | **correspondi...** | 262:15 263:5 | 302:7 304:10 | **customer** |
| 455:13,14 | 286:23 287:4 | 263:13,24 | 305:2 450:1 | 360:19,21 |
| 456:5,19,21 | 287:15 288:3 | 264:4,7,11 | 450:4,7 | 452:10 |
| 470:13 471:7 | 482:4 485:12 | 264:14 426:3 | **CPAs** 448:25 | **cut** 247:7 |
| 479:12 487:8 | **corresponds** | **coursework** | 449:24 | **CW_STAY00...** |
| 488:10,16 | 348:3 386:25 | 262:12 | **Crazy** 254:16 | 230:10 |
| 490:7 500:17 | 484:5 489:13 | **court** 225:1 | **created** 325:15 | **Cynthia** |
| 500:18 | 492:20,21 | 235:21 | 325:24 378:6 | 225:21 |
| 501:23 503:1 | 534:16 | 236:22 237:5 | **creates** 419:18 | 235:22 555:5 |
| 503:2,7,9,14 | **Costs** 285:22 | 266:10 | **credit** 384:8 | 556:16 |
| 503:15 504:7 | **counsel** | 267:24 | 385:6 386:20 | |
| 504:8,12,13 | 235:14,25 | 282:24 283:1 | 387:6,7,16 | **D** |
| 504:20,21 | 236:9 245:9 | 283:16,17 | 388:13,16,25 | **d** 385:11,20 |
| 509:9,10,18 | 315:9 331:6 | 295:2,18 | 389:3 390:8 | **daily** 244:15 |
| 515:11,16 | 334:1 340:6 | 306:19,20 | 391:2,11,20 | 277:6,8,10 |
| 517:14,20,25 | 382:24 449:9 | 324:9,11 | 480:10 | 284:22 285:1 |
| 518:17 526:7 | 478:25 | 334:25 | **credited** 385:7 | 285:4 402:15 |
| 526:8,15,19 | 499:21 500:5 | 396:19,25 | **CREDITORS** | **dark** 393:11,12 |
| 528:4,5 | 501:8 534:10 | 434:21 | 229:9 | 393:21 394:3 |
| 529:9,20,21 | 551:20,23 | 513:17 | **criteria** 367:23 | **data** 279:14 |
| 530:1,2,8 | 552:9 554:12 | 546:15 | 368:1 | 322:18,19 |
| 531:5,6 | 556:4,5 | 555:11 | **critical** 237:2 | 374:14 |
| 532:3,8,9 | **County** 555:3 | **courteous** | **cross-refere...** | 403:24 |
| 535:11,12,15 | 555:6 557:16 | 297:19 | 437:11 466:9 | **date** 235:7 |
| 535:16,18,20 | **couple** 307:7 | **courtesy** 552:9 | **CRR** 225:21 | 539:2,9 |
| 536:3 540:22 | 396:18 460:1 | **Courts** 308:5 | 556:16 | 557:11 |
| 543:10 | 531:13 | **cover** 253:12 | **CSR** 225:21 | **dated** 232:18 |
| 555:24 557:5 | 548:12 | 381:19 | 556:16,17 | 248:6 340:6 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

13

| | | | | |
|---|---|---|---|---|
| 360:25 | 508:18 | **Dein's** 554:3 | **deposit** 298:21 | 531:21 |
| 378:18 | 511:20 515:8 | **delay** 248:12 | 299:10,16,18 | **deposition** |
| 499:20 | 515:13 | 283:8 | 299:21 | 225:18 230:5 |
| **DAVID** 226:7 | **decided** 430:1 | **demanding** | 301:22,23 | 231:1 232:1 |
| 226:21 229:7 | 459:7 | 242:19 | 314:21 | 233:1 235:3 |
| **day** 225:22 | **defend** 297:12 | **DENKER** | 360:13 367:4 | 244:4,19,21 |
| 348:19 | **defendants** | 226:17 | 384:8 386:20 | 244:24 245:3 |
| 374:10,12 | 236:13 | **denote** 343:18 | 387:16 | 245:19 |
| 435:20 441:7 | **deficiencies** | **denoted** | 388:16 389:3 | 247:16,22 |
| 441:7 442:24 | 433:10 435:5 | 393:11 | 390:8 391:2 | 253:16 260:2 |
| 442:24 | **deficiency** | **department** | 391:11,20 | 272:18 273:9 |
| 537:15 555:8 | 436:12 | 231:12 | 394:23 | 291:17,23 |
| 556:11 | 437:22 | 240:23 | 421:17 | 293:3 297:12 |
| 557:19 | 506:16 | 253:21 254:6 | 433:17 441:2 | 330:15 |
| **day-to-day** | **define** 302:3 | 255:6,8,15 | 441:16 | 357:22 358:4 |
| 262:25 | 398:25 447:9 | 255:25 256:4 | **deposited** | 358:11 377:8 |
| **days** 553:10 | **defined** 301:7 | 256:8,20,22 | 250:10 | 377:10 |
| **DCMs** 348:25 | 301:23 436:6 | 257:1,5,10 | 252:12 311:9 | 381:25 |
| **de** 227:20 | 506:14 | 257:12 265:1 | 313:1 333:25 | 401:17 |
| 359:16 | 508:15 | 266:5 269:22 | 334:9 338:15 | 445:24 |
| 360:16,22 | **defines** 307:20 | 269:24 | 375:2,8 | 450:22,25 |
| 371:25 524:8 | 435:16 | 276:18 277:2 | 387:5,7 | 451:12 |
| **dealt** 517:6 | **defining** 399:5 | 292:16,20 | 394:21,23 | 466:19 467:3 |
| **debiting** | 473:2 | 294:7 300:3 | 402:5,9 | 469:6 475:24 |
| 494:23 495:3 | **definitely** | 300:17 | 411:20 412:1 | 478:14 |
| **debt** 229:3,16 | 407:13 | 310:18 | 419:22 421:1 | 548:16,19 |
| 359:19 | 459:18 | 395:20 | 421:6,9 | 549:12 |
| 362:12 399:2 | **definition** | 548:25 | 422:25 | 551:13,18,24 |
| 399:3 404:10 | 258:15 | 549:14 | 424:13 425:3 | 551:25 554:2 |
| 405:20,23 | 264:10 270:5 | **depending** | 433:8 435:2 | 554:20 556:3 |
| 406:2,4,9,20 | 280:8 301:4 | 301:12 424:7 | 441:3,11,21 | **depositor** |
| 407:2 408:2 | 400:20,25 | 425:8 454:22 | 443:3,12 | 360:10,14,16 |
| 510:23 511:3 | 401:8,13 | 533:11 | 455:23 | **deposits** |
| 511:25 512:7 | 506:10,11 | **depends** 249:6 | 457:10,15,25 | 307:16,20,22 |
| 512:11,17,24 | **definitions** | 260:6 285:16 | 458:6,11 | 308:4,10,13 |
| 513:1,3,9,11 | 259:12 | 302:8,18 | 461:13 480:9 | 308:16 |
| 537:1 541:3 | 421:13 | 325:3 417:19 | 490:24 | 421:12,20 |
| **Debtor** 225:9 | **definitive** | 421:10,22 | 501:23 502:1 | 441:23 |
| 225:15 | 527:22 | 447:9 453:23 | 502:7,14 | 443:15 |
| **DEBTORS** | **degree** 257:14 | 532:18 | 505:6,9,13 | 454:13,16 |
| 555:15 | 264:10 | **deper-** 466:19 | 509:12 510:6 | 536:11 |
| **December** | 469:14 | **DEPONENT** | 510:6 516:14 | **Deputy** 233:12 |
| 503:12 | **Dein** 246:22 | 557:1 | 517:2 531:20 | **describe** |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                   April 23, 2020

14

| | | | | |
|---|---|---|---|---|
| 277:14 | 502:25 | **diagram** | 387:5,11 | **discuss** |
| 279:23,24 | 510:12 542:4 | 405:12 | 515:12 | 385:23 |
| 280:9 335:14 | 542:4 | 479:15 | **differing** | 450:21 |
| 451:24 516:8 | **designations** | **dial** 235:14 | 350:17 | **discussed** |
| **describing** | 286:2,7 | **dictate** 242:19 | **direct** 304:23 | 303:25 |
| 338:12 | 331:10 | **differ** 324:4 | 337:4 381:18 | 309:12 372:8 |
| **description** | 420:21,24 | 350:12 | 427:12 | 372:24 |
| 230:6 231:1 | 451:6 477:21 | 353:16 | **directed** 369:4 | 373:23 451:3 |
| 232:1 233:1 | 478:17 | **differed** | 540:25 | 477:23 479:4 |
| 262:23 | 482:24 | 380:24 | **direction** | 481:6,8,11 |
| **designate** | 492:13 | **difference** | 352:19 | 483:2 |
| 367:21 454:6 | 510:15 | 250:15 251:4 | **directly** 272:17 | **discussing** |
| 519:24 | **desk** 525:12 | 251:16 325:1 | 356:6 380:12 | 377:18 |
| **designated** | **detail** 279:10 | 352:4 | 380:14 | **discussion** |
| 272:12 | 279:13 345:9 | **different** | 381:11 | 313:21 341:9 |
| 281:21 | **details** 403:16 | 238:15 | 447:15 | 493:9 |
| 284:19 | 403:19,23,24 | 250:11 | 533:10 | **discussions** |
| 286:11 287:2 | 406:19 509:5 | 280:21 | **director** 362:9 | 310:23 |
| 287:13 288:4 | **determination** | 296:10,11 | 362:11 369:5 | 316:24 317:5 |
| 289:5 300:19 | 464:7 490:15 | 301:13 | 450:11 | 330:8,13,14 |
| 307:15 309:3 | 520:10 | 319:25 | **disagree** 247:8 | 331:4 436:19 |
| 309:21 310:1 | 547:14 | 320:10,15,15 | 376:3,7 | 446:8 472:11 |
| 314:21 | **determine** | 320:15,20 | 398:19 434:4 | 478:1 546:3 |
| 325:16 326:1 | 314:18 344:9 | 322:11,21 | **disagreement** | **Disposition** |
| 327:11,21 | 355:19 | 327:1 343:9 | 273:2 | 381:19 |
| 350:25 | 374:20 | 343:9 351:4 | **disbursement** | **dispute** 253:24 |
| 351:10 | 385:18 | 352:1 353:4 | 390:3 459:4 | 254:3 313:9 |
| 394:18 | 402:14 | 379:20 385:3 | **disburseme...** | 497:4 |
| 395:23 | 425:22 | 387:16 | 286:10 459:2 | **distinct** 391:19 |
| 423:12 457:7 | 484:17 | 391:22 | 461:25 | **distinction** |
| 472:16 535:4 | **determining** | 412:14 | **disconsonant** | 515:23 |
| 543:20 | 352:14,21,24 | 420:15 | 269:9 | **distinguish** |
| **designating** | 367:20 547:5 | 424:15 427:1 | **discovery** | 351:21 |
| 368:3 | **develop** 417:4 | 461:22 477:4 | 232:17 | 354:11,20 |
| **designation** | **developing** | 478:12 | 429:14 554:7 | 355:1,7,15 |
| 277:11 | 471:2 | 508:10 | **discrete** | 393:22 401:1 |
| 285:24,25 | **Development** | 510:11,15 | 321:16 | 401:10 |
| 327:17 | 232:5,10 | 515:20 521:9 | 348:10 | **distinguishing** |
| 343:24 346:3 | 233:13 415:6 | 528:23 | 349:23 350:7 | 393:25 |
| 350:1,4 | 439:18 | 529:16 | 351:25 | **distribution** |
| 372:13 420:8 | **Di** 450:6,8,13 | **differently** | 353:11,15,18 | 382:12 |
| 420:12,15 | 450:16,21 | 384:25 | 353:25 411:1 | 383:17 |
| 474:6 492:21 | 451:4 | 385:13,21 | 413:2 538:2 | **District** 225:1 |

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                                  April 23, 2020

15

| | | | | |
|---|---|---|---|---|
| 415:15 | 311:24 | 438:11 | 524:20 | 465:10,19 |
| 439:17 | 313:24 | 439:12,22,24 | 525:21 | 466:4 467:8 |
| 555:11,11 | 317:23 318:6 | 442:18 | 542:11 | 467:17,24 |
| **divulge** 245:8 | 318:9 319:10 | 443:24 | 544:17 | 468:21 |
| **DLA** 553:14,24 | 320:19 | 445:24 446:6 | 545:13 549:2 | 470:13 |
| 554:6,7 | 326:10 327:2 | 451:14,19 | 549:15,17 | 472:19 |
| **dlitterinekau...** | 328:23 330:2 | 463:19,22 | **documented** | 473:10,16 |
| 229:7 | 330:17 335:8 | 464:6,9,17 | 336:1 411:2 | 475:4 476:25 |
| **dmarcou@...** | 335:14,22 | 464:18 465:1 | 519:21 | 477:21 |
| 226:22 | 336:5,8,12 | 465:7 466:25 | **documenting** | 478:18,22,25 |
| **dmunkittric...** | 336:15,19 | 467:5 469:13 | 437:4 | 479:2 481:7 |
| 226:7 | 337:2 338:21 | 472:5,17 | **documents** | 482:25 |
| **docs** 446:6 | 339:5,21 | 474:6 475:7 | 234:4,12 | 483:13,17,21 |
| **document** | 340:16,18 | 477:12 479:6 | 244:4 260:1 | 484:19 |
| 233:2,4,6 | 357:5,7,8,11 | 479:9,18,20 | 276:25 277:4 | 486:10,14,19 |
| 244:11 248:9 | 358:13,25 | 479:21,24 | 287:3,14 | 487:12 |
| 248:13 | 359:3,12 | 480:3 481:9 | 288:5 293:23 | 489:21,23 |
| 253:11,13,15 | 360:15 | 481:12,20 | 295:8,20,21 | 490:5,10 |
| 253:20,23 | 371:15,15,18 | 482:6,8,14 | 296:5,19 | 491:13,18 |
| 254:1,5,11 | 371:20,22,24 | 482:16,18 | 298:7 313:20 | 492:1,14,22 |
| 254:14 255:5 | 371:25 | 483:10 484:7 | 315:1,5 | 493:19 494:8 |
| 255:7,11,20 | 372:10 | 484:15,23,25 | 328:9,12,21 | 497:10,13,16 |
| 255:21,24 | 377:25 382:2 | 486:3,5,25 | 329:11,13,20 | 497:20 498:1 |
| 256:3,7,11 | 382:25 | 487:7,11,16 | 329:22 | 498:4,6,11 |
| 256:19,21,25 | 384:13,18 | 487:18,22 | 338:24 | 498:20,23 |
| 257:3,4,9,11 | 389:18,19,24 | 488:18 | 339:22 341:1 | 499:10 500:6 |
| 258:19,21 | 391:4,7,13 | 489:22,25 | 345:14 | 500:16,21 |
| 260:14 261:9 | 391:23 395:8 | 490:3,14,18 | 354:13 359:5 | 501:10,12,14 |
| 274:13,15,16 | 399:23 | 493:4,11,13 | 372:6,7 | 502:3 518:24 |
| 274:19,24 | 408:10 | 493:14,15 | 380:19 | 519:9,11,18 |
| 275:5,6,8,20 | 410:15 | 494:11 | 391:15 404:4 | 519:24 520:5 |
| 276:14,16,17 | 414:21 | 497:23 | 406:13,15 | 520:9 541:23 |
| 276:21,22 | 418:20,21,24 | 498:15,16,18 | 425:21 | 543:16,19 |
| 277:15,16,24 | 419:1,4,9 | 498:19 | 428:17 | 544:1,13 |
| 278:20 280:2 | 428:10,22 | 499:18 500:3 | 429:14 | 546:8,22 |
| 280:4 281:8 | 429:3,10,19 | 500:8 501:3 | 430:15 431:2 | 547:13 548:7 |
| 286:24 | 429:22 430:9 | 504:10 | 432:21 | 550:14 |
| 295:13,15 | 430:16 431:6 | 506:12,18 | 437:17 | **doing** 246:21 |
| 296:18,20 | 431:16,20 | 514:7,9 | 445:12,14 | 412:5 416:6 |
| 301:5,8,19 | 432:5,12,16 | 519:6,15 | 446:24 | 446:23 |
| 303:24 304:6 | 433:4 434:24 | 522:3,6,7 | 461:18 | 448:20,22 |
| 305:8,12 | 435:6 436:7 | 523:6 524:1 | 463:24 | **dollar** 352:5 |
| 306:11 | 437:12 | 524:4,15,16 | 464:19 | 405:13 530:5 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

16

532:19
**dollars** 404:22
410:8 411:20
411:21 489:7
494:24 510:3
528:10 543:6
**dotted** 349:16
349:22
350:25 351:4
351:11,12,21
352:15,22,24
353:1,8,11
**double-check**
349:2 373:11
386:18
**double-chec...**
373:13
**drank** 521:15
**draw** 308:23
**drawing**
515:23
**Drive** 227:12
227:16
**due** 435:24
460:23
552:16
**duly** 236:3
555:17
**dying** 538:7

**E**

**E** 226:1,1
227:1,1
228:1,1
229:1,1
333:18,18
**e-mail** 360:25
361:5,8,14
361:15
**earlier** 358:17
372:9,24
373:23
402:16

414:25 467:9
468:21 485:9
492:1 509:18
509:20 519:6
**earned** 250:15
252:7,8,10
252:10
289:20
290:15
321:14 332:4
348:9 349:13
412:21
512:22
536:11,14
**ease** 276:7
**easier** 388:8
495:22
**easy** 527:24
**edge** 342:11
**education**
264:9
**effect** 236:21
**effort** 294:3
**Eighth** 226:5
**either** 280:5
344:13 396:6
397:14
398:11,16
399:1,13
400:4 401:15
429:18
436:20 472:7
481:15 553:8
**electronic**
454:11,11
**Eleven** 226:5
**ELIZABETH**
227:14
**ELLIOT** 226:9
**emckeen@o...**
227:15
**employed**
264:5,14

292:5 416:22
416:24
447:19
**employee**
549:21
**Enabling**
298:15,18,21
298:25
308:14
318:12
328:13,24
**encountered**
326:22 327:8
327:18 328:1
328:5 377:15
**ended** 278:6
307:11
373:16
**ends** 320:14
**engagement**
448:13,25
449:23
**English**
231:14
232:13,16
233:5 357:12
357:14,17
358:12,19,24
465:11
493:23,24
494:9,20
522:9,14,18
525:17
**ensuring**
277:7
**entered**
313:12
**entire** 325:5
405:9 413:7
455:6 489:22
493:6
**entirely** 269:9
447:18

492:12
495:18
**entirety**
404:15
**entities** 281:19
284:25
290:20 291:1
291:4 378:23
387:16
398:21 402:2
552:25
**entity** 290:14
427:14
**entry** 261:1
265:8
**epiphany**
463:4
**equal** 435:22
456:7,17
**equivalent**
412:2
**ERA** 264:13
**Errata** 557:7
**errors** 532:1
**escrows** 308:6
**especially**
237:6
**ESQ** 226:7,8,9
226:16,17,18
226:19,20,21
226:22,23,24
227:6,7,8,14
227:15,22
228:6,7,8,9
228:15,17
229:7,13,19
**established**
308:14
314:13
**estevens@p...**
226:10
**estimate**
293:19

**et** 225:14
401:18,19
555:15
**event** 441:5
**eventually**
423:4 424:17
**everybody**
283:14
**evidence**
234:6 291:3
329:23 330:9
330:24 345:3
356:3 412:25
430:3 432:22
462:11
557:21
**exact** 244:5
258:15 259:8
261:16 262:3
270:5 292:9
292:16
293:18
350:11
367:23
368:18
371:21 382:2
386:23
403:22,24
406:5 456:15
476:8 477:1
479:16 484:8
484:16 502:6
506:2 515:14
515:17
533:19 539:9
542:7
**exactly** 269:5
292:17
304:11
348:16 407:4
456:4,11
476:7 515:10
517:23

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                              April 23, 2020

| | | | | |
|---|---|---|---|---|
| 520:23 528:9 | 370:8 371:1 | 230:20 231:3 | 389:9,13,14 | **exists** 250:22 |
| **Examination** | 372:24 | 231:3,5,7,10 | 392:14 | 290:24 |
| 230:3,4 | 373:21 | 231:12,16,18 | 418:10,12 | 418:22 |
| 236:5 548:9 | 374:25 375:2 | 231:20 232:3 | 419:10 433:3 | 429:19 |
| **examined** | 390:6 393:1 | 232:7,10,14 | 438:4 439:12 | 431:13,16 |
| 236:3 557:4 | 404:6 408:14 | 232:17 233:2 | 439:14,15,19 | 445:19 |
| **example** | 408:25 | 233:8,10,18 | 445:7,8 | **expect** 305:19 |
| 273:21 | 410:25 | 233:19 | 451:14 | 305:20 387:4 |
| 274:23,25 | 411:13 412:4 | 247:24,25 | 464:21,22 | 432:15 519:8 |
| 282:16 | 412:17 414:8 | 248:10,11,20 | 465:1,7 | 519:17,23 |
| 285:18,19,20 | 414:18 | 253:3,4,8,19 | 474:11 | 520:4 |
| 287:16 | **exclusively** | 257:20 | 479:25 480:1 | **expecting** |
| 302:11,14 | 484:3 546:10 | 264:24 | 481:24 | 296:11 |
| 304:13 | 546:25 | 273:13,23 | 488:16 491:7 | **expenditures** |
| 350:13 | **excuse** 334:1 | 274:1,14 | 491:8 493:11 | 261:2 265:7 |
| 368:19 388:2 | 346:16 | 275:3 284:14 | 493:18 495:8 | **expenses** |
| 390:17 400:6 | 359:13 367:5 | 289:24 | 499:5,6,20 | 489:3 |
| 400:7 401:2 | 449:1 488:8 | 298:10,11 | 501:20 506:8 | **experience** |
| 401:11 | 521:14 | 303:10 304:3 | 507:1 521:11 | 549:5 |
| 402:24 | **execute** | 304:5 308:21 | 521:12 522:4 | **experiencing** |
| 447:11 | 427:11,18 | 308:21 311:7 | 522:22 | 283:8 |
| 457:12 459:8 | **executing** | 311:19 | 523:13 525:7 | **explain** 242:15 |
| 460:8 477:24 | 427:8 | 317:18,18,19 | 525:18 | 280:17 288:1 |
| 485:18 | **Executive** | 317:24,25 | 527:17 | 344:16 462:5 |
| **exceed** 433:12 | 230:17 | 324:14 335:8 | 537:25 540:4 | 545:25 |
| 532:21 | **exemplary** | 335:8,10,15 | 540:5,9 | **explained** |
| **exceeded** | 458:25 | 340:5,9,12 | 541:9,12,14 | 353:13 355:6 |
| 373:17 | **exercise** | 340:13 | 545:8 548:15 | **explanation** |
| **exception** | 284:21 | 349:15 | 548:19 549:9 | 242:16 |
| 414:19 | 286:14,18 | 356:23 357:1 | 549:12 | 353:25 |
| **excess** 385:4 | 287:6 339:4 | 357:6,19,22 | **exhibited** | **explicitly** |
| 433:18 | 412:5,9,12 | 357:25 358:2 | 253:9 | 277:18 |
| 436:12 | 437:11 | 358:3,8,10 | **exhibits** 230:5 | **extent** 245:6 |
| 456:24 458:6 | 445:21 | 358:18 360:2 | 231:1 232:1 | 311:12 |
| 488:3,7 | 467:18,23 | 360:19 | 233:1,16 | 507:13 |
| 532:23 | 468:3,10,12 | 362:15,18 | 357:23 358:4 | |
| **excise** 231:5 | 469:17,21 | 365:14,20 | 525:13 | **F** |
| 300:3 314:14 | 470:16,18 | 368:10,15 | **exist** 290:23 | **F** 300:25 |
| 314:22 | 471:6,11,22 | 369:22 371:6 | 348:25 | 333:18 |
| 316:20 319:1 | 471:25 472:7 | 371:10,14 | 527:10 | 375:14 |
| 332:11 345:2 | 473:3 475:18 | 377:1,4 | **existed** 445:25 | **fact** 234:7 |
| 345:5 346:5 | **exhibit** 230:7 | 378:8,8,17 | **existence** | 256:25 257:5 |
| 346:13 370:1 | 230:11,14,16 | 385:12,20 | 309:18 | 290:25 |

Ahlberg, Timothy H. - Vol. II

April 23, 2020

314:19
344:22 345:5
347:21 353:9
355:22 390:2
424:7 430:20
432:24 460:6
516:16
524:23
544:10
**factors** 547:5
**factual** 319:4
348:2 424:22
**FAFAA** 230:14
**faint** 367:9
**fair** 370:21
371:23
522:21
**fall** 386:10,16
**familiar** 299:20
318:10 319:6
343:5 347:2
347:3 361:4
361:7 377:11
379:10,11
419:3 420:6
420:18 440:7
534:24
552:18
**familiarity**
262:19 263:1
263:2
**far** 247:10
259:17 284:2
440:23
**February**
512:6,10,16
513:24
526:10
527:19
528:19,24
529:4,24
530:15,23
531:3,16

534:14 544:3
544:11
**federal** 281:11
281:15,19,20
282:4,18
284:16,19,24
285:3,11,13
285:21
286:10,22
287:16 288:3
288:8,12
300:3 316:20
320:8 400:10
401:2,11
**feel** 332:24
487:2
**feeling** 296:16
**felt** 329:5
**fiduciary**
307:23,24
**fifth** 227:4
381:21,23
**fight** 246:25
**figure** 491:25
**file** 445:17,18
500:8
**filled** 525:12
**final** 507:15
**finance** 227:2
292:15,19
369:6 496:25
**finances** 367:2
367:24
**financial** 225:4
225:11 226:2
227:10
228:11 230:8
230:12
243:12,14,17
243:18,20,24
244:1,6
245:4,20
246:3 247:14

247:15,18
248:4 256:5
257:22,24
258:1,3,7,9
258:13,15,25
259:2,3
260:10,16,20
265:9 266:18
266:20,22,25
267:4,8,15
269:4,6
301:24 302:2
302:5,9,18
302:19,23
303:3,8,15
303:20
305:16,22
307:21
313:20 314:4
314:7,10,12
316:3 317:4
400:9 496:9
496:13,22
555:12
**financials**
244:13,16,22
254:16
260:21
265:15 305:5
307:11
**financing**
230:18,21
291:9 316:9
316:16 318:2
325:17
362:10,11
**find** 385:10
462:10 470:2
470:9 510:16
550:17
**fine** 237:18
284:1 333:1
333:12

508:10
**finish** 237:8,10
396:20
**firm** 294:21
**first** 237:4
276:9 280:4
280:20 300:2
312:22
313:15,17
314:13,21
316:14
318:14,24
331:20 332:1
332:4,10,19
337:20
340:12 341:7
344:5 345:2
346:5,13
370:15,25
373:5,21
374:23 375:1
375:18,21
376:12,15
377:17,22
381:10,13
382:5,10
383:18 385:4
385:23
388:11,23
390:6,25
391:10
392:24,25
404:5 408:13
408:17,24
409:8 419:17
435:20
438:15 446:5
480:2 523:23
527:24
531:15,21
534:16
535:18,22,25
536:6,17

553:21
555:17
**FirstBank**
233:8 537:20
538:9 539:12
540:10,15
**fiscal** 227:10
276:5 300:4
300:12,14
312:15
313:18
332:20 372:2
372:5 374:6
433:13
435:19,21,21
**fit** 411:7
**fits** 485:23
**five** 262:1,6,14
283:9 323:14
448:10
**five-plus** 426:3
**fix** 517:3
**flip** 248:15
260:13
278:16 466:7
493:21 498:7
529:10
531:16
**Floor** 227:13
227:17
**flow** 230:15
231:3,5
232:8 236:11
271:4 273:18
273:22 275:1
276:6,8
277:5,6,8,10
277:21 278:5
282:20 285:2
293:8,10,23
294:2 311:20
312:6,10,13
312:14,21

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

| | | | | |
|---|---|---|---|---|
| 313:8,12 | 428:13,19 | 482:5 483:22 | 460:6,9,21 | 442:24 |
| 315:6 318:15 | 429:5,7,15 | 484:3,4 | 485:15 | 443:15 |
| 319:1,3,5 | 430:12,17 | 485:7,23 | 490:24 506:5 | **follows** 236:4 |
| 328:8,19 | 431:24 | 488:4,9,21 | 506:15 507:4 | 383:22 |
| 329:6 335:19 | 433:24 | 489:3 490:22 | 508:16 | **Fomento** |
| 336:25 | 434:11 | 491:21,22 | 510:10 | 359:16 |
| 337:13 338:4 | 436:13,22,24 | 495:7 501:20 | 517:13,23 | 360:17,22 |
| 338:7,13,24 | 437:1,5,11 | 502:24 | 530:5,6 | **Fondo** 372:13 |
| 339:1,5,18 | 437:17,18 | 503:11,20 | 532:10 | **footnote** |
| 339:21 340:7 | 438:2,3,8,9 | 504:14,19 | 535:21 | 511:23 |
| 341:2,13,14 | 438:10,11,15 | 505:3,7,9,14 | 536:14 | 512:25 513:7 |
| 342:19 | 439:8 440:9 | 505:17,20 | 545:24 546:7 | **footnoted** |
| 343:11 344:3 | 440:13 445:5 | 511:15,23 | 546:20 | 349:22 |
| 344:4 351:11 | 445:23 | 513:14 | **flowing** 337:13 | 353:10 |
| 352:8 354:14 | 446:17,18,20 | 514:10,20 | 352:2 376:4 | **foregoing** |
| 354:23 356:6 | 446:24 448:7 | 515:5,14 | 402:24 | 555:23 556:3 |
| 362:15 | 448:7 449:6 | 516:8,17 | 438:25 458:8 | 557:5 |
| 367:24 372:8 | 449:7 451:16 | 524:3,23,24 | 461:14 489:7 | **forgot** 423:7 |
| 375:22 376:1 | 451:25,25 | 525:1,21 | 504:23 | 508:22 525:4 |
| 376:19 379:5 | 452:19,21 | 526:4,6,11 | 513:25 | 551:21 |
| 379:12,17,20 | 455:15,18 | 527:19 | 526:17 | **form** 238:7,20 |
| 380:2,6,9,18 | 458:21 459:9 | 528:11,16,18 | **flows** 377:20 | 242:1 245:21 |
| 380:23,24 | 460:7 461:17 | 529:7,13,15 | 377:21 | 250:13 |
| 381:5,8,24 | 462:7,9,13 | 530:12,21 | 379:17 | 254:23 |
| 382:5,23 | 462:19,22,24 | 531:3,17,25 | 397:21 400:9 | 255:16 |
| 383:22 | 463:1 466:10 | 533:9 534:13 | 404:24 405:2 | 259:23 |
| 388:11,23 | 466:14,20 | 534:13,17 | 405:17 409:9 | 265:23 267:9 |
| 392:15 395:7 | 467:10,12,15 | 535:11,17 | 438:24 448:5 | 268:10,20 |
| 396:11 399:2 | 467:19,24 | 538:1 539:25 | 504:17 | 269:12 |
| 402:16 | 468:14,15,19 | 544:6,12 | 531:13 | 321:22 |
| 404:22,22 | 468:23,24,25 | 545:7,14 | **focus** 437:4 | 328:14 339:2 |
| 408:9,14,25 | 469:4,5,11 | 548:7 | **focused** | 366:18 |
| 409:1,4,10 | 469:16 470:4 | **flowed** 339:11 | 277:19 | 389:18 |
| 409:13,17,18 | 470:6,7 | 339:25 | 417:21 448:4 | 408:16 |
| 409:22 | 471:3 472:3 | 344:10 | 471:2 484:3 | 493:14 |
| 410:19 416:4 | 472:9,16 | 355:11,16,24 | **focusing** | 507:14 |
| 416:5,13 | 473:14,24 | 371:1 393:1 | 535:1 | 546:12 |
| 417:1,5,7,10 | 474:8,13 | 395:10,16 | **follow** 347:17 | **formal** 264:9 |
| 417:18,22,24 | 475:16,19,23 | 403:14 | 353:23 | **forth** 358:20 |
| 418:2,6,16 | 476:24 480:2 | 404:24 | 376:21 | 380:2 442:3 |
| 424:2,5 | 480:5,8,17 | 405:19 | 446:11 | 528:7 |
| 425:12,22 | 480:21 | 413:13 437:8 | **following** | **forward** |
| 426:23 428:7 | 481:18,23 | 437:19 439:5 | 441:7,13,23 | 257:15 267:6 |

Henderson Legal Services, Inc.

| | | | | |
|---|---|---|---|---|
| 507:8 515:22 | 252:21 258:9 | 310:2,6,7,11 | 413:10,18,22 | 249:7,13,18 |
| 525:19 526:9 | 258:13,15,25 | 310:12,20 | 414:1 419:19 | 250:1,3,5,7 |
| 531:16 | 259:2 260:5 | 311:3,4,8,10 | 419:20,21,23 | 252:3 259:4 |
| **found** 522:20 | 260:11,13,16 | 311:21 313:1 | 419:25 420:2 | 259:5,6,8,22 |
| **four** 261:24 | 260:19,20 | 313:2,22,25 | 420:10,13,18 | 260:2,7,20 |
| 349:15 | 261:3,7 | 314:2,3,13 | 421:2,7,9,11 | 265:13,19,25 |
| 350:10,24 | 265:1,7 | 314:19,20,20 | 421:13,18,21 | 266:5 267:19 |
| 351:8,13,13 | 266:14 269:3 | 315:11 | 421:23,25 | 267:22 268:3 |
| 352:5,6 | 269:6,9,17 | 316:10,15 | 422:4,7,9,13 | 268:7,12,15 |
| 448:15 | 270:4,9,13 | 317:1,6 | 437:12 445:1 | 268:18,24 |
| **fourth** 297:23 | 270:17,25 | 319:7,7 | 451:3 459:2 | 269:10,19 |
| 384:19 | 271:15 | 320:6,7,8,16 | 462:21 | 270:15 271:4 |
| **frames** 511:13 | 273:10 274:7 | 320:21,23 | 467:18 469:4 | 271:25 |
| 511:14 | 277:11 278:9 | 321:8,9,13 | 480:11,15,17 | 272:25 281:6 |
| **frankly** 462:2 | 278:12,14 | 321:17 | 480:22,24 | 281:7,20 |
| **front** 274:13 | 279:5,8 | 322:12,17,20 | 488:13,14,21 | 282:3,4,19 |
| 274:23 | 280:4 281:3 | 322:25 323:2 | 489:4 492:13 | 284:16,19 |
| 295:13,15 | 281:11,15 | 323:7,8,18 | 502:3 510:11 | 285:7,12,13 |
| 298:7 299:15 | 285:4,21,24 | 323:20 324:3 | 511:25 542:4 | 293:9,10,24 |
| 303:13,16 | 286:10,12,22 | 325:2,15,18 | **Fund-type** | 294:2 304:11 |
| 304:5 308:20 | 286:22 287:4 | 325:19,25 | 285:25 286:2 | 312:6,9,10 |
| 317:23 357:5 | 287:6,6,15 | 326:6,11,15 | 286:6 | 312:13,14,21 |
| 358:8,24 | 287:16 288:3 | 326:23 327:2 | **fundamentally** | 313:8,13 |
| 403:12 419:8 | 288:5,8,9,10 | 327:5,8,16 | 269:18 | 315:6,12 |
| 439:9 451:14 | 288:12,16,18 | 327:19 328:2 | **funded** 513:4 | 318:24 319:2 |
| 475:4 479:16 | 288:20,22,23 | 328:7 331:8 | 513:12 | 319:5,17,20 |
| 498:17 | 289:2,5,10 | 331:18 332:7 | **funding** | 319:25 |
| 508:20 522:2 | 289:14,15,22 | 332:12 | 289:19 | 320:10,20 |
| 541:15 | 290:7,8,10 | 333:25 334:9 | 290:14 | 321:10 |
| **full** 292:3 | 290:17,21 | 334:12,12 | 505:19 | 323:12 |
| 370:1,8,16 | 291:2,4 | 335:3 337:6 | 512:23 | 324:15,16,22 |
| 370:25 | 300:18,20,24 | 337:14 338:6 | **funds** 231:5 | 324:24 |
| 408:13,24 | 301:3,9,12 | 338:12,16 | 232:8 236:11 | 325:11 327:1 |
| 435:22 | 301:25 302:4 | 339:13 340:2 | 238:5,15,19 | 327:4,24 |
| **function** | 302:17 303:3 | 372:16,17,17 | 238:24 239:2 | 328:9,11,20 |
| 244:15 | 303:21 304:7 | 372:18,23 | 239:7,12,17 | 328:22 329:7 |
| 395:19 | 304:14,19,21 | 375:3,8,14 | 240:4,14,18 | 329:12,21 |
| **functions** | 305:3,9,21 | 375:15,15,19 | 240:25 241:2 | 330:17 |
| 427:9 483:23 | 306:1,4,7,7 | 376:1,1,5,10 | 241:5,9,15 | 331:20 |
| 483:24 | 307:23,24 | 376:11,13,13 | 241:21 242:7 | 334:16 |
| **fund** 238:9,12 | 308:3 309:1 | 376:15,16 | 242:9,25 | 336:25 |
| 249:8 252:3 | 309:4,8,12 | 385:7 386:25 | 243:4,10 | 337:13,22 |
| 252:6,14,17 | 309:18,22,25 | 387:2 413:4 | 248:21 249:4 | 338:7,13,24 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

| | | | | |
|---|---|---|---|---|
| 339:1,5,18 | 436:24 437:5 | 502:24 | 349:17,19 | 280:20 |
| 339:22 340:7 | 437:17,18 | 503:11 | 351:14 352:2 | 281:18 |
| 341:2,13,14 | 438:8,9,11 | 510:15 | 355:17 356:2 | 298:19 320:6 |
| 342:22 | 439:8 440:13 | 511:16,24 | 361:11 | 321:8,9,17 |
| 343:19,22 | 441:8 442:25 | 513:14 514:4 | 365:15,17,22 | 322:25 323:2 |
| 344:3,4,15 | 443:3 445:5 | 514:20 | 368:2 369:6 | 323:6,8,18 |
| 345:10,23 | 445:13,23 | 516:17 524:3 | 370:2,9,16 | 323:20 324:3 |
| 351:11 | 446:17,18,20 | 524:23,24 | 371:1 406:20 | 343:7 368:4 |
| 354:15,23,24 | 446:24 449:7 | 525:1,21 | 408:15,19 | 372:18,23 |
| 355:20 356:6 | 450:13,17,21 | 526:4,6,11 | 409:10,13 | 375:2,8,16 |
| 362:15 367:4 | 451:5,16,25 | 527:19 529:8 | 410:4,12 | 375:19 376:1 |
| 367:4,24 | 452:19,21 | 529:15 531:3 | 418:18 | 376:10,13,16 |
| 372:8 375:12 | 455:16,18 | 531:17,25 | 419:12 | 382:6,7,9 |
| 375:14,22 | 458:18,19,22 | 532:22 | 433:16 | 385:7 401:22 |
| 376:4,8,18 | 458:23 460:7 | 534:13,14,17 | 440:25 441:9 | 413:10 419:3 |
| 376:19 379:6 | 460:24 | 535:11 538:1 | 441:12,22 | 423:3 425:25 |
| 379:20 380:2 | 461:16,17 | 539:22,23 | 442:2,22 | 488:25 489:2 |
| 380:6,9,18 | 462:7,9,13 | 540:1 544:6 | 443:13,14,18 | 545:14 |
| 380:23,24 | 462:19,22,24 | 544:12 545:7 | 444:18 | 552:14 |
| 381:5,8,9,25 | 463:1 466:10 | 545:14 548:7 | 455:19,24 | **generally** |
| 382:12 | 466:14,20 | **Funds'** 438:10 | 456:3,11 | 240:22 244:7 |
| 388:11,23 | 467:10,12,15 | **further** 236:4 | 465:21 | 276:16,22,24 |
| 392:15 395:7 | 467:16,20,24 | 532:1 548:4 | 489:14 495:8 | 277:14,16 |
| 396:6,11 | 468:14,15,19 | 553:6,7 | 495:25 | 287:21 |
| 397:14 | 468:19,23,24 | 554:15 | 499:10,23 | 292:14 |
| 398:11 | 468:25 469:3 | 555:16 556:2 | 500:12,16 | 312:22 |
| 400:10 401:3 | 469:5,11,12 | 556:5 | 504:5,11,15 | 314:12 |
| 401:11 404:1 | 469:17 470:4 | **FY** 230:14 | 508:17 511:8 | 318:10 |
| 408:9 409:1 | 470:7,7,12 | | 512:15 | 331:19,25 |
| 409:5,17,18 | 471:3 472:3 | —— G —— | 513:25 | 332:3,6,17 |
| 409:22 | 472:4,9,16 | **Gabriel** 362:9 | 515:10,15 | 332:19 341:3 |
| 410:19 | 473:14,24 | 369:5 | 516:15,19 | 366:9,15 |
| 416:13 417:2 | 474:9 475:16 | **GARAU** | 517:2,6,9,24 | 379:9 401:13 |
| 417:5,8,10 | 475:19,23 | 227:22 | 527:3,9 | 401:21 416:4 |
| 417:18,22,24 | 476:24 480:3 | **Garcia** 233:11 | 528:12,16 | 417:20 420:6 |
| 418:2,16 | 480:5,9,21 | 361:22 | 529:8,20 | 421:10,12 |
| 422:9 425:22 | 481:19,23 | 362:10 | 530:7,8 | 435:10 440:2 |
| 426:7 428:13 | 482:5 483:22 | **GASPARD** | 545:22 546:1 | 448:6,12 |
| 428:19 429:5 | 484:3 485:7 | 227:8 | **GDB's** 500:8 | 451:24 |
| 429:7,16 | 485:23 489:7 | **gaspard.rap...** | 517:3 | 485:18 |
| 430:12,17 | 490:22 | 227:8 | **general** 244:10 | **generated** |
| 431:24 433:6 | 491:22,23 | **GDB** 229:3,16 | 262:25 263:2 | 342:18 |
| 433:18 435:1 | 495:8 501:20 | 344:11,20,20 | 278:9 279:25 | 511:19 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

22

| | | | | |
|---|---|---|---|---|
| **getting** 246:23 | 367:10 | 259:18 | 544:21,22 | 525:23 |
| 299:6 353:22 | 369:21 371:8 | 260:15 | 545:1 550:16 | **green** 337:9,17 |
| **give** 243:6,8 | 373:12 377:3 | 263:11 272:2 | 552:5,8 | **grounds** |
| 274:22,25 | 383:8 392:13 | 273:2 278:23 | 554:18 | 521:16 |
| 278:22,24 | 392:18 397:5 | 281:1,10 | **Gomez** 294:8 | **GUARANTEE** |
| 283:19 | 404:9 405:20 | 287:10,11 | 310:24 | 227:2 |
| 285:18 | 405:23 406:2 | 289:25 | 417:15 | **GUARANTY** |
| 302:11 | 406:4,9,20 | 296:12,25 | **GONZÁLEZ** | 228:2,3,11 |
| 304:13 307:4 | 407:2 408:2 | 297:3,7,7 | 227:22 | **Gubername...** |
| 400:6,7 | 409:22,24 | 299:7 300:11 | **good** 236:7 | 359:16 |
| 401:8 459:8 | 435:15 | 301:22 307:4 | 283:13 284:2 | 360:16,22 |
| 474:2 484:8 | 440:23 | 335:7 344:7 | 333:22 | **guess** 236:13 |
| 499:25 | 473:21 480:2 | 349:16 | 382:18 | 315:18 361:1 |
| 507:14,20 | 494:21 496:1 | 353:21 | 391:25 439:3 | 374:18 |
| **given** 246:16 | 501:19 | 356:11,23 | 550:21 | 446:22 |
| 247:1 297:20 | 506:25 | 358:9,10 | **Gotshal** 227:3 | 550:12 |
| 313:18 | 507:22 | 381:17 | 229:22,24 | **guesswork** |
| 351:17 | 510:23 511:3 | 387:15 389:9 | **govern** 297:10 | 430:1 |
| 370:18 | 511:25 512:7 | 403:5,6 | **government** | **Gustavo** 449:8 |
| 405:10 407:5 | 512:11,17,24 | 408:7 412:14 | 232:5,10 | 483:3 485:4 |
| 447:18 485:7 | 513:1,3,9,11 | 414:23 430:3 | 233:13 | 487:23 |
| 493:19 | 514:19 518:6 | 430:25 432:1 | 260:19 263:6 | 496:21,24 |
| 555:19,25 | 521:19 | 432:20,23 | 263:9,14,25 | 546:11 547:1 |
| 557:6 | 525:21 528:7 | 436:1 439:15 | 264:17,20 | 547:3,4,9 |
| **giving** 236:20 | 529:19 | 456:19,19,23 | 281:19 | **Gustavo's** |
| 236:21 | 531:24 | 458:4 459:25 | 284:25 | 484:13 |
| 363:14,15 | 533:10 | 462:1,3 | 305:22 | **guys** 271:5 |
| 364:7 410:14 | 534:18,23 | 465:13 | 380:14 | 293:10 |
| 534:3 | 535:5 550:18 | 472:14 | 381:12 | |
| **gmainland@...** | **goal** 304:14 | 473:21 474:2 | 439:18 | **H** |
| 226:21 | **God** 254:15 | 474:3,4,12 | 488:22 | **H** 225:18 230:2 |
| **go** 246:22 | **goes** 260:19 | 479:23 480:4 | **graduate** | 236:2 555:9 |
| 277:4,25 | 300:9 529:24 | 486:12,17 | 257:13 | **Hacienda** |
| 284:1,4 | **going** 234:3,6 | 491:5 503:10 | 264:10 | 550:5 |
| 297:24 300:8 | 234:11 237:1 | 507:8,22 | **GRANT** 226:20 | **half** 253:6 |
| 302:23,24 | 237:6,8,10 | 514:19 | **gray** 341:17 | 307:3 310:9 |
| 307:6,8 | 237:24 | 515:22 | 393:12,12,21 | 337:4 378:2 |
| 316:2,4 | 242:11,13 | 522:12 | 394:3 | **halfway** 300:9 |
| 317:24 | 245:3,19 | 525:19,20 | **great** 247:8 | 523:11 |
| 340:11 | 246:22,24 | 528:6,8 | 274:12 | **HALL** 228:9 |
| 347:13 348:5 | 248:10 255:2 | 531:14 533:8 | 333:13 | **hand** 556:10 |
| 358:20 360:9 | 256:12 | 534:5,20 | 383:11 392:4 | **happen** 303:19 |
| 360:18 363:8 | 257:15 | 541:13 | 523:22 | 319:4 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

23

| | | | | |
|---|---|---|---|---|
| **happened** 428:12 437:6 | 481:10,18 482:3 498:4 | **help** 283:24,25 293:8 344:8 | 420:10,12,18 421:1,7 | 530:19,20 538:17 |
| **happening** 440:3 | 501:5 511:10 536:25 | 368:5 394:3 417:4 523:17 | 422:13 488:13 502:2 | 539:14 543:1 543:9 544:2 |
| **happy** 237:23 | 537:23 539:8 | **helped** 293:23 | **holds** 400:18 | 544:14,19 |
| 242:15 | **header** 267:12 | **helpful** 358:1 | **honestly** | **hotelier** |
| 246:13 | **heads** 277:25 | 403:12 | 272:15 | 453:24 |
| 260:13 319:3 | **headset's** | **helps** 283:15 | **hope** 344:8 | 454:25 533:5 |
| 434:14 447:4 | 538:7 | **Henderson** | **hopefully** | **hoteliers** |
| 525:17 528:7 | **hear** 237:18 | 235:5 283:18 | 383:9 545:2 | 452:2 453:4 |
| 531:16 | 367:14,15 | **hereinafter** | **hoping** 514:23 | 453:6,9,16 |
| 534:18 | 515:25 | 325:18 | **host** 235:5 | 453:18 454:3 |
| **hard** 237:6 | **heard** 235:14 | **heretofore** | **hotel** 232:11 | 454:6 455:11 |
| 295:13,16 | 299:22,23 | 555:7 | 419:21 | 456:13 503:5 |
| 328:6 416:8 | 301:9,11 | **hereunto** | 420:16,21 | 503:14 515:5 |
| 462:25 | 326:14 | 556:9 | 421:5 423:3 | 516:10,13 |
| 478:11 | 367:13 | **HERRINGTON** | 424:1,5,8,16 | 518:3,9 |
| 491:19 | 396:18 398:5 | 229:4 | 433:6 435:1 | 526:12 528:1 |
| 523:14,19 | 398:7 418:23 | **Hi** 361:20 | 438:25 439:4 | 528:3 532:3 |
| 525:4 548:6 | 419:1,5,24 | **high** 262:8 | 441:3,8 | 532:21 533:7 |
| **HASTINGS** | 420:3,5 | **Highway** 274:6 | 442:25 443:2 | 535:7 |
| 229:10 | 422:17,20 | **Hira** 229:22 | 451:25 | **hotels'** 460:5 |
| **hate** 316:1 | 424:3 520:12 | **historical** | 453:25 | **hour** 225:22 |
| **Hato** 229:18 | 521:5 | 345:17 380:9 | 455:10 458:5 | 544:22 |
| **head** 260:13 | **hearing** | 380:23 | 458:15 | **hours** 544:21 |
| 267:3 302:2 | 237:15 | **historically** | 459:10 | 544:25 |
| 303:19,23 | 283:10 | 280:5 338:13 | 460:21 461:5 | **How's** 263:1 |
| 314:6 346:23 | **Hector** 294:7 | 339:25 | 463:25 | **Howard** 449:3 |
| 350:22 | 310:24 | **Hmm** 323:4 | 465:24 488:4 | **Howard's** |
| 382:16,19 | 417:15 | **hold** 314:13 | 488:8 502:14 | 449:11 |
| 383:21 385:9 | 549:18,21 | 359:8,8 | 503:4 504:25 | **HTA** 289:2,19 |
| 395:2,7,13 | **held** 325:19 | 396:4 397:11 | 505:2,6,9,12 | 290:7,14,20 |
| 399:21 402:7 | 331:22 | 402:1 | 505:16,19 | 291:1 341:14 |
| 402:11 | 334:12,16 | **holder** 342:4 | 508:4 509:11 | 395:4,7 |
| 406:13 | 335:3 337:25 | 363:10 364:3 | 510:5,21 | 396:4 397:11 |
| 417:14 | 338:7 339:12 | 364:11,17,17 | 511:7 512:14 | 398:16 |
| 431:12 445:3 | 363:1,3 | 365:16,18,22 | 513:12,22 | 401:18 |
| 445:21 447:6 | 370:8,15 | 365:25 366:2 | 514:11,14 | 402:23 403:2 |
| 457:13 464:5 | 398:24 | 366:8,24 | 515:3 516:17 | 403:2,6,8,11 |
| 469:25 | 441:12,22 | 368:25 369:2 | 517:13 | 446:21 |
| 472:19 | 443:13,14 | **holding** | 518:19 | 462:10 |
| 473:19 | 509:25 510:2 | 419:20,21,23 | 528:11,15,17 | 492:17 |
| 475:18 | 539:23,24 | 419:24 420:2 | 529:2,14,18 | 548:21 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

24

549:13,15,22
550:1,3
**Hudson**
226:15
**HUGHES**
226:18
**hundreds**
244:3 260:1
295:20 296:5
296:19
489:22
**hypothetical**
290:19 345:7
553:4

**I**

**ID** 287:6
**idea** 421:17
547:8
**identifiable**
370:19
466:21
480:14
**identification**
477:4,6,7
485:22
**identified**
272:11
278:15 279:6
282:19 285:4
288:8 290:21
296:1 310:11
314:2 315:11
328:11,22
329:13,22
338:7 361:11
404:4 422:14
429:10 467:5
468:20 469:4
469:10,12
472:3,4,12
473:9,23
475:6 476:23

476:23 479:6
479:9 480:24
482:15,16
495:7,11
497:20
498:12
511:15
523:23
524:24 526:6
542:2 543:16
544:11,14
**identifier**
286:12
375:20
**identifiers**
320:22 327:5
**identifies**
253:20 337:5
360:3,19
386:4,9,15
387:3 390:7
390:15,25
391:9 429:6
429:20
430:17 431:7
431:16,20
432:5 487:7
490:6 496:8
498:8
**identify** 249:14
284:24
289:15 290:9
291:2 322:11
345:22
354:11,20
355:7 356:17
369:11,17
372:18
392:23
402:21,23
403:19 412:3
413:9,15,16
413:21 414:1

414:5 428:18
429:15
430:11 431:3
431:23
461:15
462:20
463:24 466:5
472:15
475:11
479:22
480:11,21
484:23
486:15
489:12
490:23
498:20
519:10,12
520:5
**identifying**
284:25
337:24
355:24 461:6
463:19
484:13 486:3
486:25
496:14
504:12 543:8
**ii** 225:16,16
433:10
**III** 225:4,11
**Illinois** 555:1,7
**imagine**
348:18 374:9
**immediately**
283:21 441:7
442:24
**impacted**
317:9
**implication**
364:18
**implications**
366:2
**importance**

469:15
470:17 473:2
**important**
468:13,18
469:2,9
470:21
472:20
**impossible**
460:24,25
**inaction** 554:4
**include** 277:11
462:21
501:11
**included**
259:22 289:3
313:7 314:6
372:11
384:16,21
395:2 401:21
428:19
458:21 460:7
473:16 512:1
**includes** 308:3
308:4
**INCLUSION**
233:17
**inconsistent**
269:18
**independent**
247:13 248:7
255:9,13
257:8 267:11
483:7 492:12
**independently**
315:1 330:2
485:4
**INDEX** 230:1
**indicate**
256:24 257:7
341:22,24
342:7,13
345:10 346:4
346:12

356:16
363:20,23
373:19
497:10
520:25
544:17
**indicated**
236:15
312:25
344:15 352:9
354:14 356:5
356:7 368:17
403:25
404:20 458:7
461:1,14
479:8 501:21
514:14
529:22 544:5
545:21
**indicates**
338:13
341:18 342:8
342:14
349:15
359:13,13
360:10
393:13
455:18
511:24
512:25 513:7
539:21
**indicating**
337:13 338:5
514:10 543:1
544:18
**indication**
344:21
542:11
**indiscernible**
245:1,11
275:17 279:1
304:12
367:11 375:7

| | | | | |
|---|---|---|---|---|
| 401:20 | 318:2 325:16 | **interest** | **involved** | 512:6,10,16 |
| 454:22 | 331:8,17 | 435:24 | 273:17 | 513:2,8,9,12 |
| 466:19 | 332:7,12 | 536:11,14 | 283:21 | 513:23 |
| 490:10 | 333:25 334:9 | **interested** | 294:12 | 514:10 527:1 |
| 522:25 539:2 | 334:12,16 | 556:7 | 336:24 337:1 | 527:18 |
| **indistinguis...** | 335:3 337:6 | **internal** 277:5 | 361:5 447:8 | 528:12,17 |
| 354:8 356:21 | 337:14 338:6 | 277:5,8,10 | 447:21 | 529:8,16 |
| 411:21 | 338:12,16 | 285:1,4 | 448:12,17,24 | 530:6,14,24 |
| 458:24 543:6 | 339:13 340:2 | 287:3,14 | 449:3,22 | 531:25 532:5 |
| **individual** | 480:10,15 | 320:19 | 466:23 517:8 | 534:18 545:7 |
| 345:25 | **inherent** | 321:20 322:3 | 551:9 552:19 | **JASON** 228:15 |
| 431:20 | 250:14 | 322:10 | 552:21 | **jason.callen...** |
| **individuals** | **inherently** | 329:11,20 | **involvement** | 228:16 |
| 314:24 332:8 | 528:21 | 385:13,21 | 415:12,20 | **Jeira** 294:7 |
| 361:8 416:21 | **initial** 294:1 | 395:19 | 449:4 551:8 | 310:24 |
| 417:2 447:5 | **inquired** | 402:15 404:3 | **issue** 272:20 | 417:15 |
| **inflow** 287:4 | 309:17 | 405:17 | 479:4 | **Jesus** 362:10 |
| **inflows** 277:17 | **inside** 285:8 | 406:22 | **issues** 248:12 | **job** 244:15 |
| 279:17 | **instruct** 534:5 | 445:12 | 296:1 | 262:17,22 |
| 286:12,22 | **instruction** | **International** | **item** 278:18 | 263:4 427:8 |
| 287:16 288:3 | 232:14 | 226:10 | **items** 286:25 | **JOHN** 226:18 |
| 289:6 | 490:23 491:3 | **interpret** | 287:21 | 228:8 |
| **information** | 493:20 494:8 | 305:25 306:3 | **IV** 319:10 | **joint** 366:11 |
| 230:9 248:6 | 496:13 | 368:5 | 324:21,23 | **Jointly** 225:7 |
| 256:6 279:13 | **instructions** | **interpreted** | 338:17 | **Jorge** 292:2 |
| 295:4 298:25 | 235:11 | 554:5 | **IVÁN** 227:22 | **JPMorgan** |
| 319:4 341:5 | 236:24 | **interrupting** | | 232:6 439:18 |
| 344:14 360:2 | **instrumenta...** | 297:2 | | **Juan** 227:21 |
| 391:5 418:5 | 312:7 327:10 | **introduced** | **J** 225:21 228:6 | **judge** 246:22 |
| 418:8 427:18 | 327:20 | 247:25 274:2 | 555:5 556:16 | 246:25 554:3 |
| 464:12,15 | 416:10 | 298:12 | **JACLYN** 228:9 | **jughes2@mi...** |
| **Infrastructure** | **instrumenta...** | 317:20 | **jaclyn.hall@...** | 226:19 |
| 230:18,21 | 342:20 521:3 | 335:11 | 228:10 | **July** 392:15 |
| 291:9 300:20 | **INSURANCE** | 340:10 357:2 | **January** | 394:12,25 |
| 309:3,8,12 | 228:11 | 368:11 | 343:12 | 402:1 404:23 |
| 309:18,22 | **intended** | 371:11 377:2 | 362:16,16 | 407:25 |
| 310:2,6,12 | 386:22 | 389:15 | 369:24 370:6 | 408:11 |
| 310:20 311:3 | 545:13 | 418:13 | 370:14,24 | 435:24 |
| 311:8,10,21 | **intends** 234:5 | 439:20 445:9 | 413:8,12,20 | 524:23 526:5 |
| 313:2,22,25 | 234:16 | 464:23 491:9 | 435:25 455:7 | **June** 230:7 |
| 314:2,20 | 432:21 | 499:7 521:13 | 455:9,16,25 | 248:6 307:12 |
| 315:12 316:9 | 486:22 | 540:6 | 474:13 480:5 | 341:8,8 |
| 316:16 317:6 | **intent** 554:10 | **involve** 276:16 | 502:23 512:1 | 343:12 |

362:17
369:25 370:7
370:14,24
480:5
**junior** 496:22
**Justice** 308:5
**justification**
464:3

_____ **K** _____
**K** 555:3
**Karen** 445:6
**keep** 235:11
296:12 333:5
**keeps** 436:1
**Kevin** 226:19
226:24
248:16 307:6
308:18 316:1
357:16 371:7
377:4
**key** 296:1
482:6
**kind** 286:21
406:15 514:4
525:13
541:15,16
**kinds** 533:9
**kmaggio@m...**
226:20
**knew** 364:14
432:10
483:15
545:18
**know** 244:17
251:2 258:14
259:7 260:4
263:10 267:1
269:5 270:5
271:8,9,18
272:14 273:7
274:4,10
282:8,10,14

283:7,17
286:13
288:17,19
289:17 292:4
292:7,9,10
292:12,14,16
292:22,23
295:14
296:10
301:20,23
302:1 304:17
305:7 306:11
313:11
327:13
329:10,19
339:3,9,20
341:8 342:10
342:12
346:24
347:18,21
348:20 349:2
349:8,19
350:18,21
354:2,5
361:22
364:24 365:2
365:24
372:16 373:3
373:16 374:7
374:22,25
375:10,18,21
375:25 376:9
376:14,17
382:13
384:23 385:5
385:25 386:2
386:7,13,19
386:24 387:1
387:13,18,24
394:4 395:4
395:9,22
397:22 402:4
402:8 403:13

404:2,12
406:8,25
407:8,22
411:8,24
415:9 419:3
420:7 421:22
425:5,15
426:22 427:7
427:10,18
429:17,23,25
430:2,24
433:5 444:25
446:3,5,7
447:14 452:4
453:24 454:8
454:12,17
458:14 460:5
460:21 462:3
463:23
466:10,13,15
466:16
468:11
469:22 471:7
472:8 477:24
478:11
480:25 481:7
481:14
484:10,12
488:25 489:2
490:17 492:5
492:6 493:3
495:21 496:2
496:19,21,24
499:15
500:20 501:1
501:25 502:5
502:9 507:13
508:2 509:3
510:9,25
511:6 512:5
512:9,17
515:21 517:5
519:2,7

522:19
527:16,20,21
533:18,22
536:22,24
537:1,5,6
538:5,15,21
541:20 542:1
542:15,19
543:17
552:23
**knowledge**
240:3,13
261:11,13
414:7,15
417:4 483:7
483:12
500:15,15
522:13
**knowledgea...**
427:1
**known** 284:24
309:21 317:3
317:13 461:3
**knows** 272:9
**KPMG** 267:11
267:14
**kwesterman...**
226:25

_____ **L** _____
**L** 227:14
**la** 524:8
**label** 481:20
**labeled** 463:22
**labels** 482:3
492:6
**LANGLEY**
228:17
**language**
466:25
**large** 248:9
283:7
**larger** 523:20

**late** 550:12
**law** 236:22
294:21 308:2
425:18
**Laws** 230:16
**lawyer** 428:4
**lawyers** 246:4
247:13
294:12,15
425:10
**lay** 311:13
**leading** 550:12
**leave** 452:19
**left** 372:19
**left-hand**
540:17,24
**legal** 235:5
295:1,17,24
295:25
296:23 298:3
298:5 311:12
364:17,19
426:6 507:14
507:20
**legislation**
352:10,14
**Leon** 227:20
**let's** 283:15
284:4,5
296:8 325:9
389:8 435:15
463:2 474:10
474:10,11
518:6 521:19
535:5 540:2
541:9,10
545:3 550:24
**letter** 233:11
340:5 344:14
344:24 345:9
353:24
494:23
495:11,12,17

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

27

| | | | | |
|---|---|---|---|---|
| 495:19,24 | 351:21 | **Liz** 272:15 | 537:14 538:7 | 527:17 |
| 496:13 497:8 | 352:15,16,22 | 336:3 389:9 | 545:17 | 529:12 |
| 499:20 | 352:24 362:4 | 392:2 423:20 | 550:22 552:2 | 534:19 |
| **letterhead** | 447:18 | 494:10 | **longer** 383:9 | 541:10 |
| 495:23 | **lines** 258:8 | 545:15 | 394:11 | 549:16 |
| **letters** 232:14 | 260:15 | 550:13 | **look** 244:12,16 | **looked** 243:11 |
| 232:18 341:4 | 279:11 | **LLC** 227:20 | 244:21 | 244:18 246:3 |
| 344:18 | 349:16 353:1 | 229:2,15,17 | 247:14 253:5 | 258:19,21 |
| 345:13 | 353:8,11 | 553:20 | 257:19 261:1 | 288:25 314:8 |
| 385:25 | 378:1 534:25 | **LLP** 226:4,14 | 274:5 277:1 | 328:13,25 |
| 461:19 | **link** 276:9 | 227:3,11 | 277:23 | 346:24 |
| 490:23 491:2 | **linking** 477:19 | 228:4,12 | 278:25 | 365:15 |
| 491:3 493:20 | **liquidity** 448:8 | 229:4,10,22 | 303:15 304:3 | 377:25 400:8 |
| 498:8 | **list** 280:6 | 229:23,24 | 314:1,9,11 | 413:7 430:14 |
| **letting** 297:13 | 288:16 447:5 | **load** 307:4 | 314:25 315:4 | 434:10 438:3 |
| **level** 262:9 | 524:18 | 357:18 | 316:6 324:13 | 455:6 468:21 |
| 279:10 | **listed** 258:4 | **loaded** 395:5 | 324:16 325:9 | 484:18,22 |
| 470:17 473:2 | 282:19 | **loading** 335:13 | 329:24 330:2 | 486:13 |
| **levied** 316:20 | 360:11 | **locate** 500:7 | 335:21 | 488:15,18 |
| **lgarau@mp...** | 368:20 369:2 | **lockbox** | 340:19 341:6 | 491:1 492:2 |
| 227:23 | 414:20 495:4 | 231:16,18 | 356:15,23 | 500:21 506:8 |
| **Liberty** 228:5 | 499:24 500:3 | 337:19 377:7 | 359:11 | 506:18 |
| **License** | 501:17 | 377:9,11,15 | 360:24 | 543:15 |
| 556:17 | **listen** 287:11 | 378:3,5,11 | 361:13 | **looking** 258:1 |
| **lied** 545:15 | **lists** 278:11 | 378:17,18,19 | 373:14 | 264:23 267:1 |
| **Lift** 232:17 | 523:9 524:16 | 378:25 379:4 | 375:20 | 284:14 |
| 335:18 | **litigation** | 379:10,16,21 | 376:18 380:5 | 303:11,12 |
| **lift-stay** 554:8 | 283:18,21 | 380:1,4,11 | 381:14,22 | 304:6 306:10 |
| **light** 353:9 | 295:2,19 | 380:25 381:4 | 382:20 | 307:3 308:22 |
| **liked** 317:3,12 | 296:2,24 | 381:14 | 389:23 | 324:8 345:25 |
| **limit** 534:20 | 313:9 | 383:20 384:3 | 392:14 | 347:4 362:14 |
| **limited** 448:5,6 | **LITTERINE-...** | 386:3,8,14 | 402:17 | 368:13,19 |
| **limits** 532:20 | 229:7 | 389:22 393:3 | 409:16 | 392:21 395:7 |
| 532:21 | **little** 237:15,15 | 408:19 | 419:15 | 399:22 |
| **line** 234:2,10 | 306:21 327:1 | **log** 283:14,24 | 425:21 436:2 | 403:22 |
| 258:4 260:18 | 334:20 | 283:24 | 438:14 | 405:12 |
| 266:15 | 344:16 | **long** 235:21 | 440:19,20 | 408:10 433:2 |
| 272:16 | 351:18 | 245:9,12 | 443:10 445:4 | 440:6 455:15 |
| 278:18 281:2 | 511:12 | 348:14,16 | 465:12,13 | 458:2 463:21 |
| 285:20 286:9 | 523:14,15 | 374:4,7,16 | 474:12 480:4 | 465:17 |
| 286:25 | **Live** 283:18,20 | 392:2 416:6 | 492:4 493:21 | 474:14 |
| 287:21 300:1 | **LiveLitigation** | 434:17 441:1 | 495:22,23 | 481:13,18 |
| 303:25 351:1 | 235:17 | 448:1 456:10 | 499:22 519:5 | 494:17 |

| | | | | |
|---|---|---|---|---|
| 498:18 | 226:19 | 492:15 | 317:23 357:5 | 250:13 |
| 501:19 | **magnified** | **mapped** | 358:9 368:14 | 251:25 |
| 502:17,22,24 | 523:18 | 328:10,21 | 371:13 419:9 | 252:15,22 |
| 524:22 526:4 | **magnify** | **mapping** | 451:13 | 254:4,23 |
| 526:9,25 | 523:13 | 287:9 330:17 | 464:25 465:6 | 255:16 |
| 531:2 534:12 | **main** 277:6 | 467:23 | 480:1 488:16 | 256:14 |
| 535:3 537:22 | 410:4 413:14 | 470:11 471:6 | 491:7 493:10 | 257:17 |
| 540:13 545:6 | **MAINLAND** | 472:2,7 | 499:19 522:3 | 259:23 264:1 |
| **looks** 301:4 | 226:20 | 477:10 | 525:18 540:8 | 265:3 266:7 |
| **loosely** 328:7 | **maintained** | 478:16,21,25 | 548:19 | 267:9 268:9 |
| 422:8 506:14 | 277:5 300:18 | 479:1 482:23 | 549:12 | 268:20 |
| 521:9 | 309:2 345:13 | **March** 232:18 | **Massachuse...** | 269:12 |
| **Lopez** 292:2 | **maintains** | 340:6 392:16 | 226:11 | 270:19 271:2 |
| **lost** 359:9 | 345:17,17 | 394:13,25 | **match** 468:18 | 271:10,17 |
| 396:24 | 402:17 | 402:1 404:23 | 483:20 | 272:2 273:1 |
| 424:21 | **making** 246:21 | 408:1,11 | **matching** | 274:8 275:23 |
| **lot** 292:10 | 276:17 | 413:8,13,20 | 286:22 287:5 | 275:25 282:6 |
| 297:20 518:7 | **management** | 499:20 | 482:22 | 282:15 284:1 |
| 522:17 537:6 | 225:5,11 | 503:12 | **material** 309:9 | 284:7 286:3 |
| **Lou** 229:23 | 226:2 395:20 | 508:18 | **materials** | 287:18 288:6 |
| **lunch** 332:25 | 417:3 448:8 | 511:21 512:6 | 426:5 | 289:8 296:3 |
| | 478:13 | 512:10,16 | **matter** 236:10 | 296:8,25 |
| | 533:11 | 513:24 515:8 | 242:21 298:4 | 297:6,15 |
| **M** | 555:13 | 515:13 | 312:5 339:19 | 298:23 301:1 |
| **M** 228:17 | **manager** | 531:24 532:5 | **maximum** | 302:6,13 |
| **machine** | 292:10,15 | 534:18 554:3 | 532:19 | 303:1,9,14 |
| 457:13 | **manages** | 554:9 | 533:12 | 304:9 305:6 |
| 501:22,25 | 449:5 | **MARCOU** | **MBA** 262:12 | 305:14 306:5 |
| 502:6 | **managing** | 226:21 | **MCCONNELL** | 306:16,18,22 |
| **machines** | 450:10 | **Marini** 227:20 | 229:17 | 311:11,22 |
| 454:13 | **mandate** 379:1 | 294:17,20,22 | **McKEEN** | 313:3 315:3 |
| **MacKenzie** | **mandates** | **mark** 248:3,10 | 227:14 | 317:14 |
| 264:5,15 | 378:25 379:6 | 273:22 298:9 | 237:14,20 | 318:16 320:1 |
| 447:15,20,25 | **Manges** 227:3 | 317:17 335:7 | 238:7,20 | 320:12 321:1 |
| 448:11,24 | 229:22,24 | 340:5 356:23 | 239:5,15,22 | 321:22 322:5 |
| 449:2,12,14 | **manner** | 357:21 371:5 | 240:6,16 | 322:13 |
| 449:22 450:2 | 297:19 | 371:8 389:12 | 241:6,13 | 323:22 324:6 |
| 450:5,9 | **manual** 284:21 | 418:10 | 242:1,18 | 324:19 326:8 |
| 451:10 | **map** 329:11,21 | 439:12 | 243:2 245:5 | 326:17 |
| **Madam** 396:25 | 339:4,7 | 464:21 499:4 | 245:21 246:6 | 327:12,23 |
| 548:8 | 445:12 | 501:8 521:11 | 246:15 247:2 | 328:14 329:1 |
| **Maestry** | 467:18 469:3 | **marked** 233:16 | 247:6 248:23 | 330:6,21 |
| 233:13 | 469:10 475:3 | 274:13 | 249:12,20 | 332:13 333:1 |
| **MAGGIO** | | | | |

| | | | | |
|---|---|---|---|---|
| 333:8,12 | 504:2 507:9 | 417:23 418:1 | **meant** 305:11 | 326:11 |
| 334:14 | 507:11 | 421:4,8,10 | 305:12 | **merge** 357:18 |
| 335:25 336:4 | 514:21 520:7 | 421:12 | 345:19 362:8 | 357:21 |
| 339:2 345:15 | 525:22 | 432:12 | 362:21 363:9 | 358:11 |
| 346:7,15 | 527:13 | 435:14 | 363:16 | **merged** |
| 352:12 | 533:17,25 | 436:23 | 364:14 | 358:17 |
| 354:16 | 537:9,13 | 447:19 | 375:14 | **MERVIS** 226:8 |
| 357:24 365:1 | 543:22 | 456:14 | 380:10 | **message** |
| 367:7,11,17 | 544:20 545:3 | 464:14 477:6 | 393:21 | 527:21 |
| 376:23 | 545:18 | 477:9,10 | 421:23,25 | **met** 433:9,11 |
| 379:18 381:2 | 546:12 | 479:3 481:5 | 432:13 | 435:3 |
| 383:4,11 | 547:18 | 485:10,11,17 | **Medicaid** | **method** |
| 384:1,4 | 548:10,14,17 | 506:21 | 282:4,5,11 | 468:16 |
| 387:17,23 | 550:7,21 | 507:11 | 400:11 | **MetLife** 229:11 |
| 388:6,18 | 553:2,7 | 516:17 | **meet** 551:23 | **MICHAEL** |
| 389:4 391:16 | 554:12 | 524:10 | **Melendez** | 226:8 |
| 392:3,5 | **McKeene** | 528:10 | 549:18,21 | **Micheletto** |
| 398:18 399:8 | 230:4 | 536:12 | **member** | 229:25 235:4 |
| 401:4 408:16 | **mean** 238:13 | 539:18 | 305:19 449:2 | **middle** 308:24 |
| 409:7 412:19 | 239:20 264:6 | 544:12 | 470:10 | 491:15 |
| 423:21 | 265:2 279:11 | **meaning** | **memorized** | **Milbank** |
| 426:16,24 | 286:16 | 341:13 343:7 | 260:2 | 226:14 |
| 428:8 430:6 | 288:14 302:4 | 344:24 | **memory** 484:5 | 229:23 236:8 |
| 430:21 431:9 | 302:12,15 | 363:17 | 484:9 525:5 | **Miller** 226:22 |
| 431:18 434:1 | 303:7 310:15 | 373:16 | **Memphis** | 230:3 234:3 |
| 434:13 | 321:4,23 | 397:21 | 228:19 | 234:11 236:6 |
| 438:17,21 | 341:11 342:3 | 398:11 | **mentioned** | 236:8 237:21 |
| 441:15 | 343:21 | 404:22 | 247:17 253:4 | 238:11 239:1 |
| 442:16 | 344:17 | 457:16 | 258:18 262:3 | 239:8,19 |
| 443:22 444:6 | 349:23 350:7 | **means** 239:23 | 268:3 285:10 | 240:1,10,19 |
| 444:12,21 | 350:9 353:8 | 261:7 279:20 | 291:21 294:6 | 241:10,17 |
| 452:3,16 | 364:2 367:2 | 279:21 | 294:22 299:1 | 242:3,23 |
| 457:16 | 368:16 | 280:24,25 | 314:24 | 243:5 245:16 |
| 459:13,21 | 374:12,18 | 299:19 | 330:18 331:5 | 246:1,9,18 |
| 460:11,16 | 380:17 387:9 | 300:25 301:3 | 353:1 363:4 | 247:3,11 |
| 463:7 464:10 | 393:12 394:2 | 302:17 304:7 | 369:10,16 | 248:2,16,18 |
| 467:21 | 396:8 397:3 | 304:18 305:5 | 402:16 | 249:3,15,23 |
| 470:14,24 | 397:18 | 343:6 354:1 | 405:18 | 250:17 |
| 471:8,24 | 398:10,15,23 | 366:7 386:19 | 414:25 | 251:12,23 |
| 478:7,19 | 398:25 399:5 | 400:2 421:5 | 466:24 | 252:2,19 |
| 483:1,18 | 399:6,11,20 | 454:24 | 468:22 | 253:1 254:8 |
| 485:16 494:1 | 401:1,10,20 | 495:16 | 487:22 | 255:1,18 |
| 494:5,13 | 415:3,9,14 | 516:20 | **mentions** | 256:15 |

Case: 1:17-cv-02835-LTS Doc #: 133-37 Filed: 05/08/20 Entered: 05/08/20 23:36:49 Desc: Exhibit AE - Part 4 Page 48 of 79

CONFIDENTIAL
Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

30

| | | | | |
|---|---|---|---|---|
| 257:18 260:3 | 323:25 324:7 | 409:15 | 486:1,17,23 | 344:12,25 |
| 263:20 264:3 | 324:20 | 411:23 | 489:9 490:16 | 345:1,4,8 |
| 265:5 266:2 | 326:13,21 | 412:24 | 491:10 492:9 | 346:5,13 |
| 266:10,17 | 327:15 328:3 | 414:11 | 493:1 494:3 | 351:13 352:5 |
| 267:13 268:5 | 328:18 329:3 | 416:18 418:9 | 494:6,15,16 | 352:6 353:2 |
| 268:14,21 | 329:9 330:11 | 418:14 422:2 | 499:8 502:8 | 354:11,20 |
| 269:15 | 331:1 332:15 | 422:11 | 504:4 507:10 | 370:1,8,16 |
| 270:22 271:6 | 333:4,11,13 | 423:19,23,24 | 507:16 508:1 | 370:18,25 |
| 271:13,19 | 333:21 334:6 | 424:10,24 | 513:17,21 | 373:5,17 |
| 272:13,15,21 | 334:7,25 | 425:19 | 514:18,22 | 374:23 375:1 |
| 273:5,12,14 | 335:7,12 | 426:12,20 | 515:1 517:17 | 375:19 |
| 274:3,11 | 336:2,10,23 | 427:3 428:2 | 517:21 | 376:12,15 |
| 275:18,23 | 339:6 340:4 | 428:14 | 520:11 | 377:17,22 |
| 276:1,10 | 340:11,14 | 430:13,22 | 521:10,17 | 382:5,10 |
| 280:15 282:1 | 345:20 346:8 | 431:10 432:1 | 522:1 523:8 | 383:18,24 |
| 282:12,17,21 | 346:20 | 432:3,19 | 525:6,11,15 | 385:4,5 |
| 282:25 283:5 | 352:17 | 433:1 434:6 | 525:23 526:1 | 388:5,11,14 |
| 283:11,25 | 354:17 | 434:16,21 | 527:8,14 | 388:24 389:1 |
| 284:4,13 | 356:22 357:3 | 435:4 436:18 | 533:21 534:7 | 390:6 391:1 |
| 286:5 287:22 | 357:16 358:5 | 437:13 | 537:11,16,18 | 391:10 |
| 288:13 289:4 | 358:6,15,22 | 438:12,19 | 539:10 540:7 | 392:25 |
| 289:13 296:4 | 365:4,9 | 439:2,11,21 | 543:14,24 | 403:21 404:6 |
| 296:16,22 | 366:22 | 441:17,19 | 544:24 545:5 | 408:13,18,24 |
| 297:1,9 | 367:18 | 442:19 444:1 | 545:15,20 | 409:4,9,10 |
| 298:1,9,13 | 368:12 371:7 | 444:9,15,24 | 546:15 547:6 | 409:13 410:8 |
| 299:2 301:6 | 371:12 375:9 | 445:4,10 | 547:15,21 | 411:1 413:2 |
| 302:10,16 | 375:24 376:6 | 450:23 452:7 | 548:3 550:11 | 414:20 |
| 303:5,17 | 377:3,5 | 452:17 | 550:24 551:6 | 440:15 |
| 304:16 305:1 | 379:14,22 | 457:18,22 | 552:5,10 | 456:25 458:6 |
| 305:10,17 | 381:6 383:7 | 459:17,23 | 553:5 | 485:20 508:6 |
| 306:2,9,24 | 383:13,14 | 460:3,13,19 | **million** 300:16 | 528:25 |
| 307:6,9 | 384:2,11 | 462:17 463:2 | 311:24 | 529:23 |
| 308:17,19 | 387:12,20 | 463:10,16 | 312:14,17,18 | 532:14,23 |
| 310:13 | 388:1,9,21 | 464:13,20,24 | 312:23 | 533:15 |
| 311:17 312:1 | 389:7,12,16 | 468:1 470:19 | 313:13,14,15 | 535:13,23 |
| 312:16 313:6 | 390:12,20,22 | 471:4,13,21 | 313:17 | 536:21 538:2 |
| 315:8 316:1 | 391:18,25 | 472:1 473:4 | 314:14,22 | 538:8,16,23 |
| 316:5 317:11 | 392:4,6,12 | 473:20 | 316:19 | 539:9,13 |
| 317:17,21 | 396:16,25 | 475:14 478:8 | 318:14,25 | 541:24 543:4 |
| 318:21 320:4 | 397:5,24 | 478:23 | 331:20 332:1 | 544:19 |
| 320:17 321:5 | 398:22 399:9 | 480:19 | 332:4,11,20 | **mind** 238:5 |
| 321:7 322:1 | 401:7 405:5 | 481:22 482:1 | 337:20 | 245:15 |
| 322:8,24 | 408:21 | 483:5 484:1 | 338:14 344:5 | 270:16,24 |

| | | | | |
|---|---|---|---|---|
| 271:15 | mmervis@p... | 352:11 354:2 | 504:14,19,22 | 439:14,19 |
| 280:12 | 226:8 | 354:15 | 507:18,21 | 445:8 464:22 |
| 331:23 351:6 | moment 367:6 | 355:22 | 508:3 509:25 | 464:25 465:6 |
| 351:15 | 449:1 499:25 | 374:22 | 510:10 512:5 | 491:8 493:11 |
| 355:10 | 547:13 | 376:14 382:4 | 512:9 513:4 | 499:6 521:12 |
| 366:20 367:8 | money 249:19 | 386:9,16 | 513:8 515:11 | 522:3 540:4 |
| 385:16 | 250:2 313:9 | 387:5,6 | 517:1 528:2 | 540:5,8 |
| 396:22 397:1 | 320:6,7,8 | 394:21,23 | 528:9 531:8 | month 440:15 |
| 403:2 410:14 | 337:13 | 395:2,10,12 | 531:19 532:7 | 442:22 |
| 424:23 452:5 | 339:25 344:2 | 396:4 397:11 | 532:10,16 | 456:25 458:6 |
| 475:4 513:16 | 352:19 355:8 | 398:1,15,23 | 533:1,3 | 508:6 530:6 |
| 513:18 | 387:3 395:16 | 399:1,18 | 535:5,17,21 | 532:14 |
| 529:11 544:7 | 398:1,4,6,8 | 400:10,14,19 | 536:1,5 | 533:15 |
| mine 494:3 | 398:14 399:3 | 400:22,25 | 539:11 | monthly 436:9 |
| 522:18 | 399:6,7,11 | 401:2,9,10 | 541:21 | 437:22 |
| Minimally | 399:15,16,19 | 401:15 402:2 | 542:12,16,19 | 485:20 |
| 280:24 | 402:9,21 | 402:5 403:14 | 545:24 546:7 | 506:14 |
| minimum | 404:13 405:7 | 403:20 | 546:19 | 508:12,13,14 |
| 235:12 | 407:1,23 | 405:19 407:9 | Monitor 229:2 | 508:16,23,24 |
| minute 282:22 | 427:12 | 409:22 | 229:3 | 509:7,12 |
| 335:15 | 437:19 438:2 | 420:25 423:2 | monitoring | 510:5,21 |
| 365:10 | 443:18 451:6 | 425:12,24 | 283:19 | 511:7 512:14 |
| 389:11 | 454:3,9,18 | 426:22 428:5 | 379:12 448:7 | 513:13,23 |
| 475:16 | 454:20 461:4 | 433:15,23,23 | Monolines | 514:11 |
| 550:16,19 | 503:20 | 434:11 | 230:6 231:2 | 526:23 |
| minutes 283:9 | 504:16 | 436:13,21 | 232:2 247:24 | 528:25 |
| 333:7,7 | 507:24 511:2 | 437:1,7 | 248:10 253:4 | 532:23 533:8 |
| 383:9 463:6 | 518:14 | 444:4,18 | 274:1,14 | 535:24 |
| 463:7 547:20 | 526:16 | 455:22 | 298:11 304:2 | 536:21 |
| 550:20 552:4 | 533:22 | 456:18,22 | 304:5 308:21 | 538:17 |
| mischaracte... | moneys | 457:10,14,17 | 311:7 317:18 | 539:13 |
| 259:13 | 249:10 | 457:23,24 | 317:19 | morning 236:7 |
| mischaracte... | 277:19,21 | 458:3,4,10 | 324:13 335:8 | 319:14 |
| 326:18 | 298:21 299:1 | 459:9 460:8 | 335:10 340:5 | motion 295:11 |
| missed 294:18 | 307:25 309:1 | 461:13,15 | 340:9 349:15 | 335:17 554:8 |
| 342:24 370:3 | 311:8,19 | 462:2 480:9 | 357:1,6 | Motions |
| misspoke | 312:20,24 | 480:16 | 365:20 | 232:18 |
| 370:11 | 316:18 322:4 | 485:13,14 | 368:10,14 | Movants' |
| misstates | 322:11 | 488:3,4,7,8 | 371:10,14 | 232:18 |
| 330:6 459:13 | 333:24 334:8 | 488:20 | 377:1 378:17 | move 267:5 |
| 460:11 | 338:5,15 | 490:23 | 389:14 | 306:20 |
| misundersto... | 339:11 | 502:13 | 418:12 419:9 | 334:20 |
| 428:23 | 344:10 | 503:13,17 | 433:3 438:4 | 353:21 |

Ahlberg, Timothy H. - Vol. II

April 23, 2020

32

| | | | | |
|---|---|---|---|---|
| 356:12 432:2 | 395:25 396:1 | 351:22 | 229:12 441:6 | 554:21 |
| 462:1,3 | 419:4 449:3 | 405:10 | 527:11 | **notes** 230:11 |
| **moving** 338:5 | 465:24 | 460:23 546:7 | **Newport** | 474:1 |
| 367:8 458:15 | 477:12 481:4 | 546:19 | 227:12,13,16 | **notice** 231:18 |
| 543:2 | 482:17,20 | 552:17 | 227:17 | 389:22 |
| **multiple** 238:4 | 484:24 | **Nayuan** 229:19 | **news** 382:18 | **noticed** 423:21 |
| 319:17,20,24 | 495:13,16 | 553:12,18 | **nice** 537:13 | **noting** 369:9 |
| 320:24 321:9 | 498:24 499:1 | **necessarily** | **night** 553:15 | 369:16 |
| 326:6,12,15 | 520:24,24 | 411:15 | **Non-Debt** | **November** |
| 326:23 378:9 | 524:11,13,16 | 447:14 | 505:21 | 361:1,2,16 |
| 427:21 | 536:23,25 | **necessary** | **non-General** | 455:16 456:1 |
| 498:19 | 537:4,5,7 | 358:21 | 278:11,14 | 474:13 |
| **MUNICIPAL** | 541:7 549:18 | 433:15 | 279:5,8 | 502:24 527:1 |
| 228:3 | 549:25 | 435:18,22 | 280:4 | 527:18 |
| **MUÑIZ** 227:20 | 553:21,21 | **need** 242:14 | **non-GF** 279:12 | 528:13,17 |
| **MUNKITTRI...** | **name's** 254:18 | 253:5 255:19 | **Non-Rum** | 529:9,17 |
| 226:7 | **named** 291:22 | 257:13 | 384:15 | 530:7,14,24 |
| **Muñoz** 229:18 | 482:19 484:6 | 306:15 334:3 | **noncash** | 545:7 |
| **muting** 235:12 | 519:21 | 340:22 | 250:22 | **Noya** 233:11 |
| **Myers** 227:11 | **names** 361:8 | 348:22 | **noncontrov...** | **number** 230:6 |
| 294:17 | 472:17,19 | 357:12 363:8 | 507:18 | 231:1 232:1 |
| | 473:15 474:2 | 374:20 397:5 | **nondotted** | 233:1 260:19 |
| **N** | 474:3 476:4 | 426:4 427:10 | 352:16 | 286:22 287:4 |
| **N** 226:1 227:1 | 477:20 | 434:17 | **nonresponsi...** | 287:15 288:5 |
| 228:1 229:1 | 491:12,17 | 459:15,17,18 | 432:2 | 288:9 289:2 |
| 333:18,18,18 | 493:4,7 | 459:19 463:3 | **noon** 441:6 | 310:11,14,15 |
| **N.A** 230:22 | **Napoli** 450:6 | 474:1 492:15 | 442:23 | 316:7 320:22 |
| 318:3 | 450:13,17,21 | 522:18 | **normal** 377:22 | 322:15,15,17 |
| **name** 235:3 | 451:4 | **needed** 433:13 | 381:3 | 322:20,21 |
| 292:3 294:20 | **Napoli's** 450:8 | **needs** 242:20 | **notarial** | 327:5 346:3 |
| 341:24 342:3 | **narrow** 287:12 | 278:22 | 556:10 | 346:11 351:3 |
| 359:17 | **narrower** | **neither** 392:18 | **NOTARIZAT...** | 360:3 373:7 |
| 360:20,21 | 508:4 | **never** 286:13 | 557:13 | 376:13,16 |
| 361:23 | **Nashville** | 286:19,19 | **notary** 555:5 | 378:22 387:2 |
| 362:12,22,24 | 228:14 | 326:14 | **notation** 346:2 | 442:20 447:4 |
| 363:2,4,5,17 | **Natbony** 228:7 | 406:10 439:4 | 346:11 | 466:9 473:8 |
| 363:23 364:2 | 236:25 283:6 | 446:3 451:2 | **notations** | 473:13,23 |
| 364:14,23 | 283:7 341:10 | 471:5 | 461:17 | 474:4 476:9 |
| 365:2,7 | **NATIONAL** | **new** 226:6,6 | **note** 312:11 | 479:17 492:1 |
| 368:7,15,17 | 227:2 | 226:15,15 | 323:10 | 493:18 495:4 |
| 368:17,20,22 | **nature** 285:16 | 227:5,5 | 390:10 | 498:24 |
| 368:25 369:9 | 326:25 | 228:5,5 | **noted** 413:3 | 511:11 |
| 369:16 | 330:12,14 | 229:6,6,12 | 462:13 | 523:10 524:8 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

33

| | | | | |
|---|---|---|---|---|
| 540:14,14 | 321:22 | 306:5 312:12 | 436:15 437:9 | 319:22 |
| 543:15 | 324:19 339:2 | 313:3 315:3 | 438:6,17,22 | **occasion** |
| **numbered** | 345:15 | 317:7,14 | 441:15 | 477:5 |
| 231:15 422:9 | 366:17 | 318:16 320:1 | 442:16 | **occasionally** |
| **numbers** | 408:16 | 320:12 321:1 | 443:22 444:6 | 244:16 |
| 230:15,19,22 | 546:12 | 321:2,6 | 444:12,21 | 247:18 |
| 231:4,6,21 | 550:11 | 322:5,13 | 450:19 452:3 | **occupancy** |
| 232:6,9,13 | **objected** | 323:22 324:6 | 452:16 | 232:11 |
| 232:16,19 | 367:12 | 326:17 | 459:13 | 419:21 |
| 233:6 238:9 | **objection** | 327:12,23 | 460:11,16 | 420:16,21 |
| 238:13,14 | 238:20,22 | 328:14 329:1 | 462:14,23 | 421:5 423:3 |
| 252:3,6,14 | 239:5,15,22 | 330:6,21 | 464:10 | 424:1,5,8,16 |
| 252:17,21 | 240:6,16 | 332:13 | 467:21 | 433:6 435:1 |
| 276:17,18,20 | 241:6,7,13 | 334:14 | 470:14,24 | 438:25 439:4 |
| 276:22 277:1 | 242:1,18 | 336:22 346:7 | 471:8,24 | 441:4,8 |
| 287:6 288:10 | 243:2 245:21 | 346:15 | 472:22 | 442:25 443:2 |
| 288:16 306:8 | 246:6,15 | 352:12 | 473:17 475:9 | 452:1 458:5 |
| 321:13,21,24 | 248:23 | 354:16 | 475:10 478:7 | 458:15 |
| 322:3,11 | 249:12,20 | 357:20,25 | 478:19 | 459:10 460:5 |
| 328:10,22 | 251:8,20,25 | 365:1 367:14 | 480:18 483:1 | 460:21 461:6 |
| 372:18 474:2 | 252:15,22 | 375:4,17 | 483:18 | 463:25 |
| 477:20 | 254:4,23 | 376:2,23 | 485:16 489:5 | 465:25 488:4 |
| 523:15 | 255:16 | 379:8,18 | 490:8 492:8 | 488:8 502:14 |
| **nzt@mcvpr....** | 256:14 | 381:2 384:1 | 492:24 502:4 | 503:4 504:25 |
| 229:20 | 257:17 | 384:4 387:8 | 504:2 507:9 | 505:3,6,9,13 |
| | 259:23 | 387:17,23 | 507:10,15 | 505:16,19 |
| **— O —** | 263:16 264:1 | 388:6,18 | 520:7 527:4 | 508:4 509:11 |
| **O** 333:18,18,18 | 265:3,21 | 389:4 390:11 | 527:13 | 510:5,21 |
| 555:3,3 | 266:7 268:9 | 390:13,19 | 533:17 | 511:7 512:14 |
| **o'clock** 333:6 | 270:19 271:2 | 391:16 | 534:10 537:8 | 513:13,23 |
| 333:6 | 271:10,17 | 398:18 399:8 | 537:9 543:11 | 514:11,14 |
| **O'Melveny** | 273:1 274:8 | 401:4 405:1 | 543:22 | 515:4 516:18 |
| 227:11 | 280:13 | 409:7 411:17 | 547:11 553:2 | 517:13 |
| 294:16,22 | 281:22 282:6 | 412:19 | **objections** | 518:19 |
| **oath** 235:24 | 282:15 286:3 | 414:10 | 273:3 297:1 | 528:11,15,18 |
| 236:17 552:7 | 287:19 288:6 | 416:17 422:1 | 311:22 326:8 | 529:3,14,18 |
| **object** 238:7 | 288:24 289:8 | 422:5 424:20 | 367:9 534:1 | 530:19,20 |
| 245:5 250:13 | 297:4,5,13 | 425:14 426:8 | **obligation** | 538:17 |
| 265:22 267:9 | 298:23 301:1 | 426:16,24 | 352:11 | 539:14 543:2 |
| 268:20 | 302:6,13 | 428:1,8 | **obtain** 554:7 | 543:9 544:2 |
| 269:12 272:2 | 303:1 304:9 | 430:6,21 | **obtained** | 544:15 |
| 297:24 | 304:22 305:6 | 431:9,18 | 279:13 418:8 | **occupation** |
| 311:11 | 305:14,23 | 434:1,13 | **Obviously** | 292:18 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

34

| | | | | |
|---|---|---|---|---|
| **occupy** 262:20 | 268:16,22 | 327:7 328:8 | 376:7,22 | 424:11,25 |
| **occurred** | 270:2 274:12 | 329:19,24 | 377:3,14 | 425:10,20 |
| 404:25 405:3 | 274:22 275:7 | 330:16 331:6 | 378:4,15 | 426:2 427:10 |
| **occurs** 404:17 | 275:14,19,22 | 332:9,22 | 379:2,15,23 | 427:20 428:3 |
| **office** 549:25 | 276:1,20,25 | 333:4,4,8,10 | 380:15,21 | 428:22 429:1 |
| 549:25 550:3 | 277:13,18,23 | 333:11 334:6 | 381:7,13,22 | 429:17,25 |
| 550:4 | 278:7 279:1 | 334:6,23 | 382:3,7,13 | 430:14 432:1 |
| **officer** 496:9 | 280:16 281:1 | 335:21 336:7 | 383:13,23 | 432:19 433:2 |
| 496:13,23 | 281:10 | 337:3,12 | 384:12,17,23 | 434:7,18 |
| **offices** 348:23 | 282:13 283:1 | 338:4,11,22 | 386:19 | 435:8,12,15 |
| **official** 229:9 | 283:3,4,25 | 339:23 340:4 | 387:13 388:2 | 436:8 438:13 |
| 271:24 | 284:4 285:3 | 340:15 341:1 | 389:8,17,21 | 439:11 440:7 |
| 272:24 274:5 | 285:7 287:12 | 341:6,17 | 389:25 390:5 | 440:11,18,18 |
| **oh** 254:15 | 289:23 290:2 | 342:2,6,10 | 390:20 | 440:19 442:1 |
| 282:21,22 | 290:3,22 | 343:4,15 | 391:25 392:4 | 442:10,20,20 |
| 415:7 441:17 | 291:14 | 344:7 345:12 | 392:13,21 | 443:6 444:2 |
| 447:2 453:11 | 292:12,19,22 | 345:21 346:1 | 393:5,11,25 | 444:2,2,25 |
| 494:20 525:3 | 292:25 | 347:1,6 | 394:17 395:9 | 446:22 |
| 540:2 | 293:22 | 349:8,14 | 395:22 | 447:22,24 |
| **okay** 234:3 | 294:18,25 | 351:6,17 | 396:22 398:5 | 448:9,16 |
| 237:12,13 | 295:5,14 | 352:8,23 | 400:7,13,23 | 449:17,19,20 |
| 238:2,3,12 | 298:8 299:3 | 353:21 | 401:12,24 | 450:8,12 |
| 238:16 239:9 | 299:22,24,24 | 354:10 355:4 | 402:8,20 | 451:13,13,18 |
| 240:2,20 | 300:8,23 | 355:22 356:2 | 403:13 404:2 | 451:21 452:8 |
| 241:4,11 | 301:15,20 | 356:11,22 | 405:16,19 | 452:13 453:5 |
| 242:4,16 | 302:4,11 | 357:4 358:5 | 406:25 407:8 | 454:1,8,21 |
| 243:25 | 303:6 304:1 | 358:7,14,15 | 407:15,19 | 455:5,9,15 |
| 244:25 245:2 | 304:4,17 | 359:4,8,11 | 408:7,22 | 455:22 456:3 |
| 246:2,10 | 306:14,25 | 359:17,25 | 409:6,16,21 | 456:22 457:2 |
| 248:3 249:8 | 307:1,2,8 | 360:2,18,23 | 410:2,7,19 | 457:5,14 |
| 249:16 251:3 | 308:9,17 | 361:10,13 | 411:13,24 | 458:3,14 |
| 252:8,20 | 309:23 | 362:3,5,14 | 412:8 413:6 | 460:20 |
| 253:3,14,18 | 312:24 313:7 | 362:20,25 | 413:19,25 | 461:22 462:1 |
| 254:12 | 314:11,25 | 363:6,13 | 414:6 415:7 | 463:2,5,10 |
| 255:12 258:1 | 315:9,16,21 | 364:1 366:6 | 415:11 416:1 | 464:20 |
| 259:9,15,20 | 316:6,13 | 366:11 368:1 | 416:15 418:9 | 465:10,17,21 |
| 260:15,25 | 317:12,22 | 368:13 369:3 | 418:9,25 | 466:2,22 |
| 261:10 262:5 | 319:6 320:23 | 369:8,21 | 419:5,8,15 | 468:17 |
| 263:10 264:4 | 321:17 | 370:5,21 | 420:14 | 469:18 471:5 |
| 264:16,23 | 322:25 | 371:5,13,18 | 421:24 | 471:14 472:8 |
| 265:12,18 | 324:11,25 | 372:4,12,19 | 422:12,23 | 472:14,20 |
| 266:3,18 | 325:4,9 | 373:3,12 | 423:2,6,16 | 473:21 474:6 |
| 267:5 268:2 | 326:22 327:3 | 374:4 375:10 | 423:19,23,25 | 474:12,14 |

| | | | | |
|---|---|---|---|---|
| 475:3,15 | 517:1,8,11 | **one-time** | 542:17,21 | 501:11 |
| 477:15 478:4 | 517:22 518:6 | 349:23 350:8 | **operationally** | **original** 358:2 |
| 479:19,23 | 518:9,23 | 350:9,10 | 478:3 | 364:13 |
| 480:8,16,25 | 519:2,8 | 353:12,15,18 | **operations** | 495:23 |
| 481:13,17,22 | 520:12 | 353:25 538:2 | 505:20 | **ORRICK** 229:4 |
| 482:2,9,9,13 | 521:10 522:2 | **ones** 237:2 | **opine** 279:18 | **outcome** |
| 482:21 483:6 | 522:14 523:9 | 298:6 417:3 | **opinion** | 556:8 |
| 483:14 484:2 | 523:22 524:2 | 537:22 | 238:18 | **outflow** 277:17 |
| 484:12 486:2 | 524:6,13,18 | **online** 276:2 | 507:20 | 285:11,17,19 |
| 486:11,12,24 | 524:22 | **open** 236:13 | **opinions** | 289:12,16 |
| 487:12,17,24 | 525:22,23 | 527:10 552:7 | 492:19 | 354:21 413:1 |
| 488:19 | 526:2,20,25 | **opening** 231:7 | **opposed** | 414:1 461:17 |
| 489:10,15 | 527:9,15,23 | 358:13 359:7 | 380:13 | 462:20,22 |
| 490:21 491:5 | 528:6 529:2 | 484:19 | 381:11 | 505:21 514:9 |
| 493:10,17 | 529:22 530:3 | 499:13 520:2 | **opposing** | 514:13 |
| 494:17,22 | 530:11,16 | **operate** | 235:13 | 542:23 543:8 |
| 495:2,6,10 | 531:7,13,23 | 304:13 | 367:14 552:9 | 543:20 544:1 |
| 495:19 496:5 | 532:10,16,25 | **operated** | **opposite** | 544:13 |
| 496:12,18,21 | 534:8,12,12 | 483:3 | 250:23 | **outflows** |
| 497:9 498:5 | 534:22 535:3 | **operating** | **opposition** | 285:13 286:1 |
| 499:1,4,15 | 535:17,21 | 370:20 | 295:10 | 286:6,8,11 |
| 499:19 500:4 | 536:5,12,17 | 410:12 459:2 | 335:16 | 286:23 287:2 |
| 500:9,14,19 | 536:22 537:5 | 459:4 488:20 | **option** 302:21 | 287:13 288:4 |
| 501:7,17,19 | 537:24 538:6 | 489:1,3 | **orange** 342:11 | 288:7,8,21 |
| 501:21 | 538:7,15 | **operation** | **order** 225:15 | 289:6,9,14 |
| 502:17,22 | 539:16 | 353:3 | 244:23 253:6 | 289:18 290:6 |
| 503:3,10,19 | 540:14,21 | **operational** | 293:10 | 290:13,20 |
| 503:23 504:9 | 541:9,11,14 | 284:23 | 307:25 | 356:15,18 |
| 504:14,18,22 | 542:10,15,25 | 319:15 | 427:11 | 410:24 412:4 |
| 505:2,12,16 | 543:25 | 349:21 | 441:13,23 | 413:9 414:7 |
| 506:1,6,13 | 544:25 545:3 | 351:25 352:7 | 443:15 554:3 | 414:16 543:1 |
| 506:19,23 | 545:6 547:7 | 353:3,6,9,14 | 554:9 | 545:9 |
| 507:7 508:9 | 547:15,21 | 353:19,20 | **orders** 354:13 | **outlines** |
| 508:13,14,23 | 549:9 552:19 | 354:6 379:21 | **ordinary** | 379:16 |
| 509:3,6,16 | 552:23 553:5 | 393:22 | 244:15 | **outposts** |
| 509:21,25 | 553:5,22,24 | 402:18 | 247:19 | 459:1 |
| 510:4,16,20 | **old** 525:12 | 407:11 410:4 | 258:22 | **output** 348:7 |
| 510:25 511:5 | **once** 285:8 | 411:4,7 | 377:12,16 | 374:15 |
| 511:12,23 | 306:11 354:5 | 413:14,17,21 | 379:3 380:7 | **outside** 269:23 |
| 512:25 | 411:18,19 | 426:21 427:8 | 380:8,16,22 | 272:7 282:6 |
| 514:17,21 | 458:24 | 427:13 428:4 | 381:23 | 314:23 |
| 515:20 516:4 | 490:12 | 487:25 | 415:21 | 375:21 |
| 516:6,16 | **one-off** 545:12 | 541:19 | **Oriental** | 376:18 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

36

404:25 405:4
405:8
**outstanding**
270:21,23
441:1
**overlaps**
416:10
**oversight**
225:4,11
226:2 295:10
555:12

---

**P**

**P** 226:1,1
227:1,1
228:1,1
229:1,1
**p.m** 333:16,20
392:8,11
463:12,15
521:21,24
547:24 548:2
551:2,5
554:19,21
**packet** 494:12
**page** 230:2,6
231:1 232:1
233:1 234:2
234:10
253:12,19
257:20 261:8
277:23 278:1
278:4,16,23
279:12 280:1
280:3 281:2
299:7,8
301:3 303:2
303:15,19,20
303:24 304:3
304:4,15,18
305:4 306:12
306:13,17
307:2 316:4

317:24 319:9
335:22 337:5
340:12 360:1
360:10,19
361:15 369:2
381:14,16
389:24
392:15 405:3
409:17
419:17 433:3
435:15
440:23
475:12
499:22 507:1
540:1 541:10
541:12
**pages** 267:6
299:6 307:7
340:20
358:19
360:24 545:8
**paginated**
494:2,4
**para** 359:16
360:17,22
**paragraph**
300:9 308:24
434:3,10,15
**parameter**
404:20
**parameters**
347:23,24
374:21
404:17
**paraphrase**
434:8
**paraphrased**
434:3
**paraphrasing**
434:5
**Park** 229:12
**part** 253:9
262:11

264:13
344:11
345:13
349:15 370:3
395:25
461:15
470:21
491:20
534:14,16
550:1,4
554:7
**participate**
264:16
**participation**
300:15 554:1
**particular**
250:2 285:3
298:22
308:15
313:24 318:9
322:12
328:10,21
330:17 346:2
366:24 402:2
405:12
429:20
462:12
463:20,25
466:5 468:19
469:3 472:2
472:9,15
473:7,13
474:15,18,22
474:25 476:6
477:8,11,11
477:19
478:16
480:11 482:4
483:16 484:6
484:13,24
494:24
539:24 542:3
543:17

**particularly**
237:2
**parties** 406:6
406:11 511:3
553:14,25
554:6 556:4
556:6
**party** 406:23
542:17
**PASLAWSKY**
226:23
**pass** 280:5
424:9 425:9
550:10
**pass-through**
278:15 279:6
279:8,20,21
279:21,25
280:8,10,17
280:18,20,21
280:24
**pass-throug...**
279:12
**passed** 440:17
**passing**
264:13
**passthrough**
278:12
**PAUL** 229:10
**pause** 282:22
334:3
**PAVEL** 227:15
**pay** 433:16
512:7,11,17
**payment**
382:14,16
384:16,22
405:24 406:2
433:9,10,13
435:17,23
437:20,21
508:8,12,13
511:25 513:2

513:13
514:11 533:8
536:21
538:17,21
549:6
**payments**
308:5 381:19
396:12 435:3
435:9,11,14
435:14,21
436:4,6,10
442:2 454:11
506:10,12,20
507:3,8,22
508:15,16,23
508:24 509:4
509:8,12
510:5,21
511:8 512:15
513:4,11,23
526:24 530:9
532:24
535:24
**payroll** 285:21
285:23
**PDF** 306:13
**peach** 342:11
**pending**
237:25
276:12 297:2
521:18
555:10
**people** 240:3
240:13 275:7
276:7 301:11
301:13
314:17 328:6
348:25 361:5
396:18
416:23
425:11
426:21,25
427:12,13,17

427:20,21
446:8,13
447:1,2,4
448:11,23
449:18,21
521:7 527:21
**percent** 347:5
**Perfect** 358:5
**perform**
471:11
**performed**
284:22
**period** 293:11
344:6,7
348:10 353:6
369:25 370:7
370:24
379:16
394:12,24
395:11 396:3
397:10 398:2
402:1,10
403:3 404:14
404:18,25
405:4,8,14
407:3 408:1
408:4,6,11
410:3 412:10
413:6,7,12
413:19 414:2
414:12 424:7
425:8 439:6
440:16 455:6
455:25 456:9
456:20 458:1
458:11 469:1
503:3,8,13
504:16,19,23
505:5,8,13
508:18,19
509:14 510:1
510:23 511:9
512:20,23

515:7,9,14
516:21,24
517:12,23
518:19
526:16,22
527:1 528:13
528:20 529:9
529:20,24
530:7,14
531:9,11,19
532:6,12,13
535:10,19
544:4 545:14
**periodically**
235:19
258:21
**periods**
433:10 528:2
528:23
530:24
**person** 240:8
427:7 450:4
557:21
**personal**
240:12
270:12 367:1
367:24
483:12
**personally**
274:21,24
349:4 418:19
429:9 430:9
431:12
445:16
463:21
466:24
467:23
469:20 471:5
471:11,18
472:6 489:20
489:24
499:12
500:23

518:25 547:2
551:9
**perspective**
428:4
**phone** 235:19
237:16,17
306:20
334:20 367:8
552:1,2
**phrase** 279:25
280:11
313:25
314:10 366:2
369:1
**phrased**
289:18
**phrasing**
331:23
386:23
**physically**
349:1
**PIETRANTONI**
227:20
**Pinnacle**
228:13
**place** 226:10
228:13
270:17,24
271:14 333:3
383:5 447:19
527:2
**plan** 544:23
**please** 235:16
248:17
253:19
266:11
267:25
273:13,23
278:16 303:9
307:7 308:18
310:9 312:12
316:3 335:9
335:24 336:9

339:14
340:13 351:7
356:24
361:20 365:8
369:14,22
377:4 386:12
388:19
398:25
410:15
412:13 415:4
418:11
434:20,22
439:13
444:13 452:6
457:20 461:9
464:21 466:7
469:7 474:11
476:20 488:6
491:7 499:25
508:21 513:6
513:18
521:11 525:7
530:17
537:17 539:5
546:16
548:15,16
549:10
**pledge** 232:3
232:11
439:15 440:3
440:9,12,13
440:21 441:3
441:11,21
443:3,12,20
444:19 457:1
457:3 463:20
463:22 464:1
464:4 465:25
466:6,11,14
466:15,17,21
466:25 467:6
472:10,13
474:23

475:12 476:1
477:25 479:7
479:7,10,14
482:9,11,16
482:19 483:4
519:15,16
**pledged**
433:25
507:19,21
**plus** 231:14
273:16 294:7
358:2 436:12
493:8
**point** 238:2
319:23
370:21
382:24
403:24
404:21
437:19 439:3
452:9 458:17
**pointing**
304:14
**points** 343:9
**policyholders**
507:21
**Ponce** 227:20
**Poplar** 228:18
**Popular**
409:25
410:20,21
**portion** 308:24
**portions**
243:23,25
248:21 249:5
249:10
**position**
237:16
262:21
272:24 274:6
292:4,7
363:1 447:15
449:11 450:9

482:10
496:25
**positioned**
479:20
**positioning**
479:17
**positive** 262:2
347:5,16
348:24
373:10 380:4
385:8 386:17
406:7 420:11
434:4 454:5
454:15 468:4
473:19
480:23
481:16
495:18
510:14 517:5
520:8 534:11
539:8
**possible**
322:17
351:16 411:8
545:11
**possibly**
296:20
**post** 262:8
**postsecond...**
323:14
**potentially**
374:15
394:16 427:6
464:17
**PowerPoint**
466:8
**PR** 359:16
360:17,22
**practice** 424:7
428:12,16
**precisely**
515:22
**preclude**

355:23
**prefer** 465:15
495:22
**preparation**
243:21 244:4
244:19
247:16,21
258:20 260:1
264:12 273:9
293:1,2
330:15
336:16 377:8
377:10
450:22,25
451:11
466:18 467:2
469:5 471:1
475:5,22,23
478:13
**prepare**
244:23
274:24 275:5
294:1 340:8
340:18
**prepared**
251:3,15
253:21 254:6
255:5,7,14
255:24 256:3
256:7,19,21
256:25 257:5
257:9,11
266:19,21
275:8 312:21
339:5,22
446:23
451:21 462:9
469:11
476:24
510:18
549:13,15
**preparing**
244:20 245:2

245:18
273:17,18
274:20 275:2
291:23
293:23 328:8
328:19
336:25 337:1
341:2 372:8
380:18
381:24
418:16
445:23
468:14 548:7
**presence**
555:21
**present**
229:21
390:15
409:19 410:3
412:10,18,22
414:3,17
449:10 455:7
455:10
531:17
534:15 544:4
544:12
**presentation**
293:9 315:6
351:15
367:25 368:6
376:19 395:8
403:3 411:2
414:20
417:22,25
418:3 429:16
431:25
438:10 439:9
449:8 466:8
508:20 525:2
540:1
**presentations**
264:9,17
329:7

**presented**
271:5 405:3
417:22,24
485:24
**preserved**
554:8
**presumably**
517:3
**pretty** 259:16
322:7 467:13
516:7
**previous**
251:10,22
411:25
**previously**
233:16 236:1
257:25
267:18
326:24
362:21 396:6
397:15 399:1
400:8 408:8
440:6 461:12
488:15
510:12
531:20
534:17 536:2
543:7 548:18
549:11
**PRIFA** 231:5
290:2 291:7
291:12,19,24
292:5,8,11
298:15,17,21
298:25 306:8
308:13
309:13,15,19
312:6,21
322:16,23
327:6,17
330:9 334:13
335:17 337:6
338:6,8,12

338:15 339:1
339:12,18
340:1,8
341:13 342:9
347:14,22
348:7,9,21
349:5,21
352:1,7
354:6 359:23
363:9 364:10
364:21,21,24
368:18
369:12,18
373:1,23
381:24 387:2
387:7 388:14
388:25 390:9
391:2,12
396:4 397:12
398:16 403:8
410:8,12
422:10
462:10
467:10,12,15
467:18
468:18 469:4
469:10,12,19
470:12 471:6
472:14,16
475:16,19
479:24 480:8
481:18
492:17
**PRIFA's**
341:24 342:2
353:2,19
362:22,23
363:2,4,4,5
363:17,23
364:1,14,23
365:2,7
368:7,15,17
368:20,22,25

369:9,16
PRIFA_STA...
  231:17
PRIFA_STA...
  231:14
PRIFA_STA...
  233:14
PRIFA_STA...
  231:19
PRIFA_STA...
  231:8
PRIFA_STA...
  231:11
PRIFAS
  236:11
  238:15
primary
  410:12
principal
  435:23
  536:13
principally
  316:18 448:4
principles
  262:18,19
prior 358:4
  381:10 408:9
  412:6 413:6
  433:10
  500:10
  517:23
priority 441:13
  441:23
  443:16
privileged
  245:24
pro- 443:13
probably
  357:14 372:2
  547:20
problem
  365:12
  525:10

proceed
  235:25 283:1
  283:4 373:20
proceeds
  300:2 312:23
  344:23
  346:19
  377:19
  411:19
  457:13
  501:22 502:1
  512:2,20
process
  348:17 374:8
  429:12
  430:10
  484:16
  492:11 493:7
  551:8,12,17
  552:12,16,18
  552:22
processes
  551:10
processing
  374:12
produce 391:6
produced
  316:21
  430:15 431:2
  432:16 490:5
  494:8,11
produces
  391:4
production
  234:1,4,12
  432:20
  486:14,18
  489:22
  497:15
professional
  292:18
  297:19
program

538:13
541:22,25
542:6,13,24
programming
  347:25
project 447:8
  448:17
PROMESA
  225:4,10
promise 525:9
proportional
  530:4,4
Proskauer
  226:4 294:17
  294:19,23
PROTECTIVE
  225:15
proved 557:20
provide 275:4
  293:22
  361:21
  400:24,24
  425:16
  441:12,22
  443:14
provided
  287:17 293:9
  406:13,16,18
  485:8,11
  493:20 501:9
provides
  433:4 440:24
provision
  299:24
public 227:2
  266:19,21,24
  305:13,16,19
  305:20,20,25
  323:16
  362:10,11
  369:5 555:5
publicly 276:3
published

266:23 276:9
Puerto 225:1,5
  225:8,12,14
  226:2,3
  227:10,21
  229:18
  230:16,18,21
  232:4,7,10
  233:14 240:4
  240:14 248:4
  253:21 254:6
  255:6,8,15
  255:25 256:4
  256:8 257:5
  257:12 266:4
  291:8 300:4
  300:17,20
  305:22 309:3
  309:7,11
  310:2,6,11
  310:18,19
  311:3,8,10
  311:20 313:2
  313:21,25
  314:2,20
  315:11 316:9
  316:16,21
  317:6 318:1
  318:25
  325:16 327:9
  327:10,19
  331:7,17
  332:12
  335:17
  337:14
  338:18
  339:12
  439:16 442:3
  442:7 447:13
  448:4,12,24
  449:23
  451:15
  454:14

480:10,14
522:24
523:24
548:24
549:14
555:12,13,14
pull 273:12,21
  275:3 276:2
  302:24 304:2
  347:14 348:5
  365:5 445:6
  474:8 475:15
  489:20 491:5
  525:6,16
  537:16
  539:25 541:9
  548:15
pulled 378:6
  541:12
pulling 276:7
  429:13
  439:24 440:1
  494:20
  537:24
purpose
  264:21
  359:18
  539:24
purposes
  308:1 321:20
  323:9,11,21
  338:17 352:1
  352:7 353:3
  353:6,9,19
  375:22
  376:19 396:7
  396:8,9
  397:16,17,19
  397:20 459:1
purposes'
  397:4
pursuant
  225:14,19

put 248:16
271:4 274:23
276:1 287:7
289:23 293:8
297:10,13
303:13,16
312:5 315:6
350:1 365:20
416:12
436:11 462:5
469:16
470:11
474:10,11
481:23,24
495:16 548:6
552:5
putting 338:24
339:17 403:2
417:1,7,10
429:4 437:16
446:16
462:18
468:23
490:21 492:6

**Q**

quality 374:14
queries 348:20
348:25
query 347:19
347:22,25
348:1,1,7,15
348:17 349:5
374:17,18,18
374:19,21
question
237:9,9,11
237:24
238:21
239:10
241:20 242:2
242:5,12,13
242:21 243:7

243:9 245:7
245:9,15,17
245:22
246:11,14,20
247:1,4
249:2,16,17
249:21,24
250:23,24
251:10,11,13
251:14
254:19,24
255:2,17
256:1,13,16
259:24
263:11,12
266:9 267:17
267:25 268:6
269:14,16
270:10,21,23
271:12
272:10,22
276:11 279:3
279:4 280:22
280:22,23
281:24
284:18 287:1
287:10,12,23
288:2 289:18
290:5,11,19
297:2,3
299:16 303:6
304:24
306:15
309:13,14
311:16 320:3
320:5 323:17
327:14,16
328:15,17
329:14,18
331:24 334:4
336:9,11
339:15
340:24 344:8

351:7 356:2
356:9,12
361:19
363:12
364:13,13
366:10,21
369:13 370:4
370:11
385:16,17
386:11
387:21
388:20
392:24
396:23 397:1
397:6,8,17
401:6 403:1
403:11
405:25 408:8
412:8,15
414:14
420:19 424:8
424:14,15,19
424:22 425:1
428:24,24
429:1 431:4
434:20
436:25
444:14
450:15 452:5
453:14
457:21
459:19
460:13 461:8
462:16 466:2
469:8 470:8
473:5,11
474:9 476:2
476:20
477:16,16,17
483:19
484:21 485:2
487:5 488:24
491:15,20

492:3,7
493:2 494:14
505:4 508:21
512:8 513:5
513:16
515:22
521:18 526:3
528:6,8
529:11
530:17 534:6
534:9 540:3
541:13 544:8
545:1,4,16
546:14
551:15
questioning
272:16
550:20
questions
236:10,12
253:6 257:14
259:17 272:6
272:8 290:1
293:13,15
319:3 364:7
367:12
428:11 460:1
534:20
537:14 548:4
548:12 550:8
550:12,14,15
553:6,8,25
quick 283:14
283:19
383:12 389:9
quickly 371:9
409:16
514:19
quite 287:12
355:6
quote 443:19
472:10
496:15 538:2

quotes 495:13
495:17

**R**

R 226:1 227:1
228:1 229:1
333:18
R2220 346:23
R4220 347:1
347:14 349:9
372:20
375:11
Rafael 450:6
ran 373:22
range 448:14
RAPPOPORT
227:8
read 264:19
266:11,12
267:25 268:1
295:14,17,23
295:25 298:5
307:19 311:6
316:13 362:3
362:5,7
382:21 397:2
397:7 434:15
434:22,23
442:18
513:19
524:15
546:16,17
557:4
reader 351:14
368:5 394:4
reading
297:23 298:2
299:25 397:1
513:18
ready 459:24
real 334:3
reality 428:16
really 246:18

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                     April 23, 2020

41

| | | | | |
|---|---|---|---|---|
| 251:4 514:5 | 419:2 426:9 | 282:11 | 264:18 267:7 | **record's** |
| **reask** 334:4 | 426:17 429:9 | 319:18,22,24 | 382:22 | 238:17 |
| 508:20 | 429:22 432:7 | 441:13 512:2 | 383:16,19 | **recorded** |
| **reason** 247:13 | 440:5 445:2 | **receive** 235:17 | 390:1,24 | 319:19,23,24 |
| 253:24 254:2 | 445:20 446:1 | 397:21,25 | 391:4 438:14 | 320:22 348:4 |
| 255:23 256:2 | 446:10 447:3 | **received** | **record** 234:12 | 376:12,15 |
| 256:9,18 | 449:2 461:20 | 281:18 | 235:2,21 | **recording** |
| 257:8 313:12 | 463:21 464:5 | 300:16 308:1 | 246:21 247:9 | 237:7 308:2 |
| 388:10,22 | 467:7,10,11 | 316:18 322:4 | 248:1 250:7 | 346:18 |
| 430:19 432:9 | 467:13,20,22 | 343:25 | 259:17 | 541:24 |
| 484:8 492:15 | 468:7,10 | 394:14 396:5 | 266:12 268:1 | **records** |
| 496:19 497:3 | 469:24 | 397:13 | 274:2 276:2 | 345:17 |
| 501:13 | 471:12,18 | 400:14 | 284:2,5,9,12 | 385:13,21 |
| **reasons** 502:6 | 472:18 476:8 | 408:18 433:7 | 288:11 | **RECOVERY** |
| **recall** 238:6,8 | 476:12,22 | 438:16 441:4 | 297:11,14 | 229:3,16 |
| 244:5,9 | 477:1,19,22 | 441:5,9 | 298:12 | **red** 337:8,12 |
| 257:23 | 478:20 479:3 | 443:1 501:2 | 317:20 | 338:11 |
| 261:16 262:3 | 479:16 | 515:18 | 321:14 | **redemption** |
| 263:17,23 | 484:20 485:1 | 532:20 | 333:16,20 | 326:1 481:14 |
| 264:2 267:4 | 486:5 487:16 | **receives** 282:4 | 335:11 | **redirect** |
| 267:20 | 487:21 490:9 | 385:1 440:14 | 340:10 | 547:19 |
| 273:19 | 490:13 | **Recess** 284:10 | 349:12 357:2 | **reduced** |
| 284:16 | 497:12,22 | 333:17 392:9 | 358:1 368:11 | 555:22 |
| 293:18 | 498:3,14 | 463:13 | 371:11 373:1 | **refer** 248:21 |
| 294:10 295:5 | 506:7 519:4 | 521:22 | 373:4,8 | 249:4,10 |
| 295:7,13,16 | 520:19 521:7 | 547:25 551:3 | 377:2 378:15 | 253:6 301:5 |
| 295:21 298:2 | 537:21 539:1 | **recipient** | 389:15 392:8 | 331:8,19 |
| 298:6 303:22 | 543:21 | 390:7,25 | 392:11 397:2 | 332:1 358:10 |
| 310:23 314:5 | 547:12 | 391:10 | 397:7 418:13 | 399:12 |
| 318:8 343:3 | 548:21 | **recitation** | 434:23 | 407:16 |
| 345:24 346:1 | **recalling** | 263:21 | 439:20 445:9 | 418:23 419:1 |
| 346:10,22 | 470:16 | **recognize** | 463:12,15 | 506:19 |
| 363:10,11,14 | 478:10 | 253:11,12 | 464:23 | **reference** |
| 364:6 371:21 | **recalls** 297:23 | 274:17 278:2 | 486:18 491:9 | 347:11 |
| 382:1,15,19 | **receipt** 231:13 | 335:23 | 499:7 513:19 | 549:18 |
| 395:1,6,12 | 231:18 | 340:15 | 521:13,19,21 | **referenced** |
| 399:20 | 284:16 285:9 | 371:16,20 | 521:24 540:6 | 233:10 285:2 |
| 400:11,12 | 389:22 | 451:18 | 542:8 546:17 | 362:23 |
| 402:7 403:23 | 441:16 | 493:15 | 547:24 548:2 | 367:23 |
| 404:17 | **receipts** | 522:22 | 550:18 551:2 | 397:23 |
| 406:12,21,24 | 250:10,16 | **recognizing** | 551:5 552:6 | 429:23 432:9 |
| 407:4 412:5 | 252:11 | 259:19 | 553:14 | 541:25 |
| 417:15 418:7 | 281:11,15 | **recollection** | 554:14,19 | **referencing** |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

42

| | | | |
|---|---|---|---|
| 362:12 | reflects 409:18 | relative 530:20 | 470:22 |
| **referred** | **refrain** 552:8 | **relevant** 245:4 | **Remesa** 372:1 |
| 233:16 281:9 | **refresh** 267:7 | 245:20 | **remind** 237:1 |
| 322:16 | 383:16 390:1 | 272:17 | **remit** 533:7 |
| 427:21 | 390:23 391:3 | 293:11 | **remits** 337:20 |
| 429:24 440:8 | **refreshes** | 328:11,23 | **Remittance** |
| 443:9 457:5 | 382:22 | 332:8 427:14 | 231:13 |
| 505:22,25 | 383:19 | 469:1 472:5 | **remittances** |
| 508:5 520:13 | **refuse** 256:12 | 475:6 481:6 | 337:21 |
| 520:18,20 | **refusing** | 491:12,17 | **remitted** 300:3 |
| 524:3 | 256:17 | **relied** 547:14 | 516:13 533:6 |
| **referring** | **regarding** | **rely** 234:5,16 | **remotely** |
| 240:21 | 310:18 | 432:21 | 348:21 349:6 |
| 286:18 291:8 | **regardless** | 486:22 | **Renew** 583:13 |
| 292:1 301:13 | 332:5 454:21 | **relying** 234:13 | 541:21,25 |
| 301:17 | 454:24 | 469:17 | 542:5,13,24 |
| 322:21 | **registers** | 486:19 | **repeat** 249:1 |
| 338:10 | 285:23 | 547:10 | 249:25 266:8 |
| 382:25 398:4 | **regular** 269:22 | **remain** 412:18 | 279:3 281:24 |
| 401:17 | 269:25 | 514:2 531:10 | 290:11 310:9 |
| 412:12 | **relate** 291:19 | **remainder** | 311:15 |
| 427:23 | 420:21 | 437:23 | 324:10,12 |
| 476:14 | 465:19 | **remained** | 328:16 |
| 490:18 491:3 | 552:24 | 516:19 | 329:17 |
| 508:3 511:18 | **related** 230:20 | 536:13 | 334:19 336:9 |
| 521:9 538:5 | 264:17 | **remaining** | 339:14 356:9 |
| **refers** 281:8 | 285:21 | 382:11,12 | 369:13 370:4 |
| 303:21 332:3 | 291:24 318:1 | 384:15,20 | 386:11 |
| 401:15 486:6 | 356:6 416:7 | 407:9 514:4 | 388:20 401:5 |
| 507:18 | 425:23 440:4 | 517:2 | 412:13 |
| 549:24 550:2 | 476:24 | **remember** | 434:19 |
| **reflect** 406:1 | 491:18 519:9 | 295:9,24 | 444:14 |
| 549:2 | 519:18,21 | 296:9,13,14 | 450:15 |
| **reflected** | 520:5 556:6 | 296:20 | 457:21 461:8 |
| 269:3 407:25 | **relates** 270:3,9 | 303:20 | 462:15 465:5 |
| 408:23 409:1 | 270:13 | 334:24 | 469:7 471:16 |
| 429:7 452:20 | 401:17 | 363:15 | 473:11 |
| 473:14 | 420:15 474:5 | 364:12 419:6 | 476:20 488:6 |
| 502:23 | 480:12 | 470:2 472:21 | 490:12 505:4 |
| 513:13,24 | **relating** | 479:17 506:2 | 512:8 513:5 |
| 545:10 | 236:11 | 506:7,11,13 | 530:16 539:5 |
| **reflecting** | **relation** | 539:6 | 546:13 |
| 406:16 | 485:15 | **remembered** | 551:14 |

| |
|---|
| **repeating** |
| 245:15 351:6 |
| 355:10 |
| 366:20 |
| 385:16 |
| 396:23 |
| 513:16 |
| 529:11 544:7 |
| **rephrase** |
| 249:22 |
| 268:17,22 |
| 271:11 544:9 |
| **replace** 527:6 |
| **replaced** 410:3 |
| 410:11 |
| **report** 248:7 |
| 267:11 |
| 273:22 275:1 |
| 275:7,13 |
| 277:4,7,8 |
| 278:1 282:20 |
| 285:20 286:9 |
| 287:8 348:8 |
| 348:15 |
| 373:22,25 |
| 374:2,3,5 |
| 549:13 |
| **reported** |
| 225:20 |
| 555:20 |
| **reporter** |
| 235:22 237:5 |
| 245:12 |
| 266:11 |
| 267:25 |
| 282:23,24 |
| 283:1,3,16 |
| 283:17,17 |
| 306:18,19,20 |
| 306:23 310:8 |
| 324:9,12 |
| 334:18,22 |
| 335:1 367:5 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

43

| | | | | |
|---|---|---|---|---|
| 396:14,19,25 | 259:9 262:17 | respect 272:4 | restructuring | 349:9,11 |
| 434:22 | 285:22 | 275:13 | 517:7,9 | 354:9 355:2 |
| 471:15,20 | 428:10,10 | 276:16 289:6 | result 252:9 | 356:18 |
| 490:11 | required 230:9 | 319:5 327:9 | resulted 368:2 | 372:22,25 |
| 513:18 | 248:5 256:6 | 327:9,19 | results 250:9 | 373:7,24 |
| 517:15,19 | 287:7 318:22 | 356:4 379:13 | 278:5 | 380:2 395:24 |
| 523:1,7 | 424:13 425:3 | 404:8 408:9 | retained | 408:14 411:4 |
| 539:3 546:16 | 425:6 426:22 | 409:14 416:2 | 398:12,17 | 411:19 412:4 |
| 553:16,22 | 433:9,12 | 417:18 443:8 | 399:13 400:5 | 412:21 413:1 |
| reporting | 435:3,9,11 | 468:18 | 401:16 407:7 | 413:5,18,22 |
| 279:16 416:4 | 435:13,14,16 | 472:21 473:6 | 407:24 510:2 | 414:8,17 |
| 448:7 449:6 | 436:4,6,10 | 475:19 521:6 | 510:3 512:2 | 418:5,6,8 |
| reports 273:18 | 437:20,20 | 544:1 554:13 | retract 500:9 | 452:14 453:3 |
| 307:21 | 442:4 506:4 | respectfully | retransferred | 453:25 461:7 |
| represent | 506:10,12,20 | 297:6 | 510:22 | 461:23,24 |
| 252:4 343:24 | 507:3,8,22 | respective | returned | 512:19,22 |
| 351:25 353:2 | 508:8 557:13 | 556:4 | 316:23 | 514:15 518:2 |
| 353:14 | requirement | respectively | revealing | 528:10 533:6 |
| representati... | 262:20 | 530:25 | 245:10,24 | 533:9 543:8 |
| 315:14 317:4 | 425:17,18 | responding | revenue 250:7 | 544:15,18 |
| 331:11 431:1 | requirements | 297:15 | 250:15,19,22 | revenues |
| 468:25 500:5 | 298:20 426:7 | response | 250:25 251:5 | 250:8,9 |
| representative | 427:11 | 242:20 | 251:7,16,18 | 252:4,7,8,10 |
| 225:6,13 | requires | 267:17 | 261:2 265:7 | 252:10 |
| 226:2 291:12 | 262:25 263:4 | 304:23 362:1 | 281:2,5,7 | 288:18,20,22 |
| 393:16 423:9 | 282:13 | 362:2,4,6 | 288:12 | 289:7,11,14 |
| 423:13,17,20 | 284:21 | responsibilit... | 289:16,20,21 | 290:6 319:16 |
| 431:14 547:8 | 299:25 | 275:13 | 289:22 | 320:21 |
| 555:14 | 318:19 | 276:13,15 | 290:10,15,16 | 331:21 332:1 |
| represented | 522:13 | 291:18 | 290:21 291:2 | 332:4,20 |
| 315:9 331:7 | requisite | responsibility | 291:5 308:6 | 343:25 344:5 |
| 501:9 | 417:4 | 275:10 | 316:10,15 | 345:11 346:4 |
| representing | reread 434:14 | responsive | 317:1 319:19 | 346:12,19 |
| 294:16 | reservation | 288:2 424:19 | 319:23,24 | 349:13 |
| requested | 553:13 | rest 514:20 | 320:15,22 | 354:22 355:4 |
| 266:12 268:1 | 554:11 | restate 370:10 | 321:14 | 355:16,21,25 |
| 397:2,7 | reserve 326:2 | 370:22 | 322:14,15,22 | 356:7,17 |
| 434:23 | 481:1,5,11 | 413:11 | 325:17 | 373:1,4,8,20 |
| 513:19 | 537:2 541:4 | 414:13 | 344:22 | 375:21 |
| 546:17 | 554:13 | 415:13 | 346:17,17,21 | 379:17 |
| REQUESTS | resize 334:3 | 453:14 506:6 | 347:12,15,18 | 384:25 385:4 |
| 234:1 | resolution | restrictions | 347:23 348:9 | 397:21,22,23 |
| require 245:7 | 522:23 | 425:23 426:6 | 348:11,12 | 399:13 400:1 |

| | | | | |
|---|---|---|---|---|
| 400:4,4,18 | 418:1,16,19 | 305:22 309:3 | 268:6,11,16 | 448:5,13,17 |
| 401:14,18,22 | 427:18 | 309:7,11 | 269:8,11,19 | 450:3 451:22 |
| 402:24 404:5 | 466:24 | 310:2,6,11 | 269:20 | 452:10,21,23 |
| 407:7,24 | 489:24 | 310:18,19 | 270:18 271:1 | 453:16 |
| 411:5,7,25 | 500:23 | 311:3,8,10 | 271:22 | 454:23 |
| 413:9 414:2 | 510:18 | 311:20 313:2 | 272:20 | 459:23,24 |
| 419:22 421:6 | **reviewed** | 313:21,25 | 277:20 | 467:7 469:19 |
| 422:24 | 244:3,6 | 314:2,20 | 278:17,21 | 470:3 476:15 |
| 424:12 425:3 | 247:20 | 315:11 316:9 | 279:2 292:20 | 476:17 |
| 425:6,8 | 259:25 | 316:16,21 | 294:23 | 479:11,14,24 |
| 452:8,22 | 294:25 | 317:6 318:1 | 297:14 | 482:7 487:1 |
| 453:6,15 | 295:22 296:5 | 318:25 | 298:19 305:5 | 487:20 497:3 |
| 455:1,2,10 | 296:19 341:3 | 325:16 327:9 | 305:12 312:7 | 498:13,17,22 |
| 455:18 456:4 | 359:2 372:7 | 327:10,19 | 312:17 313:2 | 501:18 502:9 |
| 456:12 458:5 | 377:20 430:9 | 331:7,17 | 313:10,16 | 502:20 504:1 |
| 462:11 489:3 | 431:1 499:13 | 332:12 | 314:16 | 504:15 516:4 |
| 502:6 510:3 | 500:11 509:4 | 335:17 | 319:20 | 517:4 518:12 |
| 511:18 512:3 | 519:6 541:23 | 337:14 | 320:20,25 | 518:13 |
| 515:4,14 | **reviewing** | 338:18 | 323:18 | 520:15 |
| 516:9,12,18 | 261:8 275:11 | 339:12 | 326:16 | 525:20 |
| 517:23 | 318:9 325:5 | 439:16 442:3 | 333:13 336:8 | 526:14,18 |
| 526:11 | 344:13 | 442:7 447:13 | 341:19 | 527:3,23 |
| 528:16,18,22 | 371:21 382:2 | 448:4,12,24 | 342:21,24 | 528:1 543:7 |
| 528:22 | 403:16 | 449:23 | 343:11,13 | 547:15 |
| 543:17 | 405:15 426:5 | 451:15 | 345:7 346:6 | **right-hand** |
| **review** 243:20 | 429:10 | 454:14 | 354:15 355:5 | 337:5,9 |
| 243:23 244:1 | **Rey** 229:18 | 480:10,14 | 355:9,18 | 540:18 |
| 244:8,10 | **Rico** 225:1,5,8 | 522:24 | 358:15 360:7 | 549:17 |
| 247:15,18 | 225:12,14 | 523:24 | 362:22 | **rights** 553:13 |
| 275:4,12 | 226:2,3 | 548:24 | 368:25 369:6 | 554:8,11,13 |
| 276:12,15 | 227:10,21 | 549:14 | 374:2,13 | **ring** 396:2 |
| 277:7 284:22 | 229:18 | 555:12,13,15 | 376:8 378:23 | 397:8 |
| 285:23 296:7 | 230:16,18,21 | **right** 241:5,22 | 379:17 381:1 | **Rivera** 229:18 |
| 296:23 | 232:4,7,10 | 246:5 247:22 | 383:2 389:8 | 361:21 362:9 |
| 298:14,17 | 233:14 240:4 | 248:14,22 | 399:25 409:6 | 369:5 496:6 |
| 313:19,23 | 240:14 248:4 | 250:8,18 | 410:22 412:3 | 496:19 |
| 341:2,17 | 253:21 254:6 | 251:7,19 | 416:19 | **ROBERT** |
| 344:18 | 255:6,8,15 | 252:5,21 | 419:16 | 227:6 |
| 372:11 | 255:25 256:4 | 254:10 | 427:12 | **robert.berez...** |
| 374:14 377:6 | 256:8 257:5 | 255:10 | 433:21 439:3 | 227:6 |
| 377:9 385:24 | 257:12 266:4 | 256:10 262:6 | 439:7,25 | **room** 232:8 |
| 385:25 | 291:8 300:4 | 262:15 | 441:9 444:20 | 283:9 451:15 |
| 402:13,15 | 300:17,20 | 266:20,21 | 446:2 448:3 | 452:8,14,22 |

Case: 17-03283-LTS   Doc#: 13364-37   Filed: 05/08/20   Entered: 05/08/20 23:36:49   Desc:
Exhibit A21 - Part 34   Page 64 of 81
CONFIDENTIAL

453:2,3,6,15
454:25
455:10
495:13
496:15 497:6
498:9 499:1
510:2 511:18
512:1,19
516:9,11
526:11
527:25 533:6
533:7 535:7
**ROSE** 226:4
**rotate** 278:24
335:24
340:12
**rotated** 336:1
336:5
**row** 535:5
**rows** 535:1
**RPR** 225:21
**rules** 297:9
**rum** 231:3,5
312:3,23
313:15,15,17
314:14,22
316:20
318:14,25
331:20,20
332:1,4,11
332:20
335:19
337:20 341:7
342:14
343:25 344:5
344:12,23,23
345:2,5,11
346:5,13,19
347:7,11
349:9,12
350:19 351:9
354:21 355:4
355:11,16,21

356:6,17
370:1,8,25
372:1,23
373:2,4,5,8
373:20
374:23,25
375:1 377:18
377:21
379:13 380:2
380:6,10
381:9 383:17
384:20,25
385:3 390:6
392:25
395:13
397:22
399:22
401:18
403:14,20,21
404:1,6
408:14,24
409:14
410:24 411:5
411:6,13,19
411:25 412:4
412:17,21
413:1,5,9,13
413:18,22
414:2,8,18
446:21
**run** 347:19,21
348:8,14,21
348:23,25
349:5 374:2
374:3,5
**running**
347:25
523:15
**runs** 361:1
_____
**S**
**S** 226:1 227:1
227:6 228:1

229:1,13
300:24
333:18,18,18
**S&T** 384:8
385:6 386:20
386:25 387:3
387:6,10
388:17 389:3
391:21
**sample** 493:19
**Samuel** 496:6
**San** 227:21
**satisfactory**
557:21
**satisfy** 315:5
329:6 431:22
**saving** 545:17
**saw** 330:9
336:15 345:3
411:25
461:12 467:5
487:18
504:10
519:15
529:16
534:17 543:7
**saying** 237:7
238:8 280:21
303:18
304:19
344:25
411:16
456:10
467:22
477:13,14
491:24
**says** 254:1,1,5
254:11,11
255:7,11,11
255:20
256:11,21
257:11 258:6
258:9 261:1

285:21
308:25 313:5
324:23
325:14,23
337:18,25
338:20
359:15
360:15
361:12,19
372:13,20
380:4 382:20
383:20 384:6
384:13,18
419:17
420:25
422:12
434:24 435:7
436:17
441:10,16,20
442:1 443:11
443:24
444:23 499:3
507:12,12
523:6 524:7
524:20 541:3
541:8
**scenes** 416:5
**schedule**
453:25
**school** 262:9
525:12
538:13
541:22,25
542:6,13,24
**Science** 384:9
**scope** 272:7
272:11 282:7
**Scotiabank**
454:13 455:3
455:12,23
456:5,13
486:3 487:18
500:20,22,24

501:4 503:18
504:20
511:19 515:9
515:15
516:14
518:11
523:24 524:4
526:13 528:4
530:13 532:8
532:21 535:8
**scratch** 356:14
**screen** 248:17
248:20
264:24
275:17 334:4
335:15 403:4
455:17
527:16 538:4
**scroll** 493:18
**seal** 556:10
557:25
**search** 313:24
**second** 253:5
299:25 307:3
307:5 317:24
359:8,9
361:15 362:4
382:14,16,20
382:23
383:17 384:7
389:23
435:20
**seconds**
283:12
**secret** 305:12
**Secretary**
233:12 384:7
384:14,19
388:4,12,13
388:15,24
389:2 390:8
391:1,11,20
393:7

Ahlberg, Timothy H. - Vol. II                                                April 23, 2020

| | | | | |
|---|---|---|---|---|
| **section** 258:3 | 307:10,13,14 | 457:9 458:8 | 389:18,19 | 316:14 |
| 260:14 | 307:17,18 | 465:3,4,9,18 | 412:25 413:3 | **sentences** |
| 281:11 299:4 | 309:5,6 | 465:19,20,25 | 428:17 429:3 | 434:15 |
| 299:14 | 313:20 316:8 | 466:1 480:6 | 429:18 | **separate** |
| 307:15 | 316:10,12 | 493:11,13,22 | 431:13,19 | 282:19 |
| 308:22 | 317:25 318:4 | 494:18,22,25 | 432:5 439:23 | 321:18 |
| 311:19 | 318:5 324:18 | 495:1 496:6 | 440:3 445:11 | 325:25 |
| 312:25 313:5 | 324:21,23 | 496:9,11,16 | 445:14,16,17 | 370:19 387:2 |
| 319:10 | 325:12,21 | 496:17 498:7 | 446:3,9 | 394:2,4,7 |
| 324:13,16 | 326:3 335:14 | 499:23 500:2 | 463:18 466:4 | 447:18 |
| 325:6,10,10 | 335:19,20 | 502:19 512:3 | 479:9 482:14 | 509:23 |
| 338:17 | 337:6,9,11 | 512:4 522:5 | 486:2,7,9,14 | **separated** |
| 381:18,21,23 | 337:15,15,17 | 522:6,25 | 486:19,25 | 533:23 |
| 382:2,20,25 | 338:2,3,8,9 | 523:5,9,12 | 487:6,10,12 | **separately** |
| 383:1,3,15 | 338:19,20 | 523:14,20,21 | 490:18 497:9 | 387:14 |
| 385:12,19 | 349:17,24,25 | 523:22 524:1 | 497:19 498:1 | 391:23 |
| 419:16 | 357:6,7 | 524:6 525:20 | 498:5,10,11 | **separates** |
| 422:12 | 359:9,12,15 | 536:7 538:3 | 499:9 514:7 | 279:17 |
| 426:10,14 | 359:17,19,21 | 538:4 540:11 | 514:9,13 | **SERVAIS** |
| 433:2 435:16 | 360:4,6,11 | 540:16,20,21 | 518:23,25 | 228:8 |
| 440:21,22,24 | 360:12,20,21 | 540:24 541:4 | 520:17,19 | **serve** 266:19 |
| 442:4,5,18 | 361:2,10,17 | 541:5 542:25 | 522:8 537:19 | **service** 326:1 |
| 443:10 444:4 | 361:24,25 | 543:10 | 543:25 | 359:19 |
| 444:17,23 | 362:1,2,17 | 544:13 | 544:16 | 362:13 |
| **sections** 244:5 | 362:19 | 549:19 | **self-explana...** | 396:12 399:2 |
| 244:7,10 | 368:22,24 | **seeing** 295:6,9 | 280:11 | 399:3 404:10 |
| **see** 253:20,22 | 369:1,3,7 | 303:24 408:3 | **send** 282:3 | 405:20,23 |
| 253:23 258:2 | 372:12,13,20 | 497:12,22 | 344:25 | 406:2,4,9,20 |
| 258:6,10,11 | 381:20,21 | 498:14,15 | 454:10 | 407:2 408:2 |
| 260:17,22,24 | 392:16,19 | **seek** 554:6 | **senior** 447:7 | 505:21 |
| 261:4,5 | 394:18 | **seen** 234:13 | 447:10,13,20 | 510:23 511:3 |
| 265:6,14 | 405:20,22 | 243:14,16,18 | 448:11,23 | 511:25 512:7 |
| 267:10 | 409:19,25 | 254:15 257:3 | 449:13,15,18 | 512:11,18,24 |
| 274:14,15 | 410:1,7,9 | 257:21 | 449:21 | 513:1,3,9,11 |
| 275:20,24 | 419:13,14 | 265:18 | 451:10 | 537:2 541:3 |
| 276:3 278:7 | 421:2,3 | 290:19 291:3 | 496:22 | **servicer** |
| 278:9,12,13 | 422:15,16 | 295:3,20 | **sense** 252:18 | 229:16 |
| 279:12 281:3 | 433:19 | 318:7 329:23 | 304:20 | **Services** |
| 281:12,13 | 441:14,24,25 | 336:12,20 | 324:15 | 229:15 235:6 |
| 283:15,21 | 442:8,9 | 357:9,13,14 | 421:15,16,19 | 553:20 |
| 300:6,7,21 | 443:4,5 | 358:25 359:4 | 485:7,10,12 | **set** 318:12 |
| 300:22 | 451:16 | 359:6 378:2 | **sent** 457:1 | 399:15 442:3 |
| 303:10 | 455:20 457:8 | 379:4 381:17 | **sentence** | 512:19 |

| | | | | |
|---|---|---|---|---|
| 556:10 | 288:22 356:3 | **SNOW** 228:12 | 471:15 | 461:6 |
| **sets** 380:1 | 416:12 | **sold** 316:21 | 479:25 | **South** 228:14 |
| **SFRA** 346:17 | **simple** 242:12 | **solid** 351:5 | 482:23 483:9 | **Spanish** 233:2 |
| **sheet** 534:13 | 388:3 506:23 | **somebody** | 489:1 490:11 | 233:4,6 |
| 557:8 | 514:24 516:7 | 278:22 294:2 | 491:14 501:3 | 359:23 |
| **short** 333:5 | **simply** 500:15 | 296:17 375:6 | 502:10 504:5 | 368:21 |
| 383:6 | 528:14 | 429:23 432:8 | 505:7 511:1 | 465:11,14 |
| **shortly** 438:14 | 542:18 | 474:8 490:2 | 512:21 514:8 | 495:23 496:1 |
| **show** 277:16 | **Simultaneous** | 549:18 | 517:15 523:1 | 522:13,17 |
| 289:10,21 | 275:15 325:7 | **soon** 543:4 | 523:3 525:3 | **speak** 253:14 |
| 290:16 348:9 | 444:8 459:20 | **sorry** 245:12 | 525:3 526:10 | 264:25 273:8 |
| 365:6 386:1 | **single** 230:14 | 290:9 301:21 | 528:13 533:2 | 293:16 |
| 479:21 | 246:19 276:5 | 306:19 307:2 | 538:6 539:3 | 309:15 |
| 482:18 | 296:20 320:9 | 307:23 310:8 | 539:4 540:18 | 310:17,22 |
| 545:13 | 320:23 374:5 | 315:13 | 542:18 | 416:20,23 |
| **showed** 479:6 | 388:4 405:13 | 318:13,25 | 551:24 | 417:6,12 |
| 482:15 492:1 | 407:16 408:3 | 334:2,5,18 | 553:16 | 448:19 |
| **showing** | 430:16 475:5 | 336:2 350:4 | **sort** 280:11 | 450:12,16,24 |
| 406:19 | 489:24 | 356:13 | 554:6 | 451:4,9 |
| **shown** 269:6 | 494:12 | 360:24 | **sound** 329:16 | 482:22 |
| 354:22 | **Sinking** 319:7 | 361:15 | 347:2 | 551:11,16 |
| 391:22 | 325:18,19,25 | 362:16 367:5 | **sounds** 329:17 | 552:11 |
| 458:25 | 326:10 | 367:6,9 | 347:3 522:17 | **SPEAKER** |
| **shows** 256:7 | 480:17,22,24 | 368:24 370:4 | 550:21 | 238:22 241:7 |
| **side** 289:24 | **sitting** 411:14 | 370:10 | **source** 277:6 | 251:8,20 |
| 336:8 337:5 | 473:12 475:4 | 374:23 375:5 | 289:10,11,15 | 263:16 |
| 337:9 354:21 | 475:17 | 375:6,13 | 289:19,21 | 265:21,22 |
| 527:19,19 | 481:17 | 378:19 383:2 | 290:7,10,15 | 275:16 |
| 540:17,18,24 | **six** 283:9 | 385:6 386:5 | 290:16,21 | 280:13 |
| 543:20 | 448:15 | 396:14,22 | 291:2,5,5 | 281:22 |
| **Sierra** 496:6 | **skip** 300:11 | 402:22 | 320:13 | 283:23 |
| 496:19 | **skipped** | 405:25 | 344:15,21 | 288:24 |
| **signature** | 531:23 | 408:23 | 345:10,23 | 304:22 |
| 556:2 557:11 | **slide** 341:7 | 413:11 | 355:1,20,25 | 305:23 |
| 557:24 | 343:23 | 414:12 | 356:17 411:5 | 312:11 317:7 |
| **signed** 557:8 | 403:12 | 415:12,18 | 412:4 413:4 | 321:2 336:22 |
| **significance** | 404:18,21 | 423:6 441:17 | 413:5,18,22 | 366:17 375:4 |
| 451:5 | 413:3 503:11 | 442:12 | 414:1,8,17 | 375:17 376:2 |
| **significant** | **slightly** 334:3 | 443:14 | 461:7,23,24 | 379:8 387:8 |
| 470:1,9 | 523:19 | 451:25 | 512:23 | 390:10,14 |
| **similar** 373:15 | **slot** 457:13 | 453:11,11,13 | 514:15 543:9 | 405:1 411:17 |
| 481:8 | 501:22,25 | 459:12 | 544:15,18 | 414:10 |
| **similarly** | 502:6 | 466:12 | **sources** 354:8 | 416:17 422:1 |

Case: 1:17-cv-02283-LTS Doc #: 133-33 Filed: 05/08/20 Entered: 05/08/20 13:36:49 Desc: Exhibit 33 - Part 4 Page 66 of 79

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

48

| | | | | |
|---|---|---|---|---|
| 422:5 424:20 | 248:21 249:4 | 309:17 | 374:13 | 540:17,18 |
| 425:14 426:8 | 249:10,18 | 313:23 318:8 | 376:24 389:5 | **state** 278:8 |
| 428:1 436:15 | 251:4,15 | 337:7 343:3 | 425:25 | 297:4 555:1 |
| 437:9 438:5 | 252:4 259:12 | 344:2 345:22 | 432:17 | 555:6 557:15 |
| 450:19 | 263:8,18 | 345:24 346:2 | 543:12 553:3 | **statement** |
| 462:14,23 | 287:5 293:12 | 346:22 347:7 | **speech** 297:14 | 231:10 233:9 |
| 472:22 | 295:7,8,21 | 348:22 363:7 | **spell** 553:20 | 245:4,20 |
| 473:17 475:9 | 309:20,24 | 363:8 371:21 | **spent** 437:16 | 246:4 261:2 |
| 475:10 | 311:4,4 | 373:17 374:7 | **spitting** 348:1 | 265:6,9 |
| 480:18 489:5 | 313:12 | 381:16 382:1 | **split** 248:13 | 301:24 302:5 |
| 490:8 492:8 | 314:10 | 386:4,9,15 | 527:16 | 302:18 |
| 492:24 502:4 | 318:18 319:8 | 390:7 391:9 | **spoke** 291:22 | 362:24 |
| 527:4 537:8 | 329:12,21 | 398:15 | 293:14,19 | 363:18,24 |
| 543:11 | 331:9 334:24 | 401:16,25 | 319:13 417:9 | 364:23 365:3 |
| 547:11 | 343:23 | 403:18 416:8 | 467:9 476:13 | 365:5,7 |
| **speaking** | 346:10 | 417:17 418:7 | 485:9 511:12 | 368:7,14,16 |
| 235:16 | 348:11 359:2 | 419:2,6,16 | **spoken** 292:25 | 368:18 |
| 275:15 | 365:24 | 422:9 426:18 | 293:2 308:9 | 369:10,17 |
| 287:20 297:5 | 390:17 | 428:18 429:6 | 448:21 538:1 | 424:18 |
| 297:10 | 396:10 | 431:6 432:8 | 551:19 | 432:13 |
| 314:16 325:7 | 399:15,18,18 | 436:25 437:2 | **Square** 226:5 | 499:13 |
| 332:6 444:8 | 399:19 | 440:5 443:11 | **SS** 555:2 | 500:10,24 |
| 459:20 | 403:11 404:3 | 445:12 | **STA006780** | 501:2 520:2 |
| 467:11 | 418:4,20 | 446:15 447:3 | 465:8 | 540:9,25 |
| **speaks** 255:21 | 420:1,12 | 449:5 450:21 | **stamp** 361:16 | 541:8 |
| **special** 281:2 | 426:10,13 | 451:1 463:19 | **stamped** 372:2 | **statements** |
| 281:5,7 | 429:10,22 | 463:24 | **stand** 265:19 | 230:8,12 |
| 299:10,15,18 | 430:9 431:17 | 476:10,13 | **standing** | 243:12,14,17 |
| 299:21 | 432:7 452:6 | 479:4,10 | 352:19 | 243:19,21,24 |
| 300:18,24 | 464:5 473:15 | 482:15 | **star** 461:2 | 244:1,6 |
| 301:3,9,12 | 474:5 475:7 | 484:20 485:1 | 540:17,19 | 247:14,15,18 |
| 301:21,22,23 | 477:22 | 497:12 | **stars** 343:16 | 248:5 256:5 |
| 301:25 | 478:21 486:5 | 509:21 539:7 | **start** 237:11 | 257:22,25 |
| 307:16,20,22 | 487:10,16,22 | 542:5 544:14 | 246:22 | 258:2,3,7,9 |
| 308:10,13,16 | 488:24 | **specified** | 374:24 386:6 | 258:13,15 |
| 309:1 313:1 | 490:10,14 | 308:1 542:12 | 491:22 505:7 | 259:1,3,4 |
| 316:10,15,25 | 497:22 | **specifies** | 527:25 532:2 | 260:10,16,20 |
| 325:15,17 | 537:22 539:2 | 311:24 | 535:6 | 266:19,20,22 |
| 375:15 | 546:6,18 | **specify** 252:23 | **started** 404:23 | 266:25 267:4 |
| 419:19 | **specifically** | 308:2 438:21 | **starting** | 267:8,15 |
| 488:13,21 | 264:20 272:4 | **speculate** | 404:21 | 269:4,7 |
| 489:4 | 276:21 | 240:8,11 | 523:11 | 284:23 302:2 |
| **specific** 244:9 | 294:11 298:6 | 305:24 | **starts** 342:10 | 302:9,20,23 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                April 23, 2020

49

| | | | | |
|---|---|---|---|---|
| 303:3,8,16 | **stream** 235:18 | **suggest** | 307:22 | 265:6,10,14 |
| 303:21 | 418:5 | 400:23 | 324:10 325:6 | 265:16 |
| 304:21 | **streams** | 497:16 | 336:11 | **SUTCLIFFE** |
| 305:16,22 | 250:22 | **suggested** | 367:13 383:7 | 229:4 |
| 314:4,7,10 | 528:11 | 296:17 | 386:22 | **sweep** 279:10 |
| 314:12 316:3 | **Street** 226:5 | 404:18 438:9 | 387:10 | 279:14 |
| 317:5 341:4 | 228:5 229:5 | **suggestion** | 410:16 415:5 | 520:13,18,21 |
| 341:25 363:5 | **strike** 268:16 | 297:16 | 459:5,6 | 521:2,8 |
| 364:15 369:4 | 374:24 432:2 | **suit** 556:7 | 462:4 466:12 | 524:17,20 |
| 400:9 484:19 | **string** 322:18 | **Suite** 227:21 | 474:10 477:8 | **switch** 414:23 |
| 500:12 | 322:19 | 228:13,18 | 479:8 482:14 | **sworn** 236:1,3 |
| 537:20 | **strong** 492:19 | **summarize** | 489:8 491:2 | 555:17 |
| **States** 225:1 | **structurally** | 325:6 | 496:2,3 | 557:18 |
| 316:22 | 318:23 | **summary** | 500:1 502:11 | **Sylvia** 291:22 |
| 555:11 | **stuff** 358:17 | 545:13 | 506:24 516:2 | 292:1 294:6 |
| **statute** 311:6 | **subject** 338:17 | **super** 305:12 | 521:17 | 314:17 |
| **statutes** | 352:10 | **Supplemental** | 522:11 523:4 | **Symphony** |
| 492:14 | **submitted** | 335:16 | **surplus** | 228:13 |
| **stay** 232:18 | 253:8,8 | **supplement...** | 234:15 | **synthesis** |
| 335:18 | 295:1,18 | 230:9 248:5 | 422:15,21 | 285:22 |
| 550:22 | 296:24 329:7 | 256:6 | 433:18 | **system** 238:15 |
| **stenographi...** | 548:21 | **suppliers** | 436:13 437:3 | 239:3,13 |
| 225:20 | **subordinate** | 286:8 | 437:23 438:1 | 248:12 |
| 555:20 | 497:1 | **supposed** | 474:19 | 288:11 306:8 |
| **step** 277:13 | **Subscribed** | 311:9,20 | 475:13,25 | 322:23 327:6 |
| 354:14,22 | 557:18 | 318:11,15 | 483:4 485:19 | 327:17 |
| 356:5 438:15 | **subsecretary** | 319:1 342:12 | 485:20,22 | 347:14,20,22 |
| 452:20 544:5 | 447:12 | 383:23 428:7 | 486:4,6,15 | 348:4,7,9,21 |
| **STEVENS** | **subsection** | 433:23 | 486:21 487:1 | 349:5 358:18 |
| 226:9 | 442:1 | 434:11 | 487:3,8,13 | 373:1,23 |
| **stock** 296:4,14 | **subsequent** | 436:11,13,21 | 487:19 | 374:8,14 |
| **stop** 296:25 | 300:13 | 437:1 442:11 | 488:12 | 387:2 422:10 |
| 297:8 516:17 | 391:15 | 442:14 | 495:14 | 533:11 |
| 522:19 | 516:24 | 443:20 | 496:16 497:6 | **systems** |
| **stopped** | 544:11 | 444:18 480:9 | 497:11,18 | 322:16 |
| 410:20 | **subsequently** | 485:13 534:2 | 498:9 499:2 | |
| **stopping** | 406:10 | **sure** 235:16 | 502:1 504:12 | **T** |
| 333:3 383:5 | **succeeding** | 237:4 245:17 | 505:23,25 | **T** 226:8 333:18 |
| **story** 503:24 | 435:20,21 | 276:17 | 519:10,13,19 | **tab** 298:10 |
| **straight** 346:9 | **suddenly** | 278:17 | 519:25 520:6 | 306:25 |
| 503:24 | 492:18 | 281:23 | 524:18 | 308:18 |
| **straighten** | **sufficiently** | 290:13 | 530:20 533:5 | 317:18 335:9 |
| 283:22 | 534:24 538:7 | 301:18 | **surprised** | 356:24 371:6 |

| | | | | |
|---|---|---|---|---|
| 371:9 389:12 | **takes** 348:17 | 464:1 465:25 | 409:14 | 470:10 471:7 |
| 418:10 | 439:7 | 495:13 | 410:25 | 471:12,19 |
| 439:12 445:7 | **talk** 237:5 | 496:15 497:6 | 411:14 412:5 | 489:21 |
| 464:21 491:6 | 293:5 417:17 | 498:9 499:1 | 412:17,21 | 499:16,17 |
| 499:5 521:11 | **talked** 293:7 | 509:12 510:2 | 413:5,13 | 500:11 501:2 |
| 537:16 | 436:23 | 510:5,21 | 414:8,18 | 519:3,5 |
| **table** 257:20 | 476:10 | 511:7,18 | 420:16,22 | **team's** 430:10 |
| 257:21,24 | 509:19 | 512:1,14,20 | 423:4 424:1 | **teams** 478:13 |
| 260:16,22 | **talking** 247:6 | 513:13,23 | 424:5,9,16 | **Technology** |
| 265:8 266:15 | 259:6 364:19 | 514:11 515:4 | 438:25 439:4 | 384:10 |
| 303:23 | 378:12 | 516:9,12,18 | 441:4 446:21 | **telephones** |
| **TAFT** 228:4 | 404:21 | 526:11 | 451:16 452:1 | 235:12 |
| **tagged** 252:20 | 414:23 | 528:15,18 | 453:3,25 | **telephonically** |
| 288:9,22 | 459:10 | 533:6 538:17 | 458:15 | 235:11 |
| 290:8 320:21 | 476:16 | 543:9 | 459:10 460:5 | **tell** 234:7 |
| 510:11 | 506:24 507:2 | **taxes** 231:3,5 | 460:21 461:6 | 243:6 251:6 |
| **take** 237:23,23 | 507:3,24 | 232:8 300:3 | 488:4,8 | 251:17 266:3 |
| 237:25 238:1 | 509:17 | 312:3 313:15 | 502:14 503:4 | 304:7 305:3 |
| 246:13 263:8 | **talks** 260:18 | 313:15,18 | 504:25 505:3 | 309:19 |
| 277:13 | **tax** 232:11 | 314:14 | 505:6,9,13 | 310:25 |
| 283:13,20 | 312:23 | 316:20 | 505:16,19 | 332:16 343:5 |
| 284:5 299:7 | 314:22 | 318:14 319:1 | 508:4 514:14 | 345:21 347:6 |
| 333:2 348:14 | 325:17 | 332:11 | 517:13 | 357:13 |
| 365:10 374:5 | 337:20 | 335:19 341:7 | 518:10,20 | 358:24 |
| 374:8,16 | 354:21 355:4 | 342:14,15 | 527:25 | 373:24 |
| 389:10,10 | 355:16,21 | 343:8,25 | 528:11 529:3 | 374:19 |
| 392:2 425:11 | 356:7,17 | 344:12 345:3 | 529:14,19 | 382:22 399:6 |
| 434:17 436:2 | 377:19,21 | 345:5 346:6 | 530:19,21 | 403:9 417:16 |
| 452:18 | 379:13 380:2 | 346:14 347:7 | 532:3,6 | 425:7 428:11 |
| 459:15,18,21 | 384:25 | 349:10 | 533:7 535:8 | 430:4,8,15 |
| 459:24 460:1 | 397:22 | 350:19 351:9 | 539:14 543:2 | 432:23 436:3 |
| 463:3,6,8 | 408:14 411:5 | 355:11 370:1 | 544:2,15,19 | 437:25 |
| 521:18 | 411:6,25 | 370:8 371:1 | **teach** 327:21 | 443:17 |
| 547:16 | 413:1,9,18 | 372:1,24 | **team** 277:9 | 452:13 |
| 550:16 | 413:22 414:2 | 373:2,4,5,9 | 284:22 331:5 | 460:14 468:8 |
| **taken** 261:15 | 419:21 421:6 | 375:1,2 | 358:16 365:5 | 473:22 474:3 |
| 261:17 262:5 | 433:6 435:1 | 380:7,10 | 417:3 429:13 | 474:4 491:6 |
| 264:4 284:10 | 441:8 442:25 | 381:9 383:17 | 431:22 432:4 | 495:20 |
| 323:14 | 443:3 452:8 | 390:6 393:1 | 446:8,14,23 | 497:14 501:7 |
| 333:17 392:9 | 452:14,22 | 395:4,13 | 447:1,4 | 541:15 |
| 463:13 | 453:2,6,15 | 401:18 | 448:22 450:2 | **telling** 247:14 |
| 521:22 | 454:25 | 403:14,20,21 | 450:5 467:2 | 358:16 |
| 547:25 551:3 | 455:10 458:5 | 404:6 408:25 | 468:2 469:23 | **ten** 296:10 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

51

| | | | | |
|---|---|---|---|---|
| **TENDERED** | 362:20 448:9 | 492:11,17 | 497:4 | 302:22,22 |
| 233:17 | 482:13 | 534:3 548:21 | **thereof** 556:8 | 303:18 306:6 |
| **Tennessee** | 548:20 | 552:7 555:19 | **thereon** 248:7 | 306:16 312:4 |
| 228:14,19 | **testifies** | 555:25 556:9 | **thing** 319:13 | 321:10 323:2 |
| **tens** 490:4 | 296:18 | 557:5,6 | 351:3 362:8 | 323:6,12,16 |
| **tense** 390:15 | **testify** 242:6 | **thank** 237:20 | 477:9 491:2 | 324:2 327:4 |
| **term** 260:7,9 | 242:24 | 257:16 | **things** 301:14 | 327:5 332:3 |
| 270:3,8,12 | 255:20 | 275:25 283:4 | 301:16 | 333:1 334:15 |
| 270:17,18,25 | 256:17 272:3 | 283:5 298:8 | 351:16 | 334:25 335:2 |
| 270:25 | 327:11,21 | 306:23 307:7 | 450:25 | 343:1 346:23 |
| 271:15,15 | 555:17 | 333:14 | 477:23 478:3 | 347:24 348:1 |
| 279:20 | **testifying** | 334:22 335:6 | 506:25 532:1 | 348:24 355:6 |
| 299:20,23 | 271:21 | 337:11 | **think** 238:9,24 | 357:16,17,25 |
| 301:9,11 | 291:11 423:8 | 340:23 | 239:6,11,17 | 358:3 363:6 |
| 302:3 304:14 | 547:8 | 367:16,17 | 239:24 240:4 | 367:2 374:4 |
| 304:18 305:9 | **testimony** | 371:4 383:11 | 240:14,18,25 | 376:22 |
| 309:25 328:7 | 230:2 234:14 | 392:5,6 | 241:2,8,15 | 388:10,22 |
| 331:7,15,16 | 236:20 239:2 | 410:17 | 241:19 242:9 | 390:16 |
| 332:10,17 | 239:12,16 | 414:22 | 242:20 243:3 | 391:17 |
| 343:1,3,5 | 241:4 243:22 | 432:13 | 243:10 245:3 | 396:19 399:5 |
| 364:17,20 | 244:2 246:2 | 434:18 | 245:19,23 | 399:17 |
| 398:6,7 | 247:9 255:22 | 440:23 | 246:19,23,24 | 406:13 |
| 399:7,11,12 | 265:19,25 | 441:17 | 252:16 254:9 | 411:13 415:5 |
| 401:22 419:4 | 267:18 | 447:22 | 257:13 | 417:19 |
| 420:3,5 | 271:24 | 453:13 | 259:11 260:4 | 421:24 422:8 |
| 435:11,13,16 | 283:10 | 459:22 465:9 | 260:10,12 | 424:21 |
| 488:21 506:2 | 298:16 | 471:20 | 262:2 265:12 | 431:11 434:2 |
| 507:18 508:8 | 311:12 | 476:18 494:5 | 265:25 266:5 | 438:23,25 |
| 508:10,11,15 | 323:19 | 494:13 | 266:14 | 446:25 447:5 |
| 521:5,8 | 326:18 330:5 | 514:21 | 267:19,22 | 447:24 448:9 |
| **terminology** | 330:7 336:16 | 517:19 523:7 | 268:3,7,12 | 448:14 |
| 420:18 | 336:20 345:6 | 525:8,23 | 268:15,18,24 | 449:17,25 |
| **terms** 259:12 | 364:10 | 529:10 | 269:13 | 450:4 453:23 |
| 318:19 323:2 | 393:15 423:6 | 540:20 | 270:14 271:9 | 457:12 |
| 323:4,5,12 | 424:1,4,6 | 547:21 548:5 | 272:16 273:3 | 461:23,24 |
| 412:6 463:1 | 459:14 460:4 | 548:8,11,13 | 276:11 | 463:3,7 |
| 485:12 | 460:12,14,15 | 550:7 553:9 | 278:19,21 | 468:12,15,17 |
| **test** 525:5 | 460:18 | 553:11,23 | 282:13,21 | 469:2,9 |
| **Testani** 229:23 | 467:14 470:3 | 554:12,16,17 | 289:23 | 470:4,15 |
| **testified** 236:4 | 470:10,21 | **thanks** 334:20 | 291:14 292:3 | 486:7,9,11 |
| 238:4 273:15 | 471:2 475:8 | 358:14 463:9 | 294:20 | 489:6,10 |
| 275:2 312:4 | 486:20 | 496:4 | 295:12 | 494:6 499:12 |
| 343:17 | 489:16 | **then-CFO** | 301:16 | 502:18 |

Henderson Legal Services, Inc.

CONFIDENTIAL

Case: 1:17-cv-03283-LTS   Doc #: 133-37   Filed: 05/08/20   Entered: 05/08/20 23:36:49   Desc:
Exhibit 23 - Part 4   Page 75 of 81

Ahlberg, Timothy H. - Vol. II                                     April 23, 2020

| | | | | |
|---|---|---|---|---|
| 507:22 508:5 | **tilt** 514:10 | 531:11 | 427:22 467:9 | 501:5 511:10 |
| 514:3,5 | **Tim** 333:8 | 532:13,18 | 468:21 469:6 | 511:15 |
| 522:12 | **time** 235:8,8 | 535:10,19 | 470:3,10,21 | 534:25 535:1 |
| 523:14 | 237:7,22 | 536:19 | 473:12 | 536:24 |
| 525:22 527:7 | 268:23 | 541:19 544:4 | 475:24 514:2 | 537:22 539:8 |
| 527:11 | 283:13 284:3 | 545:14,17 | 547:8 548:6 | **topics** 272:5,7 |
| 532:18 538:6 | 287:10 | 548:5,13 | 550:9 551:13 | 272:11 |
| 538:13 | 293:11 | 550:9 553:9 | 551:18,20,25 | **total** 373:17 |
| 547:16,19 | 296:13 | 554:21 | 552:13 | 409:12 |
| 552:3 | 297:21,23 | **timely** 435:23 | **today's** 235:7 | 433:12 456:6 |
| **thinking** | 327:7,18 | **times** 226:5 | 554:2 | 456:8,15,16 |
| 385:15 | 343:12 344:5 | 238:4 242:22 | **told** 244:17 | 456:17 518:4 |
| 420:14 | 344:6 348:10 | 293:16,19,20 | 246:4 296:9 | **totally** 523:2 |
| 513:15 | 353:6 361:16 | 378:16 | 296:13 379:2 | **touch** 263:6,14 |
| **third** 258:4 | 370:18 372:1 | 427:22 476:2 | 403:7 405:6 | **touched** |
| 261:1 287:10 | 374:12,13,20 | **Timothy** | 429:19 432:4 | 264:20 503:6 |
| 360:1 384:12 | 392:1 395:20 | 225:18 230:2 | 437:24 478:4 | **Tour-** 446:19 |
| 384:14 406:6 | 396:12,15 | 235:3 236:2 | 485:5 489:19 | **tourism** 232:7 |
| 406:11,23 | 400:17 403:3 | 554:20 555:9 | 490:2 492:2 | 415:8,24 |
| 442:23 511:2 | 403:8 404:18 | **title** 225:4,11 | **top** 260:12 | 416:3,7,14 |
| 542:17 | 404:20 405:8 | 230:17 292:9 | 267:3 302:1 | 416:22,24 |
| **THOMAS** | 405:14 407:2 | 292:16 | 303:19,22 | 417:2,11,18 |
| 228:6 | 407:23 408:4 | 361:21 517:3 | 314:5 337:23 | 418:18 |
| **thomas.curt...** | 408:6 410:3 | **titled** 299:15 | 346:23 | 419:12,18 |
| 228:7 | 424:7 425:8 | 324:21 | 350:21 | 420:4,9 |
| **thought** 368:8 | 437:19 | 325:10 | 359:12 | 423:9 427:15 |
| 379:2 403:7 | 438:18,20,21 | 335:18 | 361:13 | 429:5 431:15 |
| 403:11 405:6 | 441:6 452:1 | **to-wit** 555:8 | 382:15,19 | 433:7,17 |
| 470:20 478:4 | 456:9,20 | **today** 235:22 | 383:21 385:8 | 436:20,24 |
| **thousands** | 458:1,11 | 236:10,17 | 395:1,6,13 | 439:1 440:8 |
| 489:23,23 | 469:1 503:3 | 237:22 | 399:21 402:7 | 441:4 446:18 |
| 490:4,5 | 503:8,22 | 243:22 244:2 | 402:11 | 446:20 449:6 |
| **three** 258:8 | 504:16,18,23 | 244:19,21 | 406:12 | 449:9 451:15 |
| 260:18 | 508:18,19 | 246:20 | 417:14 | 453:12,19,22 |
| 261:22 | 509:14 510:1 | 247:10,16,22 | 431:12 445:2 | 454:3,7 |
| 293:20,21 | 511:9,13,14 | 253:16 272:6 | 445:20 447:6 | 455:2,11 |
| 325:24 | 512:20,22 | 273:10 | 457:13 464:5 | 472:12 |
| 378:16 482:6 | 515:7 516:20 | 291:23 | 469:24 | 476:15,16 |
| 535:4 | 516:24 | 298:16 | 472:18 | 478:2 482:8 |
| **threshold** | 526:22 | 327:11,22 | 473:19 | 482:21 |
| 532:19 | 528:23 | 336:17 | 475:17 | 484:10 |
| 533:13 | 529:20 530:7 | 349:10 377:8 | 481:10,18 | 487:25 |
| **tied** 277:8 | 530:13 531:9 | 391:7 423:10 | 482:2 498:4 | 489:17,19 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

53

| | | | | |
|---|---|---|---|---|
| 493:9 495:24 | 346:3,11 | 458:18 | 408:19 | 352:2,6,10 |
| 496:14,23 | 349:23 350:8 | 462:13 | 412:22 423:4 | 353:2,4,14 |
| 497:2,4,24 | 350:9 351:5 | 474:16 | 424:17 425:6 | 353:16,18 |
| 498:7 503:6 | 351:22 | 475:13,25 | 442:15 443:2 | 354:6 355:1 |
| 504:11 | 352:11,19 | 483:4 485:21 | 444:4,10 | 355:2,3 |
| 516:13 521:6 | 353:12,16 | 485:21 | 452:10,15 | 378:9,23 |
| 522:23 | 354:1,12,13 | 489:13 490:3 | 455:2,11,19 | 380:11 |
| 523:10 541:1 | 355:20 356:4 | 490:7,19 | 455:24 456:4 | 385:11,19,24 |
| 546:3 | 381:10 386:1 | 491:1 493:19 | 456:7,8,12 | 385:25 386:3 |
| **Tourism's** | 386:5,6 | 494:19 | 457:24 | 386:8,14 |
| 423:25 | 388:4 390:5 | 495:11,12,17 | 458:12,24 | 390:18 |
| **traced** 462:11 | 394:15,16 | 497:21,25 | 462:12 | 394:16 395:3 |
| **tracing** 451:6 | 395:3 403:16 | 498:12,21,25 | 485:13 503:5 | 396:5 397:14 |
| 461:16 | 403:17,19,23 | 503:16 504:1 | 506:4 508:6 | 402:18 406:3 |
| 462:21 | 403:24 404:9 | 504:6 506:4 | 508:25 509:8 | 406:17 407:5 |
| **track** 252:6 | 406:14,16,18 | 506:16 509:5 | 509:13 | 407:24 411:3 |
| 312:22 | 406:19,19 | 510:19 514:3 | 510:13,23 | 413:4,17,21 |
| 396:24 | 407:5,6,10 | 514:15 | 511:2,8,19 | 427:4,19 |
| **tracked** 285:8 | 409:3 411:2 | 516:23 | 512:6,10,15 | 454:6 456:14 |
| 285:10,12,14 | 411:11 413:3 | 526:23 | 515:4,19 | 456:15,16,17 |
| 285:15 | 422:14,18,25 | 531:14 532:7 | 516:15 518:2 | 459:3 503:21 |
| **tracking** | 423:5 424:2 | 533:20 535:1 | 518:15,20 | 509:5 511:24 |
| 312:10,21 | 424:6,9,13 | 535:8 537:25 | 526:13 528:3 | 512:12,23 |
| 313:16 344:3 | 424:17 425:4 | 538:2,5,8,9 | 528:25 529:4 | 516:21 518:3 |
| 344:4 | 427:2 428:7 | 538:11,16,23 | 531:8 532:15 | 531:12,18 |
| **transaction** | 428:20 429:7 | 539:9 541:24 | 532:17,22 | 538:12 |
| 545:12 | 429:11,15,21 | 542:9,11 | 533:1,3,16 | 539:13 |
| **transactions** | 429:24 430:2 | 543:1 544:11 | 533:24 | **translation** |
| 348:3 | 430:4,5,11 | 544:17 | 535:14,24 | 231:15 |
| **transcript** | 430:18 431:3 | 545:23 546:2 | 536:2,6,11 | 232:13,16 |
| 233:17 | 431:7,17,21 | 546:4,9,24 | 541:21 542:2 | 233:5 357:11 |
| 555:24 | 431:23 432:6 | **transferor** | 542:16,20 | 357:13,15,17 |
| **transcription** | 432:10,23,24 | 403:25 | 543:5 544:2 | 358:3,12,20 |
| 555:23 557:6 | 433:8,15,24 | **transferred** | **transferring** | 465:11,14,16 |
| **transfer** 234:7 | 434:11 435:2 | 352:6 353:19 | 410:8 518:11 | 465:18 |
| 234:8 289:11 | 436:11 437:2 | 354:3,4 | **transfers** | 493:23,24 |
| 289:20,21 | 437:21,25 | 355:9 380:14 | 284:24 285:1 | 494:9,21 |
| 290:16,17 | 440:15 443:1 | 388:12,15,24 | 289:1 291:1 | 496:2 522:10 |
| 291:6 341:4 | 443:7,18 | 389:2 395:14 | 291:4 345:18 | 522:15,19 |
| 344:13,15,18 | 444:18 | 404:13,16 | 350:5,10,13 | 525:17 |
| 344:19,22 | 453:10,18,21 | 405:8,10,14 | 350:16,18,22 | **transmittal** |
| 345:2,4,8,9 | 453:25 454:3 | 406:9,10 | 351:3,4,9,13 | 461:19 |
| 345:10,12 | 454:18,19,25 | 407:1,14 | 351:24,25 | **Transportati...** |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

54

| | | | | |
|---|---|---|---|---|
| 274:6 | 427:7,23 | **truth** 555:17 | 412:18,22 | **type** 286:23 |
| **Treasury** | 429:13 | 555:18,18 | 413:1,4 | 371:20,24 |
| 230:14 | 436:21 | **try** 516:4 | 414:7,17 | 372:7,10 |
| 231:13 | 447:12 | 544:22 | 509:23 514:2 | **types** 320:15 |
| 233:12 240:3 | 548:24 | **trying** 351:2 | 514:4,12,14 | 320:16 451:3 |
| 240:13,23 | 549:14,24,25 | 351:20 479:5 | 514:16 | **typewriting** |
| 253:15,22 | 550:2,4 | 492:22 506:2 | 541:18 | 555:22 |
| 254:7,14 | 552:12 553:1 | 507:13,16 | 542:16,20,23 | **typically** |
| 255:6,8,15 | **Treasury's** | **TSA** 230:14 | 543:2,5 | 238:23 |
| 255:25 256:4 | 549:7 | 239:7 242:7 | 544:18 | 240:17,24 |
| 256:8,20,22 | **treatment** | 242:25 243:4 | **Tuesday** 238:5 | 257:23 |
| 257:1,6,10 | 385:3 542:8 | 248:22 249:5 | 275:2 289:1 | 266:23 |
| 257:12 | **trick** 525:8 | 249:11,14,19 | 319:14 341:9 | |
| 264:25 266:5 | **TRINIDAD** | 250:2,4,6,8 | 341:15 | **U** |
| 269:22,25 | 229:19 | 250:10 252:4 | 343:18 | **U.S** 316:23 |
| 273:9 276:5 | **trouble** 237:15 | 252:9,12 | 427:22 548:6 | 343:2,7,8 |
| 276:19 277:2 | **true** 254:10 | 266:1 267:20 | 550:9 551:13 | 380:14 |
| 277:4,9 | 255:10 | 267:23 268:4 | 551:18,20,25 | 381:12 393:2 |
| 281:9 284:22 | 256:10 | 268:8,13,19 | 552:13 554:1 | 409:23 |
| 286:17,19 | 288:17,19 | 268:25 | **turn** 235:16 | **ultimately** |
| 294:7 300:4 | 315:17 | 277:17,19,22 | 237:17 | 396:6 397:15 |
| 300:17 | 331:13 | 278:5,15 | 252:11 | 440:17 |
| 308:10 | 370:23 404:8 | 279:7,16,18 | 253:18 | **unable** 355:1 |
| 310:18 | 409:12 | 281:21 | 277:24,25 | 414:4 500:7 |
| 314:17 | 412:20 455:5 | 282:20 | 289:25 299:3 | **uncertain** |
| 316:23,25 | 555:24 557:5 | 284:20,23 | 306:12,25 | 304:11 366:1 |
| 330:9 343:2 | **trust** 230:20 | 285:8 288:7 | 308:17 319:9 | 406:4 |
| 343:8,8 | 317:25 | 289:2,6 | 360:1 503:10 | **unclear** 266:13 |
| 344:25 | 318:13,18 | 319:15 320:3 | **turning** 516:6 | 390:16 |
| 348:22 384:8 | 319:11 | 320:14 | **two** 237:1 | **underneath** |
| 384:15,20 | 328:12,23 | 321:16 | 260:17 | 549:25 |
| 385:24 | 384:9,10 | 331:22 332:2 | 261:20 267:6 | **understand** |
| 387:15 388:5 | 385:6 386:21 | 337:14,21,25 | 293:20,20 | 236:16,19 |
| 388:13,16,25 | 386:25 387:3 | 338:5 339:11 | 314:17 337:8 | 242:17 |
| 389:2 390:8 | 387:6 388:17 | 339:25 | 357:23 | 254:22 |
| 391:1,11,20 | 389:3 391:21 | 381:11 386:1 | 360:24 378:2 | 257:14 |
| 393:2,7 | 441:2 444:19 | 393:22 394:5 | 412:6 422:13 | 259:15 260:9 |
| 394:8 395:21 | 475:1 | 400:14 | 488:12 | 270:9 272:18 |
| 402:17 | **trustee** 325:20 | 402:18 | 529:15 | 287:25 291:7 |
| 409:23 417:7 | 337:19 | 407:12,17,20 | 534:25 535:1 | 293:10 311:2 |
| 417:9,13 | 378:18 443:2 | 407:23 408:5 | 544:21 | 311:23 |
| 418:4,8 | 444:5,11 | 411:4,10,14 | 545:16 | 315:12 |
| 426:22,25 | 445:1 | 411:20,22 | 553:10 | 318:23 319:2 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

55

| | | | | |
|---|---|---|---|---|
| 324:14 326:6 | 299:17 | 331:15,19,25 | 480:18 489:5 | 229:17 |
| 326:9 332:17 | 300:24 | 332:8,18,19 | 490:8 492:8 | **valid** 270:3 |
| 333:24 334:8 | 301:19 | 381:4 | 492:24 502:4 | **various** 286:24 |
| 334:11 351:2 | 305:18 311:5 | **undertake** | 527:4 537:8 | 298:5 300:10 |
| 351:21 | 311:13,18 | 467:17 | 543:11 | 318:11 |
| 353:23 | 325:1 332:10 | 469:20 | 547:11 | 320:10 |
| 359:22 366:6 | 338:25 | **underwent** | **unique** 462:25 | 341:10 |
| 366:9,14 | 339:19,23 | 492:12 | 463:4 | 378:23 |
| 378:4,21 | 356:19 | **undetermined** | **unit** 316:17 | 379:17 |
| 379:15,19 | 367:19 368:6 | 555:10 | **United** 225:1 | 416:10 422:7 |
| 380:1,23,25 | 369:23 380:9 | **unequivocally** | 316:22 | 425:23 426:7 |
| 381:7 384:9 | 380:10 382:4 | 241:21 242:7 | 555:11 | 445:13 451:7 |
| 398:9 399:11 | 382:6,8,9 | 242:25 451:2 | **universe** | 454:2 467:16 |
| 399:12 | 393:6 395:15 | **UNIDENTIFI...** | 288:10,15 | 468:20 |
| 401:12,13,23 | 400:1,3 | 238:22 241:7 | 431:13 | 470:12 472:4 |
| 415:16 | 412:11,16 | 251:8,20 | **UNSECURED** | 473:9,16 |
| 417:25 | 415:1,3 | 263:16 | 229:9 | 476:25 |
| 435:13 | 422:3,24 | 265:21,22 | **upcoming** | 482:23 |
| 443:23 444:3 | 424:12 425:2 | 275:16 | 435:19 | 485:14 |
| 457:3 462:6 | 428:5 433:22 | 280:13 | **upper** 540:18 | 491:13,18 |
| 479:5 485:18 | 434:9 435:9 | 281:22 | 540:18 | 492:6,13 |
| 488:11,17 | 435:10,12 | 283:23 | **use** 249:6 | 493:5 502:19 |
| 491:11,16 | 436:3,5,9 | 288:24 | 282:16 | 547:4 |
| 492:23 493:8 | 440:11 | 304:22 | 301:11 | **Vendor** 286:10 |
| 497:24 | 442:11,13 | 305:23 | 304:13 | **verify** 315:1 |
| 506:20 508:7 | 444:17 | 312:11 317:7 | 305:25 306:4 | 346:25 485:4 |
| 515:2 520:22 | 452:24 454:2 | 321:2 336:22 | 306:7 322:10 | 489:18,21 |
| 524:10 | 478:2 484:2 | 366:17 375:4 | 328:7 351:12 | **version** 465:14 |
| 534:25 535:2 | 485:23 | 375:17 376:2 | 352:15,21,24 | **VI** 442:5 |
| 541:6 | 488:20 493:8 | 379:8 387:8 | 375:19 399:7 | **video** 235:18 |
| **understanda...** | 494:10 | 390:10,14 | 490:22 | 237:3,6 |
| 351:16 | 495:15 507:5 | 405:1 411:17 | 508:15 521:7 | 554:20 |
| **understandi...** | 507:17 511:6 | 414:10 | **uses** 282:10 | **videographer** |
| 235:9 258:12 | 511:17 | 416:17 422:1 | 282:14 | 229:25 235:1 |
| 258:17,23,24 | 518:18 | 422:5 424:20 | 304:18,20 | 235:4 236:15 |
| 258:25 259:2 | 526:20 531:8 | 425:14 426:8 | 322:3 422:4 | 284:8,11 |
| 259:19,21 | 533:14 | 428:1 436:15 | 422:7 | 333:15,19 |
| 261:6 264:21 | **understands** | 437:9 438:5 | **utilized** 277:9 | 334:1 392:7 |
| 269:2,10,19 | 484:11 | 450:19 | | 392:10 |
| 270:3,8,12 | 507:24 | 462:14,23 | ——————— | 463:11,14 |
| 279:19 | **understood** | 472:22 | **V** | 521:20,23 |
| 281:14 | 269:14 279:9 | 473:17 475:9 | **vague** 438:17 | 547:23 548:1 |
| 298:20 299:9 | 281:24 331:8 | 475:10 | 452:3,16 | 551:1,4 |
| | | | **VALDÉS** | |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

56

| | | | | |
|---|---|---|---|---|
| 554:18 | 541:11 | 554:11 | 516:5 517:9 | **WESTERMAN** |
| **Videotaped** | waived 556:3 | wanted 306:13 | 520:1,20 | 226:24 |
| 225:18 | waiver 554:6 | 367:7 | 527:7,12,16 | **WHEREOF** |
| view 426:1,1 | want 238:1 | wants 324:9 | 533:12,23 | 556:9 |
| viewing | 242:14 248:3 | 525:20 | 543:13 | Whitelaw |
| 257:23 | 248:15 | warehouses | 552:20 556:6 | 229:24 |
| virtually | 249:22 | 342:23,25 | 556:7 | WICKERSH... |
| 225:19 555:9 | 259:13 | warn 547:18 | ways 296:10 | 228:4 |
| visually | 260:25 | wasn't 249:16 | 422:7 454:2 | willing 241:11 |
| 534:19 | 271:11 | 249:21 | 454:5 | 241:21 |
| VOL 225:16 | 278:17,20 | 263:10 | wdenker@m... | wire 454:9 |
| volume 237:17 | 283:20 296:9 | 348:13 | 226:18 | withdraw |
| voucher 341:4 | 296:12 | 367:13 443:6 | we'll 248:14 | 367:4 |
| 344:14 345:9 | 302:24 | 460:15 470:1 | 304:2 371:14 | witness |
| 345:22,25 | 306:25 | 470:8 487:5 | 438:14 507:7 | 235:13 236:1 |
| 346:4,12,25 | 308:23 | 525:8 534:2 | 547:17,22 | 237:19 238:8 |
| 347:4,6,9,10 | 324:11 337:3 | waste 296:12 | we're 246:24 | 238:23 239:6 |
| 347:11 348:2 | 341:6,11 | waterfall | 248:10 267:1 | 239:16,23 |
| 348:2 373:15 | 356:22 | 377:19,21 | 278:23,23 | 240:7,17 |
| 510:18 | 357:18 | 382:11,14,17 | 284:1 299:7 | 241:8,14 |
| 548:20 549:6 | 359:11 | 382:23 | 307:4 365:14 | 243:3 245:14 |
| 551:8,10,12 | 369:21 377:3 | way 238:10 | 368:19 458:2 | 245:23 246:7 |
| 551:17 | 383:8 392:2 | 239:24 | 459:10 | 249:1,13 |
| 552:12,16,18 | 392:13,14 | 242:22 | website 276:4 | 250:14 251:9 |
| 552:21 | 409:16 | 265:10,16 | week 278:6 | 251:21 252:1 |
| vouchers | 429:25 430:2 | 279:22,24 | 293:20 | 252:16,23 |
| 289:1,3 | 440:18,20 | 280:9,16,20 | weekly 273:18 | 254:5 259:25 |
| 344:19 | 444:2 452:13 | 289:18 | 273:22 275:1 | 263:17 264:2 |
| 345:13,18 | 457:17 463:6 | 292:17 | weeks 293:21 | 265:4,24 |
| 347:14 348:4 | 465:13 466:8 | 295:24 305:7 | 312:5 437:16 | 266:8,13 |
| 348:5 354:12 | 475:17 477:8 | 306:6 317:10 | weight 236:21 | 267:10,24 |
| 386:1 461:18 | 499:21 | 317:15 322:6 | Weil 227:3 | 268:2,11 |
| 548:23 | 501:19 | 327:3 329:17 | 229:22,24 | 269:13 |
| 552:24 553:4 | 502:11 | 364:13 | welcome | 270:20 271:3 |
| | 506:24 508:9 | 365:25 | 235:2 333:23 | 271:18 |
| W | 508:22 | 376:25 | 452:19 | 274:10 |
| W 228:15 | 515:21 | 401:12 422:8 | went 254:16 | 280:14 |
| 229:5 | 522:15 | 432:17 | 381:10 399:4 | 281:23 282:9 |
| wait 237:8,10 | 525:16 528:8 | 456:10 | 437:21,23 | 286:4 287:20 |
| 522:15,20 | 531:24 | 461:11 | 440:22 | 288:7,25 |
| waiting 248:19 | 534:23 548:5 | 483:11 487:9 | weren't 336:24 | 289:9 297:3 |
| 365:13,14 | 550:22 | 489:8 506:25 | 424:14 479:8 | 297:16,20 |
| 475:20 | 553:21 | 515:21 516:1 | 482:14 | 298:24 301:2 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

57

| | | | | |
|---|---|---|---|---|
| 302:7,14 | 431:19 434:2 | 283:13 | 544:23 | 300:12,14 |
| 303:2,12,15 | 434:14,24 | **word** 249:6,8 | **writing** 337:24 | 307:11 |
| 304:10 305:7 | 436:16 | 280:7,18 | **wrong** 378:16 | 312:15 |
| 305:15,24 | 437:10 438:7 | 303:3 304:21 | 379:7 | 313:18 |
| 306:6 310:10 | 438:23 | 305:3,21 | | 332:21 372:3 |
| 311:13,15,23 | 442:17 | 306:1,4,7 | **X** | 372:5 374:6 |
| 312:13 313:4 | 443:23 | 328:1 390:15 | **X** 225:3,9,16 | 433:13 |
| 315:4 317:8 | 444:13,22 | 421:11 422:4 | 483:23 | 435:20,21 |
| 317:15 | 450:20 452:4 | 422:7 | | **years** 300:10 |
| 318:17 320:2 | 457:20 | **work** 269:21 | **Y** | 300:13 378:2 |
| 320:13 321:3 | 460:14,17 | 269:24 | **Y** 483:24 | **yellow** 342:6,8 |
| 321:23 322:6 | 462:15,24 | 291:16 | **Yards** 226:15 | 343:16 |
| 322:14 | 464:11 | 326:25 329:5 | **yeah** 251:13 | **yes-or-no** |
| 323:23 326:9 | 467:22 | 333:7 338:23 | 282:9 283:12 | 239:9 242:12 |
| 326:19 | 470:15 471:1 | 339:17,24 | 283:23 | 242:13,21 |
| 327:13,24 | 471:10,17,25 | 377:12,16 | 291:10 319:9 | 243:7,8 |
| 328:16 329:2 | 473:1,18 | 415:22 416:1 | 329:15 | **yesterday** |
| 330:8,22 | 475:11 | 416:6,9,11 | 342:17 | 236:25 |
| 332:14,23 | 478:20 483:2 | 416:16 429:4 | 355:11 362:7 | 248:12 |
| 333:10 | 483:19 | 429:12 | 362:23 | 273:16 |
| 334:15,19,21 | 485:17 489:6 | 430:10 | 369:15 383:2 | 291:21 |
| 334:23 335:5 | 490:9,13 | 431:21 | 385:17 | 319:13 341:8 |
| 336:7 339:3 | 502:5 507:14 | 447:14 448:3 | 386:13 393:9 | 447:25 |
| 345:16 | 507:17,23 | 448:20,22 | 399:17 | 448:10 534:1 |
| 346:16 | 513:20 | 466:22 | 434:17 436:5 | 534:5 551:13 |
| 352:13 365:2 | 517:20 520:8 | 472:12 478:3 | 440:1 444:16 | 551:24 552:1 |
| 366:19 375:7 | 521:14 523:2 | 497:23 548:6 | 457:18,23 | **York** 226:6,6 |
| 375:18 376:3 | 523:4 527:5 | 552:17 | 461:10 | 226:15,15 |
| 376:24 379:9 | 533:18 534:2 | **workbook** | 462:18 | 227:5,5 |
| 379:19 381:3 | 534:5 539:4 | 285:2,5 | 464:11 465:6 | 228:5,5 |
| 384:5 387:9 | 539:6 543:12 | **worked** 416:21 | 473:12,18 | 229:6,6,12 |
| 387:18,24 | 543:23 | 429:18 | 474:10,11 | 229:12 441:6 |
| 388:7,19 | 546:13 547:2 | 533:13 | 476:5,8,16 | |
| 389:5 391:17 | 547:12 548:8 | **working** | 487:9,21 | **Z** |
| 397:20 | 550:10,16 | 446:14,15,16 | 491:24 | **ZACHARY** |
| 398:19 401:5 | 553:3,11 | 466:18 | 494:15 505:5 | 229:13 |
| 405:2 408:17 | 554:17 | **workout** 416:5 | 516:1 522:7 | **zacharyzwill...** |
| 409:8 411:18 | 555:16,20,21 | **wouldn't** 388:5 | 529:13 | 229:14 |
| 412:20 422:6 | 555:25 | 448:21 | 530:18,19 | **zero** 459:3 |
| 424:21 | **witness's** | 470:22 | 538:25 | **Zouairabani** |
| 425:15 426:9 | 247:9 | 527:11 544:6 | 539:20 544:9 | 229:19 |
| 426:17,25 | **wonder** 283:11 | 545:18 | 550:25 | 553:12,18,19 |
| 428:9 430:8 | **wondering** | **wrap** 383:9 | **year** 273:16 | 553:24 |
| | | | 276:5 300:5 | |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

58

| | | | | |
|---|---|---|---|---|
| **ZWILLINGER** | **006** 343:13 | 351:13 352:6 | 312:23 | 370:6,14 |
| 229:13 | 344:10 345:1 | 353:2 411:1 | 313:13,14,15 | 549:9,12 |
| | 349:16 | 413:2 414:20 | 313:17 | **15** 343:12 |
| **0** 540:17,19 | 350:13,19 | 419:16 | 314:14,22 | 402:1 404:23 |
| **0000542** | 351:9 352:8 | 435:24,25 | 316:19 | 407:25 |
| 231:17 | 353:16 355:5 | 442:1 509:24 | 318:14,25 | 408:11 |
| **0001070** | 355:8,12 | 511:23 | 331:20 332:1 | 502:23,24 |
| 231:14 | 356:4 370:2 | **1/10** 433:9 | 332:4,11,20 | 503:12 |
| **0001093** | 370:9,16 | 435:3 436:10 | 337:20 | 508:18 515:8 |
| 233:15 | 371:1 395:16 | 437:20 | 338:14 344:5 | 515:13 527:1 |
| **0001326** | 395:18 | 506:14 | 344:12 346:5 | 528:17,17 |
| 231:19 | 402:21,24 | **1:04** 333:20 | 346:13 370:1 | 529:8,9,16 |
| **0002** 481:1 | 403:15 404:9 | **10** 230:15 | 370:8,16,18 | 529:17 530:6 |
| **0004152** | 404:14 405:8 | 276:6 278:6 | 370:25 373:5 | 530:7,14,14 |
| 231:11 | 405:20 407:1 | 278:16,23 | 373:17,21 | 530:24,24 |
| **0004328** | 407:9,15 | 392:3 463:7 | 374:23 375:1 | 531:3 538:2 |
| 232:15 | 408:1,15 | **10/14/18** | 375:19,22 | 538:8,16,23 |
| **0004742** 231:9 | 410:4 412:1 | 233:11 | 376:12,15,18 | 539:9 541:24 |
| **0004927** | 505:14,17 | **10:54** 284:9 | 377:17,22 | 543:4 544:19 |
| 232:15 | 506:5 508:17 | **100** 347:5 | 381:14 382:5 | 545:7,7 |
| **0006** 344:20 | 508:25 509:9 | **10001-2163** | 382:10 | **150** 228:14 |
| 350:22 | 509:12 510:7 | 226:15 | 383:18 385:4 | **151** 306:17 |
| 351:14,24 | 510:10,13,22 | **10019** 229:6 | 388:11,24 | **1510** 335:9 |
| 355:20 | 511:8,24 | **10036-8299** | 390:6 391:1 | **16** 408:1 |
| 370:20 394:5 | 512:15 | 226:6 | 391:10 | 412:10 |
| 394:15 | 513:25 514:1 | **10153-0119** | 392:25 | 508:18 512:1 |
| 405:10,14 | **00918** 227:21 | 227:5 | 403:21 404:6 | 524:22,23 |
| 406:20 | 229:18 | **10166** 229:12 | 408:13,18,24 | 526:5,10 |
| 408:20 | **02110-2600** | **102** 439:12 | 409:4,9,10 | 528:19 529:3 |
| 409:11,14 | 226:11 | **10281** 228:5 | 409:13 | 530:15,23 |
| **0006787** | **03** 540:19 | **11** 233:18 | **12:00** 441:6 | **1600** 228:13 |
| 232:12 | **0704** 349:17 | 280:1 284:6 | 442:23 | **161** 306:12 |
| **0006917** 233:3 | 349:19 | 548:15,19 | **12:28** 333:16 | **162** 306:12 |
| 233:5,7 | 351:14,24 | **11:13a.m.** | **1202** 356:24 | **16th** 529:24 |
| **0010186** 248:8 | 354:3,12,23 | 284:12 | **1202A** 357:17 | **17** 225:6,12 |
| **0010367** | 354:25 355:3 | **1102** 298:10 | 357:21 | 234:10 |
| 230:10 | 356:3,16,20 | 307:1 308:18 | **1203** 371:9 | 528:20 529:4 |
| **0010368** | 410:12 | **1107** 317:18 | **122** 388:5 | 530:15,23 |
| 230:12 | **084-003064** | **111** 372:13,16 | **13** 544:25 | 531:3,24 |
| **0010543** | 556:17 | 372:17 | **1301** 371:6 | 532:5 534:18 |
| 230:13 | | **117** 300:16 | **1302** 389:12 | **173** 267:6 |
| **002** 481:7 | **1** 264:13 333:6 | 311:24 | **14** 233:19 | **17th** 227:13,17 |
| | | 312:14,17,18 | 341:8 343:12 | 529:24 |

Case:17-03283-LTS Doc#:13734-37 Filed:05/08/20 Entered:05/08/20 23:36:49 Desc: Exhibit AE Part 4 Page 77 of 81

| | | | | |
|---|---|---|---|---|
| **18** 285:20 | **2:54** 392:11 | 409:18 410:2 | **212.969.3000** | **2507** 499:5 |
| 361:1 531:25 | **20** 230:14 | 412:17,21 | 226:6 | [Redacted]**9758** |
| 532:5 534:18 | 273:23 274:1 | 413:8,13,20 | **2124** 537:17 | 495:5 |
| 544:4,12 | 274:14 | 414:2,16 | **2128** 464:21 | [Redacted]**9947** |
| **1891** 231:10 | 284:14 | 503:12 | **2132** 491:6 | 465:20 |
| 344:11,20 | 557:19 | 511:21 512:7 | **2134** 521:11 | **25A** 358:9 |
| 345:1,4 | **200** 228:5 | 512:11,16 | **2135** 445:7 | **26** 231:10 |
| 350:14,20,23 | 229:12 | 513:2,9,12 | **217** 230:20 | 368:10,15 |
| 351:10 352:2 | **2001** 418:10 | 513:24 | **22** 230:20 | 371:6,15 |
| 352:9 353:5 | **2002** 499:20 | 514:10 515:8 | 286:9 317:18 | 377:4 378:8 |
| 353:17 355:9 | **2006** 300:12 | 515:13 516:7 | 317:19,24 | **27** 231:12 |
| 355:17,21 | **2008** 300:13 | 516:11,18 | 324:14 | 371:10,14 |
| 356:5 360:7 | **2009** 361:1,2 | 526:5 527:18 | **23** 231:3 | 378:8 |
| 362:17,19 | 361:16 | 527:19 | 232:19 235:7 | **270** 229:18 |
| 363:1 364:11 | **2014** 315:10 | 528:23 | 335:8,10 | **274** 230:14 |
| 365:6,16,22 | 362:16 | **2017** 390:24 | 345:1,4,8 | **278** 288:18,20 |
| 368:2 | 369:24 | 448:2 526:10 | **2306** 526:17 | 288:22,23 |
| **19** 234:2 | 370:24 372:2 | 528:24 | 526:21 527:2 | 289:2,5,10 |
| 361:16 | 372:3 413:8 | **2018** 531:16 | 528:19 529:5 | 289:14,15,20 |
| **1914** 299:4,14 | 413:12,20 | 534:14 | 529:14,25 | 289:22 290:7 |
| 308:22 | 480:5 | **2020** 225:23 | 530:21 | 290:8,10,15 |
| 311:19 | **2015** 341:8 | 230:14,15 | 532:17,22 | 290:17,21 |
| 312:25 313:5 | 362:16,17 | 232:19 235:7 | 533:10 | 291:2,5 |
| **19A** 230:7 | 369:25 370:7 | 276:5,6 | **236** 230:3 | 320:7 |
| 247:24 | 370:14,24 | 278:6 340:6 | **2360** 529:1 | **28** 231:16 |
| 248:10,14,17 | 372:5 378:18 | 554:3,9 | **23rd** 225:22 | 377:1 378:17 |
| 253:4 264:24 | 392:15 | 555:8 556:11 | 555:8 | 385:12,20 |
| 304:3,5 | 394:12,25 | **2056** 300:14 | **24** 231:5 340:5 | **2882** 410:9,21 |
| **19B** 230:11 | 455:7,9,16 | **20th** 361:2 | 340:9 349:15 | **29** 231:18 |
| 247:25 | 455:16,25 | **21** 230:16 | 362:15 | 389:13,14 |
| 248:11,15 | 456:1 474:13 | 298:11 | 369:22 | **298** 230:16 |
| 253:4 307:**4** | 474:13 480:5 | 308:21 311:7 | 392:14 | **2984** 536:6,9 |
| 316:4 | 511:20 527:1 | 311:19 340:6 | 479:25 480:1 | 536:15 |
| __**2**__ | 527:18,18 | **212.310.8000** | **247** 230:7,11 | __**3**__ |
| **2** 286:23 316:7 | 528:12,13 | 227:5 | **24th** 556:11 | **3** 230:17 |
| 333:6 422:12 | **2016** 230:7 | **212.318.6000** | **25** 231:7 299:6 | 435:16 |
| 442:20 | 248:6 254:15 | 229:13 | 356:23 357:1 | 440:15,22,24 |
| 499:22 | 267:15 | **212.504.6000** | 357:6,25 | 456:25 458:6 |
| **2-minute** | 307:12 | 228:6 | 358:8,10,18 | 485:20 |
| 521:15 | 392:16 | **212.506.5000** | 360:2 365:14 | 528:25 |
| **2(b)** 442:4 | 394:13,25 | 229:6 | 365:20 | 532:14,23 |
| **2:39** 392:8 | 402:1 404:23 | **212.530.5000** | 390:24 | 533:15 |
| | 408:11 | 226:16 | **250** 227:20 | |

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

| | | | | |
|---|---|---|---|---|
| 535:23 | 319:9 479:25 | 324:13 | 509:8 | **5148** 505:6 |
| 536:21 554:3 | 491:8 493:11 | 325:10,10 | **5142** 455:3,12 | **520** 233:8 |
| 554:9 | **340** 231:5 | 418 231:20 | 455:23 456:5 | **521** 233:2 |
| **3-million-plus** | **347** 316:4 | **41st** 226:5 | 456:7,13,17 | **52nd** 229:5 |
| 494:24 | **35** 232:17 | **4220** 347:23 | 456:19 | **548** 230:4 |
| **3-plus** 508:5 | 344:25 499:5 | 348:12 | 500:20,22,25 | 233:18 |
| 529:23 | 499:6,20 | 373:18,20,24 | 501:4,12 | **549** 233:19 |
| 535:13 | **3567-LTS** | **432** 234:2 | 503:18 | **55** 226:15 |
| 539:13 | 225:12 | **439** 232:3 | 511:20 515:5 | **57** 300:14 |
| **3(b)** 440:21 | **357** 231:7 | **44** 235:10 | 515:9,15,18 | |
| 441:20 | 307:7 | **445** 232:7 | 516:14 | **6** |
| 443:10 | **36** 233:2 | **45** 547:20 | 517:24 518:3 | **6** 235:14 |
| **3(b)(2)** 444:4 | 521:12 522:4 | **464** 232:10 | 518:11,15,20 | **6/30/16** 230:11 |
| 444:17,23 | 522:22 | **4741** 360:25 | 526:13 528:4 | **6:24** 521:21 |
| **30** 230:7 | **368** 231:10 | **486** 234:10 | 529:4,8,14 | **6:25** 521:24 |
| 231:20 248:6 | **3691** 535:25 | **491** 232:14 | 529:19 532:8 | **60** 395:23 |
| 307:12 | **37** 233:8 540:4 | **499** 232:17 | 532:11,15,17 | [ Redacted ] ... |
| 418:12 | 540:5,9 | | 532:19,22 | 523:25 |
| 419:10 433:3 | **371** 231:12 | **5** | 533:4,6,7,10 | **6048** 393:24 |
| 438:4 488:16 | **37201** 228:14 | **5** 378:18 | 533:16 535:9 | 394:5,6,17 |
| 506:8 552:3 | **377** 231:16 | 381:18 | 535:14 | 394:22,24 |
| **30(b)(6)** | **38** 233:10 | 383:24 385:5 | **5144** 234:14 | 395:5,10,17 |
| 272:17 | **38119** 228:19 | 385:12 | 456:23 457:7 | 395:23 396:3 |
| 327:11,21 | **389** 231:18 | 388:14 389:1 | 457:11 458:4 | 397:9,25 |
| **31** 232:3 | **3961** 531:15 | 463:6 550:20 | 458:5,7,11 | 399:4,23,25 |
| 439:14,15,19 | 535:18,22 | 550:22,23,24 | 458:16,18,25 | 401:24 402:5 |
| 499:20 | 536:13,18 | **5-minute** | 459:2,9 | 402:9,22,25 |
| **32** 232:7 333:7 | 537:20 | 284:5 463:8 | 460:6,10,22 | 403:8,15 |
| 445:7,8 | 539:12 | 547:16 | 460:24 | 404:13 405:7 |
| 451:14 | 540:15,15,21 | **5(a)** 385:19 | 461:25 | 405:10,13 |
| 474:11 | **3rd** 228:14 | **5(b)** 382:20 | 485:19 486:3 | 409:14 |
| 481:24 495:8 | | 383:1,3,15 | 486:15,20,25 | 509:13,16 |
| 501:20 507:1 | **4** | **500** 228:18 | 487:3,7,19 | 510:6 514:1 |
| 525:7 541:9 | **4** 354:11,20 | **5042** 504:17 | 487:24 488:5 | **6075** 228:18 |
| 541:12,14 | 381:14 | **51** 229:5 | 488:9 501:21 | **610** 227:12,16 |
| 545:8 | 384:17 433:2 | **5138** 458:8,12 | 504:20,23 | **615.651.6700** |
| **3283-LTS** | **4:35** 463:12 | 458:16,21 | 505:3,9 | 228:15 |
| 225:6 | **4:56** 463:15 | 459:3 460:6 | 518:15,21,24 | **617.526.9600** |
| **33** 232:10 | **40** 261:8 303:2 | 460:7,22 | 519:9 524:4 | 226:11 |
| 333:7 464:22 | 303:15,19,20 | 461:25 | 524:14 | **6545** 526:24 |
| 465:1,7 | 303:24 304:3 | 504:24 505:3 | 530:13,21,22 | 529:1,25 |
| **335** 231:3 | 304:4 | 505:10,14,17 | 533:1,4,10 | 531:9,20 |
| **34** 232:14 | **401** 319:10 | 508:17,25 | 533:24 | 532:11,15,24 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                         April 23, 2020

61

| | |
|---|---|
| 533:8,16,24<br>535:15 536:2<br>**67** 230:18 | 455:24 456:3<br>456:8,11,17<br>456:19,23<br>457:24 |
| **7** | 489:14 490:2 |
| **7** 300:13<br>**7:06** 547:24<br>**7:16** 548:2<br>**7:20** 551:2<br>**7:30** 551:5<br>**7:34** 554:19,21<br>**767** 227:4<br>**787.705.2171**<br>227:22<br>**787.759.9292**<br>229:19 | 490:6,18,24<br>495:8 496:15<br>497:5,10,17<br>497:20 498:8<br>498:20<br>499:10,23<br>500:2,6,12<br>500:17<br>502:14<br>503:23,24<br>504:5,15,17<br>507:4 515:6 |
| **8** | 515:10,15,19 |
| **8** 277:23 281:2<br>338:17 442:5 | 516:15,19,21<br>516:24 517:2<br>517:24 518:5<br>527:3 528:12 |
| **9** | 528:16 529:8 |
| **9** 300:13<br>**9:10** 361:17<br>**9:46** 225:22<br>235:8<br>**900** 227:21<br>**901.680.7200**<br>228:19<br>**9028** 393:17<br>408:15<br>**9045** 410:20<br>**9258** 485:21<br>**92660** 227:13<br>227:17<br>**9458** 409:25<br>410:25<br>411:15 412:2<br>538:3 539:16<br>541:17 542:2<br>544:3,13<br>**949.823.6900**<br>227:14,18<br>**9758** 455:19 | 529:20 530:7<br>530:12,22<br>545:9,22<br>546:1<br>**99** 496:15<br>**9947** 457:1,2<br>457:15,19,25<br>465:21<br>477:25 479:7<br>479:10,13<br>482:12<br>485:21<br>490:25 507:4<br>530:8 |

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com