**NATBONY REPLY DECLARATION**
**EXHIBIT 28**



Estado Libre Asociado de PuerTo Rico  **ANEJO 51**
**DEPARTAMENTO DE HACIENDA**
*ÁREA DE CONTABILIDAD CENTRAL DE GOBIERNO*
NEGOCIADO DE CUENTAS

16 de noviembre de 2016

Ernst & Young
Hato Rey, P.R.

Estimados señores:

En carta del 22 de julio de 2015, el señor José Malavé Durant, Director Interino del Área de Finanzas de la Autoridad de Carreteras, solicita que certifiquemos directamente a ustedes, la información relacionada a las cuentas que la Autoridad mantiene en este Departamento.

### I. Autoridad de Carreteras-Cuentas 278-0660000-781-2014

| | | |
|---|---:|---:|
| Balance inicial al 1 de julio de 2014 | | $ 5,890,803.51 |
| A. Ingresos 2014-2015 | | |
| Impuestos sobre la gasolina | 157,106,718.36 | |
| Impuesto sobre aceite diésel | 10,174,468.61 | |
| Licencias vehículos de motor | 32,252,820.26 | |
| Total de Ingresos | | 199,534,007.23 |
| B. Gastos Contabilizados 2014-2015 | | 206,234,334.40 |
| Gastos de otros conceptos Años anteriores | | 138,761.56 |
| Total de Gastos | | 206,373,095.96 |
| Balance al 30 de junio de 2015 | | $ (948,285.22) |

16 de noviembre de 2016  
Ernest & Young

**ANEJO 51 (Cont.)**

| | | |
|---|---|---|
| II. Autoridad de Carreteras-Cuentas | 278-0660000-993-2014 | |
| | 278-0660000-782-2014 | |
| | 278-0660000-994-2015 | |

Balance inicial al 1 de julio de 2014     $    15,795,501.47

    C. Ingresos 2014-2015

       Impuestos sobre el petróleo     207,916,011.06

    D. Gastos Contabilizados 2014-2015     225,266,508.32

Balance al 30 de junio de 2015     $    (1,554,995.79)

### III. Autoridad de Carreteras-Cuentas 278-0660000-081-2014

Balance inicial al 1 de julio de 2014     $    280,532.68

    A. Ingresos 2014-2015

       Multas de Peaje     13,153,883.93

    B. Gastos Contabilizados 2014-2015     12,817,893.36

Balance al 30 de junio de 2015     $    616,523.25

### IV. Autoridad de Carreteras-Cuentas 278-0660000-003-2014

Balance inicial al 1 de julio de 2014     $    4,744,596.63

    A. Ingresos 2013-2014

       Registro Motor     57,333,212.14

    B. Desembolso Contabilizados 2013-2014     54,034,615.22

Balance al 30 de junio de 2015     * $    8,043,193.55

2

CONFIDENTIAL     HTA_STAY0028472

16 de noviembre de 2016  
Ernest & Young

**ANEJO 51 (Cont.)**

### V. Autoridad de Carreteras-Cuentas 278-0660000-779-2014

| | |
|---|---|
| Balance inicial al 1 de julio de 2014 | $ 1,818,000.00 |
| A. Ingresos 2014-2015 | |
| Cigarrillos | 19,992,000.00 |
| B. Gastos Contabilizados 2014-2015 | 20,144,000.00 |
| Balance al 30 de junio de 2015 | * $ 1,666,000.00 |

### VI. Autoridad de Carreteras-Cuentas 278-0660000-780-2014

| | |
|---|---|
| Balance inicial al 1 de julio de 2014 | $ 350,050.00 |
| A. Ingresos 2014-2015 | |
| Derechos Registro Arrastre | 142,050.00 |
| B. Gastos Contabilizados 2014-2015 | - |
| Balance al 30 de junio de 2015 | $ 492,100.00 |

### VII. Autoridad de Carreteras-Cuentas 278-0660000-784-2015

| | |
|---|---|
| A. Ingresos 2014-2015 | |
| Impuesto $6.00- Non Diésel | 40,107,816.56 |
| B. Gastos Contabilizados 2014-2015 | 30,000,000.00 |
| Balance al 30 de junio de 2015 | $ 10,107,816.56 |

\* Mediante la Ley Núm 30 y 31/2014 estos ingresos estan pignorados para el repago de líneas de crédito con el BGF. Los desembolsos se realizan directamente al BGF y no a la Autoridad Carreteras.

3

CONFIDENTIAL    HTA_STAY0028473

16 de noviembre de 2016  
Ernest & Young

**ANEJO 51 (Cont.)**

VIII. Autoridad de Carreteras-Cuentas 278-0660000-785-2015

    A. Ingresos 2014-2015

        Impuesto $3.25 – Diesel & Non Diesel    $ 17,556,382.27

    B. Gastos Contabilizados 2014-2015

Balance al 30 de junio de 2015    $ 17,556,382.27

Estamos a su disposición, para aclarar cualquier duda favor comunicarse con la señora Rosemary Pedrero Ayala, Directora del Negociado de Cuentas al 787-721-2020 ext. 2338

Cordialmente,

[Redacted]

Jayson O Padilla Morales  
Secretario Auxiliar  
Área de Contabilidad  
Central de Gobierno

4

[logo:]
COMMONWEALTH
OF PUERTO RICO

Commonwealth of Puerto Rico
**DEPARTMENT OF THE TREASURY**
*Central Accounting Office of the Government*
ACCOUNTING UNIT

APPENDIX 51

November 16, 2016

Ernst & Young
Hato Rey, P.R.

To whom it may concern,

In the letter dated July 22, 2015, Mr. José Malavé Durant, Interim Director of the Finance Office of the Highways Authority, requests that we directly certify for you the information related to the accounts that the Authority maintains in this Department.

**I. Highways Authority-Accounts 278-0660000-781-2014**

| | | |
|---|---|---|
| Initial balance as of July 1, 2014 | | $ 5,890,803.51 |
| A. Revenues 2014-2015 | | |
| Gasoline taxes | 157,106,718.36 | |
| Diesel oil tax | 10,174,468.61 | |
| Motor vehicle licenses | 32,252,820.26 | |
| Total Revenues | | 199,534,007.23 |
| B. Expenses Recorded 2014-2015 | | 206,234,334.40 |
| Expenses for other items Previous years | | 138,761.56 |
| Total Expenses | | 206,373,095.96 |
| Balance as of June 30, 2015 | | $ (948,285.22) |

CONFIDENTIAL

HTA_STAY0028471

November 16, 2016　　　　　　　　　　　　　　　　　　**APPENDIX 51**
Ernest & Young　　　　　　　　　　　　　　　　　　　**(Cont.)**

| | |
|---|---|
| II. Highways Authority-Accounts | 278-0660000-993-2014 |
| | 278-0660000-782-2014 |
| | 278-0660000-994-2015 |

| | |
|---|---|
| Initial balance as of July 1, 2014 | $ 15,795,501.47 |
| C. Revenues 2014-2015 | |
| Petrol taxes | 207,916,011.06 |
| D. Expenses Recorded 2014-2015 | 225,266,508.32 |
| Balance as of June 30, 2015 | $ (1,554,995.79) |

**III. Highways Authority-Accounts 278-0660000-081-2014**

| | |
|---|---|
| Initial balance as of July 1, 2014 | $ 280,532.68 |
| A. Revenues 2014-2015 | |
| Toll Fines | 13,153,883.93 |
| B. Expenses Recorded 2014-2015 | 12,817,893.36 |
| Balance as of June 30, 2015 | $ 616,523.25 |

**IV. Highways Authority-Accounts 278-0660000-003-2014**

| | |
|---|---|
| Initial balance as of July 1, 2014 | $ 4,744,596,63 |
| A. Revenues 2013-2014 | |
| Motor Registration | 57,333,212.14 |
| B. Payments Recorded 2013-2014 | 54,034,615.22 |
| Balance as of June 30, 2015 | *　$ 8,043,193.55 |

2

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　HTA_STAY0028472

November 16, 2016  
Ernest & Young

**APPENDIX 51 (Cont.)**

### V. Highways Authority-Accounts 278-0660000-779-2014

| | |
|---|---:|
| Initial balance as of July 1, 2014 | $ 1,818,000.00 |
| A. Revenues 2014-2015 | |
| Cigarettes | 19,992,000.00 |
| B. Expenses Recorded 2014-2015 | 20,144,000.00 |
| Balance as of June 30, 2015 | *   $ 1,666,000.00 |

### VI. Highways Authority-Accounts 278-0660000-780-2014

| | |
|---|---:|
| Initial balance as of July 1, 2014 | $ 350,050.00 |
| A. Revenues 2014-2015 | |
| Tow Registration Fees | 142,050.00 |
| B. Expenses Recorded 2014-2015 | - |
| Balance as of June 30, 2015 | $ 492,100.00 |

### VII. Highways Authority-Accounts 278-0660000-784-2015

| | |
|---|---:|
| A. Revenues 2014-2015 | |
| Tax $6.00 - Non Diesel | 40,107,816.56 |
| B. Expenses Recorded 2014-2015 | 30,000,000.00 |
| Balance as of June 30, 2015 | $ 10,107,816.56 |

\* Through Act No. 30 and 31/2014, these revenues are pledged as security for the repayment of lines of credit with the GDB. Payments are made directly to the GDB and not to the Highways Authority.

3

November 16, 2016
Ernest & Young

**APPENDIX 51 (Cont.)**

**VIII. Highways Authority-Accounts 278-0660000-785-2015**

   A. Revenues 2014-2015

      Tax $3.25 - Diesel & Non Diesel     $ 17,556,382.27

   B. Expenses Recorded 2014-2015     -

Balance as of June 30, 2015     $ 17,556,382.27

We are available to answer any questions. Please contact Ms. Rosemary Pedrero Ayala, Director of the Accounting Bureau at 787-721-2020 ext. 2338

Sincerely,

[signature]
Jayson O Padilla Morales
Assistant Secretary
Central Accounting Office
of the Government

4



| | |
|---|---|
| **DATE OF TRANSLATION:** | March 24, 2020 |
| **ELECTRONIC FILE NAME:** | HTA_STAY0028471 |
| **SOURCE LANGUAGE:** | Spanish |
| **TARGET LANGUAGE:** | English |
| **TRANSPERFECT JOB ID:** | US0664264 |

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TCert v. 2.0