**<u>NATBONY REPLY DECLARATION</u>**
**<u>EXHIBIT 29</u>**

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. _____1_____ de _____3_____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15000021 | AUT. CARRETERAS Y TRANSP. | 660433808 | | | 15000021 | 1/13/2015 | $ 6,000,000.00 |

Comentarios:                                  Dirección:  P.O. Box 42007, San Juan , P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de enero 2015

AUTORIDAD DE CARRETERAS Y TRANSPORTACION
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENECIFIARY CUSTOMER ACCOUNT# [Redacted]9874
BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS

*Pymnt ID EN260209*  *Pymnt Date 2015-01-20* | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

Pymnt ID EN260209     Pymnt Date 2015-01-20

$ 6,000,000.00                Total o Sub total        $ 6,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
~~Redacted~~
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga / oxidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
1/13/15

Para uso del Departamento de Hacienda
Aprobado por:
**Redacted**
Nombre y Firma
Título
01 14 2015

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000467

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

26 de enero de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **26 de enero de 2015** transfieran **$6,000,000.00,** correspondiente al voucher #15000021 de la agencia 066 del arbitrio de **gasolina**, de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [Redacted]9874**
**REF.: ARBITRIOS GASOLINA ENERO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000488

Modelo SC 735
19 febrero 13

PRIFAS
Original -- ACC
Copia -- Agencia

Pag. ___2___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15000022 | AUT. CARRETERAS Y TRANSP. | 660433808 | | | 15000022 | 1/13/2015 | $ | 6,000,000.00 |

Comentarios:

Dirección: P.O. Box 42007, San Juan , P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de enero 2015 | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT: ___9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | | | | | | | | | | | |

Payment ID  EN270353  Payment Date 2015-01-27

| | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | |
|---|---|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

Redacted

Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**

César M. Gándiaga, Tesidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
1/13/15

Para uso del Departamento de Hacienda
Aprobado por:

**Redacted**

Nombre y Firma

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

reservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000469

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

27 de enero de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **27 de enero de 2015** transfieran **$6,000,000.00**, correspondiente al voucher #15000022 de la agencia 066 del arbitrio de **gasolina**, de la cuenta corriente del Secretario de Hacienda [Redacted] 000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [Redacted] 9874**
**REF.: ARBITRIOS GASOLINA ENERO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000470

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia -- Agencia

Pag. ___3___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | | Número de Factura | Fecha | | Importe Total del Documento | |
| EV | 066 | 15000023 | AUT. CARRETERAS Y TRANSP. | 660433808 | | | | 15000023 | 1/13/2015 | $ | | 6,000,000.00 |

Comentarios:   Dirección: P.O. Box 42007, San Juan , P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de enero 2015 | $6,000,000 5,096,940.18 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# ~~Redacted~~ 8874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | | | | | | | | | | | |

Payment ID FE170337   Payment Date 2015-02-17

$ 6,000,000.00   Total o Subtotal   $ 6,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

~~Redacted~~
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

721-8787x2707
Fecha   Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha   Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los tramites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
1/13/15
Fecha   Teléfono

Para uso del Departamento de Hacienda
Aprobado por:
**Redacted**
Nombre y Firma
Título
Fecha   Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000471

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

17 de febrero de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **17 de febrero de 2015** transfieran **$5,096,940.18,** correspondiente al voucher #15000023 de la agencia 066 del arbitrio de gasolina del mes de enero, de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta:** [Redacted]**9874**
**REF.: ARBITRIOS GASOLINA ENERO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

Modelo 6C 735
19 febrero 13
PRIFAS

| Original – ACC |
| Copia – Agencia |

Pag. _____ 3 _____ de _____ 3 _____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | | Número del Suplidor | CD | Número de Contrato | | Número de Factura | Fecha | | Importe Total del Documento |
| EV | 066 | 15000027 | AUT. CARRETERAS Y TRANSP. | | 660433808 | D | | | 15000027 | 3/11/15 | $ | 4,069,839.53 |

Comentarios:

Dirección: P.O. Box 42007, San Juan , P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $4,069,840 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de febrero 2015 | $4,069,840 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | | | | | | | | | | | |

*Pymnt ID MR160232 Pymnt Date 2015-03-16*

| | $ 4,069,839.53 | **Total o Subtotal** | $ 4,069,839.53 | | Para uso del Departamento de Hacienda |
|---|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Rpte. Aut.
3/11/15

Aprobado por:
**Redacted**
Nombre y Firma

Redacted
Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000473

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

16 de marzo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **16 de marzo de 2015** transfieran **$4,069,839.53,** correspondiente al voucher #15000027 de la agencia 066 del arbitrio de gasolina del mes de febrero, de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta:** [Redacted] **9874**
**REF.: ARBITRIOS GASOLINA FEBRERO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

# Redacted

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY000474

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. _____1___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | | Importe Total del Documento | |
| EV | 066 | 15000028 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000028 | 3/16/15 | $ | 6,000,000.00 | |
| Comentarios: | | | | | | Dirección: P.O. Box 42007, San Juan, P.R. 00940-2007 | | | | | |

| OBLIGACION DE REFERENCIA | | | Linea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Impore | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de marzo 2015 (Gasolina, Disel y Marbetes)<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENECIFIARY CUSTOMER ACCOUNT[Redacted]9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS<br><br>*Pqment ID MR190193* *Pqment Date 2015-03-19* | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

*Pqment ID MR190193*  *Pqment Date 2015-03-19*

2015 MAR 17 PM 3: 09

| | $ 6,000,000.00 | | Total o Subtotal | $ 6,000,000.00 | | | | | |
|---|---|---|---|---|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe Agencia o su Repte. Aut.
3/16/15

Para uso del Departamento de Hacienda
Aprobado por:
**Redacted**
Nombre y Firma

Título

Redacted 8/15
Fecha

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000475

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

19 de marzo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **19 de marzo de 2015** transfieran **$6,000,000.00,**
correspondiente al voucher #15000028 de la agencia 066 del arbitrio de **gasolina**, de la
cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

### Banco: ORIENTAL BANK
### ABA: 221571415
### SWIFT: OBPRPRSJ
### Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)
### Número de Cuenta: [Redacted]9874
### REF.: ARBITRIOS GASOLINA MARZO

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000476

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. _____ 2 _____ de _____ 3 _____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15000029 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000029 | 3/16/15 | $ | 6,000,000.00 |

Comentarios:                                           Dirección:    P.O. Box 42007, San Juan , P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de marzo 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 8874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS *Pymnt ID 7XR200146    Pymnt Date 2015-0320* | $6,000,000 | E8120 | 278 | 0660000 | | 781 | 2014 | | | | |

| | | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
~~Redacted~~
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.
_____
Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado/a misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agéncia o su Rephe. Aut.
3/16/15

Para uso del Departamento de Hacienda
Aprobado por:
**Redacted**
Nombre y Firma
Redacted Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000477

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

20 de marzo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **20 de marzo de 2015** transfieran **$6,000,000.00**, correspondiente al voucher #15000029 de la agencia 066 del arbitrio de **gasolina**, de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta:** [Redacted] **9874**
**REF.: ARBITRIOS GASOLINA MARZO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

Modelo SC 735
19 febrero 13

**PRIFAS**
Original – ACC
Copia – Agencia

*Pend.*

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

Pag. ___3___ de ___3___

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | | |
| EV | 066 | 15000030 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000030 | 3/16/15 | $ | | 6,000,000.00 |

Comentarios:      Dirección: P.O. Box 42007, San Juan , P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de marzo 2015 (Gasolina, Disel y Marbetes) | $6,000,000 | E6120 | 278 | 0660000 | | 781 781 | 2014 | | | | |
| | | | | AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT [Redacted]9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | | | | | | | | | | | |
| | | | | *Pymnt ID AB100235  Pymnt Date 2015-04-10* | | | | | | | | | | | |
| | | | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados ~~y que la compra~~ efectuada se hizo conforme a la reglamen ~~tación~~

**Redacted**

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe Agencia o su Repte. Aut.
3/16/15

Para uso del Departamento de Hacienda

**Redacted**

Nombre y Firma

Título
4/09/2015

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

**Conservación:** Seis años o una Intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000479


CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

10 de abril de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **10 de abril de 2015** transfieran **$6,000,000.00,** correspondiente al voucher #15000030 de la agencia 066 del arbitrio de **gasolina,** de la cuenta corriente del Secretario de Hacienda {Redacted}000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: {Redacted}9874**
**REF.: ARBITRIOS GASOLINA MARZO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY000480

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. _____ 1 _____ de _____ 3 _____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15000031 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000031 | 4/15/15 | $ | 6,000,000.00 |

Comentarios:   Dirección: P.O. Box 42007, San Juan , P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | Linea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de abril 2015 (Gasolina, Disel y Marbetes)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT#[Redacted]9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

Pymnt ID AB240131   Pymnt Date 2015-04-24

$ 6,000,000.00   **Total o Subtotal**   $ 6,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. [Redacted]
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiaga/Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
4/15/15

Para uso del Departamento de Hacienda
Aprobado por
Redacted
Nombre y Firma
Título

Fecha   Teléfono   Fecha   Teléfono   Fecha   Teléfono   Fecha   Teléfono

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000481

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

24 de abril de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **24 de abril de 2015** transfieran **$6,000,000.00,** correspondiente al voucher #15000031 de la agencia 066 del arbitrio de **gasolina**, de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [Redacted] 9874**
**REF.: ARBITRIOS GASOLINA ABRIL**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000482

Modelo SC 735
19 febrero 13

**PRIFAS**

| Original -- ACC |
| Copia -- Agencia |

Pag. _____2_____ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| | IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | | Importe Total del Documento | |
| EV | 066 | 15000032 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000032 | 4/15/15 | $ | | 6,000,000.00 |

Comentarios:     Dirección:  P.O. Box 42007, San Juan , P.R. 00940-2007

| | OBLIGACION DE REFERENCIA | | | Línea | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de abril 2015 (Gasolina, Disel y Marbetes) | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# [Redacted] 8874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | | | | | | | | | | | |

*Pgmnt ID AB270133*    *Pgmnt Date 2015-04-27*

| $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

[Redacted]
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

[Redacted]
César M. Gandiaga Teixidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
4/15/15

Para uso del Departamento de Hacienda

Aprobado por:
[Redacted]
Nombre y Firma

Título

4/23/201

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000483

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

27 de abril de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **27 de abril de 2015** transfieran **$6,000,000.00,**
correspondiente al voucher #15000032 de la agencia 066 del arbitrio de **gasolina**, de la
cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

## Banco: ORIENTAL BANK
## ABA: 221571415
## SWIFT: OBPRPRSJ
## Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)
## Número de Cuenta: [Redacted]9874
## REF.: ARBITRIOS GASOLINA ABRIL

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente,

**Redacted**

Aná Garcia Noya
Secretaria Auxiliar
Área de Tesoro

Modelo SC 735
19 febrero 13
**PRIFAS**
Original — ACC
Copia — Agencia

Pag. _____ 3 _____ de _____ 3 _____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO      ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION      ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | | Importe Total del Documento |
| EV | 066 | 15000033 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000033 | 4/15/15 | $ | 6,000,000.00 |

Comentarios:

Dirección:   P.O. Box 42007, San Juan , P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | | Linea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de abril 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

Pymnt  ID  JM180226  Pymnt Date 2015-06-18

$ 6,000,000.00     Total o Subtotal     $ 6,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiaga, Texidor, CPA
Nombre y Firma Jefe, Agencia o su Rpte. Aut.
4/15/15

Para uso del Departamento de Hacienda
Aprobado por:
Redacted
Nombre y Firma
Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000485

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

18 de junio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **18 de junio de 2015** transfieran **$6,000,000.00**, correspondiente al voucher #15000033 de la agencia 066 del arbitrio de **gasolina**, de la cuenta corriente del Secretario de Hacienda [Redacted] 000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [Redacted] 9874**
**REF.: ARBITRIOS GASOLINA (3) ABRIL**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

Mo. SC 735
19
F 8
Original -- ACC
Copia -- Agencia

Pag. ___1___ de ___2___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15000034 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000034 | 4/15/2015 | $ | 5,000,000.00 |

Comentarios:                                    Dirección:

| OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $5,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de abril 2015 (Petroleo)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# [Redacted]9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $5,000,000 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

*Pymnt ID AB280200*    *Pymnt Date 2015-04-28*

| | $ 5,000,000.00 | | | | | | | | | | | | | |
| | | | **Total o Subtotal** | $ 5,000,000.00 | | | | | | | | | | |

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted** Luis R. Santiago Reyes, Sub-Tesorero Nombre y Firma Delegado Comprador 729-1518 | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.  Nombre y Firma Oficial Certificador | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted** César M. Gandiaga Texidor, CPA Nombre y Firma Jefe Agencia o su Repte. Aut. 4/15/15 | Para uso del Departamento de Hacienda Aprobado por: **Redacted** Nombre y Firma  Título 4/22/2015 |
|---|---|---|---|
| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000487

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

28 de abril de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **28 de abril de 2015** transfieran **$5,000,000.00,** correspondiente al voucher #15000034 de la agencia 066 del pago de arbitrios del petróleo 1ra porción ABRIL/2015, de la cuenta corriente del Secretario de Hacienda `Redacted`000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: `Redacted`9874**
**REF.: ARBITRIOS PETROLEO 1ra porción ABRIL/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000488

Modelo SC 735
19 febrero
PRIF 3
Original – ACC
Copia – Agencia

Pag. ____1____ de ____2____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15000035 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000035 | 4/15/2015 | $ | 5,000,000.00 |

Comentarios:　　　　　　　　　　　　　　　　　　　　　Dirección:

| OBLIGACION DE REFERENCIA | | Linea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $5,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de abril 2015 (Petroleo)　　　AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted B874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $5,000,000 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

_Pymnt ID MY180196_　_Pymnt Date 2015-05-18_

| $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | | Para uso del Departamento de Hacienda |
|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglament

**Redacted**

Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
729-1518

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe Agencia o su Repte. Aut.
4/15/15

**Redacted**

Nombre y Firma
Título

4/23/2015

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000489

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

18 de mayo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIÓ
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **18 de mayo de 2015** transfieran **$5,000,000.00,**
correspondiente al voucher #15000035 de la agencia 066 del pago de arbitrios del
petróleo 2da porción ABRIL/2015, de la cuenta corriente del Secretario de Hacienda
[       ]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [      ]9874**
**REF.: ARBITRIOS PETROLEO 2da porción ABRIL/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente,

[Redacted]

Aha Garcia Noya
Secretaria Auxiliar
Área de Tesoro

Modelo SC 735
19 febrero 13

**PRIFAS**
Original – ACC
Copia – Agencia

Pag. ___1___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 086 | 15000037 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000037 | 5/18/15 | $ 6,000,000.00 |

Comentarios: Dirección: P.O. Box 42007, San Juan , P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Aslg | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 086 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de mayo 2015 (Gasolina, Disel y Marbetes) | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | | | | | | | | | | | |

Pymnt ID MY200233    Pymnt Date 2015-05-20

| $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | |
|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados, y que la compra efectuada se hizo conforme a la reglamentación vigente.
~~Redacted~~
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

_____
Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Rpte. Aut.

Para uso del Departamento de Hacienda
~~Redacted~~ **Redacted**
Aprobado por **Redacted**
~~Redacted~~ Nombre y Firma
Título
Val 19/5

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000491

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

20 de mayo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **20 de mayo de 2015** transfieran **$6,000,000.00,**
correspondiente al voucher #15000037 de la agencia 066 del arbitrio de **gasolina**, de la
cuenta corriente del Secretario de Hacienda ⬚⬚000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: ⬚⬚9874**
**REF.: ARBITRIOS GASOLINA MAYO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente,

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

Redacted

HTA_STAY0000492

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency



**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X  RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

|  |  | DOCUMENT ID |  |  |  |  |  |  | NUMBER OF INVENTORY DEPENDENCE |  |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |  |
| EV | 086 | 15000021 | HIGHWAYS AND TRANSP. AUTH | 660433808 |  |  | 15000021 | 1/13/2015 | $6,000,000.00 |  |

Comments:                                                                  Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |

| 01 | 086 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for its corporate purposes. For the month of January 2015 | $ 6,000,000.00 | E6120 | 278 | 0680000 | | 781 | 2014 | | | (SEAL) JANUARY 14, 2015 | |

HIGHWAYS AND TRANSPORTATION AUTHORITY
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENEFICIARY CUSTOMER ACCOUNT#[redacted]0874
BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH.

[handwritten] PAYMENT ID EN260209
PAYMENT DATE 2015-01-26

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer
721-8787x2707

Date                              Telephone

I certify that the articles and/or services were received according to the specifications.

[signature]
Name and Signature of Official Certifier

Date                              Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
1/13/15

Date                              Telephone

**For the use of the Treasury Department**

Approved by:              [signature]

**Name and Signature**

**Title**

1/16/2015

**Date                              Telephone**

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                    **HTA_STAY0000467**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

January 26, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted] 000-6 in the amount of **$6,000,000.00** on **January 26, 2015**, corresponding to voucher No. 15000021 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted] 9874**
**REF.: GASOLINE EXCISE TAXES JANUARY**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                    **HTA_STAY0000468**

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

✓

Page 2   of   3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X  RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15000022 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | | | 15000022 | 1/13/15 | $6,000,000.00 | |

Comments: | Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of January 2015 | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | (SEAL) JANUARY 14, 2015 | = |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT#[Redacted]8874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | | | | | | | | | |
| | | | | [handwritten] PAYMENT ID EN270253 PAYMENT DATE 2015-01-27 | | | | | | | | | | | |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

Date                721-8787x2707
                    Telephone

I certify that the articles and/or services were received according to the specifications.

[signature]
Name and Signature of Official Certifier

Date                Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
1/13/15
Date                Telephone

**For the use of the Treasury Department**

Approved by:        [signature]
                    Name and Signature

                    Title

01/16/2015
Date                Telephone

Preservation: Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000469**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

January 27, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,000,000.00** on **January 27, 2015**, corresponding to the voucher No. 1500022 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: GASOLINE EXCISE TAXES JANUARY**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000470**

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

✓

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

Page 3 of 3

X RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000023 | HIGHWAYS AND TRANSP. AUTH | 660433808 | A | | 15000023 | 1/13/2015 | $6,000,000.00 |

Comments: Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of January 2015<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT Redacted 3874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH.<br><br>[handwritten] PAYMENT ID FE170327<br>PAYMENT DATE 2015-02-17 | $ 6,000,000.00<br><br>[handwritten]<br>5,096,940.18 | EB120 | 278 | 0680000 | | 781 | 2014 | | | (SEAL) JANUARY 14, 2015 | – |
| | | | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | | | | | | For the use of the Treasury Department | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
<u>Luis K. Santiago Reyes, Deputy Treasurer</u>
Name and Signature of Delegated Buyer

Date _____ 721-8787x2707 Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature of Official Certifier

Date _____ Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
<u>César M. Gandiaga Texidor, CPA</u>
Name and Signature of Director, Agency or Authorized Rep.

Date 1/13/15 Telephone

For the use of the Treasury Department

Approved by: _____ [signature]

Name and Signature

Title

Date 1/18/2015 Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000471**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

February 17, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$5,096,940.18** on **February 17, 2015**, corresponding to voucher No. 15000023 of agency 066 for gasoline excise tax in the month of January, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: GASOLINE EXCISE TAXES JANUARY**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000472**

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

Page 3 of 3

### COMMONWEALTH OF PUERTO RICO

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

NUMBER OF INVENTORY DEPENDENCE

| | DOCUMENT ID | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000027 | HIGHWAYS AND TRANSP. AUTH. | 660433806 | D | | 15000027 | 3/11/15 | $4,069,839.53 |

Comments: Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 4,069,840.00 | To be withdrawn from the abovementioned account and used by this Agency for its corporate purposes. For the month of February 2015 | $ 4,069,840.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK [Redacted] BENEFICIARY CUSTOMER ACCOUNT [Redacted] 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | | | | | | | | | |
| | | | | [handwritten] PAYMENT ID MR160232 PAYMENT DATE 2015-03-16 | | | | | | | | | | | |
| | | | $ 4,069,839.53 | Total or Subtotal | $ 4,069,839.53 | | | | | | | | | | |

(SEAL)
TREASURY DEPARTMENT.
[illegible] BUREAU
PAYMENT SECTION
MARCH 11, 2015 2:15 PM

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

Date

721-8787x2707
Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature of Official Certifier

Date              Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
3/11/15

Date              Telephone

For the use of the Treasury Department

Approved by:        [signature]

Name and Signature

Title

[illegible] 12/15

Date              Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000473**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

March 16, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$4,069,839.53** on **March 16, 2015**, corresponding to voucher No. 15000027 of agency 066 for gasoline excise tax in the month of February, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: GASOLINE EXCISE TAXES FEBRUARY**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**

**HTA_STAY0000474**

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

Page 1 of 3

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

X RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000028 | HIGHWAYS AND TRANSP. AUTH | 660433808 | D | | 15000028 | 3/16/15 | $ 6,000,000.00 |

Comments: | Address: PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of March 2015 (Gasoline, Diesel, and Licences) | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 761 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT Redacted 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | | | | | | | | | |
| | | | | [handwritten] PAYMENT ID MR190193 PAYMENT DATE 2015-03-19 | | | | | | | | | | | |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | | |

(SEAL)
TREASURY DEPARTMENT
[illegible] BUREAU
PAYMENT SECTION
MARCH 17, 2015 3:09 PM

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

721-8787x2707
Date                    Telephone

I certify that the articles and/or services were received according to the specifications.

[signature]
Name and Signature of Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
3/16/15
Date                    Telephone

Approved by: [signature]
Name and Signature

Title

[illegible] 12/15
Date                    Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000475**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

March 19, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,000,000.00** on **March 19, 2015**, corresponding to voucher No. 15000028 of agency 066 for gasoline excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: GASOLINE EXCISE TAXES MARCH**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000476**

Model SC 735
February 19, 2013

PRIFAS

Original — ACC
Copy - Agency

Page 2  of  3

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

X  RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

|  | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000029 | | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 15000029 | 3/16/15 | $ 6,000,000.00 |

Comments:                                                                 Address: PO Box 42007, San Juan, PR 00940-2007

| | | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appl. | Budget Year | Federal Contribution | P/F | | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of March 2015 (Gasoline, Diesel, and Licenses) | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | (SEAL) TREASURY DEPARTMENT [illegible] BUREAU PAYMENT SECTION MARCH 17, 2015 3:09 PM |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT[Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. [handwritten] PAYMENT ID MR200146 PAYMENT DATE 2015-03-20 | | | | | | | | | | | |
| | | | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | | | | | | | | | |

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

I certify that the articles and/or services were received according to the specifications.

[signature]
Name and Signature Official Certifier

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.

Approved by:          [signature]

Name and Signature

Title

721-8787x2707

Date          Telephone

3/16/15

Date          Telephone

Date          Telephone

[illegible] 18/15

Date          Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000477**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

March 20, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,000,000.00** on **March 20, 2015**, corresponding to voucher No. 15000029 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: GASOLINE EXCISE TAXES MARCH**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                        **HTA_STAY0000478**

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

*Pend.*

Page 3 of 3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15000030 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | | 15000030 | 3/16/15 | $ 6,000,000.00 | |

Comments: | Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of March 2015 (Gasoline, Diesel, and Licences)  HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT [Redacted]3874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH.  [handwritten] PAYMENT ID AB100235 PAYMENT DATE 2015-04-10 | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | |

(SEAL) TREASURY DEPARTMENT PAYMENT SECTION [illegible] BUREAU MARCH 17, 2015 3:10 PM

| | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | For the use of the Treasury Department |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purch ase was made in accordance with the existing regulations. [signature] Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize [signature] César M. Gandiaga Texidor, CPA Name and Signature Director, Agency or Authorized Rep.

Approved by: [signature]
Name and Signature
Title

721-8787x2707
Date Telephone

3/16/15
Date Telephone

4/09/2015
Data Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**  **HTA_STAY0000479**

ENGLISH TRANSLATION  Page 013

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

April 10, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,000,000.00** on **April 10, 2015**, corresponding to voucher No. 15000030 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: GASOLINE EXCISE TAXES MARCH**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000480**

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

Page 1 of 3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X RECEIPT OF PAYMENT  ☐ RECEIPT OF PAYMENT ON OBLIGATION  ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | | Invoice Number | | Date | Total Amount of the Document |
| EV | 066 | 15000031 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | | 15000031 | | 4/15/15 | $ 6000,000.00 |

Comments:  Address: PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of April 2015 (Gasoline, Diesel, and Licences) | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571416 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | | | | | | | | | |
| | | | | [handwritten] PAYMENT ID AB240131 PAYMENT DATE 2015-04-24 | | | | | | | | | | | |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | | |

(SEAL)
TREASURY DEPARTMENT
[illegible] BUREAU
PAYMENTS SECTION
APRIL 16, 2015 3:25 PM

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

721-8787x2707
Date                    Telephone

I certify that the articles and/or services were received according to the specifications.

[signature]
Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
4/15/15
Date                    Telephone

Approved by:        [signature]
Name and Signature

Title

4/23/2015
Date                    Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                    **HTA_STAY0000481**

ENGLISH TRANSLATION                                    Page 015

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

April 24, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION OF
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,000,000.00** on **April 24, 2015**, corresponding to voucher No. 15000031 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted] 9874**
**REF.: GASOLINE EXCISE TAXES APRIL**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                        **HTA_STAY0000482**

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

Page 2 of 3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DOCUMENT ID | | | | | | | | | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15000032 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 15000032 | 4/15/15 | $ 6,000,000.00 | |

Comments:    Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | | Distribution Line (Account Number) | | | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | | Amount | Account | Fund | Organization | Prog. | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of April 2015 (Gasoline, Diesel, and Licences) | $ | 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT [Redacted] 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUHT. [handwritten] PAYMENT ID AB270133 PAYMENT DATE 2015-04-27 | | | | | | | | | | | | |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

721-8787x2707
Date      Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date      Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
4/15/15
Date      Telephone

**For the use of the Treasury Department**

Approved by:    [signature]

**Name and Signature**

**Title**

4/23/2015

**Date**      **Telephone**

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000483**

ENGLISH TRANSLATION

Page 017

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

April 27, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,000,000.00** on **April 27, 2015**, corresponding to voucher No. 15000032 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number:** [Redacted]**9874**
**REF.: GASOLINE EXCISE TAXES APRIL**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000484**

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

Page 3 of 3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | | Contract Number | | Invoice Number | Date | Total Amount of the Document | | |
| EV | 066 | 15000033 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | | | 15000033 | 4/15/15 | $ 6000.000.00 | | |

Comments: Address: PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of April 2015 (Gasoline, Diesel, and Licences) | $ 6,000,000.00 | E6120 | 278 | 0680000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT [Redacted] 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | | | | | | | | | |
| | | | | [handwritten] PAYMENT ID JN180226 PAYMENT DATE 2015-06-18 | | | | | | | | | | | |
| | | | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | | | | | | | | | |

TREASURY DEPARTMENT
(SEAL)
PAYMENT SECTION
APRIL 16, 2015 3:25 PM

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purch ase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

721-8787x2707

Date          Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier

Date          Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
4/15/15

Date          Telephone

Approved by:          [signature]

**Name and Signature**
/
**Title**

MAY/12/15

**Date          Telephone**

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000485**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

June 18, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,000,000.00** on **June 18, 2015**, corresponding to voucher No. 15000033 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following bank account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: GASOLINE EXCISE TAXES (3) APRIL**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

42

**CONFIDENTIAL**                                   **HTA_STAY0000486**

Model SC 735
February 19, 2013

PRIFAS

| Original – ACC |
|---|
| Copy - Agency |

Page 1 of 2

COMMONWEALTH OF PUERTO RICO

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15000034 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | A | | | 15000034 | 4/15/2015 | $ 5,000,000.00 | |

Comments: | Address:

| REFERENCE OBLIGATION | | | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of April 2015 (Petroleum)  HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT [Redacted] 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH.  [handwritten] PAYMENT ID AB280200 PAYMENT DATE 2015-04-28 | $ 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |
| | | | $ 5,000,000.00 | Total or Subtotal | $ 5,000,000.00 | | | | | | | | | | |

(SEAL) TREASURY DEPARTMENT [illegible] BUREAU PAYMENT SECTION APRIL 16, 2015 3:25 PM

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

Date                729-1518
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
4/15/15
Date                Telephone

For the use of the Treasury Department

Approved by:        [signature]
Name and Signature

Title
4/23/2015

Date        Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000487**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

April 28, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION OF
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$5,000,000.00** on **April 28, 2015**, corresponding to voucher No. 1500034 of agency 066 for the payment of the 1st portion of petroleum excise taxes APRIL/2015, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK
ABA: 221571415
SWIFT: OBPRPRSJ
Account Name: Puerto Rico Highway Authority (PRHTA)
Account Number: [Redacted]9874
REF.: 1st portion PETROLEUM EXCISE TAXES APRIL/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                            **HTA_STAY0000488**

ENGLISH TRANSLATION                                          Page 022

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

X  RECEIPT OF PAYMENT          ☐ RECEIPT OF PAYMENT ON OBLIGATION          ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000035 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | A | | 15000035 | 4/15/2015 | $ 5,000,000.00 |

Comments:                                                                 Address:

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of April 2015 (Petroleum)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT [Redacted] 3874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH.<br><br>[handwritten] PAYMENT ID MY180196<br>PAYMENT DATE 2015-05-18 | $ 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |
| | | | $ 5,000,000.00 | **Total or Subtotal**  $ 5,000,000.00 | | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purch ase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

729-1518
Date          Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date          Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
4/15/15
Date          Telephone

**For the use of the Treasury Department**

Approved by:          [signature]

**Name and Signature**

/
**Title**

4/23/2015
**Date**          **Telephone**

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

(SEAL)
TREASURY DEPARTMENT
[illegible] BUREAU
PAYMENT SECTION
APRIL 16, 2015 2:25 PM

**CONFIDENTIAL**

**HTA_STAY0000489**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

May 18, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$5,000,000.00** on **May 18, 2015**, corresponding to voucher No. 15000035 of agency 066 for the payment of the 2nd portion of petroleum excise taxes APRIL/2015, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: 2nd portion PETROLEUM EXCISE TAXES APRIL/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000490**

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency



Page 1 of 3

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

X RECEIPT OF PAYMENT  ☐ RECEIPT OF PAYMENT ON OBLIGATION  ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15000037 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 15000037 | 5/18/15 | $ 6,000,000.00 | |

Comments: Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of May 2015 (Gasoline, Diesel, and Licences) | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

HIGHWAYS AND TRANSPORTATION AUTHORITY
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENEFICIARY CUSTOMER ACCOUNT [Redacted] 9874
BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH.

[handwritten] PAYMENT ID MY200233
PAYMENT DATE 2015-05-20

[SEAL] [illegible] MAY 19, 2015 11:20 AM

TREASURY DEPARTMENT [illegible] BUREAU PAYMENT SECTION (SEAL) APRIL 19, 2015 3:15 PM

| | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | |
|---|---|---|---|---|

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purch ase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

721-8787x2707
Date                              Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier

Date                              Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
5/18/15
Date                              Telephone

**For the use of the Treasury Department**

Approved by:              [signature]
**Name and Signature**

**Title**

May/19/2015
**Date**                     **Telephone**

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                          **HTA_STAY0000491**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

May 20, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in
the amount of **$6,000,000.00** on **May 20, 2015**, corresponding to voucher No. 1500037 of
agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number:** [Redacted]9874
**REF.: GASOLINE EXCISE TAXES MAY**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                              **HTA_STAY0000492**



## CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for **English and Spanish** languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

*Name: "HTA_STAY0000467" (pdf file)*          *No. of Pages: 26*

Sincerely,

*María R. Arias*                                    04/03/2020
-------------------------------------          ----------------------------------
Maria R. Arias                                           Date
ATA-Certified Translator
English ≈ Spanish



U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com