**<u>NATBONY REPLY DECLARATION</u>**
**<u>EXHIBIT 30</u>**

19 febrero '13
PRIFAS
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

OK Valid

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15066028 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066028 | 3/24/15 | $ 1,425,033.96 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,425,033.96 | Multas de Peajes Electrónicos Para el mes de febrero 2015 AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# [Redacted] 1415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# [Redacted] 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 1,425,033.96 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |

2015 MAR 24 PM 3: 06

Pymnt ID MR260135 Pymnt Date 2015-03-26

| | $ 1,425,033.96 | | Total o Subtotal | $ 1,425,033.96 |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

**Redacted**

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha | Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha | Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
3/23/15
Fecha | Teléfono

**Para uso del Departamento de Hacienda**
Aprobado por:
**Redacted** Nombre y Firma
Título
3/24/2015
Fecha | Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000454

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

26 de marzo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIÓ
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **26 de marzo de 2015** transfieran **$1,425,033.96,** correspondiente al voucher 15066028 para el pago de multas de peajes electrónicos de febrero, de la cuenta corriente del Secretario de Hacienda [Redacted] 000-6 a la siguiente cuenta bancaria:

**Banco: ORIENTAL BANK**
**ABA:** [Redacted] **1415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta:** [Redacted] **9874**
**REF.: multas peajes electrónicos FEBRERO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

# Redacted

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

Modelo SC 735
19 febrero 13

**PRIFAS**
Original -- ACC
Copia -- Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

Pag. ___1___ de ___1___

| IDENT. DEL DOCUMENTO | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15066029 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066029 | 3/24/15 | $ 1,666,000.00 |

Comentarios: | Dirección:

| OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,666,000.00 | Arbitrios de Cigarrillo Nuevos ingresos para el mes de febrero 2015, de conformidad con Memo de la Secretaria de Hacienda. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [Redacted]427-6 para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

*Payment ID AB290165  Payment Date 2015-04-29*

| | $ 1,666,000.00 | | Total o Subtotal | $ 1,666,000.00 | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.  **Redacted**

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

721-8787x2707
Fecha | Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha | Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por la cual autorizo:  **Redacted**

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Rpte. Aut.
3/23/15
Fecha | Teléfono

Para uso del Departamento de Hacienda
Aprobado por:
**Redacted**  Nombre y Firma
Título
3/24/2015
Fecha | Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

29 de abril de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **29 de abril de 2015** transfieran **$1,666,000.00** correspondiente al voucher 15066029 de la agencia 066 por arbitrios del cigarrillos de febrero/2015, de la cuenta corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000457

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. ___1___ de ___1___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15066030 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066030 | 3/24/15 | $ | 6,737,973.23 |

Comentarios: 

Direccion:  Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Impore | Descripción | Importe | Cuenta | Fondo | Organizacion | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $  6,737,973.23 | Marbete (C 1276 ) febrero, 2015 Enmendar Art. 23.01 Ley 22-2000 , según enmendada, conocida como "Ley de Vehículos y Transito de PR". Ingresos Nuevos. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta ____ 427-6 para repago de obligaciones vigentes de la Autoridad | $  6,737,973.23 | E6120 | 278 | 0680000 | | 003 | 2014 | | | |

*Pymnt JD   JL 220114   Pymnt Date   2015-01-22*

| $ 6,737,973.23 | | Total o Subtotal | $ 6,737,973.23 | |
|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigentes.

**Redacted**
Luis C. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

Para uso del Departamento de Hacienda
Aprobado por **Redacted**
**Redacted**
Nombre y Firma

4/4/2015  Título

| Fecha | | Teléfono 721-8787x2707 | Fecha | | Teléfono | Fecha | | Teléfono | Fecha | | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

2015 APR -8 PM 3:21

CONFIDENTIAL

HTA_STAY0000458

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

22 de julio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **22 de julio de 2015** transfieran **$6,737,973.23** correspondiente al voucher 15066030 de la agencia 066 por marbetes FEBRERO, de la cuenta corriente del Secretario de Hacienda # ⸢Redacted⸣000-6 a la cuenta bancaria # ⸢Redacted⸣427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000459

Modelo SC 735
19 febrero 13
PRIFAS
Original -- ACC
Copia -- Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

Pag. ___1___ de ___1___

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | | Número de Factura | Fecha | | Importe Total del Documento | |
| EV | 066 | 15066031 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | | 15066031 | 4/15/15 | $ | 1,666,000.00 | |

Comentarios:                                      Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,666,000.00 | Arbitrios de Cigarrillo Nuevos ingresos para el mes de MARZO 2015, de conformidad con Memo de la Secretaría de Hacienda. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta ~~xxxxx~~427-6 para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00 ~~$ 3,330,000.00~~ ~~Payment~~ | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

*Draft*

*Pymnt ID JL210448*   *Pymnt Date 2015-07-21*

| | $ 1,666,000.00 | | Total o Subtotal | $ 1,666,000.00 | | | | Para uso del Departamento de Hacienda | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.   **Redacted**
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no ha aprobado la misma previamente por lo cual autorizo.   **Redacted**
César M. Gandiaga Texidor, CPM
Nombre y Firma Jefe, Agencia o su Repre. Aut.
4/15/15

Aprobado por:
**Redacted**   Nombre y Firma
Título
4/16/2015

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000460

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

Pag. ___1___ de ___1___

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15066034 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066034 | 5/18/15 | $ | 1,666,000.00 |

Comentarios: | Dirección:

| OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organizaci(n | Prog. | Asig | Año Prea. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,666,000.00 | Arbitros de Cigarrillo Nuevos ingresos para el mes de ABRIL 2015, de conformidad con Memo de la Secretaria de Hacienda. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta ____4427-6 para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00  $3,332,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

*Pymnt ID JL 210448   Pymnt Date 2015-0721*

| $ 1,666,000.00 | Total o Subtotal | $ 1,666,000.00 | | Para uso del Departamento de Hacienda |
|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
5/18/15

Aprobado por: **Redacted**
Nombre y Firma
Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000461

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

21 de julio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **21 de julio de 2015** transfieran **$3,332,000.00** correspondiente al voucher 15066031 y al 15066034 de la agencia 066 por arbitrios del cigarrillos de marzo y abril 2015, de la cuenta corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY000462

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia -- Agencia

Pag. _1_ de _1_

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | | Número de Factura | Fecha | Importe Total del Documento | | |
| EV | 066 | 15066032 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | | 15066032 | 4/28/15 | $ | 4,883,611.87 | |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | Línea | | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Impore | Descripción | Importe | Cuenta | Fond | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 4,883,611.87 | Marbete (C 1276 ) marzo 2015 Enmendar Art. 23.01 Ley 22-2000 , según enmendada, conocida como "Ley de Vehículos y Transito de PR". Ingresos Nuevos. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta ___427-6 para repago de obligaciones vigentes de la Autoridad | $ 4,883,611.87 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |

*Pymnt Date 2015-05-06*
*Pymnt ID 03260256*

*Chg: 03260256*
*Fecha: 05/06/2015*

| | | $ 4,883,611.87 | Total o Subtotal | $ 4,883,611.87 | | | | | | | | | | |

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones. | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo | Para uso del Departamento de Hacienda |
|---|---|---|---|
| **Redacted** Luis R. Santiago Reyes, Sub-Tesorero Nombre y Firma Delegado Comprador | Nombre y Firma Oficial Certificador | **Redacted** César M. Gandiaga Texidor, CPA Nombre y Firma Jefe, Agencia o su Repte. Aut. | Aprobado por: **Redacted** Nombre y Firma |
| Fecha | 721-8787x2707 Teléfono | Fecha | Teléfono | 4/29/15 Fecha | Teléfono | Fecha 4/29/15 | Título Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000463

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

7 de agosto de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **7 de agosto de 2015** transfieran **$4,883,611.87** correspondiente al voucher 15066032 de la agencia 066 por marbetes MARZO, de la cuenta corriente del Secretario de Hacienda # [Redacted]000-6 a la cuenta bancaria # [Redacted]427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Redacted

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000484

Modelo SC 735
19 febrero 13
PRIFAS

| Original -- ACC |
| Copia -- Agencia |

Pag. ___1___ de ___1___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15066033 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15066033 | 4/28/15 | $ | 481,171.80 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Aslg | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 481,171.80 | Multas de Peajes Electrónicos Para el mes de marzo 2015 | $ 481,171.80 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |
| | | | | AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# Redacted 1415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT CARRETERAS Y TRANS | | | | | | | | | | | |

*Pymnt ID* 03260255    *Pymnt Date* 2015-05-06

*Chrg.* 03260255
05/06/2015

| | $ 481,171.80 | Total o Subtotal | $ 481,171.80 | Para uso del Departamento de Hacienda |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

**Redacted**
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

_____
Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
4/29/15

Aprobado por:
**Redacted**
Nombre y Firma

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una Intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000465



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

4 de mayo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **4 de mayo de 2015** transfieran **$481,171.80,** correspondiente al voucher 15066033 para el pago de multas de peajes electrónicos de marzo, de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta bancaria:

**Banco: ORIENTAL BANK**
**ABA:** [Redacted]**1415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta:** [Redacted]**9874**
**REF.: multas peajes electrónicos MARZO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

*OK Valid*

| X | RECEIPT OF PAYMENT | | RECEIPT OF PAYMENT ON OBLIGATION | | RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT |
|---|---|---|---|---|---|

| DOCUMENT ID | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066028 | HIGHWAYS AND TRANSP. AUTH | 660433808 | A | | 15066028 | 3/24/15 | $1,425,033.96 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,425,033.96 | Electronic Toll Fines. For the month of February 2015 | | $ 1,425,033.96 | E6120 | 278 | 0660000 | | 081 | 2014 | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# [redacted] 1415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# [redacted] 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | | | | | | | | | |
| | | | | [handwritten] PAYMENT ID MR260135 PAYMENT DATE 2015-03-26 | | | | | | | | | | | |

[vertical stamp: [SEAL] TREASURY DEPARTMENT [illegible] BUREAU PAYMENT SECTION MARCH 24, 2015 3:06 PM]

| | $ 1,425,033.96 | | $ 1,425,033.96 | | **For the use of the Treasury Department** | |
|---|---|---|---|---|---|---|

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]

Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

721-8787x2707

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature of Official Certifier

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]

César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
3/23/15

Approved by: [signature]

**Name and Signature**

**Title**

3/24/2015

| Date | | Telephone | Date | Telephone | Date | Telephone | Date | Telephone |
|---|---|---|---|---|---|---|---|---|

Preservation: Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000454**

ENGLISH TRANSLATION

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

March 26, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in
the amount of **$1,425,033.96** on **March 26, 2015**, corresponding to voucher No. 15066028
for the payment of electronic toll fines in February, and to transfer said amount to the
following bank account:

**Bank: ORIENTAL BANK**
**ABA: [Redacted]1415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: Electronic toll fines FEBRUARY/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                  **HTA_STAY0000455**

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

OK Valid

| X | RECEIPT OF PAYMENT | ☐ RECEIPT OF PAYMENT ON OBLIGATION | ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT |

| DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066029 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | A | | 15066029 | 3/24/15 | $1,666,000.00 |

Comments:                              Address:

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes New revenues for the month of February 2015, in compliance with the Memo from the Secretary of Treasury | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [redacted]27-8 for the repayment of current obligations of the Authority | | | | | | | | | | | |
| | | | | [handwritten] PAYMENT ID AB290165 PAYMENT DATE 2015-04-29 | | | | | | | | | | | |

[SEAL] TREASURY DEPARTMENT [illegible] BUREAU PAYMENT SECTION MARCH 24, 2015 3:06 PM

| | $ 1,666,000.00 | **Total or Subtotal** | $ 1,666,000.00 | | For the use of the Treasury Department | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]

Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer
721-8787x2707

I certify that the articles and/or services were received according to the specifications.

Name and Signature of Official Certifier

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize        [signature]

César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
3/23/15

Approved by        [signature]
Name and Signature
/
Title
3/24/15

| Date | Telephone | Date | Telephone | Date | Telephone | Date | | Telephone |

Preservation: Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000456**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

April 29, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$1,666,000.00** on **April 29, 2015**, corresponding to voucher No. 15066029 of agency 066 for the payment of cigarette excise taxes in February/2015, and to transfer said amount to the bank account of the Highways and Transportation Authority No. [Redacted] —427-6 for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000457**

Model SC 735
February 19, 2013
PRIFAS

| Original – ACC |
| Copy - Agency |

Page  1   of   1

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

[X] RECEIPT OF PAYMENT   [ ] RECEIPT OF PAYMENT ON OBLIGATION   [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | | Supplier Number | CD | Contract Number | | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066030 | HIGHWAYS AND TRANSP. AUTH. | | 660433808 | A | | 15066030 | | 3/24/15 | $6,737,973.23 |

Comments:   Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,737,973.23 | License (C 1276) February, 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [redacted]27-6 for the repayment of current obligations of the Authority.  [handwritten] PAYMENT ID JL220114 PAYMENT DATE 2015-07-22 | $  6,737,973.23 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |

[vertical text: TREASURY DEPARTMENT PAYMENT BUREAU (illegible) PAYMENT SECTION (SEAL) MARCH 8, 2015 3:21 PM]

| | $ 6,737,973.23 | Total or Subtotal | $ 6,737,973.23 |
|---|---|---|---|

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | For the use of the Treasury Department |
|---|---|---|---|
| [signature] | | [signature] | Approved by:      [signature] |
| Luis K. Santiago Reyes, Deputy Treasurer | | César M. Gandiaga Texidor, CPA | **Name and Signature** |
| Name and Signature of Delegated Buyer | Name and Signature of Official Certifier | Name and Signature Director, Agency or Authorized Rep. | **Title** |
| | | | 4/6/2015 |
| 721-8787x2707 | | | |
| Date          Telephone | Date          Telephone | Date          Telephone | Date          Telephone |

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000458**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

July 22, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,737,973.23** on **July 22, 2015**, corresponding to voucher No. 15066030 of agency 066 for FEBRUARY licenses, and to transfer said amount to the bank account of the Highways and Transportation Authority No. [Redacted]427-6 for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                        **HTA_STAY0000459**

ENGLISH TRANSLATION                                              Page 006

Model SC 735
February 19, 2013
PRIFAS

Original – ACC
Copy - Agency

Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

*OK Valid*

[X] RECEIPT OF PAYMENT    [ ] RECEIPT OF PAYMENT ON OBLIGATION    [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066031 | HIGHWAYS AND TRANSP. AUTH. | 680433808 | A | | 15066031 | 4/15/15 | $1,666,000.00 |

Comments:     Address:

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Line) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes New revenues for the month of MARCH 2015, in compliance with the Memo from the Secretary of Treasury. HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [Redacted] 27-6 for the repayment of current obligations of the Authority [handwritten] PAYMENT ID JL210448 PAYMENT DATE 2015-07-21 | $ 1,666,000.00 [handwritten] $ 3,332,000.00 Payment [handwritten] Draft | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |
| | | | $ 1,666,000.00 | **Total or Subtotal** | $ 1,666,000.00 | | | | | | | | | | |

TREASURY DEPARTMENT (REGION) BUREAU PAYMENT SECTION APRIL 16, 2015 3:24 PM [SEAL]

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

721-8787x2707

| Date | | Telephone |
|---|---|---|

I certify that the articles and/or services are received according to the specifications.

_____
Name and Signature of Official Certifier

| Date | Telephone |
|---|---|

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
4/15/15

| Date | Telephone |
|---|---|

**For the use of the Treasury Department**

Approved by: [signature]

**Name and Signature**

**Title**
/

4/16/2015

| Date | Telephone |
|---|---|

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000460**

Model SC 735
February 19, 2013
PRIFAS

Original – ACC

Copy - Agency

Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[X] RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | | | | | NUMBER OF INVENTORY DEPENDENCE |
|---|---|---|---|---|---|---|---|---|
| **DOCUMENT ID** | | | | | | | | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066034 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | A | | 15066034 | 5/18/15 | $1,666,000.00 |

Comments:

Address:

| REFERENCE OBLIGATION | | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes New revenues for the month of APRIL 2015, in compliance with the Memo from the Secretary of Treasury.<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [redacted]427-8 for the repayment of current obligations of the Authority<br><br>[handwritten] PAYMENT ID JL210448 PAYMENT DATE 2015-07-21 | $ 1,666,000.00<br>[handwritten]<br>$ 3,332,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |
| | | | $ 1,666,000.00 | **Total or Subtotal** | $ 1,666,000.00 | | | | | | | For the use of the Treasury Department | | |

[stamp: TREASURY DEPARTMENT - Illegible BUREAU PAYMENT SECTION - [SEAL] MAY 18, 2015 3:14 PM]

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

I certify that the articles and/or services were received according to the specifications.

[blank]
Name and Signature of Official Certifier

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
5/18/15

Approved by: [signature]

Name and Signature

[signature]

Title

| Date | Telephone | Date | Telephone | Date | Telephone | Date | Telephone |
|---|---|---|---|---|---|---|---|
| | 721-8787x2707 | | | 5/18/15 | | May/19/2015 | |

Preservation: Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000461**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

July 21, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$3,332,000.00** on **July 21, 2015**, corresponding to vouchers No. 15066031 and No. 15066034 of agency 066 for cigarette excise taxes in March and April 2015, and to transfer said amount to the bank account of the Highways and Transportation Authority No. [Redacted]427-6 for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                          **HTA_STAY0000462**

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

OK

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[X] RECEIPT OF PAYMENT  ☐ RECEIPT OF PAYMENT ON OBLIGATION  ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | DOCUMENT ID | | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | | Supplier Number | CD | Contract Number | | Invoice Number | | Date | Total Amount of the Document | |
| EV | 066 | 15066032 | HIGHWAYS AND TRANSP. AUTH. | | 660433808 | A | | | 15066032 | | 4/28/15 | $4,883,611.87 | |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | | Code | Unit |
| 01 | 066 | | $ 4,883,611.87 | License (C 1276) March 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [redacted]427-6 for the repayment of current obligations of the Authority.<br><br>[handwritten] PAYMENT DATE 2015-05-06 PAYMENT ID 03260256 | $ 4,883,611.87 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | | |
| | | | | | [handwritten] Check: 03260256 Date: 05/06/2015 | | | | | | | | | | | |

(SEAL)
TREASURY DEPARTMENT
[illegible] BUREAU
PAYMENT SECTION
APRIL 29, 2015 3:07 PM

| | | | $ 4,883,611.87 | **Total or Subtotal** | $ 4,883,611.87 | | | | | | | | | | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | **For the use of the Treasury Department** | |
|---|---|---|---|---|
| [signature] | | [signature] | Approved by: | [signature] |
| Luis K. Santiago Reyes, Deputy Treasurer | | César M. Gandiaga Texidor, CPA | **Name and Signature** | |
| Name and Signature of Delegated Buyer | Name and Signature Official Certifier | Name and Signature of Director, Agency or Authorized Rep. | / | |
| | | 4/29/15 | **Title** | |
| 721-8787x2707 | | | 4/29/2015 | |
| Date | Telephone | Date | Telephone | Date | Telephone | Date | **Telephone** |

Preservation: Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000463**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

August 7, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$4,883,611.87** on **August 7, 2015**, corresponding to voucher No. 15066032 of agency 066 for MARCH licenses, and to transfer said amount to the bank account of the Highways and Transportation Authority No. [Redacted]427-6 for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                   **HTA_STAY0000464**

Page 1 of 1

Model SC 735
February 19, 2013
PRIFAS

Original – ACC
Copy - Agency

OK

[X] RECEIPT OF PAYMENT

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[ ] RECEIPT OF PAYMENT ON OBLIGATION  [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15066033 | HIGHWAYS AND TRANSP. AUTH. | 680433808 | D | | 15066033 | 4/28/15 | $481,171.80 | |

Comments: Address: Minillas Government Center PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. Apr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 481,171.80 | Electronic Toll Fines. For the month of March 2015 | $ 481,171.80 | E6120 | 278 | 0680000 | 081 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# [Redacted] 415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# [Redacted] 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | [handwritten] Check: 03260255 Date: 05/06/2015 | | | | | | | | | |
| | | [handwritten] PAYMENT ID 03260255 | | PAYMENT DATE 2015-05-06 | | | | | | | | | | |

| | $ 481,171.80 | Total or Subtotal | $ 481,171.80 |
|---|---|---|---|

[vertical text right side] (SEAL) TREASURY DEPARTMENT [illegible] BUREAU PAYMENT SECTION APRIL 29, 2015 3:07 PM

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. [signature] Luis K. Santiago Reyes, Deputy Treasurer Name and Signature of Delegated Buyer | I certify that the articles and/or services were received according to the specifications. Name and Signature Official Certifier | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize [signature] César M. Gandiaga Texidor, CPA Name and Signature of Director, Agency or Authorized Rep. 4/29/15 | For the use of the Treasury Department Approved by: [signature] Name and Signature Title / 4/29/2015 |
|---|---|---|---|
| Date | Telephone 721-8787x2707 | Date | Telephone | Date | Telephone | Date | Telephone |

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000465**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

May 4, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$481,171.80** on **May 4, 2015**, corresponding to voucher No. 15066033 for the payment of electronic toll fines in March, and to transfer said amount to the following bank account:

**Bank: ORIENTAL BANK**
**ABA:** [Redacted]1415
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number:** [Redacted]9874
**REF.: Electronic toll fines MARCH/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                        **HTA_STAY0000466**



## CERTIFICATE OF ACCURACY

     I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

     Furthermore, I declare that I am a certified translator for ***English and Spanish*** languages and that I am competent to translate between those two languages.

     I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

*Name: "HTA_STAY0000454" (pdf file)*                 *No. of Pages: 13*

Sincerely,

*María R. Arias*                            04/03/2020

\-------------------------------------                 \-----------------------------------
Maria R. Arias                                   Date
ATA-Certified Translator
English ≈ Spanish



American Translators Association
ata
Maria R. Arias
English into Spanish
Certification #465288
Certified Translator

Verify at www.atanet.org/verify

U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com