## NATBONY REPLY DECLARATION
## EXHIBIT 31

Modelo SC 735
19 febrero 13
PRIFAB
Original -- ACC
Copla -- Agencia

Pag. ___1___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | | | |
| EV | 066 | 16000001 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 16000001 | 7/15/15 | $ | | | 6,000,000.00 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de julio 2015 (Gasolina, Disel y Marbetes) | $ 5,000,000.00 $ 2,897,364.96 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT[ Redacted ]9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | | | | | | | | | | | |

| | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | |
|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
**Redacted**

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
César M. Gandiaga Texidor, CPA
**Redacted**
Nombre y Firma Jele, Agencia o su Repte. Aut.

Para uso del Departamento de Hacienda
Aprobado por: **Redacted**
**Redacted**

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|
| | 721-8787x2707 | | | 7/12/15 | | 6/16/15 | Titulo |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000493

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

24 de agosto de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **24 de agosto de 2015** transfieran **$2,697,364.96,** correspondiente al voucher #16000001 de la agencia 066 del arbitrio de gasolina de la cuenta corriente del Secretario de Hacienda [Redacted]0006 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [Redacted]9874**
**REF.: ARBITRIOS GASOLINA (3ro) JULIO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

/Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000494

Modelo SC 735
19 febrero 13
PRIFAS
Original -- ACC
Copia -- Agencia

Pag. _2_ de _3_

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 16000002 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 16000002 | 7/15/15 | $ | 6,000,000.00 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | | Linea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos.<br>Para el mes de julio 2015 (Gasolina, Disel y Marbetes)<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT#: [Redacted]9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

| | $ 6,000,000.00 | | Total o Subtotal | $ 6,000,000.00 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Redacted**

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

Redacted

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobada ya la misma previamente por lo cual autorizo

Redacted

César M. Gandiaga, Texidor, CPA /
Nombre y Firma Jefe, Agencia o su Repte/Aut.

7/14/15

Para uso del Departamento de Hacienda

Redacted
Aprobado por:

Redacted   Nombre y Firma

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000495



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

24 de julio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **24 de julio de 2015** transfieran **$6,000,000.00,**
correspondiente al voucher #16000002 de la agencia 066 del arbitrio de gasolina de la
cuenta corriente del Secretario de Hacienda [Redacted]0006 a la siguiente cuenta:

### Banco: ORIENTAL BANK
### ABA: 221571415
### SWIFT: OBPRPRSJ
### Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)
### Número de Cuenta: [Redacted]9874
### REF.: ARBITRIOS GASOLINA (1ro) JULIO

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente,

## Redacted

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

HTA_STAY0000496

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. __3__ de __3__

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | | Importe Total del Documento |
| EV | 066 | 16000003 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 16000003 | 7/15/15 | $ | 6,000,000.00 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos.<br>Para el mes de julio 2015 (Gasolina, Disel y Marbetes)<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENECIFIARY CUSTOMER ACCOUNT# [Redacted]9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

| | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | |
|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
**Redacted**
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga, Tesidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
7/14/15

Para uso del Departamento de Hacienda
Aprobado por:
**Redacted**
**Redacted** Nombre y Firma
Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000497

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

28 de julio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **28 de julio de 2015** transfieran **$6,000,000.00**, correspondiente al voucher #16000003 de la agencia 066 del arbitrio de gasolina de la cuenta corriente del Secretario de Hacienda [Redacted]0006 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [Redacted] 9874**
**REF.: ARBITRIOS GASOLINA (2do) JULIO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000498

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. ___1___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 16000004 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 1ra Agosto 2015 | 8/12/15 | $ | 6,000,000.00 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de agosto 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENECIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT(Bicicleta)36874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

2015 AUG 14 AM 9:21
NEGOCIADO DE CUENTAS

| | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 |
|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

Redacted

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

Redacted

César M. Gandiaga Teixidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
8/3/15

Para uso del Departamento de Hacienda

Aprobado por: Redacted

Redacted

Nombre y Firma
Título

8/6/15

| Fecha | | Teléfono | Fecha | | Teléfono | Fecha | | Teléfono | Fecha | | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000499

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

18 de agosto de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **18 de agosto de 2015** transfieran **$6,000,000.00,** correspondiente al voucher #16000004 de la agencia 066 del arbitrio de gasolina de la cuenta corriente del Secretario de Hacienda [Redacted] D006 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [Redacted] 9874**
**REF.: ARBITRIOS GASOLINA (1ro) AGOSTO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000500

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. ___2___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | | Importe Total del Documento | |
| EV | 066 | 16000005 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 2da Agosto 2015 | 8/12/15 | $ | | 6,000,000.00 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | | Linea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de agosto 2015 (Gasolina, Disel y Marbetes)<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENECIFIARY CUSTOMER ACCOUNT#(~~Redacted~~)9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 6,000,000.00 | E8120 | 278 | 0660000 | | 781 | 2014 | | | | |

| | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | | | |
|---|---|---|---|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

Luis K. Santiago Reyes, Sub-Tesorero
~~Redacted~~
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha          Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha          Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

~~Redacted~~

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
8/13/15
Fecha          Teléfono

Para uso del Departamento de Hacienda
Aprobado por:
~~Redacted~~
Nombre y Firma
Titulo
8/6
Fecha
Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000501

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

19 de agosto de 2015

Via Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **19 de agosto de 2015** transfieran **$6,000,000.00,** correspondiente al voucher #16000005 de la agencia 066 del arbitrio de gasolina de la cuenta corriente del Secretario de Hacienda [Redacted] 0006 a la siguiente cuenta:

### Banco: ORIENTAL BANK
### ABA: 221571415
### SWIFT: OBPRPRSJ
### Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)
### Número de Cuenta: [Redacted] 9874
### REF.: ARBITRIOS GASOLINA (2do) AGOSTO

Agradecemos envie los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Redacted

Diana Vazquez Morales
Subdirectora Interina
Área de Tesoro

HTA_STAY0000502

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

Pag. ___1___ de ___3___

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 16000007 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 1ra Sept 2015 | 9/14/15 | $ 6,000,000.00 | |

Comentarios:   Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | Línea | | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de septiembre de 2015 (Gasolina, Disel y Marbetes) JP MORGAN CHASE ABA # 021000021 SWIFT CODE: CHASUS33 BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R. BENECIFIARY CUSTOMER ACCOUNT # ____7406 FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN FUERTHER CREDIT ACCOUNT # ____3466 | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 761 | 2014 | | | | |
| | | | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.   **Redacted**
Luis R. Santiago Reyes/Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha        Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha        Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Taxidor, CPA
9/14/15 Nombre y Firma Jefe, Agencia o su Repte./Aut.
Fecha        Teléfono

Para uso del Departamento de Hacienda
Aprobado por:

Nombre y Firma

Título

Fecha        Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000503

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

18 de septiembre de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **18 de septiembre de 2015** transfieran
**$6,000,000.00,** correspondiente al voucher #16000007 de la agencia
066 del **ARBITRIO GASOLINA,** de la cuenta corriente del Secretario de
Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 346-6 de la Autoridad
de Carreteras y Transportación.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente,

**Redacted**

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000504

Pag. _2_ de _3_

Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | | Número de Factura | | Fecha | | Importe Total del Documento |
| EV | 066 | 16000008 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | | 2da Sept 2015 | | 9/14/15 | $ | 6,000,000.00 |

Comentarios:   Dirección:  Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | | Linea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de septiembre de 2015 (Gasolina, Disel y Marbetes) JP MORGAN CHASE ABA # 021000021 SWIFT CODE: CHASUS33 BENECIFIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R. BENECIFIARY CUSTOMER ACCOUNT # ░░░37406 FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN FUERTHER CREDIT ACCOUNT # ░░░8466 | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 6,000,000.00 | **Total o Subtotal** | $ 6,000,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. Redactado Redacted

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por la cual autorizo

**Redacted**
César M. Gandiaga Tredor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
9/14/15

Para uso del Departamento de Hacienda

Aprobado por:

Nombre y Firma

Titulo

| Fecha | Teléfono | Fecha | | Teléfono | Fecha | | | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.


CONFIDENTIAL


HTA_STAY0000505

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

28 de septiembre de 2015

Vía Fax 721-3642'

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **28 de septiembre de 2015** transfieran **$6,000,000.00**, correspondiente al voucher #16000008 de la agencia 066 del ARBITRIO GASOLINA SEPTIEMBRE, de la cuenta corriente del Secretario de Hacienda # [Redacted]000-6 a la cuenta bancaria # [Redacted]346-6 de la Autoridad de Carreteras y Transportación.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 16000009 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 3ra Sept 2015 | 9/14/15 | $ | 6,000,000.00 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

CIFRA DE DEPENDENCIA DE INVENTARIO

### OBLIGACION DE REFERENCIA / Línea / Línea de Distribución (Cifra de Cuenta) / Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de septiembre de 2015 (Gasolina, Disel y Marbetes)<br><br>JP MORGAN CHASE<br>ABA # 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENECIFIARY CUSTOMER ACCOUNT # [....]7406<br>FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN<br>FUERTHER CREDIT ACCOUNT # [....]3466 | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 6,000,000.00 | **Total o Subtotal** | $ 6,000,000.00 | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

~~Redacted~~
Luis K. Santiago-Reyes) Sub-Tesorero
Nombre y Firma Delegado Comprador

721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

~~Redacted~~
César M. Gandiaga Teixidor, CPA
Nombre y Firma Jefe, Agencia o su Rep(te.)Aut.
9/14/15

Para uso del Departamento de Hacienda

Aprobado por:

Nombre y Firma

Título

| Fecha | Teléfono | Fecha | | Teléfono | Fecha | | Teléfono | Fecha | | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

ᴱ

CONFIDENTIAL

HTA_STAY0000507

Pag. ___1___ de ___1___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

ACC
– Agencia

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | | Número de Factura | | Fecha | Importe Total del Documento | |
| EV | 066 | 16022004 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | | 1ra Sep 2015 | | 9/24/15 | $ | 562,617.52 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | | Linea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 562,617.52 | Multas de Peajes Electrónicos<br>Para el mes de septiembre 2015<br><br>JP MORGAN CHASE<br>ABA # 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENECIFIARY CUSTOMER ACCOUNT # [....]7406<br>FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN<br>FUERTHER CREDIT ACCOUNT # [....]3456 | $ 562,617.52 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |
| | | | $ 562,617.52 | Total o Subtotal | $ 562,617.52 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted**

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
9/24/15

Para uso del Departamento de Hacienda

Aprobado por:

Nombre y Firma

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

HTA_STAY0000508

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

27 de octubre de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **27 de octubre de 2015** transfieran **$5,340,088.54,** correspondiente a la agencia 066 los voucher #16000009 del ARBITRIO GASOLINA 3ro SEPTIEMBRE, y al voucher #16022004 de MULTAS PEAJES ELECTRONICOS SEPTIEMBRE, de la cuenta corriente del Secretario de Hacienda número [Redacted]000-6 a la cuenta bancaria número [Redacted]346-6 de la Autoridad de Carreteras y Transportación.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

Modelo SC 735
19 febrero 13
PRIFAS

| Original – ACC |
| Copia – Agencia |

Pag. ___1__ de __3__

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

CIFRA DE DEPENDENCIA DE INVENTARIO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|----|------|--------------------|--------------------|--------------------|----|-------------------|-------------------|-------|----------------------------|
| EV | 066 | 16000010 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 1ra Oct. 2015 | 10/13/15 | $ 6,000,000.00 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

### OBLIGACION DE REFERENCIA / Linea / Línea de Distribución (Cifra de Cuenta) / Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|----|------|-----------------------------------------------------|---------|-------------|---------|--------|-------|--------------|-------|------|-----------|--------------------|-----|-------|--------|
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usadas por esta Agencia para sus fines corporativos. Para el mes de octubre de 2015 (Gasolina, Disel y Marbetes)<br><br>JP MORGAN CHASE<br>ABA # 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENECIHARY CUSTOMER ACCOUNT #(Redacted)7406<br>FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN<br>FUERTHER CREDIT ACCOUNT (Redacted)3466 | $ 6,000,000.00 | E6120 | 278 | 0060000 | | 781 | 2014 | | | | |

| | | | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | | | | | | | | |

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados, y que la compra efectuada se hizo conforme a la reglamentación vigente. | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones. | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo | Para uso del Departamento de Hacienda |
|---|---|---|---|
| **Redacted** | | **Redacted** | Aprobado por: |
| José R. Pérez Tourellas, Tesorero Interino | | César M. Gandiaga Textdor, CPA | |
| Nombre y Firma Delegado Comprador | Nombre y Firma Oficial Certificador | Nombre y Firma Jefe, Agencia o su Reple Aut. | Nombre y Firma |
| 13/Oct/2015 | | 10/14/15 | Título |
| Fecha | 721-8787x2707 | Fecha | |
| | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000510

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

Pag. ___2___ da ___3___

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACIÓN DE SUPLIDOR POR CONTRATO

| | IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | | Número del Suplidor | CD | Número de Contrato | | Número de Factura | Fecha | Importe Total del Documento | | |
| EV | 066 | 16000011 | AUT. CARRETERAS Y TRANSP. | | 660433808 | D | | | 2da Oct. 2015 | 10/13/15 | $ | | 6,000,000.00 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| | OBLIGACION DE REFERENCIA | | Linea | | Linea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de octubre de 2015 (Gasolina, Disel y Marbetes)<br><br>JP MORGAN CHASE<br>ABA # 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENECIFIARY CUSTOMER ACCOUNT #\_\_\_\_7406<br>FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN<br>FUERTHER CREDIT ACCOUNT #\_\_\_\_8466 | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 6,000,000.00 | **Total o Subtotal** | $ 6,000,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**
José R. Pérez Torrellas, Tesorero Interino
Nombre y Firma Delegado Comprador
13/OCT/2015
Fecha    721-8787x2707
Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha    Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted**
Cèsar M. Gandiaga/Texidor, CPA
Nombre y Firma Jefe, Agencia o su Rpte. Aut.
10/14/15
Fecha    Teléfono

Para uso del Departamento de Hacienda
Aprobado por:

Nombre y Firma

Titulo

Fecha    Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000511

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

28 de octubre de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **28 de octubre de 2015** transfieran **$12,000,000.00,** correspondiente a la agencia 066 los voucher #16000010 y #16000011 del ARBITRIO GASOLINA OCTUBRE, de la cuenta corriente del Secretario de Hacienda número [Redacted]000-6 a la cuenta bancaria número [Redacted]346-6 de la Autoridad de Carreteras y Transportación.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

Model SC 735
February 19, 2013
PRIFAS
Original - ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**
**HIGHWAYS AND TRANSPORTATION AUTHORITY**
Agency

X RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

NUMBER OF INVENTORY DEPENDENCE

| | DOCUMENT ID | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | | Invoice Number | | Date | Total Amount of the Document | |
| EV | 066 | 16000001 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | | 16000001 | | 7/15/15 | $6,000,000.00 | |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for its corporate purposes. For the month of July 2015 (Gasoline, Diesel and Licences). <br><br> HIGHWAYS AND TRANSPORTATION AUTHORITY <br> ABA# 221571415 <br> SWIFT: OBPRPRSJ <br> BENEFICIARY BANK: ORIENTAL BANK (BBVA) <br> BENEFICIARY CUSTOMER ACCOUNT# [redacted]9874 <br> BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. <br><br> [handwritten] [unintelligible] July/15 | $ 6,000,000.00 <br> [handwritten] <br> $ 2,697,364.96 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | [ILLEGIBLE STAMP] |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | | |

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

721-8787x2707

Date                              Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature of Official Certifier

Date                              Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.

7/14/15

Date                              Telephone

Approved by:          [signature]
Name and Signature

Title

5/15/15

Date                     Telephone

Preservation: Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000493**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

August 24, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]0006 in the amount of **$2,697,364.96** on **August 24, 2015**, corresponding to voucher No. 16000001 of agency 066 for gasoline excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: GASOLINE EXCISE TAXES (3rd) JULY**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                        **HTA_STAY0000494**

Model SC 735
February 19, 2013
PRIFAS
Original - ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X  RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | | |
| EV | 066 | 16000002 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | Redacted | 7/15/15 | $6,000,000.00 | | |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of July 2015 (Gasoline, Diesel and Licences) | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | [ILLEGIBLE STAMP] |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | | | | | | | | | |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

Date   721-8787x2707   Telephone

I certify that the articles and/or services were received according to the specifications.

[signature]
Name and Signature of Official Certifier

Date   Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.

7/14/15
Date   Telephone

**For the use of the Treasury Department**

Approved by:   [signature]
**Name and Signature**

**Title**

Date   Telephone

Preservation: Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

HTA_STAY0000495

ENGLISH TRANSLATION

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

July 24, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]0006 in the amount of **$6,000,000.00** on **July 24, 2015**, corresponding to voucher No. 1600002 of agency 066 for gasoline excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: GASOLINE EXCISE TAXES (1st) JULY**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                              **HTA_STAY0000496**

Model SC 735
February 19, 2013
PRIFAS
Original - ACC
Copy - Agency

Page 3 of 3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 16000003 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 16000003 | 7/15/15 | $6,000,000.00 | |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for its corporate purposes. For the month of July 2015 (Gasoline, Diesel and Licences) | $ 6,000,000.00 | E6120 | 276 | 0660000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT#[redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | | | | | | | | | |

| | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | For the use of the Treasury Department | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature of Official Certifier

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
7/14/15

Approved by: [signature]
Name and Signature

Title

Date      721-8787x2707      Date              Date                              Date
          Telephone                  Telephone            Telephone                        Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

[ILLEGIBLE STAMP]

**CONFIDENTIAL**

**HTA_STAY0000497**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

July 28, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]0006 in the amount of **$6,000,000.00** on **July 28, 2015**, corresponding to voucher No. 16000003 of agency 066 for gasoline excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted] 9874**
**REF.: GASOLINE EXCISE TAXES (2nd) JULY**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                            **HTA_STAY0000498**

Model SC 735
February 19, 2013
PRIFAS

| Original - ACC |
| Copy - Agency |

Page   1   of   3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X  RECEIPT OF PAYMENT          ☐ RECEIPT OF PAYMENT ON OBLIGATION          ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16000004 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 1º August 2015 | 8/12/15 | $6,000,000.00 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | | REFERENCE OBLIGATION | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for its corporate purposes. For the month of August 2015 (Gasoline, Diesel and Licences) | $  6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# 038503874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | | | | | | | | | |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | | |

[stamp] ACCOUNTING BUREAU AUG 14, 2015  9:21 AM

**For the use of the Treasury Department**

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer
721-8787x2707

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
8/13/15

Approved by:          [signature]
                    **Name and Signature**

                    **Title**

                    5/15/15

Date          Telephone          Date          Telephone          Date          Telephone          **Date**          **Telephone**

Preservation: Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

HTA_STAY0000499

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

August 18, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]0006 in the amount of **$6,000,000.00** on **August 18, 2015**, corresponding to voucher No. 16000004 of agency 066 for gasoline excise taxes, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number:** [Redacted]9874
**REF.: GASOLINE EXCISE TAXES (1st) AUGUST**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000500**

Model SC 735
February 19, 2013
PRIFAS

Original - ACC
Copy - Agency

Page 2 of 3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | | |
| EV | 066 | 16000005 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 2ª August 2015 | 8/12/15 | $6,000,000.00 | | |

Comments:

Address: Minillas Government Center PO Box
42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for its corporate purposes. For the month of August 2015 (Gasoline, Diesel and Licences) | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT [Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | | | | | | | | | |

[stamp] ACCOUNTING BUREAU AUG 14, 2015 9:21 AM

| | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | |

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

I certify that the articles and/or services were received according to the specifications.

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.

Approved by: [signature]
Name and Signature

Title

721-8787x2707

Date                Telephone

Name and Signature of Official Certifier

Date                Telephone

8/13/15

Date                Telephone

8/15/15

Date                Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000501**

ENGLISH TRANSLATION

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

August 19, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]0006 in the amount of **$6,000,000.00** on **August 19, 2015**, corresponding to voucher No. 16000005 of agency 066 for gasoline excise taxes, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: GASOLINE EXCISE TAXES (2nd) AUGUST**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Diana Vazquez Morales
Interim Deputy Director
Treasury Area

**CONFIDENTIAL**                                        **HTA_STAY0000502**

Model SC 735
February 19, 2013
PRIFAS

| Original - ACC |
| Copy - Agency |

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

X   RECEIPT OF PAYMENT          ☐ RECEIPT OF PAYMENT ON OBLIGATION          ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16000007 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 1º Sept 2015 | 9/14/15 | $6,000,000.00 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for its corporate purposes. For the month of September 2015 (Gasoline, Diesel and Licences)  JP MORGAN CHASE ABA# 021000021 SWIFT CODE: CHASUS33 BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R. BENEFICIARY CUSTOMER ACCOUNT # [illegible]7406 FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY FURTHER CREDIT ACCOUNT # [illegible]3466 | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | [ILLEGIBLE STAMP] |
| | | | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | | | | | | | | | |

| | | For the use of the Treasury Department |
|---|---|---|
| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.  [signature] Luis K. Santiago Reyes, Deputy Treasurer Name and Signature of Delegated Buyer | I certify that the articles and/or services are received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize  [signature] César M. Gandiaga Texidor, CPA Name and Signature of Director, Agency or Authorized Rep. |

Approved by:

Name and Signature

Title

| 721-8787x2707 | | | | |
|---|---|---|---|---|
| Date | Telephone | Date | Telephone | |

9/14/15
Date ___ Telephone

Date          Telephone

Preservation: Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                              **HTA_STAY0000503**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

September 18, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted] 000-6 in the amount of **$6,000,000.00** on **September 18, 2015**, corresponding to voucher No. 16000007 of agency 066 for GASOLINE EXCISE TAXES, and to transfer said amount to the bank account of the Highways and Transportation Authority No. [Redacted] 346-6.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000504**

Model SC 735
February 19, 2013
PRIFAS
Original - ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 16000008 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | | 2ª Sept 2015 | 9/14/15 | $6,000,000.00 | |

Comments: | Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of September 2015 (Gasoline, Diesel and Licences)<br><br>JP MORGAN CHASE<br>ABA# 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENEFICIARY CUSTOMER ACCOUNT [Redacted]7406<br>FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY<br>FURTHER CREDIT ACCOUNT # [Redacted]3466 | $ 6,000,000.00 | E6120 | 278 | 0860000 | | 781 | 2014 | | | | [ILLEGIBLE STAMP] |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

721-8787x2707
Date     Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature of Official Certifier

Date     Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.

9/14/15
Date     Telephone

**For the use of the Treasury Department**

Approved by:

Name and Signature

Title

Date     Telephone

Preservation: Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

HTA_STAY0000505

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

September 28, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted] 000-6 in the amount of **$6,000,000.00** on **September 28, 2015**, corresponding to voucher No. 16000008 of agency 066 for SEPTEMBER GASOLINE EXCISE TAX, and to transfer said amount to the bank account of the Highways and Transportation Authority No. [Redacted] 346-6.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                        **HTA_STAY0000506**

Model SC 735
February 19, 2013
PRIFAS

| Original - ACC |
| Copy - Agency |

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

X RECEIPT OF PAYMENT     ☐ RECEIPT OF PAYMENT ON OBLIGATION     ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 18000009 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 3ª Sept 2015 | 9/14/15 | $6,000,000.00 |

Comments:

Address: Minillas Government Center PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for its corporate purposes. For the month of September 2015 (Gasoline, Diesel and Licences)<br><br>JP MORGAN CHASE<br>ABA# 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENEFICIARY CUSTOMER ACCOUNT #~~~~7406<br>FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY<br>FURTHER CREDIT ACCOUNT #~~~~5466 | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | [ILLEGIBLE STAMP] |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
<u>Luis K. Santiago Reyes, Deputy Treasurer</u>
Name and Signature of Delegated Buyer

Date

721-8787x2707
Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature of Official Certifier

Date     Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
<u>César M. Gandiaga Texidor, CPA</u>
Name and Signature of Director, Agency or Authorized Rep.
9/14/15

Date     Telephone

| For the use of the Treasury Department |
|---|
| Approved by: |
| **Name and Signature** |
| **Title** |
| **Date**     **Telephone** |

Preservation: Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                 **HTA_STAY0000507**

Page 1 of 1

Model SC 735
February 19, 2013
PRIFAS
Original - ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 18022004 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 1º Sept 2015 | 9/24/15 | $562,617.52 | |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 562,617.52 | Electronic Toll Fines<br>For the month of September 2015<br><br><br>JP MORGAN CHASE<br>ABA# 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENEFICIARY CUSTOMER ACCOUNT #[____]7406<br>FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY<br>FURTHER CREDIT ACCOUNT # [____]3466 | $ 562,617.52 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | [ILLEGIBLE STAMP] |
| | | | $ 562,617.52 | **Total or Subtotal** | $ 562,617.52 | | | | | | | | | | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.<br>[signature]<br>Luis K. Santiago Reyes, Deputy Treasurer<br>Name and Signature of Delegated Buyer | I certify that the articles and/or services were received according to the specifications.<br><br><br>Name and Signature of Official Certifier | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize<br>[signature]<br>César M. Gandiaga Texidor, CPA<br>Name and Signature of Director, Agency or Authorized Rep. | For the use of the Treasury Department<br>Approved by:<br><br>Name and Signature | |
|---|---|---|---|---|
| Date<br>721-8787x2707<br>Telephone | Date<br>Telephone | 9/24/15<br>Date<br>Telephone | Title<br>Date | Telephone |

Preservation: Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000508**

ENGLISH TRANSLATION

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

October 27, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$5,340,088.54** on **October 27, 2015**, corresponding to agency 066 for vouchers No. 16000009 for SEPTEMBER 3rd GASOLINE EXCISE TAX and voucher No. 16022004 for SEPTEMBER ELECTRONIC TOLL FINES, and to transfer said amount to the bank account of the Highways and Transportation Authority No. [Redacted]346-6.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**

**HTA_STAY0000509**

Model SC 735
February 19, 2013
PRIFAS

Original - ACC
Copy - Agency

Page 1 of 3

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

X RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date |
| EV | 066 | 16000010 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 1º Oct 2015 | 10/13/15 |

Total Amount of the Document: $6,000,000.00

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | | REFERENCE OBLIGATION | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of October 2015 (Gasoline, Diesel and Licences) | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | [ILLEGIBLE STAMP] |
| | | | | JP MORGAN CHASE ABA# 021000021 SWIFT CODE: CHASUS33 BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R. BENEFICIARY CUSTOMER ACCOUNT # [redacted]7406 FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY FURTHER CREDIT ACCOUNT # [redacted]3466 | | | | | | | | | | | |

| $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 |
|---|---|---|

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
13/OCT/2015
Date
´721-8787x2707
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier
Date
Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
10/14/15
Date
Telephone

For the use of the Treasury Department

Approved by:

Name and Signature

Title

Date
Telephone

Preservation: Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000510**

Model SC 735
February 19, 2013
PRIFAS
Original - ACC
Copy - Agency

Page 2   of   3

## COMMONWEALTH OF PUERTO RICO

### HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X  RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 16000011 | HIGHWAYS AND TRANSP. AUT | 660433808 | D | | 2ª Oct 2015 | 10/13/15 | $6,000,000.00 | |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

Budget Year

| | | REFERENCE OBLIGATION | Line | | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for their corporate purposes. For the month of October 2015 (Gasoline, Diesel and Licences)<br><br>JP MORGAN CHASE<br>ABA# 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENEFICARY CUSTOMER ACCOUNT #[Redacted]7406<br>FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY<br>FURTHER CREDIT ACCOUNT #[Redacted]3466 | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | [ILLEGIBLE STAMP] |
| | | | | | $ 6,000,000.00 | | | | | | | | | |

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

OCT/13/2015
Date

721-8787x2707
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.

10/14/15
Date                    Telephone

Approved by:

Name and Signature

Title

Date                    Telephone

Preservation: Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA  STAY0000511**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

October 28, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$12,000,000.00** on **October 28, 2015**, corresponding to agency 066 for vouchers No. 16000010 and No. 16000011 for OCTOBER GASOLINE EXCISE TAX, and to transfer said amount to the bank account of the Highways and Transportation Authority No. [Redacted]346-6.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000512**



# CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for ***English and Spanish*** languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

*Name: "HTA_STAY0000493" (pdf file)*                    *No. of Pages: 20*

Sincerely,

*María R. Arias*                                         04/03/2020
----------------------------------------                 ----------------------------------
Maria R. Arias                                           Date
ATA-Certified Translator
English ≈ Spanish

