# NATBONY REPLY DECLARATION
# EXHIBIT 32

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15066037 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15066037 | 6/16/15 | $ 185,806.70 |

Comentarios:
Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 185,806.70 | Multas de Peajes Electrónicos Para el mes de mayo 2015 AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 185,806.70 | E6120 | 278 | 0660000 | | 081 | 2014 | | | |

Pymnt ID JUL23130    Pymnt Date 2015-07-23

$ 185,806.70    Total o Subtotal    $ 185,806.70

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
**Redacted**
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.
Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
6/16/15

Para uso del Departamento de Hacienda
Aprobado por:
**Redacted**
Nombre y Firma
**Redacted**
Título
6/17/15

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000513

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. 2 de 3

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

6/22/2015
WM 15000047

[✓] COMPROBANTE DE PAGO  [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION  [✓] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

CIFRA DE DEPENDENCIA DE INVENTARIO

| IDENT. DEL DOCUMENTO | | | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | | | | | | | |
| EV | 066 | 15000042 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000047 | 6/10/15 | $ 3,890,180.06 |

Comentarios:   Dirección: P.O. Box 42007, San Juan, P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | 3,890,180.06 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de mayo 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $3,890,180 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

Pymnt ID JL 230130   Pymnt Date 2015-07-23

$ 3,890,180.06 Total o Subtotal   $ 3,890,180.06

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
**Redacted**
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga/Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
6/11/15

Para uso del Departamento de Hacienda
Aprobado por
**Redacted**
Nombre y Firma
Título

Fecha  Teléfono  Fecha  Teléfono  Fecha  Teléfono  Fecha  Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000514

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

23 de julio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **23 de julio de 2015** transfieran **$4,075,986.76**, correspondiente al voucher #15000047 de la agencia 066 del arbitrio de gasolina y #15066037 de la agencia 066, de la cuenta corriente del Secretario de Hacienda [Redacted] 0006 a la siguiente cuenta:

**Banco: ORIENTAL BANK
ABA: 221571415
SWIFT: OBPRPRSJ
Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)
Número de Cuenta: [Redacted] 9874
REF.: ARBITRIOS GASOLINA (4to) JUNIO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

[Redacted]

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000515

| Model SC-735 | | |
|---|---|---|
| February 19, 2013 | | |
| **PRIFAS** | | |
| Original - ACC | | |
| Copy - Agency | | |

[illeg.] Approved

**COMMONWEALTH OF PUERTO RICO**
**HIGHWAYS AND TRANSPORTATION AUTHORITY**
Agency

[x] RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen. | Document Number | Supplier Name | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066037 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 15066037 | 6/16/15 | $ 185,806.70 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Figure) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen. | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Year | Federal Contribution | P/F | Clave | Unit |
| 01 | 066 | | $ 185,806.70 | Electronic Toll Fines For the month of May 2015 <br><br> HIGHWAYS AND TRANSPORTATION AUTHORITY <br> ABA# 221571415 <br> SWIFT: OBPRPRSJ <br> BENEFICIARY BANK: ORIENTAL BANK (BBVA) <br> BENEFICIARY CUSTOMER ACCOUNT [Redacted]9874 <br> BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. <br><br> [handwritten] PAYMENT ID JUL 23130   PAYMENT DATE 2015-07-23 | $ 185,806.70 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |

TREASURY DEPARTMENT [illegible] [illegible] 2015 JUN 16 AM 11:02

| $ 185,806.70 | Total or Subtotal | $ 185,806.70 | For the use of the Treasury Department |
|---|---|---|---|

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed, and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Assistant Treasurer
Name and Signature Delegated Buyer
721-8787x2707
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier
Date    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize    [signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
6/16/2015

By: Angela Soto [signature] 6/12/15

Approved by: [signature]
Name and Signature
*Approved*
Title
6/12/15 Telephone
AST

Preservation: Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

HTA_STAY0000513

ENGLISH TRANSLATION

Page 001

| Model SC-735 | | | | | | | | | Page 2 of 3 |
|---|---|---|---|---|---|---|---|---|---|
| February, 19, 2013 | | | | | | | | | |
| PRIFAS | | 6/22/2015 | | COMMONWEALTH OF PUERTO RICO | | | | | |
| Original - ACC | | [illeg.] 15000047 | | HIGHWAYS AND TRANSPORTATION AUTHORITY | | | | | |
| Copy - Agency | | | | Agency | | | | | |

[x] RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION [x] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Supplier Name | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000042 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 15000047 | 6/10/15 | $ 3,890,180.06 |

Comments: Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Figure) | | | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. Year | Federal Contribution | P/F | Key | Unit |
| 01 | 066 | | 3,890,180.06 | To be withdrawn from the abovementioned account and used by this Agency for its corporate purposes. For May 2015 (Gasoline, Diesel and Licenses) HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# [Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. [handwritten] PAYMENT ID JUL 230130 PAYMENT DATE 2015-07-23 | $ 3,890,180 | E6120 | 278 | 0660000 | | 781 2014 | | | | |
| | | | $ 3,890,018.06 | Total or Subtotal | $ 3,890,180.06 | | | | | | | | | |

| | | | For the use of the Treasury Department |
|---|---|---|---|
| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. [signature] Luis K. Santiago Reyes, Assistant Treasurer Name and Signature of Delegated Buyer 721-8787x2707 | I certify that the articles and/or services were received according to the specifications. Name and Signature of Official Certifier | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize [signature] César M. Gandiaga Texidor, CPA Name and Signature Director, Agency or Authorized Rep. 6/11/2015 | Approved by: [signature] Name and Signature Title |
| Date Telephone | Date Telephone | Date Telephone | Date Telephone |

Preservation: Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

ENGLISH TRANSLATION

HTA STAY0000514

Page 002

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

July 23, 2015

By Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio:

We authorize to debit the current account No. [Redacted]0006 of the Secretary of Treasury in the amount of **$4,075,986.76** on **July 23, 2015**, corresponding to voucher No. 15000047 of agency 066 for gasoline excise tax and No. 15066037 of agency 066, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK
ABA: 221571415
SWIFT: OBPRPRSJ
Account Name: Puerto Rico Highway Authority (PRHTA)
Account Number: [Redacted]9874
REF.: GASOLINE EXCISE TAXES (4th) JUNE**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                                           HTA_STAY0000515

ENGLISH TRANSLATION                                                        Page 003



# CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for *English and Spanish* languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

Name: "HTA_STAY0000513" (pdf file)　　　　　　　　　　No. of Pages: 03

Sincerely,

*María R. Arias*　　　　　　　　　　　　　　　　　　04/03/2020
-----------------------------------------　　　　　　　　　　-----------------------------------
Maria R. Arias　　　　　　　　　　　　　　　　　　　　Date
ATA-Certified Translator
English ≈ Spanish



U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com