**NATBONY REPLY DECLARATION**
**EXHIBIT 33**

Modelo SC 735
19 febrero 13
PRIFAS

Original – ACC
Copia – Agencia

Pag. ___2___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION    [✓] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000038 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000038 | 5/18/15 | $   6,000,000.00 |

Comentarios:

Dirección:   P.O. Box 42007, San Juan , P.R. 00940-2007

CIFRA DE DEPENDENCIA DE INVENTARIO

### OBLIGACION DE REFERENCIA

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de mayo 2015 (Gasolina, Disel y Marbetes)<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENECIFIARY CUSTOMER ACCOUNT [Redacted]9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

*Pymnt ID  M4210204    Pymnt Date  2015-05-21*

| $  6,000,000.00 | Total o Subtotal | $  6,000,000.00 |
|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados, y que la compra efectuada se hizo conforme a la reglamentación vigente.   **Redacted**

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Rpte. Aut.

Para uso del Departamento de Hacienda
Aprobado por: **Redacted**

**Redacted**
Nombre y Firma

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY00005-1A



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

21 de mayo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **21 de mayo de 2015** transfieran **$6,000,000.00,**
correspondiente al voucher #15000038 de la agencia 066 del arbitrio de **gasolina**, de la
cuenta corriente del Secretario de Hacienda Redacted 000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA Redacted 1415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta Redacted 9874**
**REF.: ARBITRIOS GASOLINA MAYO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

Modelo SC 735
19 febrero 13

**PRIFAS**
Original – ACC
Copia – Agencia

*OK //*

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

*MY 190187*

Pag. ___ 1 de ___ 2

☑ COMPROBANTE DE PAGO      ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION      ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15000040 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000040 | 5/18/15 | $          5,000,000.00 |

Comentarios:                                              Dirección:

| | | OBLIGACION DE REFERENCIA | | Linea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $5,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de MAYO 2015 (Petroleo)<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENECFICIARY CUSTOMER ACCOUNT# Redacted 9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $5,000,000 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

*Pymnt ID MY 190187      Pymnt Date 2015-05-19*

|  | $ 5,000,000.00 | | Total o Subtotal | $ 5,000,000.00 |
|---|---|---|---|---|

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones. | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo | Para uso del Departamento de Hacienda |
|---|---|---|---|
| Redacted<br>Luis R. Santiago Reyes, Sub-Tesorero<br>Nombre y Firma Delegado Comprador | _____<br>Nombre y Firma Oficial Certificador | Redacted<br>César M. Gandiaga Teixido, CPA<br>Nombre y Firma Jefe, Agencia o su Repte. Aut. | Aprobado por: Redacted<br>Redacted Nombre y Firma |
| 729-1518 | | | Título |
| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000518

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

19 de mayo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **19 de mayo de 2015** transfieran **$5,000,000.00,**
correspondiente al voucher #15000040 de la agencia 066 del pago de arbitrios del
petróleo 1ra porción MAYO/2015, de la cuenta corriente del Secretario de Hacienda
Redacted 000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA Redacted 1415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta Redacted 9874**
**REF.: ARBITRIOS PETROLEO 1ra porción MAYO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente,

## Redacted

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

19 febrero 13

PRIFAS
Original – ACC
Copia – Agencia

☑ COMPROBANTE DE PAGO      ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION      ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000041 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000041 | 5/18/15 | $ 5,000,000.00 |

CIFRA DE DEPENDENCIA DE INVENTARIO

Comentarios:                                                     Dirección:

### OBLIGACION DE REFERENCIA / Linea / Linea de Distribución (Cifra de Cuenta) / Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $5,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de MAYO 2015 (Petroleo) <br><br> AUTORIDAD DE CARRETERAS Y TRANSPORTACION <br> ABA# 221571415 <br> SWIFT: OBPRPRSJ <br> BENEFICIARY BANK: ORIENTAL BANK (BBVA) <br> BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 <br> BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $5,000,000 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

Pymnt ID MY220267      Pymnt Date 2015-05-22

|  | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. Redacted

Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted**

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe Agencia o su Repte. Aut.

Para uso del Departamento de Hacienda

Aprobado por **Redacted**
**Redacted** Nombre y Firma

Título

| Fecha | Teléfono 729-1518 | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY000699

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

22 de mayo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIÓ
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **22 de mayo de 2015** transfieran **$5,000,000.00,** correspondiente al voucher #15000041 de la agencia 066 del pago de arbitrios del petróleo 2da porción MAYO/2015, de la cuenta corriente del Secretario de Hacienda Redacted 000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta:** Redacted **9874**
**REF.: ARBITRIOS PETROLEO 2da porción MAYO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Redacted

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000521

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

*E-venn*

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

Pag.   1   de   3

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | | Importe Total del Documento | |
| EV | 066 | 15000042 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000042 | 6/16/15 | $ | | 6,000,000.00 |

Comentarios:

Dirección:   Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $  6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de junio 2015 (Gasolina, Disel y Marbetes)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $   6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

*Pymnt ID  JN230160*   *Pymnt Dot  2015-06-23*

|  | $ 6,000,000.00 |
|---|---|
| | Total o Subtotal |

$ 6,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
**Redacted**
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

| Fecha | | Teléfono |
|---|---|---|

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

| Fecha | | Teléfono |
|---|---|---|

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Reptd. Aut.
6/6/15

| Fecha | | Teléfono |
|---|---|---|

Para uso del Departamento de Hacienda
Aprobado por **Redacted**
**Redacted**  Nombre y Firma
Título
4/18/15

| Fecha | | Teléfono |
|---|---|---|

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

23 de junio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **23 de junio de 2015** transfieran **$6,000,000.00,**
correspondiente al voucher #15000042 de la agencia 066 del arbitrio de **gasolina**, de la
cuenta corriente del Secretario de Hacienda Redacted 000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: Redacted 9874**
**REF.: ARBITRIOS GASOLINA (1ro) JUNIO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente.

**Redacted**

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

Case:17-03283-LTS   Doc#:13173-53   Filed:05/18/20   Entered:05/18/20 23:36:49   Desc:
Exhibit AL - Part 2   Page 6 of 6

Modelo SC 735
19 febrero 13
PRIFAS
Original -- ACC
Copia -- Agencia



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

Pag.   2   de   3

☑ COMPROBANTE DE PAGO        ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION        ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15000043 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | | 15000043 | 6/16/15 | $ | 6,000,000.00 |

Comentarios:

Dirección:   Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de junio 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

*Pymnt ID   JN240167   Pymnt Date  2015-06-24*

| | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | Para uso del Departamento de Hacienda |
|---|---|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra afectada se hizo conforme a la reglamentación vigente.
**Redacted**
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

Aprobado por:   **Redacted**
**Redacted**
Nombre y Firma

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|
| | 721-8787x2707 | | | 6/16/15 | | 6 18 201 | |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000524

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

24 de junio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **24 de junio de 2015** transfieran **$6,000,000.00,** correspondiente al voucher #15000043 de la agencia 066 del arbitrio de **gasolina**, de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [Redacted] 9874**
**REF.: ARBITRIOS GASOLINA (2do) JUNIO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,



Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000525

19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|----|------|---------------------|---------------------|---------------------|----|--------------------|--------------------|-------|-----------------------------|
| EV | 066 | 15000045 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000045 | 6/16/15 | $ 5,000,000.00 |

Comentarios: | Dirección:

CIFRA DE DEPENDENCIA DE INVENTARIO

| | | OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|----|------|---------------------|---------|-------------|---------|--------|-------|--------------|------|------|--------------|----------------------|-----|-------|--------|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de JUNIO 2015 (Petroleo)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | 5,000,000.00 | E6120 | 278 | 0860000 | | 784 | 2015 | | | | |

Pymnt ID  JN250193      Pymnt Date  2015-06-25

| $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 |

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. Redacted | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones. | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo Redacted |
|---|---|---|

Luis A. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
729-1518

Nombre y Firma Oficial Certificador

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

Para uso del Departamento de Hacienda

Aprobado por ☐ Redacted
**Redacted**
Nombre y Firma
Redacted
Título
2015

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000528

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

25 de junio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIÓ
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **25 de junio de 2015** transfieran **$5,000,000.00,**
correspondiente al voucher #15000045 de la agencia 066 del pago de arbitros del
petróleo 1ra porción JUNIO/2015, de la cuenta corriente del Secretario de Hacienda
[Redacted] 000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta:** [Redacted] **9874**
**REF.: ARBITRIOS PETROLEO 1ra porción JUNIO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente,

**Redacted**

Aria Garcia Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000527

Case:17-03283-LTS   Doc#:13173-54   Filed:05/18/20   Entered:05/18/20 23:36:49   Desc:
Exhibit AL - Part 3   Page 5 of 6

19 febrero 13
PRIFAS
Original -- ACC
Copia -- Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | | Número de Factura | | Fecha | Importe Total del Documento | |
| EV | 066 | 15000046 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | | 15000046 | | 6/16/15 | $ | 5,000,000.00 |

Comentarios:                    Dirección:

| OBLIGACION DE REFERENCIA | | | Linea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de JUNIO 2015 (Petroleo) <br><br> AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUN Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

Pymnt ID  JN260235   Pymnt Date 2015-06-26

| | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | |
|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente   **Redacted**

Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
729-1518

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

Para uso del Departamento de Hacienda
Aprobado por:  **Redacted**
**Redacted**
Nombre y Firma

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

Conservación: Seis años o una Intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000528

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

26 de junio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **26 de junio de 2015** transfieran **$5,000,000.00,**
correspondiente al voucher #15000046 de la agencia 066 del pago de arbitrios del
petróleo 2da porción JUNIO/2015, de la cuenta corriente del Secretario de Hacienda
Redacted 000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: Redacted 9874**
**REF.: ARBITRIOS PETROLEO 2da porción JUNIO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente,

**Redacted**

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000529

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. ___3___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15000044 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000044 | 6/16/15 | $ 6,000,000.00 |

Comentarios:

Dirección:  Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de junio 2015 (Gasolina, Disel y Marbetes)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 8,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

*Pyment II    JL200302    Pymnt Date 2015-07-20*

$ 6,000,000.00

Total o Subtotal   $ 6,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la contratación misma se hizo conforme a la reglamentación vigente. T  **Redacted**
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo.
**Redacted**
Cesar M. Gandiaga Tejidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

Para uso del Departamento de Hacienda
Aprobado por:  **Redacted**
**Redacted**
Nombre y Firma

7 15 2015

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha 6/16/ | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000510

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

20 de julio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

`Redacted`

Estimada señora Ocasio:

Autorizamos que efectivo el **20 de julio de 2015** transfieran **$6,000,000.00**, correspondiente al voucher #15000044 de la agencia 066 del arbitrio de **gasolina**, de la cuenta corriente del Secretario de Hacienda `Redacted`000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: `Redacted`9874**
**REF.: ARBITRIOS GASOLINA (3ro) JUNIO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

Case:17-03283-LTS   Doc#:13173-55   Filed:05/18/20   Entered:05/18/20 23:36:49   Desc:
Exhibit AL - Part 4   Page 4 of 20

Page _2_ of _3_

Model SC 735
February 19, 2013
PRIFAS
Original – ACC
Copy - Agency



**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X  RECEIPT OF PAYMENT  ☐ RECEIPT OF PAYMENT ON OBLIGATION   X  RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | I | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000038 | HIGHWAYS AND TRANSP. AUTH. | I | 660433808 | D | | 15000038 | 5/18/15 | $6,000,000.00 |

Comments:                                     Address PO Box 42007, San Juan, PR 00940-2007

Distribution Line (Account Number)

| | REFERENCE OBLIGATION | | | Line | | | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for its corporate purposes. For the month of May 2015 (Gasoline, Diesel and Licences)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# ___9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | $   6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | [handwritten] Payment ID M4210204       PAYMENT DATE 2015-05-21 | | | | | | | | | | | |
| | | | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | | | | | | | | | |

CONTROL AND COORDINATION CENTER CENTRAL ACCOUNTABILITY [illegible] 2015 MAY 19 AM 11:20

TREASURY DEPARTMENT PAYMENT SECTION [illegible] 2015 MAY 19 PM 3:15

For the use of the Treasury Department

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | Approved by:          [signature] |
|---|---|---|---|
| [signature] Luis K. Santiago Reyes, Deputy Treasurer | | [signature] | Name and Signature |
| Name and Signature of Delegated Buyer | Name and Signature of Official Certifier | César M. Gandiaga Texidor, CPA | Title |
| | | Name and Signature Director, Agency or Authorized Rep. 5/18/15 | |
| 721-8787x2707 | | May/19/2015 | |
| Date ___   Telephone ___ | Date ___   Telephone ___ | Date ___   Telephone ___ | Date ___   Telephone ___ |

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000516**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

May 21, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,000,000.00** on **May 21, 2015**, corresponding to voucher No. 15000038 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number [Redacted] 9874**
**REF.: MAY GASOLINE EXCISE TAXES**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000517**

ENGLISH TRANSLATION                                                Page 002

Model SC 735
February 19, 2013
PRIFAS
Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**          [handwritten] M4190187

Agency

X RECEIPT OF PAYMENT          ☐ RECEIPT OF PAYMENT ON OBLIGATION          ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000040 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | A | | 15000040 | 5/18/15 | $ 5,000,000.00 |

Comments:                                                   Address:

| REFERENCE OBLIGATION | | Line | | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Unit |
| 01 | 066 | | $ 5,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for their corporate purposes. For the month of MAY 2015 (Petroleum).<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOU_Redacted_9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | $ 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | |

[handwritten] Payment ID M4190187          PAYMENT DATE 2015-05-19

| | $ 5,000,000.00 | Total or Subtotal | $ 5,000,000.00 | | For the use of the Treasury Department |
|---|---|---|---|---|---|

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

729-1518

Date                    Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature of Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.

5/18/15

Date                    Telephone

Approved by:

(SIGNATURE)   Name and Signature

Title

May/18/2015

Date                    Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                   **HTA_STAY0000518**

TREASURY DEPARTMENT PAYMENT SECTION 2015 MAY 18 PM 3:16

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

May 19, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$5,000,000.00** on **May 19, 2015**,  corresponding to voucher No. 1500040 of agency 066 for the payment of the 1st portion of petroleum excise tax MAY/2015, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: 1st portion PETROLEUM EXCISE TAXES MAY/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000519**

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

OK

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X  RECEIPT OF PAYMENT          ☐ RECEIPT OF PAYMENT ON OBLIGATION          ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15000041 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | A | | 15000041 | 5/18/15 | $ 5,000,000.00 | |

Comments:                                                                                      Address:

| | | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation | Amount | Description | Amoun | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Unit |
| 01 | 066 | | $ 5,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for their corporate purposes. For the month of MAY 2015 (Petroleum)

HIGHWAYS AND TRANSPORTATION AUTHORITY
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENEFICIARY CUSTOMER ACCOUNT# [redacted] 5874
BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH.

PAYMENT ID M422067     PAYMENT DATE 2015-05-22 | $     5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | |

TREASURY DEPARTMENT
PAYMENT SECTION
2015 MAY 18 PM 3:16
[signature]

| | | | $ 5,000,000.00 | **Total or Subtotal** | $ 5,000,000.00 | | | | | | | For the use of the Treasury Department | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

729-1518
Date                    Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature of Official Certifier
Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
5/18/15
Date                    Telephone

Approved by:
(SIGNATURE)   Name and Signature
Title
May/18/2015
Date                    Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                          **HTA_STAY0000520**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

May 22, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted] 000-6 in the amount of **$5,000,000.00** on **May 22, 2015**, corresponding to voucher No. 15000041 of agency 066 for the payment of the 2nd portion of petroleum excise taxes MAY/2015, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted] 9874**
**REF.: 2nd portion PETROLEUM EXCISE TAXES MAY/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                  **HTA_STAY0000521**

Page 1 of 3

Model SC 735
February 19, 2013

*ERROR*

PRIFAS
Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

X  RECEIPT OF PAYMENT       ☐ RECEIPT OF PAYMENT ON OBLIGATION       ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000042 | HIGHWAYS AND TRANSP. AUTH | | 660433808 | D | | 15000042 | 6/18/15 | $6,000,000.00 |

Comments:

Address Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for their corporate purposes. For the month of June 2015 (Gasoline, Diesel and Licences) | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | ~ |

HIGHWAYS AND TRANSPORTATION AUTHORITY
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENEFICIARY CUSTOMER ACCOUNT Redacted 9874
BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT.

PAYMENT ID JN230160    PAYMENT DATE 2015-06-23

TREASURY DEPARTMENT
PAYMENT SECTION
2015 JUN 18 AM 11:02

| | Total or Subtotal | $ 6,000,000.00 | | | | For the use of the Treasury Department |
|---|---|---|---|---|---|---|

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | Approved by: |
|---|---|---|---|
| [signature] | | [signature] | (SIGNATURE)   Name and Signature |
| Luis K. Santiago Reyes, Deputy Treasurer Name and Signature of Delegated Buyer | Name and Signature of Official Certifier | César M. Gandiaga Texidor, CPA Name and Signature Director, Agency or Authorized Rep. | Title |
| 721-8787x2707 | | 6/16/15 | 6/18/2015 |
| Date            Telephone | Date            Telephone | Date            Telephone | Date            Telephone |

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                **HTA_STAY0000522**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

June 23, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,000,000.00** on **June 23, 2015**, corresponding to voucher No. 15000042 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number:** [Redacted]9874
**REF.: GASOLINE EXCISE TAXES (1st) JUNE**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                      **HTA_STAY0000523**

Case:17-03283-LTS   Doc#:13173-55   Filed:05/18/20   Entered:05/18/20 23:36:49   Desc:
Exhibit AL - Part 4   Page 12 of 20

Page 2 of 3

Model SC 735
February 19, 2013
PRIFAS

Original – ACC
Copy - Agency


OK = ERROR

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

X RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | DOCUMENT ID | | | | CD | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | | Name of Supplier | Supplier Number | D | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15000043 | | HIGHWAYS AND TRANSP. AUTH. | 660433808 | | | 15000043 | 6/18/15 | $6,000,000.00 | |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for their corporate purposes. For the month of June 2015 (Gasoline, Diesel and Licences) | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

TREASURY DEPARTMENT
PAYMENT SECTION
2015 JUN 18 AM 11:02

HIGHWAYS AND TRANSPORTATION AUTHORITY
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENEFICIARY CUSTOMER ACCOUNT [redacted] 6874
BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH.

PAYMENT ID JN240167   PAYMENT DATE 2015-06-24

| | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 |
|---|---|---|---|

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer
721-8787x2707

I certify that the articles and/or services were received according to the specifications.

Name and Signature of Official Certifier

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
6/16/15

For the use of the Treasury Department

Approved by:

(SIGNATURE)    Name and Signature

Title

6/18/2015

| Date | Telephone | Date | Telephone | Date | Telephone | Date | Telephone |
|---|---|---|---|---|---|---|---|

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000524**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

June 24, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DIVISION OF DEPOSIT ACCOUNTS
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted] 000-6 in the amount of **$6,000,000.00** on **June 24, 2015**, corresponding to voucher No. 15000043 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted] 9874**
**REF.: GASOLINE EXCISE TAXES (2nd) JUNE**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    HTA_STAY0000525

Model SC 735
February 19, 2013

PRIFAS



Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X  RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | | |
| EV | 066 | 15000045 | | HIGHWAYS AND TRANSP. AUTH. | 680433808 | A | | 15000045 | 6/16/15 | $ 5000.000.00 | | |

Comments: | Address:

| | | REFERENCE OBLIGATION | | Line | | | | Distribution Line (Account Number) | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amoun | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | | Unit |
| 01 | 066 | | $ 5,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for their corporate purposes. For the month of JUNE 2015 (Petroleum) | $ 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT: 081556874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | | | | | | | | | |
| | | | | PAYMENT ID JN250193   PAYMENT DATE 2015-06-25 | | | | | | | | | | | |
| | | | $ 5,000,000.00 | Total or Subtotal | $ 5,000,000.00 | | | | | | | | | | |

*Sidebar (left margin):* TREASURY DEPARTMENT (illegible) PAYMENT SECTION 2015 JUN 16 AM 11:02

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | For the use of the Treasury Department |
|---|---|---|---|
| [signature] Luis K. Santiago Reyes, Deputy Treasurer | | [signature] César M. Gandiaga Texidor, CPA | Approved by: (SIGNATURE)   Name and Signature |
| Name and Signature of Delegated Buyer | Name and Signature of Official Certifier | Name and Signature of Director, Agency or Authorized Rep. 6/16/15 | Title |
| | 729-1518 | | 6/18/2015 |
| Date | Telephone | Date | Telephone | Date | Telephone | Date | Telephone |

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000526**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico<br>
PUERTO RICO TREASURY DEPARTMENT<br>
Treasury Area

June 25, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted] 2000-6 in the amount of **$5,000,000.00** on **June 25, 2015**, corresponding to voucher No. 15000045 of agency 066 for the payment of the 1st portion of petroleum excise taxes JUNE/2015, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted] 9874**
**REF.: 1st portion PETROLEUM EXCISE TAXES JUNE/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000527**

Model SC 735
February, 19 13

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X  RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000046 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | A | | 15000046 | 6/16/15 | $ 5,000,000.00 |

Comments:  Address:

| | | | REFERENCE OBLIGATION | | Line | | | | Distribution Line (Account Number) | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amoun | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | | Unit |
| 01 | 066 | | $ 5,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for their corporate purposes. For the month of JUNE 2015 (Petroleum)  HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT Redacted 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH.  PAYMENT ID JN260235   PAYMENT DATE 2015-06-26 | $ 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

TREASURY DEPARTMENT
(Illegible)
PAYMENT SECTION
2015 JUN 16 AM 11:03

| | $ 5,000,000.00 | Total or Subtotal | $ 5,000,000.00 | | For the use of the Treasury Department |
|---|---|---|---|---|---|

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchas e was made in accordance with the existing regulations.

[signature]

Luis K. Santiago Reyes, Deputy Treasurer
Name  and  Signature  of  Delegated Buyer

Date ___ 729-1518 Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature of Official Certifier

Date ___ Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.

Date ___ Telephone

Approved by:

(SIGNATURE)  Name and Signature

Title

6/18/2015

Date ___ Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000528**

ENGLISH TRANSLATION

Page 013

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

June 26, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$5,000,000.00** on **June 26, 2015**, corresponding to voucher No. 15000046 of agency 066 for the payment of the 2nd portion of petroleum excise taxes JUNE/2015, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number** [Redacted] **9874**
**REF.: 2nd portion PETROLEUM EXCISE TAXES JUNE/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000529**

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X   RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | | Supplier Number | CD | Contract Number | Invoice Number | Date |
| EV | 066 | 15000044 | HIGHWAYS AND TRANSP. AUTH. | | 660433808 | D | | 15000044 | 6/16/15 |

Comments:

Total Amount of the Document
$6,000,000.00

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | | REFERENCE OBLIGATION | Line | | Distribution Line (Account Number) | | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for their corporate purposes. For the month of June 2015 (Gasoline, Diesel and Licences) <br><br> HIGHWAYS AND TRANSPORTATION AUTHORITY <br> ABA# 221571415 <br> SWIFT: OBPRPRSJ <br> BENEFICIARY BANK: ORIENTAL BANK (BBVA) <br> BENEFICIARY CUSTOMER ACCOUNT [Redacted] 9674 <br> BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. <br><br><br> PAYMENT ID JL200302  PAYMENT DATE 2015-07-20 | $  6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | ~ |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | | |

TREASURY DEPARTMENT
[illegible]
PAYMENT SECTION
2015 JUN 16 AM 11:02

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name  and  Signature  of  Delegated  Buyer

721-8787x2707

Date                      Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature of Official Certifier

Date                      Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
6/16/15

Date                      Telephone

Approved by:

(SIGNATURE)     Name and Signature

Title

7/17/2015

Date                      Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000530**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

July 20, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,000,000.00** on **July 20, 2015**, corresponding to voucher No. 15000044 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: GASOLINE EXCISE TAXES (3rd) JUNE**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000531**

# U.S. Legal Support

## CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for ***English and Spanish*** languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

*Name: "HTA_STAY0000516" (pdf file)*                    *No. of Pages: 16*

Sincerely,



*María R. Arias*
-------------------------------------
Maria R. Arias
ATA-Certified Translator
English ≈ Spanish

*04/03/2020*
----------------------------------
Date

American Translators Association
ata
Maria R. Arias
English into Spanish
Certification #465288
Certified Translator
Verify at www.atanet.org/verify

U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com