## NATBONY REPLY DECLARATION
## EXHIBIT 34

ESTADO LIBRE ASOCIADO DE PUERTO RICO

AUTORIDAD DE CARRETERAS Y TRANSPORTACION

Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| DENT. DEL DOCUMENTO | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Agen | Número de Documento | Nombre del Suplidor | | Número del Suplidor | CD | Número de Contrato | | Número de Factura | Fecha | Importe Total del Documento | |
| 066 | 16011001 | AUT. CARRETERAS Y TRANSP. | | 660433808 | A | | | 16011001 | 7/15/15 | $ | 5,000,000.00 |
| ntarios: | | | | | | Dirección: | | | | | |

| OBLIGACION DE REFERENCIA | | Línea | | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de julio 2015 (Petroleo) | | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |
| | | | AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT#[Redacted]9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | | | | | | | | | | | | |
| | | $ 5,000,000.00 | Total o Subtotal | | $ 5,000,000.00 | | | | | | | | | | |

ífico que estoy autorizado por la Administración de rvicios Generales para comprar los artículos y/o servicios cados; y que la compra efectuada se hizo conforme a la amentación vigentes.

Redacted

Luis R. Santiago Reyes Sub-Tesorero

Nombre y Firma Delegado Comprador

729-1518

echa                      Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Fecha                      Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

Redacted

César M. Gandiaga Texidor, CPA

Nombre y Firma Jefe, Agencia o su Repte. Aut.

7/14/15

Fecha                      Teléfono

Para uso del Departamento de Hacienda

Redacted

Aprobado por

Redacted        Nombre y Firma

Título

Fecha                      Teléfono

ervación: Seis años o una intervención del Contralor, lo que ocurra primero.

Redacted

CONFIDENTIAL

HTA_STAY0000532

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

29 de julio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **29 de julio de 2015** transfieran **$5,000,000.00,**
correspondiente al voucher #16011001 de la agencia 066 del pago de arbitrios del
petróleo 1ra porción JULIO/2015, de la cuenta corriente del Secretario de Hacienda
Redacted 000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: Redacted 9874**
**REF.: ARBITRIOS PETROLEO 1ra porción JULIO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000533

Pag. ___2___ de ___2___

PRIFAS
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

AUTORIDAD DE CARRETERAS Y TRANSPORTACION

Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 16011002 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 16011002 | 7/15/15 | $ 5,000,000.00 |

Comentarios:                    Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de julio 2015 (Petroleo) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT#Redacted9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |
| | | | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra aquí **Redacted** se hizo conforme a la reglamentación vigente.

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

Fecha          Teléfono
              729-1516

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Fecha          Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**
César M. Gandarilla Texidor, CPA
Nombre y Firma Jefe Agencia o su Repte. Aut.
7/14/15

Fecha          Teléfono

Para uso del Departamento de Hacienda

Aprobado por:

**Redacted** Nombre y Firma

Título

Fecha          Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000534

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

30 de julio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **30 de julio de 2015** transfieran **$5,000,000.00,** correspondiente al voucher #16011002 de la agencia 066 del pago de arbitrios del petróleo 2da porción JULIO/2015, de la cuenta corriente del Secretario de Hacienda [   ][   ]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [   ][   ]9874**
**REF.: ARBITRIOS PETROLEO 2da porción JULIO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

[Redacted]

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

HTA_STAY0000535

Modelo SC 735
19 febrero 13

PRIFAS

| Original – ACC |
| Copia – Agencia |

Pag. ___1___ de ___2___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO     ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION     ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 16011003 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 1ra Agosto 2015 | 8/12/15 | $          5,000,000.00 |

Comentarios:                                                         Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de agosto 2015 (Petroleo)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

NEGOCIADO DE CUENTAS   2015 AUG 14 PM 9:27

| | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 |
|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

**Redacted**

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por la cual autorizo.

**Redacted**

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Depte. Aut.

Para uso del Departamento de Hacienda

Aprobado por:

**Redacted**

Nombre y Firma

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|
| | 729-1518 | | | 8/3/A | | | |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000536

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

20 de agosto de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **20 de agosto de 2015** transfieran **$5,000,000.00,** correspondiente al voucher #16011003 de la agencia 066 del pago de arbitrios del petróleo 1ra porción AGOSTO/2015, de la cuenta corriente del Secretario de Hacienda Redacted 000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta:** Redacted **9874**
**REF.: ARBITRIOS PETROLEO 1ra porción AGOSTO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Diana Vázquez Morales
Subdirectora Interina
Área de Tesoro

HTA_STAY0000537

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. _____ 2 de _____ 2

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | | Número de Factura | | Fecha | Importe Total del Documento | |
| EV | 066 | 16011004 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | | 2da Agosto 2015 | | 8/12/15 | $ | 5,000,000.00 |

Comentarios:      Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de agosto 2015 (Petroleo) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT [Redacted] 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |
| | | | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

Redacted

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

729-1518

Fecha      Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Fecha      Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

Redacted

César M. Gandiaga Texidor/CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

8/13/15

Fecha      Teléfono

Para uso del Departamento de Hacienda

Aprobado por: **Redacted**

Nombre y Firma

Título

Fecha      Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

NEGOCIADO DE CUENTAS
2015 AUG 14 AM 9: 22

CONFIDENTIAL

HTA_STAY0000538

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

21 de agosto de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **21 de agosto de 2015** transfieran **$5,000,000.00,** correspondiente al voucher #16011004 de la agencia 066 del pago de arbitrios del petróleo 2da porción AGOSTO/2015, de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [Redacted] 9874**
**REF.: ARBITRIOS PETROLEO 2da porción AGOSTO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Diana Vazquez Morales
Subdirectora Interina
Área de Tesoro

HTA_STAY0000539

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. ___1___ de ___2___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | | Importe Total del Documento | |
| EV | 066 | 16011005 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 1ra Sept 2015 | 9/14/15 | $ | | 5,000,000.00 |
| Comentarios: | | | | | | Dirección: | | | | | |

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Aslg | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de septiembre de 2015 (Petróleo) JP MORGAN CHASE ABA # 021000021 SWIFT CODE: CHASUS33 BENECIFIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R. BENECIFIARY CUSTOMER ACCOUNT # [Redacted]7406 FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN FUERTHER CREDIT ACCOUNT #[Redacted]3466 | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |
| | | | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | | | | | | | | | | |

Para uso del Departamento de Hacienda

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados, y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
729-1518
Fecha    Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha    Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted**
César M. Gandiaga Texidor/CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
9/14/15
Fecha    Teléfono

Aprobado por: **Redacted**
**Redacted**
Nombre y Firma
Título
Fecha    Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000540

Modelo SC 735
19 febrero 13

PRIFAS

| Original – ACC |
| Copia – Agencia |

Pag. ___2___ de ___2___

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

CIFRA DE DEPENDENCIA DE INVENTARIO

IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 16011006 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 2da Sept 2015 | 9/14/15 | $ 5,000,000.00 |

Comentarios:                                    Dirección:

OBLIGACION DE REFERENCIA | Línea | Línea de Distribución (Cifra de Cuenta) | Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de septiembre de 2015 (Petróleo)<br><br>JP MORGAN CHASE<br>ABA # 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENEFICIARY CUSTOMER ACCOUNT #Redacted7406<br>FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN<br>FUERTHER CREDIT ACCOUNT #Redacted3466 | 5,000,000.00 | E6120 | 278 | 0860000 | | 784 | 2015 | | | | |

| $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.  **Redacted**

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
729-1518

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo  **Redacted**

César M. Gandía Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

Para uso del Departamento de Hacienda

Aprobado por: **Redacted**
**Redacted**
Nombre y Firma

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha 9/14/15 | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000541

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

29 de septiembre de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **29 de septiembre de 2015** transfieran **$10,000,000.00,** correspondiente a los voucher #16011005 y al #16011006 de la agencia 066 del ARBITRIO PETROLEO SEPTIEMBRE, de la cuenta corriente del Secretario de Hacienda # [Redacted]000-6 a la cuenta bancaria #[Redacted]346-6 de la Autoridad de Carreteras y Transportación.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

Modelo SC 735

19 febrero 13

PRIFAS

Original – ACC

Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**

Agencia

Pag. ___1___ de ___2___

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 16011007 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 1ra Oct. 2015 | 10/13/15 | $ 5,000,000.00 |

Comentarios:    Dirección:

### CIFRA DE DEPENDENCIA DE INVENTARIO

| | OBLIGACION DE REFERENCIA | | Línea | | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de octubre de 2015 (Petróleo) | | 5,000,000.00 | E6120 | 278 | 0650000 | | 784 | 2015 | | | | |
| | | | | JP MORGAN CHASE ABA # 021000021 SWIFT CODE: CHASUS33 BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R. BENECIFIARY CUSTOMER ACCOUNT # [Redacted] 7406 FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN FUERTHER CREDIT ACCOUNT [Redacted] 3466 | | | | | | | | | | | | |

**Total o Subtotal** $ 5,000,000.00    $ 5,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

**Redacted**

José R. Pérez Torrellas, Tesorero Interino

Nombre y Firma Delegado Comprador

13/Oct/2015    729-1518

Fecha    Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Fecha    Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**

César M. Gandiaga Teixidor, CPA

Nombre y Firma Jefe, Agencia o su Repte. Aut.

10/14/15

Fecha    Teléfono

**Para uso del Departamento de Hacienda**

Aprobado por:

**Redacted**    Nombre y Firma

Título

Fecha    Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000543

Modelo SC 735

19 febrero 13

**PRIFAS**

Original – ACC

Copia – Agencia

Pag. _____2____ de _____2____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

AUTORIDAD DE CARRETERAS Y TRANSPORTACION

Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | | Número de Factura | | Fecha | | | Importe Total del Documento | |
| EV | 066 | 16011008 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | | 2da Oct. 2015 | | 10/13/15 | | $ | | 5,000,000.00 |
| Comentarios: | | | | | | Dirección: | | | | | | | | |

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba Indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de octubre de 2015 (Petróleo) JP MORGAN CHASE ABA # 021000021 SWIFT CODE: CHASUS33 BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R. BENECIFIARY CUSTOMER ACCOUNT # [Redacted]7406 FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN FUERTHER CREDIT ACCOUNT #[Redacted]3466 | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |
| | | | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

**Redacted**

José R. Pérez Corteñas, Tesorero Interino

_____

Nombre y Firma Delegado Comprador

13/Oct./2015                729-1518

Fecha                         Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

_____

Nombre y Firma Oficial Certificador

Fecha                         Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**

César M. Gandiaga Texidor, CPA

Nombre y Firma Jefe, Agencia o su Repte. Aut.

10/14/15

Fecha                         Teléfono

Para uso del Departamento de Hacienda

Redacted

Aprobado por:

Redacted

Nombre y Firma

_____

Título

_____

Fecha                         Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000544



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

29 de octubre de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **29 de octubre de 2015** transfieran
**$10,000,000.00,** correspondiente a los voucher #16011007 y al
#16011008 de la agencia 066 del ARBITRIO PETROLEO OCTUBRE, de la
cuenta corriente del Secretario de Hacienda # ⬚⬚⬚000-6 a la cuenta
bancaria #⬚⬚⬚346-6 de la Autoridad de Carreteras y Transportación.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente,

Redacted

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

HTA_STAY0000545

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

[X] RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16011001 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 16011001 | 7/15/15 | $   5,000,000.00 |

Comments: | Address:

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of July 2015 (Petroleum)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT [Redacted] 9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | 5.000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | [ILLEGIBLE STAMP] |
| | | | $ 5,000,000.00 | **Total or Subtotal** | $ 5,000,000.00 | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

I certify that the articles and/or services were received according to the specifications.

[signature]
Name and Signature Official Certifier

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
7/14/15

**For the use of the Treasury Department**

Approved by:
[signature]

**Name and Signature**

**Title**

| Date | | | Telephone | Date | Telephone | Date | | Telephone | Date | Telephone |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 729-1518 | | | | | | | |

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                **HTA_STAY0000532**

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

July 29, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$5,000,000.00** on **July 29, 2015**, corresponding to the voucher No. 16011001 of the agency 066 for the payment of the 1st portion of petroleum excise taxes JULY/2015, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: 1st portion PETROLEUM EXCISE TAXES JULY/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**

**HTA_STAY0000533**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[X] RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16011002 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 16011002 | 7/15/15 | $ 5,000,000.00 |

Comments: | | Address:

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of July 2015 (Petroleum) | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# [Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | | | | | | | | | | | |
| | | $ 5,000,000.00 | | Total or Subtotal | $ 5,000,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
729-1518

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
7/14/15

**For the use of the Treasury Department**

Approved by:
[signature]

Name and Signature

Title

| Date | Telephone | Date | Telephone | Date | Telephone | Date | Telephone |
|---|---|---|---|---|---|---|---|

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                             **HTA_STAY0000534**

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

July 30, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted] 000-6 of the Secretary of Treasury in the amount of **$5,000,000.00** on **July 30, 2015**, corresponding to the voucher No. 16011002 of the agency 066 for the payment of the 2nd portion of petroleum excise taxes JULY/2015, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number:** [Redacted] **9874**
**REF.: 2nd portion PETROLEUM EXCISE TAXES JULY/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000535**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[X] RECEIPT OF PAYMENT          ☐ RECEIPT OF PAYMENT ON OBLIGATION          ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16011003 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1st August 2015 | 8/12/15 | $ 5.000.000.00 |

Comments:                                                                              Address:

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of August 2015 (Petroleum)  HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# [Redacted] 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | ACCOUNTING BUREAU 2015 AUG 14 AM 9 21 |
| | | $ 5,000,000.00 | | Total or Subtotal | $ 5,000,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed, and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
729-1518

Date                    Telephone

I certify that the articles and/or services were received according to the specifications.

[signature]
Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
8/13/15

Date                    Telephone

**For the use of the Treasury Department**

Approved by:
[signature]

Name and Signature

Title

18/8/15

Date                    Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                                    **HTA_STAY0000536**

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

August 20, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$5,000,000.00** on **August 20, 2015**, corresponding to the voucher No. 16011003 of the agency 066 for the payment of the 1st portion of petroleum excise taxes AUGUST/2015, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: 1st portion PETROLEUM EXCISE TAXES AUGUST/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000537**

Model SC 735

19 February 13

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[X] RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | | Name of Supplier | Supplier Number | CD | Contract Number | | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 16011004 | | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | | 2nd August 2015 | 8/12/15 | $   5,000,000.00 | |

Comments: | | Address:

| REFERENCE OBLIGATION | | | Line | | | Distribution Line (Account Number) | | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of August 2015 (Petroleum)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT# ~~Redacted~~ 9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | ACCOUNTING BUREAU 2015 AUG 14 AM 9:22 |
| | | | 5,000,000.00 | | Total or Subtotal | 5,000,000.00 | | | | | | | | | | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed, and that the purchase was made in accordance with the existing regulations. [signature] | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize [signature] | For the use of the Treasury Department |
|---|---|---|---|
| Luis K. Santiago Reyes, Deputy Treasurer | | César M. Gandiaga Texidor, CPA | Approved by: [signature] |
| Name and Signature Delegated Buyer | Name and Signature Official Certifier | Name and Signature Director, Agency or Authorized Rep. 8/13/15 | Name and Signature |
| | 729-1518 | | 18/8/15   Title |
| Date   Telephone | Date   Telephone | Date   Telephone | Date   Telephone |

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000538**

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

August 21, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$5,000,000.00** on **August 21, 2015**, corresponding to the voucher No. 16011004 of the agency 066 for the payment of the 2nd portion of petroleum excise taxes AUGUST/2015, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK
ABA: 221571415
SWIFT: OBPRPRSJ
Account Name: Puerto Rico Highway Authority (PRHTA)
Account Number: [Redacted]9874
REF.: 2nd portion PETROLEUM EXCISE TAXES AUGUST/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Diana Vazquez Morales
Interim Deputy Director
Treasury Area

**CONFIDENTIAL**                                      **HTA_STAY0000539**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[X] RECEIPT OF PAYMENT    [ ] RECEIPT OF PAYMENT ON OBLIGATION    [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|

| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 16011005 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1st Sept 2015 | 9/14/15 | $ 5,000,000.00 |

Comments:      Address:

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of September 2015 (Petroleum) <br><br> JP MORGAN CHASE <br> ABA# 021000021 <br> SWIFT CODE: CHASUS33 <br> BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R. <br> BENEFICIARY CUSTOMER ACCOUNT # [Redacted]7406 <br> FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY <br> FURTHER CREDIT ACCOUNT # [Redacted]8466 | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | [ILLEGIBLE STAMP] |
| | | $ 5,000,000.00 | | **Total or Subtotal** | $ 5,000,000.00 | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed, and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
729-1518

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
9/14/15

For the use of the Treasury Department

Approved by:
[signature]

Name and Signature

Title

| Date | Telephone | Date | Telephone | Date | Telephone | Date | Telephone |
|---|---|---|---|---|---|---|---|

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**          **HTA_STAY0000540**

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

## COMMONWEALTH OF PUERTO RICO

## HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[X] RECEIPT OF PAYMENT      [ ] RECEIPT OF PAYMENT ON OBLIGATION      [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | DOCUMENT ID | | | | NUMBER OF INVENTORY DEPENDENCE | | | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16011006 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 2nd Sept 2015 | 9/14/15 | $ 5,000,000.00 |

Comments:                          Address:

| | | REFERENCE OBLIGATION | Line | | | | Distribution Line (Account Number) | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of September 2015 (Petroleum)<br><br>JP MORGAN CHASE<br>ABA# 021000021<br>SWFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENEFICIARY CUSTOMER ACCOUNT #[redacted]7406<br>FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY<br>FURTHER CREDIT ACCOUNT #[redacted]8466 | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | [ILLEGIBLE STAMP] |
| | | | $ 5,000,000.00 | **Total or Subtotal** | $ 5,000,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purch ase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
729-1518
Date                    Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier
Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
9/14/15
Date                    Telephone

**For the use of the Treasury Department**
Approved by:
[signature]
**Name and Signature**
**Title**
Ago/14/15
**Date**                    **Telephone**

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

## CONFIDENTIAL

## HTA_STAY0000541

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

September 29, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$10,000,000.00** on **September 29, 2015**, corresponding to the vouchers No. 16011005 and No. 16011006 of the agency 066 for SEPTEMBER PETROLEUM EXCISE TAX, and to transfer said amount to the bank account No. [Redacted]346-6 of the Highways and Transportation Authority.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                   **HTA_STAY0000542**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

[X] RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | | |
| EV | 066 | 16011007 | HIGHWAYS AND TRANSP. AUT. | | 660433808 | A | | 1st Oct 2015 | 10/13/15 | $ 5,000,000.00 | | |

Comments:

Address:

| | REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of October 2015 (Petroleum)<br><br><br>JP MORGAN CHASE<br>ABA# 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENEFICIARY CUSTOMER ACCOUNT [Redacted] 7406<br>FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY<br>FURTHER CREDIT ACCOUNT # [Redacted] 3466 | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | [ILLEGIBLE STAMP] |
| | | $ 5,000,000.00 | | **Total or Subtotal** | $ 5,000,000.00 | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
<u>Luis K. Santiago Reyes, Deputy Treasurer</u>
Name and Signature Delegated Buyer

Oct/13/2015                729-1518
Date                         Telephone

I certify that the articles and/or services were received according to the specifications.


<u>Name and Signature Official Certifier</u>

Date                         Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have notpreviously approved for which I authorize
[signature]
<u>César M. Gandiaga Texidor, CPA</u>
Name and Signature Chief, Agency or Authorized Rep.
10/14/15
Date                         Telephone

**For the use of the Treasury Department**

Approved by:
[signature]

**Name and Signature**

**Title**

[illegible]

Date                         Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                        **HTA_STAY0000543**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

[x] RECEIPT OF PAYMENT  ☐ RECEIPT OF PAYMENT ON OBLIGATION  ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE |
|---|---|---|---|---|---|---|---|---|---|
| | DOCUMENT ID | | | | | | | | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 18011008 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 2nd Oct 2015 | 10/13/15 | $ 5,000,000.00 |

Comments: | Address:

| | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of October 2015 (Petroleum)<br><br><br>JP MORGAN CHASE<br>ABA# 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENEFICIARY CUSTOMER ACCOUNT [Redacted]7406<br>FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY<br>FURTHER CREDIT ACCOUNT #[Redacted]3466 | 5,000,000.00 | E8120 | 278 | 0660000 | | 784 | 2015 | | | | [ILLEGIBLE STAMP] |
| | | | 5,000,000.00 | Total or Subtotal | 5,000,000.00 | | | | | | | | | | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.<br>[signature]<br><u>Luis K. Santiago Reyes, Deputy Treasurer</u><br>Name and Signature Delegated Buyer | I certify that the articles and/or services were received according to the specifications.<br><br><br><br>Name and Signature Official Certifier | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize<br>[signature]<br><u>César M. Gandiaga Texidor, CPA</u><br>Name and Signature Chief, Agency or Authorized Rep. | For the use of the Treasury Department<br>Approved by:<br>[signature]<br>**Name and Signature**<br>[illegible] **Title** |
|---|---|---|---|
| Oct/13/2015 | | 10/14/15 | |
| Date | Telephone 729-1518 | Date | Telephone | Date | Telephone | **Date** | **Telephone** |

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                    **HTA_STAY0000544**

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

October 29, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$10,000,000.00** on **October 29, 2015,** corresponding to the vouchers No. 16011007 and No. 16011008 of the agency 066 for OCTOBER PETROLEUM EXCISE TAX, and to transfer said amount to the bank account No. [Redacted]346-6 of the Highways and Transportation Authority.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                  **HTA_STAY0000545**



# CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for **English and Spanish** languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

*Name: "HTA_STAY0000532" (pdf file)*                              *No. of Pages: 14*

Sincerely,

*María R. Arias*                                                            04/03/2020
---------------------------------------                    ---------------------------------
Maria R. Arias                                                           Date
ATA-Certified Translator
English ≈ Spanish



U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com