**NATBONY REPLY DECLARATION**
**EXHIBIT 35**

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. _____ 1 de 1

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

## IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 16022001 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 1ra Junio 2015 | 7/24/15 | $ 594,737.13 |

Comentarios:
Dirección: Centro Gubernamental Miñillas
Apartado 42007, San Juan, PR 00940-2007

## OBLIGACION DE REFERENCIA / Línea / CIFRA DE DEPENDENCIA DE INVENTARIO

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig. | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $ 594,737.13 | Multas de Peajes Electrónicos Para el mes de junio 2015 | $ 594,737.13 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |

AUTORIDAD DE CARRETERAS Y TRANSPORTACION
ABA# 221571415
SWIFT: OBRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENECIFIARY CUSTOMER ACCOUNT#: Redacted 9874
BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS

Total o Subtotal  $ 594,737.13    $ 594,737.13

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados, y que la compra efectuada se hizo conforme a la reglamentación vigente.

Luis K. Santiago Reyes, Sub-Tesorero
Redacted
Nombre y Firma Delegado Comprador
721-8787x2707

Fecha / Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

_____
Nombre y Firma Oficial Certificador

Fecha / Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente, por lo cual autorizo Para uso del Departamento de Hacienda
Aprobado por: Redacted
Nombre y Firma
César M. Gandiaga Texidor, CFA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
Título
7/24/15
Fecha / Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL  HTA_STAY00005446

Modelo SC 735
1 febrero 13
PRIFAS
a Original – ACC
b Copia – Agencia

☑ COMPROBANTE DE PAGO

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

Pag. ____1____ de ____1____

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 16022002 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 1ra Julio 2015 | 7/31/15 | $ 201,519.28 |

Comentarios:    Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

### OBLIGACION DE REFERENCIA

| | | Número Orden de Compra o Número Obligación Contrato | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

### Línea

### CIFRA DE DEPENDENCIA DE INVENTARIO

| | | | | | Línea de Distribución (Cifra de Cuenta) | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Importe | Descripción | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | $ 201,519.28 | Multas de Peajes Electrónicos Para el mes de julio 2015 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |
| | | | AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT [Redacted]9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | | | | | | | | | | |

Total o Subtotal    $ 201,519.28    $ 201,519.28

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

Redacted

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

_____  721-8787x2707
Fecha              Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

_____
Nombre y Firma Oficial Certificador

_____  _____
Fecha              Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo bajo juramento.

César M. Gandiaga Texidor, CPA
Redacted
Nombre y Firma Jefe, Agencia o su Repte. Aut.

7/31/15            _____
Fecha              Teléfono

Para uso del Departamento de Hacienda

Aprobado por:

_____
Nombre y Firma

_____
Título

_____  _____
Fecha              Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENCIAL

HTA_STAY000547

Pag. _1_ de _1_

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

NEGOCIADO DE CUENTAS
2015 AUG 14 AM 9:22

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor |
|---|---|---|---|---|
| EV | 066 | 16022003 | AUT. CARRETERAS Y TRANSP. | 660433808 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

### CIFRA DE DEPENDENCIA DE INVENTARIO

| Fecha | Importe Total del Documento |
|---|---|
| 8/12/15 | $ 184,160.76 |

### OBLIGACION DE REFERENCIA

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | | Descripción |
|---|---|---|---|---|---|
| 01 | 066 | | $ | 184,160.76 | Multas de Peajes Electrónicos Para el mes de agosto 2015 |

AUTORIDAD DE CARRETERAS Y TRANSPORTACION
ABA# 221571415
SWIFT: OBRPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENECIFIARY CUSTOMER ACCOUNT#[Redacted]9874
BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS

**Total o Subtotal** $ 184,160.76

### Línea

| CD | Número de Contrato | Número de Factura |
|---|---|---|
| D | | 1ra Agosto 2015 |

### Línea de Distribución (Cifra de Cuenta)

| Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Propiedad Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|
| $ 184,160.76 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |

| | |
|---|---|
| $ 184,160.76 | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

721-8787x2707
Teléfono

Fecha

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Redacted
Nombre y Firma Oficial Certificador

Teléfono
Fecha

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo a que la misma sea efectuada.
Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe Agencia o su Repte. Aut.

8/13/15
Fecha

Para uso del Departamento de Hacienda
Aprobado por:
Redacted
Nombre y Firma

Título

Teléfono
Fecha

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL
HTA_STAY0000548

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

24 de agosto de 2015

Vía Fax 721-3642

SRA MARÍA OCASIÓ
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **24 de agosto de 2015** transfieran **$980,417.17**, correspondiente al voucher 16022001 AL 16022003 para el pago de multas de peajes electrónicos de JUNIO Y JULIO, de la cuenta corriente del Secretario de Hacienda [Redacted] [Redacted]000-6 a la siguiente cuenta bancaria:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta:** [Redacted] **9874**
**REF.: multas peajes electrónicos JUNIO Y JULIO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Redacted

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL
HTA_STAY000549

Model SC 735
19 February 13

PRIFAS
Original – ACC
Copy - Agency

Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**
**HIGHWAYS AND TRANSPORTATION AUTHORITY**
Agency

X RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | | CD | Contract Number | Invoice Number | | Date | Total Amount of the Document | | | |
| EV | 066 | 16022001 | HIGHWAYS AND TRANSP. AUT. | 660433808 | | D | | 1st June 2015 | | 7/24/15 | $ 529,737.13 | | | |
| Comments: | | | Address: Minillas Government Center PO Box 42007, San Juan, PR 00940-2007 | | | | | | | | | | | |

| | REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 594,737.13 | Electronic Toll Fines For the month of June 2015 | $ 529,737.13 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# [Redacted] 8874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | | | | | | | | | |

$ 529,737.13   **Total or Subtotal** $ 529,737.13

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

I certify that the articles and/or services were received according to the specifications.

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

For the use of the Treasury Department

Approved by:

| Luis K. Santiago Reyes, Deputy Treasurer | | César M. Gandiaga Texidor, CPA | |
|---|---|---|---|
| Name and Signature Delegated Buyer | Name and Signature Official Certifier | Name and Signature Chief, Agency or Authorized Rep. | Name and Signature |
| 721-8787x2707 | | 7/24/15 | 7/30/15 Title |
| Date Telephone | Date Telephone | Date Telephone | Date Telephone |

Preservation: Six years or until the intervention of a comptroller, whichever occurs first.

**CONFIDENTIAL**

ENGLISH TRANSLATION

HTA_STAY0000546

Page 001

Model SC 735
19 February 13

PRIFAS
Original – ACC
Copy - Agency

Page 1 of 1

# COMMONWEALTH OF PUERTO RICO
## HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT Agen | Document Number | | Name of Supplier | Supplier Number | | CD | Contract Number | Invoice Number | | Date | Total Amount of the Document | | | |
| EV 066 | 16022002 | | HIGHWAYS AND TRANSP. AUT. | 660433808 | | D | | 1st July 2015 | | 7/31/15 | $ 201,519.28 | | | |
| Comments: | | | | | | | Address: Minillas Government Center PO Box 42007, San Juan, PR 00940-2007 | | | | | | | |

| | | | Line | | | | Distribution Line (Account Number) | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | REFERENCE OBLIGATION | | | | | | | | | | | | | |
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | | | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 201,519.28 | Electronic Toll Fines For the month of July 2015 HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT#[Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | $ 201,519.28 | E6120 | 278 | 066000 | | 081 | 2014 | | | | |
| | | | $ 201,519.28 | | | **Total or Subtotal** | $ 201,519.28 | | | | | | | | | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | For the use of the Treasury Department |
|---|---|---|---|
| Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer | Name and Signature Official Certifier | César M. Gandiaga Texidor, CPA Name and Signature Chief, Agency or Authorized Rep. 7/31/15 | Approved by: ....... Name and Signature Title |
| 721-8787x2707 | | | |
| Date Telephone | Date Telephone | Date Telephone | Date Telephone |

Preservation: Six years or until the intervention of a comptroller, whichever occurs first.

[handwritten] Approved on 6/[illegible]

**CONFIDENTIAL**

HTA_STAY0000547

ENGLISH TRANSLATION

Page 002

# COMMONWEALTH OF PUERTO RICO
## HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☒ RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

**DOCUMENT ID**

| CT Agen | Document Number | | Name of Supplier | | Supplier Number | CD | Contract Number | Invoice Number | Date | | | | | Total Amount of the Document | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EV 066 | 16022003 | 1 | HIGHWAYS AND TRANSP. AUT. | 1 | 660433808 | D | | 1st August 2015 | 8/12/15 | | | | | $ 184,160.76 | | |

**Comments:**

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

**NUMBER OF INVENTORY DEPENDENCE**

ACCOUNTING BUREAU
2015 AUG 14 AM 9:22

| | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN Agen | Purchase Order Number Contract Obligation | Amount | Description | | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | P/F | Federal Contribution | Code | Unit |
| 01 066 | | $184,160.76 | Electronic Toll Fines
For the month of August 2015

HIGHWAYS AND TRANSPORTATION AUTHORITY
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENEFICIARY CUSTOMER ACCOUNT [Redacted]9874
BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | $ 184,160.76 | E6120 | 278 | 066000 | | 081 | 2014 | | | | |

**Total or Subtotal** $ 184,160.76

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
721-8787x2707

| Date | | | Telephone |

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

| Date | | | Telephone |

**For the use of the Treasury Department**

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
8/13/15

Approved by:
........

Name and Signature
Title

| Date | | | Telephone |

Preservation: Six years or until the intervention of a comptroller, whichever occurs first.

CONFIDENTIAL
HTA_STAY0000548
ENGLISH TRANSLATION
Page 003

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

August 24, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio:

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$980,417.17** on **August 24, 2015**, corresponding to the vouchers from No. 16022001 to No. 16022003 for the payment of electronic toll fines in JUNE AND JULY, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK
ABA: 221571415
SWIFT: OBPRPRSJ
Account Name: Puerto Rico Highway Authority (PRHTA)
Account Number: [Redacted]9874
REF.: electronic toll fines JUNE AND JULY/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**  HTA_STAY0000549

ENGLISH TRANSLATION  Page 004



# CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for *English and Spanish* languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

*Name: "HTA_STAY0000546" (pdf file)*         No. of Pages: 04

Sincerely,

*María R. Arias*                                      04/03/2020
-----------------------------------------        -----------------------------------
Maria R. Arias                                         Date
ATA-Certified Translator
English ≈ Spanish



U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com