## NATBONY REPLY DECLARATION
## EXHIBIT 36

CONFIDENTIAL

Modelo SC-735
(Febrero 13)

| Original – Agencia |
| Copia – Corresp. Hac. |
| Copia - Area |

**PRIFAS**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Aut. de Carreteras y Transp.
**Agencia**

| (Para uso de Hacienda) |
| Negociado de Cuentas | ☐ |
| Negociado de Intervenciones | ☐ |
| Area del Tesoro | ☐ |
| Otro _____ | ☐ |

*OK*

**HOJA DE CONTROL – PRIFAS**

Número: _____15000017_____   Fecha de Origen (Agencia): __1/14/2015__   Número de SC: ___735___

(YYYY AAA 123456)                              (MM DD AAAA)                              (SC_____ )

| Núm. | Número de Documento | Comentarios |
|------|---------------------|-------------|
| 1 | 15000021 | |
| 2 | 15000022 | |
| 3 | 15000023 | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

1 4 ENE 2015

**Redacted**

Luis R. Santiago Reyes, CPA                    (787) 721-8787 x 2707          (787) 729-1522
Nombre y Firma Autorizada Agencia Remitente          Teléfono                    Fax

HTA_STAY0000556

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. _1_ de _3_

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDÁD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | | |
| EV | 066 | 15000021 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000021 | 1/13/2015 | $ | 6,000,000.00 | |

Comentarios:       Dirección:  P.O. Box 42007, San Juan , P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | Línea | | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de enero 2015<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 8874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente no lo cual autorizo
**Redacted**
César M. Gandiaga Toxidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
1/13/15

Para uso del Departamento de Hacienda
Aprobado por:
**Redacted**
Nombre y Firma
01 16 2015
Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000557

Modelo SC 735
19 febrero 13
**PRIFAS**
| Original – ACC |
| Copia – Agencia |

Pag. _____ 2 _____ de _____ 3 _____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CO | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15000022 | AUT. CARRETERAS Y TRANSP. | 660433808 | | | 15000022 | 1/13/2015 | $                      6,000,000.00 |

Comentarios:  Dirección:  P.O. Box 42007, San Juan , P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | | Linea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de enero 2015 <br><br> AUTORIDAD DE CARRETERAS Y TRANSPORTACION <br> ABA# 221571415 <br> SWIFT: OBPRPRSJ <br> BENEFICIARY BANK: ORIENTAL BANK (BBVA) <br> BENECIFIARY CUSTOMER ACCOUNT#[Redacted]8874 <br> BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiaga Teixidor, CPA
Nombre y Firma Jefe, Agencia o su Reple. Aut.
1/13/15

Para uso del Departamento de Hacienda
Aprobado por:
**Redacted**
Nombre y Firma

Título

| Fecha | Teléfono | Fecha | | Teléfono | Fecha | | Teléfono | Fecha | | Teléfono |

~servación: Seis años o una intervención del Controlor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000558

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. ___3___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | | Importe Total del Documento | |
| EV | 066 | 15000023 | AUT. CARRETERAS Y TRANSP. | 680433808 | | 15000023 | 1/13/2015 | $ | | 6,000,000.00 | |

Comentarios:     Dirección: P.O. Box 42007, San Juan , P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de enero 2015<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# [Redacted]8874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

| | $ 6,000,000.00 | | Total o Subtotal | $ 6,000,000.00 | | | | | |
|---|---|---|---|---|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

~~Redacted~~
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Reple. Aut.
1/13/15

Para uso del Departamento de Hacienda

Aprobado por: **Redacted**
Nombre y Firma

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000559

Case:17-03283-LTS Doc#:13384-13 Filed:06/08/20 Entered:06/08/20 18:15:27 Desc:
Exhibit 36 Page 6 of 100

Case:17-03283-LTS Doc#:13173-61 Filed:05/18/20 Entered:05/18/20 23:36:49 Desc:
Exhibit AO - Part 2 Page 3 of 6

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

19 febrero 13

Original – Agencia
Copia – Corresp, Hac.
Copia – Area
**PRIFAS**

**Aut. de Carreteras y Transp.**
Agencia

Fiscales (Hacienda)

Negociado de Cuentas ☐
Negociado de Intervenciones ☐
Area del Tesoro ☐
Otro _____ ☐

**HOJA DE CONTROL – PRIFAS**

| Número: | **15000019** | Fecha de Origen (Agencia): | **2/11/2015** | Número de SC: | **735** |
|---|---|---|---|---|---|
| | (YYYY AAA 123456) | | (MM DD AAAA) | | (SC_____) |

| Núm. | Número de Documento | Comentarios |
|---|---|---|
| 1 | 15000025 | 2705 |
| 2 | 15000026 | |
| 3 | 15000027 | 2708 |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

2015 FEB 11 PM 2: 30

| Luis K. Santiago Reyes, CPA | (787) 721-8787 x 2707 | (787) 729-1522 |
|---|---|---|
| Nombre y Firma Autorizada Agencia Remitente | Teléfono | Fax |

CONFIDENTIAL

HTA_STAY0005600

Modelo SC 735
19 febrero 13

**PRIFAS**

| Original – ACC |
| Copia – Agencia |

Pag. _____3_____ de _____3_____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

AUTORIDAD DE CARRETERAS Y TRANSPORTACION

Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15000027 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000027 | 3/11/15 | $ | 4,069,839.53 |

Comentarios: 

Dirección: P.O. Box 42007, San Juan , P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $4,069,840 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de febrero 2015<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT# Redacted 9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $4,069,840 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

2015 MAR 11 PM 2: 15

| | $ 4,069,839.53 | Total o Subtotal | $ 4,069,839.53 | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**

Luis A. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted**

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Rpte. Aut.
3/11/15

Para uso del Departamento de Hacienda

**Redacted**

Nombre y Firma

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000561

CONFIDENTIAL

ESTADO LIBRE ASOCIADO DE PUERTO RICO

| 19 febrero 13 | Fiscales (Hacienda) |
|---|---|
| Original -- Agencia | Negociado de Cuentas ☐ |
| Copia -- Corresp. Hac. | Negociado de Intervenciones ☐ |
| Copia - Area | Area del Tesoro ☐ |
| **PRIFAS** | Otro _____ ☐ |

Aut. de Carreteras y Transp.
**Agencia**

## HOJA DE CONTROL -- PRIFAS

Número: **15000021**      Fecha de Origen (Agencia): **3/17/2015**    Número de SC: **735**
          (YYYY AAA 123456)                    (MM DD AAAA)                 (SC____ )

| Núm. | Número de Documento | Comentarios |
|---|---|---|
| 1 | 15000028 | |
| 2 | 15000029 | |
| 3 | 15000030 | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

Luis K. Santiago Reyes, MBA, CPA       (787) 721-8787 x 2707       (787) 729-1522
Nombre y Firma Autorizada Agencia Remitente       Teléfono       Fax

2015 MAR 17 PM 3: 09

HTA_STAY0000562

Modelo SC 735
19 febrero 13
**PRIFAS**
Original -- ACC
Copia – Agencia

Pag. _____1_____ de _____3_____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15000028 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000028 | 3/16/15 | $ | 6,000,000.00 |

Comentarios: | Dirección: P.O. Box 42007, San Juan , P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Aslg | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de marzo 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | 2015 MAR 17 PM 3 09 | |

| | | | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
**Redacted**
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe Agencia o su Repte. Aut.

Para uso del Departamento de Hacienda
**Redacted**
Nombre y Firma
Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|
| | 721-8787x2707 | | | 3/16/15 | | | |

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000563

Modelo SC 735
19 febrero 13

**PRIFAS**

| Original – ACC |
| Copia – Agencia |

Pag. __2__ de __3__

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| | IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | | Número del Suplidor | CD | Número de Contrato | | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15000029 | AUT. CARRETERAS Y TRANSP. | | 660433808 | D | | | 15000029 | 3/16/15 | $ | 6,000,000.00 |

Comentarios: | Dirección: P.O. Box 42007, San Juan , P.R. 00940-2007

| | OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de marzo 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

**Redacted**

Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

Para uso del Departamento de Hacienda

Aprobado por

**Redacted**

Nombre y Firma

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|
| | 721-8787x2707 | | | 3/6/15 | | | |

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000564

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pend.

Pag. _3_ de _3_

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | | Número de Factura | Fecha | | Importe Total del Documento | |
| EV | 066 | 15000030 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | | 15000030 | 3/16/15 | $ | 6,000,000.00 | |

Comentarios:

Dirección: P.O. Box 42007, San Juan , P.R. 00940-2007

| | | OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de marzo 2015 (Gasolina, Disel y Marbetes) <br><br> AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0860000 | \ | 781 781 | 2014 | | | 2015 :: 13 17 P: 3:10 | DEP HT |
| | | | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**
Julie R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobade la misma previamente por lo cual autorizo.
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe/Agencia o su Repte. Aut.
3/16/15

Para uso del Departamento de Hacienda
Aprobado por:
**Redacted**
Nombre y Firma
Título
4/09/2015

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

HTA_STAY0000565

CONFIDENTIAL

19 febrero 13

| Original -- Agencia |
| Copia -- Corresp. Hac. |
| Copia - Area |

**PRIFAS**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Aut. de Carreteras y Transp.
Agencia

Fiscales (Hacienda)

| Negociado de Cuentas | ☐ |
| Negociado de Intervenciones | ☐ |
| Area del Tesoro | ☐ |
| Otro _____ | ☐ |

## HOJA DE CONTROL – PRIFAS

Número: __15000024__   Fecha de Origen (Agencia): __4/15/2015__   Número de SC: __735__
(YYYY AAA 123456)   (MM DD AAAA)   (SC_____)

| Núm. | Número de Documento | Comentarios |
|------|---------------------|-------------|
| 1 | 15066031 | CIGARRILLOS |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

Luis K. Santiago Reyes, MBA, CPA   (787) 721-8787 x 2707   (787) 729-1522
Nombre y Firma Autorizada Agencia Remitente   Teléfono   Fax

2015 APR 16 3:24

HTA_STAY0000566

Modelo SC 735
19 febrero 13
PRIFAS

| Original – ACC |
| Copia – Agencia |

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

Pag. ___1___ de ___1___

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO / CIFRA DE DEPENDENCIA DE INVENTARIO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15066031 | AUT. CARRETERAS Y TRANSP. | 660433806 | A | | 15066031 | 4/15/15 | $ 1,666,000.00 |

Comentarios: | Dirección:

| OBLIGACION DE REFERENCIA | | | Linea | | Linea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,666,000.00 | Arbitrios de Cigarrillo Nuevos ingresos para el mes de MARZO 2015, de conformidad con Memo de la Secretaria de Hacienda. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta _____427-6 para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |
| | | | $ 1,666,000.00 | **Total o Subtotal** | $ 1,666,000.00 | | | | | | | | | | |

Draft

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. Redacted Luis K. Santiago Reyes, Sub-Tesorero Nombre y Firma Delegado **Comprador** 721-8787x2707 | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones. Nombre y Firma Oficial Certificador | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted** César M. Gandiaga Texidor, CPA Nombre y Firma Jefe, Agencia o su Reple. Aut. | Para uso del Departamento de Hacienda Aprobado por: **Redacted** Nombre y Firma Título |
| Fecha | Teléfono | Fecha Teléfono | Fecha 4/15/15 Teléfono | Fecha 4/16/2015 Teléfono |

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

CONFIDENTIAL

HTA_STAY0000568

Case:17-03283-LTS Doc#:13173-63 Filed:05/18/20 Entered:05/18/20 23:36:49 Desc:
Exhibit AO - Part 4 Page 3 of 7

19 febrero 13

| Original – Agencia |
| Copia – Corresp. Hac. |
| Copia - Area |
| **PRIFAS** |

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Aut. de Carreteras y Transp.
Agencia

Registro de documentos
Fiscales (Hacienda)

| Negociado de Cuentas | ☐ |
| Negociado de Intervenciones | ☐ |
| Area del Tesoro | ☐ |
| Otro _____ | ☐ |

**HOJA DE CONTROL – PRIFAS**

Número: _____15000025_____  Fecha de Origen (Agencia): __4/29/2015__  Número de SC: __735__
(YYYY AAA 123456)                    (MM DD AAAA)                    (SC_____ )

| Núm. | Número de Documento | Comentarios |
|------|---------------------|-------------|
| 1 | 15066032 | MARBETES |
| 2 | 15066033 | MULTAS |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

| Luis R. Santiago Reyes, MBA, CPA | (787) 721-8787 x 2707 | (787) 729-1522 |
| Nombre y Firma Autorizada Agencia Remitente | Teléfono | Fax |

Modelo SC 735
19 febrero 13
**PRIFAS**
Original -- ACC
Copia -- Agencia

Pag. __1__ de __1__

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15066032 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066032 | 4/28/15 | $ | 4,883,611.87 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I.N | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 4,883,611.87 | Marbete (C 1276 ) marzo 2015 Enmendar Art. 23.01 Ley 22-2000 , según enmendada, conocida como "Ley de Vehículos y Transito de PR". Ingresos Nuevos. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [Redacted]27-8 para repago de obligaciones vigentes de la Autoridad | $ 4,883,611.87 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |

Chq: **Redacted** 0256
Fecha: 05/06/2015

| | $ 4,883,611.87 | Total o Subtotal | $ 4,883,611.87 | | |
|---|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.  **Redacted**

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted**

Para uso del Departamento de Hacienda
Anotado por: **Redacted**
**Redacted**

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

Nombre y Firma Oficial Certificador

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

Nombre y Firma

| Fecha | 721-8787x2707 Teléfono | Fecha | Teléfono | Fecha 4/29/15 | Teléfono | Fecha 4/29/15 | Título Teléfono |
|---|---|---|---|---|---|---|---|

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000569

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. _____1___ de ___1___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | | Número de Factura | Fecha | | Importe Total del Documento | |
| EV | 066 | 15066033 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | | 15066033 | 4/28/15 | $ | | 481,171.80 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | | | Linea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 481,171.80 | Multas de Peajes Electrónicos Para el mes de marzo 2015<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 481,171.80 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |

| | $ 481,171.80 | Total o Subtotal | $ 481,171.80 |
|---|---|---|---|

Redacted 0255
05/05/2015

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**

**Redacted**
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

Para uso del Departamento de Hacienda
Aprobado por:
**Redacted**
Nombre y Firma
Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|
| | 721-8787x2707 | | | 4/29/15 | | 4/29/15 | |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000570

CONFIDENTIAL

19 febrero 13

| Original – Agencia |
| Copia – Corresp. Hac. |
| Copia - Area |

**PRIFAS**

ESTADO LIBRE ASOCIADO DE PUERTO RICO

Aut. de Carreteras y Transp.
Agencia

Fiscales (Hacienda)

| Negociado de Cuentas | ☐ |
| Negociado de Intervenciones | ☐ |
| Area del Tesoro | ☐ |
| Otro _____ | ☐ |

## HOJA DE CONTROL – PRIFAS

Número: _____15000037_____ Fecha de Origen (Agencia): __5/18/15__ Número de SC: ___735___

(YYYY AAA 123456) (MM DD AAAA) (SC_____)

| Núm. | Número de Documento | Comentarios |
|------|---------------------|-------------|
| 1 | 15066034 | CIGARRILLOS |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

| Luis K. Santiago Reyes, MBA, CPA | (787) 721-8787 x 2707 | (787) 729-1522 |
|---|---|---|
| Nombre y Firma Autorizada Agencia Remitente | Teléfono | Fax |

HTA_STAY0000571

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag.   1   de   1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO      ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION      ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15066034 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066034 | 5/18/15 | $ 1,666,000.00 |

Comentarios:                                    Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,666,000.00 | Arbitrios de Cigarrillo<br>Nuevos ingresos para el mes de ABRIL 2015, de conformidad con Memo de la Secretaria de Hacienda.<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta ____427-6 para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

| | $ 1,666,000.00 | Total o Subtotal | $ 1,666,000.00 | Para uso del Departamento de Hacienda |
|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**

Luis R. Santiago Reyes,  Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted**

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Reptte. Aut.

Aprobado por: **Redacted**
**Redacted**
Nombre y Firma

Fecha            Teléfono       Fecha            Teléfono       Fecha            Teléfono       Título

Fecha            Teléfono

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL                                                                    HTA_STAY0000572

Mod. SC 735
19
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

Pag. ___1___ de ___2___

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15000034 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000034 | 4/15/2015 | $ 5,000,000.00 |

Comentarios:                                   Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $5,000,000 | Para retirar de la cuenta indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de abril 2015 (Petroleo) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $5,000,000 | E6120 | 278 | 0660000 | | 784 | 2015 | | | 2015 . 16 - 4 25 | |
| | | | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. Redacted

cos R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo Redacted

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe Agencia o su Repte. Aut.

Para uso del Departamento de Hacienda
Aprobado por: Redacted
Redacted
Nombre y Firma

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|
| | | | | 4/15/15 | | 4/23/2015 | |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000573

Modelo SC 735
19 febren.
PPJF. s3
Original – ACC
Copia – Agencia

Pag. _1_ de _2_

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15000035 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | | 15000035 | 4/15/2015 | $ | 5,000,000.00 |

Comentarios: | Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $5,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de abril 2015 (Petroleo) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# [Redacted] 3874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $5,000,000 | E6120 | 278 | 0660000 | | 784 | 2015 | | | 2015 7-16 7 J5 | 9 |
| | | | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. Redacted
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
729-1518

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe Agencia o su Repte. Aut.
4/15/15

Para uso del Departamento de Hacienda
Aprobado por: Redacted
**Redacted**
Nombre y Firma
4/23/2015
Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000574

Modelo SC 735
19 febrero 13
PRIFAB
Original – ACC
Copia – Agencia

Pag. ___1___ de ___1___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | | Importe Total del Documento |
| EV | 086 | 15066036 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066038 | 5/27/15 | $ | 4,898,905.17 |

Comentarios:

Dirección:  Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 086 | | $ 4,898,905.17 | Marbete (C 1276 ) abril 2015<br>Enmendar Art. 23.01 Ley 22-2000 , según enmendada,<br>conocida como "Ley de Vehículos y Transito de PR".<br>Ingresos Nuevos.<br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>en el Banco Gubernamental de Fomento<br>a la cuenta [____]427-6<br>para repago de obligaciones vigentes de la Autoridad | $ 4,898,905.17 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |

*Draft*

| | | $ 4,898,905.17 | | Total o Subtotal | $ 4,898,905.17 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**

Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se ha siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado el mismo previamente para lo cual autorizo **Redacted**

César M. Gandiaga, Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
5/27/15

Para uso del Departamento de Hacienda
Aprobado por: **Redacted**
**Redacted**
Nombre y Firma
5/27/2015
Título

| Fecha | | Teléfono | Fecha | | Teléfono | Fecha | | Teléfono | Fecha | | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000575

CONFIDENTIAL

| 19 febrero 13 | | | Fiscales (Hacienda) | |
|---|---|---|---|---|
| Original – Agencia | | | Negociado de Cuentas | ☐ |
| Copia – Corresp. Hac. | Aut. de Carreteras y Transp. | | Negociado de Intervenciones | ☐ |
| Copia - Area | **Agencia** | | Area del Tesoro | ☐ |
| **PRIFAS** | | | Otro _____ | ☐ |

### HOJA DE CONTROL – PRIFAS

Número: _____15000023_____ Fecha de Origen (Agencia): __4/15/2015__ Número de SC: ___735___

(YYYY AAA 123456) (MM DD AAAA) (SC_____)

| Núm. | Número de Documento | Comentarios |
|---|---|---|
| 1 | 15000031 | GASOLINA |
| 2 | 15000032 | GASOLINA |
| 3 | 15000033 | GASOLINA |
| 4 | 15000034 | PETROLEO |
| 5 | 15000035 | PETROLEO |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | Redacted | |

Redacted

Luis R. Santiago Reyes, MBA, CPA      (787) 721-8787 x 2707      (787) 729-1522

Nombre y Firma Autorizada Agencia Remitente      Teléfono      Fax

HTA_STAY0000576

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. _____1____ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | | | |
| EV | 066 | 15000031 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000031 | 4/15/15 | $ | | 6,000,000.00 | |

Comentarios:                                         Dirección:  P.O. Box 42007, San Juan , P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de abril 2015 (Gasolina, Disel y Marbetes)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados, y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente per lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Reple. Aut.

Para uso del Departamento de Hacienda
Aprobado por **Redacted**
**Redacted**
Nombre y Firma

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

**Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.**

CONFIDENTIAL

HTA_STAY0000577

Modelo SC 735
19 febrero 13

**PRIFAS**
Original – ACC
Copia – Agencia

Pag. _2_ de _3_

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | | |
| EV | 066 | 15000032 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000032 | 4/15/15 | $ | | 6,000,000.00 |

Comentarios:     Dirección: P.O. Box 42007, San Juan , P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Aslg | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de abril 2015 (Gasolina, Disel y Marbetes) <br><br> AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

| | | $ 6,000,000.00 | | Total o Subtotal | $ 6,000,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
**Redacted**
Luis N. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Teixidor, CPA
Nombre y Firma Jefe, Agencia o su Repto. Aut.
4/15/15

Para uso del Departamento de Hacienda
Aprobado por: **Redacted**
**Redacted**
Nombre y Firma
Titulo
4/23/201

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000578

Modelo SC 735
19 febrero 13
PRIFAS
Original -- ACC
Copia -- Agencia

Pag. ___3___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO          ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION          ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15000033 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000033 | 4/15/15 | $ | 6,000,000.00 |

Comentarios:                     Dirección:   P.O. Box 42007, San Juan , P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de abril 2015 (Gasolina, Disel y Marbetes) | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| $ 6,000,000.00 | | Total o Subtotal | $ 6,000,000.00 | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.   **Redacted**

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo   **Redacted**

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Reple. Aut.
4/15/15

Para uso del Departamento de Hacienda
Aprobado por   **Redacted**
**Redacted**
Nombre y Firma
_____ Título
4/15/15

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL                                                                                                    HTA_STAY0000579

CONFIDENTIAL

| | |
|---|---|
| 19 febrero 15 | ESTADO LIBRE ASOCIADO DE PUERTO RICO |

| Original – Agencia |
|---|
| Copia – Corresp. Hac. |
| Copia - Area |
| **PRIFAS** |

Aut. de Carreteras y Transp.
Agencia

| Negociado de Cuentas | ☐ |
|---|---|
| Negociado de Intervenciones | ☐ |
| Area del Tesoro | ☐ |
| Otro _____ | ☐ |

## HOJA DE CONTROL – PRIFAS

Número: ___15000038___   Fecha de Origen (Agencia): ___5/18/15___   Número de SC: ___735___
(YYYY AAA 123456)                            (MM DD AAAA)                    (SC____)

| Núm. | Número de Documento | Comentarios |
|---|---|---|
| 1 | 15000037 | 2015-5mz |
| 2 | 15000038 | |
| 3 | 15000039 | |
| 4 | 15000040 | |
| 5 | 15000041 | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | Redacted | |

**Redacted**
Luis R. Santiago Reyes, MBA, CPA     (787) 721-8787 x 2707     (787) 729-1522
Nombre y Firma Autorizada Agencia Remitente     Teléfono     Fax

HTA_STAY0000580

CONFIDENTIAL

Modelo SC 6033
1 - JUL 98

| |
|---|
| Original - PRIFAS |
| Copia - Negociado |

**PRIFAS**

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
AREA DE LA CONTABILIDAD CENTRAL DE GOBIERNO

A LOS ARCHIVOS DEL SISTEMA

Negociado: **CONTABILIDAD CENTRAL**

División o Sección: Seccion de Pago ( ofic. 319)

Archivo: _____

Fecha de Solicitud: 19/Mayo/2015ms2
MM/DD/AA

☐ se añada    ☐ se elimine

**Para uso exclusivo de PRIFAS**

Cambio efectuado por: _____

FECHA          HORA

Saludos :

Favor de Levantar el Control Para Retirar de la Cuenta Arriba Indicada a ser Usados por

Para la **Agencia** para sus Fines de Lucro Corp. ( AUT. CARR. Y TRANSP. )

Para el Mes de Mayo del 2015-sm2  ( Gasolina , Disel y Marbetes )

066- 15000038   $ 6,000,00.00   Y 066  15000037  $6,000,000.00

JUSTIFICACION:

Reembolso de Primas

CORRESPONDIENTE A LA 1RA

Quincena del Mes de Mayo del 2015-SM2

Por la Cantidad Total de $ 6,000,000.00 los dos Comprobantes.

| Redacted | Redacted | FIRMA DEL DIRECTOR DE PRIFAS O SU REPRESENTANTE AUTORIZADO |
|---|---|---|
| Marcelino Lebrón Lebrón | | Redacted |
| NOMBRE DEL SOLICITANTE EN LETRA | | |
| Redacted | Angela Soto Toro | Jayson O. Padilla Morales |
| FIRMA DEL SOLICITANTE | FIRMA DEL DIRECTOR DEL NEGOCIADO O SU REPRESENTANTE AUTORIZADO | FIRMA DEL SECRETARIO AUXILIAR DEL AREA DE LA CONTABILIDAD CENTRAL DE GOBIERNO O SU REPRESENTANTE AUTORIZADO |
| 19/Mayo/2015ms2 | 19/Mayo/2015ms2 | 19/Mayo/2015ms2 |
| FECHA | FECHA | FECHA |

CONSERVACION: Seis años o una intervención del Contralor, lo que ocurra primero

HTA_STAY0000581

Modelo SC 735
19 febrero 13

PRIFAS
Original – ACC
Copia – Agencia

Pag. ___1___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | | |
| EV | 066 | 15000037 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000037 | 5/18/15 | $ | | 6,000,000.00 |

Comentarios:      Dirección: P.O. Box 42007, San Juan , P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | | Linea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de mayo 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | | | | | | | | |

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados, y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted** Luis R. Santiago Reyes, Sub-Tesorero Nombre y Firma Delegado Comprador **Redacted** | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones. Nombre y Firma Oficial Certificador | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted** César M. Gandiaga Texidor, CPA Nombre y Firma Jefe, Agencia o su Repte. Aut. | Para uso del Departamento de Hacienda Aprobado por: **Redacted** **Redacted** Nombre y Firma Título |
|---|---|---|---|
| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000582

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag.   2   de   3

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO          ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION          ☑ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| | IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15000038 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000038 | 5/18/15 | $ | 6,000,000.00 |

Comentarios:                          Dirección: P.O. Box 42007, San Juan , P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de mayo 2015 (Gasolina, Disel y Marbetes)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
**Redacted**

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted**
César M. Gandiaga Texidor, CPA
5/18/15   Nombre y Firma Jefe, Agencia o su Rprte. Aut.

Para uso del Departamento de Hacienda
Aprobado por: **Redacted**
**Redacted**
Nombre y Firma

xx/19/15

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL                                                                                                          HTA_STAY0000583

Modelo SC 735
19 febrero 13

PRIFAS
Original – ACC
Copia – Agencia

Pag. ___3___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | | |
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15000039 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000039 | 5/18/15 | $ 6,000,000.00 |

Comentarios:                                                                Dirección:  P.O. Box 42007, San Juan , P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | | Linea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Aslg | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de mayo 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**
~~Luis K. Santiago Reyes, Sub-Tesorero~~
Nombre y Firma Delegado Comprador
**Redacted**
Fecha                    Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha                    Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente,por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
Fecha                    Teléfono

Para uso del Departamento de Hacienda
Aprobado por: **Redacted**
**Redacted**
Nombre y Firma
**Redacted**
Título
Fecha                    Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000584

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

MY190187

Pag. _____1___ de __2__

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | | Número de Factura | Fecha | | Importe Total del Documento | |
| EV | 066 | 15000040 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | | 15000040 | 5/18/15 | | $ | 5,000,000.00 |

Comentarios:        Dirección:

| OBLIGACION DE REFERENCIA | | Línea | | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $5,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de MAYO 2015 (Petroleo) <br><br> AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT Redacted 0874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $5,000,000 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

| | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicad**Redacted**ada se hizo conforme a la reglam

Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
729-1518

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

**Redacted**

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprob_____ual autorizo

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

Para uso del Departamento de Hacienda

A**Redacted**

Nombre y Firma

MY 18/15
Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|---|

**Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.**

CONFIDENTIAL

HTA_STAY0000585

Modelo SC 735
19 febrero 13

**PRIFAS**
Original – ACC
Copia – Agencia

Pag. **2** de **2**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15000041 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000041 | 5/18/15 | $ | 5,000,000.00 |

Comentarios: | Dirección:

| | | OBLIGACION DE REFERENCIA | Línea | | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $5,000,000 | Para retirar de la cuenta arriba indicada a ser usadas por esta Agencia para sus fines corporativos. Para el mes de MAYO 2015 (Petroleo)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $5,000,000 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |
| | | | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. Redacted

~~Redacted~~
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
729-1518

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe Agencia o su Repte. Aut.
5/8/13

Para uso del Departamento de Hacienda
Aprobado por **Redacted**
**Redacted**
Nombre y Firma

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000586

CONFIDENTIAL

HTA_STAY0000587

19 febrero 13

| Original – Agencia |
| Copia – Corresp. Hac. |
| Copia - Area |
| **PRIFAS** |

ESTADO LIBRE ASOCIADO DE PUERTO RICO

Aut. de Carreteras y Transp.
Agencia

Fiscales (Hacienda)

| Negociado de Cuentas | ☐ |
| Negociado de Intervenciones | ☐ |
| Area del Tesoro | ☐ |
| Otro _____ | ☐ |

## HOJA DE CONTROL – PRIFAS

Número: **15000040**
(YYYY AAA 123456)

Fecha de Origen (Agencia): **6/10/15**
(MM DD AAAA)

Número de SC: **735**
(SC_____)

| Núm. | Número de Documento | Comentarios |
|------|---------------------|-------------|
| 1 | 15066037 | MULTAS DE PEAJE ELECT. (MAYO 2015) |
| 2 | 15000042 | REMANENTE DE GASOLINA (MAYO 2015) |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | Redacted | |

**Redacted**

Luis K. Santiago Reyes, MBA, CPA
Nombre y Firma Autorizada Agencia Remitente

(787) 721-8787 x 2707
Teléfono

(787) 729-1522
Fax

Modelo SC 735
19 febrero 13

PRIFAS
Original – ACC
Copia -- Agencia

Pag. _____1___ de ___1___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

☑ COMPROBANTE DE PAGO       ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION       ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15066037 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15066037 | 6/16/15 | $ 185,806.70 |

Comentarios:

Dirección:  Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 185,806.70 | Multas de Peajes Electrónicos Para el mes de mayo 2015 | $ 185,806.70 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |
| | | | | AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# ~~Redacted~~ 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | | | | | | | | | | | |
| | | $ 185,806.70 | Total o Subtotal | | $ 185,806.70 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted**

César M. Gandiaga Teixidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

Para uso del Departamento de Hacienda

Aprobado por: **Redacted**

Nombre y Firma

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000588

Modelo SC 735
19 febrero 13
PRIFA-11
Original – ACC
Copia – Agencia

Pag. _1_ de _1_

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15066037 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15066037 | 6/10/15 | $ | 185,966.70 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 185,966.70 | Multas de Peajes Electrónicos Para el mes de mayo 2015 | $ 185,966.70 $185,806.70 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |
| | | | | AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# [Redacted]9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | | | | | | | | | | | |
| | | | $ 185,966.70 | Total o Subtotal | $ 185,966.70 | | | | | | | | | | |

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados, y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted** | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones. | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted** | Para uso del Departamento de Hacienda |
|---|---|---|---|
| Luis K. Santiago Reyes, Sub-Tesorero | | César M. Gandiaga Texidor, CPA | Aprobado por: |
| Nombre y Firma Delegado Comprador 721-8787x2707 | Nombre y Firma Oficial Certificador | Nombre y Firma Jefe, Agencia o su Repte. Aut. | Nombre y Firma |
| | | 6/11/15 | Título |
| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000589

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. ___2___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

6/22/2015
**Redacted**   15000047

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☑ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| | | IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | | Número de Factura | Fecha | | Importe Total del Documento | |
| EV | 066 | 15000042 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | | 15000047 | 6/10/15 | $ | | 3,890,180.06 |

Comentarios:   Dirección:  P.O. Box 42007, San Juan , P.R. 00940-2007

| | OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Aslg | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | 3,890,180.06 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de mayo 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $3,890,180 | E6120 | 278 | 0690000 | | 781 | 2014 | | | | |
| | | | $ 3,890,180.06 | **Total o Subtotal** | $ 3,890,180.06 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**

Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted**

César M. Gandiaga/Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
6/11/15

Para uso del Departamento de Hacienda
Aprobado por **Redacted**
**Redacted**
Nombre y Firma
Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000590

Modelo SC 735
19 febrero 13
PRIFAS
Original -- ACC
Copia -- Agencia

Pag. ____1____ de ____1____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO / CIFRA DE DEPENDENCIA DE INVENTARIO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|----|------|---------------------|---------------------|---------------------|----|--------------------|--------------------|-------|------------------------------|
| EV | 066 | 15066038 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066038 | 6/16/15 | $ 1,666,000.00 |

Comentarios:     Dirección:

| | OBLIGACION DE REFERENCIA | | Linea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,666,000.00 | Arbitrios de Cigarrillo Nuevos ingresos para el mes de MAYO 2015, de conformidad con Memo de la Secretaria de Hacienda. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta _____427-6 para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |
| | | | $ 1,666,000.00 | Total o Subtotal | $ 1,666,000.00 | | | | | | | | | | |

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted** Luis R. Santiago Reyes, Sub-Tesorero Nombre y Firma Delegado Comprador | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones. | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted** César M. Gandiaga Texidor, CPA Nombre y Firma Jefe, Agencia o su Repte. Aut. | Para uso del Departamento de Hacienda Aprobado por: **Redacted** Nombre y Firma |
|---|---|---|---|
| 721-8767x2707 | | 6/16/15 | Titulo |
| Fecha     Teléfono | Fecha   Nombre y Firma Oficial Certificador   Teléfono | Fecha     Teléfono | 6/16/2015   Fecha     Teléfono |

Conservación: Seis años o una Intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000591

Case:17-03283-LTS Doc#:13173-68 Filed:05/18/20 Entered:05/18/20 23:36:49 Desc:
Exhibit AO - Part 9 Page 6 of 6

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Fiscales (Hacienda)

19 febrero 13

| Original – Agencia |
| Copia – Corresp. Hac. |
| Copia – Area |
| **PRIFAS** |

CONFIDENCIAL

**Aut. de Carreteras y Transp.**
**Agencia**

| Negociado de Cuentas | ☐ |
| Negociado de Intervenciones | ☐ |
| Area del Tesoro | ☐ |
| Otro _____ | ☐ |

**HOJA DE CONTROL – PRIFAS**

Número: __15000041__ Fecha de Origen (Agencia): **6/22/15** Número de SC: __735__
(YYYY AAA 123456)  (MM DD AAAA)  (SC_____)

| Núm. | Número de Documento | Comentarios |
|------|---------------------|-------------|
| 1 | 15066039 | MARBETES (MAYO 2015) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | Redacted | |

Luis K. Santiago Reyes, MBA, CPA    (787) 721-8787 x 2707    (787) 729-1522
Nombre y Firma Autorizada Agencia Remitente    Teléfono    Fax

2015 JUN 23 AM 10: 19

HTA_STAY0000592

Modelo SC 735
19 febrero 13
PRIFAS
Original -- ACC
Copia -- Agencia

Pag. __1__ de __1__

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15066039 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066039 | 6/22/15 | $ | 2,131,468.22 |

Comentarios:     Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | | Linea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 2,131,468.22 | Marbete (C 1276 ) mayo 2015 Enmendar Art. 23.01 Ley 22-2000 , según enmendada, conocida como "Ley de Vehículos y Transito de PR". Ingresos Nuevos. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [Redacted]427-6 para repago de obligaciones vigentes de la Autoridad | $ 2,131,468.22 | E6120 | 278 | 0660000 | | | 003 | 2014 | | | |

| | $ 2,131,468.22 | Total o Subtotal | $ 2,131,468.22 | |

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted** Luis R. Santiago Reyes, Sub-Tesorero Nombre y Firma Delegado Comprador | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones. | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted** César M. Gandiaga Téxidor, CPA [Redacted] Nombre y Firma Jefe, Agencia o su Repta./Aut. | Para uso del Departamento de Hacienda **Redacted** Aprobado por **Redacted** **Redacted** Nombre y Firma Título |
|---|---|---|---|
| 721-8787x2707 | Nombre y Firma Oficial Certificador | 6/23/15 | 7/02/20 |
| Fecha    Teléfono | Fecha    Teléfono | Fecha    Teléfono | Fecha    Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

*Error* (handwritten)

Pag. ___1___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15000042 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000042 | 6/16/15 | $ | 6,000,000.00 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de junio 2015 (Gasolina, Disel y Marbetes) | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIARY CUSTOMER ACCOUNT# ~~Redacted~~ 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | | | | | | | | | | | |

| | | | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
**Redacted**
**Redacted**
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente nos la cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Reptp. Aut.

Para uso del Departamento de Hacienda
Aprobado por: **Redacted**
**Redacted**
**Redacted** Nombre y Firma
Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000594

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

Pag. ___2___ de ___3___

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|----|------|---------------------|---------------------|---------------------|----|--------------------|--------------------|-------|------------------------------|
| EV | 066 | 15000043 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000043 | 6/16/15 | $ 6,000,000.00 |

IDENT. DEL DOCUMENTO      CIFRA DE DEPENDENCIA DE INVENTARIO

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|----|------|------|---------|-------------|---------|--------|-------|--------------|-------|------|-----------|---------------------|-----|-------|--------|
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de junio 2015 (Gasolina, Disel y Marbetes) | $ 6,000,000.00 | E6120 | 276 | 0660000 | | 781 | 2014 | | | | |
| | | | | AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# [Redacted] 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | | | | | | | | | | | |

OBLIGACION DE REFERENCIA    Línea    Línea de Distribución (Cifra de Cuenta)    Propiedad

| | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted**
César M. Gandiaga Texidor, CPA)
Nombre y Firma Jefe, Agencia o su Repte. Aut.
6/16/15

Para uso del Departamento de Hacienda
Aprobado por: **Redacted**
**Redacted** Nombre y Firma
Título
6/18/201

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000595

Modelo SC 735
19 febrero 13
PRIFAS
Original -- ACC
Copia -- Agencia

Peg. _3_ de _3_

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15000044 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000044 | 6/16/15 | $ | 6,000,000.00 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de junio 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# [Redacted]9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 6,000,000.00 | E6120 | 278 | 0660000 | | | 781 | 2014 | | | |
| | | | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los articulos y/o servicios indicados, y que la compra efectuada se hizo conforme a la reglamentación vigente.        Redacted
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los articulos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
Cesar M. Gandiaga Tejidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

Para uso del Departamento de Hacienda
Aprobado por    Redacted
Redacted
Nombre y Firma
Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|
| | | | | 6/16/15 | | 7/15/2015 | |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

Modelo SC 735
19 febrero 13
**PRIFAS**
Original -- ACC
Copia -- Agencia

Pag. ____1___ de ___2___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| | IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | | Número de Factura | Fecha | Importe Total del Documento | | |
| EV | 066 | 15000045 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | | 15000045 | 6/16/15 | $ | | 5,000,000.00 |

Comentarios:                                                  Dirección:

| | OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de JUNIO 2015 (Petroleo)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |
| | | | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | | | | | | | | | | |

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted** **Redacted** Luis R. Santiago Reyes Sub-Tesorero Nombre y Firma Delegado Comprador | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.  Nombre y Firma Oficial Certificador | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted** César M. Gandiaga Texidor, CPA Nombre y Firma Jefe, Agencia o su Repte. Aut. | Para uso del Departamento de Hacienda Aprobado por: **Redacted** **Redacted** Nombre y Firma  Título |
|---|---|---|---|
| Fecha | Teléfono 729-1518 | Fecha | Teléfono | Fecha 6/16/15 | Teléfono | Fecha 6/18/2015 | Teléfono |

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000597

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copía – Agencia

Pag. _____2_____ de _____2_____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 086 | 15000046 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000046 | 6/16/15 | $ 5,000,000.00 |

Comentarios:  Dirección:

| OBLIGACION DE REFERENCIA | | | Linea | | Linea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 086 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de JUNIO 2015 (Petroleo) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

| | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.  **Redacted**

Redacted
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

729-1518

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Rep. Aut.  **Redacted**

Para uso del Departamento de Hacienda
Aprobado por **Redacted**
**Redacted**
**Redacted** Nombre y Firma
**Redacted**
Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | **Redacted** | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000598

CONFIDENTIAL

HTA_STAY0000599

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Fiscales (Hacienda)

| | |
|---|---|
| 19 febrero 13 | |
| Original -- Agencia | |
| Copia -- Corresp. Hac. | |
| Copia - Area | |
| **PRIFAS** | |

Aut. de Carreteras y Transp.
Agencia

| | |
|---|---|
| Negociado de Cuentas | ☐ |
| Negociado de Intervenciones | ☐ |
| Area del Tesoro | ☐ |
| Otro _____ | ☐ |

### HOJA DE CONTROL – PRIFAS

Número: **15000022**   Fecha de Origen (Agencia): **3/24/2015**   Número de SC: _ **735**

(YYYY AAA 123456)   (MM DD AAAA)   (SC_____)

| Núm. | Número de Documento | Comentarios |
|---|---|---|
| 1 | 15066028 | MULTAS |
| 2 | 15066029 | CIGARRILLOS |
| 3 | 15066030 | MARBETES |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

Luis K. Santiago Reyes, MBA, CPA

| Nombre y Firma Autorizada Agencia Remitente | (787) 721-8787 x 2707 | (787) 729-1522 |
|---|---|---|
| | Teléfono | Fax |

Case:17-03283-LTS Doc#:13173-70 Filed:05/18/20 Entered:05/18/20 23:36:49 Desc:
Exhibit AO - Part 11 Page 5 of 10

Modelo SC 735
19 febrero 13
**PRIFAS**
Original -- ACC
Copia -- Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

Pag. ___1___ de ___1___

☑ COMPROBANTE DE PAGO      ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION      ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15066028 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066028 | 3/24/15 | $ 1,425,033.96 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | Línea | | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,425,033.96 | Multas de Peajes Electrónicos Para el mes de febrero 2015 | $ 1,425,033.96 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |
| | | | | AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT#9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | | | | | | | | | | | |
| | | | $ 1,425,033.96 | Total o Subtotal | $ 1,425,033.96 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
3/23/15

Para uso del Departamento de Hacienda
Aprobado por:
Redacted    Nombre y Firma
3/26/2015    Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

**Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.**

CONFIDENTIAL

HTA_STAY0000600

Modelo SC 735
19 febrero 13
**PRIFAS**
Original -- ACC
Copia -- Agencia

Pag. ___1___ de ___2___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | | |
| EV | 066 | 15000045 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000045 | 6/16/15 | $ | | 5,000,000.00 |

Comentarios:                                                                Dirección:

| OBLIGACION DE REFERENCIA | | Línea | | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad | |
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de JUNIO 2015 (Petroleo)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# [Redacted] 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | | |
| | | $ 5,000,000.00 | | Total o Subtotal | $ 5,000,000.00 | | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**

Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
729-1518

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gándiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

Para uso del Departamento de Hacienda
Aprobado por **Redacted**
**Redacted**
Nombre y Firma

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000597

Modelo SC 735

19 febrero 13

**PRIFAS**

Original – ACC
Copia – Agencia

Pag. _____2_____ de _____2_____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| | | IDENT. DEL DOCUMENTO | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 086 | 15000046 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000046 | 6/16/15 | $ | 5,000,000.00 |

Comentarios:                    Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 086 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de JUNIO 2015 (Petroleo)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

|  | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | |
|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**

Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
729-1518

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
**Redacted**

Para uso del Departamento de Hacienda
Aprobado por **Redacted**

**Redacted**

**Redacted**
Nombre y Firma

6/16/2015

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000598

CONFIDENTIAL

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Aut. de Carreteras y Transp.
Agencia

| | |
|---|---|
| 19 febrero 13 | Fiscales (Hacienda) |
| Original -- Agencia | Negociado de Cuentas ☐ |
| Copia -- Corresp. Hac. | Negociado de Intervenciones ☐ |
| Copia - Area | Area del Tesoro ☐ |
| PRIFAS | Otro _____ ☐ |

**HOJA DE CONTROL – PRIFAS**

Número: **15000022**    Fecha de Origen (Agencia): **3/24/2015**    Número de SC: - **735**
(YYYY AAA 123456)    (MM DD AAAA)    (SC____)

| Núm. | Número de Documento | Comentarios |
|---|---|---|
| 1 | 15066028 | MULTAS |
| 2 | 15066029 | CIGARRILLOS |
| 3 | 15066030 | MARBETES |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

Luis K. Santiago Reyes, MBA, CPA    (787) 721-8787 x 2707    (787) 729-1522
Nombre y Firma Autorizada Agencia Remitente    Teléfono    Fax

HTA_STAY0000599

Modelo SC 735
19 febrero '13

**PRIFAS**
Original -- ACC
Copia -- Agencia

Pag. ___1___ de ___1___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

OK Valid

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15066028 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066028 | 3/24/15 | $ | 1,425,033.96 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,425,033.96 | Multas de Peajes Electrónicos Para el mes de febrero 2015 | $ 1,425,033.96 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |
| | | | | AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | | | | | | | | | | | |

2015 MAR 24 PM 3:06

| | $ 1,425,033.96 | Total o Subtotal | $ 1,425,033.96 | Para uso del Departamento de Hacienda |
|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**

Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted**

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
3/23/15

Aprobado por:

Redacted
Nombre y Firma

3/24/2015

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000600

Modelo SC 735
19 febrero 13
PRIFAS
Original -- ACC
Copia -- Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

Pag. ___1___ de ___1___

OK Valid

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|----|------|---------------------|---------------------|---------------------|----|--------------------|--------------------|-------|-----------------------------|
| EV | 066 | 15066029 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066029 | 3/24/15 | $ 1,666,000.00 |

Comentarios:                                      Dirección:

CIFRA DE DEPENDENCIA DE INVENTARIO

| | | OBLIGACION DE REFERENCIA | Linea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,666,000.00 | Arbitrios de Cigarrillo Nuevos ingresos para el mes de febrero 2015, de conformidad con Memo de la Secretaria de Hacienda. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta —427-8 para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |
| | | | $ 1,666,000.00 | **Total o Subtotal** | $ 1,666,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha                          Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha                          Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Rpte. Aut.
3/23/15
Fecha                          Teléfono

Para uso del Departamento de Hacienda
Aprobado por:
Redacted   Nombre y Firma
3/24/2015   Título
Fecha                          Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000601

Modelo SC 735
19 febrero 13
PRIFAS
Original -- ACC
Copia -- Agencia

Pag. ___1___ de ___1___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15066030 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066030 | 3/24/15 | $ 6,737,973.23 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,737,973.23 | Marbete (C 1276 ) febrero, 2015 Enmendar Art. 23.01 Ley 22-2000 , según enmendada, conocida como "Ley de Vehículos y Transito de PR". Ingresos Nuevos. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [ ] 427-6 para repago de obligaciones vigentes de la Autoridad | $ 6,737,973.23 | E6120 | 278 | 0660000 | | | 003 | 2014 | | | | |

| | $ 6,737,973.23 | Total o Subtotal | $ 6,737,973.23 | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. ~~Redacted~~

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

Para uso del Departamento de Hacienda
Aprobado por / **Redacted**
**Redacted**
Nombre y Firma

4/u/2015 Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000602

Model SC 714

| |
|---|
| 19 February 13 |
| Original -Agency |
| Copy - Mail Treas. |
| Copy-Area |

**PRIFAS**

**COMMONWEALTH OF PUERTO RICO**

Highways and Transportation Aut..
Agency

For the Use of Receipt and Dispatch of
Fiscal Documents (Treasury)

| | |
|---|---|
| Accounts Bureau | ☐ |
| Interventions Bureau | ☐ |
| Treasury Area | ☐ |
| Other | ☐ |

*OK*

**CONTROL SHEET - PRIFAS**

Number: <u>15000017</u>          Original Date (Agency): <u>1/14/2015</u>          Number of SC: <u>735</u>

(YYYY AAA 123456)                              (MM DD YYYY)                            (SC _____ )

| Nº | Document Number | Comments |
|---|---|---|
| 1 | 15000021 | - |
| 2 | 15000022 | |
| 3 | 15000023 | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | 14 JAN 2015 |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

| [signature] Luis K. Santiago Reyes, CPA | (787) 721-8787 x 2707 | (787) 729-1522 |
|---|---|---|
| Name and Authorized Signature Transmitting Agency | Telephone | Fax |

**CONFIDENTIAL**                                                    **HTA_STAY0000556**

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

✓

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT  ☐ RECEIPT OF PAYMENT ON OBLIGATION  ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15000021 | HIGHWAYS AND TRANSP. AUT. | 660433808 | ✳ | | 15000021 | 1/13/15 | $ 6,000,000.00 | |

Comments: | Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | | | | | | Budget Year | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Purchase Order Number | | Description | Distribution Line (Account Number) | | | | | | | | | |
| LN | Agen | Contract Obligation | Amount | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of January 2015 | Amount | Account | Fund | Organization | Prog. | Appr. | | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | | $ 6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT#: [Redacted] 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT. | | | | | | | | 14 JAN 2015 | | | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | For the use of the Treasury Department |
|---|---|---|---|
| Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer | Name and Signature Official Certifier | César M. Gandiaga Texidor, CPA Name and Signature Chief, Agency or Authorized Rep. | Approved by: Name and Signature |
| 721-8787x2707 | Date Telephone | 1/13/15 | Title |
| Date Telephone | | Date Telephone | 01/16/15 Date Telephone |

**Preservation:** Six years or until the intervention of a comptroller, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000557**



Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

COMMONWEALTH OF PUERTO RICO

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15000022 | HIGHWAYS AND TRANSP. AUT. | 660433808 | ✳ | | | 15000022 | 1/13/15 | $ 6,000,000.00 | |

Comments:                                          Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of January 2015 | $ 6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# [Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | | | | | | | | 14 JAN 2015 | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                                    Telephone
1/13/15

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.

Date                                    Telephone

For the use of the Treasury Department

Approved by:4

Name and Signature

Title

01/16/15

Date                                    Telephone

Preservation: Six years or until the intervention of a comptroller, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000558**

Model SC 735
19 February 13
PRIFAS
Original – ACC
Copy - Agency



**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

☑ RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | NUMBER OF INVENTORY DEPENDENCE |
|---|---|---|
| DOCUMENT ID | | |

| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000023 | HIGHWAYS AND TRANSP. AUT. | 660433808 | 4 | | 15000023 | 1/13/15 | $ 6,000,000.00 |

Comments: Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of January 2015 | $ 6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# [Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | | | | | | | | | | | |
| | | $ 6,000,000.00 | | Total or Subtotal | $ 6,000,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
1/13/15
Date Telephone

**For the use of the Treasury Department**

Approved by:
[signature]
...... Name and Signature
Title
01/16/15
Date Telephone

Preservation: Six years or until the intervention of a comptroller, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000559**

Model SC 714
19 February 13

| 19 February 13 |
| Original - Agency |
| Copy - Mail Treas. |
| Copy-Area |

**PRIFAS**

✓

**COMMONWEALTH OF PUERTO RICO**

Highways and Transportation Aut.
Agency

| For the Use of Receipt and Dispatch of Fiscal Documents (Treasury) |  |
|---|---|
| Accounts Bureau | ☐ |
| Interventions Bureau | ☐ |
| Treasury Area | ☐ |
| Other _____ | ☐ |

**CONTROL SHEET - PRIFAS**

Number: __15000019__    Original Date (Agency): __2/11/2015__    Number of SC: __735__
(YYYY AAA 123456)          (MM DD YYYY)        (SC_____)

| No. | Document Number | Comments |
|---|---|---|
| 1 | I15000025 | |
| 2 | I15000026 | |
| 3 | I15000027 | |
| 4 | | 2705 |
| 5 | | 2708 |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | Treasury Department |
| 19 | | Interventions Bureau |
| 20 | | Payment Section |
| 21 | | |
| 22 | | 2015 Feb 11 PM 2:30 |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

Luis K. Santiago Reyes, CPA      (787) 721-8787 x 2707      (787) 729-1522
Name and Authorized Signature Transmitting Agency    Telephone          Fax

**CONFIDENTIAL**                            **HTA_STAY0000560**

Page 3 of 3

Model SC 735
19 February 13
PRIFAS
Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

☑ RECEIPT OF PAYMENT  ☐ RECEIPT OF PAYMENT ON OBLIGATION  ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15000027 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000027 | 3/11/15 | $ 4,069,839.53 | |

Comments: | Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 4,069,840 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of February 2015 | $ 4,069,840 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT#[Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | | | | | | | | | | | |

Property column (vertical text): TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 MAR 11 PM 2:15 [stamp]

| | | $ 4,069,839.53 | Total or Subtotal | $ 4,069,839.53 | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer
721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                  Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I authorize approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
3/11/15

Date                  Telephone

For the use of the Treasury Department

Approved by:
[signature]

Name and Signature

Title

[illegible]/12/15

Date          Telephone

**CONFIDENTIAL**

**HTA_STAY0000561**

[Escriba aquí]
ENGLISH TRANSLATION

model SC 714
19 February 13

**COMMONWEALTH OF PUERTO RICO**

Highways and Transportation Aut.
Agency

| For the Use of Receipt and Dispatch of Fiscal Documents (Treasury) | |
|---|---|
| Accounts Bureau | ☐ |
| Interventions Bureau | ☐ |
| Treasury Area | ☐ |
| Other | ☐ |

Original - Agency
Copy – Mail Treas.
Copy Area

**PRIFAS**

**CONTROL SHEET - PRIFAS**

Number: <u>15000021</u>        Original Date (Agency): <u>3/17/2015</u>      Number of SC: <u>735</u>

(YYYY AAA 123456)                              (MM DD YYYY)                        (SC _____)

| No. | Document Number | Comments |
|---|---|---|
| 1 | 15000028 | |
| 2 | 15000029 | |
| 3 | 15000030 | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | Treasury department |
| 15 | | Interventions Bureau |
| 16 | | Payment section |
| 17 | | |
| 18 | | 2015 Mar 17 PM 3:09 |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

[signature]

Luis K. Santiago Reyes, MBA, CPA        (787) 721-8787 x 2707        (787) 729-1522
Name and Authorized Signature Transmitting Agency      Telephone                        Fax

**CONFIDENTIAL**                                                   **HTA_STAY0000562**

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

Page 1 of 3

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

☑ RECEIPT OF PAYMENT        ☐ RECEIPT OF PAYMENT ON OBLIGATION        ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

NUMBER OF INVENTORY DEPENDENCE

| | DOCUMENT ID | | | | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | | | | | |
| EV | 066 | 15000028 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000028 | 3/16/15 | $ 6,000,000.00 |

Comments: | Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of March 2015 (Gasoline, Diesel, and Licences)<br><br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT# [Redacted] 9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | $ 6,000,000 | E6120 | 278 | 0660000 | 781 | | 2014 | | | | |
| | | | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | | | | | | | | | |

TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 MAR 17 PM 3:09
[stamp]

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer Name and Signature
Delegated Buyer
Date                              721-8787x2707
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                              Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
3/16/15

Date                              Telephone

For the use of the Treasury Department

Approved by:
[signature]

Name and Signature

Title

[illegible]/18/15

Date                              Telephone

**CONFIDENTIAL**

**HTA_STAY0000563**

Model SC 735
19 February 13
PRIFAS

Original — ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

NUMBER OF INVENTORY DEPENDENCE

| DOCUMENT ID | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000029 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000029 | 3/16/15 | $ 6,000,000.00 |

Comments: | Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of March 2015 (Gasoline, Diesel, and Licences) | $ 6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# [Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | | | | | | | | | | | |
| | | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | | | | | | | | | |

TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 MAR 17 PM 3:09
[stamp]

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer Name and Signature
Delegated Buyer
721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
3/16/15

Date                Telephone

For the use of the Treasury Department

Approved by:
[signature]

Name and Signature

[illegible]/18/15    Title

Date                Telephone

CONFIDENTIAL

HTA_STAY0000564

ENGLISH TRANSLATION

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

*Pend.*

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT       ☐ RECEIPT OF PAYMENT ON OBLIGATION       ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

**NUMBER OF INVENTORY DEPENDENCE**

| DOCUMENT ID | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000030 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000030 | 3/16/15 | $ 6,000,000.00 |

Comments:  Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |

01  066                $ 6,000,000    To be withdrawn from the abovementioned account    $ 6,000,000    E6120   278   0660000    781   2014
And be used by this Agency for their corporate purposes.
For the month of March 2015 (Gasoline, Diesel and Licences)


HIGHWAYS AND TRANSPORTATION AUTHORITY
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENEFICIARY CUSTOMER ACCOUNT#1 Redacted 874
BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT.

$ 6,000,000.00

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer  Name  and  Signature
Delegated Buyer

Date
Telephone                              721-8787x2707

I certify that the articles and/or services were received according to the specifications.


Name and Signature Official Certifier

Date                          Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.

3/16/15
Date                          Telephone

**For the use of the Treasury Department**

Approved by:
[signature]

Name and Signature

Title

4/09/2015
Date                          Telephone

TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 MAR 17 PM 3:10
[stamp]

**Preservation:** Six years or until the intervention of a comptroller, whichever occurs first.

## CONFIDENTIAL

## HTA_STAY0000565

Model SC 714
19 February 13

**COMMONWEALTH OF PUERTO RICO**

<u>Highways and Transportation Aut</u>.
Agency

Copy – Mail Treas.
Copy-Area

**PRIFAS**

| For the Use of Receipt and Dispatch of Fiscal Documents (Treasury) | |
|---|---|
| Accounts Bureau | ☐ |
| Interventions Bureau | ☐ |
| Treasury Area | ☐ |
| Other _____ | ☐ |

**CONTROL SHEET - PRIFAS**

Number:  <u>15000024</u>     Original Date(Agency):  <u>4/15/2015</u>     Number of SC:  <u>735</u>

(YYYY AAA 123456)                    (MM DD YYYY)                    (SC_____)

| No. | Document Number | Comments |
|---|---|---|
| 1 | 15066031 | CIGARETTES |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

Treasury Department
Interventions Bureau
Payment Section

2015 Apr 16 PM 3:24

DRAFT

<u>Luis K. Santiago Reyes, MBA, CPA</u>         <u>(787) 721-8787</u> x 2707         <u>(787) 729-1522</u>
Name and Authorized Signature Transmitting         **Telephone**         **Fax**

**CONFIDENTIAL**                    **HTA_STAY0000566**

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

*OK Valid*

Agency

| ☑ RECEIPT OF PAYMENT | ☐ RECEIPT OF PAYMENT ON OBLIGATION | ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT |
|---|---|---|

| DOCUMENT ID | | | | | | 1 | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15066031 | HIGHWAYS AND TRANSP. AUT | 660433808 | A | | 15066031 | 4/15/15 | $ 1,666,000.00 | |

Comments: | Address:

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |

| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes<br>New revenues for the month of MARCH 2015, in accordance with the Memo from the Secretary of Treasury<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>at the Government Development Bank<br>to the account No. [redacted]427-6<br>for the repayment of current obligations of the Authority<br><br>*Draft* | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | |

TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 APR 16 PM 3:24
[stamp]

| | | | $ 1,666,000.00 | **Total or Subtotal** | $ 1,666,000.00 | | | | | | | | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.<br><br>Luis K. Santiago Reyes, Deputy Treasurer Name and Signature<br>Delegated Buyer<br><br>721-8787x2707<br>Date<br>Telephone | I certify that the articles and/or services were received according to the specifications.<br><br><br>Name and Signature Official Certifier<br><br>Date      Telephone | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize<br><br>César M. Gandiaga Texidor, CPA<br>Name and Signature Chief, Agency or Authorized Rep.<br>3/16/15<br>Date      Telephone | For the use of the Treasury Department<br><br>Approved by:<br><br>......    Name and Signature<br>     Title<br>4/16/15<br>Date      Telephone |

**CONFIDENTIAL**

**HTA_STAY0000567**

Model SC 714

19 February 13

| Original - Agency |
| Copy – Mail Treas. |
| Copy - Area |

**COMMONWEALTH OF PUERTO RICO**

Highways and Transportation Aut..

Agency

| For the Use of Receipt and Dispatch of Fiscal Documents (Treasury) |  |
| --- | --- |
| Accounts Bureau | ☐ |
| Interventions Bureau | ☐ |
| Treasury Area | ☐ |
| Other _____ | ☐ |

**PRIFAS**

**CONTROL SHEET - PRIFAS**

Number: __15000025__
(YYYY AAA 123456)

Original Date (Agency): __4/29/2015__
(MM DO YYYY)

Number of SC: __735__
(SC_____)

| No. | Document Number | Comments |
| --- | --- | --- |
| 1 | 15066032 | LICENCES |
| 2 | 15066033 | FINES |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

Treasury Department
Interventions Bureau
Payment Section

2015 Apr 29 PM 3:07

Luis K. Santiago Reyes, MBA, CPA
Name and Authorized Signature Transmitting

(787) 721-8787 x 2707
Telephone

(787) 729-1522
Fax

**CONFIDENTIAL**

**HTA_STAY0000568**

Model SC 735
19 February 13

Page 1   of   1

PRIFAS

Original – ACC
Copy - Agency   OK

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| DOCUMENT ID | | | | | | | | | | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066032 | HIGHWAYS AND TRANSP. AUT | 660433808 | A | | | 15066032 | 4/28/15 | $ 4,883,611.87 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 4,883,611.87 | License (C 1276) March 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues. HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [Redacted]427-6 for the repayment of current obligations of the Authority. | $ 4,883,611.87 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |

Check: 03260256
Date: 05/06/2015

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 MAR 29 PM 3:07

| | | | | | | |
|---|---|---|---|---|---|---|
| | | $ 4,883,611.87 | Total or Subtotal | $ 4,883,611.87 | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer   Name   and   Signature
Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA

Name and Signature Chief, Agency or Authorized Rep.
4/29/15

Date                    Telephone

For the use of the Treasury Department

Approved by:

......,     Name and Signature

Title

4/29/15

Date          Telephone

**CONFIDENTIAL**

**HTA_STAY0000569**

ENGLISH TRANSLATION

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066033 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15066033 | 4/28/15 | $ 481,171.80 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |

| 01 | 066 | | $ 481,171.80 | Electronic Toll Fines<br>For the month of March 2015 | $   481,171.80 | E6120 | 278 | 0660000 | | 081 | 2014 | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT# [Redacted] 9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT.<br>. | | | | | | | | | |

Check: 03260255
05/06/2015

TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 MAR 29 PM 3:07 [stamp]

| | $ 481,171.80 | Total or Subtotal | $ 481,171.80 | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
4/29/15

Date                    Telephone

For the use of the Treasury Department

Approved by:

Name and Signature

Title

4/29/15

Date                    Telephone

**CONFIDENTIAL**

**HTA_STAY0000570**

Model SC 714

19 febrero 13 •

Original - Agency
Copy – Mail Treas.
Copy - Area

**PRIFAS**

**COMMONWEALTH OF PUERTO RICO**

Highways and Transportation Aut.
Agency

| For the Use of Receipt and Dispatch of Fiscal Documents (Treasury) | |
|---|---|
| Accounts Bureau | ☐ |
| Interventions Bureau | ☐ |
| Treasury Area | ☐ |
| Other _____ | ☐ |

**CONTROL SHEET - PRIFAS**

Number: <u>15000037</u>          Original Date(Agency): <u>5/18/15</u>          Number of SC: <u>735</u>
(YYYY AAA 123456)                              (MM DD YYYY)                        (SC_____)

| No. | Document Number | Comments |
|---|---|---|
| 1 | 15066034 | CIGARETTES |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION

2015 May 18 PM 3:14

| Luis K. Santiago Reyes, MBA, CPA | (787)721-8787x 2707 | (787)729-1522 |
|---|---|---|
| Name and Authorized Signature Transmitting Agency | Telephone | Fax |

**CONFIDENTIAL**                                    **HTA_STAY0000571**

Model SC 735
19 February 13

Page   1   of   1

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT        ☐ RECEIPT OF PAYMENT ON OBLIGATION        ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| **DOCUMENT ID** | | | | | | | | | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066034 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15066034 | 5/18/15 | $ 1,666,000.00 |

Comments:                                                                   Address:

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes<br>New revenues for the month of APRIL 2015, in accordance with the Memo from the Secretary of Treasury<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>at the Government Development Bank<br>to the account No. [redacted]427-6<br>for the repayment of current obligations of the Authority | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 MAY 18 PM 3:14

| | | | | | |
|---|---|---|---|---|---|
| | | $ 1,666,000.00 | Total or Subtotal | $ 1,666,000.00 | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | For the use of the Treasury Department |
|---|---|---|---|
| Luis K. Santiago Reyes, Deputy Treasurer Name and Signature<br>Delegated Buyer<br>721-8787x2707 | _____<br>Name and Signature Official Certifier<br><br>Date                    Telephone | César M. Gandiaga Texidor, CPA<br>Name and Signature Chief, Agency or Authorized Rep.<br>5/8/15 | Approved by:<br>_____<br>Name and Signature<br><br>Title |
| Date<br>Telephone | | Date                    Telephone | Date                    Telephone |

**CONFIDENTIAL**

**HTA_STAY0000572**

Model SC 735
19 February 13

PRIFAS

| Original – ACC |
| Copy - Agency |

Page 1 of 2

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000034 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15000034 | 4/15/15 | $ 5,000,000.00 |
| Comments: | | | | | | Address: | | | |

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |

| 01 | 066 | | $ 5,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of April 2015 (Petroleum)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT#[Redacted]874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | $ 5,000,000 | E6120 | 278 | 0660000 | 784 | 2015 | | | | |

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 APR 16 PM 3:25

| | $ 5,000,000.00 | Total or Subtotal | $ 5,000,000.00 |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier

Date          Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
4/15/15

Date          Telephone

**For the use of the Treasury Department**

Approved by:

.......          Name and Signature

/          Title

4/23/15

Date          Telephone

**CONFIDENTIAL**

**HTA_STAY0000573**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

Page 1 of 2

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000035 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15000035 | 4/15/15 | $ 5,000,000.00 |

Comments:  Address:

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 5,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of April 2015 (Petroleum)

HIGHWAYS AND TRANSPORTATION AUTHORITY
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENEFICIARY CUSTOMER ACCOUNT#[redacted]9874
BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | $ 5,000,000 | E8120 | 278 | 0660000 | 784 | 2015 | | | | |

| | $ 5,000,000.00 | Total or Subtotal | $ 5,000,000.00 |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA

Name and Signature Chief, Agency or Authorized Rep.
4/15/15
Date                    Telephone

**For the use of the Treasury Department**

Approved by:

.......                    Name and Signature

Title
4/23/15
Date                    Telephone

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 APR 16 PM 3:25

**CONFIDENTIAL**

**HTA_STAY0000574**

ENGLISH TRANSLATION

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066036 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15066036 | 5/27/15 | $ 4,898,905.17 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 4,898,905.17 | License (C 1276) April 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues. HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. ____427-6 for the repayment of current obligations of the Authority. | $ 4,898,905.17 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |

Draft

| | $ 4,898,905.17 | Total or Subtotal | $ 4,898,905.17 | |
|---|---|---|---|---|

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA

Name and Signature Chief, Agency or Authorized Rep.

5/27/15
Date                    Telephone

For the use of the Treasury Department

Approved by:

Name and Signature

5/27/15
Date

Title

Telephone

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 MAY 27 PM 1:48

**CONFIDENTIAL**

**HTA_STAY0000575**

Model SC 714

19 February 13
Original - Agency
Copy – Mail Treas.
Copy-Area

**PRIFAS**

**COMMONWEALTH OF PUERTO RICO**

Highways and Transportation Aut..
Agency

| For the Use of Receipt and Dispatch of Fiscal Documents (Treasury) | |
|---|---|
| Accounts Bureau | ☐ |
| Interventions Bureau | ☐ |
| Treasury Area | ☐ |
| Other _____ | ☐ |

. **CONTROL SHEET - PRIFAS**

Number: __15000023__     Original Date(Agency): __4/15/2015__     Number of SC: ___735___

(YYYY AAA 123456)          (MM DD YYYY)          (SC_____)

| Nº. | Document number | Comments |
|---|---|---|
| 1 | 15000031 | GASOLINE |
| 2 | 15000032 | GASOLINE |
| 3 | 15000033 | GASOLINE |
| 4 | 15000034 | PETROLEUM |
| 5 | 15000035 | PETROLEUM |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION

2015 APR 16 PM 3:25

| Luis K. Santiago Reyes, MBA, CPA | (787)721-8787X 2707 | (787)729-1522 |
|---|---|---|
| Name and Authorized Signature Transmitting Agency | Telephone | FAX |

**CONFIDENTIAL**                                    **HTA_STAY0000576**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

Page   1   of   3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000031 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000031 | 4/15/15 | $ 6,000,000.00 |

Comments:  Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of April 2015 (Gasoline, Diesel, and Licences)  HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# [Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT. | $ 6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | |

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 APR 16 PM 3:25

| | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | For the use of the Treasury Department |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer   Name and Signature Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                            Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
4/15/15

Date                            Telephone

For the use of the Treasury Department

Approved by:

Name and Signature

Title

4/23/2015

Date                            Telephone

**CONFIDENTIAL**

**HTA_STAY0000577**

Model SC 735
19 February 13

PRIFAS
Original – ACC
Copy - Agency

COMMONWEALTH OF PUERTO RICO

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | NUMBER OF INVENTORY DEPENDENCE | | | |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000032 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000032 | 4/15/15 | $ 6,000,000.00 |

Comments: Address: PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of April 2015 (Gasoline, Diesel, and Licences) | | $ 6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# [Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT. | | | | | | | | | | | | |
| | | $ 6,000,000.00 | | Total or Subtotal | $ 6,000,000.00 | | | | | | | | | | |

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 APR 16 PM 3:25

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date          Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA

Name and Signature Chief, Agency or Authorized Rep.
4/15/15

Date          Telephone

Approved by:

......     Name and Signature

/          Title

4/23/2015
Date          Telephone

**CONFIDENTIAL**

**HTA_STAY0000578**

Model SC 735
19 February 13

PRIFAS

| Original – ACC |
| Copy - Agency |

Page 3 of 3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000033 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000033 | 4/15/15 | $ 6,000,000.00 |
| Comments: | | | | | | Address: PO Box 42007, San Juan, PR 00940-2007 | | | |

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |

| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of April 2015 (Gasoline, Diesel, and Licences)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT#12XXXX9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | $  6,000,000 | E6120 | 278 | 0660000 | 781 | | 2014 | | | | |

Property column (stamp, vertical): TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 APR 16 PM 3:25

| | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 |
|---|---|---|---|

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | For the use of the Treasury Department |
|---|---|---|---|
| Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer<br><br>721-8787x2707<br><br>Date<br>Telephone | Name and Signature Official Certifier<br><br>Date                    Telephone | César M. Gandiaga Texidor, CPA<br>Name and Signature Chief, Agency or Authorized Rep.<br>4/15/15<br>Date                    Telephone | Approved by:<br><br>Name and Signature<br><br>Title<br>May 12/2015<br>Date                    Telephone |

**CONFIDENTIAL**

**HTA_STAY0000579**

ENGLISH TRANSLATION

Page 024

Model SC 714
19 February 13

| Original -Agency |
| Copy – Mail Treas. |
| Copy -Area |
| **PRIFAS** |

**COMMONWEALTH OF PUERTO RICO**

Highways and Transportation Aut.
Agency

| For the Use of Receipt and Dispatch of Fiscal Documents (Treasury) |
| --- |
| Accounts Bureau ☐ |
| Interventions Bureau ☐ |
| Treasury Area ☐ |
| Other ☐ |

**CONTROL SHEET - PRIFAS**

Number: __15000038__     Original Date (Agency): __5/18/15__     Number of SC: _____735_____

(YYYY AAA 123456)     (MM DD YYYY)     (SC_____)

| No. | Document Number | Comments |
| --- | --- | --- |
| 1 | 15000037 | |
| 2 | 15000038 | |
| 3 | 15000039 | *2015 [illeg.]* |
| 4 | 15000040 | |
| 5 | 15000041 | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | TREASURY DEPARTMENT |
| 27 | | INTERVENTIONS BUREAU |
| 28 | | PAYMENT SECTION |
| 29 | | |
| 30 | | 2015 MAY 18 PM 3:15 |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

| Luis K. Santiago Reyes, MBA, CPA | (787) 721-8787 x 2707 | (787) 729-1522 |
| --- | --- | --- |
| Name and Authorized Signature Transmitting Agency | Telephone | Fax |

**CONFIDENTIAL**     **HTA_STAY0000580**

Model SC 6033
1 -JUL 98

Original - PRIFAS
Copy- Bureau
**PRIFAS**

GOVERNMENT OF PUERTO RICO
TREASURY DEPARTMENT
GOVERNMENT CENTRAL ACCOUNTING AREA

TO THE SYSTEM FILES

**Bureau CENTRAL ACCOUNTING**
Division or Section =
                    Payment Section (off. 319)

File:

Request:  19/May/2015ms2

| For the exclusive use of PRIFAS |
| --- |
| Change made by: |
| _____ |
| DATE            TIME |

D   Date     MM/DD/YY
    to be added    D   to be deleted

To whom it may concern:

Please lift control to withdraw from the abovementioned account to be used by

The **Agency** for their corporate profit purposes ( HIGHWAYS AND TRANSP. AUTH.)

For the month of May 2015-sm2 ( Gasoline, Diesel, and Licences )

066 -15000038   $ 6,000,000.00   and  066      15000037     $ 6,000,000.00

CAUSE:

        Premium Refund

        CORRESPONDING TO THE 1ST

        Half of the month of May 2015-SM2

        For the total amount of $ 6,000,000.00 for the two vouchers.

**Redacted**

Marcelino Lebron Lebron

NAME OF APPLICANT IN
BLOCK LETTERS

**Redacted**

SIGNATURE OF APPLICANT

Angela Soto Toro

SIGNATURE OF BUREAU DIRECTOR OR
AUTHORIZED REPRESENTATIVE

SIGNATURE OF PRIFAS DIRECTOR OR
AUTHORIZED REPRESENTATIVE

Jayson O. Padilla  Morales

SIGNATURE OF ASSISTANT SECRETARY OF THE
GOVERNMENT CENTRAL ACCOUNTING AREA OR
AUTHORIZED REPRESENTATIVE

19/May/2015ms2          19/May/2015ms2          19/May/2015ms2

DATE                    DATE                    DATE

PRESERVATION: Six years or until the intervention of a comptroller, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000581**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

Page 1 of 3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT  ☐ RECEIPT OF PAYMENT ON OBLIGATION  ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DOCUMENT ID | | | | | | | | | | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15000037 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | 15000037 | 5/18/15 | $ 6,000,000.00 | |

Comments:   Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Asig | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of May 2015 (Gasoline, Diesel, and Licenses) HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# [Redacted] 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | $ 6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | |
| | | | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | | | | | | | | |

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 MAY 18 PM 3:15

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer   Name and Signature
Delegated Buyer
721-8787x2707
Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier
Date          Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
5/18/15
Date          Telephone

Approved by:
........    Name and Signature
Title
May 19/2015
Date          Telephone

**CONFIDENTIAL**

**HTA_STAY0000582**

Model SC 735
19 February 13

PRIFAS

| Original – ACC |
| Copy - Agency |

✓

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000038 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000038 | 5/18/15 | $ 6,000,000.00 |

Comments:  Address: PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of May 2015 (Gasoline, Diesel and Licenses) <br><br> HIGHWAYS AND TRANSPORTATION AUTHORITY <br> ABA# 221571415 <br> SWIFT: OBPRPRSJ <br> BENEFICIARY BANK: ORIENTAL BANK (BBVA) <br> BENEFICIARY CUSTOMER ACCOUNT#1 Redacted 9874 <br> BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | $  6,000,000 | E6120 | 278 | 0660000 | 781 | | 2014 | | | | |

Property column (vertical text): TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 MAY 18 PM 3:15  [stamp]

| | $ 6,000,000.00 | | Total or Subtotal | $ 6,000,000.00 | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer  Name  and  Signature
Delegated Buyer
                                        721-8787x2707
Date
Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
5/18/15
Date                    Telephone

**For the use of the Treasury Department**

Approved by:

......                **Name and Signature**

                        **Title**

May 19/2015
**Date**                    **Telephone**

**CONFIDENTIAL**

**HTA_STAY0000583**

ENGLISH TRANSLATION

Model SC 735
19 February 13

PRIFAS

| Original – ACC |
| Copy - Agency |

✓

Page 3   of   3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV 066 | 15000039 | HIGHWAYS AND TRANSP. AUT | 660433808 | D | | 15000039 | 5/18/15 | $ 6,000,000.00 | |
| Comments: | | | | | Address: PO Box 42007, San Juan, PR 00940-2007 | | | | |

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Asig | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of May 2015 (Gasoline, Diesel, and Licenses)

HIGHWAYS AND TRANSPORTATION AUTHORITY
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENEFICIARY CUSTOMER ACCOUNT [Redacted] 9874
BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | $  6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

[stamp] TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 MAY 18 PM 3:15

| | | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | | | | | | | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | For the use of the Treasury Department |
|---|---|---|---|
| Luis K. Santiago Reyes, Deputy Treasurer  Name and Signature Delegated Buyer | Name and Signature Official Certifier | César M. Gandiaga Texidor, CPA Name and Signature Chief, Agency or Authorized Rep. | Approved by: ------  Name and Signature |
| Date
Telephone        721-8787x2707 | Date                    Telephone | 5/18/15 Date                    Telephone | Title 6/09/2015 Date                    Telephone |

**CONFIDENTIAL**

**HTA_STAY0000584**

ENGLISH TRANSLATION

Page 029

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

Page 1 of 2

**COMMONWEALTH OF PUERTO RICO**



HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

*M4190187*

☑ RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | NUMBER OF INVENTORY DEPENDENCE |
|---|---|
| **DOCUMENT ID** | |

| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000040 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15000040 | 5/18/15 | $ 5,000,000.00 |

Comments:                                                                 Address:

| REFERENCE OBLIGATION | | Line | | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $ 5,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of MAY 2015 (Petroleum)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT#[Redacted]39874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT. | $ 5,000,000 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | [stamp] TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 MAY 18 PM 3:15 |
| | | | $ 5,000,000.00 | Total or Subtotal | $ 5,000,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer Name and Signature
Delegated Buyer

Date
Telephone                                721-8787x2707

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                                Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
5/18/15

Date                                Telephone

For the use of the Treasury Department

Approved by:

........                Name and Signature

                    Title
May 18/15              /

Date                                Telephone

**CONFIDENTIAL**

**HTA_STAY0000585**

Model SC 735
19 February 13

PRIFAS
Original – ACC
Copy - Agency

Page 2   of   2



**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|
| DOCUMENT ID | | | | | | | | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000041 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15000041 | 5/18/15 | $ 5,000,000.00 |

Comments:                                                                  Address:

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | P/F | Code | Unit |
| 01 | 066 | | $ 5,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of MAY 2015 (Petroleum) | $ 5,000,000 | E6120 | 278 | 0660000 | | 784 | 2015 | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# [Redacted] 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | | | | | | | | | | |
| | | | $ 5,000,000.00 | Total or Subtotal | $ 5,000,000.00 | | | | | | | | | |

[stamp] TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 MAY 18 PM 3:15

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
                              721-8787x2707
Date                          Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier

Date                          Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
5/18/15
Date                          Telephone

For the use of the Treasury Department

Approved by:

........          _____
                Name and Signature

                Title

May 18/15
Date                          Telephone

**Preservation:** Six years or until the intervention of a comptroller, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000586**

- Model SC 714
  19 February 13

| Original - Agency |
| Copy – Mail Treas. |
| Copy - Area |
| **PRIFAS** |

**COMMONWEALTH OF PUERTO RICO**

Highways and Transportation Aut.
Agency

| For the Use of Receipt and Dispatch of Fiscal Documents (Treasury) | |
|---|---|
| Accounts Bureau | ☐ |
| Interventions Bureau | ☐ |
| Treasury Area | ☐ |
| Other _____ | ☐ |

**CONTROL SHEET - PRIFAS**

Number: ___15000040___
(YYYY AAA 123456)

Original Date(Agency): ___6/10/15___
(MM DO YYYY)

Number of SC: ___735___
(SC_____)

| No. | Document Number | Comments |
|---|---|---|
| 1 | 15066037 | ELECTRONIC TOLL FINES (MAY 2015) |
| 2 | 15000042 | EXCESS GASOLINE (MAY 2015) |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

| Luis K. Santiago Reyes, MBA, CPA | (787) 721-8787 x 2707 | (787) 729-1522 |
|---|---|---|
| Name and Authorized Signature Transmitting Agency | Telephone | Fax |

**CONFIDENTIAL**

**HTA_STAY0000587**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

STATUS APPROVED

Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

NUMBER OF INVENTORY DEPENDENCE

| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
|----|------|----------------|------------------|-----------------|----|----|----|----|----|
| EV | 066 | 15066037 | HIGHWAYS AND TRANSP. AUT | 660433808 | D | | 15066037 | 6/16/15 | $ 185,806.70 |

DOCUMENT ID

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | | REFERENCE OBLIGATION | | Line | | | | Distribution Line (Account Number) | | | | | Property |
|----|------|----------------|--------|-------------|--------|---------|------|--------------|------|------|-----|------|------|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Asig | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 185,806.70 | Electronic Toll Fines<br>For the month of May 2015<br><br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT# [Redacted]9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT.<br>. | $ 185,806.70 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 JUN 16 AM 11:02

| | $ 185,806.70 | Total or Subtotal | $ 185,806.70 | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer  Name and Signature
Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                              Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
6/16/15

Date                              Telephone

For the use of the Treasury Department

Approved by:
[signature]

Approved
Name and Signature

Title
6/12/15
AST

Date                              Telephone

By: Angela Soto
[signature]
6/12/15

**CONFIDENTIAL**

**HTA_STAY0000588**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

Page  1   of   1

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

☑ RECEIPT OF PAYMENT     ☐ RECEIPT OF PAYMENT ON OBLIGATION     ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|
| DOCUMENT ID | | | | CD | Contract Number | Invoice Number | Total Amount of the Document | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | | | Date | |
| EV | 066 | 15066037 | HIGHWAYS AND TRANSP. AUT. | 680433808 | D | | 15066037 | 6/10/15 | $ 185,966.70 |
| Comments: | | | | | | Address: Minillas Government Center | | |
| | | | | | | PO Box 42007, San Juan, PR 00940-2007 | | |

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 185,966.70 | Electronic Toll Fines For the month of May 2015 | $  185,966.70  185,806.70 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# [Redacted] 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | | | | | | | | | | | |

| | $ 185,966.70 | Total or Subtotal | $ 185,966.70 | |
|---|---|---|---|---|

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer  Name and Signature Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                                Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
6/11/15

Date                                Telephone

**For the use of the Treasury Department**

Approved by:

......                Name and Signature

Title

Date                                Telephone

**CONFIDENTIAL**

**HTA_STAY0000589**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

Page 2   of   3

6/22/2015
[initials]   15000047

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000047 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000047 | 6/10/15 | $ 3,890,180.06 |

Comments:                                              Address: PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | 3,890,180.06 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of May 2015 (Gasoline, Diesel, and Licenses) | $ 3,890,180.06 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT[Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | | | | | | | | | | | |
| | | | $ 3,890,180.06 | **Total or Subtotal** | $ 3,890,180.06 | | | | | | | | | | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | For the use of the Treasury Department |
|---|---|---|---|
| Luis K. Santiago Reyes, Deputy Treasurer   Name and Signature Delegated Buyer | Name and Signature Official Certifier | César M. Gandiaga Texidor, CPA Name and Signature Chief, Agency or Authorized Rep. | Approved by: ------ Name and Signature |
| 721-8787x2707 | Date                      Telephone | 6/11/15 | Title / |
| Date Telephone | | Date                      Telephone | Date                      Telephone |

**CONFIDENTIAL**

**HTA_STAY0000590**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

OK ✓

Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066038 | | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15066038 | 6/16/15 | $ 1,666,000.00 |

Comments:                                                          Address:

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes New revenues for the month of MAY 2015, in accordance with the Memo from the Secretary of Treasury<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. ____427-6 for the repayment of current obligations of the Authority | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 JUN 16 AM 11:02

| | $ 1,666,000.00 | Total or Subtotal | $ 1,666,000.00 |
|---|---|---|---|

**For the use of the Treasury Department**

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.<br><br>Luis K. Santiago Reyes, Deputy Treasurer   Name   and   Signature Delegated Buyer<br>721-8787x2707 | I certify that the articles and/or services were received according to the specifications.<br><br>Name and Signature Official Certifier<br>Date                          Telephone | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize<br>César M. Gandiaga Texidor, CPA<br>Name and Signature Chief, Agency or Authorized Rep.<br>6/16/15<br>Date                          Telephone | Approved by<br><br>Name and Signature<br>Title<br>6/16/2015<br>Date              Telephone |

**Preservation:** Six years or until the intervention of a comptroller, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000591**

Model SC 714
19 February 13

| Original - Agency |
| Copy – Mail Treas. |
| Copy - Area |

**PRIFAS**

**COMMONWEALTH OF PUERTO RICO**

Highways and Transportation Aut.
Agency

For the Use of Receipt and Dispatch of
Fiscal Documents (Treasury)

| Accounts Bureau | ☐ |
| Interventions Bureau | ☐ |
| Treasury Area | ☐ |
| Other | ☐ |

**CONTROL SHEET - PRIFAS**

Number: __15000041__          Original Date (Agency): __6/22/15__          Number of SC: _____735_____

(YYYY AAA 123456)                    (MM DD YYYY)                    (SC_____)

| No. | Document Number | Comments |
|-----|-----------------|----------|
| 1 | 15066039 | LICENSES (MAY 2015) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 JUN 23 AM 11:19

| Luis K. Santiago Reyes, MBA, CPA | (787) 721-8787 x 2707 | (787) 729-1522 |
| Name and Authorized Signature Transmitting Agency | Telephone | Fax |

**CONFIDENTIAL**                                        **HTA_STAY0000592**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

Page 1   of   1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066039 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | | 15066039 | 6/22/15 | $ 2,131,468.22 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | | Distribution Line (Account Number) | | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 2,131,468.22 | Licence (C 1276) May 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues. HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. Redacted 1427-6 for the repayment of current obligations of the Authority. | $ 2,131,468.22 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | [stamp] TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENTS SECTION 2015 JUN 23 AM 10:19 |
| | | $ 2,131,468.22 | | **Total or Subtotal** | $ 2,131,468.22 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K Santiago Reyes, Deputy Treasurer  Name and Signature
Delegated Buyer
721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
6/22/15
Date                    Telephone

For the use of the Treasury Department

Approved by:

Name and Signature

Title

7/02/2015
Date                    Telephone

**CONFIDENTIAL**

**HTA_STAY0000593**

ENGLISH TRANSLATION

Model SC 735
19 February 13

*Error*

PRIFAS

| Original – ACC |
| Copy - Agency |

Page 1   of   3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT        ☐ RECEIPT OF PAYMENT ON OBLIGATION        ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000042 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | | 15000042 | 6/16/15 | $ 6,000,000.00 |

| Comments: | Address: Minillas Government Center |
| | PO Box 42007, San Juan, PR 00940-2007 |

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | [stamp] TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 JUN 16 AM 11:02 | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of June 2015 (Gasoline, Diesel, and Licenses)  HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT [Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | $   6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | For the use of the Treasury Department |
|---|---|---|---|
| Luis  K. Santiago Reyes,  Deputy Treasurer  Name  and  Signature Delegated Buyer | _____ Name and Signature Official Certifier | César M. Gandiaga Texidor, CPA Name and Signature Chief, Agency or Authorized Rep. 6/16/15 | Approved by: ............ Name and Signature |
| 721-8787x2707 | | | Title |
| Date | Date            Telephone | Date            Telephone | 6/18/2015 |
| Telephone | | | Date            Telephone |

*Abril 27/15 – 7,713.00 (124) Assumes
660 48 9982 - Julio-16/15*

**CONFIDENTIAL**

**HTA_STAY0000594**

ENGLISH TRANSLATION

Model SC 735
19 February 13

PRIFAS

| Original – ACC |
| Copy - Agency |

*Error*

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT       ☐ RECEIPT OF PAYMENT ON OBLIGATION       ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | |
| EV | 066 | 15000043 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000043 | 6/16/15 | Total Amount of the Document |
| | | | | | | | | | $ 6,000,000.00 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of June 2015 (Gasoline, Diesel, and Licences) | $ 6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT: *Redacted* 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | | | | | | | | | | | |

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 JUN 16 AM 11:02

| | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | | | | | | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | For the use of the Treasury Department |
|---|---|---|---|
| *Luis K. Santiago Reyes*, Deputy Treasurer Name and Signature Delegated Buyer | _____ Name and Signature Official Certifier | *César M. Gandiaga Texidor, CPA* Name and Signature Chief, Agency or Authorized Rep. 6/16/15 | Approved by: ·····/ **Name and Signature** ____/____ **Title** |
| Date Telephone          721-8787x2707 | Date                    Telephone | Date                        Telephone | 6/18/2015 Date               Telephone |

**CONFIDENTIAL**

**HTA_STAY0000595**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency



Page 3   of   3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT          ☐ RECEIPT OF PAYMENT ON OBLIGATION          ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000044 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | | 15000044 | 6/16/15 | $ 6,000,000.00 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of June 2015 (Gasoline, Diesel and Licences)<br><br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT# ~~Related~~ 9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT. | $  6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 JUN 16 AM 11:02

| | $ 6,000,000.00 | | Total or Subtotal | $ 6,000,000.00 | | | | | For the use of the Treasury Department | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer   Name   and   Signature
Delegated Buyer
                                    721-8787x2707
Date
Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
6/16/15
Date                    Telephone

Approved by:

·······   **Name and Signature**
                    /
          **Title**

7/15/2015
Date                    Telephone

**CONFIDENTIAL**

**HTA_STAY0000596**

Model SC 735
19 February 13

Page 1 of 2

PRIFAS

Original – ACC
Copy - Agency

✓

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|
| DOCUMENT ID | | | | | | | | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |

CT: EV | Agen: 066 | Document Number: 15000045 | Name of Supplier: HIGHWAYS AND TRANSP. AUT. | Supplier Number: 660433808 | CD: A | Contract Number: | Invoice Number: 15000045 | Date: 6/16/15 | Total Amount of the Document: $ 5,000,000.00

Comments:

Address:

| REFERENCE OBLIGATION | | | Line | | | Distribution Line (Account Number) | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |

| 01 | 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of JUNE 2015 (Petroleum) | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 JUN 16 AM 11:02

HIGHWAYS AND TRANSPORTATION AUTHORITY
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENEFICIARY CUSTOMER ACCOUNT: Redacted 9874
BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT.

| | $ 5,000,000.00 | Total or Subtotal | $ 5,000,000.00 | | | | | | | | | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | For the use of the Treasury Department |
|---|---|---|---|
| Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer | Name and Signature Official Certifier | César M. Gandiaga Texidor, CPA Name and Signature Chief, Agency or Authorized Rep. 6/16/15 | Approved by: Name and Signature Title 6/18/2015 Date |
| 721-8787x2707 | Date Telephone | Date Telephone | Telephone |
| Date Telephone | | | |

**CONFIDENTIAL**

**HTA_STAY0000597**

Model SC 735
19 February 13

PRIFAS
Original – ACC
Copy - Agency

Page 2   of   2

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT        ☐ RECEIPT OF PAYMENT ON OBLIGATION        ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000046 | | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15000046 | 6/16/15 | $ 5,000,000.00 |
| Comments: | | | | | | | Address: | | | |

| REFERENCE OBLIGATION | | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of JUNE 2015 (Petroleum)  HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT [Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | $ 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |
| | | $ 5,000,000.00 | | **Total or Subtotal** | $ 5,000,000.00 | | | | | | | | | | |

[stamp] TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 JUN 16 AM 11:03

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | For the use of the Treasury Department |
|---|---|---|---|
| Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer | Name and Signature Official Certifier | [signature] | Approved by: |
| | Date              Telephone | César M. Gandiaga Texidor, CPA | Name and Signature |
| 721-8787x2707 | | Name and Signature Chief, Agency or Authorized Rep. | Title |
| Date | | | 6/18/2015 |
| Telephone | | Date              Telephone | Date              Telephone |

**CONFIDENTIAL**

**HTA_STAY0000598**

| | | | |
|---|---|---|---|
| Model SC 714 | | | |
| 19 February 13 | | | |
| Original -Agency | | | |
| Copy – Mail Treas. | | | |
| Copy - Area | | | |
| **PRIFAS** | | | |

**COMMONWEALTH OF PUERTO RICO**

Highways and Transportation

Agency

| For the Use of Receipt and Dispatch of Fiscal Documents (Treasury) |  |
|---|---|
| Accounts Bureau | ☐ |
| Interventions Bureau | ☐ |
| Treasury Area | ☐ |
| Other _____ | ☐ |

**CONTROL SHEET - PRIFAS**

Number: <u>15000022</u>      Original Date(Agency): <u>3/24/2015</u>    Number of SC: <u>735</u>

(YYYY AAA 123456)                     (MM DD YYYY)                           (SC_____)

| No. | Document Number | Comments |
|---|---|---|
| 1 | 15066028 | FINES |
| 2 | 15066029 | CIGARETTES |
| 3 | 15066030 | LICENSES |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | *1 is missing* |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | TREASURY DEPARTMENT |
| 26 | | INTERVENTIONS BUREAU |
| 27 | | PAYMENT SECTION |
| 28 | | |
| 29 | | 2015 MAR 24 PM 3:06 |
| 30 | | |
| '31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

| Luis K. Santiago Reyes, MBA, CPA | (787) 721-8787 x 2707 | (787) 729-1522 |
|---|---|---|
| Name and Authorized Signature Transmitting Agency | Telephone | Fax |

**CONFIDENTIAL**                                    **HTA_STAY0000599**

Model SC 735
19 February 13

Page   1   of   1

PRIFAS
Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

*OK Valid*

☑ RECEIPT OF PAYMENT          ☐ RECEIPT OF PAYMENT ON OBLIGATION          ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|
| CT Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV 066 | 15066028 | HIGHWAYS AND TRANSP. AUT. | 660433808 | | | 15066028 | 3/24/15 | $ 1,425,033.96 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 066 | | $ 1,425,033.96 | Electronic Toll Fines For the month of February 2015 | $ 1,425,033.96 | E6120 | 278 | 0660000 | | 081 | 2014 | | | |

[stamp] TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 JUN 24 PM 3:06

HIGHWAYS AND TRANSPORTATION AUTHORITY
ABA# 221571415
SWFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENEFICIARY CUSTOMER ACCOUNT [Redacted]9874
BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT.
.

| | $ 1,425,033.96 | Total or Subtotal | $ 1,425,033.96 | |
|---|---|---|---|---|

**For the use of the Treasury Department**

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed, and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy
Treasurer   Name   and   Signature
Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
3/23/15

Date                    Telephone

Approved by:

........              Name and Signature

/                   Title

3/24/2015

Date                    Telephone

**CONFIDENTIAL**

**HTA_STAY0000600**

ENGLISH TRANSLATION

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

*OK Valid*

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

☑ RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066029 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | | 15066029 | 3/24/15 | $ 1,666,000.00 |

Comments: | Address:

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes<br>New revenues for the month of February 2015, in accordance with the Memo from the Secretary of Treasury<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>at the Government Development Bank<br>to the account No. [redacted]427-6<br>for the repayment of current obligations of the Authority | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | |

[stamp: TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 JUN 24 PM 3:06]

| | $ 1,666,000.00 | **Total or Subtotal** | $ 1,666,000.00 | | | | | | | | |

| | | For the use of the Treasury Department |
|---|---|---|
| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.<br><br><u>Luis K. Santiago Reyes, Deputy</u><br><u>Treasurer</u> Name and Signature<br>Delegated Buyer<br>721-8787x2707<br>Date<br>Telephone | I certify that the articles and/or services were received according to the specifications.<br><br><br>Name and Signature Official Certifier<br><br>Date Telephone | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize<br>César M. Gandiaga Texidor, CPA<br>Name and Signature Chief, Agency or Authorized Rep.<br>3/23/15<br>Date Telephone | Approved by:<br>......<br>**Name and Signature**<br>/<br>**Title**<br>3/24/2015<br><u>Date</u> Telephone |

**Preservation:** Six years or until the intervention of a comptroller, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000601**

ENGLISH TRANSLATION

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15066030 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15066030 | 3/24/15 | $ 6,737,973.23 | |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | P/F | Code | Unit |
| 01 | 066 | | $ 6,737,973.23 | Licence (C 1276) February 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues. HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [redacted]4427-6 for the repayment of current obligations of the Authority. | $ 6,737,973.23 | E6120 | 278 | 0660000 | | 003 | 2014 | | | |
| | | | $ 6,737,973.23 | **Total or Subtotal** | $ 6,737,973.23 | | | | | | | | | |

**For the use of the Treasury Department**

TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 APR - 8 PM 3:21
(stamp)

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer Name and Signature
Delegated Buyer

Date
Telephone

721-8787x2707

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.

Date Telephone

Approved by:

Name and Signature

Title

4/6/2015

Date Telephone

**CONFIDENTIAL**

**HTA_STAY0000602**



# CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for **English and Spanish** languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

*Name: "HTA_STAY0000556" (pdf file)*          *No. of Pages: 47*

Sincerely,

*María R. Arias*                                04/03/2020
--------------------------------------          ----------------------------------
Maria R. Arias                                  Date
ATA-Certified Translator
English ≈ Spanish



U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com