**<u>NATBONY REPLY DECLARATION</u>**
**<u>EXHIBIT 39</u>**

Modelo SC 735
19 febrero 13
PRIFAS
Original — ACC
Copia — Agencia

Pag. _____1_____ de _____1_____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15066038 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066038 | 6/16/15 | $ | 1,666,000.00 |

Comentarios:                                                                                      Dirección:

| OBLIGACION DE REFERENCIA | | Línea | | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,666,000.00 | Arbitrios de Cigarrillo Nuevos Ingresos para el mes de MAYO 2015, de conformidad con Memo de la Secretaria de Hacienda. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta ~~Redacted~~ 427-8 para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

*$ 1,666,000.*

*Pymnt ID EN040058    Pymnt Date 2016-01-04*

| | | $ 1,666,000.00 | Total o Subtotal | $ 1,666,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

~~Redacted~~
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
~~Redacted~~
Fecha        721-8787x2707 Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha    ~~Redacted~~ Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no ha aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, OPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
6/16/15  Fecha                Teléfono

Para uso del Departamento de Hacienda
Aprobado por:
**Redacted** Nombre y Firma
Título
6/16/2015  Fecha                Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

*EN040058*
*1/04/2016*

CONFIDENTIAL

HTA_STAY0000628

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. ____1__ de ___1___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | | Número de Factura | | Fecha | | Importe Total del Documento | |
| EV | 066 | 15066039 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | | 15066039 | | 6/22/15 | $ | | 2,131,468.22 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 2,131,468.22 | Marbete (C 1276 ) mayo 2015 Enmendar Art. 23.01 Ley 22-2000 , según enmendada, conocida como "Ley de Vehículos y Transito de PR". Ingresos Nuevos. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta ~~------~~427-6 para repago de obligaciones vigentes de la Autoridad $ 2,131,468.22 Pymnt ID EN 040058 Pymnt Date 2016-01-04 | $ 2,131,468.22 | E8120 | 278 | 0660000 | | 003 | 2014 | | | | |

|  | $ 2,131,468.22 | Total o Subtotal | $ 2,131,468.22 | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
Luis K. Santiago Reyes/Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiaga /Texidor, CPA /
Nombre y Firma Jefe, Agencia o su Repte./Aut.
6/23/15

Para uso del Departamento de Hacienda
Aprobado por Redacted
Redacted
Nombre y Firma
1/02/201
Título
Fecha

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

EN 040058
1/04/2016

CONFIDENTIAL

HTA_STAY0000629

Modelo SC 735
19 febrero 13
PRIFAS

| Original – ACC |
| Copia – Agencia |

Pag. ___1___ de

**NEGOCIADO DE CUENTAS**

2015 AUG 14 AM 9: 22

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 16055002 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 1ra Julio 2015 | 8/12/15 | $ | 5,073,970.57 |

Comentarios:     Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 5,073,970.57 | Marbete {C 1276 } julio 2015 Enmendar Art. 23.01 Ley 22-2000 , según enmendada, conocida como "Ley de Vehículos y Transito de PR". Ingresos Nuevos. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta 27-6 para repago de obligaciones vigentes de la Autoridad | $ 5,073,970.57 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |

*(handwritten annotations:)*
Pymnt. Id.
EN04 0058   1|04|16
EN14 0003   1|14|16
EN28 0255   1|25|2016

4,690,960.47
65,394.85
314,615.25

| | $ 5,073,970.57 | Total o Subtotal | $ 5,073,970.57 | | | | | | Para uso del Departamento de Hacienda | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra indicada se hizo conforme a la reglamentación vigente.
~~Redacted~~
Luis K. Santiago Reyes/ Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente, por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor/ CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

Aprobado por:
**Redacted**
Nombre y Firma

Titulo

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000630

Modelo SC 735
19 febrero 13
PRIFAS
Original — ACC
Copia — Agencia

ESTADO LIBRE ASOCIADO DE
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | | Número de Factura | | Fecha | | Importe Total del Documento |
| EV | 066 | 16044001 | AUT. CARRETERAS Y TRANSP. | 680433808 | A | | | 16044001 | | 7/15/15 | $ | 1,666,000.00 |

Comentarios: | Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,666,000.00 | Arbitrios de Cigarrillo Nuevos ingresos para el mes de junio 2015, de conformidad con Memo de la Secretaria de Hacienda. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [Redacted]427-6 para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

Dft!
EN140003   1/14/16   ✝ 1,666,000. —

| | $ 1,666,000.00 | | Total o Subtotal | $ 1,666,000.00 | |
|---|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra/contrato se hizo conforme a la reglamentación vigente.   **Redacted**

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo.   **Redacted**

César M. Gandiaga/Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
7/14/15

Para uso del Departamento de Hacienda

Aprobado por:

Nombre y Firma

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

Pag. 1 de 1

Original
Copia – Agencia

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 16088001 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 1ra Agosto 2015 | 8/12/15 | $ 3,855,311.62 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 3,855,311.62 | Multas de Transito<br>Para el mes de agosto 2015<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS<br>Off: EN140003<br>1/14/2016 | $ 3,855,311.62 | E6120 | 278 | 0660000 | | 081 | 2016 | | | 2015 AUG 14 AM 9:22 | NEGOCIADO DE CUENTAS |
| | | | $ 3,855,311.62 | Total o Subtotal | $ 3,855,311.62 | | | | | | | | | | |

$3,855,311.62

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. Redacted Redacted Redacted
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.
Nombre y Firma Oficial Certificador
Fecha Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandía Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
8/13/15
Fecha Teléfono

Para Uso del Departamento de Hacienda
Aprobado por:
Redacted
Nombre y Firma
Título
Fecha Teléfono

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 16044002 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 1ra Julio 2015 | 8/12/15 | $ 1,666,000.00 |

Comentarios:      Dirección:

### CIFRA DE DEPENDENCIA DE INVENTARIO

| | OBLIGACION DE REFERENCIA | Línea | | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,666,000.00 | Arbitros de Cigarrillo Nuevos ingresos de julio 2015, en conformidad con Memo de la Secretaria de Hacienda. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [Redacted] A27-6 para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |
| | | | | Dft! EN14 0003 1\|14\|16 ≠ 1,666,000. – | | | | | | | | | | | |

| | $ 1,666,000.00 | | Total o Subtotal | $ 1,666,000.00 | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
**Redacted**
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
Redacted
721-8787x2707
Fecha    Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha    Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo.
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Rpte. Aut.
8/3/15
Fecha    Teléfono

Para uso del Departamento de Hacienda
Aprobado por:
**Redacted**
Nombre y Firma
Redacted
Título
Fecha    Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

HTA_STAY0000633

CONFIDENTIAL

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. _____ 1 _____ de _____ 1 _____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

[✓] COMPROBANTE DE PAGO   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | | Importe Total del Documento | | |
| EV | 066 | 16044003 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 1ra Agosto 2015 | 9/14/15 | $ | 1,666,000.00 | | |

Comentarios: | Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig. | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,666,000.00 | Arbitrios de Cigarrillo Nuevos ingresos de agosto 2015, en conformidad con Memo de la Secretaria de Hacienda. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta ⸺427-6 para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00 | E6120 | 276 | 0860000 | | 779 | 2014 | | | | |
| | | EN210204   1\|21\|16   $1,640,421.42 | | | | | | | | | | | | | |
| | | EN280255   1\|28\|16   $25,578.58 | | | | | | | | | | | | | |

| | | $ 1,666,000.00 | Total o Subtotal | $ 1,666,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra del mismo se hizo conforme a la reglamentación vigente. [Redacted]
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador [Redacted]
Fecha   721-8787x2707   Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha   Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo. [Redacted]
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
9/14/15
Fecha   Teléfono

Para uso del Departamento de Hacienda
Aprobado por: [Redacted]
Nombre y Firma [Redacted]
Título
9/14/15
Fecha   Teléfono

· Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000634

Modelo SC 735
19 febrero 13

PRIFAS
Original – ACC
Copia – Agencia

Pag. ___1___ de ___1___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 16088004 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 1ra Nov. 2015 | 12/03/15 | $ 3,569,260.77 |

Comentarios:

**CIFRA DE DEPENDENCIA DE INVENTARIO**

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| | OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 3,569,260.77 | Multas de Transito<br>Para el mes de noviembre 2015<br><br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENECIFIARY CUSTOMER ACCOUNT#[Redacted]9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS<br><br>Aff: EN280255<br>1/28/2016 | $ 3,569,260.77 | E6120 | 278 | 0660000 | | 081 | 2016 | | | | |

Total o Subtotal: $ 3,569,260.77 | $ 3,569,260.77

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

_____Luis K. Santiago Reyes, Sub-Tesorero_____
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha          Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

_____
Nombre y Firma Oficial Certificador
Fecha          Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**
César M. Gandiaga Teixidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
12/3/15
Fecha          Teléfono

**Para uso del Departamento de Hacienda**
Aprobado por: **Redacted**
**Redacted**
**Redacted** Nombre y Firma

Título

Fecha          Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000635

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 18055003 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | | 1ra Agosto 2015 | 8/12/15 | $ | 5,073,970.57 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | | Linea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 5,073,970.57 | Marbete (C 1276 ) agosto 2015 Enmendar Art. 23.01 Ley 22-2000 , según enmendada, conocida como "Ley de Vehiculos y Transito de PR". Ingresos Nuevos. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta 427-6 para repago de obligaciones vigentes de la Autoridad | $ 5,073,970.57 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |
| | | EN280255    1|28|2016 | | | | | | | | | | | | |
| | | | $ 5,073,970.57 | Total o Subtotal | $ 5,073,970.57 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

**Redacted**

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
8/31

Para uso del Departamento de Hacienda
Aprobado por:

**Redacted**

Nombre y Firma

**Redacted**  Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
| --- | --- | --- | --- | --- | --- | --- | --- |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000636

Modelo SC 735
19 febrero 13
PRIFAS

| Original – ACC |
| Copia – Agencia |

Pag.  ___1___  de  ___1___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 16044004 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 1ra Sept. 2015 | 10/27/15 | $ | 1,666,000.00 |

Comentarios:    Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,666,000.00 | Arbitrios de Cigarrillo  Nuevos ingresos de septiembre 2015, en conformidad con Memo de la Secretaria de Hacienda.  AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta número H27-6 para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

*(handwritten):*
EH 28 0255   1/28/16   $ 16,574.83
FE 11 0002   2/11/16   $ 1,648,856.62
FE 18 0137   2/18/16   $ 568.55

| | $ 1,666,000.00 | Total o Subtotal | $ 1,666,000.00 | | Para uso del Departamento de Hacienda |
|---|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente SC [Redacted]

[Redacted]
Luis R. Santiago Reyes, Sub-Tesorero

[Redacted]
Nombre y Firma Delegado Comprador

721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

10/28/15

Aprobado por:

**Redacted**
Nombre y Firma

[Redacted]
Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

Modelo SC 735
19 febrero 13
PRIFAS

Original – ACC
Copia – Agencia

Pag. ___1___ de ___1___

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO      ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION      ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 086 | 16055005 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 1ra Oct. 2015 | 10/27/15 | $          4,595,246.72 |

Comentarios:   Dirección:  Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 086 | | $   4,595,246.72 | Marbete  (C 1276 ) octubre 2015 Enmendar Art. 23.01 Ley 22-2000 , según enmendada, conocida como "Ley de Vehículos y Transito de PR". Ingresos Nuevos. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [redacted] 27-8 para repago de obligaciones vigentes de la Autoridad | $   4,595,246.72 | E6120 | 278 | 0660900 | | 003 | 2014 | | | | |

FE11002   2/11/16   #4,559,996.41
MR03C007  3/3/16    #35,250.31

| | | $  4,595,246.72 | Total o Subtotal | $   4,595,246.72 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indic[...]regla
**Redacted**
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he apr[...]autorizo:
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

Para uso del Departamento de Hacienda
**Redacted**
Nombre y Firma
Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000638

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. _____1___ de ___1___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO     ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION     ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | | Número del Suplidor | CD | Número de Contrato | | Número de Factura | | Fecha | | Importe Total del Documento |
| EV | 066 | 16055006 | AUT. CARRETERAS Y TRANSP. | | 660433808 | A | | | 1ra Nov. 2015 | | 12/01/15 | $ | 4,439,435.04 |

Comentarios:                                                      Dirección:  Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | | Linea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $  4,439,435.04 | Marbete (C 1276 ) noviembre 2015 Enmendar Art. 23.01 Ley 22-2000 , según enmendada, conocida como "Ley de Vehículos y Tránsito de PR". Ingresos Nuevos. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [Redacted]27-6 para repago de obligaciones vigentes de la Autoridad  *Aff: FE18 0137  2/18/2016  $4,439,435.04* | $  4,439,435.04 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |
| | | | $ 4,439,435.04 | Total o Subtotal | $ 4,439,435.04 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

[Redacted]
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

721-8787x2707
Fecha                              Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Fecha                              Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**
César M. Gandiaga Yexidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
2/1/16
Fecha                              Teléfono

Para uso del Departamento de Hacienda
Aprobado por:
[Redacted]
Nombre y Firma
╵
Titulo
[Redacted]
Fecha                              Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000639

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. ___1___ de ___1___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|----|------|---------------------|---------------------|---------------------|----|--------------------|--------------------|-------|-------------------------------|
| EV | 066 | 16055004 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 1ra Sep. 2015 | 9/24/15 | $ 6,860,244.50 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

### CIFRA DE DEPENDENCIA DE INVENTARIO

| | | OBLIGACION DE REFERENCIA | | Linea | | Linea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|----|------|---------------------------------------------|----------|-------------|----------|----------|--------|-------|--------------|-------|------|--------------|----------------------|-----|-------|--------|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,860,244.50 | Marbete (C 1276 ) septiembre 2015 Enmendar Art. 23.01 Ley 22-2000 , según enmendada, conocida como "Ley de Vehículos y Transito de PR". Ingresos Nuevos. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [Redacted] 27-6 para repago de obligaciones vigentes de la Autoridad | $ 6,860,244.50 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |
| | | FE11 0002  4/11/16  ↑2,300,248.09 | | | | | | | | | | | | | |
| | | FE18 0137  2/18/16  ↑4,559,996.41 | | | | | | | | | | | | | |

| | $ 6,860,244.50 | Total o Subtotal | $ 6,860,244.50 | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. Redacted
Luis K. Santiago Reyes) Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
9/24/15

Para uso del Departamento de Hacienda
Aprobado por:

Nombre y Firma
Titulo

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000640

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. ___1___ de ___1___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | | |
| EV | 066 | 16044005 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 1ra Oct. 2015 | 11/03/15 | $ | | 1,666,000.00 |

Comentarios:    Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | MRO30007 3/03/16 +1,666,000. | $ 1,666,000.00 | Arbitrios de Cigarrillo Nuevos ingresos de octubre 2015, en conformidad con Memo de la Secretaria de Hacienda. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta ____427-6 para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00 | E6120 | 276 | 0860000 | | 779 | 2014 | | | | |

| $ 1,666,000.00 | Total o Subtotal | $ 1,666,000.00 | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
~~Redacted~~
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
~~Redacted~~
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Reptd. Aut.
11/3/15

Para uso del Departamento de Hacienda
Aprobado por: ~~Redacted~~
Nombre y Firma
Título
Nov 9-15

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

Pag. ___1___ de ___1___

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|----|------|---------------------|---------------------|---------------------|----|--------------------|--------------------|-------|------------------------------|
| EV | 066 | 18044006 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 1ra Nov. 2015 | 12/01/15 | $ 1,666,000.00 |

Comentarios:   Dirección:

CIFRA DE DEPENDENCIA DE INVENTARIO

| | | OBLIGACION DE REFERENCIA | Linea | | Linea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,666,000.00 | Arbitrios de Cigarrillo Nuevos ingresos de noviembre 2015, en conformidad con Memo de la Secretaría de Hacienda. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [tachado] 427-6 para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00 | E6120 | 278 | 0060000 | | 779 | 2014 | | | | |

Aft: MR 03 0007
3/03/2016
$ 1,666,000.—

| $ 1,666,000.00 | Total o Subtotal | $ 1,666,000.00 |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicado; y que la compra efectuada se hizo conforme a la reglamentación vigente.   **Redacted**
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Fecha

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Fecha   Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo   **Redacted**
César M. Gandiaga Tejedor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
12/11/15
Fecha   Teléfono

Para uso del Departamento de Hacienda
Aprobado por: Redacted
Nombre y Firma
Título
12/11/15
Fecha   Teléfono

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000642

Modelo SC 735
19 febrero 13

PRIFAS

| Original – ACC |
| Copia – Agencia |

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

Pag. _____1_____ de _____1_____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

| IDENT. DEL DOCUMENTO | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | | |
| EV | 086 | 16088003 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 2da Oct. 2015 | 12/03/15 | $ | | 4,253,247.52 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 086 | | $ 4,253,247.52 | Multas de Transito<br>Para el mes de octubre 2015<br><br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENECIFIARY CUSTOMER ACCOUNT# [Redacted] 9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS<br><br>$H: MR100018<br>3/10/2016<br>$4,253,247.52 | $ 4,253,247.52 | E6120 | 278 | 0660000 | | 081 | 2016 | | | | |
| | | | $ 4,253,247.52 Total o Subtotal | | $ 4,253,247.52 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados, y que la compra efectuada se hizo conforme a la reglamentación vigente.

~~Redacted~~
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

721-8787x2707
Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**
César M. Gandiaga Téxidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
12/3/15
Fecha

Para uso del Departamento de Hacienda

Aprobado por: _____
**Redacted**
Nombre y Firma

_____ Título
12-11-15
Fecha

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000643



ESTADO LIBRE ASOCIADO DE PUERTO RICO

AUTORIDAD DE CARRETERAS Y TRANSPORTACION

Agencia

546,058.21

Original – ACC
Copia – Agencia

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | | Número de Factura | Fecha | | Importe Total del Documento | |
| EV | 066 | 16011010 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | | 2da Nov. 2015 | 10/13/15 | $ | | 5,000,000.00 |

Comentarios:                                    Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de noviembre de 2015 (Petróleo)<br><br>JP MORGAN CHASE<br>ABA # 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENEFICIARY CUSTOMER ACCOUNT #[Redacted]406<br>FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN<br>FUERTHER CREDIT ACCOUNT #[Redacted]466<br>≠5,000,000.— | 5,000,000.00 | E6120 | 278 | 0660000 | | 78✓ | 2015 | | | | |

Pymnt. Id. MR17C118    3/23/2016

| | $ 5,000,000.00 | | $ 5,000,000.00 | | | | Para uso del Departamento de Hacienda |
|---|---|---|---|---|---|---|---|
| | | Total o Subtotal | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

**Redacted**
José R. Pérez Tortellas, Tesorero Interino

Nombre y Firma Delegado Comprador

729-1518

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**
César M. Gandiaga Texidor, CPA

Nombre y Firma Jefe, Agencia o su Repte. Aut.

11/3/15

Aprobado por

**Redacted**
Nombre y Firma

Título

| Fecha | | Teléfono | Fecha | | Teléfono | Fecha | | Teléfono | Fecha | | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000644

Modelo SC 735
19 febrero 13

PRIFAS

Original – ACC
Copia – Agencia

Pag. _____1____ de ____1____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

AUTORIDAD DE CARRETERAS Y TRANSPORTACION

Agencia

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | | Número del Suplidor | CD | Número de Contrato | | Número de Factura | | Fecha | | Importe Total del Documento |
| EV | 066 | 16022005 | AUT. CARRETERAS Y TRANSP. | | 660433808 | D | | | 1ra Oct. 2015 | | 10/27/15 | $ | 1,018,534.32 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | Línea | | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,018,534.32 | Multas de Peajes Electrónicos<br>Para el mes de octubre 2015<br><br><br>JP MORGAN CHASE<br>ABA # 021000021<br>SWIFT CODE: CHASUS33<br>BENECIFIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENECIFIARY CUSTOMER ACCOUNT #~~~~~7406<br>FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN<br>FUERTHER CREDIT ACCOUNT #~~~~~3466<br><br>*$ 1,018,534. 31* | $ 1,018,534.32 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |

Pymnt Id. MRT7C118   3|23|2016

| | Total o Subtotal | $ 1,018,534.32 |
|---|---|---|
| | $ 1,018,534.32 | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que se ~~~~~~~ efectuada se hizo conforme a la reglamentación vigente.

~~Redacted~~
~~Redacted~~

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

Fecha | 721-8787x2707 Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Fecha | Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Rept. Aut.

10/28/15

Fecha | Teléfono

Para uso del Departamento de Hacienda

Aprobado por: **Redacted**
**Redacted**
Nombre y Firma

Título

28/15

Fecha | Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000645

Modelo SC 735
19 febrero 13
PRIFAS

| Original – ACC |
| Copia – Agencia |

Pag.    1    de    1

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO      ☐ - COMPROBANTE DE PAGO CONTRA OBLIGACION      ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

CIFRA DE DEPENDENCIA DE INVENTARIO

| | IDENT. DEL DOCUMENTO | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 16022006 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 1ra Nov. 2015 | 12/01/15 | $        502,063.49 |

Comentarios:                    Dirección:   Centro Gubernamental Minillas
                                Apartado 42007, San Juan, PR 00940-2007

| | OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $    502,063.49 | Multas de Peajes Electrónicos Para el mes de noviembre 2015

JP MORGAN CHASE
ABA # 021000021
SWIFT CODE: CHASUS33
BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.
BENEFICIARY CUSTOMER ACCOUNT # [Redacted]7406
FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN
FUERTHER CREDIT ACCOUNT # [Redacted]3466

*Draft: MR17C118*
*3/23/2016     +502,063.49* | $    502,063.49 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |
| | | | $    502,063.49 | Total o Subtotal | $    502,063.49 | | | | | | | | | |

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones. | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo | Para uso del Departamento de Hacienda |
|---|---|---|---|
| **Redacted** **Redacted** **Redacted** | | **Redacted** | Aprobado por: **Redacted** |
| Luis R. Santiago Reyes, Sub-Tesorero | | César M. Gandiaga Teixidor, CPA | Nombre y Firma |
| Nombre y Firma Delegado Comprador | Nombre y Firma Oficial Certificador | Nombre y Firma Jefe, Agencia o su Repte. Aut. | Título |
| 721-8787x2707 | | 12/1/15 | |
| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000646

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

31 de diciembre de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **4 de enero de 2016** transfieran **$9,000,000.00,** correspondiente a una porción del mes de agosto del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # [Redacted]000-6 a la cuenta bancaria # [Redacted]427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Brenda Vázquez Rodríguez
Subdirectora
Área de Tesoro

HTA_STAY0000847

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

13 de enero de 2016

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **14 de enero de 2016** transfieran **$9,000,000.00,** correspondiente a una porción del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Brenda Vázquez Rodríguez
Subdirectora
Área de Tesoro

HTA_STAY0000648

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

21 de enero de 2016

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **21 de enero de 2016** transfieran **$9,000,000.00,** correspondiente a una porción del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda #[Redacted]000-6 a la cuenta bancaria #[Redacted]427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Brenda Vázquez Rodríguez
Subdirectora
Área de Tesoro

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

27 de enero de 2016

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **28 de enero de 2016** transfieran **$9,000,000.00,** correspondiente a una porción del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Brenda Vazquez Rodriguez
Subdirectora
Área de Tesoro

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

8 de febrero de 2016

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **11 de febrero de 2016** transfieran **$9,000,000.00**, correspondiente a una porción del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # [Redacted] 000-6 a la cuenta bancaria # [Redacted] 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Brenda Vázquez Rodríguez
Subdirectora
Área de Tesoro

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

11 de febrero de 2016

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **18 de febrero de 2016** transfieran **$9,000,000.00,** correspondiente a una porción del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # [Redacted]000-6 a la cuenta bancaria # [Redacted]427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Lcda. Yaimé M. Rullan Cabrera, CPA
Secretaria Auxiliar
Área de Tesoro

[Redacted] 5006 - $ 4,439,435 04
[Redacted] 500F - $ 4,559,096. 45
[Redacted] 4004 - $ 388.35

FE 18037

HTA_STAY0000852

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

22 de febrero de 2016

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **25 de febrero de 2016** transfieran **$9,000,000.00,** correspondiente a una porción del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda #Redacted 000-6 a la cuenta bancaria #Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Redacted

Brenda Vázquez Rodríguez
Subdirectora
Área de Tesoro

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

[x] RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15066038 | HIGHWAYS AND TRANSP. AUT | 660433808 | A | | 15066038 | 6/16/15 | $ 1,666,000.00 |

Comments:          Address:

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund. | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes<br>New revenues for the month of MAY 2015, in accordance<br>with the Memo from the Secretary of Treasury<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>at the Government Development Bank<br>to the account No. [redacted]27-6<br>for the repayment of current obligations of the Authority<br><br>[handwritten] $1,666,000 | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

[handwritten]  Pymnt ID EN040058    Pymnt Date 2016-01-04

| | | $ 1,666,000.00 | Total or Subtotal | $ 1,666,000.00 |

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
721-8787x2707

Date      Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date      Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
6/16/15

Date      Telephone

Approved by:
[signature]

**Name and Signature**

6/16/15      **Title**

Date      Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

[handwritten]
EN040058
1/04/2016

**CONFIDENTIAL**

**HTA_STAY0000628**

Model SC 735
19 February 13
PRIFAS

| Original – ACC |
| Copy - Agency |

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

[x] RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15066039 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15066039 | 6/22/15 | $ 2,133,468.22 | |

| Comments: | Address: Minillas Government Center |
|---|---|
| | PO Box 42007, San Juan, PR 00940-2007 |

| REFERENCE OBLIGATION | | Line | | | | Distribution Line (Account Number) | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number **Contract Obligation** | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 2,133,468.22 | Licence (C 1276) May 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [Redacted]27-6 for the repayment of current obligations of the Authority. | $   2,133,468.22 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |
| | | | | [handwritten] $2,133,468.22 | | | | | | | | | | | |

[handwritten]   **Pymnt ID**   **EN040058**   **Pymnt Date**   **2016-01-04**

| $ 2,133,468.22 | Total or Subtotal | $ 2,133,468.22 |
|---|---|---|

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | **For the use of the Treasury Department** |
|---|---|---|---|
| | | | Approved by: [signature] |
| [signature] | Name and Signature Official Certifier | [signature] | **Name and Signature** |
| Luis K. Santiago Reyes, Deputy Treasurer | | César M. Gandiaga Texidor, CPA | |
| Name and Signature Delegated Buyer | Date                    Telephone | Name and Signature Chief, Agency or Authorized Rep. | 7/02/15          **Title** |
| 721-8787x2707 | | 6/22/15 | **Date**                              **Telephone** |
| Date                    Telephone | | Date                    Telephone | |

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

[handwritten]
EN040058
1/04/2016

**CONFIDENTIAL**                                                                   **HTA_STAY0000629**

Model SC 735
19 February 13
PRIFAS

| Original – ACC |
| Copy - Agency |

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

[x] RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen. | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16055002 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1st July 2015 | 8/12/15 | $ 5,073,970.57 |

Comments:  **Address: Minillas Government Center PO Box 42007, San Juan, PR 00940-2007**

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 5,073,970.57 | Licence (C 1276) July 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. Redacted 327-6 for the repayment of current obligations of the Authority. | $ 5,073,970.57 | E6120 | 278 | 0660000 | 003 | | 2014 | | | | |
| | | [handwritten] Pymnt ID EN040058 EN140003 EN280255 | 1/04/16 1/14/16 1/28/2016 | 4,690,960.47 68,394.85 314,615.25 | | | | | | | | | | | |
| | | | $ 5,073,970.57 | Total or Subtotal | $ 5,073,970.57 | | | | | | | | | | |

For the use of the Treasury Department

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | Approved by: [signature] |
|---|---|---|---|

| [signature] | | [signature] | Name and Signature |
| Luis K. Santiago Reyes, Deputy Treasurer | Name and Signature Official Certifier | César M. Gandiaga Texidor, CPA | |
| Name and Signature Delegated Buyer | Date        Telephone | Name and Signature Chief, Agency or Authorized Rep. | [illegible]    Title |
| 721-8787x2707 | | 8/13/15 | |
| Date        Telephone | | Date        Telephone | Date        Telephone |

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                                        **HTA_STAY0000630**

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[x] RECEIPT OF PAYMENT      [ ] RECEIPT OF PAYMENT ON OBLIGATION      [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

|  | DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | | Name of Supplier | Supplier Number | CD | Contract Number | | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 16044001 | | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | | 16044001 | 7/15/15 | $ 1,666,000.00 | |

Comments: | Address:

| | REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes<br>New revenues for the month of June 2015, in accordance with the Memo from the Secretary of Treasury<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>at the Government Development Bank<br>to the account No. 1234567427-6<br>for the repayment of current obligations of the Authority | | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | |
| | | **[handwritten]**<br>**Dft:**<br>**EN140003** | **1/14/16** | **$1,666,000** | | | | | | | | | | | |
| | | | $ 1,666,000.00 | Total or Subtotal | | $ 1,666,000.00 | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
                        721-8787x2707
Date                    Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date              Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
7/14/15
Date              Telephone

**For the use of the Treasury Department**

Approved by:

......      Name and Signature

                Title

Date              Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000631**

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[x] RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 16088001 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1st August 2015 | 8/12/15 | $ 3,855,311.62 | |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | Line | | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 3,855,311.62 | Traffic Tickets<br>For the month of August 2015<br><br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT: [Redacted]9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT.<br><br>[handwritten]<br>Dft: EN140003<br>1/14/2016          $3,855,311.62 | $  3,855,311.62 | E6120 | 278 | 0660000 | | 081 | 2016 | | | | |
| | | | $ 3,855,311.62 | **Total or Subtotal** | $ 3,855,311.62 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

I certify that the articles and/or services were received according to the specifications.

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

**For the use of the Treasury Department**

Approved by:
[signature]

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
721-8787x2707

Name and Signature Official Certifier

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
8/13/15

Name and Signature

[illegible]    Title

Date          Telephone

Date          Telephone

Date          Telephone

Date          Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000632**

ENGLISH TRANSLATION

Page 005

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

[x] RECEIPT OF PAYMENT  ☐ RECEIPT OF PAYMENT ON OBLIGATION  ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | DOCUMENT ID | | | | | | | | | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | | Total Amount of the Document |
| EV | 066 | 16044002 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1st July 2015 | 8/12/15 | | $ 1,666,000.00 |

Comments: Address:

| | REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes<br>New revenues for the month of July 2015, in accordance with the Memo from the Secretary of Treasury<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>at the Government Development Bank<br>to the account No. [Redacted] 27-6<br>for the repayment of current obligations of the Authority | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |
| | | [handwritten]<br>Dft:<br>EN140003 | 1/14/16 | $1,666,000 | | | | | | | | | | | |
| | | $ 1,666,000.00 | | Total or Subtotal | $ 1,666,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
721-8787x2707
Date                     Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier
Date                     Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
8/13/15
Date                     Telephone

For the use of the Treasury Department

Approved by:
[signature]

Name and Signature

[illegible]   Title

Date                     Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000633**

Model SC 735
19 February 13
PRIFAS

| Original – ACC |
| Copy - Agency |

Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

[x] RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 16044003 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1ˢᵗ August 2015 | 9/14/15 | $ 1,666,000.00 | |

Comments:       Address:

| | | REFERENCE OBLIGATION | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes New revenues for the month of August 2015, in accordance with the Memo from the Secretary of Treasury<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [Redacted]27-6 for the repayment of current obligations of the Authority<br><br>[handwritten] EN210204   1/21/16   $1,640,421.42<br>EN280255   1/28/16   $25,578.58 | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |
| | | | $ 1,666,000.00 | **Total or Subtotal** $ 1,666,000.00 | | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
<u>Luis K. Santiago Reyes, Deputy Treasurer</u>
Name and Signature Delegated Buyer
      721-8787x2707
Date         Telephone

I certify that the articles and/or services were received according to the specifications.

—————————————————
Name and Signature Official Certifier

Date          Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
<u>César M. Gandiaga Texidor, CPA</u>
Name and Signature Chief, Agency or Authorized Rep.
9/14/15
Date         Telephone

| For the use of the Treasury Department |
|---|
| Approved by:<br><br>·······    **Name and Signature** |
| 9/14/15     **Title** |
| **Date**          **Telephone** |

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000634**

ENGLISH TRANSLATION

Page 007

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[x] RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16088004 | | HIGHWAYS AND TRANSP. AUT. | 660433806 | D | | 1st Nov 2015 | 12/03/15 | $ 3,569,260.77 |

Comments:  | Address: Minillas Government Center PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | Line | | | | Distribution Line (Account Number) | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 3,569,260.77 | Traffic Tickets For the month of November 2015 | $ 3,569,260.77 | E6120 | 278 | 0660000 | | 081 | 2016 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT#: [redacted] 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | | | | | | | | | | | |
| | | | | [handwritten] Dft: EN280255 1/28/2016 | | | | | | | | | | | |
| | | | $ 3,569,260.77 | Total or Subtotal $ 3,569,260.77 | | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
721-8787x2707
Date                                    Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier
Date                                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
12/3/15
Date                                    Telephone

**For the use of the Treasury Department**

Approved by:
[signature]

**Name and Signature**

| Dic-11-15 | Title |
|---|---|
| **Date** | **Telephone** |

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000635**

ENGLISH TRANSLATION

Page 008

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

[x] RECEIPT OF PAYMENT     ☐ RECEIPT OF PAYMENT ON OBLIGATION     ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16055003 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1st August 2015 | 8/12/15 | $ 5,073,970.57 |

Comments:                                                                 Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 5,073,970.57 | Licence (C 1276) August 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. Redacted 427-6 for the repayment of current obligations of the Authority. | $  5,073,970.57 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |
| | | [handwritten] EN280255 | 1/28/2016 | | | | | | | | | | | | |
| | | | $ 5,073,970.57 | **Total or Subtotal** | $ 5,073,970.57 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
721-8787x2707
Date                           Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier
Date                           Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
8/13/15
Date                           Telephone

**For the use of the Treasury Department**
Approved by:
[signature]

**Name and Signature**

[illegible]      **Title**

**Date**                          **Telephone**

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                                 **HTA_STAY0000636**

ENGLISH TRANSLATION                                                                 Page 009

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

[x] RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16044004 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1st Sept 2015 | 10/27/15 | $ 1,666,000.00 |

Comments:     Address:

| | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes New revenues for the month of September 2015, in accordance with the Memo from the Secretary of Treasury | $ 1,666,000.00 | E6120 | 278 | 0660000 | 779 | 2014 | | | | |

HIGHWAYS AND TRANSPORTATION AUTHORITY
at the Government Development Bank
to the account No. [Redacted]427-6
for the repayment of current obligations of the Authority

**[handwritten]**
| | | |
|---|---|---|
| EN28 0255 | 1/28/16 | $16,574.83 |
| FE11 0002 | 2/11/16 | $1,648,856.62 |
| FE18 0137 | 2/18/16 | $ 568.55 |

| | $ 1,666,000.00 | Total or Subtotal | $ 1,666,000.00 |
|---|---|---|---|

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
721-8787x2707
Date     Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier
Date     Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
10/28/15
Date     Telephone

**For the use of the Treasury Department**

Approved by:
[signature]

Name and Signature
Oct/28/15    Title
Date     Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**        **HTA_STAY0000637**

ENGLISH TRANSLATION

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

[x] RECEIPT OF PAYMENT    [ ] RECEIPT OF PAYMENT ON OBLIGATION    [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16055005 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1st Oct 2015 | 10/27/15 | $ 4,595,246.72 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 4,595,246.72 | Licence (C 1276) October 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [deleted] 427-6 for the repayment of current obligations of the Authority. | $ 4,595,246.72 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |
| | | [handwritten] FE11002 MR030007 | 2/11/2016 3/3/2016 | $4,559,996.41 $35,250.31 | | | | | | | | | | | |

| | | | $ 4,595,248.72 | Total or Subtotal | $ 4,595,246.72 | | | | | | | | | |

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
                              721-8787x2707
Date                          Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier
Date                          Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
10/28/15
Date                          Telephone

Approved by:
[signature]
Name and Signature

Oct/28/2015              Title
Date                     Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000638**

Model SC 735
19 February 13
PRIFAS

| Original – ACC |
| Copy - Agency |

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

[x] RECEIPT OF PAYMENT    [ ] RECEIPT OF PAYMENT ON OBLIGATION    [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16055006 | HIGHWAYS AND TRANSP. AUT | 660433808 | A | | 1st Nov 2015 | 12/01/15 | $ 4,439,435.04 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 4,439,435.04 | Licence (C 1276) November 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [redacted]427-6 for the repayment of current obligations of the Authority. | | $ 4,439,435.04 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |
| | | | | [handwritten] Dft: FE180137 2/18/2016 $ 4,439,435.04 | | | | | | | | | | | | |

| | | $ 4,439,435.04 | Total or Subtotal | $ 4,439,435.04 |
|---|---|---|---|---|

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

Date     721-8787x2707
     Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date      Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
12/1/15
Date      Telephone

Approved by:
[signature]

Name and Signature

| Dic-11-15 | Title |
|---|---|
| Date | Telephone |

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000639**

Model SC 735
19 February 13
PRIFAS

| Original – ACC |
| Copy - Agency |

Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[x] RECEIPT OF PAYMENT    [ ] RECEIPT OF PAYMENT ON OBLIGATION    [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | | |
| EV | 066 | 16055004 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1st Sept 2015 | 9/24/15 | $ 6,860,244.50 | | |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | | REFERENCE OBLIGATION | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,860,244.50 | Licence (C 1276) September 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [redacted]427-6 for the repayment of current obligations of the Authority. | $  6,860,244.50 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |
| | | [handwritten] FE110002 FE180137 | 2/11/2016 2/18/2016 | | $ 2,300,248.09 $ 4,559,996.41 | | | | | | | | | | |
| | | $ 6,860,244.50 | | **Total or Subtotal** | $ 6,860,244.50 | | | | | | | | | | |

For the use of the Treasury Department

Approved by:

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

Date     721-8787x2707   Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date       Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
9/24/15
Date       Telephone

Name and Signature

Title

Date       Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

# CONFIDENTIAL

# HTA_STAY0000640

Model SC 735
19 February 13
PRIFAS

| Original – ACC |
| Copy - Agency |

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[x] RECEIPT OF PAYMENT          ☐ RECEIPT OF PAYMENT ON OBLIGATION          ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16044005 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1st Oct 2015 | 11/03/15 | $ 1,666,000.00 |

Comments:                                                                    Address:

| | REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes New revenues of October 2015, in accordance with the Memo from the Secretary of Treasury

HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [redacted]427-6 for the repayment of current obligations of the Authority | $   1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |
| | | [handwritten] MR030007 | 3/03/16 | $ 1,666,000 | | | | | | | | | | |
| | | | $ 1,666,000.00 | Total or Subtotal | $ 1,666,000.00 | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

I certify that the articles and/or services were received according to the specifications.

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

**For the use of the Treasury Department**

Approved by:
[signature]

**Name and Signature**

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

_____
Name and Signature Official Certifier

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.

| Nov-9-15 | Title |
| Date | Telephone |

721-8787x2707

Date                    Telephone          Date          Telephone          11/3/15
Date                    Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                                    **HTA_STAY0000641**

ENGLISH TRANSLATION

Model SC 735
19 February 13
PRIFAS

| Original – ACC |
| Copy - Agency |

Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[x] RECEIPT OF PAYMENT      [ ] RECEIPT OF PAYMENT ON OBLIGATION      [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16044006 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1st Nov 2015 | 12/01/15 | $ 1,666,000.00 |

Comments: | Address:

| | | REFERENCE OBLIGATION | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes<br>New revenues of November 2015, in accordance with the Memo from the Secretary of Treasury<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>at the Government Development Bank<br>to the account No. [redacted]27-6<br>for the repayment of current obligations of the Authority<br><br>**[handwritten]**<br>**Dft: MR030007**<br>**3/03/2016**<br>**$ 1,666,000** | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

| | $ 1,666,000.00 | **Total or Subtotal** | $ 1,666,000.00 |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
                                    721-8787x2707
Date                          Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier

Date                          Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
12/1/15
Date                          Telephone

**For the use of the Treasury Department**

Approved by:
[signature]

Name and Signature

| Dic-11-15 | **Title** |
| **Date** | **Telephone** |

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000642**

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

Page  1  of  1

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

[x] RECEIPT OF PAYMENT         ☐ RECEIPT OF PAYMENT ON OBLIGATION         ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DOCUMENT ID | | | | | | | | | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 16088003 | HIGHWAYS AND TRANSP. AUT. | 660433806 | D | | 2nd Oct 2015 | 12/03/15 | $ 4,253,247.52 | |

Comments: | Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budge Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 4,253,247.52 | Traffic Tickets<br>For the month of October 2015<br><br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT [Redacted]9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT.<br><br>[handwritten]<br>Dft: MR100018<br>3/10/2016<br>$ 4,253,247.52 | $  4,253,247.52 | E6120 | 278 | 0660000 | | 081 | 2016 | | | | |
| | | | $ 4,253,247.52 | **Total or Subtotal** | $ 4,253,247.52 | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
                            721-8787x2707
Date                            Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier

Date                            Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
12/3/15
Date                            Telephone

**For the use of the Treasury Department**

Approved by:
[signature]

**Name and Signature**

Dic-11-15         **Title**

**Date**                            **Telephone**

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000643**

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[x] RECEIPT OF PAYMENT      [ ] RECEIPT OF PAYMENT ON OBLIGATION      [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| | DOCUMENT ID | | | | | | | | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16011010 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 2nd Nov 2015 | 10/13/15 | $ 5,000,000.00 |

Comments:                                                                   Address:

| | REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of November 2015 (Petroleum) | 5,000,000.00 | E6120 | 278 | 0660000 | | 785 | 2015 | | | | |
| | | | | JP MORGAN CHASE ABA# 021000021 SWIFT CODE: CHASUS33 BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R. BENEFICIARY CUSTOMER ACCOUNT #[Redacted]7406 FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY FURTHER CREDIT ACCOUNT #[Redacted]3466 $ 5,000,000 | | | | | | | | | | | |
| | | | | Pymnt ID MR17C118      3/23/2016 | | | | | | | | | | | |
| | | | $ 5,000,000.00 | **Total or Subtotal** | $ 5,000,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
729-1518

Date                              Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                              Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
11/3/15

Date                              Telephone

**For the use of the Treasury Department**

Approved by:
[signature]

Name and Signature

| Nov-9-15 | Title |
|---|---|
| **Date** | **Telephone** |

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                                   **HTA_STAY0000644**

Model SC 735
19 February 13
PRIFAS

| Original – ACC |
| Copy - Agency |

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

[x] RECEIPT OF PAYMENT        ☐ RECEIPT OF PAYMENT ON OBLIGATION        ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 16022005 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 1st Oct 2015 | 10/27/15 | $ 1,018,534.31 | [illegible] |

Comments: | Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,018,534.32 | Electronic Toll Fines<br>For the month of October 2015<br><br><br>JP MORGAN CHASE<br>ABA# 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENEFICIARY CUSTOMER ACCOUNT # [Redacted]7406<br>FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY<br>FURTHER CREDIT ACCOUNT # [____]03466 | $   1,018,534.31 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |

[handwritten]  $ 1,018,534.31

Pymnt ID MR17C118    3/23/2016

| | $ 1,018,534.32 | Total or Subtotal | $ 1,018,534.31 | | | For the use of the Treasury Department |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
729-1518

Date          Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date          Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
10/28/15

Date          Telephone

Approved by:
[signature]

Name and Signature

Oct 28/15      Title

Date          Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                    **HTA_STAY0000645**

Model SC 735
19 February 13
PRIFAS

| Original – ACC |
| Copy - Agency |

## COMMONWEALTH OF PUERTO RICO

### HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[x] RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16022006 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 1st Nov 2015 | 12/01/15 | $ 502,063.49 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | | REFERENCE OBLIGATION | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 502,063.49 | Electronic Toll Fines<br>For the month of November 2015<br><br><br>JP MORGAN CHASE<br>ABA# 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT<br>BANK FOR P.R.<br>BENEFICIARY CUSTOMER ACCOUNT #[Redacted]7406<br>FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION<br>AUTHORITY<br>FURTHER CREDIT ACCOUNT #[Redacted]3466<br>**[handwritten]**<br>**Draft: MR17C118**<br>**3/23/2016**<br>                          $ 502,063.49 | $ 502,063.49 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |
| | | | $ 502,063.49 | **Total or Subtotal** | $ 502,063.49 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
729-1518

Date                          Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier

Date                          Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
12/1/15

Date                          Telephone

**For the use of the Treasury Department**

Approved by:
[signature]

**Name and Signature**

DIC-11-15         **Title**

**Date**                          **Telephone**

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000646**

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

December 31, 2015

Via Fax 721-2871

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$9,000,000.00** on **January 4, 2016**, corresponding to a portion of the petroleum excise tax of August, and to transfer said amount to the bank account No. [Redacted]427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[Signature]
Brenda Vazquez Rodriguez
Deputy Director
Treasury Area

[handwritten]
EN040058
[Redacted]1013 - $511,571.31
[Redacted]5038 - $1,666,000.00
[Redacted]5039 - $2,131,486.22
[Redacted]5002 - $4,690,960.42

Worked by BGF 1/4/16

**CONFIDENTIAL**                                    **HTA_STAY0000647**

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

January 13, 2016

Via Fax 721-2871

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$9,000,000.00** on **January 14, 2016**, corresponding to a portion of the petroleum excise tax, and to transfer said amount to the bank account No. [Redacted]427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[Signature]
Brenda Vazquez Rodriguez
Deputy Director
Treasury Area

[handwritten]
EN140003
[Redacted]4001 - $1,666,000.00
[Redacted]3001 - $3,855,311.62
[Redacted]4002 - $1,666,000.00
[Redacted]1014 - $1,744,293.53
[Redacted]5002 - $68,394.85

**CONFIDENTIAL**                              **HTA_STAY0000648**

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

January 21, 2016

Via Fax 721-2871

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$9,000,000.00** on **January 21, 2016**, corresponding to a portion of the petroleum excise tax, and to transfer said amount to the bank account No. [Redacted]427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[Signature]
Brenda Vazquez Rodriguez
Deputy Director
Treasury Area

[handwritten]
EN210204
[Redacted]003 - $1,640,421.41
[Redacted]014 - $7,359,578.58

**CONFIDENTIAL**

**HTA_STAY0000649**

ENGLISH TRANSLATION

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

January 27, 2016

Via Fax 721-2871

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$9,000,000.00** on **January 28, 2016**, corresponding to a portion of the petroleum excise tax, and to transfer said amount to the bank account No. [Redacted]427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[Signature]
Brenda Vazquez Rodriguez
Deputy Director
Treasury Area

[handwritten]
EN280255
[Redacted]3004 - $3,569,260.77
[Redacted]5006 - $5,073,970.57
[Redacted]4004 - 16,574.83
[Redacted]4003 - $25,578.58
[Redacted]5002 - $314,615.25

**CONFIDENTIAL**                                      **HTA_STAY0000650**

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

February 8, 2016

Via Fax 721-2871

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$9,000,000.00** on **February 11, 2016**, corresponding to a portion of the petroleum excise tax, and to transfer said amount to the bank account No. [Redacted]427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[Signature]
Brenda Vazquez Rodriguez
Deputy Director
Treasury Area

[handwritten]
FE110002
[Redacted]5005 - $4,559,996.41
[Redacted]5004 - $2,300,248.09
[Redacted]1004 - $1,648,856.02
[Redacted]1015 - $490,898.88

**CONFIDENTIAL**                                        **HTA_STAY0000651**

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

February 11, 2016

Via Fax 721-2871

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$9,000,000.00** on **February 18, 2016**, corresponding to a portion of the petroleum excise tax, and to transfer said amount to the bank account No. [Redacted]427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[Signature]
Yaimé M. Rullan Cabrera, Atty, CPA
Assistant Secretary
Treasury Area

[handwritten]
[Redacted]5006 - $4,439,435.04
[Redacted]5004 - $4,559,996.45
[Redacted]4004 - $588.55

FE180137

**CONFIDENTIAL**                                    **HTA_STAY0000652**

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

February 22, 2016

Via Fax 721-2871

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$9,000,000.00** on **February 25, 2016**, corresponding to a portion of the petroleum excise tax, and to transfer said amount to the bank account No. [Redacted]427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[Signature]
Brenda Vazquez Rodriguez
Deputy Director
Treasury Area

[handwritten]
FE250006
[Redacted]11016 - $9,000,000.00

**CONFIDENTIAL**                                         **HTA_STAY0000653**



## CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for **English and Spanish** languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

*Name: "HTA_STAY0000628" (pdf file)*　　　　　　*No. of Pages: 26*

Sincerely,

*María R. Arias*　　　　　　　　　04/03/2020
-------------------------------------　　　----------------------------------
Maria R. Arias　　　　　　　　　　　Date
ATA-Certified Translator
English ≈ Spanish

Maria R. Arias
English into Spanish
Certification #465288

Verify at www.atanet.org/verify

U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com