**NATBONY REPLY DECLARATION**
**EXHIBIT 46**



# DEPARTAMENTO DE HACIENDA
Company ID: 660433481
User: WAND3481
02-MAY-2016, 13:13:17 AT



5/16

**Redacted**

## Transfer Activity Report

| 02-MAY-2016 10:37:10 AT | Type:TRA  Sequence Number:110  Processing Method:Real-Time  Status:**PENDING** | Entry Mode:ASEM  Amount:1,811,928.58  Value Date:02-MAY-2016 | ok ✓ |

Entered by WAND3481 on 02-MAY-2016 at 10:37:10 AT

**From Account Information**
Bank ID:BPPR
Account ID: Redacted 9458
Account Type:DDA
Account Name: DPTO HACIENDA - OPERACIONAL
Description: V 00204778 ASIG LEG MAYO
Currency:USD

**To Account Information**
Bank ID:BPPR
Account ID: Redacted 4005
Account Type:DDA
Account Name:ASEM
Description: V 00204778 ASIG LEG MAYO
Currency:USD

---

| 02-MAY-2016 10:35:11 AT | Type:TRA  Sequence Number:109  Processing Method:Real-Time  Status:**PENDING** | Entry Mode:UPR  Amount:9,250,000.00  Value Date:02-MAY-2016 | ok ✓ |

Entered by WAND3481 on 02-MAY-2016 at 10:35:11 AT

**From Account Information**
Bank ID:BPPR
Account ID: Redacted 9458
Account Type:DDA
Account Name: DPTO HACIENDA - OPERACIONAL
Description: v 204799 1ra porcion mayo
Currency:USD

**To Account Information**
Bank ID:BPPR
Account ID: Redacted 0695
Account Type:DDA
Account Name:UPR
Description: v 204799 1ra porcion mayo
Currency:USD

---

| 02-MAY-2016 11:55:12 AT | Type:TRA  Sequence Number:112  Processing Method:Real-Time  Status:**PENDING** | Entry Mode:ORE_SEGURO_SOC_CHOFERIL  Amount:64,276.00  Value Date:02-MAY-2016 | ok ✓ |

Entered by WAND3481 on 02-MAY-2016 at 11:55:12 AT

**From Account Information**
Bank ID:BPPR
Account ID: Redacted 9458
Account Type:DDA
Account Name: DPTO HACIENDA - OPERACIONAL
Description: AG067 FV 16800010
Currency:USD

**To Account Information**
Bank ID:BPPR
Account ID: Redacted 1142
Account Type:DDA
Account Name: SEGURO SOCIAL CHOFERIL
Description: AG067 FV 16800010
Currency:USD

---

| 02-MAY-2016 13:11:16 AT | Type:TRA  Sequence Number:113  Processing Method:Real-Time  Status:**PENDING** | Entry Mode:SINOT_DTRH  Amount:133,496.91  Value Date:02-MAY-2016 | ok ✓ |

|  |  |  |
|---|---|---|
|  | Entered by WAND3481 on 02-MAY-2016 at 13:11:16 AT | |
|  | **From Account Information** | **To Account Information** |
|  | Bank ID: BPPR | Bank ID: BPPR |
|  | Account ID: [Redacted]9458 | Account ID: [Redacted]1002 |
|  | Account Type: DDA | Account Type: DDA |
|  | Account Name: DPTO HACIENDA - OPERACIONAL | Account Name: SINOT |
|  | Description: AG067 FV 16800009 | Description: AG067 FV 16800009 |
|  | Currency: USD | Currency: USD |
| 02-MAY-2016 13:13:07 AT | Type: TRA  Sequence Number: 114  Processing Method: Real-Time | Entry Mode: SINOT_DTRH  Amount: 662,500.00 |
|  | Status: **PENDING** | Value Date: 02-MAY-2016 |
|  | Entered by WAND3481 on 02-MAY-2016 at 13:13:07 AT | |
|  | **From Account Information** | **To Account Information** |
|  | Bank ID: BPPR | Bank ID: BPPR |
|  | Account ID: [Redacted]9458 | Account ID: [Redacted]1002 |
|  | Account Type: DDA | Account Type: DDA |
|  | Account Name: DPTO HACIENDA - OPERACIONAL | Account Name: SINOT |
|  | Description: TRANS 2016-B PAGO INTERESES ABRIL | Description: TRANS 2016-B PAGO INTERESES ABRIL |
|  | Currency: USD | Currency: USD |
| 02-MAY-2016 10:34:29 AT | Type: TRA  Sequence Number: 108  Processing Method: Real-Time | Entry Mode: ATI  Amount: 2,121,452.92 |
|  | Status: **PENDING** | Value Date: 02-MAY-2016 |
|  | Entered by WAND3481 on 02-MAY-2016 at 10:34:29 AT | |
|  | **From Account Information** | **To Account Information** |
|  | Bank ID: BPPR | Bank ID: BPPR |
|  | Account ID: [Redacted]9458 | Account ID: [Redacted]0863 |
|  | Account Type: DDA | Account Type: DDA |
|  | Account Name: DPTO HACIENDA - OPERACIONAL | Account Name: ATI |
|  | Description: v 00204779 asig leg mayo | Description: v 00204779 asig leg mayo |
|  | Currency: USD | Currency: USD |
| 02-MAY-2016 10:42:39 AT | Type: TRA  Sequence Number: 111  Processing Method: Real-Time | Entry Mode: CLAWBACK  Amount: 33,637,972.68 |
|  | Status: **PENDING** | Value Date: 02-MAY-2016 |
|  | Entered by WAND3481 on 02-MAY-2016 at 10:42:39 AT | |
|  | **From Account Information** | **To Account Information** |
|  | Bank ID: BPPR | Bank ID: BPPR |
|  | Account ID: [Redacted]9458 | Account ID: [Redacted]9857 |
|  | Account Type: DDA | Account Type: DDA |
|  | Account Name: DPTO HACIENDA - OPERACIONAL | Account Name: DDO PRIORIDAD CONST CLAWBACK |
|  | Description: ABRIL AMA CIG; ACT PETR Y GAS Y CIG | Description: ABRIL AMA CIG; ACT PETR Y GAS Y CIG |
|  | Currency: USD | Currency: USD |

| Select Account | BPPR | [Redacted]9857 | DDO PRIORIDAD CONST CLAWBACK | USD |
|---|---|
| **Available Balance** | $85,568,711.02 |
| **Book Balance** | $85,568,711.02 |
| **Select Statement Date** | 05/31/2016 |

**Online Statement Detail**

Download Data

**Statement Date: May 31, 2016**

| 1Posted Date | Effective Date | Serial Number | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| 05/02/2016 | 05/02/2016 | | TELEPAGO TRANSFERENCIA DE FONDOS | $33,637,972.68 | |
| 05/31/2016 | 05/31/2016 | | INTERESES ACREDITADOS | $4,135.45 | |

CONFIDENTIAL

HTA_STAY0001030