PABLO LEBRON TORRES
PO BOX 1732
SAN SEBASTIAN, PR 00685

04 JUN 2020 PM 2 L

2020 JUN -5 PM 3: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

RECEIVED & FILED

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

