**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

29 de mayo de 2020

**Agencia: 115 - ADMINISTRACION SERVICIOS MEDICOS**

WANDA COTTO GUZMAN
LOS COLOBOS PARK
155 CALLE ALMENDRO
CAROLINA, PR 00987

**Seguro Social:** XXX-XX-6908

A base de la información en nuestros registros, al 29 de mayo de 2020 usted posee:

**Fecha de Nacimiento:**

**Género: Masculino**

**Fecha de Ingreso al Servicio Público:** 01 de diciembre de 1994

**Fecha de Comienzo de Cotización:** 01 de diciembre de 1994

| *Ley Anterior al 30 de junio de 2013* | |
|---|---|
| Años Acreditados: | 17.00 |
| Aportaciones: | $45,438.47 |
| Intereses: | $9,386.85 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $54,825.32 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| *Ley 3 al 30 de junio de 2017* | |
|---|---|
| Tiempo Trabajado: | 0.02 |
| Aportaciones: | $781.00 |
| Intereses: | $0.00 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $781.00 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: WANDA COTTO GUZMAN**  Seguro Social: XXX-XX-6908
LOS COLOBOS PARK
155 CALLE ALMENDRO
CAROLINA, PR 00987

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION SERVICIOS MEDICOS |
| Años de Servicio: | 17.02 |
| Balance de Aportaciones: | $55,606.32 |

Esta certificación fue emitida el 29 de mayo de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020052948525086

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov