WANDA I. GUZMAN COTTO
LOS COLOBOS PARK
155 CALLE LOS ALMENDROS
CAROLINA, P.R. 00987






7020 0090 0000 4099 4396

U.S. POSTAGE PAID
FCM LETTER
BAYAMON, PR
00959
JUN 03, 20
AMOUNT
$6.95
R2305K136394-10

Secretaria Tribunal de Distrito de los Estados Unidos
Ave. Carlos Chardon Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 JUN -5 PM 3:22

00918-170625