RECEIVED & FILED
2020 JUN -5 PM 3: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

28 de mayo de 2020

**Secretaria Tribunal de Distrito de los Estados Unidos**

Ave. Carlos Chardon Room 150 Federal Building
San Juan, P.R. 00918-1767

**Abogado de la Junta de Supervisión**

Proskauer Rose LLP Eleven Time Square
NY N.Y. 10036-8299

**Abogado del Comité de Acreedores**

**Paul Hastings LLP 200 Park Avenue
NY NY 10166**

**A/A: Luc A. Despins, James Bliss James Worthington
G. Alexander Bongartz**

La presente réplica del # de caso 81529 es para exponer lo siguiente:

1. El Sistema de Retiro de los Empleados del Gobierno en Puerto Rico, no tiene la información clara y concisa de la cantidad aportada por mi parte.

2. La aportación al retiro por mi parte es en base a la Ley 1 del 1992, que es un programa de ahorro de retiro, la cual tiene aportación patronal, y después del 2012 se queda en un sistema de ahorro sin aportación patronal, donde la aportación es solamente del participante. Actualmente continúo trabajando en El Municipio de Bayamón, En La Agencia Municipal Para el Manejo de Emergencias y Desastres.

Página 2
Secretaria Tribunal de Distrito de los Estados Unidos.

3. Mi aportación al programa del retiro es del 1 de julio de 1993, hasta el presente donde los sistemas de retiro solo están visibles 21 años, cuando en realidad son 27 años en total (VER anejo #1)

4. Se incluye certificación de Balance en aportaciones estimadas (anejo #2) el cual existe discrepancias en la información del anejo #1.

5. Se le solicito al patrono revisar certificación de balance en aportaciones, ya que la información ofrecida no coincide con los años trabajados y la cantidad estimada de la aportación.

Pero como es de conocimiento que en estos momentos Puerto Rico, está en un momento de Emergencia por los temblores, donde la agencia sufrió daños. Y además por la emergencia mundial de la pandemia del COVID-19, no han ofrecido servicios en las oficinas de Recursos Humanos.

Atentamente,

Sra. Felicita Guzmán Cotto
S.S. XXX-XX-3351