**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

29 de mayo de 2020

Agencia: 311 - MUNICIPIO BAYAMON

FELICITA GUZMAN COTTO  
URB FOREST HILLS  
L-12 CALLE 26  
BAYAMON, PR 00959

Seguro Social: XXX-XX-3351

A base de la información en nuestros registros, al 29 de mayo de 2020 usted posee:

**Fecha de Nacimiento:** 26 de octubre de 1967  **Género:** Femenino  
**Fecha de Ingreso al Servicio Público:** 04 de agosto de 1994  
**Fecha de Comienzo de Cotización:** 04 de agosto de 1994

| Ley Anterior al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 17.00 |
| Aportaciones: | $21,847.05 |
| Intereses: | $4,970.10 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $26,817.15 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $7,939.05 |
| Intereses: | $635.85 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $8,574.90 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta  
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203  
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: FELICITA GUZMAN COTTO**  Seguro Social: XXX-XX-3351

URB FOREST HILLS

L-12 CALLE 26

BAYAMON, PR 00959

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | MUNICIPIO BAYAMON |
| Años de Servicio: | 21 |
| Balance de Aportaciones: | $35,392.05 |

Esta certificación fue emitida el 29 de mayo de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020052948527776

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov