

FELCITA GUZMAN COTTO
CALLE 26L-12
FOREST HILLS,
BAYAMON, P.R. 00959

RECEIVED
2020 JUN -5 PM 3:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CERTIFIED MAIL

7020 0090 0000 4099 4334

SECRETARIA TRIBUNAL DE DISTRITOP DE LOS
ESTADOS UNIDOS
AVE. CHARDON ROOM 150 FEDERAL BUILDING
SAN JUAN, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
BAYAMON, PR
09959
JUN 03, 20
AMOUNT
$6.95
R2305K136394-10