May 27, 2020

RECEIVED & FILED

2020 JUN -5 PM 3: 21

CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN, P R

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

Claimer:  Maritza Ferrer Rodríguez
HC 6 Box 64710
Aguadilla, PR 00603
Phone number:  787-233-4919
E-mail:  mf_rodriguez7@hotmail.com

**Case:  17 BK 3283-LTS**
**Case:  17 BK 3566-LTS**
Claim: 80591
Asserted Claim Amount: $200,000.00

Reason for opposing the Omnibus Objection:

I work for the Corporation of the Insurance Fund of the State of Puerto Rico, a Commonwealth
of Puerto Rico Agency,  since December  1987 to  present. I have continued to contribute for
the retirement system of the government of the Commonwealth of Puerto Rico since September
1st, 1988. (Estimated account statement of accredited years and total contributions attached).

For this reason, my objection to Omnibus Objection lies in the illegality of using the money
corresponding to my contributions to the government's retirement system of the Commonwealth
of Puerto Rico for any purpose other than to award myself the corresponding pension according
to my years of service.

In conclusion, I do not authorize the use of the money I have contributed with sacrifice for so
many years for any use other  than the one mentioned above. In addition, I request to be
informed about any decision taken regarding my claim.

Sincerely,

Maritza  Ferrer Rodriguez