

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

10 de marzo de 2020

Agencia: 163 - CORPORACION FONDO DEL SEGURO DEL ESTADO

MARITZA FERRER RODRIQUEZ
HC 6
BOX 64710
AGUADILLA, PR 00603-9646

Seguro Social: XXX-XX-2779

A base de la información en nuestros registros, al 10 de marzo de 2020 usted posee:

Fecha de Nacimiento: 13 de diciembre de 1966            Género: Femenino
Fecha de Ingreso al Servicio Público: 01 de septiembre de 1988
Fecha de Comienzo de Cotización: 01 de septiembre de 1988

| Ley 447 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 24.5 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.58 |
| | | Aportaciones: | 27,788.59 | Aportaciones: | 15,615.56 |
| | | Intereses: | 2,240.40 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| Servicio No Cotizado | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| Balance Acumulado: | 84,731.73 | Total Aportaciones: | 30,028.99 | Total Aportaciones: | 15,615.56 |
| Beneficio: | 2,098.03 | Beneficio: | 149.03 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes

