Mariza Ferrer Rodríguez
HC 6 Box 64710
Aguadilla PR 00603

RECEIVED & FILED
2020 JUN -5 PM 3:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7018 1830 0000 7938 2593

0091839999

Secretaria Clerk's office
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan PR 00918-1767

U.S. POSTAGE
FCM LETTER
AGUADILLA, PR
00603
JUN 01, 20
AMOUNT
$6.95
R2305M143945-