Réplica de Objeción Global

I. Datos de contacto

Francisco Javier Rodríguez Vega

Urb. Del Carmen calle 4 # 65 Juana Díaz, Puerto Rico, 00795

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de Estados Unidos

Room 150 Federal building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores).
C. Número de procedimiento: 17BK3283-LTS
D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
Número de las evidencias por reclamo

#49762- Ley #89- Romerazo- Efectiva el 1 de julio de 1995

#94057-Ley de escala salarial- pasos del 6 de junio de 2008

# 96621-Ley # 96(2002) de Pedro Roselló-efectiva julio 2002

      Ley#164(2004) de Sila María Calderón-efectiva enero2004

Ley #180 de 1998 liquidación de días por enfermedad.

Ley # 37 Liquidación de días por enfermedad. 9 de abril de2020.

III. El Tribunal no debe declarar a lugar la Objeción Global debido a que es dinero adeudado mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico.
IV. Documentación justificada

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación de Puerto Rico desde el 6 de agosto de 1984 hasta el 31 de julio de 2018.

La reclamación está basada en las leyes aplicables que abarcan estos años de servicio educativo. Se incluyen documentos que evidencian este reclamo:

Certificación de pensión y de empleo y el monto adeudado.

Re/ Francisco Javier Rodríguez Vega

Teléfono: 787-929-4033

Urb. Del Carmen calle 4 # 65 Juana Díaz, Puerto Rico, 00795

Les informo que añado a mis reclamaciones # 116037, 77150, 52040, 88534, lo siguiente: Réplica de objeción global y el monto del dinero adeudado. Pueden añadir cualquier otra ley aprobada que me aplique y no se me otorgó la compensación adecuada.

Agradezco de antemano la pronta atención a mi solicitud.

Cordialmente,

*Francisco Javier Rodríguez Vega*
Francisco Javier Rodríguez Vega

Reclamante: Francisco Javier Rodríguez Vega

# Procedimiento 17BK3283- LTS

# Reclamación # (--- --- 1959).

Mi reclamo se basa en el dinero adeudado de leyes aprobadas que me competen por mis 34 años de servicio público desde el 6 de agosto de 1984 hasta el 31 de julio de 2018.

77150-Ley89 julio 1995- Romerazo-27,600

52040-ley 158-1999Ley de Carrera magisterial-22,800

Ley 96 julio 2002- Aumento de sueldo 19,200

Ley 164 julio 2003 Aumento de sueldo-18,000

88534 Ley 164-2004 Sila Calderón -16,800

Ley 109 junio 2008- Escala Salarial- paso-12,000

Ley # 37 Liquidación de días por enfermedad. 9 de abril de 2020- indeterminado.

Total: 116,400

De igual forma, solicito se me otorgue la compensación, si otras leyes aprobadas me aplican y no se me otorgó la retribución adecuada.

Cordialmente,

*Francisco Javier Rodríguez Vega*
Francisco Javier Rodríguez Vega

Debido a la reciente situación de emergencia debido a la pandemia del coronavirus y los terremotos que azotaron el sur del país, se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional, pueden comunicarse con el que suscribe.