# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

RECEIVED & FILED
2020 JUN -5 PM 3:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

23 de octubre de 2018

FRANCISCO J. RODRIGUEZ VEGA
URB DEL CARMEN
65 CALLE 4
JUANA DIAZ, PR 00795 2513

XXX-XX-1959

Solicitud No: 946134
Radicada en: 20 sep 2018

Señor(a): Rodriguez Vega        CASO: 186

Deseamos informarle que su Pension Años De Servicio ha sido aprobada. Su retiro fue efectivo el 01 de agosto de 2018 y su renta mensual será de $2,703.75. Recibirá un pago retroactivo desde la fecha de efectividad de su pensión hasta el ingreso a nómina.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 20 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Reconsideración ante la Junta de Sindicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaria Junta de Sindicos, Piso 8, PO Box 191879, San Juan, PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que dispone para ejercer su derecho de apelación.

Atentamente,

Ivonne L. Ortiz Valladares
Área de Servicios de Retiro



235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879
srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414   http://www.srm.pr.gov

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

03 de abril de 2018

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION<br>SECCIÓN DE NOMBRAMIENTOS Y CAMBIOS<br>APARTADO 190759<br><br>SAN JUAN PR 00919 0759 | Solicitud No: 923640<br>Radicada en: 02 nov 2017 |

Atención: Sr. Enoch González Vélez

El(la) profesor(a) FRANCISCO J. RODRIGUEZ VEGA con seguro social XXX-XX-1959 ha radicado una Solicitud de Retiro en nuestro Sistema. Al 2 de marzo de 2018, fecha de su última aportación recibida,

[X] cualifica [ ] no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

33 Años, 7 Meses, 0 Semanas, .00 Dias y su edad es 55 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ] Reconocimiento de Tiempo
[ ] Diferencia en % por transferencia recibida
[ ] Reembolso de Cuotas
[X] No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Atentamente,

Ivonne L. Ortiz Valladares
Area de Servicios de Retiro

c: FRANCISCO J. RODRIGUEZ VEGA               XXX-XX-1959
   URB DEL CARMEN
   65 CALLE 4
   JUANA DIAZ, PR 00795 2513

...s. Edificio Capital Center, Torre Norte, Hato Rey, ......
P.O. Box 191879, Hato Rey, PR 00919-1879
srm_correspondenciaconsulta@srm.pr.gov  (787) 777-1414  http://www.srm.pr.gov


Sistema de Retiro para Maestros

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

**PROGRAMA DE BENEFICIOS DEFINIDOS**
**ESTADO DE CUENTA ESTIMADO**

27 de octubre de 2017

**Agencia: 170 - DEPARTAMENTO DE EDUCACION**

RODRIGUEZ VEGA FRANCISCO J
URB DEL CARMEN
65 CALLE 4
JUANA DIAZ, PR 00795 2513

Seguro Social: XXX-XX-1959

Nuestros registros al 27 de octubre de 2017 reflejan lo siguiente:

### Balances Acumulados

| Tiempo | Aportaciones | Intereses | Balance Final |
|---|---|---|---|
| 33 Años - 2 Meses - 0 Sem. - 0 Días | $72,114.43 | $20,371.42 | $92,485.85 |

### Información Demográfica

| Fecha de Nacimiento | Ingreso al Servicio Público | Comienzo de Cotización | Género |
|---|---|---|---|
| 01 de febrero de 1963 | 06 de agosto de 1984 | 14 de julio de 2003 | Masculino |

Los balances reflejados representan la acumulación de aportaciones e intereses en su cuenta de Beneficios Definidos a base de las aportaciones recibidas a la fecha de emisión del estado de cuenta. Esta información no es una certificación oficial. La información puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación y otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

De no coincidir esta información con sus registros, usted puede solicitar revisión a través de nuestras sucursales presentando la evidencia o información que valide la corrección a realizar.

Recuerde que puede crear o acceder a su cuenta para recibir información a través de nuestra página www.srm.pr.gov seleccionando: **Mi SRM.**

Le exhortamos a que visite nuestra página para que se mantenga informado sobre su Sistema de Retiro.

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879

srm_correspondenciaconsulta@srm.pr.gov    (787) 777-1414    http://www.srm.pr.gov


Sistema de Retiro para Maestros
Gobierno de Puerto Rico