Francisco Javier Rodríguez Vega
Urb. Del Carmen calle 4 #65
Juana Díaz, P.R. 00795

Case:17-03283-LTS   Doc#:13390-2   Filed:06/05/20   Entered:06/10/20 11:00:38   Desc:
Envelope   Page 1 of 1

 **CERTIFIED MAIL**

7019 1120 0001 1727 9709

 UNITED STATES POSTAL SERVICE



1000

00918

U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
JUN 04  20
AMOUNT
**$4.75**
R2305K135197-07

Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767