Yaneiry Torres Rivera
Calle Lutz 315 Villa Palmera
San Juan P.R. 00915

RECEIVED & FILED
2020 JUN -5 PM 3:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Estimados Señores:

En mi planilla 2016 tuvimos un reintegro de $1,011.00

Yaneiry Torres Rivera ⟶ $674.90

Jomar David Lebrón Silva ⟶ $336.10

Dicha cantidad nunca ha sido pagada por el Departamento De Hacienda según documento 17BK03283-LTS Commonwealth of Puerto Rico 18404 Fué enviado a Junta Control Fiscal Adjunto W2 2016

Attntamente:

Yaneiry Torres Rivera

att

Jomar Lebrón Silva