**THIS NOTICE RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.**

**IF YOU ARE RECEIVING THIS NOTICE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

**DOCUMENTS RELATING TO THIS CLAIM OBJECTION WERE MAILED TO YOU ON APRIL 17, 2020. PURSUANT TO DETAILS SET FORTH IN EXHIBIT "C" TO THE OBJECTION, THE DEADLINE TO RESPOND IS MAY 19, 2020. PLEASE CHECK YOUR MAIL BOX. IF YOU FAIL TO PROPERLY RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE GOVERNMENT WITHOUT FURTHER NOTICE OR HEARING.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Torres Rivera, Yaneiry | 18404 | 5/21/18 | Commonwealth of Puerto Rico | $1,011.00 |
| **Docket Number** | 12867 | **Objection Title** | One Hundred Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims | |
| **Reason:** | Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19226908 dated 05/22/2017. | | | |

*Handwritten:* NUNCA he Recibido Reintegro Secretario Hacienda Añ-2016 cantidad 1011 xx Favor Verifican cancelación cheque 19226908 5-22-17 ... 9513

**LA PRESENTE NOTIFICACIÓN ESTÁ RELACIONADA CON UNA EVIDENCIA DE RECLAMO QUE USTED PRESENTÓ CONTRA EL GOBIERNO DE PUERTO RICO EN EL PROCESO QUE SE SUSTANCIA EN VIRTUD DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD FINANCIERA DE PUERTO RICO.**

**SI USTED RECIBE ESTA NOTIFICACIÓN ES PORQUE UNO O MÁS DE LOS DEUDORES PRETENDEN DESESTIMAR SU RECLAMO POR LA RAZÓN EXPUESTA A CONTINUACIÓN.**

**LOS DOCUMENTOS RELACIONADOS CON ESTA OBJECIÓN DE RECLAMO LE FUERON ENVIADOS A USTED POR CORREO EL DÍA 17 DE ABRIL DE 2020. DE ACUERDO CON LOS DATOS ESTABLECIDOS EN EL ANEXO "C" A LA OBJECIÓN, LA FECHA LÍMITE PARA RESPONDER ES EL 19 DE MAYO DE 2020. SÍRVASE POR FAVOR VERIFICAR SU CASILLA DE CORREO. SI NO RESPONDE APROPIADAMENTE A LA OBJECIÓN, EL TRIBUNAL PODRÍA OTORGAR LA REPARACIÓN SOLICITADA POR EL GOBIERNO SIN PREVIO AVISO NI AUDIENCIA.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Torres Rivera, Yaneiry | 18404 | 5/21/18 | Commonwealth of Puerto Rico | $1,011.00 |
| **Número de registro de actos procesales** | 12867 | **Título de la objeción** | One Hundred Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims | |
| **Base para:** | La Evidencia del Reclamo reclama una obligación con base en un reembolso/devolució de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha completado totalmente, con cheque número 19226908 de fecha 22 de mayo de 2017. | | | |

*Handwritten:* Secretaria Clerk Office Tribunal Distrito de los Estados Unidos Sala 150 Edificio Federal 35 PR 00918-1767

*Stamp:* RECEIVED 2020 MAY 15 PM 4:30 CLERKS OFFICE US DIST CT COURT PR

Form 499R-2 Rev. 08.16

DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

222

| Field | Value |
|---|---|
| 1. Nombre - First Name | YANEIRY |
| Apellido(s) - Surname(s) | TORRES RIVERA |
| Dirección Postal del Empleado - Employee's Mailing Address | CALLE LUTZ 315 VILLA PALMERA, SANJUAN, PR 00915 |
| Fecha de Nacimiento / Date of Birth | Day 8 Month 9 Year 1989 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | HOSP VETERINARIO ISLA VERDE, URB ATLANTIC VIEW, 126 CALLE JUPITER, CAROLINA, PR 00979 |
| Número de Teléfono del Patrono / Employer's Telephone Number | (787) 727-0127 |
| Fecha Cese de Operaciones / Cease of Operations Date | |
| Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number | K706916 |
| Número Control - Control Number | 800139523 |
| Fecha de radicación - Filing date | 31 de enero - January 31 |
| Año / Year | 2016 |

| # | Concepto | Amount |
|---|---|---|
| 3. | Núm. Seguro Social / Social Security No. | |
| 4. | Núm. de Ident. Patronal / Employer Ident. No. (EIN) | |
| 5. | Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6. | Donativos / Charitable Contributions | 0.00 |
| 7. | Sueldos - Wages | 16,200.00 |
| 8. | Comisiones - Commissions | 0.00 |
| 9. | Concesiones - Allowances | 0.00 |
| 10. | Propinas - Tips | 0.00 |
| 11. | Total = 7 + 8 + 9 + 10 | 16,200.00 |
| 12. | Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. | Cont. Retenida - Tax Withheld | 674.90 |
| 14. | Fondo de Retiro Gubernamental / Governmental Retirement Fund | 0.00 |
| 15. | Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. | Salarios Exentos / Exempt Salaries | 0.00 |
| 16A. | | 0.00 |
| 16B. | Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |
| 17. | Total Sueldos Seguro Social / Social Security Wages | 16,200.00 |
| 18. | Seguro Social Retenido / Social Security Tax Withheld | 1,004.40 |
| 19. | Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 16,200.00 |
| 20. | Contrib. Medicare Retenida / Medicare Tax Withheld | 234.90 |
| 21. | Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. | Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Patrono: - Employer:
- Envíe a: - Send to: Social Security Administration Data Operations Center, Wilkes-Barre, PA 18769-0001 Con la / With the W-3PR
- Envíe al Departamento de Hacienda electrónicamente / Send to Department of the Treasury electronically (www.hacienda.pr.gov)
- Entregue dos copias al empleado / Deliver two copies to employee
- Conserve copia para sus récords / Keep copy for your records

---

**INSTRUCCIONES PARA EL EMPLEADO**
**DEBERÁ SOMETER COPIA AL RENDIR SU PLANILLA**

De acuerdo al Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), viene obligado a rendir planilla de contribución sobre ingresos todo individuo residente que:

* sea contribuyente individual o casado, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código mayor de $5,000;
* sea casado que vivía con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más; o
* tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

**PENALIDAD** – El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso.

Retenga copia de este formulario para sus récords. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le complete un Formulario 499R-2c/W-2cPR.

---

**INSTRUCTIONS FOR THE EMPLOYEE**
**A COPY MUST BE SUBMITTED WITH YOUR RETURN**

Pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended (Code), an income tax return must be filed by any resident individual who:

* is an individual or married taxpayer, who during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, greater than $5,000;
* is a married individual who lived with his/her spouse, and elects to file separate returns, that during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, of $2,500 or more; or
* has net income subject to alternate basic tax of $150,000 or more.

**PENALTY** – The Code provides the following: Every person required under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep copy of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, inform this to your employer and request a Form 499R-2c/W-2cPR.

# One Hundred and Ninety-Fourth Omnibus Objection
## Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 103 | TORRES LOZADA, FABIAN A. URB LA INMACULADA 233 CALLE MONSENOR BERRIOS VEGA ALTA, PR00692 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16963 | $ 520.00* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19249544 dated 07/10/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 104 | TORRES MELENDEZ, PEDRO PO BOX 1931 VEGA ALTA, PR00692 | 3/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1848 | $ 1,864.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/24/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 105 | TORRES MONTES, DALMARA URB JARDINES DE CAYEY II C27 CALLE PASEO DE LAS ROSAS CAYEY, PR00736 | 3/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 577 | $ 1,097.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 05/17/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 106 | TORRES PEREZ, SYLVIA COND PLAZA INMACULADA 2 1717 AVE PONCE DE LEON APT 605 SAN JUAN, PR 00909 | 3/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4761 | $ 1,282.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/01/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 107 | TORRES RIVERA, YANEIRY VILLA PALMERA 315 CALLE LUTZ SAN JUAN, PR 00915 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18404 | $ 1,011.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19226908 dated 05/22/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 108 | TORRES ROSA, MAYRA URB FAJARDO GARDENS 199 CALLE LAUREL FAJARDO, PR 00738 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 60292 | $ 1,212.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19288625 dated 07/31/2017.

* Indicates claim contains unliquidated and/or undetermined amounts

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| | PROMESA Title III |
| *as representative of* | |
| | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* | |
| Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on May 15, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 15 de mayo de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

Page **1** of **2**