Yaneiry Torres Rivera
Villa Palmera c/Lutz 315
S. J. PR00915




U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00911
JUN 04, 20
AMOUNT
**$1.20**
R2305E124597-3

1000          00918

Secretaria (Clerk' office)
Tribunal de distrito de los Estados Unidos
Sala 150 Edificio Federal S. J.
P. R. 00918-1767