21 de mayo 2020



Atención,

Secretaría (Cler's Office)
Tribunal de Distrito de los Estados Unidos
Rooom 150 Federal Building
San Juan Puerto Rico

Adjunto documentos solicitados con relación al caso # 113237, en reclamación por

la Ley 89 12 de junio 1979, Ley de Retribución Uniforme. Envió los talonarios

disponibles, espero sean útiles para la evaluación del caso.

Carmen S. Cruz Brito