Carmen S. Cruz Brito
Urbanización Santa Elena
A-1 Calle 10
Yabucoa P.R. 00767

Clerk's Office
U.S. District Court - Puerto Rico
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R 00918-1767