

ESTADO LIBRE ASOCIADO DE
PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN

PROGRAMA DE CARRERA MAGISTERIAL

23 de febrero de 2017

Prof(a). Ana A. Quiñones Texidor

Estimado(a) profesor(a): Quiñones Texidor

Recibimos su solicitud de extensión del periodo de cinco años de vigencia que se le otorgó para cumplir con su Plan de Mejoramiento Profesional, ya que no ha podido completar el mismo. La efectividad de su plan fue hasta abril de 2017.

Luego de analizar su petición en todos sus méritos y según lo establecido en los Artículos 6.05 y 6.06 del Reglamento de Carrera Magisterial, para completar su Plan de Mejoramiento Profesional, se le concede la extensión de vigencia solicitada hasta **abril de 2019**.

El Reglamento provee para conceder una extensión de vigencia por dos años adicionales. No obstante, debe recordar que de no poder completar su plan en el tiempo concedido perderá su condición de miembro activo en la Carrera Magisterial. Si desea reactivarse en la misma deberá radicar un nuevo plan de cinco años adicionales.

Le agradecemos su esfuerzo y dedicación para el mejoramiento académico de sus estudiantes.

Cordialmente,

M. *Concepción*
Técnico de Recursos Humanos

mct

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel. (787) 773-5800

El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo



ESTADO LIBRE ASOCIADO DE
PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN

Secretaría Auxiliar de Recursos Humanos
Oficina del Desarrollo del Capital Humano
Programa de Carrera Magisterial

### Solicitud de Extensión de Vigencia

*Fecha* 23 de febrero de 2017

Dr. Vidal Hernández
*Director(a)*
*Oficina de Desarrollo del Capital Humano*
*Programa de Carrera Magisterial*

*Solicito extensión a mi Plan de Mejoramiento Profesional ya que no podré cumplir el mismo para la fecha estipulada.. La vigencia del mismo es de* ___201l___ *a* ___2016___ .

*Esta petición la hago debido* ___Ley 66___

*Esta es mi información:*

*Nombre* Ana A. Quiñones Texidor     *Maestro de* Trabajo Social Escolar
*Escuela* Rafaelina E. Lebrón Flores     *Distrito* Yabucoa
*Región* Humacao     *Seguro Social* ___1704___

*Mi dirección electrónica es* anaamaliaquinones@yahoo.com

*Mi dirección postal es* Unb. Chalets de Brisas del Mar 19 Calle Velero Guayama P.R.
     *Zip code* 00784

*Cordialmente*

*firma*



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Oficina de Carrera Magisterial



RECIBIDO — Anejo 3
DEPTO. EDUCACION REGION DE HUMACAO
APR 09 2015
OFICINA DEL DIRECTOR

CERTIFICACIÓN DE ENTREGA DE SOLICITUDES DE REVISIÓN _2075_

Escuela : Rafaelina E. Lebrón Flores
Director : Lydia M. Ruiz
Distrito : Yabucoa
Región : Humacao

Hoy, 9 de abril de 2015, hice entrega de las solicitudes
analizadas y cotejadas de Revisión Salarial y Reclamación de Nivel del siguiente
personal activo en la Carrera Magisterial:

| | Nombre | Puesto |
|---|---|---|
| 1 | Adimil Ortiz Salis | Maestra E. F. |
| 2 | Mayra Rivera Pereira | maestra de ciencias |
| 3 | Ana A. Quiñones Tejida | Trabajadora Social |
| 4 | Angélica Figueroa Rivera | Maestra de ciencias |
| 5 | | |

Certifico correcto,

Nombre del director

Sylvia W. Millán
Nombre enlace regional

Firma del director

Firma del enlace regional

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel. 787 773 2448



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de
veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o
impedimento físico o mental, ni por ser víctima de violencia doméstica, agresión sexual o acecho.



# Estado Libre Asociado de Puerto Rico
## DEPARTAMENTO DE EDUCACION

Escuela Superior María Dávila Semidey

Patillas, Puerto Rico

Tel. (787) 839-6831



## *HOJA DE TRÁMITE*

*Fecha: 9 de junio de 2011.*

R E C I B I D O
SEP 2 2 2011
OFICINA DE
CARRERA MAGISTERIAL

*A: Secretaria Auxiliar de Recursos Humanos*
  *Departamento de Educación*
  *Hato Rey, Puerto Rico*

*De: Sra. Lydia M. Ruiz Buehl*
  *Directora  Escuela Superior María Davila Semidey*
  *Patillas, Puerto Rico.*



R E C I B I D O
JUL 2 8 2011
OFICINA DE
CARRERA MAGISTERIAL

*Asunto:*

*Entrega de Solicitudes de Activación a la Carrera Magisterial de la Sra. Ana A. Quiñonez Texidor
y de la Sra. Noemí de Jesús López.*

---

*Firma y puesto*                    *Fecha*                    *Sello*

bOcm-01



DEPARTAMENTO DE EDUCACIÓN
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

Certificaciones Docentes y Desarrollo Profesional

# SOLICITUD DE ACTIVACIÓN A LA CARRERA MAGISTERIAL

Nombre del Solicitante : Ana A. Quiñones Texidor

Seguro Social : **-1704**

Categoría : **Trabajadora Social Escolar**

Núm. de Puesto : **R-50359**

Escuela : Superior María Dávila Semidey

Distrito Escolar : **Yabucoa - Patillas**

Región Educativa : **Humacao**

Nivel al que aspira : **III**

De acuerdo con el Artículo 2.07 del Reglamento de la Carrera Magisterial esta solicitud debe entregarse en unión al Plan de Mejoramento Profesional durante el mes de abril de cada año escolar.

_Ana Q. Quiñones Texidor_

Firma del Solicitante

_15 - Abril - 2011_

Fecha de radicación

Recibido por: _Aydilia M. R._

DEPARTAMENTO DE EDUCACIÓN
SECRETARIA AUXILIAR DE RECURSOS HUMANOS

OCM 06

## CERTIFICACIÓN DE RADICACIÓN Y APROBACIÓN
## DEL PLAN DE MEJORAMIENTO PROFESIONAL

Certificamos que el (la) Profesor(a) _Ana A. Quiñones Texidor_

Seguro Social _1764_ de la Escuela _Sup. María Dávila Semidey_

Municipio de _Patillas_, del Distrito Escolar de _Yabucoa_ radicó su

Plan de Mejoramiento Profesional de acuerdo con las disposiciones del

Reglamento de la Carrera Magisterial, Artículo 2.06, para el período del

29 de abril de 2011 al 30 de _L.C.O._ de 2016 Certificamos además, que el

Comité de Evaluación analizó y evaluó dicho Plan a la luz del Capítulo VI del

mismo Reglamento y que fue aprobado hoy, _20_ de _mayo_ de _2011_.

RECIBIDO

## COMITÉ DE EVALUACIÓN

| Nombre | Firma | Puesto que ocupa |
|--------|-------|------------------|
| | | Director(a) |
| | | Miembro Consejo |
| Lorenzo Colón Ortiz | | Superintendente Facilitador Distrito |

Fecha en que el solicitante radicó el Plan _15_ de _abril_ 2011

RECIBIDO
MAY 22 2011
OFICINA DE
CARRERA MAGISTERIAL

P O BOX 190759 San Juan, Puerto Rico 00919-0759 TEL (787) 773-2456, 2448, 2452, 6287
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas
políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

DEPARTAMENTO DE EDUCACION
SECRETARIA AUXILIAR DE RECURSOS HUMANOS

# CERTIFICACIÓN DE RADICACIÓN Y APROBACION
## DEL PLAN DE MEJORAMIENTO PROFESIONAL

_____ Plan de mejoramiento Profesional _____

Según Consta _____ y _____ de la Escuela _____

Municipio de _____ del Distrito Escolar de _____ Yabucoa _____

Plan de Mejoramiento Profesional de acuerdo con las disposiciones de

Reglamento de la Carrera Magisterial, Artículo 2.06 para el periodo de

29 de abril de 2011 al 30 de _____ de 2016. Certificamos además que el

Comité de Evaluación analizó y evaluó dicho Plan a la luz del Capítulo V del

mismo Reglamento y que fue aprobado hoy, _____ de _____ de _____

RECIBIDO
SEP 22 2011
OFICINA DE
CARRERA MAGISTERIAL

## COMITÉ DE EVALUACIÓN

| Nombre | Ficha | Puesto que ocupa |
|--------|-------|------------------|
| | | Director |
| | | Miembro Conserje |
| | | Superintendente Facilitador Distrito |

Fecha en que el encontraste radicó el Plan _____ de _____ de 2011

bOcm-01

DEPARTAMENTO DE EDUCACIÓN
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

rtificaciones Docentes y Desarrollo Profesional

## SOLICITUD DE ACTIVACIÓN A LA CARRERA MAGISTERIAL

| | | |
|---|---|---|
| Nombre del Solicitante | : | Ana A. Quiñones Texidor |
| Seguro Social | : | ·1704 |
| Categoría | : | **Trabajadora Social Escolar** |
| Núm. de Puesto | : | **R-50359** |
| Escuela | : | Superior María Dávila Semidey |
| Distrito Escolar | : | **Yabucoa - Patillas** |
| Región Educativa | : | **Humacao** |
| Nivel al que aspira | : | **III** |

RECIBIDO
JUN 2 3 2011
OFICINA DE
CARRERA MAGISTERIAL

De acuerdo con el Artículo 2.07 del Reglamento de la Carrera Magisterial esta solicitud debe entregarse en unión al Plan de Mejoramiento Profesional durante el mes de abril de cada año escolar.

_____
Firma del Solicitante

15 / abul / 2011
Fecha de radicación

RECIBIDO
SEP 22 2011
OFICINA DE
CARRERA MAGISTERIAL

Recibido por: _Nydia M. R._



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
OFICINA DE CARRERA MAGISTERIAL

Anejo 2
OCM-09 enmendada

## RECOMENDACIÓN DE REVISIÓN DE SALARIO Y RECONOCIMIENTO DE NIVEL

Certificamos que hemos considerado la Solicitud de Revisión de Salario y Recomendación de Nivel de:

Nombre    Ana A. Quiñones Texidor

Seguro social    -1704

Escuela    Rafaelina E. Lebrón Flores

Teléfono de la escuela    (787) 839 - 3419

Distrito escolar    Yabucoa

Región educativa    Humacao

Del análisis de los documentos presentados, concluimos que el reclamante cumplió satisfactoriamente con los requisitos correspondientes a la revisión de salario de las etapas: ____ 1, ____ 2, _X_ 3, _X_ 4, _X_ 5 del Plan de Mejoramiento Profesional. Recomendamos que se le otorgue favorablemente el Nivel Magisterial: ____ II, _X_ III, ____ IV

### COMITÉ DE EVALUACIÓN

| Nombre | Firma | Puesto |
|---|---|---|
| Lydia M. Ruiz | Lydia M. R. | Director |
| Arlene Crespo Torres | | Representante Consejo Escolar |
| Elizabeth Rodríguez | | Representante de la Docencia |

Fecha de aprobación:  21 de Marzo de 2014

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tels. (787) 773-2456 / 2452 / 2448 / 2293 / 2297 / 5287

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental, ni por ser víctima de violencia doméstica, agresión sexual o acecho.





ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
OFICINA DE CARRERA MAGISTERIAL

Anejo 4

Fecha _21 de mayo de 2014_

## CERTIFICACIÓN DE COPIA FIEL Y EXACTA

Certifico que los documentos sometidos para la revisión de 20 _1 4_ son copia fiel y exacta
de los originales presentados al Comité de Evaluación de Carrera Magisterial de la escuela
_Rafaelia E. Lebrón_ del distrito escolar de
_Yabucoa_ por _Ana Quiñones Tejida_
(Nombre miembro activo de carrera magisterial)

_Lydia M.h._                _A. y._
Nombre director                         Firma

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tels. (787) 773-2456 / 2452 / 2448 / 2293 / 2297 / 6287

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de
veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o
impedimento físico o mental, ni por ser víctima de violencia doméstica, agresión sexual o acecho.





ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
OFICINA DE CARRERA MAGISTERIAL

Anejo 5

HOJA DE COTEJO DE LOS DOCUMENTOS QUE DEBEN CONTENER LAS
SOLICITUDES DE RECONOCIMIENTO DE NIVEL O DE REVISIÓN DE SALARIO

Nombre Ara A. Quiñones Texidor Puesto Trabajadora Social Fecha 21 de mayo 2014
Escuela Petroelina R. Libr Flos Distrito Yabucoa Region Humacao

| CRITERIOS | Cumple | No cumple | Comentario evaluativo |
|---|---|---|---|
| 1. Contiene los siguientes documentos: | | | |
| · OCM-07-Solicitud de Revisión de Salario y Reclamación (original y en tinta azul) | ✓ | | |
| · OCM-09- Recomendación de Revisión de Salario y Reconocimiento de Nivel (original y en tinta azul) | ✓ | | |
| 2. Carta del director de la escuela, en original, que certifique que los documentos son copias fieles y exactas de los sometidos por el reclamante (anejo 4 en tinta azul) | ✓ | | |
| 3. Copia fiel y exacta del Plan de Mejoramiento Profesional del reclamante certificado por el director. El director deberá verificar que el plan este vigente antes de tramitarlo (Artículo 6.06, "Vencimiento del Plan") | | | |
| 4. Una copia de trascripción de créditos estudiantil que documente el grado obtenido y la preparación académica. Además, se enviará una transcripción de créditos oficial a la Oficina de Reclutamiento Docente del Departamento de Educación. No se considerarán informes de notas, documentos de solicitud de transcripción de créditos, ni copias de internet para sustituir el cumplimiento con el Elemento I. | | | |
| 5. Certificados oficiales que acrediten las horas de participación en actividades de educación continua ofrecidas por universidades y entidades aprobadas por el Departamento de Educación. Los talleres deben ser de no menos de tres (3) de duración y se deben presentar en orden de fecha. El documento original se entregará al maestro y el director conservará una copia certificada. | ✓ | | |
| 6. Copia de los informes recientes de evaluación del desempeño docente del reclamante (mínimo 2) | ✓ | | |
| 7. Los maestros activos que tienen un plan dirigido al Nivel IV (doctoral) deberán presentar la siguiente documentación para evidenciar el cumplimiento del Elemento 3 de su plan: | | | N/A |
| · Proyecto especial (propuesta) que realizó en beneficio del Sistema | | | N/A |
| · Carta del director y del superintendente de escuelas en la que apruebe los talleres y demás ofrecimientos del proyecto especial | | | N/A |
| · Hoja de asistencia de los participantes a las actividades educativas ofrecidas como parte del proyecto especial. | | | N/A |
| · Las hojas de asistencia indican: ✓ título de los talleres, adiestramientos o tutorías ✓ fecha y horario en que se ofrecieron los servicios ✓ firma de los participantes ✓ firma del director de la escuela para certificar correcto ✓ nombre de la persona que ofreció los talleres | | | N/A |
| · Evaluación sumativa de los logros obtenidos certificada por el director de la escuela | | | N/A |
| 8. El plan esta presentado en el siguiente orden: | | | |
| 1. OCM-07 | ✓ | | |
| 2. OCM-09 | ✓ | | |
| 3. Certificación copia fiel y exacta | ✓ | | |
| 4. Objetivo general | ✓ | | |
| 5. Plan de Mejoramiento Profesional: | | | |
| · Elemento 1: Estudios formales ✓ Evidencias | ✓ | | |
| · Elemento 2: Educación continua ✓ Evidencias | ✓ | | |
| · Elemento 3: Proyecto especial (si aplica) ✓ Evidencias | ✓ | | |
| · Elemento 4: Evaluaciones de desempeño ✓ Evidencias | ✓ | | |
| 9. Todos los documentos están firmados en tinta azul | ✓ | | |

Certificamos que Ara A. Quiñones sometió todos los documentos requeridos para iniciar el proceso de reclamación de nivel y revisión de salario para el año 20 14

_____
Representante del Consejo Escolar

_____
Representante de la docencia

_____
Lydia M.M.
Director

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel. (787) 773-2458 / 2452 / 2448 / 2293 / 2297 / 6287

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental, ni por ser víctima de violencia doméstica, agresión sexual o acecho.



ESTADO LIBRE ASOCIADO DE
**P U E R T O   R I C O**
DEPARTAMENTO DE EDUCACIÓN
OFICINA DE CARRERA MAGISTERIAL

Anejo 7

## SOLICITUD DE REVISIÓN DE SALARIO Y RECLAMACIÓN DE NIVEL PARA LOS MAESTROS QUE NO HAN RECIBIDO CONTESTACIÓN A LA SOLICITUD 2013

Honorable Rafael Román Melúdez
Secretario de Educación

De conformidad con lo establecido en el Capítulo VII del Reglamento de la Carrera Magisterial, solicito revisión de salario de las etapas: X 1, X 2, ___3, ___4, ___5 del Plan de Mejoramiento Profesional y reclamación del Nivel Magisterial: ___II, ___III, ___IV.

Nombre del solicitante    Ana A. Quiñones Texidu

Seguro social    1704

Teléfonos    (787) 448-2540    839-3419

Correo electrónico    aaamaliaquinones@yahoo.com

Escuela    Petadina E. Tebm Flons

Distrito escolar    Yabucoa

Región educativa    Humacao

_____    31-enero-2014
Firma del solicitante    Fecha

Recibido por: Lydia M. R.

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel. (787) 773-2456 / 2452 / 2448 / 2293 / 2297 / 6287



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental, ni por ser víctima de violencia doméstica, agresión sexual o acecho.