Ana A. Quiñones Texidor
Urb. Chalets de Brisas del
Mar 19 Calle Velero Guayama
P.R. 00784





Clerk's Office
United States Distric Court
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918