29 de mayo 2020

Asunto: Evidencias Caso # 875
Sr. Ismael Coriano Colón

RECEIVED & FILED
2020 JUN -9 PM 4:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

- Reclamación de pagos por concepto de ajuste de sueldo a partir de junio 01.

- Esta reclamación responde a deudas reclamadas y pagadas por el Depto. de Educación Ley 89 aumento de salario reconocido a partir del 1979 hasta 1999. Se adjunta primera página de la resolución del caso # (M) AS-98-11-505. La Junta de Retiro para Maestros no ha atendido el caso, se entregó certificación final de salario para dicho ajuste a partir del 1 junio 2001. Se incluyen varias evidencias y seguimiento del caso.

Gracias por su atención

Ismael Coriano Colón
787-608-3629
Corianoismael@gmail.com