IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Coriano Colon, Ismael | 87574 | 6/27/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $10,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Coriano Colon, Ismael | 87574 | 6/27/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $10,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

2004 11:52AM   Nº2525   P. 2

Estado Libre Asociado de Puerto Rico
## JUNTA DE APELACIONES DEL SISTEMA DE EDUCACION
San Juan, Puerto Rico

#8757X

| | |
|---|---|
| Ismael Coreano Colón<br>Maestra Especialista de Tecnología Educativa<br>Distrito Escolar de Caguas III<br>Apelante<br><br>vs<br><br>Departamento de Educación<br>Apelado | Caso Núm.: (M)AS-98-11-505 |

## RESOLUCION

La Junta de Apelaciones del Sistema de Educación, (JASED), designó al licenciado Benito I. Rodríguez Massó para que a su nombre, actuara como Oficial Examinador en el presente caso.

Agotados los trámites procesales se celebró una vista adjudicativa la cual fue presidida por dicho Oficial Examinador.

Sometido el caso, el Lcdo. Benito I. Rodríguez Massó ha rendido un informe a la Junta el cual contiene sus Determinaciones de Hechos y Conclusiones de Derecho. La Junta adopta dicho informe y lo hace formar parte integral de esta Resolución.

→ A la luz de las Determinaciones de Hechos y Conclusiones de Derecho formuladas por el Oficial Examinador en su Informe esta Junta ordena al Departamento de Educación resarcir al apelante la suma de $4,650.00 que le (Pagado) adeuda e informen a la Junta de Retiro el salario correcto al momento de acogerse al retiro como de $2,075.00. (deuda acumulada desde junio/2001)

FEDERACION DE MAESTROS DE PR
DIVISION LEGAL

NOV [illegible] RECD

SRM-cs-179
Rev. 05/04



Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros

# CENTRO DE ORIENTACIÓN Y SERVICIOS

Turno Número _____

AREA SERVICIOS DE RETIRO
## HOJA DE SOLICITUD DE SERVICIOS

#87574

| NOMBRE DEL MIEMBRO | SEGURO SOCIAL | NÚMEROS DE TELÉFONOS |
|---|---|---|
| Ismael Colón Colón | | HOGAR (787) 746-0106 |
| DIRECCIÓN POSTAL Villa Avilés Corazón A-3 | | TRABAJO (787) 746-3523 |
| Caguas PR 00725 | | CELULAR (787) 608-3625 |
| PUEBLO ESTADO CÓDIGO POSTAL | | |

**SELECCIONE EL STATUS EN EL SISTEMA**

Servicio Activo
(Pensionado) ✓
Beneficiario
Servicio Inactivo
Razón: _____

**SI ES PARTICIPANTE EN SERVICIO ACTIVO, FAVOR DE INDICAR LO SIGUIENTE:**

AÑOS DE SERVICIO APROXIMADO: 33

NOMBRE DE LA AGENCIA PÚBLICA O PRIVADA EN LA CUAL TRABAJA: _____

TIPO DE CONTRATO: Transitorio  Provisional  Probatorio  Permanente

**SELECCIONE EL (LOS) SERVICIO (S) SOLICITADOS**

**DIVISIÓN SERVICIOS AL PENSIONADO**
- Certificación de Pensión
- Certificación de Pensión para Seguro Social
- Revisión de Pago de Pensión ✱
- Revisión Cálculo de Pensión ✱
- Revisión de Descuento(s) Indebido(s)
  - Préstamos   Plan Médico
  - Cooperativas   Plan Ahorro
  - Asociaciones
  - Aportación Individual
  - Aportación Médico Patronal
- Reclamo de Pago por:
  - ✱ Pago Retroactivo de Pensión o Beneficio
  - Aguinaldo Navideño
  - Aportación Médico Patronal
  - Bono Verano   Bono Medicamento
  - Aumento Legislativo (3%)
  - Otro _____

**DIVISIÓN SERVICIOS AL MIEMBRO ACTIVO**
- Certificación de Balance de Aportaciones
- Relación de Años de Servicio y Sueldos
- Balance de Deuda por concepto de: _____
- Revisión de Descuento Indebido por: _____
- Plan de Pago por concepto de: _____
- Orientación sobre:
  - Trámite de Retiro
  - Reconocimiento de Tiempo
  - Devolución de Cuotas
  - Reembolso de Cuotas
  - Transferencia Recibida de Otro Sistema de Retiro
  - Transferencia Enviada a Otro Sistema de Retiro
  - Pago Beneficios por Defunción

(stamp: 19 MAY - 2 PM 2:00)

**MENCIONE INFORMACIÓN ADICIONAL RELACIONADA CON EL SERVICIO SOLICITADO**

_____

_____  _____
Firma del Miembro o Representante Autorizado*   Firma del Representante u Oficial de Servicio
Hilda García

2 mayo/19     2 mayo/2019
Fecha         Fecha

787-777-1414   787-759-2883

1

ESTADO LIBRE ASOCIADO DE
PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN

Región Educativa de Caguas

Oficina de Recursos Humanos

# CERTIFICACIÓN

Certifico que el Prof. Ismael Coriano Colón, seguro social _____ ocupó status permanente el puesto R13515 Maestra Especialista en Tecnología Instruccional, adscrito a la Oficina del Superintendente, Distrito de Caguas II.

Laboró para la Agencia desde el 17 de enero de 1969 hasta el 31 de mayo de 2001, en que se acogió al retiro temprano. Los tres (3) últimos salarios los desgloso a continuación:

| | |
|---|---|
| Efectivo al 5 de julio de 1999 | $1,800.00 por ley |
| Efectivo al 10 de enero de 2000 | $1,900.00 por ley |
| Efectivo al 8 de enero de 2001 | $2,075.00 por ley |

Cualquier información adicional puede comunicarse al tel. 787-743-1234 Ext. 4440.

Dado hoy 26 de abril de 2019, en Caguas, Puerto Rico.

María M. Aponte Santos
Directora Recursos Humanos
DEPARTAMENTO DE EDUCACIÓN
Región Educativa de Caguas
PO Box 398
Caguas, PR 00725

P.O. Box 398
Caguas, Puerto Rico 00726
Tel: (787) 743-1234



El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

#8757X

RECIBIDO
APR 25 2019
SEC. AUX. DE RECURSOS HUMANOS
DEPTO. EDUCACION

# HOJA DE VISITA

FECHA: 25 abril 019

NOMBRE: Ismael Coriano Colon

DIRECCIÓN: Villa Civitier Corazon A-3 Caguas

CORREO ELECTRÓNICO: Coriano ismael @

TELÉFONO: (787) 746-7106    608-3628

REGIÓN: Caguas

DISTRITO: _____

LUGAR DE TRABAJO: Jubilado

PUESTO: _____

ASUNTO: Cert 3 ultimos dias y fecha de efectivo. Enm. 409 (Fecha 31-5-015

Se refiere a la Sra. Wendy Colon Martinez, Superintendente Regional ORE Caguas a Recursos Humanos.

P.O. Box 190759, San Juan, PR 00919-0759 • Tel.: (787)773-3476, 6125, 2570

DE DEPARTAMENTO DE EDUCACIÓN
GOBIERNO DE PUERTO RICO

El Departamento de Educación no discrimina de ninguna manera por razon de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN

Región Educativa de Caguas

Oficina de Recursos Humanos

## CERTIFICACIÓN

Certifico que el Prof. Ismael Coriano Colón, seguro social         0792 ocupó status permanente el puesto R13515 Maestra Especialista en Tecnología Instruccional, adscrito a la Oficina del Superintendente, Distrito de Caguas II.

Laboró para la Agencia desde el 17 de enero de 1969 hasta el 31 de mayo de 2001, en que se acogió al retiro temprano. Los tres (3) últimos salarios los desgloso a continuación:

| | |
|---|---|
| Efectivo al 5 de julio de 1999 | $1,800.00 por ley |
| Efectivo al 10 de enero de 2000 | $1,900.00 por ley |
| Efectivo al 8 de enero de 2001 | $2,075.00 por ley |

Cualquier información adicional puede comunicarse al tel. 787-743-1234 Ext. 4440.

Dado hoy 26 de abril de 2019, en Caguas, Puerto Rico.

*María M. Aponte Santos*
María M. Aponte Santos
Directora Recursos Humanos

DEPARTAMENTO DE EDUCACION
Región Educativa de Caguas
PO Box 398
Caguas, PR 00725

P.O. Box 398
Caguas, Puerto Rico 00726
Tel: (787) 743-1234



El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# 8757

Para: Sra.
Marie Medina

**Secretaria Auxiliar de Recursos Humanos**
**Área de Transacciones de Personal**

## FORMULARIO PARA REVISION DE SALARIO

Fecha: 8 Nov. 018

Nombre: Ismael Oriana Colón

Seguro Social: _____-0792

DireccionPostal: Villa Criolla Corozal A-3
Caguas P.R. 0725

Distrito: Caguas II

Puesto: Maestro Tecnología Educ.

Razón de Revisión Salarial:

___✓___ Aumentos otorgados por Ley (órdenes ejecutivas) 89

_____ Aumentos otorgados por convenio

_____ Aumentos por Experiencia

_____ Comentario: Revisar salario por efecto de resolución 2005. Retiro de primer certificación de salario (últimos 3 años con fecha efectiva)
(Enmienda 409 fecha 31/5/08)

Firma: _____

DEPARTAMENTO DE EDUCACION
RECIBIDO
NOV 8 2018
TRANSACCIONES DE PERSONAL



## DEPARTAMENTO DE EDUCACIÓN

Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Informe de Cambios - Personal Docente

| Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | CORIANO COLON, ISMAEL | |
| 2. Seguro Social | -0792 | |
| 3. Lugar y Fecha de Nacimiento | | |
| 4. Sexo | M | |
| 5. Estado Civil | | |
| 6. Preparación Académica | BAE | |
| 7. Experiencia | 32-6-1-1/2 | |
| 8. Status | PERM | |
| 9. Sueldo Bruto | $2,000 | $2,075 |
| 10. Número de Puesto | R13515 | |
| 11. Categoría de Puesto | TECNOLOGÍA EDUCATIVA | |
| 12. Nivel de Puesto Directivo | | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de Cuenta | E1110-11100-081000-1008-00100-2002 | |
| 15. Fecha de Efectividad | | 31/05/2001  8/enero 01 |
| 16. Acción y Duración | | ENMIENDA SUELDO EN JUBILACION |
| 17. Causa de Cese | | RETIRO TEMPRANO |
| 18. Ultimo Día de Trabajo | | |
| 19. Ultimo Día de Pago | | |
| 20. Programa Escolar, nivel y grado | | |
| 21. Turno en Registro | | |
| 22. Escuela | OFICINA SUPTE. DE ESCUELAS | |
| 23. Distrito | CAGUAS II | |
| 24. Dirección Postal y Residencial | | 25. Teléfono Residencial  787-746-7106 |
| 26. Observaciones | PAGAR LA CANTIDAD DE $4,650 POR DEUDAS DE ACUERDO A RESOLUCION DE LA JUNTA DE APELACIONES DEL SISTEMA DE EDUCACION DEL 22 DE NOVIEMBRE 2004 por cuentos ley la no recibida hasta julio 1999 | |

31. Aprobado: Por el Secretario o su Representante

_____
Firma

_____
Fecha

Preparado por y Fecha: 28/3/2005

Si el nombramiento es con estatus transitorio provisional el mismo constituye un CERTIFICADO PROVISIONAL DE MAESTRO

LCDO. LUIS TORO GOYCO
ABOGADO NOTARIO

# 87574

TEL.: (787) 645-3460
E. MAIL:luistoro85@gmail.com

6 de marzo de 2018

Sr. Armando Rivera
Director
Sistema de Retiro de Maestros de Puerto Rico
San Juan, Puerto Rico

Re: Caso Núm. (M) AS-98-11(Informe y Resolución
del Oficial Examinador Solicitud de Ajuste de
Pensión por Concepto de Aumento de Salario

Estimado Sr. Rivera:

Me dirijo a usted a nombre y en representación del Sr. Ismael Coriano Colón, quien ha contratado mis servicios legales para que le oriente y represente en el asunto de referencia.

Como usted podrá constatar del expediente del Sr. Coriano Colón surge que en 1989 este radicó una querella reclamando que conforme a la Ley 89 de 1979 el Departamento de Educación le concediera un aumento de salrio de $25.00 mensuales por cada cinco años trabajados a partir de la aprobación de dicha Ley. También podrá constatar que en el año 2005 un Oficial Examinador designado por la Junta de Apelaciones del Sistema de Educación (JASED) emitió la correspondiente Resolución declarando con lugar dicha querella y ordenando el pago a mi cliente de tres pagos de $25.00 cada uno, retroactivos y el correspondiente ajuste en su pensión. .

Usted tambien podrá constatar de dicho expediente que en el año 2005 mi cliente radicó otra querella ante la Junta de Retiro Para Maestros reclamando que se le ajustara su pension de conformidad con dicha Resolución y los aumentos de salario decretados en la misma. En primera instancia Retiro denegó dicha solicitud alegando que el Departamento de Educación no había realizado la aportación correspondiente a dichos aumentos. Sin embargo, el Departamento de Educación alegó que había realizado esas aportaciones y en agosto del 2016 Retiro reconoció que Educación había realizado las mencionadas aportaciones y el Sr. Franklin López, funcionario de Retiro, le informó a mi cliente que las mismas se habían posteado.

A partir de esa fecha mi cliente ha realizado infructuosamente múltiples gestiones para que retiro le pague dicho ajuste. En la última de dichas gestiones, el 3 de febrero del corriente año 2018 yo personalmente le acompañé a Retiro en un último esfuerzo para tratar de resolver este asunto sin

1

tener que acudir a los tribunales. En esa ocasión nos reunimos con la Sra. Roxana Navas. Esta nos indicó que referiría el asunto a la División de Nóminas, al Sr. Roberto Rivera para su resolución final, pero más adelante en febrero de 2018 mi cliente recibió una notificación firmada por el Sr. Rivera indicándole que ya se había realizado el ajuste en su pension cuando eso es totalmente erróneo.

Recurro a usted en un último intento de que se le haga justicia a mi cliente sin necesidad de tener que acudir al azaroso procedimiento judicial tan oneroso para personas de escasos recursos como mi cliente y en el que el estado se verá obligado a incurrir en gastos, que a nuestro juicio son innecesarios.

Sin otro particular y apelando al sentido de justicia que sabemos que a usted le anima, respetuosamente le solicitamos resuelva este asunto definitivamente ordenando el correspondiente pago a mi cliente o, de necesitar alguna información para resolver el asunto, nos cite para brinadarle cualquier información que estime necesaria.

Respetuosamente,

Lcdo. Luis Toro Goyco
Colegiado 4259

#87574

## LCDO. LUIS TORO GOYCO
### ABOGADO NOTARIO

TEL.: (787) 645-3460  
E. MAIL:luistoro85@gmail.com

COND. EL CENTRO II, SUITE 1301  
AVE. MUÑOZ RIVERA 500  
SAN JUAN, PUERTO RICO 00918

15 de mayo de 2018

Sra. Ivonne L. Ortiz Valladares  
Directora  
Area de Servicios de Retiro

Re: Ismael Coriano Colón  
xxx-xx-0792

Estimada señora Directora:

A fines de abril de 2018 recibimos su respuesta a nuestra carta de 6 de marzo de 2018 reclamando el correspondiente ajuste de su pension. En la misma usted nos indica que los computos del reajuste de pensión se efectuaron correctamente de acuerdo a las leyes, normas y reglamentos vigentes.

Hemos discutido dicha carta con nuestro cliente, pero este insiste en que el ajuste no se ha efectuado correctamente. En vista de ello, le sugiero con el mayor respeto que llevemos a cabo una reunión entre usted, la persona que efectuó los cómputos, el Sr. Coriano y el suscribiente para intentar aclarar este asunto sin necesidad de incurrir en los gastos que conllevaría recurrir a la vía judicial.

Sin otro particular y no sin antes agradecer la atención que se ha de prestart a este asunto y en la esperanza de que podamos llevar a cabo dicha reunion, quedo.

Respetuosamente,

Luis Toro Goyco





# ESTADO LIBRE ASOCIADO DE PUERTO RICO

*DEPARTAMENTO DE EDUCACIÓN*
División de Nóminas

Secretaría Auxiliar de Finanzas

25 de junio 2012

Sra. Ivonne Ortíz Valladares
Directora Área de retiro
Sistema de Retiro Maestros
San Juan, Puerto Rico.

Certificamos que de acuerdo a nuestros archivos, a el Sr. Ismael Coriano Colón Seg Soc # _____ ex empleado de este Departamento, se le hizo una nómina especial por la cantidad de $4,650.00 por una resolución De La Junta De Apelaciones Del Sistema de Educación por unos acuerdos llegados entre ambas partes, ya que el maestro le había reclamado a la Agencia un aumento en sueldo que según el participante no le habían pagado.

Este pago cuando se trabajó originalmente, no tuvo descuento de retiro. Entonces, el maestro nos reclamó y el pago se canceló y se hizo nuevamente descontándose $325.50 para retiro. Aunque el periodo a pagar fue del 2 de julio 1979 hasta el 17 de diciembre 1999 lo acordado en aquel entonces entre ambas partes fue que se pagara la cantidad de $4,650.00.

Cordialmente,

Zaida Ríos Bacó
Auxiliar Administrativo II
División de Nóminas

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 05/16/2008 |
| Hasta: | 05/30/2008 |

# Cheque: 02053103

| | |
|---|---|
| ISMAEL COREANO COLON | |
| URB. VILLA CRIOLLOS | |
| A3 CALLE CORAZON | |
| CAGUAS PR 00725-4036 | |
| SS: | |

| | |
|---|---|
| # Empleado: | |
| Dept: | 80NOTPRVD-NOT PROVIDED |
| Oficina: | NOT PROVIDED |
| Titulo: | M.Esp.Tecn.Instruccional |
| Sueldo: | $0.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 5 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

Fecha: 05/01/2008

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 4,650.00 | 66.00 | 4,650.00 |
| Enfermedad Suma Global | | | 0.00 | | 337.50 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 108.75 |
| Pago Vacaciones Suma Global | | | 0.00 | | 150.00 |

| Total: | | 4,650.00 | 66.00 | 5,246.25 |
|---|---|---|---|---|

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 0.00 | 47.70 |

| Total: | 0.00 | 47.70 |
|---|---|---|

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 325.50 | 325.50 |

| Total: | 325.50 | 325.50 |
|---|---|---|

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| DUM-Gob Dev Sueldo Cob Indebid | 4,278.00 | 4,278.00 |

| Total: | 4,278.00 | 4,278.00 |
|---|---|---|

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 395.25 | 395.25 |
| PSED Disability Plan | 79.05 | 79.05 |

* Tributable

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 4,650.00 |
| Acumulado: | 5,246.25 |

## TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 47.70 |

## DEDUCCIONES TOTALES

| | |
|---|---|
| | 4,603.50 |
| | 4,603.50 |

## PAGA NETA

| | |
|---|---|
| | 46.50 |
| | 595.05 |

### LIC. HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #02053103 | 46.50 |
| Total: | 46.50 |

MENSAJE: 'EL D.E OFRECE COMIDAS GRATIS EN VERANO A NI&OS DE 1 A 18 A&OS, 787-759-7221 / 1-866-9VERANO'