Sr. Ismael Coriano Colón
Villa Criollo Corazón A-3
Caguas, P.R 00725

(Caso # 87574)




U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
MAY 29, 20
AMOUNT
$1.40
1000   00918   R2304M114409-19

RECEIVED & FILED
2020 JUN -9 PM 4:00
CLERK'S OFFICE
U.S. DIST. RICT COURT
SAN JUAN, PR

Secretaria (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building Chardón Ave.
San Juan, P.R. 00918-1767

**FROM:**
Ismael Carmona
Ville Cristina
Cerezo A-3
Caguas, P.R.



U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
JUN 08, 20
AMOUNT
**$1.80**
R2304M113095-08

**TO:**
Secretaria
Tribunal de Distrito E.U.
#150 Ave Chardon
Federal Building
San Juan P.R 00918-1767

RECEIVED & FILED
2020 JUN -9 PM 4:00
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.