# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtor.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br>**Re: ECF Nos. 10839, 12438, 13020** |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO.<br><br>    Debtor. | PROMESA Title III<br><br>Case No. 17 BK 3566-LTS<br><br>(Jointly Administered)<br>**Re: ECF Nos. 810, 837, 888**<br><br>**This Motion relates only to the Commonwealth and ERS, and shall be filed in Case No. 17 BK 3283-LTS and Case No. 17 BK 3566-LTS** |

### URGENT MOTION OF THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO FOR ENTRY OF AN ORDER (A) EXTENDING THE RETURN DATE FOR FILING OF INFORMATION FORMS AND (B) APPROVING FORM AND MANNER OF NOTICE THEREOF

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Court Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth") and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),2 respectfully submit this urgent motion (the "Motion"), pursuant to sections 105(a), 501, 502, and 1125 of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to this case pursuant to PROMESA Section 301(a), and Rules 2002(a)(7), 2002(f), 2002(l), 2002(m), 3001, 3002(a), 3003(c), and 3017 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to this case pursuant to PROMESA section 310, for entry of an order, substantially in the form annexed hereto as **Exhibit A** (the "Proposed Order"), (a) extending the Return Date for filing Information Forms (each as defined below) and (b) approving form and manner of notice thereof; and in support of this Motion, the Debtors respectfully state as follows:

## JURISDICTION

1. The United States District Court for the District of Puerto Rico (the "Court") has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a).

2. Venue is proper pursuant to PROMESA section 307(a).

## BACKGROUND

3. On March 18, 2020, the Court entered the *Order (A) Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B) Establishing Procedures and Deadlines for Submission of Information Necessary for Solicitation of Acceptance or Rejection of*

---

2 PROMESA is codified at 48 U.S.C. §§ 2101–2241.

*Plan of Adjustment, and (C) Approving Form and Manner of Notice Thereof* [ECF No. 12438]3 (the "Pre-Solicitation Procedures Order"). The Pre-Solicitation Procedures Order set a deadline of 4:00 p.m. (Atlantic Standard Time) on May 21, 2020 (the "Return Date") as the date by which Employee Claimants must submit to Prime Clerk the Information Form containing the Requested Information (each as defined in the Pre-Solicitation Procedures Order). The Pre-Solicitation Procedures Order further permitted Employee Claimants to file Information Forms by hand delivery at collection centers to be established at various locations on the island of Puerto Rico, as well as in Brooklyn, NY (collectively, the "Collection Centers").

4. On March 15, 2020, in response to the spread of COVID-19 in Puerto Rico, the Governor of Puerto Rico signed the *Executive Order of the Governor of Puerto Rico, Hon. Wanda Vázquez Garced, to Make Viable the Necessary Government and Private Closures to Fight the Effects of Coronavirus (COVID-19) and Control the Risk of Contagion on Our Island*, Administrative Bulletin No. OE-2020-023 (the "First Executive Order"). The First Executive Order ordered the "closure of all businesses in Puerto Rico as of today, March 15 at 6:00 p.m. until March 30, 2020." Furthermore, the Executive Order imposed a curfew from 9:00 p.m. through 5:00 a.m., during which time all residents of Puerto Rico must remain at home, and limited the purposes for which citizens may travel for essential services during non-curfew hours.

5. On March 30, 2020, the Governor signed Executive Order OE-2020-029 (the "Second Executive Order"), which amended the First Executive Order by imposing a stricter shelter-in-place order through April 12, 2020. The curfew was extended to require all Puerto Rico residents to remain in their homes between 7 p.m. and 5 a.m., and further clarified that residents may only leave their homes under certain limited circumstances.

---

3 Unless otherwise noted, all ECF numbers refer to filings in Case No. 17 BK 3283-LTS.

3

6. On April 12, 2020, the Governor issued Executive Order OE-2020-033 (as subsequently amended by Executive Order OE-2020-034 on April 14, 2020, the "Third Executive Order") which further extended, with some modifications, the existing measures to May 3, 2020.

7. On April 29, 2020, and as a result of the mandatory closure, the Debtors filed the *Motion of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Entry of an Order (A) Extending the Return Date for Filing Information Forms and (B) Approving Form and Manner of Notice Thereof* [ECF No. 886]. By order, dated May 1, 2020, the Court extended the deadline for filing proofs of claim to 4:00 p.m. (Atlantic Standard Time) on June 26, 2020 (the "First Extended Return Date") [ECF No. 888] (the "First Return Date Extension Order").

8. On May 21, 2020, the Governor signed the *Executive Order of the Governor of Puerto Rico, Hon. Wanda Vázquez Garced, in Order to Extend the Lockdown, Continue the Gradual Reopening of Various Economic Sectors, and Other Related Purposes with Respect to the Measures Taken to Control the Risk of Contagion with COVID-19 in Puerto Rico*, Executive Order OE-2020-041 (the "Fourth Executive Order," and together with the First Executive Order, the Second Executive Order, and the Third Executive Order, the "Executive Orders"), which further extended protective measures, with some modifications, through June 15, 2020.

9. As a result of the restrictions imposed by the Executive Orders, the Collection Centers located in Puerto Rico will not open prior to June 15, 2020. Notwithstanding this delay in the opening of the Collection Centers located in Puerto Rico, Employee Claimants have been able to submit Information Forms online or through the mail in accordance with the procedures set forth in the Pre-Solicitation Procedures Order.

**RELIEF REQUESTED**

10. In light of the fact that the Collection Centers will not open prior to June 15, 2020, the Debtors submit that a brief extension of the Return Date, to and including **July 29, 2020** (the "Second Extended Return Date"), is appropriate. Accordingly, the Debtors respectfully request entry of an order, substantially in the form attached hereto as **Exhibit A**, granting a brief extension of the Return Date and approving the Debtors' proposed form of notice thereof.

11. In consenting to this extension, the Debtors do not waive any arguments, rights, or defenses with respect to any Information Forms filed after the Second Extended Return Date.

**NOTICE OF ENTRY OF ORDER, SECOND EXTENDED RETURN DATE, AND RELATED PROCEDURES**

12. The Debtors propose to provide notice of the Second Extended Return Date by causing a copy of a publication notice, substantially in the form annexed to the Proposed Order as **Exhibit 1** (the "Second Extended Return Date Notice"), to be published on or before fifteen (15) days following the date the Court's order granting the Motion is issued, or as soon as practicable thereafter, in (a) *El Nuevo Día* in Spanish (primary circulation is in Puerto Rico), (b) *San Juan Star* in English (primary circulation is in Puerto Rico), (c) *El Diario* and *El Nuevo Herald*, both in Spanish (primary circulation is in New York and Miami, respectively), and (d) *The Bond Buyer*. The publication notice has been tailored to provide notice of the Second Extended Return Date on an extensive basis throughout Puerto Rico and the United States. The Debtors believe the publication notice would provide any Employee Claimants unknown to the Debtor with adequate notice of the pre-solicitation procedures, as well as the Second Extended Return Date and the instructions for submitting Information Forms.

13. The Debtors propose to provide a reminder notice of the Second Extended Return Date by causing another publication notice, substantially in the form of the Reminder Notice attached to the Pre-Solicitation Procedures Order as **Exhibit 1-B**, to be published in the periodicals identified in

5

paragraph 12 on a date that is no fewer than fourteen (14) days prior to the Second Extended Return Date.

14. The Debtors believe that the Second Extended Return Date Notice, as well as the procedures for completing and returning Information Forms set forth in the Pre-Solicitation Procedures Order, will provide ample time and opportunity for Employee Claimants to submit Information Forms, which will facilitate the Debtors' solicitation of votes for and ultimately confirming the Plan.

15. The Debtors submit that the proposed procedures for serving and publishing the Second Extended Return Date Notice comply with the requirements of PROMESA, the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Local Bankruptcy Rules, to be made applicable in these Title III Cases pursuant to the *Twelfth Amended Case Management Procedures* [Case No. 17-3283, ECF No. 13383-1].

## NOTICE

16. The Debtors have provided notice of this Motion to: (a) the Office of the United States Trustee for the District of Puerto Rico; (b) the entities on the list of creditors holding the 20 largest unsecured claims against the Debtors; (c) the Office of the United States Attorney for the District of Puerto Rico; (d) counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority; (e) the Puerto Rico Department of Justice; and (f) all parties filing a notice of appearance in these Title III Cases. The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

## CERTIFICATION

17. In accordance with Local Bankruptcy Rule 9013-1(a)(2), the undersigned counsel certifies that counsel has carefully examined the matter and concluded that there is a true need for

expedited consideration of the Urgent Motion, and that the Debtors have not created the urgency through lack of due diligence on its part. The undersigned further certifies that the Debtors have made a good faith effort to resolve the matter without a hearing.

WHEREFORE the Debtors respectfully request entry of an order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and granting such other relief as is just and proper.

| | |
|---|---|
| Dated: June 10, 2020<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/ Brian S. Rosen*<br><br>Martin J. Bienenstock (admitted *pro hac vice*)<br>Brian S. Rosen (admitted *pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel:  (212) 969-3000<br>Fax:  (212) 969-2900<br><br>*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*<br><br>*/s/ Hermann D. Bauer*<br><br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>205 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel:  (787) 764-1813<br>Fax:  (787) 753-8944<br><br>*Co-Attorney for the Financial Oversight and Management Board as representative for the Debtors* |

**Exhibit A**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | **Re: ECF Nos. 10839, 12438, 13020** |
| Debtor.[1] | |
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17 BK 3566-LTS |
| as representative of | (Jointly Administered) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO. | **Re: ECF Nos. 810, 837, 888** |
| Debtor. | |

**ORDER GRANTING URGENT MOTION OF THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO FOR ENTRY OF AN ORDER (A) EXTENDING THE RETURN DATE FOR FILING OF INFORMATION FORMS AND (B) APPROVING FORM AND MANNER OF NOTICE THEREOF**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon the *Urgent Motion of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Entry of an Order (A) Extending the Return Date for Filing of Information Forms and (B) Approving Form and Manner of Notice Thereof* [ECF No. __], dated June 10, 2020 (the "Motion"),2 of the Commonwealth of Puerto Rico (the "Commonwealth") and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the "Debtors") for entry of an order (this "Order") extending the Return Date; and this Court having jurisdiction over this matter pursuant to PROMESA Section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA Section 307(a); and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having found that, based upon the relief requested by the Motion, no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The deadline for Employee Claimants to submit the Information Form with the Requested Information to Prime Clerk, either electronically, by mail, or by hand delivery, as defined and set forth in the *Order (A) Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B) Establishing Procedures and Deadlines for Submission of Information Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment, and*

---

2 All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

*(C) Approving Form and Manner of Notice Thereof* [ECF No. 12438] (the "Pre-Solicitation Procedures Order"), shall be extended to 4:00 p.m. (Atlantic Standard Time) on July 29, 2020 (the "Second Extended Return Date").

3. In accordance with Bankruptcy Rule 2002, the Debtors, through Prime Clerk, are authorized and directed to cause a copy of a notice, substantially in the form attached hereto as **Attachment 1** (the "Second Extended Return Date Notice"), to be published once, on or before fifteen (15) days after the entry of this Order, or as soon as practicable thereafter under the circumstances, in (a) *El Nuevo Día* in Spanish (primary circulation is in Puerto Rico), (b) *San Juan Star* in English (primary circulation is in Puerto Rico), (c) *El Diario* and *El Nuevo Herald*, both in Spanish (primary circulation is in New York and Miami, respectively), and (d) *The Bond Buyer*.

4. The Debtors, through Prime Clerk, are further authorized and directed to cause a copy of a notice, substantially in the form of the Reminder Notice attached to the Pre-Solicitation Procedures Order as **Exhibit 1-B**, to be published in the periodicals identified in paragraph 3 on a date that is no fewer than fourteen (14) days prior to the Second Extended Return Date.

5. The Court retains exclusive jurisdiction to hear and determine any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

Dated: June ___, 2020

_____
Honorable Laura Taylor Swain
United States District Judge

**Attachment 1**

**Second Extended Return Date Notice**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>Debtor.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br>**Re: ECF Nos. 10839, 12438, 13020** |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO.<br><br>Debtor. | PROMESA Title III<br><br>Case No. 17 BK 3566-LTS<br><br>(Jointly Administered)<br>**Re: ECF Nos. 810, 837, 888** |

**NOTICE OF EXTENDED DEADLINE FOR SUBMITTING INFORMATION FORMS
FOR RETIREMENT BENEFICIARIES OF THE COMMONWEALTH
OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

# DEADLINE EXTENSION

**TO ALL PARTICIPANTS OF THE EMPLOYEES RETIREMENT SYSTEM FOR THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO ("ERS"), THE JUDICIARY RETIREMENT SYSTEM FOR THE COMMONWEALTH OF PUERTO RICO ("JRS"), AND THE PUERTO RICO TEACHER'S RETIREMENT SYSTEM ("TRS"), PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") has filed the *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [Case No. 17-bk-3283, ECF No. 11946] (as amended or modified from time to time and including all exhibits thereto, the "Plan") and a related disclosure statement [Case No. 17-bk-3283, ECF No. 11947] (as amended or modified from time to time and including all exhibits thereto, the "Disclosure Statement") pursuant to which the Commonwealth of Puerto Rico (the "Commonwealth") (together with ERS, the "Debtors") and the Puerto Rico Public Buildings Authority ("PBA") seek to adjust their debts under Title III of the *Puerto Rico Oversight, Management, and Economic Stability Act*.[2]

The Oversight Board is soliciting certain information from certain holders of retirement benefits claims ("Employee Claimants")[3] for whom the Debtors have incomplete or outdated information.

**You may be a current or former participant of ERS, JRS, or TRS, and you may be required to submit a form with information the Debtors are currently missing (the "Information Form"), including:** (a) name; (b) mailing address; (c) email address; (d) date of birth; (e) gender; (f) social security number[4]; and (g) employment information (collectively, the "Requested Information"). The Debtors request that, if at all possible, you submit your Information Form electronically on the website hosted by the Debtors' claims and solicitation agent, Prime Clerk LLC (the "Claims Agent"), at https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.

**The deadline to file an Information Form has been extended to July 29, 2020 at 4:00 p.m. (Atlantic Time).**

**If you have already filed an Information Form, no further action is required unless directed by court order, notice, or otherwise.**

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241. The Class number containing the retirement benefits claims may be changed therein.

[3] In the Plan filed at Case No. 17-bk-3283, ECF No. 8765, Class 25 constitutes the claims of Employee Claimants. The Class number(s) constituting the claims of Employee Claimants may change in any subsequently filed Plan.

[4] The Debtors seek to obtain the last four digits of claimants' social security numbers in order to match claimants with their employee records.

## Key Points

- In a Title III case under PROMESA, certain retirement beneficiaries of the Commonwealth and ERS may be entitled to vote on any plan of adjustment filed by the Commonwealth and ERS. In order for the Debtors to reduce the number of solicitation packages returned undeliverable, and ensure the claim amounts for such beneficiaries are accurately calculated, the Debtors are requesting that certain claimants submit an Information Form containing the Requested Information. This document explains how to submit Information Forms.

- A plan of adjustment is a document that explains how the Debtors propose to pay the amounts they owe to their creditors. This plan is available for creditors to review at https://cases.primeclerk.com/puertorico/.

- **If you are required to submit an Information Form**, you must do so by **July 29, 2020 at 4:00 p.m., Atlantic Standard Time**.

- Information Forms may be submitted by (a) electronically submitting on the Claims Agent's website at https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index, or (b) mail or hand delivery to the following addresses[5]:

    - Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232;

    - Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918;

    - 151 Calle de San Francisco, 2nd Floor, San Juan, PR 00901;

    - Bianca Convention Center, Carr 2 KM 143, Floor 1, Añasco, PR 00610;

    - Oceana HUB Center, 2 Calle Acerina, Caguas, PR 00725;

    - Joe's Blue, MCS Building, 880 Tito Castro Avenue, 1st Floor, Ponce, PR 00716-4732.

- **The Debtors request that, if at all possible, you submit your Information Form electronically on the Claims Agent's website.**

- PLEASE NOTE THAT, in light of the Governor's executive order issued on May 21, 2020, addressing the situation regarding COVID-19, the collection centers at which Employee Claimants may file Information Forms will not open prior to June 15, 2020. Please call (844) 822-9231 before proceeding to one of these locations to confirm whether

---

[5] The Debtors reserve the right to amend the locations accepting Information Forms by hand delivery.

    the location is open. Employee Claimants are encouraged to file Information Forms electronically or by mail.

After reading this notice, if you require additional information, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please note that the people answering the phone number are not able to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should talk to an attorney.