UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEBTORS' ONE HUNDRED NINETIETH OMNIBUS OBJECTION

        The Court has received and reviewed the *Motion Notifying Death of Creditor; & Requesting Extension of Time* (Docket Entry No. 13182 in Case No. 17-3283, the "Motion"). The Motion notifies the Court of creditor Carlos José Cortés Irizarry's passing on January 23, 2020, and seeks 90 additional days for Mr. Cortés's estate to file a response to the *One Hundred Ninetieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Subsequently Amended Claims* (Docket Entry No. 12859 in Case No. 17-3283, the "One Hundred Ninetieth Omnibus Objection").[2] The Motion is granted as follows.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Motion incorrectly states that Mr. Cortés's proof of claim is subject to the "*One Hundred Nineteen [sic] Omnibus Objection (Non-Substantive) Of The Commonwealth of Puerto Rico And The Puerto Rico Highways And Transportation Authority To*

The hearing regarding the One Hundred Ninetieth Omnibus Objection, solely as it pertains to Mr. Cortés's proof of claim (the "Claim"), is hereby adjourned to the Omnibus Hearing scheduled for **September 16, 2020, at 9:30 a.m. (Atlantic Standard Time)**. Any response to the One Hundred Ninetieth Omnibus Objection with respect to the Claim must be filed by September 1, 2020, at 4:00 p.m. (Atlantic Standard Time).

SO ORDERED.

Dated: June 11, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

*Subsequently Amended Claims*," which, according to the Motion, was filed at Docket Entry No. 12864 in Case No. 17-3283.