# EXHIBIT 1

## TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS FROM APRIL 4, 2020 THROUGH JUNE 2, 2020

|  | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| 1. | *Sánchez Zavala, et al. v. Autoridad de Edificios Públicos de P.R.*<br><br>Court of First Instance of Puerto Rico, San Juan Part<br><br>Case No. KDP2013-0422 (804)<br><br>Torts action | Aireko Construction Corp. the Sánchez Plaintiffs and the Griffith Plaintiffs | Puerto Rico Public Buildings Authority | The Title III Stay is hereby modified solely to the limited extent necessary to (i) allow the parties hereto to take all actions necessary to seek entry of a final order with respect to the Sánchez Motion to Dismiss and for the Prepetition Court to enter a final order with respect thereto; (ii) allow the parties hereto to take all actions necessary to seek entry of a final order dismissing, with prejudice, the Griffith Action and for the Prepetition Court to enter a final order with respect thereto; and (iii) allow the Prepetition Court to adjudicate the PBA-Aireko Claims and to proceed to final judgment before the Prepetition Court, Court of Appeals of Puerto Rico, and Supreme Court of Puerto Rico; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Actions, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages, and provisional remedies against PBA or any other Title III Debtor. | May 26, 2020 |
| 2. | *Amarilys Figueroa-Marrero and on behalf of her minor daughter J.T.F. vs. Department of Education*<br><br>United States District Court for the District of Puerto Rico<br><br>Civil No. 2020-1140<br><br>IDEA Case | Amarilys Figueroa-Marrero on behalf of the minor J.T.F. | Commonwealth of Puerto Rico | To the extent necessary, the Title III Stay is hereby modified solely to the limited extent necessary to allow Movants to enforce this Stipulation and seek payment of the Settlement Amount from the Commonwealth; provided, however, the Title III Stay shall continue to apply in all other respects to the Action including, but not limited to, the execution and enforcement of any judgment for damages and provisional remedies. | June 1, 2020 |
| 3. | *Yesenia Álvarez-Gerena and on behalf of her minor son A.A.A. vs. Department of Education* | Yesenia Álvarez-Gerena, on behalf of the minor A.A.A. | Commonwealth of Puerto Rico | To the extent necessary, the Title III Stay is hereby modified solely to the limited extent necessary to allow Movants to enforce this Stipulation and seek payment of the Settlement | June 1, 2020 |

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| | United States District Court for the District of Puerto Rico<br><br>Civil No. 2020-1139<br><br>IDEA Case | | | Amount from the Commonwealth; provided, however, the Title III Stay shall continue to apply in all other respects to the Action including, but not limited to, the execution and enforcement of any judgment for damages and provisional remedies. | |