# **ANEXO A**

**Relación de reclamaciones objeto de la Centésima nonagésima novena objeción global**

Centésima Nonagésima Novena Objeción Global
Anexo A: Reclamos de Bonos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | BEKKEN, MARTHA ELIZABETH<br>1767 SECOND AVE<br>SAN DIEGO, CA 92101 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30002 | $ 20,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 2 | CAVO SANTONI , RAFAEL<br>URB. EL ROCIO, 25 CALLE MADVESELVA<br>CAYEY, PR 00736-4879 | 5/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17261 | $ 20,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 3 | COOPERATIVA DE A/C AGUAS BUENAS<br>PO BOX 5<br>AGUAS BUENAS, PR 00703 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27571 | $ 250,089.77 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones ya vencidas, cuyos pagos los titulares de los bonos han recibido en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 4 | COOPERATIVA DE A/C LA SAGRADA FAMILIA<br>PO BOX 102<br>COROZAL, PR 00783-0102 | 5/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25704 | $ 2,309,391.67 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 5 | COOPERATIVA DE A/C ORIENTAL<br>PO BOX 876<br>HUMACAO, PR 00792-0876 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30417 | $ 352,916.67 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 6 | COOPERATIVA DE A/C ORIENTAL<br>PO BOX 876<br>HUMACAO, PR 00792-0876 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30355 | $ 151,112.50 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones ya vencidas, cuyos pagos los titulares de los bonos han recibido en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |

## Centésima Nonagésima Novena Objeción Global
### Anexo A: Reclamos de Bonos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | COOPERATIVA DE A/C ORIENTAL<br>PO BOX 876<br>HUMACAO, PR 00792-0876 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30459 | $ 978,083.33 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 8 | COOPERATIVA DE A/C ORIENTAL<br>PO BOX 876<br>HUMACAO, PR 00792-0876 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30509 | $ 2,016,666.67 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 9 | COOPERATIVA DE AHORRO Y CREDITO AGUSTIN BURGOS RIVERA<br>APARTADO 1554<br>VILLALBA, PR 00766 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17111 | $ 100,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones ya vencidas, cuyos pagos los titulares de los bonos han recibido en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 10 | COOPERATIVA DE AHORRO Y CREDITO DE LA FEDERACION DE MAESTROS DE PR<br>ATTN. PEDRO GARCIA FIGUEROA<br>PO BOX 270-275<br>SAN JUAN, PR 00928 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 52931 | $ 600,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 11 | COOPERATIVA DE AHORRO Y CREDITO DE OFICIALES DE CUSTODIA DE PR<br>ATTN. EPIFANIO TORRES<br>URB. REPARTO METROPOLITANO<br>1100 CALLE 54 SE<br>SAN JUAN, PR 00921-2731 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 53905 | $ 722,884.54 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 12 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 127882 | $ 400,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |

## Centésima Nonagésima Novena Objeción Global
### Anexo A: Reclamos de Bonos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 140268 | $ 501,944.99 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 14 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 155210 | $ 100,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones ya vencidas, cuyos pagos los titulares de los bonos han recibido en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 15 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 155252 | $ 756,562.50 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones ya vencidas, cuyos pagos los titulares de los bonos han recibido en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 16 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 155331 | $ 200,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones ya vencidas, cuyos pagos los titulares de los bonos han recibido en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 17 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX  3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 161704 | $ 258,520.83 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 18 | COOPERATIVA DE AHORRO Y CREDITO FAMILIAR PROGRESISTA<br>ATTN. JAVIAR CLAUDIO LOPEZ<br>URB. PUERTO NUEVO<br>479 AVE. DE DIEGO<br>SAN JUAN, PR 00920-3706 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 58909 | $ 1,004,145.87* |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Centésima Nonagésima Novena Objeción Global
## Anexo A: Reclamos de Bonos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | COOPERATIVA DE AHORRO Y CREDITO NAGUABEÑA<br>ATTN. AXEL SANTIAGO<br>URB. JUAN MENDOZA<br>CALLE 3 B1<br>PO BOX 69<br>NAGUABO, PR 00718 | 6/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 46545 | $ 75,278.18 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones ya vencidas, cuyos pagos los titulares de los bonos han recibido en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 20 | DOBEL, MELANIE<br>105 ST. CHARLES DR<br>MADISON, MS 39110 | 4/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4974 | $ 20,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 21 | FREESE , HARVEY AND MARCIA<br>979 58TH ST<br>DES MOINES, IA 50312 | 4/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8684 | $ 21,349.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 22 | GOMEZ BURGOS, JOSE F<br>URB SAGRADO CORAZON<br>370 CALLE SAN GENARO<br>SAN JUAN, PR 00926-4106 | 3/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 848 | $ 65,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 23 | GONZALEZ CLANTON, CRISTINA<br>HC02 BOX 7360<br>LANES, PR 00669 | 5/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13401 | $ 30,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 24 | HERNANDEZ DENTON, FEDERICO RUPERT<br>1469 TOSSA DEL MAR<br>SAN JUAN, PR 00907 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 39088 | $ 50,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones ya vencidas, cuyos pagos los titulares de los bonos han recibido en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |

## Centésima Nonagésima Novena Objeción Global
### Anexo A: Reclamos de Bonos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | IVAN D. & DANA V. SMITH, TTEE; IVAN D. & DANA V. SMITH, REV; LIVING TR U/A 1/24/94<br>13300 E. 54TH STREET<br>KANSAS CITY, MO 64133-7715 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26313 | $ 10,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 26 | JAMES P HUNTER FAMILY LIVING TRUST U/A DTD 5-22-06<br>36 EAST 1500 SOUTH<br>BOUNTIFUL, UT 84010-5145 | 3/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3237 | $ 50,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 27 | JOEL T KELNER SEP IRA<br>T&T CAPITAL MANAGEMENT<br>7242 E CORTEZ RD<br>SCOTTSDALE, AZ 85260 | 3/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1718 | $ 10,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 28 | JONATHAN D. RUBIN TTEE<br>JONATHAN D. RUBIN<br>371 MAPLEWOOD AVENUE<br>MERION STATION, PA 19066-1011 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 68633 | $ 40,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 29 | LAZAROFF, FAYE<br>6 PAMRAPO COURT EAST<br>GLEN ROCK, NJ 07452 | 3/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1642 | $ 50,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 30 | LOWERY, JOSEPH<br>3 MARTIN LANE<br>FLEMINGTON, NJ 08822 | 4/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8536 | $ 30,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |

## Centésima Nonagésima Novena Objeción Global
### Anexo A: Reclamos de Bonos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 31 | MARY M. BYERS TTEE, MARY M. BYERS REV. TRUST<br>2654 WHITMAN DRIVE<br>WILMINGTON, DE 19808 | 3/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4941 | $ 10,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 32 | MEDINA OCASIO, MARCOS A<br>B1 CALLE TULIP<br>SAN JUAN, PR 00926-5931 | 6/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 61436 | $ 50,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 33 | MILLER, FRANK A.<br>25-40 SHORE BLVD PH19T<br>ASTORIA, NY 11102 | 4/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9149 | $ 25,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 34 | MILLER, KENNETH R.<br>8919 PARK ROAD, APT 5000<br>CHARLOTTE, NC 28210 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 39349 | $ 90,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 35 | MILLER, KENNETH R.<br>8919 PARK ROAD<br>APT. 5000<br>CHARLOTTE, NC 28210 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 37005 | $ 150,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 36 | MILLER, KENNETH R. AND JACQUELINE B<br>8919 PARK ROAD<br>APT 5000<br>CHARLOTTE, NC 28210 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34437 | $ 200,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |

## Centésima Nonagésima Novena Objeción Global
## Anexo A: Reclamos de Bonos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 37 | MORALES-ESTRADA, ANDRES<br>URB. SANTA CLARA<br>H-1 CALLE ANAMU<br>GUAYNABO, PR 00969-6842 | 6/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 71387 | $ 10,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 38 | NORVIN G SHUSTER AND DEBRA J LEE<br>16734 NW WATERFORD WAY<br>PORTLAND, OR 97019 | 4/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6157 | $ 25,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 39 | OSVALDO J. ORTIZ, BY JOSE O. FERNANDEZ, EXECUTOR<br>2053 PONCE BY PASS<br>SUITE 201<br>PONCE, PR 00717-1308 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31273 | $ 155,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 40 | PATRICIA O HUNTER FAMILY LIVING TRUST U/A DTD 5-22-06<br>36 EAST 1500 SOUTH<br>BOUNTIFUL, UT 84010-5145 | 3/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5732 | $ 25,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 41 | ROSEN, BARBARA<br>2100 LINWOOD AVE<br>APT 16K<br>FORT LEE, NJ 07024 | 3/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2921 | $ 10,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 42 | SANTANA, JOSEFINA<br>P.O. BOX 8947<br>CAROLINA, PR 00988 | 5/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12070 | $ 10,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |

## Centésima Nonagésima Novena Objeción Global
## Anexo A: Reclamos de Bonos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 43 | SANTIAGO MARTINEZ, SONIA L.<br>URB. BORINQUEN<br>J1- A CALLE FRANCISCO OLLER<br>CABO ROSO, PR 00623 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27132 | $ 5,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 44 | SCHLENCK, ULRICH & BIANKA<br>20830 PERSIMMON PL<br>ESTERO, FL 33928 | 5/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10126 | $ 20,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 45 | UNIVERSAL GROUP, INC.<br>P.O. BOX 193900<br>SAN JUAN, PR 00919 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 129522 | $ 75,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 46 | VEIT, DIANE C<br>1480 WESTWOOD DR<br>MINNETRISTA, MN 55364 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23232 | $ 26,686.37 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| | | | | | TOTAL | $ 12,080,632.89* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados