**<u>EXHIBIT B</u>**
**Declaration of Jay Herriman**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                         Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

**DECLARATION OF JAY HERRIMAN IN SUPPORT OF THE ONE HUNDRED NINETY-NINTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN PRASA SENIOR LIEN BONDS**

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that

the following is true and correct to the best of my knowledge, information and belief:

1.      I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M").

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") retained

A&M to assist with, *inter alia*, the claims reconciliation process for the Debtors' cases filed

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]
Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2.       In my capacity as a Managing Director of A&M, I am one of the persons
responsible for overseeing the claims reconciliation and objection process in the Debtors' cases
filed pursuant to PROMESA.  The Debtors' ongoing claims reconciliation process involves the
collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill &
Borges LLC, counsel for the Oversight Board, the legal representative for the Commonwealth of
Puerto Rico.

3.       I submit this declaration in support of the *One Hundred Ninety-Ninth Omnibus
Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by Holders of
Certain PRASA Senior Lien Bonds* (the "One Hundred Ninety-Ninth Omnibus Objection").[3]  I
have personally reviewed the One Hundred Ninety-Ninth Omnibus Objection and exhibits thereto
and am, accordingly, familiar with the information contained therein.

4.       In preparation for filing the One Hundred Ninety-Ninth Omnibus Objection, and
under my direction and/or supervision, each of the claims at issue in the One Hundred Ninety-
Ninth Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence
by the appropriate personnel, or were reviewed and analyzed by personnel at other agents retained
by the Oversight Board.  These efforts resulted in the identification of the claims to be disallowed,
as identified in Exhibit A to the One Hundred Ninety-Ninth Omnibus Objection.

5.       Proskauer identified CUSIPs associated with Senior Lien bonds issued by the
Puerto Rico Aqueducts and Sewers Authority ("PRASA") that are not in default, and/or that have

---

[2]  PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in
the One Hundred Ninety-Ninth Omnibus Objection.

already matured and been paid in full.  To the best of my knowledge, information, and belief, the claims identified in Exhibit A to the One Hundred Ninety-Ninth Omnibus Objection (collectively, the "Claims to Be Disallowed") assert liabilities associated with those PRASA bonds.  Under my direction and/or supervision, each of the claims at issue in the One Hundred Ninety-Ninth Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel and determined to assert CUSIP numbers for bonds that are not in default and/or had matured and been paid in full.  These efforts resulted in the identification of the claims to be disallowed, as identified in Exhibit A to the One Hundred Ninety-Ninth Omnibus Objection.

6.    Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the One Hundred Ninety-Ninth Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of the Commonwealth and their creditors.

7.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 11, 2020

By: /s/ Jay Herriman
Jay Herriman

**<u>ANEXO B</u>**
**Declaración de Jay Herriman**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

---

*In re*:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,
          como representante
DEL ESTADO LIBRE ASOCIADO DE PUERTO
RICO, *et al.*,

                              Deudores.[1]

PROMESA
Título III
Núm. 17 BK 3283-LTS
(Administrado Conjuntamente)

**La presente radicación guarda
relación con el ELA.**

---

**DECLARACIÓN DE JAY HERRIMAN EN APOYO DE LA CENTÉSIMA
NONAGÉSIMA NOVENA OBJECIÓN GLOBAL (SUBJETIVA) DEL ESTADO LIBRE
ASOCIADO DE PUERTO RICO A RECLAMACIONES RADICADAS POR LOS
TENEDORES DE DETERMINADOS BONOS DE GRAVAMEN AAA PRIORITARIOS**

Yo, Jay Herriman, de conformidad con el título 28 U.S.C., § 1746, por medio de la presente

declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi fiel saber

y entender:

1.        Soy director general de Alvarez & Marsal North America, LLC ("A&M"). La Junta

de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") contrató

a A&M para que le ayudara, entre otras cosas, con el proceso de reconciliación de reclamaciones

en relación con los casos de los Deudores radicados conforme a la *Ley para la Supervisión,*

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos
cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre
Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la
identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico
("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva
federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17
BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los
Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-
LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de
Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación
contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados
conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-
5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título
III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

*Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2] Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

2.          En mi capacidad de director general de A&M, soy una de las personas responsables de supervisar el proceso de reconciliación y objeciones relativo a las reclamaciones en el marco de los casos de los Deudores radicados conforme a PROMESA. El proceso continuo de reconciliación de reclamaciones de los Deudores implica un esfuerzo colectivo de un equipo de los empleados de A&M, así como de Proskauer Rose LLP y O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal del Estado Libre Asociado de Puerto Rico.

3.          Realizo esta declaración en apoyo de la *Centésima nonagésima novena objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones radicadas por los tenedores de determinados Bonos AAA de gravamen prioritarios* (la "Centésima nonagésima novena objeción global").[3]  He revisado personalmente la Centésima nonagésima novena objeción global, y los anexos relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4.          Durante el proceso de preparación para radicar la Centésima nonagésima novena objeción global, bajo mi dirección y/o supervisión, cada una de las reclamaciones controvertidas en la Centésima nonagésima novena objeción global fue examinada y analizada cuidadosamente de buena fe aplicando la debida diligencia por parte del personal pertinente, o fue examinada y analizada por el personal de otros agentes contratados por la Junta de Supervisión. Dichos esfuerzos resultaron en la identificación de las reclamaciones que han de ser rechazadas, según se identifica en el Anexo A de la Centésima nonagésima novena objeción global.

---

[2]  PROMESA ha sido codificada en el título 48 U.S.C., §§ 2101-2241.

[3] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Centésima nonagésima novena objeción global.

5.      Proskauer identificó los CUSIP vinculados con los bonos emitidos por la AAA no han incurrido en ningún incumplimiento, y/o ya han vencido y han sido pagos en su totalidad. A mi fiel saber y entender, las reclamaciones identificadas en el <u>Anexo A</u> de la Centésima nonagésima novena objeción global (conjuntamente, las "<u>Reclamaciones que han de ser rechazadas</u>") alegan responsabilidades junto a las responsabilidades asociadas con aquellos bonos de la AAA. Bajo mi dirección y/o supervisión, cada una de las Centésima nonagésima novena reclamaciones controvertidas en la objeción global fue examinada y analizada cuidadosamente de buena fe aplicando la debida diligencia por parte del personal pertinente, y se ha determinado que los números CUSIP de los bonos no han incurrido en ningún incumplimiento o habían vencido y han sido pagos en su totalidad. Dichos esfuerzos resultaron en la identificación de las reclamaciones que han de ser rechazadas, según se identifica en el <u>Anexo A</u> de la Centésima nonagésima novena objeción global.

6.      Sobre la base de lo que antecede, y a mi fiel saber y entender, la información contenida en la Centésima nonagésima novena objeción global y en sus anexos es veraz y correcta, y el remedio allí solicitado redunda en el mejor interés del ELA y de sus acreedores.

7.      Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi fiel saber y entender.

Fecha: 11 de junio de 2020

Por: *[Firma en la versión en ingles]*
       Jay Herriman