# **ANEXO A**

**Relación de reclamaciones objeto de la Centésima nonagésima octava objeción global**

## Centésima Nonagésima Octava Objeción Global
### Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ANDREA MUROWSKI & MARK DEGAETANO<br>1140 WYOMING DRIVE<br>MOUNTAINSIDE, NJ 07092 | 5/8/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 9670 | $ 65,000.00 |
| | Base para: El Reclamante reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Carreteras y Transportación (ACT), que son duplicados de una o más Evidencias Maestras de Reclamos presentadas por el agente fiscal o el fiduciario de este o estos bonos en el Caso de la ACT al amparo del Título III. Asimismo, el Reclamante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. | | | | | |
| 2 | APRIL L AND ROBRTL SEVCIK TTEE SEVCIK FAMILY LIV TRUST<br>PO BOX 1926<br>JACKSONVILLE, OR 97530 | 3/9/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 1719 | $ 15,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 3 | BONILLA, EUGENIO CHINEA<br>URB PINERO<br>CALLE ALHAMBRA #109<br>SAN JUAN, PR 00917-3129 | 5/7/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 12558 | $ 98,173.39 |
| | Base para: El Reclamante reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Carreteras y Transportación (ACT), que son duplicados de una o más Evidencias Maestras de Reclamos presentadas por el agente fiscal o el fiduciario de este o estos bonos en el Caso de la ACT al amparo del Título III. Asimismo, el Reclamante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. | | | | | |
| 4 | BRIGADE CAPITAL MANAGEMENT, LP<br>ATTN: PATRICK CRISCILLO<br>399 PARK AVENUE, 16TH FLOOR<br>NEW YORK, NY 10022 | 5/25/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 21572 | $ 11,395,000.00 |
| | Base para: El Reclamante reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Carreteras y Transportación (ACT), que son duplicados de una o más Evidencias Maestras de Reclamos presentadas por el agente fiscal o el fiduciario de este o estos bonos en el Caso de la ACT al amparo del Título III. Asimismo, el Reclamante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. | | | | | |
| 5 | BROWN, STEVEN D<br>23855 BUTTEVILLE RD<br>AURORA, OR 97002 | 3/8/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 1480 | $ 35,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 6 | BROWN, STEVEN D<br>23855 BUTTEVILLE RD<br>AURORA, OR 97002 | 3/8/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 1556 | $ 20,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Centésima Nonagésima Octava Objeción Global
### Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | CARUSO, CONSTANCE S. & DENNIS M.<br>6106 TENNYSON DRIVE<br>WEST CHESTER, OH 45069 | 4/24/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 6994 | $ 213,505.00 |
| | Base para: El Reclamante reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Carreteras y Transportación (ACT), que son duplicados de una o más Evidencias Maestras de Reclamos presentadas por el agente fiscal o el fiduciario de este o estos bonos en el Caso de la ACT al amparo del Título III. Asimismo, el Reclamante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. | | | | | |
| 8 | CHAN, CORA S<br>500 106TH AVE NE<br>UNIT 1603<br>BELLEVUE, WA 98004 | 5/28/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 24932 | $ 5,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 9 | COHEN, FRANCINE R<br>42 MYRTLE ST<br>#A1<br>SOMMERVILLE, MA 02145-4314 | 4/26/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 8847 | $ 65,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 10 | DAVIDSON, BRYAN & DEENA<br>4058 FLORA PL<br>SAINT LOUIS, MO 63110-3604 | 4/5/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 4102 | $ 10,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 11 | DAVIS, ANDREW P.<br>333 WEST END AVE (#4B)<br>NEW YORK, NY 10023 | 3/16/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 3074 | $ 25,000.00* |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 12 | DAVIS, JESSICA G<br>333 WEST END AVE (#4B)<br>NEW YORK, NY 10023 | 3/16/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 3121 | $ 95,000.00* |
| | Base para: El Reclamante reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Carreteras y Transportación (ACT), que son duplicados de una o más Evidencias Maestras de Reclamos presentadas por el agente fiscal o el fiduciario de este o estos bonos en el Caso de la ACT al amparo del Título III. Asimismo, el Reclamante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Centésima Nonagésima Octava Objeción Global
### Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | FABER, ROBERT B.<br>19 ROBIN CIRCLE<br>STOUGHTON, MA 02072 | 5/14/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 15277 | $ 231,305.25 |

Base para: El Reclamante reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Carreteras y Transportación (ACT), que son duplicados de una o más Evidencias Maestras de Reclamos presentadas por el agente fiscal o el fiduciario de este o estos bonos en el Caso de la ACT al amparo del Título III. Asimismo, el Reclamante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | GARMON, WOODROW E. & MARY W.<br>14214 MEGANS FALLS CT<br>HUMBLE, TX 77396 | 3/15/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 2579 | $ 100,000.00 |

Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | GONZE, JOSHUA<br>223 N. GUADALUPE ST. #436<br>SANTE FE, NM 87501 | 3/13/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 2234 | $ 20,000.00 |

Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | GONZE, JOSHUA<br>223 N. GUAPALUPE ST. #436<br>SANTA FE, NM 87501 | 3/13/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 2280 | $ 15,000.00 |

Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | GREGORY, FRED A.<br>11227 136TH AVE<br>KENOSHA, WI 53142 | 4/3/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 5980 | $ 10,000.00 |

Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | HIMMELSTEIN, MATTHEW<br>100 S. INTERLACHEN AVE<br>#203<br>WINTER PARK, FL 32789 | 4/6/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 4279 | $ 50,000.00 |

Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos.

## Centésima Nonagésima Octava Objeción Global
### Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | HOFFMAN, LAURIE<br>23212 SANABRIA LOOP<br>BONITA SPRINGS, FL 34135 | 3/11/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 1209 | $ 10,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 20 | HOFFMAN, LAURIE S<br>23212 SANABRIA LOOP<br>BONITA SPRINGS, FL 34135-5364 | 3/11/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 1189 | $ 10,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 21 | HONORABLE FRANCIS P. CULLAN SCHOLARSHIP TRUST<br>MICHAEL C. CULLEN, TRUSTEE<br>230 KIRBY AVE.<br>WARWICK, RI 02889 | 5/24/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 34385 | $ 20,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 22 | JACQUOT, THOMAS G<br>414 JANSSEN AVE<br>MAYVILLE, WI 53050 | 3/30/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 4626 | $ 50,650.83 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 23 | JAVIA 2005 FAMILY TRUST - MANOJKUMAR JAVIYA, TTEE<br>3804 TIFFANY DRIVE<br>EASTON, PA 18045 | 4/30/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 9871 | $ 40,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 24 | KAZIMOUR, ROBERT F AND JANIS L<br>321 NASSAU ST. SE<br>CEDAR RAPIDS, IA 52403 | 5/4/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 10622 | $ 90,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 25 | KNIPSCHEER, MARIJKE A<br>7488 BLAINE WAY<br>SARASOTA, FL 34231 | 3/21/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 1931 | $ 5,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |

## Centésima Nonagésima Octava Objeción Global
## Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 26 | KOLANKO, FRANK<br>600 PROVIDENCE PIKE<br>NORTH SMITHFIELD, RI 02896 | 4/3/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 5906 | $ 170,000.00 |

Base para: El Reclamante reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Carreteras y Transportación (ACT), que son duplicados de una o más Evidencias Maestras de Reclamos presentadas por el agente fiscal o el fiduciario de este o estos bonos en el Caso de la ACT al amparo del Título III. Asimismo, el Reclamante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | LAMM, LEONARD<br>10401 GROSVENOR PLACE #108<br>ROCKVILLE, MD 20852 | 6/6/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 48727 | $ 14,890.75 |

Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | LAZAROFF, FAYE<br>6 PAMRAPO COURT EAST<br>GLEN ROCK, NJ 07452 | 3/15/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 1563 | $ 5,000.00 |

Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | LUDACK LIVING TRUST DATED JULY 10, 2000<br>EUGENE LUDACK, TRUSTEE<br>2448 RIVERVIEW DR<br>EAU CLAIRE, WI 54703 | 5/16/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 11709 | $ 10,194.58 |

Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | MARILYN CHINEA AND GERMAN URIBE J.T.W.R.O.S<br>117 CALLE REINA MARGARITA<br>GUAYNABO, PR 00969 | 4/17/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 7634 | $ 215,000.00 |

Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | MCGUIRE, DAVID F & RUTH A.<br>2115 FIRST AVE. SE<br>UNIT 3310<br>CEDAR RAPIDS, IA 52402 | 5/4/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 10579 | $ 30,000.00 |

Base para: El Reclamante reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Carreteras y Transportación (ACT), que son duplicados de una o más Evidencias Maestras de Reclamos presentadas por el agente fiscal o el fiduciario de este o estos bonos en el Caso de la ACT al amparo del Título III. Asimismo, el Reclamante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos.

## Centésima Nonagésima Octava Objeción Global
### Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 32 | MILLER, NANCY D.<br>PO BOX 1015<br>BOULDER, CO 80306 | 5/3/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 8443 | $ 50,000.00 |
| | Base para: El Reclamante reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Carreteras y Transportación (ACT), que son duplicados de una o más Evidencias Maestras de Reclamos presentadas por el agente fiscal o el fiduciario de este o estos bonos en el Caso de la ACT al amparo del Título III. Asimismo, el Reclamante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. | | | | | |
| 33 | MONTALVO, IVAN<br>101 BRADY ROAD<br>SACKETS HARBOR, NY 13685-9510 | 5/25/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 30747 | $ 9,997.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 34 | MORGAN STANLEY WEALTH MANAGEMENT (ON BEHALF OF SAKAMOTO-HATA LIVING TRUST)<br>SIMON SAKAMOTO<br>7692 ALBANY POST RD<br>RED HOOK, NY 12571 | 5/6/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 10743 | $ 35,000.00* |
| | Base para: El Reclamante reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Carreteras y Transportación (ACT), que son duplicados de una o más Evidencias Maestras de Reclamos presentadas por el agente fiscal o el fiduciario de este o estos bonos en el Caso de la ACT al amparo del Título III. Asimismo, el Reclamante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. | | | | | |
| 35 | ORCHARD FAMILY TRUST IMA<br>200 RIVER'S EDGE DRIVE<br>SUITE 300<br>MEDFORD, MA 02155 | 6/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 89102 | $ 10,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 36 | OSWALD, WESLEY<br>3369 CR 2182<br>GREENVILLE, TX 75402 | 4/9/2020 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 173721 | $ 15,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 37 | PACINI, MAUREEN<br>1437 LAST OAK CT<br>FORT COLLINS, CO 80525 | 3/31/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4621 | $ 9,764.75 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Centésima Nonagésima Octava Objeción Global
## Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 38 | PAINE WEBBER INCORPORATED<br>1200 HARBOR BLVD.<br>WEEHAWKEN, NJ 07087 | 4/3/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 5963 | $ 5,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 39 | PAPANDREA, BARBARA<br>182 FISHER RD<br>ORWELL, VT 05760 | 5/1/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 8418 | $ 165,000.00 |
| | Base para: El Reclamante reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Carreteras y Transportación (ACT), que son duplicados de una o más Evidencias Maestras de Reclamos presentadas por el agente fiscal o el fiduciario de este o estos bonos en el Caso de la ACT al amparo del Título III. Asimismo, el Reclamante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. | | | | | |
| 40 | PEARLMAN TTEE, HARRIET E<br>36965 WEXFORD DRIVE<br>SOLON, OH 44139 | 3/19/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 3287 | $ 50,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 41 | PLAYA AZUL, CRL<br>ATTN: EDGARDO MUNOZ<br>ATTORNEY FOR CLAIMANT<br>364 LAFAYETTE<br>SAN JUAN, PR 00917-3113 | 6/27/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 56508 | $ 15,179.41 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 42 | QUEBRADA BONITA CRL<br>RE: EDGARDO MUNOZ<br>364 LAFAYETTE<br>SAN JUAN, PR 00917-3113 | 6/27/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 55001 | $ 126,753.43 |
| | Base para: El Reclamante reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Carreteras y Transportación (ACT), que son duplicados de una o más Evidencias Maestras de Reclamos presentadas por el agente fiscal o el fiduciario de este o estos bonos en el Caso de la ACT al amparo del Título III. Asimismo, el Reclamante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. | | | | | |
| 43 | RAMOS VERA, ELIGIO<br>BRISAS PARQUE ESCORIAL<br>APTO 1601<br>CAROLINA, PR 00987 | 5/7/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 11395 | $ 15,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |

## Centésima Nonagésima Octava Objeción Global
### Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 44 | RAMUNDO SR, PETER V<br>8783 NAPLES HERITAGE DRIVE<br>NAPLES, FL 34112 | 3/14/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 1651 | $ 11,024.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 45 | REVOCABLE TRUST OF JOEL BARRY BROWN 10/20/2006; JOEL BARRY BROWN, TRUSTEE<br>2 HENLOPEN COURT<br>LEWES, DE 19958-1768 | 4/20/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 7897 | $ 10,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 46 | RICHARD S WEINBERG & EILEEN E WEINBERG JT-TEN<br>RICHARD WEINBERG<br>241 IRONWOOD CIR<br>ELKINS PARK, PA 19027 | 4/6/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 6569 | $ 25,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 47 | SABIN, JONATHAN<br>MARC PANE - ATTORNEY<br>300 PANTIGO PLACE<br>STE 102<br>EAST HAMPTON, NY 11937 | 5/25/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 22202 | $ 5,611.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 48 | SVEINSON, JAMES THOMAS. & KRISTINE A.<br>PO BOX 211<br>HELENA, MT 59624 | 5/22/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 15475 | $ 85,000.00 |
| | Base para: El Reclamante reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Carreteras y Transportación (ACT), que son duplicados de una o más Evidencias Maestras de Reclamos presentadas por el agente fiscal o el fiduciario de este o estos bonos en el Caso de la ACT al amparo del Título III. Asimismo, el Reclamante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. | | | | | |
| 49 | TAO, RONGJIA<br>21 W HIGH RIDGE ROAD<br>CHERRY HILL, NJ 08003 | 5/26/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 19010 | $ 91,233.75 |
| | Base para: El Reclamante reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Carreteras y Transportación (ACT), que son duplicados de una o más Evidencias Maestras de Reclamos presentadas por el agente fiscal o el fiduciario de este o estos bonos en el Caso de la ACT al amparo del Título III. Asimismo, el Reclamante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Centésima Nonagésima Octava Objeción Global
### Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 50 | THE HEFLER FAMILY TRUST<br>JOHN J. & ELEN A. HEFLER TTEE<br>PO BOX 1643<br>CHARLESTOWN, RI 02813-0921 | 5/22/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 23990 | $ 10,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 51 | THE HEFLER FAMILY TRUST JOHN J. & ELLEN A. HEFLER TTEE<br>PO BOX 1643<br>CHARLESTOWN, RI 02813-0921 | 5/22/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 23963 | $ 50,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 52 | THE MEDICAL PROTECTIVE COMPANY<br>MEDPRO GROUP, ATTN.: ANTHONY BOWSER<br>5814 REED RD<br>FORT WAYNE, IN 46835 | 5/25/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 22142 | $ 1,081,550.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 53 | TORREY, ANTHONY J<br>38 BISCAYNE BLVD.<br>WOODBURY, NJ 08096 | 3/10/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 1787 | $ 10,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 54 | WEDGEWOOD TACOMA LLC<br>312 112TH ST. SO.<br>TACOMA, WA 98444 | 4/30/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 9655 | $ 10,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 55 | WELLS FARGO WISCONSIN TAX FREE FUND<br>100 HERITAGE RESERVE<br>MENOMONEE FALLS, WI 53051 | 3/28/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 5192 | $ 300,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |

## Centésima Nonagésima Octava Objeción Global
### Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 56 | WIDDER, DONALD<br>12 MARIN BAY PARK CT<br>SAN RAFAEL, CA 94901 | 4/30/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 9199 | $ 95,000.00 |

Base para: El Reclamante reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Carreteras y Transportación (ACT), que son duplicados de una o más Evidencias Maestras de Reclamos presentadas por el agente fiscal o el fiduciario de este o estos bonos en el Caso de la ACT al amparo del Título III. Asimismo, el Reclamante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 57 | WILLIAMS, MARION I AND CATHERINE E<br>2040 N BRIDGETON CT<br>FAYETTEVILLE, AR 72701 | 3/14/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 2810 | $ 65,000.00 |

Base para: El Reclamante reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Carreteras y Transportación (ACT), que son duplicados de una o más Evidencias Maestras de Reclamos presentadas por el agente fiscal o el fiduciario de este o estos bonos en el Caso de la ACT al amparo del Título III. Asimismo, el Reclamante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 58 | WLODARCZYK, MATTHEW J<br>20 REID ST.<br>SAYREVILLE, NJ 08872 | 3/22/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 3958 | $ 10,000.00 |

Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos.

| | | TOTAL | $ 15,504,833.14* |
|---|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados