**EXHIBIT A**
**Schedule of Claims Subject to the One Hundred Ninety-Ninth Omnibus Objection**

## One Hundred and Ninety-Ninth Omnibus Objection
### Exhibit A - No Liability Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BEKKEN, MARTHA ELIZABETH<br>1767 SECOND AVE<br>SAN DIEGO, CA 92101 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30002 | $ 20,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CAVO SANTONI, RAFAEL<br>URB. EL ROCIO, 25 CALLE MADVESELVA<br>CAYEY, PR00736-4879 | 5/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17261 | $ 20,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | COOPERATIVA DE A/C AGUAS BUENAS<br>PO BOX 5<br>AGUAS BUENAS, PR 00703 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27571 | $ 250,089.77 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interest in note(s) that are already matured, for which bondholders have received their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | COOPERATIVA DE A/C LA SAGRADA FAMILIA<br>PO BOX 102<br>COROZAL, PR 00783-0102 | 5/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25704 | $ 2,309,391.67 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | COOPERATIVA DE A/C ORIENTAL<br>PO BOX 876<br>HUMACAO, PR 00792-0876 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30417 | $ 352,916.67 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | COOPERATIVA DE A/C ORIENTAL<br>PO BOX 876<br>HUMACAO, PR 00792-0876 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30355 | $ 151,112.50 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interest in note(s) that are already matured, for which bondholders have received their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | COOPERATIVA DE A/C ORIENTAL<br>PO BOX 876<br>HUMACAO, PR 00792-0876 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30459 | $ 978,083.33 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

One Hundred and Ninety-Ninth Omnibus Objection
Exhibit A - No Liability Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | COOPERATIVA DE A/C ORIENTAL<br>PO BOX 876<br>HUMACAO, PR 00792-0876 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30509 | $ 2,016,666.67 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. | | | | | |
| 9 | COOPERATIVA DE AHORRO Y CREDITO AGUSTIN BURGOS RIVERA<br>APARTADO1554<br>VILLALBA, PR 00766 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17111 | $ 100,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interest in note(s) that are already matured, for which bondholders have received their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. | | | | | |
| 10 | COOPERATIVA DE AHORRO Y CREDITO DE LA FEDERACION DE MAESTROS DE PR<br>ATTN. PEDRO GARCIA FIGUEROA<br>PO BOX 270-275<br>SAN JUAN, PR 00928 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 52931 | $ 600,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. | | | | | |
| 11 | COOPERATIVA DE AHORRO Y CREDITO DE OFICIALES DE CUSTODIA DE PR<br>ATTN. EPIFANIO TORRES<br>URB. REPARTO METROPOLITANO<br>1100 CALLE 54 SE<br>SAN JUAN, PR 00921-2731 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53905 | $ 722,884.54 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. | | | | | |
| 12 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 127882 | $ 400,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. | | | | | |
| 13 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140268 | $ 501,944.99 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. | | | | | |

## One Hundred and Ninety-Ninth Omnibus Objection
### Exhibit A - No Liability Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 155210 | $ 100,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interest in note(s) that are already matured, for which bondholders have received their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. | | | | | |
| 15 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 155252 | $ 756,562.50 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interest in note(s) that are already matured, for which bondholders have received their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. | | | | | |
| 16 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 155331 | $ 200,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interest in note(s) that are already matured, for which bondholders have received their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. | | | | | |
| 17 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 161704 | $ 258,520.83 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. | | | | | |
| 18 | COOPERATIVA DE AHORRO Y CREDITO FAMILIAR PROGRESISTA<br>ATTN. JAVIAR CLAUDIO LOPEZ<br>URB. PUERTO NUEVO<br>479 AVE. DE DIEGO<br>SAN JUAN, PR 00920-3706 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58909 | $ 1,004,145.87* |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. | | | | | |
| 19 | COOPERATIVA DE AHORRO Y CREDITO NAGUABEÑA<br>ATTN. AXEL SANTIAGO<br>URB. JUAN MENDOZA<br>CALLE 3 B1<br>PO BOX 69<br>NAGUABO, PR 00718 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46545 | $ 75,278.18 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interest in note(s) that are already matured, for which bondholders have received their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Ninety-Ninth Omnibus Objection
### Exhibit A - No Liability Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | DOBEL, MELANIE<br>105 ST. CHARLES DR<br>MADISON, MS 39110 | 4/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4974 | $ 20,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | FREESE, HARVEY AND MARCIA<br>979 58TH ST<br>DES MOINES, IA 50312 | 4/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8684 | $ 21,349.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | GOMEZ BURGOS, JOSE F<br>URB SAGRADO CORAZON<br>370 CALLE SAN GENARO<br>SAN JUAN, PR 00926-4106 | 3/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 848 | $ 65,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | GONZALEZ CLANTON, CRISTINA<br>HC02 BOX 7360<br>LANES, PR 00669 | 5/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13401 | $ 30,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | HERNANDEZ DENTON, FEDERICO RUPERT<br>1469 TOSSA DEL MAR<br>SAN JUAN, PR 00907 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39088 | $ 50,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interest in note(s) that are already matured, for which bondholders have received their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | IVAN D. & DANA V. SMITH, TTEE; IVAN D. & DANA V. SMITH, REV; LIVING TR U/A 1/24/94<br>13300 E. 54TH STREET<br>KANSAS CITY, MO 64133-7715 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26313 | $ 10,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | JAMES P HUNTER FAMILY LIVING TRUST U/A DTD5-22-06<br>36 EAST 1500 SOUTH<br>BOUNTIFUL, UT 84010-5145 | 3/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3237 | $ 50,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

## One Hundred and Ninety-Ninth Omnibus Objection
### Exhibit A - No Liability Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | JOEL T KELNER SEP IRA<br>T&T CAPITAL MANAGEMENT<br>7242 E CORTEZ RD<br>SCOTTSDALE, AZ 85260 | 3/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1718 | $ 10,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | JONATHAN D. RUBIN TTEE<br>JONATHAN D. RUBIN<br>371 MAPLEWOOD AVENUE<br>MERION STATION, PA19066-1011 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 68633 | $ 40,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | LAZAROFF, FAYE<br>6 PAMRAPO COURT EAST<br>GLEN ROCK, NJ 07452 | 3/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1642 | $ 50,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | LOWERY, JOSEPH<br>3 MARTIN LANE<br>FLEMINGTON, NJ 08822 | 4/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8536 | $ 30,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | MARY M. BYERS TTEE, MARY M. BYERS REV. TRUST<br>2654 WHITMAN DRIVE<br>WILMINGTON, DE 19808 | 3/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4941 | $ 10,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | MEDINA OCASIO, MARCOS A<br>B1 CALLE TULIP<br>SAN JUAN, PR 00926-5931 | 6/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 61436 | $ 50,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | MILLER , FRANK A.<br>25-40 SHORE BLVD PH19T<br>ASTORIA, NY 11102 | 4/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9149 | $ 25,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

## One Hundred and Ninety-Ninth Omnibus Objection
### Exhibit A - No Liability Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 34 | MILLER, KENNETH R.<br>8919 PARK ROAD, APT 5000<br>CHARLOTTE, NC 28210 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39349 | $ 90,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. | | | | | |
| 35 | MILLER, KENNETH R.<br>8919 PARK ROAD<br>APT. 5000<br>CHARLOTTE, NC 28210 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 37005 | $ 150,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. | | | | | |
| 36 | MILLER, KENNETH R. AND JACQUELINE B<br>8919 PARK ROAD<br>APT 5000<br>CHARLOTTE, NC 28210 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34437 | $ 200,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. | | | | | |
| 37 | MORALES-ESTRADA, ANDRES<br>URB. SANTA CLARA<br>H-1 CALLE ANAMU<br>GUAYNABO, PR 00969-6842 | 6/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 71387 | $ 10,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. | | | | | |
| 38 | NORVIN G SHUSTER AND DEBRA J LEE<br>16734 NW WATERFORD WAY<br>PORTLAND, OR 97019 | 4/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6157 | $ 25,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. | | | | | |
| 39 | OSVALDO J. ORTIZ, BY JOSE O. FERNANDEZ, EXECUTOR<br>2053 PONCE BY PASS<br>SUITE 201<br>PONCE, PR 00717-1308 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31273 | $ 155,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. | | | | | |

### One Hundred and Ninety-Ninth Omnibus Objection
### Exhibit A - No Liability Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 40 | PATRICIA O HUNTER FAMILY LIVING TRUST U/A DTD 5-22-06<br>36 EAST 1500 SOUTH<br>BOUNTIFUL, UT 84010-5145 | 3/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5732 | $ 25,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | ROSEN, BARBARA<br>2100 LINWOOD AVE<br>APT 16K<br>FORT LEE, NJ 07024 | 3/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2921 | $ 10,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | SANTANA, JOSEFINA<br>P.O. BOX 8947<br>CAROLINA, PR 00988 | 5/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12070 | $ 10,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | SANTIAGO MARTINEZ, SONIA L.<br>URB. BORINQUEN<br>J1- A CALLE FRANCISCO OLLER<br>CABO ROSO, PR 00623 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27132 | $ 5,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | SCHLENCK, ULRICH & BIANKA<br>20830 PERSIMMON PL<br>ESTERO, FL 33928 | 5/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10126 | $ 20,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | UNIVERSAL GROUP, INC.<br>P.O. BOX 193900<br>SAN JUAN, PR 00919 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 129522 | $ 75,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

One Hundred and Ninety-Ninth Omnibus Objection
Exhibit A - No Liability Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 46 | VEIT, DIANE C<br>1480 WESTWOOD DR<br>MINNETRISTA, MN 55364 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23232 | $ 26,686.37 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | TOTAL | $ 12,080,632.89* |