# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima objeción global**

## DUCENTÉSIMA OBJECIÓN COLECTIVA

Anexo A – Reclamaciones Contra el Deudor Incorrecto

| | NOMBRE | N.° DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | CORREGIDO MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | BEDARD, MADELYN<br>RR1 BOX 6676<br>GUAYAMA, PR  00784 | 251 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | $1,220.00 | ESTADO LIBRE ASOCIADO DE PUERTO RICO | $1,220.00 |
| | Base para: Demandante identifica como deudor a la Autoridad de Energía Eléctrica de Puerto Rico, cuando la evidencia de reclamación y/o documentación secundaria proveída incluye documentación relacionadas con  devoluciones de impuestos para el reclamo, demuestra que cualquier responsabilidad reside, si alguna, bajo el Estado Libre Asociado de Puerto Rico | | | | | |
| 2 | MACHADO VARGAS, JUAN<br>HC 3 BOX 7512<br>DORADO, PR  00646 | 10039 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | $2,561.00 | ESTADO LIBRE ASOCIADO DE PUERTO RICO | $2,561.00 |
| | Base para: Demandante identifica como deudor a la Autoridad de Energía Eléctrica de Puerto Rico, cuando la evidencia de reclamación y/o documentación secundaria proveída incluye documentación relacionadas con  devoluciones de impuestos para el reclamo, demuestra que cualquier responsabilidad reside, si alguna, bajo el Estado Libre Asociado de Puerto Rico | | | | | |
| 3 | MATOS RODRIGUEZ, LUIS<br>HC 3 BOX 71167<br>BARRANQUITAS, PR  00794 | 121450 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | $2,810.00 | ESTADO LIBRE ASOCIADO DE PUERTO RICO | $2,810.00 |
| | Base para: Demandante identifica como deudor a la Autoridad de Energía Eléctrica de Puerto Rico, cuando la evidencia de reclamación y/o documentación secundaria proveída incluye documentación relacionadas con  devoluciones de impuestos para el reclamo, demuestra que cualquier responsabilidad reside, si alguna, bajo el Estado Libre Asociado de Puerto Rico | | | | | |
| 4 | OCASIO-GONZALEZ, MANUEL ANTONIO<br>URB. METROPOLIS 2M-84 AVE. D<br>CAROLINA, PR  00987 | 93007 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | $2,363.00 | ESTADO LIBRE ASOCIADO DE PUERTO RICO | $2,363.00 |
| | Base para: Demandante identifica como deudor a la Autoridad de Energía Eléctrica de Puerto Rico, cuando la evidencia de reclamación y/o documentación secundaria proveída incluye documentación relacionadas con  devoluciones de impuestos para el reclamo, demuestra que cualquier responsabilidad reside, si alguna, bajo el Estado Libre Asociado de Puerto Rico | | | | | |
| 5 | RODRIGUEZ TORRES, JOSEY<br>609 AVENIDA TITO CASTRO<br>STE 102 PMB 504<br>PONCE, PR  00716 | 168512 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | $2,387.00 | ESTADO LIBRE ASOCIADO DE PUERTO RICO | $2,387.00 |
| | Base para: Demandante identifica como deudor a la Autoridad de Energía Eléctrica de Puerto Rico, cuando la evidencia de reclamación y/o documentación secundaria proveída incluye documentación relacionadas con  devoluciones de impuestos para el reclamo, demuestra que cualquier responsabilidad reside, si alguna, bajo el Estado Libre Asociado de Puerto Rico | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

## DUCENTÉSIMA OBJECIÓN COLECTIVA

### Anexo A – Reclamaciones Contra el Deudor Incorrecto

| | NOMBRE | N.° DE RECLAMACIÓN | FORMULADAS DEUDOR | MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 6 | VIERA-PLANAS, GILBERTO<br>URB LOS ALMENDROS<br>760 CALLE RIACHUELO<br>PONCE, PR  00716 | 33984 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | $2,671.32 | ESTADO LIBRE ASOCIADO DE PUERTO RICO | $2,671.32 |

Base para: Demandante identifica como deudor a la Autoridad de Energía Eléctrica de Puerto Rico, cuando la evidencia de reclamación y/o documentación secundaria proveída incluye documentación relacionadas con  devoluciones de impuestos para el reclamo, demuestra que cualquier responsabilidad reside, si alguna, bajo el Estado Libre Asociado de Puerto Rico

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

*Página 2 de 2*