# EXHIBIT A
**Schedule of Claims Subject to the Two Hundred Second Omnibus Objection**

## Two Hundred and Second Omnibus Objection
## Exhibit A - No Liability Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | JORGE L. IRIZARRY DOMINICCI Y MARIAN I. ROIG FRANCESCHINI<br>URB. PUNTO ORO 4447 CALLE EL ANGEL<br>PONCE, PR 00728-2048 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36574 | Undetermined* |

Reason: Claim purports to assert liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | LIMARDO SANCHEZ, ABNER<br>CALLE BRASIL B10 GARDENVILLE<br>GUAYNABO, PR 00966-2023 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11124 | Undetermined* |

Reason: Claim purports to assert liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | MERLY PEREZ, ANGEL<br>PO BOX 366313<br>SAN JUAN, PR 00936-6313 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79785 | $ 161,179.50 |

Reason: Claim purports to assert liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | SANTOS DIAZ, HECTOR<br>URB EL ROCIO<br>37 CALLE LIMONCILLO<br>CAYEY, PR 00736-4880 | 2/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1337 | $ 106,991.31 |

Reason: Claim purports to assert liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | | | | | TOTAL | $ 268,170.81* |