## ANEXO A

**Relación de reclamaciones objeto de la Ducentésima segunda objeción global**

## Ducentésima Segunda Objeción Global
### Anexo A: Reclamos de Bonos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | JORGE L. IRIZARRY DOMINICCI Y MARIAN I. ROIG FRANCESCHINI<br>URB. PUNTO ORO 4447 CALLE EL ANGEL<br>PONCE, PR 00728-2048 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36574 | Indeterminado* |
| | Base para: El Reclamo pretende invocar una responsabilidad basada en la presunta propiedad de los Bonos del Banco Gubernamental de Fomento (BGF) que estuvieron sujetos a la Modificación Cualificada, la cual habilitaba la emisión de títulos nuevos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía por parte del Estado Libre Asociado de determinados Bonos del BGF, razón por la cual el Estado Libre Asociado ya no tiene responsabilidad en estos reclamos. | | | | | |
| 2 | LIMARDO SANCHEZ, ABNER<br>CALLE BRASIL B10 GARDENVILLE<br>GUAYNABO, PR 00966-2023 | 5/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11124 | Indeterminado* |
| | Base para: El Reclamo pretende invocar una responsabilidad basada en la presunta propiedad de los Bonos del Banco Gubernamental de Fomento (BGF) que estuvieron sujetos a la Modificación Cualificada, la cual habilitaba la emisión de títulos nuevos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía por parte del Estado Libre Asociado de determinados Bonos del BGF, razón por la cual el Estado Libre Asociado ya no tiene responsabilidad en estos reclamos. | | | | | |
| 3 | MERLY PEREZ, ANGEL<br>PO BOX 366313<br>SAN JUAN, PR 00936-6313 | 6/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 79785 | $ 161,179.50 |
| | Base para: El Reclamo pretende invocar una responsabilidad basada en la presunta propiedad de los Bonos del Banco Gubernamental de Fomento (BGF) que estuvieron sujetos a la Modificación Cualificada, la cual habilitaba la emisión de títulos nuevos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía por parte del Estado Libre Asociado de determinados Bonos del BGF, razón por la cual el Estado Libre Asociado ya no tiene responsabilidad en estos reclamos. | | | | | |
| 4 | SANTOS DIAZ, HECTOR<br>URB EL ROCIO<br>37 CALLE LIMONCILLO<br>CAYEY, PR 00736-4880 | 2/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1337 | $ 106,991.31 |
| | Base para: El Reclamo pretende invocar una responsabilidad basada en la presunta propiedad de los Bonos del Banco Gubernamental de Fomento (BGF) que estuvieron sujetos a la Modificación Cualificada, la cual habilitaba la emisión de títulos nuevos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía por parte del Estado Libre Asociado de determinados Bonos del BGF, razón por la cual el Estado Libre Asociado ya no tiene responsabilidad en estos reclamos. | | | | | |
| | | | | | TOTAL | $ 268,170.81* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados