**EXHIBIT D**
**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the<br>Commonwealth.** |

### ORDER GRANTING TWO HUNDRED SECOND OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE COMMONWEALTH OF PUERTO RICO IS NOT LIABLE

Upon the *Two Hundred Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for which the Commonwealth of Puerto Rico Is Not Liable* (the "Two Hundred Second Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth"), dated June 11, 2020, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Two Hundred Second

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Two Hundred Second Omnibus Objection.

Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider

the Two Hundred Second Omnibus Objection and to grant the relief requested therein pursuant to

PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and

due and proper notice of the Two Hundred Second Omnibus Objection having been provided to

those parties identified therein, and no other or further notice being required; and the Court having

determined that the claims identified in <u>Exhibit A</u> to the Two Hundred Second Omnibus Objection

seek recovery of amounts for which the Commonwealth is not liable; and the Court having

determined that the relief sought in the Two Hundred Second Omnibus Objection is in the best

interest of the Commonwealth and its creditors, and all the parties in interest; and the Court having

determined that the legal and factual bases set forth in the Two Hundred Second Omnibus

Objection establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor; and after due deliberation and sufficient cause appearing therefor, it is

hereby

ORDERED that the Two Hundred Second Omnibus Objection is GRANTED as set

forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their

entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the Claims

to be disallowed from the official claims registry in the Title III Cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.


Dated: _____


_____
Honorable Judge Laura Taylor Swain
United States District Judge

## ANEXO D
**Orden propuesta**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

*In re*:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,
    como representante
DEL ESTADO LIBRE ASOCIADO DE PUERTO
RICO, *et al.*,

                  Deudores.[1]

PROMESA
Título III
Núm. 17 BK 3283-LTS
(Administrado Conjuntamente)

**La presente radicación guarda
relación con el ELA.**

ORDEN POR LA QUE SE CONCEDE LA DUCENTÉSIMA SEGUNDA OBJECIÓN
GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A
RECLAMACIONES POR LAS QUE EL ESTADO LIBRE ASOCIADO DE PUERTO RICO
NO TIENE RESPONSABILIDAD

Vista la *Ducentésima segunda objeción global (sustantiva) del Estado Libre
Asociado de Puerto Rico a Reclamaciones por las que el Estado Libre Asociado de Puerto Rico
no tiene responsabilidad* (la "Ducentésima segunda objeción global"),[2] radicada por el Estado

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso
de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva
federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el
"ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la
identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés
Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS)
(Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de
Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK
3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el
Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto
Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la
identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto
Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la
identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de
Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el
SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro
dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título
III están enumerados como números de casos de quiebra debido a ciertas limitaciones en
el programa informático).

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el
significado que les haya sido atribuido en la Ducentésima segunda objeción global.

Libre Asociado de Puerto Rico (el "ELA"), de fecha 11 de junio de 2020, para que se dicte una orden que rechace en su totalidad determinadas reclamaciones radicadas contra el ELA, y según se establece con más detalle en la Ducentésima segunda objeción global y en sus correspondientes anexos justificativos; y al tener el Tribunal jurisdicción para atender la Ducentésima segunda objeción global y para conceder el remedio en ella solicitado conforme a PROMESA, sección 306(a); y siendo la sede judicial competente conforme a PROMESA, sección 307(a); y habiéndose efectuado, en tiempo y forma, la notificación de la Ducentésima segunda objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y habiendo determinado el Tribunal que las reclamaciones mencionadas en el Anexo A de la Ducentésima segunda objeción global pretenden obtener la recuperación de montos por los que el ELA no es responsable; y habiendo determinado el Tribunal que el remedio solicitado en la Ducentésima segunda objeción global redunda en el mejor interés del ELA y sus acreedores, y de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Ducentésima segunda objeción global establecen una causa justificada para el remedio aquí concedido ; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio de la presente,

SE ORDENA que SE CONCEDA la Ducentésima segunda objeción global, según se establece en el presente documento; además

SE ORDENA que se rechacen en su totalidad las Reclamaciones que han de ser rechazadas; asimismo

SE ORDENA que Prime Clerk, LLC quede autorizada, y reciba instrucciones, para eliminar las Reclamaciones que han de ser rechazadas del registro oficial de reclamaciones en el marco de los Casos de Título III; y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

ASÍ SE ESTABLECE.

Fecha: _____

_____
Su señoría, la juez Laura Taylor Swain
Juez de Distrito de los Estados Unidos