# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima primera objeción global**

## Ducentésima Primera Objeción Global
### Anexo A: Reclamos de Bonos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | DENNIS R. ROMAN RETIREMENT PLAN REPRESENTED BY UBS TRUST COMPANY OF PR<br>UBS TRUST COMPANY OF PR<br>250 MUNOZ RIVERA AVENUE, 10TH FLOOR<br>SAN JUAN, PR 00918 | 6/12/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26492 | $ 25,000.00* |
| | Base para: El reclamo pretende invocar una responsabilidad basada en la presunta propiedad de los Bonos de la Cooperación del Fondo de Interés Apremiante (COFINA) y, por tanto, pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Conciliación y (2) se liquidaron y cancelaron de conformidad con el Plan y la Orden de Confirmación Enmendada. | | | | | |
| 2 | FERNANDEZ TORRES, VIVIEN E.<br>A-9 VIA HORIZONTE, LA VISTA<br>SAN JUAN, PR 00924-4461 | 4/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6917 | $ 75,000.00 |
| | Base para: El reclamo pretende invocar una responsabilidad basada en la presunta propiedad de los Bonos de la Cooperación del Fondo de Interés Apremiante (COFINA) y, por tanto, pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Conciliación y (2) se liquidaron y cancelaron de conformidad con el Plan y la Orden de Confirmación Enmendada. | | | | | |
| 3 | MONTALVO, EDDIE<br>1COND SAN FERNANDO VLG<br>APT 102<br>CAROLINA, PR 00987-6948 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27995 | $ 34,615.38 |
| | Base para: El reclamo pretende invocar una responsabilidad basada en la presunta propiedad de los Bonos de la Cooperación del Fondo de Interés Apremiante (COFINA) y, por tanto, pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Conciliación y (2) se liquidaron y cancelaron de conformidad con el Plan y la Orden de Confirmación Enmendada. | | | | | |
| 4 | PEDRO LARACUENTE VAZQUEZ & PROVIDENCIA RIVERA PAGAN<br>PEDRO LARACUENTE VAZQUEZ<br>PO BOX 548<br>MAYAGUEZ, PR 00681-0548 | 4/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9313 | $ 276,804.00 |
| | Base para: El reclamo pretende invocar una responsabilidad basada en la presunta propiedad de los Bonos de la Cooperación del Fondo de Interés Apremiante (COFINA) y, por tanto, pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Conciliación y (2) se liquidaron y cancelaron de conformidad con el Plan y la Orden de Confirmación Enmendada. | | | | | |
| 5 | SILVER POINT CAPITAL FUND, L.P.<br>CREDIT ADMIN<br>TWO GREEENWICH PLAZA, 1ST FLOOR<br>GREENWICH, CT 06830 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 115039 | Indeterminado* |
| | Base para: El reclamo pretende invocar una responsabilidad basada en la presunta propiedad de los Bonos de la Cooperación del Fondo de Interés Apremiante (COFINA) y, por tanto, pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Conciliación y (2) se liquidaron y cancelaron de conformidad con el Plan y la Orden de Confirmación Enmendada. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Ducentésima Primera Objeción Global
Anexo A: Reclamos de Bonos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | VELEZ FELICIANO, CARMEN J<br>URB SAN IGNACIO<br>1779 CALLE SAN DIEGO<br>SAN JUAN, PR 00927-6811 | 3/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3336 | $ 251,300.00 |
| | Base para: El reclamo pretende invocar una responsabilidad basada en la presunta propiedad de los Bonos de la Cooperación del Fondo de Interés Apremiante (COFINA) y, por tanto, pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Conciliación y (2) se liquidaron y cancelaron de conformidad con el Plan y la Orden de Confirmación Enmendada. | | | | | |
| 7 | WINDERMERE IRELAND FUND PLC<br>C/O ARISTEIA CAPITAL, L.L.C.<br>1 GREENWICH PLAZA<br>GREENWICH, CT 06830 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36802 | Indeterminado* |
| | Base para: El reclamo pretende invocar una responsabilidad basada en la presunta propiedad de los Bonos de la Cooperación del Fondo de Interés Apremiante (COFINA) y, por tanto, pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Conciliación y (2) se liquidaron y cancelaron de conformidad con el Plan y la Orden de Confirmación Enmendada. | | | | | |
| | | | | | TOTAL | $ 662,719.38* |