# EXHIBIT A

**Schedule of Claims Subject to the Two Hundred Third Omnibus Objection**

Two Hundred and Third Omnibus Objection
Exhibit A - Incorrect Debtor Bond Claims

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | LUGO PAGAN, ADA E.<br>PO BOX 771<br>HORMIGUEROS, PR 00660 | 121523 | Commonwealth of Puerto Rico | Unsecured | $100,000.00 | Puerto Rico Electric Power Authority | Unsecured | $100,000.00 |
|   | Reason: Claimant identifies as obligor as Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 2 | THE DENNIS CORREA LOPEZ RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>ATTN: JAVIER GONZALEZ<br>250 MUNOZ RIVERA AVENUE,10TH FLOOR<br>SAN JUAN, PR 00918 | 172375 | Commonwealth of Puerto Rico | Secured | Undetermined* | Puerto Rico Electric Power Authority | Secured | Undetermined* |
|   | Reason: Claimant identifies as obligor as Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
|   | | | TOTAL | | $ 100,000.00* | TOTAL | | $ 100,000.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts