# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima tercera objeción global**

Ducentésima Tercera Objeción Global
Anexo A: Reclamos de Bonos de Deudores Incorrectos

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | LUGO PAGAN, ADA E.<br>PO BOX 771<br>HORMIGUEROS, PR 00660 | 121523 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $100,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $100,000.00 |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si acaso, recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 2 | THE DENNIS CORREA LOPEZ RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>ATTN: JAVIER GONZALEZ<br>250 MUNOZ RIVERA AVENUE, 10TH FLOOR<br>SAN JUAN, PR 00918 | 172375 | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | Garantizada | Indeterminado* |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si acaso, recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| | | | TOTAL | | $ 100,000.00* | TOTAL | | $ 100,000.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados