## **EXHIBIT A**

**Schedule of Claims Subject to Two Hundred Fourth Omnibus Objection**

Two Hundred and Fourth Omnibus Objection
Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>JMB 506 609AVE TITO CASTRO SUITE 102<br>PONCE, PR 00716 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 105594 | Undetermined* | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 04/20/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 173748 | $ 1,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | MARTINEZ VELEZ, RUTH D.<br>PO BOX 6387<br>PONCE, PR 00733-6387 | 05/29/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 40721 | $ 2,389.00* | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 04/21/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 173751 | $ 2,375.52 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 06/27/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 103437 | Undetermined* | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 04/20/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 173749 | $ 4,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 4 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 06/27/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 105684 | Undetermined* | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 04/20/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 173750 | $ 2,400.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 5 | MENDEZ RIVERA, GLORIA M<br>GRAN VISTA II<br>76 PLAZA 8<br>GURABO, PR 00778-5057 | 05/25/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 21751 | $ 24,918.27* | MENDEZ RIVERA, GLORIA M<br>GRAN VISTA II 76 PLAZA 8<br>GURABO, PR 00778 | 05/30/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 28460 | $ 24,918.27* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Fourth Omnibus Objection
Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | RIVERA PEREZ, JOSE R<br>RR 01 BOX 3405<br>CIDRA, PR 00739 | 06/26/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 51163 | $ 181,830.58 | RIVERA PEREZ, JOSE R<br>RR 01<br>BOX 3405<br>CIDRA, PR 00739 | 06/28/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 65779 | $ 181,830.58 |

Reason: Amended and superseded by a later filed Proof of Claim.