# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima cuarta objeción global**

Ducentésima Cuarta Objeción Global
Anexo A: Reclamos Modificados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 MARTINEZ VELEZ, RUTH DALIA LUISA<br>JMB 506 609AVE TITO CASTRO SUITE 102<br>PONCE, PR 00716 | 06/29/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 105594 | Indeterminado* | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 04/20/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 173748 | $ 1,000.00 |
| Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente. | | | | | | | | | |
| 2 MARTINEZ VELEZ, RUTH D.<br>PO BOX 6387<br>PONCE, PR 00733-6387 | 05/29/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 40721 | $ 2,389.00* | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 04/21/20 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 173751 | $ 2,375.52 |
| Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente. | | | | | | | | | |
| 3 MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 06/27/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 103437 | Indeterminado* | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 04/20/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 173749 | $ 4,000.00 |
| Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente. | | | | | | | | | |
| 4 MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 06/27/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 105684 | Indeterminado* | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 04/20/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 173750 | $ 2,400.00* |
| Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente. | | | | | | | | | |
| 5 MENDEZ RIVERA, GLORIA M<br>GRAN VISTA II<br>76 PLAZA 8<br>GURABO, PR 00778-5057 | 05/25/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 21751 | $ 24,918.27* | MENDEZ RIVERA, GLORIA M<br>GRAN VISTA II 76 PLAZA 8<br>GURABO, PR 00778 | 05/30/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 28460 | $ 24,918.27* |
| Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Ducentésima Cuarta Objeción Global
### Anexo A: Reclamos Modificados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6  RIVERA PEREZ , JOSE  R<br>RR 01 BOX 3405<br>CIDRA, PR 00739 | 06/26/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 51163 | $ 181,830.58 | RIVERA PEREZ, JOSE R<br>RR 01<br>BOX 3405<br>CIDRA, PR 00739 | 06/28/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 65779 | $ 181,830.58 |

Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente.