**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>        as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>        as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>        Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

**JOINT INFORMATIVE MOTION REGARDING THE
TREATMENT OF EXHIBITS SUBMITTED IN
CONNECTION WITH THE LIFT STAY MOTIONS**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)

The Financial Oversight and Management Board for Puerto Rico ("Oversight Board") and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF," and together with the Oversight Board, the "Government Parties"), and Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp, National Public Finance Guarantee Corporation, Financial Guaranty Insurance Company, The Bank of New York Mellon, in its capacity as CCDA bondholder trustee, and U.S. Bank Trust National Association, in its capacity as PRIFA bondholder trustee (the "Lift-Stay Parties"),[2] through their respective undersigned counsel, submit this joint informative motion, and respectfully state as follows:

1. On January 16, 2020, and January 31, 2020, the Lift-Stay Parties filed the Lift Stay Motions.[3]

2. On February 3, 2020, the Government Parties filed the Lift-Stay Oppositions.[4]

3. On April 30, 2020, the Lift-Stay Parties filed the Lift-Stay Replies.[5]

---

[2] The Government Parties and the Lift-Stay Parties are collectively referred to as the "Parties."

[3] *See Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection* (Dkt. 10102) (the "HTA Lift-Stay Motion"); *Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon's Motion Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds* (Dkt. 10104) (the "CCDA Lift-Stay Motion"); and *Amended Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* (Dkt. 10602) (the "PRIFA Lift-Stay Motion," and together with the HTA Lift-Stay Motion and CCDA Lift-Stay Motion, the "Lift-Stay Motions").

[4] *See Opposition of Financial Oversight and Management Board for Puerto Rico to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guarantee Insurance Company for Relief from Automatic Stay or, in the Alternative, Adequate Protection* (Dkt. 10613) (the "HTA Opposition,"); *Opposition of Commonwealth of Puerto Rico to Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon Concerning Application of Automatic Stay* (Dkt. 10615) (the "CCDA Opposition"); and *Supplemental Opposition of Commonwealth of Puerto Rico to Amended PRIFA Bondholder Motion to Lift Automatic Stay* (Dkt. 10611) (the "PRIFA Opposition," and together with the HTA Opposition and the PRIFA Opposition, the "Lift-Stay Oppositions").

[5] *See Reply in Support of Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection* (Dkt. 12994) (the "HTA Reply"); *Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty*

2

4. On May 18, 2020, the Oversight Board filed the Lift-Stay Sur-Replies.[6]

5. On May 26, 2020, the Lift-Stay Parties filed the Lift-Stay Responses to Sur-Replies.[7]

6. The HTA Lift-Stay Motion, HTA Opposition, HTA Reply, HTA Sur-Reply, and HTA Response to Sur-Reply shall be referred to collectively as the "HTA Briefs"; the CCDA Lift-Stay Motion, CCDA Opposition, CCDA Reply, CCDA Sur-Reply, and CCDA Response to Sur-Reply shall be referred to collectively as the "CCDA Briefs"; the PRIFA Lift-Stay Motion, PRIFA Opposition, PRIFA Reply, PRIFA Sur-Reply, and PRIFA Response to Sur-Reply shall be referred to collectively as the "PRIFA Briefs"; and the HTA Briefs, PRIFA Briefs, and CCDA Briefs shall be referred to collectively as the "Lift-Stay Briefs."

---

*Municipal Corp., and the Bank of New York Mellon's Reply in Further Support of their Motion Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds* (Dkt. 12997) (the "CCDA Reply"); *Reply of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, in Support of their Amended Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* (Dkt. 12995) (the "PRIFA Reply," and together with the HTA Reply and the CCDA Reply, the "Lift-Stay Replies").

[6] *See Sur-Reply of Financial Oversight and Management Board for Puerto Rico in Opposition to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection* (Dkt. 13157) (the "HTA Sur-Reply"); *Sur-Reply of the Commonwealth of Puerto Rico in Opposition to Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon Concerning Application of Automatic Stay* (Dkt. 13160) (the "CCDA Sur-Reply"); *Sur-Reply of Commonwealth of Puerto Rico in Opposition to Amended PRIFA Bondholder Motion to Lift Automatic Stay* (Dkt. 13159) (the "PRIFA Sur-Reply," and together with the HTA Sur-Reply and the CCDA Sur-Reply, the "Lift-Stay Sur-Replies").

[7] *Response of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company to Sur-Reply of Financial Oversight and Management Board for Puerto Rico in Opposition to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection* (Dkt. 13223) (the "HTA Response to Sur-Reply"); *Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon's Response to the Oversight Board's Sur-Reply in Further Support of their Motion Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds* (Dkt. 13225) (the "CCDA Response to Sur-Reply"); *Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association's Response to the Oversight Board's Sur-Reply in Support of their Amended Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* (Dkt. 13228) (the "PRIFA Response to Sur-Reply," and together with the HTA Response to Sur-Reply and the CCDA Response to Sur-Reply, the "Lift-Stay Responses to Sur-Replies").

3

7. In connection with the Lift Stay Motions, the Parties submitted the following declarations and exhibits:

    a. <u>HTA</u>:

        i. *Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection* (Dkt. 10102), attaching Exhibit A thereto;

        ii. *Declaration of William J. Natbony in Support of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection* (Dkt. 10107), submitting Exhibits B-KK;

        iii. *Opposition of Financial Oversight and Management Board for Puerto Rico to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guarantee Insurance Company for Relief from Automatic Stay or, in the Alternative, Adequate Protection [ECF No. 673]* (Dkt. 10618), attaching Exhibits A-B;

        iv. *Declaration of William J. Natbony in Support of Reply in Support of Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection* (Dkt. 13004), submitting Exhibits 1-67;[8]

        v. *Declaration of William W. Holder in Support of the Reply of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company, in Support of Their Motion for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection* (Dkt. 13017), submitting Exhibit A thereto;

---

[8] As modified by the *Supplemental Reply Declaration of William J. Natbony in Support of Reply in Support of Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection (ECF No. 12994)* (Dtk. 13186), submitting Exhibit 6, and *Informative Motion of HTA Movants Submitting Redacted Documents in Compliance With the Order on Motions to Seal (ECF No. 13351)* (Dkt. 13384), submitting Exhibits 21, 27-40, 42-43, 46-47.

4

    vi.  *Declaration of William J. Natbony in Support of Response of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company to Sur-Reply of Financial Oversight and Management Board for Puerto Rico in Opposition to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection* (Dkt. 13224), submitting Exhibits i-iv;

    vii.  *Declaration of Michael T. Mervis Regarding the Sur-Reply of Commonwealth of Puerto Rico in Opposition to Amended PRIFA Bondholder Motion to Lift Automatic Stay [ECF No. 10602]* (Dkt. 13161), submitting Exhibits A-N;

    viii.  *Informative Motion of HTA Movants Regarding Submission of Supplemental Exhibits for the June 4, 2020 Preliminary Hearing on Lift Stay Motions* (Dkt. 13314), submitting Exhibits 2, 3, 7, 18, 19, 64, 104-126;

    ix.  *Informative Motion of HTA Movants Submitting 2002 HTA Bonds' Closing Transcript and Related Documentation* (Dkt. 13377), submitting Exhibit A thereto.

b. PRIFA:

    i.  *Amended Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* (Dkt. 10602), attaching Exhibits 1-24;

    ii.  *Supplemental Opposition of Commonwealth of Puerto Rico to Amended PRIFA Bondholder Motion to Lift Automatic Stay [ECF No. 10602]* (Dkt. 10611), attaching Exhibit A thereto;

    iii.  *Declaration of Atara Miller in Support of the Reply of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, in Support of Their Amended Motion Concerning Application of the Automatic Stay to the Revenues Securing the PRIFA Rum Tax Bonds* (Dkt. 12998), submitting Exhibits 25-46;

5

    iv. *Supplemental Declaration of Atara Miller in Support of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association's Response to the Oversight Board's Sur-Reply in Support of Their Amended Motion Concerning Application of the Automatic Stay to the Revenues Securing the PRIFA Rum Tax Bonds* (Dkt. 13229), submitting Exhibits 47-50;

    v. *Declaration of William W. Holder in Support of the Reply of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, in Support of Their Amended Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* (Dkt. 13003) (PRIFA Exhibit 51), submitting Exhibit A thereto;

    vi. *Declaration of Michael T. Mervis Regarding the Sur-Reply of Commonwealth of Puerto Rico in Opposition to Amended PRIFA Bondholder Motion to Lift Automatic Stay* (Dkt. 13161), submitting Exhibits A-N;

    vii. *Informative Motion of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company, The Bank of New York, and U.S. Bank Trust National Association Regarding Hearing Exhibits and Related Filings for the PRIFA and CCDA Lift Stay Motions* (Dkt. 13309), submitting Exhibits 52-81[9].

c. <u>CCDA</u>:

    i. *Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and The Bank of New York Mellon's Motion Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds* (Dkt. 10104), attaching Exhibits 1-19;

    ii. *Opposition of Commonwealth of Puerto Rico to Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and The Bank of New York Mellon Concerning Application of Automatic Stay [ECF No. 10104]* (Dkt. 10615), attaching Exhibits A-E;

    iii. *Declaration of John J. Hughes, III in Support of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured*

---

[9] Exhibits 82-88 consisted of demonstratives listed solely for the Court's reference, not exhibits for the record.

6

    *Guaranty Corp., Assured Guaranty Municipal Corp., and The Bank of New York Mellon's Reply in Support of Their Motion Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds* (Dkt. 13007), submitting Exhibits 20-51;

  iv. *Declaration of Colin R. Kass Regarding the Sur-Reply of Commonwealth of Puerto Rico regarding CCDA Bondholder Motion to Lift Automatic Stay* (Dkt. 13162), submitting Exhibits F-K;

  v. *Supplemental Declaration of John J. Hughes, III in Support of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and The Bank of New York Mellon's Response to the Oversight Board's Sur-Reply in Support of Their Motion Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds* (Dkt. 13227), submitting Exhibit 52 thereto.

  8. The Parties have agreed that the declarations and exhibits listed in paragraph 7 above are part of the June 4, 2020 Preliminary Hearing record and can be considered by the Court in connection with a preliminary ruling on the Lift Stay Motions, subject to the following: (a) the exhibits are being offered solely for the purpose stated in the Lift-Stay Briefs; (b) objections raised in the Lift-Stay Briefs regarding certain exhibits, including but not limited to the objection by the Lift Stay Parties to the use by the Government Parties of certain portions of the deposition of Timothy Ahlberg on hearsay grounds, are preserved and may be ruled on by the Court in connection with a preliminary ruling on the Lift Stay Motions; (c) form objections noted on the record during the deposition of Timothy Ahlberg are preserved and may be ruled on by the Court in connection with a preliminary ruling on the Lift Stay Motions;[10] and (d) with respect to each Lift Stay Motion, if there is a final hearing and if the Court determines to hear evidence on the issues of standing and security interest in connection therewith, the agreement set forth herein will

---

[10] The Lift Stay Parties filed the deposition transcript at Dkt. 12998-2, 13004-21, and 13007-25. The Government Parties filed the errata to the deposition transcript at Dkt, 13274-1. Among other transcription errors, the errata notes objections that were interposed at the remote deposition but not transcribed in the original written transcript.

be without prejudice to the Parties' right to object at such final hearing to the admissibility of the declarations and exhibits listed in paragraph 7.

[*Remainder of page intentionally left blank*]

Dated: June 11, 2020
San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: /s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
Sonia Colón (USDC-PR No. 213809) 221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com
scolon@ferraiuoli.com

**MILBANK LLP**

By: /s/ *Atara Miller*
Dennis F. Dunne (admitted *pro hac vice*)
Atara Miller (admitted *pro hac vice*)
Grant R. Mainland (admitted *pro hac vice*)
John J. Hughes, III (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
amiller@milbank.com
gmainland@milbank.com
jhughes2@milbank.com

***Attorneys for Ambac Assurance Corporation***

**ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC**

By: /s/ *Eric Pérez-Ochoa*
 Eric Pérez-Ochoa
 (USDC-PR No. 206314)
 Email: epo@amgprlaw.com

By: /s/ *Luis A. Oliver-Fraticelli*
 Luis A. Oliver-Fraticelli
 (USDC-PR No. 209204)
 Email: loliver@amgprlaw.com

 208 Ponce de Leon Ave., Suite 1600
 San Juan, PR 00936
 Telephone: (787) 756-9000
 Facsimile: (787) 756-9010

**WEIL, GOTSHAL & MANGES LLP**

By: /s/ *Robert S. Berezin*
 Jonathan D. Polkes (admitted *pro hac vice*)
 Gregory Silbert (admitted *pro hac vice*)
 Robert Berezin (admitted *pro hac vice*)
 Kelly DiBlasi (admitted *pro hac vice*)
 Gabriel A. Morgan (admitted *pro hac vice*)
 767 Fifth Avenue
 New York, NY 10153
 Telephone: (212) 310-8000
 Facsimile: (212) 310-8007
 Email: jonathan.polkes@weil.com
   gregory.silbert@weil.com
   robert.berezin@weil.com
   kelly.diblasi@weil.com
   gabriel.morgan@weil.com

***Attorneys for National Public Finance Guarantee Corp.***

**CASELLAS ALCOVER & BURGOS P.S.C.**

By: /s/ *Heriberto Burgos Pérez*
 Heriberto Burgos Pérez
 (USDC-PR No. 204809)
 Ricardo F. Casellas-Sánchez
 (USDC-PR No. 203114)
 Diana Pérez-Seda
 (USDC-PR No. 232014)
 P.O. Box 364924
 San Juan, PR 00936-4924
 Telephone: (787) 756-1400
 Facsimile: (787) 756-1401
 Email: hburgos@cabprlaw.com
   rcasellas@cabprlaw.com
   dperez@cabprlaw.com

**CADWALADER, WICKERSHAM & TAFT LLP**

By: /s/ *Howard R. Hawkins, Jr.*
 Howard R. Hawkins, Jr. (admitted *pro hac vice*)
 Mark C. Ellenberg (admitted *pro hac vice*)
 William J. Natbony (admitted *pro hac vice*)
 Ellen M. Halstead (admitted *pro hac vice*)
 Thomas J. Curtin (admitted *pro hac vice*)
 Casey J. Servais (admitted *pro hac vice*)
 200 Liberty Street
 New York, NY 10281
 Telephone: (212) 504-6000
 Facsimile: (212) 504-6666
 Email: howard.hawkins@cwt.com
   mark.ellenberg@cwt.com
   bill.natbony@cwt.com
   ellen.halstead@cwt.com
   thomas.curtin@cwt.com
   casey.servais@cwt.com

***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.***

**REXACH & PICÓ, CSP**

By: /s/ *María E. Picó*
    María E. Picó
    (USDC-PR No. 123214)
    802 Ave. Fernández Juncos
    San Juan, PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    Email: mpico@rexachpico.com

**BUTLER SNOW LLP**

By: /s/ *Martin A. Sosland*
    Martin A. Sosland (admitted *pro hac vice*)
    5430 LBJ Freeway, Suite 1200
    Dallas, TX 75240
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    Email: martin.sosland@butlersnow.com
    Jason W. Callen (admitted *pro hac vice*)
    150 3rd Ave., S., Suite 1600
    Nashville, TN 37201
    Telephone: (615) 651-6774
    Facsimile: (615) 651-6701
    Email: jason.callen@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*

**RIVERA, TULLA AND FERRER, LLC**

By: */s/ Eric A. Tulla*
    Eric A. Tulla
    (USDC-DPR No. 118313)
    Email: etulla@ riveratulla.com
    Iris J. Cabrera-Gómez
    (USDC-DPR No. 221101)
    Email: icabrera@ riveratulla.com
    Rivera Tulla & Ferrer Building
    50 Quisqueya Street
    San Juan, PR 00917-1212
    Telephone: (787) 753-0438
    Facsimile: (787) 767-5784

**HOGAN LOVELLS US LLP**

By: */s/ Robin E. Keller*
Robin E. Keller, Esq.
Ronald Silverman, Esq.
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
robin.keller@hoganlovells.com
ronald.silverman@hoganlovells.com

***Attorneys for U.S. Bank National Association, in its Capacity as Trustee to PRIFA Bondholders***

**SEPULVADO, MALDONADO & COURET**

By: */s/ Albéniz Couret Fuentes*
    Albéniz Couret Fuentes
    (USDC-PR No. 222207)
    304 Ponce de León Ave. Suite 990
    San Juan, PR 00918
    Telephone: (787) 765-5656
    Facsimile: (787) 294-0073
    Email: acouret@smclawpr.com

**REED SMITH LLP**

By: */s/ Eric A. Schaffer*
    Eric A. Schaffer (admitted *pro hac vice*)
    Luke A. Sizemore (admitted *pro hac vice)*
    Jared S. Roach (admitted *pro hac vice*)
    225 Fifth Avenue, Suite 1200
    Pittsburgh, PA 15222
    Telephone: (412) 288-3131
    Facsimile: (412) 288-3063
    Email: eschaffer@reedsmith.com
           lsizemore@reedsmith.com
           jroach@reedsmith.com

***Attorneys for The Bank of New York Mellon, in its Capacity as Trustee to CCDA Bondholders***

**PROSKAUER ROSE LLP**

By: */s/ Martin J. Bienenstock*
    Martin J. Bienenstock
    Stephen L. Ratner
    Timothy W. Mungovan
    Paul V. Possinger
    Margaret A. Dale
    (Admitted *Pro Hac Vice*)
    Eleven Times Square
    New York, NY 10036
    Telephone: (212) 969-3000
    Facsimile: (212) 969-2900

**O'NEILL & BORGES LLC**

By: */s/ Hermann D. Bauer*
    Hermann D. Bauer (USDC-PR No. 215205)
    250 Muñoz Rivera Ave., Suite 800
    San Juan, PR 00918-1813
    Telephone: (787) 764-8181
    Facsimile: (787) 753-8944

***Attorneys for the Financial Oversight and Management Board as representative of the Commonwealth***

**O'MELVENY & MYERS LLP**

By: */s/ John J. Rapisardi*
    John J. Rapisardi
    (Admitted *Pro Hac Vice*)
    7 Times Square
    New York, NY 10036
    Tel: (212) 326-2000
    Fax: (212) 326-2061

By: */s/ Peter Friedman*
    Peter Friedman
    (Admitted *Pro Hac Vice*)
    1625 Eye Street, NW
    Washington, DC 20006
    Telephone: (202) 383-5300
    Facsimile: (202) 383-5414

By: */s/ Elizabeth L. McKeen*
    Elizabeth L. McKeen
    Ashley M. Pavel
    (Admitted *Pro Hac Vice*)
    610 Newport Center Drive, 17th Floor
    Newport Beach, CA 92660
    Telephone: (949) 823-6900
    Facsimile: (949) 823-6994

**MARINI PIETRANTONI MUÑIZ LLC**

By: */s/ Luis C. Marini-Biaggi*
    Luis C. Marini-Biaggi
    (USDC-PR No. 222301)
    Email: lmarini@mpmlawpr.com
    Carolina Velaz-Rivero
    (USDC-PR No. 300913)
    Email: cvelaz@mpmlawpr.com
    250 Ponce de León Ave.
    Suite 900
    San Juan, PR 00918
    Telephone: (787) 705-2173
    Facsimile: (787) 936-7494

***Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority***

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com