## **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima sexta objeción global**

## Ducentésima Sexta Objeción Global
### Anexo A: Reclamos Duplicados de Otros Deudores

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | NATIONAL BUILDING MAINTENANCE CORP 1350 EUCLID AVENUE SUITE 1600 CLEVELAND, OH 44115 | 05/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 27969 | $ 334,021.00 | NATIONAL BUILDING MAINTENANCE CORP. 1350 EUCLID AVENUE,SUITE 1600 CLEVELAND, OH 44115 | 05/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 28252 | $ 334,021.00 |

Base para: Presentación de un reclamo de responsabilidad duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 | NATIONAL BUILDING MAINTENANCE CORP. 1350 EUCLID AVENUE, SUITE 1600 CLEVELAND, OH 44115 | 05/29/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 27697 | $ 334,021.00 | NATIONAL BUILDING MAINTENANCE CORP. 1350 EUCLID AVENUE,SUITE 1600 CLEVELAND, OH 44115 | 05/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 28252 | $ 334,021.00 |

Base para: Presentación de un reclamo de responsabilidad duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3 | RODRIGUEZ TORRES, JOSEY 609 AVENIDA TITO CASTRO STE 102 PMB 504 PONCE, PR 00716 | 04/13/19 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 168508 | $ 2,387.00 | RODRIGUEZ TORRES, JOSEY 609 AVENIDA TITO CASTRO STE 102 PMB 504 PONCE, PR 00716 | 04/13/19 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 168457 | $ 2,387.00 |

Base para: Presentación de un reclamo de responsabilidad duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4 | RODRIGUEZ TORRES, JOSEY 609 AVENIDA TITO CASTRO STE 102, PMB 504 PONCE, PR 00716 | 04/13/19 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 168510 | $ 2,387.00 | RODRIGUEZ TORRES, JOSEY 609 AVENIDA TITO CASTRO STE 102 PMB 504 PONCE, PR 00716 | 04/13/19 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 168457 | $ 2,387.00 |

Base para: Presentación de un reclamo de responsabilidad duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico.