# **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred and Seventh Omnibus Objection**

## Two Hundred and Seventh Omnibus Objection
### Exhibit A - Incorrect Debtor

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS<br>GARRETT A. NAIL<br>TWO ALLIANCE CENTER<br>3560 LENOX ROAD, SUITE 1600<br>ATLANTA, GA30326 | 75872 | Puerto Rico Highways and Transportation Authority | Unsecured | $10,169.73 | Puerto Rico Electric Power Authority | Unsecured | $10,169.73 |

Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS<br>GARRETT A. NAIL<br>TWO ALLIANCE CENTER<br>3560 LENOX ROAD, SUITE 1600<br>ATLANTA, GA30326 | 81938 | Commonwealth of Puerto Rico<br>Commonwealth of Puerto Rico<br>Subtotal | 503(b)(9)<br>Unsecured | $572.50<br>$9,597.23<br>$10,169.73 | Puerto Rico Electric Power Authority<br>Puerto Rico Electric Power Authority<br>Subtotal | 503(b)(9)<br>Unsecured | $572.50<br>$9,597.23<br>$10,169.73 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | MORALES-LARA, CARLOS<br>DL-8 VIA EMILIA<br>VILLA FONTANA<br>CAROLINA, PR 00983 | 167964 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | P.D.C.M. ASSOCIATES, S.E.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 29610 | Commonwealth of Puerto Rico | Unsecured | $214,604.27 | Puerto Rico Electric Power Authority | Unsecured | $214,604.27 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | PUERTO RICO WIRE GROUP<br>CORUJO INDUSTRIAL PARK<br>ROAD 866<br>BAYAMON, PR00961 | 47423 | Commonwealth of Puerto Rico<br>Commonwealth of Puerto Rico<br>Subtotal | Administrative<br>Unsecured | $0.00<br>$3,563.00<br>$3,563.00 | Puerto Rico Electric Power Authority<br>Puerto Rico Electric Power Authority<br>Subtotal | Administrative<br>Unsecured | $0.00<br>$3,563.00<br>$3,563.00 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

\* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Seventh Omnibus Objection

Exhibit A - Incorrect Debtor

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 6 | ROCHE MALDONADO, DAMASO E DBA BAIROA EXTERMINATING SERVICES<br>PO BOX 7954<br>CAGUAS, PR 00726 | 40536 | Commonwealth of Puerto Rico | Unsecured | $33,588.45 | Puerto Rico Electric Power Authority | Unsecured | $33,588.45 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 7 | RUCKER, JOHNNIE<br>115 AVE. ELEANOR ROOSEVELT, SUITE 102<br>SAN JUAN, PR 00918 | 5656 | Commonwealth of Puerto Rico | Unsecured | $200.00 | Puerto Rico Electric Power Authority | Unsecured | $200.00 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 8 | WISCOVITCH-RENTAS, NOREEN<br>400 CALLE JUAN CALAF, PMB 136<br>SAN JUAN, PR 00918 | 166294 | Commonwealth of Puerto Rico | Unsecured | $93.20 | Puerto Rico Electric Power Authority | Unsecured | $93.20 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| | | | TOTAL | | $ 272,388.38* | TOTAL | | $ 272,388.38* |