# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima séptima objeción global**

## Ducentésima Séptima Objeción Global
### Anexo A: Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS<br>GARRETT A. NAIL<br>TWO ALLIANCE CENTER<br>3560 LENOX ROAD, SUITE 1600<br>ATLANTA, GA 30326 | 75872 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $10,169.73 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $10,169.73 |
| | Base para: El Reclamante considera que la Autoridad de Carreteras y Transportación de Puerto Rico es deudora cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere, recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 2 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS<br>GARRETT A. NAIL<br>TWO ALLIANCE CENTER<br>3560 LENOX ROAD, SUITE 1600<br>ATLANTA, GA 30326 | 81938 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $572.50 | Autoridad de Energía Eléctrica de Puerto Rico | 503(b)(9) | $572.50 |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $9,597.23 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $9,597.23 |
| | | | | Subtotal | $10,169.73 | | Subtotal | $10,169.73 |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere, recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 3 | MORALES-LARA, CARLOS<br>DL-8 VIA EMILIA<br>VILLA FONTANA<br>CAROLINA, PR 00983 | 167964 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere, recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 4 | P.D.C.M. ASSOCIATES, S.E.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 29610 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $214,604.27 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $214,604.27 |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere, recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 5 | PUERTO RICO WIRE GROUP<br>CORUJO INDUSTRIAL PARK<br>ROAD 866<br>BAYAMON, PR 00961 | 47423 | El Estado Libre Asociado de Puerto Rico | Administrativa | $0.00 | Autoridad de Energía Eléctrica de Puerto Rico | Administrativa | $0.00 |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,563.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $3,563.00 |
| | | | | Subtotal | $3,563.00 | | Subtotal | $3,563.00 |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere, recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Ducentésima Séptima Objeción Global

Anexo A: Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 6 | ROCHE MALDONADO, DAMASO E DBA BAIROA EXTERMINATING SERVICES<br>PO BOX 7954<br>CAGUAS, PR 00726 | 40536 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $33,588.45 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $33,588.45 |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere, recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 7 | RUCKER, JOHNNIE<br>115 AVE. ELEANOR ROOSEVELT, SUITE 102<br>SAN JUAN, PR 00918 | 5656 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $200.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $200.00 |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere, recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 8 | WISCOVITCH-RENTAS, NOREEN<br>400 CALLE JUAN CALAF, PMB 136<br>SAN JUAN, PR 00918 | 166294 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $93.20 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $93.20 |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere, recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| | | | TOTAL | | $ 272,388.38* | TOTAL | | $ 272,388.38* |