**<u>EXHIBIT D</u>**

**Proposed Order**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

                Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing is related to the Commonwealth and HTA.**

ORDER GRANTING TWO HUNDRED SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR

Upon the *Two Hundred Seventh Omnibus Objection (Non-Substantive) to Claims Asserted Against the Incorrect Debtor* ("Two Hundred Seventh Omnibus Objection")[2] of the Commonwealth of Puerto Rico (the "Commonwealth") and the Puerto Rico Highways and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Two Hundred Seventh Omnibus Objection.

Transportation Authority ("HTA," and together with the Commonwealth, the "Debtors"), dated June 12, 2020, for entry of an order reclassifying certain claims filed against the Commonwealth and HTA, as more fully set forth in the Two Hundred Seventh Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Two Hundred Seventh Omnibus Objection and to grant the relief requested therein pursuant to Section 306(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[3]; and venue being proper pursuant to PROMESA Section 307(a); and due and proper notice of the Two Hundred Seventh Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Asserted" in Exhibit A to the Two Hundred Seventh Omnibus Objection having improperly identified the Commonwealth and HTA as obligor, when such claims are properly asserted, if at all, against the Puerto Rico Electric Power Authority ("PREPA"), as identified in the column titled "Corrected" in Exhibit A to the Two Hundred Seventh Omnibus Objection; and the Court having determined that the relief sought in the Two Hundred Seventh Omnibus Objection is in the best interest of the Commonwealth, HTA, their creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Two Hundred Seventh Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Two Hundred Seventh Omnibus Objection is GRANTED as set forth herein; and it is further

---

[3] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

ORDERED that the claims identified in the column titled "Asserted" in Exhibit A to the Two Hundred Seventh Omnibus Objection are hereby reclassified to be claims asserted against PREPA, as indicated in the column titled "Corrected" in Exhibit A; and it is further

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved; and it is further

ORDERED that Prime Clerk is authorized and directed, in the official claims register in the PROMESA cases, to move the claims identified in the column titled "Asserted" in Exhibit A to the Two Hundred Seventh Omnibus Objection from the Title III case for the debtor(s) identified in the column titled "Asserted" in Exhibit A to the Two Hundred Seventh Omnibus Objection to PREPA's Title III Case (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

## <u>ANEXO D</u>

**Orden propuesta**

### TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
### PARA EL DISTRITO DE PUERTO RICO

*In re*:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,

      como representante

DEL ESTADO LIBRE ASOCIADO DE PUERTO
RICO, *et al.*,

                       Deudores.[1]

PROMESA
Título III

Núm. 17 BK 3283-LTS

(Administrado Conjuntamente)

**La presente radicación guarda
relación con el ELA y la ACT.**

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de Casos de Quiebra debido a ciertas limitaciones en el programa informático)

ORDEN POR LA QUE SE CONCEDE LA DUCENTÉSIMA SÉPTIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DE LA AUTORIDAD DE CARRETARAS Y TRANSPORTACIÓN DE PUERTO RICO A RECLAMACIONES RADICADAS CONTRA EL DEUDOR INCORRECTO

Vista la *Ducentésima séptima objeción global (no sustantiva) a Reclamaciones radicadas contra el deudor incorrecto* (la "Ducentésima séptima objeción global"),[2] del Estado Libre Asociado de Puerto Rico (el "ELA") y la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT", y junto con el ELA, los "Deudores"), de fecha 12 de junio de 2020, en la que se solicitaba que se dicte una orden que reclasifique determinadas reclamaciones radicadas contra el ELA y la ACT, según se expone con más detalle en la Ducentésima séptima objeción global y los anexos justificativos de la misma; y teniendo el Tribunal jurisdicción para atender la Ducentésima séptima objeción global y para conceder el remedio aquí solicitado conforme al artículo 306(a) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[3]; y siendo la sede judicial competente conforme a PROMESA, sección 307(a); y habiéndose efectuado, en tiempo y forma, la notificación de la Ducentésima séptima objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y cada una de las reclamaciones identificadas en la columna titulada "Alegadas (*Asserted*)" en el Anexo A de la Ducentésima séptima objeción global habiendo identificado incorrectamente al ELA y a la ACT como deudores, cuando tales reclamaciones se han alegado de forma correcta (en su caso) contra la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE"), conforme a lo identificado en la columna titulada "Corregidas (*Corrected*)" en el Anexo A de la Ducentésima séptima objeción global; y habiendo determinado el Tribunal que el remedio solicitado en la Ducentésima séptima

---

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Ducentésima séptima objeción global.

[3] PROMESA ha sido codificada en el título 48 U.S.C., §§ 2101 a 2241.

objeción global redunda en el mejor interés del ELA, la ACT, sus acreedores, y de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Ducentésima séptima objeción global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio de la presente,

SE ORDENA que SE CONCEDA la Ducentésima séptima objeción global, según se establece en el presente documento; además

SE ORDENA que las reclamaciones identificadas en la columna titulada "Alegadas (*Asserted*)" en el <u>Anexo A</u> de la Ducentésima séptima objeción global queden reclasificadas como reclamaciones alegadas contra la AEE, conforme a lo identificado en la columna titulada "Corregidas (*Corrected*)" en el <u>Anexo A</u>; asimismo

SE ORDENA que el derecho que asiste a los Deudores a objetar a las Reclamaciones reclasificadas quede reservado; también

SE ORDENA que Prime Clerk quede autorizada, y reciba instrucciones, para trasladar, en el registro oficial de reclamaciones relativo a los casos radicados conforme a PROMESA, las reclamaciones identificadas en la columna titulada "Alegadas (*Asserted*)"en el <u>Anexo A</u> de la Ducentésima séptima objeción global del caso de Título III del/de los deudor(es) identificadas en la columna titulada "Alegadas (*Asserted*)" en el <u>Anexo A</u> de la Ducentésima séptima objeción global al Caso de Título III de la AEE (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

Fecha: _____

_____

Su señoría, la juez Laura Taylor Swain
Juez de Distrito de los Estados Unidos