# **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima octava objeción global**

Ducentésima Octava Objeción Global
Anexo A: Reclamos sin Fundamentos

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | COLON CRESPO, ERNESTO<br>HC 02 BOX 11373<br>MOCA, PR 00676 | 7/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 144379 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. | | | | | |
| 2 | ENRIQUEZ SANCHEZ, MARIA E<br>HC64 BOX 8028<br>PATILLAS, PR 00723 | 5/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14935 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. | | | | | |
| 3 | SOTO CAMPOS, ADINA<br>PO BOX 988<br>PATILLAS, PR 00723 | 4/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3924 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. | | | | | |
| 4 | WITTE, ARACELIS<br>819 WASHINGTON ST<br>WENATCHEE, WA 98801 | 3/12/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1816 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. | | | | | |
| | | | | | TOTAL | Indeterminado* |