# **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima novena objeción global**

Ducentésima Novena Objeción Global
Anexo A: Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | COMISIÓN DE DESARROLLO COOPERATIVO<br>EDIF. COSVI, URB. VILLA NEVAREZ<br>400 AVE. AMERICO MIRANDA<br>SAN JUAN, PR 00927-5142 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19437 | $ 12,500.00 |
| | Base para: El reclamo formula una responsabilidad por trabajos realizados en razón del contrato n.° 067170272, vinculados a la asistencia económica para la mejora de oportunidades de trabajo. Según los libros y registros de la Comisión de Desarrollo Cooperativo de Puerto Rico, no existe ninguna obligación por dicha factura. El contrato establecía que el reclamante debía presentar correctamente las facturas para reembolso a más tardar el 30 de junio de 2017. El reclamante no presentó la documentación requerida hasta abril de 2018, razón por la cual no tiene derecho a recibir un pago de parte de los Deudores con motivo del reclamo formulado. | | | | | |
| 2 | CORPORACION DEL FONDO DEL SEGURO DEL ESTADO<br>P.O. BOX 365028<br>SAN JUAN, PR 00936-5028 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30354 | $ 371,905,833.53 |
| | Base para: El reclamante invoca una responsabilidad basada en la presunta propiedad de Notas de Anticipos de Impuestos e Ingresos. Este reclamo no está garantizado con bonos de obligación general ni respaldado por un crédito de entera fe del Estado Libre Asociado, por lo que este último no tiene responsabilidad en dicho reclamo. | | | | | |
| 3 | DAVILA RIVERA, BRUNILDA<br>URB. GOLDEN HILLS<br>BOX 1318 CALLE ESTRELLA<br>DORADO, PR 00646 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 108713 | $ 20,000.00 |
| | Base para: La evidencia de reclamo pretende invocar obligaciones asociadas a diversas leyes y litigios. El reclamante respondió a correspondencias complementarias señalando que ya no solicita que se tengan en cuenta las responsabilidades descritas en el Reclamo 108713. Por lo tanto, los Deudores no tienen responsabilidad con relación a este reclamo. | | | | | |
| 4 | DE LOS A HERRERA PUMAREJO, MARIA<br>5275 110TH ST<br>JACKSONVILLE, FL 32244-2269 | 5/3/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 10433 | Indeterminado* |
| | Base para: El reclamante aseveró no tener ningún reclamo contra los Deudores. | | | | | |
| 5 | ISERN HUERTAS, HAYDEE T<br>PO BOX 1324<br>BOQUERON, PR 00622 | 3/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1324 | Indeterminado* |
| | Base para: El reclamante aseveró no tener ningún reclamo contra los Deudores. | | | | | |
| 6 | SANCHEZ VELAZQUEZ, IVELISSE<br>URB BAIROA<br>DR 8 CALLE 43<br>CAGUAS, PR 00725 | 3/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 553 | $ 40,479.60 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| | | | | | TOTAL | $ 371,978,813.13* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados