# **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima décima objeción global**

## Ducentésima Décima Objeción Global
### Anexo A: Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO CORREA, ALBERTO<br>URB PARKVILLE<br>V 19 CALLE ALASKA<br>GUAYNABO, PR 00969 | 4/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8100 | $ 148,597.96 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Reclamante y el Centro de Recaudación de Ingresos Municipales, que no forma parte de los procesos iniciados al amparo del Título III. | | | | | |
| 2 | ANADOR DE LA PAZ, ROSAURA<br>PO BOX 9960<br>SAN JUAN, PR 00908 | 7/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 110894 | $ 75.00 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Reclamante y la Autoridad de Acueductos y Alcantarillados, que no forma parte de los procesos iniciados al amparo del Título III. | | | | | |
| 3 | COMPUTER HOUSE, INC.<br>1575 AVE JESUS T. PIÑERO<br>SAN JUAN, PR 00920 | 5/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11544 | $ 1,244.24 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Reclamante y la Autoridad de Acueductos y Alcantarillados, que no forma parte de los procesos iniciados al amparo del Título III. | | | | | |
| 4 | COMPUTER HOUSE, INC.<br>1577 AVE. JESÚS T. PIÑERO<br>SAN JUAN, PR 00920 | 5/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11546 | $ 3,118.47 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Reclamante y el Centro Cardiovascular de Puerto Rico, que no forma parte de los procesos iniciados al amparo del Título III. | | | | | |
| 5 | COMPUTER HOUSE, INC.<br>1557 AVE. JESUS T. PIÑERO<br>SAN JUAN, PR 00920 | 5/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11455 | $ 1,767.59 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Reclamante y el Fondo de Seguro del Estado, que no forma parte de los procesos iniciados al amparo del Título III. | | | | | |
| 6 | GARCÍA CORREA, ELIAT SOÉ<br>URB. JARDINES DE DORADO CALLE GARDENIA G-4<br>DORADO, PR 00646 | 7/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 106597 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Reclamante y el Centro de Recaudación de Ingresos Municipales, que no forma parte de los procesos iniciados al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Ducentésima Décima Objeción Global
### Anexo A: Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | MIR, ROSA JULIA<br>5553 TAFOYA CIRCLE<br>WEST JORDAN, UT 84081 | 5/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16054 | $ 46,000.00* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Reclamante y el Centro de Recaudación de Ingresos Municipales, que no forma parte de los procesos iniciados al amparo del Título III. | | | | | |
| 8 | SANTIAGO BARBOSA, LUZ S.<br>467 SECTOR PITILLO<br>MAYAGUEZ, PR 00682 | 6/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 114316 | $ 924.00* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Reclamante y la Autoridad de Acueductos y Alcantarillados, que no forma parte de los procesos iniciados al amparo del Título III. | | | | | |
| 9 | TORRES SANTIAGO, JOCELYN<br>COND TORRES DEL ESCORIAL<br>4002 AVE SUR APTO 1403<br>CAROLINA, PR 00987-5168 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 107481 | $ 75.00 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Reclamante y la Autoridad de Acueductos y Alcantarillados, que no forma parte de los procesos iniciados al amparo del Título III. | | | | | |
| | | | | | TOTAL | $ 201,802.26* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados