# **EXHIBIT A**

**Schedule of Claims Subject to Two Hundred Eleventh Omnibus Objection**

## Two Hundred and Eleventh Omnibus Objection
### Exhibit A - Partially Satisfied and No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | JACK SCHMITZ DBA 3.0 PROFESSIONAL SERV<br>10840 MARQUETTE ROAD<br>ZIONSVILLE, IN 46077 | 4/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4608 | $ 3,010.00 |
| | Reason: Invoice no. 2014-12 was partially paid on 1/22/2015 via check no. 03213349. The Junta De Planification books and records show no liability for the remaining portion of the claim relating to 1.5% contribution of Law 48-2013 and non-resident tax withholding. | | | | | |
| 2 | MARIOLITA LANDSCAPING<br>JESUS J JORGE DBA MARIOLITA LANDSCAPING<br>PO BOX 145<br>LAS MARIAS, PR 00670 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5714 | $ 1,073.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. DTRH-16. The records of the Labor and Human Resources Department show such invoice has been satisfied, pursuant to Check No. 00211913 dated 05/23/2018 in the amount of $1,044.00.  The remaining amount asserted is related to overtime charges not authorized by the Debtor per the contract.  Therefore, the Debtors have no additional liability related to this claim. | | | | | |
| 3 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8966 | $ 47,090.00 |
| | Reason: Invoice number 6825 was paid in the amount of  $46,383.65 on 4/27/2018 via EFT reference number 75085. The Department of Correction and Rehabilitation (DCR) books and records show no liability for the remaining portion of the claim for a total of  $706.35. The reduction in the asserted claim is due to the 1.5% contribution of Law 48-2013. | | | | | |
| 4 | NETWAVES EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17320 | $ 56,115.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 6330 and 6331. The records of the Departamento de Transportacion y Obras Publicas (DTOP) show such invoices have been fully satisfied. Invoice No. 6330 was partially paid in the amount of $20,345.17 via EFT No. 43767 dated 07/17/2017. Invoice No. 6331 was partially paid in the amount of $34,928.10 via EFT No. 43768 dated 07/17/2017.  The Departamento de Transportacion y Obras Publicas (DTOP) books and records show no liability for the remaining portion of the claim for a total of  $841.73. The reduction in the asserted claim is due to the 1.5% contribution of Law 48-2013. | | | | | |
| | | | | | TOTAL | $ 107,288.00 |