# **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima undécima objeción global**

Case:17-03283-LTS Doc#:13422-2 Filed:06/12/20 Entered:06/12/20 12:21:15 Desc:
Anexo A Page 1 of 2

## Ducentésima Undécima Objeción Global
### Anexo A: Reclamos Pagados Parcialmente y Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | JACK SCHMITZ DBA 3.0 PROFESSIONAL SERV<br>10840 MARQUETTE ROAD<br>ZIONSVILLE, IN 46077 | 4/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4608 | $ 3,010.00 |
| | Base para: La factura n.° 2014-12 se pagó parcialmente el 22/1/15 mediante el cheque n.° 03213349. Los libros y registros de la Junta de Planificación no exhiben ninguna responsabilidad por la porción restante del reclamo vinculada a la contribución del 1,5% de la Ley 48-2013 y a la retención impositiva gravada sobre no residentes. | | | | | |
| 2 | MARIOLITA LANDSCAPING<br>JESUS J JORGE DBA MARIOLITA LANDSCAPING<br>PO BOX 145<br>LAS MARIAS, PR 00670 | 4/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5714 | $ 1,073.00 |
| | Base para: La Evidencia de Reclamo formula una responsabilidad con base en la Factura n.° DTRH-16. Según los registros del Departamento del Trabajo y Recursos Humanos, dicha factura se abonó a través del Cheque n.° 00211913 del 23/5/18, por un monto de $1.044,00.  El monto restante especificado corresponde a cargos por horas extras no autorizadas por el Deudor en virtud del contrato.  Por tal motivo, los Deudores no tienen ninguna responsabilidad adicional vinculada a este reclamo. | | | | | |
| 3 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8966 | $ 47,090.00 |
| | Base para: La factura n.° 6825 se pagó el 27/4/18 por un monto de $46.383,65, mediante la transferencia electrónica de fondos número 75085. Los libros y registros del Departamento de Corrección y Rehabilitación (DCR) no exponen ninguna obligación por la porción restante del reclamo equivalente a $706,35. La reducción del reclamo formulado obedece a la contribución del 1,5% de la Ley 48-2013. | | | | | |
| 4 | NETWAVES EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17320 | $ 56,115.00 |
| | Base para: La Evidencia de Reclamo fundamenta una responsabilidad con base en las Facturas n.° 6330 y 6331. Según los registros del Departamento de Transportación y Obras Públicas (DTOP), dichas facturas se pagaron en su totalidad. La Factura n.° 6330 se abonó parcialmente por un importe de $20.345,17 mediante la transferencia electrónica de fondos n.° 43767, el 17/7/17. La Factura n.° 6331 se abonó parcialmente por un importe de $34.928,10 mediante la transferencia electrónica de fondos n.° 43768, el 17/7/17.  Los libros y registros del Departamento de Transportación y Obras Públicas (DTOP) no exponen ninguna obligación por la porción restante del reclamo equivalente a $841,73. La reducción del reclamo formulado obedece a la contribución del 1,5% de la Ley 48-2013. | | | | | |
| | | | | | TOTAL | $ 107,288.00 |