# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima décima segunda objeción global**

## Ducentésima Décima Segunda Objeción Global
### Anexo A: Reclamos Pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | MEMBERS OF THE ESTATES OF RAFAEL HERNANDEZ BARRERAS & LUDOVIGIA CASTRODAD MENENDEZ<br>HC-06 BOX 72502<br>CAGUAS, PR 00725 | 11/1/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 266 | $ 55,494.00 |
| | Base para: La Evidencia de Reclamo fundamenta una obligación con base en los números de facturas de julio de 2017, agosto de 2017, septiembre de 2017, octubre de 2017 y noviembre de 2017. Los registros del Departamento de Educación indican que dichas facturas se abonaron en su totalidad mediante el Cheque n.° 156462 del 15/12/17. | | | | | |
| 2 | MORALES, RAMON E<br>HC 01 BOX 5750<br>BARRANQUITAS, PR 00794 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18269 | $ 221.20 |
| | Base para: La Evidencia de Reclamo fundamenta una obligación con base en la Factura n.° 2117. Los registros del Departamento de Educación indican que dicha factura se abonó en su totalidad a través de la transacción de pago de la Cámara de Compensación Automatizada (ACH) n.° 185251, con fecha 21/6/18. | | | | | |
| 3 | NETWAVES EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18357 | $ 1,373.00 |
| | Base para: La Evidencia de Reclamo fundamenta una obligación con base en la Factura n.° 5378. Según los registros de la Administración de Rehabilitación Vocacional, dichas facturas se abonaron en su totalidad a través de la transferencia electrónica de fondos n.° 52673 del 31/3/16. | | | | | |
| 4 | ORTIZ LEFEBRE, JUAN L<br>HC-03 BOX 8890<br>BARRANQUITAS, PR 00794 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18295 | $ 488.45 |
| | Base para: La Evidencia de Reclamo fundamenta una obligación con base en las Facturas n.° 1817 y 1923. Los registros del Departamento de Educación indican que dichas facturas se abonaron en su totalidad mediante el Cheque n.° 107776 del 20/3/17. | | | | | |
| 5 | SPECIALTY OFFICE PRODUCTS<br>P O BOX 1914<br>GUAYNABO, PR 00970-1914 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22286 | $ 165.09 |
| | Base para: La Evidencia de Reclamo invoca una obligación con base en la Factura n.° 3030298-IN. Los registros del Departamento de Educación indican que dicha factura se abonó en su totalidad a través del Cheque n.° 202777 del 12/9/18. | | | | | |
| 6 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 41446 | $ 5,835.00 |
| | Base para: La Evidencia de Reclamo fundamenta una obligación con base en las Facturas n.° INV000008162, INV000008279 e INV000008411. Los registros de la Policía de Puerto Rico indican que dichas facturas se abonaron en su totalidad a través de las transferencias electrónicas de fondos n.° 82581, 85175 y 91792 del 6/6/18, 20/6/18 y 23/7/18, respectivamente. | | | | | |

## Ducentésima Décima Segunda Objeción Global
### Anexo A: Reclamos Pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | UNIVERSAL CARE CORP<br>PO BOX 1051<br>SABANA SECA, PR 00952-1051 | 4/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6535 | $ 2,232.00 |

Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se realizó totalmente mediante el Cheque n.° 90139061 con fecha de emisión del 21/5/18.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | UNIVERSAL CARE CORPORATION<br>PO BOX 1051<br>SABANA SECA, PR 00951-1051 | 7/27/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 41 | $ 10,659.13 |

Base para: La Evidencia de Reclamo invoca una obligación con base en varias facturas. Según los registros del Departamento de Educación, dichas facturas se abonaron en su totalidad mediante los siguientes números de cheques: 00150411, 00151624, 00151998, 00152269, 00153586, 00153779, 00154174, 00154571 y 00158626 del 17/8/17, 31/8/17, 13/9/17, 29/9/17, 25/10/17, 1/11/17, 7/11/17, 16/11/17 y 11/1/18, respectivamente.

| | | | | | TOTAL | $ 76,467.87 |