# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima décima tercera objeción global**

## Ducentésima Décima Tercera Objeción Global
### Anexo A: Reclamos Sustantivos Duplicados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | CARDINAL HEALTH PR 120, INC WILLIAM M. VIDAL CARVAJAL LAW OFFICES, P.S.C. 255 PONCE DE LEON AVE MCS PLAZA, SUITE 801 SAN JUAN, PR 00917 | 04/27/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 7602 | $ 340,367.14 | CARDINAL HEALTH PR 120, INC. WILLIAM M. VIDAL CARVAJAL LAW OFFICES, P.S.C. 255 PONCE DE LEON AVENUE MCS PLAZA, SUITE 801 SAN JUAN, PR 00917 | 04/30/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 10050 | $ 340,367.14 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | CARDINAL HEALTH PR 120, INC. WILLIAM M. VIDAL CARVAJAL MCS PLAZA, 255 PONCE DE LEON AVE. SUITE 801 SAN JUAN, PR 00917 | 04/27/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 7218 | $ 80,904.52 | CARDINAL HEALTH PR 120, INC. WILLIAM M. VIDAL CARVAJAL MCS PLAZA, 255 PONCE DE LEON AVE. SUITE 801 SAN JUAN, PR 00917 | 04/30/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 9751 | $ 80,904.52 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | CARDINAL HEALTH PR 120, INC. WILLIAM M. VIDAL CARVAJAL MCS PLAZA, 255 PONCE DE LEON AVE. SUITE 801 SAN JUAN, PR 00917 | 04/27/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 7355 | $ 120,123.40 | CARDINAL HEALTH PR 120, INC. WILLIAM M. VIDAL CARVAJAL MCS PLAZA, 255 PONCE DE LEON AVE. SUITE 801 SAN JUAN, PR 00917 | 04/30/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 9745 | $ 120,123.40 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | CARDINAL HEALTH PR 120, INC. WILLIAM M. VIDAL CARVAJAL MCS PLAZA, 255 PONCE DE LEON AVE. SUITE 801 SAN JUAN, PR 00917 | 04/30/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 10047 | $ 340,367.14 | CARDINAL HEALTH PR 120, INC. WILLIAM M. VIDAL CARVAJAL LAW OFFICES, P.S.C. 255 PONCE DE LEON AVENUE MCS PLAZA, SUITE 801 SAN JUAN, PR 00917 | 04/30/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 10050 | $ 340,367.14 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

Ducentésima Décima Tercera Objeción Global
Anexo A: Reclamos Sustantivos Duplicados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 5 | CARDINAL HEALTH PR 120, INC. WILLIAM M. VIDAL CARVAJAL MCS PLAZA, 255 PONCE DE LEON AVE. SUITE 801 SAN JUAN, PR 00917 | 04/30/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 41520 | $ 340,367.14 | CARDINAL HEALTH PR 120, INC. WILLIAM M. VIDAL CARVAJAL LAW OFFICES, P.S.C. 255 PONCE DE LEON AVENUE MCS PLAZA, SUITE 801 SAN JUAN, PR 00917 | 04/30/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 10050 | $ 340,367.14 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | CORDERO RIVERA, ALMA R URB HILLCREST VILLAGE 1007 CALLE PASEO DEL VALLE PONCE, PR 00716 | 05/15/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 25723 | Indeterminado* | ALMA R CORDERO RIVERA 1007 CALLE PASEO DEL VALLE PONCE, PR 00716 | 05/15/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 24474 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | MEDTRONIC SOFAMOR DANEK USA, INC. FERNANDO VAN DERDYS, ESQ. REICHARD & ESCALERA LLC PO BOX 364148 SAN JUAN, PR 00936-4148 | 06/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 114811 | Indeterminado* | MEDTRONIC LOGISTICS LLC FERNANDO VAN DERDYS, ESQ. REICHARD & ESCALERA LLC PO BOX 364148 SAN JUAN, PR 00936-4148 | 06/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 77830 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | MEDTRONIC USA, INC. FERNANDO VAN DERDYS, ESQ. REICHARD & ESCALERA LLC PO BOX 364148 SAN JUAN, PR 00936-4148 | 06/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 91551 | Indeterminado* | MEDTRONIC LOGISTICS LLC FERNANDO VAN DERDYS, ESQ. REICHARD & ESCALERA LLC PO BOX 364148 SAN JUAN, PR 00936-4148 | 06/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 77830 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

## Ducentésima Décima Tercera Objeción Global
### Anexo A: Reclamos Sustantivos Duplicados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 9 | MOLINA CUEVAS, JANNETTE HC 75 BOX. 1318 NARANJITO, PR 00719 | 11/22/19 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 172557 | $ 32,731.66 | MOLINA CUEVAS, JANNETTE HC 75 BOX 1318 NARANJITO, PR 00719 | 11/22/19 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 172548 | $ 32,731.66 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | MOLINA CUEVAS, JANNETTE HC 75 BOX 1318 NARANJITO, PR 00719 | 11/22/19 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 172558 | $ 32,731.66 | MOLINA CUEVAS, JANNETTE HC 75 BOX 1318 NARANJITO, PR 00719 | 11/22/19 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 172548 | $ 32,731.66 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | MOLINA CUEVAS, JANNETTE HC 75 BOX 1318 NARANJITO, PR 00719 | 11/22/19 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 172540 | $ 32,697.86 | MOLINA CUEVAS, JANNETTE HC 75 BOX 1318 NARANJITO, PR 00719 | 11/22/19 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 172549 | $ 32,697.86 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | MOLINA CUEVAS, JANNETTE HC 75 BOX 1318 NARANJITO, PR 00719 | 11/22/19 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 172553 | $ 32,697.86 | MOLINA CUEVAS, JANNETTE HC 75 BOX 1318 NARANJITO, PR 00719 | 11/22/19 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 172549 | $ 32,697.86 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | MOLINA CUEVAS, JANNETTE HC 75 BOX 1318 NARANJITO, PR 00719 | 11/22/19 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 172555 | $ 32,697.86 | MOLINA CUEVAS, JANNETTE HC 75 BOX 1318 NARANJITO, PR 00719 | 11/22/19 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 172549 | $ 32,697.86 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.