# EXHIBIT A

**Schedule of Claims Subject to Two Hundred Fifteenth Omnibus Objection**

## Two Hundred and Fifteenth Omnibus Objection
## Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | DEVORONINE JTW, PHYLLIS & BERNARD<br>8 TYLER BROOK ROAD<br>KENNEBUNKPORT, ME 04046 | 5/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12890 | $ 15,262.50 |
| | Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 2 | LOWERY, JOSEPH<br>3 MARTIN LANE<br>FLEMINGTON, NJ 08822 | 4/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6771 | $ 5,000.00 |
| | Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| | | | | | TOTAL | $ 20,262.50 |