# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima decima quinta objeción global**

## Ducentésima Décima Quinta Objeción Global
### Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | DEVORONINE JTW, PHYLLIS & BERNARD<br>8 TYLER BROOK ROAD<br>KENNEBUNKPORT, ME 04046 | 5/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12890 | $ 15,262.50 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia maestra de reclamo presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 2 | LOWERY, JOSEPH<br>3 MARTIN LANE<br>FLEMINGTON, NJ 08822 | 4/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6771 | $ 5,000.00 |
| | Base para: El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia maestra de reclamo presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| | | | | | TOTAL | $ 20,262.50 |