# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima décima sexta objeción global**

Ducentésima Décima Sexta Objeción Global
Anexo A: Reclamos de Bonos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | JULES MARIN, LOUIS<br>100 CALLE DEL MUELLE, APT. 2606<br>SAN JUAN, PR 00901-2672 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 37240 | $ 137,800.04 |
| | Base para: El reclamante invoca inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. | | | | | |
| 2 | S & D CONTRACTORS INC<br>PO BOX 1932<br>CAROLINA, PR 00984 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 110034 | $ 80,000.00* |
| | Base para: El reclamante invoca inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. | | | | | |
| | | | | | TOTAL | $ 217,800.04* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados