# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima décima séptima objeción global**

Ducentésima Décima Séptima Objeción Global
Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ADELMAN, KERRY D. AND SUSAN R.<br>6140 SIERRA CIRCLE<br>SHOREWOOD, MN 55331 | 3/31/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 173697 | $ 60,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 2 | FERPO CONSULTING GROUP, INC.<br>PO BOX 361300<br>SAN JUAN, PR 00936-1300 | 4/13/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 6391 | $ 25,002.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 3 | OTERO SOTOMAYOR, FERNANDO E.<br>URB SAGRADO CORAZON<br>404 CALLE SAN JACOBO<br>SAN JUAN, PR 00926-4109 | 6/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 59057 | $ 195,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 4 | ROURA-SEDA, GABRIEL<br>PO BOX 3012<br>YAUCO, PR 00698-3012 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35248 | $ 250,000.00* |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| | | | | | TOTAL | $ 530,002.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados