# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima décima octava objeción global**

Ducentésima Décima Octava Objeción Global

Anexo A: Reclamos de Bonos Duplicados y Reclamos de Bonos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | COOPERATIVA DE AHORRO Y CREDITO DE HATILLO<br>ATTN: LUIS GERENA RUIZ<br>EDIFICIO GREGORIO PADILLA<br>AVE. PABLO J. AGUILAR #76<br>HATILLO, PR 00659 | 6/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 50870 | $ 1,502,948.27 |
| | Base para: La Evidencia de Reclamo pretende recuperar, en parte, el pago de montos respecto de los cuales el Estado Libre Asociado no es responsable, pues se reclaman intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. El reclamante invoca, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de la evidencia de reclamo maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 2 | FIRST BALLANTYNE LLC AND AFFILIATES<br>C/O MICHAEL JOHNSON<br>13950 BALLANTYNE CORPORATE PLACE<br>SUITE 185<br>CHARLOTTE, NC 28277 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22231 | $ 1,615,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar, en parte, el pago de montos respecto de los cuales el Estado Libre Asociado no es responsable, pues se reclaman intereses sobre una o más obligaciones ya vencidas, cuyos pagos los titulares de los bonos han recibido en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Asimismo, el reclamante invoca, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de la evidencia de reclamo maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| | | | | | TOTAL | $ 3,117,948.27 |