# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima décima novena objeción global**

DUCENTÉSIMA DÉCIMA NOVENA OBJECIÓN COLECTIVA

Anexo A – Reclamaciones Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | NIEVES MORALES, CARMEN M.<br>130 CALLE GORRION<br>CHALETS DE BAIROA<br>CAGUAS, PR 00727 | 6/28/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 70465 | $75,000,000.00 * |
| | Base para: Demandante pretende afirmar obligaciones en exceso de $75 millones por pagos de jubilación o servicios de electricidad , pero deja de proveer una base afirmando reclamos contra la PREPA, El Estado Libre y Asociado de Puerto Rico u otro de los deudores. | | | | | |
| 2 | ROMERO QUINONEZ, MARIA C<br>PO BOX 6415<br>BAYAMON, PR 00960 | 3/23/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 4042 | $100,000,000.00 * |
| | Base para: Demandante pretende afirmar obligaciones en exceso de $75 millones por pagos de jubilación o servicios de electricidad , pero deja de proveer una base afirmando reclamos contra la PREPA, El Estado Libre y Asociado de Puerto Rico u otro de los deudores. | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados