## **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima vigésima primera objeción global**

DUCENTÉSIMA VIGÉSIMA PRIMERA OBJECIÓN COLECTIVA

Anexo A – Reclamaciones de Cero Valor

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA SALUD<br>P.O. BOX 194450<br>SAN JUAN, PR 00919-4450 | 9/12/2019 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 170616 | $0.00 |
| | Base para: Demandante emendo reclamo a $0 a que la posición de bono fue vendida. | | | | | |
| 2 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA SALUD<br>P.O. BOX 194450<br>SAN JUAN, PR 00919-4450 | 9/12/2019 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 170617 | $0.00 |
| | Base para: Demandante emendo reclamo a $0 a que la posición de bono fue vendida. | | | | | |
| 3 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA SALUD<br>P.O. BOX 194450<br>SAN JUAN, PR 00919-4450 | 9/12/2019 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 170618 | $0.00 |
| | Base para: Demandante emendo reclamo a $0 a que la posición de bono fue vendida. | | | | | |
| 4 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA SALUD<br>P.O. BOX 194450<br>SAN JUAN, PR 00919-4450 | 9/12/2019 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 170619 | $0.00 |
| | Base para: Demandante emendo reclamo a $0 a que la posición de bono fue vendida. | | | | | |
| 5 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA SALUD<br>P.O. BOX 194450<br>SAN JUAN, PR 00919-4450 | 9/12/2019 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 170620 | $0.00 |
| | Base para: Demandante emendo reclamo a $0 a que la posición de bono fue vendida. | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados