## **EXHIBIT B**

**Declaration of Mark Shankweiler**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

**DECLARATION OF MARK SHANKWEILER IN SUPPORT OF
THE TWO HUNDRED TWENTY-FIRST OMNIBUS OBJECTION (SUBSTANTIVE) OF
THE PUERTO RICO ELECTRIC POWER AUTHORITY TO MEDICOOP CLAIMS
THAT ASSERT CLAIMS OF ZERO DOLLARS AGAINST PREPA**

I, Mark Shankweiler, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Managing Director of Berkeley Research Group, LLC ("BRG"). The Financial Oversight and Management Board (the "Oversight Board") retained BRG to assist with, *inter alia*, the claims reconciliation process for the Puerto Rico Electric Power Authority's ("PREPA") case filed pursuant to *the Puerto Rico Oversight, Management, and Economic Stability*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Act* ("PROMESA").[2] Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2. In my capacity as a Managing Director of BRG, I am one of the persons responsible for overseeing the claims reconciliation and objection process in PREPA's case filed pursuant to PROMESA. PREPA's ongoing claims reconciliation process involves the collective effort of a team of BRG employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for PREPA.

3. I submit this declaration in support of the *Two Hundred Twenty-First Omnibus (Substantive) Objection of the Puerto Rico Electric Power Authority to Medicoop Claims that Assert Claims of Zero Dollars Against PREPA* (the "Two Hundred Twenty-First Omnibus Objection").[3] I have personally reviewed the Two Hundred Twenty-First Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4. In preparation for filing the Two Hundred Twenty-First Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Two Hundred Twenty-First Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel. These efforts resulted in the identification of the claims to be disallowed, as identified in Exhibit A to the Two Hundred Twenty-First Omnibus Objection.

5. To the best of my knowledge, information, and belief, each of the claims identified on Exhibit A to the Two Hundred Twenty-First Omnibus Objection (collectively, the "Zero Value Claims") assert claims of zero dollars against PREPA. Accordingly, PREPA is not liable to the claimant for the Zero Value Claims and requests that they be disallowed in their entirety.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms used but not defined herein shall have the meanings set forth in the Two Hundred Twenty-First Omnibus Objection.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 12, 2020

By: /s/ *Mark Shankweiler*
Mark Shankweiler

3

## **ANEXO B**

**Declaración de Mark Shankweiler**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br>   como representante <br><br> DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al*., <br><br>                           Deudores.[1] | PROMESA <br> Título III <br><br> Núm. 17 BK 3283-LTS <br><br> (Administrado Conjuntamente) <br><br> **La presente radicación guarda relación con la AEE.** |

**DECLARACIÓN DE MARK SHANKWEILER EN APOYO DE LA DUCENTÉSIMA VIGÉSIMA PRIMERA OBJECIÓN GLOBAL (SUSTANTIVA) DE LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO A RECLAMACIONES DE MEDICOOP EN LAS QUE SE ALEGA CERO DÓLARES CONTRA LA AEE**

Yo, Mark Shankweiler, conforme al Título 28 U.S.C. § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi fiel saber y entender:

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

1.  Soy director general de Berkeley Research Group, LLC ("BRG"). La Junta de Supervisión y Administración Financiera (la "Junta de Supervisión") contrató a BRG para que le ayudara, entre otras cosas, con el proceso de reconciliación de reclamaciones en relación con el caso de la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") radicado conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2] Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

2.  En mi capacidad de director general de BRG, soy una de las personas responsables de supervisar el proceso de reconciliación y objeciones relativo a las reclamaciones en el marco del caso de la AEE radicado conforme a PROMESA. El proceso continuo de reconciliación de reclamaciones de la AEE implica un esfuerzo colectivo de un equipo de los empleados de BRG, así como de Proskauer Rose LLP y O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal de la AEE.

3.  Realizo esta declaración en apoyo de la *Ducentésima vigésima primera objeción global (sustantiva) de la Autoridad de Energía Eléctrica de Puerto Rico a Reclamaciones de Medicoop en las que se alega cero dólares contra la AEE* (la "Ducentésima vigésima primera objeción global").[3] He revisado personalmente la Ducentésima vigésima primera objeción global, y los anexos relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4.  Durante el proceso de preparación para radicar la Ducentésima vigésima primera objeción global, bajo mi dirección y/o supervisión, cada una de las reclamaciones controvertidas en la Ducentésima vigésima primera objeción global fue examinada y analizada cuidadosamente

---

[2] PROMESA ha sido codificada en el título 48 U.S.C., §§ 2101-2241.

[3] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Ducentésima vigésima primera objeción global.

2

de buena fe aplicando la debida diligencia por parte del personal pertinente. Dichos esfuerzos resultaron en la identificación de las reclamaciones que han de ser rechazadas, según se identifica en el Anexo A de la Ducentésima vigésima primera objeción global.

5. A mi leal saber y entender, cada una de dichas reclamaciones identificadas en el Anexo A de la Ducentésima vigésima primera objeción global (conjuntamente, las "Reclamaciones por valor cero") alega reclamaciones de cero dólares contra la AEE. En consecuencia, la AEE no tiene responsabilidad ante la demandante por las Reclamaciones por valor cero y solicita que dichas reclamaciones sean rechazadas en su totalidad.

6. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi fiel saber y entender.

Fecha: 12 de junio de 2020

                                                            Por: *[Firma en la versión en ingles]*
                                                                       Mark Shankweiler