# **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima vigésima segunda objeción global**

## DUCENTÉSIMA VIGÉSIMA SEGUNDA OBJECIÓN COLECTIVA

Anexo A – Titulares de Bonos Sin Obligaciones

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | CIURO REYES, NELSON<br>URB PORTAL DE LOS PINOS<br>D63 CALLE 2<br>SAN JUAN, PR  00926 | 5/28/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 24918 | $39,131.47 |
| | Base para: Demandante afirma obligaciones asociadas con bonos emitidos por la PREPA retenidos anteriormente por el demandante, cuya posición ha sido vendida. Porque el demandante vendió los presuntos bonos acertados, ya no tienen derecho a pago por la PREPA con respecto a bonos emitidos por la PREPA y de acuerdo, no tiene reclamación contra la PREPA por interés y/o inversiones alegadas. | | | | | |
| 2 | CIURO, NELSON<br>URB PORTAL DE LOS PINOS<br>D63 CALLE 2<br>SAN JUAN, PR  00926 | 5/31/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 19740 | $3,643.66 |
| | Base para: Demandante afirma obligaciones asociadas con bonos emitidos por la PREPA retenidos anteriormente por el demandante, cuya posición ha sido vendida. Porque el demandante vendió los presuntos bonos acertados, ya no tienen derecho a pago por la PREPA con respecto a bonos emitidos por la PREPA y de acuerdo, no tiene reclamación contra la PREPA por interés y/o inversiones alegadas. | | | | | |
| 3 | DEL PRADO ESCOBAR MD, RAMON<br>PO BOX 7505<br>PONCE, PR  00732 | 5/22/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 23738 | $24,587.57 |
| | Base para: Demandante afirma obligaciones asociadas con bonos emitidos por la PREPA retenidos anteriormente por el demandante, cuya posición ha sido vendida. Porque el demandante vendió los presuntos bonos acertados, ya no tienen derecho a pago por la PREPA con respecto a bonos emitidos por la PREPA y de acuerdo, no tiene reclamación contra la PREPA por interés y/o inversiones alegadas. | | | | | |
| 4 | FARRANT JR, JAMES<br>Apt 502 Calle Ebano I-7<br>Guaynabo, PR  00968-3134 | 4/30/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 9782 | $20,980.92 |
| | Base para: Demandante afirma obligaciones asociadas con bonos emitidos por la PREPA retenidos anteriormente por el demandante, cuya posición ha sido vendida. Porque el demandante vendió los presuntos bonos acertados, ya no tienen derecho a pago por la PREPA con respecto a bonos emitidos por la PREPA y de acuerdo, no tiene reclamación contra la PREPA por interés y/o inversiones alegadas. | | | | | |
| 5 | JILL FEDER, JEFFREY FEDER MEL FEDER JT TEN<br>Attn: Mel Feder<br>612 Woodmere Blvd<br>Woodmere, NY  11598 | 3/26/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 4692 | $5,625.00 |
| | Base para: Demandante afirma obligaciones asociadas con bonos emitidos por la PREPA retenidos anteriormente por el demandante, cuya posición ha sido vendida. Porque el demandante vendió los presuntos bonos acertados, ya no tienen derecho a pago por la PREPA con respecto a bonos emitidos por la PREPA y de acuerdo, no tiene reclamación contra la PREPA por interés y/o inversiones alegadas. | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

## DUCENTÉSIMA VIGÉSIMA SEGUNDA OBJECIÓN COLECTIVA

Anexo A – Titulares de Bonos Sin Obligaciones

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 6 | MAY, FRANCOIS AND MATTHEW JTWROS<br>7310 Rindge Avenue<br>Playa del Rey, CA 90293 | 4/4/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 6348 | $11,617.65 |
| | Base para: Demandante afirma obligaciones asociadas con bonos emitidos por la PREPA retenidos anteriormente por el demandante, cuya posición ha sido vendida. Porque el demandante vendió los presuntos bonos acertados, ya no tienen derecho a pago por la PREPA con respecto a bonos emitidos por la PREPA y de acuerdo, no tiene reclamación contra la PREPA por interés y/o inversiones alegadas. | | | | | |
| 7 | OTTO MIGUEL BUSTELO GARREIA, JUANA MARIA ARRECHEA TARRANAGA<br>613 PONCE DE LEON AVE APT 903<br>SAN JUAN, PR 00907-3160 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 47593 | $6,050.00 |
| | Base para: Demandante afirma obligaciones asociadas con bonos emitidos por la PREPA retenidos anteriormente por el demandante, cuya posición ha sido vendida. Porque el demandante vendió los presuntos bonos acertados, ya no tienen derecho a pago por la PREPA con respecto a bonos emitidos por la PREPA y de acuerdo, no tiene reclamación contra la PREPA por interés y/o inversiones alegadas. | | | | | |
| 8 | OTTO MIGUEL BUSTELO GARRIGA & JUANA MARIA ARRECHEA LANANAGA<br>Cond Water View Mans Apt 903<br>613 Ponce De Leon Ave<br>San Juan, PR 00907-3100 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 41281 | $6,050.00 |
| | Base para: Demandante afirma obligaciones asociadas con bonos emitidos por la PREPA retenidos anteriormente por el demandante, cuya posición ha sido vendida. Porque el demandante vendió los presuntos bonos acertados, ya no tienen derecho a pago por la PREPA con respecto a bonos emitidos por la PREPA y de acuerdo, no tiene reclamación contra la PREPA por interés y/o inversiones alegadas. | | | | | |
| 9 | OTTO MIGUEL BUSTELO GARRIGA & JUANA MARIA ARRECHEA LARRIAGA<br>613 PONCE DE LEON AVE<br>APT. 903<br>SAN JUAN, PR 00907-3160 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 47921 | $45,107.31 |
| | Base para: Demandante afirma obligaciones asociadas con bonos emitidos por la PREPA retenidos anteriormente por el demandante, cuya posición ha sido vendida. Porque el demandante vendió los presuntos bonos acertados, ya no tienen derecho a pago por la PREPA con respecto a bonos emitidos por la PREPA y de acuerdo, no tiene reclamación contra la PREPA por interés y/o inversiones alegadas. | | | | | |
| 10 | OTTO MIGUEL BUSTELO GARRIGA, JUANA MARIA ARRECHEA<br>613 Ponce de Leon Ave.,Apt 903<br>San Juan, PR 00907-3160 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 41215 | $45,107.31 |
| | Base para: Demandante afirma obligaciones asociadas con bonos emitidos por la PREPA retenidos anteriormente por el demandante, cuya posición ha sido vendida. Porque el demandante vendió los presuntos bonos acertados, ya no tienen derecho a pago por la PREPA con respecto a bonos emitidos por la PREPA y de acuerdo, no tiene reclamación contra la PREPA por interés y/o inversiones alegadas. | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

## DUCENTÉSIMA VIGÉSIMA SEGUNDA OBJECIÓN COLECTIVA

Anexo A – Titulares de Bonos Sin Obligaciones

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 11 | PETER COLLOTTA & DARLA WITMER<br>PO Box 594<br>Stowe, VT 05672 | 4/30/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 9641 | $13,162.00 |
| | Base para: Demandante afirma obligaciones asociadas con bonos emitidos por la PREPA retenidos anteriormente por el demandante, cuya posición ha sido vendida. Porque el demandante vendió los presuntos bonos acertados, ya no tienen derecho a pago por la PREPA con respecto a bonos emitidos por la PREPA y de acuerdo, no tiene reclamación contra la PREPA por interés y/o inversiones alegadas. | | | | | |
| 12 | ROMERO LOPEZ, LUIS R<br>P.O. Box 577<br>Isabela, PR 00662 | 5/2/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 8369 | $73,986.25 |
| | Base para: Demandante afirma obligaciones asociadas con bonos emitidos por la PREPA retenidos anteriormente por el demandante, cuya posición ha sido vendida. Porque el demandante vendió los presuntos bonos acertados, ya no tienen derecho a pago por la PREPA con respecto a bonos emitidos por la PREPA y de acuerdo, no tiene reclamación contra la PREPA por interés y/o inversiones alegadas. | | | | | |
| 13 | SHAKIN, ERIC<br>600 northern blvd<br>suite 216<br>great neck, NY 11021 | 3/17/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 1808 | $45,739.00 |
| | Base para: Demandante afirma obligaciones asociadas con bonos emitidos por la PREPA retenidos anteriormente por el demandante, cuya posición ha sido vendida. Porque el demandante vendió los presuntos bonos acertados, ya no tienen derecho a pago por la PREPA con respecto a bonos emitidos por la PREPA y de acuerdo, no tiene reclamación contra la PREPA por interés y/o inversiones alegadas. | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados