# EXHIBIT 5

  

# Certificate of New Law Pursuant to 48 U.S.C. §2144(2)(B)

**Legislative Measure Number:**

- Act No. 82-2019 ("Act 82"), herein attached.

**Estimate of Impact of the Legislative Measure on Expenditures and Revenues:**

- Act 82 has an approximate impact of $475,131.47 in the Department of Health's budget. However, Act 82 will be implemented using budgeted resources. If reprogramming of budgeted resources is needed, the appropriate agency will submit to the FOMB a formal request.
- Act 82 has no impact on revenues.

**Determination of the Legislative Measure's Compliance with the Fiscal Plan:**

- Act 82 is not significantly inconsistent with the 2019 Fiscal Plan for Puerto Rico.