# EXHIBIT 6

# GOVERNMENT OF PUERTO RICO
## Puerto Rico Fiscal Agency and Financial Advisory Authority

November 22, 2019

**VIA EMAIL**

Ms. Natalie Jaresko
Executive Director
The Financial Oversight and
Management Board for Puerto Rico
P.O. Box 192018
San Juan, PR 00919-2018

    Re:    *Compliance with Section 204(a) of PROMESA*

Dear Executive Director Jaresko:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), is the government entity responsible for communication between the Government of Puerto Rico (the "Government") and the Financial Oversight and Management Board for Puerto Rico (the "Board") pursuant to the Enabling Act of the *Fiscal Agency and Financial Advisory Authority*, Act 2-2018. I hereby make reference to your letters dated November 15, 2019 addressed to the Governor of Puerto Rico, Hon. Wanda Vázquez-Garced, regarding compliance with Section 204(a) of PROMESA and your review of the compliance certificates of Act 82-2019, Act 90-2019 and Act 138-2019.

To begin with, it is emphatically the public policy of the Government to comply with Section 204(a) of PROMESA. In fact, on October 25, 2019, Governor Vázquez signed Executive Order 2019-57 (the "Executive Order") establishing streamlined procedures to comply with said Section and ordering compliance and cooperation from all agencies and dependencies in order to promptly comply with the certificates mandated by Section 204(a). In compliance with the Executive Order and Section 204(a), and since I assumed the position of Executive Director of AAFAF in August, 2019, the Government has sent 204(a) certifications to the Board for all Acts and Joint Resolutions enacted since that time.

In your first letter, you claim the Board is yet to receive compliance certificates for several Acts and Joint Resolutions that were enacted during calendar years 2018 and 2019. After review, we have determined that your letter contains factual errors. For example, you claim the Board did not receive a compliance certificate for Act 71-2019, when in fact, the



certificate was sent to the Board on August 9, 2019. As of the date of this letter, all Acts and Resolutions enacted during 2018 and 2019 have been sent to the Board.[1]

Finally, in your second letter you state that for Acts 82 and 138 enacted during 2019, the Board believes there is possible federal preemption of the subject under the statutory provisions of Title 42 of the U.S. Code and related Code of Federal Regulations. Nothing in Section 204(a) of PROMESA allows the Board to request explanations from the elected government on alleged federal preemption of enacted laws. Section 204(a)(3) only allows the Board to send notifications to the elected government under limited circumstances, specifically, if no certifications are sent or, if the Board understands an enacted law is significantly inconsistent with the certified fiscal plan.

I look forward to working with the Oversight Board to further our common goals and reach consensus where possible on these important issues for Puerto Rico.

Most respectfully,

Omar J. Marrero
Executive Director

cc: Members of the Financial Oversight
and Management Board of Puerto Rico
Elí Díaz-Atienza

---

[1] Acts 164-167-2019 and Joint Resolutions 116-118-2019 were recently enacted and the 7 working-day statutory deadline has not passed. Also, Joint Resolutions 50-53-2018 and Joint Resolutions 36-37-2019 are resolutions providing for the budget of Puerto Rico, not subject to Section 204(a).

3

## Appendix A

Acts enacted during calendar year 2018 pending.

| Acts 2018 | AAFAF comments |
|---|---|
| Act 204 | See FOMB letters dated September 13, 2018 and October 26, 2018. |
| Act 277 | Sent 11/22/19 |
| Act 303-305 | 303: sent 11/18/19<br>304: sent 11/18/19<br>305: Sent 11/22/19 |

Joint Resolutions approved during calendar year 2018 pending.

| JRs 2018 | AAFAF comments |
|---|---|
| JRs 50-53 | These are Commonwealth Budget resolutions not subject to Section 204(a). |
| JRs 121-125 | All sent 11/18/19 |

Acts enacted during calendar year 2019 pending.

| Acts 2019 | AAFAF comments |
|---|---|
| Act 26 | Sent 11/22/19 |
| Act 33 | Sent 11/22/19 |
| Act 61 | Sent 11/18/19 |
| Act 63 | Sent 11/20/19 |
| Acts 71-73 | Act 71: sent 8/9/19<br>Act 72: sent 11/20/19<br>Act 73: sent 11/18/19 |
| Act 75 | Sent 11/18/19 |
| Act 77 | Sent 11/18/19 |
| Act 79 | Sent 11/18/19 |
| Act 81-82 | Act 81: sent 11/18/19<br>Act 82: sent 11/18/19 |
| Act 86 | Sent 11/18/19 |
| Act 100 | Sent 11/18/19 |
| Acts 103-104 | Sent 11/18/19 |
| Act 130 | Sent 11/22/19 |
| Act 156 | Sent 11/13/19 |
| Act 160 | Sent 11/18/19 |
| Act 161 | Sent 11/22/19 |
| Act 162 | Sent 11/22/19 |

4

Joint Resolutions approved during calendar year 2019 and not submitted to FOMB for review.

| JRs 2019 | AAFAF Comments |
|---|---|
| JRs 36-37 | These are Commonwealth budget resolutions not subject to Section 204(a). |
| JR 98 | Sent 11/18/19 |