# EXHIBIT 4

  

# Compliance Certificate of New Law Pursuant to 48 U.S.C. §2144(2)(B)

**Legislative Measure Number:**

- Act No. 90-2019 ("Act 90"), herein attached.

**Estimate of Impact of the Legislative Measure on Expenditures and Revenues:**

- Act 90 has no impact on expenditures or revenues.

**Determination of the Legislative Measure's Compliance with the Fiscal Plan:**

- Act 90 is not significantly inconsistent with the New Fiscal Plan for Puerto Rico.