# EXHIBIT 2



LEY 138 -20 19

Cámara de Representantes
Gobierno de Puerto Rico
El Capitolio
San Juan, Puerto Rico

Yo, ELIZABETH STUART VILLANUEVA, Secretaria de la Cámara de Representantes del Gobierno de Puerto Rico,

C E R T I F I C O:

Que el P. de la C. 1546 (Conferencia), titulado

*"Ley*

*Para añadir un Artículo 31.031 y un Artículo 31.032 al Capítulo 31 de la Ley Núm. 77 de 19 de junio de 1957, según enmendada, conocida como "Código de Seguros de Puerto Rico", con el fin de establecer que las organizaciones de servicios de salud no podrán denegar la solicitud de un médico, hospital, centro de servicios primarios, centro de diagnóstico y tratamiento, dentista, laboratorios, farmacias, servicios médicos de emergencia, prehospitalarios, proveedor de equipo médico, o cualquier otra persona autorizada en Puerto Rico para proveer servicios de cuidado de salud para convertirse en proveedor de la misma cuando éste cumpla con los requisitos necesarios para ejercer su profesión y/o funciones y esté autorizado por las entidades competentes a proveer servicios de cuidado de salud en Puerto Rico; y para otros fines relacionados."*

ha sido aprobado por la Cámara de Representantes y el Senado del Gobierno de Puerto Rico en la forma que expresa el documento que se acompaña.

PARA QUE ASI CONSTE, y para notificar al Gobernador del Gobierno de Puerto Rico, expido la presente en mi oficina en el Capitolio, San Juan, Puerto Rico a los diez (10) días del mes de julio del año dos mil diecinueve y estampo en ella el sello de la Cámara de Representantes de Puerto Rico.

Elizabeth Stuart Villanueva
Secretaria

(P. de la C. 1546)
(Conferencia)

# LEY

Para añadir un Artículo 31.031 y un Artículo 31.032 al Capítulo 31 de la Ley Núm. 77 de 19 de junio de 1957, según enmendada, conocida como "Código de Seguros de Puerto Rico", con el fin de establecer que las organizaciones de servicios de salud no podrán denegar la solicitud de un médico, hospital, centro de servicios primarios, centro de diagnóstico y tratamiento, dentista, laboratorios, farmacias, servicios médicos de emergencia, prehospitalarios, proveedor de equipo médico, o cualquier otra persona autorizada en Puerto Rico para proveer servicios de cuidado de salud para convertirse en proveedor de la misma cuando éste cumpla con los requisitos necesarios para ejercer su profesión y/o funciones y esté autorizado por las entidades competentes a proveer servicios de cuidado de salud en Puerto Rico; y para otros fines relacionados.

## EXPOSICIÓN DE MOTIVOS

La Ley Núm. 77 de 19 de junio de 1957, según enmendada, conocida como "Código de Seguros de Puerto Rico", en su Artículo 31.010 establece que:

> "[E]l Gobierno de Puerto Rico declara como política pública la autorización de la negociación colectiva para la contratación entre los proveedores y las organizaciones de servicios de salud. Esta política pública persigue establecer un balance de competitividad en la contratación de los servicios de salud, resultando beneficiados los consumidores, los proveedores, los administradores de terceros y las propias organizaciones de servicios de salud. El Gobierno de Puerto Rico reconoce que hay planes de salud que dominan el mercado, a tal grado que las negociaciones justas entre los proveedores, los administradores de terceros y las organizaciones de servicios de salud prácticamente son inexistentes e inalcanzables. En esos casos, los administradores de terceros y las organizaciones de servicios de salud tienen, esencialmente, el poder de establecer unilateralmente los términos de los contratos de adhesión que ofrecen a los proveedores. Por tanto, el Gobierno de Puerto Rico encuentra apropiado y necesario autorizar la negociación colectiva en cuanto a los honorarios y otros asuntos donde se determine que existe un desequilibrio en la referida contratación."

Hemos advenido en conocimiento de que las aseguradoras de salud están denegando, sin fundamento válido alguno, las solicitudes que someten los profesionales de la salud para convertirse en proveedores de las mismas. La denegación ocurre a pesar de que los solicitantes cumplen con los requisitos para ejercer su

profesión y/o funciones y están debidamente autorizados a proveer servicios de cuidado de salud en Puerto Rico. Esta práctica nos preocupa, pues podría tener un impacto significativo en el ofrecimiento de servicios de salud en la isla.

El éxodo masivo de los profesionales de la salud ha resultado en una crisis de salud pública sin precedentes, en donde a la ciudadanía le resulta cada vez más complicado obtener servicios básicos y especializados de salud. Ante tal panorama, este Gobierno ha aprobado múltiples medidas para detener dicho éxodo. Una de estas, la Ley 14-2017, conocida como la "Ley de Incentivos para la Retención y Retorno de Profesionales Médicos", le ofrece a la clase médica puertorriqueña una propuesta contributiva atractiva para que se queden en Puerto Rico.

La práctica que hemos descrito trastoca la clara política pública que se ha impulsado para evitar que los profesionales médicos abandonen la isla. De continuar, la misma acelerará la emigración de médicos puertorriqueños. Por tal razón, no podemos permitir que las aseguradoras de planes médicos impidan que nuestros médicos se conviertan en proveedores.

A tales efectos, esta medida persigue prohibir que las aseguradoras de salud puedan denegar arbitrariamente la solicitud de un médico, hospital, centro de servicios primarios, centro de diagnóstico y tratamiento, dentista, laboratorios, farmacias, servicios médicos de emergencia, prehospitalarios, proveedor de equipo médico, o cualquier otra persona autorizada en Puerto Rico para proveer servicios de cuidado de la salud para convertirse en proveedor de la misma si éste cumple con los requisitos para ejercer su profesión y/o funciones y, además, está autorizado por las entidades pertinentes a proveer servicios de cuidado de salud en Puerto Rico. Esta Ley contribuirá a detener el éxodo masivo de los profesionales de la salud y aumentará la disponibilidad de servicios de salud alrededor de la isla.

*DECRÉTASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

Artículo 1.-Se añade un nuevo Artículo 31.031 al Capítulo 31 de la Ley Núm. 77 de 19 de junio de 1957, según enmendada, conocida como "Código de Seguros de Puerto Rico", para que lea como sigue:

"Artículo 31.031.-Solicitud para Convertirse en Proveedor.

Ninguna organización de seguros de salud, aseguradoras, terceros administradores y otros planes médicos, podrán denegar la solicitud de un médico, hospital, centro de servicios primarios, centro de diagnóstico y tratamiento, dentista, laboratorios, farmacias, servicios médicos de emergencia, prehospitalarios, proveedor de equipo médico, o cualquier otra persona autorizada en Puerto Rico para proveer servicios de cuidado de la salud para

convertirse en proveedor de éstos, cuando el profesional de salud cumpla con los requisitos necesarios para ejercer su profesión y/o funciones y esté debidamente autorizado por las entidades competentes, ya sean federales y/o estatales, según sea el caso, para proveer servicios de cuidado de salud en Puerto Rico. Además, éstos deberán presentar los siguientes requisitos:

(1) Diploma, si aplica

(2) Certificado de registro de la Administración de Servicios de Salud Mental y Contra la Adicción (ASSMCA)

(3) Certificado de registro de *Drug Enforcement Administration* (DEA)

(4) Seguro de responsabilidad profesional

(5) Certificación de Registro de Educación Continua, si aplica

(6) Colegiación, si aplica

(7) Resumé (Curriculum vitae), si aplica

(8) NPI (National Provider Identifier)

(9) Certificación de cumplimiento (good standing)

(10) Certificación de privilegios del Hospital, si aplica

(11) Copia de la licencia profesional/especialidad, si aplica

(12) Residencia, si aplica

(13) *Fellowship*, si aplica

(14) Certificaciones de Especialidad (Board), si aplica

(15) Evidencia de validación de las listas de exclusión del *National Practitioner Data Bank* (NPDB), *Office of Inspector General* (OIG), *System for Award Management* (SAM) y *Office of Foreign Assets Control* (OFAC)

A los grupos o facilidades se le requerirá, además, presentar:

(1) Registro de Corporación

(2) Certificado de IRS

(3) Forma W9

(4) Patente Municipal

(5) NPI Corporativo

Una organización de seguros de salud, asegurador, tercero administrador u otros planes médicos no podrá aceptar a un médico, hospital, centro de servicios primarios, centro de diagnóstico y tratamiento, dentista, laboratorios, farmacias, servicios médicos de emergencia, prehospitalarios, proveedor de equipo médico, o cualquier otra persona autorizada en Puerto Rico para proveer servicios de cuidado de la salud a una red, si este tiene un conflicto de interés con la entidad, si obtuvo su licencia fraudulenta o ilegalmente, o si se hubiese determinado la comisión de un delito o fraude contra la entidad para la cual quiere convertirse en proveedor o contra programas estatales o federales del Gobierno de Puerto Rico o del Gobierno de Estados Unidos.

Estas entidades tendrán un término de noventa (90) días, contados a partir del recibo de la solicitud, la cual deberá estar correctamente completada en todos sus renglones y acompañada de todos los documentos vigentes requeridos por esta Ley, para comunicar una decisión al proveedor solicitante."

Artículo 2.-Se añade un nuevo Artículo 31.032 al Capítulo 31 de la Ley Núm. 77 de 19 de junio de 1957, según enmendada, conocida como "Código de Seguros de Puerto Rico", para que lea como sigue:

"Artículo 31.032.-Prohibición

Ninguna organización de seguros de salud, asegurador, terceros administradores u otros planes médicos podrá cancelar o rescindir un contrato otorgado a un proveedor o profesional de la salud por razones que no estén basadas en el incumplimiento específico de los requerimientos y cláusulas del contrato. Dicha organización de servicios de salud tendrá que exponer por escrito las razones de la terminación del contrato y se presumirá contraria a las disposiciones de esta Ley. Tampoco podrán integrar al contrato ninguna cláusula, acuerdo, enmienda, *addendum* o estipulación con el proveedor de servicios de salud, que establezca la terminación o cancelación unilateral de un contrato o acuerdo o que sean contrarias a las disposiciones de este Artículo.

Artículo 3.-Si alguna empresa aseguradora incurre en prácticas inconsistentes con los propósitos de esta Ley o procura utilizar subterfugios para burlar los objetivos

5

de la misma, el Gobierno de Puerto Rico cancelará automáticamente todo contrato que exista entre dicha empresa y el Gobierno de Puerto Rico.

Artículo 4.-Esta Ley comenzará a regir noventa (90) días después de su aprobación.

..................................................
Presidente de la Cámara

..................................................
Presidente del Senado

Aprobada en Agosto 1, 2019

..................................................
Gobernador

Este P. de _____C_____ Núm _1546_
Fue recibida por el Gobernador
Hoy __25__ de __julio__
De _2019_ A las _4:10 PM_

_[signature]_
Gobernador