# EXHIBIT 3

LEY 176 -20 19

**GOBIERNO DE PUERTO RICO**
*SENADO DE PUERTO RICO*
*EL CAPITOLIO*
*SAN JUAN, PUERTO RICO 00901*

Yo, **Manuel A. Torres Nieves**, Secretario del Senado de Puerto Rico,

### CERTIFICO:

Que el **P. del S. 1341**, titulado:

## "LEY

Para enmendar los incisos (1) y (2) de la Sección 9.1 del Artículo 9 de la Ley 8-2017, según enmendada, conocida como "Ley para la Administración y Transformación de los Recursos Humanos en el Gobierno de Puerto Rico"; enmendar los incisos 1 (a) y 2 (b) del Artículo 2.04 del Capítulo 2 de la Ley 26-2017, según enmendada, conocida como "Ley de Cumplimiento con el Plan Fiscal", a los fines de restituir los días de licencia de vacaciones y enfermedad a los empleados públicos."

ha sido aprobado por el Senado de Puerto Rico y la Cámara de Representantes en la forma que expresa el ejemplar que se acompaña.

**PARA QUE ASI CONSTE**, y para notificar al Gobernador de Puerto Rico, expido la presente en mi oficina en el Capitolio, San Juan, Puerto Rico, el día dieciocho (18) del mes de noviembre del año dos mil diecinueve y estampo en ella el sello del Senado de Puerto Rico.

Manuel A. Torres Nieves
Secretario del Senado

# (P. del S. 1341)

## LEY

Para enmendar los incisos (1) y (2) de la Sección 9.1 del Artículo 9 de la Ley 8-2017, según enmendada, conocida como "Ley para la Administración y Transformación de los Recursos Humanos en el Gobierno de Puerto Rico"; enmendar los incisos 1 (a) y 2 (b) del Artículo 2.04 del Capítulo 2 de la Ley 26-2017, según enmendada, conocida como "Ley de Cumplimiento con el Plan Fiscal", a los fines de restituir los días de licencia de vacaciones y enfermedad a los empleados públicos.

## EXPOSICIÓN DE MOTIVOS

Durante el año 2017, se aprobó la Ley 8-2017 que disminuyó el beneficio de acumulación de días de vacaciones y enfermedad de los empleados públicos del Gobierno de Puerto Rico. Esta Ley se aprobó a los efectos de flexibilizar los Recursos Humanos en el Gobierno de Puerto Rico. El 29 de abril de 2017 se aprobó la Ley 26-2017, que también disminuyó el beneficio de acumulación de días de vacaciones y enfermedad de los empleados públicos.

Meses más tarde de la promulgación de esta legislación, Puerto Rico enfrentó uno de los eventos más devastadores de su historia con el paso del huracán María. La isla quedó destruida y aunque ante el proceso de recuperación surgieron nuevas oportunidades de empleo, en adición a otros factores que afectaron la economía.

Las disposiciones de la legislación que disminuye los beneficios de licencia de vacaciones y por enfermedad ha tenido un impacto negativo en los empleados públicos que ingresan a la corriente laboral, afectando su vida familiar ante la ausencia de tiempo para compartir con sus seres queridos.

Por tal razón, esta Asamblea Legislativa, considerando el impacto negativo de la reducción de las licencias de vacaciones y enfermedad de los empleados públicos en las nuevas generaciones de puertorriqueños que entran a la fuerza laboral, entiende meritorio que se regrese al esquema anterior de acumulación de estos beneficios.

2

**DECRÉTASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:**

Sección 1.- Se enmienda el inciso 1 de la Sección 9.1 del Artículo 9 de la Ley 8-2017, según enmendada, para que lea como sigue:

"Artículo 9. Beneficios Marginales

Sección 9.1.-

Los empleados...

1. Licencia de vacaciones

    a. El empleado tendrá derecho a acumular licencia de vacaciones, a razón de dos días y medio (2.5) por cada mes de servicio, hasta un máximo de sesenta (60) días laborales al finalizar cada año natural. La licencia por vacaciones se comenzará a acumular una vez cumpla los tres (3) meses en el empleo y será retroactiva a la fecha de comienzo del empleo. Los empleados a jornada regular reducida o a jornada parcial acumularán licencia de vacaciones de forma proporcional al número de horas en que presten servicios regularmente.

    b. ..."

Sección 2.- Se enmienda el inciso 2 de la Sección 9.1 del Artículo 9 de la Ley 8-2017, según enmendada, para que lea como sigue:

"Sección 9.1.-

Los empleados ...

2. Licencia por enfermedad

    a. Todo empleado tendrá derecho a acumular por enfermedad, a razón de un día y medio (1.5) por cada mes de servicio. Los empleados a jornada regular reducida o a jornada parcial acumularán licencia por enfermedad en forma proporcional al número de horas que presten servicios regularmente. Dicha licencia se utilizará cuando el empleado se encuentre enfermo, incapacitado o expuesto a una enfermedad contagiosa que requiera su ausencia del trabajo para la protección de su salud o la de otras personas. Además, todo empleado podrá disponer de ...

    b. ..."

Sección 3.- Se enmienda el inciso 1 (a) del Artículo 2.04 del Capítulo 2 de la Ley 26-2017, según enmendada, para que lea como sigue:

"Artículo 2.04.– Beneficios Marginales

1.- Licencia de vacaciones

    a. A partir de la vigencia de esta Ley, todo empleado público tendrá derecho a acumular licencia de vacaciones, a razón de dos y medio (2 ½) días de cada mes de servicio. …

    b. …"

Sección 4.- Se enmienda el inciso 2 (b) del Artículo 2.04 del Capítulo 2 de la ley 26-2017, según enmendada, para que lea como sigue:

"Artículo 2.04. – Licencia de enfermedad

    a. …

    b. Todo empleado que haya sido contratado en el Gobierno de Puerto Rico después de entrar en vigor la Ley 8-2017, conocida como "Ley para la Administración y Transformación de los Recursos Humanos en el Gobierno de Puerto Rico tendrá derecho a acumular licencia por enfermedad a razón de un día y medio (1 ½) por cada mes de servicio.

    c. …"

Sección 5.- Si cualquier artículo, disposición, párrafo, inciso o parte de esta Ley, fuese declarada nula o inconstitucional por cualquier Tribunal competente, se entenderá que el resto de sus disposiciones mantendrán su validez y vigencia.

Sección 6.- Esta Ley entrará en vigor inmediatamente después de su aprobación.

_____  
Presidente del Senado

_____  
Presidente de la Cámara

Aprobada en 12/[illegible]/2019

_____  
Gobernadora

Este P. de ____S____ Núm. _1341_
Fue recibida por la Gobernadora
Hoy __5__ de _diciembre_
De _2019_ A las _4:36 P.M_

_____
Asesor