# EXHIBIT 2

**GOBIERNO DE PUERTO RICO**
**LA FORTALEZA**
**SAN JUAN, PUERTO RICO**

Boletín Administrativo Núm. OE-2019-057

**ORDEN EJECUTIVA DE LA GOBERNADORA DE PUERTO RICO, HON. WANDA VÁZQUEZ GARCED, PARA ESTABLECER UN PROCEDIMIENTO UNIFORME PARA EL CUMPLIMIENTO CON LA SECCIÓN 204(A) DE LA LEY PROMESA Y PARA LA CERTIFICACIÓN DE DISPONIBILIDAD DE FONDOS DE LAS AGENCIAS Y CORPORACIONES PÚBLICAS DEL GOBIERNO DE PUERTO RICO Y PLANTEAMIENTOS PRESUPUESTARIOS**

POR CUANTO: Puerto Rico atraviesa actualmente por la mayor crisis financiera y económica de su historia moderna. Esta coyuntura llevó al Congreso de Estados Unidos a aprobar la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico, L. Púb. 114-187, 130 Stat. 570, conocida como "PROMESA" por sus siglas en inglés. Este estatuto, a su vez, estableció una Junta de Supervisión y Administración Financiera ("Junta") para el Gobierno de Puerto Rico.

POR CUANTO: La Sección 204(a) de PROMESA establece una serie de disposiciones en cuanto a la presentación a la Junta de nuevas leyes firmadas por la Gobernadora. En específico, la Sección 204(a) requiere que, no más tarde de siete (7) días laborables luego de que el Gobierno de Puerto Rico adopte una ley durante cualquier año fiscal en que la Junta esté en operación, esta sea presentada a la Junta junto con lo siguiente:

(1) Un estimado formal del impacto, si alguno, que la nueva ley tendrá sobre los gastos e ingresos; y

(2) Una certificación de que la nueva ley no es significativamente inconsistente con el Plan Fiscal certificado actual; o

(3) De entender que la nueva ley es significativamente inconsistente con el Plan Fiscal certificado actual, especificar las razones para ello.

POR CUANTO: La Sección 204(a) de PROMESA requiere que la información antes descrita sea preparada por una entidad del Gobierno de Puerto Rico con pericia en presupuestos y administración financiera.

POR CUANTO: Una vez el Gobierno de Puerto Rico cumple con los requisitos estatutarios antes descritos, PROMESA obliga a la Junta a

|  |  |
|---|---|
|  | emitir notificaciones a la Gobernadora y a la Asamblea Legislativa para que se corrija la ley en aras de eliminar las inconsistencias con el Plan Fiscal, si alguna, o para que se provean explicaciones por la inconsistencia, si alguna. |
| POR CUANTO: | Si el Gobierno de Puerto Rico incumple con los requisitos de la Sección 204(a), la Junta podrá tomar las acciones que considere necesarias, conforme a los límites de PROMESA, para garantizar que la puesta en vigor de la nueva ley no afecte adversamente el cumplimiento con el Plan Fiscal. |
| POR CUANTO: | El marco legal creado por PROMESA reconoce los poderes del gobierno electo de Puerto Rico. En ese sentido, el estatuto no tuvo el efecto de eliminar los poderes del gobierno electo, sino más bien hace un llamado a la colaboración entre el Gobierno y la Junta, en aras de acabar con la crisis fiscal que Puerto Rico atraviesa. |
| POR CUANTO: | De igual forma, conforme a PROMESA y el presupuesto certificado por la Junta, se le requiere a las agencias y corporaciones públicas del Gobierno de Puerto Rico interactuar con dicho organismo, para la reasignación de fondos para su funcionamiento ordinario. Ante ese escenario, es importante llevar un mensaje coordinado ante la Junta sobre estas peticiones de reasignación de fondos a las agencias y corporaciones públicas. |
| POR CUANTO: | A su vez, la Ley Núm. 230 de 23 de julio de 1974, según enmendada, conocida como la "Ley de Contabilidad del Gobierno de Puerto Rico" ("Ley 230"), establece la política pública respecto al control y contabilidad de fondos y propiedad del Gobierno de Puerto Rico. |
| POR CUANTO: | Dicha ley declara que la contabilidad del Gobierno de Puerto Rico debe reflejar claramente los resultados de sus operaciones financieras, proveer la información financiera necesaria para la administración de las operaciones gubernamentales y para la preparación y ejecución del presupuesto, y constituir un control efectivo sobre los ingresos, desembolsos, fondos, propiedad y otros activos del Gobierno de Puerto Rico. |
| POR CUANTO: | La Ley 230 también dispone que el Secretario de Hacienda se asegurará de que haya coordinación entre los sistemas y los procedimientos de contabilidad de cada dependencia del Gobierno de Puerto Rico y la Asamblea Legislativa. Estos sistemas deberán permitir que las agencias, entidades |

2

|  |  |
|---|---|
|  | corporativas y los Cuerpos Legislativos puedan llevar a cabo sus funciones, a la vez que serán la base para mantener una contabilidad de gobierno uniforme y coordinada. |
| POR CUANTO: | Es necesario establecer la política pública del Gobierno de Puerto Rico de cumplimiento con lo requerido por la Sección 204(a) de PROMESA y la Ley 230. A esos efectos, mediante esta Orden Ejecutiva se establece un procedimiento uniforme para cumplir con estos estatutos y se le ordena a varias agencias y corporaciones públicas del Gobierno de Puerto Rico a colaborar para cumplir con los términos y requisitos establecidos en la Sección 204(a) de PROMESA, así como con lo dispuesto en la Ley 230. |
| POR TANTO: | Yo, WANDA VÁZQUEZ GARCED, Gobernadora de Puerto Rico, en virtud de los poderes que me confieren la Constitución y las Leyes del Gobierno de Puerto Rico, por la presente, decreto y ordeno lo siguiente: |
| SECCIÓN 1ra. | Se seguirá el siguiente procedimiento para el fiel cumplimiento con la Sección 204(a) de PROMESA: |

1. La Oficina de Gerencia y Presupuesto ("OGP") en conjunto con la Autoridad de Asesoría Financiera y Agenta Fiscal de Puerto Rico ("AAFAF") prepararán un formulario universal que incluya un estimado formal del impacto presupuestario, si alguno que la nueva Ley o Resolución Conjunta tendrá sobre los gastos e ingresos del Gobierno de Puerto Rico. Dicho formulario incluirá una certificación de que la medida no es significativamente inconsistente con el Plan Fiscal certificado, y si lo es, que especifique las razones para ello.

2. La OGP enviará este formulario a la Gobernadora previo a la evaluación final del proyecto o Resolución Conjunta.

3. No más tarde de un (1) día laborable después de que un proyecto de ley o una resolución conjunta se convierta en ley, la Oficina del Asesor en Asuntos Legislativos de la Gobernadora deberá notificar ese hecho a la OGP, a la AAFAF y al Departamento de Hacienda. La notificación deberá incluir el texto completo del proyecto de ley o la resolución conjunta, según sea el caso.

3

4. La OGP y el Departamento de Hacienda deberán llevar a cabo un análisis tomando en consideración su pericia financiera y presupuestaria para certificar el impacto estimado en gastos e ingresos de la ley, si alguno. La OGP y el Departamento de Hacienda tendrán la facultad para solicitar de las agencias y corporaciones públicas del Gobierno de Puerto Rico la información necesaria para cumplir con lo establecido en esta Orden Ejecutiva. No más tarde de cinco (5) días laborables a partir del recibo de la notificación por la Oficina del Asesor en Asuntos Legislativos, la OGP y el Departamento de Hacienda deberán remitir sus certificaciones a la AAFAF.

5. Se le ordena a las agencias y corporaciones públicas del Gobierno de Puerto Rico a cumplir estricta y puntualmente con los términos que la OGP y el Departamento de Hacienda establezcan en sus comunicaciones solicitando información para cumplir con lo exigido en esta Orden Ejecutiva.

6. Luego del recibo de las certificaciones de impacto presupuestario y fiscal, y en un término no mayor de siete (7) días laborales contados a partir de la firma de la Ley, la AAFAF tendrá la obligación de someter a la Junta la medida aprobada por la Gobernadora, junto a:

    a. Un estimado formal del impacto, si alguno, que la nueva ley tendrá sobre los gastos e ingresos; y

    b. Una certificación de que la nueva ley no es significativamente inconsistente con el Plan Fiscal certificado; o

    c. De entender que la nueva ley es significativamente inconsistente con el Plan Fiscal certificado, especificar las razones para ello.

La AAFAF cumplirá con enviar esta información, en el término establecido en la Ley federal PROMESA. De necesitar un término adicional para preparar las certificaciones correspondientes, la AAFAF le notificará a la Junta por escrito dentro del término provisto para ello. La notificación deberá incluir una solicitud a la Junta para que apruebe una extensión,

4

por un término definido, al término provisto en la Sección 204(a) de PROMESA y una explicación de por qué la extensión solicitada es necesaria.

SECCIÓN 2da. Ante la responsabilidad de la Rama Ejecutiva sobre la disposición y el buen uso de fondos públicos, se ordena un procedimiento para uniformar la certificación de disponibilidad de fondos de las agencias y corporaciones públicas del Gobierno de Puerto Rico, que será como sigue:

1. La Directora de la OGP será la única funcionaria autorizada a emitir certificaciones de disponibilidad de fondos públicos.

2. Cuando una agencia o corporación pública del Gobierno de Puerto Rico reciba una solicitud para certificar la disponibilidad de fondos de cualquier cuenta, no podrá emitirla por sí y deberá remitirla inmediatamente a la OGP en un término no mayor de dos (2) días laborables contados a partir de la solicitud. Será responsabilidad de la OGP y el jefe de la agencia o corporación pública de conciliar las cuentas y asegurarse que el balance de dicha cuenta no esté comprometido u obligado.

3. Todas las agencias y corporaciones públicas identificarán una persona que servirá de enlace con la OGP para el fiel cumplimiento de las disposiciones de esta sección. Esa persona coordinará con la OGP el recibo y entrega de la certificación solicitada.

4. La Directora de la OGP, una vez reciba la solicitud para certificar la disponibilidad de fondos, tendrá la responsabilidad de discutir el asunto con el Principal Ejecutivo Financiero ("CFO") del Gobierno, con el Departamento de Hacienda y con la agencia o corporación pública concernida, de manera que pueda recopilar y consolidar toda la información necesaria previo a emitir cualquier certificación.

5. Para emitir la correspondiente certificación, la Directora de la OGP dispondrá de un término no mayor de siete (7) días laborables, a partir de la fecha en que recibió la solicitud por parte de la agencia o corporación pública concerniente.

6. La Directora de OGP remitirá la certificación al solicitante y enviará copia a la Oficina del Asesor

5

Legislativo de la Gobernadora, de manera que se mantenga informada y por ser ésta última a quien le corresponde la correcta utilización de fondos públicos de la Rama Ejecutiva.

7. Se le ordena a las agencias y corporaciones públicas a cumplir estricta y puntualmente con los términos establecidos en esta Orden Ejecutiva.

SECCIÓN 3ra. Las agencias y corporaciones públicas de la Rama Ejecutiva deberán coordinar con la AAFAF cualquier comunicación, solicitud o reunión con la Junta, de manera que sea canalizada y coordinada correctamente. Esta coordinación deberá hacerse previo a cualquier acercamiento a la Junta, de manera que se pueda mantener visibilidad entre los planteamientos presupuestarios que se soliciten a la Junta.

SECCIÓN 4ta. Se ordena a la OGP, al Departamento de Hacienda y a la AAFAF a que establezcan procesos de coordinación para permitir un flujo eficiente de información que permita el cabal cumplimiento con lo ordenado en esta Orden Ejecutiva.

SECCIÓN 5ta. La Secretaria de la Gobernación asistirá a la OGP, al Departamento de Hacienda y a la AAFAF en el cumplimiento de lo ordenado por esta Orden Ejecutiva. En específico, se asegurará de que todas las entidades de la Rama Ejecutiva cumplan oportunamente con cualquier requerimiento que se le haga en virtud de esta Orden. A esos efectos, cada noventa (90) días, la OGP y el Departamento de Hacienda deberán remitirle a la Secretaria de la Gobernación un informe en el que se detalle cualquier problema de incumplimiento por parte de las agencias o corporaciones públicas con lo ordenado en esta Orden Ejecutiva.

SECCIÓN 6ta. <u>SEPARABILIDAD</u>. Las disposiciones de esta Orden Ejecutiva son independientes y separadas unas de otras y si un tribunal con jurisdicción y competencia declarase inconstitucional, nula o inválida cualquier parte, sección, disposición u oración de esta Orden Ejecutiva, la determinación a tales efectos no afectará la validez de las disposiciones restantes, las cuales permanecerán en pleno vigor.

SECCIÓN 7ma. DEFINICIÓN DEL TÉRMINO AGENCIA. Para fines de esta Orden Ejecutiva, el término "agencia" se refiere a toda agencia, instrumentalidad, oficina, programa, junta o dependencia de la Rama Ejecutiva del Gobierno de Puerto Rico, independientemente de su nombre.

Case:17-03283-LTS Doc#:13441-2 Filed:06/12/20 Entered:06/12/20 19:12:22 Desc: Exhibit 2 Page 8 of 16

SECCIÓN 8va.  DEROGACIÓN. Se deroga cualquier orden ejecutiva anterior que sea contraria a las disposiciones de esta, hasta donde llegue tal incompatibilidad.

SECCIÓN 9na.  VIGENCIA. Esta Orden Ejecutiva entrará en vigor inmediatamente y se mantendrá vigente hasta que sea enmendada o revocada por una orden ejecutiva posterior o por operación de ley.

SECCIÓN 10ma.  NO CREACIÓN DE DERECHOS EXIGIBLES. Esta Orden Ejecutiva no tiene como propósito crear derechos sustantivos o procesales a favor de terceros, exigibles ante foros judiciales, administrativos o de cualquier otra índole, contra el Gobierno de Puerto Rico o sus agencias, sus oficiales, empleados o cualquiera otra persona.

SECCIÓN 11ma.  PUBLICACIÓN: Esta Orden Ejecutiva debe ser presentada inmediatamente en el Departamento de Estado y se ordena su más amplia publicación.



EN TESTIMONIO DE LO CUAL, expido la presente Orden Ejecutiva bajo mi firma y hago estampar el gran sello del Gobierno de Puerto Rico, en La Fortaleza, en San Juan, Puerto Rico, hoy __25__ de octubre de 2019.

WANDA VÁZQUEZ GARCED
GOBERNADORA

Promulgada de conformidad con la Ley, hoy __25__ de octubre de 2019.

MARÍA MARCANO DE LEÓN
SECRETARIA DE ESTADO INTERINA

7

**GOVERNMENT OF PUERTO RICO**
LA FORTALEZA [Puerto Rico Governor's Official Residence]
**SAN JUAN, PUERTO RICO**

Administrative Bulletin No. OE-2019-057

**EXECUTIVE ORDER OF THE GOVERNOR OF PUERTO RICO, WANDA VAZQUEZ GARCED, TO ESTABLISH A UNIFORM PROCEDURE FOR COMPLIANCE WITH SECTION 204 (A) OF THE LAW "PROMESA" AND FOR CERTIFICATION OF THE AVAILABILITY OF FUNDS OF THE PUBLIC AGENCIES AND CORPORATIONS OF THE GOVERNMENT OF PUERTO RICO AND BUDGETARY PROPOSALS**

| | |
|---|---|
| WHEREAS: | Puerto Rico is currently going through the biggest financial and economic crisis of its modern history. This juncture led the United States Congress to approve the Puerto Rico Oversight, Management and Economic Stability Act, Public Law 114-187, 130 Statute 570, known as "PROMESA" for its acronym in English. This statute, in turn, established a Financial Oversight and Management Board ("Board") for the Government of Puerto Rico. |
| WHEREAS:<br>[signature]<br>[signature] | PROMESA Section 204 (a) establishes a series of provisions regarding the presentation to the Board of new laws signed by the Governor. Specifically, Section 204 (a) requires that, not later than seven (7) business days after the Government of Puerto Rico adopts a law during any fiscal year in which the Board is in operation, this law is presented to the Board along with following: |

(1) A formal estimate of the impact, if any, that the new law will have on expenses and income; and

(2) A certification that the new law is not significantly inconsistent with the current certified Fiscal Plan; or

(3) If understood that the new law is significantly inconsistent with the current certified Fiscal Plan, specify the reasons for this.

| | |
|---|---|
| WHEREAS: | PROMESA Section 204 (a) requires that the afore-described information be prepared by a government entity of Puerto Rico with expertise in budgets and financial management. |
| WHEREAS: | Once the Government of Puerto Rico meets the afore-described statutory requirements, PROMESA obliges the Board to |

| | |
|---|---|
| | issue notifications to the Governor and the Legislative Assembly to correct the law in order to eliminate the inconsistencies with the Fiscal Plan, if any, or so that explanations are provided for the inconsistency, if any. |
| WHEREAS: | If the Government of Puerto Rico fails to comply with the requirements of Section 204 (a), the Board may take the actions that it may deem necessary, in accordance with the limits of PROMESA, to ensure that the enforcement of the new law does not adversely affect compliance with the Fiscal Plan. |
| WHEREAS: | The legal framework created by PROMESA recognizes the powers of the elected government of Puerto Rico. In that sense, the statute did not have the effect of eliminating the powers of the elected government, but rather calls for collaboration between the Government and the Board, in order to end the fiscal crisis that Puerto Rico is undergoing. |
| WHEREAS: [signature] [signature] | Similarly, according to PROMESA and the budget certified by the Board, public agencies and corporations of the Government of Puerto Rico are required to interact with the aforesaid agency, for the reallocation of funds for their ordinary operation. Faced with that scenario, it is important to bring a coordinated message to the Board on these requests for reallocation of funds to public agencies and corporations. |
| WHEREAS: | In turn, Law No. 230 of July 23, 1974, as amended, known as the "Puerto Rico Government Accountability Act" ("Law 230"), establishes public policy regarding the control and accounting of funds and property of the Government of Puerto Rico. |
| WHEREAS: | The aforesaid law states that the accounting of the Government of Puerto Rico must clearly reflect the results of its financial operations, provide financial information necessary for the management of government operations and for drawing up and executing the budget, and constitute an effective control over revenues, disbursements, funds, property, and other assets of the Government of Puerto Rico. |
| WHEREAS: | Law 230 also provides that the Secretary of the Treasury ensure that there is coordination between the systems and the accounting procedures of each agency of the Government of Puerto Rico and the Legislative Assembly. These systems should enable agencies, corporate entities |

| | |
|---|---|
| | and Legislative Bodies to perform their tasks, which in turn shall be the basis for maintaining uniform and coordinated government accounting. |
| WHEREAS: | It is necessary to establish the public policy of the Government of Puerto Rico in compliance with the requirements of Section 204 (a) of PROMESA and Law 230. For these purposes, with this Executive Order, a uniform procedure is established to comply with these statutes and agencies and public corporations of the Government of Puerto Rico are ordered to collaborate in order to comply with the terms and requirements set forth in PROMESA Section 204 (a), as well as with the provisions of Law 230. |
| WHEREAS: | I, WANDA VAZQUEZ GARCED, Governor of Puerto Rico, by virtue of the powers conferred on me by the Constitution and the Laws of the Government of Puerto Rico, herein, decree and order the following: |
| SECTION 1 | The following procedure shall be followed for the faithful compliance with PROMESA Section 204 (a): |

[signature]
[signature]

1. The Office of Management and Budget ("OGP") in conjunction with the Financial Advisory Authority and Fiscal Agency of Puerto Rico ("AAFAF") will prepare a universal form that includes a formal estimate of the budgetary impact, if any, that the new law or Joint Resolution will have on expenses and revenues of the Government of Puerto Rico. The aforesaid form will include a certification that the measure is not significantly inconsistent with the certified Fiscal Plan, and if so, that specifies the Reasons therefore.

2. The OGP will send this form to the Governor prior to the final evaluation of the project or Joint Resolution.

3. Not later than one (1) business day after a bill or joint resolution will become law, the Office of the Adviser on Legislative Affairs of the Governor must give notice of this event to the OGP, the AAFAF and the Department of the Treasury. The notice must include the complete text of the bill or joint resolution, as the case may be.

4. The OGP and the Department of the Treasury shall conduct an analysis taking into account their financial and budgetary expertise to certify the estimated impact on expenses and earnings of the law, if any. The OGP and the Department of the Treasury will have the power to request from the public agencies and corporations of the Government of Puerto Rico the information necessary to comply with the provisions in this Executive Order. Not later than five (5) business days from the receipt of the notice from the Office of the Advisor in Legislative Affairs, the OGP and the Department of the Treasury must send their certifications to the AAFAF.

5. The public agencies and corporations of the Government of Puerto Rico are ordered to comply strictly and punctually with the terms that the OGP and the Department of the Treasury establish in their communications requesting information to comply with what is required in this Executive Order.

6. After receipt of the certifications of the budgetary and fiscal impact, and in a term not exceeding seven (7) business days counted from the signing of the Law, the AAFAF will have the obligation to submit to the Board the measure approved by the Governor, together with:

    a. A formal estimate of the impact, if any, that the new law will have on expenses and revenues; and
    b. A certification that the new law is not significantly inconsistent with the certified Fiscal Plan; or
    c. If understood that the new law is significantly inconsistent with the certified Fiscal Plan, specify the reasons therefore.

The AAFAF will comply with sending this information, in the term established in the federal PROMESA Law. If an additional term is needed to prepare the corresponding certifications, the AAFAF will notify the Board in writing within the term provided for this. The notice must include a request to the Board to approve an extension,

[signature]
[signature]

4

for a defined term, for the term provided in PROMESA section 204 (a) and an explanation of why that the requested extension is necessary.

SECTION 2  At the responsibility of the Executive Branch on the allocation and good use of public funds, a procedure is ordered to standardize certification of availability of funds of public agencies and corporations of the Government of Puerto Rico, which will be as follows:

[signature]
[signature]

1. The Director of the OGP will be the sole official authorized to issue certifications of availability of public funds.
2. When a public agency or corporation of the Government of Puerto Rico receives a request to certify the availability of funds of any account, it cannot issue it on its own and must send it immediately to the OGP in a term not exceeding two (2) business days counted from the request. It will be the responsibility of the OGP and the head of the public agency or corporation to reconcile accounts and make sure that the account balance is not committed or obligated.
3. All public agencies and corporations will identify a person who will serve as a liaison with the OGP for faithful compliance with the provisions of this section. That person will coordinate with the OGP on receipt and delivery of the requested certification.
4. The Director of the OGP, once she receives the request to certify the availability of funds, will have the responsibility to discuss the matter with the Chief Financial Officer ("CFO") of the Government, with the Department of the Treasury and with the public agency or corporation concerned, so that it can collect and consolidate all necessary information prior to issuing any certification.
5. To issue the corresponding certification, the Director of the OGP will have a term not greater seven (7) business days, from the date on which the request is received from the public agency or corporation concerned.
6. The Director of OGP will forward the certification to requesting party and will send a copy to the Office of the Legislative Adviser

5

|  |  |
|---|---|
|  | of the Governor, so that she may be kept informed and because the latter is responsible for the proper use of public funds of the Executive Branch. |
|  | 7. Public agencies and public corporations are ordered to strictly and punctually comply with the terms established in this Executive Order. |
| SECTION 3 | The public agencies and corporations of the Executive Branch should coordinate with the AAFAF regarding any communication, request or meeting with the Board, so that it is channeled and coordinated correctly. This coordination must be made prior to making any proposal to the Board, so that visibility can be maintained between budgetary proposals requested from the Board. |
| SECTION 4 | The OGP, the Department of the Treasury and the AAFAF are ordered to establish coordination processes for enabling an efficient flow of information that enables full compliance with the orders in this Executive Order. |
| SECTION 5 [signature] [signature] | The Secretary of the Interior will aid the OGP, the Department of the Treasury and the AAFAF in compliance of what is ordered by this Executive Order. Specifically, it shall be ensured that all entities of the Executive Branch will comply in a timely way with any request that may be made thereto under this Order. For these purposes, every ninety (90) days, the OGP and the Department of the Treasury shall send a report to the Secretary of the Interior wherein any problem of non-compliance by public agencies or corporations with what ordered in this Executive Order will be detailed. |
| SECTION 6 | <u>SEPARABILITY</u>. The provisions of this Executive Order are independent and separate from each other and if a court with jurisdiction and competence declares unconstitutional, void, or invalid any part, section, provision, or sentence of this Executive Order, the determination for these purposes and effects will not affect the validity of the remaining provisions, which will remain in full force. |
| SECTION 7 | DEFINITION OF THE TERM "AGENCY." For the purposes of this Executive Order, the term "agency" refers to any agency, instrumentality, office, program, board, or body of the Executive Branch of the Government of Puerto Rico, regardless of their name. |

| | |
|---|---|
| SECTION 8 | REPEAL. Any previous executive order is repealed that is contrary to the provisions of this order, as far as such incompatibility reaches. |
| SECTION 9 | TERM. This Executive Order will enter into force immediately and will remain in effect until it is amended or revoked by a subsequent executive order or by operation of law. |
| SECTION 10 | NO CREATION OF DEMANDABLE RIGHTS. This Executive Order is not intended to create substantive or procedural rights in favor of third parties, demandable before judiciary, administrative or any other forum, against the Government of Puerto Rico or its agencies, its officers, employees, or any other individual. |
| SECTION 11 | PUBLICATION: This Executive Order must be submitted immediately at the State Department and its most extensive publication is ordered. |

IN WITNESS WHEREOF, I issue this Executive Order under my signature and I have affixed the great seal of the Government of Puerto Rico, in La Fortaleza, in San Juan, Puerto Rico, today, October [hw:] 25, 2019.

[stamp:]
GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
[coat of arms]

[signature]
WANDA VÁZQUEZ GARCED
GOVERNOR

Promulgated in accordance with the Law, today, October [hw:] 25, 2019.

[signature]
MARÍA MARCANO DE LEÓN
INTERIM SECRETARY OF STATE

7

Case:17-03283-LTS Doc#:13441-2 Filed:06/12/20 Entered:06/12/20 19:12:22 Desc:
Exhibit 2 Page 16 of 16


**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the following documents are, to the best of my knowledge and belief, true and accurate translations from Spanish into English.

- EO 2019-056
- EO 2019-057

*[signature]*
Aurora Landman

Sworn to before me this
January 22, 2020

*[signature]*
Signature, Notary Public

*[Notary seal: WENDY POON, NOTARY, NO. 01PO6356754, QUALIFIED IN QUEENS COUNTY, COMM. EXP. 04-03-2021, STATE OF NEW YORK, PUBLIC]*

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 6TH FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE