# EXHIBIT 3

LEY __181__ -20__19__

**GOBIERNO DE PUERTO RICO**
**SENADO DE PUERTO RICO**
**EL CAPITOLIO**
**SAN JUAN, PUERTO RICO 00901**

Yo, **Manuel A. Torres Nieves**, Secretario del Senado de Puerto Rico,

**CERTIFICO:**

Que el **P. del S. 1099 (Conferencia)**, titulado:

## "LEY

Para crear la "Ley de Ajuste Salarial para los miembros del Negociado del Cuerpo de Bomberos de Puerto Rico"; establecer un aumento salarial por la cantidad de ciento veinticinco dólares ($125.00) mensuales a los miembros del Negociado del Cuerpo de Bomberos de Puerto Rico, civiles y oficiales; añadir el Artículo 3.14 a la "Ley del Departamento de Seguridad Pública de Puerto Rico", Ley 20-2017, según enmendada; enmendar el inciso (1) del Artículo 7.020 de la Ley Núm. 77 de 19 de junio de 1957, según enmendada, conocida como "Código de Seguros de Puerto Rico"; establecer condiciones sobre el uso de los fondos; y para otros fines relacionados."

ha sido aprobado por el Senado de Puerto Rico y la Cámara de Representantes en la forma que expresa el ejemplar que se acompaña.

**PARA QUE ASI CONSTE**, y para notificar al Gobernador de Puerto Rico, expido la presente en mi oficina en el Capitolio, San Juan, Puerto Rico, el día diecinueve (19) del mes de noviembre del año dos mil diecinueve y estampo en ella el sello del Senado de Puerto Rico.

**Manuel A. Torres Nieves**
Secretario del Senado

**(P. del S. 1099)**
**(Conferencia)**

## LEY

Para crear la "Ley de Ajuste Salarial para los miembros del Negociado del Cuerpo de Bomberos de Puerto Rico"; establecer un aumento salarial por la cantidad de ciento veinticinco dólares ($125.00) mensuales a los miembros del Negociado del Cuerpo de Bomberos de Puerto Rico, civiles y oficiales; añadir el Artículo 3.14 a la "Ley del Departamento de Seguridad Pública de Puerto Rico", Ley 20-2017, según enmendada; enmendar el inciso (1) del Artículo 7.020 de la Ley Núm. 77 de 19 de junio de 1957, según enmendada, conocida como "Código de Seguros de Puerto Rico"; establecer condiciones sobre el uso de los fondos; y para otros fines relacionados.

## EXPOSICIÓN DE MOTIVOS

La Asamblea Legislativa es la responsable de legislar por el bienestar general de nuestros ciudadanos. Diversos grupos exigen que se atiendan sus necesidades. Un reclamo de más de 10 años es el relacionado al ajuste salarial de los miembros del Negociado del Cuerpo de Bomberos de Puerto Rico. Bajo esa premisa se presenta esta legislación como una herramienta para discutir y atender dichos reclamos y necesidades. Esta Ley es para atender el aumento salarial y la necesidad de nuevo equipo contra incendios para el Negociado de Bomberos de Puerto Rico. Esto debido a las precarias condiciones en que se encuentran sus centros de trabajo (Estaciones de Bomberos), equipo de protección personal y las obsoletas unidades de primeras respuestas (extinción y rescate), por encontrarse estas en condiciones no aceptadas bajo los parámetros de "United States Environmental Protection Agency" (EPA).

El Negociado del Cuerpo de Bomberos de Puerto Rico está compuesto por profesionales en la extinción y prevención de incendios. Su compromiso es continuo, cumplir con su deber y servicio es la manera de entrega a sus semejantes. Todos los días se les exige que protejan y brinden seguridad en la sociedad, tanto en las comunidades como en los comercios.

El Negociado del Cuerpo de Bomberos de Puerto Rico, cuenta con Bomberos e Inspectores que trabajaron sobre treinta y seis (36) horas consecutivas en sus lugares de trabajo luego del paso del huracán María, bajo condiciones extremas mientras realizaban labores de extinción, rescate, entrega de suministros, corte de árboles y postes, entre otros, afines para reestablecer el flujo vehicular y permitir que otras agencias ejercieran sus deberes durante la emergencia. Los miembros del Negociado

del Cuerpo de Bomberos de Puerto Rico son de los primeros servidores públicos en brindar sus servicios en momentos de emergencia. Además, de prevenir y extinguir incendios, en momentos inclusive de accidentes de tránsito, demuestran su valor y vocación al servicio y a su prójimo.

La mayoría de los que componen el Negociado del Cuerpo de Bomberos de Puerto Rico, durante la catástrofe que desembocó el huracán María, trabajaron en muchas ocasiones una jornada laboral de doce (12) horas, con poca alimentación y poco tiempo de descanso, y sin los equipos necesarios, inclusive muchos de ellos no pudieron regresar a sus hogares para saber si sus familiares se encontraban bien hasta casi setenta y dos (72) horas después del azote del huracán. Muchos pasaron largas horas bajo sol y lluvia. Su desempeño y colaboración fue vital para reestablecer el orden en las carreteras y comunidades.

Por años, los miembros del Negociado del Cuerpo de Bomberos de Puerto Rico han solicitado que se atiendan distintos reclamos y peticiones. Entre las peticiones y reclamos se encuentra un aumento salarial, pues existen compañeros dentro del Departamento de Seguridad Pública con responsabilidades similares, y poseen un salario marcadamente mayor. El aumento salarial es sinónimo de reconocimiento a la experiencia y servicio en momentos de emergencia. Escuchar y atender sus reclamos, es atender sus necesidades y hacerles justicia.

Al evaluar las tareas y deberes que desempeñan los hombres y mujeres que laboran con dedicación y compromiso en el Negociado del Cuerpo de Bomberos de Puerto Rico encontramos que son semejantes al que se exponen los hombres y mujeres que componen el Negociado de la Policía de Puerto Rico. Esto debido a la naturaleza de trabajo que realizan, y también, a la exposición de alto riesgo y esfuerzo físico.

Es por esta razón que los empleados del Negociado del Cuerpo de Bomberos se exponen a padecer de enfermedades y accidentes ocupacionales debido a que de ordinario están expuestos a escenas de alto riesgo que inciden en su salud y seguridad.

La similitud de las labores de los empleados del Negociado del Cuerpo de Bomberos de Puerto Rico y del Negociado de la Policía de Puerto Rico son tan marcadas que la propia Ley 20-2017, según enmendada, conocida como "Ley que crea el Departamento de Seguridad Pública", le concedió beneficios exclusivamente a estos dos (2) negociados debido al alto riesgo al que se exponen en la ejecución de sus funciones. La intención del legislador en dicha ley fue exponer la similitud de ambos negociados. Tan importante es el Negociado del Cuerpo de Bomberos de Puerto Rico que el entonces Gobernador de Puerto Rico firmó una Orden Ejecutiva a los efectos de que miembros de este Cuerpo pudieran viajar a los Estados Unidos de

América con el fin de ayudar en la reconstrucción y en la catástrofe que ocasionó el huracán Florence en Carolina del Norte.

Por consiguiente, a través de esta legislación, se provee para atender y hacerle justicia a los miembros del Negociado del Cuerpo de Bomberos de Puerto Rico mediante un aumento de ciento veinticinco dólares ($125.00) mensuales.

Para sufragar el costo del aumento concedido mediante la presente Ley, se enmienda la "Ley del Departamento de Seguridad Pública de Puerto Rico", Ley 20-2017, según enmendada, para proveer que los fondos generados por las inspecciones que realiza el Negociado del Cuerpo de Bomberos se utilicen a esos fines. De existir algún sobrante, el mismo ingresará al Fondo General.

Esta Asamblea Legislativa tiene el compromiso inequívoco de hacerles justicia salarial a los miembros del Negociado del Cuerpo de Bomberos de Puerto Rico mediante la aprobación de esta legislación.

**DECRÉTASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:**

Sección 1.- Título.

Esta Ley se conocerá como la "Ley de Ajuste Salarial para los miembros del Negociado del Cuerpo de Bomberos de Puerto Rico".

Sección 2.- Política Pública.

Será política pública del Gobierno de Puerto Rico, el buscar y proveer las herramientas necesarias a los efectos de conceder un aumento salarial a los miembros del Negociado del Cuerpo de Bomberos de Puerto Rico, civiles y oficiales, en reconocimiento a la labor encomiable que realizan todos los días en beneficio de todo Puerto Rico. El aumento de salario a los miembros del Negociado del Cuerpo de Bomberos de Puerto Rico, civiles y oficiales será efectivo el 1 de julio de 2020.

Sección 3.- Asignación de Fondos

La Oficina de Gerencia y Presupuesto deberá consignar los fondos necesarios para cubrir el aumento de sueldo correspondiente a ciento veinticinco dólares ($125.00) mensuales a cada miembro del Negociado del Cuerpo de Bomberos de Puerto Rico, civiles y oficiales en el Presupuesto Consolidado correspondiente al Año Fiscal 2020-21 y años fiscales subsiguientes.

Sección 4.- Se añade un nuevo Artículo 3.14 a la Ley 20-2017, según enmendada, mejor conocida como "Ley del Departamento de Seguridad Pública de Puerto Rico", para que lea como sigue:

"3.14.- Uso de Ingresos por Inspecciones

Los fondos generados por el Negociado del Cuerpo de Bomberos por virtud de las inspecciones que realizan al amparo de las disposiciones de esta Ley serán utilizados, en primera instancia, para sufragar el aumento de salario concedido mediante la "Ley de Ajuste Salarial para los miembros del Negociado del Cuerpo de Bomberos de Puerto Rico". Cualquier sobrante ingresará al Fondo General."

Sección 5.- Prioridad en el uso de los fondos.

Los recaudos producto de esta Ley, se utilizarán para establecer un aumento salarial de ciento veinticinco dólares ($125.00) mensuales a los miembros del Negociado del Cuerpo de Bomberos de Puerto Rico, civiles y oficiales. Únicamente, luego de establecido el aumento salarial, se podrá utilizar el sobrante de los fondos recaudados para propósitos de restauración de las estaciones de bomberos, compra de equipo necesario para atender emergencias; entiéndase camiones de extinción de incendios, equipo de protección personal, uniformes y equipo misceláneo afines con la labor que realiza el Negociado del Cuerpo de Bomberos de Puerto Rico y/o mejorar sus beneficios como seguro de vida u otros.

Sección 6.- Se enmienda el inciso (1) del Artículo 7.020 de la Ley Núm. 77 de 19 de junio de 1957, según enmendada, conocida como "Código de Seguros de Puerto Rico", para que lea como sigue:

"Artículo 7.020.- Contribución sobre primas.

(1) Excepto como se dispone en el Artículo 7.020 de este Código cada asegurador deberá pagar al Secretario de Hacienda de Puerto Rico, por conducto de la Oficina del Comisionado, una contribución de seis por ciento (6%) sobre las primas, y de tres por ciento (3%) sobre las retribuciones de rentas anuales, según se dispone en la cláusula (b) de este inciso recibidas por aquél durante el año natural sobre seguros otorgados en Puerto Rico o que cubrieren riesgos residentes, ubicados o a ejecutarse en Puerto Rico, dondequiera se hubieren negociado. En el caso específico de las pólizas de seguro de incendio y líneas aliadas, según definidas en el Capítulo 37 de este Código, cada asegurador deberá pagar al Secretario de Hacienda, por conducto de la Oficina del Comisionado, una contribución adicional de un tres por ciento (3%) sobre las primas a los fines de ser utilizadas conforme a la "Ley de Ajuste Salarial para los miembros del Negociado del Cuerpo de

Bomberos de Puerto Rico". Dichas contribuciones serán pagaderas en o antes del 31 de marzo del año natural siguiente. En el caso específico de las pólizas de seguro de incendio y líneas aliadas, dicha contribución será de aplicabilidad a las primas sobre pólizas nuevas y renovaciones del seguro y línea antes descritas. Dicho tres por ciento (3%) no podrá ser aumentado del costo total de la prima, ni podrá ser transferido al asegurado, de conformidad con las disposiciones de este Código. El asegurador determinará su contribución sobre primas como sigue:

(a) …

(b) …

(c) …

(d) …

(2) …

(3) …

(4) … "

Sección 7.- Custodio de fondos; transferencia y prohibiciones.

Los recaudos se depositarán en una cuenta separada para este concepto en el fondo general dentro del Departamento de Hacienda y se transferirá al presupuesto del Negociado del Cuerpo de Bomberos de Puerto Rico. El mismo será efectivo durante cada año fiscal y no podrá utilizarse para ningún otro propósito que no sea el establecido mediante esta Ley.

Sección 8.-Vigencia.

Esta Ley comenzará a regir inmediatamente.

_____
Presidente del Senado

_____
Presidente de la Cámara

Aprobada en 12/20/2019

_____
Gobernadora

Este P. de ___5___ Núm. _1099_
Fue recibida por la Gobernadora
Hoy ___5___ de _diciembre_
De _2019_ A las ___4:36 p.m.___
_____
Asesor