# EXHIBIT 4

  

# Certification of Act 181-2019 ("Act 181")

## Introduction

- The Financial Oversight and Management Board for Puerto Rico ("Oversight Board") certified the Fiscal Plan for the Government of Puerto Rico on May 9, 2019 ("Fiscal Plan") and the budget for Fiscal Year 2020 on June 30, 2019 (the "Budget").

- Pursuant to Section 204 of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), this certification is being submitted to the Oversight Board with respect to Act 181.

## Summary of Act 181:

- Act 181 provides a monthly salary increase of $125.00 to the members of the Fire Bureau of Puerto Rico beginning on July 1st, 2020. Said increase is equivalent to an annual sum of $2,809,386.84.

## Estimated Impact of Act 181 Upon Expenditures and Revenues:

- Act 181 purports to satisfy the salary increase for members of the Fire Bureau of Puerto Rico with a 3% tax on fire and allied lines insurance policies (payable by the insurer).
- According to data pertaining to year 2017, the tax would have produced approximately $4,119,030.00 in new revenue. On the other hand, the tax would have provided estimated new revenue for $6,987,360.00 according to insurance policies subscribed during year 2018. Therefore, it is plausible that the new imposition provides sufficient resources to completely fund the salary increase.
- Additionally, Act 181 provides that the fees charged by the safety inspections carried out by the Bureau are to be directed to cover for the salary increase. In case the salary increase for the members of the Fire Bureau is fully covered, Act 181 requires any excess of inspection fees to be credited to the General Fund.
- If the primary sources to cover for the salary increase are insufficient, Act 181 requires the Office of Management and Budget to allocate resources to sustain the increase for the employees.
- If an internal reprogramming of budgeted resources is needed, the Department of Public Safety will submit to the Financial Oversight and Management Board for Puerto Rico a formal request.

## Determination of the Legislative Measure's Compliance with the Fiscal Plan:
- Act 181 is not significantly inconsistent with the 2019 Fiscal Plan for Puerto Rico.

1