# EXHIBIT 3



LEY 47-2020

Yo, ELIZABETH STUART VILLANUEVA, Secretaria de la Cámara de Representantes del Gobierno de Puerto Rico,

CERTIFICO:

Que el P. de la C. 2375, titulado

*"Ley*

*Para enmendar las Secciones 1020.02 (10), 2021.03 (a) y 2023.02 de la Ley 60-2019, conocida como "Código de Incentivos de Puerto Rico", a los fines de aclarar el alcance de los profesionales de la salud a quienes les aplica esta Ley; y para otros fines relacionados."*

ha sido aprobado por la Cámara de Representantes y el Senado del Gobierno de Puerto Rico en la forma que expresa el documento que se acompaña.

PARA QUE ASI CONSTE, y para notificar a la Gobernadora del Gobierno de Puerto Rico, expido la presente en mi oficina en el Capitolio, San Juan, Puerto Rico a los seis (6) días del mes de abril del año dos mil veinte y estampo en ella el sello de la Cámara de Representantes de Puerto Rico.

Elizabeth Stuart Villanueva
Secretaria

(P. de la C. 2375)

# LEY

Para enmendar las Secciones 1020.02 (10), 2021.03 (a) y 2023.02 de la Ley 60-2019, conocida como "Código de Incentivos de Puerto Rico", a los fines de aclarar el alcance de los profesionales de la salud a quienes les aplica esta Ley; y para otros fines relacionados.

## EXPOSICIÓN DE MOTIVOS

El "Código de Incentivos de Puerto Rico" se estableció con el propósito de consolidar decenas de decretos, incentivos, subsidios, reembolsos, o beneficios contributivos o financieros existentes con el fin de promover el ambiente, las oportunidades y las herramientas adecuadas para fomentar el desarrollo económico sostenible de Puerto Rico.

La Ley 60-2019 integró enmiendas a la Ley 14-2017, según enmendada, conocida como "Ley de Incentivos Para la Retención y Retorno de Profesionales Médicos". Esta última, va dirigida a evitar el éxodo de médicos en Puerto Rico, mediante la otorgación de incentivos económicos.

A pesar de los esfuerzos realizados y de la intención de la referida Ley, el Gobierno no ha podido detener la fuga de estos profesionales de la salud, lo cual afecta la calidad de vida de los ciudadanos de nuestro archipiélago.

Según información provista por el Colegio de Médicos Cirujanos de Puerto Rico, existen 10,500 galenos inscritos, pero de estos sólo 9,000 están practicando la medicina. Lo que significa que en Puerto Rico hay 5 médicos por cada 2,000 personas, si hablamos de una población de 3.5 millones de habitantes.

Surge de información suministrada que durante los últimos 10 años unos cinco mil (5,000) médicos han dejado de trabajar en Puerto Rico, la mayoría de ellos por haber mudado sus prácticas fuera de nuestra jurisdicción motivados, principalmente, por razones económicas. Aumentos en costos de electricidad, altos costos operacionales y de equipos, así como onerosos seguros por impericia médica fueron señalados como otros disparadores, lo cual produce un sistema muy desequilibrado que no le hace justicia ni a los médicos ni a los pacientes.

Bajo la Ley 14-2017, *supra*, quedaron excluidos los médicos generalistas de todo Puerto Rico, pediatras de diferentes áreas y médicos internistas de varias regiones, incluyendo aquellas del este y sureste que resultaron como las más afectadas por el

huracán María. La posición del Colegio de Médicos Cirujanos de Puerto Rico consistentemente ha sido que se extienda el decreto a todos los médicos de Puerto Rico. Ellos han sido enfáticos en establecer que bajo las circunstancias actuales se hace más evidente que ningún médico debe ser excluido, lo cual quedo más que evidenciado luego del paso del huracán María.

Por lo antes expresado, este Augusto Cuerpo entiende más que necesario enmendar las Secciones 1020.02 (10), 2021.03 (a) y 2023.02 de la Ley 60-2019, conocida como "Código de Incentivos de Puerto Rico", a los fines de aclarar el alcance de los profesionales de la salud a quienes les aplica esta Ley. Es la intención específica de esta legislación que dicho alcance sea el más amplio posible, de manera tal que redunde en beneficio para todos los profesionales de la salud que residen y ofrecen servicios en Puerto Rico.

*DECRÉTASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

Artículo 1.-Se enmienda la Sección 1020.02 (10) de la Ley 60-2019, para que lea como sigue:

"Sección 1020.02-Definiciones Aplicables a Actividades de Individuos

(a) ...

(1) ...

...

(10) Médico Cualificado- Significa un individuo admitido a la práctica de la medicina general o de cualquier especialidad, de la podiatría; de la audiología; de la quiropráctica; de la optometría; sea un(a) cirujano(a) dentista o practique alguna especialidad de la odontología y que ejerce a Tiempo Completo su profesión. Esta definición incluye a los médicos que se encuentran cursando sus estudios de residencia como parte de un programa acreditado.

...".

Artículo 2.-Se enmienda, la Sección 2021.03 (a) de la Ley 60-2019, según enmendada, para que lea como sigue:

"Sección 2021.03- Médicos Cualificados

(a) Todo individuo admitido a la práctica de la medicina general o de cualquier especialidad, de la podiatría; de la audiología; de la quiropráctica; de la optometría; sea un(a) cirujano(a) dentista o practique alguna especialidad de la odontología, y que cumpla con los requisitos que se establecen en la Sección 2023.02 de este Código, podrá solicitarle al Secretario del DDEC la Concesión de los incentivos económicos dispuestos en la Sección 2022.04. Todo Médico Cualificado que sea residente en Puerto Rico, según definido en la Sección 1010.01(a)(30) del Código de Rentas Internas, tendrá hasta el 30 de junio de 2020 para solicitar un Decreto bajo este Capítulo. De igual manera, todo Médico Cualificado que no sea residente de Puerto Rico a la fecha de vigencia de este Código, según definido en la Sección 1010.01(a)(30) del Código de Rentas Internas, tendrá hasta el 30 de junio de 2020 para solicitar un Decreto bajo este Capítulo. No se admitirán solicitudes que se reciban luego de las fechas antes dispuestas. Las solicitudes presentadas luego del 21 de abril de 2019, serán consideradas de conformidad con las disposiciones de este Código.

..."

Artículo 3.-Se enmienda la Sección 2023.02 de la Ley 60-2019, según enmendada, para que lea como sigue:

"(a) Los solicitantes deberán cumplir con los siguientes requisitos:

(1) ...

(2) practicar la medicina general o de cualquier especialidad, la podiatría; de la audiología; de la quiropráctica; de la optometría; sea un(a) cirujano(a) dentista o practique alguna especialidad de la odontología a Tiempo Completo;

(3) ...

...

(c) Criterios para evaluar las solicitudes de Decreto sometidas por Médicos Cualificados-

(1) ...

(2) Los criterios para determinar si la concesión del Decreto resulta en beneficio para los mejores intereses económicos y sociales del pueblo de Puerto Rico son los siguientes:

(i) Impacto económico de la concesión del Decreto."

Artículo 4.-Esta Ley entrará en vigor inmediatamente después de su aprobación.

.................................................. ..................................................
Presidente del Senado  Presidente de la Cámara

Aprobada en 4/28/20
..................................................
Gobernadora

Este P. de ___C___ Núm. 2375
Fue recibida por la Gobernadora
Hoy ___17___ de ___abril___
De ___2020___ A las ___2:37 P.M.___

_____
Asesor