# EXHIBIT 4

  

# Certificate of New Law Pursuant to 48 U.S.C. §2144(2)(B)

**Legislative Measure Number:**

- Act No. 47-2020 ("Act 47"), herein attached.
- Act 47 incorporates technical adjustments to Sections 1020.02 (10), 2021.03 (a) and 2023.02 of the Puerto Rico Incentives Code in order to provide tax incentives to more categories of health professionals. This legislation serves the public interest by promoting the retention of professionals in the health field, such a feat is particularly relevant in light of the COVID-19 pandemic.

**Estimate of Impact of the Legislative Measure on Expenditures and Revenues:**

- Act 47 has no impact on expenditures.
- Act 47 could have an estimated annual impact on revenues for $25.7 million dollars. However, said amount will depend: (1) medical professionals that request tax incentives; (2) medical professionals ultimately approved to receive such incentives in light of the requisites; and (3) income ultimately reported by the qualified professionals. In other words, the impact provided by the Puerto Rico Department of the Treasury consists in an educated estimate that must revised on an annual basis in order to provide an accurate impact on the revenues.

**Determination of the Legislative Measure's Compliance with the Fiscal Plan:**

- Act 47 is not significantly inconsistent with the 2019 Fiscal Plan for Puerto Rico.