UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| et al., | |
| Debtors.[1] | |

------------------------------------------------------------x

NOTICE OF PROPOSED AMENDMENT TO TWELFTH
AMENDED NOTICE, CASE MANAGEMENT AND ADMINISTRATIVE
PROCEDURES TO INCLUDE OMNIBUS HEARING DATES THROUGH DECEMBER 2021

The Court intends to amend the *Twelfth Amended Notice, Case Management and Administrative Procedures*, dated June 6, 2020 (Docket Entry No. 13383 in Case No. 17-3283) applicable in these jointly administered Title III proceedings to include scheduled dates for Omnibus Hearings through December 2021. The proposed dates are as follows:

- 9:30 a.m. (Atlantic Standard Time) on the 27th day of January, 2021;

- 9:30 a.m. (Atlantic Standard Time) on the 10th day of March, 2021;

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- 9:30 a.m. (Atlantic Standard Time) on the 28th day of April, 2021;

- 9:30 a.m. (Atlantic Standard Time) on the 16th day of June, 2021;

- 9:30 a.m. (Atlantic Standard Time) on the 4th day of August, 2021;

- 9:30 a.m. (Atlantic Standard Time) on the 29th day of September, 2021;

- 9:30 a.m. (Atlantic Standard Time) on the 3rd day of November, 2021 (only if necessary); and

- 9:30 a.m. (Atlantic Standard Time) on the 15th day of December, 2021.

Any party in interest having an objection to the above proposed Omnibus Hearing dates shall file such objection by **June 23, 2020 at 5:00 p.m. (Atlantic Standard Time)**.

SO ORDERED.

Dated: June 15, 2020

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge