IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-bk-03566 (LTS) |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR BRIEF IN
OPPOSITION TO MOTIONS TO DISMISS PROOFS OF CLAIM AND ADMINISTRATIVE EXPENSE MOTIONS

Upon consideration of the *Consent Urgent Motion of Claimants for Leave to Exceed Page Limit for Brief in Opposition to Motions to Dismiss Proofs of Claim and Administrative Expense Motions* (Docket Entry No. 13443 in Case No. 17-3283 and Docket Entry No. 919 in Case No. 17-3566, the "Urgent Motion");[2] the Court having found and determined that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein; (ii) venue is proper before this Court pursuant to PROMESA section 307(a); (iii) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided; (iv) based on the statements and arguments made in the Urgent Motion, the relief requested in the Urgent Motion is in the best interest of ERS, the Commonwealth and their creditors; and (v) the legal and factual bases set forth in the Urgent Motion establish just cause for the relief granted herein. Accordingly, it is hereby ORDERED THAT:

1. The Urgent Motion is granted as set forth herein.

2. Claimants may exceed the 35 page limit set forth in the Case Management Procedures by filing a joint brief in opposition to the Motions to Dismiss of no more than 115 pages, exclusive of the cover page, tables of contents and authorities, signature page, exhibits, and the certificate of service.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Urgent Motion.

4.  This Order resolves Docket Entry No. 13443 in Case No. 17-3283 and Docket Entry No. 919 in Case No. 17-3566.

SO ORDERED.

Dated: June 16, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge