ISIDORO RAMIREZ PEREZ
HC 03 33960
SAN SEBASTIAN, PR 00685



RECEIVED & FILED
2020 JUN 12 AM 8:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

