Yvonne M. Velez Bravo
4244 Bennington St.
Philadelphia, PA 19124
Tel: (787) 380-8496
Email: velezyvonne60@yahoo.com

June 5th, 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores (Counsel for the Creditors' Committee)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

Hermann D. Bauer
USDC No. 215205
O'Neill & Borges LLC
250 Munoz Rivera Ave. Suite 800
San Juan, Puerto Rico 00918-1813

La presente es para solicitar la reclamación por demanda de clase a través del Departamento de Educación de Puerto Rico. Mi número de Reclamación es la siguiente #89012.

Mi nombre es Yvonne M. Vélez Bravo y mi número de Caso 17-03283-LTS Doc#: 12220 con el # Seguro Social -4717. Entiendo que durante los años donde laboré con el Departamento de Educación y que aún no se me adjudicó una serie de saldos llamados Impagos. Laboré desde marzo 1979 hasta diciembre 2012.

Estoy reclamando las siguientes leyes:

| | | | |
|---|---|---|---|
| Ley # 96 | 1ero de julio de 2002 | Ley # 164 | 22 de julio de 2003 |
| Ley # 34 | Roselló | Ley # 89 | Romerazo |
| Ley # 3% | Pensión de Retiro. | | |

Aproximadamente estoy esperando $35,000 de las leyes mencionadas arriba.

Vivo actualmente en Philadelfia y con el brote de la Coronavirus se me hace imposible viajar. Muchas gracias por su cooperación. Me puedes llamar al número mencionada arriba.

Sientase en confianza de llamarme si necesitas mas información. Gracias anticipadas.

Cordialmente,

Yvonne M. Velez Bravo