# DEPARTMENT OF EDUCATION
Commonwealth of Puerto Rico
Subsecretary of Human Resources

December 5, 2012

## To whom it may concern

I hereby certify that **Yvonne M. Vélez Bravo,** social security **xxx-xx-4717**, has lended services to the Department of Education of the Commonwealth of Puerto Rico.

Her experience is as follows:

| CATEGORY | FROM | TO |
|---|---|---|
| Bilingual Teacher | March 26, 1979 | May 30, 1980 |
| Bilingual Teacher | August 12, 1980 | May 25, 1984 |
| Resources Teacher (English) | August 6, 1984 | May 31, 1985 |
| Elementary School Teacher (English) | August 1, 1988 | May 25, 1990 |
| Elementary School Teacher (English) | August 12, 1991 | May 22, 2007 |
| Zone Supervisor (English) | May 23, 2007 | May 7, 2008 |
| Teacher Facilitator III | May 8, 2008 | March 4, 2011 |
| Teacher Facilitator I (English) | March 7, 2011 | Up to the present |

Cándida R. Chico
Supervisor
File Unit

CRC/iaf

PO BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787) 787-773-3071, 773-3074 / FAX (787) 773-0178

The Department of Education does not discriminate for reason de race, color, gender, national origin, social condition, political ideas o religion, age or challenge in its activities, educational services and career opportunities.