Yvonne M. Velez
4244 Bennington St.
Philadelphia, PA 19124

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767