Reclamante: Ismael Colón Andújar

Número de Procedimiento: 17 BK 3283-LTS
Número de Reclamación: 20695

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde 12-31-1983 hasta 12-31-2000 como Supervisor de Seguridad en la Corporación azucarera de ELA-Ponce y desde 5-16-2001 hasta el presente como Mecánico Automotriz en El Departamento de Transportación y Obras Públicas en Ponce

Cantidad Adeudada

1. Ley 89 - Julio 1995 - El Romerazo      $30,000.00
2. Ley 96 - Julio 2002 - Aumento Sueldo   $21,600.00
3. Ley 164 - Julio 2003 - Aumento Sueldo  $20,400.00
4. Ley 164 enero 2004 - Sila M. Calderón  $19,200.00
5. Ley Junio 2008 - Escala Salarial-Pasos $14,400.00

Total = $105,600.00

Así como otras leyes que me apliquen y no se me otorgó la compensación correspondiente. Le agradezco la atención sobre este asunto.

Atentamente,
Ismael Colón Andújar

Ismael Colón Andújar

Re: Ismael Colón Andújar

Célular: 787-929-9271

Dirección: HC 03 Box 12706
Juana Díaz, PR 00795-9525

Número de Reclamación: 20695

Deudor: Commonwealth of Puerto Rico

Por este medio le estoy incluyendo con mi reclamación lo siguiente:

① Evidencia de que trabajé para la Corp. Azucarera de ELA de PR, en Ponce, como Supervisor de Seguridad desde 12-31-198_ hasta 12-31-2000.

② Evidencia de que trabajé para El Departamento de Transportación y Obras Públicas de Ponce, como mecánico auto motriz desde 5-16-2001 hasta el presente.

El monto adeudado en mi reclamación es de $105,600.00.

Muchas gracias por la pronta atención.

Cordialmente,

Ismael Colón Andújar

Ismael Colón Andújar

Fecha:

Proof of Claim: <CLAIM NUMBER>
Claimant: <CLAIMANT NAME>

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

RECEIVED & FILED
2020 JUN 16 AM 8 45
CLERK'S
US DISTRICT
COURT

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide <u>more</u> information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**Questionnaire**

1. What is the basis of your claim?
   - ☐ A pending or closed legal action with or against the Puerto Rican government
   - ☒ Current or former employment with the Government of Puerto Rico
   - ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____
   _____

2. What is the amount of your claim (how much money do you claim to be owed):

   _____
   _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   - ☐ No. *Please continue to Question 4.*
   - ☒ Yes. Answer Questions 3(a)-(d).

   3(a). Identify the specific agency or department where you were or are employed: Supervisor de Seguridad en Corp. Azucarera de 12-31-1983 hasta 12-31-2000

   3(b). Identify the dates of your employment related to your claim: Mecánico Automotriz Dpto. Transportación Obras Públicas de 5-16-2001 a presente

   3(c). Last four digits of your social security number: 9263

3(d). What is the nature of your employment claims (select all applicable):

- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

Ley 89-1995- Romero zo, Ley 96-2002 -Rosello, Ley 164- 2003- Sila M. Calderón; Ley 164 - 2004 Aumento sueldo Ley 109-2008- Escala Salarial Pasos

4. **Legal Action.** Does your claim relate to a pending or closed legal action?

- ☒ No.
- ☐ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action. __N/A__

4(b). Identify the name and address of the court or agency where the action is pending: __N/A__

4(c). Case number: __N/A__

4(d). Title, Caption, or Name of Case: __N/A__

4(e). Status of the case (pending, on appeal, or concluded): __N/A__

4(f). Do you have an unpaid judgment? Yes / No (Circle one) __N/A__
If yes, what is the date and amount of the judgment? __N/A__

2

RÉPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Ismael Colón Andújar

Dirección: HC 03 Box 12706
Juana Díaz, PR
00795-9525

Teléfono: 787-929-9271

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo

#49762 - Ley #89 - Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995

#94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004

Ley # 169 (2003) Aumento sue ldo - efectiva Julio de 2003

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

Ley 89 Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Transportación y ~~Obras Públicas~~ ~~Educación de~~ Puerto Rico desde el 14 de Mayo, de 200, hasta el ... de ... de presente años) de labor como mecánico automotriz Corp. Azucarera de 12-31-1983 hasta 12-31-2000 como Supervisor Seguridad
Se está reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo.~~

Se incluyen documentos que evidencian este reclamo:

① Certificación de Empleo en Departamento de Transportación y Obras Públicas del Estado Libre Asociado de P.R.

② Certificación de Empleo en Corporación Azucarera del Estado Libre Asociado de Puerto Rico

Debido a la reciente situación de emergencia por terremotos y covid 19 en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

*Ismael Colón Andújar*
Ismael Colón Andújar

787-929-9271
Teléfono: