

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

12 de mayo de 2009

Ismael Colón Andujar
Técnico Automotriz
Oficina Regional de Ponce

María M. Trinidad Quiñones
Directora
Oficina de Recursos Humanos

## DECISION SOBRE IMPUGNACION FECHA ANTIGÜEDAD

El 29 de abril de 2009 usted sometió a esta Oficina el Formulario de Impugnación de Fecha de Antigüedad en el Servicio Público. Luego de analizar los documentos sometidos por usted determinamos lo siguiente:

### FECHA DE COMIENZO EN SERVICIO PUBLICO

| DESDE | HASTA | AGENCIA | TIEMPO | |
|---|---|---|---|---|
| | | | Años | Días |
| 31-dic.-1983 | 31-dic.-2000 | Corporación Azucarera de PR | 17 | 0 |
| 16-mayo-2001 | 31-marzo-2009 | DTOP | 7 | 320 |

A tales efectos usted tiene una antigüedad en el servicio público de **24 años y 320 días.**

De no estar de acuerdo con la informacion antes descrita tiene diez (10) días laborables para radicar su querella ante el Comité de Quejas y Agravios a través de la Oficina de Relaciones Industriales mediante un delegado u oficial de la Unidad Apropiada.

APARTADO 41269, SAN JUAN, PUERTO RICO 00940-1269 • TEL. (787) 722-2929 FAX: (787) 728-8963

ESTADO LIBRE ASOCIADO DE PUERTO RICO
*Autoridad de Tierras de Puerto Rico*
*Santurce, Puerto Rico 00908*

APARTADO 9745　　　　　　　　　　　　　　　　　　　　TEL. 723-9090

# CERTIFICACION

Certifico que el Sr. Ismael Colón Andujar, con Seguro Social número XXX-XX-9263 trabajó en la Refinería Mercedita de la Corporación Azucarera de Puerto Rico desde el 5 de marzo de 1984 hasta el 31 de diciembre de 2000 como empleado irregular y no cotizó para el Sistema de Retiro de los Empleados de Gobierno y la Judicatura.

Se hace constar que la información suministrada es correcta, conforme consta en los archivos de nuestra Agencia.

Que se expide esta Certificación a petición de la Oficina de Gerencia y Presupuesto dada en San Juan, Puerto Rico, hoy 29 de abril de 2009.

*[firma]*
Hilda A. Vélez Jiménez
Directora Interina
Departamento de Recursos Humanos

HAVJ/scm