Ismael Colón Ancujar
HC 03 Box 12706
Juana Diaz, PR
  00795-9525

RECEIVED & FILED
2020 JUN 16 AM 8: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
JUN 11, 20
AMOUNT
$1.20
R2305K135197-07

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767