22 de mayo de 2020.

RECEIVED
2020 JUN 16  AM 8: 45
CLERK'S OFFICE
SAN JUAN, PR

A quien pueda interesar:

Le coloco un extracto de una noticia del Periódico Primer Hora en donde se indica que el aumento de $100 dólares que la Gobernadora Sila María Calderón nos dio en julio del 2002 no se me dio a mí.

> Noticia del Periódico Primera Hora del 1 de noviembre del 20011
>
> La Asociación de Maestros de Puerto Rico (AMPR) presentó, recientemente, un pleito de clases contra el Departamento de Educación (DE), su Secretario y el Estado Libre Asociado en el que reclama serias violaciones a los derechos constitucionales de cientos de maestros, a quienes se les negó un aumento salarial de $100 mensuales concedidos por virtud de la Ley 96 del 1ero de julio de 2002, según informó hoy la presidenta de esta organización, Aida Díaz.
>
> La líder magisterial explicó que la Ley 96, aprobada en el 2002 bajo la administración de Sila Calderón, concedió un aumento de $100 a todos los empleados públicos sin distinción de status, ni categoría, que estaban activos en el gobierno al 30 de junio de 2002. De igual forma, concedía a los empleados que estuvieran vinculados, pero no activos a esa fecha, el derecho al aumento a la fecha de su reinstalación en el gobierno. A pesar de cumplir con todos los requisitos, unos 718 maestros, que conforman la clase en este pleito, fueron privados del alza salarial.

Este aumento no se me otorgo. Me deben

(17 años x 12 meses) x $100 + (8 meses x $100) = $21,200

Mas (13 meses x 75 dólares) = $975 luego de retirarme, parte de la pensión que no se me paga

#119863   CARMEN D. PABON PEREZ

CALLE 28 C-11, VILLA DEL REY 5

CAGUAS, PR 00727

RECEIVED & FILED
2020 MAY 29  PM 3: 54
CLERK'S OFFICE
U.S. DIST PR
SAN JUAN, PR

Carmen D. Pabon
Villa del Rey 5
Calle 28, C-11
Caguas PR 00727



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767

RECEIVED & FILED
2020 JUN 16 AM 8:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.