22 de mayo de 2020.

RECEIVED & FILED
2020 JUN 16 AM 8: 45
CLERK'S OFFICE
SAN JUAN PR

A quien pueda interesar:

Le coloco un extracto de una noticia del Periódico Primer Hora en donde se indica que el aumento de $100 dólares que la Gobernadora Sila María Calderón nos dio en julio del 2002 no se me dio a mí.

> Noticia del Periódico Primera Hora del 1 de noviembre del 20011
>
> La Asociación de Maestros de Puerto Rico (AMPR) presentó, recientemente, un pleito de clases contra el Departamento de Educación (DE), su Secretario y el Estado Libre Asociado en el que reclama serias violaciones a los derechos constitucionales de cientos de maestros, a quienes se les negó un aumento salarial de $100 mensuales concedidos por virtud de **la Ley 96 del 1 de julio de 2002,** según informó hoy la presidenta de esta organización, Aida Díaz.
>
> La líder magisterial explicó que la Ley 96, aprobada en el 2002 bajo la administración de Sila M. Calderón, concedió un aumento de $100 a todos los empleados públicos sin distinción de status, ni categoría, que estaban activos en el gobierno al 30 de junio de 2002. De igual forma, concedía a los empleados que estuvieran vinculados, pero no activos a esa fecha, el derecho al aumento a la fecha de su reinstalación en el gobierno. A pesar de cumplir con todos los requisitos, unos 718 maestros, que conforman la clase en este pleito, fueron privados del alza salarial.

Solicitud #155499

Eli Samuel Sánchez De Jesús

Villa del Rey 5, calle 28, C-11

Caguas, PR 00727

RECEIVED & FILED
2020 MAY 29 PM 3: 55
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

Así que me deben (18 años x 12 meses x 100 dólares)+ (5 meses x 100 dólares) = $22,100

Más de Enero 2020 a mayo 2020  (75 dólares x 5 meses) = $375 parte por la pensión no pagada

**Deuda Total del Gobierno de Puerto Rico hacia mi $22,475**

Eli Samuel Sánchez De Jesús
Villa del Rey 5
Calle 28, C-11
Caguas PR 00727





Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767