Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamo.

4. ¿Cuál es el monto de su reclamo (cuánto alega que se le adeuda)?

$15,000.00

5. **Empleo.** ¿Su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?

☐ No. *Siga con la Pregunta 6.*

☒ Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:

Departamento de Educación del Estado Libre Asociado de Puerto Rico

5(b). Indique las fechas de su empleo relativo con su reclamo:

Agosto 1970 – Julio 2000 > 1976–1980 2001–2005, 2013, 2017, 2019

5(c). Últimos cuatro dígitos de su número del Seguridad Social: 9656

5(d). ¿Cuál es la naturaleza de sus reclamos relativos al empleo (marque todas las casillas aplicables)?:

☒ Pensión

☒ Salarios no pagados

☐ Días de licencia por enfermedad

☐ Quejas con sindicado

☐ Vacaciones

☐ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

6. **Acción judicial.** ¿Su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada?

☐ No.

☒ Sí. **Responda a las Preguntas 6(a) a (f).**

6(a). Indique el departamento o la agencia que sean parte en la acción.

Gobierno de Puerto Rico – Estado Libre Asociado

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.

Tribunal De Distrito de los Estados Unidos para Puerto Rico Region 21 Edificio Ochoa 500 Tanca Street 301 San Juan, PR 00901-1922

rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamo.

b. Si está disponible y se aplica a su reclamo, rogamos proporcione, asimismo, lo siguiente:

- Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
- Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
- Notificación por escrito de la intención de radicar un reclamo acompañada de un comprobante de envío; y
- Toda la documentación que a su criterio justifica su reclamo.

5. Si no dispone de una copia de su reclamo, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción global a su reclamo.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

   ❑ Nombre: _Cristina De Jesús Santiago_

   ❑ Dirección: _11 Sawfish Ct Kissimmee, FL 34759-4811_

   ❑ Número de teléfono: _787-239-0999_

   ❑ Dirección de correo electrónico: _Cristina949760@yahoo.com_

2. Número de su evidencia de reclamos: _124626_

3. Los Deudores se han opuesto a su Evidencia de reclamos porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamo. Marque la casilla con la que guarde relación su Evidencia de reclamos y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamo. Adjunte páginas adicionales si fuera necesario.

   ☒ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

   ❑ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

   _____

   _____

2

*Promesa Titulo III*                                                          6(c).

Número del caso: **17 BK 03283-LTS**

6(d). Título. epígrafe o nombre del caso: *Evidencia de Reclamación en Virtud*
*de la Ley* 

6(e). Estado del caso (<u>pendiente de resolución</u>, apelado o finalizado): *Promesa en el caso ELAPR Titulo III no-03283*

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí / (No) (rodee la opción que proceda)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?

_____

## FIRME ABAJO SU RÉPLICA

*Cristina de Jesús Santiago*
**Firma**

*Cristina De Jesús Santiago*
**Deletree su nombre**

*8 de junio de 2020*
**Fecha**

4

ANEXO   E

FORMULARIO DE  REPLICA DE LA DEMANDANTE

RECLAMO NÚM. 124-626

Cristina de Jesús Santiago

MAESTRA RETIRADA

LEYES QUE PERMITEN FUNDAMENTAR NUESTROS RECLAMOS :

1- Ley Núm. 126 PR    Dec. 42    1990

David Noriega-Representante de la CÁMARA DE REPRESENTANTES

D E PR  apelante,.v.... por el Tribunal de Instancia como una Sentencia Final

y positiva del caso en ... CARLOS ROMERO BARCELO al abtenerse  de enviar para la

consideración ...los sueldos del Magisterio  en Puerto Rico.( se considera como "el Paso de $25.00 anualmente concedido a los maestros de PUERTO RICO en los años 1976-1980) denegado en su gobierno.

2- Ley NÚM.  160-2013 - Eliminó  ciertos beneficios a los miembros del Sistema de Retiro para Maestros:   a- el Bono de verano a los maestros retirados del 1 de 1ro de agosto de2014

b- el artículo  4.9 de la LEY 160-2013 reduce el BONO DE NAVIDAD DE $600.00

DOLARES a $200.00 dólares. Lo cual fue muy perjudicial para todos los Maestros del sistema de Retiro para maestros y para maestos activos.

3-La LEY    NÚM.  3 DE  2013 para enmendar la Ley núm. 447 de 1951, P.. de la C: S.S.S.- 2013,

168   D. P. R. 101, 109(2006) (BONOS) Ley  7  2009-  Ley especial - Estado de Emergencia Fiscal y establecer  un plan para salvar  el crédito de  Puerto Rico.en ese  momento de Crisis Fiscal,

TODOS LOS EMPLEADOS PÚBLICOS Y DEMÁS POBLACIÓN DE PR FUIMOS afectados por esta ley.

1

# Anexo F

4  LEY NÚM. 4 DE  26 de enero de 2017-P. de la c. 453. 2017,ley 4   1-25 págs.

La ley de transformar   y flexibilizar el sistema laboral.  Restaurar el Sistema de Pensiones

conforme "PROMESA" Y restaurar el acceso a  los mercados capitales.Garantizar  el  pago a PENSIONADOS   y  establecer  un nuevo Plan de Aportaciones Definidas  para los Servidores Públicos.( Ley activa  actualmente no se ha llegado a un acuerdo final y los maestros retirados nos encontramos en una situación desesperante con  relación al estado de económico que vivimos.)

5- Ley 39 c. de la C. 918  de 13 de junio de 2001

Para autorizar al Sistema de Retiro para Maestros de PR aumentar un 3% de las pensiones bajo las disposiciones de la LeyNÚM. 218  del 6 de mayo de 1951, según enmendada y concebida con efectividad e o antes del 1ro de enero de 1998 y proveer los fondos necesarios para cubrir el impacto económico de dicho aumento y esten vigentes el 1ro de enero de 2001. en los años 2001 a 2005 se formalizó dicho aumento en el Gobierno de la Hon. Sila M. Calderon,desde ese periodo de tiempo hasta hoy no hemos obtenido ni un aumento más a nuestros sueldos. Creo que es justo  que se legisle para los maestros (todos)  de nuevo,ya que la situación económica para ellos está muy compleja al presente.

Anexo G

Caso núm. 17 BK 032283- LTS - Título III

6-a-Ley núm 3-2013   4 de abril de 2013
(P. de la C, 888) 2013, Ley 3 enmienda
la Ley núm 447 - Ley del Sistema de
Retiro y otras leyes relacionadas, según
enmendada, con el propósito de establecer
las disposiciones del Capítulo 5 de esta
Ley no estarán coordinados con los beneficia
del Título 2 de la Ley Federal de seguridad
social, excepto según se aplique bajo las
disposiciones del Capítulo 5.
        Creará un programa Híbrido
de contribución definida y otros fines
a los participantes que retiren sus
labores del Sistema Regular de Educación.
Enmienda el Artículo de la Ley 37-2001
y el 155-2003 para eliminar el Bono
de verano para los Retirados y empleados
de gobierno estatal. También reduce
en la Sección 8 de la Ley núm 95
del (2a de junio de 1963) el Bono de Navidad
Ya para estas fechas la Crisis del
Sistema de Retiro para Maestros iba
aumentando, lo cual sería de grandes atenciones

Anexo H

Continuación

6-b. Ley núm. 3-2013
Nosotros los Maestros Retirados estamos preocupados por lo que vaya a suceder con nuestras pensiones, ya que habemos muchos maestros retirados que no cotizamos para el Seguro Social. Dependemos únicamente del sueldo que recibimos de nuestra labor en el "Magisterio puertorriqueño."

Anexo I

Caso núm. 17 BK 03283 - LT Título III

7- Ley núm. 106-2017

Ley que eliminó el beneficio de pensión híbrida efectivo al 30 de junio de 2017, a los pensionados que se retiren después de la fecha acordada. La Junta de Supervisión Fiscal conforme al plan presentado y certificado informó que la fecha de reducción de beneficios será en el año 2022. Este plan fue expuesto el 27 de mayo de 2020.

La Junta de Supervisión Fiscal tiene que presentar un "PLAN DE AJUSTES y Declaración de Divulgación que es el Documento que detallará la re-estructuración de las obligaciones correspondientes. Los pensionados participaremos del PLAN DE AJUSTE que la Junta de Supervisión Fiscal propuso y votaremos a favor o en contra de este plan de ajuste.

Estoy complacida con la participación en estas votaciones del PLAN DE AJUSTES. Entiendo que será un gran oportunidad para todos los retirados. Todos los pensionados solicitamos se nos considere en, nuestros reclamos ya que nos precupa lo que ocurrirá con los beneficios que obtuvimos y con el futuro económico de Puerto Rico.