Cristina De Jesus Santiago
11 Sawfish Ct.
Kissimee, FL 34759-4811

Secretaria (Clerk Office)
Tribunal De Distrito de los
ESTADOS UNIDOS
ROOM 150 - Federal Building
San Juan, Puerto Rico
00918-1767

US POSTAGE PAID
$8.45
Origin: 34758
06/08/20
1146660541-69

**UNITED STATES POSTAL SERVICE**

PRIORITY MAIL 3-DAY ®

0 Lb 2.20 Oz
1006

EXPECTED DELIVERY DAY: 06/12/20

SHIP TO:
SAN JUAN PR 00918

USPS TRACKING® NUMBER

9505 5148 1796 0160 4545 94

**PRIORITY MAIL**

- Date of delivery specified for domestic use.
- USPS TRACKING™ international destin...
- Limited internationa...
- Pick up available.
- Order supplies onli...
- When used internat... declaration may be...

PRIORITY ★ MAIL ★

FROM: Cristina De Jesús Santiago
11 Sawfish Ct.
Kissimme, FL 34759-4811

TO: Secretaria (Clerk Office)
Tribunal De Distrito de los
Estados Unidos
Room 150 ~ Federal Building
San Juan, Puerto Rico
00918-1767



RECEIVED & FILED
2020 JUN 16 AM 8:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE

**MAILING ENVELOPE**

PRIORITY MAIL POSTAGE REQUIRED

FROM: Cristina De Jesús Santiago
11 Sawfish Ct.
Kissimmee, FL 34759-4811

TO: Secretaria (Clerk Office)
Tribunal De Distrito de
los Estados Unidos
Room 150 ~ Federal
Building
San Juan, Puerto Rico
00918-1767


PS00000000013
EP14 Oct 2018
OD: 11 5/8 x 15 1/8


To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP