UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:
The Financial Oversight and Management
Board for Puerto Rico,

    as representative of

The Commonwealth of Puerto Rico, et al.,

    Debtors.

PROMESA
Title III

No. 17-BK-3283-LTS
MMLID: 16823
EPOC ID: 170328300702285
CLAIM#: 39947
Docket#: 12865

## WITHDRAWAL OF REPLY TO CLAIM OBJECTION

To the Honorable United States District Court, Judge Laura Taylor Swain, comes now David Alonso Triack, creditor to the Commonwealth of Puerto Rico, Treasury Department (Departamento de Hacienda); and respectfully moves this court to grant the relief herein requested, pursuant to the allegations hereinafter established:

1) On April 17, 2020, Debtors filed a Claim Objection regarding the claim of reference. Debtors allege they have already fully paid/satisfied a tax refund to creditor, via Direct Deposit dated 8/29/14.

2) On May 19, 2020, Creditor filed a REPLY TO CLAIM OBJECTION alleging that Debtors had not made the aforementioned direct deposit and payment.

3) That after further search of Creditor's records, Creditor has discovered that Debtors indeed made such direct deposit and payment to Creditor (see attached copy of bank statement displaying direct deposit in the amount of $5,554.00).

4) That based on the above, Creditor withdraws it's REPLY TO CLAIM OBJECTION dated May 19, 2020; accepts Debtors CLAIM OBJECTION of $5,554.00 dated April 17, 2020; and withdraws said claim of $5,554.00 from these proceedings.

**WHEREFORE,** I respectfully request this Court to take notice of the above and consider Creditor's claim of $5,554.00 withdrawn.

**RESPETFULLY SUBMITTED**

In San Juan, Puerto Rico, this 12th day of June, 2020.

David Alonso Triack
Ponce de León 1917
San Juan, PR 00915
Cel. (787)644-8117
Email: dalonso@cyclesportcenter.net