**BANCO POPULAR DE PUERTO RICO**
P.O. BOX 362708
SAN JUAN PR 00936-2708

 **BANCO POPULAR**

PARADA 26   227

DAVID G ALONSO TRIACK
1917 AVE PONCE DE LEON
SAN JUAN PR 00915-3947

CUENTA POPULAR

470
*NOTIFIQUE SU NUEVA DIRECCION*

Este estado cubre sus transacciones después del   11 de agosto de 2014 hasta el 10 de septiembre de 2014    Página 1

## CHEQUES

### INFORMACIÓN DE BALANCE

| Balance inicial | + Créditos | - Cheques/Débitos | - Cargos | = Balance final |
|---|---|---|---|---|
| 1,559.64 | 5,554.00 | 3,891.90 | 5.00 | 3,216.74 |

### CRÉDITOS REGULARES Y ELECTRÓNICOS

| Fecha | Descripción | | Cantidad |
|---|---|---|---|
| 09-04 | Depósito | XXXXXX5496 | |
| | Depto. Hacienda Reintegro | | 5,554.00 |

### OTROS DÉBITOS REGULARES Y ELECTRÓNICOS

| Fecha | Descripción | | Cantidad |
|---|---|---|---|
| 08-13 | Pago | 08-12 XXXXXXXXXXXX3920 | |
| | Walgreens Dalia S Carolina | | 43.66 |
| 08-15 | Pago | 08-14 XXXXXXXXXXXX3920 | |
| | Church Chicken 10 San Juan PR | | 10.99 |
| 08-15 | Pago | 08-14 XXXXXXXXXXXX3920 | |
| | Puente Teodoro Mo San Juan PR | | 3.30 |
| 08-15 | Pago | 08-15 XXXXXXXXXXXX3920 | |
| | Lupis Isla Verde Carolina PR | | 17.38 |
| 08-19 | Pago | 08-18 XXXXXXXXXXXX3920 | |
| | Walgreens Dalia S Carolina | | 27.68 |
| 08-19 | Pago | 08-18 XXXXXXXXXXXX3920 | |
| | Puente Teodoro Mo San Juan PR | | 3.30 |
| 08-20 | Pago | 08-19 XXXXXXXXXXXX3920 | |
| | 183 Pueblo Isla V Isla Verd PR | | 159.38 |
| 08-22 | Pago | 08-21 XXXXXXXXXXXX3920 | |
| | Puma Any Time Bai San Juan PR | | 30.00 |
| 08-22 | Pago | 08-22 XXXXXXXXXXXX3920 | |
| | Puma Any Time Bai San Juan PR | | 15.12 |
| 08-25 | Pago | 08-22 XXXXXXXXXXXX3920 | |
| | Walgreens Dalia S Carolina | | 10.57 |
| 08-25 | Pago | 08-22 XXXXXXXXXXXX3920 | |
| | 101 Lounge Carolina PR | | 5.00 |
| 08-25 | Pago | 08-23 XXXXXXXXXXXX3920 | |
| | Auroritas Restaur San Juan PR | | 17.39 |
| 08-25 | Pago | 08-23 XXXXXXXXXXXX3920 | |
| | Walgreens Dalia S Carolina | | 61.44 |
| 08-25 | Pago | 08-24 XXXXXXXXXXXX3920 | |
| | Walgreens 5984 Av Carolina | | 17.41 |
| 08-25 | Pago | 08-24 XXXXXXXXXXXX3920 | |
| | Petsmart 2271 Carolina PR | | 114.91 |
| 08-26 | Pago | 08-25 XXXXXXXXXXXX3920 | |
| | 183 Pueblo Isla V Isla Verd PR | | 134.35 |
| 08-28 | Pago | 08-27 XXXXXXXXXXXX3920 | |
| | Walgreens Dalia S Carolina | | 55.96 |
| 09-02 | Retiro ATH | 08-29  156213 | |
| | 8000 Tartak Street | | 63.00 |
| 09-05 | TelePago | XXXXXX7677 | |
| | Popular Mortgage | | 1,291.00 |
| 09-05 | TelePago | XXXXXX017F | |
| | Asoc Res Cordoba Park | | 237.00 |
| 09-08 | Pago | 09-05 XXXXXXXXXXXX3920 | |
| | Outback Steak Hou Carolina PR | | 100.92 |
| 09-08 | Pago | 09-07 XXXXXXXXXXXX3920 | |
| | Walgreens Dalia S Carolina | | 43.11 |
| 09-10 | Pago | 09-09 XXXXXXXXXXXX3920 | |
| | Walgreens Dalia S Carolina | | 37.08 |
| 09-10 | Pago | 09-09 XXXXXXXXXXXX3920 | |
| | Shell Isla Verde Carolina PR | | 72.65 |
| 09-10 | Pago | 09-09 XXXXXXXXXXXX3920 | |
| | Puente Teodoro Mo San Juan PR | | 3.30 |
| 09-10 | TelePago | XXXXXX7677 | |
| | Popular Mortgage | | 1,291.00 |
| 09-10 | TelePago | XXXXXX0527 | |
| | American Express - BPPR | | 25.00 |

## CARGOS

| Fecha | Descripción | Cantidad |
|---|---|---|
| 09-02 | Retiro ATH fuera red ATH PR | 2.00 |
| 09-10 | Cargo por servicio | 3.00 |

## BALANCE MÍNIMO

| Fecha | Descripción | Cantidad |
|---|---|---|
| 09-02 | Balance mínimo durante este ciclo | 766.80 |

**BANCO POPULAR**

DAVID G ALONSO TRIACK

CUENTA POPULA

Este estado cubre sus transacciones después del 11 de agosto de 2014 hasta el 10 de septiembre de 2014   Página 2

Aviso: Su próximo estado de cuenta será el 9 de octubre de 2014

**En Caso de Errores o Preguntas sobre su Estado de Cuenta o Relativo a Transferencias Electrónicas de Fondos:**

Si usted piensa que su estado de cuenta o recibo tiene algún error o si necesita más información sobre alguna transacción en su estado o recibo, favor de llamarnos a TELEBANCO POPULAR®, a los siguientes teléfonos: (787) 724- 3650 (área metropolitana), 1- 888- 724- 3650 (isla); teléfonos disponibles para audioimpedidos (TDD), (787) 753- 9677 (área metropolitana), 1-800-981-9666 (isla); I.V.E.U. y Tortola, 1-888-724-3659 o escríbanosa:

Banco Popular de Puerto Rico, Centro de Soluciones al Cliente, PO Box 362708, San Juan, Puerto Rico 00936-2708.

Debemos recibir su reclamación dentro de los 60 días siguientes a la fecha del envio del Primer estado en que aparecía el error. Indíquenos su nombre y número de cuenta, la fecha y número de la transacción, el motivo de su reclamación o duda y la cantidad en dólares del supuesto error.

**TRANSFERENCIAS ELECTRÓNICAS**
Investigaremos su reclamación y corregiremos cualquier error con prontitud. Si demoramos más de 10 días laborables, acreditaremos su cuenta por la cantidad del alegado error, de manera que usted pueda hacer uso de ese dinero durante el tiempo que nos tome completar nuestra investigación.

**PAGOS O CHEQUES ESPECIALES DE LA RESERVA**
El CARGO POR INTERESES se computa aplicando la TASA PERIODICA DIARIA al Balance Sujeto a Intereses Pendiente de Pago, el cual se determina sumando los balances adeudados en cada día comprendido dentro del periodo de facturación y dividiendo la suma resultante entre el número de días comprendidos dentro de dicho periodo. El balance adeudado durante cada día del periodo de facturación se determina sumando el balance final del día anterior más cualesquiera adelantos u otros débitos y restando a esos cualesquiera pagos hechos y créditos abonados durante el día. Sólo para cuentas con tasa variable: Las Tasas Periódicas y los APR pueden variar para cada periodo de facturación.

**Qué Deberá Hacer Si Entiende Que Su Estado De Cuenta Tiene Un Error** - Si usted entiende que existe algún error en su Estado de Cuenta, escríbanos a la siguiente dirección: BANCO POPULAR DE PUERTO RICO, Centro de Soluciones al Cliente, PO Box 262708, San Juan, Puerto Rico 00936-2708. En su comunicación, provéanos la siguiente información:

Información de la Cuenta : Su nombre y número de cuenta.
Cantidad: La cantidad en dólares del alegado error.
Descripción del Problema : Si entiende que hay un error en su factura, describa lo que entiende está erróneo y una explicación de por qué usted considera que existe un error.

Usted debe contactarnos dentro de los 60 días siguientes a la fecha del envío del Estado de Cuenta donde aparece el alegado error. Usted debe notificarnos los alegados errores potenciales por escrito Usted puede llamarnos por teléfono, pero al hacer esto el Banco no está obligado a investigar los alegados errores potenciales y usted podría tener que pagar la cantidad en disputa. Mientras realizamos la investigación, sobre si ocurrió o no el alegado error, aplicará lo siguiente:

El Banco no tomará ninguna acción para cobrar la cantidad reclamada ni informaremos dicha cantidad reclamada como atrasada.
La cantidad en reclamación podrá permanecer en su estado de cuenta, y podríamos continuar cargando intereses sobre esa cantidad. Sin embargo, si determinamos que hemos cometido un error, usted no tendrá que pagar la cantidad en disputa ni intereses o cargo relacionado a esa cantidad.
Aunque usted no tendrá que pagar la cantidad en disputa, usted es responsable del resto del balance de su cuenta.
El Banco puede aplicar cualquier cantidad no pagada contra su límite de crédito.

Mientras investigamos, aplicarán las mismas reglas a la cantidad en reclamación, según discutido arriba. Al concluir la investigación, le informaremos nuestra decisión. En ese momento, si entendemos que usted debe una cantidad y usted no ha pagado podremos reportar su cuenta como morosa.

**AVISO**
El crédito por cheques depositados será provisional hasta el recibo del pago de los mismos.

---

**Importante -** *Important*
Para su protección, favor de verificar su balance, para lo cual le sugerimos seguir el procedimiento a continuación:

*For your protection, please verify your balance, We suggest you follow the procedure outlined below.*

1. Compare las transacciones de este estado contra su talonario. Reste los cargos y/o pagos a la Reserva, si aplica.
*Check the transactions against stub in checkbook. Subtract any charges and/or payments to your Reserve, if applicable.*

2. En la columna a la derecha, anote las transacciones pendientes a la fecha de este estado.
*List in column at right all outstanding transactions for this statement period.*

| Transacciones pendientes de pago / Outstanding transactions | |
|---|---|
| Número / Number | Cantidad / Amount |
| ———— | ———— |
| ———— | ———— |
| ———— | ———— |
| ———— | ———— |
| ———— | ———— |
| ———— | ———— |
| ———— | ———— |
| ———— | ———— |
| **TOTAL** | |

3. Anote el balance final del estado. *Enter final balance from statement.*

4. Añada los depósitos efectuados después de la fecha de este estado. *Add deposits made after date of statement.*

**SUBTOTAL**

5. Reste el total de transacciones pendientes. *Subtract total of outstanding transactions.*

Este debe ser el balance en su talonario. *Your checkbook should show this balance.*

**TOTAL**

---

**Abreviaturas**

ACUM - Acumulados
AJU - Ajuste
ATH - Cajero Automático
CAR - Cargo
CDD - Cheque Depositado Devuelto
CP - Cheque Posfechado
CTA - Cuenta
FINAN - Financiamiento
FND - Fondos No Disponibles
GAR - Garantizado
REV - Revertido, Reversión
SF - Sin Fondo
SG - Sobregiro
TRANF - Transferencia, Transferidos

**Abbreviations**

A/C - Account
ACCUM - Accumulated
ADJ - Adjustment
ATH - Automated Teller Machine
CHAR - Charge
FINAN - Financing
GUAR - Guaranteed
NAF - Non-Available Funds
NSF - Non-Sufficient Funds
O/D - Overdraft
PDC - Post Dated Check
REV - Reversed, Reversal
RDC - Returned Deposited Check
SAV - Savings
TRANF - Transfer, Transferred

**In Case of Errors or Questions about your Statement of Account or Regarding Electronic Fund Transfers:**

If you think your statement of account or receipt is wrong, or if you need more information about a transaction on your statement or receipt, please call **POPULAR TELEBANK** at the following telephone numbers: (787) 724- 3659 (metropolitan area), 1- 888- 724- 3659 (island); hearing impaired telephone services (TDD) (787) 753- 9677 (metropolitan area), 1- 800- 981- 9666 (island), U.S.V.I. and Tortola, 1- 888- 724- 3659 or write us at:

Banco Popular de Puerto Rico, Customer Resolution Center, PO Box 362708, San Juan, Puerto Rico 00936- 2708.

We must hear from you no later than 60 days after we sent you the First statement on which the error or problem appeared. Tell us your name and account number, transaction date and transaction number, description of the claim or doubt, and the dollar amount of the alleged error.

**ELECTRONIC TRANSFERS**

We will investigate your claim and will correct, any error, promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**PAYMENTS OR SPECIAL CHECKS TO THE RESERVE**

The **INTEREST CHARGE** is computed by applying the **DAILY PERIODIC RATE** to the Balance Subject to Interest Rate, which is determined by adding unpaid balances to all the days included within the billing period and dividing the total by the number of days in said period. The unpaid daily balance within each billing period is figured by adding to the final balance of the previous day any advances or debits and subtracting payments and credits made during the day. For variable rate accounts only: The Periodic Rates and APR's may vary for each billing period.

**What To Do If You Think You Find A Mistake On Your Statement** - If you think there is an error on your statement, write to us at: BANCO POPULAR DE PUERTO RICO, Customer Resolution Center, PO Box 262708, San Juan, Puerto Rico 00926- 2708. In your letter, give us the following information:

**Account Information**: Your name and account number.
**Dollar amount**: The dollar amount of the suspected error.
**Description of problem**: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors **in writing** You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

We cannot try to collect the amount in question, or report you as delinquent on that amount.
The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
We can apply any unpaid amount against your credit limit.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**NOTICE**

Credit for deposited checks is provisional until payment of such checks is received.

ev. 11/2010