# REPLICA

## A. Datos de contacto:

Claim - 132700

Contact Information:

- Name:  Katherine Hargrove Cordero

- Address:  Río Cañas Arriba sector Provincia calle 18 #395, Juana Díaz

- Postal Address:  HC 01 Box 31325 Juana Díaz PR 00795-9756

- phone number: 787-512-5119

-email:  katherine59pr@gmail.com

## B. Epígrafe

### UNITED STATES DISTRICT COURT FOR THE DISCTRICT OF PUERTO RICO

In re:  THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO

As representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

Promesa Title III No. 17 BK  3283-LTS (Jointly Administered)

## C. Motivos para oponerse a la objeción global

1.  ¿Cuál es el fundamento de mi reclamación?

  2.  La intención de la reclamación es formular las responsabilidades asociadas con el Estado Libre Asociado.

  3.  Una acción pendiente de resolución o no concluida con el Gobierno de Puerto Rico o en contra de este por motivo de mi empleo actual como Maestra de Escuela Elemental contratada por el Departamento de Educación del Estado Libre Asociado de Puerto Rico.

  4.  Y en otras reclamaciones al amparo del Título III, Ley PROMESA.

  5.  Se presenta evidencia de que tengo una reclamación válida contra el E.L.A. de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

  6.  La protección de los derechos adquiridos por éstos.

7.  Se protegen además los beneficios superiores que disfrutaran aquellos empleados contratados antes de la vigencia de esta Ley.

D. ¿Cuánto es el monto reclamado?

Desglose de los aumentos adeudados:

- El aumento del 3% al momento de la aprobación de la ley representa un aproximado de $50, que estimado a enero de 2016, momento en que se entabla la reclamación, representa cerca de $10,312.
- Todo ese dinero fue asignado al presupuesto del Departamento de Educación de Puerto Rico, pero no adjudicado a mi persona según dispuesto por ley.

- Estoy reclamando el dinero que se me adeuda por concepto de las leyes establecidas por el Departamento de Educación de Puerto Rico y Estado Libre Asociado.
- Mi reclamación con relación a mi empleo actual en el Departamento de Educación de Puerto Rico.

E.  Últimos cuatro dígitos de seguro social:  1620

F.  ¿Cuál es la naturaleza de tu reclamación de empleo?
Salario impagado y otros

Breve explicación del estatus de cuando se hizo permanente
Adquirí la permanencia con el Departamento de Educación en el año 1992.  Actualmente me encuentro retirada desde mayo de 2015

G. Documentación justificativa:  Anejos

Se presenta copia de toda evidencia que demuestra la veracidad de la reclamación. Cualquier otra evidencia o los documentos originales están disponibles para ser presentados de ser necesario.

# Ley Núm. 180 del año 1998

**(P. de la C. 1510)Ley 180, 1998**

### Para establecer la Ley de Salario Mínimo, Vacaciones y Licencia por Enfermedad de Puerto Rico

### LEY NUM. 180 DEL 27 DE JULIO DE 1998

Para establecer la Ley de Salario Mínimo, Vacaciones y Licencia por Enfermedad de Puerto Rico; disponer que el salario mínimo federal aplicará en Puerto Rico de la misma forma y con los mismos criterios que en los Estados Unidos de América; proveer protección para los trabajadores de empresas locales no cubiertas por la Ley Federal de Normas Razonables del Trabajo de 1938; establecer todo lo relacionado a las licencias por vacaciones y enfermedad; facultar al Secretario del Trabajo y Recursos Humanos a implantar esta Ley; disponer para la eliminación de la Junta de Salario Mínimo de Puerto Rico creada al amparo de la Ley Núm. 96, de 26 de junio de 1956, según enmendada, conocida como Ley de Salario Mínimo de Puerto Rico, a fin de que las facultades cuasilegislativas delegadas en ésta se transfieran al Departamento del Trabajo y Recursos Humanos; disponer la reubicación de sus empleados y la protección de los derechos de éstos; establecer penalidades; y derogar la Ley Núm. 96 antes citada.

## EXPOSICION DE MOTIVOS

La primera ley de salario mínimo de Puerto Rico, aprobada en 1941, estableció un complicado y lento mecanismo para elevar el salario de los trabajadores. Luego de 15 años y de innumerables enmiendas, la Asamblea Legislativa decidió derogarla y aprobar una nueva ley más ágil que estuviese a tono con los cambios económicos y sociales en el área laboral de aquel momento.

Han transcurrido 42 años desde ese cambio. Al igual que con la ley original de salario mínimo, la segunda ley sufrió innumerables enmiendas de forma que representara adecuadamente el desarrollo económico, esta vez de industrial a tecnológica, comercial y de servicios.

Esta Asamblea Legislativa estima que ha llegado el momento de crear una nueva Ley de Salario Mínimo que establezca un mecanismo más ágil, a tono con el desarrollo en el área laboral, tanto a nivel estatal como federal. Dicha nueva ley también deberá reconocer que las condiciones del trabajador puertorriqueño se han mejorado a través de los años. Mediante la Ley Núm. 84 de 20 de julio de 1995, se aseguró estatutariamente que la política pública de la Isla era que los salarios mínimos federales aplicasen automática e inmediatamente en Puerto Rico a los trabajadores cobijados por la Ley Federal. Por otro lado, dicha legislación también reconoció la necesidad de asegurar que los mandatos estatutarios de otros beneficios marginales, tales como las vacaciones y licencias por enfermedad, no operen en detrimento de nuestras oportunidades de desarrollo económico y de creación de nuevos empleos. La concesión de beneficios por encima

del mandato estatutario, deberá establecerse a tenor con la realidad económica y las condiciones del mercado.

Para implantar lo anterior, esta Ley concretiza la política pública expresada en la Ley Núm. 84, y establece como derecho sustantivo local que el salario mínimo para aquellas empresas que están cubiertas, por la legislación federal, será el salario mínimo federal. Para los trabajadores de las empresas que no están cubiertas por dicha legislación federal, se provee un mecanismo ágil para su protección en cumplimiento con el mandato constitucional establecido en el Artículo II, Sección 16 que reconoce que los trabajadores tienen un salario mínimo razonable. Se regula de manera uniforme las licencias de vacaciones y enfermedad para todos los trabajadores en Puerto Rico, a la vez que se protegen los beneficios superiores que disfrutaran aquellos empleados contratados antes de la vigencia de esta Ley, a tenor con la legislación anterior.

Con motivo de este cambio, y de acuerdo a la actual política pública de eliminar estructuras gubernamentales innecesarias, la Junta de Salario Mínimo de Puerto Rico, organismo cuasilegislativo del Estado creado por la Ley Núm. 96 de 26 de junio de 1956, según enmendada, debe eliminarse. Esta Ley provee para su ordenada eliminación, la reubicación de sus empleados de carrera y la protección de los derechos adquiridos por éstos.

## DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:

### Artículo 1.- Título

Esta Ley se conocerá como Ley de Salario Mínimo, Vacaciones y Licencia por Enfermedad de Puerto Rico.

### Artículo 2.-Salario Mínimo Federal.-

El salario mínimo federal fijado por la Ley de Normas Razonables del Trabajo (en inglés "Fair Labor Standards Act"), aprobada por el Congreso de los Estados Unidos de América el 25 de junio de 1938, según ha sido o fuere subsiguientemente enmendada, aplicará automáticamente en Puerto Rico a los trabajadores cobijados por la Ley Federal.

Al aplicarse el salario mínimo federal se reconocerá lo dispuesto en la legislación y reglamentación federal referente a cómo se paga el salario mínimo, lo que son horas de trabajo, cuáles empleados y ocupaciones están exentas del salario mínimo, y qué constituye horas o tiempo de trabajo.

### Artículo 3.-Protección para Empresas Locales no Cubiertas por la Ley Federal.-

Aquellas empresas o actividades que no cumplan con los criterios de la Ley Federal de Normas Razonables del Trabajo, y por lo tanto están exentas del salario mínimo federal, pagarán un salario mínimo equivalente al setenta porciento (70%) del salario mínimo prevaleciente. Todo otro aspecto de la legislación y reglamentación federal referente a cómo se paga el salario mínimo, lo que son horas de trabajo, cuáles empleados y ocupaciones están exentas del salario

mínimo, y qué constituye horas o tiempo de trabajo, serán de aplicación. Disponiéndose que el Secretario del Departamento del Trabajo y Recursos Humanos tendrá autoridad de reducir el por ciento de demostrar que su implantación afectará substancialmente los empleos en las empresas cubiertas por este Artículo.

**Artículo 4.-Definiciones. -**

(a) 'Decreto mandatorio' significa un decreto aprobado por la Junta de Salario Mínimo al amparo de las disposiciones de la Ley Núm. 96 de 26 de junio de 1956, según enmendada, o por el Secretario al amparo de esta Ley.

(b) 'Departamento' se refiere al Departamento del Trabajo y Recursos Humanos de Puerto Rico.

(c) 'Emplear' significa hacer, tolerar o permitir trabajar.

(d) 'Industria' significa cualquier campo de actividad económica y abarca la agricultura, la silvicultura, y la pesca, la minería, la construcción, la manufactura, el comercio al por mayor y detal, las finanzas, los seguros y los negocios de bienes raíces, la transportación, las comunicaciones y otros servicios públicos y los servicios personales (excepto el doméstico), profesionales y comerciales.

(e) 'Junta' significa la Junta de Salario Mínimo.

(f) 'Obrero', 'empleado' o 'trabajador' incluye toda persona que ejerza, desempeñe o realice cualquier arte, oficio, empleo o labor bajo las órdenes o para beneficio de otro, a base de contrato de arrendamiento de servicios o mediante remuneración de alguna clase o promesa expresa o tácita de recibirla, en cualquier industria. No incluye contratistas independientes.

(g) 'Patrono' incluye toda persona natural o jurídica de cualquier índole que, con ánimo de lucro o sin él, emplee o permita trabajar cualquier número de obreros, trabajadores o empleados mediante cualquier clase de compensación.

(h) 'Salario' incluye sueldo, jornal y toda clase de compensación, sea en dinero, especie, servicios, facilidades o combinación de cualesquiera de ellos; pero no incluirá sino dinero cuando se trate de salario mínimo prescrito bajo las disposiciones de esta Ley, a menos que el Secretario disponga o autorice otra cosa.

(i) 'Salario mínimo' comprenderá los salarios mínimos que se establecen al amparo de esta Ley para los trabajadores de las empresas o actividades no cubiertas por la Ley Federal de Normas Razonables del Trabajo.

(j) 'Salario mínimo federal' comprenderá el salario mínimo establecido por la Ley Federal de Normas Razonables del Trabajo (Fair Labor Standards Act), aprobada por el Congreso de Estados Unidos de América el 25 de junio de 1938, según enmendada.

(k) 'Secretario' se refiere al Secretario del Departamento del Trabajo y Recursos Humanos de Puerto Rico."

**Artículo 5.-Industrias que Otorgan Beneficios Superiores o Inferiores.-**

(a)     Aquellas industrias que al entrar en vigor esta Ley estén pagando por virtud de un decreto mandatorio salarios mayores y que no estén cubiertos por el salario mínimo federal, continuarán pagándoselos a los trabajadores. Sin embargo, aquellas industrias que estén cubiertas por la ley federal que estén pagando salarios mayores al salario mínimo federal, continuarán pagándoselos a los trabajadores.

(b)     Aquel empleado que al 1ro de agosto de 1995 estuviese cubierto por un decreto mandatorio que disponía para tasas de acumulación mensual de licencia por vacaciones y enfermedad superiores a lo dispuesto en esta Ley, o que tuviese derecho a acumulación de tales beneficios con menos horas de trabajo que lo dispuesto en esta Ley, continuará disfrutando de dichos beneficios bajo los mismos términos existentes antes del 1ro de agosto de 1995. Esta disposición será de aplicación mientras trabaje para el mismo patrono.

(c)     Aquellas industrias que a la fecha de vigencia de esta Ley estuviesen reguladas por decretos mandatorios con tasa de acumulación mensual de licencias por vacaciones y enfermedad menores a lo dispuesto en esta Ley, o con requisitos de horas mínimas a trabajarse para ser acreedor de dichas tasas de acumulación mayores a lo dispuesto en esta Ley, continuarán sujetos a lo dispuesto por dicho decreto mandatorio en cuanto a tales extremos. En el menor tiempo posible y de acuerdo con la capacidad económica de cada industria, los beneficios mínimos de licencia por vacaciones y enfermedad establecidos por tales decretos mandatorios serán ajustados a los niveles dispuestos en esta Ley.

(d)     En el proceso de revisar los decretos mandatorios, el Secretario tomará en consideración el costo de vida y las necesidades de los empleados, así como las condiciones económicas y de competencia de la industria en cuestión, a los fines de que no se reduzca sustancialmente el empleo en dichas industrias. Al revisar los decretos, el Secretario cumplirá con la Ley de Procedimiento Administrativo Uniforme de Puerto Rico, Ley Núm. 170 de 12 de agosto de 1988, según enmendada. Disponiéndose que en el proceso de revisión se celebrarn vistas públicas notificadas con por lo menos sesenta (60) días de anticipación y la determinación será sujeta a revisión judicial.

**Artículo 6.-Disposiciones sobre Vacaciones y Licencia por Enfermedad.-**

(a)     Todos los trabajadores de Puerto Rico, con excepción de los enumerados en los Artículos 3 y 8 de esta Ley, acumularán vacaciones a razón de uno y un cuarto (1 1/4) días por mes; y licencia por enfermedad a razón de un (1) día por mes. Será requisito para la acumulación de dichas licencias que el empleado trabaje no menos de ciento quince (115) horas en el mes. Disponiéndose, que el uso de licencias por vacaciones y enfermedad se considerará tiempo trabajado para fines de la acumulación de estos beneficios.

(b)     El tiempo de licencia por vacaciones y enfermedad se acumulará a base del día regular de trabajo en el mes en que ocurrió la acumulación. Para empleados cuyos horarios fluctúan, el día regular de trabajo se determinará dividiendo el total de horas regulares trabajadas en el mes entre el total de días trabajados. Para los empleados cuyos horarios de trabajo no se pueden determinar, se computará a base de días de ocho (8) horas regulares.

(c)     El tiempo de licencia por vacaciones y enfermedad se usará y pagará a base del día regular de trabajo al momento de usarse o pagarse el beneficio. A estos fines, se podrá tomar en consideración un período no mayor de dos (2) meses antes de usarse o pagarse el beneficio.

(d)     La licencia por vacaciones y enfermedad se pagará a base de una suma no menor al salario regular por hora devengado por el empleado en el mes en que se acumuló la licencia. Para empleados que reciben comisión u otros incentivos, que no quedan a la entera discreción del patrono, se podrá dividir la comisión o incentivo total devengado en el año entre cincuenta y dos (52) semanas, por el cómputo del salario regular por hora.

(e)     De establecerse un período probatorio autorizado por ley, la licencia de enfermedad se acumulará a partir del comienzo de dicho período probatorio. Sin embargo, todo empleado que apruebe el período probatorio, acumulará licencia por vacaciones desde la fecha de comienzo en el empleo.

(f)     El disfrute de las vacaciones no podrá ser exigido por el empleado hasta que las hubiere acumulado por un año. Las vacaciones se concederán anualmente, en forma que no interrumpan el funcionamiento normal de la empresa a cuyo fin el patrono establecerá los turnos correspondientes.

(g)     Las vacaciones se disfrutarán de forma consecutiva, sin embargo, mediante acuerdo entre el patrono y el empleado, éstas pueden ser fraccionadas, siempre y cuando el empleado disfrute de por lo menos cinco (5) días laborables consecutivos de vacaciones en el año.

(h)     Mediante acuerdo entre el patrono y el empleado, podrá acumularse hasta dos (2) años de licencia por vacaciones. El patrono que no conceda las vacaciones después de acumularse dicho máximo, deberá conceder el total hasta entonces acumulado, pagándole al empleado dos (2) veces el sueldo correspondiente por el período en exceso de dicho máximo.

(i)     A solicitud escrita del empleado, el patrono podrá permitir que las vacaciones incluyan días no laborables compredidos dentro del período en que haya de disfrutar las vacaciones, y/o los días no laborables inmediatamente antes o después de dicho período de vacaciones.

(j)     En caso de que el empleado cese en su empleo, el patrono hará efectivo al empleado el total hasta entonces acumulado, aunque sea menos de un año.

(k)     A solicitud escrita del empleado, el patrono podrá permitir la liquidación parcial de la licencia por vacaciones acumulada y en exceso de diez (10) días.

(l)     La licencia por enfermedad no usada por el empleado durante el curso del año quedará acumulada para los años sucesivos hasta un máximo de quince (15) días.

(m)     Salvo en casos de fuerza mayor, el empleado deberá notificar a su patrono el hecho de su enfermedad tan pronto sea previsible que habrá de faltar al horario regular del comienzo de sus labores y no más tarde del mismo día de su ausencia.

(n)     El disfrute de la licencia por enfermedad no excusa del cumplimiento con aquellas normas de conducta válidamente establecidas por el patrono, como lo son las de asistencia, puntualidad, certificaciones médicas si la ausencia excede de dos (2) días laborables e informes periódicos sobre la continuación de la enfermedad.

### Artículo 7.-Uso de Uniformes.-

Todo patrono que requiera a sus empleados el uso de uniformes tendrá que sufragar los gastos que conlleve la adquisición de los mismos. Bajo ningún concepto se podrá requerir al empleado que en forma alguna, contribuya directa o indirectamente a asumir total o parcialmente los gastos que conlleve la adquisición de tales uniformes. En conformidad a este Artículo, también requiere a todo patrono de la salud la obligación de suplir uniformes, o su equivalente en dinero, a los enfermeros(a), así como a los técnicos de laboratorio, radiología, terapistas o cualquier otro profesional técnico de la salud, cuya práctica requiera la utilización de uniformes. (Enmendado en el 1999, ley 192)

### Artículo 8.-Personas Excluidas de la Ley.-

(a)     Las disposiciones de esta Ley no serán aplicables a:

(1)     personas empleadas en el servicio doméstico en una residencia de familia, con excepción de los chóferes;

(2)     personas empleadas por el Gobierno de los Estados Unidos de América, por el Gobierno de Puerto Rico, con excepción de aquellas agencias o instrumentalidades de éste que operen como negocios o empresas privadas, y;

(3)     personas empleadas por los Gobiernos Municipales.

(b)     Las disposiciones de esta Ley no serán aplicables a los "Administradores", "Ejecutivos" y "Profesionales", según dichos términos son definidos mediante el Reglamento Número 13 de la Junta de Salario Mínimo o según fuese subsiguientemente enmendado por el Secretario del Trabajo y Recursos Humanos al amparo de las facultades que le concede esta Ley.

### Artículo 9.-Violaciones; Penalidades.-

(a)     Toda persona que como patrono o como administrador, funcionario, agente, empleado o encargado de una firma, sociedad o corporación o de otra persona o personas, violare o se negare a cumplir o descuidare el cumplimiento de cualquier disposición de esta Ley, o de

cualquier decreto o reglamento adoptado por la Junta de Salario Mínimo y que se haya convalidado por las disposiciones de esta Ley, o que se emita posteriormente por la Asamblea Legislativa según las disposiciones de esta Ley, incurrirá en un delito menos grave y será castigada con pena de multa no menor de quinientos (500) dólares ni mayor de mil (1,000) dólares, o pena de reclusión por un término no menor de noventa (90) días ni mayor de ciento veinte (120) días, o ambas penas a discreción del Tribunal.

(b)     En caso de reincidencia en las infracciones mencionadas en este artículo, se impondrá una multa que no será menor de mil (1,000) dólares ni mayor de cinco mil (5,000) dólares, o reclusión por un término no menor de ciento veinte (120) días ni mayor de un (1) año, o ambas penas, a discreción del Tribunal.

### Artículo 10 .-Injunction y Otros Procedimientos.-

(a)     Será deber del Secretario del Trabajo y Recursos Humanos, por sí o por medio de sus agentes debidamente autorizados, hacer que se cumpla esta Ley. A tales efectos, el Secretario, siempre que fuere de opinión que cualquier patrono esté infringiendo o va a infringir cualquier disposición de esta Ley, podrá instar recursos de injunction y cualesquiera otros que fuesen necesarios para hacer efectivos los términos de esta Ley. El Tribunal de Primera Instancia, Sala Superior, tendrá autoridad para oír y decidir todas las acciones antes mencionadas.

(b)     A tales efectos todo patrono:

(1)     Permitirá al Secretario del Trabajo y Recursos Humanos o a cualquiera de sus empleados o agentes debidamente autorizados, libre acceso a todos los sitios y bienes en los cuales o con los cuales se lleve a cabo cualquier clase de trabajo, con el propósito de practicar cualquier investigación sobre las condiciones de trabajo que allí prevalecen;

(2)     Permitirá al Secretario del Trabajo y Recursos Humanos o a cualquiera de sus empleados o agentes debidamente autorizados, inspeccionar sus libros de contabilidad, informes, contratos, nóminas, listas de pago y todos los récords sobre las condiciones de trabajo de sus empleados con el propósito de llevar a cabo cualquier investigación relacionada con la observancia de cualquier disposición de esta Ley.

(c)     Todo patrono que no cumpliere o violare cualquiera de los deberes u obligaciones que fija este artículo incurrirá en un delito menos grave y será castigado con multa no mayor de seiscientos (600) dólares o término máximo de un (1) mes de cárcel, o ambas penas a discreción del Tribunal, y en caso de reincidencia, será castigado con multa de mil quinientos (1,500) dólares o encarcelamiento por un término de noventa (90) días, o ambas penas a discreción del Tribunal.

### Artículo 11.-Reclamaciones de los Empleados.-

(a)     Todo obrero o empleado que por su trabajo reciba compensación inferior a la prescrita en esta Ley o en un convenio colectivo o en un contrato individual de trabajo tendrá

derecho a cobrar mediante acción civil la diferencia adeudada hasta cubrir el importe total de la compensación que le corresponda, por concepto de salario, vacaciones, licencia por enfermedad o cualquier otro beneficio, más una cantidad igual a la que se le haya dejado de satisfacer, por concepto de compensación adicional, además de los costos, gastos, intereses y honorarios de abogados del procedimiento, sin que para nada de ello obste pacto en contrario.

(b)       Podrán acumularse en una sola acción las reclamaciones que tuvieren varios o todos los trabajadores o empleados contra un patrono común por trabajos realizados en el mismo establecimiento, empresa o sitio.

(c)       Las reclamaciones podrán tramitarse por acción ordinaria o mediante cualquier procedimiento para reclamación de salarios que se establezcan en otras leyes de Puerto Rico.

(d)       En relación con el cumplimiento de esta Ley, el Secretario del Trabajo y Recursos Humanos podrá demandar a iniciativa propia, o a instancia de uno o más trabajadores o empleados con interés en el asunto, y en representación y para beneficio de uno o más de los mismos que se encuentren en circunstancias similares, el pago de cualquier suma que se les adeude por salarios, compensación adicional, intereses, costos, gastos y honorarios de abogado que el inciso (a) de este artículo indica. Cualquier obrero con interés en el asunto podrá constituirse en demandante en todo pleito que así se promueva por el Secretario del Trabajo y Recursos Humanos.

(e)       El Secretario del Trabajo y Recursos Humanos podrá constituirse en demandante o interventor en toda acción o procedimiento judicial que cualquiera persona interponga en relación con esta Ley.

**Artículo 12.- Término Prescriptivo.-**

(a)       Por el transcurso de tres (3) años prescribirá la acción en reclamación de salarios que pueda tener un empleado contra su patrono al amparo de esta Ley o cualquier decreto mandatorio, ya aprobado o que se apruebe, de acuerdo con las disposiciones de esta Ley o al amparo de cualquier contrato o ley. Para la prescripción de esta acción, el tiempo se contará desde que el empleado cesó su empleo con el patrono. El término de prescripción antes indicado se interrumpirá y comenzará a transcurrir de nuevo por la notificación de la deuda de salario al patrono, judicial o extrajudicialmente, por el obrero, su representante, o funcionario del Departamento con facultad para ello y por cualquier acto de reconocimiento de la deuda por el patrono.

(b)       Cuando el empleado estuviere trabajando con el patrono, la reclamación solamente incluirá los salarios a que tuviese derecho el empleado, por cualquier concepto, durante los últimos tres (3) años anteriores a la fecha en que se estableciese la acción judicial.

(c)       En el caso de que el empleado hubiese cesado en su empleo con el patrono, la reclamación solamente incluirá los últimos tres (3) años anteriores a la fecha de su cesantía.

(d)     En relación con el término prescriptivo provisto en esta sección, un cambio en la naturaleza de las labores del empleado no constituirá una novación del contrato de empleo.

(e)     Lo dispuesto en este Artículo en nada afectará los casos ya radicados en los tribunales, o que se radiquen dentro de un (1) año después de entrar en vigor esta Ley. (Enmendada en el 2000, ley 80)

**Nota:** La ley núm. 80 del 21 de mayo de 2000 enmendó totalmente el inciso (a) de este artículo. Vea la ley para la exposición de motivos en LexJuris.com

**Artículo 13.-Disposiciones generales.-**

(a)     Por la presente se elimina la Junta de Salario Mínimo de Puerto Rico creada en virtud de la Ley Núm. 96 de 26 de junio de 1956, según enmendada.

(b)     Se transfieren al Departamento del Trabajo y Recursos Humanos los poderes cuasilegislativos delegados a dicha Junta, así como los récords administrativos corrientes, el personal, la propiedad y el equipo asignado a la Junta de Salario Mínimo.

(c)     Las disposiciones de esta Ley no afectarán las obligaciones contractuales que estén pendientes a la fecha de vigencia de esta Ley.

(d)     El Gobernador de Puerto Rico queda autorizado a adoptar aquellas medidas transitorias y a tomar las decisiones que sean necesarias a los fines de este artículo.

(e)     Se garantizan todos los derechos adquiridos bajo las leyes y reglamentos de personal, así como también todos los derechos, privilegios, obligaciones y status respecto a cualesquiera sistema o sistemas existentes de pensión o retiro o fondos de ahorros y préstamos a los cuales estuvieren afiliados los empleados de carrera de la Junta al entrar en vigor esta Ley.

**Artículo 14.-Se deroga el inciso (n) y se redesigna el inciso (o) como inciso (n) de la Sección 11 de la Ley Núm. 15 de 14 de abril de 1931, según enmendada, para que se lea como sigue:**

"Sección 11.-

El Departamento del Trabajo y Recursos Humanos constará de los servicios, negociados y divisiones siguientes:

(a) ...

(n) Junta de Relaciones del Trabajo."

**Artículo 15.-Se enmienda el Artículo 2 del Plan de Reorganización Núm. 2 de 4 de mayo de 1994, para que se lea como sigue:**

"Artículo 2.-Reorganización del Departamento

Se reorganiza el Departamento del Trabajo y Recursos Humanos a base de los siguientes componentes operacionales:

a) Administración del Derecho al Trabajo

b) Cuerpo de Voluntarios al Servicio de Puerto Rico

c) Programas vigentes en el Departamento

d) Consejo de Desarrollo Ocupacional y Recursos Humanos."

**Artículo 16.-Se enmienda el inciso (8) del Artículo 4 del Plan de Reorganización Núm. 2 de 4 de mayo de 1994, Departamento del Trabajo y Recursos Humanos, para que se lea como sigue:**

"Artículo 4.-Facultades y Funciones del Secretario

El Secretario del Trabajo y Recursos Humanos, además de los poderes, facultades y funciones conferidas por otras leyes, tendrá las siguientes, sin que ello constituya una limitación:

1.      ...

8.      Aprobar los reglamentos a ser adoptados por los componentes del Departamento, así como cualquier enmienda o derogación de los mismos. Los directores de los componentes del Departamento deberán preparar y someter para la aprobación del Secretario los reglamentos necesarios, incluyendo cualesquiera enmiendas o la derogación de los mismos, y desarrollar e implantar reglas, normas y procedimientos de aplicación general del Departamento. Los reglamentos vigentes a la fecha de aprobación de ese Plan continuarán en vigor hasta tanto el Secretario los enmiende o derogue:

9.      ..."

**Artículo 17.-**

(a)      Se deroga la Ley Núm. 96 de 26 de junio de 1956, según enmendada, y cualquier otra ley o parte de la misma que esté en conflicto con la presente ley. También se deroga cualquier disposición de un decreto mandatorio que esté en conflicto con las disposiciones de esta Ley o que se refiera a asuntos que no sean salario mínimo, licencia por vacaciones y licencia por enfermedad.

(b)      Toda disposición de un reglamento y decreto mandatorio promulgado al amparo de la Ley Núm. 96 de 26 de junio de 1956, según enmendada, y que estuviese vigente a la fecha de esta Ley, continuará en vigor hasta que sea revisado o derogado por el Secretario del Trabajo

y Recursos Humanos, a tenor con las disposiciones de esta Ley. Periódicamente y no menos de cada (2) dos años deberá examinar dichos reglamentos para ajustarlos a los requisitos y definiciones contenidas en la Ley Federal de Normas Razonables del Trabajo y realizar otra enmienda que sea apropiada para adelantar los propósitos de esta Ley.

(c) Todo empleado que trabaje en una industria que conforme a la legislación existente a la fecha de entrar en vigor esta Ley tuviese la obligación de reconocer días feriados con paga, garantías de compensación diaria mínima y/o pago de compensación extraordinaria por horas extras diarias según lo previamente dispuesto por decretos mandatorios al amparo de la Ley Núm. 8 de 5 de abril de 1941, continuará disfrutando dichos beneficios."

**Artículo 18.- Esta Ley comenzará a regir inmediatamente después de su aprobación.**

ESTADO LIBRE ASOCIADO DE

PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN

ESCUELA SANTIAGO COLLAZO PÉREZ
DISTRITO DE SANTA ISABEL
REGIÓN EDUCATIVA DE PONCE

31 de julio de 2016

Sra. Margarita Rosario
Directora
Escuela Santiago Collazo Pérez
Juana Díaz, Puerto Rico

Renuncia-Retiro

Reciba un cordial saludo. Deseo comunicarle mi renuncia al puesto de maestra nivel elemental (F-06366) efectivo al 29 de julio de 2016. Me es grato informarles que me acojo al retiro por años de servicios. KHC.

Les agradesco por haberme brindado la oportunidad de pertenecer a un excelente equipo de trabajo. Gracias por permitirme desarrollar mis habilidades y destrezas. Más es importante aún sentirme que cumplí con la encomienda de servir a los demás.

Les recordaré siempre con mucho cariño.

Atentamente

Sra. Katherine Hargrove Cordero
Maestra Nivel Elemental

Margarita Rosario
Quieldaro
Recibido
25 de abril 2016

PO Box 1412, Juana Díaz, P.R. 00795
Tel./Fax 787-837-6208

El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

COMMONWEALTH OF PUERTO RICO
## DEPARTMENT OF EDUCATION
HATO REY, PUERTO RICO

OFFICE OF THE
SECRETARY OF EDUCATION

5 de julio de 1990

A QUIEN PUEDA INTERESAR

Certifico que KATHERINE HARGROVE CORDERO, califica para obtener certificado provisional como Directora de Escuela Elemental.

El mismo le será expedido tan pronto se desempeñe como tal en una institución docente acreditada y someta los documentos oficiales correspondientes.

DALIA M. LANDRON DE PEREZ
Directora, División de Certificaciones

CARIBBEAN UNIVERSITY
Graduate Level
A Higher Education Institution

11/08/06

Page 1 of 1

Katherine Hargrove Cordero
Urb. Lago Horizonte
# 3028
COTTO LAUREL PR 00780-2420

Registrar's Office
ACADEMIC RECORD

ID Number: 0091358
S.S.N.:          1620
Birth Date: 08/30/59
Acad Prog.: PR

| Course | | Title | Grd R | Hrs Att | Hrs Cmpt | Grade Points | | |
|--------|--|-------|-------|---------|----------|--------------|--|--|
| EDUC | 664 | FUNDAMENTOS TECNOLOGIA EDUC | A | 3.00 | 3.00 | 12.00 | | |
| | | Term 06/PT4    Totals: | | 3.00 | 3.00 | 12.00 | GPA = | 4.0000 |
| | | Cumulative Totals: | | 3.00 | 3.00 | 12.00 | GPA = | 4.0000 |
| EDUC | 667 | DIS DES IMPLE PROY TEC EDUC | B | 3.00 | 3.00 | 9.00 | | |
| EDUC | 674 | PROGRAMAS APLICACION EDUCACION | A | 3.00 | 3.00 | 12.00 | | |
| | | Term 06/PT-5    Totals: | | 6.00 | 6.00 | 21.00 | GPA = | 3.5000 |
| | | Cumulative Totals: | | 9.00 | 9.00 | 33.00 | GPA = | 3.6667 |
| EDUC | 668 | INVEST & EVAL MODELOS TEC EDUC | A | 3.00 | 3.00 | 12.00 | | |
| EDUC | 675 | DIS INST MEDIO SISTEMAS INFOR | B | 3.00 | 3.00 | 9.00 | | |
| | | Term 06/PT-6    Totals: | | 6.00 | 6.00 | 21.00 | GPA = | 3.5000 |
| | | Cumulative Totals: | | 15.00 | 15.00 | 54.00 | GPA = | 3.6000 |

TOTALS: CRED.ATT = 15.00 CRED.CPT = 15.00 GRADE.PTS = 54.00 GPA = 3.6000

NO COURSES APPROVED
BELOW THIS LINE

Official copy must bear signature and impression se...

STUDENT'S COPY

NOV 08 2006
DATE                    REGISTRAR'S SIGNATURE

ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN

**OFICINA DE CARRERA MAGISTERIAL**

10 de mayo de 2014

| | | | |
|---|---|---|---|
| Nombre | : Katherine Hargrove Cordero | Especialidad: | Elemental k-3 |
| Escuela | : Santiago Collazo | Distrito | : Juana Díaz |
| Región | : Ponce | | |

Estimada profesora:

De acuerdo a la evaluación realizada a su trascripción de créditos de estudios graduados y de conformidad con los artículos 5.04 y 6.08 del Reglamento de la Carrera Magisterial, se le reconocerá para el cumplimiento de su Plan de Mejoramiento Profesional, los siguientes cursos universitarios:

Educación General: 18 créditos
- EDUC 633 (Graduada del Sur)
- EDUC 606 (Graduada del Sur)
- EDUC 615 (Graduada del Sur)
- EDUC 650 (Graduada del Sur)
- EDUC 611 (Graduada del Sur)
- EDUC 630 (Graduada del Sur) **Créditos reconocidos para el Nivel III- (18)**

Especialidad: 27 créditos

- EDUC 612 (Graduada del Sur)
- EDUC 664 (Caribbean)
- EDUC 667 (Caribbean)
- EDUC 674 (Caribbean)
- EDUC 668 (Caribbean)
- EDUC 675 (Caribbean)
- EDUC 526 (UMET)      **Créditos reconocidos para el Nivel III- (21)**

Usted deberá aprobar seis (6) créditos universitarios graduados de maestría en cursos relacionados a la categoría docente donde posee su nombramiento permanente **(Elemental k-3)**, o Currículo y Enseñanza o Tecnología Educativa.

Esta carta debe ser presentada en cada proceso que realice en la Carrera Magisterial, incluyendo los procesos de revisión de salario y nivel, para evitar confusiones con el técnico que evalúe su caso.

COMMONWEALTH OF PUERTO RICO

# DEPARTMENT OF EDUCATION

HATO REY, PUERTO RICO

OFFICE OF THE
SECRETARY OF EDUCATION

5 de julio de 1990

A QUIEN PUEDA INTERESAR

Certifico que KATHERINE HARGROVE CORDERO, califica para
obtener certificado provisional como Directora de Escuela
Elemental.

El mismo le será expedido tan pronto se desempeñe como
tal en una institución docente acreditada y someta los documen-
tos oficiales correspondientes.

DALIA M. LANDRON DE PEREZ
Directora, División de Certificaciones

KHC

1620



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**

Secretaría Auxiliar de Recursos Humanos
Oficina de la Carrera Magisterial

Certificaciones Docente y Desarrollo Profesional                    ocm-06

## CERTIFICACIÓN DE RADICACIÓN Y APROBACIÓN
## DEL PLAN DE MEJORAMIENTO PROFESIONAL

Certificamos que  Katherine Hargrove Cordero  con seguro social        ·1620 de la escuela  Santiago Collazo Pérez  del distrito escolar de  Juana Díaz  radicó su Plan de Mejoramiento Profesional de acuerdo a lo establecido en el artículo 2.07 del Reglamento de la Carrera Magisterial para el periodo de  28 de abril de 2006,  al  31 de julio de 2011.  Certificamos, además que el Comité de Evaluación analizó y evaluó dicho Plan a la luz del Capítulo VI del mismo reglamento y este fue aprobado hoy  28 de abril de 2006.

COMITÉ DE EVALUACIÓN

| Nombre | Firma | Puesto que Ocupa |
|---|---|---|
| Margarita Rosario Rivera | *Margarita Rosario Rivera* | Directora de Escuela |
| Maribel Laboy Cruz | *Maribel Laboy C.* | Miembro Consejo Escolar |
| Pablo Rodríguez De Jesús | *Pablo Rdgz Jesús* | Facilitador de la Materia |
| Alicia Negrón Ortiz | *Alicia Negrón Ortiz* | Delegado de la Unión |

Fecha en que el solicitante radicó el Plan:  28 de abril de 2006.

**Certificaciones Docentes y Desarrollo Profesional**                    ocm 08

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| KETHERINE HARGROVE CORDERO | | 31 0394 | 326187 | 1081 |

### DEDUCCIONES

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | AHORROS / SEGURO | | | | | | |
| 25260 | 5265 | 25410 | | | 07 | 6177 | 10 | 4000 | 81 | 1600 |

**MES CORRIENTE**

| | | | | | |
|---|---|---|---|---|---|
| 8420 | 1755 | 8470 | | 3630 | 700 |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1er QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 363000 | 363000 | 121000 | 121000 | 43100 | 34752 | 43148 |
| ACUMULADO DURANTE EL AÑO NATURAL | | | MES CORRIENTE | | | |

VEASE CLAVES AL DORSO

# GOBIERNO DE PUERTO RICO
## INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| KETHERINE HARGROVE CORDERO | | 30 0499 | 407098 | 629139663 |

### DEDUCCIONES

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | AHORROS / SEGURO | | | | | | |
| 494 72 | 99 20 | 478 80 | | | 06 68 | 202 52 1 00 | 07 81 | 309 54 16 00 | 10 | 25 00 |

| MES CORRIENTE | | | | | |
|---|---|---|---|---|---|
| 123 68 | 24 80 | 119 70 | 10 00 | 51 30 | 7 00 |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | | MES CORRIENTE | | | | |
| 6 840 00 | 6 840 00 | 1 710 00 | 1 710 00 | 364 00 | 980 54 | 365 46 |

VEASE CLAVES AL DORSO

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | | |
|---|---|---|
| Grupo de Pago: | SM--Quincenal | # Cheque: 01829146 |
| Desde: | 12/07/01 | |
| Hasta: | 12/20/01 | Fecha: 12/28/01 |

KATHERINE HARGROVE CORDERO
CALLE COMERCIO #69
A 1 (3502) SUITE 128
JUANA DIAZ PR 007950000
SS:

| # Empleado: | |
|---|---|
| Dept: | 8005037-Ponce Juana Díaz |
| Oficina: | Santiago Collazo Perez |
| Titulo: | M.Elemental |
| Sueldo: | $1,965.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 2 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Corriente | | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 982.50 | | 1476.00 | 23,580.00 | Fed FICA - MHI | 14.24 | 350.97 |
| Bono de Navidad | | 0.00 | | | 625.00 | PR Withholdng | 64.08 | 1,625.42 |

| Total: | | 982.50 | 1476.00 | 24,205.00 | Total: | 78.32 | 1,976.39 |
|---|---|---|---|---|---|---|---|

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 88.43 | 2,122.32 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 94.65 | 2,271.60 |
| AE-Asoc Emp ELA-Prest Regular | 179.74 | 3,964.18 |
| SM-First Medical Health Plan | 70.75 | 283.02 |
| CO-COOP FED MAESTRO | 59.73 | 1,433.52 |
| DM-FONDOS UNIDOS | 0.50 | 12.00 |
| SC-NATIONAL LIFE INS. | 9.83 | 235.92 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 84.00 |
| AS FED MAESTROS AFT | 8.00 | 192.00 |
| GPR Plan de Ahorros | 29.48 | 707.52 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 40.00 | 120.00 |
| GPR Plan de Retiro de Maestro | 83.51 | 2,004.24 |
| FSED Disability Plan | 16.70 | 411.43 |
| SM-Plan Medico ASES | 0.00 | 240.00 |

| Total: | 88.43 | 2,122.32 | Total: | 456.18 | 9,183.76 | * Tributable |
|---|---|---|---|---|---|---|

| TOTAL BRUTO | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 982.50 | 78.32 | 544.61 | 359.57 |
| Acumulado: | 24,205.00 | 1,976.39 | 11,305.08 | 10,922.53 |

### PTO HORAS          ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Cheque #01829146 | 359.57 |
|---|---|
| Total: | 359.57 |

433086

MENSAJE:

N 1590692

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/02/03 |
| Hasta: | 06/13/03 |

# Cheque: 09474575
Fecha: 06/13/03

KATHERINE HARGROVE CORDERO
CALLE COMERCIO #69
A 1 (3502) SUITE 128
JUANA DIAZ PR 007950000
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005037-Ponce Juana Diaz |
| Oficina: | Santiago Collazo Perez |
| Titulo: | M.Elemental |
| Sueldo: | $2,065.00 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 2 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,032.50 | 660.00 | 11,357.50 |
| Total: | | | 1,032.50 | 660.00 | 11,357.50 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 14.97 | 164.68 |
| PR Withholdng | 62.30 | 685.30 |
| Total: | 77.27 | 849.98 |

## DEDUCCIONES VARIAS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Retiro de Maestro | 92.93 | 1,022.23 |
| RM-Prest Pers De Cuota-Ret Mae | 150.80 | 1,658.80 |
| AE-Asoc Emp ELA-Prest Regular | 179.74 | 1,977.14 |
| SM-Asoc Maestros de PR | 63.00 | 63.00 |
| SM-First Medical Health Plan | 80.00 | 880.00 |
| CO-COOP MAESTRO PR | 5.00 | 5.00 |
| CO-COOP FED MAESTRO | 73.72 | 810.92 |
| SC-NATIONAL LIFE INS. | 9.83 | 108.13 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 38.50 |
| AS FED MAESTROS AFT | 8.00 | 88.00 |
| GPR Plan de Ahorros | 30.98 | 340.78 |
| DM-FONDOS UNIDOS | 0.00 | 1.00 |
| Total: | 604.57 | 5,971.27 |

Retiro de Maestro total: 92.93 / 1,022.23

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 87.76 | 965.36 |
| FSED Disability Plan | 17.55 | 193.05 |
| SM-First Medical Health Plan | 0.00 | 300.00 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 1,032.50 | 77.27 | 257.73 | 257.73 |
| Acumulado: | 11,357.50 | 849.98 | 6,993.50 | 3,514.02 |

## PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #09474575 | 257.73 |
| Total: | 257.73 |

*handwritten:*
16.00
86.00
30.98 Plan de Ahorro
126.98

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/13/2004 |
| Hasta: | 09/24/2004 |

# Cheque: 06440435
Fecha: 09/30/2004

KATHERINE HARGROVE CORDERO
CALLE COMERCIO #69
A 1 (3502) SUITE 128
JUANA DIAZ PR 00795-0000
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005037-Ponce Juana Diaz |
| Oficina: | Santiago Collazo Perez |
| Titulo: | M.Elemental |
| Sueldo: | $2,365.00 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 2 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,182.50 | 1,092.00 | 20,385.00 | |

| Total: | 1,182.50 | 1,092.00 | 20,385.00 |
|---|---|---|---|

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 17.14 | 295.58 |
| PR Withholdng | 80.38 | 1,320.84 |
| Total: | 97.52 | 1,616.42 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 106.43 | 1,834.74 |
| Total: | 106.43 | 1,834.74 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 178.07 | 3,205.26 |
| AE-Asoc Emp ELA-Prest Regular | 190.84 | 3,435.12 |
| SM-Asoc Maestros de PR | 61.50 | 1,128.00 |
| CO-COOP MAESTRO PR | 5.00 | 90.00 |
| CO-COOP FED MAESTRO | 76.33 | 1,342.62 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 63.00 |
| AS FED MAESTROS AFT | 8.00 | 144.00 |
| GPR Plan de Ahorros | 35.48 | 611.64 |
| Total: | 558.72 | 10,019.64 |

## BENEFICIOS PATRONALES PAGA

| Descripcion | Corriente | Ac. |
|---|---|---|
| SM-Asoc Maestros de PR | 100.00 | |
| GPR Plan de Retiro de Maestro | 100.51 | 1,73.. |
| FSED Disability Plan | 20.10 | 346.5b |

\* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,182.50 | 97.52 | 665.15 | 419.83 |
| Acumulado: | 20,385.00 | 1,616.42 | 11,854.38 | 6,914.20 |

## RLO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| Cheque #06440435 | 419.83 |
|---|---|
| Total: | 419.83 |

MENSAJE:

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/09/2004 |
| Hasta: | 12/22/2004 |

| | |
|---|---|
| # Cheque: | 07725260 |
| Fecha: | 12/30/2004 |

KATHERINE HARGROVE CORDERO
CALLE COMERCIO #69
A 1 (3502) SUITE 128
JUANA DIAZ PR 00795-0000
SS:

| # Empleado: | |
|---|---|
| Dept: | 8005037-Ponce Juana Diaz |
| Oficina: | Santiago Gollazo Perez |
| Titulo: | M.Elemental |
| Sueldo: | $2,365.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem. |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 2 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,182.50 | 1,470.00 | 27,480.00 |
| Bono de Navidad | | | 0.00 | | 1,000.00 |
| Total: | | | 1,182.50 | 1,470.00 | 28,480.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 17.15 | 412.96 |
| PR Withholdng | 80.38 | 1,883.12 |
| Total: | 97.53 | 2,296.08 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 106.43 | 2,473.32 |
| Total: | 106.43 | 2,473.32 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 203.20 | 4,374.20 |
| AE-Asoc Emp ELA-Prest Regular | 190.84 | 4,580.16 |
| SM-Asoc Maestros de PR | 61.50 | 1,497.00 |
| CO-COOP MAESTRO PR | 5.00 | 120.00 |
| CO-COOP FED MAESTRO | 76.33 | 1,800.60 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 84.00 |
| AS FED MAESTROS AFT | 8.00 | 192.00 |
| GPR Plan de Ahorros | 35.48 | 824.52 |
| Total: | 583.85 | 13,472.48 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 100.00 | 1,200.00 |
| GPR Plan de Retiro de Maestro | 100.51 | 2,335.80 |
| FSED Disability Plan | 20.10 | 484.16 |

* Tributable

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 1,182.50 |
| Acumulado: | 28,480.00 |

## TOTAL IMPUESTOS

| | |
|---|---|
| | 97.53 |
| | 2,296.08 |

## DEDUCCIONES TOTALES

| | |
|---|---|
| | 690.28 |
| | 15,945.80 |

## PAGA NETA

| | |
|---|---|
| | 394.69 |
| | 10,238.12 |

## PRO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #07725260 | 394.69 |
| Total: | 394.69 |

MENSAJE: "RECIBE UN ABRAZO Y MIS MEJORES DESEOS DE PAZ, SALUD Y PROSPERIDAD EN ESTA NAVIDAD" SILA M. CALDERON

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 02/22/2005 |
| Hasta: | 03/07/2005 |

| # Cheque: | 08431423 |
|---|---|
| Fecha: | 02/28/2005 |

KATHERINE HARGROVE CORDERO
CALLE COMERCIO #69
A 1 (3502) SUITE 128
JUANA DIAZ PR 00795-0000
SS:

| # Empleado: | |
|---|---|
| Dept: | 8005037-Ponce Juana Diaz |
| Oficina: | Santiago Collazo Perez |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,365.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 2 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | Corriente | Acumulado | Acumulado |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,182.50 | 240.00 | 4,730.00 |
| **Total:** | | | **1,182.50** | **240.00** | **4,730.00** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 17.15 | 68.59 |
| PR Withholdng | 80.38 | 321.52 |
| **Total:** | **97.53** | **390.11** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 106.43 | 425.72 |
| **Total:** | **106.43** | **425.72** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 203.20 | 812.80 |
| AE-Asoc Emp ELA-Prest Regular | 204.58 | 818.32 |
| SM-Asoc Maestros de PR | 61.50 | 246.00 |
| CO-COOP MAESTRO PR | 5.00 | 20.00 |
| CO-COOP FED MAESTRO | 76.33 | 305.32 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 14.00 |
| AS FED MAESTROS AFT | 8.00 | 32.00 |
| GPR Plan de Ahorros | 35.48 | 141.92 |
| **Total:** | **597.59** | **2,390.36** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 100.00 | 200.00 |
| GPR Plan de Retiro de Maestro | 100.51 | 402.04 |
| FSED Disability Plan | 20.10 | 80.40 |

* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 1,182.50 |
| Acumulado: | 4,730.00 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 97.53 |
| | 390.11 |

### DEDUCCIONES TOTALES

| | |
|---|---|
| | 704.02 |
| | 2,816.08 |

### PAGA NETA

| | |
|---|---|
| | 380.95 |
| | 1,523.81 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #08431423 | 380.95 |
| **Total:** | **380.95** |

MENSAJE:

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| Grupo de Pago: | SM -Quincenal | # Cheque: | 00399743 |
|---|---|---|---|
| Desde: | 07/01/2005 | | |
| Hasta: | 07/14/2005 | Fecha: | 07/15/2005 |

KATHERINE HARGROVE CORDERO
CALLE COMERCIO #69
A 1 (3502) SUITE 128
JUANA DIAZ PR  00795-0000
SS:

| # Empleado: | |
|---|---|
| Dept: | 8005037-Ponce Juana Diaz |
| Oficina: | Santiago Collazo Perez |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,465.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 2 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Horas (Corriente) | Ingresos | Horas (Acumulado) | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,232.50 | 786.00 | 15,422.50 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 620.53 |
| Total: | | | 1,232.50 | 786.00 | 16,043.03 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 17.87 | 232.62 |
| PR Withholdng | 87.38 | 1,103.78 |
| Total: | 105.25 | 1,336.40 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 110.93 | 1,388.09 |
| Total: | 110.93 | 1,388.09 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 203.20 | 2,641.60 |
| AE-Asoc Emp ELA-Prest Regular | 204.58 | 2,659.54 |
| SM-Asoc Maestros de PR | 61.50 | 799.50 |
| CO-COOP MAESTRO PR | 5.00 | 65.00 |
| CO-COOP FED  MAESTRO | 76.33 | 992.29 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 45.50 |
| AS FED MAESTROS AFT | 8.00 | 104.00 |
| GPR Plan de Ahorros | 36.98 | 462.74 |
| Total: | 599.09 | 7,770.17 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 104.76 | 1,310.88 |
| FSED Disability Plan | 20.95 | 272.70 |
| SM-Asoc Maestros de PR | 0.00 | 600.00 |
| * Tributable | | |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,232.50 | 105.25 | 710.02 | 417.23 |
| Acumulado: | 16,043.03 | 1,336.40 | 9,158.26 | 5,548.37 |

## PTO HORAS / ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| Cheque #00399743 | 417.23 |
|---|---|
| Total: | 417.23 |

MENSAJE:

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/24/2006 |
| Hasta: | 11/06/2006 |

# Cheque: 06095017
Fecha: 11/15/2006

| | |
|---|---|
| KATHERINE HARGROVE CORDERO | |
| CALLE COMERCIO #69 | |
| A 1 (3502) SUITE 128 | |
| JUANA DIAZ PR 00795-0000 | |
| SS: | |

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005037-Ponce Juana Diaz |
| Oficina: | Santiago Collazo Perez |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,465.00 Monthly |

| | |
|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 2 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,232.50 | 1,260.00 | 25,882.50 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 1,294.12 |
| **Total:** | | | 1232.50 | 1,260.00 | 27,176.62 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 17.87 | 394.06 |
| PR Withholdng | 87.38 | 1,941.92 |
| **Total:** | 105.25 | 2,335.98 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 110.93 | 2,329.53 |
| **Total:** | 110.93 | 2,329.53 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 228.87 | 4,806.27 |
| AE-Asoc Emp ELA-Prest Regular | 229.93 | 4,575.03 |
| SM-Asoc Maestros de PR | 47.50 | 997.50 |
| CO-COOP FED MAESTRO | 76.33 | 1,602.93 |
| SC-NATIONAL LIFE INS. | 10.48 | 220.08 |
| SC-PIONEER AMERICAN INS CO | 25.00 | 525.00 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 73.50 |
| OS-FEDERACION DE MAESTROS | 8.00 | 128.00 |
| GPR Plan de Ahorros | 36.98 | 776.58 |
| AS FED MAESTROS AET | 0.00 | 40.00 |
| **Total:** | 666.59 | 13,744.89 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 104.76 | 2,199.96 |
| FSED Disability Plan | 20.95 | 461.95 |
| SM-Asoc Maestros de PR | 0.00 | 1,260.00 |

* Tributable

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 1,232.50 |
| Acumulado: | 27,176.62 |

## TOTAL IMPUESTOS

| | |
|---|---|
| | 105.25 |
| | 2,335.98 |

## DEDUCCIONES TOTALES

| | |
|---|---|
| | 777.52 |
| | 16,074.42 |

## PAGA NETA

| | |
|---|---|
| | 349.73 |
| | 8,766.22 |

## LIC HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #06095017 | 349.73 |
| **Total:** | 349.73 |

**MENSAJE:** "DANDO DE CORAZON, LLENA TU BOLETA DE APORTACION. CAMPANA BENEFICA DE EMPLEADOS PUBLICOS"

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/09/2007 |
| Hasta: | 01/22/2007 |
| # Cheque: | 06946383 |
| Fecha: | 01/12/2007 |

KATHERINE HARGROVE CORDERO
CALLE COMERCIO #69
A 1 (3502) SUITE 128
JUANA DIAZ PR  00795-0000
SS:

| # Empleado: | |
|---|---|
| Dept: | 8005037-Ponce Juana Diaz |
| Oficina: | Santiago Collazo Perez |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,465.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 2 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | | | |
| Pago de Salarios Regulares | | | 1,232.50 | 60.00 | 1,232.50 | | | |
| **Total:** | | | **1,232.50** | **60.00** | **1,232.50** | | | |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 17.87 | 17.87 |
| PR Withholdng | 69.30 | 69.30 |
| **Total:** | **87.17** | **87.17** |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 110.93 | 110.93 |
| **Total:** | **110.93** | **110.93** |

## AFECCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 228.87 | 228.87 |
| AE-Asoc Emp ELA-Prest Regular | 229.93 | 229.93 |
| SM-Asoc Maestros de PR | 37.50 | 37.50 |
| CO-COOP FED  MAESTRO | 76.33 | 76.33 |
| SC-NATIONAL LIFE INS. | 10.48 | 10.48 |
| SC-PIONEER AMERICAN INS CO | 25.00 | 25.00 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 3.50 |
| OS-FEDERACION DE MAESTROS | 8.00 | 8.00 |
| GPR Plan de Ahorros | 36.98 | 36.98 |
| **Total:** | **656.59** | **656.59** |

## BENEFICIOS PATRONAL DE PAGADO

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 104.76 | 104.76 |
| FSED Disability Plan | 20.95 | 20.95 |

\* Tributable

## TOTAL BRUTO

| | | TOTAL IMPUESTO | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,232.50 | 87.17 | 767.52 | 377.81 |
| Acumulado: | 1,232.50 | 87.17 | 767.52 | 377.81 |

## REG HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #06946383 | 377.81 |
| **Total:** | **377.81** |

MENSAJE:

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez        Esquina Calaf
HATO REY, PR  00919

| Grupo de Pago: | SM -Quincenal | Aviso #: | 4510838 |
| Desde: | 05/04/2009 | Fecha Aviso: | 05/15/2009 |
| Hasta: | 05/15/2009 | | |

KATHERINE HARGROVE CORDERO
CALLE COMERCIO #69
A 1 (3502) SUITE 128
JUANA DIAZ, PR  00795-0000
SS:

| # Empleado: | | | DATA IMP: | Federal | PR |
| Dept: | 8005037-Ponce Juana Diaz | | Estado Civil: | Single | Claiming no personal exem |
| Lugar: | Santiago Collazo Perez | | Concesiones: | 0 | |
| Titulo: | DEPARTAMENTO DE EDUCACION | | Pct. Adcl.: | | 2 |
| Sueldo: | $2,715.00 Monthly | | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,357.50 | 552.00 | 12,217.50 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 361.40 |
| **Total:** | | | **1,357.50** | **552.00** | **12,578.90** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.68 | 182.39 |
| PR Withholding | 76.30 | 715.61 |
| **Total:** | **95.98** | **898.00** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 122.18 | 1,099.62 |
| **Total:** | **122.18** | **1,099.62** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 236.20 | 2,161.98 |
| AE-Asoc Emp ELA-Prest Regular | 232.83 | 2,095.47 |
| SM-Asoc Maestros de PR | 37.50 | 337.50 |
| CO-COOP MAESTRO PR | 7.50 | 67.50 |
| CO-COOP FED  MAESTRO | 76.33 | 686.97 |
| SC-AMER FAM LIFE ASS CO | 9.85 | 88.65 |
| SC-NATIONAL LIFE INS. | 13.73 | 123.57 |
| SC-PIONEER AMERICAN INS CO | 25.00 | 225.00 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 31.50 |
| Ahorros-AEELA | 40.73 | 366.57 |
| **Total:** | **683.17** | **6,184.71** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 115.39 | 1,038.51 |
| FSED Disability Plan | 23.08 | 213.86 |
| SM-Asoc Maestros de PR | 0.00 | 480.00 |

* Tributable

| TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: 1,357.50 | 0.00 | 95.98 | 805.35 | 456.17 |
| Acumulado: 12,578.90 | 0.00 | 898.00 | 7,284.33 | 4,396.57 |

### LIC HORAS / ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #4510838 | 456.17 |
|---|---|
| **Total:** | **456.17** |

MENSAJE:

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR  00919

Fecha
05/15/2009

Aviso No.
4510838

Cant. Deposito:    $456.17

A la
Cuenta(s) De

**KATHERINE HARGROVE CORDERO**
CALLE COMERCIO #69
A 1 (3502) SUITE 128
JUANA DIAZ, PR  00795-0000
Localizacion: Santiago Collazo Perez

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $456.17 |
| **Total:** | | **$456.17** |

# NO-NEGOCIABLE

| KATHERINE HARGROVE CORDERO | # Empleado: | XXXXX1620 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| 3028 CALLE ESMERALDA | Dept: | 8005137-SANTA ISABEL-PONCE | Estado Civil: | Single | Claiming no personal exem |
| LAGO HORIZONTE | Lugar: | SANTIAGO COLLAZO PEREZ | Concesiones: | 0 | |
| COTTO LAUREL, PR 00780-2420 | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | 2 |
| SS: XXX-XX-1620 | Sueldo: | $2,890.00 Monthly | Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,445.00 | 924.00 | 21,658.54 |
| Total: | | | 1,445.00 | 924.00 | 21,658.54 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.95 | 314.05 |
| PR Withholding | 48.96 | 732.30 |
| Total: | 69.91 | 1,046.35 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 130.05 | 1,949.27 |
| Total: | 130.05 | 1,949.27 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 255.01 | 3,825.15 |
| AE-Asoc Emp ELA-Prest Regular | 261.73 | 3,925.95 |
| SM-Asoc Maestros de PR | 32.50 | 402.50 |
| CO-COOP MAESTRO PR | 7.50 | 112.50 |
| SC-USIC LIFE INS CO | 28.69 | 336.41 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 52.50 |
| Ahorros-AEELA | 43.35 | 649.76 |
| SM-First Medical Health Plan | 0.00 | 102.00 |
| SC-BOSTON MUTUAL LIFE INSS | 0.00 | 290.03 |
| AS-ASOC MAESTROS DE P.R. | 0.00 | 34.00 |
| Total: | 632.28 | 9,730.80 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 122.83 | 1,841.05 |
| FSED Disability Plan | 24.57 | 368.27 |
| SM-Asoc Maestros de PR | 0.00 | 600.00 |
| SM-First Medical Health Plan | 0.00 | 240.00 |
| * Tributable | | |

| TOTAL BRUTO | | BRUTO TRIBUT. FED. | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,445.00 | 0.00 | 69.91 | 762.33 | 612.76 |
| Acumulado: | 21,658.54 | 0.00 | 1,046.35 | 11,680.07 | 8,932.12 |

| BCO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| Aviso #3638809 | 612.76 |
|---|---|
| Total: | 612.76 |

MENSAJE:

DEPT DE EDUCACION-MAESTROS
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
08/15/2013

Aviso No.
3638809

Cant. Deposito: $612.76

A la
Cuenta(s) De

KATHERINE HARGROVE CORDERO
3028 CALLE ESMERALDA
LAGO HORIZONTE
COTTO LAUREL, PR 00780-2420
Localizacion: SANTIAGO COLLAZO PEREZ

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | 612.76 |
| Total: | | 612.76 |

# NO-NEGOCIABLE

| KATHERINE HARGROVE CORDERO | # Empleado: XXXXX1620 | DATA IMP: | Federal | PR |
|---|---|---|---|---|
| 3028 CALLE ESMERALDA | Dept: 8005137-SANTA ISABEL-PONCE | Estado Civil: | Single | Claiming no personal exem |
| LAGO HORIZONTE | Lugar: SANTIAGO COLLAZO PEREZ | Concesiones: | 0 | |
| COTTO LAUREL, PR 00780-2420 | Titulo: DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | 2 |
| SS: XXX-XX-1620 | Sueldo: $2,977.50 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | ---------- Corriente ---------- | | ----- Acumulado ------ | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,488.75 | 960.00 | 23,104.47 | Fed FICA Med Hospital Ins / EE | 21.59 | | 359.57 |
| Pago Retroactivo Regular | | | 0.00 | | 1,693.12 | PR Withholding | 56.28 | | 925.07 |
| Total: | | 1,488.75 | | 960.00 | 24,797.59 | Total: | | 77.87 | 1,284.64 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 133.99 | 2,231.81 | RM-Prest Pers De Cuota-Ret Mac | 255.01 | 4,080.16 | SM-Asoc Maestros de PR | 120.00 | 960.00 |
| | | | AE-Asoc Emp ELA-Prest Regular | 288.38 | 4,454.18 | GPR Plan de Retiro de Maestro | 126.54 | 2,107.80 |
| | | | SM-Asoc Maestros de PR | 32.50 | 520.00 | FSED Disability Plan | 25.31 | 421.59 |
| | | | CO-COOP MAESTRO PR | 7.50 | 120.00 | | | |
| | | | SC-USIC LIFE INS CO | 25.24 | 418.56 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 3.50 | 56.00 | | | |
| | | | Ahorros-AEELA | 44.66 | 743.91 | | | |
| Total: | 133.99 | 2,231.81 | Total: | 656.79 | 10,392.81 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,488.75 | 0.00 | 77.87 | 790.78 | 620.10 |
| Acumulado: | 24,797.59 | 0.00 | 1,284.64 | 12,624.62 | 10,888.33 |

### PTO HORAS / ACUM / DISTRIBUCION PAGA NETA

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #1219990 | 620.10 |
| + Ganada: | | | | |
| + Compra: | | | Total: | 620.10 |
| - Usada: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

**Fecha**
08/29/2014

**Aviso No.**
1219990

**Cant. Deposito:** $620.10

**A la
Cuenta(s) De**

**KATHERINE HARGROVE CORDERO**
3028 CALLE ESMERALDA
LAGO HORIZONTE
COTTO LAUREL, PR 00780-2420
Localizacion: SANTIAGO COLLAZO PEREZ

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 620.10 |
| Total: | | 620.10 |

# NO-NEGOCIABLE

080 DEPT DE EDUCACION-MAESTROS
Avenida Teniente Cesar Gonzalez Esquina Calaf
HATO REY, PR 00919

| | | | | |
|---|---|---|---|---|
| Grupo 40 Page: 1164 Quincena: | Fecha Pago: | 08/17/20 | Aviso DESC: | 8173626 |
| Desde: | | | Fecha Aviso: | 08/28/2015 |
| Hasta: | 08/28/2015 | | | |

| KATHERINE HARGROVE CORDERO | # Empleado: | XXXXX1620 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| 3028 CALLE ESMERALDA | Dept: | 8005137-SANTA ISABEL-PONCE | Estado Civil: | Single | Claiming no personal exem |
| LAGO HORIZONTE | Lugar: | SANTIAGO COLLAZO PEREZ | Concesiones: | 0 | |
| COTTO LAUREL, PR 00780-2420 | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | 2 |
| SS: XXX-XX-1620 | Sueldo: | $2,977.50 Monthly | Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,488.75 | 972.00 | 23,313.82 | Fed FICA Med Hospital Ins / EE | 21.59 | 338.05 |
| | | | | | | PR Withholding | 56.28 | 863.43 |
| Total: | | | 1,488.75 | 972.00 | 23,313.82 | Total: | 77.87 | 1,201.48 |

## DEDUCCIONES

| DEDUCCIONES | | | DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| GPR Plan de Retiro de Maestro | 133.99 | 2,098.28 | RM-Prest Pers De Cuota-Ret Mae | 255.01 | 4,080.16 | SM-Asoc Maestros de PR | 120.00 | 960.00 |
| | | | AE-Asoc Emp ELA-Prest Regular | 288.38 | 4,614.08 | GPR Plan de Retiro de Maestro | 200.98 | 2,254.07 |
| | | | SM-Asoc Maestros de PR | 37.50 | 600.00 | FSED Disability Plan | 25.31 | 396.35 |
| | | | CO-COOP MAESTRO PR | 7.50 | 120.00 | | | |
| | | | SC-AMER FAM LIFE ASS CO | 14.64 | 234.24 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 3.50 | 56.00 | | | |
| | | | Ahorros-AEELA | 44.66 | 699.38 | | | |
| Total: | 133.99 | 2,098.28 | Total: | 651.19 | 10,403.86 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | | PAGA NETA |
|---|---|---|---|---|---|---|
| Corriente: | 1,488.75 | 0.00 | 77.87 | 785.18 | | 625.70 |
| Acumulado: | 23,313.82 | 0.00 | 1,201.48 | 12,502.14 | | 9,610.20 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | | |
|---|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #8173626 | | 625.70 |
| + Ganada: | | | | | |
| + Compra: | | | Total: | | 625.70 |
| - Usada: | | | | | |
| - Donada: | | | | | |
| + Ajustes: | | | | | |
| Balance Final: | 0.0 | | | | |

MENSAJE:

DEPT DE EDUCACION-MAESTROS
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
08/28/2015

Aviso No.
8173626

Cant. Deposito: $625.70

A la
Cuenta(s) De

KATHERINE HARGROVE CORDERO
3028 CALLE ESMERALDA
LAGO HORIZONTE
COTTO LAUREL, PR 00780-2420
Localizacion: SANTIAGO COLLAZO PEREZ

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | XXXXXXXXXXXXXXX | 625.70 |
| Total: | | 625.70 |

# NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| Grupo de Pago: | SM -Quincenal | | Business Unit: PUERT | |
|---|---|---|---|---|
| Desde: | 10/16/2017 | | Aviso #: | 1098007 |
| Hasta: | 10/31/2017 | | Fecha Aviso: | 10/30/2017 |

| KATHERINE HARGROVE CORDERO | # Empleado: | XXXXX1620 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB LAGO HORIZONTE | Dept: | 592230-Anos y Servicios Ley160/2013 | Estado Civil: | Married | Married |
| 3028 CALLE ESMERALDA | Lugar: | Anos y Servicios Ley160/2013 | Concesiones: | 0 | 39 +99 |
| COTO LAUREL, PR  00780 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS:   XXX-XX-1620 | Sueldo: | $1,414.37 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 707.19 | 1,627.50 | | 14,143.80 | | | |
| **Total:** | | 707.19 | 1,627.50 | | 14,143.80 | **Total:** | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | CO-COOP MAESTRO PR | 10.00 | 200.00 | | | |
| | | | AB-Seguro por Muerte Asoc ELA | 3.00 | 60.00 | | | |
| | | | AS-ASOC MAESTROS DE P.R. | 8.50 | 170.00 | | | |
| | | | Ahorros-AEELA | 21.22 | 424.40 | | | |
| **Total:** | 0.00 | 0.00 | **Total:** | 42.72 | 854.40 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 707.19 | 0.00 | 42.72 | 664.47 |
| Acumulado: | 14,143.80 | 0.00 | 854.40 | 13,289.40 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #1098007 | 664.47 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 664.47 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
10/30/2017

Aviso No.
1098007

Cant. Desposito:    $664.47

A la
Cuenta(s) De

KATHERINE HARGROVE CORDERO
URB LAGO HORIZONTE
3028 CALLE ESMERALDA
COTO LAUREL, PR  00780

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | | $664.47 |
| **Total:** | | $664.47 |

## NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/01/2018 |
| Hasta: | 03/15/2018 |

| Business Unit: PUERT | |
|---|---|
| Aviso #: | 3678117 |
| Fecha Aviso: | 03/15/2018 |

**KATHERINE HARGROVE CORDERO**
URB LAGO HORIZONTE
3028 CALLE ESMERALDA
COTO LAUREL PR 00780-2420
SS: XXX-XX-1620

| # Empleado: | XXXXX1620 |
|---|---|
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $1,414.37 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 –99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 707.19 | 405.00 | 3,535.95 | |

| Total: | | | 707.19 | 405.00 | 3,535.95 |
|---|---|---|---|---|---|

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |

| Total: | 0.00 | 0.00 |
|---|---|---|

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |

| Total: | 0.00 | 0.00 |
|---|---|---|

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 41.73 | 208.65 |
| CO-COOP MAESTRO PR | 10.00 | 50.00 |
| AE-Seguro por Muerte Asoc ELA | 3.00 | 15.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 42.50 |
| Ahorros-AEELA | 21.22 | 106.10 |

| Total: | 84.45 | 422.25 |
|---|---|---|

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |

* Tributable

## TOTAL BRUTO

| Corriente: | 707.19 |
|---|---|
| Acumulado: | 3,535.95 |

## TOTAL IMPUESTOS

| | 0.00 |
|---|---|
| | 0.00 |

## DEDUCCIONES TOTALES

| | 84.45 |
|---|---|
| | 422.25 |

## PAGA NETA

| | 622.74 |
|---|---|
| | 3,113.70 |

## CTO HORAS / ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| Aviso #3678117 | 622.74 |
|---|---|
| Total: | 622.74 |

**MENSAJE:**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
03/15/2018

**Aviso No.**
3678117

Cant. Deposito:   $622.74

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | ````3 | $622.74 |
| Total: | | $622.74 |

TRAY 107 SQ 26689***************SCH 5-DIGIT 00751    26689 2 AV 0.378
KATHERINE HARGROVE CORDERO
URB LAGO HORIZONTE
3028 CALLE ESMERALDA
COTO LAUREL PR 00780-2420

# NO-NEGOCIABLE



U.S. POSTAGE PAID
PM 1-Day
PONCE, PR
00717
JUN 10, 20
AMOUNT

**$14.15**

1005      00918      R2305K134027-21

7019 1120 0001 1727 9983



UNITED STATES
**POSTAL SERVICE**®

RECEIVED & FILED
2020 JUN 15 PM 4: 48
CLERK'S OFFICE
U.S. DISTRICT COURT

# PRIORITY®
# MAIL

**FROM:**

Katherine Hargrove
HC-01 13325
Juana Díaz P.R.
00795

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only



To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TO:**

Secretaría (Clerks Office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico)
00918 - 1767

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service;October 2018; All rights reserved.