# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re: | ) | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO | ) | Case No. 17-BK-03283 (LTS) |
| as representative of | ) | |
| THE COMMONWEALTH OF PUERTO RICO, ET AL., | ) | |
| Debtors.[1] | ) | |

In re: ) PROMESA
Title III

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO ) Case No. 17-BK-03566 (LTS)

as representative of )

THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH
OF PUERTO RICO, )

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

|  |  |
|---|---|
| Debtor. | ) |
| | ) |
| | ) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | ) ) ) ) |
| and | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | ) ) ) |
| as co-trustees of | ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | ) ) |
| Plaintiff, | ) |
| v. | ) |
| DEFENDANT 1M, ET AL., | ) |
| Defendants. | ) |

Adv. Proc. No. 19-00356 (LTS)

|  |  |
|---|---|
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | ) ) ) ) |
| and | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | ) ) ) |
| as co-trustees of | ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | ) ) |
| Plaintiff, | ) |
| v. | ) |
| STOEVER GLASS & CO., ET AL., | ) |

Adv. Proc. No. 19-00357 (LTS)

2

|  |  |
|---|---|
| Defendants. | ) |
|  | ) |
|  | ) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | ) Adv. Proc. No. 19-00359 (LTS) |

THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, ACTING BY AND
THROUGH ITS MEMBERS,

and

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALL TITLE III DEBTORS
(OTHER THAN COFINA),

as co-trustees of

THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF PUERTO RICO,

Plaintiff,

v.

DEFENDANT 1H-78H,

Defendants.

Adv. Proc. No. 19-00359 (LTS)

THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, ACTING BY AND
THROUGH ITS MEMBERS,

and

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALL TITLE III DEBTORS
(OTHER THAN COFINA),

as co-trustees of

THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF PUERTO RICO,

Plaintiff,

Adv. Proc. No. 19-00361 (LTS)

3

|  |  |  |
|---|---|---|
| v. | ) | |
| DEFENDANT 1G-50G, et al., | ) | |
| Defendants. | ) | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | ) | Adv. Proc. No. 19-00366 (LTS) |
| as representative of | ) | |
| EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | ) | |
| and | ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | ) | |
| as section 926 trustee of | ) | |
| THE COMMONWEALTH OF PUERTO RICO | ) | |
| Plaintiffs,[2] | ) | |
| v. | ) | |
| ANDALUSIAN GLOBAL DESIGNATED ACTIVITY COMPANY; THE BANK OF NEW YORK MELLON; MASON CAPITAL MASTER FUND LP; OCHER ROSE, L.L.C.; SV CREDIT, L.P.; CROWN MANAGED ACCOUNTS FOR AND ON BEHALF OF CROWN/PW SP; LMA SPC FOR AND ON BEHALF OF MAP 98 SEGREGATED PORTFOLIO; OCEANA MASTER FUND LTD.; PENTWATER MERGER ARBITRAGE MASTER FUND LTD.; AND PWCM MASTER FUND LTD, | ) | |

---

[2] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

| | |
|---|---|
| Defendants. | ) |
| | ) |
| | ) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | ) ) ) |
| as representative of | ) ) |
| EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | ) ) ) ) |
| and | ) ) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | ) ) ) ) |
| as section 926 trustee of | ) ) |
| THE COMMONWEALTH OF PUERTO RICO | ) ) |
| Plaintiffs,[3] | ) ) |
| v. | ) ) |
| GLENDON OPPORTUNITIES FUND, L.P.; OAKTREE-FORREST MULTI-STRATEGY, LLC (SERIES B); OAKTREE OPPORTUNITIES FUND IX, L.P.; OAKTREE OPPORTUNITIES FUND IX (PARALLEL 2), L.P.; OAKTREE VALUE OPPORTUNITIES FUND, L.P.; PUERTO RICO AAA PORTFOLIO BOND FUND, INC.; PUERTO RICO AAA PORTFOLIO BOND FUND II, INC.; PUERTO RICO AAA PORTFOLIO TARGET MATURITY FUND, INC.; PUERTO RICO FIXED INCOME FUND, INC.; PUERTO RICO FIXED INCOME FUND II, INC.; PUERTO RICO FIXED INCOME FUND III, INC.; PUERTO RICO FIXED INCOME FUND IV, INC.; PUERTO RICO FIXED INCOME FUND V, INC.; PUERTO RICO GNMA & U.S. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Adv. Proc. No. 19-00367 (LTS)

---

[3] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

5

GOVERNMENT TARGET MATURITY FUND, )
INC.; PUERTO RICO INVESTORS BOND FUND I; )
PUERTO RICO INVESTORS TAX-FREE FUND, )
INC.; PUERTO RICO INVESTORS TAX-FREE )
FUND II, INC.; PUERTO RICO INVESTORS TAX- )
FREE FUND III, INC.; PUERTO RICO INVESTORS )
TAX-FREE FUND IV, INC.; PUERTO RICO )
INVESTORS TAX-FREE FUND V, INC.; PUERTO )
RICO INVESTORS TAX-FREE FUND VI, INC.; )
PUERTO RICO MORTGAGE-BACKED & U.S. )
GOVERNMENT SECURITIES FUND, INC.; TAX- )
FREE PUERTO RICO FUND, INC.; TAX-FREE )
PUERTO RICO FUND II, INC.; TAX-FREE PUERTO )
RICO TARGET MATURITY FUND, INC.; UBS IRA )
SELECT GROWTH & INCOME PUERTO RICO )
FUND, )
                                          )
                 Defendants.              )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )

**JOINT URGENT MOTION TO MODIFY DISCOVERY AND BRIEFING SCHEDULE
WITH RESPECT TO CERTAIN ISSUES RAISED IN CERTAIN CONTESTED
MATTERS AND ADVERSARY PROCEEDINGS RELATED TO THE BONDS ISSUED
BY THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO**

To the Honorable United States District Judge Laura Taylor Swain:

1.      The Official Committee of Unsecured Creditors (the "Creditors' Committee"), the

Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "Retiree

Committee" and, together with the Creditors' Committee, the "Committees"), the Financial

Oversight and Management Board for Puerto Rico (the "Oversight Board") as the Debtor's

representative pursuant to Section 315(b) of PROMESA, the Special Claims Committee of the

Financial Oversight and Management Board for Puerto Rico (the "SCC"), the Puerto Rico Fiscal

Agency and Financial Advisory Authority ("AAFAF" and, together with the Oversight Board

and the SCC, the "Government Parties"), certain groups of ERS bondholders represented by

6

Jones Day and White & Case LLP (the "ERS Bondholder Groups"),[4] and The Bank of New

York Mellon, as Fiscal Agent for the ERS bonds (the "Fiscal Agent" and, together with the ERS

Bondholder Groups, the Committees, and the Government Parties, the "Parties") respectfully

submit this joint urgent motion (the "Motion") to modify the briefing and discovery deadlines in

the above-captioned matters.

2.      On June 17, 2020, the Parties filed *Joint Informative Motion Regarding Discovery*

*and Briefing Schedule with Respect to Certain Issues Raised in Certain Contested Matters and*

*Adversary Proceedings Related to the Bonds Issued by the Employees Retirement System of the*

*Government of the Commonwealth of Puerto Rico* (ECF No. 922 in Case No. 17-bk-03566) to

inform the Court of the mediation of a discovery dispute, and that the parties anticipated filing a

motion to modify the *Order Regarding Discovery and Briefing Schedule with Respect to Certain*

*Issues Raised in Certain Contested Matters and Adversary Proceedings Related to the Bonds*

---

[4] Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity
Company, Crown Managed Accounts for and on behalf of Crown/PW SP, Glendon
Opportunities Fund, L.P., LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason
Capital Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities
Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX
(Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X,
L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2),
L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose,
L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., Puerto Rico AAA Portfolio Bond Fund,
Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity
Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto
Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed
Income Fund V, Inc., Puerto Rico Fixed Income Fund VI, Inc., Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico
Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund II, Inc., Puerto Rico
Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico
Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax- Free Fund VI, Inc., Puerto Rico
Mortgage-Backed & U.S. Government Securities Fund, Inc., PWCM Master Fund Ltd.,
Redwood Master Fund, Ltd, SV Credit, L.P., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto
Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc., and UBS IRA Select
Growth & Income Puerto Rico Fund.

*Issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico* (ECF No. 866 in Case No. 17-bk-03566) (the "Scheduling Order") no later than June 22, 2020.

3.      On June 18, 2020, the Parties participated in a mediation before Judge Houser concerning the discovery dispute that had arisen between the Parties.

4.      In view of the mediation and the Parties' substantial resolution of the dispute in principle, the Parties agree that an additional 1-week extension of time (for a total extension of approximately 2 weeks from the presently ordered schedule) to account for the Parties' mediation and efforts to resolve the discovery dispute would be appropriate.

## **Relief Requested**

5.      The Parties respectfully request that the Court enter the Proposed Order extending the schedule in these proceedings by approximately 2 weeks.

6.      Good cause exists to extend the briefing schedule.  The Parties worked to resolve their discovery dispute through mediation and have substantially resolved their differences in principle.  The Parties respectfully submit that an extension of the schedule would be appropriate to account for the additional time the Parties needed to discuss, mediate, and resolve their dispute without court intervention.

7.      The Parties have agreed on the following schedule, and respectfully request that the Court enter this modified schedule in these proceedings:

| Event | Prior Ordered Dates | Proposed New Dates |
|---|---|---|
| Service of expert reports (if any) | 06/16/2020 | 07/01/2020 |

8

| Event | Prior Ordered Dates | Proposed New Dates |
|---|---|---|
| Disclosure of rebuttal experts and service of rebuttal expert reports (if any) | 06/30/2020 | 07/15/2020 |
| Deadline for completion of expert depositions (if any) | 07/14/2020 | 07/29/2020 |
| Deadline for filing motions for summary judgment and declarations in support | 07/24/2020 | 08/07/2020 |
| Deadline for Participants to file joinders in the motions for summary judgment on the Ultra Vires Issues | 07/31/2020 | 08/14/2020 |
| Deadline for filing oppositions to summary judgment briefs and declarations in support | 08/25/2020 | 09/09/2020 |
| Deadline for Participants to file joinders in oppositions to the motions summary judgment briefs on the Ultra Vires Issues | 09/01/2020 | 09/16/2020 |
| Deadline for Replies in support of summary judgment motions | 09/08/2020 | 09/23/2020 |

## **Certification**

8.      Pursuant to Local Rule 9013-1 and ¶ I.H of the Eleventh Amended Case

Management Order, the undersigned hereby certify that counsel has carefully examined the

matter and concluded that there is a true need for expedited consideration of this motion and that

the Parties have not created the urgency through lack of due diligence on its part. The

undersigned further certify that the Parties made a bona fide, reasonable, and good faith effort to

resolve the issues addressed in this motion prior to filing. The Parties jointly request the Court

grant the motion.

## <u>No Prior Request</u>

9.      No prior request for the relief sought in this Urgent Motion has been made to this

or any other court.

WHEREFORE the Parties respectfully requests the Court enter the Proposed Order

attached as **Exhibit A**, granting the relief requested herein and all other relief as is just and

proper.

*[Remainder of Page Intentionally Left Blank]*

Dated: June 22, 2020
New York, NY

Respectfully submitted,

*/s/ Alfredo Fernández-Martínez*
Alfredo Fernández-Martínez
**DELGADO & FERNÁNDEZ, LLC**
PO Box 11750
Fernández Juncos Station
San Juan, Puerto Rico 00910-1750
Tel. (787) 274-1414
Fax: (787) 764-8241
afernandez@delgadofernandez.com
USDC-PR 210511

*/s/ Bruce Bennett*
Bruce Bennett (*pro hac vice*)
**JONES DAY**
555 South Flower Street Fiftieth Floor
Los Angeles, California 90071
Tel. (213) 489-3939
Fax: (213) 243-2539
bbennett@jonesday.com

Benjamin Rosenblum (*pro hac vice*)
**JONES DAY**
250 Vesey Street
New York, New York 10281
Tel. (212) 326-3939
Fax: (212) 755-7306
brosenblum@jonesday.com

Geoffrey S. Stewart (*pro hac vice*)
Matthew Papez (*pro hac vice*)
Beth Heifetz (*pro hac vice*)
Sparkle L. Sooknanan (*pro hac vice*)
**JONES DAY**
51 Louisiana Ave. N.W.
Washington, DC 20001
Tel. (202) 879-3939
Fax: (202) 626-1700
gstewart@jonesday.com
mpapez@jonesday.com
bheifetz@jonesday.com
ssooknanan@jonesday.com

Respectfully submitted,

*/s/  Margaret A. Dale*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Jeffrey W. Levitan (*pro hac vice*)
Margaret A. Dale (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900
Email: mbienenstock@proskauer.com
Email: brosen@proskauer.com
Email: jlevitan@proskauer.com
Email: mdale@proskauer.com
Luis F. del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.977.1932
Fax. 787.722.1932
dvelawoffices@gmail.com

OF COUNSEL FOR
A&S LEGAL STUDIO, PSC
434 Avenida Hostos
San Juan, PR 00918
Tel: (787) 751-6764/ 763-0565
Fax: (787) 763-8260

*Attorneys for the Financial Oversight and
Management Board for Puerto Rico, as
representative of the Employees Retirement
System of the Government of the
Commonwealth of Puerto Rico*

*/s/ Sunni P. Beville*

BROWN RUDNICK LLP
Edward S. Weisfelner, Esq. (Pro Hac Vice)
Seven Times Square
11

*Counsel for Altair Global Credit
Opportunities Fund (A), LLC, Andalusian
Global Designated Activity Company,
Crown Managed Accounts for and on
behalf of Crown/PW SP, Glendon
Opportunities Fund, L.P., LMA SPC for
and on behalf of Map 98 Segregated
Portfolio, Mason Capital Master Fund LP,
Oaktree-Forrest Multi-Strategy, LLC
(Series B), Oaktree Opportunities Fund
IX, L.P., Oaktree Opportunities Fund IX
(Parallel), L.P., Oaktree Opportunities
Fund IX (Parallel 2), L.P., Oaktree
Huntington Investment Fund II, L.P.,
Oaktree Opportunities Fund X, L.P.,
Oaktree Opportunities Fund X (Parallel),
L.P., Oaktree Opportunities Fund X
(Parallel 2), L.P., Oaktree Value
Opportunities Fund Holdings, L.P.,
Oceana Master Fund Ltd., Ocher Rose,
L.L.C., Pentwater Merger Arbitrage
Master Fund Ltd., PWCM Master Fund
Ltd., Redwood Master Fund, Ltd., and SV
Credit, L.P.*

*/s/Alicia I. Lavergne-Ramírez*

José C. Sánchez-Castro
USDC-PR 213312
Alicia I. Lavergne-Ramírez
USDC-PR 215112
**SÁNCHEZ PIRILLO LLC**
270 Muñoz Rivera Avenue, Suite 1110
San Juan, PR 00918
Tel. (787) 522-6776
Fax: (787) 522-6777
jsanchez@sanpir.com
alavergne@sanpir.com

*/s/ Jesse L. Green*

Glenn M. Kurtz (*pro hac vice*)

New York, NY 10036
Tel: (212) 209-4800
eweisfelner@brownrudnick.com

Sunni P. Beville, Esq. (Pro Hac Vice)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com

*Counsel to the Special Claims Committee*

*/s/ Alberto Estrella*

ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P.O. Box 9023596
San Juan, Puerto Rico 00902-3596
Tel: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Special Claims Committee*

*/s/ Catherine Steege*

JENNER & BLOCK LLP
Robert Gordon (admitted pro hac vice)
Richard Levin (admitted pro hac vice)
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted pro hac vice)
Melissa Root (admitted pro hac vice)
Landon Raiford (admitted pro hac vice)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)

12

John K. Cunningham (*pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10036
Tel. (212) 819-8200
Fax (212) 354-8113
gkurtz@whitecase.com
jcunningham@whitecase.com

Jason N. Zakia (*pro hac vice*)
Cheryl T. Sloane (*pro hac vice*)
Jesse L. Green (*pro hac vice*)
**WHITE & CASE LLP**
200 S. Biscayne Blvd., Suite 4900
Miami, FL 33131
Tel. (305) 371-2700
Fax (305) 358-5744
jzakia@whitecase.com

*Counsel for Puerto Rico AAA Portfolio
Bond Fund, Inc.; Puerto Rico AAA
Portfolio Bond Fund II, Inc., Puerto Rico
AAA Portfolio Target Maturity Fund, Inc.;
Puerto Rico Fixed Income Fund, Inc.;
Puerto Rico Fixed Income Fund II, Inc.;
Puerto Rico Fixed Income Fund III, Inc.;
Puerto Rico Fixed Income Fund IV, Inc.;
Puerto Rico Fixed Income Fund V, Inc.;
Puerto Rico Fixed Income Fund VI, Inc.;
Puerto Rico GNMA & U.S. Government
Target Maturity Fund, Inc.; Puerto Rico
Investors Bond Fund I; Puerto Rico
Investors Tax-Free Fund, Inc.; Puerto
Rico Investors Tax-Free Fund II, Inc.;
Puerto Rico Investors Tax-Free Fund III,
Inc.; Puerto Rico Investors Tax-Free Fund
IV, Inc.; Puerto Rico Investors Tax-Free
Fund V, Inc.; Puerto Rico Investors Tax-
Free Fund VI, Inc.; Puerto Rico
Mortgage-Backed & U.S. Government
Securities Fund, Inc.; Tax-Free Puerto
Rico Fund, Inc.; Tax-Free Puerto Rico
Fund II, Inc.; Tax-Free Puerto Rico
Target Maturity Fund, Inc.; and UBS IRA
Select Growth & Income Puerto Rico
Fund*

312-239-5199 (facsimile)

*/s/ A.J. Bennazar-Zequeira*

BENNAZAR, GARCÍA & MILIÁN, C.S.P
A.J. Bennazar-Zequeira
Héctor M. Mayol Kauffmann
Francisco del Castillo Orozco
Edificio Union Plaza,
1701 Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
hector.mayol@bennazar.com
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for the Official Committee of Retired
Employees of Puerto Rico*

Respectfully submitted,

*/s/ Luc A. Despins*

**PAUL HASTINGS LLP**
Luc A. Despins *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured
Creditors*

*/s/ Juan J. Casillas Ayala*

**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq. (USDC – PR
218312)

13

SEPULVADO,   MALDONADO   &
COURET

By:/s/ Albéniz Couret-Fuentes
Albéniz Couret-Fuentes
USDC-PR Bar No. 222207
304 Ponce de León Ave. – Suite 990
San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile:  (787) 294-0073
Email:  acouret@smclawpr.com

REED SMITH LLP
Eric A. Schaffer (*Pro Hac Vice*)
Luke A. Sizemore (*Pro Hac Vice*)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email:  eschaffer@reedsmith.com
Email:  lsizemore@reedsmith.com

By:____/s/ C. Neil Gray_____
C. Neil Gray (*Pro Hac Vice*)
599 Lexington Avenue
New York, NY 10022
Telephone:  (212) 521-5400
Facsimile:  (212) 521-5450
Email:  cgray@reedsmith.com

*Counsel to The Bank of New York Mellon,
as fiscal agent*

Israel Fernández Rodrígues, Esq. (USDC – PR
22504)
Juan C. Nieves González, Esq. (USDC – PR
231707)
Cristina B. Fernández Niggemann, Esq. (USDC
– PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (797) 523-3434
Fax: (797) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@ctslawpr.com

*Local Counsel to the Official Committee of
Unsecured Creditors*

/s/ John Arrastia_____

**GENOVESE JOBLOVE & BATTISTA, P.A.**
John Arrastia, Esq. (*Pro Hac Vice*)
John H. Genovese, Esq. (*Pro Hac Vice*)
Jesus M. Suarez, Esq. (*Pro Hac Vice*)
Mariaelena Gayo-Guitian, Esq. (*Pro Hac Vice*)
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Tel: 305-349-2300
jarrastia@gjb-law.com
jgenovese@gjb-law.com
jsuarez@gjb-law.com
mguitian@gjb-law.com

*Special Litigation Counsel to the
Official Committee of Unsecured Creditors*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.


Dated: June 22, 2020                                     */s/ Bruce Bennett*
                                                                  Bruce Bennett

15

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: ) | PROMESA |
| ) | Title III |
| THE FINANCIAL OVERSIGHT AND ) | |
| MANAGEMENT BOARD FOR PUERTO RICO ) | Case No. 17-BK-03283 (LTS) |
| ) | |
| as representative of ) | |
| ) | |
| ) | |
| THE COMMONWEALTH OF PUERTO RICO, ET ) | |
| AL., ) | |
| ) | |
| Debtors.[5] ) | |
| ) | |
| ) | |
| In re: ) | PROMESA |
| ) | Title III |
| THE FINANCIAL OVERSIGHT AND ) | |
| MANAGEMENT BOARD FOR PUERTO RICO ) | Case No. 17-BK-03566 (LTS) |
| ) | |
| as representative of ) | |
| ) | |
| ) | |
| THE EMPLOYEES RETIREMENT SYSTEM OF ) | |
| THE GOVERNMENT OF THE COMMONWEALTH ) | |
| OF PUERTO RICO, ) | |

---

[5] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Debtor.                                              )
                                                     )
                                                     )
THE SPECIAL CLAIMS COMMITTEE OF THE                  )    Adv. Proc. No. 19-00356 (LTS)
FINANCIAL OVERSIGHT AND MANAGEMENT                   )
BOARD FOR PUERTO RICO, ACTING BY AND                 )
THROUGH ITS MEMBERS,                                 )
                                                     )
          and                                        )
                                                     )
THE OFFICIAL COMMITTEE OF UNSECURED                  )
CREDITORS OF ALL TITLE III DEBTORS                   )
(OTHER THAN COFINA),                                 )
                                                     )
          as co-trustees of                          )
                                                     )
THE EMPLOYEES RETIREMENT SYSTEM OF                   )
THE GOVERNMENT OF PUERTO RICO,                       )
                                                     )
          Plaintiff,                                 )
                                                     )
v.                                                   )
                                                     )
DEFENDANT 1M, ET AL.,                                )
                                                     )
          Defendants.                                )
                                                     )
THE SPECIAL CLAIMS COMMITTEE OF THE                  )    Adv. Proc. No. 19-00357 (LTS)
FINANCIAL OVERSIGHT AND MANAGEMENT                   )
BOARD FOR PUERTO RICO, ACTING BY AND                 )
THROUGH ITS MEMBERS,                                 )
                                                     )
          and                                        )
                                                     )
THE OFFICIAL COMMITTEE OF UNSECURED                  )
CREDITORS OF ALL TITLE III DEBTORS                   )
(OTHER THAN COFINA),                                 )
                                                     )
          as co-trustees of                          )
                                                     )
THE EMPLOYEES RETIREMENT SYSTEM OF                   )
THE GOVERNMENT OF PUERTO RICO,                       )
                                                     )
          Plaintiff,                                 )
                                                     )
v.                                                   )
                                                     )
STOEVER GLASS & CO., ET AL.,                         )

|  | ) |
| :-- | :-- |
| Defendants. | ) |
|  | ) |

|  | ) |  |
| :-- | :-- | :-- |
| THE SPECIAL CLAIMS COMMITTEE OF THE | ) | Adv. Proc. No. 19-00359 (LTS) |
| FINANCIAL OVERSIGHT AND MANAGEMENT | ) |  |
| BOARD FOR PUERTO RICO, ACTING BY AND | ) |  |
| THROUGH ITS MEMBERS, | ) |  |
|  | ) |  |
| and | ) |  |
|  | ) |  |
| THE OFFICIAL COMMITTEE OF UNSECURED | ) |  |
| CREDITORS OF ALL TITLE III DEBTORS | ) |  |
| (OTHER THAN COFINA), | ) |  |
|  | ) |  |
| as co-trustees of | ) |  |
|  | ) |  |
| THE EMPLOYEES RETIREMENT SYSTEM OF | ) |  |
| THE GOVERNMENT OF PUERTO RICO, | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| DEFENDANT 1H-78H, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |
|  | ) |  |

|  | ) |  |
| :-- | :-- | :-- |
| THE SPECIAL CLAIMS COMMITTEE OF THE | ) | Adv. Proc. No. 19-00361 (LTS) |
| FINANCIAL OVERSIGHT AND MANAGEMENT | ) |  |
| BOARD FOR PUERTO RICO, ACTING BY AND | ) |  |
| THROUGH ITS MEMBERS, | ) |  |
|  | ) |  |
| and | ) |  |
|  | ) |  |
| THE OFFICIAL COMMITTEE OF UNSECURED | ) |  |
| CREDITORS OF ALL TITLE III DEBTORS | ) |  |
| (OTHER THAN COFINA), | ) |  |
|  | ) |  |
| as co-trustees of | ) |  |
|  | ) |  |
| THE EMPLOYEES RETIREMENT SYSTEM OF | ) |  |
| THE GOVERNMENT OF PUERTO RICO, | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |

|  |  |  |
|---|---|---|
| v. | ) | |
| | ) | |
| DEFENDANT 1G-50G, et al., | ) | |
| | ) | |
|    Defendants. | ) | |
| | ) | |
| THE FINANCIAL OVERSIGHT AND | ) | Adv. Proc. No. 19-00366 (LTS) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
|    as representative of | ) | |
| | ) | |
| EMPLOYEES RETIREMENT SYSTEM OF THE | ) | |
| GOVERNMENT OF THE COMMONWEALTH OF | ) | |
| PUERTO RICO, | ) | |
| | ) | |
|    and | ) | |
| | ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED | ) | |
| CREDITORS OF ALL TITLE III DEBTORS (OTHER | ) | |
| THAN COFINA), | ) | |
| | ) | |
|    as section 926 trustee of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO | ) | |
| | ) | |
|    Plaintiffs,[6] | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDALUSIAN GLOBAL DESIGNATED ACTIVITY | ) | |
| COMPANY; THE BANK OF NEW YORK MELLON; | ) | |
| MASON CAPITAL MASTER FUND LP; OCHER | ) | |
| ROSE, L.L.C.; SV CREDIT, L.P.; CROWN | ) | |
| MANAGED ACCOUNTS FOR AND ON BEHALF | ) | |
| OF CROWN/PW SP; LMA SPC FOR AND ON | ) | |
| BEHALF OF MAP 98 SEGREGATED PORTFOLIO; | ) | |
| OCEANA MASTER FUND LTD.; PENTWATER | ) | |
| MERGER ARBITRAGE MASTER FUND LTD.; | ) | |
| AND PWCM MASTER FUND LTD, | ) | |

---

[6] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

Defendants.

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

    and

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALL TITLE III DEBTORS (OTHER
THAN COFINA),

    as section 926 trustee of

THE COMMONWEALTH OF PUERTO RICO

    Plaintiffs,[7]

v.

GLENDON OPPORTUNITIES FUND, L.P.;
OAKTREE-FORREST MULTI-STRATEGY, LLC
(SERIES B); OAKTREE OPPORTUNITIES FUND
IX, L.P.; OAKTREE OPPORTUNITIES FUND IX
(PARALLEL 2), L.P.; OAKTREE VALUE
OPPORTUNITIES FUND, L.P.; PUERTO RICO AAA
PORTFOLIO BOND FUND, INC.; PUERTO RICO
AAA PORTFOLIO BOND FUND II, INC.; PUERTO
RICO AAA PORTFOLIO TARGET MATURITY
FUND, INC.; PUERTO RICO FIXED INCOME
FUND, INC.; PUERTO RICO FIXED INCOME
FUND II, INC.; PUERTO RICO FIXED INCOME
FUND III, INC.; PUERTO RICO FIXED INCOME
FUND IV, INC.; PUERTO RICO FIXED INCOME
FUND V, INC.; PUERTO RICO GNMA & U.S.

Adv. Proc. No. 19-00367 (LTS)

---

[7] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in
the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated
herein by reference.

| | |
|---|---|
| GOVERNMENT TARGET MATURITY FUND, INC.; PUERTO RICO INVESTORS BOND FUND I; PUERTO RICO INVESTORS TAX-FREE FUND, INC.; PUERTO RICO INVESTORS TAX-FREE FUND II, INC.; PUERTO RICO INVESTORS TAX-FREE FUND III, INC.; PUERTO RICO INVESTORS TAX-FREE FUND IV, INC.; PUERTO RICO INVESTORS TAX-FREE FUND V, INC.; PUERTO RICO INVESTORS TAX-FREE FUND VI, INC.; PUERTO RICO MORTGAGE-BACKED & U.S. GOVERNMENT SECURITIES FUND, INC.; TAX-FREE PUERTO RICO FUND, INC.; TAX-FREE PUERTO RICO FUND II, INC.; TAX-FREE PUERTO RICO TARGET MATURITY FUND, INC.; UBS IRA SELECT GROWTH & INCOME PUERTO RICO FUND, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) ) ) ) ) ) |

**ORDER MODIFYING DISCOVERY AND BRIEFING SCHEDULE WITH RESPECT
TO CERTAIN ISSUES RAISED IN CERTAIN CONTESTED MATTERS AND
ADVERSARY PROCEEDINGS RELATED TO THE BONDS ISSUED BY THE
EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE
<u>COMMONWEALTH OF PUERTO RICO</u>**

Upon consideration of the *Joint Informative Motion Submitting Proposed Order
Modifying Discovery and Briefing Schedule with Respect to Certain Issues Raised in Certain
Contested Matters and Adversary Proceedings Related to the Bonds Issued by the Employees
Retirement System of the Government of the Commonwealth of Puerto Rico* (the "<u>Joint Motion</u>");
and it appearing that (i) the Court has jurisdiction over this Joint Motion pursuant to 28 § 1331
and 48 U.S.C. § 2166(a); (ii) that venue of this proceeding and the Joint Motion is proper under
28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); (iii) that notice of the Joint Motion was adequate
and proper under the circumstances and that no further or other notice need be given; and after
due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

21

1. The Joint Motion is GRANTED as set forth herein.

2. The following schedule shall now apply to the above-captioned matters:

| Event | Deadline |
|---|---|
| Service of expert reports (if any) | 07/01/2020 |
| Disclosure of rebuttal experts and service of rebuttal expert reports (if any) | 07/15/2020 |
| Deadline for completion of expert depositions (if any) | 07/29/2020 |
| Deadline for filing motions for summary judgment and declarations in support | 08/07/2020 |
| Deadline for Participants to file joinders in the motions for summary judgment on the Ultra Vires Issues | 08/14/2020 |
| Deadline for filing oppositions to summary judgment briefs and declarations in support | 09/09/2020 |
| Deadline for Participants to file joinders in oppositions to the motions summary judgment briefs on the Ultra Vires Issues | 09/16/2020 |
| Deadline for Replies in support of summary judgment motions | 09/23/2020 |

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____ 2020.

SO ORDERED:

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE