# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>　　　　　　　　　　Debtor. | PROMESA<br>Title III<br><br><br>No. 17 BK 3567-LTS |

*Caption Continued on Following Page*

---

[1] The debtors in these Title III cases, along with each debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are (i) the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Fourt Digits of Federal Tax ID: 3801).

| | |
|---|---|
| THE COMMONWEALTH OF PUERTO RICO and PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Movants,<br><br>    -v-<br><br>AMBAC ASSURANCE CORPORATION,<br><br>    Respondent. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### AMBAC ASSURANCE CORPORATION'S NOTICE OF WITHDRAWAL OF COMPLAINT PURSUANT TO THE COURT'S ORDER DIRECTING AMBAC TO WITHDRAW COMPLAINT [DKT. NO. 13447]

WHEREAS, Ambac Assurance Corporation ("Ambac") filed a complaint in *Ambac Assurance Corporation v. Autopistas Metropolitanas de Puerto Rico, LLC*, Civil No. 3:20-cv-01094-PAD (the "Metropistas Action"), on February 19, 2020, in the United States District Court for the District of Puerto Rico (the "Complaint");

WHEREAS, the Financial Oversight and Management Board for Puerto Rico filed a motion for an order directing Ambac to withdraw the Complaint pursuant to Bankruptcy Code Sections 105(a) and 362 (Dkt. No. 12569 in Case No. 17-3283 and Dkt. No. 756 in Case No. 17-3567, the "Motion");

WHEREAS, on June 16, 2020, the Court issued a memorandum order granting the Motion, and directing Ambac to withdraw the Complaint on or before June 23, 2020 and to file proof of such withdrawal on the docket of Case Nos. 17-3283 and 17-3567 (Dkt. No. 13447 in Case No. 17-3283);

PLEASE TAKE NOTICE that, while reserving all rights, and waiving none, Ambac has withdrawn the Complaint without prejudice (Dkt. No. 23 in the Metropistas Action).

Dated: June 23, 2020

FERRAIUOLI LLC

By: */s/ Roberto Cámara-Fuertes*
Roberto A. Cámara-Fuertes
USDC P.R. No. 219002
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com

KASOWITZ BENSON TORRES LLP
   Andrew K. Glenn (admitted *pro hac vice*)
   Olga Lucia Fuentes-Skinner (admitted *pro hac vice*)
   Marissa E. Miller (admitted *pro hac vice*)
   Shai Schmidt (admitted *pro hac vice*)
   1633 Broadway
   New York, New York 10019
   Telephone: (212) 506-1700
   Facsimile: (212) 506-1800
   Email: aglenn@kasowitz.com
          ofuentes@kasowitz.com
          memiller@kasowitz.com
          sschmidt@kasowitz.com

*Attorneys for Ambac Assurance Corporation*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notification of such filing to all case participants.

**FERRAIUOLI LLC**

By: */s/ Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com