**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**PARTIAL OBJECTION TO**
**NOTICE OF PROPOSED AMENDMENT TO TWELFTH AMENDED NOTICE, CASE**
**MANAGEMENT AND ADMINISTRATIVE PROCEDURES TO INCLUDE**
**OMNIBUS HEARING DATES THROUGH DECEMBER 2021 (ECF NO. 13444)**

To the Honorable United States District Court Judge Laura Taylor Swain:

Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together,

"Assured"), Ambac Insurance Corporation ("Ambac"), National Public Finance Guarantee

Corporation ("National"), and Financial Guaranty Insurance Company ("FGIC," and collectively

with Assured, Ambac, and National, the "Objectors") hereby submit this partial objection to the

proposed Omnibus Hearing dates submitted by this Honorable Court in the *Notice of Proposed*

*Amendment to Twelfth Amended Notice, Case Management and Administrative Procedures to*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4)
digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico
("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto
Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17
BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of
the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal
Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS)
(Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy
Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

*Include Omnibus Hearing Dates Through December 2021* (the "Notice") (ECF No. 13444),[2] and respectfully state as follows:

1.     On June 15, 2020, the Court issued the Notice expressing its intention to amend the *Twelfth Amended Notice, Case Management and Administrative Procedures* (ECF No. 13383) to include an updated list of scheduled dates for Omnibus Hearings through December 2021.

2.     In the Notice, the Court requested that "[a]ny party in interest having an objection to [any] . . . proposed Omnibus Hearing dates shall file such objection by **June 23, 2020 at 5:00 p.m. (Atlantic Standard Time)**."

3.     The Court has proposed an Omnibus Hearing date for 9:30 a.m. (Atlantic Standard Time) on the 29th day of September, 2021 (the "Proposed September 2021 Omnibus Hearing"). Objectors respectfully request the Court take note that this date conflicts with the major Jewish holiday of Simchat Torah,[3] which will be observed by several members of counsel for Objectors (and likely counsel for other parties and parties in interest as well) on the 29th day of September, 2021. Those observing the holiday will be unavailable to attend the Proposed September 2021 Omnibus Hearing either in person or by teleconference.

4.     To the extent the Court wishes to schedule an Omnibus Hearing on a Wednesday (as with the other Omnibus Hearing Dates) in or around September 2021, Objectors respectfully note to the Court that, given the dates of several other major Jewish holidays in September (Rosh Hashanah, Yom Kippur and Sukkot), the only non-holiday Wednesday would be September 1, 2021, during the week before Labor Day and less than a month after the proposed

---

[2] "ECF No." refers to documents filed in Case No. 17-BK-3283-LTS, unless otherwise noted.

[3] Simchat Torah celebrates the completion of the annual cycle of weekly readings from the Old Testament for Jewish communities and begins the start of a new cycle.

August 4, 2021, Omnibus Hearing Date. Objectors thus respectfully suggest that, to the extent the Court will be available, an Omnibus Hearing be scheduled in October rather than on September 29, 2021.

5.      As the Court is aware, Objectors are parties and parties in interest to multiple actions in the Title III proceedings and would expect to be active participants at the scheduled Omnibus Hearings, including the Proposed September 2021 Omnibus Hearing. Objectors believe it is important for their chosen counsel to be available on the proposed Omnibus Hearing Dates.

6.      For the reasons set forth above, Objectors respectfully request that the Proposed September 2021 Omnibus Hearing be scheduled one week later, during the first week of October 2021.

[*Remainder of Page Intentionally Blank*]

Dated:  June 23, 2020
         New York, New York

**CASELLAS ALCOVER & BURGOS P.S.C.**

By: /s/ *Heriberto Burgos Pérez*
      Heriberto Burgos Pérez
      USDC-PR No. 204,809
      Ricardo F. Casellas-Sánchez
      USDC-PR No. 203,114
      Diana Pérez-Seda
      USDC–PR No. 232,014
      P.O. Box 364924
      San Juan, PR 00936-4924
      Tel.: (787) 756-1400
      Fax: (787) 756-1401
      E-mail:  hburgos@cabprlaw.com
               rcasellas@cabprlaw.com
               dperez@cabprlaw.com

*Counsel for Assured Guaranty Corp. and Assured
Guaranty Municipal Corp.*

**CADWALADER, WICKERSHAM &
TAFT LLP**

By: /s/ *Howard R. Hawkins, Jr.*
      Howard R. Hawkins, Jr.*
      Mark C. Ellenberg*
      William J. Natbony*
      Ellen M. Halstead*
      Thomas J. Curtin*
      Casey J. Servais*
      200 Liberty Street
      New York, New York 10281
      Tel.: (212) 504-6000
      Fax: (212) 406-6666
      Email:  howard.hawkins@cwt.com
              mark.ellenberg@cwt.com
              bill.natbony@cwt.com
              ellen.halstead@cwt.com
              thomas.curtin@cwt.com
              casey.servais@cwt.com

* Admitted pro hac vice

*Counsel for Assured Guaranty Corp. and
Assured Guaranty Municipal Corp.*

FERRAIUOLI LLC

By:*/s/ Roberto Cámara-Fuertes*
    ROBERTO CÁMARA-FUERTES
    USDC-PR NO. 219,002
    E-mail:  rcamara@ferraiuoli.com


By:*/s/ Sonia Colón*
    SONIA COLÓN
    USDC-PR NO. 213809
    E-mail:  scolon@ferraiuoli.com

    221 Ponce de Leon Ave., 5th Floor
    San Juan, PR 00917
    Tel.:      (787) 766-7000
    Fax:      (787) 766-7001


*Counsel for Ambac Assurance Corporation*

MILBANK LLP

By:*/s/ Atara Miller*
    Dennis F. Dunne*
    Atara Miller*
    Grant R. Mainland*
    John J. Hughes, III*
    55 Hudson Yards
    New York, New York 10001
    Tel.:      (212) 530-5000
    Fax:      (212) 530-5219
    Email:  ddunne@milbank.com
         amiller@milbank.com
         gmainland@milbank.com
         jhughes2@milbank.com

*admitted pro hac vice*

*Counsel for Ambac Assurance Corporation*

ARENT FOX LLP


By: /s/ *David L. Dubrow*

    DAVID L. DUBROW*

    MARK A. ANGELOV*

    1301 Avenue of the Americas

    New York, New York 10019

    Tel.:     (212) 484-3900

    Fax:     (212) 484-3990

    Email:    david.dubrow@arentfox.com

              mark.angelov@arentfox.com


By: /s/ *Randall A. Brater*

    RANDALL A. BRATER*

    1717 K Street, NW

    Washington, DC 20006

    Tel.:     (202) 857-6000

    Fax:     (202) 857-6395

    Email:    randall.brater@arentfox.com

*admitted pro hac vice

*Counsel for Ambac Assurance Corporation*

ADSUAR MUNIZ GOYCO SEDA &
PEREZ-OCHOA PSC

WEIL, GOTSHAL & MANGES LLP

By:/s/ *Eric Perez-Ochoa* _____
    Eric Pérez-Ochoa
    USDC-PR No. 206,314
    E-mail:    epo@amgprlaw.com

By:/s/*Luis A. Oliver-Fraticelli* _____
    Luis A.  Oliver-Fraticelli
    USDC-PR NO. 209,204
    E-mail:    loliver@amgprlaw.com

    208 Ponce de Leon Ave., Suite 1600
    San Juan, PR 00936
    Tel.:    (787) 756-9000
    Fax:    (787) 756-9010

*Attorneys for National Public Finance
Guarantee Corp.*

By:/s/ *Robert Berezin* _____
    Jonathan Polkes*
    Gregory Silbert*
    Robert Berezin*
    Kelly Diblasi*
    Gabriel A. Morgan*
    767 Fifth Avenue
    New York, New York 10153
    Tel.:    (212) 310-8000
    Fax:    (212) 310-8007
    Email:    jonathan.polkes@weil.com
        gregory.silbert@weil.com
        robert.berezin@weil.com
        kelly.diblasi@weil.com
        gabriel.morgan@weil.com

* admitted *pro hac vice*

*Attorneys for National Public Finance
Guarantee Corp.*

REXACH & PICÓ, CSP                    BUTLER SNOW LLP


By: */s/ María E. Picó*               By: */s/ Martin A. Sosland*
    María E. Picó                        Martin A. Sosland (*pro hac vice*)
    USDC-PR 123214                       5430 LBJ Freeway, Suite 1200
    802 Ave. Fernández Juncos            Dallas, TX 75240
    San Juan PR 00907-4315               Telephone:  (469) 680-5502
    Telephone:  (787) 723-8520           Facsimile:  (469) 680-5501
    Facsimile:  (787) 724-7844           E-mail:       martin.sosland@butlersnow.com
    E-mail:       mpico@rexachpico.com

    *Attorney for Financial Guaranty*         *\*Admitted pro hac vice in Case No. 17-BK-*
    *Insurance Company*                       *03283-LTS and Case No. 17-BK-03567-LTS*

    Jason W. Callen
    150 3rd Ave., S., Suite 1600
    Nashville, TN 37201
    Telephone:  615-651-6774
    Facsimile:  615-651-6701
    Email:        jason.callen@butlersnow.com

    *\*Admitted pro hac vice in Case No. 17-BK-*
    *03283-LTS and Case No. 17-BK-03567-LTS*

    *Attorneys for Financial Guaranty Insurance*
    *Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 23rd day of June, 2020.

By: _/s/ Howard R. Hawkins, Jr._
Howard R. Hawkins, Jr.*
* Admitted pro hac vice