Tribunal del Distrito de los Estados Unidos, Abogados de la Junta Supervisión Abogado del Comité Acreedores.

Estoy alegando la decisión tomada por ustedes para que se me considere ya que recibí el documento como no tenía la intención pueda — guardar dicho documento ya que no se leer Inglés lo guarde.

Mi Nombre: Gilberto Espinosa Ramos
Numero Tel. Cel. 787-506-3531
Numero Caso: 17-03283
Reclamo        31669

Actualmente trabajo para el Departamento de la Vivienda Administración de Vivienda Pública (A.V.P.)

Las leyes sometidas Ley 8E, Ley 9C Ley 64 Ley 9 un estimado de 45 mil a 50 mil dolares

Someto evidencia de mis telefonos actualmente trabajo Dept. Vivienda (A.V.P.) en Puerto Rico.

Espero me tomen en consideración Gracias anticipadas.