**106 Adm. Vivienda Publica**
Ave. Barbosa #606
Hato Rey, PR 00917

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 05/16/2016 |
| Hasta: | 05/31/2016 |

| | |
|---|---|
| Aviso #: | 1045947 |
| Fecha Aviso: | 05/27/2016 |

GILBERTO ESPINOSA RAMOS
BO. EMAJAGUAS
SECTOR MARIANI
MAUNABO, PR 00707
SS: XXXX-XX-3968

| | |
|---|---|
| # Empleado: | XXXXX3968 |
| Depn: | 106120-AREA SEL. Y OCUP. DE RES. |
| Lugar: | OFIC. REGION DE HUMACAO |
| Titulo: | FUNC. PRINC. DETERM. ELEG. RES. |
| Sueldo: | $2,847.00 Monthly |

| DATA IND: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,423.50 | 810.00 | 14,235.00 |
| Diferencial Temporero | | | 0.00 | | 750.00 |
| **Total:** | | | 1,423.50 | 810.00 | 14,985.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.63 | 217.28 |
| Fed OASDI/Disability   EE | 88.26 | 929.07 |
| PR Withholding | 72.05 | 773.00 |
| **Total:** | 180.96 | 1,919.35 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AF-Asoc Emp FLA-Prest Regular | 112.36 | 1,123.60 |
| SM-SSS PR Inc | 11.43 | 114.30 |
| CO-COOP FED  MAESTRO | 10.00 | 100.00 |
| KC-Pres Pers Ret Cen-E Crisal | 104.15 | 1,041.50 |
| AE-Asoc Empl ELA-TRA Excria | 100.00 | 1,000.00 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 10.90 |
| OS-FED CENTRAL TRABAJADORES | 15.00 | 150.00 |
| Ahorros-AEELA | 42.71 | 427.10 |
| **Total:** | 396.74 | 3,967.40 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-SSS PR Inc | 355.00 | 1,775.00 |
| FSED Disability Plan | 64.06 | 674.40 |

\* Tributable

## TOTAL BRUTO / DEDUC/DEBIT TED / TOTAL IMPUESTO / TOTAL OTRAS DEDUCCIONES / NETO/CANTIDAD

| | Total Bruto | Deduc/Debit Ted | Total Impuesto | Total Otras Deducciones | Neto/Cantidad |
|---|---|---|---|---|---|
| Corriente: | 1,423.50 | 0.00 | 180.96 | 396.74 | 845.80 |
| Acumulado: | 14,985.00 | 0.00 | 1,919.35 | 3,967.40 | 9,098.25 |

## LIC/HORAS

| | Acum |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| +/- ajuste: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| Aviso #1045947 | 845.80 |
|---|---|
| **Total:** | 845.80 |

**MENSAJE:**

De Necesitar Certificacion
Empleo se le puede
Conseguir cuando abren las
Oficinas del Gobierno de PR.

Ave. Barbosa #606                    05/27/2016                    1045947

**Cant. Deposito:**  $845.80

A la
Cuenta(s) De

GILBERTO ESPINOSA RAMOS
BO. EMAJAGUAS
SECTOR MARIANI

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 845.80 |