Gilberto Espinosa-Ramos
Bo-Emajaguas HC60, 2087
Maunabo, P.R. 00707

U.S. POSTAGE PAID
FCM LETTER
MAUNABO, PR
00707
JUN 12, 20
AMOUNT
$6.95
R2303S100222-08

1000    00918

CERTIFIED MAIL

19 1640 0001 2835 2063

Tribunal de Distrito de los Estados
Room 150 Federal Building
San Juan Puerto Rico 00918-