**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Lilliam E. Santana Rodriguez**, con número de seguro social que termina en **0487**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 1 de agosto de 2004 |
| Tiempo Cotizado para Pensión | 31 años, ½ día |
| Fecha de Efectividad de la Renuncia | 1 de agosto de 2005 |
| Fecha de Efectividad de la Pensión | 2 de agosto de 2005 |
| Pensión Mensual Actual | $1,681.24 |

Esta certificación se expide hoy, **8 de noviembre de 2019** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM-ar-317
REV 06/04

**SRM**
Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros

## CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

25 de abril de 2005

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

                                 **Prof: Lilliam E. Santana Rodríguez**
                                 **Seguro Social:**         0487

El (La) profesor (a) de referencia ha radicado una Solicitud de Retiro por la Ley Núm. 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Puerto Rico.

[X] Años de Servicio y Edad      [ ] Edad      [ ] Diferido

Al **1 de agosto de 2005, (fecha en que piensa renunciar)**, (fecha de su última cotización) [X] **cualifica** [ ] no cualifica, **para acogerse a la jubilación, y tiene el siguiente tiempo:**

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|---|---|---|---|---|
| 31 | ------------ | ------------ | ½ | 52 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
    [ ] Reconocimiento de Tiempo.
    [ ] Diferencia en Por Ciento por Transferencia Recibida
    [ ] Reembolso de Cuotas
    [X] **No aplica**

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión.
Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.

Cordialmente,

*[firma]*
Irma García Hernández
Directora
Area Servicios de Retiro

*[firma]*
Yolanda Cotto Ayala
Técnico
Servicios de Retiro

FELD/tmn
CF:    PROF: Lilliam E. Santana Rodríguez
        P.O Box 2
        Dorado P.R 00646

PO Box 191879 San Juan, PR 00919-1879 Teléfonos 1(787)754-8611 ó 1-877-JRETIRO (573-8476)
http://www.srm.gobierno.pr E-mail: consulta@srm.gobierno.pr

**GOVERNMENT OF PUERTO RICO**
DEPARTMENT OF EDUCATION
Human Resources Auxiliary Secretary's Office

May 21, 2020

To Whom It May Concern:

I hereby certify that **LILLIAM SANTANA RODRIGUEZ**, with social security number **XXX-XX-0487** worked in our Agency since **August 1, 1974** to **August 1, 2005**.

He/She worked as **MA. EDUC. SEC (FISICA)** at **JOSE SANTOS ALEGRIA (SIGLO 21), DORADO, Regional Educational Office of BAYAMON** and was paid a monthly salary of **$2,480.00**.

If you have any questions or need any additional information, please contact the Archives Office of the Human Resources Auxiliary Secretary.

Juan Francisco Rivera Aponte
Auxiliary Secretary of Human Resources

The information presented in this document is based on the data recorded in the Human Resources system. If you understand that there is a situation or discrepancy with the data presented, you can contact the Human Resources Auxiliary Secretary's Office or call 787-773-3074, 3025, 3051, 3035.

P.O. Box 190759, San Juan PR 00919-0759



DEPARTAMENTO DE
**EDUCACIÓN**
GOBIERNO DE PUERTO RICO

The Department of Education does not discriminate in any way on the basis of age, race, color, sex, birth, veteran status, political or religious ideology, social origin or condition, sexual orientation or gender identity, physical or mental disability or impairment; domestic violence or stalking victim status.

**GOVERNMENT OF PUERTO RICO**
DEPARTMENT OF EDUCATION
Division of Teaching Certifications

# Letter of Teaching Certificates Granted

I hereby certify that **Lilliam Santana Rodriguez** (XXX-XX-0487) holds the following teaching certificates:

| Type | Number | Category | Validity Period |
|---|---|---|---|
| Regular | # 0 | SECONDARY SCHOOL TEACHER (SCIENCE) | |
| Regular | # 2498 | SECONDARY SCHOOL TEACHER (BIOLOGY) | From July 03, 2004 to July 03, 2010 |

At the time of issuance of this document, the certificates in question have not been suspended, withdrawn or cancelled.

This certification is issued today, May 21, 2020.

Eric H. Pérez Torres
Director
Teacher Certification Office

The information presented in this document is based on the data recorded in the Human Resources system. If you understand that there is a situation or discrepancy with the data presented, you can contact the Human Resources Auxiliary Secretary's Office or call 787-773-2584, 2561, 2461, 2573, 2459.

P.O. Box 190759, San Juan PR 00919-0759


**DEPARTAMENTO DE EDUCACIÓN**
GOBIERNO DE PUERTO RICO

The Department of Education does not discriminate in any way on the basis of age, race, color, sex, birth, veteran status, political or religious ideology, social origin or condition, sexual orientation or gender identity, physical or mental disability or impairment; domestic violence or stalking victim status.

Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767
Deudores: Estado Libre Asociado de PR (Gobierno de Puerto Rico, Departamento de Educación)
No. 17BK 3283-LTS
Ninety-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to deficient claims asserting interests based upon unspecified Puerto Rico Statues
DOC8978-4
Proof of Claim: 44770, 70594

Lilliam E. Santana Rodriguez
Hc 46 Box 6142
Dorado, PR 00646-9632
787-486-5744 (Cel.)
liessa1221@yahoo.com

    En el año 1984, el Gobierno de Puerto Rico aprobó la Ley 89, la cual le otorgaba a los maestros del Departamento de Educación de Puerto Rico un aumento salarial de $100.00 mensuales. A pesar de la aprobación de la ley, el aumento nunca se efectuó. Finalmente, llegó mi edad de retiro en el 2005, y se me quedó debiendo todas esas mensualidades de $100.00 desde el 1984-2005. Esto hace un monto total de $25,200.00. Adjunto, evidencia de mi posición como Profesora con el Departamento de Educación, los años trabajados, y la fecha de retiro. La Ley 89 fue un compromiso de nuestro sistema gubernamental en el 1984 y pacientemente hemos esperado todos estos años a que se nos cumpliera.

Es por esta razón que respetuosamente solicito al Honorable Tribunal que no declare a lugar la Objeción Legal con respecto a mi reclamo, ya que tiene la validez que corresponde.

_Lilliam E. Santana Rodriguez_
Lilliam E. Santana Rodriguez

*Número de Evidencia de Reclamación*: 44770
*Reclamante*: Santana Rodriguez, Lilliam E.

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   - ■ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☐ Empleo actual o anterior en el gobierno de Puerto Rico
   - ■ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.) Durante la incumbencia como gobernador del Gobierno de Puerto Rico Estado Libre Asociado de P.R. Carlos Romero Barceló otorgo' un aumento de sueldo conocido como Ley 84 de $100.00 mensuales desde el 1984-198 y nunca se honro dicho aumento.

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   $ 25,200

Case:17-03283-LTS Doc#:13482-1 Filed:06/19/20 Entered:06/24/20 10:31:32 Desc:
Exhibit Page 7 of 10

*Número de Evidencia de Reclamación:*
*Reclamante:* Santana Rodriguez, Lilliam E.

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   _Departamento de Educación, Gobierno de Puerto Rico_

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   _1984 - 2005_

3(c). Últimos cuatro dígitos de su número de seguro social: _0487_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _Aclaración: Aumento de sueldos impagos desde el 1984 - 2005_

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   _Departamento de Educación, Gobierno de Puerto Rico_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: _Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico Commonwealth of Puerto Rico Supplemental Information Processing Center._

4(c). Número de caso: _1703283_           _17bK 03283_

4(d). Título, epígrafe, o nombre del caso: _Commonwealth of Puerto Rico Promesa - Proof of Claim RE- Commonwealth USA (Casos del Titulo III) Ley 89_

Case:17-03283-LTS Doc#:13482-1 Filed:06/19/20 Entered:06/24/20 10:31:32 Desc:
Exhibit Page 8 of 10

*Número de Evidencia de Reclamación:* 44770
*Reclamante:* Santana Rodriguez, Lilliam E.

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
<u>El Estado del caso esta' pendiente de resolución y de apelación.</u>

4(f). ¿Tiene usted una sentencia impaga? (Sí)/ No (Marque una)

De ser asi, ¿cuál es la fecha y el monto de la sentencia?

<u>1984 - hasta 2005   $25,200</u>

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Lilliam E. Santana Rodriguez**, con número de seguro social que termina en **0487**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 1 de agosto de 2004 |
| Tiempo Cotizado para Pensión | 31 años, ½ día |
| Fecha de Efectividad de la Renuncia | 1 de agosto de 2005 |
| Fecha de Efectividad de la Pensión | 2 de agosto de 2005 |
| Pensión Mensual Actual | $1,681.24 |

Esta certificación se expide hoy, **8 de noviembre de 2019** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

SRM-ar-517
REV 06/04

## CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

25 de abril de 2005

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

Prof: Lilliam E. Santana Rodríguez
Seguro Social: -0487

El (La) profesor (a) de referencia ha radicado una Solicitud de Retiro por la Ley Núm. 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Puerto Rico.

[X] Años de Servicio y Edad    [] Edad    [] Diferido

Al **1 de agosto de 2005, (fecha en que piensa renunciar)**, (fecha de su última cotización) [X] **cualifica** [ ] no cualifica, **para acogerse a la jubilación, y tiene el siguiente tiempo:**

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|---|---|---|---|---|
| 31 | --------- | --------- | ½ | 52 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
[ ] Reconocimiento de Tiempo.
[ ] Diferencia en Por Ciento por Transferencia Recibida
[ ] Reembolso de Cuotas
[X] No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión.
Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.

Cordialmente,

Irma García Hernández
Directora
Area Servicios de Retiro

Yolanda Cotto Ayala
Técnico
Servicios de Retiro

FELD/tmn
CF:   PROF: Lilliam E. Santana Rodríguez
          P.O Box 2
          Dorado P.R 00646

PO Box 191879 San Juan, PR 00919-1879 Teléfonos 1(787)754-8611 ó 1-877-JRETIRO (573-8476)
http://www.srm.gobierno.pr E-mail: consulta@srm.gobierno.pr