Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico
Oficina 150, Edificio Federal
San Juan, PR 00918-1767

RECEIVED & FILED
2020 JUN 19 AM 8:53
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Deudores**: Estado Libre Asociado de Puerto Rico, Gobierno de Puerto Rico, Departamento de Educación
No. 17BK3283-LTS

EVIDENCIA ADICIONAL SOMETIDA EN CONTRA DE LA OCTOGESIMA-NOVENA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO, Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES DEFICIENTES EN LAS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS. [ECF NUM. 8980]

**Prueba de Reclamo**: 90076, 51663

**Carlos M. Reymundi Concepción**
Condominio El Atlántico Apto. 701,
Levittown, P.R. 00949
787-460-4357 (Cel.)
cmreymundi@hotmail.com
Ss: XXX-XX-0479

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico, al Gobierno de Puerto Rico, al Departamento de Educación de Puerto Rico y al Sistema de Retiro de Puerto Rico (con las debidas leyes puertorriqueñas correspondientes especificadas).
**Ley 89 de 1984** – "Romerazo"
**Años Reclamados**: Desde 1984 al 2000 (16 Años)
**Cantidad Reclamada**: $19,200.00
**Costo de Vida**; Ley 91, Retiro de Maestro – 3% cada 2 años:
**Años Reclamados**: Desde 2000 al 2020 (20 años)
**Cantidad Reclamada**: $6,354.00

Adjunto evidencia en réplica a la Objeción Global especificada y copia de la entrega de gran parte de estos documentos en una ocasión anterior:

1. Certificación de Pensión del Sistema de Retiro de Maestros, Gobierno de Puerto Rico
2. Informe de Renta Anual Vitalicia de la Junta de Retiro de Maestros
3. Certificación de Posición y Años de Servicio del Departamento de Educación.
4. Carta de Certificados Docentes Otorgados.

Solicito la Adjudicación de la evidencia presentada, según corresponda a mis derechos en virtud de las leyes anteriormente especificadas. Solicito al Honorable Tribunal que no declare a lugar la Objeción legal con respecto a mi reclamo, ya que tiene la validez que corresponde.

_____  
**Carlos M. Reymundi Concepción**

_15 de junio de 2020_  
**15 de Junio de 2020**