**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Carlos Reymundi Concepción**, con número de seguro social que termina en **0479**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 19 de diciembre de 1998 |
| Tiempo Cotizado para Pensión | 27 años, 7 meses, 1 sem., 5 ½ días |
| Fecha de Efectividad de la Renuncia | 31 de julio de 2001 |
| Fecha de Efectividad de la Pensión | 1 de agosto de 2001 |
| Pensión Mensual Actual | $1,764.96 |

Esta certificación se expide hoy, **8 de noviembre de 2019** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro



ESTADO LIBRE ASOCIADO DE PUERTO RICO
Junta de Retiro para Maestros
P O Box 191879
San Juan, P. R. 00919-1879
Teléfono (787) 754-8611

15 de febrero del 2002

PROF: CARLOS M. REYMUNDI CONCEPCION
COND. EL ATTLANTICO   APTO. 701
LEVITTONW P R 00949

CASO: 2348
SS: -0479-

Estimado profesor Raymundi:

Nos referimos a su solicitud de **Retiro Temprano Ley 44** la cual ha sido aprobada. Su retiro será efectivo el **1 de agosto de 2001** y recibirá una renta mensual de **$1,713.43**.

Le informamos que usted puede autorizar a la Junta de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como, el seguro médico de su preferencia u otras deducciones permitidas por Ley.

Se incluye información de interés para los maestros pensionados.

**CERTIFICO CORRECTO**

Gloria E. Navas Pérez
Directora
Area Servicios de Retiro

Cordialmente,

Irma A. Giménez López
Secretaria Ejecutiva

Anexo
lp

"Sirviéndole a la Clase Magisterial Puertorriqueña"



10 de agosto de 2006

PROF CARLOS M REYMUNDÍ CONCEPCIÓN
COND EL ATLÁNTICO APT 701
TOA BAJA   PR   00949-4220

Estimado profesor:                                                          SS:         0479

Hemos analizado las aportaciones descontadas por nómina y encontramos una diferencia en las mismas.

De acuerdo a la Ley Número **44** de 27 de enero de 2000, en su Artículo 7ª establece que "**el pensionado pagará su aportación individual durante el período de tiempo que le faltase hasta alcanzar los 30 años de servicio y 55 años de edad. Esta aportación será a base del sueldo promedio**".

Su aportación mensual es de **$205.61**.

Le informamos que desde la primera quincena de marzo de 2002 hasta la primera quincena de agosto de 2006, usted pagaba **$45.00** por concepto de aportación individual cuando debió pagar **$102.81** quincenal.

Por lo antes expuesto, existe una diferencia en aportación individual desde el 1º de marzo de 2002 hasta el 15 de agosto de 2006 de **$2,957.06.**

A partir de la segunda quincena de agosto de 2006, se le establecerá el descuento. Este descuento se extenderá hasta el mes de noviembre de 2007.

Para cualquier información adicional, favor comunicarse a nuestras oficinas al 754-8611, extensiones 2330 ó 2331.

Cordialmente,

Ivonne L Ortiz Valladares
Gerente
División Servicios al Pensionado

Iod

PO Box 191879 San Juan, PR 00919-1879 Teléfonos (787) 754-8611 ó 1-877-JRETIRO (573-8476)
http://www.irm.gobierno.pr   E-mail: consulta@irm.gobierno.pr



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

24 de mayo de 2020

A quien pueda interesar:

Certifico que **CARLOS M. REYMUNDI CONCEPCION**, número de seguro social **XXX-XX-0479** laboró en nuestra Agencia desde **29 de agosto de 1973** al **31 de julio de 2001**.

Ocupó puesto en calidad de **DIRECTOR ESCUELA SECUNDARIA V** en **MANUEL ELZABURU VIZCARRONDO (MONTESORRI)**, Oficina Regional Educativa de **SAN JUAN** y devengó un salario de **$2,595.00** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Juan Francisco Rivera Aponte
Secretario Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
División de Certificaciones Docentes

# Carta de Certificados Docente Otorgados

Certifico que **Carlos M Reymundi Concepcion** (XXX-XX-0479) posee los siguientes certificados docentes:

| Tipo | Número | Categoría | Vigencia |
|---|---|---|---|
| Vitalicio | # 54 | MAESTRO(A) DE EDUCACION SECUNDARIA (MATEMÁTICA) | Desde el 29 de mayo de 1982 |
| Vitalicio | # 335 | DIRECTOR(A) DE ESCUELA SECUNDARIA | Desde el 06 de octubre de 1986 |
| Regular | # 7392 | SUPERINTENDENTE DE ESCUELAS | Desde el 03 de junio de 1989 hasta el 30 de junio de 1995 |
| Regular | # 7280 | SUPERVISOR GENERAL- ADMINISTRACIÓN ESCOLAR | Desde el 03 de abril de 1990 hasta el 03 de abril de 1996 |
| Regular | # 8115 | MAESTRO(A) DE EDUCACION EN DISTRIBUCIÓN Y MERCADEO | Desde el 01 de julio de 1993 hasta el 30 de junio de 1999 |
| Regular | # 8117 | SUPERVISOR(A) GENERAL (MATEMATICAS) | Desde el 01 de julio de 1993 hasta el 30 de junio de 1999 |

Al momento de la expedición de este documento, los certificados en cuestión no han sido suspendidos, anulados o cancelados.

Esta certificación se expide hoy, 24 de mayo de 2020.

P.O. Box 190759, San Juan PR 00919-0759



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

*Copia*

RECEIVED

2019 NOV 21 A II: 03

Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767
Deudores: Estado Libre Asociado de PR (Gobierno de Puerto Rico, Departamento de Educación)
No. 17BK 3283-LTS
Eighty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to deficient claims asserting interests based upon unspecified Puerto Rico Statues
DOC8978-4
Proof of Claim: 90076, 51663


Carlos M. Reymundi Concepción
Condominio El Atlántico, Apto. 701
Levittown, PR 00949
787-460-4357 (Cel.)
cmreymundi@hotmail.com


En el año 1984, el Gobierno de Puerto Rico aprobó la Ley 89, la cual le otorgaba a los maestros del Departamento de Educación de Puerto Rico un aumento salarial de $100.00 mensuales. A pesar de la aprobación de la ley, el aumento nunca se efectuó. Finalmente, llegó mi edad de retiro en el 2000, y se me quedó debiendo todas esas mensualidades de $100.00 desde el 1984-2000. Esto hace un monto total de $19,200.00. Adjunto, evidencia de mi posición como Profesor con el Departamento de Educación, los años trabajados, y la fecha de retiro. La Ley 89 fue un compromiso de nuestro sistema gubernamental en el 1984 y pacientemente hemos esperado todos estos años a que se nos cumpliera.

Es por esta razón que respetuosamente solicito al Honorable Tribunal que no declare a lugar la Objeción Legal con respecto a mi reclamo, ya que tiene la validez que corresponde.

*Carlos M. Reymundi Concepción*

Número de Evidencia de Reclamación: 51003
Reclamante: Reymundi Concepcion, Carlos M

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

RECEIVED
2019 NOV 21 A 11: 03

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. ¿Cuál es el fundamento de su reclamación?

    ■ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ■ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.) Durante la incumbencia como gobernador del Gobierno de Puerto Rico Estado Libre Asociado de P.R., Carlos Romero Barceló otorgó un aumento de sueldo conocido como Ley 89 de $100.00 mensuales desde el 1984-198 y nunca se honró dicho aumento.

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

    $19,200

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: __Departamento de Educación, Gobierno de Puerto Rico__

3(b). Identifique las fechas de su empleo con relación a su reclamación: __1984 - 2000__

3(c). Últimos cuatro dígitos de su número de seguro social: __0479__

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

__Aclaración: Aumento de sueldos impagos desde 1984 - 2000__

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
__Departamento de Educación, Gobierno de Puerto Rico__

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: __Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico Commonwealth of Puerto Rico Supplemental Information Processing Center.__

4(c). Número de caso: __17 03283      17 BK 03283__

4(d). Título, epígrafe, o nombre del caso: __Commonwealth of Puerto Rico Promesa - ... Claim RE- Commonwealth USA   (Casos del Título III) Ley 89__

*Número de Evidencia de Reclamación*: 51663
*Reclamante*: Reymundi Concepcion, Carlos M

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
El Estado del caso está pendiente de resolución y de apelación.

4(f). ¿Tiene usted una sentencia impaga? (Sí) / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

1984-2000    $19,200