Proof of Claim: <CLAIM NUMBER>
Claimant: <CLAIMANT NAME> Joel Martinez Santiago

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide <u>more</u> information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**Questionnaire**

1. What is the basis of your claim?
   - ☐ A pending or closed legal action with or against the Puerto Rican government
   - ☒ Current or former employment with the Government of Puerto Rico
   - ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. What is the amount of your claim (how much money do you claim to be owed):

   _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   - ☐ No. *Please continue to Question 4.*
   - ☒ Yes. Answer Questions 3(a)-(d).

   3(a). Identify the specific agency or department where you were or are employed:
   Departamento de Transportacion y Obras Publicas como Ayudante de Mecánico de Equipo Automotriz, Oficina Regional Ponce, ELA.

   3(b). Identify the dates of your employment related to your claim:
   Desde el 10 de Mayo de 1994 hasta el Presente

   3(c). Last four digits of your social security number: 6835

3(d). What is the nature of your employment claims (select all applicable):

- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

  Ley 89 - 1995, Ley 96 - 2002, Ley 164 - 2003, Ley 164 - 2004 y Ley 109 - 2008

4. **Legal Action.** Does your claim relate to a pending or closed legal action?

- ☒ No.
- ☐ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action. __N/A__

4(b). Identify the name and address of the court or agency where the action is pending: __N/A__

4(c). Case number: __N/A__

4(d). Title, Caption, or Name of Case: __N/A__

4(e). Status of the case (pending, on appeal, or concluded): __N/A__

4(f). Do you have an unpaid judgment? Yes / No (Circle one). __N/A__
If yes, what is the date and amount of the judgment? 

2

Reclamante: Joel Martinez Santiago
Número de Procedimiento: 17 BK 3283-LTS
Número de Reclamación: ―――

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 10 de mayo de 1994 hasta el presente como Ayudante de Mecánico de Equipo Automotriz-Oficina Regional-Ponce en el Departamento de Transportación y Obras Públicas del Estado Libre Asociado de Puerto Rico.

| | | | Dinero Adeudado |
|---|---|---|---|
| ① Ley 89-Julio | 1995 | Romerazo | $30,000. |
| ② Ley 96-Julio | 2002 | Aumento sueldo | $21,600. |
| ③ Ley 164-Julio | 2003 | Aumento sueldo | $20,400. |
| ④ Ley 164-Enero | 2004 | Sila M. Calderón | $19,200. |
| ⑤ Ley 109-Junio | 2008 | Escala Salarial Pasos | $14,400. |
| | | Total = | $105,600 |

Así como otras leyes que me apliquen y no se me otorgó la compensación adecuada.

Muy agradecido por la atención prestada al respecto.

Atentamente,
Joel Martinez Santiago
Joel Martinez Santiago

Re: Joel Martinez Santiago
Celular: 787-243-1866
Dirección: Urb. Alturas del Cafetal
B-15 Calle Anturio
Yauco, Puerto Rico, 00698
Número de Reclamación: ___
Fecha de Presentación:

Deudor: Commonwealth of Puerto Rico

Por este medio le estoy enviando, mi reclamación presentada el _____ lo siguiente:

① Evidencia de que trabajé para el Departamento de Transportación y Obras Públicas como ayudante Mecánico Automotriz en Oficina Regional Ponce del Estado Libre Asociado de Puerto Rico desde el 10 de mayo de 1994 hasta el presente. (ver evidencia adjunta.)

② El monto de dinero adeudado en mi reclamación es de: $105,600.

Favor de considerar mi reclamación con la información y evidencia aquí indicada.

Muchas gracias,

Joel Martinez Santiago
Joel Martinez Santiago

Fecha 17/Junio/2020

RÉPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Joel Martinez Santiago

Dirección: Urb. Alturas del Cafetal B-15 Calle Anturio Yauco, Puerto Rico 00698

Teléfono: 787-243-1866

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo

#49762 - Ley #89 - Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995

#94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004

Ley# 164(2003) Aumento Sueldo - Julio 2003

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

Ley 89 Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

Ley #164 2003/ Aumento Sueldo    Julio 2003

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Transportación y Obras Públicas ~~Educación~~ de Puerto Rico desde el 10 de Mayo de 1994 hasta el __ de __ de Presente años) de labor como Ayudante de mecánico de Equipo Automotriz Region Ponce, ELA. Se está reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo:

1) Verificación de Empleo en el Departamento de Transportación y Obras Públicas - Centro Servicios automotriz, Oficina Regional Ponce como Ayudante de mecánico de equipo automotriz del Estado Libre Asociado de Puerto Rico.

Debido a la reciente situación de emergencia por terremotos en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

*[firma]*

Joel Martinez Santiago
Telefono: 787-243-1866

2