

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Departamento de Transportación y Obras Públicas

1 de abril de 2009

**Joel Martinez Santiago**
**Ayudante de Mecánico de Equipo Automotriz**
**Oficina Regional de Ponce**

Amílcar González Ortiz, Ph.D.s
Secretario Auxiliar de Administración

## CERTIFICACIÓN DE FECHA DE ANTIGÜEDAD EN EL SERVICIO PÚBLICO

La Ley Número 7 del 9 de marzo de 2009, conocida como la "*Ley Especial Declarando Estado de Emergencia Fiscal y Estableciendo el Plan Integral de Estabilización Fiscal para Salvar el Crédito de Puerto Rico*", requiere que las Agencias certifiquen por escrito a su empleados, individualmente, su fecha de antigüedad dentro del servicio público. En ese sentido, surge del expediente de personal bajo nuestra custodia que usted comenzó a laborar dentro del servicio público el día **10 de mayo de 1994** y tiene una antigüedad de **14 años y 326 días**.

En la eventualidad de que usted no esté de acuerdo con la información anteriormente certificada, tiene derecho a presentar en la Oficina de Recursos Humanos de este Departamento el "*Formulario de Impugnación de Fecha de Antigüedad Notificada*", el cual puede ser adquirido en la Oficina de Recursos Humanos o accediendo a nuestra página de Intranet en la siguiente dirección electrónica: http://intra.dtop.gov.pr/.

Este formulario deberá estar acompañado de aquella evidencia documental oficial emitida por la autoridad o entidad gubernamental competente que sostenga su posición. Asimismo, tendrá derecho a exponer y fundamentar en el mismo, su versión en torno a la antigüedad alegada. El término para que someta este formulario y la evidencia documental oficial es de treinta (30) días calendario, a partir de la notificación entrega, o de la fecha de envío por correo certificado con acuse de recibo de esta Certificación, según sea el caso.

De no presentar evidencia documental fehaciente, o no refutar dentro del término de treinta (30) días la antigüedad aquí notificada, ésta será concluyente. En caso de que presente, dentro del término de treinta (30) días el formulario con evidencia fehaciente que impugne la antigüedad notificada, no tomaremos determinación final sobre la misma sin antes darle oportunidad de tener una vista previa.

Para aclarar cualquier duda o recibir información adicional sobre este asunto, puede comunicarse con la Oficina de Recursos Humanos a través de los siguientes números: (787) 722-2929, extensiones 2171, 2172 y 2424.

Apartado 41269, San Juan, Puerto Rico 00940-1269 Tel. (787) 722-2929 Fax. (787) 728-8963