Joel Martinez Santiago
Urb. Alturas del Cafetal
B-15 Calle Anturio
Yauco, Puerto Rico 00698

RECEIVED & FILED
2020 JUN 19 AM 8:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767