RÉPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Diana Rivera Troche
Dirección: Urb. Alturas del Cafetal
B-15 Calle Anturio
Yauco, PR 00698
Teléfono: 787-243-2480

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

    Número de las evidencias por reclamo

    #49762 - Ley #89 - Romerazo - Efectiva en 1 de julio de ~~1996~~ 1995

    #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

    #96621 - Ley #96 (2002) del Dr. Pedro Roselló - efectiva julio de 2002

    Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004
    Ley #164 (2003) Aumento Sueldo    Julio 2003

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

    Ley 89 Romerazo - Efectiva en 1 de julio de ~~1996~~ 1995

    Ley de Escala Salarial - Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Transportación y Obras Públicas ~~Educación~~ de Puerto Rico desde el 16 de junio de 2004 hasta el __ de __ de presente (años) de labor como Oficinista =/= Departamento Transportación y Obras Públicas - Centro Servicios al Conductor de Ponce, ELA. PR. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo:

1) Verificación de Empleo en el Departamento de Transportación y Obras Públicas - Centro Servicios al Conductor de Ponce, del Estado Libre Asociado de Puerto Rico.

Debido a la reciente situación de emergencia por terremotos en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

Diana Rivera Troche
Diana Rivera Troche
Teléfono: 787-243-2480

2

Proof of Claim: &lt;CLAIM NUMBER&gt;
Claimant: &lt;CLAIMANT NAME&gt; Diana Rivera Troche

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide more information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

   ☐ A pending or closed legal action with or against the Puerto Rican government

   ☒ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. What is the amount of your claim (how much money do you claim to be owed):

   _____

3. Employment. Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No. Please continue to Question 4.

   ☒ Yes. Answer Questions 3(a)-(d).

   3(a). Identify the specific agency or department where you were or are employed: Departamento de Transportación y Obras Públicas - Centro de Servicios al Conductor de Ponce como Oficinista I del Estado Libre Asociado de P.R.

   3(b). Identify the dates of your employment related to your claim: Desde el 16 de junio de 2004 hasta el presente.

   3(c). Last four digits of your social security number: 6562

3(d). What is the nature of your employment claims (select all applicable):

- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_Ley 164 - 2004 y Ley 109 - 2008_

4. **Legal Action.** Does your claim relate to a pending or closed legal action?

   - ☒ No.
   - ☐ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action. _N/A_

4(b). Identify the name and address of the court or agency where the action is pending: _N/A_

4(c). Case number: _N/A_

4(d). Title, Caption, or Name of Case: _N/A_

4(e). Status of the case (pending, on appeal, or concluded): _N/A_

4(f). Do you have an unpaid judgment? Yes / No (Circle one) _N/A_
If yes, what is the date and amount of the judgment? _N/A_

2

Reclamante: Diana Rivera Troche

Número de Procedimiento: 17 BK 3283-LTS

Número de Reclamación —

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde 16 de junio de 2004 hasta el presente, como oficinista I en el Departamento de Transportación y obras Públicas - Centro de Servicios al conductor de Ponce del Estado Libre Asociado de Puerto Rico.

|  |  | Cantidad Adeudada |
|---|---|---|
| ① Ley 164 - enero 2004 - Sila Ma. Calderón | | $19,200. |
| ② Ley 109 - Junio 2008 - Escala Salarial=Pasos | | $14,400. |
| | Total | $33,600. |

Así como otras leyes, que me apliquen y no se me otorgó la compensación adecuada.

Muy agradecida por su atención al respecto.

atentamente,

Diana Rivera Troche
Diana Rivera Troche

Re: Diana Rivera Troche

Celular: 787-243-2480

Dirección: Urb. Alturas del Cafetal
B-15 Calle Anturio
Yauco, Puerto Rico 00698

Número de Reclamación: _____

Fecha de Presentación:

Deudor: Commonwealth of Puerto Rico

Por este medio le estoy enviando mi reclamación presentada el lo siguiente:

(1) Evidencia de que trabaje para el Departamento de Transportación y Obras Públicas - Centro de Servicios al Conductor de Ponce, como oficinista I del Estado Libre Asociado de Puerto Rico, desde el 16 de junio de 2004 hasta el presente. (Ver evidencia adjunta.)

(2) El monto de dinero adeudado en mi reclamación es de: $33,600.

Favor de considerar mi reclamación con la información aquí indicada.

Muchas gracias,
Diana Rivera Troche
Diana Rivera Troche

Fecha: