Case:17-03283-LTS Doc#:13485-1 Filed:06/19/20 Entered:06/24/20 11:37:56 Desc: Exhibit Page 1 of 2



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS



14 de junio de 2004

Sra. Diana Rivera Troche
Oficinista I

José L. Garay Padilla
Director, Centro de Servicios
al Conductor de Ponce

*Carmen Z. Díaz* (firma)
Carmen Z. Díaz Soto
Directora, Oficina de
Recursos Humanos

**NOMBRAMIENTO**

Le confirmo su nombramiento por certificación de elegibles al puesto número 9172 de Oficinista I, ubicado en el Centro de Servicios al Conductor de Ponce. El mismo es efectivo el 16 de junio de 2004. A partir de la fecha antes mencionada su sueldo será de $943.00 mensual y usted es miembro de la unidad apropiada Servidores Públicos Unidos de Puerto Rico (SPUPR).

Este nombramiento requiere un período probatorio de noventa (90) días que terminará el 13 de septiembre de 2004.

Le doy la más cordial bienvenida al Departamento y le deseo éxito en el desempeño de sus nuevas funciones.

APARTADO 41269, SAN JUAN, PUERTO RICO 00940-1269 • TEL. (787) 722-2929 FAX: (787) 728-8963



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

8 de febrero de 2005

Sra. Diana Rivera Troche

Sr. José L Garay
Director
CESCO Ponce

ASUNTO: Cambio de Status

PUESTO: Oficinista I

UNIDAD: Regl. Vehs. De Motor y Serv. al Conductor

EFECTIVIDAD: 14 de septiembre de 2004

Estimada señora Rivera:

El 16 de junio de 2004 le extendimos el nombramiento probatorio en el puesto arriba mencionado. En aquella ocasión le indicamos que una vez aprobara satisfactoriamente la prueba práctica, pasaría a ocupar el mismo con carácter regular.

Durante este período de prueba su supervisor la evaluó, tomando en consideración factores tales como: productividad, eficiencia, conocimiento sobre el trabajo, habilidad para aprender, asistencia, confiabilidad, integridad, sociabilidad, cooperación, iniciativa y creatividad.

Es para mi motivo de satisfacción el informarle que su supervisor certificó que su trabajo durante este período fue satisfactorio y le hemos concedido la permanencia, efectiva en la fecha mencionada en el asunto.

A nombre del Secretario de Transportación y Obras Públicas y en el mío propio la felicito. Confío en que continuará aportando efectivamente al logro de las encomiendas programáticas de este Departamento.

Cordialmente,

Carmen Z. Díaz Soto
Directora,
Oficina de Recursos Humanos

APARTADO 41269, SAN JUAN, PUERTO RICO 00940-1269 • TEL. (787) 722-2929  FAX: (787) 728-8963