Urb. Alturas del Cafetal
B-15 Calle Anturio
Yauco, Puerto Rico, 00698

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767