RECEIVED & FILED

**May 20, 2020**

2020 JUN 19 AM 8: 26

CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN, P.R.

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

**Case No. 17 BK 3283-LTS, In re: The financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico, et al.**

**Claim number 125349**

To whom it may concern

This letter intends to file a response to the Omnibus objection.

The objection to Proof of claim basically it's based on Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

The entire objection is based on a false statement. The nature of the obligation its the Romerazo Act, law number 89 from July 12, 1979 of Puerto Rico. Its money that the Government of Puerto Rico owe to me.

The government have all the info they need to proof that they owe me money. They approved that law and they manage the ERS. I was a Teacher, the Education Department have all my info too. The Commonwealth of Puerto Rico have all the information available to know my claim is valid and with due diligence they can find it.

The ERS have all my information on their Systems.

The objection of the Omnibus is unfair to all the people, including myself, because my claim is based on the law of Puerto Rico. I never received any kind of money that the law gave me rights to it. The Omnibus have an objection and by that means they think that the Government of Puerto Rico don't need to add the Department of Education retirees teachers retirement plan to the PROMESA based bankruptcy of Puerto Rico.

Sincerely,


**Nilda M. Mendez Rodríguez**

**PO Box 566**

**Añasco, Puerto Rico 00610-0566**