Prof. Nilda Méndez Rodríguez
Box 566
Añasco, P.R. 00610

RECEIVED & FILED
2020 JUN 19 AM 8:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico, 00918-1767

U.S. POSTAGE PAID
FCM LETTER
ANASCO, PR
00610
JUN 15, 20
AMOUNT
$4.10
R2305K131934-03



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®