Fecha. 13 de abril de 2020

Nombre.. Sr. Angel Roque Ortíz

Dirección Residencial.. Urb. Quintas del Sur
    Calle 9 J-9
    Ponce, Puerto Rico 00728

Dirección Postal…. Urb. Quinta del Sur
    Calle 9 J-9
    Ponce, Puerto Rico 00728

Telefono de contacto .. 1-787-593-7346

A---Tribunal de Distrito de los Estado Unidos
    San Juan, puerto Rico.

B---Deudor... Commonwealth of puerto Rico

C---Procedimiento...17 BK 03283- LTS

D---Titulo de la Objeción Global---Centesima Cuadragesima Primera Objecion Global

E.--- Num. De Reclamación--- 108734

Yo Angel Roque Ortíz reclamo lo que en derecho tengo a reclamar por los años trabajados en el Sistema de Gobierno del Estado Libre Asociado de Puerto Rico. En dichos años se aprobaron leyes concediendo beneficios y aumentos salarial a la clase trabajadora de país , los cuales no me fueron concedidos. En mi caso lo siguiente:

Ley que fue aprobadas..
    Ley # 164 ---del 12 de julio de 2003—efectiva el 1 de enero de 2004
        $100.00 mensuales
        Importe reclamado adeudado $14,600
        Fecha…. Desde enero 2004 a junio 2018

Total de monto de la reclamación---- $14,600

Sr, Angel Roque Ortíz
    Urb. Quitas del Sur
    Calle 9 J--9
    Ponce, Puerto Rico 00716

*Angel Roque Ortíz* (signature)

RECEIVED & FILED
2020 JUN 19 AM 8: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.