Sr. Angel Roque Ortiz
Urb. Quitasdel Sur
Calle 9 J.9
Ponce, Puerto Rico 00716

Secretaria [ Clerk's Office )
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan , Puerto Rico 00918- 1767

RECEIVED & FILED
2020 JUN 19 AM 8:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR