15 DE JUNIO de 2020

RECEIVED &
2020 JUN 19 PM 3:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

RE: CASO E. L. A. # DE QUIEBRA: 17-BK-3283-L. T. S.

DE: Luz Neida Negrón Rodríguez

SS 2723

P.O. Box 96

Salinas, P. P. 00751

Para: Hon. Laura Taylor Swain

Juez Tribunal de Distrito de P.R.

150 Carlos Chardón Street

Federal Building-office 150

San Juan, P. R. 00918-1767

Por este medio hago constar que NO estoy de acuerdo con la Moción Conjunta debido a que no me ofrece información suficiente sobre la misma.