Luz N. Negron ?0
PO Box 96
Salinas, P.R. 00751

7019 2970 0000 2416 1542

U.S. POSTAGE PAID
FCM LETTER
SALINAS, PR
00751
JUN 17 20
AMOUNT
$6.95
R2305K135343-04

RECEIVED
2020 JUN 19 PM 3:17
CLERK'S OFFICE
U.S. DISTRICT COURT
HATO REY, PR

Hon. Laura Taylor Swain
Juez Tribunal di Distrito de P.R.
150 Carlos Chardon Street
Federal Building - office 150
S.J. PR 00918-1767

00918-170625