6-19-2020

De: Angélica Rohena Monzón

Caso: 17 BK 03283
Reclamación: #15 02 54
Deudor: El Estado Libre Asociado de Puerto Rico

RECEIVED & FILED 2020 JUN 23 AM 8:03 CLERK'S OFFICE US DISTRICT COURT SAN JUAN PR

A: -Secretaria:
   Tribunal de Distrito de los Estados Unidos
   -Abogado de la Junta de Supervisión
   -Abogado del Comité de Acreedores

Asunto:
   Monto de la reclamación alegada
   $67,000

Por este medio yo, Angélica Rohena Monzón me comunico con ustedes, para solicitarles que esta notificación sea incluida o añadida a mis documentos enviados, de la Reclamación de la Ley Promesa.

Gracias por su atención

Angélica Rohena Monzón