

Angelica Rohena Monzon
158 Tara Ln
Haines City, FL 33844-9282

TAMPA FL 335
SAINT PETERSBURG FL
19 JUN 2020 PM 8 L

RECEIVED & FILED
2020 JUN 23 AM 8 03
CLERK'S OFFICE
U.S. DIST. PR. COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767