6-19-2020

De: Luis A. Rivera Martinez
Caso: # 17 BK 03283 LTS
Reclamación: # 155952
Deudor: Estado Libre Asociado de Puerto Rico

A: Abogado de Junta de Supervisión
Abogado de Comité de Acreedores
Secretaría: Tribunal de Distrito de los Estados Unidos

Asunto: Monto de reclamación alegada, aproximadamente $67,000.00

Por este medio, yo Luis A. Rivera Martinez me estoy comunicando con ustedes, para solicitar que ésta información sea añadida a los documentos ya entregados de la ley PROMESA.

Gracias por su atención
Luis A. Rivera Martinez

RECEIVED & FILED 2020 JUN 23 AM 8:03 CLERK'S OFFICE US DISTRICT COURT SAN JUAN, PR