Luis A. Rivera
158 Tara Ln.
Haines City, FL. 33844

Case:17-03283-LTS Doc#:13491-1 Filed:06/23/20 Entered:06/24/20 13:30:35 Desc: Envelope Page 1 of 1

SAINT PETERSBURG FL
19 JUN 2020 PM 4 L

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 JUN 23 AM 8:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918@9999