Reclamante: Angel Alfonso Pérez Oliveras

Número de Procedimiento: 17BK 3283-LTS

Número de Reclamación: 51983

Reclamación del dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde agosto de 1970 hasta enero de 1997 como maestro de ciencias - nivel secundaria, en la Escuela Jardines de Ponce en Ponce, P.R. Estado Libre Asociado de Puerto Rico. (Departamento de Educación).

| # | Reclamación | Cantidad adeudada |
|---|---|---|
| ① Ley 124 - Julio 1973 - Aumento de Sueldo | | $28,800 |
| ② Ley 89 - Julio 1979 - Retribución uniforme | | $21,61 |
| ③ Ley 89 - Julio 1995 - Romerazo | | $2,40 |
| ④ Ley 134 - 1996 - Aportación Acumulada de Retiro | | $1,20 |
| | Total: | $54,00 |

Así como otras leyes, que me apliquen y no se me otorgó la compensación adecuada.

Muy agradecida por su atención a esta reclamación.

Atentamente,

x Angel Alfonso Pérez Oliveras

Angel Afonso Pérez Oliveras

Re: Pérez Oliveras, Angel Alfonso

Celular: 787-237-4700

Dirección: HC 7 Box 32091 Juana Díaz, PR 00795

Número de Reclamación 51983

Fecha de presentación:

Deudor: Commonwealth of Puerto Rico

Por este medio le estoy añadiendo a mi reclamación número 51983, presentada el 17 de junio de 2020 lo siguiente:

① Evidencia de que trabajé para el Departamento de Educación, Estado Libre Asociado de Puerto Rico, en la Escuela Jardines de Ponce, como maestro de Ciencias - Nivel secundaria, desde agosto de 1970 hasta enero de 1997. (ver evidencia adjunta.)

② El monto de dinero adeudado en mi reclamación es de $54,000.

Favor de enmendar mi reclamación con los cambios aquí indicados.

Muchas gracias,

x _Angel Alfonso Pérez Oliveras_
Angel Alfonso Pérez Oliveras
Fecha: 17 de junio de 2020

RÉPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Angel Alfonso Pérez Oliveras

Dirección: HC 7 Box 32091
Juana Díaz, PR.
00795

Teléfono: 787-237-4700

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo

#49762 - Ley #89 - Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995
Ley 134 - Aportación Acumulativa de Ret. 1996
#94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004
Ley # 124 (1973) Aumento de sueldo - efectiva Julio 1973
Ley # 89 (1979) Retribución uniforme - efectiva Julio 1979

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

Ley 89 Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995
Ley 134 Aportación Acumulativa de Ret. 1996
Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley 124 - Aumento Sueldo de Julio 1973

Ley #89 (1979) Retribución uniforme - efectiva Julio 1979

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación de Puerto Rico desde el _ de Agosto de 1979 hasta el _ de enero de 1999. años) de labor como Maestro de Ciencias - nivel secundaria - Escuela Jardines de Ponce, Ponce, PR Estado Libre Asociado de Puerto Rico. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo:

(1) Verificación de Empleo en el Departamento de Educación del Estado Libre Asociado de Puerto Rico.

Debido a la reciente situación de emergencia por terremotos en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

x_Angel Alfonso Pérez Oliveras_

Angel Alfonso Pérez Oliveras

Teléfono: 787-237-4700

2