Angel A. Pérez Olivera
HC 7 Box 32091
Juana Diaz, PR
00795



U.S. POSTAGE PAID
COTO LAUREL, PR
00780
JUN 19, 20
AMOUNT
$1.20
R2305M147983-05

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 JUN 23 AM 8:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR