Re: Vega Zayas, Lydia María
Celular: 787-237-4700
Dirección: HC5 Box 3629 Juana Díaz, P.R. 00795-9998
E-mail: fjrodrive@gmail.com
Número de Reclamación: 89555
Fecha de presentación: 17 de junio de 2020
Deudor: Commonwealth of Puerto Rico

Por este medio le estoy añadiendo a mi reclamación número 89555, presentada el 17 de junio de 2020, lo siguiente:

① Evidencia de que trabajé para El Departamento de Salud, Estado Libre Asociado de P.R., en el Hospital Distrito de Ponce, como Food Service del Departamento de Dietas, desde agosto de 1963 hasta marzo 30, 1994. (Ver copia de evidencia adjunta.)

② El monto de dinero de mi reclamación es de $43,200.

Favor de enmendar mi reclamación con los cambios aquí indicados.

Muchas gracias,
Lydia María Vega Zayas
Lydia María Vega Zayas
Fecha: 17 de junio de 2020

Reclamante: Lydia María Vega Zayas

Número de Procedimiento: 17 BK 3283-LTS

Número de Reclamación: 89555

Reclamación del dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el mes de agosto de 1963 hasta el 30 de marzo de 1994 como Food Service, Departamento de Dietas, Hospital Distrito Ponce, Departamento de Salud, Estado Libre Asociado de P.R.

# Reclamación    Cantidad Adeudada

① Ley 89 - Julio de 1995 - Romerazo
② Ley 109 - Junio, 2008 - Escala Salarial - Paso
③ Ley 96 - Julio, 2002 - Aumento de sueldo
④ Ley 164 - Julio, 2003 - Aumento de sueldo     $25,200
⑤ Ley 124 - Julio, 1973 - Aumento de sueldo     $18,000
⑥ Ley 89 - Julio, 1979 - Retribución de uniforme

Total $43,200

Así como otras leyes aprobadas, que me apliquen y no se me otorgó la compensación adecuada. Muy agradecida por su atención a esta reclamación.

Atentamente,
Lydia María Vega Zayas
Lydia María Vega Zayas

## REPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Lydia María Vega Zayas
Dirección: HC 5 Box 5629
Juana Díaz, PR.
00795-9998

Teléfono: 787-237-4700

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Numero de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo

#49762 - Ley #89 - Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995

#94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004
Ley #24 (1973) Aumento de sueldo efectiva Julio, 1973
Ley #89 (1979) Retribución uniforme efectiva Julio 1979

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

Ley 89 Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley 124 - Aumento sueldo de Julio 1973

Ley # 89 - Retribución uniforme - efectiva Julio 1979

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Salud ~~Educación~~ de Puerto Rico desde el . de Agosto de 1963 hasta el 30 de Marzo de 1994 (31 años) de labor como Food Service - Dpto Dietas, Hospital Distrito - Ponce Departamento de Salud de E.L.A. P.R.

Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~

Se incluyen documentos que evidencian este reclamo:

(1) Verificación de Empleo en el Departamento de Salud del Estado Libre Asociado de P.R.

Debido a la reciente situación de emergencia por terremotos en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

*Lydia María Vega Zayas*

Lydia María Vega Zayas

Teléfono: 787-237-4700

2