Lydia M. Vega
HC5 Box 5629
Juana Díaz, PR. 00795-9998



U.S. POSTAGE PAID
COTO LAUREL, PR
00780
JUN 19, 20
AMOUNT
$1.20
R2305M147983-05

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 JUN 23 AM 8:04
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR