Caras, Puerto Rico
00778

A quién pueda interesar

Este papel es el documento que da evidencia de mi Reclamación de los días por enfermedad. Son 53 días 3 horas 41 minutos que en dinero equivale a $6,837.00 dólares. Se le pagó a otras personas pero a mí no me lo pagaron.

. Incluya tantos detalles como pueda en sus réplicas.

   a. **Sus respuestas deben proporcionar más información que la contenida en la evidencia de reclamos inicial.** Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamo, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamo.

   b. Si está disponible y se aplica a su reclamo, rogamos proporcione, asimismo, lo siguiente:
      - Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
      - Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
      - Notificación por escrito de la intención de radicar un reclamo acompañada de un comprobante de envío; y
      - Toda la documentación que a su criterio justifica su reclamo.

. Si no dispone de una copia de su reclamo, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción global a su reclamo.

## Cuestionario

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

   ☐ **Nombre:** Ivonne Noble Torres
   ☐ **Dirección:** P.O. Box 593 Juncos, Puerto Rico 00777
   ☐ **Número de teléfono:** (787) 662-4686
   ☐ **Dirección de correo electrónico:** ivynoble59@gmail.com

2. **Número de su evidencia de reclamos:** #144662   #145103   #159494

3. Los Deudores se han opuesto a su Evidencia de reclamos porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamo. Marque la casilla con la que guarde relación su Evidencia de reclamos y explique el

2

motivo por el que se opone a la objeción indicando así el fundamento de su reclamo. Adjunte páginas adicionales si fuera necesario.

☐ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

☒ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

_Me jubilé en el 2017 efectivo julio 2017._

Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamo.

4. ¿Cuál es el monto de su reclamo (cuánto alega que se le adeuda)?: **$6,837.00**

_Carrera Magisterial 10,867.50   Días por enfermedad_

*17,704.00 Monto Total Adeudado*

5. **Empleo**. ¿Su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?

☐ No. *Siga con la Pregunta 6.*

☒ Sí. *Responda a las Preguntas 5(a) a (d).*

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:

_Departamento de Educación de Puerto Rico_

5(b). Indique las fechas de su empleo relativo con su reclamo:

_- Días por enfermedad Ley 26-2017 hasta mayo 31, 2017._
_- Carrera Magisterial desde sep 2015 - julio 2017._

5(c). Últimos cuatro dígitos de su número del Seguridad Social: _9963_

5(d). ¿Cuál es la naturaleza de sus reclamos relativos al empleo (marque todas las casillas aplicables)?:

☐ Pensión

☐ Salarios no pagados

☒ Días de licencia por enfermedad

☐ Quejas con sindicato

☐ Vacaciones

☒ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

_- Carrera Magisterial desde sep. 2015 hasta julio 2017._

_- Días por enfermedad hasta mayo 31, 2017._

6. <u>Acción judicial.</u> ¿Su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada?

- ☐ No.
- ☑ Sí. **Responda a las Preguntas 6(a) a (f).**

6(a). Indique el departamento o la agencia que sean parte en la acción.
Departamento de Educación — Asociación de Maestros

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.
Departamento de Educación  P.O. Box 190759 San Juan, P.R. 00919-0759

6(c). Número del caso:
17 BK 3283 LTS

6(d). Título, epígrafe o nombre del caso:
Ley Promesa

6(e). Estado del caso (pendiente de resolución, apelado o finalizado):
Pendiente de resolución

6(f). ¿Tiene una sentencia que no haya sido pagada? (Sí) / No (rodee la opción que proceda)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?
Se le pagó a algunas personas de Puerto Rico y a mi no. La asociación de maestros se le pagó Días por enfermedad. $6,837.00 dólares es el Monto de la deuda.

**FIRME ABAJO SU RÉPLICA**

_Ivonne Noble Torres_
**Firma**

Ivonne Noble Torres
**Deletree su nombre**

16 de junio 2020
**Fecha**

4