

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Oficina de Tiempo, Asistencia y Licencias

15 de octubre de 2019

Sr(a). NOBLE TORRES, IVONNE
Número de empleado **98019**
Programa / Puesto: MA. EDUC. SEC (MATEMATICAS)
Región: HUMACAO
Distrito: LAS PIEDRAS
Escuela: S. U. CLARA M. ARAMBURU

Wilfredo Falcón Negrón
Director Ejecutivo

### INFORME DE LICENCIAS DE ENFERMEDAD AL PERSONAL DOCENTE POR ACUERDO DE LA *LEY 26-2017*

Conforme a nuestros récords de asistencia, usted posee un balance acumulado hasta 5/31/2017 de:

        53 días        3 horas        41 minutos

Todo personal que tenga exceso de los noventa (90) días de licencias de enfermedad acumuladas en el año natural 2016, tiene el derecho de utilizarlos cuando esté enfermo. De igual forma, los días de enfermedad acumulados en el año natural 2017, que puede acumular en exceso de los noventa (90) días se utilizarán cuando esté enfermo no más tarde del 31 de diciembre de 2017. Después del 31 de diciembre de 2017, se perderá el balance en exceso de enfermedad que no haya sido utilizado.

La carta circular del Departamento de Hacienda, *CC-1300-16-1*, establece que solo se pagarán los balances acumulados hasta un tope de 90 días de licencia de enfermedad a todo empleado que haya estado activo en el servicio público por más de 10 años. De tener cualquier reclamación relacionada a sus balances de enfermedad, deberá pasar por las oficinas centrales de la Asociación de Maestros de Puerto Rico.



P.O. Box 190759, San Juan PR 00919-0759 · Tel.: (787)773-3488, 3489

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental, ni por ser víctima de violencia doméstica, agresión sexual o acecho.