Ivonne [illegible]
P.O. Box 593
Juncos, P.R. 00777

Tribunal de Distrito de los Estados Unidos
Rom 150 Federal Building
San Juan, Puerto Rico 00918-1767