UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | PROMESA |
| THE FINANCIAL OVERSIGHT AND | * | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | * | No. 17 BK 3283-LTS |
| As representative of | * | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al, | * | The filing relates to the Commonwealth, HTA, and ERS |
| | * | |
| Debtors | * | |

CLIMANT'S RESPONSE TO DEBTORS' NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EPLOYMENT OR SERVICES PROVIDED

Comes now, Maria M. Carrasquillo Arroyo, a claimant for a debt against the Department of Education of the Commonwealth of Puerto Rico as retired school principal, in pro per, and hereby replies that:

1. That I oppose the Debtors' objection to my claim as I have provided all the information and documents available in my possession as proof of my claim confirming the existence of said debt.
2. That if more documents are expected related to the aforementioned debt, they are in possession of the Debtors and they prevent the claimants from any additional information or documentation than what has already been provided in an attempt to weaken our claim.
3. That I had previously mailed the corresponding response to the Debtors' objection prior to the due date of January 14, 2020 and when I recently called to follow up on the same, I was told it was never received, thus, I am sending this and pray it is considered timely filed as was originally intended with my previous response.

For the reasons provided in this Response, Claimant contends there is a genuine claim against the Commonwealth of Puerto Rico's Department of Education and that any additional information or document needed is in possession of the Debtors and Claimant should be afforded the opportunity to have her claim considered. Claimant respectfully prays the claim be considered in its merits.

Dated June _17_, 2020.                      Respectfully submitted,

*Maria M. Carrasquillo Arroyo*

MARIA M. CARRASQUILLO ARROYO
Claimant
PO Box 164
Arroyo, PR 00714
Tel. 787-432-5659
mariacarrasquilli@gmail.com


I hereby certify that on this date I have mailed original document to the United States District Court – Puerto Rico District, room 150 Federal Building, San Juan, PR 00918-1767; Counsel for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036-8299 A/A: Martin J. Bienenstock, Brian S. Rosen; Counsel for the Creditors' Committee, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, A/A: Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongrartz.