**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Maria I. Carrasquillo Arroyo**, con número de seguro social que termina en **9640**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 31 de julio de 2010 |
| Tiempo Cotizado para la Pensión | 25 años, 6 meses, 1 sem., 1.5 días |
| Pensión Mensual Inicial | $1,658.87 |
| Pensión Mensual Actual | $1,658.87 |

Esta certificación se expide hoy, **27 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro



# DEPARTAMENTO DE EDUCACION
### Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

27 de febrero de 2020

# CERTIFICACION

| | |
|---|---|
| Certifico que | : MARIA M. CARRASQUILLO ARROYO |
| Seguro Social | : |
| Categoría | : DIRECTOR - ESCUELA ELEMENTAL III |
| Distrito Escolar | : GUAYAMA |
| Sueldo Mensual | : $3,670.00 |
| Status | : PERMANENTE |
| Observaciones | : |
| Trabaja | : N/A |
| Cesó | : N/A |
| Renunció | : Efectivo el 31 de julio de 2010 |
| Otros | : Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (25) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

CT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Fecha Radicación: 4-MAYO-10
Fecha Vencimiento: 29-oct-10

## INFORME RENTA ANUAL VITALICIA

de Caso: 0949

CARRASQUILLO ARROYO MARIA M.
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social: 9640

Sexo: ☑ Femenino  ☐ Masculino

Fecha Nacimiento: 9-MARZO-1951

Categoría y Pueblo: DIR. ELEM III - GUAYAMA

Retiro Ley Núm.: Ley 91 del 2004

Dirección Postal: PO BOX 164
ARROYO PR 00714

Tipo de Renta (Pensión):
☑ Años de Servicio y Edad   ☐ Edad   ☐ Diferida
☐ Incapacidad Ocupacional   ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta | |
|---|---|---|---|---|
| Años / Meses / Días | Años / Meses / Sem / Días | | Mensual | Anual |
| 59 / 4 / 22 | 25 / 6 / 1 / 1.5 | $ 61,665.29 | $ 1,658.87 | $ 19,906.44 |

Fecha de Renuncia: 30-jul-10
Último Día de Pago: 30-jul-10
Fecha Efectividad Pensión: 31-jul-10
Cierre de Nómina: 27-oct-10
Fecha Primer Pago Pensión: 15-Nov-10
Importe $ 1,658.87
Pago Global Retroactivo: Desde 31-jul-10 Hasta 31-oct-10 Importe Total $ 5,030.12

### DESGLOSE DE DESCUENTOS

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 5,030.12 | $ 1,658.87 |
| Menos Descuentos: | Descuento | Descuento |
| Préstamos:  Clave | | |
| Personal (PP)  47-000 | | |
| Cultural (PC)  45-000 | | |
| Hipotecario (PH)  36-000 | | |
| Finanzas  67-059 | | |
| Aport. Individual 9% (Clave 26-001) | 974.79 | 324.93 |
| ASUME | | |
| Otros | | |
| Importe Neto | $ 4,055.33 | $ 1,333.94 |

Bonos:
☐ Bono Verano (PBV)   ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

JORGE I. ROHENA GOTAY — Nombre del Empleado   Firma   Fecha: 13-oct-2010

NORMA I. PEÑA AGOSTO — Nombre Supervisor   Firma   Fecha: 17/oct/10

### PREINTERVENCIÓN DE DOCUMENTOS

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☑ Otros

OCT 14 2010

### USO DIRECTOR(A) ÁREA RETIRO

Aprobado por: IVONNE L. ORTIZ VALLADARES
Nombre Director(a) o Representante Autorizado
Firma   Fecha: 14/oct/10

### USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina Mes: 11  ☑ 1ra ☐ 2da
Nómina Pago Global Mes: NOV  ☑ 1ra ☐ 2da
☐ Off Cycle  ☐ Pay Line

Nombre Empleado   Firma   Fecha: 18/oct/10
Nombre Empleado: Pedro Juan Pizarro Sánchez   Firma   Fecha: 26 oct. 2010
Juan Agosto Castro — Nombre Supervisor   Firma   Fecha: 4-Noviembre-2010

25 OCT 2010

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.