From: MARIA M CARRERO QUICCO ARROYO
P.O. Box 164
ARROYO, Pto Rico 00714

Case:17-03283-LTS   Doc#:13495-2   Filed:06/23/20   Entered:06/24/20 14:06:17   Desc: Envelope   Page 1 of 1

CERTIFIED MAIL
7019 1640 0000 8619 0219

U.S. POSTAGE PAID
FCM LG ENV
ARROYO, PR
00714
JUN 17, 20
AMOUNT
$7.60
R2305K131158-08

RECEIVED & FILED
2020 JUN 23 PM 3:23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

TO: Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-1767