UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

SECOND NOTICE OF PROPOSED AMENDMENT TO TWELFTH
AMENDED NOTICE, CASE MANAGEMENT AND ADMINISTRATIVE
PROCEDURES TO INCLUDE OMNIBUS HEARING DATES THROUGH DECEMBER 2021

As initially stated in the *Notice of Proposed Amendment to Twelfth Amended Notice, Case Management and Administrative Procedures to Include Omnibus Hearing Dates Through December 2021* (Docket Entry No. 13444), the Court intends to amend the *Twelfth Amended Notice, Case Management and Administrative Procedures*, dated June 6, 2020 (Docket Entry No. 13383) applicable in these jointly administered Title III proceedings to include scheduled dates for Omnibus Hearings through December 2021. Having considered the *Partial*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Objection to Notice of Proposed Amendment to Twelfth Amended Notice, Case Management and Administrative Procedures to Include Omnibus Hearing Dates Through December 2021 (ECF No. 13444)* (Docket Entry No. 13477), the Court proposes the following dates:

- 9:30 a.m. (Atlantic Standard Time) on the 27th day of January, 2021;
- 9:30 a.m. (Atlantic Standard Time) on the 10th day of March, 2021;
- 9:30 a.m. (Atlantic Standard Time) on the 28th day of April, 2021;
- 9:30 a.m. (Atlantic Standard Time) on the 16th day of June, 2021;
- 9:30 a.m. (Atlantic Standard Time) on the 4th day of August, 2021;
- 9:30 a.m. (Atlantic Standard Time) on the 6th day of October, 2021;
- 9:30 a.m. (Atlantic Standard Time) on the 3rd day of November, 2021 (only if necessary); and
- 9:30 a.m. (Atlantic Standard Time) on the 15th day of December, 2021.

Any party in interest having an objection to the above proposed Omnibus Hearing dates shall file such objection by **June 29, 2020, at 5:00 p.m. (Atlantic Standard Time)**.

SO ORDERED.

Dated: June 24, 2020

/s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN  
United States District Judge