UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS AND<br>TRANSPORTATION AUTHORITY, | |
| Debtor. | |

------------------------------------------------------------x

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

    as representative of

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA"); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

THE COMMONWEALTH OF PUERTO RICO,

    Plaintiff,

        -v-

AMBAC ASSURANCE CORPORATION et al.,

    Defendants.

Adv. Proc. No. 20-003-LTS

-----------------------------------------------------------x

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,

    Plaintiff,

        -v-

AMBAC ASSURANCE CORPORATION et al.,

    Defendants.

Adv. Proc. No. 20-004-LTS

-----------------------------------------------------------x

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,

    Plaintiff,

        -v-

AMBAC ASSURANCE CORPORATION et al.,

    Defendants.

Adv. Proc. No. 20-005-LTS

-----------------------------------------------------------x

<u>Bridge Order Modifying Schedule Regarding Motions for Partial Summary Judgment</u>

        The issues raised in connection with the preliminary hearing in the lift stay motion proceedings relating to revenue bonds remain under advisement. The deadlines set forth in the *Order Modifying Schedule Regarding Motions for Partial Summary Judgment* (Docket

Entry No. 13116 in Case No. 17-3283, Docket Entry No. 805 in Case No. 17-3567, Docket Entry No. 61 in Adversary Proceeding No. 20-003, Docket Entry No. 59 in Adversary Proceeding No. 20-004, and Docket Entry No. 72 in Adversary Proceeding No. 20-005, the "Scheduling Order"), are hereby modified as follows:

1. The parties are directed to meet and confer on or before **July 3, 2020**, regarding the effect of any rulings with respect to the Lift Stay Motions on the limited summary judgment motions in Adversary Proceeding Nos. 20-003, 20-004, and 20-005, authorized by paragraph 2 of the Court's March 10, 2020, *Final Case Management Order for Revenue Bonds* (Docket Entry No. 12186 in Case No. 17-3283, the "Revenue Bond Order");[2] and

2. Responses to the motions for partial summary judgment shall be filed on or before **July 9, 2020, at 5:00 p.m. (Atlantic Standard Time)**.

All other dates, deadlines and terms set forth in the Revenue Bond Order and the Scheduling Order shall remain in effect until further order of the Court.

SO ORDERED.

Dated: June 24, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Revenue Bond Order.