UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------------- x
                                                                       :
In re:                                                                 :
                                                                       :
THE FINANCIAL OVERSIGHT AND                                            :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                      :  Title III
                                                                       :
      as representative of                :  Case No. 17-BK-3283 (LTS)
                                                                       :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                              :  (Jointly Administered)
                                                                       :
      Debtors.[1]                         :
----------------------------------------------------------------------- x

### VERIFIED STATEMENT OF INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

      International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) (the "UAW") states as follows:

      1.      The UAW submits that Rule 2019 of the Federal Rules of Bankruptcy Procedure does not require UAW to file this Statement.  Nevertheless, the UAW is filing this Statement out of an abundance of caution, and in doing so, the UAW is not waiving, and is instead expressly reserving, its position that a Rule 2019 statement on its part is not required either by Rule 2019 or this Court's June 8, 2020 *Twelfth Amended Notice, Case Management and Administrative Procedures* order [Docket No. 13383-1].

---

[1]    The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

1

2.     The UAW is an international labor union that represents more than 400,000 public-sector and private-sector employees in the United States, Puerto Rico and Canada.  The UAW's disclosable economic interests against the Title III Debtors are set forth herein.

3.     The UAW is acting in these Title III proceedings on behalf of its affiliated locals in Puerto Rico and its members employed by the Title III Debtors.  The UAW, together with these affiliated local unions, are collective bargaining representatives for more than 4,000 of their members employed by the Title III Debtors.  The UAW and its affiliated local unions are also parties to collective bargaining agreements ("CBAs") governing their members' terms and conditions of employment with the Title III Debtors.

4.     The UAW asserts the following categories of disclosable economic interests against the Title III Debtors on behalf of itself, its affiliated local unions, and those employees of the Title III Debtors with respect to whom the UAW and these affiliates serve as collective bargaining representatives:  (1) against the Commonwealth of Puerto Rico ("Commonwealth"):  grievances, grievance settlements and arbitration awards related to breach of the CBAs and/or applicable labor and employment laws (presently estimated to be in the aggregate magnitude of between $1 million and $10 million), and (2) against the Commonwealth and against the Employee Retirement System:  accrued pension obligations (in the aggregate magnitude of greater than $10 million) due, *inter alia*, under the laws of the Commonwealth and the terms of the Title III Debtors' various employee benefit plans, whether or not those plans are subject to any CBA.  To the extent the UAW, its affiliated local unions and/or the aforementioned individual employee-members are due payment of any amount(s) under any CBA to which the UAW is a party, or are due any other performance under any of these CBAs, the UAW notes that none of these CBAs have been rejected under PROMESA or Section 365 of

2

the Bankruptcy Code, and that the Title III Debtors have so far indicated that they will not seek rejection of any CBA to which the UAW is a party.  Therefore, the UAW submits that absent any such rejection, all payments and performance under its CBAs will "be binding on the debtor even after a discharge is granted.  The nondebtor party's [UAW's] claim will therefore survive the bankruptcy proceeding."  *NLRB v. Bildisco & Bildisco*, 465 U.S. 513, 546 n. 12 (1984) (citations omitted).

5.      Other than those described in the preceding paragraph, the UAW does not assert any disclosable economic interests of its own against any of the Title III Debtors.

6.      The UAW has had the disclosable economic interests described above on May 9, 2019 and on the date of this filing.

7.      The UAW reserves the right to amend this Statement.

8.      The undersigned, Niraj Ganatra, General Counsel of the UAW, hereby verifies that this Statement is true and accurate to the best of his knowledge, information, and belief.

Executed this 25th day of June 2020

_____
Niraj Ganatra, General Counsel
International Union, United Automobile,
Aerospace and Agricultural Implement Workers
of America (UAW)
8000 East Jefferson Avenue
Detroit, Michigan 48214

Dated:  June 25, 2020

Respectfully submitted,

/s/ *Peter D. DeChiara*

Richard M. Seltzer
Peter D. DeChiara
Marie B. Hahn
COHEN, WEISS AND SIMON LLP
900 Third Avenue
New York, New York 10022-4869
Tel.:  (212) 563-4100
Fax:  (646) 473-8216
rseltzer@cwsny.com
pdechiara@cwsny.com
mhahn@cwsny.com

/s/ *Miguel Simonet-Sierra*

Miguel Simonet-Sierra, Esq.
MONSERRATE, SIMONET & GIERBOLINI, LLC
101 Ave. San Patricio
Maramar Plaza, Suite 1120
Guaynabo, Puerto Rico 00968
Tel.: (787) 620-5300
msimonet@msglawpr.com

Attorneys for International Union United
Automobile, Aerospace and Agricultural Implement
Workers of America (UAW)

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of June 2020, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF System which will notify all counsel of

record and caused to be mailed or emailed a copy, as provided in the Case Management and

Administrative Procedures order in this case.

/s/ *Marie B. Hahn*

Marie B. Hahn

5