(1) CLERK OFFICE

United States District Court
Room 150 Federal Bldg
San Juan PR 00918-1767
June 15 2020

Civil No 15-2433

Obe E, Johnson
Plaintiff-Appliant

VS

Luis I muniz police #29800 CIC Robo Estado
Libre Asociado de puerto rico,
Defendants Appellees

Motion to inform The District Court or Honorable Judge Laura Taylor Swain, that the united states Court of Appeals For The First Circuit they got it wrong the above case also to be excluded From PromESA

To the honorable Court, or Honorable Judge Laura Taylor Swain

Come now plaintiff-Appliant Obe E, Johnson and before this Honorable Court respectfully states alleges and prays as follows

Facts November of 2014, I filed a lawsuit against Agent Luis I muniz police #29800, and the case was on has already been appealable, within the united States Court of appeals for the First Circuit and the Honorable First Circuit Court decision or conclusion was a Great Error, after I do analyze

... ... ... ...

This law-suit was transferred from the united States District Court for the Eastern District

②

of Pennsylvania to the District Court of Puerto Rico on November 21 2014

Legal Citation or Argument

Agent Luis I Muniz Police #29800 CIC robo of the Commonwealth of Puerto Rico, and the remedy against the United States provided by 28 USCS 1346(b) and 2672 for injury or loss of property or personal injury or death arising or resulting from the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment is exclusive of any other civil action or proceeding for money damage by reason of the same subject matter against the employee whose act or omission gave rise to the claim or against the estate of such employee, Any other civil action or proceeding for money damages arising out of or relating to the same subject matter against the employee or the employee's estate is precluded without regard to when the act or omission occurred. 28 USCS 2679(b)(1)

All of these allegation I do claim against police Luis I Muniz leading to a wrongful armed robbery conviction, and due to this negligent I Loss my Company
The criminal proceeding was and have already been terminated in my favor, after the Puerto Rico Supreme Court granted a certiorari on the 25th of January of 2008, the Judgment come to an end,



relief — plaintiff Appellante Ose E. Johnson seek to be compensated the amount of $25 million dollar money damage for the loss of my company

relief — I expressly seek relief from the Automatic stay from promesa law in all case listed below including Habeas Corpus

relief — Case Captioned Johnson vs Porrate-Doria case No 14-1841

relief — Habeas Corpus

relief — on case that has already been appealable Ose E Johnson plaintiff-Appellant vs Luis I muniz police #29800, C.I.C-rojo Estado Libre Asociado de puerto rico, I seek relief from the Automatic stay from promesa law, all the above case listed to be exclude from promesa I should be compensated separately for every law-suit filed,

This another an addition case this Honorable Court should hear

dated June 15 of 2020

Respectfully Submitted
Ose E. Johnson
Guayama Correctional Complex
P.O. Box 10005 AB-033
Guayama PR 00785-0000