Ose E. Johnson
Guayama Correctional Complex
P.O. Box 1000-5 AB-033
Guayama PR 00785-0000

Clerk's Office
United States District Court
Room 150 Federal Bldg
San Juan PR 00918-1767