CM/ECF LIVE - U.S. District Court for the District of Puerto Rico-Display Receipt          Page 1 of 1
Case:17-03283-LTS   Doc#:13510-3   Filed:06/26/20   Entered:06/30/20 10:04:16   Desc:
Order filed in 3:14-cv-01867-FAB   Page 1 of 1

## United States District Court

### District of Puerto Rico

**Notice of Electronic Filing**

The following transaction was entered on 6/26/2020 at 5:12 PM AST and filed on 6/26/2020

**Case Name:**       Johnson v. Muniz et al

**Case Number:**     3:14-cv-01867-FAB

**Filer:**

**WARNING: CASE CLOSED on 09/28/2015**

**Document Number:** 61(No document attached)

**Docket Text:**
**ORDER re [60] Informative Motion: NOTED. This motion must be presented in the Commonwealth's PROMESA Title III Bankruptcy Case pending before Judge Laura Taylor Swain. Signed by Judge Francisco A. Besosa on 06/26/2020. (brc)**