Vanessa Roche
HC-03 Box 15731
Camo P.R. 00169

Clerk's Office
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan P.R. 00918-

SAN JUAN PR 009
25 JUN 2020 PM 1 L

RECEIVED & FILED
2020 JUN 26 PM 5:11
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, PR