Formulario 480.7C / Form Rev. 07.19

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury
DECLARACIÓN INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES

F1585317888

AÑO CONTRIBUTIVO / TAXABLE YEAR: 2019
Enmendado - Amended: ( / / )

Número de Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number

### INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION
Núm. de Identificación Patronal - Employer Identification No.: 66-0433481
Nombre - Name: ADMINISTRACION DE SISTEMAS DE RETIRO
Dirección - Address: PO BOX 42003, SAN JUAN PR 00940-2003

### INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION
Seleccione un encasillado - Select one box:
[X] Residente / Resident
[ ] No Residente Ciudadano de E.U. / Nonresident U.S. Citizen
[ ] No Residente Extranjero / Nonresident Alien

Núm. de Identificación - Identification No.: REDACTED 6051
Nombre - Name: OBDULIA ALICEA DAPENA
Dirección - Address: HC 3 BOX 15441, JUANA DIAZ PR 00795-9866

### INFORMACIÓN DEL PLAN - PLAN'S INFORMATION
Núm. de Identificación Patronal - Employer Identification No.: 66-0433481
Nombre del Plan - Name of Plan: ADMINISTRACION DE SISTEMAS DE RETIRO
Nombre de quien auspicia el plan - Plan sponsor's name: ADMINISTRACION DE SISTEMAS DE RETIRO

Fecha en que comenzó a recibir la pensión / Date on which you started to receive the pension:
Día/Day 1   Mes/Month 1   Año/Year 1998

**Forma de Distribución - Form of Distribution:**
[ ] Total / Lump Sum   [ ] Parcial / Partial   [X] Pagos Periódicos / Periodic Payments

**Tipo de Plan o Anualidad - Plan or Annuity Type:**
[X] Gubernamental / Governmental   [ ] Privado Calificado / Qualified Private   [ ] No Calificado / Non Qualified   [ ] Anualidad Fija / Fixed Annuity   [ ] Anualidad Variable / Variable Annuity

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | Amount |
|---|---|---|---|
| 1. Aportación Vía Transferencia / Rollover Contribution | | 16. Cantidad Distribuida / Amount Distributed | 6,300.00 |
| 2. Distribución Vía Transferencia / Rollover Distribution | | 17. Cantidad Tributable / Taxable Amount | 6,000.00 |
| 3. Costo de la Pensión o Anualidad / Cost of Pension or Annuity | 9,630.00 | 18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was Made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | |
| 4. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 0.00 | | |
| 5. Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales - Tax Withheld from Periodic Payments of Qualified or Governmental Plans | 0.00 | 19. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| 6. Contribución Retenida sobre una Distribución Total (20%) / Tax Withheld from Lump Sum Distributions (20%) | | 20. Ingresos Exentos / Exempt Income | 300.00 |
| 7. Contribución Retenida sobre una Distribución Total (10%) / Tax Withheld from Lump Sum Distributions (10%) | | 21. Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | |
| 8. Contribución Retenida sobre Distribuciones de Planes No Calificados - Tax Withheld from Distributions of Non Qualified Plans | | | |
| 9. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distributions of Qualified Plans (10%) | | A. Exentas / Exempt | 0.00 |
| 10. Contribución Retenida sobre Anualidades / Tax Withheld from Annuities | | B. Tributables / Taxable | 0.00 |
| 11. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | | C. Cantidad sobre la cual se Pagó por Adelantado / Amount over which a Prepayment was Made | 0.00 |
| 12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) / Tax Withheld from Distributions of the Retirement Savings Account Program (10%) | | D. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| | | E. Total (Sume líneas 21A a la 21D) / Total (Add lines 21A through 21D) | 0.00 |
| 13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | | 22. Contribución Retenida sobre Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Income Tax Withheld on Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | 0.00 |
| 14. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresident's Distributions | | 23. Código de Distribución / Distribution Code | A |
| 15. Contribución Retenida sobre Otras Distribuciones / Tax Withheld from Other Distributions | | Razones para el Cambio / Reasons for the Change | |

Número de Cuenta / Account Number: REDACTED 6051
Número de Control / Control Number: 190022998
Número de Control de la Declaración Informativa Original / Control Number of Original Informative Return:

FECHA DE RADICACIÓN: 28 DE FEBRERO O 30 DE AGOSTO, SEGÚN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCTIONS

ENVÍE ELECTRÓNICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RÉCORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.
ADMINISTRACION DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y JUDICATURA

Reclamante: Obdulia Alicea Dapena
Número de Procedimiento: 17 BK 3283-LTS
Número de Reclamación: ―――

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde 16 de julio de 1971 hasta el 31 de diciembre-1997, como Supervisora II - Dietas - Municipio Autónomo - Ponce en el Hogar Geriátrico - Los Diamantes - Ponce del Estado Libre Asociado de Puerto Rico.

|   | | Cantidad adeudada |
|---|---|---|
| (1) Ley 124 | Julio 1973 - Aumento Sueldo | $28,800.00 |
| (2) Ley 89 | Julio 1979 - Retribución Uniforme | $21,600.00 |
| (3) Ley 89 | Julio 1995 - El Romerazo | $2,400.00 |
| (4) Ley 134 | 1996 - Aport. Acum. Retiro | $1,200.00 |
|   | Total | $54,000.00 |

Así como otras leyes que me apliquen y no se me otorgó la compensación correspondiente.

Muy agradecida por la atención sobre este asunto.

Atentamente,

_Obdulia Alicea Dapena_
Obdulia Alicea Dapena

## REPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Obdalia Alicea Dapena

Dirección: HC3 Box 15441
Juana Díaz, PR 00795

Teléfono: 787-837-3913

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo

#49762 - Ley #89 - Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995

#94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004
Ley # 89 (1979) Retribución uniforme  "  Julio de 1979
Ley # 124 (1973) Aumento sueldo  "  Julio de 1973
Ley # 134 (1996) Aport. Acum. Retiro  "  1996

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

Ley 89 Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley 124 - Aumento sueldo  Julio 1973
Ley 89 - Retribución uniforme  Julio 1979
Ley 134 - Aport. Acum. Retiro  1996

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el ~~Departamento de Educación~~ *Municipio Autónomo Ponce* de Puerto Rico desde el 16 de *julio* de *1971* hasta el 31 de *diciembre* de *1999*. años) de labor como *Sup-II Dietas Hogar Geriátrico Los Diamantes - Ponce, ELA*

Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo:

*(1) Declaración informativa - Plan de Retiro Municipio Autónomo - Ponce en Hogar Geriátrico Los Diamantes - Ponce - ELA*

Debido a la reciente situación de emergencia por terremotos *y Covid-19* en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

x*Obdulia Alicia Dapena*
Obdulia Alicea Dapena

787-837-3913
Teléfono:

2