Obdulia Alicea

HC 3 Box 15441
Juana Diaz, Puerto Rico
00795



U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
JUN 23, 20
AMOUNT
$1.20
R2305M147983-03
1000     00918

RECEIVED & FILED
2020 JUN 26  AM 9: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767