Reclamante: Rosa E. León Torres

Número de Procedimiento: 17 BK 3283-LTS

Número de Reclamación —

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 1 de agosto de 2002 hasta el presente, como Maestra Bellas Artes (Artes Visuales) K-12 en la Escuela Herminio W. Santaella, Oficina Regional Educativa de Ponce, Departamento de Educación del Estado Libre Asoc. P.R.

|   | | Cantidad Adeudada |
|---|---|---|
| ① | Ley 96 - Julio 2002 - Aumento sueldo | $21,600.00 |
| ② | Ley 164 - Julio 2003 - Aumento sueldo | $20,400.00 |
| ③ | Ley 164 - enero 2004 - Sila M. Calderón | $19,200.00 |
| ④ | Ley 109 - Junio 2008 - Esc. Sal. Pasos | $14,400.00 |
|   | Total | $75,600.00 |

Así como otras leyes que me apliquen y no se me otorgó la compensación correspondiente.

Le agradezco la atención respecto a este asunto.

Atentamente,

Rosa E. León Torres

[Stamp: RECEIVED & FILED 2020 JUN 26 AM 9:03 CLERK'S OFFICE US DISTRICT COURT SAN JUAN, P.R.]

Re: Rosa E. León Torres

Celular: 787-669-5040

Dirección: HC 3 Box 12697
Juana Díaz, PR.
00795

Número de Reclamación: _____

Fecha de Presentación: _____

Deudor: Commonwealth of Puerto Rico

Por este medio le estoy enviando mi reclamación presentada el 23-junio-2020 lo siguiente:

(1) Evidencia de que trabajé para el Departamento de Educación en la Escuela Herminio W. Santaella, Oficina Regional Educativa, Ponce, Departamento de Educación del Estado Libre Asociado de Puerto Rico, como Maestra Bellas Artes (Artes Visuales) K-12, desde el 1 de agosto de 2002 hasta el presente. (ver evidencia adjunta).

(2) El monto adeudado en mi reclamación es de $75,600.00 .

Muchas gracias por la pronta atención.

Cordialmente,

_Rosa E. León Torres_
Rosa E. León Torres

23 - junio - 2020
Fecha:



**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

11 de junio de 2020

A quien pueda interesar:

Certifico que **ROSA E. LEON TORRES**, número de seguro social **XXX-XX-3265** labora en nuestra Agencia desde **1 de agosto de 2002** al **Presente**.

Actualmente, ocupa puesto en calidad de **MA. BELLAS ARTES (ARTES VISUALES) K-12** en **HERMINIO W. SANTAELLA, Oficina Regional Educativa de PONCE** y devenga un salario de **$2,614.17** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Juan Francisco Rivera Aponte
Secretario Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*



P.O. Box 190759, San Juan PR 00919-0759

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

## REPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Rosa E. Leon Torres

Dirección: HC 3 Box 12697
Juana Díaz, Puerto Rico 00795

Teléfono: 787-669-5040

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Numero de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

    Número de las evidencias por reclamo

    #49762 - Ley #89 - Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995

    #94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

    #96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

        Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004

    Ley #164 (2003 Aumento sueldo   " Julio de 2003

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

    Ley 89 Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995

    Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

Ley #164 (2003 Aumento sueldo 1, Julio 2003

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación de Puerto Rico desde el 1 de Agosto de 2002 hasta el ___ de ___ de presente (__ años) de labor como Maestra-Bellas Artes (Artes Visuales) K-12 en Escuela Herminio W Santaella, Oficina Regional Educativa Ponce, Dept. Educ EL

Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo:

- Certificación de Empleo en la Escuela Herminio W Santaella, Oficina Regional Educativa Ponce, Departamento de Educación, Estado Libre Asociado de Puerto Rico.

Debido a la reciente situación de emergencia por terremotos [Covid 19] en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

Rosa E. León Torres

(787) 669-5040

2