Rosa E. León Torres
HC 3 Box 12697
Juana Díaz, P.R.
   00795




U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
JUN 23, 20
AMOUNT
**$1.20**
R2305M147983-03

Clerk's office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
        00918-1767

RECEIVED & FILED
2020 JUN 26 AM 9:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR