Re: Eva León Torres

Celular: 787-450-3227

Dirección: HC3 Box 12697
Juana Díaz, PR.
00795

Número de Reclamación ———

Fecha de Presentación

Deudor: Commonwealth of Puerto Rico

Por este medio le estoy enviando mi reclamación, presentada el 23 de junio de 2020 lo siguiente:

① Evidencia de que trabajé para El Departamento de Educación en la Escuela Ruthford B. Hayes (siglo 21) Oficina Regional Educativa, Ponce como Maestra de Educación Temprana (nivel K-3). Estado Libre Asociado de Puerto Rico; desde el 1 de agosto de 2002 hasta el presente. (Ver evidencia adjunta).

② El monto adeudado en mi reclamación es de $75,600.00.

Muchas gracias por la pronta atención.

Cordialmente,

_Eva León Torres_ (firma)
Eva León Torres

23 de junio de 2020
Fecha

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

11 de junio de 2020

A quien pueda interesar:

Certifico que **EVA Y. LEON TORRES**, número de seguro social **XXX-XX-0146** labora en nuestra Agencia desde **1 de agosto de 2002** al **Presente**.

Actualmente, ocupa puesto en calidad de **MA. EDUC. TEMPRANA (NIVEL ELEM- K-3)** en **RUTHFORD B HAYES (SIGLO 21), Oficina Regional Educativa de PONCE** y devenga un salario de **$2,341.67** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Juan Francisco Rivera Aponte
Secretario Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

REPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Eva León Torres

Dirección: HC 3 Box 12697
Juana Díaz, Puerto Rico 00795

Teléfono: 787-450-3227

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Numero de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo

#49762 - Ley #89 - Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995

#94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004
Ley #164 (2003) Aumento sueldo  '' Julio de 2003

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

Ley 89 Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

Ley # 164 (2003 Aumento Sueldo " Julio 2003

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación de Puerto Rico desde el 1 de agosto de 2002 hasta el de de presente años) de labor como Maestra Educación Temprana (nivel K-3) en Ruthford B Hayes (Siglo 21) Oficina Regional Educativa - Ponce, Estado Libre Asociado de P.R. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo:

Certificacion de Empleo en la Escuela Ruthcford B. Hayes (siglo 21) Oficina Regional Educativa Ponce, Departamento de Educacion del Estado Libre Asociado de Puerto Rico

y Covid-19

Debido a la reciente situación de emergencia por terremotos en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

_____
EVA Y León Torres

787-450-3227
Teléfono

2