Eva León Torres
HC3 Box 12697
Juana Díaz, Puerto Rico 00795





Secretaria Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767