**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**
<u>Transmittal of Record to the Court of Appeals</u>

**DATE: July 1, 2020**

Related BK Case: 17-3283-LTS
　　　　　　　　　17-3567-LTS
Related USCA Case: N/A

**APPEAL FEE PAID ($505): YES _____  NO _____   PENDING   X  **

**CASE CAPTION:** In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO.

**IN FORMA PAUPERIS:**　　　YES _____   NO   X  

**MOTIONS PENDING:**　　　　YES _____   NO   X  

**NOTICE OF APPEAL FILED BY:** AMBAC ASSURANCE CORPORATION

**APPEAL FROM:** Memorandum Order entered on 6/16/2020.

**SPECIAL COMMENTS:**　　Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**Docket Entries: 12569, 12570, 12578, 13447, 13514 in case 17-3283
　　　　　　　　　756, 757, 759, 845, 850 in case 17-3567**

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

　　　　　　　　　　　　　　　　　　　　　　　MARIA ANTONGIORGI-JORDAN, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　　　　　　S/ Marian B. Ramirez-Rivera
　　　　　　　　　　　　　　　　　　　　　　　Marian B. Ramirez-Rivera
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____   s/c:  CM/ECF Parties, Appeals Clerk