SAN JUAN PR 009

23 JUN 2020 PM 1 L

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

Luisa Santa Rivera
PO Box 1096
Vega Alta, PR 00692-1096

RECEIVED & FILED
2020 JUN 26  AM 9: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.