Número de Evidencia de Reclamación:
Reclamante: Nilda L. Sánchez Vega

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. Sus respuestas deben proporcionar **más información** de la que se incluye en la evidencia de reclamación inicial. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo postal o entrega en mano a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. ¿Cuál es el fundamento de su reclamación?

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   
   ☑ Empleo actual o anterior en el gobierno de Puerto Rico
   
   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):
   
   No podemos determinar la cantidad, ya que no tenemos el documento de la acción tomada.

Número de Evidencia de Reclamación: _____
Reclamante: Nilda L. Sánchez Vega

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. *Responda preguntas 3(a)-(d).*

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de Educación de Puerto Rico

3(b). Identifique las fechas de su empleo con relación a su reclamación: Comencé en 1973 y me retiré en 2005.

3(c). Últimos cuatro dígitos de su número de seguro social: _____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales ser necesario).

Ley 180 - 27 de julio 1998 - Costo de vida. No podemos especificar, ya que no tenemos el documento.

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. *Responda Preguntas 4(a)-(f).*

4(a). Identifique el departamento o agencia que es parte de esta acción. Departamento de Educación de Puerto Rico

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pend de resolución: Prime Clerk 830 Third Ave. 9th Floor New York, NY 10022

4(c). Número de caso: 17-03283

4(d). Título, epígrafe, o nombre del caso: Commonwealth of Puerto Rico United States Bankruptcy Court for the District of Puerto Rico (San Juan)

2

18 de junio de 2020.

A quien pueda interesar:

RECEIVED & FILED
2020 JUN 26 AM 9: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Yo, Nilda L. Sánchez Vega, pido disculpas por la tardanza en el envío de los documentos. El encontrarme fuera de Puerto Rico y luego la pandemia del Covid-19 me impidieron enviarlos a tiempo.

Comencé como maestra en el Departamento de Educación de Puerto Rico en el año 1973. Trabajé ininterrumpidamente hasta el año 2005, cuando me acogí al retiro después de servir en el gobierno por 30 años.

De acuerdo a la Ley 80 del 27 de julio de 1998-Costo de vida, me corresponde un dinero al cual tengo derecho y estoy reclamando. Actualmente dependo solamente de mi pensión para cumplir mis obligaciones.

Espero consideren mi caso.

P.D.

Adjunto evidencia

Respetuosamente,

*[signature]*

Nilda L. Sánchez Vega