

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

SANCHEZ VEGA, NILDA
HC 2 BOX 46707

VEGA BAJA PR 00693-94

Certifico que SANCHEZ VEGA, NILDA recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,682.92 equivalente a $20,195.04 anual. Luego de las deducciones recibe la cantidad de $1,595.92 mensual, equivalente a $19,151.04 anual.

Esta certificación se expide hoy 27 de junio de 2018.



Número de Certificación: SRM03P1802976

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico:
http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



787.777.1414    787.759.2883    www.srm.pr.gov

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/16/2020 |
| Hasta: | 03/31/2020 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 6823734 |
| Fecha Aviso: | 03/30/2020 |

**NILDA SANCHEZ VEGA**
HC 5 BOX 46707
VEGA BAJA PR 00693-9661

SS: XXX-XX-8360

| | |
|---|---|
| # Empleado: | XXXXX8360 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,682.92 Monthly |

| | | Federal | PR |
|---|---|---|---|
| DATA IMP: | | | |
| Estado Civil: | | Married | Married |
| Concesiones: | | 0 | 39 +99 |
| Pct. Adcl.: | | | |
| Cant. Adcl.: | | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 841.46 | 487.50 | 5,048.76 |
| Total: | | | 841.46 | 487.50 | 5,048.76 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 47.00 | 282.00 |
| AS-ASOC PENSIONADOS | 1.00 | 6.00 |
| Total: | 48.00 | 288.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 300.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 841.46 | 0.00 | 48.00 | 793.46 |
| Acumulado: | 5,048.76 | 0.00 | 288.00 | 4,760.76 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6823734 | 793.46 |
| Total: | 793.46 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
03/30/2020

**Aviso No.**
6823734

Cant. Deposito: $793.46

TRAY 46 SQ 11726******************SCH 5-DIGIT 00646    11726 2 AV 0.389
NILDA SANCHEZ VEGA
HC 5 BOX 46707
VEGA BAJA PR 00693-9661

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 3107106846 | $793.46 |
| Total: | | $793.46 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Grupo de Pago: SM -Quincenal
Desde: 03/16/2020
Hasta: 03/31/2020

Business Unit: PUERT
Aviso #: 6837003
Fecha Aviso: 03/30/2020

**NILDA SANCHEZ VEGA**
HC 5 BOX 46707
VEGA BAJA PR 00693-9661

SS: XXX-XX-8360

# Empleado: XXXXX8360B
Dept: 592200-BENEFICIARIO LEY 91 2004
Lugar: BENEFICIARIOS LEY 91 2004
Titulo: Beneficiado
Sueldo: $820.62 Monthly

DATA IMP:        Federal    PR
Estado Civil:    Married    Married
Concesiones:     0          39 +99
Pct. Adcl.:
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 410.31 | 487.50 | 2,461.86 |
| Total: | | | 410.31 | 487.50 | 2,461.86 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
* Tributable

## TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Total Bruto | 410.31 | 2,461.86 |
| Total Impuestos | 0.00 | 0.00 |
| Deducciones Totales | 0.00 | 0.00 |
| Paga Neta | 410.31 | 2,461.86 |

**PTO HORAS ACUM**
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

**DISTRIBUCION PAGA NETA**
Aviso #6837003     410.31
Total:             410.31

MENSAJE:

Esta cantidad la recibo por mi esposo fallecido en 2011, José H. Rosado Pacheco # SS 7226. Él también fue maestro del Departamento de Educación de Puerto Rico del 1973 - 2004.
Hice la reclamación por él, pero me la denegaron.
*Nilda S. Sanchez Vega*

Fecha: 03/30/2020
Aviso No. 6837003

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 3107106846 | $410.31 |
| Total: | | $410.31 |

TRAY 46 SQ 11726*****************SCH 5-DIGIT 00646   11726 2 AV 0.389
NILDA SANCHEZ VEGA
HC 5 BOX 46707
VEGA BAJA PR 00693-9661

**NO-NEGOCIABLE**



# CERTIFICACIÓN

Certifico que **Nilda Sánchez Vega** con número de seguro social que termina en 8360 es beneficiaria del **Sistema de Retiro para Maestros**, con fecha del **1 de agosto de 2011**. Recibe una pensión de **$820.62** mensual, equivalente a **$9,847.44** anual; con un neto de **$820.62** mensual.

Esta certificación se expide hoy, 27 de junio de 2018, en San Juan, Puerto Rico.

*[firma]*

Rosanna Navas Rubio
Supervisora
Sala de Servicios de San Juan

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918

P.O. Box 191879
San Juan, PR 00919-1879



787.777.1414    787.759.2882    www.srm.pr.gov