26 de junio de 2020
Yabucoa, Puerto Rico

Estimadas personas:

Reciban un saludo cordial. Para el 1995 me encontraba ejerciendo como maestra en el Jobs Corps y el gobernador Pedro Rosello otorgó un aumento salarial el cual no se me otorgó y del cual me creo acreedora.

Me gustaría me consideraran ya que cumplo con todos los requisitos. Fui maestra con el Departamento de Educación de Puerto Rico por más de 25 años. Actualmente no cuento con pensión ni recursos económicos. La cantidad adeuda es $70,000.00.

Muchas gracias, # caso: 158245.

Mi dirección es:
María de los Ángeles Matos Arroyo
Urb. Reparto Horizonte
Calle 4 B-29
Yabucoa, Puerto Rico 00767-3717

Teléfonos: 787-672-3234 / 787-930-3139