**CN&R**

CANCIO, NADAL & RIVERA, L.L.C.
ATTORNEYS AND COUNSELLORS AT LAW

15 de junio de 2020

Prof. María de los A. Matos Arroyo
Urb. Reparto Horizonte
B-29 Calle 4
Yabucoa, PR 00767-3717

Estimada profesora Matos:

Reciba un cordial saludo.

En ocasión anterior usted compareció a nuestras oficinas para asesoramiento legal en torno a un aumento salarial que otorgó a los maestros el entonces Gobernador Pedro Roselló Nevárez en el año 1995, del cual entendía que era acreedora.

El 4 de diciembre de 2017, le adelantamos una opinión legal mediante misiva, con la información que nos había provisto verbalmente.  No obstante, le solicitamos un narrativo escrito, para asesorarle, según corresponde.  Al presente, no hemos recibido su narrativo.

De conformidad con lo anterior, procederemos con el cierre y archivo de su expediente.

Atentamente,

GUSTAVO R. CARTAGENA CARAMÉS

29590.022