María de los Ángeles Parés Arroyo
Urb. Reparto Horizonte
Calle 4 B-29
Yabucoa, P.R. 00767-317

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

00919-176767

RECEIVED & FILED
2020 JUN 26 AM 9:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

22 JUN 2020 PM 1 L

FOREVER / USA