*Número de Evidencia de Reclamación:* 40289 ?2

*Reclamante:* Nilda L. Sánchez Vega

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

2020 JUN 26 AM 9:48

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. Sus respuestas deben proporcionar **más información de la que se** incluye en la evidencia de reclamación inicial. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por correo postal o entrega en mano a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

   □ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ● Empleo actual o anterior en el gobierno de Puerto Rico

   □ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   No podemos precisar la cantidad, ya que no tenemos el documento de la acción tomada.

*Número de Evidencia de Reclamación:*

*Reclamante:* Nilda L. Sanchez Vega

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐ No. *Pase a la Pregunta 4.*

   ☒ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
Departamento de Educación de Puerto Rico

3(b). Identifique las fechas de su empleo con relación a su reclamación:
Comencé en 1973, me retiré en 2005

3(c). Últimos cuatro dígitos de su número de seguro social: 8360

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación

   ☒ Salarios impagos

   ☐ Días por enfermedad

   ☐ Queja con el sindicato

   ☐ Vacaciones

   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales ser necesario).

Sistema de Retiro - no podemos especificar, ya que no tenemos el documento de la acción tomada

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☐ No.

   ☒ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción.
Departamento de Educación de Puerto Rico

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pend de resolución: Prime Clerk
830 Third Ave, 9th Floor New York, NY 10022

4(c). Número de caso: 17-03283

4(d). Título, epígrafe, o nombre del caso: Commonwealth of Puerto Rico
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

2



18 de junio de 2020.

A quien pueda interesar:

Yo, Nilda L. Sánchez Vega, pido disculpas por la tardanza en el envío de los documentos. El encontrarme fuera de Puerto Rico y luego la pandemia del Covid-19 me impidieron enviarlos a tiempo.

Comencé como maestra en el Departamento de Educación de Puerto Rico en el año 1973. Trabajé ininterrumpidamente hasta el año 2005, cuando me acogí al retiro después de servir en el gobierno por 30 años.

De acuerdo a la Ley de sistema de Retiro, me corresponde un dinero al cual tengo derecho y estoy reclamando. Actualmente dependo solamente de mi pensión para cumplir mis obligaciones.

Espero consideren mi caso.

P.D.

Adjunto evidencia

Respetuosamente,

Nilda L. Sánchez Vega



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

SANCHEZ VEGA,NILDA
HC 2 BOX 46707

VEGA BAJA PR 00693-94

Certifico que SANCHEZ VEGA,NILDA recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,682.92 equivalente a $20,195.04 anual. Luego de las deducciones recibe la cantidad de $1,595.92 mensual, equivalente a $19,151.04 anual.

Esta certificación se expide hoy 27 de junio de 2018.



Número de Certificación: SRM03P1802976

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☎ 787.777.1414      ☎ 787.759.2883      www.srm.pr.gov

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: SM -Quincenal | Business Unit: PUERT |
| Desde: 03/16/2020 | Aviso #: 6823734 |
| Hasta: 03/31/2020 | Fecha Aviso: 03/30/2020 |

| | | | | |
|---|---|---|---|---|
| **NILDA SANCHEZ VEGA** | # Empleado: XXXXX8360 | DATA IMP: Federal | PR | |
| HC 5 BOX 46707 | Dept: 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: Married | Married | |
| VEGA BAJA PR 00693-9661 | Lugar: A/OS SERVICIO LEY 91 | Concesiones: 0 | 39 +99 | |
| | Titulo: Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-8360 | Sueldo: $1,682.92 Monthly | Cant. Adcl.: | | |

## HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 841.46 | 487.50 | 5,048.76 | | | |
| **Total:** | | | 841.46 | 487.50 | 5,048.76 | **Total:** | 0.00 | 0.00 |

## DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | SM-First Medical Health Plan | 47.00 | 282.00 | SM-First Medical Health Plan | 100.00 | 300.00 |
| | | | AS-ASOC PENSIONADOS | 1.00 | 6.00 | | | |
| **Total:** | 0.00 | 0.00 | **Total:** | 48.00 | 288.00 | * Tributable | | |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 841.46 | 0.00 | 48.00 | | 793.46 |
| Acumulado: | 5,048.76 | 0.00 | 288.00 | | 4,760.76 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6823734 | 793.46 |
| **Total:** | 793.46 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
03/30/2020

**Aviso No.**
6823734

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 3107106846 | $793.46 |
| | **Total:** | $793.46 |

Cant. Deposito: $793.46

TRAY 46 SQ 11726***************SCH 5-DIGIT 00646    11726 2 AV 0.389
NILDA SANCHEZ VEGA
HC 5 BOX 46707
VEGA BAJA PR 00693-9661

NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/16/2020 |
| Hasta: | 03/31/2020 |

| | |
|---|---|
| Business Unit: PUERT | |
| Aviso #: | 6837003 |
| Fecha Aviso: | 03/30/2020 |

**NILDA SANCHEZ VEGA**
HC 5 BOX 46707
VEGA BAJA PR 00693-9661

SS: XXX-XX-8360

| # Empleado: | XXXXX8360B |
|---|---|
| Dept: | 592200-BENEFICIARIO LEY 91 2004 |
| Lugar: | BENEFICIARIOS LEY 91 2004 |
| Titulo: | Beneficiado |
| Sueldo: | $820.62 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. AdcL: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 410.31 | 487.50 | | 2,461.86 |
| Total: | | 410.31 | 487.50 | | 2,461.86 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 410.31 |
| Acumulado: | 2,461.86 |

## TOTAL IMPUESTOS

| | |
|---|---|
| 0.00 | |
| 0.00 | |

## DEDUCCIONES TOTALES

| | |
|---|---|
| 0.00 | |
| 0.00 | |

## PAGA NETA

| | |
|---|---|
| 410.31 | |
| 2,461.86 | |

### PTO HORAS / ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #6837003 | 410.31 |
|---|---|
| Total: | 410.31 |

**MENSAJE:**

Esta cantidad la recibo por mi esposo fallecido en 2011, José H. Rosado Pacheco # SS 7226. Él también fue maestro del Departamento de Educación de Puerto Rico del 1973-2004.
Hice la reclamación por él, pero me la denegaron. *nilda S. Sanchez Vega*

| Fecha | Aviso No. |
|---|---|
| 03/30/2020 | 6837003 |

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 3107106846 | $410.31 |
| Total: | | $410.31 |

TRAY 46 SQ 11726***************SCH 5-DIGIT 00646    11726 2 AV 0.389
NILDA SANCHEZ VEGA
HC 5 BOX 46707
VEGA BAJA PR 00693-9661

NO-NEGOCIABLE



## GOBIERNO DE PUERTO RICO

### Sistema de Retiro para Maestros

# C E R T I F I C A C I Ó N

Certifico que **Nilda Sánchez Vega** con número de seguro social que termina en 8360 es beneficiaria del **Sistema de Retiro para Maestros**, con fecha del **1 de agosto de 2011**. Recibe una pensión de **$820.62** mensual,  equivalente a **$9,847.44** anual; con un neto de **$820.62** mensual.

Esta certificación se expide hoy, 27 de junio de 2018, en San Juan, Puerto Rico.

Rosanna Navas Rubio
Supervisora
Sala de Servicios de San Juan

235 Avenida Arterial Hostos, Edificio Capital Center,
Torre Norte, Hato Rey, Puerto Rico 00918

P.O. Box 191879
San Juan, PR 00919-1879



☎ 787.777.1414     🖷 787.759.2882     www.srm.pr.gov

SAN JUAN PR 009

22 JUN 2020 PM 11

FOREVER / USA

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Nilda L. Sánchez Vega
HC5 Box 46707
Vega Baja, P.R. 00693

RECEIVED & FILED
2020 JUN 26 AM 9: 03
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN P.R.

