

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

SANCHEZ VEGA, NILDA
HC 2 BOX 46707

VEGA BAJA PR 00693-94

Certifico que SANCHEZ VEGA, NILDA recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,682.92 equivalente a $20,195.04 anual. Luego de las deducciones recibe la cantidad de $1,595.92 mensual, equivalente a $19,151.04 anual.

Esta certificación se expide hoy 27 de junio de 2018.



Número de Certificación: SRM03P1802976

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☎ 787.777.1414    📠 787.759.2883    www.srm.pr.gov

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/16/2020 |
| Hasta: | 03/31/2020 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 6823734 |
| Fecha Aviso: | 03/30/2020 |

**NILDA SANCHEZ VEGA**
HC 5 BOX 46707
VEGA BAJA PR 00693-9661

SS: XXX-XX-8360

| | |
|---|---|
| # Empleado: | XXXXX8360 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,682.92 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 841.46 | 487.50 | 5,048.76 |
| **Total:** | | | 841.46 | 487.50 | 5,048.76 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 47.00 | 282.00 |
| AS-ASOC PENSIONADOS | 1.00 | 6.00 |
| **Total:** | 48.00 | 288.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 300.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 841.46 | 0.00 | 48.00 | 793.46 |
| Acumulado: | 5,048.76 | 0.00 | 288.00 | 4,760.76 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6823734 | 793.46 |
| **Total:** | 793.46 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
03/30/2020

Aviso No.
6823734

Cant. Deposito: $793.46

TRAY 46 SQ 11726****************SCH 5-DIGIT 00646   11726 2 AV 0.389
NILDA SANCHEZ VEGA
HC 5 BOX 46707
VEGA BAJA PR 00693-9661

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $793.46 |
| **Total:** | | $793.46 |

**NO-NEGOCIABLE**

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 03/16/2020 | Aviso #: 6837003 |
| | | Hasta: | 03/31/2020 | Fecha Aviso: 03/30/2020 |

| NILDA SANCHEZ VEGA | # Empleado: | XXXXX8360B | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| HC 5 BOX 46707 | Dept: | 592200-BENEFICIARIO LEY 91 2004 | Estado Civil: | Married | Married |
| VEGA BAJA PR 00693-9661 | Lugar: | BENEFICIARIOS LEY 91 2004 | Concesiones: | 0 | 39 +99 |
| | Titulo: | Beneficiado | Pct. Adcl.: | | |
| SS: XXX-XX-8360 | Sueldo: | $820.62 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 410.31 | 487.50 | 2,461.86 | | | | |
| Total: | | | 410.31 | 487.50 | 2,461.86 | Total: | | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 410.31 | | 0.00 | 0.00 | 410.31 |
| Acumulado: | 2,461.86 | | 0.00 | 0.00 | 2,461.86 |

### PTO HORAS / ACUM

| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #6837003 | 410.31 |
|---|---|
| Total: | 410.31 |

**MENSAJE:**

Esta cantidad la recibo por mi esposo fallecido en 2011, José H. Rosado Pacheco # SS 7226. El también fue maestro del Departamento de Educación de Puerto Rico del 1973 - 2004.
Hice la reclamación por él, pero me la denegaron.
  *Nilda S. Sánchez Vega*

Fecha 03/30/2020

Aviso No. 6837003

||||||||||||||||||||||||||||||||||||||
TRAY 46 SQ 11726**********SCH 5-DIGIT 00646    11726 2 AV 0.389
NILDA SANCHEZ VEGA
HC 5 BOX 46707
VEGA BAJA PR 00693-9661

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $410.31 |
| Total: | | $410.31 |

## NO-NEGOCIABLE



# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico que **Nilda Sánchez Vega** con número de seguro social que termina en 8360 es beneficiaria del **Sistema de Retiro para Maestros**, con fecha del **1 de agosto de 2011**. Recibe una pensión de **$820.62** mensual, equivalente a **$9,847.44** anual; con un neto de **$820.62** mensual.

Esta certificación se expide hoy, 27 de junio de 2018, en San Juan, Puerto Rico.

*Rosanna Navas Rubio*

Rosanna Navas Rubio
Supervisora
Sala de Servicios de San Juan

