Nilda L. Sánchez
HC5 Box 46707
Vega Baja, P.R. 00693

Case:17-03283-LTS Doc#:13526-2 Filed:06/26/20 Entered:07/01/20 11:26:36 Desc:
Envelope Page 1 of 1

SAN JUAN PR 009
22 JUN 2020 PM 11

RECEIVED & FILED
2020 JUN 26 AM 9:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

00918＋1339