Nilda L. Sánchez Vega
HC 5 Box 46707
Vega Baja, P.R. 00693

SAN JUAN PR 009
23 JUN 2020 PM 1 L

Secretaría (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 JUN 26 AM 9:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.