**Lcdo. William López Caratini**
375 Calle Dr. Vidal Suite 8
Humacao, Puerto Rico 00791



SAN JUAN PR 008
24 JUN 2020 PM 2 L

RECEIVED & FILED
2020 JUN 26 AM 9:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Secretaría *(Clerk's Office)*
Tribunal de Distrito de los Estado Unidos
   *(United States District Court)*
Sala 150 Edificio Federal
San Juan, Puerto Rico 00918-1767

00918-170625