Reclamante: Elizabeth León Torres

Número de Procedimiento — 17 BK 3283-LTS

Número de Reclamación: ___

RECEIVED & FILED
2020 JUN 26 AM 9:04
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 3 de enero de 2000 hasta 1 de agosto de 2018, como Oficinista III en la Escuela Carmen B. Veiga Superior de Juana Díaz, Región Educativa Ponce del Departamento de Educación del Estado Libre Asociado de Puerto Rico.

| | | Cantidad Adeudada |
|---|---|---|
| ① | Ley 96 - Julio 2002 - Aumento Sueldo | $19,200.00 |
| ② | Ley 164 - Julio 2003 - Aumento Sueldo | $18,000.00 |
| ③ | Ley 114 - enero 2004 Sila M. Calderón | $16,800.00 |
| ④ | Ley 109 - Junio 2008 - Escala Salarial Pasos | $12,000.00 |
| | Total = | $66,000.00 |

Así como otras leyes que me apliquen y no se me otorgó la compensación correspondiente.

Le agradezco la pronta atención al respecto.

atentamente,

Elizabeth León Torres
Elizabeth León Torres

Re: Elizabeth Leon Torres

Celular: 787-539-8459

Dirección: HC3 Box 12697
Juana Díaz, P.R. 00795

Número de Reclamación: _____

Fecha de Presentación:

Deudor: Commonwealth of Puerto Rico.

Por este medio le estoy enviando mi reclamación presentada el junio 23 de 2020, lo siguiente:

1) Evidencia de que trabaje para la Escuela Superior Carmen Belén Veiga en Juana Díaz Oficina Regional Educativa de Ponce, como oficinista III del Estado Libre Asociado de Puerto Rico. Desde el 3 de enero de 2000 hasta 1 de agosto de 2018. (ver evidencia adjunta).

2) El monto adeudado en mi reclamación es de $66,000.00 .

Muchas gracias por la pronta atención.

Cordialmente,

_Elizabeth Leon Torres_
Elizabeth Leon Torres

_23 de junio de 2020_
Fecha.

RÉPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Elizabeth Leon Torres

Dirección: HC 3 Box 12697
Juana Diaz, Puerto Rico 00795

Teléfono: 787-539-8454

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Numero de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo

#49762 - Ley #89 - Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995

#94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004
Ley #164 (2003) Aumento Sueldo " Julio " 2003

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

Ley 89 Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995.

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

Ley #164 (2003 Aumento sueldo " Julio 2003

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación de Puerto Rico desde el 3 de enero de 20__ hasta el 1 de agosto de 2018 (__ años) de labor como Oficinista ~~HH~~ Escuela Superior Carmen B. Veiga Juana Díaz, P.R. Región Educativa de Ponce, E.L.A. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo:

① Certificación de Empleo en La Escuela Superior Carmen Belén Veiga Región Educativa de Ponce, del Estado Libre Asociado de Puerto Rico.

Debido a la reciente situación de emergencia por terremotos y Covid-19 en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

_Elizabeth León Torres_
Elizabeth León Torres

(787) 539-8459
Teléfono

2

Proof of Claim: <CLAIM NUMBER>
Claimant: <CLAIMANT NAME> Elizabeth León Torres

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

RECEIVED & FILED
2020 JUN 26 AM 9:04

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide more information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?
   - ☐ A pending or closed legal action with or against the Puerto Rican government
   - ☒ Current or former employment with the Government of Puerto Rico
   - ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. What is the amount of your claim (how much money do you claim to be owed):

   _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   - ☐ No. *Please continue to Question 4.*
   - ☒ Yes. Answer Questions 3(a)-(d).

   3(a). Identify the specific agency or department where you were or are employed: Oficinista III, Escuela Carmen B. Vaiga-Superior J.D. Region Educativa -Ponce

   3(b). Identify the dates of your employment related to your claim: 1 de agosto de 2018 Desde 3 de enero de 2000 hasta

   3(c). Last four digits of your social security number: 4632

3(d). What is the nature of your employment claims (select all applicable):

- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

Ley 96 - 2002 - Aumento sueldo, Ley 164 - 2003 - Aumento Sueldo, Ley 164 - 2004 - Sila Calderón, Ley 109 - 2008 - Escala Salarial - Pasos

4. **Legal Action.** Does your claim relate to a pending or closed legal action?

- ☒ No.
- ☐ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action. N/A

4(b). Identify the name and address of the court or agency where the action is pending: N/A

4(c). Case number: N/A

4(d). Title, Caption, or Name of Case: N/A

4(e). Status of the case (pending, on appeal, or concluded): N/A

4(f). Do you have an unpaid judgment? Yes / No (Circle one) N/A
If yes, what is the date and amount of the judgment?

2