**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

11 de junio de 2019

**Agencia: 171 - DEPARTAMENTO EDUCACION (NO DOCENTE)**

ELIZABETH LEON TORRES
HC 3 BOX 12697

JUANA DIAZ, PR 00795

Seguro Social: XXX-XX-4632

A base de la información en nuestros registros, al 11 de junio de 2019 usted posee:

Fecha de Nacimiento: 06 de mayo de 1966
Fecha de Ingreso al Servicio Público: 03 de enero de 2000
Fecha de Comienzo de Cotización: 03 de enero de 2000

Género: Femenino

*1 jul. 2017*

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106  401K | |
|---|---|---|---|---|---|
| Años Acreditados: | 20.01 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 1.08 |
| | | Aportaciones: | 8,617.20 | Aportaciones: | 2,088.13 |
| | | Intereses: | 4,824.30 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 18,585.09 | | |
| Tiempo: | 0.00 | Intereses: | 1,913.75 | | |
| **Balance Acumulado:** | 0.00 | Total Aportaciones: | 33,940.34 | Total Aportaciones: | 2,088.13 |
| Beneficio: | 0.00 | Beneficio: | 170.18 | Beneficio: | 0.00 |

*(handwritten: 65 años — mensual)*

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



**RETIRO**
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Subsecretaría de Administración
Oficina de Nómina

CERTIFICACION

De acuerdo con nuestros sistemas, la Sra. Elizabeth Leon Torres  seg soc xxx-xx-4632 ex-empleada de este Departamento tiene renuncia por Transición Voluntaria Fase II efectivo 1 agosto 2018.
Cobrará incentivo hasta junio 2019.

Esta certificación se expide, hoy 11 junio  2019, a petición de la Sra. Elizabeth Leon Torres.

Mayra L Cardona
Director Auxiliar
Ofician de Nominas

P.O. Box 190759, San Juan PR  00919-0759   Tel.: (787)773-5800

DEPARTAMENTO DE EDUCACIÓN
GOBIERNO DE PUERTO RICO

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de genero, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho