Elizabeth León Torres
HC 3 Box 12697
Juana Díaz, Puerto Rico 00795





Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767