RÉPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Gisela Montalvo Alicea
Dirección: HC 3 Box 12706
Jacaguas, Juana Díaz, PR 00795-9525
Teléfono: 787-319-0459

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo

#49762 - Ley #89 - Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995

#94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero de 2004

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

Ley 89 Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el ~~Departamento de Educación~~ *Hospital Regional de PONCE* de Puerto Rico desde el . de . . . , de 1991 hasta el 3 de junio de 2006 años) de labor como *Enfermera Práctica en el Hospital Regional de Ponce del Estado Libre Asociado de Puerto Rico*

Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo:

Debido a la reciente situación de emergencia por terremotos *y covid-19* en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

*[firma]*
Gisela Montalvo Alicea

787-319-0459
Teléfono:

2

Re: Gisela Montalvo Alicea

Dirección: HC3 Box 12706
Jacaguas, Juana Díaz, PR
00795-9525

Número de Reclamación: ———

Fecha de Presentación: 24 de junio de 2020

Deudor: Commonwealth of Puerto Rico

Por este medio le estoy incluyendo con mi reclamación presentada el 24 de junio de 2020 lo siguiente:

(1) Evidencia de que trabajé para El Hospital Regional-Ponce-Estado Libre Asociado de P.R. cómo Enfermera Práctica desde 1991 hasta Junio, 2000. (Ver evidencia adjunta).

(2) El monto adeudado en mi reclamación es de $6,000.00

Muchas gracias por la pronta atención,

Cordialmente,
y Gisela Montalvo Alicea
Gisela Montalvo Alicea

24 de junio de 2020
Fecha

Reclamante: Gisela Alicea Montalvo
Número de Procedimiento — 17 BK 3283-LTS
Número de Reclamación ———

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde 1991 hasta 30 de junio de 2000 como Enfermera Práctica en El Hospital Regional de Ponce del Estado Libre Asociado de Puerto Rico.

Cantidad Adeudada

(1) Ley 89 - Julio de 1995 - Romerazo     $6,000.00

Así como otras leyes que me apliquen y no se me otorgó la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

x_Gisela Montalvo Alicea_
Gisela Montalvo Alicea

Proof of Claim: <CLAIM NUMBER>
Claimant: <CLAIMANT NAME> Gisela Montalvo Alicea

RECEIVED & FILED
2020 JUN 30 AM 8:57
CLERK'S OFFICE
U.S. DISTRICT COURT

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide <u>more</u> information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?
   - ☐ A pending or closed legal action with or against the Puerto Rican government
   - ☒ Current or former employment with the Government of Puerto Rico
   - ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. What is the amount of your claim (how much money do you claim to be owed):

   _____

3. <u>Employment.</u> Does your claim relate to current or former employment with the Government of Puerto Rico?
   - ☐ No. *Please continue to Question 4.*
   - ☒ Yes. Answer Questions 3(a)-(d).

3(a). Identify the specific agency or department where you were or are employed: Ponce - Estado Libre
Enfermera Practica - Hospital Regional - Asociado de Puerto Rico

3(b). Identify the dates of your employment related to your claim:
Desde 1991 hasta 6-2000

3(c). Last four digits of your social security number: 1654

3(d). What is the nature of your employment claims (select all applicable):

- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary). Ley 89 Julio-1995- El Romerazo

4. **Legal Action.** Does your claim relate to a pending or closed legal action?

- ☒ No.
- ☐ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action. N/A

4(b). Identify the name and address of the court or agency where the action is pending: N/A

4(c). Case number: N/A

4(d). Title, Caption, or Name of Case: N/A

4(e). Status of the case (pending, on appeal, or concluded): N/A

4(f). Do you have an unpaid judgment? Yes / No (Circle one) N/A
If yes, what is the date and amount of the judgment? N/A

2

Estado Libre Asociado de Puerto Rico
ADMINISTRACION DE FACILIDADES Y SERVICIOS SALUD
Hospital Regional Dr. José N. Gándara Ponce
OFICINA DE PERSONAL

A : Gisela Montalvo Alicea
Enfermera Práctica
Hospital Regional de Ponce

P/C : Sra. Nereida González
Directora, Departemento de Enfermería
Hospital Regional de Ponce

DE : Edwin Figueroa Ruíz
Oficial de Personal
Hospital Regional de Ponce

ASUNTO : NOMBRAMIENTO TRANSITORIO

FECHA : 30 de agosto de 1988

Tengo el gusto de informarle que se le extiende nombramiento como __Enfermera Práctica__, con sueldo mensual de $ __565.00__ y con carácter transitorio en el Hospital Regional de Ponce.

Esta clase de nombramiento no le da derecho a que se le otorgue un nombramiento regular una vez terminen sus servicios y no pertenecerá a la matrícula del Sistema de Retiro de los Empleados Públicos del Estado Libre Asociado.

La efectividad del nombramiento __22 de agosto de 1988__ y expira el __30 de junio de 1989__. Después de esta fecha no podrá continuar trabajando a menos que tenga una autorización de esta División de Personal.

A continuación el desglose de su sueldo.

__$545.00__ Sueldo __mensual__ de la clase.

$ 20.00 Se le concede diferencial de __un (1) paso por turnos rotativos previamente autorizados.__

__$565.00__ Sueldo Total a devengar.

NOTA: Los diferenciales no forman parte del sueldo en forma permanente y lo pierden cuando cesen las circunstancias que le dieron la razón.