Gisela Montalvo Arce
HC 3 Box 12706
Jacaguas, Juana Díaz, PR
00795-9525



RECEIVED & FILED
2020 JUN 30 AM 8:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767