Réplica

Juana Esther Petí Colón = Urbanización
Los Dominicos - Calle San Alfonso-M-234 - Bayamón
P.R. 00957 - Teléfono (931) 217-9453

2020 JUN 30   AM 8: 57

CLERK'S OFFICE
U.S. DISTRICT COURT

Tribunal de Distrito de los Estados Unidos
Para El Distrito de Puerto Rico

Deudoy = Junta de Supervisión y Administración
Financiera Para Puerto Rico
(como representante de:)
Estado Libre Asociado de Puerto Rico

# de procedimiento 17 BK 3283 - LTS

Promesa - Título III

Anexo A - Respondiendo, a la solicitud y
proporciónódole la información requerida
para justificar mi reclamo.

El Tribunal no debe declarar ha lugar
a la Objección global a mi reclamo.
No tengo disponible, nada de lo que
me piden y no tengo los medios para
conseguirlos. Soy una anciana de 77 años
y diagnosticada con asma y alta presión.
Vivo sola y no tengo quien me haga las
gestiones. Así que lo dejo todo en manos
De ustedes y de nuestro Señor Todopoderoso.
                                      Amén

                  Juana Petí Colón
Maestra Jubilada - 33 años de servicio
Depto. de Educación Pública
(# Ley 96 - Sila Calderón) = Ley 89 - Romero, /