Irma E. Ort. Ríos
Urb: Rey Dominico
Calle San Alfonso M-234
Benjamin P.R. 00957

RECEIVED & FILED
2020 JUN 30 AM 8:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767