30/6/20

Réplica

Jima Esther Ortiz Colón - Dirección

Los Dominicos - Calle San Alfonso - M-234 - Bayamón

P.R. 00957 - teléfono (939-217-9453)

RECEIVED 2020 JUN

Tribunal de Distrito de los Estados Unidos

Para el Distrito de Puerto Rico

Deudores = Junta de Supervisión y Administración Financiera Para Puerto Rico

(como representación de:)

Estado Libre Asociado de Puerto Rico

# de procedimiento 17 BK 3283-LTS

Promesa Título III

Anexo A - Respondiendo a la solicitud y proporcionándole la información requerida para justificar mi reclamo.

El Tribunal no debe declarar ha lugar a la Objeción global a mi reclamo.

No tengo nada disponible de lo que me piden y no tengo los medios para conseguirlos.

Ley 98 - Sila Calderón

Ley 89 - Romero

Cada año se supone que nos dieran los aumentos y no nos han dado nada. Nos lo deben. Soy una anciana de 77 años y diagnosticada con diabetes y alta presión. Vivo sola y no tengo quien me haga las gestiones. Así que lo dejo todo en manos de ustedes y de nuestro Señor Todopoderoso. Amén

Jima E. Ortiz Colón - Maestra Jubilada - 33 años de servicio