Juan R. Ortiz Colón
Ubi. Roy Dominicos
Calle San Alfonso M-234
Bayamón, P.R. 00957

SAN JUAN PR 009
25 JUN 2020 PM 2 L

Acreditar
Tribunal de distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

00918-241250

RECEIVED & FILED
2020 JUN 30 AM 8:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.