Adjunto evidencia en replica a la información solicitada



1. Certificación de Empleo Municipio Autónomo de Caguas

2. Certificación de Empleo Comisión Estatal de Elecciones

3. Certificación Sistemas de Retiro del Gobierno de Puerto Rico mis derechos

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Luis Vélez Rodríguez

**Claim#165735**

Firma: _____

Fecha: 24 de junio de 2020

United States District Court For The Districk of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico
Gobierno de Puerto Rico
Comisión Estatal de Elecciones
No. 178K 3283-LTS

**$15,000.00** OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEAL THE OF PUERTO RICO. IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS.

DOC 8978-4

Proof of Claim: 165735

Name and Address: LUIS VELEZ RODRIGUEZ
URB. VILLA CARMEN CALLE PONCE J-5
CAGUAS, PUERTO RICO 00725

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico al Gobierno de Puerto Rico y al Municipio Autónomo de Caguas, Comisión Estatal de Elecciones.

| 1. Ley 89 del año 1984- ROMERAZO<br>Años Reclamados: 1995 -2005<br>Cantidad Reclama $15,000 | 2. Ley 9 Costo de Vida Retiro<br>Años Reclamados: 2005-2020<br>Cantidad Reclamada: Activo |
|---|---|