Apartado 907 Caguas, PR 00726
Tel. 787.653-8833
caguas.gov.pr

# CERTIFICACIÓN

El Sr. Luis Vélez Rodríguez, seguro social xxx-xx-2052, trabajó para el Municipio Autónomo de Caguas del 10 de octubre de 1994 al 15 de mayo de 2003, fecha de su renuncia. Ocupaba un puesto de Rango con estatus regular como Sargento en el Cuerpo de la Policía Municipal.

Para que así conste, emito esta certificación a solicitud del ex–empleado, hoy 22 de junio de 2020, en Caguas, Puerto Rico.

María M. Mulero Díaz
Coordinadora de Beneficios
Sección de Servicio al Cliente
Oficina de Recursos Humanos

cf: Expediente de personal



OFICINA DE RECURSOS HUMANOS      WILLIAM E. MIRANDA TORRES • ALCALDE



claim # 165735

Municipio Autónomo de Caguas
Oficina de Recursos Humanos

## CERTIFICACIÓN

El Sr. Luis Vélez Rodríguez, seguro social XXX-XX-2052, comenzó a cotizar para el Sistema de Retiro el 10 de abril de 1995. A continuación los descuentos de aportaciones individuales que se le realizaron en nuestro Municipio:

| Año | Enero | Febrero | Marzo | Abril | Mayo | Junio | Julio | Agosto | Septiembre | Octubre | Noviembre | Diciembre | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1995 | | | | $ 36.19 | $ 70.84 | $ 70.84 | $ 73.56 | $ 73.56 | $ 73.56 | $ 73.56 | $ 73.56 | $ 73.56 | $ 619.23 |
| 1996 | $ 73.56 | $ 73.56 | $ 73.56 | $ 73.56 | $ 73.56 | $ 73.56 | $ 85.48 | $ 85.48 | $ 85.48 | $ 85.48 | $ 85.48 | $ 85.48 | $ 954.24 |
| 1997 | $ 85.48 | $ 85.48 | $ 85.48 | $ 85.48 | $ 85.48 | $ 94.31 | $ 95.58 | $ 95.58 | $ 95.58 | $ 95.58 | $ 95.58 | $ 95.58 | $ 1,095.19 |
| 1998 | $ 95.58 | $ 95.58 | $ 95.58 | $ 95.58 | $ 95.58 | $ 95.58 | $ 95.58 | $ 95.58 | $ 95.58 | $ 95.58 | $ 95.58 | $ 95.58 | $ 1,146.96 |
| 1999 | $ 95.58 | $ 95.58 | $ 95.58 | $ 95.58 | $ 95.58 | $ 95.58 | $ 95.58 | $ 95.58 | $ 95.58 | $ 95.58 | $ 95.58 | $ 103.44 | $ 1,154.82 |
| 2000 | $ 103.44 | $ 103.44 | $ 103.44 | $ 103.44 | $ 103.44 | $ 103.44 | $ 103.44 | $ 150.37 | $ 125.28 | $ 119.74 | $ 119.74 | $ 119.74 | $ 1,358.95 |
| 2001 | $ 119.74 | $ 119.74 | $ 119.74 | $ 119.74 | $ 119.74 | $ 119.74 | $ 119.74 | $ 119.74 | $ 119.74 | $ 119.74 | $ 119.74 | $ 119.74 | $ 1,436.88 |
| 2002 | $ 119.74 | $ 125.94 | $ 125.94 | $ 125.94 | $ 125.94 | $ 125.94 | $ 125.94 | $ 125.94 | $ 125.94 | $ 125.94 | $ 125.94 | $ 125.94 | $ 1,505.08 |
| 2003 | $ 125.94 | $ 125.94 | $ 125.94 | $ 125.94 | $ 62.97 | | | | | | | | $ 566.73 |

GRAN TOTAL $ 9,838.08

Esta información se obtuvo de documentos que se encuentran en el expediente de personal inactivo del señor Vélez Rodríguez.

Para que así conste, emito esta certificación a solicitud del ex-empleado, hoy 22 de junio de 2020, en Caguas, Puerto Rico.

María M. Mulero Díaz
Coordinadora de Beneficios
Unidad de Servicio al Cliente
Oficina de Recursos Humanos

COMISION ESTATAL DE ELECCIONES
ESTADO LIBRE ASOCIADO DE PUERTO RICO

Enid E. Rodríguez Román
Directora
Oficina de Recursos Humanos

claim # 165735

# CERTIFICACIÓN

Certifico que el (la) Sr(a). **Luis Vélez Rodríguez** con los últimos cuatro (4) dígitos del seguro social **2052** trabaja para la Comisión Estatal de Elecciones ocupando un puesto de **Agente de Seguridad y Protección Interna** en la **Oficina de Seguridad** desde el **14 de julio de 2003** hasta el **presente** y devenga un salario mensual de **$2,154.00**.

Expido esta certificación a solicitud del (de la) Sr(a). **Luis Vélez Rodríguez**, hoy **9 de julio de 2013**.

Certifico correcto,

Enid E. Rodríguez Román
Directora
Oficina de Recursos Humanos

crp

PO Box 195552 • San Juan, Puerto Rico 00919-5552 • Tel. (787) 777-8682 • Fax (787) 777-8708



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

18 de junio de 2020

**Agencia: 139 - COMISION ESTATAL DE ELECCIONES DE P.R.**

LUIS VELEZ RODRIGUEZ
URB. VILLA DELCARMEN
CALLE PONCE J-5
CAGUAS, PR 00725

Seguro Social: XXX-XX-2052

A base de la información en nuestros registros, al 18 de junio de 2020 usted posee:

Fecha de Nacimiento: 27 de abril de 1966
Fecha de Ingreso al Servicio Público: 22 de junio de 1995
Fecha de Comienzo de Cotización: 22 de junio de 1995

Género: Masculino

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 18.05 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.92 |
| | | Aportaciones: | 10,582.20 | Aportaciones: | 6,832.91 |
| | | Intereses: | 4,646.02 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley 1** | | | |
| Pagado: | 0.00 | Aportaciones: | 17,684.21 | | |
| Tiempo: | 0.00 | Intereses: | 1,172.95 | | |
| **Balance Acumulado:** | 0.00 | **Total Aportaciones:** | 34,085.38 | **Total Aportaciones:** | 6,832.91 |
| **Beneficio:** | 0.00 | **Beneficio:** | 171.16 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



RETIRO



claim # 165735