

Luis Vélez Rodríguez
Calle Ponce J-5
Villa Carmen
Caguas, Puerto Rico 00725

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767