**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | THIS DOCUMENT RELATES ONLY TO THIS TITLE III CASE[2] |
| Debtors.[1] | |

**VERIFIED STATEMENT PURSUANT TO FRBP 2019
OF THE CRUZ- HERNANDEZ, PLANITIFF GROUP**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019") and the *Twelfth Amended Notice, Case Management and Administrative Procedures Order* [Docket No. 13383-1] (the "Case Management and Administrative Procedures Order"), the present verified statement (the "Statement") is submitted by those certain Plaintiffs in the case of Cruz-Hernandez, Carmen Socorro *et al* v. Commonwealth (group of three hundred and thirtyfour (334) Plaintiffs against the Commonwealth in Civil Case Num. K A C - 1 9 9 1 -0665), all creditors of the estate pursuant to a favorable Judgment entered on March 7, 2007, by the Court of First Instance of San Juan ("CFI") (collectively the "Cruz-Hernandez Plaintiff Group")[3].

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] This clarification is made in accordance to the Court's *Order (A) Pursuant to PROMESA Section 304(G), Directing Joint Administration of Initial Title III Cases and Additional Title III Cases, and (B) Pursuant to Section 105(A) of The Bankruptcy Code, Making Certain Orders Entered on First Day Pleadings Applicable to the Additional Title III Cases.* See, Docket No. 167 at ¶ 5 of p. 4.

In support of the Statement, the Agosto-Maldonado Plaintiff Group hereby respectfully state as follows:

## BACKGROUND

1. As of May 3, 2017 (the "Petition Date") and up to and including the date of this Statement, in these Title III Cases, the undersigned counsel represented [and continues to represent] the Cruz Hernandez Plaintiff Group (each Plaintiff in the Cruz-Hernandez Plaintiff Group constitutes a "Member" thereof).

2. On April 26, 1991 a group complaint, on behalf of each and every Member was filed against the Commonwealth in the CFI in Civil Case Num. K A C 1 9 9 1 - 0 6 6 5, specifically against the Family Department ("DF" for its initials in Spanish) and its Administrations ASUME;ADFAN. ACUDEN. ADSEF and SECRETARIADO; the Administracion Rehabilitacion Vocacional (ARV), and the Commonwealth Central Office of Personnel;. Thus, for purposes of Bankruptcy Rule 2019(c), the single Group of Creditors was formed on April 26, 1991

3. As briefly discussed herein above, on September 13, 2006 the CFI entered a final Judgment in favor of the Cruz Hernandez Plaintiff Group (the "CFI Judgment"). The CFI Judgment declared that the Commonwealth was liable to the Plaintiffs' and for correcting their regular rate of pay due to the illegal implementation of Memorandum #5-86 of the Central Office for the Administration of Personnel ("OCAP" for its initials in Spanish), which resulted in inoperative pay scales and created the need to adopt new pay scales in order to pay Plaintiffs the back wages owed.

4. Thereafter, the Debtor issued various partial payments in connection with the CFI Judgment, without satisfaction of the owed amounts in full; Following and after unsuccessful collection efforts, the Secretary of the DF submitted an Official Request to the Secretary of the Department of Justice of Puerto Rico, and Office of Budget (OGP) certifying the pending debt in favor of the Plaintiffs and requesting the approval of a payment plan. As part of the Official Request, the Secretary of DF included the final Judgment entered in favor of Plaintiffs, dated September 13, 2006-and the itemized schedule of the individual debt, excluding the legal interest.

---

[3] The present Statement is filed in accordance to the Case Management and Administrative Procedures Order in connection with the cases ("Title III Cases") commenced by the above-captioned debtors under title III of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA").

2

5. Following, the Commonwealth filed a notices for stay of all the proceeding in the CFI pursuant to the filing of the Title III cases, which was granted by such forum.

6. The Debtors issued a single notice of the Order for Relief and further notified a group claim in *Schedule H for Litigation Related Obligations* to the undersigned counsel in connection with all Members of the Cruz-Hernandez Plaintiff Group [PROMESA Case Num. 17 BK 3283-LTS; Docket Entry-1215-14, Pag. 36].

7. As of the Petition Date, the Members of the Cruz-Hernandez Plaintiff Group collectively hold approximately $ 1,019,983.01 in aggregate amount of unsecured claims.

8. For the avoidance of doubt and in the abundance of caution, the Members of the Cruz-Hernandez Plaintiff Group also inform that, prior this date, each individual creditors filed Proof of Claims in case 17-03283, included is set forth in Exhibit A, the reference of the name and number of the individual Proof Claims filed by each member of the group. The nature of the corresponding disclosable economic interests for each Member, pursuant to the CFI Judgment, is the same: salary adjustments and benefits owed in correction of employees regular rate of pay [4].

9. As of the date of this Statement, the undersigned represents the Cruz-Hernandez Plaintiff Group[5].

10. In addition, no individual Member of the Cruz-Hernanez Plaintiff Group (a) assumes any fiduciary or other duties to any other creditor or person and (b) purports to act, represent or speak on behalf of any other entities in connection with the Title III Cases.

For the avoidance of doubt, nothing contained in this Statement (or Exhibit A hereto) is intended to or should be construed to constitute (a) a waiver or release of any claim(s) filed or to be filed against or interests in the Debtors in any title III case held by any Member, its affiliates or any other entity, or (b) an admission with respect to any fact or legal theory. Nothing herein should be construed as a limitation upon, or waiver of, any rights of any Member to assert, file and/or amend any proof of claim in accordance with applicable law and any orders entered in these cases.

---

[4] In the abundance of caution, the Cruz-Hernandez Plaintiff Group informs that each Member's disclosable economic interest was acquired more than one (1) year prior to the Petition Date. As such, the Group contends that they are waived from the disclosure requirements of FRBP 2019(c)(2)(C).

[5] The undersigned also represents other Groups of creditors (which are unrelated to the Cruz-Hernandez Plaintiff Group against certain other instrumentalities of the Commonwealth, each of which also filed their respective separate Verified Statements in compliance with FRBP 2019.

11. The undersigned verifies that the foregoing is true and correct to the best of her knowledge. Further, all rights to amend or supplement this Statement are fully reserved.

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case. We further certify that, on this same date, we served the foregoing upon all the Standard Parties as identified, defined and in the manner established in the twelth Amended Notice, Case Management and Administrative Procedures Order,,(Docket No. 13383-1 of Case No. 17-03283 (LTS), as well as upon all of the parties identified in the Master Service List maintained at https://cases.primeclerk.com/puertorico/.

**RESPECTFULLY SUBMITTED,**

San Juan, Puerto Rico, on this 1th day July, 2020.


*/s/ Ivonne González-Morales*
IVONNE GONZÁLEZ-MORALES
USDC NUM. 202701
E-mail: ivonnegm@prw.net

**IVONNE GONZÁLEZ-MORALES**
PO BOX 9021828
San Juan, PR 00902-1828
Tel. (787) 410-0119

*Counsel for the Cruz-Hernandez Plaintiff Group*

4

**Exhibit A**

**Individual Claim no.; Disclosable Economic Interests of the Members of the Cruz – Hernandez, Plaintiff Group;DF (Administration); names and ss no.**

| No. Proof of Claim filed | Amount of Disclosable Economic Interest | Administration. | Name of Member | No. SS |
|---|---|---|---|---|
| 17765 | $590.35 | ADSEF | ACEVEDO CORDERO, CARLOS E. | 3851 |
| NO DEUDA | | ACUDEN | ACEVEDO LOPEZ, VICTOR | 0056 |
| 25649 | $590.35 | ADSEF | ACEVEDO PEREZ, WINDA L. | 8038 |
| 23081 | $577.45 | ARV | ACEVEDO REYES, ROSA E. | 8484 |
| 17965 | $71,777.10 | ADFAN | ACEVEDO RIVERA, AIDA | 5094 |
| 18154 | $801.69 | ADSEF | ACEVEDO SUAREZ, GLADYS | 6272 |
| 15868 | $52.97 | ADSEF | ACEVEDO VELAZQUEZ, CRUZ | 1431 |
| 15703 | $728.58 | SEC | ACOSTA CRESPO, CARMEN A. ACOSTA DE ROMERO, CARMEN A. SEGUN EXPEDIENTE PERSONAL | 1637 |
| NO DEUDA | | ADSEF | ADORNO CAMPOS, ESTEBAN | 9230 |
| 22132 | $363.96 | ADSEF | AGOSTO BAQUERO, NILSA | 2961 |
| 18407 | $573.88 | ADSEF | AGOSTO DE MALDONADO, LAURA E. | 2445 |
| 23057 | $573.88 | ADFAN | AGOSTO FIGUEROA, ROSA M. | 6379 |
| 17055 | $1,165.83 | ADFAN | ALEMAN GONZALEZ, CARMEN M. | 8997 |
| 22125 | $602.06 | ADSEF | ALICEA SASTRE, MARA G. | 0194 |
| 17741 | $834.88 | ADSEF | ALMEDINA DE RIVERA, LUZ E. | 3019 |
| 16428 | $689.66 | ADSEF | ALVARADO SANTOS, AMALIA | 6488 |
| 15817,15748, | $212.76 | ADSEF | ALVAREZ MATOS, CONCHITA | 1381 |
| 21772 | $742.03 | ADSEF | ANDINO BULTRON, MARIA S. | 6038 |
| 5214 | $1,879.90 | ADFAN | APONTE CARTAGENA, TOMAS | 6754 |
| 21163 | $23,673.78 | ADFAN | APONTE HERNANDEZ, IVETTE | 3505 |
| 91820 | $772.03 | ADSEF | ARCELAY DE MAYA, ADA H. | 7154 |
| 27215 | $719.49 | ADSEF | AVILA VELAZQUEZ, MARIBEL AVILA DE PEREYRA, MARIBEL SEGUN EXPEDIENTE PERSONAL | 6687 |
| 22389 | $32.62 | SEC | BAEZ FIGUEROA, RAUL | 3916 |

| | | | | |
|---|---|---|---|---|
| 21993 | $696.68 | ADSEF | BALLESTER NIEVES. LUIS | 4161 |
| 15739 | $596.35 | ADSEF | BARRETO ROBLES, CARMEN A. | 6041 |
| 15550 | $995.16 | ADSEF | BELLO CANCEL, CARMEN L. | 9640 |
| 14642 | $684.25 | ADSEF | BERMUDEZ FELIX, ISABEL | 4397 |
| 17018 | $222.55 | ADSEF | BERMUDEZ TORRES, ISABEL | 5769 |
| 19295 | $1,365.02 | ADSEF | BERRIOS RODRIGUEZ, MARIA | 0681 |
| 21166 | $145.46 | ADSEF | BERRIOS VAZQUEZ, LUIS | 7627 |
| 17050 | $92.33 | ADSEF | BONET VARELA, ALBERTO | 7363 |
| 18332 | $109.30 | ACUDEN | BONILLA ROMAN, JOSEFINA | 7648 |
| 28563 | $235.52 | ADSEF | BRACHE SANES, LOYDA E. | 6108 |
| 18188 | $1,100.16 | SEC | BURGOS COLON, ADELA | 1874 |
| 21983 | $739.81 | SEC | BURGOS CRUZ, LUZ E. | 6644 |
| 22419 | $1,341.75 | ADSEF | BURGOS MORALES, RAMON | 7194 |
| 39268 | $792.51 | ADSEF | CABRERA MEDINA, MIRIAM | 8461 |
| 16429 | $277.05 | ADSEF | CALDERON RODRIGUEZ, BLANCA I. | 5705 |
| 20429 | $745.05 | ADSEF | CAMPUSANO SOSA, JOSEFINA | 5720 |
| 15787 | $64.38 | ADSEF | CANALES ROBINSON, DAVID | 2363 |
| 23066 | $800.93 | ADSEF | CARABALLO RODRIGUEZ, ZENAIDA | 2553 |
| 20882 | $512.15 | ADSEF | CASAS OTERO, JOSEFINA | 9145 |
| 73058 | $106.02 | SEC | CASTILLO PASTRANA, EDELMIRA | 7099 |
| 17033 | $832.74 | ADSEF | CASTILLO PIZZINI, IRIS | 8631 |
| 20464 | $304.79 | ADFAN | CASTRO CLEMENTE, MARIA L. | 0721 |
| 18323 | $187.00 | ADSEF | CINTRON CARABALLO, CARMEN M. | 4783 |
| 19284 | $198.41 | ADSEF | COLON AULET, NORMA IRIS | 5707 |
| 60010 y 17759 repetidos para eliminar uno | $182.99 | ADSEF | COLON DE NAVAS, EVA L. | 8441 |

43

| | | | | |
|---|---|---|---|---|
| 18082 | $122.78 | SEC | COLON ORTIZ, DEMETRIA | 8443 |
| 17054 | $647.80 | ADSEF | COLON RODRIGUEZ, ANA L. | 1813 |
| 23007 | $276.41 | ADSEF | COLON RODRIGUEZ, NELIDA COLON DE CRUZ, NELIDA SEGUN EXPEDIENTE DE PERSONAL | 4321 |
| 20905 | $425.90 | SEC | COMULADA ORTIZ, JUAN H. | 5262 |
| 15605 | $56.22 | ADSEF | CONCEPCION LOZADA, GLORIA E. | 8000 |
| 23888-73152 repetido- para desistir un claim | $445.10 | ADSEF | CONCEPCION SIERRA, MARICELYS | 9728 |
| 20880 | $651.38 | ADSEF | CONTRERAS SANTIAGO, JOSE E. | 1341 |
| 25342 | $1,151.68 | SEC | CORDERO SANTIAGO, ZAIDA E. | 7323 |
| 18611 | $288.10 | ADSEF | CORSINO PIMENTEL, JULIA E. | 4489 |
| 22278 | $564.93 | ADSEF | CORTES ACEVEDO, OLGA | 5158 |
| 24235 | $199.20 | ADSEF | COSME NEGRON, NOELIO | 9484 |
| 18304 | $322.70 | SEC | COTTE ALVARADO, EFRAIN | 6203 |
| 21219-24645 | $488.18 | ADSEF | COTTO DIAZ, LUZ MINERVA | 4098 |
| 21425 | $643.25 | ADSEF | COTTO SANCHEZ, ROSA | 1562 |
| 18574 | $5,306.40 | ARV | CRUZ ADAMES, LUCILA | 8113 |
| 21075 | $933.17 | SEC | CRUZ COLLAZO, MANUELA | 5479 |
| 18541 | $86.12 | ADSEF | CRUZ GARCIA, ISABEL | 6502 |
| 15841 | $211.91 | ADSEF | CRUZ HERNANDEZ, CARMEN S. | 4699 |
| 83256 | $840.05 | ADSEF | CRUZ LORENZANA, SARA | 3680 |
| 15847 | $1,348.04 | ADFAN | CRUZ RIVERA, CRUCITA | 9529 |
| 19694 | $67.59 | ADFAN | CRUZ ROSA, IVONNE | 9718 |
| 16382 | $1,309.18 | ADSEF | CRUZ SAEZ, ALEJANDRINA | ######### |
| 16436 | $350.90 | ADSEF | CRUZ SERRANO, DOMINGO | 2489 |
| 9337 | $29,197.70 | ADFAN | CRUZ TOSADO, NANCY | 1155 |

| | | | | |
|---|---|---|---|---|
| 25340 | $132.65 | ARV | CRUZ VARGAS, RUBEN | 4312 |
| 17758 | $810.09 | ADSEF | CUMBAS BURGOS, ESTHER | 1393 |
| 25591 | $497.71 | ADSEF | DAVILA PARIS, ZAIDA I. | 4742 |
| 15883 | $1,320.70 | ADFAN | DE JESUS ALVARADO, CARMEN M. | 7014 |
| 15792 | $270.20 | ADSEF | DELGADO CAMARA, ELDA R. | 5616 |
| 15854 | $1,368.83 | ADFAN | DELGADO RAMOS, EDWIN R. | 3388 |
| 21994 | $1,065.70 | ADSEF | DIAZ COLON, LUIS E. | 1109 |
| 16388 | $723.79 | ADFAN | DIAZ CRUZ, AIDA LUZ | 4613 |
| 18562 | $809.15 | ADSEF | DIAZ FLECHA, CARMEN J. | 1349 |
| 23700 | $479.43 | ADSEF | DIAZ FLORES, JORGE LUIS | 8388 |
| 22296 | $502.88 | ADSEF | DIAZ GARCIA, MIGUEL A. | 9137 |
| 26720 | $793.88 | ADSEF | DIAZ HERNANDEZ, MILDRED | 6931 |
| 24936 | $385.78 | ADSEF | DIAZ RODRIGUEZ, TERESA J. | 9511 |
| 72946 | $15,675.27 | ADFAN | ESCOBAR BARRETO, CARMEN L. | 5440 |
| 72894 | $888.33 | ADSEF | ESPADA ROSARIO, DIANA | 6800 |
| 21319 | $727.39 | ADSEF | FALU FEBRES, LUIS R. | 1481 |
| 18261 | $1,479.00 | ADSEF | FARIS ELBA, CLARA E. | 5201 |
| 89448 | $885.68 | ADSEF | FELICIANO HERNANDEZ, ADA E. | 8193 |
| 18932 | $305.80 | ADSEF | FERNANDEZ FERNANDEZ, ANA H. | 2364 |
| 18293 | $42.00 | ADSEF | FERNANDEZ GONZALEZ, EMILIO | 4039 |
| 25661 | $811.44 | SEC | FERNANDEZ HERNANDEZ, JESUS | 7001 |
| 25002 | $112.49 | ADFAN | FERNANDEZ MORALES, MARIA N. | 5060 |
| 24148 | $483.75 | ADSEF | FERNANDEZ ROLDAN, JUDITH | 1754 |
| 22270 | $1,152.10 | ADSEF | FERREIRA ROSARIO, MARIA M. | 1833 |
| 25732 | $165.76 | ADSEF | FERRER DAVILA, BLANCA | 7372 |
| 15832 | $221.90 | ADSEF | FIGUEROA ADORNO, ELADIA | 3531 |
| 27829 | $360.93 | ADSEF | FIGUEROA GONZALEZ, JUANITA | 1818 |

| | | | | |
|---|---|---|---|---|
| 15887 | $440.35 | ADSEF | FIGUEROA MORALES, FELIX M. | 3650 |
| 16272 | $103.64 | ADSEF | FIGUEROA RIVERA, MARIA DEL CARMEN | 8792 |
| 24196 | $317.82 | ADSEF | FIGUEROA RUIZ, MERCEDES FIGUEROA DE ROLDAN, MERCEDES SEGUN EXPEDIENTE PERSONAL | 3846 |
| 25017 | $699.36 | ADSEF | FLECHA GONZALEZ, ROSA M. | 8724 |
| 18157 | $824.20 | ADSEF | FONTANEZ DELGADO, EVELYN | 2801 |
| 18566 | $630.45 | ADSEF | FORTY ORTIZ, LUZ M. | 5804 |
| 20823 | $550.40 | ADSEF | FRANCIS SALAMAN, LAURA | 1837 |
| 18620-19803 | $548.94 | ADSEF | FUENTES AYALA, LUIS A. | 9903 |
| 15799 | $1,085.61 | ADSEF | GALINDEZ TANCO, ALICIA | 5166 |
| 17049 | $807.53 | ADSEF | GALLOZA GONZALEZ, CARLOS R. | 5483 |
| 19211 | $1,079.43 | ADSEF | GARCIA SOTO, IRMA A. | 1562 |
| 71148 | $7,481.22 | ARV | GOMEZ COLON, CARMEN N. | 4160 |
| 17025 | $178.65 | ADSEF | GOMEZ PEREZ, HERNAN | 5103 |
| 15645 | $293.45 | ADSEF | GONZALEZ ANDINO, ANDRES | 3488 |
| 20703 | $87.00 | ADSEF | GONZALEZ CANTERO, ALEJANDRINA | 7298 |
| 33632 | $628.98 | ADSEF | GONZALEZ CRUZ, MANUEL | 1893 |
| 18281 | $582.18 | ADSEF | GONZALEZ FRANQUI, ESTELA | 9580 |
| 23816 | $15,517.20 | ADFAN | GONZALEZ PIZARRO, MARIA M. | 3870 |
| 17014 | $832.05 | ADSEF | GONZALEZ RAMOS, LEYNE | 5353 |
| 23819 | $1,557.08 | ADFAN | GONZALEZ REYES, MARIA S. | 1256 |
| 17020 | $135.20 | ADSEF | GONZALEZ RIVERA, IRMA S. | 4629 |
| 23907 | $453.94 | ARV | GONZALEZ RODRIGUEZ, NEYDA | 2410 |
| | | Educación | GONZALEZ ROSADO, MANUEL | 2036 |
| 21323 | $279.90 | ADSEF | GUERRA FIGUEROA, LUISA V. | 1225 |
| 18214 | $478.75 | ADSEF | HERNANDEZ DE MUNOZ, MARIA | 3138 |

| | | | | |
|---|---|---|---|---|
| 21981 | $747.08 | ADFAN | HERNANDEZ GONZALEZ, MARIA D. | 4530 |
| 21308 | $973.36 | ADSEF | HERNANDEZ PADILLA, JOSEFINA | 0327 |
| 25326 | $248.98 | ADSEF | HERNANDEZ SERRANO, NORMA I. | 9377 |
| 19287 | $574.20 | ADSEF | HERNANDEZ VELAZQUEZ, RAMON | 0726 |
| 26540 | $648.73 | ADFAN | JACKSON RIVERA, KENNETH | 8146 |
| 20967 | $288.40 | ADSEF | JORGE GARCIA, LUISA | 9710 |
| 20872 | $231.04 | SEC | JORGE MORALES, JORGE ANTONIO | 3031 |
| 23994 | $454.08 | ADSEF | JUSINO FUMERO, WADDIE | 4069 |
| 25192 | $183.65 | SEC | LAGUER MORALES, SONIA | 6573 |
| 23378 | $765.89 | ADSEF | LASALLE CONCEPCION, MARIA S. | 7118 |
| 18204 | $643.70 | ADSEF | LATIMER DE RODRIGUEZ, AMPARO LATIMER FEBRES, AMPARO SEGUN EXPEDIENTE PERSONAL | 1259 |
| 20890 | $515.85 | SEC | LAZU SANTIAGO, JESUSA | 5333 |
| 25155 | $672.75 | ADSEF | LLANOS NIEVES, NILDA | 8136 |
| 21161 | $186.85 | ADSEF | LLANOS ROSARIO, LUZ D. | 4366 |
| 252746 | $769.46 | SEC | LOPEZ CAMPOS, MILAGROS G. | 0419 |
| 20879 | $485.97 | ARV | LOPEZ CRUZ, LUZ M. | 8564 |
| 18346 | $825.59 | ADSEF | LOPEZ DIAZ, ROSA L. | 7574 |
| 15835 | $947.60 | ADSEF | LOPEZ LUGO, ESMERALDO | 8685 |
| 15805 | $13,824.87 | SEC | LOPEZ MILLAN, ESPERANZO | 4696 |
| 24064 | $759.28 | ADSEF | LOPEZ NIEVES, NAIL | 9461 |
| 21546 | $651.38 | ADSEF | LOPEZ REYES, MARIA DE LOS A. | 1355 |
| 16426 | $355.80 | ADSEF | LOPEZ RIOS, ALFONSO | 7482 |
| 24917 | $233.90 | ADSEF | LOPEZ RIVERA, PEDRO | 5974 |
| 10596 | $12,612.89 | CASO DE NILDA AGOSTO | LORENZANA ACOSTA, LYDIA | 3658 |
| 29149 | $565.48 | ADSEF | LORENZO GONZALEZ, MIGUEL | 4219 |
| 25337 | $807.53 | ADSEF | LORENZO LORENZO, ZORAIDA | 1590 |

| | | | | |
|---|---|---|---|---|
| 22982 | $962.59 | ADSEF | LORENZO PEREZ, NAIDA | 1674 |
| 17744 | $1,350.72 | ADSEF | LOZADA LOZADA, CIPRIANO | 7605 |
| 18306 | $510.69 | ADSEF | LUGO HORRACH, GUMERSINDO | 8077 |
| 18535 | $287.60 | SEC | LUGO ROSARIO, ANA MARIA | 1029 |
| 18257 | $303.45 | ADFAN | LUGO SANABRIA, CRISTINO | 7744 |
| 24210 | $726.56 | ADSEF | MALDONADO CARDONA, MYRNA | 9879 |
| 15878 | $408.13 | ARV | MALDONADO COLON, ESTEBAN P. | 8021 |
| 18952 | $19,679.24 | ADFAN | MALDONADO RODRIGUEZ, AMELIA | 1706 |
| 15871 | $286.08 | ADSEF | MARRERO DE BARBOSA, CARMEN J. | 9240 |
| 21311 | $442.88 | ADFAN | MARTINEZ DIAZ, JOSEFINA | 6773 |
| 22174 | $189.44 | ADSEF | MARTINEZ GONZALEZ, PRISCILLA | 6517 |
| 17762 | $541.42 | ARV | MARTINEZ NEGRON, AIDA L. | 8844 |
| 24335 | $253.79 | ADSEF | MARTINEZ RIVERA, MYRIAM C. | 5706 |
| 15600 | $893.33 | ADSEF | MARTINEZ RODRIGUEZ, CARMEN B. | 6429 |
| 24534 | $469.56 | ADSEF | MARTINEZ ROSADO, MIRIAM | 9181 |
| 18533 | $832.65 | SEC | MARZAN CONCEPCION, JUANA | 3168 |
| 29466 | $774.48 | ADSEF | MATIAS ACEVEDO, MARIA I. | 4284 |
| 21333 | $4,155.34 | ADFAN | MATIAS CRUZ, LUZ C. | 2057 |
| 15638 | $686.84 | ADSEF | MATOS FUENTES, ANA V. | 0750 |
| 18314 | $1,345.36 | ADFAN | MEDINA BAEZ, CRISTINA | 4796 |
| 17755 | $382.00 | ADSEF | MEDINA LOPEZ, FRANCISCO | 2132 |
| 18944 | $395.55 | ADSEF | MEDINA MEDINA, ANA L. | 9460 |
| 15875 | $165.80 | ADSEF | MEDINA ORTIZ, EMENELIO | 6357 |
| 25286 | $677.58 | ADSEF | MEDINA TORRES, SONIA M. | 6964 |
| 82049 no tarjeta | $19,190.14 | SEC | MELENDEZ ALICEA, CARMEN D. | 9841 |
| 22021 | $161.58 | ADSEF | MENDEZ ESTIEN, RAMONITA | 2870 |
| 57107 | $1,998.56 | SEC | MENDEZ GONZALEZ, JUAN J. | 4306 |

| | | | | |
|---|---|---|---|---|
| 24974 | $505.35 | ADSEF | MENDEZ PEREZ, JULIO | 1565 |
| 15859 | $248.36 | ADSEF | MENENDEZ NEGRON, ANA D. | 9726 |
| 17053 | $419.15 | ADSEF | MERCADO DE ORTIZ, ANA MERCADO MATOS, ANA M. | 9818 |
| 18336 | $1,897.55 | ADSEF | MERCED RIVERA, FERDINAND | 6106 |
| 21146-21985 | $16,321.20 | ADFAN | MOCTEZUMA VELAZQUEZ, LYDIA | 4148 |
| 25563 | $90.21 | ADFAN | MONGE, MARGARITA | 2338 |
| 23439 | $773.83 | SEC | MONTANEZ MORALES, MODESTA | 8349 |
| 27689 | $17,582.14 | ADFAN | MONTES DELGADO, MONSERRATE | 6366 |
| 19644 | $678.50 | ARV | MONTES MALDONADO, FELIX M. | 8736 |
| 18302 | $590.79 | ADSEF | MORALES RODRIGUEZ, GLADYS | 3131 |
| 18321 | $729.75 | ADSEF | MORALES SANTIAGO, HIRAM | 6536 |
| 21606 | $888.18 | ARV | MORALES SERRANO, MARIA I. | 9115 |
| 23567 | $609.03 | ADSEF | MUJICA MUJICA, ROSA DE LOS A. | 8583 |
| 100786 | $1,990.00 | ADSEF | NIEVES GORRITE, MARIA | 7450 |
| 19300 | $275.83 | ADSEF | NUNEZ SANCHEZ, LUZ | 9870 |
| 25196 | $201.79 | ADSEF | OQUENDO CRUZ, SANTA | 3197 |
| 21602 | $312.53 | ADSEF | ORTIZ AGOSTO, MARIA I. | 9271 |
| 24904 | $17.36 | ADSEF | ORTIZ CRUZ, TERESA | 9441 |
| 25080 | $162.60 | SEC | ORTIZ GERENA, PAULA | 2347 |
| 24736-25087 | $66.24 | ACUDEN | ORTIZ GUILBE, ROSA | 3607 |
| 33628 | $56.60 | ADSEF | ORTIZ LOPEZ, LUIS A. | 0151 |
| 26989 | $659.50 | ADFAN | ORTIZ NIEVES, MARIA M. | 5953 |
| 24061 | $324.05 | ADSEF | ORTIZ RAMOS, JOSE ANTONIO | 7276 |
| 18199 | $15,865.60 | ADFAN | ORTIZ SALINAS, ANA ELSA | 1179 |
| 24723 | $430.08 | ADSEF | PABON DE VILLODAS, MYRTA | 3706 |
| 21238 no tarjeta | $595.29 | ADSEF | PACHECO DE RAMOS, JUDITH | 1131 |
| 18207 | $565.23 | ADSEF | PACHECO QUIDLEY, CARMEN E. | 5080 |

| | | | | |
|---|---|---|---|---|
| 21550 | $818.75 | ADSEF | PADILLA PADILLA, MARIA ISABEL | 7146 |
| 22414 | $903.13 | ADFAN | PADIN RIVERA, ROSITA | 9033 |
| 24935 | $206.56 | SEC | PAGAN SANCHEZ, NANCY E. | 8561 |
| 19794 | $264.95 | ADSEF | PARIS TAPIA, OLGA E. | 2593 |
| 16339 | $602.50 | ADSEF | PARRILLA ARAGONES, ANGEL L. | 1833 |
| 17039 | $449.65 | ASUME | PASTRANA PAGAN, AWILDA | 3805 |
| 15584 | $802.30 | ADSEF | PEREZ CASTA, IRIS M. | 8031 |
| 17064 | $150.07 | SEC | PEREZ CRUZ, DAISY S. | 0056 |
| 17732-21706 | $663.22 | ADSEF | PEREZ GARCIA, LOURDES | 1581 |
| 15844 | $847.93 | ADFAN | PEREZ MAISONET, ESMERALDA | 5036 |
| 15536 | $540.05 | ADFAN | PEREZ SERRANO, CARMEN L. | 2045 |
| NO DEUDA | | Caso de Nilda Agosto | PEREZ TORRES, LUZ N. | 0913 |
| 18190 | $574.16 | SEC | PEREZ VELEZ, ADELAIDA | 3815 |
| 17766 | $669.35 | SEC | PEREZ VILLANUEVA, ILSA I. | 6144 |
| 24953 | $208.40 | ADSEF | PILLOT ORTA, VICTORIA | 6336 |
| 22363 | $1,072.00 | ADFAN | PIMENTEL DE DIAZ, PAULA | 1301 |
| 17761 | $830.10 | ADSEF | PITRE ROMAN, AIDA NELLY | 8936 |
| 21679 | $1,029.75 | ADSEF | QUINONEZ FUENTES, JUAN M. | 2225 |
| 18277 | $4,712.78 | ADFAN | QUINTANA SANCHEZ, ANA E. | 6612 |
| 15660 | $84.80 | ADSEF | RAMIREZ OCASIO, FRANCISCA | 8611 |
| 25208 | $724.00 | ADSEF | RAMOS BURGOS, PABLO | 9454 |
| NO DEUDA | | CASO DE NILDA AGOSTO | RAMOS CASELLAS, MARIA DEL C. | |
| 19783 | $7,203.84 | ARV | RAMOS MIRANDA, IVONNE | 9063 |
| 18351 | $969.49 | ADSEF | RAMOS RIVAS, JUDITH M. | 6806 |
| 15838 | $322.43 | ADSEF | RIOS LOPEZ, ELSIE L. | 6822 |
| 101896 | $5,555.87 | AIJ | RIVAS RIOS, ANTONIO | 7200 |
| 23276 | $501.45 | ADSEF | RIVERA ACEVEDO, MARIA T. | 4474 |

| 17062 | $651.13 | ADSEF | RIVERA BENITEZ, AMADOR | 9391 |
|---|---|---|---|---|
| 22907 | $193.25 | ADSEF | RIVERA CARRASQUILLO, ROSALIA | 7397 |
| 15720-18210 | $1,081.00 | ADSEF | RIVERA COLON, CARMEN M. | 0965 |
| 18213 | $916.98 | SEC | RIVERA CORTES, AWILDA | 7162 |
| 28580 | $664.76 | ADSEF | RIVERA CRUZ, MARIA ESTHER | 5705 |
| 24686 | $4,517.57 | ADSEF | RIVERA DE JESUS, RAMON L. | 1839 |
| 18211 | $932.97 | SEC | RIVERA LOPEZ, CARMEN S. | 3470 |
| 18364 | $136.65 | SEC | RIVERA MEDINA, MARIA E. | 1971 |
| 18328 | $732.78 | ADSEF | RIVERA MONSERRATE, JUANA D. | 7276 |
| 22298 | $277.55 | ADSEF | RIVERA ORELLANA, PRISCILLA | 5630 |
| 24207 | $853.35 | ADSEF | RIVERA PINA, NOEMI | 1160 |
| 15848 | $331.12 | ADSEF | RIVERA QUINONEZ, CARMEN D. | 4991 |
| 21990 | $1,071.04 | ADSEF | RIVERA RIVERA, JOSEFINA | 6678 |
| 16449 | $642.64 | ADSEF | RIVERA RODRIGUEZ, EVELYN | 2706 |
| 28533 | $350.63 | ADSEF | RIVERA RODRIGUEZ, LUZ TERESA | 0514 |
| 18161 | $258.44 | SEC | RIVERA SOTO, FELIX | 4425 |
| 25323 | $232.48 | ADSEF | RIVERA TORRES, OLMISDA M. | 8655 |
| 20919 | $48.45 | ADSEF | RIVERA VEGUILLA, JOSE | 2874 |
| 17045 | $1,677.65 | ADFAN | RIVERA ZAMBRANA, ELIUD | 5157 |
| 25189 | $325.18 | ADSEF | ROBLES GONZALEZ, RAQUEL | 3217 |
| 15826 | $27.20 | ADSEF | ROBLES ORTIZ, JESUS | 5646 |
| 24959 | $19,679.24 | ADFAN | ROBLES RIVERA, NYDIA | 6151 |
| 22451 | $633.18 | ADSEF | ROBLES SIERRA, RAMONITA | 6519 |
| 17011 | $186.60 | ADSEF | RODRIGUEZ ABREU, ANGEL | 7035 |
| 15634 | $22,881.84 | ADFAN | RODRIGUEZ CARRILLO, GEORGINA | 3196 |
| 17051 | $367.80 | ADSEF | RODRIGUEZ COLLAZO, EDDIE O. | 1064 |

| | | | | |
|---|---|---|---|---|
| 24224 | $956.40 | ADSEF | RODRIGUEZ DE ROMERO, MILAGROS | 0229 |
| 24187 | $556.45 | ADSEF | RODRIGUEZ GONZALEZ, NELLY | 2000 |
| 25013 | $1,031.55 | ADSEF | RODRIGUEZ GONZALEZ, ROSA M. | 1651 |
| 15578 | $756.59 | SEC | RODRIGUEZ MARTINEZ, CARMEN L. | 4785 |
| 23192 | $50.16 | SEC | RODRIGUEZ RAMOS, MARIA | 5694 |
| 18954 | $818.50 | SEC | RODRIGUEZ RODRIGUEZ, ALFREDO | 2995 |
| 21740 | $630.35 | ADSEF | RODRIGUEZ RODRIGUEZ, IXIA E. | 7517 |
| 20895 | $781.65 | ADSEF | ROHENA BARRETO, JOSE L. | 2687 |
| 22614-24711 - REPETIDO, ELIMINAR EL CM-ECF 1691 TARJETA 24711 | $425.59 | ARV | ROLDAN SANES, VICENTE | 2412 |
| 20834 | $682.80 | ADSEF | ROMAN HERNANDEZ, MARIA D. | 3049 |
| 26700 | $653.00 | ADSEF | ROMERO CRUZ, MARILYN | 4361 |
| 27869 | $206.44 | ADSEF | ROMERO PARIS, LYDIA | 7076 |
| 15863 | $415.48 | ADSEF | ROSA MALDONADO, ELMERIDA | 8839 |
| 22094 | $948.48 | ADFAN | ROSA NAVARRO, CARMEN R. | 4285 |
| 23166 | $553.98 | ADSEF | ROSADO CRUZ, MARIA | 8615 |
| 15730 | $430.00 | ADSEF | ROSADO MEDINA, CARMEN M. | 4511 |
| 20901 | $163.26 | ADSEF | ROSADO ROSARIO, JOSE E. | 2247 |
| 15885 | $461.41 | ADSEF | ROSADO VAZQUEZ, IRIS SONIA | 1337 |
| 18301 | $104.96 | ADSEF | ROSARIO DIAZ, GLADYS E. | 1327 |
| 25041 | $31.20 | ADSEF | ROSARIO RIVERA, NEREIDA | 9742 |
| 15810 | $516.39 | ADSEF | ROSARIO SERRANO, EULOGIA | 8954 |
| 24081 | $235.17 | SEC | RUBERTE DE MOLINA, NOEMI | 7344 |
| 26723 | $1,012.36 | ADSEF | RUIZ DE LA TORRE, MINERVA | 1081 |
| 21301 | $329.66 | ADFAN | RUIZ GONZALEZ, DORIS N. | 6378 |

| | | | | |
|---|---|---|---|---|
| 18577 | $337.66 | ADSEF | RUIZ MANZANO, FLOR M. | 1335 |
| 19299 | $596.89 | SEC | RUIZ RAMOS, CARMEN M. | 3403 |
| 24989-25181 | $523.51 | ADSEF | RUIZ RIVERA, OSVALDO | 1856 |
| 15889 | $614.00 | ADSEF | SALDANA CARRASQUILLO, ERMELINDO | 0988 |
| 20884 | $595.43 | ADSEF | SALGADO PIZARRO, JAIME | 9164 |
| 88621 | $133,165.57 | AIJ | SALGADO SANTOS CARMELO | ######### |
| 73172 | $133,165.56 | AIJ | SALGADO SOLER LUPERCIO | ######### |
| 18646 | $752.79 | ACUDEN | SANCHEZ DE SOTO, MYRTA SANCHEZ ROMAN, MYRTA | 6850 |
| 25742 | $1,911.20 | ADSEF | SANCHEZ GONZALEZ, MIGUEL | 3853 |
| 17753 | $809.55 | ADFAN | SANCHEZ NIEVES, ELIZABETH | 8144 |
| 19235 no tarjeta | $3,036.31 | ADSEF | SANCHEZ POMALES, CARMEN S. | 4465 |
| 23019 | $1,252.71 | SEC | SANCHEZ RIOS, PAULA | 9343 |
| 28246 | $2,512.50 | ADFAN | SANCHEZ RODRIGUEZ, LUZ E SANCHEZ DE SANCHEZ, LUZ E. SEGUN NOMINA DE PERSONAL. | 1571 |
| 18318-15574 | $9,651.59 | ADFAN | SANCHEZ SOTO, IRIS Y. | 8113 |
| 17015 | $660.35 | ADSEF | SANCHEZ VELEZ, JACKELINE | 1650 |
| 19800 | $1,027.10 | ASUME | SANTA COLON, IVETTE | 2491 |
| 18903 | $1,321.58 | ADFAN | SANTANA AVILES, AWILDA | 1645 |
| 25194 | $614.05 | ADSEF | SANTANA CLAUDIO, SARAH | 8523 |
| 24536 | $214.78 | ADSEF | SANTIAGO BERMUDEZ, ZENAIDA | 4872 |
| 25188 | $446.40 | ADSEF | SANTIAGO CARRION, SANTA | 2448 |
| 18343 | $64.18 | ADSEF | SANTIAGO GARCIA, IRIS M. | 7484 |
| 25714 | $25.22 | ADSEF | SANTIAGO ROSA, MIGUEL | 9559 |
| 19233 | $857.65 | ADSEF | SERRANO DAVILA, IVETTE MA. | 2359 |
| 24971 | $651.00 | ADSEF | SERRANO DIAZ, ORLANDO | 3066 |
| 24171 | $549.93 | ADSEF | SERRANO NEGRON, MARIA LYDIA | 7809 |
| 15622 | $195.05 | ADSEF | SOLA SANCHEZ, KAREN | 7119 |

| | | | | |
|---|---|---|---|---|
| 19292 | $117.34 | ADSEF | SOLER MORALES, MARIA DEL C. | 5155 |
| 18168 | $33.60 | ADSEF | SOLIVAN SANCHEZ, FRANCISCO | 5708 |
| 24930 | $588.05 | ADSEF | SOTO SANES, PATRIA H. | 9002 |
| 17065 | $632.85 | ADFAN | SOTO TORRES, DIGNA R. | 6364 |
| 23431 | $244.80 | ADSEF | STERLING BERTEN, MARGARITA | 6995 |
| 73068 | $3,162.90 | SEC | STERLING LEBRON, JOSEPH | 0179 |
| 25023 | $805.20 | ADSEF | TAPIA RIOS, RUTH M. | 5434 |
| 22325 | $697.18 | ADSEF | TIRADO MAYSONET, RICARDO | 1749 |
| 19921 | $105.66 | ADSEF | TORRES CARTAGENA, MARIA E. | 3497 |
| 17763 | $288.78 | ADSEF | TORRES CONCEPCION, GLORIA E. | 8271 |
| 16423 | $811.76 | ADFAN | TORRES JIMENEZ, AIDA I. | 5293 |
| 12734 | $26,488.89 | RECLAMO DE NILDA AGOSTO | TORRES MANZANO, ALEJANDRO | 3513 |
| 18271 | $143.49 | ADSEF | TORRES MUNOZ, ELSIE | 7439 |
| 17764 | $605.73 | ADSEF | TORRES PEREZ, FELICITA TORRES DE MARTINEZ, FELICITA SEGUN EXPEDIENTE PERSONAL | 5273 |
| 22991 | $938.66 | ADSEF | TORRES POSSI, ZENAIDA | 5908 |
| 18552 | $317.47 | ADSEF | TORRES POZZI, LUZ N. | 1992 |
| 16446 | $100.20 | ADSEF | TORRES RIVERA, EDITH | 9734 |
| 15817 no tarjeta | $706.25 | ADSEF | TORRES SANCHEZ, CONSUELO | 4839 |
| 26717 | $1,063.41 | ADSEF | TORRES SANTIAGO, MARILU | 5961 |
| 17038 | $1,164.98 | ADSEF | TRAVIESO LEDUC, JOSE L. | 6303 |
| 18947 | $1,350.72 | ADSEF | VACHIER MONELL, ANTONIO - APARECE COMO MONELL, ANTONIO VACHIER | 3266 |
| 82575 | $133,165.56 | AIJ | VALCARCEL OSORIO NORBERTO | O985 |
| 24915 | $21.30 | ACUDEN | VARELA CARTAGENA, PATRIA S. | 3721 |
| 89224 NO TARJETA | $18,427.68 | ADFAN | VARGAS PEREZ, ANA | 9087 |

| | | | | |
|---|---|---|---|---|
| 18208 | $4,400.44 | ADSEF | VARGAS VARGAS, MARIA E. | 6246 |
| 18291 | $773.95 | ADSEF | VARGAS VEGA, ESTHER E. | 1317 |
| 15559 | $438.23 | ADSEF | VAZQUEZ CASTILLO, IRMA | 0336 |
| 24994 | $1,536.43 | SEC | VAZQUEZ CINTRON, ROSA IRIS | 6499 |
| 26715 | $162.71 | ADSEF | VAZQUEZ RIVERA, MARIA TERESA | 2621 |
| 15613-17029 NO TARJETA | $60.42 | ACUDEN | VEGA HERNANDEZ, GILBERTA | 8691 |
| 26719 | $47.93 | ADFAN | VEGA JIMENEZ, MILAGROS | 4509 |
| 17036 | $16,624.04 | ADFAN | VEGA LOPEZ, JORGE L. | 0761 |
| 18485 | $33.70 | ADSEF | VEGA SOTO, AMALIA | 5755 |
| 16354 | $277.83 | ADSEF | VELAZQUEZ BENITEZ, ANA DELIA | 4981 |
| 17757 | $331.88 | ADSEF | VELAZQUEZ CRUZ, ADA Y. | 4475 |
| 33133 | $647.08 | ADSEF | VELAZQUEZ ROSADO, MIGDALIA CLAIM: ROSADO, MIGDALIA VELAZQUEZ | 2025 |
| 15861 | $597.18 | ADSEF | VELEZ CORREA, EULALIA | 7016 |
| 21989 | $28.80 | ADSEF | VELEZ LAFFONSE, JOSE | 2111 |
| 20458 | $497.65 | ADSEF | VELEZ MELENDEZ, IVELISSE | 1916 |
| 15764 | $291.63 | SEC | VELEZ NIEVES, DELIA | 5274 |
| 18339 | $644.48 | ADSEF | VELEZ ORTIZ, HILDA | 1829 |
| 22287 | $645.26 | ADSEF | VELEZ ORTIZ, MIRIAM M. | 9696 |
| 24946 | $1,985.35 | ARV | VELEZ SANCHEZ, NYDIA M. | 7772 |
| 17756 | $155.58 | ADSEF | VELEZ TIRADO, ENOELIA | 4333 |
| 16440 NO TARJETA | $340.32 | ADFAN | VERGES VAZQUEZ, CARMEN M. | 5769 |
| 15757 | $179.63 | ADSEF | VIERA RAMOS, IVELISSE | 0593 |
| 15822 | $295.68 | ADSEF | VIERA ZAYAS, CARMEN VIERA DE GUILLERMETY, CARMEN SEGUN EXPEDIENTE PERSONAL | 3802 |
| 22134 | $281.72 | ADSEF | VILLA SOTO, MARIA | 9404 |
| 18294 | $265.20 | ADSEF | VILLAFANE DE LEON, FELIX M. | 9248 |

| 16434 | $118.44 | ADSEF | VILLAFANE PEREZ, ARLYN I. | 2726 |
|---|---|---|---|---|
| 81733 | $129.08 | ADSEF | VILLEGAS MARTINEZ, ROSITA | 0303 |
| 12115 | $704.46 | ADSEF | VIZCARRONDO FLORES, EVELYN | 2407 |
| 22345 | $635.38 | ADSEF | ZAYAS ESTERAS, REINA L. | 9882 |
| | $1,019,983.01 | | | |