# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>    as representative of <br><br>THE COMMONWEALTH OF PUERTO RICO, <br><br>    Plaintiff, <br><br>v. <br><br>AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., FINANCIAL GUARANTY INSURANCE COMPANY, and U.S. BANK TRUST NATIONAL ASSOCIATION, as Trustee, <br><br>    Defendants. | PROMESA <br>Title III <br><br>Adv. Proc. No. 20-00003-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>    as representative of <br><br>THE COMMONWEALTH OF PUERTO RICO, <br><br>    Plaintiff, <br><br>v. <br><br>AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORPORATION, FINANCIAL GUARANTY INSURANCE COMPANY, and THE BANK OF NEW YORK MELLON, as Fiscal Agent, <br><br>    Defendants. | PROMESA <br>Title III <br><br>Adv. Proc. No. 20-00004-LTS |

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>　　Plaintiff,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, FINANCIAL GUARANTY INSURANCE COMPANY, PEAJE INVESTMENTS LLC, and THE BANK OF NEW YORK MELLON, as Fiscal Agent,<br><br>　　Defendants. | PROMESA<br>Title III<br><br>Adv. Proc. No. 20-00005-LTS |

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA |
| as representative of | Title III |
| PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY | Adv. Proc. No. 20-00007-LTS |
| and | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA AND PBA), | |
| Plaintiffs, | |
| v. | |
| AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, FINANCIAL GUARANTY INSURANCE COMPANY, PEAJE INVESTMENTS LLC, and THE BANK OF NEW YORK MELLON, as Fiscal Agent, | |
| Defendants. | |

## ORDER SETTING BRIEFING SCHEDULE

This matter is before the Court on the *Monolines' Urgent Motion to Clarify Requirements of the Sealed Procedures Order and the Amended Protective Order* (Dkt. No. 13513 in 17-BK-3283, Dkt. No. 849 in 17-BK-3567, Dkt. No. 69 in 20-AP-003, Dkt. No. 67 in 20-AP-004, Dkt. No. 80 in 20-AP-005, and Dkt. No. 53 in 20-AP-007) (the "Urgent Motion"). Therein, Ambac represents that AAFAF consents to the Urgent Motion's request to clarify the Standing Procedures Order to provide that leave from the Court is not needed to submit documents with redactions, if the parties do not seek to make a corresponding sealed filing and the redacted version will constitute the official filing with the Court, but that AAFAF does not consent to Ambac's request for an order that ink signatures of Commonwealth employees, and information available to the public (pursuant to public records laws or otherwise), shall not be designated as "Confidential Material" under the *Stipulation and Amended Protective Order*, No. 17 BK 3283-LTS, ECF No. 13461 (the "Amended Protective Order"), and, therefore, shall not be redacted from future filings with the Court of discovery material subject to the Amended Protective Order. The Court hereby sets the following briefing schedule on the Urgent Motion:

1. Any opposition to the Urgent Motion shall be due on **July 6, 2020**.

2. The Court will thereafter take the Urgent Motion on submission.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: July 1, 2020