UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY

    Before the Court is the *Creditor's Request for Extension of Time to Reply to Objection of the Financial Oversight and Management Board for PR to Motion Requesting Allowance of Post Petition Tort Claim as Priority Claim* (Docket Entry No. 13537, the "Extension Motion") filed by Leslie Jay Bonilla Sauder (the "Movant"). The Extension Motion is granted as set forth herein.

    The deadline for Movant to file a reply in support of the *Motion Requesting Allowance of Post Petition Tort Claim as Priority Claim Pursuant to the Fundamental Fairness Doctrine in Reading Co. v. Brown, 391 US 471 (1968)* (Docket Entry No. 12897) is hereby

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

extended, nunc pro tunc, to **July 23, 2020, at 5:00 p.m. (Atlantic Standard Time)**. No further extensions of this deadline will be granted absent good cause shown.

This Order resolves Docket Entry No. 13537.

SO ORDERED.

Dated: July 2, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge