# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF PUBLICATION

I, Rachel O'Connor, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

This Affidavit of Publication includes sworn statements verifying that the *Notice of Extended Deadline for Submitting Information Forms for Retirement Beneficiaries of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico*, as conformed for publication, was published on June 26, 2020 in the national editions of (1) *The Bond Buyer* as described in **Exhibit A**, (2) *El Diario NY* as described in **Exhibit B**, (3) *El Nuevo Herald* as described in **Exhibit C**, (4) *The San Juan Daily Star* as described in **Exhibit D**, and (5) *El Nuevo Dia* as described in **Exhibit E**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: July 2, 2020

                                */s/ Rachel O'Connor*
                                Rachel O'Connor

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 2, 2020, by Rachel O'Connor, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: */s/ JAMES A. MAPPLETHORPE*
      Notary Public, State of New York
      No. 01MA6370846
      Qualified in New York County
      Commission Expires February 12, 2022

**Exhibit A**

# Copy Of Advertisement Of

# Certificate of Publication

Yohanna Beato, is the Billing Coordinator of the
BOND BUYER, a daily newspaper printed and published at One State Street Plaza, in the City of New York, County of New York, State of New York; and the notice, of which the annexed is a printed copy, was regularly published in said BOND BUYER on June 26th, 2020.

X *Yohanna Beato*
*Billing Coordinator*
*June 29th 2020*

---

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

| In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al., Debtor.[1] | PROMESA Title III Case No. 17 BK 3283-LTS (Jointly Administered) **Re: ECF Nos. 10839, 12438, 13020** |
|---|---|
| In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO. Debtor. | PROMESA Title III Case No. 17 BK 3566-LTS (Jointly Administered) **Re: ECF Nos. 810, 837, 888** |

**NOTICE OF EXTENDED DEADLINE FOR SUBMITTING INFORMATION FORMS FOR RETIREMENT BENEFICIARIES OF THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO**

## DEADLINE EXTENSION

**TO ALL PARTICIPANTS OF THE EMPLOYEES RETIREMENT SYSTEM FOR THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO ("ERS"), THE JUDICIARY RETIREMENT SYSTEM FOR THE COMMONWEALTH OF PUERTO RICO ("JRS"), AND THE PUERTO RICO TEACHER'S RETIREMENT SYSTEM ("TRS"), PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") has filed the *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [Case No. 17-bk-3283, ECF No. 11946] (as amended or modified from time to time and including all exhibits thereto, the "Plan") and a related disclosure statement [Case No. 17-bk-3283, ECF No. 11947] (as amended or modified from time to time and including all exhibits thereto, the "Disclosure Statement") pursuant to which the Commonwealth of Puerto Rico (the "Commonwealth") (together with ERS, the "Debtors") and the Puerto Rico Public Buildings Authority ("PBA") seek to adjust their debts under Title III of the *Puerto Rico Oversight, Management, and Economic Stability Act*.[2]

The Oversight Board is soliciting certain information from certain holders of retirement benefits claims ("Employee Claimants")[3] for whom the Debtors have incomplete or outdated information.

**You may be a current or former participant of ERS, JRS, or TRS, and you may be required to submit a form with information the Debtors are currently missing (the "Information Form"), including:** (a) name; (b) mailing address; (c) email address; (d) date of birth; (e) gender; (f) social security number[4]; and (g) employment information (collectively, the "Requested Information"). The Debtors request that, if at all possible, you submit your Information Form electronically on the website hosted by the Debtors' claims and solicitation agent, Prime Clerk LLC (the "Claims Agent"), at https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.

**The deadline to file an Information Form has been extended to July 29, 2020 at 4:00 p.m. (Atlantic Time).**

**If you have already filed an Information Form, no further action is required unless directed by court order, notice, or otherwise.**

### Key Points

- In a Title III case under PROMESA, certain retirement beneficiaries of the Commonwealth and ERS may be entitled to vote on any plan of adjustment filed by the Commonwealth and ERS. In order for the Debtors to reduce the number of solicitation packages returned undeliverable, and ensure the claim amounts for such beneficiaries are accurately calculated, the Debtors are requesting that certain claimants submit an Information Form containing the Requested Information. This document explains how to submit Information Forms.
- A plan of adjustment is a document that explains how the Debtors propose to pay the amounts they owe to their creditors. This plan is available for creditors to review at https://cases.primeclerk.com/puertorico/.
- **If you are required to submit an Information Form**, you must do so by **July 29, 2020 at 4:00 p.m., Atlantic Standard Time.**
- Information Forms may be submitted by (a) electronically submitting on the Claims Agent's website at https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index, or (b) mail or hand delivery to the following addresses[5]:
  - Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232;
  - Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918;
  - 151 Calle de San Francisco, 2nd Floor, San Juan, PR 00901;
  - Bianca Convention Center, Carr 2 KM 143, Floor 1, Añasco, PR 00610;
  - Oceana HUB Center, 2 Calle Acerina, Caguas, PR 00725;
  - Joe's Blue, MCS Building, 880 Tito Castro Avenue, 1st Floor, Ponce, PR 00716-4732.
- **The Debtors request that, if at all possible, you submit your Information Form electronically on the Claims Agent's website.**
- PLEASE NOTE THAT, in light of the Governor's executive order issued on May 21, 2020, addressing the situation regarding COVID-19, the collection centers at which Employee Claimants may file Information Forms will not open prior to June 15, 2020. Please call (844) 822-9231 before proceeding to one of these locations to confirm whether the location is open. Employee Claimants are encouraged to file Information Forms electronically or by mail.

After reading this notice, if you require additional information, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please note that the people answering the phone number are not able to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should talk to an attorney.

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).
[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241. The Class number containing the retirement benefits claims may be changed therein.
[3] In the Plan filed at Case No. 17-bk-3283, ECF No. 8765, Class 25 constitutes the claims of Employee Claimants. The Class number(s) constituting the claims of Employee Claimants may change in any subsequently filed Plan.
[4] The Debtors seek to obtain the last four digits of claimants' social security numbers in order to match claimants with their employee records.
[5] The Debtors reserve the right to amend the locations accepting Information Forms by hand delivery.

---

**For rates and additional information about advertising** a notice of competitive sale, please call Kerry-Ann C. Parkes at 212-803-8436 or send an email to nos@arizent.com.

---

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

| In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al., Debtors.[1] | PROMESA Title III No. 17 BK 3283-LTS (Jointly Administered) |
|---|---|
| In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, Debtors. | PROMESA Title III No. 17 BK 5523-LTS (Jointly Administered) **Re: ECF Nos. 55, 56, 57, 79** |

**NOTICE OF EXTENDED DEADLINES FOR FILING PROOFS OF CLAIM**

## DEADLINE EXTENSION

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

On September 27, 2019, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") filed a voluntary petition under section 304(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] initiating a Title III case under PROMESA (a "Title III Case") for the Puerto Rico Public Buildings Authority ("PBA"), Federal Tax ID No. 3801, Case No. 19 BK 5523. **You may be a creditor of PBA, and you may be required to file a proof of claim ("Proof of Claim").**

**The deadline to file a proof of claim has been extended to July 29, 2020 at 4:00 p.m. (Atlantic Time).**

**If you have already filed a Proof of Claim, no further action is required unless directed by court order, notice, or otherwise.**

### Key Points

- In a Title III proceeding under PROMESA, creditors may be required to file claim forms stating the amount of money owed to them as of the day the Title III proceeding was filed. This document explains how to file claims.
- **Many creditors in the Title III Cases are not required to file a claim.** For more information, please refer to the Claims Agent's website at https://cases.primeclerk.com/puertorico/, call the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email at puertoricoinfo@primeclerk.com.
- **If you are not required to file a claim, you do not need to complete and return a claim form**, and you will still keep your rights to vote on a plan of adjustment and receive payments under the plan. A plan of adjustment is a document that explains how a Debtor proposes to pay the amounts it owes to its creditors. Once filed, this plan will be available for creditors to review. Who gets to vote on the plan will be determined at a later date. The amount you may receive under the plan also will be determined later.
- **If you are required to file a claim against any of the Debtors**, the deadline to do so has been extended to **July 29, 2020 at 4:00 p.m., Atlantic Standard Time**. To obtain a form that you may use to file your claim, refer to the contact information below.
- Claims may be filed:
  - **electronically** by filing on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index,
  - **by first class mail**, at the following address: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232,
  - **by overnight courier**, at the following address: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, or
  - **by hand delivery**, at any of the following locations:
    - Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232
    - Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918;
    - 151 Calle de San Francisco, 2nd Floor, San Juan, PR 00901;
    - Bianca Convention Center, Carr 2 KM 143, Floor 1, Añasco, PR 00610;
    - Oceana HUB Center, 2 Calle Acerina, Caguas, PR 00725;
    - Joe's Blue, MCS Building, 880 Tito Castro Avenue, 1st Floor, Ponce, PR 00716-4732.[3]
- PLEASE NOTE THAT, in light of the Governor's May 21, 2020 executive order addressing the situation regarding COVID-19, the collection centers at which claimants may file proofs of claim by hand delivery will not open prior to June 15, 2020. Please call (844) 822-9231 before proceeding to one of these locations to confirm whether the location is open. Claimants are encouraged to file proofs of claim electronically or by mail.

After reading this notice, if you require additional information, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please note that the people answering the phone number are not able to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should talk to an attorney.

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).
[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.
[3] PBA reserves the right to amend the locations accepting proofs of claim by hand delivery.

---



**Reach your target audience**
Place your redemption advertising in

## THE BOND BUYER

For more info e-mail nos@arizent.com

**<u>Exhibit B</u>**



EL CAMPEON DE LOS HISPANOS
**EL DIARIO**
LA PRENSA        WWW.ELDIARIONY.COM

an impreMedia company

**Affidavit of Publication State of New York County of New York, ss:
The undersigned, <u>Esperanza Ruiz,</u> is an Account Executive of
EL DIARIO/LA PRENSA** a company of Impremedia, located at
15 Metro Tech Center, 7th Floor, Brooklyn, NY 11201

This is a daily newspaper published in <u>**New York State.**</u> The legal notice of
<u>**The Commonwealth of Puerto Rico**</u>
was published in said newspaper as set forth below or in the annexed exhibit.

This newspaper has been
designated by the Clerk of New York County for this purpose.

Said Notice was published on:

Friday, June 26, 2020

Subscribed and sworn to before me this

day 29th of June, 2020

Esperanza Ruiz
Account Executive

Notary Public, ~~New York~~ Queens County, N.Y.

SHAN ATKINSON ( LILY ATKINSON )
Notary Public, State of New York
No. 01AT6364883
Qualified in QueensCounty
Commission Expires Sept. 25th, 2021

15 Metro Tech Center, 7th Fl. Brooklyn, NY 11201   Phone: ( 212) 807-4763   Fax: ( 212) 807-4617

---

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| In re: JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante del ESTADO LIBRE ASOCIADO DE PUERTO RICO et al., Deudores.[1] | PROMESA Título III Núm. 17 BK 3283-LTS (Administrado Conjuntamente) |
| In re: JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO, Deudores. | PROMESA Título III Núm. 17 BK 5523-LTS (Administrado Conjuntamente) Re: ECF núms. 55, 56, 57 y 79 |

**NOTIFICACIÓN DE PRÓRROGA DE LAS FECHAS LÍMITE PARA RADICAR EVIDENCIAS DE RECLAMACIONES**

## PRÓRROGA DE LAS FECHAS LÍMITE

SE RUEGA A TODOS LOS ACREEDORES DE LOS DEUDORES Y A OTRAS PARTES INTERESADAS QUE TOMEN NOTA DE LO SIGUIENTE:

El 27 de septiembre de 2019, la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") radicó una petición voluntaria en virtud de la sección 304(a) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[2] iniciando así un caso de Título III conforme a PROMESA (el "Caso de Título III") en relación con la Autoridad de Edificios Públicos de Puerto Rico (la "AEP"), identificación contributiva federal núm. 3801, Caso núm. 19 BK 5523. **Es posible que usted sea acreedor de la AEP y deba radicar una evidencia de reclamaciones** ("Evidencia de Reclamaciones").

**La fecha límite para radicar evidencias de reclamaciones se ha prorrogado hasta el 29 de julio de 2020 a las 4:00 p.m. (AST).**

**Si ya ha radicado una Evidencia de Reclamaciones no tendrá que realizar ninguna acción, salvo orden, notificación u otra resolución judicial.**

### Principales consideraciones

- En el marco de un procedimiento de Título III de PROMESA, es posible que a los acreedores se les exija radicar formularios de reclamaciones en los que aparezca el monto que se les adeuda en la fecha en la que se radicó el procedimiento de Título III. En el presente documento se explica cómo radicar reclamaciones.
- Muchos acreedores en los Casos de Título III **no tienen que radicar ninguna reclamación**. Para obtener más información consulte el sitio web del Agente de reclamaciones, https://cases.primeclerk.com/puertorico/, llámelo al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), disponibles de 10:00 a.m. a 7:00 p.m. (AST) (se hablaespañol), o envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com.
- Si no tiene que radicar ninguna reclamación no necesita completar ni remitir ningún formulario de reclamaciones, y aún así mantendrá su derecho a votar sobre un plan de ajuste y a recibir pagos conforme al plan. El plan de ajuste es un documento que explica cómo los Deudores proponen pagar los montos que adeudan a sus acreedores. Una vez radicado, dicho plan estará a disposición de los acreedores para que lo examinen. Más adelante se determinará a quién podrá recibir conforme al plan también se determinará en una fase posterior.
- Si tiene que radicar una reclamación contra cualquiera de los Deudores, la fecha límite para hacerlo se ha prorrogado hasta el **29 de julio de 2020 a las 4:00 p.m. (AST)**. Utilice los datos de contacto a continuación para obtener un formulario que podrá usar para radicar su reclamación.
- Podrá radicar reclamaciones:
  - **de forma electrónica**, a través del sitio web del Agente de reclamaciones: https://cases.primeclerk.com/puertorico/EPOC-Index,
  - **por un servicio de correo prioritario (*first class mail*)**, en la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232,
  - **por un servicio de mensajería 24 horas (*overnight courier*)**, en la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, o
  - **mediante entrega en persona**, en cualquiera de las siguientes ubicaciones:
    - Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232
    - Citi Towers, 250 Ave. Ponce de León, Suite 503, Hato Rey, San Juan, PR 00918;
    - 151 Calle de San Francisco, 2º piso, San Juan, PR 00901;
    - Bianca Convention Center, Carr. 2 KM 143, 1er piso, Añasco, PR 00610;
    - Oceana HUB Center, 2 Calle Acerina, Caguas, PR 00725;
    - Joe's Blue, MCS Building, 880 Tito Castro Avenue, 1er piso, Ponce, PR 00716-4732.[3]
- **OBSÉRVESE que**, en vista de la orden ejecutiva de la Gobernadora dictada el 21 de mayo de 2020 en la que se aborda la situación en relación con el COVID-19, los centros de entrega en los que los demandantes podrán radicar sus evidencias de reclamaciones mediante la entrega en persona no abrirán hasta el 15 de junio de 2020. Antes de acudir a una de dichas ubicaciones rogamos llame al (844) 822-9231 para verificar si el centro está abierto. Se recomienda a los demandantes que radiquen sus evidencias de reclamaciones de forma electrónica o por correo postal.

Si tras leer la presente notificación necesita información adicional, puede comunicarse con el Agente de reclamaciones llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), disponibles de 10:00 a.m. a 7:00 p.m. (AST) (hablamos español), o por correo electrónico a puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que contestan las llamas telefónicas no pueden brindar asesoramiento jurídico. Si tiene alguna pregunta sobre los derechos que le brinda la ley, incluyendo si debe o no radicar una reclamación, consulte a un abogado.

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

[3] La AEP se reserva el derecho de modificar las ubicaciones en las que se aceptan evidencias de reclamaciones mediante la entrega en persona.

---

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| In re: JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante del ESTADO LIBRE ASOCIADO DE PUERTO RICO et al., Deudor.[1] | PROMESA, Título III Caso núm. 17 BK 3283-LTS (Administrado Conjuntamente) Re: ECF núms. 10839, 12438 y 13020 |
| In re: JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante del SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. Deudor. | PROMESA, Título III Caso núm. 17 BK 3566-LTS (Administrado Conjuntamente) Re: ECF núms. 810, 837 y 888 |

**NOTIFICACIÓN DE PRÓRROGA DE LAS FECHAS LÍMITE PLAZO PARA RADICAR FORMULARIOS DE INFORMACIÓN RELATIVOS A LOS BENEFICIARIOS DE RETIRO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

## PRÓRROGA DE LAS FECHAS LÍMITE

SE RUEGA A TODOS LOS PARTICIPANTES DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO ("SRE"), EL SISTEMA DE RETIRO DE LA RAMA JUDICIAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO ("SRJ") Y EL SISTEMA DE RETIRO PARA MAESTROS DE PUERTO RICO ("SRM") QUE TOMEN NOTA DE LO SIGUIENTE:

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") ha radicado el *Plan Enmendado de Ajuste Conjunto del Título III del Estado Libre Asociado de Puerto Rico y otros* [Caso núm. 17-BK-3283, ECF núm. 11946] (denominado, en su versión periódicamente modificada e incluidos todos sus anexos, el "Plan") y la correspondiente declaración de divulgación [Caso núm. 17-BK-3283, ECF núm. 11947] (denominada, en su versión periódicamente modificada e incluidos todos sus anexos, la "Declaración de Divulgación") conforme a los cuales el Estado Libre Asociado de Puerto Rico (el "ELA") (junto con el SRE, los "Deudores") y la Autoridad de Edificios Públicos de Puerto Rico (la "AEP") pretenden ajustar sus deudas conforme al Título III de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico*.[2]

La Junta de Supervisión está solicitando cierta información de ciertos tenedores de reclamaciones de beneficios de retiro ("Empleados Demandantes")[3] para las cuales los Deudores cuentan con información incompleta u obsoleta.

**Usted podría ser un participante actual o exparticipante del SRE, el SRJ o el SRM, y es posible que deba radicar un formulario que contenga la información que los Deudores necesitan en la actualidad (el "Formulario de Información"), incluyendo**: a) nombre; b) dirección postal; c) dirección de correo electrónico; d) fecha de nacimiento; e) sexo; f) número del seguro social[4]; y g) información laboral (conjuntamente, la "Información Solicitada"). Los Deudores solicitan que, de ser posible, usted radique su Formulario de Información de forma electrónica en el sitio web alojado por el agente de reclamaciones y solicitudes de los Deudores, Prime Clerk LLC (el "Agente de Reclamaciones"): https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.

**La fecha límite para radicar Formularios de información se ha prorrogado hasta el 29 de julio de 2020 a las 4:00 p.m. (AST).**

**Si ya ha radicado un Formulario de Información, no tendrá que realizar ninguna acción, salvo orden, notificación u otra resolución judicial.**

### Principales Consideraciones

- En el marco de un Caso de Título III de PROMESA, es posible que determinados beneficiarios del ELA y del SRE tengan derecho a votar sobre un plan de ajuste radicado por el ELA y el SRE. Para que los Deudores puedan reducir el número de paquetes de solicitud devueltos como no entregables, y para asegurar que los montos de reclamaciones de dichos beneficiarios se calculen correctamente, los Deudores solicitan que determinados demandantes radiquen un Formulario de información que contenga la Información solicitada. El presente documento explica cómo radicar Formularios de información.
- El plan de ajuste es un documento que explica cómo los Deudores proponen pagar los montos que adeudan a sus acreedores. Los acreedores podrán consultar dicho plan visitando el siguiente enlace: https://cases.primeclerk.com/puertorico/.
- **Si está obligado a radicar un Formulario de Información**, deberá hacerlo antes del **29 de julio de 2020, a las 4:00 p.m. (AST)**.
- Podrá radicar los Formularios de Información a) de forma electrónica a través del sitio web del Agente de Reclamaciones en https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index, o b) por correo o personalmente en las siguientes direcciones[5]:
  - Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232;
  - Citi Towers, 250 Ave. Ponce de León, Suite 503, Hato Rey, San Juan, PR 00918;
  - 151 Calle de San Francisco, 2º piso, San Juan, PR 00901;
  - Bianca Convention Center, Carr. 2 KM 143, 1er piso, Añasco, PR 00610;
  - Oceana HUB Center, 2 Calle Acerina, Caguas, PR 00725;
  - Joe's Blue, MCS Building, 880 Tito Castro Avenue, 1er piso, Ponce, PR 00716-4732.
- **Los Deudores solicitan que, de ser posible, radique su Formulario de Información de forma electrónica a través del sitio web del Agente de Reclamaciones**.
- **OBSÉRVESE que**, en vista de la orden ejecutiva de la Gobernadora dictada el 21 de mayo de 2020, en la que se aborda la situación en relación con el COVID-19, los centros de entrega en los que los Empleados Demandantes podrán radicar sus Formularios de Información no abrirán hasta el 15 de junio de 2020. Antes de acudir a una de dichas ubicaciones rogamos llame al (844) 822-9231 para verificar si el centro está abierto. Se recomienda a los Empleados Demandantes que radiquen sus Formularios de Información de forma electrónica o por correo postal.

Si tras leer la presente notificación necesita información adicional, puede comunicarse con el Agente de reclamaciones llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), disponibles de 10:00 a.m. a 7:00 p.m. (AST) (se habla español), o por correo electrónico a puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que contestan las llamas telefónicas no pueden brindar asesoramiento jurídico. Si tiene alguna pregunta sobre los derechos que le brinda la ley, incluyendo si debe o no radicar una reclamación, consulte a un abogado.

[1] Los Deudores en estos Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17-BK-3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17-BK-3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17-BK-4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101–2241. El número de Clase que contiene las reclamaciones relativas a beneficios de retiro podría ser modificado en dicho documento.

[3] En el Plan radicado en el marco del Caso núm. 17-BK-3283, ECF núm. 8765, la Clase 25 corresponde a las reclamaciones de los Empleados demandantes. El/los número(s) de Clase que contiene(n) las reclamaciones de los Empleados demandantes podría(n) cambiar en cualquier Plan radicado con posterioridad.

[4] Los Deudores necesitan cuatro dígitos de los números del seguro social de los demandantes para determinar qué datos laborales corresponden a cada demandante.

[5] Los Deudores se reservan el derecho de modificar las ubicaciones en las que se aceptan Formularios de información mediante la entrega en persona.

971-86494-1


Encuentra de todo en los clasificados de:
**EL DIARIO**
LA PRENSA
EL CAMPEÓN DE LOS HISPANOS
www.eldiariony.com
También visítenos en:
www.eldiariony.com


VARIEDAD de AUTOS Y MOTOS encontrarás en las páginas de el:
**EL DIARIO**
www.eldiariony.com
impreMedia

**Exhibit C**



State of Florida  June 30, 2020
County of Monroe, Dade and Broward

I *Matthew Weisberg* Being Duly Sworn on oath say he is and during all times herein stated has been the publisher's designated agent of the publication known as **EL Nuevo Herald** has full knowledge of the facts herein stated as follows:

The run of paper advertisement (ROP) in the Main section A of EL Nuevo Herald for Junta de Supervisión y Administración Financiera para Puerto Rico PROMESA, Título III Caso núm. 17 BK 3566-LTS & JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, Núm. 17 BK 5523-LTS (Administrado Conjuntamente) Re: ECF núms. 55, 56, 57 y 79

was distributed to Publishers full circulations (EL Nuevo Herald) On the 26th day of June 2020.

By: *Matthew Weisberg*

Subscribed and sworn to before me this 30th day of June 2020

**Miami Herald**
MEDIA COMPANY

3511 NW 91 Avenue, Miami, FL 33172 | ********@miamiherald.com | www.miamiherald.com | www.elnuevoherald.com

# Acusan a una mujer de agredir a un policía en protesta de Miami

**POR SONIA OSORIO**
sosorio@elnuevoherald.com

Una mujer de origen venezolano fue detenida y acusada de agredir a un policía durante una protesta en mayo pasado en el centro de Miami por la muerte del afroamericano George Floyd, en Minneapolis, manifestación que se tornó violenta y tras la cual ocurrieron actos de vandalismo, dijeron las autoridades. La Policía de Miami también detuvo a otro manifestante.

Las autoridades identificaron a la mujer como Oriana Virginia Albornoz, de 25 años, quien reside en Pompano Beach, en el condado Broward, en el sur de Florida, quien habría lanzado una piedra a un agente, que impactó en su pierna izquierda causándole hematomas.

Albornoz, quien se dedica a hacer tatuajes, se encontraba entre un grupo de manifestantes que estaba bloqueando la calle en la parte de atrás del Departamento de Policía de Miami el 30 de mayo, según el reporte policial.

La Policía también detuvo a Ethan Moise Berdah, de 19 años, acusado de un cargo de robo de equipos de vehículos de emergencia por más de $300. El portavoz policial Michael Vega dijo a el Nuevo Herald que Berdah es nacido en Francia y tiene nacionalidad estadounidense.

"La protesta inicial pasó de pacífica a hostil cuando las personas que estaban dentro de la multitud de manifestantes se volvieron violentas. Se observaron varios sujetos arrojando botellas, rocas y grandes pedazos de escombros. Como resultado, varios oficiales resultaron heridos y varios vehículos de la Ciudad de Miami fueron robados, dañados y / o incendiados", dijo la policía.

Uno de los policías declaró que resultó herido durante el incidente cuando una mujer blanca hispana, vestida con una camisa blanca con un escrito en rojo, le lanzó una piedra grande.

La mujer fue identificada a través de una investigación en medios y el 22 de junio fue localizada y detenida sin incidentes. Durante un interrogatorio, Albornoz admitió que estuvo en la protesta detrás de la sede de la policía en el 3rd Ave y NW 4th St el 30 de mayo, pero negó que hubiera lanzado algún objeto al agente.

Albornoz fue acusada de agresión a un oficial de la policía y trasladada a la cárcel del condado Miami-Dade, de acuerdo con el reporte policial.

## ROBO DE CHALECO ANTIBALAS

Las autoridades informaron que Ethan Moise Berdah está acusado de robar un chaleco antibalas de una patrulla de la policía durante la misma manifestación y el Buró Federal de Investigaciones (FBI) lo identificó luego de que el joven fue visto en una cuenta de Instagram usándolo.

Cuando agentes hablaron con Berdah, dijo que el chaleco ya no estaba bajo su posesión, pero que podía recuperarlo para devolverlo a la policía.

También se le preguntó si había recibido algún pago por asistir a la manifestación, si pertenecía a una organización terrorista o extranjera. Berdah respondió que no y dijo que tampoco había reclutado a nadie para que participara en la protesta.

El FBI está investigando por otros lugares viajaron a Miami-Dade para generar violencia en las protestas por la muerte de Floyd, quien falleció en Minneapolis luego de que un policía blanco se arrodilló sobre su cuello durante varios minutos cuando estaba esposado.

El alcalde de Miami-Dade, Carlos Giménez, y el jefe del Departamento de Policía del condado, Antonio Ramírez, se refirieron al tema en una conferencia de prensa el 4 de junio pasado donde dijeron que el Departamento de Seguridad Nacional también participa en la investigación.

Varios informes en las redes sociales advirtieron en mayo pasado de la supuesta presencia de presuntos agitadores con vínculos con los regímenes de Cuba y Venezuela en las protestas en el sur de la Florida.

Las autoridades no mencionaron en su reporte de las dos nuevas detenciones nada relacionado con esos supuestos vínculos.

El FBI informó en su sitio de internet que está buscando información sobre las personas que incitan a la violencia durante las manifestaciones pacíficas.

"Para ayudarnos a identificar a actores que están instigando activamente la violencia a raíz de la muerte de George Floyd, el FBI está aceptando denuncias y material distribuidos en medios digitales mostrando actos violentos en torno a las protestas civiles que están ocurriendo en todo el país", indicó esa agencia.

*Sonia Osorio: 305-376-2219, @soniaosoriog*


PEDRO PORTAL pportal@miamiherald.com
UN AUTO patrullero de la policía de Miami es consumido por las llamas durante las protestas violentas del pasado 30 de mayo por la muerte de George Floyd.

---

# Disney remodela atracción por posible interpretación racista

*Associated Press*
**ORLANDO**

La popular atracción de los parques temáticos de Disney Splash Mountain cambiará su diseño vinculado a la película de 1946 "Song of the South" ("Canción del sur"), que muchos consideran racista, por uno inspirado en "The Princess and the Frog" ("La princesa y el sapo"), su cinta animada de 2009 con una protagonista afroamericana.

Los cambios se harán tanto en Disneylandia en California como en el Magic Kingdom de Walt Disney World en Florida, informó el jueves la compañía.

Disney dijo que estaba trabajando en estos cambios desde el año pasado, pero el anuncio llega en momentos en que compañías alrededor de Estados Unidos hacen ajustes a antiguas marcas tras las protestas por la muerte de George Floyd a manos de un policía en Minnesota el mes pasado.

"El nuevo concepto es inclusivo, uno con el que todos los visitantes se podrán identificar e inspirar, y refleja la diversidad de las millones de personas que visitan nuestros parques cada año", dijo Disney.

La atracción debutó en Disneylandia a fines de la década de 1980.

Con estereotipos racistas y tropos del viejo sur, "Song of the South" combina actores reales con caricaturas y música y sigue a un viejo trabajador de una plantación, Uncle Remus, quien encanta a un niño blanco con fábulas sobre animales parlantes.

ROBYN BECK AFP via Getty Images
LA ACTRIZ Anika Noni Rose, la voz de la princesa Tiana (a la izquierda en el póster), posa cuando llega para la proyección mundial del filme *La princesa y la rana* de Disney, en Burbank , California. foto de archivo.

---

# Cae un helicóptero en Coconut Creek y deja al piloto malherido

**POR MARÍA LUISA PAÚL**
mpaul@elnuevoherald.com

Las autoridades están trabajando para rescatar a un piloto cuyo helicóptero se estrelló en Coconut Creek, confirmó la policía.

El piloto era la única persona a bordo del helicóptero, de tipo Bell 206, y no sostuvo heridas mortales, según Scotty Leamon, el oficial de información pública de la policía de Coconut Creek.

A las 12:07 p.m., el helicóptero se precipitó sobre una zona boscosa en Tradewinds Park, cerca de Sample Road y el Florida Turnpike. Leamon dijo que la aeronave era parte de un proyecto de construcción en esa área.

Agregó que la densidad boscosa de la zona produjo algunas dificultades en el rescate. "Este escenario es tan único que tuvimos que llamar a un helicóptero del Cuerpo de Bomberos de Miami-Dade, porque tienen el equipo y el entrenamiento necesario. Es una zona muy boscosa realmente", dijo Leamon.

Matthew Ayala, que vive cerca de donde ocurrió el accidente, dijo que se podían observar varios helicópteros de rescate desde su vecindad.

"El helicóptero que se estrelló estaba haciendo algún tipo de estudio o trabajo de construcción toda la mañana. Ahora se pueden ver helicópteros de rescate desde mi casa", dijo Ayala, quién compartió videos de los sucesos en su cuenta de Twitter.

La Administración Federal de Aviación (FAA, por sus siglas en inglés) está investigando el incidente y la Junta Nacional de Seguridad en el Transporte determinará la causa probable del accidente, dijo Kathleen Bergen, vocera de la FAA.

WPLG
UN HELICÓPTERO se estrelló en una zona boscosa cerca Tradewinds Park en Coconut Creek. Las autoridades están intentando rescatar al piloto.

---

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re: JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante del ESTADO LIBRE ASOCIADO DE PUERTO RICO et al., Deudores.
PROMESA Título III Núm. 17 BK 3283-LTS (Administrado Conjuntamente)

In re: JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO, Deudor.
PROMESA Título III Núm. 17 BK 5523-LTS (Administrado Conjuntamente) Re: ECF núms. 55, 56, 57 y 79

**NOTIFICACIÓN DE PRÓRROGA DE LAS FECHAS LÍMITE PARA RADICAR EVIDENCIAS DE RECLAMACIONES**

**PRÓRROGA DE LAS FECHAS LÍMITE**
SE RUEGA A TODOS LOS ACREEDORES DE LOS DEUDORES Y A OTRAS PARTES INTERESADAS QUE TOMEN NOTA DE LO SIGUIENTE:

El 27 de septiembre de 2019, la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") había emitido petición voluntaria en virtud de la sección 304(a) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),² iniciando así un caso de Título III conforme a PROMESA (el "Caso de Título III") en relación con la Autoridad de Edificios Públicos de Puerto Rico (la "AEP"), identificación contributiva federal núm. 3801, Caso núm. 19 BK 5523. Es posible que usted sea acreedor de la AEP y deba radicar una evidencia de reclamaciones ("Evidencia de Reclamaciones").
La fecha límite para radicar evidencias de reclamaciones se ha prorrogado hasta el 29 de julio de 2020 a las 4:00 p.m. (AST).
Si ya ha radicado una Evidencia de Reclamaciones no tendrá que realizar ninguna acción, salvo orden, notificación u otra resolución judicial.

**Principales Consideraciones**

• En el marco de un procedimiento de Título III de PROMESA, es posible que a los acreedores no se les exija radicar formularios de reclamaciones en los que aparezca el monto que se les adeuda en la fecha en la que se radicó el procedimiento de Título III. En el presente documento se explica cómo radicar reclamaciones.
• Muchos acreedores en los Casos de Título III **no tiene que radicar ninguna reclamación**. Para obtener más información consulte el sitio web del Agente de reclamaciones, https://cases.primeclerk.com/puertorico/EPOC-Index, llámelo al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), disponibles de 10:00 a.m. a 7:00 p.m. (AST) (se hablaespañol), o envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com.
• Si no tiene que radicar ninguna reclamación no necesita completar ni remitir ningún formulario de reclamaciones, y aun así mantendrá su derecho a recibir el monto que se le explica cómo los Deudores proponen pagar los montos que adeudan a sus acreedores. Una vez radicado, dicho plan estará a disposición de los acreedores para que lo examinen. Más adelante se determinará quién podrá votar sobre el plan. El monto que pueda recibir conforme al plan también se determinará en una fase posterior.
• Si tiene que radicar una reclamación contra cualquiera de los Deudores, la fecha límite para hacerlo se ha prorrogado hasta el 29 de julio de 2020 a las 4:00 p.m. (AST). Utilice los datos de contacto a continuación para obtener un formulario que podrá usar para radicar su reclamación.

Podrá radicar reclamaciones:

• **de forma electrónica**, a través del sitio web del Agente de reclamaciones: https://cases.primeclerk.com/puertorico/EPOC-Index,
• **por un servicio de correo prioritario (first class mail)**, en la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232,
• **por un servicio de mensajería 24 horas (overnight courier)**, en la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, o
• **mediante entrega en persona**, en cualquiera de las siguientes ubicaciones:
– Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232;
– 250 Towers, 250 Ave. Ponce de León, Suite 503, Hato Rey, San Juan, PR 00918;
– 151 Calle de San Francisco, 2° piso, San Juan, PR 00901;
– Bianca Convention Center, Carr. 2 KM 143, 1er piso, Añasco, PR 00610;
– Oceana HUB Center, 2 Calle Acerina, Caguas, PR 00725;
– Joe's Blue, MCS Building, 880 Tito Castro Avenue, 1er piso, Ponce, PR 00716-4732.³

• OBSÉRVESE que, en vista de la orden ejecutiva de la Gobernadora dictada el 21 de mayo de 2020 en la que se aborda la situación en relación con el COVID-19, los centros de entrega en los que los demandantes pueden radicar sus evidencias de reclamaciones mediante la entrega en persona no abrirán hasta el 15 de junio de 2020. Antes de acudir a una de dichas ubicaciones rogamos llame al (844) 822-9231 para verificar si el centro está abierto. Se recomienda a los demandantes que radiquen sus evidencias de reclamaciones de forma electrónica o por correo postal.

Si tras leer la presente notificación necesita información adicional, puede comunicarse con el Agente de reclamaciones llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), disponibles de 10:00 a.m. a 7:00 p.m. (AST) (se habla español), o por correo electrónico a puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que contestan las llamadas telefónicas no pueden brindar asesoramiento jurídico. Si tiene alguna pregunta sobre los derechos que le brinda la ley, incluyendo si debe o no radicar una reclamación, consulte a un abogado.

¹ Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283-LTS) (últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17-BK-3567-LTS) (últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (la "SRE") (Caso de Quiebra Núm. 17-BK-3566-LTS) (últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17-BK-4780-LTS) (últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP") (Caso de Quiebra Núm. 19-BK-5523-LTS) (últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de casos se incluyen debido a ciertas limitaciones en el programa informático).
² PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101–2241.
³ La AEP se reserva el derecho a modificar las ubicaciones en las que se aceptan evidencias de reclamaciones mediante la entrega en persona.

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re: JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante del ESTADO LIBRE ASOCIADO DE PUERTO RICO et al., Deudores.¹
PROMESA Título III Caso núm. 17 BK 3283-LTS (Administrado Conjuntamente) Re: ECF núms. 10839, 12438 y 13020

In re: JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante del SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Deudor.²
PROMESA Título III Caso núm. 17 BK 3566-LTS (Administrado Conjuntamente) Re: ECF núms. 810, 837 y 888

**NOTIFICACIÓN DE PRÓRROGA DE LAS FECHAS LÍMITE PLAZO PARA RADICAR FORMULARIOS DE INFORMACIÓN RELATIVOS A LOS BENEFICIARIOS DE RETIRO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

**PRÓRROGA DE LAS FECHAS LÍMITE**
SE RUEGA A TODOS LOS PARTICIPANTES DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO ("SRE"), EL SISTEMA DE RETIRO DE LA RAMA JUDICIAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO ("SRJ") Y EL SISTEMA DE RETIRO PARA MAESTROS DE PUERTO RICO ("SRM") QUE TOMEN NOTA DE LO SIGUIENTE:

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") ha radicado el *Plan Enmendado de Ajuste Conjunto del Título III del Estado Libre Asociado de Puerto Rico y otros* (Caso núm. 17-BK-3283, ECF núm. 11946) (denominado, en su versión periódicamente modificada e incluidos todos sus anexos, el "Plan") y la correspondiente declaración de divulgación (Caso núm. 17-BK-3283, ECF núm. 11947) (denominada, en su versión periódicamente modificada e incluidos todos sus anexos, la "Declaración de Divulgación") conforme a los cuales el Estado Libre Asociado de Puerto Rico (el "ELA") (junto con el SRE, los "Deudores") y la Autoridad de Edificios Públicos de Puerto Rico (la "AEP") pretenden ajustar sus deudas conforme al Título III de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico*.

La Junta de Supervisión está solicitando cierta información de ciertos tenedores de reclamaciones de beneficios de retiro ("Empleados Demandantes") de los cuales los Deudores cuentan con información incompleta u obsoleta.

Usted podría ser un participante actual o exparticipante del SRE, el SRJ o del SRM, y es posible que deba radicar un formulario que contenga la información que los Deudores necesitan en la actualidad (el "Formulario de Información"), incluyendo: a) nombre; b) dirección postal; c) dirección de correo electrónico; d) fecha de nacimiento; e) sexo; f) número del seguro social; y g) información laboral (conjuntamente, la "Información Solicitada"). Los Deudores solicitan que sea posible, usted radique su Formulario de Información de forma electrónica en el sitio web alojado por el agente de reclamaciones y solicitudes de los Deudores, Prime Clerk LLC (el "Agente de Reclamaciones"): https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.
La fecha límite para radicar Formularios de Información se ha prorrogado hasta el 29 de julio de 2020 a las 4:00 p.m. (AST).
Si ya ha radicado un Formulario de Información, no tendrá que realizar ninguna acción, salvo orden, notificación u otra resolución judicial.

**Principales Consideraciones**

• En el marco de un Caso de Título III de PROMESA, es posible que determinados beneficiarios del ELA y del SRE tengan derecho a votar sobre un plan de ajuste radicado por el ELA y el SRE. Para que los Deudores puedan reducir el número de paquetes de solicitud devueltos como no entregables, y para asegurar que los montos de reclamaciones de dichos beneficiarios se calculen correctamente, los Deudores solicitan que determinados demandantes radiquen un Formulario de Información que contenga la Información Solicitada. El presente documento explica cómo radicar Formularios de Información.
• El plan de ajuste es un documento que explica cómo los Deudores proponen pagar los montos que adeudan a sus acreedores. Los Deudores podrán consultar dicho plan visitando el siguiente sitio web: https://cases.primeclerk.com/puertorico/.
• **Si está obligado a radicar un Formulario de Información**, deberá hacerlo antes del **29 de julio de 2020, a las 4:00 p.m. (AST)**.
• Podrá radicar los Formularios de Información a) de forma electrónica a través del sitio web del Agente de Reclamaciones en https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index, o b) por correo o personalmente en las siguientes direcciones:
– Puerto Rico Retirement Benefit Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232;
– 250 Towers, 250 Ave. Ponce de León, Suite 503, Hato Rey, San Juan, PR 00918;
– 151 Calle de San Francisco, 2° piso, San Juan, PR 00901;
– Bianca Convention Center, Carr. 2 KM 143, 1er piso, Añasco, PR 00610;
– Oceana HUB Center, 2 Calle Acerina, Caguas, PR 00725;
– Joe's Blue, MCS Building, 880 Tito Castro Avenue, 1er piso, Ponce, PR 00716-4732.
• Los Deudores solicitan que, de ser posible, radique su Formulario de Información de forma electrónica a través del sitio web del Agente de Reclamaciones en https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.

• OBSÉRVESE que, en vista de la orden ejecutiva de la Gobernadora dictada el 21 de mayo de 2020, en la que se aborda la situación en relación con el COVID-19, los centros de entrega en los que los Empleados Demandantes podrán radicar sus Formularios de Información en persona hasta el 15 de junio de 2020. Antes de acudir a una de dichas ubicaciones rogamos llame al (844) 822-9231 para verificar si el centro está abierto. Se recomienda a los Empleados Demandantes que radiquen sus Formularios de Información de forma electrónica o por correo postal.

Si tras leer la presente notificación necesita información adicional, puede comunicarse con el Agente de reclamaciones llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), disponibles de 10:00 a.m. a 7:00 p.m. (AST) (se habla español), o por correo electrónico a puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que contestan las llamadas telefónicas no pueden brindar asesoramiento jurídico. Si tiene alguna pregunta sobre los derechos que le brinda la ley, incluyendo si debe o no radicar una reclamación, consulte a un abogado.

¹ Los Deudores en estos Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283-LTS) (últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284-LTS) (últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17-BK-3567-LTS) (últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (la "SRE") (Caso de Quiebra Núm. 17-BK-3566-LTS) (últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17-BK-4780-LTS) (últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP") (Caso de Quiebra Núm. 19-BK-5523-LTS) (últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de casos se incluyen debido a ciertas limitaciones en el programa informático).
² PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101–2241. El número de Clase que contiene las reclamaciones relativas a beneficios de retiro se podría ver modificado en dicho documento.
³ En el Plan radicado en el marco del Caso núm. 17-BK-3283, ECF núm. 8765, la Clase 25 corresponde a las reclamaciones de los Empleados demandantes. El número de Clase que (se continuará) las reclamaciones de los Empleados demandantes podrá(n) cambiar en cualquier Plan radicado posteriormente.
⁴ Los Deudores tienen la opción de contar con los últimos cuatro dígitos de los números del seguro social de los demandantes para determinar qué datos laborales corresponden a cada demandante.
⁵ Los Deudores se reservan el derecho de modificar las ubicaciones en las que se aceptan Formularios de Información mediante la entrega en persona.

## **Exhibit D**



San Juan Star Daily

PO Box 6537 Caguas PR 00726 (787)743-3346

In re:
**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**
as representative of
**THE COMMONWEALTH OF PUERTO RICO, et al.,**
Debtor,

In re:
**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**
as representative of
**THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,**
Debtor

PROMESA Title III
No. 17 BK 3283-LTS (Jointly Administered)
PROMESA Title III
No. 17 BK 5523-LTS (Jointly Administered)
Re: ECF Nos. 55, 56, 57, 79

*****

# AFFIDAVIT

I, RAY ABNER RUIZ BERRIOS, under the most formal oath I declare:

I am the Advertising Control Clerk of the **The San Juan Daily Star** newspaper which is published daily, and circulates island-wide and is printed in San Juan, Puerto Rico; and in the editions of this newspaper corresponding to the days:

**JUNE 26, 2020**

was published the public notice issued by:

## The Commonwealth of Puerto Rico

For the matters stated before and copy of that public notice is attached to this Affidavit.

RAY ABNER RUIZ BERRIOS
Advertising Control Clerk

Affidavit No. - 21,455 -

Sworn and subscribed before me by RAY ABNER RUIZ BERRIOS, of legal age, single, Advertising Control Clerk of The San Juan Daily Star, and resident of GUAYNABO, PR, and whom I know personally. In Caguas, Puerto Rico, this 1 th day of July, 2020.

Notary Public



---

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

In re:
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
    as representative of
THE COMMONWEALTH OF PUERTO RICO, *et al.*,
    Debtor.[1]

PROMESA Title III
Case No. 17 BK 3283-LTS
(Jointly Administered)
**Re: ECF Nos. 10839, 12438, 13020**

In re:
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
    as representative of
THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO.
    Debtor.

PROMESA Title III
Case No. 17 BK 3566-LTS
(Jointly Administered)
**Re: ECF Nos. 810, 837, 888**

**NOTICE OF EXTENDED DEADLINE FOR SUBMITTING INFORMATION FORMS FOR RETIREMENT BENEFICIARIES OF THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO**

## DEADLINE EXTENSION

**TO ALL PARTICIPANTS OF THE EMPLOYEES RETIREMENT SYSTEM FOR THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO ("ERS"), THE JUDICIARY RETIREMENT SYSTEM FOR THE COMMONWEALTH OF PUERTO RICO ("JRS"), AND THE PUERTO RICO TEACHER'S RETIREMENT SYSTEM ("TRS"), PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") has filed the *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [Case No. 17-bk-3283, ECF No. 11946] (as amended or modified from time to time and including all exhibits thereto, the "Plan") and a related disclosure statement [Case No. 17-bk-3283, ECF No. 11947] (as amended or modified from time to time and including all exhibits thereto, the "Disclosure Statement") pursuant to which the Commonwealth of Puerto Rico (the "Commonwealth") (together with ERS, the "Debtors") and the Puerto Rico Public Buildings Authority ("PBA") seek to adjust their debts under Title III of the *Puerto Rico Oversight, Management, and Economic Stability Act*.[2]

The Oversight Board is soliciting certain information from certain holders of retirement benefits claims ("Employee Claimants")[3] for whom the Debtors have incomplete or outdated information.

**You may be a current or former participant of ERS, JRS, or TRS, and you may be required to submit a form with information the Debtors are currently missing (the "Information Form"), including:** (a) name; (b) mailing address; (c) email address; (d) date of birth; (e) gender; (f) social security number[4]; and (g) employment information (collectively, the "Requested Information"). The Debtors request that, if at all possible, you submit your Information Form electronically on the website hosted by the Debtors' claims and solicitation agent, Prime Clerk LLC (the "Claims Agent"), at https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.

**The deadline to file an Information Form has been extended to July 29, 2020 at 4:00 p.m. (Atlantic Time).**

**If you have already filed an Information Form, no further action is required unless directed by court order, notice, or otherwise.**

### Key Points

- In a Title III case under PROMESA, certain retirement beneficiaries of the Commonwealth and ERS may be entitled to vote on any plan of adjustment filed by the Commonwealth and ERS. In order for the Debtors to reduce the number of solicitation packages returned undeliverable, and ensure the claim amounts for such beneficiaries are accurately calculated, the Debtors are requesting that certain claimants submit an Information Form containing the Requested Information. This document explains how to submit Information Forms.
- A plan of adjustment is a document that explains how the Debtors propose to pay the amounts they owe to their creditors. This plan is available for creditors to review at https://cases.primeclerk.com/puertorico/.
- **If you are required to submit an Information Form**, you must do so by **July 29, 2020 at 4:00 p.m., Atlantic Standard Time.**
- Information Forms may be submitted by (a) electronically submitting on the Claims Agent's website at https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index, or (b) mail or hand delivery to the following addresses[5]:
  ○ Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232;
  ○ Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918;
  ○ 151 Calle de San Francisco, 2nd Floor, San Juan, PR 00901;
  ○ Bianca Convention Center, Carr 2 KM 143, Floor 1, Añasco, PR 00610;
  ○ Oceana HUB Center, 2 Calle Acerina, Caguas, PR 00725;
  ○ Joe's Blue, MCS Building, 880 Tito Castro Avenue, 1st Floor, Ponce, PR 00716-4732.
- **The Debtors request that, if at all possible, you submit your Information Form electronically on the Claims Agent's website.**
- PLEASE NOTE THAT, in light of the Governor's executive order issued on May 21, 2020, addressing the situation regarding COVID-19, the collection centers at which Employee Claimants may file Information Forms will not open prior to June 15, 2020. Please call (844) 822-9231 before proceeding to one of these locations to confirm whether the location is open. Employee Claimants are encouraged to file Information Forms electronically or by mail.

After reading this notice, if you require additional information, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please note that the people answering the phone number are not able to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should talk to an attorney.

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).
[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241. The Class number containing the retirement benefits claims may be changed therein.
[3] In the Plan filed at Case No. 17-bk-3283, ECF No. 8765, Class 25 constitutes the claims of Employee Claimants. The Class number(s) constituting the claims of Employee Claimants may change in any subsequently filed Plan.
[4] The Debtors seek to obtain the last four digits of claimants' social security numbers in order to match claimants with their employee records.
[5] The Debtors reserve the right to amend the locations accepting Information Forms by hand delivery.

---

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

In re:
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
    as representative of
THE COMMONWEALTH OF PUERTO RICO, *et al.*,
    Debtors.[1]

PROMESA Title III
No. 17 BK 3283-LTS
(Jointly Administered)

In re:
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
    as representative of
THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,
    Debtors.

PROMESA Title III
No. 17 BK 5523-LTS
(Jointly Administered)
**Re: ECF Nos. 55, 56, 57, 79**

**NOTICE OF EXTENDED DEADLINES FOR FILING PROOFS OF CLAIM**

## DEADLINE EXTENSION

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

On September 27, 2019, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") filed a voluntary petition under section 304(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] initiating a Title III case under PROMESA (a "Title III Case") for the Puerto Rico Public Buildings Authority ("PBA"), Federal Tax ID No. 3801, Case No. 19 BK 5523. **You may be a creditor of PBA, and you may be required to file a proof of claim** ("Proof of Claim").

**The deadline to file a proof of claim has been extended to July 29, 2020 at 4:00 p.m. (Atlantic Time).**

**If you have already filed a Proof of Claim, no further action is required unless directed by court order, notice, or otherwise.**

### Key Points

- In a Title III proceeding under PROMESA, creditors may be required to file claim forms stating the amount of money owed to them as of the day the Title III proceeding was filed. This document explains how to file claims.
- **Many creditors in the Title III Cases are not required to file a claim.** For more information, please refer to the Claims Agent's website at https://cases.primeclerk.com/puertorico/, call the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email at puertoricoinfo@primeclerk.com.
- **If you are not required to file a claim, you do not need to complete and return a claim form**, and you will still keep your rights to vote on a plan of adjustment and receive payments under the plan. A plan of adjustment is a document that explains how a Debtor proposes to pay the amounts it owes to its creditors. Once filed, this plan will be available for creditors to review. Who gets to vote on the plan will be determined at a later date. The amount you may receive under the plan also will be determined later.
- **If you are required to file a claim against any of the Debtors**, the deadline to do so has been extended to **July 29, 2020 at 4:00 p.m., Atlantic Standard Time**. To obtain a form that you may use to file your claim, refer to the contact information below.
- Claims may be filed:
  ○ **electronically** by filing on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index,
  ○ **by first class mail**, at the following address: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232,
  ○ **by overnight courier**, at the following address: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, or
  ○ **by hand delivery**, at any of the following locations:
    ▪ Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232
    ▪ Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918;
    ▪ 151 Calle de San Francisco, 2nd Floor, San Juan, PR 00901;
    ▪ Bianca Convention Center, Carr 2 KM 143, Floor 1, Añasco, PR 00610;
    ▪ Oceana HUB Center, 2 Calle Acerina, Caguas, PR 00725;
    ▪ Joe's Blue, MCS Building, 880 Tito Castro Avenue, 1st Floor, Ponce, PR 00716-4732.[3]
- PLEASE NOTE THAT, in light of the Governor's May 21, 2020 executive order addressing the situation regarding COVID-19, the collection centers at which claimants may file proofs of claim by hand delivery will not open prior to June 15, 2020. Please call (844) 822-9231 before proceeding to one of these locations to confirm whether the location is open. Claimants are encouraged to file proofs of claim electronically or by mail.

After reading this notice, if you require additional information, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please note that the people answering the phone number are not able to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should talk to an attorney.

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).
[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.
[3] PBA reserves the right to amend the locations accepting proofs of claim by hand delivery.

**<u>Exhibit E</u>**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO COMO REPRESENTANTE DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

PROMESA, Título III Caso Núm. 17-BK-3283-LTS (Administrado Conjuntamente)

PROMESA, Título III Caso Núm. 17-BK-3566-LTS (Administrado Conjuntamente)

PROMESA, Título III Caso Núm. 17-BK-5523-LTS (Administrado Conjuntamente)

**PRÓRROGA DE LAS FECHAS LÍMITE**

# AFIDAVIT

Yo, Juan C. Jiménez Doblado, habiendo prestado el debido juramento declaro:

Que soy Representante del periódico "EL NUEVO DÍA" que se publica en Guaynabo, P.R.; que en las ediciones de este periódico correspondientes a los días:

**26 DE JUNIO DE 2020**

se dio publicidad al anuncio expedido por

**JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO**

en el caso arriba mencionado y copia del cual se une al presente afidávit para que forme parte del mismo.

Guaynabo, P.R. 26 junio 20 20

Afidávit No. 66370 del Registro.

Jurado y reconocido ante mi por Juan C. Jiménez Doblado, vecino de San Juan, mayor de edad, soltero, Representante del periódico "EL NUEVO DÍA", a quien doy fe de conocer personalmente,

Guaynabo, P.R. 26 junio 20 20

NOTARIO




| TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO | |
|---|---|
| In re: <br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br> como representante del <br> ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, <br> Deudores.[1] | PROMESA <br> Título III <br> Núm. 17 BK 3283-LTS <br> (Administrado Conjuntamente) |
| In re: <br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br> como representante <br> DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO, <br> Deudores. | PROMESA <br> Título III <br> Núm. 17 BK 5523-LTS <br> (Administrado Conjuntamente) <br> **Re: ECF núms. 55, 56, 57 y 79** |

**NOTIFICACIÓN DE PRÓRROGA DE LAS FECHAS LÍMITE PARA RADICAR EVIDENCIAS DE RECLAMACIONES**

# PRÓRROGA DE LAS FECHAS LÍMITE

**SE RUEGA A TODOS LOS ACREEDORES DE LOS DEUDORES Y A OTRAS PARTES INTERESADAS QUE TOMEN NOTA DE LO SIGUIENTE:**

El 27 de septiembre de 2019, la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") radicó una petición voluntaria en virtud de la sección 304(a) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[2] iniciando así un caso de Título III conforme a PROMESA (el "Caso de Título III") en relación con la Autoridad de Edificios Públicos de Puerto Rico (la "AEP"), identificación contributiva federal núm. 3801, Caso núm. 19 BK 5523. **Es posible que usted sea acreedor de la AEP y deba radicar una evidencia de reclamaciones** ("Evidencia de Reclamaciones").

**La fecha límite para radicar evidencias de reclamaciones se ha prorrogado hasta el 29 de julio de 2020 a las 4:00 p.m. (AST)**.

**Si ya ha radicado una Evidencia de Reclamaciones no tendrá que realizar ninguna acción, salvo orden, notificación u otra resolución judicial.**

### Principales consideraciones

- En el marco de un procedimiento de Título III de PROMESA, es posible que a los acreedores se les exija radicar formularios de reclamaciones en los que aparezca el monto que se les adeuda en la fecha en la que se radicó el procedimiento de Título III. En el presente documento se explica cómo radicar reclamaciones.
- **Muchos acreedores en los Casos de Título III no tienen que radicar ninguna reclamación.** Para obtener más información consulte el sitio web del Agente de reclamaciones, https://cases.primeclerk.com/puertorico/, llámelo al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), disponibles de 10:00 a.m. a 7:00 p.m. (AST) (se hablaespañol), o envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com.
- Si no tiene que radicar ninguna reclamación no necesita completar ni remitir ningún formulario de reclamaciones, y aun así mantendrá su derecho a votar sobre un plan de ajuste y a recibir pagos conforme al plan. El plan de ajuste es un documento que explica cómo los Deudores proponen pagar los montos que adeudan a sus acreedores. Una vez radicado, dicho plan estará a disposición de los acreedores para que lo examinen. Más adelante se determinará quién podrá votar sobre el plan. El monto que pueda recibir conforme al plan también se determinará en una fase posterior.
- Si tiene que radicar una reclamación contra cualquiera de los Deudores, la fecha límite para hacerlo se ha prorrogado hasta el **29 de julio de 2020 a las 4:00 p.m. (AST)**. Utilice los datos de contacto a continuación para obtener un formulario que podrá usar para radicar su reclamación.
- Podrá radicar reclamaciones:
  - **de forma electrónica**, a través del sitio web del Agente de reclamaciones: https://cases.primeclerk.com/puertorico/EPOC-Index,
  - **por un servicio de correo prioritario (*first class mail*)**, en la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232,
  - **por un servicio de mensajería 24 horas (*overnight courier*)**, en la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, o
  - **mediante entrega en persona**, en cualquiera de las siguientes ubicaciones:
    - Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232;
    - Citi Towers, 250 Ave. Ponce de León, Suite 503, Hato Rey, San Juan, PR 00918;
    - 151 Calle de San Francisco, 2º piso, San Juan, PR 00901;
    - Bianca Convention Center, Carr. 2 KM 143, 1er piso, Añasco, PR 00610;
    - Oceana HUB Center, 2 Calle Acerina, Caguas, PR 00725;
    - Joe's Blue, MCS Building, 880 Tito Castro Avenue, 1er piso, Ponce, PR 00716-4732.[3]
- OBSÉRVESE que, en vista de la orden ejecutiva de la Gobernadora dictada el 21 de mayo de 2020 en la que se aborda la situación en relación con el COVID-19, los centros de entrega en los que los demandantes podrán radicar sus evidencias de reclamaciones mediante la entrega en persona no abrirán hasta el 15 de junio de 2020. Antes de acudir a una de dichas ubicaciones rogamos llame al (844) 822-9231 para verificar si el centro está abierto. Se recomienda a los demandantes que radiquen sus evidencias de reclamaciones de forma electrónica o por correo postal.

Si tras leer la presente notificación necesita información adicional, puede comunicarse con el Agente de reclamaciones llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), disponibles de 10:00 a.m. a 7:00 p.m. (AST) (hablamos español), o por correo electrónico a puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que contestan las llamas telefónicas no pueden brindar asesoramiento jurídico. Si tiene alguna pregunta sobre los derechos que le brinda la ley, incluyendo si debe o no radicar una reclamación, consulte a un abogado.

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

[3] La AEP se reserva el derecho a modificar las ubicaciones en las que se aceptan evidencias de reclamaciones mediante la entrega en persona.

---

| TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO | |
|---|---|
| In re: <br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br> como representante del <br> ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, <br> Deudor.[1] | PROMESA, Título III <br> Caso núm. 17 BK 3283-LTS <br> (Administrado Conjuntamente) <br> **Re: ECF núms. 10839, 12438 y 13020** |
| In re: <br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO <br> como representante del <br> SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. <br> Deudor. | PROMESA, Título III <br> Caso núm. 17 BK 3566-LTS <br> (Administrado Conjuntamente) <br> **Re: ECF núms. 810, 837 y 888** |

**NOTIFICACIÓN DE PRÓRROGA DE LAS FECHAS LÍMITE PLAZO PARA RADICAR FORMULARIOS DE INFORMACIÓN RELATIVOS A LOS BENEFICIARIOS DE RETIRO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

# PRÓRROGA DE LAS FECHAS LÍMITE

**SE RUEGA A TODOS LOS PARTICIPANTES DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO ("SRE"), EL SISTEMA DE RETIRO DE LA RAMA JUDICIAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO ("SRJ") Y EL SISTEMA DE RETIRO PARA MAESTROS DE PUERTO RICO ("SRM") QUE TOMEN NOTA DE LO SIGUIENTE:**

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") ha radicado el *Plan Enmendado de Ajuste Conjunto del Título III del Estado Libre Asociado de Puerto Rico y otros* [Caso núm. 17-BK-3283, ECF núm. 11946] (denominado, en su versión periódicamente modificada e incluidos todos sus anexos, el "Plan") y la correspondiente declaración de divulgación [Caso núm. 17-BK-3283, ECF núm. 11947] (denominada, en su versión periódicamente modificada e incluidos todos sus anexos, la "Declaración de Divulgación") conforme a los cuales el Estado Libre Asociado de Puerto Rico (el "ELA") (junto con el SRE, los "Deudores") y la Autoridad de Edificios Públicos de Puerto Rico (la "AEP") pretenden ajustar sus deudas conforme al Título III de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico*.[2]

La Junta de Supervisión está solicitando cierta información de ciertos tenedores de reclamaciones de beneficios de retiro ("Empleados Demandantes")[3] para los cuales los Deudores cuentan con información incompleta u obsoleta.

**Usted podría ser un participante actual o exparticipante del SRE, el SRJ o el SRM, y es posible que deba radicar un formulario que contenga la información que los Deudores necesitan en la actualidad (el "Formulario de Información"), incluyendo:** a) nombre; b) dirección postal; c) dirección de correo electrónico; d) fecha de nacimiento; e) sexo; f) número del seguro social[4]; y g) información laboral (conjuntamente, la "Información Solicitada"). Los Deudores solicitan que, de ser posible, usted radique su Formulario de información de forma electrónica en el sitio web alojado por el agente de reclamaciones y solicitantes de los Deudores, Prime Clerk LLC (el "Agente de Reclamaciones"): https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.

**La fecha límite para radicar Formularios de información se ha prorrogado hasta el 29 de julio de 2020 a las 4:00 p.m. (AST)**.

**Si ya ha radicado un Formulario de Información, no tendrá que realizar ninguna acción, salvo orden, notificación u otra resolución judicial.**

### Principales Consideraciones

- En el marco de un Caso de Título III de PROMESA, es posible que determinados beneficiarios del ELA y del SRE tengan derecho a votar sobre un plan de ajuste radicado por el ELA y el SRE. Para que los Deudores puedan reducir el número de paquetes de solicitud devueltos como no entregables, y para asegurar que los montos de reclamaciones de dichos beneficiarios se calculen correctamente, los Deudores solicitan que determinados demandantes radiquen un Formulario de información que contenga la Información solicitada. El presente documento explica cómo radicar Formularios de información.
- El plan de ajuste es un documento que explica cómo los Deudores proponen pagar los montos que adeudan a sus acreedores. Los acreedores podrán consultar dicho plan visitando el siguiente enlace: https://cases.primeclerk.com/puertorico/.
- **Si está obligado a radicar un Formulario de Información**, deberá hacerlo antes del **29 de julio de 2020, a las 4:00 p.m. (AST)**.
- Podrá radicar los Formularios de Información a) de forma electrónica a través del sitio web del Agente de Reclamaciones en https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index, o b) por correo o personalmente en las siguientes direcciones[5]:
  - Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232;
  - Citi Towers, 250 Ave. Ponce de León, Suite 503, Hato Rey, San Juan, PR 00918;
  - 151 Calle de San Francisco, 2º piso, San Juan, PR 00901;
  - Bianca Convention Center, Carr. 2 KM 143, 1er piso, Añasco, PR 00610;
  - Oceana HUB Center, 2 Calle Acerina, Caguas, PR 00725;
  - Joe's Blue, MCS Building, 880 Tito Castro Avenue, 1er piso, Ponce, PR 00716-4732.
- **Los Deudores solicitan que, de ser posible, radique su Formulario de Información de forma electrónica a través del sitio web del Agente de Reclamaciones**.
- OBSÉRVESE que, en vista de la orden ejecutiva de la Gobernadora dictada el 21 de mayo de 2020, en la que se aborda la situación en relación con el COVID-19, los centros de entrega en los que los Empleados Demandantes podrán radicar sus Formularios de Información no abrirán hasta el 15 de junio de 2020. Antes de acudir a una de dichas ubicaciones rogamos llame al (844) 822-9231 para verificar si el centro está abierto. Se recomienda a los Empleados Demandantes que radiquen sus Formularios de Información de forma electrónica o por correo postal.

Si tras leer la presente notificación necesita información adicional, puede comunicarse con el Agente de reclamaciones llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), disponibles de 10:00 a.m. a 7:00 p.m. (AST) (se habla español), o por correo electrónico a puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que contestan las llamas telefónicas no pueden brindar asesoramiento jurídico. Si tiene alguna pregunta sobre los derechos que le brinda la ley, incluyendo si debe o no radicar una reclamación, consulte a un abogado.

[1] Los Deudores en estos Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17-BK-3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17-BK-3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17-BK-4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101–2241. El número de Clase que contiene las reclamaciones relativas a beneficios de retiro podría ser modificado en dicho documento.

[3] En el Plan radicado en el marco del Caso núm. 17-BK-3283, ECF núm. 8765, la Clase 25 corresponde a las reclamaciones de los Empleados demandantes. El/los número(s) de Clase que contiene(n) las reclamaciones de los Empleados demandantes podría(n) cambiar en cualquier Plan radicado con posterioridad.

[4] Los Deudores necesitan los últimos cuatro dígitos de los números del seguro social de los demandantes para determinar qué datos laborales corresponden a cada demandante.

[5] Los Deudores se reservan el derecho de modificar las ubicaciones en las que se aceptan Formularios de información mediante la entrega en persona.

# Accionistas de Taubman votan a favor de la fusión

**Afirman estar listos para que Simon Group adquiera las propiedades de Taubman Centers**

MARIAN DÍAZ
marian.diaz@gfrmedia.com
Twitter: @mariandiazrodri

Los accionistas de Taubman Centers, Inc. (TCI) aprobaron abrumadoramente ayer el acuerdo de fusión anunciado previamente entre Simon Property Group y dicha empresa.

Un 99.7% de los accionistas que emitieron su voto, lo hicieron a favor de la transacción y el acuerdo de fusión, de los cuales hubo un 78% que están en manos de accionistas que no pertenecen a la familia Taubman. Las acciones que emitieron su voto representan el 84.7% de las acciones en circulación que tenían derecho al voto.

Esta aprobación de los accionistas era parte de las condiciones previas para poder cerrar la transacción de fusión, en la que la veintena de centros comerciales de Taubman pasarían a manos de Simon.

"Taubman está listo, dispuesto y capacitado para cerrar las transacciones con Simon el 30 de junio de 2020, el tercer día hábil siguiente a la satisfacción de todas las condiciones anteriores, que es el plazo requerido por el acuerdo de fusión", dijo TCI en declaraciones escritas.

No obstante, la empresa reconoce que es poco probable que la transacción se consuma en esa fecha, si es que logra finalizarse, pues Simon le comunicó el día 10 del presente mes que desistía de continuar con el acuerdo de fusión.

Para dar por terminado el acuerdo de fusión, ofreció como razones el hecho de que los centros comerciales de Taubman han quedado muy perjudicados con la pandemia, pues son propiedades cerradas, enfocadas en los productos de alta gama, y según Simon, tras la emergencia del COVID-19, la gente no está viajando ni quiere ir a sitios cerrados, además de que la gente adinerada ha optado por comprar a través de internet, en vez de ir a un malls.

Otro punto que alegó Simon para retirarse del acuerdo es que Taubman no redujo los costos operacionales durante la pandemia, ni le disminuyó los salarios a sus ejecutivos.

"Taubman continúa creyendo que la supuesta terminación del acuerdo de fusión por parte de Simon no es válida y no tiene mérito, y que Simon sigue vinculado al acuerdo de fusión y a la consumación de la transacción", expresó TCI.

Taubman presentó una respuesta y una reconvención en la demanda, rechazando las acusaciones de Simon y buscando que este cumpla con el acuerdo de fusión y repare los daños que le está causando.

"Dada la supuesta terminación de Simon del acuerdo de fusión y el litigio pendiente, parece que Simon no consumará las transacciones el 30 de junio de 2020, a pesar de la obligación contractual de Simon de hacerlo", reconoció TCI.



Mall of San Juan es una de las propiedades de Taubman que pasarían a manos de Simon.