Exhibit 2 - Expense Itemization Page 1 of 6

# **EXHIBIT 2**

**Expense Itemization**

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| | Title III | 2/20/2020 | Andrew Wolfe | Legal fees | $ 90.00 | 1 | $90.00 | Review sixth interim letter report; e-mail with A. Wolfe |
| | Title III | 2/29/2020 | Andrew Wolfe | Airfare | $ 287.96 | 1 | $287.96 | Airfare to meeting in DC with McKinsey staff |

| TOTAL IN FEBRUARY | | | | | | | **$377.96** | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| | Title III | 3/18/2020 | Andrew Wolfe | Legal fees | $ 855.00 | 1 | $855.00 | Mnthly consolidate fee statements and submissions in February. |
| | Title III | 3/2/2020 | Andrew Wolfe | Taxi service | | 1 | $34.51 | Uber fee to return from McKinsey meeting in their DC offcie to Bethesda MD |
| | Title III | 3/2/2020 | Andrew Wolfe | Taxi service | | 1 | $17.37 | Uber fee to go to McKinsey meeting in their DC offcie from Bethesda MD |
| TOTAL IN March | | | | | | | **$906.88** | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| | Title III | 4/28/2020 | Andrew Wolfe | Legal fees | $ 720.00 | 1 | $720.00 | Legal fees for March 2020. |
| TOTAL IN March | | | | | | | **$720.00** | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost |
|---|---|---|---|---|---|
| | Title III | 5/9/2020 | Andrew Wolfe | Legal fees | $ 765.00 |

TOTAL IN MAY

| No. of Units | Total | Expense Description |
| --- | --- | --- |
| 1 | $765.00 | Legal fees for April 2020. |
| | **$765.00** | |