# EXHIBIT 3

**Certification of Andrew Wolfe**

Case:17-03283-LTS Doc#:13557-3 Filed:07/06/20 Entered:07/06/20 10:08:05 Desc: Exhibit 3 - Wolfe Certification Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Debtors. | PROMESA<br><br>Title III<br><br>No. 17-bk-3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATION OF ANDREW WOLFE

I, Andrew Wolfe, hereby certify:

1. I am a macroeconomic consultant to the Financial Oversight and Management Board for Puerto Rico, as representative of the Debtors in these Title III cases, and submit this certification in support of my eighth interim fee application.

2. I have read the application.

3. To the best of my knowledge, information and belief formed after reasonable inquiry, the compensation and reimbursement of expenses sought therein conform with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the United States Trustee Guidelines, and the Puerto Rico Local Bankruptcy Rules.

4. The compensation and reimbursement of expenses requested are billed at rates no less favorable to the Debtors than those customarily employed by me.

5. No compensation previously received by me has been shared with any other person, and no agreement or understanding exists between me and any other person for sharing of compensation received or to be received for services rendered in or in connection with these Title III cases.

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 7, 2020.

/s/ Andrew Wolfe