UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, | |
| Debtor. | |

------------------------------------------------------------x

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA"); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

THE COMMONWEALTH OF PUERTO RICO,

    Plaintiff,

        -v-

AMBAC ASSURANCE CORPORATION et al.,

    Defendants.

-----------------------------------------------------------x

Adv. Proc. No. 20-003-LTS

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,

    Plaintiff,

        -v-

AMBAC ASSURANCE CORPORATION et al.,

    Defendants.

-----------------------------------------------------------x

Adv. Proc. No. 20-004-LTS

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,

    Plaintiff,

        -v-

AMBAC ASSURANCE CORPORATION et al.,

    Defendants.

-----------------------------------------------------------x

Adv. Proc. No. 20-005-LTS

ORDER SCHEDULING FURTHER BRIEFING OF URGENT MOTIONS FOR LEAVE TO EXCEED PAGE LIMITS WITH RESPECT TO RESPONSES TO MOTIONS FOR PARTIAL SUMMARY JUDGMENT

    The Court has received and reviewed the *Response and Opposition of the Commonwealth of Puerto Rico, by and Through the Oversight Board, to Movants' Urgent Motion for Leave to File Joint Briefs of No More Than 150 Pages Each in Opposition to the Commonwealth's Motions for Partial Summary Judgment in Adv. Proc. Nos. 20-00003-LTS, 20-*

*00004-LTS and 20-00005-LTS* (Docket Entry No. 73 in Adversary Proceeding No. 20-003, Docket Entry No. 71 in Adversary Proceeding No. 20-004, Docket Entry No. 86 in Adversary Proceeding No. 20-005, Docket Entry No. 13558 in Case No. 17-3283, and Docket Entry No. 855 in Case No. 17-3567).

Any replies in further support of the Motions,[2] or any consensual scope- and/or scheduling-related proposal in connection with the Financial Oversight and Management Board for Puerto Rico's motions for partial summary judgment, must be filed by **July 7, 2020, at 9:00 a.m. (Atlantic Standard Time)**. For the parties' information, the Court will be available to hear argument regarding the motions for partial summary judgment by telephone on September 23, 2020, and such motions must be fully briefed no later than fourteen (14) days prior to the hearing date.

SO ORDERED.

Dated: July 6, 2020

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms not defined herein shall have the meanings given to them in the *Order Scheduling Briefing of Urgent Motions for Leave to Exceed Page Limits with Respect to Responses to Motions for Partial Summary Judgment* (Docket Entry No. 72 in Adversary Proceeding No. 20-003, Docket Entry No. 70 in Adversary Proceeding No. 20-004, and Docket Entry No. 85 in Adversary Proceeding No. 20-005).