RECEIVED & FILED
2020 JUL -7 AM 7:51
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

30 de junio de 2020

Junta de Supervisión y Administración
Financiera para Puerto Rico
San Juan, Puerto Rico

A quien le pueda interesar:

Por este medio estoy radicando mi replica a la demanda que radique anteriormente a su oficina. De acuerdo a mi demanda les estoy enviado evidencia de mis talonarios y la carta con el Num. De reclamación 131357. Entendiendo de que estoy tramitando mi reclamación atrasado a la fecha límite, debido a que estaba en los Estados unidos. Y el 30 de junio de 2020 me comunique al teléfono 1 – 844 – 822 – 9231 para información. Indicándome que enviara esta evidencia a estas oficinas para la determinación del Tribunal.

     Gracias por su atención a mi pedido, esperando su pronta contestación a mi reclamo de reconsideración a mi reclamo.

         Atentamente,

         Osvaldo Pabón Quiñones

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

2020 JUL -7 AM 7:52
CLERK'S OFFICE

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Pabon Quinones, Osvaldo | 131357 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Pabon Quinones, Osvaldo | 131357 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

\*\*\*CUST PR 1845 SRF 38939 PackID: 175 MMLID: 2078533 SVC: 143rd Omni
Pabon Quinones, Osvaldo
Ext Jardines de Coamo Calle 10 - J8
Coamo, PR 00769

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| Grupo de Pago: | SM -Quincenal | # Cheque: | 02924946 |
|---|---|---|---|
| Desde: | 01/08/2004 | | |
| Hasta: | 01/21/2004 | Fecha: | 01/15/2004 |

| | | |
|---|---|---|
| OSVALDO PABON QUINONES | # Empleado: | |
| NUM 42 CALLE H W SANTAELLA | Dept: 8005021-Ponce Coamo | |
| COAMO PR 00769-0000 | Oficina: Susana Rivera | |
| | Titulo: M.Educ.Fisica | |
| SS: | Sueldo: $2,215.00 Monthly | |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,107.50 | 60.00 | 1,107.50 |
| Total: | | | 1,107.50 | 60.00 | 1,107.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 16.06 | 16.06 |
| PR Withholdng | 60.43 | 60.43 |
| Total: | 76.49 | 76.49 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 99.68 | 99.68 |
| Total: | 99.68 | 99.68 |

### DEDUCCIONES VOLUNTARIAS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 106.50 | 106.50 |
| AS FED MAESTROS AFT | 8.00 | 8.00 |
| GPR Plan de Ahorros | 33.23 | 33.23 |
| Total: | 147.73 | 147.73 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 94.14 | 94.14 |
| FSED Disability Plan | 18.83 | 18.83 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,107.50 | 76.49 | 247.41 | 783.60 |
| Acumulado: | 1,107.50 | 76.49 | 247.41 | 783.60 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Cheque #02924946 | 783.60 |
|---|---|
| Total: | 783.60 |

MENSAJE:

N000460883

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| Grupo de Pago: | SM -Quincenal | # Cheque: | 07874027 |
|---|---|---|---|
| Desde: | 01/11/2005 | | |
| Hasta: | 01/24/2005 | Fecha: | 01/14/2005 |

OSVALDO PABON QUINONES
NUM 42 CALLE H W SANTAELLA
COAMO PR  00769-0000

SS:

| # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|
| Dept: | 8005021-Ponce Coamo | Estado Civil: | Married | Married |
| Oficina: | Susana Rivera | Concesiones: | 0 | 1 |
| Titulo: | M.Educ.Fisica | Pct. Adcl.: | | |
| Sueldo: | $2,365.00 Monthly | Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,182.50 | 60.00 | 1,182.50 |
| Total: | | | 1,182.50 | 60.00 | 1,182.50 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 17.15 | 17.15 |
| PR Withholdng | 70.47 | 70.47 |
| Total: | 87.62 | 87.62 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 106.43 | 106.43 |
| Total: | 106.43 | 106.43 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 107.50 | 107.50 |
| AS FED MAESTROS AFT | 8.00 | 8.00 |
| GPR Plan de Ahorros | 35.48 | 35.48 |
| Total: | 150.98 | 150.98 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 100.51 | 100.51 |
| FSED Disability Plan | 20.10 | 20.10 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,182.50 | 87.62 | 257.41 | 837.47 |
| Acumulado: | 1,182.50 | 87.62 | 257.41 | 837.47 |

## PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| Cheque #07874027 | 837.47 |
|---|---|
| Total: | 837.47 |

**MENSAJE:**

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/09/2006 |
| Hasta: | 01/20/2006 |

# Cheque: 02635737
Fecha: 01/13/2006

OSVALDO PABON QUINONES
NUM 42 CALLE H W SANTAELLA
COAMO PR 00769-0000

SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005021-Ponce Coamo |
| Oficina: | Susana Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,465.00 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,232.50 | 60.00 | 1,232.50 |
| **Total:** | | | **1,232.50** | **60.00** | **1,232.50** |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 17.87 | 17.87 |
| PR Withholdng | 77.47 | 77.47 |
| **Total:** | **95.34** | **95.34** |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 110.93 | 110.93 |
| **Total:** | **110.93** | **110.93** |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 108.00 | 108.00 |
| AS FED MAESTROS AFT | 8.00 | 8.00 |
| GPR Plan de Ahorros | 36.98 | 36.98 |
| **Total:** | **152.98** | **152.98** |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 104.76 | 104.76 |
| FSED Disability Plan | 20.95 | 20.95 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,232.50 | 95.34 | 263.91 | 873.25 |
| Acumulado: | 1,232.50 | 95.34 | 263.91 | 873.25 |

### PTO HORAS ACUM
| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA
| | |
|---|---|
| Cheque #02635737 | 873.25 |
| Total: | 873.25 |

**MENSAJE:**

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/09/2007 |
| Hasta: | 01/22/2007 |

# Cheque: 06939323
Fecha: 01/12/2007

OSVALDO PABON QUINONES
NUM 42 CALLE H W SANTAELLA
COAMO PR 00769-0000
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005021-Ponce Coamo |
| Oficina: | Susana Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,465.00 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 60.00 | 1,232.50 | 60.00 | 1,232.50 |
| Total: | | | 1,232.50 | 60.00 | 1,232.50 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 17.87 | 17.87 |
| PR Withholdng | 61.13 | 61.13 |
| Total: | 79.00 | 79.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 110.93 | 110.93 |
| Total: | 110.93 | 110.93 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 110.00 | 110.00 |
| OS-FEDERACION DE MAESTROS | 8.00 | 8.00 |
| GPR Plan de Ahorros | 36.98 | 36.98 |
| Total: | 154.98 | 154.98 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 104.76 | 104.76 |
| FSED Disability Plan | 20.95 | 20.95 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,232.50 | 79.00 | 265.91 | 887.59 |
| Acumulado: | 1,232.50 | 79.00 | 265.91 | 887.59 |

### PTO HORAS ACUM
| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA
| | |
|---|---|
| Cheque #06939323 | 887.59 |
| Total: | 887.59 |

MENSAJE:

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM-Quincenal |
| Desde: | 02/19/2008 |
| Hasta: | 03/03/2008 |

Aviso #: 8486992
Fecha Aviso: 02/29/2008

| | |
|---|---|
| OSVALDO PABON QUINONES | |
| NUM 42 CALLE H W SANTAELLA | |
| COAMO, PR 00769-0000 | |
| SS: | |

| # Empleado: | |
|---|---|
| Dept: | 8005021-Ponce Coamo |
| Lugar: | Susana Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,565.00 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,282.50 | 240.00 | 5,080.00 |
| Pago Retroactivo Regular | | | 0.00 | | 50.00 |
| Total: | | | 1,282.50 | 240.00 | 5,130.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 18.60 | 74.39 |
| PR Withholding | 62.88 | 264.54 |
| Total: | 81.48 | 338.93 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 115.43 | 461.72 |
| Total: | 115.43 | 461.72 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 127.50 | 255.00 |
| SC-NATIONAL LIFE INS. | 6.35 | 25.40 |
| GPR Plan de Ahorros | 38.48 | 153.92 |
| OS-FEDERACION DE MAESTROS | 0.00 | 8.00 |
| Total: | 172.33 | 442.32 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 120.00 |
| GPR Plan de Retiro de Maestro | 109.01 | 436.04 |
| FSED Disability Plan | 21.80 | 87.20 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,282.50 | 0.00 | 81.48 | 287.76 | 913.26 |
| Acumulado: | 5,130.00 | 0.00 | 338.93 | 904.04 | 3,887.03 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #8486992 | 913.26 |
|---|---|
| Total: | 913.26 |

MENSAJE:

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
02/29/2008

Aviso No.
8486992

Cant. Deposito: $913.26

A la Cuenta(s) De

**OSVALDO PABON QUINONES**
NUM 42 CALLE H W SANTAELLA
COAMO, PR 00769-0000

Localizacion: Susana Rivera

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $913.26 |
| Total: | | $913.26 |

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

Grupo de Pago: SM -Quincenal
Desde: 01/08/2009
Hasta: 01/21/2009

Aviso #: 2966427
Fecha Aviso: 01/15/2009

**OSVALDO PABON QUINONES**
NUM 42 CALLE H W SANTAELLA
COAMO, PR 00769-0000
SS:

| # Empleado: | |
|---|---|
| Dept: | 8005021-Ponce Coamo |
| Lugar: | Susana Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,715.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,357.50 | 60.00 | 1,357.50 |
| Total: | | | 1,357.50 | 60.00 | 1,357.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.68 | 19.68 |
| PR Withholding | 73.38 | 73.38 |
| Total: | 93.06 | 93.06 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 122.18 | 122.18 |
| Total: | 122.18 | 122.18 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 143.00 | 143.00 |
| SC-NATIONAL LIFE INS. | 6.35 | 6.35 |
| Ahorros-AEELA | 40.73 | 40.73 |
| Total: | 190.08 | 190.08 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 115.39 | 115.39 |
| FSED Disability Plan | 23.08 | 23.08 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,357.50 | 0.00 | 93.06 | 312.26 | 952.18 |
| Acumulado: | 1,357.50 | 0.00 | 93.06 | 312.26 | 952.18 |

### PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #2966427 | 952.18 |
|---|---|
| Total: | 952.18 |

MENSAJE:

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
01/15/2009

Aviso No.
2966427

Cant. Deposito: $952.18

A la
Cuenta(s) De

**OSVALDO PABON QUINONES**
NUM 42 CALLE H W SANTAELLA
COAMO, PR 00769-0000

Localizacion: Susana Rivera

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $952.18 |
| Total: | | $952.18 |

| DEPT DE EDUCACION-MAESTROS<br>Avenida Teniente Cesar Gonzalez . Esquina Calaf<br>HATO REY, PR 00919 | | | Tipo de Nómina:<br>Desde: 01/08/2010<br>Hasta: 01/21/2010 | | Aviso #: 8512780<br>Fecha Aviso: 01/15/2010 | |
|---|---|---|---|---|---|---|

| OSVALDO PABON QUINONES<br>NUM 42 CALLE H W SANTAELLA<br>COAMO, PR 00769-0000<br>SS: | # Empleado<br>Dept: 8005021-Ponce Coamo<br>Lugar: Susana Rivera<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,715.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married Married<br>Concesiones: 0 1<br>Pct. Adcl.:<br>Cant. Adcl.: |
|---|---|---|

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,357.50 | 60.00 | 1,357.50 |
| Total: | | | 1,357.50 | 60.00 | 1,357.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.68 | 19.68 |
| PR Withholding | 73.38 | 73.38 |
| Total: | 93.06 | 93.06 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 122.18 | 122.18 |
| Total: | 122.18 | 122.18 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 143.00 | 143.00 |
| SC-NATIONAL LIFE INS. | 6.35 | 6.35 |
| Ahorros-AEELA | 40.73 | 40.73 |
| Total: | 190.08 | 190.08 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 115.39 | 115.39 |
| FSED Disability Plan | 23.08 | 23.08 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,357.50 | 0.00 | 93.06 | 312.26 | 952.18 |
| Acumulado: | 1,357.50 | 0.00 | 93.06 | 312.26 | 952.18 |

### PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #8512780 | 952.18 |
|---|---|
| Total: | 952.18 |

**MENSAJE:**

DEPT DE EDUCACION-MAESTROS
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
01/15/2010

Aviso No.
8512780

Cant. Deposito: $952.18

A la
Cuenta(s) De

OSVALDO PABON QUINONES
NUM 42 CALLE H W SANTAELLA
COAMO, PR 00769-0000

Localizacion: Susana Rivera

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $952.18 |
| Total: | | $952.18 |

NO NEGOCIABLE

| DEPT DE EDUCACION-MAESTROS | | Grupo E Pliego Numero | Aviso #: 5758341 |
|---|---|---|---|
| Avenida Teniente Cesar Gonzalez, Esquina Calaf | | Desde: 01/10/2011 | Fecha Aviso: 01/14/2011 |
| HATO REY, PR 00919 | | Hasta: 01/21/2011 | |

| OSVALDO PABON QUINONES | # Empleado: XXXXX7728 | DATA IMP: | Federal | PR |
|---|---|---|---|---|
| NUM 42 CALLE H W SANTAELLA | Dept: 8005137-SANTA ISABEL-PONCE | Estado Civil: | Married | Married |
| COAMO, PR 00769-0000 | Lugar: SUSANA RIVERA | Concesiones: | 0 | 1 |
| | Titulo: DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: XXX-XX-7728 | Sueldo: $2,715.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,357.50 | 60.00 | 1,357.50 | Fed FICA Med Hospital Ins / EE | 19.68 | 19.68 |
| | | | | | | PR Withholding | 35.23 | 35.23 |
| Total: | | | 1,357.50 | 60.00 | 1,357.50 | Total: | 54.91 | 54.91 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 122.18 | 122.18 | SM-First Medical Health Plan | 176.00 | 176.00 | GPR Plan de Retiro de Maestro | 115.39 | 115.39 |
| | | | SC-NATIONAL LIFE INS. | 6.35 | 6.35 | FSED Disability Plan | 23.08 | 23.08 |
| | | | SC-OCCIDENTAL LIFE INSS | 25.00 | 25.00 | | | |
| | | | Ahorros-AEELA | 40.73 | 40.73 | | | |
| Total: | 122.18 | 122.18 | Total: | 248.08 | 248.08 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,357.50 | 0.00 | 54.91 | 370.26 | 932.33 |
| Acumulado: | 1,357.50 | 0.00 | 54.91 | 370.26 | 932.33 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #5758341 | 932.33 |
| + Ganada: | | | | |
| + Compra: | | | Total: | 932.33 |
| - Usada: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE: REGISTRESE EN COLECTURIA VIRTUAL DE HACIENDA PARA OBTENER SE W2 DESDE LA ULTIMA SEMANA DE ENERO 2011

---

**DEPT DE EDUCACION-MAESTROS**  
Avenida Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR 00919  

Fecha  
01/14/2011  

Aviso No.  
5758341

Cant. Deposito:  $932.33

A la  
Cuenta(s) De  

**OSVALDO PABON QUINONES**  
NUM 42 CALLE H W SANTAELLA  
COAMO, PR 00769-0000  

Localizacion: SUSANA RIVERA

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | | $932.33 |
| Total: | | $932.33 |

NO NEGOCIABLE

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

Grupo de Pago: SM Quincenal
Desde: 01/10/2012
Hasta: 01/24/2012

Aviso #: 2599634
Fecha Aviso: 01/13/2012

**OSVALDO PABON QUINONES**
NUM 42 CALLE H W SANTAELLA
COAMO, PR 00769-0000

SS: XXX-XX-7728

| | |
|---|---|
| # Empleado: | XXXXX7728 |
| Dept: | 8005137-SANTA ISABEL-PONCE |
| Lugar: | SUSANA RIVERA |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,715.00 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 66.00 | 1,357.50 | 66.00 | 1,357.50 |
| Total: | | | 1,357.50 | 66.00 | 1,357.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.68 | 19.68 |
| PR Withholding | 32.32 | 32.32 |
| Total: | 52.00 | 52.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 122.18 | 122.18 |
| Total: | 122.18 | 122.18 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 189.00 | 189.00 |
| SC-TRANS OCEANIC LIFE | 21.65 | 21.65 |
| SC-OCCIDENTAL LIFE INSS | 25.00 | 25.00 |
| Ahorros-AEELA | 40.73 | 40.73 |
| Total: | 276.38 | 276.38 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 115.39 | 115.39 |
| FSED Disability Plan | 23.08 | 23.08 |
| Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,357.50 | 0.00 | 52.00 | 398.56 | 906.94 |
| Acumulado: | 1,357.50 | 0.00 | 52.00 | 398.56 | 906.94 |

**PTO HORAS ACUM**
Balance Inicial: 0.0
+ Ganada:
+ Compra:
- Usada:
- Donada:
+ Ajustes:
Balance Final: 0.0

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #2599634 | 906.94 |
| Total: | 906.94 |

**MENSAJE:**

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha: 01/13/2012

Aviso No. 2599634

Cant. Deposito: $906.94

A la Cuenta(s) De

**OSVALDO PABON QUINONES**
NUM 42 CALLE H W SANTAELLA
COAMO, PR 00769-0000

Localizacion: SUSANA RIVERA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $906.94 |
| Total: | | $906.94 |

NO NEGOCIABLE

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: SM-Quincenal | Aviso #: 0135531 |
| Desde: 02/06/2013 | Fecha Aviso: 02/15/2013 |
| Hasta: 02/19/2013 | |

| | | |
|---|---|---|
| OSVALDO PABON QUINONES | # Empleado: XXXXX7728 | DATA IMP: Federal PR |
| NUM 42 CALLE H W SANTAELLA | Dept: 8005137-SANTA ISABEL-PONCE | Estado Civil: Married Married |
| COAMO, PR 00769-0000 | Lugar: SUSANA RIVERA | Concesiones: 0 1 |
| | Titulo: DEPARTAMENTO DE EDUCACION | Pct. Adcl.: |
| SS: XXX-XX-7728 | Sueldo: $2,715.00 Monthly | Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,357.50 | 186.00 | 4,072.50 |
| **Total:** | | | 1,357.50 | 186.00 | 4,072.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.68 | 59.05 |
| PR Withholding | 27.37 | 82.11 |
| **Total:** | 47.05 | 141.16 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 122.18 | 366.54 |
| **Total:** | 122.18 | 366.54 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 205.50 | 616.50 |
| SC-USIC LIFE INS CO | 21.20 | 63.60 |
| Ahorros-AEELA | 40.73 | 122.19 |
| **Total:** | 267.43 | 802.29 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 115.39 | 346.17 |
| FSED Disability Plan | 23.08 | 69.24 |
| SM-First Medical Health Plan | 0.00 | 120.00 |

* Tributable

### TOTALES

| | TOTAL BRUTO | NETO TRIBUTABLE | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,357.50 | 0.00 | 47.05 | 389.61 | 920.84 |
| Acumulado: | 4,072.50 | 0.00 | 141.16 | 1,168.83 | 2,762.51 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #0135531 | 920.84 |
| **Total:** | 920.84 |

### LICENCIAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha: 02/15/2013

Aviso No. 135531

**Cant. Deposito:** $920.84

A la Cuenta(s) De

**OSVALDO PABON QUINONES**
NUM 42 CALLE H W SANTAELLA
COAMO, PR 00769-0000

Localizacion: SUSANA RIVERA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $920.84 |
| **Total:** | | $920.84 |

**080 DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

Grupo de Pago: SM-Quincenal
Desde: 01/09/2014
Hasta: 01/22/2014

Aviso #: 6513011
Fecha Aviso: 01/15/2014

| | |
|---|---|
| OSVALDO PABON QUINONES | # Empleado: XXXXX7728 |
| NUM 42 CALLE H W SANTAELLA | Dept: 8005137-SANTA ISABEL-PONCE |
| COAMO, PR 00769-0000 | Lugar: SUSANA RIVERA |
| | Titulo: DEPARTAMENTO DE EDUCACION |
| SS: XXX-XX-7728 | Sueldo: $2,715.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,357.50 | 60.00 | 1,357.50 |
| Total: | | | 1,357.50 | 60.00 | 1,357.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.68 | 19.68 |
| PR Withholding | 27.37 | 27.37 |
| Total: | 47.05 | 47.05 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 122.18 | 122.18 |
| Total: | 122.18 | 122.18 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 182.00 | 182.00 |
| SC-USIC LIFE INS CO | 21.20 | 21.20 |
| Ahorros-AEELA | 40.73 | 40.73 |
| Total: | 243.93 | 243.93 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 115.39 | 115.39 |
| FSED Disability Plan | 23.08 | 23.08 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,357.50 | 0.00 | 47.05 | 366.11 | 944.34 |
| Acumulado: | 1,357.50 | 0.00 | 47.05 | 366.11 | 944.34 |

### PTO HORAS ACUM
| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA
| | |
|---|---|
| Aviso #6513011 | 944.34 |
| Total: | 944.34 |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
01/15/2014

Aviso No.
6513011

Cant. Deposito: $944.34

A la
Cuenta(s) De

**OSVALDO PABON QUINONES**
NUM 42 CALLE H W SANTAELLA
COAMO, PR 00769-0000

Localizacion: SUSANA RIVERA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 944.34 |
| Total: | | 944.34 |

**080 DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

Grupo de Pago: SM -Quincenal
Desde: 08/03/2015
Hasta: 08/14/2015

Aviso #: 7909556
Fecha Aviso: 08/14/2015

| | |
|---|---|
| OSVALDO PABON QUINONES<br>NUM 42 CALLE H W SANTAELLA<br>COAMO, PR 00769-0000<br>SS: XXX-XX-7728 | # Empleado: XXXXX7728<br>Dept: 8005137-SANTA ISABEL-PONCE<br>Lugar: SUSANA RIVERA<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,715.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,357.50 | 912.00 | 20,334.97 |
| Total: | | | 1,357.50 | 912.00 | 20,334.97 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.69 | 294.86 |
| PR Withholding | 27.37 | 408.79 |
| Total: | 47.06 | 703.65 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 122.18 | 1,830.22 |
| Total: | 122.18 | 1,830.22 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 218.00 | 3,270.00 |
| SC-USIC LIFE INS CO | 21.20 | 318.00 |
| Ahorros-AEELA | 40.73 | 610.12 |
| Total: | 279.93 | 4,198.12 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 183.26 | 1,930.75 |
| FSED Disability Plan | 23.08 | 345.73 |
| SM-First Medical Health Plan | 0.00 | 840.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUTADO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,357.50 | 0.00 | 47.06 | 402.11 | 908.33 |
| Acumulado: | 20,334.97 | 0.00 | 703.65 | 6,028.34 | 13,602.98 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #7909556 | 908.33 |
| Total: | 908.33 |

### BIO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha 08/14/2015

Aviso No. 7909556

Cant. Deposito: $908.33

A la Cuenta(s) De
**OSVALDO PABON QUINONES**
NUM 42 CALLE H W SANTAELLA
COAMO, PR 00769-0000

Localizacion: SUSANA RIVERA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 908.33 |
| Total: | | 908.33 |

| 080 DEPT DE EDUCACION-MAESTROS | Grupo de Pago: SM-Quincenal | Aviso #: 0894161 |
| --- | --- | --- |
| Avenida Teniente Cesar Gonzalez , Esquina Calaf | Desde: 01/07/2016 | |
| HATO REY, PR 00919 | Hasta: 01/21/2016 | Fecha Aviso: 01/15/2016 |

| OSVALDO PABON QUINONES | # Empleado: XXXXX7728 | DATA IMP: | Federal | PR |
| --- | --- | --- | --- | --- |
| NUM 42 CALLE H W SANTAELLA | Dept: 8005137-SANTA ISABEL-PONCE | Estado Civil: | Married | Married |
| COAMO, PR 00769-0000 | Lugar: SUSANA RIVERA | Concesiones: | 0 | 1 |
| | Titulo: DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: XXX-XX-7728 | Sueldo: $2,715.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
| --- | --- | --- | --- | --- | --- |
| Pago de Salarios Regulares | | | 1,357.50 | 66.00 | 1,357.50 |
| Total: | | | 1,357.50 | 66.00 | 1,357.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| Fed FICA Med Hospital Ins / EE | 19.68 | 19.68 |
| PR Withholding | 27.37 | 27.37 |
| Total: | 47.05 | 47.05 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| GPR Plan de Retiro de Maestro | 122.18 | 122.18 |
| Total: | 122.18 | 122.18 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| SM-First Medical Health Plan | 244.00 | 244.00 |
| SC-USIC LIFE INS CO | 21.20 | 21.20 |
| Ahorros-AEELA | 40.73 | 40.73 |
| Total: | 305.93 | 305.93 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| GPR Plan de Retiro de Maestro | 183.26 | 183.26 |
| FSED Disability Plan | 23.08 | 23.08 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
| --- | --- | --- | --- | --- | --- |
| Corriente: | 1,357.50 | 0.00 | 47.05 | 428.11 | 882.34 |
| Acumulado: | 1,357.50 | 0.00 | 47.05 | 428.11 | 882.34 |

| PTO HORAS | ACUM |
| --- | --- |
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
| --- | --- |
| Aviso #0894161 | 882.34 |
| Total: | 882.34 |

MENSAJE:

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
01/15/2016

Aviso No.
894161

Cant. Deposito: $882.34

A la
Cuenta(s) De

**OSVALDO PABON QUINONES**
NUM 42 CALLE H W SANTAELLA
COAMO, PR 00769-0000

Localizacion: SUSANA RIVERA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| --- | --- | --- |
| Savings | XXXXXXXXXXXXXX | 882.34 |
| Total: | | 882.34 |

| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez, Esquina Calaf<br>HATO REY, PR 00919 | Grupo de Pago: SM-Quincenal<br>Desde: 01/10/2017<br>Hasta: 01/23/2017 | Aviso #: 5572311<br>Fecha Aviso: 01/13/2017 |
|---|---|---|
| OSVALDO PABON QUINONES<br>NUM 42 CALLE H W SANTAELLA<br>COAMO, PR 00769-0000<br>SS: XXX-XX-7728 | # Empleado: XXXXX7728<br>Dept: 8005137-SANTA ISABEL-PONCE<br>Lugar: SUSANA RIVERA<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,715.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married Married<br>Concesiones: 0 1<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,357.50 | 60.00 | 1,357.50 |
| Total: | | | 1,357.50 | 60.00 | 1,357.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.68 | 19.68 |
| PR Withholding | 27.37 | 27.37 |
| Total: | 47.05 | 47.05 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 122.18 | 122.18 |
| Total: | 122.18 | 122.18 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 188.50 | 188.50 |
| SC-USIC LIFE INS CO | 21.20 | 21.20 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 8.50 |
| Ahorros-AEELA | 40.73 | 40.73 |
| Total: | 258.93 | 258.93 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 200.23 | 200.23 |
| FSED Disability Plan | 23.08 | 23.08 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,357.50 | 0.00 | 47.05 | 381.11 | 929.34 |
| Acumulado: | 1,357.50 | 0.00 | 47.05 | 381.11 | 929.34 |

| Vacacion Horas | Enfermedad Horas | Tiempo Comp. Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Previo: 0.00 | Balance Previo: 0.00 | Balance Previo: 0.00 | Aviso #5572311 | 929.34 |
| + Acumulado: 0.00 | + Acumulado: 0.00 | + Acumulado: 0.00 | | |
| - Utilizado: 0.00 | - Utilizado: 0.00 | - Utilizado: 0.00 | Total: | 929.34 |
| Balance Final: 0.00 | Balance Final: 0.00 | Balance Final: 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

**Dept. de Educacion - Maestros**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
01/13/2017

Aviso No.
5572311

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 929.34 |
| Total: | | 929.34 |

Cant. Deposito: $929.34

A la
Cuenta(s) De

OSVALDO PABON QUINONES
NUM 42 CALLE H W SANTAELLA
COAMO, PR 00769-0000

Localizacion: SUSANA RIVERA

| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez, Esquina Calaf<br>HATO REY, PR 00919 | Grupo de Pago: SM-Quincenal<br>Desde: 05/04/2018<br>Hasta: 05/17/2018 | Aviso #: 4728574<br>Fecha Aviso: 05/14/2018 |
|---|---|---|

| OSVALDO PABON QUINONES<br>NUM 42 CALLE H W SANTAELLA<br>COAMO, PR 00769-0000<br>SS: | # Empleado:<br>Dept: 8005137-SANTA ISABEL-PONCE<br>Lugar: SUSANA RIVERA<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,715.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married Married<br>Concesiones: 0 1<br>Pct. Adcl.:<br>Cant. Adcl.: |
|---|---|---|

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,357.50 | 564.00 | 12,217.50 |
| Total: | | | 1,357.50 | 564.00 | 12,217.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.68 | 177.15 |
| PR Withholding | 27.37 | 246.33 |
| Total: | 47.05 | 423.48 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 122.18 | 1,099.62 |
| Total: | 122.18 | 1,099.62 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 195.50 | 1,717.50 |
| SC-USIC LIFE INS CO | 29.80 | 268.20 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 76.50 |
| Ahorros-AEELA | 40.73 | 366.57 |
| Total: | 274.53 | 2,428.77 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 23.08 | 207.72 |
| SM-First Medical Health Plan | 0.00 | 480.00 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,357.50 | 0.00 | 47.05 | 396.71 | 913.74 |
| Acumulado: | 12,217.50 | 0.00 | 423.48 | 3,528.39 | 8,265.63 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4728574 | 913.74 |
| Total: | 913.74 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
05/14/2018

Aviso No.
4728574

Cant. Deposito: $913.74

A la
Cuenta(s) De

OSVALDO PABON QUINONES
NUM 42 CALLE H W SANTAELLA
COAMO, PR 00769-0000

Localizacion: SUSANA RIVERA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 913.74 |
| Total: | | 913.74 |

| | |
|---|---|
| 680 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | Grupo de Pago: SM-Quincenal  Aviso #: 9146828<br>Desde: 01/08/2019  Fecha Aviso: 01/15/2019<br>Hasta: 01/22/2019 |

| | | |
|---|---|---|
| OSVALDO PABON QUINONES<br>NUM 42 CALLE H W SANTAELLA<br>COAMO, PR 00769-0000<br>SS: | # Empleado:<br>Dept: 8005137-SANTA ISABEL-PONCE<br>Lugar: SUSANA RIVERA<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,840.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married Married<br>Concesiones: 0 1<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,420.00 | 66.00 | 1,420.00 |
| Total: | | | 1,420.00 | 66.00 | 1,420.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.59 | 20.59 |
| PR Withholding | 32.60 | 32.60 |
| Total: | 53.19 | 53.19 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 127.80 | 127.80 |
| Total: | 127.80 | 127.80 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 221.15 | 221.15 |
| SM-First Medical Health Plan | 195.50 | 195.50 |
| SC-USIC LIFE INS CO | 29.80 | 29.80 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 8.50 |
| Ahorros-AEELA | 42.60 | 42.60 |
| Total: | 497.55 | 497.55 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 24.14 | 24.14 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,420.00 | 0.00 | 53.19 | 625.35 | 741.46 |
| Acumulado: | 1,420.00 | 0.00 | 53.19 | 625.35 | 741.46 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #9146828 | 741.46 |
| Total: | 741.46 |

| Vacaciones Horas | Enfermedad Horas | Tiempo Comp. Horas |
|---|---|---|
| Balance Previo: 0.00 | Balance Previo: 0.00 | Balance Previo: 0.00 |
| + Acumulado: 0.00 | + Acumulado: 0.00 | + Acumulado: 0.00 |
| - Utilizado: 0.00 | - Utilizado: 0.00 | - Utilizado: 0.00 |
| Balance Final: 0.00 | Balance Final: 0.00 | Balance Final: 0.00 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros  
Avenida Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR 00919

Fecha 01/15/2019

Aviso No. 9146828

Cant. Deposito: $741.46

A la Cuenta(s) De

OSVALDO PABON QUINONES  
NUM 42 CALLE H W SANTAELLA  
COAMO, PR 00769-0000

Localizacion: SUSANA RIVERA

### DISTRIBUCION DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXXX | 741.46 |
| Total: | | 741.46 |