**FROM:**

Osvaldo Pabón Quiñones

Extensión Jardines de Coamo

Calle 10 - J8

Coamo, P.R. 00769



U.S. POSTAGE PAID
FCM LG ENV
COAMO, PR
00769
JUN 30, 20
AMOUNT
**$1.80**
R2303S102189-09

1000       00918

**TO:**

Secretaria (Clerk's Office

Tribunal de Distrito de Los
Estados Unidos

Room#150 Chardon Avenue
Federal Building

San Juan, Puerto Rico 00918-1767

RECEIVED & FILED