GIUILLERMO AROCHO
HC 7 BOX 76784
SAN SEBASTIAN, PR 00685



RECEIVED & FILED
2020 JUL -7 AM 7:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



03 JUL '20
PM 1 L

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

009183999