RAMON A SERRANO JIMENEZ
HC 7 BOX 76786
SAN SEBASTIAN, PR 00685

SAN JUAN PR 009
03 JUL '20
PM 1 L

TORRES
PO BOX 1732

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

RECEIVED & FILED
2020 JUL -7 AM 7:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

C0918-9999