Anexo C

29 de junio de 2020

Irma T. Moreno Soto

Hacienda Toledo

Madrid 234

Arecibo, PR 00612

S Social ... 9360

Tel. 787-923-0327

email: irmamoreso@gmail.com

RECEIVED & FILED
Commonwealth of P.R.
2020 JUL 17 AM 7:50
CLERK'S OFFICE
U.S. DISTRICT COURT

Case #17-03283 - LTS

Reclamación No. 42741 (13,895?)

# Registro 13427

Esta reclamación corresponde a salario impago de $375.00 mensuales que no me fueron otorgados durante los años *1997-2005. Me desempeñaba como "Consejera Escolar" en el Departamento de Educación de P.R.. La Asociación de Maestros de P.R. llevó una demanda de clase (Ley de Carrera Magisterial) a los Tribunales de P.R. la cual fue ganada. Tribunales de Puerto Rico resolvió y ordenó que se pagaran los $375.00 de forma retroactiva, acción que el gobierno no realizó. Reclamo la cantidad adeudada de *$ 37,875.00. Añade que para el año 2005 el Depto de Salud de P.R. nos acogió bajo su sombrilla y nos agrupó en la "Junta Examinadora de Consejeros Profesionales de P.R." otorgándonos una licencia para ejercer como "Consejeros Profesionales", en vez de maestros orientadores.

Anexos: • Récord Académico - Univ. Central Bayamón

• Informe de cambios - Depto. Educación

• Certificado Depto Educación

• Lic Depto. de Salud de P.R.

• Documento Prime Clerk

Irma T. Moreno Soto

* números corregidos

Nota: Nunca recibimos documentos de la Ley Magisterial. Ir