| THIS NOTICE RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT. |
|---|
| IF YOU ARE RECEIVING THIS NOTICE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW. |
| DOCUMENTS RELATING TO THIS CLAIM OBJECTION WERE MAILED TO YOU ON JUNE 12, 2020. PURSUANT TO DETAILS SET FORTH IN EXHIBIT "C" TO THE OBJECTION, THE DEADLINE TO RESPOND IS JULY 14, 2020. PLEASE CHECK YOUR MAIL BOX. IF YOU FAIL TO PROPERLY RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE GOVERNMENT WITHOUT FURTHER NOTICE OR HEARING. |

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Moreno Soto, Irma T | 92741 | 06/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Docket Number | 13427 | Objection Title | Debtors' Two Hundred and Fourteenth Omnibus Objection | |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| LA PRESENTE NOTIFICACIÓN ESTÁ RELACIONADA CON UNA EVIDENCIA DE RECLAMO QUE USTED PRESENTÓ CONTRA EL GOBIERNO DE PUERTO RICO EN EL PROCESO QUE SE SUSTANCIA EN VIRTUD DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD FINANCIERA DE PUERTO RICO. |
|---|
| SI USTED RECIBE ESTA NOTIFICACIÓN ES PORQUE UNO O MÁS DE LOS DEUDORES PRETENDEN DESESTIMAR SU RECLAMO POR LA RAZÓN EXPUESTA A CONTINUACIÓN. |
| LOS DOCUMENTOS RELACIONADOS CON ESTA OBJECIÓN DE RECLAMO LE FUERON ENVIADOS A USTED POR CORREO EL DÍA 12 DE JUNIO DE 2020. DE ACUERDO CON LOS DATOS ESTABLECIDOS EN EL ANEXO "C" A LA OBJECIÓN, LA FECHA LÍMITE PARA RESPONDER ES EL 14 DE JULIO DE 2020. SÍRVASE POR FAVOR VERIFICAR SU CASILLA DE CORREO. SI NO RESPONDE APROPIADAMENTE A LA OBJECIÓN, EL TRIBUNAL PODRÍA OTORGAR LA REPARACIÓN SOLICITADA POR EL GOBIERNO SIN PREVIO AVISO NI AUDIENCIA. |

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Moreno Soto, Irma T | 92741 | 06/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Número de registro de actos procesales | 13427 | Título de la objeción | Debtors' Two Hundred and Fourteenth Omnibus Objection | |
| Base para: | La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | |

*Nota: No recibí los documentos que enviaron el 12 de junio de 2020, por tal razón no había sometido la reclamación [signature]*

Re: 92741
PIPE
Case # 17-03283

## Departamento de Educación
### ESTADO LIBRE ASOCIADO DE PUERTO RICO
### Secretaria Auxiliar de Recursos Humanos
### Informe de Cambios

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | IRMA T, MORENO SOTO | |
| 2. Número de Seguro Social | -9360 | |
| 3. Lugar de Nacimiento | SAN SEBASTIAN | |
| 4. Fecha de Nacimiento | 19 de agosto de 1951 | |
| 5. Sexo | F | |
| 6. Estado Civil | CASADO | |
| 7. Preparación Académica | MA 21 | |
| 8. Experiencia | 29.9.3.2.0 | |
| 9. Status del Empleado | PERMANENTE | |
| 10. Sueldo Bruto | $3,170.00 | |
| 11. Número de Puesto | R65517 | |
| 12. Categoria del Puesto | CONSEJERO ESCOLAR | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de cuenta | E1110-221-0810000-0000-08100-2012-SCHOOLWIDE12 | |
| 15. Fecha de efectividad | 27 de julio de 2012 03:00 pm | |
| 16. Acción | RENUNCIA | |
| 17. Duración | | |
| 18. Causa del Cese | JUBILACIÓN | AUG 06 2012 |
| 19. Ultimo dia de Trabajo | 31 de mayo de 2012 03:00 pm | |
| 20. Ultimo dia de Pago | 27 de julio de 2012 03:00 pm | |
| 21. Prog Esc, Nivel/Grado | | |
| 24. Distrito Escolar | ARECIBO | . |
| 25. Escuela | TRINA PADILLA DE SANZ | |

| 26. Dirección Postal:CALLE 13 J3 SANT MONICA BAYAMON PUERTO RICO 00957 | 26. Teléfono: (787)785-4417 |
|---|---|

27. Observaciones:SRM Y AEELA. SE ACOGE A LOS BENEFICIOS DE LA LEY NUM 91 DE 29 DE MARZO DE 2004 P/ GLOBAL ENF. 89.5.14 (DESDE 01/AGOSTO/2012 08:00 AM - HASTA 06/DICIEMBRE/2012 02:14 PM). AÑOS DE SERVICIO

28. Preparado por: CATHERINE SANTANA BURGOS  FECHA: 09 de julio de 2012
29. Verificado por: CATHERINE SANTANA BURGOS  FECHA: 09 de julio de 2012
30. Aprobado por: MARIA LIZARDI VALDÉS  FECHA: 09 de julio de 2012
Secretario de Educación o su representante

RE 92741



# DEPARTAMENTO DE EDUCACIÓN
### ESTADO LIBRE ASOCIADO DE PUERTO RICO

## Certificado de Maestro
### El Secretario de Educación
### Por la presente confiere a

IRMA TERESA MORENO SOTO

el presente Certificado que lo faculta para ejercer como

ORIENTADORA ESCOLAR

en las escuelas públicas o privadas de Puerto Rico.

Expedido desde  18 de junio  de 19 97 hasta  30 de junio  de 20 03

Dado en San Juan de Puerto Rico, el   20 de junio   de 19 97

Víctor R. Fajardo Vélez
Secretario de Educación

Número 3970

# Gobierno de Puerto Rico
## Departamento de Salud



Licencia Núm.: <u>1265</u>

ESTADO LIBRE ASOCIADO DE PUERTO RICO

### JUNTA EXAMINADORA DE CONSEJEROS PROFESIONALES DE PUERTO RICO

Expide esta licencia a

## IRMA T. MORENO SOTO

Por virtud de la cual se le autoriza a ejercer como *CONSEJERO (A) PROFESIONAL* bajo las provisiones de las leyes que regulan esta práctica en Puerto Rico. Otorgada bajo la firma y sello de ésta Junta el día 13 de diciembre del año de Nuestro Señor dos mil cinco.



TRANSLATION: THIS LICENSE AUTHORIZES THE ABOVE NAMED PROFESSIONAL TO PRACTICE HIS/HER PROFESSION.

*César D. Vázquez*
Presidente de la Junta
O Representante Autorizado

# ACADEMIC RECORD

**UNIVERSIDAD CENTRAL DE BAYAMON** · 1961
APARTADO 1725
BAYAMON, P.R. 00960-1725
TEL. 786-3030 · FAX: 740-2200

PAGE NO.: 1 of 1
STUDENT NUMBER: 0014835

NAME: Irma I. Moreno Soto
ADDRESS: J-3, CALLE 13
URB. STA. MONICA
BAYAMON, PR 00957
BIRTH: 08/19/1951    SAN SEBASTIAN
SEX: F
ADMISSION:
MAJOR:

SOCIAL SECURITY NO.: -9360
ADMITTED FROM:
ADMITTED TO:
BASIS OF ADMISSION:
DEGREE OR DIPLOMA ISSUED:

| COURSE NUMBER AND TITLE | CR | GRA | H. POINT |
|---|---|---|---|
| **AGOSTO - DICIEMBRE '94** | | | |
| EDOC601 ORIENT Y CONSEJERIA | 3 | A | 12 |
| EDUC505 PROCESOS DESARR HUM | 3 | A | 12 |
| Term GPA 4.00 Credit | | | 6 |
| Cum GPA 4.00 Credit | | | 6 |
| **ENERO - MAYO '95** | | | |
| EDOC602 BASES TEOR ORIENT Y | 3 | A | 12 |
| EDOC603 TOPIC CONTEM PSIC ED | 3 | A | 12 |
| Term GPA 4.00 Credit | | | 6 |
| Cum GPA 4.00 Credit | | | 12 |
| **VERANO '95** | | | |
| EDOC604 PRINC TEOR PRACT ORI | 3 | A | 12 |
| Term GPA 4.00 Credit | | | 3 |
| Cum GPA 4.00 Credit | | | 15 |
| **AGOSTO - DICIEMBRE '95** | | | |
| EDOC605 PROC Y DINAM CONS GR | 3 | A | 12 |
| EDUC507 METODOS INVEST EDUCA | 3 | A | 12 |
| EDOC606 PLANIF VIDA Y CARRER | 3 | A | 12 |
| Term GPA 4.00 Credit | | | 9 |
| Cum GPA 4.00 Credit | | | 24 |
| **ENERO - MAYO '96** | | | |
| EDOC608 SEM Y PRACTICA I | 3 | A | 12 |
| EDUC504 ETICA Y VALORES EN L | 3 | A | 12 |
| EDOC607 PLANIF ADM Y EVAL SE | 3 | B | 9 |
| Term GPA 3.67 Credit | | | 9 |
| Cum GPA 3.91 Credit | | | 33 |
| **VERANO '96** | | | |
| EDOC611 ORIENT CONSEJ MUJER | 3 | A | 12 |
| Term GPA 4.00 Credit | | | 3 |
| Cum GPA 3.92 Credit | | | 36 |
| **AGOSTO - DICIEMBRE '96** | | | |
| EDOC609 SEM Y PRACTICA II | 3 | A | 12 |
| EDOC610 ORIENT CONSEJ NIV EL | 3 | B | 9 |
| Term GPA 3.50 Credit | | | 6 |
| Cum GPA 3.86 Credit | | | 42 |
| Continued on next Column/Page | | | |

-----
Degree Received: M.A. Educacion
Date Conferred.: 12/12/1996
Majors.........: ORIENT Y CONSEJ
-----
End of official record.

*COPIA DE ESTUDIANTE*
OFICINA DEL REGISTRADOR

De acuerdo a la Ley "Family Educational Rights and Privacy Act of 1974" la información aquí contenida le ha sido suministrada a usted con la condición de que la misma no puede ser divulgada sin el consentimiento escrito del estudiante.

| GR | M | HP | GR | M | HP |
|---|---|---|---|---|---|
| A | 90-100 | | P | PASSED | |
| B | 80-89 | | N | NO CREDIT | |
| C | 70-79 | | AU | AUDIT | |
| D | 60-69 | | I | INCOMPLETE | |
| F | 0-59 | | | | |
| W | WITHDRAW | | | | |

HONORS
TOTAL UNITS
REMARKS: June 02 2005
DATE

DATE
COLLEGE AVERAGE
CERTIFIED AS CORRECT
RANK
REGISTRAR