Irma T. [illegible]
Hacienda Toledo
Madrid 224
Arecibo, P.R. 00612

RECEIVED & FILED
2020 JUL -7 AM 7:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767