RECEIVED & FILED

2020 JUL -7 AM 7:51

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría (Clerk´s Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR

Señores,

Sirva la presente para informarles que estoy radicando mi réplica a la objeción global durante el día de hoy, debido a los inconvenientes causados por el terremoto del 7 de enero de 2020. Durante este tiempo estaba fuera de mi hogar. Y posteriormente por la situación del Corona Virus.

Espero respetuosamente que puedan entender mi situación y acoger esta réplica enviada durante el día de hoy.

Atentamente,

*[signature]*

Elsa Rivas Huertas
Claim #137369

United States District Court
for the District of Puerto Rico

| | |
|---|---|
| IN RE:<br>The financial Oversight and<br>Management Board for Puerto Rico,<br>as representative of<br>The Commonwealth of Puerto Rico, et<br>al. Debtors. | PROMESA<br>Tittle III<br><br>No. 17 BK 3283'LTS<br>(Jointly Administered)<br>This filing relates to the<br>Commonwealth and ERS. |

Deudores:
1. Gobierno de PR Estado Libre Asociado
2. Cofina
3. Autoridad de Carreteras
4. Sistema de Retiro de los Empleados del gobierno del ELA de Puerto Rico.
5. PREPA

Datos Contacto
Dirección Física:
Elsa Rivas Huertas
Barriada Lamboglia
Bo. Bajos
Patillas, PR 00723

Dirección Postal:
Elsa Rivas Huertas
Apartado 427
Patillas, PR 00723

Correo electrónico de mi hija: wanda.santiago.elias@gmail.com
Telefono: 787-482-0616

2

Reclamaciones

- LEY 96- Costo de vida - julio 2002 Sila M. Calderón
Monto de reclamación alegada: aproximadamente $10,000

- LEY 86 Carlos Romero Barceló

- LEY 54 2003

- Escala salarial años de servicios.
Monto de reclamación alegada: aproximadamente $9,000

- Aumento salarial- Anibal Acevedo.
Monto de reclamación alegada: aproximadamente $10,000

- Aumento salarial- Luis Fortuño.
Monto de reclamación alegada: aproximadamente $11,000

- Aumento salarial Carlos Romero.
Monto de reclamación alegada: aproximadamente $10,000

Los motivos para oponerme a la objeción global son:

- Comencé a trabajar con el Departamento de Educación en el año 1978.
- Trabajé aproximadamente 3 meses sustituyendo a un maestro.
- Luego trabajé un año como ayudante de Maestra regular.
- El próximo año pasé al municipio de Maunabo a trabajar como Maestra de Educación Especial por dos años.
- En el año 1982 trabajé de Maestra regular en Patillas.
- El próximo año trabajé de Maestra de Educación Especial (Homebound) en Patillas.
- Durante los años 1984- 1993 trabajé como Maestra Consultora del Programa de Educación Especial en el Municipio de Patillas.
- Luego continué trabajando como Maestra de Educación Especial hasta que me retiré en el año 2012.
- Trabajé aproximadamente 33 años con el gobierno.

Por tal razón, yo Elsa Rivas Huertas, habiendo trabajado alrededor de 33 años en el gobierno de Puerto Rico, merezco haber recibido los siguientes aumentos (Ley 96 del 2002, Ley 86, Ley 54 2003, Escala Salarial de los años de servicios, Aumento salarial de Anibal Acevedo y Aumento salarial de Luis Fortuño).