Elsa Rivas Huertas
Apartado 427
Patillas, PR 00723

RECEIVED
2020 JUL -7 AM
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

7020 0640 0000 2463 7430

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building 150 Chardon
San Juan, PR 00918-1767

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00918
JUN 30, 20
AMOUNT
$6.95
R2305M146813-11

00918$1703 C018