UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS AND<br>TRANSPORTATION AUTHORITY, | |
| Debtor. | |

------------------------------------------------------------x

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

as representative of

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA"); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

THE COMMONWEALTH OF PUERTO RICO,

    Plaintiff,

        -v-

AMBAC ASSURANCE CORPORATION et al.,

    Defendants.

-------------------------------------------------------------x

Adv. Proc. No. 20-003-LTS

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,

    Plaintiff,

        -v-

AMBAC ASSURANCE CORPORATION et al.,

    Defendants.

-------------------------------------------------------------x

Adv. Proc. No. 20-004-LTS

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,

    Plaintiff,

        -v-

AMBAC ASSURANCE CORPORATION et al.,

    Defendants.

-------------------------------------------------------------x

Adv. Proc. No. 20-005-LTS

ORDER (I) GRANTING URGENT MOTIONS FOR LEAVE TO EXCEED
PAGE LIMITS WITH RESPECT TO RESPONSES TO MOTIONS FOR PARTIAL
SUMMARY JUDGMENT AND (II) ADJOURNING BRIEFING DEADLINES AND HEARING DATE

The Court has received and reviewed the *Urgent Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Leave to Exceed Page Limit with Respect to Oppositions to Motions for Partial Summary Judgment Disallowing Claims* (Docket Entry No. 71 in Adversary Proceeding No. 20-003, Docket Entry No. 69 in Adversary Proceeding No. 20-004, and Docket Entry No. 84 in Adversary Proceeding No. 20-005, the "Monolines' Motion") filed by Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company (collectively, the "Monolines"), as well as the related briefing. The Court has also received and reviewed the *DRA Parties' Urgent Motion for Leave to Exceed Page Limit with Respect to DRA Parties' Response to FOMB's Summary Judgment Motion [Adv. Proc. No. 20-00005, Dkt. No. 56]* (Docket Entry No. 82 in Adversary Proceeding No. 20-005, together with the Monolines' Motion, the "Motions") filed by the DRA Parties.[2]

The Motions are granted as set forth herein. The Monolines may exceed the thirty-five (35) page-per-motion limit for oppositions set forth in the Case Management Procedures by filing a joint memorandum of law in support of each of their Revenue Bond Summary Judgment Oppositions of no more than **one hundred and twenty-five (125) pages**, exclusive of the cover page, tables of contents and authorities, signature page, exhibits, certificate of service, and other required certifications. The DRA Parties may exceed the seven-page limit set forth in the Final Revenue Bond Order and the Intervention Order by filing a response to the FOMB's Summary Judgment Motion of no more than **eighteen (18) pages**, exclusive of the cover page, tables of contents and authorities, signature page, exhibits, and the certificate of service.

In addition, the schedule established by the *Order Modifying Schedule Regarding Motions for Partial Summary Judgment* (Docket Entry No. 13116 in Case No. 17-3283, Docket Entry No. 805 in Case No. 17-3567, Docket Entry No. 61 in Adversary Proceeding No. 20-003, Docket Entry No. 59 in Adversary Proceeding No. 20-004, and Docket Entry No. 72 in Adversary Proceeding No. 20-005), as amended by the *Bridge Order Modifying Schedule Regarding Motions for Partial Summary Judgment* (Docket Entry No. 13497 in Case No. 17-3283, Docket Entry No. 848 in Case No. 17-3567, Docket Entry No. 68 in Adversary Proceeding No. 20-003, Docket Entry No. 66 in Adversary Proceeding No. 20-004, and Docket Entry No. 79 in Adversary Proceeding No. 20-005), is hereby modified as follows: Responses to the Summary Judgment Motions shall be filed on or before **July 16, 2020, at 5:00 p.m. (Atlantic Standard Time)**; replies in support of the Summary Judgment Motions shall be filed on or before **August 31, 2020, at 5:00 p.m. (Atlantic Standard Time)**; and a hearing on the Summary Judgment Motions will be held via telephone on **September 23, 2020, at 9:30 a.m. (Atlantic Standard Time)**.

---

[2] Capitalized terms not defined herein shall have the meanings given to them in the Motions.

This Order resolves Docket Entry No. 71 in Adversary Proceeding No. 20-003, Docket Entry No. 69 in Adversary Proceeding No. 20-004, Docket Entry Nos. 82 and 84 in Adversary Proceeding No. 20-005, Docket Entry No. 13558 in Case No. 17-3283, and Docket Entry No. 855 in Case No. 17-3567.

SO ORDERED.

Dated: July 7, 2020

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge