Exhibit 1 Page 1 of 6

**Exhibit 1**
**Revised Proposed Order and Schedule of Claims**

Exhibit 1 Page 1 of 6

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and ERS.** |

ORDER GRANTING TWO HUNDRED NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE DEBTORS ARE NOT LIABLE

Upon the *Two Hundred Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for which the Debtors Are Not Liable* (the "Two Hundred Ninth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth") and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Two Hundred Ninth Omnibus Objection.

the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the "Debtors"), dated June 12, 2020, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth or ERS, as more fully set forth in the Two Hundred Ninth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Two Hundred Ninth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Two Hundred Ninth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that each of the claims identified in Exhibit A hereto (collectively, the "Claims to Be Disallowed") seek recovery of amounts for which the Commonwealth and/or ERS is not liable; and the Court having determined that the relief sought in the Two Hundred Ninth Omnibus Objection is in the best interests of the Commonwealth, ERS, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Two Hundred Ninth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Two Hundred Ninth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the Claims to Be Disallowed from the official claims registry in the Title III Cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

**Exhibit A**

## Two Hundred and Ninth Omnibus Objection
## Exhibit A - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COMISIÓN DE DESARROLLO COOPERATIVO<br>EDIF. COSVI, URB. VILLA NEVAREZ<br>400 AVE. AMERICO MIRANDA<br>SAN JUAN, PR 00927-5142 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19437 | $ 12,500.00 |
| | Reason: Claim asserts liability for work performed under contract number 067170272 related to the economic assistance for the enhancement of work opportunities. The books and records of the Comision de Desarrollo Cooperative de Puerto Rico show no liability for such invoice. Pursuant to the contract the claimant needed to properly submit invoices for reimbursement on or before June 30, 2017. The claimant did not submit required documentation until April 2018. Therefore, claimant does not have a right to payment from the Debtors' on account of the asserted Claim. | | | | | |
| 2 | DAVILA RIVERA, BRUNILDA<br>URB. GOLDEN HILLS<br>BOX 1318 CALLE ESTRELLA<br>DORADO, PR 00646 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 108713 | $ 20,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with various laws and litigation. Claimant responded to supplemental mailing that he/she is no longer applying for the liabilities as outlined in Claim 108713. Therefore, the Debtors have no liability related to this claim. | | | | | |
| 3 | DE LOS A HERRERA PUMAREJO, MARIA<br>5275 110TH ST<br>JACKSONVILLE, FL 32244-2269 | 5/3/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 10433 | Undetermined* |
| | Reason: Claimant asserted he/she has no claim against the Debtors. | | | | | |
| 4 | ISERN HUERTAS, HAYDEE T<br>PO BOX 1324<br>BOQUERON, PR 00622 | 3/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1324 | Undetermined* |
| | Reason: Claimant asserted he/she has no claim against the Debtors. | | | | | |
| 5 | SANCHEZ VELAZQUEZ, IVELISSE<br>URB BAIROA<br>DR 8 CALLE 43<br>CAGUAS, PR 00725 | 3/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 553 | $ 40,479.60 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 72,979.60* |

\* Indicates claim contains unliquidated and/or undetermined amounts