## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

     I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On July 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused a customized request for additional claim information, in the form of a Bondholder letter attached hereto as **Exhibit A**; to be served via first class mail on Richard Stewart (MMLID: 10810230), at an address that has been redacted in the interest of privacy.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: July 7, 2020

*/s/ Christian Rivera*
Christian Rivera

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 7, 2020, by Christian Rivera, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 43691

**<u>Exhibit A</u>**

**Responda a esta carta el 31 de Julio de 2020 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada.**

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

**Please respond to this letter on or before July 31, 2020 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com**.

Commonwealth of Puerto Rico Supplemental Information Processing Center
850 3rd Avenue, Suite 412
Brooklyn, NY 11232
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

## *** Response Required ***

THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE
GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO
RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.

PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE
WITH THE INSTRUCTIONS BELOW. FAILURE TO RESPOND MAY RESULT IN THE
DEBTORS TAKING LEGAL ACTION TO FULLY OR PARTIALLY DISALLOW YOUR
CLAIM.

July 1, 2020

Re:   PROMESA Proof of Claim
      *In re Commonwealth of Puerto Rico*, Case No. 17-03283
      United States District Court for the District of Puerto Rico

Dear Sir or Madam:

This letter relates to a proof of claim you filed in the Title III cases (the "Title III Cases") against the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, or Employees
Retirement System of the Government of the Commonwealth of Puerto Rico (collectively, the "Debtors").
Prime Clerk LLC, maintains the official claims register in the Title III Cases for the United States
District Court in the District of Puerto Rico (the "Court"), and is reaching out to you on behalf of
the Debtors.

The Debtors' records reflect that you filed a proof of claim that was logged by Prime Clerk LLC
as Proof of Claim Number          .  You may download a copy of your claim by visiting
Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Additional information is required in order for the Debtors to continue with assessing your claim.
The Debtors are unable to determine from the information you provided the basis, nature, or
amount for the claim you are attempting to assert against one or more of the Debtors.  In responding
to this letter, please ensure that you provide all of the information requested and as much detail as
possible about your claim.  The descriptions you put on your proof of claim were too vague for the
Debtors to understand the claim you are trying to assert, so please provide more detail and do not
simply copy over the same information.

**Please respond to this letter on or before July 31, 2020 by returning the enclosed
questionnaire with the requested information and documentation**.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

If you do not respond to this request and do not provide the requested information and documentation in support of your claim, the Debtors may be forced to object to your claim.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.**

PLEASE NOTE: Prime Clerk, LLC is the claims and noticing agent in the Title III Cases, and cannot provide legal or financial advice.

Thank you,

Prime Clerk, LLC

*Proof of Claim:*
*Claimant:*

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

## Instructions

Please answer all five (5) questions and any applicable sub-questions.  Please include as much detail as possible in your responses.  **Your answers should provide <u>more</u> information than the initial proof of claim**.  For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim.  Additionally, if available and applicable to your claim, please provide:

- A copy of the most recent brokerage account statement, if your claim is based on the ownership of bonds;
- A copy of a pleading, such as a Complaint or an Answer, if your claim is based on pending litigation;
- A copy of any unpaid judgment, if obtained in connection with litigation, or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

## Questionnaire

**1.  What is the basis of your claim?**

☐   A pending or closed legal action with or against the Puerto Rican government

☐   Current or former employment with the Government of Puerto Rico

☐   Other (Provide as much detail as possible below. Attach additional pages if needed.)

_____

**2.  What is the amount of your claim (how much money do you claim to be owed):**

_____

**3.  <u>Bondholders.</u>  Does your claim relate to ownership of bonds?**

☐   No.  *Please continue to Question 4.*

☐   Yes.  **Bonds' CUSIP numbers and amount claimed per CUSIP (if more space is needed, please attach an additional sheet):**

|   | CUSIP | AMOUNT CLAIMED |
|---|-------|----------------|
| 1 |       |                |

*Proof of Claim:*
*Claimant:*

| 2 | | |
|---|---|---|
| 3 | | |

**4.** <u>**Employment.**</u>  **Does your claim relate to current or former employment with the Government of Puerto Rico?**

   ☐   No. *Please continue to Question 5.*

   ☐   Yes.  **Answer Questions 4(a)-(d).**

4(a).  Identify the specific agency or department where you were or are employed:

_____

4(b).  Identify the dates of your employment related to your claim:

_____

4(c).  Last four digits of your social security number: _____

4(d).  What is the nature of your employment claims (select all applicable):

   ☐   Pension

   ☐   Unpaid Wages

   ☐   Sick Days

   ☐   Union Grievance

   ☐   Vacation

   ☐   Other (Provide as much detail as possible.  Attach additional pages if necessary).

_____

_____

**5.** <u>**Legal Action.**</u>  **Does your claim relate to a pending or closed legal action?**

   ☐   No.

   ☐   Yes.  **Answer Questions 5(a)-(f).**

5(a).  Identify the department or agency that is a party to the action.

_____

5(b).  Identify the name and address of the court or agency where the action is pending:

_____

5(c).  Case number: _____

5(d).  Title, Caption, or Name of Case: _____

5(e).  Status of the case (pending, on appeal, or concluded): _____

5(f).  Do you have an unpaid judgment? Yes  /  No  (Circle one)

   If yes, what is the date and amount of the judgment? _____

Prime Clerk LLC
Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto
Rico
850 3rd Avenue, Suite 412
Brooklyn, NY 11232
Tel.: (844) 822-9231
PRClaimsInfo@primeclerk.com

## *** Se requiere respuesta ***

---

**ESTA CARTA SE RELACIONA CON UNA EVIDENCIA DE RECLAMACIÓN QUE RADICÓ CONTRA EL GOBIERNO DE PUERTO RICO EN LOS PROCEDIMIENTOS AL AMPARO DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD ECONÓMICA DE PUERTO RICO.**

**LEA ESTA CARTA CUIDADOSAMENTE Y RESPONDA SEGÚN LAS INSTRUCCIONES QUE SE INDICAN A CONTINUACIÓN. SI USTED NO RESPONDE, LOS DEUDORES PODRÁN TOMAR MEDIDAS LEGALES PARA QUE SU RECLAMACIÓN SEA TOTAL O PARCIALMENTE DESESTIMADA.**

---

1 de Julio de 2020

Asunto:     Evidencia de reclamación en virtud de la ley PROMESA
*En el caso Estado Libre Asociado de Puerto Rico*, Caso No. 17-03283
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Estimado/a:

Esta carta se relaciona con una evidencia de reclamación que usted radicó en los casos al amparo del Título III (los "Casos del Título III") contra el Estado Libre Asociado de Puerto Rico, la Autoridad de Carreteras y Transportación de Puerto Rico, o Autoridad de Energía Eléctrica del gobierno del Estado Libre Asociado de Puerto Rico (en conjunto, los "Deudores). Prime Clerk LLC mantiene el registro oficial de reclamaciones en los Casos al amparo del Título III para el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"), y se comunica con usted en representación de los Deudores.

Los registros del Deudor reflejan que usted ha radicado una evidencia de reclamación que ha sido anotada por Prime Clerk LLC con el número de Evidencia de Reclamación            . Usted puede descargar una copia de su reclamación visitando el sitio web de Prime Clerk en: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Se requiere información adicional para que los Deudores continúen evaluando su reclamación. Con la información que usted ha proporcionado, los Deudores no pueden determinar los fundamentos, la naturaleza, o la cantidad de la reclamación que usted pretende formular contra uno o más de los Deudores. En respuesta a esta carta, asegúrese de proporcionar toda la información solicitada y todo el detalle posible sobre su reclamación. Las descripciones que incluyó en su evidencia de reclamación son demasiado imprecisas como para que los Deudores comprendan la reclamación que trata de formular; por ese motivo, proporcione más información y no se limite simplemente a copiar la misma información.

1

**Responda a esta carta el 31 de Julio de 2020 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Envíe el formulario completado y la documentación de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo, entrega en mano, o servicio de correo postal de 24 horas a la siguiente dirección:

Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Si usted no responde a esta solicitud y no proporciona la información y documentación solicitadas para fundamentar su reclamación, los Deudores podrán verse en la obligación de objetar a su reclamación.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

NOTA: Prime Clerk, LLC es el agente de reclamaciones y notificaciones en los Casos al amparo del Título III y no puede proporcionar asesoramiento legal o financiero.

Atentamente,

Prime Clerk, LLC

*Número de Evidencia de Reclamación:*
*Reclamante*:

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Por favor conteste las cinco (5) preguntas y sub-preguntas aplicables.  Incluya el mayor nivel de detalle posible en sus respuestas**. Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial**.  A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Además, si está disponible y es aplicable a su reclamación, proporcione:

- Una copia del estado de cuenta de corretaje más reciente, si su reclamación se basa en la titularidad de bonos;
- Una copia de un escrito inicial, como por ejemplo una Demanda o Respuesta, si su reclamación se basa en litigios pendientes;
- Una sentencia sin pagar, si se obtiene en conexión con un litigio, o acuerdo de conciliación;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda y cualquier documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

Centro de procesamiento de información complementaria del
Estado Libre Asociado de Puerto Rico
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

   □   Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   □   Empleo actual o anterior en el gobierno de Puerto Rico

   □   Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   _____

3. **<u>Bonistas.</u>  ¿Su reclamación se relaciona a la titularidad de bonos?**

   □   No. *Pase a la Pregunta 4.*

   □   Sí.  **Números CUSIP de los bonos y monto reclamado por CUSIP (si se necesita**

*Número de Evidencia de Reclamación:*
*Reclamante*:

**más espacio, adjunte una hoja adicional):**

| | CUSIP | MONTO RECLAMADO |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

4. **Empleo.** **¿Su reclamación se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?**

   ☐   No. *Pase a la Pregunta 5.*

   ☐   Sí. **Responda preguntas 4(a)-(d).**

4(a).  Identifique el organismo o departamento específico en el que trabaja o trabajó:

   _____

4(b).  Identifique las fechas de su empleo con relación a su reclamación:

   _____

4(c).  Últimos cuatro dígitos de su número de seguro social: _____

4(d).  Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐   Jubilación

   ☐   Salarios impagos

   ☐   Días por enfermedad

   ☐   Queja con el sindicato

   ☐   Vacaciones

   ☐   Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____

   _____

5. **Acción legal.** **¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?**

   ☐   No.

   ☐   Sí. **Responda Preguntas 5(a)-(f).**

5(a).  Identifique el departamento o agencia que es parte de esta acción.

   _____

*Número de Evidencia de Reclamación:*
*Reclamante*:

5(b).  Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: _____

5(c).  Número de caso: _____

5(d).  Título, epígrafe, o nombre del caso: _____

5(e).  Estado del caso (pendiente de resolución, en apelación, o cerrado): _____

5(f).  ¿Tiene usted una sentencia impaga? Sí  /  No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

3