JESUS SERRANO JIMENEZ
HC 2 BOX 25530
SAN SEBASTIAN, PR 00685

06 JUL 2020 PM 2 L

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

RECEIVED & FILED
2020 JUL -7 PM 4: 09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918$9999