HC 05 BOX 54824
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
2020 JUL -7 PM 4:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

06 JUL 20
PM 2 L

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

00918399999