30 de junio de 2020

RECEIVED & FILED
2020 JUL -7 PM 4: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

A: Honorable Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

(Deudor Estado Libre Asociado de Puerto Rico)

De: Sra. Lydia M. Fernández Pérez Maestra Departamento de Educación de P.R.

Título de objeción: Núm.17BK3283-LTS   Núm. De Reclamo: 126942

Honorable Tribunal:

Reciba un respetuoso saludo. El motivo por el cual me dirijo a ustedes es para presentar mi reclamación y peticionarle que reconsideren y revalúen mi caso nuevamente. Presento mi desacuerdo ante la objeción global determinada y solicito su atención ante mi caso particular, observando todo lo expuesto en este comunicado. Estoy en la mejor disposición de cumplir con lo solicitado para que el proceso se lleve a cabo de la mejor forma y se cumpla con lo que me corresponde ante lo estipulado por ley.

Desde el 1993 trabajo con el Departamento de Educación de Puerto Rico, sin embargo, desde el 1998 recibí el cambio de estatus de transitorio a probatorio permanente, hasta el día de hoy. Durante este tiempo se aprobó la ley 180 enmendada para disponer de beneficios a salarios mínimos, licencias por enfermedad, que no precisamente se honraron a cabalidad, siendo así no honrada tampoco la ley 80, llamada "El Romerazo", cuyo objetivo fue un aumento salarial tanto a maestros como a policías.  Si en efecto, tengo el derecho a recibir lo que por ley está estipulado, que así sea.

Como empleada del Gobierno de Puerto Rico me dirijo a ustedes en la plena certidumbre de que se reevaluará mi caso y honrarán mis derechos. Agradezco inmensamente su atención a este particular. Adjunto todo lo requerido.

Respetuosamente,

*Lydia M. Fernández Pérez*

Sra. Lydia M. Fernández Pérez