Form. 409 Rev./79

Estado Libre Asociado de Puerto Rico
### DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

### INFORME DE CAMBIO - PERSONAL DOCENTE

Pagarle _____ días por vacaciones (regulares en año)

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | Fernández Pérez, Lydia M. | |
| 2 Núm. Seg. Social | | |
| 3 Sexo | F | |
| 4 Estado Civil | S | |
| 5 Prep. Académica | BA 15 | |
| 6 Experiencia | 4 | |
| 7 Status Empleado (Contrato) | Trans. Eleg. 06 | Probatorio 02 |
| 8 Sueldo Bruto | 1,55_.__ | |
| 9 Núm. de la Plaza | R-28422 | R-28433 |
| 10 Categoría de la Plaza | Elemental | Elemental |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | Estatal | Estatal |
| 13 Cifra Cuenta | 92-111-081-02-001-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-01-00167-000 | /E-111-181-09-001-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-01-00167-0 |
| 14 Fecha de Efectividad | xxxxxxx xxxx | 14 ago. 1997 |
| 15 Acción y Duración | xxx. xxx Año | Cambio status y plaza |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | Elemental | Elemental |
| 20 Turno en Registro | PI-20A | PI-20A |
| 21 Distrito Escolar | Santa Isabel - Esc. Com. Felícita Olivieri (Ollas) | Santa Isabel - Esc. Com. Felícita Olivieri (Ollas) |

### LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| 22 Desde | 23 Hasta |
|---|---|
| 24. Observaciones (Antes del Cambio) | 25 Observaciones (Después del Cambio) Turnos anterio Aceptaron otras plazas. Incumbente actual en es puesto aceptó probatorio en la plaza R-2964. Srta. Fernández ocupará este puesto (R-28433) el próximo año 1997-98. |

26 _____ 14 ago. 1997
Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso    Fecha

27 Deseo:
☑ Acogerme    ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

_____ 14 ago. 1997
Firma del Empleado    Fecha

28 Recomendado _____ 14 ago. 1997
Giselle Lebrón Ocasio, Directora
Esc. Com. Felícita Olivieri (Ollas)    Fecha

29 Recomendado _____ 14 ago. 1997
Giselle Lebrón Ocasio, Directora
Felícita Olivieri (Ollas)    Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA
_____
FIRMA    FECHA