Fernandez Perez, Lydia M.
HC - 01 - Box 5158
Santa Isabel, PR 00757



U.S. POSTAGE PAID
FCM LETTER
SANTA ISABEL, PR
00757
JUL 01, 20
AMOUNT

1000    00918    $6.95
R2305K135432-04

**RETURN RECEIPT REQUESTED**



CERTIFIED MAIL

7019 2970 0001 6130 4277

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED 2020 JUL 7

0091881706 C018