May 25, 2020

Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 JUL -7 PM 4:09
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

**Case No. 17 BK 3283-LTS, In re: The financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico, et al.**

**Claim number 151938**

To whom it may concern

This letter intends to file a response to the Omnibus objection "One Hundred Twenty-Fifth".

The objection to Proof of claim basically it's based on Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

The government have all the info they need to proof that they owe me money. They approved that law and they manage the ERS. I was a Teacher, the Education Department have all my info too. The Commonwealth of Puerto Rico have all the information available to know my claim is valid and with due diligence they can find it.

The ERS have all my information on their Systems.

The entire objection is unfair and not based on the true facts on the information that the ERS have on file. It was not my intend to file a

claim based on false or incomplete information. I gave all the information that the claim asked for.

Sincerely,

*Jeicyka Castillo Mendez*

Jeicyka    Castillo Mendez

PO Box 566

Añasco, Puerto Rico 00610-0566