Jeicyka Cadillo
Box 566
Añasco, P.R. 00610




U.S. POSTAGE PAID
FCM LETTER
ANASCO, PR
00610
JUL 03, 20
AMOUNT
$4.10
R2303S104005-06

7014 2870 0000 2955 8...



CERTIFIED MAIL

7014 2870 0000 2955 8367

Clerk's Office
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767