**EXHIBIT 2**



# GOBIERNO DE PUERTO RICO

*Departamento de Salud*

*Programa Medicaid Nivel Central*

Wraparound Payment for 2019-Q1, Q2 y Q3

| | A | B | C | D | E | E |
|---|---|---|---|---|---|---|
| FQHC | Calculation List 2019-Q1 | Wraparound Interim Payment 2018-Q4 | Wraparound Interim Payment 2019-Q1 | Wraparound Interim Payment 2018-Q4 | Wraparound Interim Payment 2019-Q2 | Wraparound Interim Payment 2019-Q3 |
| Arroyo (Centro de Salud Fam. Dr. Julio Palmieri Ferri) | $ 408,528.31 | $ 378,937.70 | $ 393,733.01 | $ 378,937.70 | $ 386,335.36 | $ 390,034.18 |
| Barceloneta (Atlantic Medical Center) | $ 600,235.74 | $ 351,908.15 | $ 476,071.95 | $ 351,908.15 | $ 413,990.05 | $ 445,031.00 |
| Belaval (Junta del Centro de Salud Dr. José S. Belaval) | $ 788,516.50 | $ 528,626.70 | $ 658,571.60 | $ 528,626.70 | $ 593,599.15 | $ 626,085.37 |
| Camuy (Camuy Community Health Center) | $ 961,239.05 | $ 799,977.74 | $ 880,608.39 | $ 799,977.74 | $ 840,293.07 | $ 860,450.73 |
| Castañer (Hospital General de Castañer) | $ 882,946.99 | $ 216,631.94 | $ 549,789.46 | $ 216,631.94 | $ 383,210.70 | $ 466,500.08 |
| Ciales (PRYMED Primary Health Services) | $ 305,230.26 | $ 179,276.96 | $ 242,253.61 | $ 179,276.96 | $ 210,765.28 | $ 226,509.45 |
| Cossma (Corp. de Servicios de Salud y Medicina Avanzada) | $ 1,599,420.97 | $ 1,354,892.51 | $ 1,477,156.74 | $ 1,354,892.51 | $ 1,416,024.62 | $ 1,446,590.68 |
| Gurabo (Gurabo Community Health Center -Neomed) | $ 849,703.54 | $ 657,689.14 | $ 753,696.34 | $ 657,689.14 | $ 705,692.74 | $ 729,694.54 |
| Hatillo (Servicios Médicos y Primarios de Hatillo) | $ 644,023.92 | $ 499,694.47 | $ 571,859.19 | $ 499,694.47 | $ 535,776.83 | $ 553,818.01 |
| Lares (Centro de Salud de Lares) | $ 1,714,225.10 | $ 630,080.68 | $ 1,172,152.89 | $ 630,080.68 | $ 901,116.79 | $ 1,036,634.84 |
| Loiza (Concilio de Salud Integral de Loíza) | $ 1,575,385.68 | $ 950,563.62 | $ 1,262,974.65 | $ 950,563.62 | $ 1,106,769.14 | $ 1,184,871.90 |
| Migrant (Migrant Health Center) | $ 919,976.35 | $ 623,700.06 | $ 771,838.20 | $ 623,700.06 | $ 697,769.13 | $ 734,803.67 |
| La Montaña (Salud Integral de la Montaña) | $ 5,055,575.78 | $ 2,196,092.53 | $ 3,625,834.16 | $ 2,196,092.53 | $ 2,910,963.34 | $ 3,268,398.75 |
| Morovis (Morovis Community Health Center) | $ 340,234.45 | $ 251,739.75 | $ 295,987.10 | $ 251,739.75 | $ 273,863.43 | $ 284,925.27 |
| Patillas (Centro de Servicios Primarios de Salud de Patillas) | $ 696,630.30 | $ 354,205.78 | $ 525,418.04 | $ 354,205.78 | $ 439,811.91 | $ 482,614.98 |
| Rincón (Rincón Health Center) | $ 484,026.75 | $ 295,515.22 | $ 389,770.98 | $ 295,515.22 | $ 342,643.10 | $ 366,207.04 |
| **Consejo (Consejo de Salud de la Playa de Ponce) | | | | | | |
| **TOTAL Interim Wraparound Payment** | **$ 17,825,899.70** | **$ 10,269,532.95** | **$ 14,047,716.33** | **$ 10,269,532.95** | **$ 12,158,624.64** | **$ 13,103,170.48** |

\*   Totales trimestrales son anticipados; se actualizarán los mismos en la reconciliación final  de cada Centro.

Este cómputo se realizó para que obtener el aumento del MEI para el Q1 2019, este resultado y el pago del Q4-2018 se dividen para obtener el"average" de los pagos realizados en los Q4-2018 y Q1-2019.

 "average" para el pago del Q1-2019.  El pago del Q2-2019 es el C = A/B  E= C/D

Wraparound Payment for 2019-Q1 = C

Wraparound Payment for 2019-Q2 = E

Wraparound Payment for 2019-Q3 = F