**EXHIBIT 3**



GOBIERNO DE PUERTO RICO

Departamento de Salud
Programa Medicaid Nivel Central

Interim Wraparound Payment for 2019

| FQHC | Estimated Visits Medicaid and Chips Beneficiaries | Title XIX Multiplier | Estimated Visits by Medicaid Enrollees | Medicaid Costs Per Visit (PPS Rate) | Total Medicaid Cost Visit | Net Capitation Payments | Total Claims Paid to Center as Provider | Total Claims Paid Other Providers (Fee for Service) | Total Claims Paid to the Center | HMO Payments Adjusted by Title XIX Multiplier | A * Estimated Wraparound Quarter Payment | B Wraparound Interim Payment 2018-Q4 | C Wraparound Interim Payment 2019-Q1 | D Wraparound Interim Payment 2018-Q4 | E Wraparound Interim Payment 2019-Q2 | F Wraparound Interim Payment 2019-Q3 | G Wraparound Interim Payment 2019-Q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arroyo (Centro de Salud Fam. Dr. Julio Palmieri Ferri) | 20,748 | 90.41% | 18,759 | $ 128.87 | $ 2,417,472.05 | $ 344,904.40 | $ 521,513.33 | $ - | $ 866,417.73 | $ 783,358.80 | $ 408,528.31 | $ 378,937.70 | $ 393,733.01 | $ 378,937.70 | $ 386,335.36 | $ 390,034.18 | $ 388,184.77 |
| Barceloneta (Atlantic Medical Center) | 29,437 | 89.56% | 26,363 | $ 156.24 | $ 4,118,997.51 | $ 652,976.13 | $ 1,265,388.67 | $ - | $ 1,918,364.80 | $ 1,718,054.55 | $ 600,235.74 | $ 351,908.15 | $ 476,071.95 | $ 351,908.15 | $ 413,990.05 | $ 445,031.00 | $ 429,510.52 |
| Belával (Junta del Centro de Salud Dr. José S. Belával) | 27,096 | 90.78% | 23,844 | $ 151.75 | $ 3,618,327.00 | $ 326,229.14 | $ 185,172.86 | $ - | $ 511,402.00 | $ 464,261.00 | $ 788,516.50 | $ 528,626.70 | $ 658,571.60 | $ 528,626.70 | $ 593,599.15 | $ 626,085.37 | $ 609,842.26 |
| Camuy (Camuy Community Health Center) | 29,086 | 88.17% | 25,645 | $ 192.44 | $ 4,935,192.30 | $ 510,107.44 | $ 726,397.41 | $ - | $ 1,236,504.85 | $ 1,090,236.09 | $ 961,239.05 | $ 799,977.74 | $ 880,608.39 | $ 799,977.74 | $ 840,293.07 | $ 860,450.73 | $ 850,371.90 |
| Castañer (Hospital General de Castañer) | 27,211 | 89.44% | 24,339 | $ 198.11 | $ 4,821,761.53 | $ 449,887.33 | $ 992,314.33 | $ - | $ 1,442,201.66 | $ 1,289,973.59 | $ 882,946.99 | $ 216,631.94 | $ 549,789.46 | $ 216,631.94 | $ 383,210.70 | $ 466,500.08 | $ 424,855.39 |
| Ciales (PRYMED Primary Health Services) | 20,364 | 90.72% | 18,474 | $ 129.98 | $ 2,401,315.48 | $ 431,436.61 | $ 869,684.00 | $ - | $ 1,301,120.61 | $ 1,180,394.44 | $ 305,230.26 | $ 179,276.96 | $ 242,253.61 | $ 179,276.96 | $ 210,765.28 | $ 226,509.45 | $ 218,637.36 |
| Cossma (Corp. de Servicios de Salud y Medicina Avanzada) | 64,423 | 89.46% | 57,630 | $ 125.55 | $ 7,235,418.36 | $ 167,357.44 | $ 769,126.67 | $ - | $ 936,484.11 | $ 837,734.49 | $ 1,599,420.97 | $ 1,354,892.51 | $ 1,477,156.74 | $ 1,354,892.51 | $ 1,416,024.62 | $ 1,446,590.68 | $ 1,431,307.65 |
| Gurabo (Gurabo Community Health Center -Neomed) | 36,603 | 89.23% | 32,662 | $ 153.39 | $ 5,010,019.71 | $ 190,547.05 | $ 1,615,068.33 | $ - | $ 1,805,615.38 | $ 1,611,205.55 | $ 849,703.54 | $ 657,689.14 | $ 753,696.34 | $ 657,689.14 | $ 705,692.74 | $ 729,694.54 | $ 717,693.64 |
| Hatillo (Servicios Médicos y Primarios de Hatillo) | 24,743 | 89.36% | 22,111 | $ 128.02 | $ 2,830,637.61 | $ 278,550.74 | $ 6,292.05 | $ - | $ 284,842.79 | $ 254,541.93 | $ 644,023.92 | $ 499,694.47 | $ 571,859.19 | $ 499,694.47 | $ 535,776.83 | $ 553,818.01 | $ 544,797.42 |
| Lares (Centro de Salud de Lares) | 53,008 | 90.82% | 48,144 | $ 179.09 | $ 8,622,173.66 | $ 271,544.63 | $ 1,672,060.01 | $ - | $ 1,943,604.64 | $ 1,765,273.24 | $ 1,714,225.10 | $ 630,080.68 | $ 1,172,152.89 | $ 630,080.68 | $ 901,116.79 | $ 1,036,634.84 | $ 968,875.81 |
| Loiza (Concilio de Salud Integral de Loíza) | 49,056 | 90.97% | 44,627 | $ 171.70 | $ 7,662,486.68 | $ 1,217,047.08 | $ 278,957.53 | $ - | $ 1,496,004.61 | $ 1,360,943.94 | $ 1,575,385.68 | $ 950,563.62 | $ 1,262,974.65 | $ 950,563.62 | $ 1,106,769.14 | $ 1,184,871.90 | $ 1,145,820.52 |
| Migrant (Migrant Health Center) | 35,518 | 87.16% | 30,957 | $ 157.64 | $ 4,880,092.52 | $ 508,997.33 | $ 868,008.68 | $ - | $ 1,377,006.01 | $ 1,200,187.12 | $ 919,976.35 | $ 623,700.06 | $ 771,838.20 | $ 623,700.06 | $ 697,769.13 | $ 734,803.67 | $ 716,286.40 |
| La Montaña (Salud Integral de la Montaña) | 131,987 | 91.32% | 120,534 | $ 198.03 | $ 23,869,283.52 | $ 862,837.66 | $ 3,130,685.33 | $ - | $ 3,993,522.99 | $ 3,646,980.38 | $ 5,055,575.78 | $ 2,196,092.53 | $ 3,625,834.16 | $ 2,196,092.53 | $ 2,910,963.34 | $ 3,268,398.75 | $ 3,089,681.04 |
| Morovis (Morovis Community Health Center) | 20,457 | 90.22% | 18,456 | $ 130.02 | $ 2,399,603.67 | $ 587,498.14 | $ 563,801.70 | $ - | $ 1,151,299.84 | $ 1,038,665.86 | $ 340,234.45 | $ 251,739.75 | $ 295,987.10 | $ 251,739.75 | $ 273,863.43 | $ 284,925.27 | $ 279,394.35 |
| Patillas (Centro de Servicios Primarios de Salud de Patillas) | 27,054 | 89.85% | 24,307 | $ 154.84 | $ 3,763,734.92 | $ 322,758.67 | $ 764,881.33 | $ - | $ 1,087,640.00 | $ 977,213.71 | $ 696,630.30 | $ 354,205.78 | $ 525,418.04 | $ 354,205.78 | $ 439,811.91 | $ 482,614.98 | $ 461,213.44 |
| Rincón (Rincón Health Center) | 14,404 | 88.82% | 12,793 | $ 179.12 | $ 2,291,485.99 | $ 231,605.61 | $ 168,524.97 | $ - | $ 400,130.58 | $ 355,379.00 | $ 484,026.75 | $ 295,515.22 | $ 389,770.98 | $ 295,515.22 | $ 342,643.10 | $ 366,207.04 | $ 354,425.07 |
| Consejo (Consejo de Salud de la Playa de Ponce) | | | | | | | | $ - | $ - | $ - | $ - | | | | | | |
| **TOTAL Interim Wraparound Payment | | | | | | | | | | | * $ 17,825,899.70 | $ 10,269,532.95 | $ 14,047,716.33 | $ 10,269,532.95 | $ 12,158,624.64 | $ 13,103,170.48 | $ 12,630,897.56 |

\* Este cómputo de la columna A se realizó para actualizar los "PPS Rate" con los del "Rebasing" y el aumentar el MEI (1.5%) para el Q1 2019, este resultado y el pago del Q4-2018 se dividen para obtener el "average" del pago realizado en el Q1-2019.
\*\* Totales trimestrales son anticipados; se actualizarán los mismos en la reconciliación final de cada Centro.
Wraparound Payment for 2019-Q1 = C
Wraparound Payment for 2019-Q2 = E
Wraparound Payment for 2019-Q3 = F
Wraparound Payment for 2019-Q4 = G