IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCING OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 03283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>COMMOMWEALTH OF PUERTO RICO,<br><br>    Debtor. | |

**[PROPOSED] ORDER GRANTING MOTION OF SALUD INTEGRAL EN LA MONTAÑA, CORPORACIÓN DE SERVICIOS DE SALUD Y MEDICINA AVANZADA, NEOMED CENTER, MIGRANT HEALTH CENTER, HPM FOUNDATION, MOROVIS COMMUNITY HEALTH CENTER, AND CONCILIO DE SALUD INTEGRAL DE LOIZA FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM, OR IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as bankruptcy case numbers due to software limitations).

Upon consideration of the *Motion of Salud Integral en la Montana, Corporacion de Servicios de Salud y Medicina Avanzada, NeoMed Center, Migrant Health Center, HPM Foundation, Morovis Community Health Center, and Concilio de Salud Integral de Loiza for Allowance and Payment of Administrative Expense Claim, or in the Alternative, Relief from the Automatic Stay* (Docket No. \_\_\_\_) (the "Motion")[2] and all related filings; adequate notice having been given to all relevant parties; having held a hearing before the Court on _____, 2020; objections, if any, to the requested relief having been withdrawn or overruled on the merits; and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is granted as set forth herein.

2. The Commonwealth is hereby instructed to (i) make quarterly payments pursuant to the Stipulation and (ii) within two (2) business days of entry of this Order, pay into the Registry of the Federal District Court of the District of Puerto Rico the following amounts which make up the Shortfall to the Movants:

| | |
|---|---|
| HealthproMed | $665,967.63 |
| COSSMA | $626,604.18 |
| NeoMed | $492,036.88 |
| CSILO | $1,601,106.54 |
| Migrant | $759,207.99 |
| SIM | $7,327,425.85 |
| Morovis | $226,767.67 |
| **Total for All Movants:** | **$11,699,116.70** |

3. The Commonwealth is hereby instructed to continue to perform under the Stipulation and timely make quarterly payments to the Movants.

---

[2] Capitalized terms used but not otherwise herein shall have the meaning given to them in the Motion.

4.  For the avoidance of doubt, nothing in this Order shall prevent the Debtors, the Oversight Board, AAFAF or the Movants from seeking or agreeing to a stay of the Prepetition Litigation.

5.  The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.  The Court shall retain jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2020   _____
The Honorable Laura Taylor Swain
United States District Judge