UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

-------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

NOTICE OF CORRESPONDENCE RECEIVED BY THE COURT

The Court has received and reviewed the attached correspondence, described

below, from interested persons in the above-captioned cases. Although the Court cannot respond

individually to all of those who have expressed their thoughts or concerns, the Court is deeply

mindful of the impact of the fiscal crisis on lives, institutions, and expectations, and of the

importance of the issues that are raised in these unprecedented cases.

1.    Letter dated February 24, 2020 from Robert Schott.
2.    Letter dated March 11, 2020 from Charles E. Willmore.
3.    Letter dated April 13, 2020 from Luis Rivera-George.
4.    Letter dated April 16, 2020 from Luis Rivera-George.

Dated: July 9, 2020

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

February 24, 2020

The Honorable Laura Taylor Swain                    Case 17-BK-3283 (LTS)
United State District Judge
Courtroom 17C
Daniel Patrick Moynihan
United State Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Swain:

I am a disabled retiree who is invested in the General Obligation Debt of the Commonwealth of Puerto
Rico. The holder of **$40,000.00** face amount of the **Puerto Rico Commonwealth General Obligation
Bonds 5% of July 1, 2041,** ███████████ the periodic interest payments associated with these
holdings have not been paid. I have filed claim as per the proceedings and await your ruling.

Of questions now, are the objections put forth by the "Objection of the Lawful Constitutional Debt
Coalition and the Omnibus Objections by the Committee of Unsecured Creditors.  My holdings, of late
vintage bonds were guaranteed seniority under the Puerto Rico Constitution, specifically Article VI.  As
the article states these obligations are to be paid first and foremost ahead of any and all other Puerto
Rico Government expenditures and that the Governor has the obligation to reduce all other
appropriations to comply with this article.

As outlined in the statements in the prospectus at the time of issuance by the Commonwealth of Puerto
Rico.  These later vintage bonds were under the constitutional debt limit at issuance and duly confirmed
by both the Puerto Rico legislature and executive. Further this claim was perfected as the Government
of Puerto Rico paid the valid claims of interest on these bonds once they were issued. Under this article
of the Puerto Rico constitution, even wages, bankruptcy fees, pensions, etc., any other expenditures
cannot be paid before the general obligation debt and debt service are paid. **Only that debt titled as a
"General Obligation" enjoys this protection**. Further all revenue and assets, regardless of source, is first
and foremost, allocated to these General Obligations.  As debt service since July 1 of 2016, (perfecting 2
years of claim) has been paid on these General Obligations, the Government of Puerto Rico is violating
their own constitution. That constitution represents the supreme popular will of the people, but also the
rule of law, second only to the U.S. Constitution.   Should not all payments to any other source be
stopped until these claims are satisfied? The Governor is required to exercise a line item veto on all
expenditures to pay these General Obligations.

I therefore request you dismiss the assertions regarding the invalidity of Late Vintage claims as well as
the motions to include any other debt issues not designated as General Obligations from claiming equal
seniority ranking with the Later Vintage General Obligations.

Recent information seems to contend that these senior obligations may have been issued incorrectly, as
other debt not titled as General Obligation may be of equivalent rank. Only Debt Titled a" General
Obligation" counts against the constitutional debt limits and ranks senior to all other claims. Recent
proposed agreements by PROMSEA has established the legitimacy of these claims, otherwise why would
they agree to pay anything on them?

Of more pressing concern, however, is the potential ruling that General Obligation issued after 2011 are
illegal. If that becomes the case, then the Government of Puerto Rico defrauded investors on a massive
scale and would therefore be declared, in fact, a criminal organization. That being the case my claims
would therefore be entitled to file a RICO suit against the Commonwealth complete with the claim of

triple damages. Any RICO judgment would surpass even general obligation Bonds in seniority as it would be a Federal liability to be paid first from the criminal enterprise holdings.  Such a claim would result should the objections of the unsecured creditors and the Lawful Constitutional Debt Coalition be sustained.

To violate this seniority would effectively nullify constitutional articles, the highest law in the Commonwealth.  Article VI is deserving of court, even bankruptcy court protection. I also ask the question, what protections will be afforded new funding for Puerto Rico if the sanctity of the constitution is violated? Should not all holders, large and small, of these bonds particularly those in individual accounts, receive the full payment plus penalty payments due on senior obligations?  These obligations also paid a lower interest rate because of the lower risk due to the constitutional guarantee.

It is now clear, with a proposed settlement, it is not ability to pay but willingness to pay that is the issue. In addition, I would, again, propose the motion that all aid given by the US, Government to Puerto Rico be sequestered pending satisfaction of existing General Obligation Bond claims as outlined in the Puerto Rico constitution. Further I propose the motion that all pension payments be stopped pending satisfaction of the more senior claims.

Thank you for your attention.

Robert F. Schott

Charles E Willmore



RECEIVED & FILED

2020 MAR 19 PM 3: 09

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

March 11, 2020

Honorable Laura Taylor Swain, U.S. District Judge, Chief Judge PROMESA
United States Federal District Court, District of Puerto Rico

Clemente Ruiz-Nazario & Federico Degetau Federal Building

Suite 150 Carlos Chardon
Hato Rey, PR  00918

In Re: financial Oversight and Management Board of P.R.
As Representative of The Commonwealth of Puerto Rico et als.
Promesa Title lll
"Sui Juris" Offer to pay the debt of P.R. I am not a party of the proceedings- not an  "ex-parte communication "
Case no. 17-BK-3283-(CLTS)
Dear Honorable Judge Ms. Laura Taylor Swain:
 I am Charles E Willmore owner/Holder of a "Security"; of a US Treasury Obligation under TITLE 15 U.S.C. resulting from a verbal contract from CIA ratified by certified mail to both Mr. Felipe Piovanetti, Phd.; Accountant of the CIA and to Mr. John O. Brennan, Director of the CIA and later Notarized . I believe from readings on this legal matter that once a US Government Agency Contract is Notarized it becomes  a "US Treasury Obligation, under TITTLE 15 U.S.C. ( I have not found the exact paragraph and line citation)". I also know from a banking lawyer who didn't want to get involved with anything CIA; that in his opinion the U.S. Treasury Security I am offering here to pay the debt of P.R. is "a US Treasury Obligation" for the amount of approximately $750 billion owed now, with the current accrued interest. I wish to pay the debt of Puerto Rico and explain briefly in the following paragraphs the origin of my wealth- documented with titles of properties and patent title: US Patent 6680714 covers i-phone, i-pad, i-pod, skype, you-tube, e-bay, Amazon, Android, and Facebook among others "confiscated extra-judicially by

CIA". Your Honor can see the patent cover page and first page abstract from my Patent 6680714 and copies of Titles of gold mines, silver mines in Exhibits provided further on in this offer. This sum owed to me, is the result of a verbal contract/s ratified by certified letters jointly to the Director of the CIA Mr. John O Brennan and Mr. Mike Pompeio as well and the " Mr. Felipe Piovanetti, Phd., Accountant of CIA;" who negotiated over a span of 5 months until CIA Accountant Mr. F. Piovanetti, Phd.: Accountant of the CIA contracted to pay/restitute assets "taken extra-judicially" with a trail of dead by the CIA. In addition as I didn't get paid immediately I started sending "Presentments/contracts" to all executives connected with the "Federal Government" and CIA mostly "oversight Executives"; and oversight agencies, as well as members of the US Senate Intelligence Committee. All were accepted by non-rebuttal, by non-questioning, and non denial of the authority of Mr. Felipe Piovanetti, Phd.: Accountant of the CIA nor of Mr. John O Brennan, Director of the CIA to contract the restitution of my assets . One of the "Truth in Commerce Maxims" I believe part of UCC Code: states that an undisputed claim or demand or contract is Truth and Law among the parties as accepted"

I believe that the sum contracted/owed now after The CIA contracted to pay and I notarized each "presentment": is a contract of a U.S. Government Agency which "once Notarized is a US Treasury Obligation TITLE 15 USC". It is a "US Security Obligation" so large that I am virtually unable to work with it; unless or except I pay down a huge debt such as that or Puerto Rico. Mr. Felipe Piovanetti, Phd. Accountant of the CIA: contracted verbally and accepted the ratification of the contract via certified mail without denial of any of the sums, terms , his authority to negotiate , nor the double damages to restitute the assets confiscated extra-judicially'. EXHIBIT F shows items discussed (spreadsheet) after negotiating over a span of 5 months approximately, to restitute the value of properties taken" the sum of $670 billion approximately (simple sum contracted was $367 billion plus double damages- simple sum when discussed was missing the gold mines which should be $461 billion but (I contracted the lower sum and is what I am claiming plus double damages - so in effect I agreed on a smaller sum than owed: but I don't want to modify anything contracted or litigate anything; I am just trying to get my funds and move to Freedom". I have been 41 years in this saga with a long bloody trail and a confiscated life). Later when I recalculated -computed all the sums in the spreadsheet it elevated the basic sum to $461 billion plus double damages-which would make the total amount if contracted about $922 billion - but I don't claim this sum or want to start anything new, I already contracted that sum and live by it - nor do I want modify anything: CIA contracted $670 billion

2

with  double damages as contracted and accrued interest of 3% semiannually compounded since
the day contracted in March, 2015  I contracted  the original sum of $367 billion plus double
damages -for "spoliating" my public claim and not paying as contracted then as  we agreed, even
to my loss of the difference due to a spreadsheet calculating function- not enabled), double
damages were contracted  for "spoliating" original public demand and as well as, for not paying
within term of sight as agreed-  plus accrued interest of 3% compounded semiannually until the
amount owed is paid in full plus double damages .

The bulk of my assets which the CIA contracted to pay are basically two assets:
approximately  $90+ billion in gold 27 million ounces and silver 25 million ounces robbed from
my gold mines **EXHIBIT B**  (shows NASA satellite picture of the huge crater in the ground
from where the gold and silver were robbed ) and Titles  **EXHIBIT C** of which I enclose several
of  the titles of those gold lodes from a total of close to 140 titles which I finally found after 34
years searching - buried in mining Bureau of State of Arizona, La Paz County, and Yuma County
records. They vanished, after my father possibly forcibly died-and all the other dead Mr. Felipe
Piovanetti, Phd. Accountant of the CIA: objected to pay any compensation for any of those dead;
as part of the conditions to pay: was an agreement that I would not seek compensation nor
describe the dead on the spreadsheet "Bill" submitted; nor mention  in the spreadsheet "Bill" the
name mastermind behind all the misdeeds. None of relatives "dead"  nor any monetary sums for
possibly up to 24 other witnesses from the vicinity of the mine was offered, nor contracted. I
have -if necessary, can furnish upon request the full set of copies of "titles" claimed- I enclose a
couple of TITLES as offered above in EXHIBIT to substantiate my petition to Your Honor -   if
you need so "but believe that since the contract which already settles these "background
details":  my submission of this information will substantiate the contracted sum and prove
reason for its being awarded.
I spent/ lost 30 years working on off 2 -3 jobs 22/7 at minimum wage to pay my lawyers to
successfully obtain my US patent 6680714 which covers i-phone, i-pad, i-pod, skype, you tube,
e-bay, Android, Amazon, Facebook etc. confiscated in parts or entirely and extra-judicially my
property and parceled it out to Fortune 500 companies possibly part or close to CIA.

  I enclose a copy of the "certified mail ratification of the verbal contract "granted by Mr. Felipe
Piovanetti, Phd.; Accountant of the CIA, ratifying the restitution of my assets described above;

3

this ratification I also mailed to Mr. John O. Brennan, Director of the CIA jointly and also individually to Mr. John O Brennan confirming the contract **EXHIBIT A-A1**each contract accepted none denied as the body of the contract stand as "Truth In Commerce" and "law among the parties".

I also enclose the LIST of all presentments mailed by title of the Executive of CIA or oversight agency, Title of the person mailed to, with certified letter receipt number, all accepted none denied -only the list and furnish the main ratification of the contract with copy of certified letter to Mr. Felipe Piovanetti,Phd.: Accountant of the CIA and to Mr. John O. Brennan jointly and Individually as **EXHIBIT A-A1** of all the 30+ "presentments/contracts" made and accepted-each ratified as "further contracts and reaffirmation":(individual copies of each "presentment /contract I can furnish your Honor Upon request) each and all contracts as part of body of the verbal contract granted from Mr. Piovanetti, Accountant of the CIA" in restitution of my assets which I also enclose a copy of **EXHIBIT A-A1** each one as "components in ratification of the contract from CIA"; each contract/presentment accepted by non-questioning, nor rebuttal, each contract/presentment- none denied as the body of the "contract from CIA" thus stand as Truth In Commerce" all mailed via certified mail over 30 with the name of numerous "Executives in charge of this matter" as well or including each of the following members of the U.S. Senate Intelligence Committee : (Hon. Senators: Richard Burr-Chairman, Ms. Dianne Feinstein, V-Chairman; Mr. Marco Rubio, Member; and Mr. Bill Nelson from my State- Florida), to the director of the CIA Mr. John O. Brennan several times. I also mailed the presentment/contract-ratification to Director Mr. Mike Pompeio, to the Inspector General of the CIA, Hon. Mr. David Buckley, and to the Hon. Inspector General of the USA/ Inspector General of the USDOJ/Inspector General of all Inspectors' General Mr. Michael E Horowitz, to Honorable President Obama, to His Excellency Mr. Banki Mon, Secretary General of the UN ( because the UN, WBO,IMF are the underlying trustees of the debt under the bankruptcy proceedings of USA Inc. in 1950 and subsequent Reorganizations, IMF/ WBO are the fiduciary trustees for the creditors of the USA Inc., I respectfully being one of the creditors) none of the recipients as well as all "executives of the agencies s" unanimously contracted/served notice via certified mail, non-denied the contract, nor questioned the authority of Mr. Piovanetti, Phd.; Accountant of the CIA to contract, none disputed the sum contracted, none disputed any terms, jurisdiction, interest rate, deaths not claimed, nor any terms of the contract : thus the demand/contract stands

4

as truth or  "a non-rebuked affirmation" :..under "The Maxims of Truth In Commerce" of the
contract –yes an affirmation by all 30+ or so recipients of the presentments /contracts -list of all
parties involved **EXHIBIT A-A1**  full list with names and party served the presentments, date,
and certified letter receipt number etc. as can verify on the list  – I am also able to submit upon
request the  full photocopies of the "contracts /presentments" requesting payment ratifying the
contract, copies of return receipt mails and  tracking reports of many  of these (I found out later
that a tracking report can be requested from USPS and requested some –not all available  most
are  culled out of the records after 6 months of receipt of the letter) . I can also furnish Notarized
originals photocopies of original letters mailed once Your Honor advises my offer is possible so
I will tender them as "the Security/Contract/US Treasury Obligation under Title 15 which I
believe states that: .". a Notarized obligation of a US Government Agency "is a U.S. Treasury
Obligation"

I discovered that the contract and the presentments to the above mentioned are: "once
Notarized aaaa a a U.S. Treasury Security"- Title 15 USC –which is the Security I hereby Offer
in payment of the debt of Puerto Rico. I respectfully request from Your Honor, that Your
Court will accept my "U.S. Treasury Obligation/my contract notarized from CIA /payment" of
the debt of P.R. and that the difference  owed to me be credited to my "US Treasury Direct"
account or a brokerage account-as directed:  once Your Honor accepts my offer. I will be glad to
furnish instructions to deposit the remaining funds; once Your Honor, Your Court rules: that you
accept my offer in payment of the debt of P.R. and further that Your Honor is able to order the
difference from the total sum of  "my  Security/US Treasury Obligation /Contract from CIA
Notarized"  less the amount paid for the for the debt of P.R.  credited to my account. I request if
possible, if it is within the jurisdiction of this Honorable Court that Your Honor will consider
issuing a  protective order on my funds deposited ; so no more robberies from these agencies or
others occur in deprivation of the usufruct of my wealth already denied for last 35 years: (TITLE
18 U.S.C.) and contracted with CIA to be restituted -so no more issues remain on the
"assets covered by this CIA contract my security" which makes the body of this security" ".  As
mentioned before if this is not within the jurisdiction of Your  Honorable Curt  This is the reason
for my offer to Your Honor and This Court offer to settle the debt of Puerto Rico - and in the
process helps to collect the remaining funds owed to me by depositing them to a "U.S. Treasury
Direct Account" or brokerage firm. U.S. Treasury Securities with stepped maturity dates to my

5

"US Treasury Direct Account ". The US Treasury allows individuals to have accounts with the US Treasury Direct program for acquisition and deposit of US Treasury Securities, then a couple of years ago; the ability to have a checking account was eliminated). the total of $750 billion less the $80 billion offered to pay the debt of P.R. leaves a sum o f remaining funds close to $665 billion, I estimate, to be deposited in my name, after the deposit of $80+ billion in escrow account or an account as Your Honor finds necessary to pay off the debt of Puerto Rico of $80+ billion dollars of the "U.S. Treasury Securities" that would be deposited possibly the most feasible and easy if accepted or swapped or presented for e"exchange or collection" from the U.S Treasury under a "Bill of Exchange", or court request whichever works - so that we deal with officially issued marketable U.S .Treasury Securities ( I can offer a sample "Bill of Exchange" I drafted under my limited legal knowledge and if it serves I can furnish it upon Your Honor's request with substantive data and format to be reviewed if useful to Your Court to facilitate the Exchange of funds for regular marketable "U.S. Treasury Securities"- to expedite payment of the debt and expedite receipt of the remaining funds after paying the debt of P.R. to be credited to my "U.S. Treasury Direct Account" or brokerage account-as you decide once Your Honor approves my offer. The Bill of Exchange I offer as a guideline or 'option" is a copy is the same "Bill of Exchange" I presented to the U.S. Treasury for collection and "disappeared". The total owed to me in the CIA contract of my "US Treasury Security Notarized/CIA/Contract Under TITLE 15 Security" $750 billion owed to me approximately at this time. An exact calculation needs be made of the accrued interest at the date the transaction is formalized. The deposit to my account under direction of this Honorable Court I hereby authorize and probably will need allow the securities deposited to "US Treasury Direct " escrow account for Payment of the debt of P.R. and my remaining funds also deposited as described before in either a "US Treasury Direct Account or a brokerage firm I will designate at the time we get there under Your Honor's orders- all funds from my contract from Cia notarized thus now a US Treasury Obligation for exchange for "regular "U.S. Treasury Securities from my "US Treasury Title 15 Security/CIA/Notarized Contract" deposited to the two accounts requested: the payment P.R. debt under your Honorable Court and the remaining funds owed to me to be broken down in smaller portions of manageable denominations of US Treasury Obligations in different maturity dates- in denominations that I am able to care for my family like multiples of $10,000.00 or $1000,000.00 or $1,000,000.00 denominations so I am able to manage and plan for my kids and charities - so the debt of Puerto Rico can be paid and also for me to develop some sort portfolio and rationale for maturities

6

schedule preferably less than 7 year maturities and so I am able to "cash/ draw down from the
US Treasury the "contract/Security" into manageable amounts"-   (this is an advantage that I am
granting  to the CIA/US Treasury,  because Mr. F. Piovanetti, Phd. Accountant of the CIA
originally contracted to pay at sight or within a few days and contracted to pay all at once. In this
process I am actually saving the US Taxpayers more than or close to $56 million a day in interest
reduction from the 3% contracted by CIA semiannually compounded to the current US Treasury
obligation with maturity rates of less than 15 years. If Your Honor accepts my offer to pay the
debt of P.R. by depositing the Security  or doing a swap or Bill of Exchange with the U.S.A.
Treasury: "my Contract/Security" which now bears 3% semi-annual compound interest rate will
save almost $30+ million dollars a day in lower interest cost to USA taxpayers just by
performing the swap to "regular US Treasury securities"  swapped for my Security/Contract/US
Treasury Obligation" -the interest rate drops by a huge multiple like 200% and additionally
grants breathing space to CIA/US Treasury to pay in installments since the contract was for
payment on demand (or few days to process paperwork?).as US Treasury Securities are swapped
and also gives a huge relief to taxpayers by lowering the debt of the USA-which I wasn't really
excited about doing after 41 years of  suffering enduring attempted hits etc. but - I guess it's the
best way to get paid in a win- win situation. The only remaining action on my part, after your
Honor Rules that the debt of Puerto Rico be paid; is that upon payment of the debt of P.R.

 You may ask why my interest in Puerto Rico? P.R. is the birthplace of my Mother. I know that
This Court rules strictly on bankruptcy procedures and the burden or suffering of taxpayers in
P.R. can't be a factor in the resolution of a situation between debtor and creditors.

But  personally, I am able to consider the burdens within the reasons for making my offer. I went
to school there for several years and love Puerto Rico i have 5 daughters from there and 4
fostered girls all now college professionals and mothers.  It sadly appears from press that this
burden to the  people has been imposed by "leaders?" exceeding their Oaths of Office to watch
over the well- being of its citizens and the Constitution. The average debt per person in Puerto
Rico associated with the bankruptcy is close to $21,000.00 or for a family of 5 average in P.R. a
debt of $105,000.00 with the average salary being close to $8.00 per hour. It seems that the
politicians either disregarded their oaths to protect the People, or are irresponsible in their
formulation of the model for borrowing for Puerto Rico or plain negligent. By the same token
many of those investors many from Puerto Rico, many sophisticated investors as many Banks
are: familiar with credit procedures and knowing the amount of outstanding debt should have

7

realized that in the event of a default the impact of such a massive borrowing would have yielded catastrophic results. The above is just an outside observation without fully knowing the situation which really has no bearing on my offer one way or the other; because I just want to pay the debt and somehow say "thank you Puerto Rico".

I, Charles E Willmore, as a "non-party" to the bankruptcy proceeding -I am legally able to pay the debt of anyone I wish. Further as a "non-party" of the case makes this: "a non-ex-parte communication" since I have no ax to grind for one or the other side: thus I believe allows me to communicate my interest to your Honor and This Honorable Court to pay the debt of Puerto Rico. My offer in a way offers the creditors immediate relief of the debt because it will be paid off as soon as this This Honorable Court and Your Honor review my offer and decide it is all Ok and orders

Further I request that Your Honor orders the remaining funds after the debt of Puerto Rico is satisfied and drawn for payment of P.R that my balance remaining be ordered if within the jurisdiction and scope of Your Honor's authority that of Your Honor and This Court declare my remaining funds free from further robberies or confiscations from any U.S Government agency trying to rob again my wealth. If this request of a "protective order" poses a conflict in the jurisdiction of this petition; then I will deal with it privately and request that Your Honor proceed as if I never requested Your Court to issue a protective order and ruling on the assets deposited to me after the funds are collected and deposited/collected to pay the debt of P.R.. The remaining funds after the debt of P R. is paid belonging to me to be deposited to either a "U.S. Treasury Direct. Account" in my name or to my brokerage firm account as we agree later-if and when I am able to get this payment done, if Your Honor so approves it. The past confiscations and other claims were contracted and we both agreed and there are no differences or disputed amounts in this "Contract from CIA"/ US Treasury Obligation I offer to Your Honor to settle the debt of PR: arising from those assets CIA contracted to restitute. There are numerous other valuable assets which "appeared" after the CIA contracted restitution -which have no connection to this offer or my current contract with the CIA/ "Security"; nor anything to do with this offering of my "U.S. Treasury Obligation" to pay the debt of P.R. . They are very sizable also and I will later see if I want to recover them as well.

8

I know that all the rest of issues contracted like not seek compensation for the dead , nor on attempted hits on me , nor vandalisms of my property 2100 times over 34 years,  are not the subject matter of this court, I know they have nothing to do with the jurisdiction or scope of This Honorable Court and Mr.  Felipe Piovanetti, Phd.: Accountant of the CIA  and I contracted to leave behind as part of the contract so I mention to assure that there are no differences or claims in this "Contract/U.S. Treasury Security  or interfering with the "contract  pending.

I believe that the debt of P.R. is approximately $71 billion plus approximately $8 billion in pensions -garnished from retired people's pensions to satisfy the creditors. My "Contract/Security/U.S. Treasury Obligation TITLE 15 US Treasury Security" I am tendering for deposit to US Treasury and for payment of the P.R. bankruptcy  is not I believe the common US Treasury Obligation we see every day; so I believe it would needs to be deposited directly to the U.S. Treasury, possibly to a "U.S. Treasury Direct Account"  (The US Treasury has a special account for Individual Investors, Corporations, Government  and Government branches which allows the deposit exclusively of  U.S. Treasury Securities -so hat this can be done tin my name for my remaining funds and joint names, if necessary for the  for the other $80 billion which I offer to pay the debt of P.R. with. I can issue  instructions or letter of Authorization to  This Honorable Court to that effect; or  from me authorizing this Honorable Court to seek exchange for marketable "regular Treasury Obligations less than 7 years"  or via a "Bill of Exchange for swap/collection" before the funds are segregated /allocated. I respectfully believe that Your Honor is much more familiar with instructions on  to how to deposit " My Security/ies US Treasury TITLE 15 CIA/ Government Agency/Contract Notarized" under your guidance for exclusive use to pay down the  debt of PR and to deposit remaining amount of approximately $660+ billion-to be deposited in my "U.S. Treasury Direct Account" to be opened and or brokerage accounts as the case may be as we get there. I am able to submit a copy of a Bill of Exchange which I drafted for collection from the U.S Treasury: attention to Honorable Ms. Jovita Carranza, US Treasurer and "disappeared first copy - and to IMF Governor for exchange under IRC/URC Bill of Exchange Regulations".

Your Honor, Your Court I pray approves my offer. Further in my opinion and as primary motive for making this offer to This Honorable Court and Your Honor, is my belief in all respect of Your Court that a judge possibly, has as his/her first mission the duty to resolve any disputes in a way most favorable for all parties involved. I hope that my offer can be the best option for all involved in a win -win solution for all. A collateral or side element in this fiasco or "alleged fraud by many outsiders" is suffered by people of Puerto Rico which I am sure was considered- but not part of the Court to rule for , is the human suffering dimension of this entire situation which is one of my main motives to make this offer, knowing that it is not part of the scope of a bankruptcy proceeding to consider those elements of suffering or duress. While I have followed this process and scrutinized the mandate of voters to their politicians I wondered why elected politicians got their electors in this huge debt situation. I don't believe that any voter would in their right mind in their wildest dreams would give a mandate to any candidate when they voted for some politicians to squander public funds and hypothecate every person in Puerto Rico for a sum of approximately $21,000.00 or on average $105,000.00 per family. I hope my offer which I submit respectfully to Your Honor in some way, will be able to heal this societal malaise and suffering in the loan default from PR. I want to somehow if possible improve the lives of so many beautiful, gentle, gracious, honorable people from Puerto Rico. The sum owed is very large and even though under TITLE 15; it is a U.S. TREASURY SECURITY which I am able to use to pay, deposit, settle, or exchange for other U.S. Treasury Obligations or payment of debts as now I respectfully offer part of to pay the debt of P.R.

Anyway I am not inside nor part of the bankruptcy case of Puerto Rico and only wish to seek a means of paying the debt for P.R., because I have been Blessed with this wealth yet now blocked by the sheer size of the security. Paying the debt for me and everyone involved in the bankruptcy is a win-win situation for both parties in the bankruptcy and in my situation as well provided: that I am able to collect the remaining sum owed to me from the security: after all expenses are paid to the Court and creditors. My offer is in good faith and I am not granting any rights other than those expressed under this offer for the collection of the Security and for any documents necessary to make this happen such as a "letter of Authorization to pay the debt, or official documents that Your Honor may require from me- or to deposit the Security owed to me for using it exclusively to pay down the debt of P.R. up to the sum of $80+ billion and even a little more upon my explicit approval and to deposit of remaining funds to my

10

account be in a "US Treasury Direct Account" or a brokerage firm investment account preferably as already mentioned. I offer to pay all court costs associated and fees etc. as part of my offer. Your Honor I hereby ask you forgive my lack of legal redacting skills and you guide me through the process and advise me how I am able to process this and make it a reality. I request respectfully that if necessary to comply with court procedures, Your Honor designates a court assigned clerk or expert if  necessary in the nuances of the process to escrow, swap or deposit the Security I offer to tender to make this a win-win outcome for all involved. I am at your disposition able to furnish original affidavits, copies of certified mails with original stubs etc. many of them copies enclosed with this letter as "EXHIBITS". If Your Honor should need to call me please do not hesitate -my only request is that Your Honor call me after 3:00 P.M. EDT- because I go to sleep every morning at 6:30 AM EDT after working.  I can discuss any questions or comments you need to clarify how to pay for the debt and allocate the remaining funds to my US Treasury Direct Account to be opened . Needless to say Your Honor I am respectfully submitting in good faith with the objective of getting paid for  my assets taken extrajudicially .The documents hereby  offered are  a small sample of documents just to lend credibility to my request to Your Honor and This Honorable Court to know that this is a serious offer based on a contract which in I have Notarized each presentment/contract: non rebuked, all accepted presentments by directors of the CIA, members of the US Senate Intelligence Committee, by Inspectors General of the CIA and of the USDOJ all presentments/contract ratifying the contract from CIA granted verbally thus under Title 15 USC that I am the holder as I believe in good faith of a U.S. Treasury Tittle 15 USC Obligation.

Thanks Respectfully,

Charles E. Willmore

 A natural Born USA citizen not property of anyone, Under God sovereign, ███████████

████████████████████████████████████████████████████████████████████████████


Enclosures

List of EXHIBITS

11

List of EXHIBITS:

A. –A1. List of Presentments to CIA, IG's, Senators of the U.S. Senate Intelligence
Committee: one sample letter offered and one sample of the same list Notarized copy
(can furnish full list of all of them if necessary):   ratifying the verbal contract and
requesting payment to CIA presentments /contract accepted.

B. Satellite Picture of huge crater over mile long, and  quarter mile wide 400 feet deep
where gold was robbed- I can furnish the  mathematical calculation from ounces of gold
per ton –to the number of tons of core material where gold and silver were embedded and
calculate the cubic feet at the density of the core rock- to size of crater and document
number of ounces robbed .the core rock is (Andesite 217 pound per cubic foot with 7+
ounces pre every ton (can furnish mining assay report) so is a very simple 6th grade math
ratio problem of how many ounces are in the cubic feet of the hole over 7000 feet long
600 feet wide 400 feet deep approximately – the result was 27 million ounces of gold and
25 million ounces of silver missing-which Mr. .Piovanetti, the CIA accountant and all
other officials listed in the "List of presentments"(EXHIBIT A) contracted by ratification
of non- denial non rebuttal, All admitted not a single person denied the facts thus
admitted and contracted to restitute. Thus the origin of part of  my assets is confirmed
here . Photocopy of a couple of mining lode Claim Titles to document mines were in my
name/father's name.

C. Copies of Mining Titles; of a couple from the 140 or more gold mining Titles.

D.  Copy of Cover page of US Patent 6680714 and first abstract sheet

E. Copy of one of the numerous Affidavits close to 540 from the certified letters or
presentments ratifying the contract none of the presentments were contested, rebuked, nor
denied; thus affirming the verbal contract in effect: ratifying it . None of the parties
served certified letters-presentments -contracts to all almost 41entities such as Directors
of CIA Brennan nor Pompeio, nor IG of CIA: Mr. David Buckley nor IG of US DOJ: Mr.
Michael E. Horowitz; nor Members of the U.S. Senate Intelligence Committee: Chairman
Honorable Senators Richard Burr nor Senator Feinstein denied that I was owed the sum
nor that they had contracted to pay, nor jurisdictions of my claim nor authority of Mr,

12

Piovanetti, the accountant of CIA to negotiate during 5 months the contract and to whom
I jointly mailed certified letter-presentment ratification of the contract to: Mr. Piovanetti
ad to Director of CIA  Mr. John O Brennan.

All such presentments after being Notarized now are I believe U.S. Treasury Obligations
under TITTLE 15 and are available upon request for Your Honor. I not being a Notary nor a
lawyer discovered later that my Notary possibly under an incorrect notion "that all affidavits
were the same" and out of regular Affidavit forms used the other forms he had available :
"non-Recordable affidavit" forms for many of those affidavits-I also discovered that this is a
non-fatal error since all that is required is an affidavit of Correction under Florida Notary law
to swear them correctly Mr. Onias, the Notary has been hiding from me ever since I
requested he help me correct those affidavits with the " affidavits of correction". I believe
that possibly any other Notary can do this correction or even Notarize the entire set of
original Certified mailings in another jurisdiction.

A.  Copy Spreadsheet as modified on  my negotiations/ conversations with Mr. Felipe
Piovanetti, Phd.: Accountant of the CIA over a span of 5 months

**EXHIBIT A1.**       Hon. Ms. Jovita Carranza Treasurer of USA  mailed presentments ( contract offers accepted by not rebuking, non denial, non contesting, non objecting:  jurisdiction or authority of those presented to contract INCLUDING GOVERNOR IMF NOR Ms.  JOVITA CARRANZA Treasurer of USA nor any objection whatsoever the  authority to contract from Mr. Piovanetti accountant of CIA, nor validity of CIA Contract of Director Brennan who did not deny any of the  presentments mailed jointly to him and Mr. piovanetti- nor individually to him, did not object , reject, deny or rebuke the contract from CIA:" thus standing as truth between the parties and acceptance of the  presentments AND  contract."



the paint                                                        Above left copy of tracking
receipt to IMF showing it Received on August, 25 2017

## EXHIBIT A, A1

Notarized emails: fpiovanetti@yahoo.com several first mail copied others listed on October 19, October 20, and October 21, 2014

Contract/certified letter #7011 3500 00005726 8812 dated March 15, 2015 from Mr. Willmore to Accountant of CIA Mr. Felipe Piovanetti & Hon. Senator Vice Chair US Senate Intelligence Committee Ms. Dianne Feinstein V.Chr. of Senate
 Contract to Mr. Felipe Piovanetti Accountant/operative of the CIA -certified  letter/contract #7011 3500 0000 9228 1401-March ,2015;
Contract to Mt. John Brennan Director CIA & Mr. Felipe Piovanetti Accountant/operative of the CIA Langley Virginia-Certified letter/contract #7011 3500 0000 5726 8911-March  20 ,2015-tracking number 7011 3500 0000 5726 8911
Contract to Mr. Felipe Piovanetti Accountant operative CIA & Hon Senator Ms Dianne Feinstein US Senate Intelligence Committee-Certified letter/contract #7011 3500 0000 5726 8812-March 20 ,2015;
Contract to Mr. Felipe Piovanetti Accountant/operative of the CIA & Hon Senator Marco Rubio US Senate Intelligence Committee -certified letter/contract #7011 3500 0000 5726 8928-March 20 ,2015;
Certified Letter/ contract to Mr. John Brennan Director of the CIA & Mr. Felipe Piovanetti Accountant/operative of the CIA -certified letter/ contract #7015 3010 0000 2163 2753 -March 22 ,2016;
Contract to Hon Senator Mr. Richard Burr Chairman US senate Intelligence Committee & Mr. John Brennan Director of the CIA -certified letter/ contract #7015 3010 0000 2163 2760 -March 22 ,2016;
Contract to Hon. Senator Mr. Bill Nelson& Mr. John Brennan Director CIA -certified letter #7015 3010 0000 2163 2777 -March 23 ,2016;
Contract to Hon. Senator Dianne Feinstein Vice-Chair US Senate Intelligence Committee & Mr. John Brennan Director of CIA -certified letter/contract #7015 3010 0000 2163 2791 -March 22 ,2016;
Contract to Hon Senator Marco Rubio Member US Senate Intelligence Committee copy to  Mr. John Brennan Director of the CIA -certified letter/ contract #7015 3010 0000 2163 2784 -March 22 ,2016;
Contract to Hon. Senator Richard Burr Chairman US Senate Intelligence Committee & Mr. John Brennan Director of the CIA -certified letter/contract #7015 3010 0000 2163 2869 -September 14 ,2016;
Certified Letter/ contract to His Excellency Director OEA Human Rights Commission -certified letter #7016 0910 0001 7944 3224 –Sept. 14 ,2016;
Contract to Mr. John Brennan Director CIA -certified letter/contract #7015  3010 0000 2163 2753 –March 22,2016
Contract to Hon Senator Ms Dianne Feinstein Vice-Chair US senate Intelligence copy to Mr. John Brennan Director of the CIA -certified letter/contract #7015  3010 0000 2163 0018 -September 14 ,2016;

Contract to Mr. John Brennan Director of the CIA -certified letter/ contract #7015  3010 0000 2163 2852 -September 14 ,2016;
Contract to Mr. Michael Horowitz Inspector General of The USA /Department of Justice-certified letter/ contract #7015 3010 0000 2163 0063 –

September, 2016;
Contract to Mr. David Buckley Inspector General of CIA –certified letter/ contract #7015 3010 0000 2163 0056 -September 14 ,2016;
Contract to Mr. Felipe Piovanetti -certified letter #7015  3010 0000 2163 0063 -September 14 ,2016; Facebook public post proving contents(e-contract/public claim) of presentment- to Mr.  David Buckley Inspector General of CIA- –security/contract in mailing in certified letter ##7015 3010 0000 2163 0056 -September 14 ,2016
Facebook public post proving contents(e-contract/public claim) of presentment- to Mr. John Brennan Director of CIA- –security/contract in mailing in certified letter ##7015  3010 0000 2163 2753 –posted April 27 2017
Facebook public post proving contents(e-contract/public claim) of presentment- to Hon Senator Dianne Feinstein VChair US Senate Intelligence Committee –security/contract in mailing in certified letter ##7015  3010 0000 2163 0056 -September 14 ,2017
Facebook public post proving contents (e-contract/public claim) of presentment- to Hon Senator Marco Rubio Mr. F. Piovanetti &  US Senate Intelligence Committee (e-contract/public claim) in mailing in certified letter ###7011 3500 0000 5726 8928-november 25 2015
Contract to Mr. Mike Pompeo Director CIA Certified mail # 7016  0910 0000 0739 2168 April 4, 2017

# ERXHIBIT A1



On the left above and following the original presentment or ratification of the contract granted several months later –these contracts could be notarized and become/s a receivable of USA Inc.  which later I found out



# EXHIBIT A1









**EXHIBIT B**

GOLD MINE LODES AND GOLD and silver robbed Other Mines; not contracted: I am yet trying to find the paper trail one found recently about five months ago worth close or over a trillion dollars?- apparently held by resident of Langley, Virginia- not part of the claim since found the paper trail after the contract of the CIA and bentonite mine  two Uranium mines yet to find the paper trail. Total estimated robbery beyond the contract of the CIA estimated to be an additional: One Trillion 200 billion more robbed at gunpoint!

## ASSETS ROBBED 27 million ounces of gold ; 25 million ounces of silver



Space photograph of the approximate 1.5 mile long by 700 foot wide by 400 feet deep  hole left in the ground after stealing our 27 million ounces of gold and 25 million ounces of silver

Copies of some of the 162 mining claims of our gold lodes

**EXHIBIT C**



Copies of a couple the mining Titles from the 140+

**EXHIBIT D,  US Patent 6680714**



Cover sheet followed by abstract of my US patent 6680714 granted which claims among others access to the internet via touch screen prompts;  voice commands; and credit card prompts robbed underlying technology and applications described also in business plan covering the i-phone; ipad; ipod; skype; you tube; e-bay; amazon; Android,and Facebook a little: as well as the touch screen NCR ATM machines used by several banks.

### Charles E Willmore

I am a natural born citizen in The United States of America under its Constitution and God not under the fraud it has been made! I am under the Sovereignty clause of the Constitution, not property of "a socialist communist form of government" as legislated under numerous Acts

850 SW 1st Street, Boca Raton Fl 33486

561-376-8682, cewillmore1@yahoo.com

March 15, 2015                      Cert mail#7011 3500 0000 5726 8911

Mr Felipe Piovanetti Neri Phd, CFP,CAA, CFI-  Hon John O. Brennan, Director CIA

P.O. Box 190682 San Juan, PR 00919-0682

Dear Felipe:

We have been several weeks talking about my claim against the CIA after I got your call requesting me to send you a "bill" back in December to settle the claim for CIA. Essentially after a few mails and a few phone conversations you called me end of January objecting to $74 million –that I claim were robbed in commissions by Wall Street-I insist on my right to this claim-because when I posted my claim against CIA there was no reference or objection to the effect that I was required to go to arbitration-as you know the CIA by its non-reply: in effect tacitly admitted (tacit Procuration) the entirety of my claim creating an involuntary trust in my favor for the entire sum Since you objected to that entry I am submitting a "bill" for the modified sum that you felt would be "correct?" or the original sum of $335 billion (includes US Patent  6680714 for i-phone, i-pad, Skype, e-bay, you tube, etc  plus gold lodes 162 Arizona robbed among others) less the $74 million you objected to –so you can settle this matter! I hope that this will affirm and validate my consideration for you and our personal friendship going back many years! so we can get this settled and over. No $ claimed for murders/ attempted murders/30yr abuse.

I believe that you are going to settle the amount claimed of $335 billion less the $74 million you said had to be arbitrated- since you had no objection to the rest of my claim and I have been patiently waiting for some response to effect of instructions to what institution or bank you would wire or transfer the funds object of my claim- it is a large sum and I believe that the logistics of how to make the sum effective got into the way and reason for the delay.

The amount owed will revert to the sum claimed plus punitive damages under your consent by dishonoring the original claim which I have not abandoned –rather am substracting the amount objected to –the new sum if you dishonor this payment is for an equal amount of sum owed plus original sum claimed(State Farm Insurance vs. Campbell US Supreme Court 538 U.S. at 425 - since there has been spoliation, attempted murder on me; allegedly an arrest warrant was issued for ex pres's relative (files destroyed at Boca PD under request of Secret Service) and cease interference-pressure with lady I love- Should I not have this matter resolved within 15 business days from receipt of this letter! I also request that interferences vandalisms and other bullying stops ASAP and that my person is safe from criminal acts as those experienced for last 29 years. Hopefully we will have this matter solved by Grace of God and The Blood and Body of Our Lord Jesus. .Notice to principal is Notice to Agent-Notice to Agent is Notice to principal I accept your oath of office as your firm and binding contract between you and me, one of the People, whereby you promise to serve, protect, and defend me, guarantee all my inalienable rights, and defend the Constitution for the United States of America. If any physical harm befalls on me or my loved one or any relative I will hold your agency and all notified herein of any acts which are done to damage our health and wellbeing . Thanks,

Charles E Willmore

Xc Director of CIA Mr. John O. Brennan Chairman and V-Chair, & Chairman Fi of US Intelligence Committee   Hon Senators: Hon Senator Richard Burr; Hon. Diane Feinstein VChair.;  Hon Senator Marco Rubio;Hon Senator Bill Nelson Hon  Zaid Ra Al Hussein High Commissioner HR  Commision;  Hon Mahatir bin Mohamad- Member UN Ex Pres Malaysia

**Certifying to a Non-Recordable Document:**

**STATE OF FLORIDA**

COUNTY OF _Palm Beach_

On this _June 16_ day of 20_17_, I attest that the preceding or attached document is a true,

exact, complete, and unaltered photocopy made by me of _Cert. Mail Receipt 7015 3010 0000 2163 2869_

presented to me by the document's custodian, _Charles Edward Willmore_ and, to

the best of my knowledge, that the photocopied document is neither a vital record nor a public record,

certified copies of which are available from an official source other than a notary public.

**(Seal) Signature of Notary Public**

Print, Type/Stamp Name of Notary

Personally known:_____

OR Produced Identification: _DL (FL)_  _W456-195-45-051-0_

Type of Identification Produced: _DL_

**ONIAS DERILUS**
**Notary Public - State of Florida**
**Commission # FF 926131**
**My Comm. Expires Oct 11, 2019**
**Bonded through National Notary Assn.**

# Charles E Willmore

I am a natural born citizen in The United States of America under its Constitution and God not under the fraud it has been made! I am under the Sovereignty clause of the Constitution, not property of "a socialist communist form of government" as legislated under numerous Acts

850 SW 1st Street, Boca Raton Fl 33486 ph. 561-376-8682, cewillmore1@yahoo.com

September 12 , 2016                    Cert mail# 7015 3010 0000 2163 2869

Hon. Senator Richard Burr Chrman US Senate Intel Committee; Mr.  John  Brennan Director CIA Re: dishonored contract

217 Russel Senate office Building, Washington, DC  20510

Dear Honorable Senator Richard Burr –chairman US Senate Intelligence Committee

This is to notify you that you /your agency are in default/dishonor  on  payment of the sum owed to me as you contracted after you consented tacitly to all the terms on my claim under the US Constitution and common law: after I accepted to subtract the $74 million which you also owe me but subtracted to meet your offer –of payment if I eliminated that only entry which you objected to –which I subtracted from the total owed to me  by your agency- to meet your offer- confirmed when you asked me to send you a list of damages on my common law/Constitutional claim described erroneously as a bill-  correctly as a contract since  you did not object to any other entry of my claim other than the $74 million which I subtracted: meeting your  offer  under the US Constitution/common law / contract law (Supreme Law of the Land resolved in US Supreme Court decisions) /common law- which  is an ongoing debt  contracted and owe me-and such obligation you specifically contract to pay and/ or  will pass on to my heirs as beneficiaries forever if you delay or continue to dishonor this payment with a  3% semiannually compounded interest rate starting on this date March 18, 2016- installments you contract from this date should you not honor these terms or the payment in full of the debt you owe me at this time.  I am willing to discuss payments on the sum now owed to me of the total of$670 billion –I propose you pay now the basic sum of $335 billion now. I will finance your agency remaining sum owed in a four yearly payments on a note that you sign and pay in equal installments of $83.75 billion each year for four consecutive years until you pay the remaining $335 billion- should you pay the first payment of $335 billion I will waive the interest for the first year $83.75 billion on the remaining balance due and start accruing interest from the second payment of the $83.75 billion for each of the remaining three years until paid in full. You explicitly authorize me to be able to discount negotiate or send bills for payment by your agency to be applied to your debt with me like real estate , autos, boats, condos stocks , bonds in any country in the world. payable by your agency as partial credits to sum you owe me and  be deducted from the total sum owed- as sign of good faith that you are not further suffocating me economically with your neglect on taking care of this matter You explicitly consent to all terms unless you give written notice within 15 business days after receipt of this demand for payment letter to the effect that you authorize me to do so and be able to purchase property autos boats cars stocks bonds etc

Amount owed will revert to sum claimed of $670 billion contracted (copy enclosed) by your tacit consent- plus interest at 3% compounded semiannually for the entire period that the amounts owed remain unpaid- your consent can be explicit by replying to this letter in writing in no more than 30 days  paying $335 billion on receipt of this notification or consent tacitly by deciding not to answer this letter demanding payment now of the full sum- owed by dishonoring the original claim which I have not abandoned – rather am subtracting the amount objected to –I also request that interferences vandalisms and other bullying stops ASAP :that my person is safe from criminal acts as those experienced for last 29 years. Hopefully we will have this matter solved by Grace of God and The Blood and Body of Our Lord Jesus. .Notice to principal is Notice to Agent-Notice to Agent is Notice to principal I accept your oath of office as your firm and binding contract between you and me, one of the People, whereby you promise to serve, protect, and defend me, guarantee all my inalienable rights, and defend the Constitution for the United States of America. If any physical harm befalls on me or my loved one or any relative I will hold your agency and all notified herein of any acts which are done to damage our health and well being . Thanks,

Charles E Willmore

Xc Director of CIA Mr. John O. Brennan Chairman and V-Chair, & Chairman Fl of US Intelligence Committee  Hon Senators: Hon Senator Richard Burr; Hon. Diane Feinstein, V,Chairwm.;  Hon Senator Marco Rubio; Hon Senator Bill Nelson; Inspector gen CIA/USA

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON DC 20510

| Certified Mail Fee | $3.30 | | 0233 |
| $ | | $2.70 | 02 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00           Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

| Postage | $0.47 | |
| $ | | 09/14/2016 |

Total Postage and Fees
$ $6.47

Sent To *Honorable Senator Richard Burr*
*217 Russell Senate Office Bldg.*
Street and Apt. No., or PO Box No.
*U.S. Intelligence Senate Committee*
City, State, ZIP+4®
*Washington DC, 20510*

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

# USPS Tracking™

Tracking Number: 70113500000057268911

Updated Delivery Day: **Friday, April 10, 2015**

## Product & Tracking Information

| Postal Product: | Extra Svc: | | |
|---|---|---|---|
| First-Class Mail® | Certified Mail™ | Return Receipt | Text I |

| DATE & TIME | STATUS OF ITEM | LOCATION | Emai |
|---|---|---|---|
| April 10, 2015 , 8:34 am | Delivered | WASHINGTON, DC 20505 | Retur |

Your item was delivered at 8:34 am on April 10, 2015 in WASHINGTON, DC 20505.

| Date & Time | Status | Location |
|---|---|---|
| April 9, 2015 , 10:51 am | Available for Pickup | WASHINGTON, DC 20505 |
| April 9, 2015 , 10:46 am | Arrived at Unit | WASHINGTON, DC 20018 |
| April 1, 2015 , 4:38 pm | Arrived at USPS Facility | SANDSTON, VA 23150 |
| April 1, 2015 , 12:03 am | Departed USPS Facility | NORFOLK, VA 23501 |
| March 31, 2015 , 8:02 am | Forwarded | POQUOSON, VA |
| March 28, 2015 , 12:50 pm | Arrived at USPS Facility | NORFOLK, VA 23501 |
| March 27, 2015 , 9:29 am | Departed USPS Facility | SANDSTON, VA 23150 |
| March 26, 2015 , 7:24 am | Arrived at USPS Facility | SANDSTON, VA 23150 |
| March 23, 2015 , 9:32 am | Departed USPS Facility | NORFOLK, VA 23501 |
| March 22, 2015 , 9:24 am | Arrived at USPS Facility | NORFOLK, VA 23501 |
| March 20, 2015 , 10:27 pm | Departed USPS Facility | WEST PALM BEACH, FL 33416 |
| March 20, 2015 , 7:58 pm | Arrived at USPS Facility | WEST PALM BEACH, FL 33416 |
| March 20, 2015 , 4:54 pm | Departed Post Office | BOCA RATON, FL 33486 |
| March 20, 2015 , 3:12 pm | Acceptance | BOCA RATON, FL 33486 |

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

**OFFICIAL USE**

| Postage | $ | $0.49 | 0233 |
| Certified Fee | | $3.30 | 04 |
| Return Receipt Fee (Endorsement Required) | | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.49 | 03/20/2015 |

Sent To Mr. John Brennan Dir. CIA
Street, Apt. No.; or PO Box No. Central Intelligence Agency
City, State, ZIP+4 Langley VA 23101

PS Form 3800, August 2006    See Reverse for Instructions

## Charles E Willmore

I am a natural born citizen in The United States of America under its Constitution and God not under the fraud it has been made! I am under the Sovereignty clause of the Constitution, not property of "a socialist communist form of government" as legislated under numerous Acts

850 SW 1st Street, Boca Raton Fl 33486

561-376-8682, cewillmore1@yahoo.com

March 15, 2015                                  Cert mail#7011 3500 0000 5726 8911

Mr Felipe Piovanetti Neri Phd, CFP,CAA, CFI- Hon John O. Brennan, Director CIA

P.O. Box 190682 San Juan, PR 00919-0682

Dear Felipe:

We have been several weeks talking about my claim against the CIA after I got your call requesting me to send you a "bill" back in December to settle the claim for CIA. Essentially after a few mails and a few phone conversations you called me end of January objecting to $74 million –that I claim were robbed in commissions by Wall Street-I insist on my right to this claim-because when I posted my claim against CIA there was no reference or objection to the effect that I was required to go to arbitration-as you know the CIA by its non-reply: in effect tacitly admitted (tacit Procuration) the entirety of my claim creating an involuntary trust in my favor for the entire sum Since you objected to that entry I am submitting a "bill" for the modified sum that you felt would be "correct?" or the original sum of $335 billion (includes US Patent 6680714 for i-phone, i-pad, Skype, e-bay, you tube, etc plus gold lodes 162 Arizona robbed among others) less the $74 million you objected to –so you can settle this matter! I hope that this will affirm and validate my consideration for you and our personal friendship going back many years! so we can get this settled and over. No $ claimed for murders/ attempted murders/30yr abuse.

I believe that you are going to settle the amount claimed of $335 billion less the $74 million you said had to be arbitrated- since you had no objection to the rest of my claim and I have been patiently waiting for some response to effect of instructions to what institution or bank you would wire or transfer the funds object of my claim- it is a large sum and I believe that the logistics of how to make the sum effective got into the way and reason for the delay.

The amount owed will revert to the sum claimed plus punitive damages under your consent by dishonoring the original claim which I have not abandoned –rather am substracting the amount objected to –the new sum if you dishonor this payment is for an equal amount of sum owed plus original sum claimed(State Farm Insurance vs. Campbell US Supreme Court 538 U.S. at 425 - since there has been spoliation, attempted murder on me; allegedly an arrest warrant was issued for ex pres's relative (files destroyed at Boca PD under request of Secret Service) and cease interference-pressure with lady I love- Should I not have this matter resolved within 15 business days from receipt of this letter! I also request that interferences vandalisms and other bullying stops ASAP and that my person is safe from criminal acts as those experienced for last 29 years. Hopefully we will have this matter solved by Grace of God and The Blood and Body of Our Lord Jesus. .Notice to principal is Notice to Agent-Notice to Agent is Notice to principal I accept your oath of office as your firm and binding contract between you and me, one of the People, whereby you promise to serve, protect, and defend me, guarantee all my inalienable rights, and defend the Constitution for the United States of America. If any physical harm befalls on me or my loved one or any relative I will hold your agency and all notified herein of any acts which are done to damage our health and wellbeing . Thanks,

Charles E Willmore

Xc Director of CIA Mr. John O. Brennan Chairman and V-Chair, & Chairman Fi of US Intelligence Committee Hon Senators: Hon Senator Richard Burr; Hon. Diane Feinstein VChair.; Hon Senator Marco Rubio;Hon Senator Bill Nelson Hon Zaid Ra Al Hussein High Commissioner HR Commision; Hon Mahatir bin Mohamad- Member UN Ex Pres Malaysia

# USPS Tracking™

**Tracking Number: 70113500000057268911**

**Updated Delivery Day: Friday, April 10, 2015**

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Extra Svc:**
Certified Mail™

Return Receipt

Text I

| DATE & TIME | STATUS OF ITEM | LOCATION | Emai |
|---|---|---|---|
| April 10, 2015 , 8:34 am | Delivered | WASHINGTON, DC 20505 | Retur |

Your item was delivered at 8:34 am on April 10, 2015 in WASHINGTON, DC 20505.

| | | |
|---|---|---|
| April 9, 2015 , 10:51 am | Available for Pickup | WASHINGTON, DC 20505 |
| April 9, 2015 , 10:46 am | Arrived at Unit | WASHINGTON, DC 20018 |
| April 1, 2015 , 4:38 pm | Arrived at USPS Facility | SANDSTON, VA 23150 |
| April 1, 2015 , 12:03 am | Departed USPS Facility | NORFOLK, VA 23501 |
| March 31, 2015 , 8:02 am | Forwarded | POQUOSON, VA |
| March 28, 2015 , 12:50 pm | Arrived at USPS Facility | NORFOLK, VA 23501 |
| March 27, 2015 , 9:29 am | Departed USPS Facility | SANDSTON, VA 23150 |
| March 26, 2015 , 7:24 am | Arrived at USPS Facility | SANDSTON, VA 23150 |
| March 23, 2015 , 9:32 pm | Departed USPS Facility | NORFOLK, VA 23501 |
| March 22, 2015 , 9:24 am | Arrived at USPS Facility | NORFOLK, VA 23501 |
| March 20, 2015 , 10:27 pm | Departed USPS Facility | WEST PALM BEACH, FL 33416 |
| March 20, 2015 , 7:58 pm | Arrived at USPS Facility | WEST PALM BEACH, FL 33416 |
| March 20, 2015 , 4:54 pm | Departed Post Office | BOCA RATON, FL 33486 |
| March 20, 2015 , 3:12 pm | Acceptance | BOCA RATON, FL 33486 |

---

U.S. Postal Service...
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| Postage | $ | $0.49 | 0233 |
|---|---|---|---|
| Certified Fee | | $3.30 | 04 |
| Return Receipt Fee (Endorsement Required) | | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.49 | 03/20/2015 |

Sent To *Mr. John Brennan Dir. CIA*
Street, Apt. No.; or PO Box No. *Central Intelligence Agency*
City, State, ZIP+4 *Langley VA 22101*

PS Form 3800, August 2006    See Reverse for Instructions

7011 3500 0000 5726 8911    NCCLEARLA 22101

**EXHIBIT F**

**collateral and they bullied him not to- their criminal acts forcing me to sell the
vehicle for $1000.00 to save my patent. Lost several thousand dollars because
the fees were due in about four days.**



Copy of
the Spreadsheet mailed to each of the 42   recipients of presentments and accepted without objections

List of EXHIBITS:

All declarations I believe are correct and truthful and I present in Good Faith Thanks

A. –A1. List of Presentments to CIA, IG's, Senators of the U.S. Senate Intelligence
Committee: one sample letter offered and one sample of the same list Notarized copy
(can furnish full list of all of them if necessary):  ratifying the verbal contract and
requesting payment to CIA presentments /contract accepted.

B. Satellite Picture of huge crater over mile long, and  quarter mile wide 400 feet deep
where gold was robbed- I can furnish the  mathematical calculation from ounces of gold
per ton –to the number of tons of core material where gold and silver were embedded and
calculate the cubic feet at the density of the core rock- to size of crater and document
number of ounces robbed .the core rock is (Andesite 217 pound per cubic foot with 7+
ounces pre every ton (can furnish mining assay report) so is a very simple 6th grade math
ratio problem of how many ounces are in the cubic feet of the hole over 7000 feet long
600 feet wide 400 feet deep approximately – the result was 27 million ounces of gold and
25 million ounces of silver missing-which Mr. .Piovanetti, the CIA accountant and all
other officials listed in the "List of presentments"(EXHIBIT A) contracted by ratification
of non- denial non rebuttal, All admitted not a single person denied the facts thus
admitted and contracted to restitute. Thus the origin of part of  my assets is confirmed
here . Photocopy of a couple of mining lode Claim Titles to document mines were in my
name/father's name.

C. Copies of Mining Titles; of a couple from the 140 or more gold mining Titles.

D. Copy of Cover page of US Patent 6680714 and first abstract sheet

E. Copy of one of the numerous "presentments"  all  non rebutted all accepted and one copy
of the Notarized ones s close to 540 from the certified letters or presentments ratifying
the contract none of the presentments were contested, rebuked, nor denied; thus affirming
the verbal contract in effect: ratifying it . None of the parties served certified letters-
presentments -contracts to all almost 41entities such as Directors of CIA Brennan nor
Pompeio, nor IG of CIA: Mr. David Buckley nor IG of US DOJ: Mr. Michael E.
Horowitz; nor Members of the U.S. Senate Intelligence Committee: Chairman Honorable
Senators Richard Burr nor Senator Feinstein denied that I was owed the sum nor that they

had contracted to pay, nor jurisdictions of my claim nor authority of Mr, Piovanetti, the accountant of CIA to negotiate during 5 months the contract and to whom I jointly mailed certified letter-presentment ratification of the contract to: Mr. Piovanetti ad to Director of CIA  Mr. John O Brennan.

All such presentments after being Notarized now are I believe U.S. Treasury Obligations under TITTLE 15 and are available upon request for Your Honor. I not being a Notary nor a lawyer discovered later that my Notary possibly under an incorrect notion "that all affidavits were the same" and out of regular Affidavit forms used the other forms he had available : "non-Recordable affidavit" forms for many of those affidavits-I also discovered that this is a non-fatal error since all that is required is an affidavit of Correction under Florida Notary law to swear them correctly Mr. Onias, the Notary has been hiding from me ever since I requested he help me correct those affidavits with the " affidavits of correction". I believe that possibly any other Notary can do this correction or even Notarize the entire set of original Certified mailings in another jurisdiction:.including all presentments if necessary- as on  my negotiations/ conversations with Mr. Felipe Piovanetti, Phd.: Accountant of the CIA over a span of 5 months

F.  copy of the spreadsheet after 5 months negotiations- for the difference me in the total sum agreed on is lower than the actual amount owed .i contracted $367 + billion plus double damages when I had made a mistake on the computation  because  forgot to include an adding formula for about $80 billion from the subtotal I believe pertaining to the  gold and silver mines  .as mentioned; I already contracted the sum claimed and can live with it. I just want gety paid and get out to Freedom.

PRESS FIRMLY TO SEAL



U.S. POSTAGE PAID
PM 3-Day
BOCA RATON, FL
33431
MAR 16, 20
AMOUNT

**$14.15**

1006      00918      R2304M116210-14



# UNITED STATES
# POSTAL SERVICE®

**FROM:** Charles E. Willmore

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7017 3040 0001 1566 5857

RECEIVED & FILED
2020 MAR 19  PM 3:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

# PRIORITY®
# MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

**TO:**

150 Ave Carlos Chardon

Honorable Chief Judge Laura Taylor Swain
PROMESA
Case No. 17-BK-3283-(CLTS)
Clemente Ruiz Nazario +
Federico Degetau Federal Blg.
Suite 150 Carlos Chardon
Hato Rey, P.R. 00918

To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP



P S 0 0 0 0 1 0 0 0 0 1 4

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

# LUIS RIVERA-GEORGE



RECEIVED
2020 APR 14  PM 3: 11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

April 13, 2020

Hon. Laura Taylor Swain
US District Court Judge
150 Ave. Carlos Chardón STE 150
San Juan, PR 00918-1767

RE:   Procedure of Title III, (iv) Employees Retirement System of the Government of the Commonwealth
      of Puerto Rico ("ERS)
      Bankruptcy Case No. 17- BK 3566 - LTS
      (Last Four Digits of Tax ID: ███ )

Honorable Judge Taylor Swain:

The procedures to determine the legitimate debt to consider for bankruptcy have taken items based on a law
that violates the Constitution of the Commonwealth of Puerto Rico and the Constitution of the United States
of America.

This misnamed Extra-Constitutional Debt Law in principle is void for all purposes and is not sustained by
going above the borrowing margins of our state and federal financial system. No one can be given borrowed
money if they have no capacity. Anyone who lends under these terms runs the risk of losing their investment,
and because they are aware of it, many do so with petty and usurious intentions.

All this lends itself to confusion, where there is no confusion is that both those who took and those who lent
knew that the Constitution, the greatest of the laws that governs the lives of its citizens, was violated. In
order to borrow above what was established, the Constitution had to be amended by majority vote of the
people. That was not the case, therefore I ask that this item be dismissed, and that the debt be audited in its
entirety so that in justice the people pay for the item that was legally issued.

Anyone who knowingly made such a transaction must be judged and abide by what is determined by the
courts. This is the claim of the retired employees of the Government of Puerto Rico and the American
Citizens of this Island, we beg you to protect us.

Respectfully,

Luis Rivera George
Retired Employee of the Commonwealth of Puerto Rico

LUIS RIVERA-GEORGE

RECEIVED

2020 APR 14  PM 3: 11

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

00918-170825

HON. LAURA TAYLOR SWAIN
US DISTRICT COURT JUDGE
150 AVE. CARLOS CHARDÓN STE 150
SAN JUAN, PR 00918-1767

13 APR. 2020 PM 1 L

SAN JUAN PR 009

forever



# LUIS RIVERA-GEORGE

RECEIVED & FILED

2020 APR 14 PM 3: 11

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

April 13, 2020

Hon. Laura Taylor Swain
US District Court Judge
150 Ave. Carlos Chardón STE 150
San Juan, PR 00918-1767

RE:     Procedure of Title III, (iv) Employees Retirement System of the Government of the Commonwealth
        of Puerto Rico ("ERS)
        Bankruptcy Case No. 17- BK 3566 - LTS
        (Last Four Digits of Tax ID: ▮▮▮▮ )

Honorable Judge Taylor Swain:

The procedures to determine the legitimate debt to consider for bankruptcy have taken items based on a law
that violates the Constitution of the Commonwealth of Puerto Rico and the Constitution of the United States
of America.

This misnamed Extra-Constitutional Debt Law in principle is void for all purposes and is not sustained by
going above the borrowing margins of our state and federal financial system. No one can be given borrowed
money if they have no capacity. Anyone who lends under these terms runs the risk of losing their investment,
and because they are aware of it, many do so with petty and usurious intentions.

All this lends itself to confusion, where there is no confusion is that both those who took and those who lent
knew that the Constitution, the greatest of the laws that governs the lives of its citizens, was violated. In
order to borrow above what was established, the Constitution had to be amended by majority vote of the
people. That was not the case, therefore I ask that this item be dismissed, and that the debt be audited in its
entirety so that in justice the people pay for the item that was legally issued.

Anyone who knowingly made such a transaction must be judged and abide by what is determined by the
courts. This is the claim of the retired employees of the Government of Puerto Rico and the American
Citizens of this Island, we beg you to protect us.

Respectfully,

Luis Rivera George
Retired Employee of the Commonwealth of Puerto Rico

SAN JUAN PR 009

13 APR 2020 PM 1 L

HON. LAURA TAYLOR SWAIN

US DISTRICT COURT JUDGE

150 AVE. CARLOS CHARDÓN STE 150

SAN JUAN, PR 00918-1767

00918—1706625

LUIS RIVERA-GEORGE

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2020 APR 16 PM 3 11

RECEIVED & FILED