Yashei Rosario, Federal Law Student Litigating,
For Development Socioeconomic Sustainable
Fideicomiso of Vieques, CODESU, Inc.
HC 2 Box 12914 Vieques, PR 00765
(787) 903-3233
vieques.codesu@gmail.com

UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2020 JUN 30 PM 1:58

YASHEI ROSARIO, PRESIDENT CODESU & DEVELOPMENT SOCIOECONOMIC SUSTAINABLE FIDEICOMISO OF VIEQUES, CODESU, INC.

Plaintiff,

vs.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

AS REPRESENTATIVE OF

THE COMMONWEALTH OF PUERTO RICO

Debtors

Case No.: 3:17-BK-3273 (LTS)

**FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS.**

**ADV. PROC. NO.** ______________________

# MOTION OF STAY RELIEF BASED ON MODERN LEGAL GENOCIDE

Genocide is the "**intentional action**" to destroy a people, partially or totally = Vieques.

The Plaintiffs Voting Rights Sovereignty are withheld illegally with PROMESA Stay, for over 550 days.

RESPECTFULLY, COMES NOW, Plaintiffs YASHEI ROSARIO, President CODESU & DEVELOPMENT SOCIOECONOMIC SUSTAINABLE FIDEICOMISO OF VIEQUES, CODESU, Inc., vs. THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO. PROMESA STAY OR AUTOMATIC STAY shall not be applied to the Plaintiffs Voting Right because in 1870, Congress established as a FEDERAL CRIME, denying, or interfering with the Voting Rights:

1. **Exhibit #1: Municipality Endorsement for the proceeding of the Vieques Territorial Plebiscite.**
2. **Exhibit #2: August 3, 2018, Original Pleading accepted at the First Circuit of Boston = Controlling where the residents spend their Money and their Medical Insurance = MODERN LEGAL GENOCIDE?** Abusing We the People of Vieques legally their Municipality. 1940-2020: 80 Years of Non-Development Damages instead of helping, developing ways to torture a community forcing them to leave their homes, making their lives a hard-Social Bondage, spending a huge percentage of their lifetime **FLOATING IN FERRIES;** the claim was put aside applying PROMESA Tittle III. In

FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS.ADV. PROC. NO.
______________________ - 1

Yashei Rosario, Federal Law Student Litigating,
For Development Socioeconomic Sustainable
Fideicomiso of Vieques, CODESU, Inc.
HC 2 Box 12914 Vieques, PR 00765
(787) 903-3233
vieques.codesu@gmail.com

UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YASHEI ROSARIO, PRESIDENT CODESU & DEVELOPMENT SOCIOECONOMIC SUSTAINABLE FIDEICOMISO OF VIEQUES, CODESU, INC.<br><br>Plaintiff,<br><br>vs.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>AS REPRESENTATIVE OF<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtors | Case No.: 3:17-BK-3273 (LTS)<br><br>**FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS.**<br><br>**ADV. PROC. NO.** ______________________ |

# MOTION OF STAY RELIEF BASED ON MODERN LEGAL GENOCIDE

Genocide is the "**intentional action**" to destroy a people, partially or totally = Vieques.

The Plaintiffs Voting Rights Sovereignty are withheld illegally with PROMESA Stay, for over 550 days.

RESPECTFULLY, COMES NOW, Plaintiffs YASHEI ROSARIO, President CODESU & DEVELOPMENT SOCIOECONOMIC SUSTAINABLE FIDEICOMISO OF VIEQUES, CODESU, Inc., vs. THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO. PROMESA STAY OR AUTOMATIC STAY shall not be applied to the Plaintiffs Voting Right because in 1870, Congress established as a FEDERAL CRIME, denying, or interfering with the Voting Rights:

1. **Exhibit #1: Municipality Endorsement for the proceeding of the Vieques Territorial Plebiscite.**
2. **Exhibit #2: August 3, 2018, Original Pleading accepted at the First Circuit of Boston = Controlling where the residents spend their Money and their Medical Insurance = MODERN LEGAL GENOCIDE?** Abusing We the People of Vieques legally their Municipality. 1940-2020: 80 Years of Non-Development Damages instead of helping, developing ways to torture a community forcing them to leave their homes, making their lives a hard-Social Bondage, spending a huge percentage of their lifetime **FLOATING IN FERRIES;** the claim was put aside applying PROMESA Tittle III. In

FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS.ADV. PROC. NO.
- 1

which people who does not live in Vieques, decides on the Community's Future, and controls the Federal Funds sent by Congress to help the Community, and controls the place where they live.

## I

## CASE COMPARATIVE: AFRICA BLOOD DIAMOND CASE

**Corrupt Leaders withhold funds to boost economic development in diamond mining communities.** 1938: Puerto Rico had the lowest Poverty Levels and the President of the Senate of Puerto Rico negotiated on the back of the Native Viequenses Community as the very beginning of corruption acts, abusing of their low educational levels, and signed an agreement with DoD/Navy/Marines as the Vieques Naval Training Range was active, and while the BOOM BOMBING BEGAN in Vieques, simultaneously the **PROGRESS HIT SAN JUAN** with millions of dollars and the Government Economy was BOOMING.

Suddenly, Luis Muñoz Marin, a Saint, become the First Governor elected by the Puerto Ricans, and the Government became a Commonwealth; while in Vieques was Raining Bombs, Hallelujah! And in the Main Island were Raining Millions of dollars, Amen. Vieques tried to negotiate a little for them, and the Commonwealth's Politicians refused, and the protests began, trying to reach for little Social Economic Development than just the BOMBING. 1940-2003: How Puerto Rico from extreme poverty got such a financial injection on Federal Funds to create such a Progress Venture? Suddenly, On May 1, 2003, the Navy leaves from Vieques and the Commonwealth's Financial Problems began until Pedro Pierluisi and Nydia Velazquez, created PROMESA Tittle III and sign by President Barack Obama.

## Financing their Government and Political Careers with the Sacrifices of the Native Viequenses for the United States National Security

Willingly of Unwillingly the Native Viequenses paid the Highest Price

Facing over 900,000 live ammunition bombing and generations of children screaming scare and starving to dead, while they were growing among bombs of all calibers.

**Suddenly, Parenting in San Juan was amazing while their Children were sleeping in Gold Cradles. Becoming Great Providers dressing the Main Island of Progress and building their Urban Fancy Areas, turning down the volume cause no one wanted to hear the cries in Vieques Island, next door.**

The Soldiers receive a paycheck to provide responsibly for their families in which the Fisherman of Vieques begin to PROTEST because they were not allowed to work while all they wanted was to provide FOOD in their tables like the soldiers did. All they wanted was a GOOD PARENTING like in the Parents in the Main Island San Juan, provide for their own, not even one dime nor benefitted of the Military Training Paid by DoD/Navy/Marines for 63 years at the Vieques Naval Training Range and the Native Viequenses unpaid completed their 63 Years Military Mission.

FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS.ADV. PROC. NO.

- 2

**1940-2003: Vieques protected the American Way of Living, 1940-Pearl Harbor until 2003-Irak.**

**II**

# Private Vieques Career Resume

**OBJECTIVE:** Private Vieques Reenlisting to serve the United States Homeland Security while our Country is at Financial Bankrupt Risk and voluntarily in the **Eyes of the God in Whom We Trust**, Private Vieques never failed the United States National Security. Here We Stand.

## Work Experience:

World War II 1941-1945

Greek Civil War 1944-1949

Chinese Civil War 1945-1950

Berlin Blockade 1948—1949

Korean War 1950-1953

U.S.S.R. Cold War 1947-1991

China Cold War 1950-1972

Vietnam War 1955-197

Lebanon Crisis 1958

Bay of Pigs Invasion 1961

Cuban Missile Crisis 1962

Dominican Republic 1965-1966

USS Liberty incident 1967

Iran 1980

El Salvador Civil War 1980-1992

Beirut Deployment 1982–1984

Persian Gulf escorts 1987–1988

Invasion of Grenada 1983

Bombing of Libya 1986

Invasion of Panama 1989

Gulf War 1990–1991

Operation Provide Comfort 1991–1996

Somalia 1992–1993

Haiti 1994–1995

Colombia 1994–present

Bosnia-Herzegovina 1995–2004

Kosovo War 1998–1999

Iraq 2003 Navy left Vieques to Iraq

War in Afghanistan 2001–present

Homeland Security 2020- present

**"ASK NOT WHAT YOUR COUNTRY CAN DO FOR YOU – ASK WHAT YOU CAN DO FOR YOUR COUNTRY"**

Private Vieques, willingly of unwillingly never failed the United States National Security and on May 1, 2003, we can righteously say, that Private Vieques was honorable discharge and completed a 63 years mission. Unpaid and a community as Private Vieques, women, elderlies, handicap, youngsters and children were loyal, facing over 900,000 live ammunition bombing and got nothing in return; but DoD paid and Funds badly need it for their Development, were transferred to the Government/Commonwealth of Puerto Rico and never arrived to their righteous owners. Exactly, as was done to the Blood Diamonds in Africa but done to Americans in U.S. Territory but Private Vieques Completed the Mission.

FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS.ADV. PROC. NO.

- 3

**References:** **Private Vieques never failed Any U.S. Administration Republican nor Democrat**

Franklin D. Roosevelt, 1933-1945

Gerald R. Ford, Jr 1974-1977

Harry S. Truman, 1945-1953

Jimmy E. Carter 1977-1981

Dwight D. Eisenhower 1953-1961

Ronald W. Reagan 1981-1989

John F. Kennedy, 1961-1963

George H. W. Bush 1989-1993

Lyndon B. Johnson 1963-1969

William J. Clinton 1993-2001

Richard M. Nixon 1969-1974

George W. Bush 2001-2009

DoD/Navy/Marines paid honorably the Military Training Compensation and the Federal Funds were transferred to the Government/Commonwealth of Puerto Rico and they reaped off every dime and ignored the cried of We the People of Vieques until today. Funds badly need it for the Social Economic Development and earned by Vieques, never arrived at their righteous destination.

## Corrupt Government of Puerto Rico Leaders on Both Political Parties

Withhold Funds to Boost Economic Development in Vieques Island Community = NEVER ARRIVED TO THEIR RIGHTEOUS DESTINATORY.

**May 1, 2003-2020: 80 YEARS OF THESE IRRECONCILIATION ACTIONS**

III

**REMEDY: VIEQUES TERRITORIAL PLEBISCITE**
**1870: The Ratification of the Voting Rights for All Americans, 150 Years Ago**

1940-2003: We the People of Vieques, EARNED to put an end to this Unhealthy Political Relationship and the community should lead their affairs themselves, to the United States Congress = The United States will impact the Nation and the World creating LIFE, by Giving BIRTH to a NEWBORN, U.S. Territory, based on Commonwealth's Redress of Grievances; By an Organic Act Law Vieques will be:

CC: WHITE HOUSE & 535 U.S. CONGRESS = STATEHOOD WITHOUT VIEQUES

U.S. VIEQUES 6TH INSULAR U.S. TERRITORY

YO CREO EN
U.S. VIEQUES
We the People

**REMEDY: VIEQUES TERRITORIAL PLEBISCITE**

**IS IT NOT A FEDERAL CRIME DENY OR INTERFERE THE VOTING RIGHTS?**

**Exhibit #3:** The Electoral Commission of Puerto Rico requested an ORDER OF COURT.

1. Respectfully, to the Oversight Fiscal Board, how and where, PROMESA TITTLE III has a statement that gives the empowerment to interfere with an individual's right to vote? Respectfully, seems that accidentally the PROMESA TITLE III Stay was applied while U.S. Congress established, right after the American Civil War of 1861-1865, ratified the Fifteen Amendment, guaranteeing that the Voting Right would not be denied "on account of race (AFRICAN CARIBBEAN AMERICAN).
2. **Claiming Modern Legal Genocide = Modern Legal Servitude** - Hypocrite CARING, GOODNESS AND FAIRNESS helping Vieques while the Commonwealth is just controlling, where the Residents of Vieques spend their Money and their Medical Insurance.
3. (NO MORE), color, or previous condition of servitude."
4. **Congress declared a FEDERAL CRIME** interfering with the Voting Rights to All Americans.
5. ARE WE THE PEOPLE OF VIEQUES, entitle to the VOTING RIGHTS or Vieques is excluded or PROMESA Title III is above the Fifteenth Amendment?

**WHERE U.S. CONGRESS GRANTED PROMESA TITTLE III THIS EMPOWERMENT** to apply the STAY to the Fifteenth Amendment and the Voting Rights Act of 1965?

**Violating the Sovereignty of We the People of Vieques**

FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS ADV. PROC. NO. - 5

**a. ARE WE EXCLUDED FROM THE 15TH AMENDMENT AND THE VOTING RIGHT ACT OF 1965?**

President Johnson & Dr. Martin Luther King
Voting Rights Act, 1965

Respectfully, the Oversight Fiscal Board should lift the Stay because the Voting Rights of Vieques were guaranteed by Congress 150 Years Ago, evoked as a **FEDERAL CRIME** to deny or **INTERFERE,** for as long the Plaintiffs Paid for the Proceedings One More Time, All Evidence at the PACER System.

PROMESA STAY IS NOT PERMAMENT AND EXCEEDED THE 75 DAYS, TO OVER 550 DAYS:

## SUNDAY, SEPTEMBER 27TH, 2020. From 8:00 AM – 3:00 PM

1. **Exhibit #4 VOTING VOUCHER; Voting in (4), Yes or No Options:**
   1) Si_____ No_____ Vieques as Municipality and becoming a State with Puerto Rico.
   2) Si_____ No_____ Vieques, Separate of the Puerto Rico Territory to be created by the United States Congress as U.S. Vieques 6th Island Territory.
   3) Si_____ No_____ Vieques Governance Board, the People Govern as third Party: No Mayor or Governor nor Legislature will have the Full Empowerment over the Federal Funds nor the Land.
   4) Si_____ No_____ The Community Leaders will be ELECTED by the People of Vieques every 4 years.

2. The Proceedings will be paid for the Plaintiffs:
   1) Electoral Commission Hotel & Diets Expense Paid by Community.
   2) Electoral Vouchers Expense Paid by Community.
   3) Electoral Lists Expense Paid by Community.
   4) Electoral Booths Expense Paid by Community.

FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS.ADV. PROC. NO.
_______________ - 6

IV

**NEITHER ON CASE 18-1782, WHILE PLAINTIFFS ARE NOT CREDITORS.**

CASE ON: In *Peaje Investments LLC v. García-Padilla*, 845 F.3d 505 (1st Cir. 2017), the First Circuit affirmed in part and vacated in part a lower court order denying two motions for relief from the PROMESA stay. The court held, among other things, that: (i) the lack of "adequate protection" of a secured creditor's interest is "cause" for relief from the stay, even though PROMESA does not expressly include language to that effect.

1. **PROMESA § 2194 provided that its enactment would serve as a stay of substantially all creditor collection efforts** against Puerto Rico, its instrumentalities, and their property until February 15, 2017. As permitted by PROMESA, the commonwealth sought and obtained from the Oversight Board an **extension of the stay for an additional 75 days.** The Puerto Rico government has since requested that the Oversight Board seek from the United States Congress a further extension of the stay to December 31, 2017. Acts violating the stay are void under section 2194(h).
   a. **November 27th, 2018, Order of Court, applied PROMESA STAY** on the Vieques Territorial Voting Right based on the Restructuration of the Fiscal Debt.
      i. The Stay is not permanent, and the Oversight Fiscal Board must notice that the Stay on Case 18-1782, it is exceeding the 75 Days according to the request of the Government of Puerto Rico.
2. Plaintiffs respectfully are not Creditors nor Collection Companies, nor Demanding for any Monetary claim but for their Voting Rights, respectfully asking the Oversight Fiscal Board to lift the Stay because the case ARISE OUT OF PROMESA.
   a. **Since November 27th, 2018-June 2020** = PROMESA Stay is not permanent and in terms of DISCRIMINATION on the 75 days, Vieques had an extension of Over 2 Years.
   b. Actually, the Stay is exceeded the 75 days to over 550 days.
   c. The Fifteenth Amendment to the United States Constitution **prohibits the federal government and each state from denying a citizen the right to vote** based on that citizen's "race, color, or previous condition of servitude." It was ratified on February 3, 1870, as the third and last of the Reconstruction Amendments.

**Voting Rights Act**, U.S. legislation (August 6, 1965), that aimed to overcome legal barriers at the state and local levels that **prevented African Americans** from exercising their right to vote under the Fifteenth Amendment (1870), to the Constitution of the United States.

1. Since 1917 according to the Jones Law, the Native Viequenses became **African Caribbean Americans** and the Stay is not permanent.

FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS.ADV. PROC. NO.

- 7

2. Plaintiffs aimed to overcome legal barriers presented by **PROMESA Tittle III, manipulating the Law and arbitrary violating the 15th Amendment Discriminatory vs Plaintiffs.**

   a. ***Shelby County v. Holder***, 570 U.S. 529 (2013), is a landmark United States Supreme Court case regarding the constitutionality of two provisions of the Voting Rights Act of 1965: Section 5, which requires certain states and local governments to obtain federal preclearance before implementing any changes to their voting laws or practices; and Section 4(b), which contains the coverage formula that determines which jurisdictions are subjected to preclearance based on their histories of discrimination in voting.

   b. On June 25, 2013, the Court ruled by a 5-to-4 vote that Section 4(b) is **unconstitutional** because the coverage formula is based on data over 40 years old, making it no longer responsive to current needs and therefore an impermissible burden on the constitutional principles of federalism and equal sovereignty of the states. The Court did not strike down Section 5, but without Section 4(b), **no jurisdiction** will be subject to Section 5 preclearance **unless Congress enacts a new coverage formula.**

## V

## PLAINTIFFS VOTING SOVEREIGNTY IS CONSTITUTIONAL AND APPLYING PROMESA STAY TO THE VOTING RIGHTS IS UNCONSTITUTIONAL

3. **Respectfully, the Oversight Fiscal Board cannot implement PROMESA TITTLE III to inactivating the 15th Amendment but Congress can enact a new coverage formula.**

   a. **550 days without lifting the Stay.** Such Action is a Federal Crime and Discriminatory.

   b. Section 2194(e) provides that, upon the request of a party and "after notice and a hearing," the court—the U.S. District Court for the District of Puerto Rico—may grant relief from the stay" for cause shown." The term "cause," however, is not defined.

4. Please, under section 2194(f), the stay automatically terminates 45 or 75 days after a request for stay relief is made unless the court orders otherwise.

   a. Section 2194(g) provides that, upon the request of a party-in-interest, the court, with or without a hearing, **"shall grant such relief from the stay provided under subsection (b) as is necessary to prevent irreparable damage to the interest of an entity in property,** if such interest will suffer such damage before there is an opportunity for notice and a hearing" on a stay relief request.

5. **REDUCING THE MUNICIPALITIES BY ZONIFICATION INTO COUNTIES** was signed at the very last moment of the Resignation of the Ex-Governor Ricardo Rossello, validating the Commonwealth of Puerto Rico incapacity to manage 78 municipalities.

a. Demonstrating the Commonwealth of Puerto Rico Death Ferry administrative failures and if they cannot manage 78 municipalities, they may do better with 77 municipalities.

**VI**

**PROGRESIVE POLITICAL PARTY (PNP) GIFT-RUINING ROOSEVELT ROAD BASE**

**NEVER SOMETHING BEAUTIFUL BUT UGLY-MAKING THEIR LIVES A HARD-SOCIAL BONDAGE, PUNISHED A COMMUNITY WITH A NAZI CONCENTRATION CAMP ROOSEVELT ROAD FERRY TERMINAL**

This is the Latest Cruelty Act of the Commonwealth's Politicians. This is the Best Offer for the Passengers. THIS IS THE BEST PORT TERMINAL THAT THE COMMONWEALTH'S POLITICIANS CAN OFFER TO THE RESIDENTS while funds desperately need it to boost the Social Economic Development never arrived to their Designatory… NO MORE! ENOUGH IS ENOUGH! WITHOUT SAFETY PRECAUTIONS PUTTING AT RISK, THE VISITORS AND RESIDENTS… PETS… WALKING IN THE MIDDLE OF STREETS. NOTICE THE WHITE SAFETY LINE. We the Plaintiffs has Struggled, complaint while they walk a great distance to the Parking lot. The Commonwealth has demonstrated their incapacity to manage 78 municipalities = The Cowboys in Texas have more respect for the Cattle than the Commonwealth's Politicians for the We the People of Vieques **NO MORE! ENOUGH IS ENOUGH = SOMEBODY HELP US, PLEASE!**

**REMEDY:**

**VIEQUES TERRITORIAL PLEBISCITE**

**SUNDAY, SEPTEMBER 27TH, 2020. From 8:00 AM – 3:00 PM**

## VII

## STATEHOOD WITHOUT VIEQUES

## NAVY MOSQUITO PORT TERMINAL IN VIEQUES

THE COMMONWEALTH'S POLITICIANS GREATEST GIFT

THE TOILETS SEPTIC WATERS WILL BE THROWN IN THE OCEAN = Modern Legal Genocide.

**THE POPULAR DEMOCRATIC PARTY (PPD) GREATEST GIFT FOR THE VIEQUES RESIDENTS. THIS IS A WELL-DONE JOB OF JOSE A. MARCANO, ENGINEER**

Loot at the 2 Pipes at the Top, comes from the 8 Toilets at the Ferry Terminal and the Pope at the left goes to the small septic tank, and the Pipes at the right and bottom of the box, lead the Septic Waters to using the stones as filters and the droppings reaching the OCEAN WATERS. The Amazing Piggie Engineering will feed the fishes, Sea Turtles and every specie and following the feeding line. It is a cultural and a necessity of the Natives Families of the islands to feed their loved ones from fishing and now the fishes will be carrying **HUMAN DROPPINGS TO THEIR TABLES**, feeding their children with HUMAN DROPPINGS, the finest love demonstration of **THE POPULAR DEMOCRATIC PARTY (PPD) MAGIC BOX – MODERN LEGAL GENOCIDE.**

**2019:** Engineer Marcano won a Lawsuit vs Vieques of $1 Million while the Plaintiff and the Municipality Attorneys were from the Popular Democratic Party, including the Mayor of Vieques = Checkmate-Legal Corruption Act.

FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS.ADV. PROC. NO.

- 10

The Community has struggle to prevent the OPENING of the **Navy Mosquito Pier Terminal** as a CAMPAIGN STRATEGY… We have contacting EPA, the NOAA, and the Coast Guard begging for help. Somebody Help us!

**REMEDY:**

**VIEQUES TERRITORIAL PLEBISCITE**

We the People of Vieques want to put an end to this unhealthy relationship with the Commonwealth of Puerto Rico. Both Political Parties Officials after granting Vieques 63 years of bombing, for all they care is making harder the hard bondage to force the Native Viequenses to leave their homes while 50,000 are already gone.

Because now they want the Land.

**2002:** By the time that the Navy were leaving and the actual Young Adult with children of Vieques while they were homeless children living with Grand Parents:

1. **Senator Eduardo Bathia**

**(PPD)** Taking advantage of the disadvantages while the Mayor was from the PPD too, and the misery created for the Founder of their Political Party 1938-2003; bought in the very coast at Barrio La Hueca. Land badly need it, for the Social Economic Development of Vieques and he is set up in the middle of the New Vieques Boulevard. The Senator with the Longest Career at the San Juan Capitol Hill Building, and did nothing, for Vieques but took the land.

2. **$1 Million Dollars Judgement for the Engineer Marcano:** The Municipality had to paid in cash $210,000 and the Engineer claimed the most Valuable Coast of over $5 Billion Value for $790,000 while the Municipality agreed and mad the first payment. Marcano claimed the Land by the Navy Pier Port Terminal, badly need it for the Social Economic Development of Vieques.

**THIS IS SICK. THIS TANK WILL NOT COVER FOR SEPTIC DEMAND ON THE TERMINAL**

**SOMEBODY HELP US, PLEASE!**

FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS ADV. PROC. NO.

- 11


**ROOSEVELT ROAD NAVY BASE BECAME A NAZI FERRY PORT TERMINAL**

while We the People of Vieques CRY OUT, treated like the JEWS on the way to the Gas Chamber.
2017: As a Political Strategy of Ricardo Rossello, as Governor of Puerto Rico
and Carlos Johnny Mendez, President of the House of Representatives, District 36.

**HEARTLESS POLITICIANS TREATING OUR GRAND MOTHERS, PUSHING THROUGH THE STONES THEIR WALKERS WHILE THEY COULD BARELY WALK = MAKING THEIR LIVES A HARD-SOCIAL BONDAGE.**

Punishments done legally seeking for the best on their Municipality's Welfare =

**UNBEARABLE MODERN LEGAL GENOCIDE**

**REMEDY:**

**VIEQUES TERRITORIAL PLEBISCITE**

**SUNDAY, SEPTEMBER 27TH, 2020, From 8:00 AM – 3:00 PM**

FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS ADV. PROC. NO.
- 12

6. **Vieques becoming U.S. Vieques, 6th Insular U.S. Territory** will implement the Governance **"The People will Govern as Third Party in Government"** as a Corruption Acts Measure as their U.S. Vieques Government Foundation because No Governor, Nor the House of Representative or the Senate will have the full empowerment upon the Approval of Project and Federal Funds Assignments, without the Authorization of the

7. CODESU Community Governance Board; Social Economic Development Remedy:

**HACIENDA LA PERLA HISTORY THEME PARK**

8. https://haciendalaperlathe.wixsite.com/haciendalaperlahisto

University of Vieques Green Campus
Tuition Free
Design
Hacienda La Perla History Theme Park
Auto-Financing Source for Professor's Payroll
& Build the Vieques Community Hospital &
Humanitarian University
PASSIVE PARK VIEQUES
CHESS SCHOOL & MINI
FÚTBOL PRACTICE FIELD
PARKING
BANK

AFTER 63 YEARS OF LOYALTIES TO THE UNITED STATES NATIONAL SECURITY =

**SAVING PRIVATE VIEQUES**

RESPECTFULLY, BEING POOR AND BEING DUMMY ARE NOT SYNONYMS THE PLAINTIFFS ARE BRILLIANT PEOPLE AND AFTER 80 YEARS OF NON-DEVELOPMENT DAMAGES WANTS THE RIGHTS TO LIFE, LIBERTY, AND THE PURSUIT OF HAPPINESS, OURSELVES = **REMEDY: VIEQUES TERRITORIAL PLEBISCITE**

FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS.ADV. PROC. NO.
- 13

9. **CODESU** created their own way of Social Economic Development, building SOLUTIONS to resolve the Ferry Service Social issues like 85% of Unemployment, No University, No Hospital, No Proper Nutrition, No Stores = ATM Ferry Service Dependency. Achieving Vieques Financial Freedom, minimizing the United States Homeland Security Financial Threats.

10. **Hacienda La Perla History Theme Park** is an Auto Financial Source will create over 3,000 jobs direct and indirect, Fundraising Camp to Self-Sustain the Infrastructure of Vieques, and build the University of Vieques Green Campus, Tuition Free, because the Classrooms will be under the Trees. Vieques Community Hospital & Doctor PPP, Humanitarian Medical University in U.S. Territory. **WHERE THE POOR CAN BECOME DOCTORS, responding to the COVID 19-Doctors necessity of Puerto Rican Doctors, we need Doctors building Doctors 911, to face the future and succeed.** Building Youngsters to become the Better African Caribbean Americans. How come Cuba, such a poor Country can offer Tuition Free Classes? **CODESU will reinforced Vieques with their own Vieques Ferry Service.**

11. Plaintiffs, presented to the Honorable Court, all evidence paying All Fees of the Electoral Commission Expenses, from the Hotel Estimates and the Evidence of Payment of the Voting Vouchers, on file at Pacer System.

    a. **Exhibit #5:** On December 11, 2019, the Honorable Court Ordered if the Plaintiffs desired the Stay Relief, must seek the Stay lifting at Tittle III Court and Plaintiffs filed a reconsideration.

    b. **Exhibit #6:** March 26, 2020, Denied and directed to the PROMESA Title III Court for the District of Puerto Rico.

    c. **Exhibit #7: How a $38M Covid 19 Test kit deal turned sour = Indecent Corrupted Robbery Act.** Juan Maldonado's Scammer Case, while people are homeless in the South of Puerto Rico because of the Earthquakes, and many others since Hurricane María, and everybody running scare from Covid 19, while others were dying; heartless Government Officials followed Maldonado's Scam, reaping off the U.S. Congress's Trust.

        i. Was not the same Juan Maldonado who was fired/ATM Ferry Service, rented for 7 days the Cargo Ferry, for the Wedding in Vieques of a Multimillionaires?

    d. **Exhibit #8:** Governance Community Board Signatures. Vieques has suffered all typed of discriminations and abused from Both Political Parties of the Commonwealth of Puerto Rico, and in terms of **PROMESA Automatic Stay,** let us evoke:

FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS.ADV. PROC. NO.
- 14

# VI

## Respectfully, Petition from the Honorable Court the Government/Commonwealth of Puerto Rico for Redress of Grievances

i. **Could PROMESA Tittle III, deny; The First Amendment** (Amendment I) to the United States Constitution **prevents the government from making laws which regulate an establishment** of religion, prohibit the free exercise of religion, **or abridge the freedom of speech**, the freedom of the press, the right to peaceably assemble, or the right to petition the government for redress of grievances?

ii. **PETITIONING REDRESS OF GRIEVANCES: VIEQUES TERRITORIAL PLEBISCITE.**

e. **Exhibit #9:** Tropical Guesthouse Estimate. Electoral Commission Housing.

f. **Exhibit #10:** EZ Impress. Voting Voucher Estimate.

g. **Exhibit #11:** FBI, Yashei Rosario Good Conduct Certificate.

Respectfully, to the Honorable Laura Taylor Swain, We the People of Vieques cannot take this anymore. Do We have Rights? Are We considered humans? This is not the United States Police Department but the Commonwealth of Puerto Rico. Maybe you may consider granting the Plaintiffs, life, liberty and the pursuit of happiness ourselves and send an investigation on the Puerto Rico Port Authority, East Coast, to be transferred to the Municipality of Vieques because for the past 80 years seems to be so difficult to treat the Plaintiffs as human beings. **IN THE EYES OF THE GOD IN WHOM WE TRUST, PRIVATE VIEQUES DID NOT TAKE THE AMERICAN CITIZENSHIP FOR GRANTED BUT EARNED. SO, HELP US GOD, PLEASE: SOMEBODY!**

**SAVING PRIVATE VIEQUES**

RESPECTFULLY SUMMITTED, on the 30th day of June of 2020.

**Yashei Rosario, President & Federal Law Student**
Litigating for Development Socioeconomic
Sustainable Fideicomiso of Vieques, CODESU, Inc.
HC 2 Box 12914
Vieques, PR 00765
(787) 903-3233
vieques.codesu@gmail.com

FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS ADV. PROC. NO. ____________ - 15