AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| PROMESA TITTLE III COURT | DISTRICT OF | PUERTO RICO |
|---|---|---|

Yashei Rosario; DESCO VIEQUES

V.

Financial Oversight Management

**EXHIBIT AND WITNESS LIST**

Case Number: 3:17-BK-3283 (LTS)

| PRESIDING JUDGE<br>Hon. Layra Taylor Swain | PLAINTIFF'S ATTORNEY<br>Yashei Rosario | DEFENDANT'S ATTORNEY<br>Financial Oversight Management |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/30/2020 | | | MUNICIPALITY ENDORESEMENT/PROCEEDING OF VIEQUES TERRITORIAL PLEBISCITE |
| 2 | | 6/30/2020 | | | AUGUST 3, 2030, PLEADING ON CASE 2320 (CCC) ACCEPTED AT FIRST CIRCUIT BOSTON |
| 3 | | 6/30/2020 | | | ELECTORAL COMMUNION OF PUERTO RICO REQUESTED AN ORDER OF COURT |
| 4 | | 6/30/2020 | | | VOTING VOUCHER WITH FOUR (4) YES OR NO OPTIONS |
| 5 | | 6/30/2020 | | | DECEMBER 11, 2019 ORDER OF COURT - FIRST CIRCUIT TO REQUEST STAY RELIEF |
| 6 | | 6/30/2020 | | | MARCH 26, 2020 ODER OF COURT DENYING APPEAL DIRECTING PLANINTIFFS 12/11/2019 |
| 7 | | 6/30/2020 | | | 38M LAST CURRUPTION ACT ON JUAN MALDONADO ON COVID 19 |
| 8 | | 6/30/2020 | | | DESCO GOVERNANCE COMMUNITY BOARD SIGNATURES ON FILING |
| 9 | | 6/30/2020 | | | TROPICAL GUESHOUSE ESTIMATE - ELECTORAL COMMISSION - HOUSING IN VIEQUES |
| 10 | | 6/30/2020 | | | EZ IMPRESS ESTIMATE - VOTING VOUCHERS - VIEQUES TERRITORIAL PLEBISCITE |
| 11 | | 6/30/2020 | | | MYRIAM YASHEI ROSARIO FBI CONDUCT CERTIFICATE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

Estado Libre Asociado de Puerto Rico
Gobierno Municipal de Vieques
Oficina del Alcalde

*Hon. Víctor M. Emeric Catarineau*
*Alcalde*

25 de enero de 2018

Sra. Yashei Rosario
HC2 Box 12914
Vieques, PR 00765

Estimada señora Rosario:

Acuso recibo de su reciente comunicación en la cual solicita el endoso municipal para la celebración del Referéndum de Soberanía Insular que propone celebrar el 25 de marzo de 2018. En su solicitud usted expresa que su meta es separar a Vieques de Puerto rico a causa de que "EL PROBLEMA NOS SON LAS LANCHAS SINO 77 AÑOS DE NO DESARROLLO ECONÓMICO"

Realmente en mi experiencia como alcalde en estos últimos (5) cinco años he sentido el abandono tanto de mi anterior Administración como de ésta hacia el pueblo de Vieques. Cuando se hacían y hacen planteamientos y denuncias al Gobierno Central sobre la necesidad de mejorar los servicios de salud, transportación marítima, seguridad y otros servicios estatales, algunos funcionarios del ejecutivo o inclusos aquellos que han ocupado o ocupan puestos electivos tratan de hacer ver que eso es responsabilidad exclusiva del alcalde, cuando en realidad la responsabilidad es del Gobierno Estatal, porque son servicios estatales. Pero para algunos "la culpa es ajena."

Inclusive en Vieques por años las carreteras estatales han sido completamente desatendidas por el Gobierno Estatal. El Municipio con sus limitados recursos las atiende como puede sin recibir un solo centavo de compensación o ayuda a cambio. Lo mismo con el problema de los caballos realengos en las carreteras estatales. El Gobierno Estatal se ha desatendido del problema dejando al Municipio solo en la búsqueda de alternativas para atender el problema de seguridad que esto representa para nuestro pueblo y aquellos que nos visitan.

Estamos también de acuerdo que hace falta un plan de desarrollo económico para Vieques. Lamentablemente son ciertos viequenses, además, del Gobierno de Puerto Rico, los primeros obstáculos al desarrollo de Vieques ya que se oponen a cualquier innovación y todo es no.

Durante mi administración siempre he apoyado toda expresión democrática de nuestra gente, sin buscar protagonismos hemos dado el espacio para que el pueblo se exprese, sea mediante asambleas de pueblo, donde hemos sabido participar y escuchar sin imponer ideas o posiciones o el referéndum del puente de Vieques, donde se dio la oportunidad a nuestro pueblo a expresar su posición sobre los sistemas de transportación entre Vieques y Puerto Rico.

Calle Carlos Le Brúm # 449 Vieques, Puerto Rico 00765 (787) 741-5051 Fax. (787) 741-0565
Email: municipio.vieques@gmail.com

Me parece que este referéndum puede ofrecer a los viequenses la oportunidad de dar un mensaje claro y contundente de que históricamente hemos sido abandonados por las administraciones del gobierno central en Puerto Rico y que ha llegado el momento en que se nos den las herramientas para promover el desarrollo sustentable de nuestra isla.

En resumen, el Fideicomiso de Desarrollo Sustentable de Vieques, tiene mi endoso para llevar a cabo el referéndum de soberanía insular de Vieques, confiamos que puedan cumplir con los requisitos que se les establezcan y que puedan levantar los recursos económicos para cubrir los gastos de este ejercicio democrático.

Atentamente,

*[signature]*

Hon. Víctor M. Emeric Catarineau
Alcalde