Yashei Rosario, CEO CODESU, Inc.
Pro Se Litigant
HC 2 Box 12914
Vieques, PR 00765
(787) 477-2829
Vieques.codesu@gmail.com

United States District Court for the District of Puerto Rico
District of Puerto Rico
File Number Case 17-CV-2320-(CCC)

DEVELOPMENT SOCIOECONOMIC SUSTAINABLE
TRUST OF VIEQUES, DESCO, INC.
CODESU GOVERNANCE COMMUNITY BOARD
Yashei Rosario, President CODESU
HC 2 Box 12914 Vieques, PR 00765,
**Plaintiffs,**

vs.

GOVERNMENT-COMMONWEALTH OF PUERTO RICO
RESPECTFULLY
**HON. Carlos Johnny Mendez, President of the House**
Cámara - Capitolio PO Box 9022228 San Juan, PR 00902

**Hon. Tomas Rivera Schatz, President of the Senate**
Senado – Capitolio P.O. Box 9023431 San Juan, PR. 00902

**Hon. Ricardo Rosselló, Governor of Puerto Rico**
**Oficina del Gobernador, La Fortaleza — Chief.**
PO Box 9020082. San Juan, PR 00902-0082
**Defendant**

Case No.: **CASE 18-1782**

NOTICE OF APPEAL:
1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES
TO VIEQUES AND THE NAVY IS GONE TO BE BLAME.
2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED
BY OTHERS WHO CONTROL THE ISLAND WHERE THEY
LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED
THEIR EMPOWERMENT OVER VIEQUES AS THEIR
MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR 77
YEARS. 3. HELPING THE NATIVE VIEQUENSES AS A
POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A
COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS
GENOCIDE CONDITION. CONTROLLING WHERE THEY
EXPEND THEIR MONEY AND MEDICAL INSURANCE. 5.
GENOCIDE IS AN INTENTIONAL ACTION TO DESTROY A
PEOPLE IN WHOLE OR IN PART.   6. 911 SEEKING THE
THREE (3) NORTH AMERICAN JUDGES JUDGEMENT, A
PRO BONO ATTORNEY TO TRANSLATE PLEADING TO
LEGAL TERMS OR PLEADING AS SUMMARY
JUDGEMENT.

**A Commonwealth is a Great Government in which ALL People Involved HAVE TO SAY**

**REMEDY: VIEQUES SOVEREIGNTY INSULAR REFERENDUM**

**SEPTEMBER 16, 2018 FREEDOM REVIVAL 1865**

**RESPECTFULLY COMES NOW,** in a Notice of Appeal is hereby given that Commonwealth of

Puerto Rico, Governor Hon. Ricardo Rossello, President of the House of Representative Hon.

Carlos Johnny Mendez and President of the Senate Hon. Tomas Rivera Schatz, defendants.

Plaintiffs, **DEVELOPMENT SOCIOECONOMIC SUSTAINABLE TRUST OF VIEQUES,**

**CODESU, INC. CODESU GOVERNANCE COMMUNITY BOARD AND YASHEI ROSARIO,**

hereby appeal to the United States Court of Appeals for the First Circuit of Boston.

NOTICE OF APPEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO
BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE
THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR
MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR 77 YEARS. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS
GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE. 5. GENOCIDE
IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART.   6. 911 SEEKING THE THREE (3)
NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR
PLEADING AS SUMMARY JUDGEMENT. - 1

Plaintiffs feel owned by others, who controls the place where they live and transported into an exploitative situation as helping the Plaintiffs as the Native Viequenses became a political scheme. Between May 7, 2018 - September 1, 2018, the Commonwealth's politicians will Execute Vieques, and Exterminate an entire community as Private Vieques who served with one of the longest military careers and helped the United States to accomplish their greatest military achievements since Pearl Harbor through Iraq. Over 900,000 live ammunitions bombs were dropped, since 1940-2003, and got nothing in return.

**Helping the Native Viequenses as a political scheme.** For 63 years the United States Congress honored Private Vieques and funds badly need it for the Economic Development of the island were controlled by the Commonwealth politicians and never arrived at their righteous destination. **1999-2003:** Private Vieques actions were not in against Congress while their protest was to prevent the Commonwealth from getting another $$$ million on our community's sacrifices, for the United States. **May 1, 2003-2018: 15 years later and No Development** but the Navy is gone to be blamed = 77 years of Non-Development Damages.



1. **PLAINTIFFS COMMUNITY JUDGMENT**: On U.S. Congress, DoD/Navy/Marines ORDERED, that judgment be entered as NOT GUILTY of the Non-Development Damages and **filed a complaint** on November 27, 2018, to begin a direct relationship with the U.S. Congress like Guam and the U.S.V.I.

2. Plaintiffs have filed a complaint on November 27, 2018, based on their past hurtful and untruthful history, while the Commonwealth of Puerto Rico abused their empowerment over Vieques, and on this Appeal, Plaintiffs feel EXECUTED by the Commonwealth since May 7, 2018 - September 1, 2018.

    a) The Commonwealth has demonstrated to Congress, their incapacity to

NOTICE OF APPEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR 77 YEARS. 3. HELPING THE NATIVE VIEQUENSES AS A POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE. 5. GENOCIDE IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART.   6. 911 SEEKING THE THREE (3) NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR PLEADING AS SUMMARY JUDGEMENT. - 2

manage 78 municipalities and Vieques want to put an end to this unhealthy

political relationship with the Commonwealth and decide on our future

ourselves on **September 16, 2018: to begin a directly with the U.S.**

**Congress like Guam, and the U.S. Virgin Islands.**

**A Commonwealth is a Great Government in which ALL People Involved HAVE TO SAY**

3. **REMEDY: Vieques Sovereignty Insular Referendum:**

   a) Amendment XV. Section 1. The right of citizens of the United States to vote

   shall not be denied or abridged by the United States or by any state because

   of race, color, **or previous condition of servitude.**

**I**

**JUDGMENT ON JUNE 29, 2018**

**ON CASE 17-CV-2320-CARMEN CONSUELO CEREZO JUDGEMENT** filed a complaint on

November 27, 2017, (d. e. 2).  Having failed to file proof of service by June 27, 2018 as

required by Court's June 15, 2018 Order (d. e. 14) or show good cause to extend the time

for the service under Fed. R. Civ. P. 4(m), it is ORDERED and ADJUDGED that judgment be

entered DISMISSING the action against defendants Commonwealth of Puerto Rico, Carlos

Johnny Mendez, Tomás Rivera Schatz, and Ricardo Rosselló, **WITHOUT PREJUDICE.**  SO

ORDERED AND ADJUDGED. At San Juan, Puerto Rico, on June 29, 2018.

1. **Exhibit #1:** Postal Envelop posted on June 19, 2018, two days later after a

   weekend, arriving two days later.

   a) **Respectfully, U.S. Court of Appeal may verify on the system, when the**

   **summons was uploaded.**

2. **Respectfully submitting** this appeal and paying the fees as our last survival resort

NOTICE OF APPEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO
BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE
THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR
MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR  77 YEARS.  3. HELPING THE NATIVE VIEQUENSES AS A
POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS
GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE.  5. GENOCIDE
IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART.   6. 911 SEEKING THE THREE (3)
NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR
PLEADING AS SUMMARY JUDGEMENT. - 3

*Exhibit #2*

to be heard by Three (3) North American Judges not involve with the Commonwealth of Puerto Rico Politicians, for an emergency judgment on transporting a community to an exploitative situation/genocide.

3. **November 27, 2017,** after the Hurricanes Irma and Maria while all Communications were abruptly interrupted, Plaintiffs in the middle of desperation without home phones nor wireless, no internet, no electricity, no water felt abandoned and put on hold by the Commonwealth's politicians.

4. The worse, **No ATM Ferry Service and Lock Up in the Island** as an unmerciful act done by the Commonwealth who denied Vieques the Economic Development creating the Ferry Dependency on buying their necessities and desires in the Main Island, PR and specifically at the Municipality of Fajardo Stores and Hospitals, instead than locally while created a Life Sentence Floating Ferry Penalty Dependency = 77 years Non-Development Damages.



   a) **Left behind for five (5) days** watching the U.S. Congress attending directly the U.S.V.I. and all these Airplanes flew over Vieques to reach the U.S.V.I. Survival while Plaintiffs feel owned by others who control the place where they live and the only right granted to Vieques by the Commonwealth for the past 77 years, is the Right to Remain in Silent.

   b) **Case No.: 17-CV-2320-(CCC)** as they do not truly represent us in the United States Congress. A community as Private Vieques earned for 63 years of loyalty to the U.S. National Security, **a direct relationship with U.S. Congress from September 30, 2018 FREEDOM REVIVAL 1865.**

5. **REMEDY: September 9, 2018,** Vieques Sovereignty Insular Referendum.

   a) **Since November 27, 2017,** plaintiffs began to contact the Court weekly, to serve the Summons as were advised that must wait on Judge Carmen Consuelo Cerezo while not even one motion, was seen by the Magistrate.

   b) January 29, 2018: Filed on Case 17-CV-2320-(CCC) Exhibit #7: **Municipality Endorsement,** granting Vieques the celebration of the **"Vieques Sovereignty Insula Referendum," for March 25, 2018.**

NOTICE OF APPLEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR  77 YEARS.   3. HELPING THE NATIVE VIEQUENSES AS A POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLIOTATIVE RECKLESS GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE.  5. GENOCIDE IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART.   6. 911 SEEKING THE THREE (3) NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR PLEADING AS SUMMARY JUDGEMENT. - 4

    c) Weekly continuing contacting the Honorable Court to serve the Summons as we were advised that we must wait on Judge Carmen Consuelo Cerezo while not even one motion, was seen by the Judge.

    d) **March 25, 2018** passes and never received on HC 2 Box 12914 Vieques, PR 00765-0741 any communication from the Court.

6. **Seven (7) Months later**, after contacting the First Circuit of Boston and received over the mail the **Judicial Disqualification Documents/Form** as plaintiffs felt discriminated by a Federal Law supposed to protect the Minorities Voting Right **codified at 42 U.S.C. §§ 1973 to 1973aa-6.**

## II

### Amendment XV Section 1

The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any state because of race, color, **or previous condition of servitude.**



7. Plaintiffs feel owned by other who controls the place where they live.

8. Respectfully, contacted the Court to lead our Judicial Disqualification Complaint to Hon. Gustavo Gelpí, Chief of Judges, according to Rule 4 Judicial Misconduct/Discrimination on the Minorities Voting Right **codified at 42 U.S.C. §§ 1973 to 1973aa-6.**

9. Suddenly on June 29, 2018, a letter from the Judge Carmen Consuelo Cerezo arrived with all the Motions all dated on different dates, as seen.

    a) **Exhibit #2:** Notification on the Municipality Endorsement. Granted.

    b) **Exhibit #3:** Notification Claim that CODESU failed on serving the Summons while the Magistrate waited for a half year and granted the Plaintiffs, to serve the Summons until June 27, 2018.

10. **Plaintiffs were instructed to file Summons before 4:45 PM.**

    a) **Exhibit #4:** Plaintiffs filed the evidenced to the Honorable Court on Servicing the Summons Property on June 27, 2018, 4:06 PM.

NOTICE OF APPLEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR 77 YEARS. 3. HELPING THE NATIVE VIEQUENSES AS A POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE. 5. GENOCIDE IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART. 6. 911 SEEKING THE THREE (3) NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR PLEADING AS SUMMARY JUDGEMENT. - 5

b) Commonwealth of Puerto Rico 2018 June 27, 1:17 PM.

c) Governor Hon. Ricardo Rossello 2018 June 27, 1:17 PM.

d) President of the Senate Hon. Tomas Rivera Schatz, 2018 June 27, 1:50 PM.

e) President of the House Hon. Carlos Johnny Mendez 2018 June 27, 2:08 PM.

11. **Exhibit #5: Notification:** Case Dismissing the action against defendants for having failed to file proof of service by June 27, 2018.

   a) Respectfully, plaintiffs felt discriminated by Federal Law that protect the Minorities Voting Right **codified at 42 U.S.C. §§ 1973 to 1973aa-6.**

12. **Notice of Appeal on Judgement June 18, 2018:** Plaintiffs feel entitle to redress of grievances as will demonstrate that Plaintiffs have the Right to Vote in an Insular Referendum like the State of California.

13. California has scheduled on November 6, 2018, a Referendum to divide the States into Three States responsibly because cannot attend the necessities and desires of the population, on one State.

14. Appealing on recent brutal acts done against the Plaintiff's welfare by the Commonwealth's politicians on **June 18, 2018,** and next one scheduled for **September 1, 2018,** transporting the Plaintiffs into an exploitative situation on their own hometown, manipulating their political empowerment.



15. **Amendment XV Section 1.** The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any state because of race, color, or previous condition of servitude.

   a) It was proven that the Commonwealth of Puerto Rico wrongful irresponsible administrations sacrificing the welfare of the Puerto Rican People, demonstrating their incapacity to manage 78 municipalities.

   b) Remedy: Vieques Sovereignty Insular Referendum, without Vieques they may do better administrating 77 municipalities, instead of 78.

16. Plaintiffs have filed a complaint on their past hurtful abusive history with the Commonwealth of Puerto Rico, abridge history with the Commonwealth but **We the People of Vieques**, that demonstrate their abusive empowerment violating our Civil and Human Rights in every level.

NOTICE OF APPLEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR 77 YEARS. 3. HELPING THE NATIVE VIEQUENSES AS A POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE. 5. GENOCIDE IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART. 6. 911 SEEKING THE THREE (3) NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR PLEADING AS SUMMARY JUDGEMENT. - 6

## III

## Vieques Hospital Stolen by the Commonwealth of Puerto Rico

17. **Exhibit #6:** Documents in Spanish, House of Representative San Juan, (Medida RC0335) Bill RC00335 filed on **May 7, 2018**, abridging the Municipality's rights, demonstrating the Commonwealth abusing their empowerment. Resolution states in Spanish (translating):

   a) **"WE ORDER THE MUNICIPALITY OF VIEQUES TO TRANSFER THE PROPERTY TITLE OF THE VIEQUES MEDICAL CENTER (CDT) SUSANA CENTENO, TO THE DEPARTMENT OF HEALTH OF PUERTO RICO, FOR $1.00 DOLLAR."**

   b) **Exposition of Motives.** Paragraph Three (3): Blaming and making responsible the Municipality of Vieques on the deterioration of the (CDT) Susana Centeno Medical Facility structure failures, the sanitary system, and the Air Conditioner system failures, among others.

   c) **The Failure in the CDT Susana Centeno Medical Facility began FROM the 1993-1996 weak facility construction.**

**A Commonwealth is a Great Government in which ALL People Involved HAVE TO SAY**

NOTICE OF APPLEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR 77 YEARS.  3. HELPING THE NATIVE VIEQUENSES AS A POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE.  5. GENOCIDE IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART.   6. 911 SEEKING THE THREE (3) NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR PLEADING AS SUMMARY JUDGEMENT. – 7

Exhibit #2

## IV

## Comparative on the Medical Services granted by U.S. Congress in 1913

18. **1913: The United States Built a Fully Equipped Hospital in Vieques**



a) Dr. José Celso Barbosa Alcala (July 27, 1857 – September 21, 1921) was a Puerto Rican physician, sociologist, and political leader. Known as the father of the Statehood for Puerto Rico movement, Barbosa was the first Puerto Rican, and one of the first persons of African descent to earn a medical degree in the United States. Thanks Wikipedia.

b) In 1900 Barbosa was among the first five Puerto Rican leaders appointed to the Executive Cabinet under Governor **Charles H. Allen**, in the first civilian government organized by the United States. He served in the Cabinet until 1917. From 1917–1921, Barbosa served in the **First elected Puerto Rican Senate. Thanks Wikipedia.**

c) **Hon. Arthur Yager, 1913 – 1921: Governor of Puerto Rico.**



d) 1913: Hon. Arthur Yager/Barbosa, promoted the Jones Act granting the U.S. Citizenship to all Puerto Ricans.

e) **Doctor Jose Celso Barbosa led Hon. Arthur Yager built the best Medical Facility in 1913: A Fully Equipped Hospital in Vieques,** with labor and surgery rooms, guaranteeing to give birth locally, and safeguarded the Native Viequenses lives with a surgery room, and a pharmacy and all the

NOTICE OF APPEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR 77 YEARS.  3. HELPING THE NATIVE VIEQUENSES AS A POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE.  5. GENOCIDE IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART.   6. 911 SEEKING THE THREE (3) NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR PLEADING AS SUMMARY JUDGEMENT. – 8

medications were provided. Safeguarded a perfect treatment to a community

in an isolated island. **Thanks Wikipedia.**

f) **1989: HELPING THE NATIVE VIEQUENSES BECAME A POLITICAL**

**SCHEME** transported into an exploitative situation in their own hometown,

instead of granting Vieques the Economic Development, as their necessities

and desires were not provided locally like U.S. Congress helped the U.S.V.I.

Maximized the Ferry dependency into a Floating Ferry Penalty buying in the

Main Island but particularly sustaining the economy of the Municipality of

Fajardo preventing the Municipality of Vieques economy from getting stronger.

g) **Hon. Pedro Rossello, 1993-2001: Governor of Puerto Rico. Creator of**

 **the Public Medical Insurance** and instead of building a

higher qualify Medical Facility improving the services on the

1913 Municipal Hospital:  Rossello built a **NON-FULLY**

**EQUIPPED BUT A DISPENSARY (Centro de Diagnóstico y** 

**Tratamiento (CDT) Susana Centeno with just an Emergency Room** as a

Municipal Hospital in Vieques, **WITHOUT** a labor nor surgery room as the

Native Viequenses children **WERE NOT** born in Vieques anymore, maximizing

the dependency or condemned to spend a higher percentage of our lifetime

Floating Ferry Penalty because their medical necessities were not resolved

locally but at the HIMA Hospital of Fajardo.

h) **Without Labor Room nor Surgery Room**, guaranteeing for the Native

Viequense's women engaging labor pain must be put on hold, and all the

medical emergencies must be relocated **"WHENEVER OR DIE"** as Rossello's

Medical Insurance was invested in the municipality of Fajardo's Medical

Facilities as now we are transferred to the Caribbean Hospital in Fajardo.

NOTICE OF APPLEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR  77 YEARS.   3. HELPING THE NATIVE VIEQUENSES AS A POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE.  5. GENOCIDE IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART.   6. 911 SEEKING THE THREE (3) NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR PLEADING AS SUMMARY JUDGEMENT. – 9

Exhibit #2

i) **2000-2008:** Major Dámaso Serrano, tried to build a Second Floor to improve the medical services with a labor, surgery and dialysis rooms as a structure was not strong enough to support a second story. The Major reinforced and achieved **improvised** on the First level, a Labor and Dialysis Rooms.

j) **Exhibit #7**, **2008-2012**: Carlos Johnny Mendez career achievement as Representative as Major Evelyn Delerme of the same political collectivity, began to face the deterioration of a recently built by their Governor Pedro Rossello's (CDT) Susana Centeno. The Air Conditioner system, the Sanitary systems begin to fail while the Labor and dialysis rooms were closed. On his Achievements does not show the purchase of any Air conditioner nor repairing the sanitary system.

19. **Since 1913,** Vieques had a Fully Equipped Hospital with all the necessaries to secure the Native Viequense's survival locally, granted by the United States Congress.

a) **September 9-20, 2017:** After the Hurricanes Irma and Maria, Governor Yager's/Barbosa's Hospital structure still stand.

b) **September 9-20, 2017:** After Hurricane Irma and Hurricane Maria crushed Governor Pedro Rossello's Hospital.

**A Commonwealth is a Great Government in which ALL People Involved HAVE TO SAY**

20. **Actual Major Víctor Emeric attended the Session** schedule on June 18, 2018 and refused to transfer the CDT Susana Centeno Medical Facility as the Plaintiffs Patrimony and bought for $860,000 as he was ignored, and the House of Representative imposed their Bill demonstrating their abusive empowerment.

21. Remedy: Since the Treaty of Paris, Vieques claiming the Fifteen Amendment.

**A Commonwealth is a Great Government in which ALL People Involved HAVE TO SAY**

**Vieques Sovereignty Insular Referendum on September 16, 2018 Freedom Revival 1865.**

NOTICE OF APPLEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR  77 YEARS.  3. HELPING THE NATIVE VIEQUENSES AS A POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE.  5. GENOCIDE IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART.   6. 911 SEEKING THE THREE (3) NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR PLEADING AS SUMMARY JUDGEMENT. - 10

a) **Exhibit #8:** Municipal Resolution #20 on the Municipality of Vieques purchasing the Vieques Medical Center (CDT) Susana Centeno in 1998, for $860,000 dollars from the Department of Health and the Governmental Bank of Puerto Rico while they were auctioning the facility in 1998.

b) **Why now the Commonwealth develop such interest on helping the Native Viequenses as Plaintiffs?**

22. **FEMA** did an evaluation on the Hurricanes damages to the CDT Susana Centeno an estimated $23 million.

23. **Major Victor Emeric told the House of Representative that the Plaintiffs will have $23 million as he signed agreeing with FEMA estimate.**

24. **Exhibit #9:** San Juan, House of Representative Voting Summary Approving the Bill on transferring the Medical Facility against the will of the Plaintiffs represented at that time by the Major of Vieques.

25. **Helping the Native Vieques or a Political Scheme on the $23 million.**

**v**

**Compare the Medical Services in Similar Communities**

**Roy Lester Schneider Hospital**



26.       The United States Congress provided an Economic Development to the U.S.V.I., based on Cruises with a 169-bed acute care facility located on St. Thomas, U.S. Virgin Islands.  An Island Three times smaller than Vieques.

27. Remedy: Since the Treaty of Paris, Vieques claiming the Fifteen Amendment.

**A Commonwealth is a Great Government in which ALL People Involved HAVE TO SAY**

**Vieques Sovereignty Insular Referendum on September 16, 2018 Freedom Revival 1865.**



NOTICE OF APPLEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO
BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE
THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR
MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR  77 YEARS.  3. HELPING THE NATIVE VIEQUENSES AS A
POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS
GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE.  5. GENOCIDE
IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART.   6. 911 SEEKING THE THREE (3)
NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR
PLEADING AS SUMMARY JUDGEMENT. - 11

*Exhibit #2*

28. **Vieques Self-Sustainable Development Plan Based on the Economic**

**Development of Ketchikan, Alaska with**

**an 8,050 Population** similar like Vieques

10,000 and the United States helped them

built an amazing Economic Development

based on Cruises like the U.S. Virgin Islands,

while all their necessities and desires are

brought, and they satisfied all their needs locally.



29. 2016, Guam was awarded and well-taking care by the U.S. Congress.

30. **PeaceHealth Ketchikan Medical Center:**

A Population of 8,050 people well-taking care by the U.S. Congress and has such a



Medical Facility and Awarded PHKM with a $3.6

million Grant for the entire Health System from the

**Federal Department of Health and Human**

**Services** to help improve community health

clinical practices.



31. Notice, how the United States Congress helped the communities and improved their

Medical Assistance locally, securing their survival.

32. **Nothing like Pedro Rossello's WEAK STRUCTURE Medical facility.**

**A Commonwealth is a Great Government in which ALL People Involved HAVE TO SAY**

33. We want to put an end to this unhealthy political relationship with the

Commonwealth of Puerto Rico:

a) **Remedy: Vieques sovereignty Insular Referendum**

b) **Amendment XV. Section 1:** The right of citizens of the United States to vote

shall not be denied or abridged by the United States or by any state because

of race, color, **or previous condition of servitude.**

NOTICE OF APPEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO
BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE
THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR
MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR  77 YEARS.  3. HELPING THE NATIVE VIEQUENSES AS A
POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS
GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE.  5. GENOCIDE
IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART.   6. 911 SEEKING THE THREE (3)
NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR
PLEADING AS SUMMARY JUDGEMENT. - 12

Exhibit #2

34. **1940-May 2018:** Suddenly the Commonwealth granted one million dollars to all the 78 municipalities and Vieques received the grant, after 77 years of Non-Development Damages.

35. **Establishing examples** on how the Commonwealth keeps their exploitative measures while the municipality struggles **exploited in their hometown** with a minimum **Budget** like strangling the Municipality financed and condemned by the Commonwealth to have a little growth:

   a) **The Bioluminescent Bay Tour Case:** The only community survival option and the Commonwealth targeted the Bio-Bay fees and every Concessionary must pay **$3.00** dollars from their fees on each participant to the Government.

   b) Showing their compelled habit of exploitative proprietorship abusive empowerment over the municipality of Vieques that does not **at least .50 cents** on a local Natural Resource, nor benefitted on 63 years of over 900,000 live ammunition bombing of all calibers at the Vieques Naval Training Range.

36. **$1 million grant and now may be a great cost to the Plaintiffs** because the Commonwealth denied Vieques, the Economic Development and for 77 years, the plaintiffs depended on the Ferry Service to buy their necessities and desires in the Main Island, but specifically their Medical Necessities are supplied at the Municipality of Fajardo:

   a) **June 18, 2018:** Took over our Medical Facility abusing their empowerment over the Municipality of Vieques.

**A Commonwealth is a Great Government in which ALL People Involved HAVE TO SAY**

37. Remedy: Since the Treaty of Paris, Vieques claiming the Fifteen Amendment.

   a) **Vieques Sovereignty Insular Referendum**

      i. **On September 16, 2018 Freedom Revival 1865.**

NOTICE OF APPLEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR 77 YEARS. 3. HELPING THE NATIVE VIEQUENSES AS A POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE. 5. GENOCIDE IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART.  6. 911 SEEKING THE THREE (3) NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR PLEADING AS SUMMARY JUDGEMENT. - 13

Exhibit #2

# VI

## WE WANT TO PUT AN END TO THIS UNHEALTHY POLITICAL RELATIONSHIP
## WITH THE COMMONWEALTH OF PUERTO RICO

38. **Exhibit #10: LOCK UP IN THE ISLAND. NEW Ferry Service Pricelist beginning on September 1, 2018:** Commonwealth will raise the Prices on the Ferry Services EXECUTING the community, the NAVY cannot be blamed:

   a) **Resident fare will remain the same, $2.00 - $2.50 dollars.**

   b) Visitors $11.25 One-Way x 2 = $22.50 per person x 2 people = $45.00 dollars, destroying the Tourism as a Municipality Financial Resource.

   c) **Small Car for visitors and residents $50.00 One-Way x 2 = $100.00 an Entire Execution to the Residents and local Commerce** as the Plaintiffs depends on transporting their vehicles to the Main Island to buy groceries but especially for the elderlies and handicapped. **Governor Ricardo Rossello** responded to Vieques claim: "It was approved, and this is it = Genocide.

   i. Helping the Native Viequenses as a Political scheme: BUT THESE PRICES INCLUDE THE ISLAND OF CULEBRA who voted Yesterday 2018 August 1: "NO. DO NOT AGREE." What is a Short Ferry Route for Vieques, it is the Longest Ferry Route for Culebra.

   ii. Helping the Native Viequenses as a Political scheme: Vieques said NO. Do Not Agree already.

   iii. Governor Rossello imposed his criteria in the media.

   d) Both Islands, Vieques and Culebra were host of the Naval Training Range and never benefitted of their sacrifices for the United States National Security and the helped the Peace of the World and got nothing in return.

**A Commonwealth is a Great Government in which ALL People Involved HAVE TO SAY**

   i. **Why the Commonwealth wants to continue sacrificing us to resolve their financial problems and their abusing expenses on Federal funds while we didn't benefitted?**

NOTICE OF APPLEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR 77 YEARS. 3. HELPING THE NATIVE VIEQUENSES AS A POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE.  5. GENOCIDE IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART.  6. 911 SEEKING THE THREE (3) NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR PLEADING AS SUMMARY JUDGEMENT. - 14

e) Notice the vehicle prices increase by the size of the vehicle and the groceries provider trucks will not be able to deliver the merchandise because nobody can afford to pay these fees.

39. **Exhibit #11: Vieques Self-Sustainable Development Plan.** Plaintiffs, after rendered 63 years of an extraordinary military service helping the United States to achieve their greatest military accomplishments since Pearl Harbor to Iraq, got nothing in return.

40. Plaintiffs created their own Survival Strategy Economic Development Plan and taken to congress since 2014-2018, because we refused the help of the Commonwealth's Investors but earned as the righteous owners of all these development ideas to minimize Crime and the Welfare participants to less than 5%, becoming a very productive and to set an example to the United States Tax Payers.

41. **IS THIS ENTIRE EXECUTION TO HELP THE NATIVE VIEQUENSES OR ABOUT THE VIEQUES CARIBBEAN HISTORY THEME PARK & ECONOMIC DEVELOPMENT PLAN?**

a) Based on the Alaska Ferry Service, plaintiffs created the Vieques Ferry Service a friendship liaison among the U.S. Territories, from Vieques to the U.S.V.I. based in over 16,000 Native Viequenses who relocated since 1940, 50's, 60's, 70's. 80's, 90's to the U.S. Virgin Islands. 

b) The friendship liaison maximizing the commerce while we can buy in St. Thomas Nike's and there are plenty stores in the USA that may open in Vieques, maximizing the **Vieques Ferry Service, besides we can visit our family member in the U.S.V.I.**

c) The Commonwealth is now projecting the Friendship liaison trip, why? while they had demonstrated specifically through this FERRY EXECUTION, how much they care for the Native Viequenses residents in Vieques do not care the 10,000 residents, why they should care for our family members, who relocate to the U.S.V.I.?

42. **The U.S. Virgin Islands have Shopping Center with all they need locally,** Movie Cinema, with a Magnificent Hospital, because U.S. Congress grant them an Economic Development based in Cruises, granted by the U.S. Congress.

NOTICE OF APPLEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR 77 YEARS. 3. HELPING THE NATIVE VIEQUENSES AS A POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE. 5. GENOCIDE IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART. 6. 911 SEEKING THE THREE (3) NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR PLEADING AS SUMMARY JUDGEMENT. - 15

a) The U.S.V.I. did not help the United States National Security as Vieques did for 63 years and regardless, the Plaintiffs did our duty and earned the Right to Vote, 15th Amendment on two options on **September 16, 2018 Freedom Revival 1865:**

    **i.** _____Vieques remaining a municipality and administrate by the Commonwealth of Puerto Rico.

    **ii.** _____ Amending the Foraker Law to segregating Vieques from the Puerto Rico Territory and never again a municipality of the Commonwealth of Puerto Rico but as the United States will give birth to a Newborn U.S. Territory with a Direct Relationship with the United States Congress becoming the Newborn U.S. Vieques, 6th Insular U.S. Territory.

43. **In the eyes of the God in whom we trust**, this is the Plaintiffs caring idea: In the middle of all these **Slaughters of Innocents Revival** like in the Natural Lawbook, throughout the Nation, the United States will engage the **2018 FREEDOM REVIVAL 1865** creating life, by giving birth to a **NEWBORN** U.S. TERRITORY; **U.S. Vieques Sixth Insular U.S. Territory.**



44. **Respectfully**, asking the Honorable Court: Do we have rights? Are we entitled to Voting Rights? Are we excluded of the Fifteen Amendment? Do we have to continue this unhealthy political relationship with Mommy Dearest Commonwealth of Puerto Rico, the babysitter who eats our food and let us starve?

a) 77 years of Non-Development Damages have been more than enough.

b) **PLAINTIFFS COMMUNITY JUDGMENT**: Congress, DoD/Navy/Marines, ORDERED, that judgment be entered as NOT GUILTY of the Non-Development Damages, **filed a complaint** on November 27, 2018, to begin a direct relationship with the U.S. Congress like Guam, Ketchikan Alaska, and the U.S.V.I.

45. **Respectfully,** could the Honorable court grant the Plaintiffs a Pro Bono Attorney who may translate our pleading into Legal Terms in a Summary Judgment or may consider accepting our plead as Summary Judgment?

NOTICE OF APPLEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR 77 YEARS. 3. HELPING THE NATIVE VIEQUENSES AS A POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE. 5. GENOCIDE IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART.   6. 911 SEEKING THE THREE (3) NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR PLEADING AS SUMMARY JUDGEMENT. – 16

46. According to the Fifteen Amendment, there is no need for a Trial.

47. According to the Minorities Voting Rights Act (VRA), codified 42 U.S.C. §§ 1973 to 1973aa-6: Federal Civil Rights Law protects minorities from discriminatory voting practices. There is no need for a Trial.

48. Since May 7, 2018, Commonwealth of Puerto Rico began an EXECUTION on the Plaintiffs and schedule on September 1, 2018, the EXTERMINATION OF AN ENTIRE COMMUNITY who honored greatly the United States National Security.

    a) **Helping the Native Viequenses as a Political Scheme.**

49. A Commonwealth is one founded on law and united by compact or tacit agreement of the people for the **common good**, one in which supreme authority is vested in the people. Which common good, for Vieques?

    a) **What is a municipality?** A primarily urban political unit having corporate status and usually powers of SELF-GOVERNMENT.

    b) Plaintiffs feel owned by others who control the place where they live.

    c) **Is not this a refined way of Slaughter of Innocents?**

50. What is the purpose of the Law when politicians used their legal expertise to develop destructive ideas against a municipality and transported a community to an exploitative situation or an extermination or genocide? 

    a) **Genocide** is intentional action to destroy a people in whole or in part.

    b) 77 years protesting as one more time the Community got organized for Friday August 3, 2018, to protest on vehicles ferry transportation prices, $50 dollars each way for a small car that include residents and visitors, depending on the size of the vehicle, the merchandise trucks will not reach the island anymore.

51. Heartless Mommy Dearest Commonwealth of Puerto Rico, always abusing their empowerment over Vieques to resolve their financial mistakes on Puerto Rico and Congress.

52. Hopefully the Honorable Court of Appeal for the First Circuit of Boston may put an end to their abusive treatment with **a community as Private Vieques who honored for 63 years the United States National Security** and just earned horror and sufferings from the hands of the Commonwealth's politicians.

NOTICE OF APPLEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR 77 YEARS. 3. HELPING THE NATIVE VIEQUENSES AS A POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE. 5. GENOCIDE IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART. 6. 911 SEEKING THE THREE (3) NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR PLEADING AS SUMMARY JUDGEMENT. — 17

*Exhibit #2*

53. What is the purpose of the Law when the legal experts are to refine and lost the perspective to notice a community transported to an exploitative situation, forced them to leave their homes because their survival depends on the Ferry Service?

54. **Exhibit #12:** Newspaper El Vocero Headline on Three Dialysis Suicidal Patients in Vieques who let themselves die because they could not have access to their medical treatment but increasing their suffering.

55. After lifetime across the ocean regardless the weather to buy or attend their medical appointments, through the worse moment struggling through Hurricanes Irma and Maria… Trying to secure our roofs while the 2018 Hurricane Season just began.

   a) **The unmerciful the Commonwealth's politicians threat our safety to raise the Ferry the Prices on September 1, 2018.**

**A Commonwealth is a Great Government in which ALL People Involved HAVE TO SAY**

56. Respectfully, **BEGGING** the Honorable Court of Appeal to grant Vieques with the Insular Referendum on **SEPTEMBER 16, 2018 FREEDOM REVIVAL 1865.**

57. The Commonwealth's politicians acknowledging the fact on the **Three Suicidal Handicapped Dialysis Patients** as we cried for help throughout the hurricane emergency and were ignored, knowing the fact, many handicapped and elderlies before leaving their homes, will let themselves die.

58. **Genocide** is intentional action to destroy a people in whole or in part.

NOTICE OF APPEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR  77 YEARS.  3. HELPING THE NATIVE VIEQUENSES AS A POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE.  5. GENOCIDE IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART.   6. 911 SEEKING THE THREE (3) NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR PLEADING AS SUMMARY JUDGEMENT. - 18

## VII

### 1989 ONE FAMILY CONTROLLING THE EAST COAST OF PUERTO RICO

*"The accumulations of all powers legislative, executive and judiciary in the same hands, whether one, a few or many and whether hereditary, self-appointed, or elective, may justly be pronounced the very definition of tyranny."* **Hon. James Madison.**

## Marketing Exploitative Strategy

Hon. Carlos Johnny Mendez, President of the House of Representative of Puerto Rico



**1989-2004:** Biography at the House of Representative online. 1989-2018: Anibal Melendez became the Major of Fajardo and Carlos Johnny Mendez is the Major's wife brother. The in-Law's Project. Mendez was hired by his brother in law as **Director of Federal Affairs of the Municipality of Fajardo, and together** began the transformation of the Municipality of Fajardo, with several Shopping Centers, Stores, Movie Theaters and Hospitals, becoming one of the greatest Metropolis of Puerto Rico, and their population increased significantly.

**31. HELPING VIEQUES AS A POLITICAL SCHEME.** Establishing that Culebra and Vieques are two (2) separate island municipalities, Culebra is Culebra and Vieques is Vieques, both with similar necessities and both depends on the ATM Ferry Service, to buy their needful things, Medical Specialist, and hospitalizations in the municipality of Fajardo.

    **a)** **1989-1993:** The Economic Development of the Municipality of Fajardo, 17 nautical miles each way = 34 nautical miles regardless the weather.

    **b)** **1993-1996:** Governor Pedro Rossello and father of the actual Governor Ricardo

NOTICE OF APPLEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR  77 YEARS.   3. HELPING THE NATIVE VIEQUENSES AS A POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE. 5. GENOCIDE IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART.   6. 911 SEEKING THE THREE (3) NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR PLEADING AS SUMMARY JUDGEMENT. – 19

Exhibit #2

Rosselló, created the Public Medical Insurance and simultaneously built the

Vieques Medical dispensary instead of a fully equipped medical facility improving

the Arthur Yager's – Dr. Jose Celso Barbosa's 1913 Hospital.

c) **As a result, besides sustaining the Fajardo's Commerce, every Medical**

**emergency instead of been attended locally, it had to be transferred to the**

**HIMA Fajardo Hospital, maximized the dependency of the usage of the Ferry**

**Service conditioning the survival of the Native Viequenses** into a huge hazard

spending a huge percentage of their lifetime through a Floating Ferry Penalty.

d) *HELPING THE NATIVE VIEQUENSES OR CONTROLLING WHERE THEY SPEND*

*THEIR MONEY AND THEIR MEDICAL INSURANCE.*

e) Instead of granting the Economic Development of Vieques like the U.S. Virgin

Islands had their own survival locally. Generation through generations condemned

as many residents relocated or rather stay sustaining the **HUGE COMMERCE** of

the Metropolis of Fajardo, and we got enough.



f) **Hon. Carlos Johnny Mendez** won the District 36, House of Representative of

Puerto Rico, maximizing the family empowerment.

➢ **2004-2012:** Hon. Luis Fortuño, Governor of Puerto Rico. Mendez was

reelected and during Governor Luis Fortuño's Administration, you may notice

among his greatest achievements, that didn't include any sore of Economic

Development for Vieques and never helped on the maintenance of the CDT

Susana Centeno *SUGJUGATING*, <span style="color:red">**were exploited in their home town**</span>, or

<span style="color:red">**were transported to the exploitative situation**</span>, like a community into a

NOTICE OF APPEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO
BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE
THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR
MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR  77 YEARS.   3. HELPING THE NATIVE VIEQUENSES AS A
POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS
GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE.  5. GENOCIDE
IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART.   6. 911 SEEKING THE THREE (3)
NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR
PLEADING AS SUMMARY JUDGEMENT. - 20

Floating Ferry Penalty, to buy in the Fajardo's Stores and expending their

medical insurance in the Fajardo's Medical Facilities and Specialists.

➢ **2017-2020: Carlos Johnny Mendez, won his reelection and became the President**

**of the House of Representatives,** maximizing the family empowerment to the highest,

***SUBJUGATING OUR LIVES, OUR LIBERTIES, AND OUR PURSUIT OF***

***HAPPINESS*** manipulating our needs.

**32.** *"The accumulations of all powers legislative, executive and judiciary in the same hands,*

*whether one, a few or many and whether hereditary, self-appointed, or elective, may justly*

*be pronounced the very definition of tyranny."* **Hon. James Madison.**

**33. Exhibit # 13: 2018 June 20, El Vocero Newspaper** as the Ferry Route will be minimized

from 17 to a Shorter Route of 7 nautical miles instead of Fajardo but through the

Municipality of Ceiba, specifically in the Old Base Roosevelt Road Navy Terminal, while

ignored the community need of their own local Economic Development.



**a)** Translating second-third paragraph of the statement of Major of Fajardo Anibal

Melendez, to El Vocero: "For all the passengers traveling from Vieques to Ceiba

will have more time in Fajardo, where they come to resolve their daily personal

needs because they actually travel an hour and a half in ferries to Fajardo. **Third**

**Paragraph:** "For us is important that they may have more time in here because

they will expend more (TAX/IVU) and for them as they will take advantage of

having more time in Fajardo."

**34. The Native Viequenses feels owned by others who control the island where they live.**

**a)** ***HELPING THE NATIVE VIEQUENSES OR CONTROLLING WHERE THEY EXPEND***

***THEIR MONEY AND THEIR MEDICAL INSURANCE.***

**35.** RESPECTFULY, THE HONORABLE COURT OF APPEAL MAY HELP VIEQUES TO BREAK

THROUGH THE FLOATING FERRY PENALTY. NO MORE FERRY DEPENDENCY.

NOTICE OF APPLEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO
BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE
THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR
MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR 77 YEARS.  3. HELPING THE NATIVE VIEQUENSES AS A
POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS
GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE.  5. GENOCIDE
IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART.   6. 911 SEEKING THE THREE (3)
NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR
PLEADING AS SUMMARY JUDGEMENT. - 21

a) 63 years of over 900,000 live ammunition bombing and got nothing in return.

b) 1940-2018: Funds badly need it for the Economic Development of Vieques were transported to the Commonwealth or another municipality's economy.

c) **Vieques, a community as Private Vieques** on May 1, 2003, we can righteously say that we were honorably discharged from our duties AND WE EARNED A NEW WAY OF LIVING but as Owners of Economic Development and be proud of our success as community for honoring the United States National Security, not that after 63 years of sacrifices facing over 900,000 bombs and never benefitted.

d) Then, since 1989, we have supported the Stores and Economy of the Municipality of Fajardo, and we got enough.

e) Are we considered human by the Commonwealth's politicians?

f) We did our duty and earned a great Economic Development to buy in our own stores and keep the benefit of our own TAX/IVU locally, as Congress may help us build a high quality Medical Facility like in U.S.V.I., Ketchikan, like Congress did in 1913 through Arthur Yager's and Dr. Jose Celso Barbosa's Hospital in Vieques.



**A Commonwealth is a Great Government in which ALL People Involved HAVE TO SAY**

**36. Remedy:** A Commonwealth is a great government in which all people involved have a say and since the Treaty of Paris, Vieques 911, claiming the Fifteen Amendment.

a) **Vieques Sovereignty Insular Referendum**

➤ **On September 16, 2018 Freedom Revival 1865.**

➤ **A Vote for Life, Liberty, and the Pursuit of Happiness**

➤ We want to resolve our daily shores locally. We want to buy our needful things locally, why if the printer run out of ink, we hate to take a Ferry across the Atlantic Ocean to buy in another municipality and many times the ink is not available in Fajardo and we have to drive for one hour to San Juan to get it?

NOTICE OF APPLEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR 77 YEARS. 3. HELPING THE NATIVE VIEQUENSES AS A POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE. 5. GENOCIDE IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART. 6. 911 SEEKING THE THREE (3) NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR PLEADING AS SUMMARY JUDGEMENT. - 22

**b)** Are we considered part of the FREE? Vieques a community as Private Vieques earned facing for 63 years of over 900,000 live ammunition bombs of all calibers, TO BE PART OF THE BRAVES.

➢ We refuse to continue living among tyranny in government.

**37.** The First Law of U.S. Vieques honoring James Madison as 6th Insular U.S. Territory:

**a)** *"The accumulations of all powers Legislative, Executive, and Judiciary in the same hands, whether one, a few or many and whether hereditary, self-appointed, or elective, may justly be pronounced the very definition of tyranny."*

**38.** Respectfully, to the Honorable Court as the Plaintiffs fears the Commonwealth of Puerto Rico selfishness and closing our pleading statement on the significant statement made by Hon. Thomas Jefferson:

**a)** **"When governments fear the people, there is liberty,"** reads the quotation.

**b)** **"When the people fear the government, there is tyranny."**

**c)** "The strongest reason for the people to retain the right to keep and bear arms is,

**d)** as a last resort,

**e)** **(Vieques Sovereignty Insular Referendum),**

**f)** to protect themselves against tyranny in government."

NOTICE OF APPLEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR 77 YEARS. 3. HELPING THE NATIVE VIEQUENSES AS A POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLIOTATIVE RECKLESS GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE. 5. GENOCIDE IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART. 6. 911 SEEKING THE THREE (3) NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR PLEADING AS SUMMARY JUDGEMENT. – 23

**Respectfully, to the Honorable Court,** on September 1, 2018, the extermination of our community will begin and probably the Honorable Court of Appeal may notice after our threats to reach the First Circuit of Boston, the door of negotiation was open, but we are here to VOTE to get away of a lifetime of tyranny in government and the Navy is Gone to be blame.

Respectfully, the Honorable Court of appeal may consider granting the Plaintiffs on Sunday, September 16, 2018 FREEDOM REVIVAL 1865, **Vieques Sovereignty Insular Referendum is our only way out and our last survival resort.**

Respectfully Submitted to the Honorable Court on 3 of August of 2018.

Yashei Rosario, Community Leader
Pro Se Litigant
**Exhibit #14: Yashei Rosario,**
**FBI Criminal Record Certificate.**
HC 2 Box 12914
Vieques, PR 00765-0741
vieques.codesu@gmail.com
(787) 477-2829

NOTICE OF APPLEAL: 1. 77 YEARS CAUSING NON-DEVELOPMENT DAMAGES TO VIEQUES AND THE NAVY IS GONE TO BE BLAME. 2. 1940-2018: THE NATIVE VIEQUENSES FEELS OWNED BY OTHERS WHO CONTROL THE ISLAND WHERE THEY LIVE, AS THE COMMONWEALTH'S POLITICIANS ABUSED THEIR EMPOWERMENT OVER VIEQUES AS THEIR MUNICIPALITY, ABRIDGED THEIR SURVIVAL FOR 77 YEARS. 3. HELPING THE NATIVE VIEQUENSES AS A POLITICAL SCHEME. 4. 1940-2018: TRANSPORTED A COMMUNITY INTO A FERRY EXPLOITATIVE RECKLESS GENOCIDE CONDITION. CONTROLLING WHERE THEY EXPEND THEIR MONEY AND MEDICAL INSURANCE. 5. GENOCIDE IS AN INTENTIONAL ACTION TO DESTROY A PEOPLE IN WHOLE OR IN PART. 6. 911 SEEKING THE THREE (3) NORTH AMERICAN JUDGES JUDGEMENT, A PRO BONO ATTORNEY TO TRANSLATE PLEADING TO LEGAL TERMS OR PLEADING AS SUMMARY JUDGEMENT. - 24