**COMISION ESTATAL DE ELECCIONES**

*exhibit #3*

**ÁNGEL L. ROSA BARRIOS**
Secretario

11 de diciembre de 2018

Sra. Yashei Rosario
HC 2 Box 12914
Vieques, PR 00765

RE: REFERÉNDUM

Estimada señora Rosario:

Conforme a su petición de solicitud para que la Comisión Estatal de Elecciones atienda la celebración de un Referéndum en el pueblo de Vieques para el mes de febrero de 2019, la misma se incluyó para evaluación en la Reunión del pasado 28 de noviembre del corriente. Discutido el asunto, la Comisión resolvió que hasta que no se produzca una orden judicial determinando que procede la consulta propuesta por usted para incorporar a Vieques como territorio separado de los Estados Unidos; la Comisión no tiene nada que proveer.

Sin otro particular, quedo

Cordialmente,

Ángel L. Rosa Barrios
Secretario

*Handwritten note:*
Honorable
We never ask to separate Vieque from the United States but from the Puerto Rico Territory

Yashei