Exhibit #4

# PLEBISCITO TERRITORIAL DE VIEQUES

## Por Orden Judicial del Sistema Federal de Tribunales a Celebrarse el Domingo 27 de Septiembre de 2020

## Vote Si o No, en Cuatro (4) Preguntas con una X

1. **ESTADIDAD CON VIEQUES: Que Vieques continue integrado al Territorio de Puerto Rico, aceptando la Ley de Condados y Vieques sea Administrado por el Condado de Fajardo.  Acepto, que Fajardo gobernará sobre Naguabo, Ceiba, Luquillo, Culebra y Vieques. Ejemplo: El Alcalde de Fajardo será el único Alcalde.  \*Ingles/English:** Statehood with Vieques: Let Vieques continue integrated into the Territory of Puerto Rico, accepting the Law of Counties and Vieques is administered by the County of Fajardo. Accept, that Fajardo will rule over Naguabo, Ceiba, Luquillo, Culebra and Vieques. Example: The Mayor of Fajardo will be the only Mayor.

   Si/Yes: _____          No: _____

2. **ESTADIDAD SIN VIEQUES: Que Vieques sea Separado del Territorio de Puerto Rico y tenga una relación directa con el Congreso de Estados Unidos, creado como U.S. Vieques un Nuevo Territorio, con Gobernador, Cámara y Senado, con su propia Constitución. Que Los Fondos Federales y toda ayuda de FEMA, lleguen directo a Vieques.  \*Inglés/English:** State Without Vieques: That Vieques is separated from the Territory of Puerto Rico and has a direct relationship with the Congress of the United States, created as U.S. Vieques a New Territory, with Governor, Chamber and Senate, with its own Constitution. Let the Federal Funds and all FEMA Aid reach Vieques directly.

   Si/Yes: _____          No: _____

3. **JUNTA DE GOBERNANZA COMUNITARIA: El Pueblo Gobierna como el TERCER PODER, sobre los Fondos Federales y las Tierras. El Alcalde, ni la Legislatura tendrán el poder absoluto para decidir sobre las Vidas, Fondos Federales o las Tierras que son Propiedad del Pueblo en lucha, obligatoriamente deben consultar al Pueblo en Asamblea.  \*Inglés/English:** Governance Community Board: The People Govern as the Third Party in Power, on the Federal Funds and the Lands. The Mayor, nor the Legislature, will have the absolute power to decide on the Lives, Federal Funds or Lands, that are Owned by the People in struggle, its mandatory to consulted with the People in Assembly.

   Si/Yes: _____          No: _____

4. **LOS LÍDERES COMUNITARIOS deben ser Electos por el Pueblo, en Elecciones Especiales Comunitarias.**
   **\*Inglés/English:** The Community Leaders must be elected by the People, in Community Special Elections.

   Si/Yes: _____          No: _____