Exhibit #5

# United States Court of Appeals
## For the First Circuit

No. 18-1782

YASHEI ROSARIO, President, CODESU; DEVELOPMENT SOCIOECONOMIC SUSTAINABLE FIDEICOMISO OF VIEQUES, CODESU, INC.,

Plaintiffs - Appellants,

v.

COMMONWEALTH OF PUERTO RICO; CARLOS JOHNNY MENDEZ, President of the House; THOMAS RIVERA-SCHATZ, President of the Senate; RICARDO ROSELLO, Governor of Puerto Rico,

Defendants - Appellees.

### ORDER OF COURT

Entered: December 11, 2019

Plaintiffs have filed a status report in which they request that this court lift the PROMESA-based stay of the appeal. The request is denied. Plaintiffs are directed to the Title III court to seek stay relief if such relief is desired.

By the Court:

Maria R. Hamilton, Clerk

cc:
Maria Soledad Ramirez-Becerra
Victor O. Acevedo-Hernandez
Michael A. Rotker
Mariana E. Bauza Almonte
Alberto R. Lopez Rocafort
Teresa S. Zapata-Valladares
Marie Christine Amy