# United States Court of Appeals
## For the First Circuit

No. 18-1782

YASHEI ROSARIO, President, CODESU; DEVELOPMENT SOCIOECONOMIC
SUSTAINABLE FIDEICOMISO OF VIEQUES, CODESU, INC.,

Plaintiffs - Appellants,

v.

COMMONWEALTH OF PUERTO RICO; CARLOS JOHNNY MENDEZ, President of the
House; THOMAS RIVERA-SCHATZ, President of the Senate; RICARDO ROSELLO,
Governor of Puerto Rico,

Defendants - Appellees.

Before

Howard, Chief Judge,
Lynch and Kayatta, Circuit Judges.

### ORDER OF COURT

Entered: March 26, 2020

Plaintiffs have filed a status report in which they request reconsideration of this court's December 11, 2019, order denying their request that this court lift the PROMESA-based stay of the appeal. The motion for reconsideration is denied. Plaintiffs are directed to the Title III court to seek stay relief if such relief is desired.

By the Court:

Maria R. Hamilton, Clerk

cc:
Yashei Rosario
Claudio Aliff-Ortiz
Carlos Lugo-Fiol