

# From Brisbane to Puerto Rico: how a $38m Covid-19 test kit deal turned sour

The obscure Australian company Promedical said it could supply kits desperately needed by the US territory. But its claims did not stand up to scrutiny

Ben Smee and Christopher Knaus

## Your privacy

We and our partners use your information - collected through cookies and similar technologies - to improve your experience on our site, analyse how you use it and show you personalised advertising.

You can find out more in our privacy policy and cookie policy, and manage your consent at any time by going to 'Privacy settings' at the bottom of any page.

Information that may be used

Purposes

✓ I'm OK with thatOptions

Case:17-03283-LTS Doc#:13597-7 Filed:07/09/20 Entered:07/09/20 12:30:41 Desc: Exhibit Page 2 of 2

Exhibit #7

The company had made promises to a strange cast of intermediaries working for the Puerto Rican government, saying it was able to quickly supply large quantities of desperately needed Covid-19 antibody tests as part of a US$38m (A$59m) deal.

"I watched this video and this guy is being interviewed in front of a garbage truck, there was a garbage truck behind him, backing up," Colón-Ramos tells Guardian Australia.

"I became worried about who was supplying these important tests to Puerto Rico, where my parents and many loved ones live."



A lab technician uses a rapid test to examine a blood sample taken in San Juan, Puerto Rico. Photograph: Ricardo Arduengo/AFP via Getty Images

The US$38m deal was Puerto Rico's single biggest expenditure on testing.

It collapsed.

Promedical was never paid, no final agreement was reached, and the tests never materialised in San Juan. Puerto Rico - where testing and contact tracing was the primary strategy against Covid-19 - is now in a testing crisis.

The deal's collapse, while unlikely to have been Promedical's fault, has prompted global scrutiny of the claims the company was making at the height of the pandemic.

## Your privacy

We and our partners use your information - collected through cookies and similar technologies - to improve your experience on our site, analyse how you use it and show you personalised advertising.

You can find out more in our privacy policy and cookie policy, and manage your consent at any time by going to 'Privacy settings' at the bottom of any page.

Information that may be used
Purposes

✓ I'm OK with that Options