ORIENTAL BANK
HATO REY BR
FEB 2 4 2020
RECEIVED

Exhibit #B

12/16/2017

Development Socioeconomic Sustainable, Fideicomiso de Vieques, DESCO. Inc.
HC 2 Box 12914 Vieques, PR 00765 (787) 477-2829

**RESOLUCIÓN CORPORATIVA CODESU, INC.**

Yo, Myriam Y. ͟hei Rosario, mejor conocida como Yashei Rosario doy fe de ser mayor de edad, casada, vecino de Vieques, Puerto Rico y como Presidente del Development Socioeconomic Sustainable Fideicomiso of Vieques, CODESU, INC., debidamente organizada y existente bajo las leyes del Estado Libre Asociado de Puerto Rico bajo el número 396702, con oficina principal en Vieques, Puerto Rico.

**CERTIFICO**

Que, en reunión de DESCO Governance Community Board, esta Corporación in fines de lucro, en sesión ordinaria y celebrada en Vieques, Puerto Rico, el día 25 de noviembre de 2017 y en la cual hubo "quórum" reglamentario y se aprobó lo siguiente:

DESCO Governance Community Board en pleno determino desarrollar ca da cuerpo como un Comités de 10 o más miembros representativos de nuestra comunidad tales como:

1. Comité de Presidencia 2. Comité de Vice Presidencia 3. Comité de Secretario 4. Comité de Tesorería 5. Comité de Vocales 6. Comité de Pescadores 7. Comité de Jóvenes

Que al no tener cuentas bancarias el Comité de Tesorería, no ha entrado en función, pero esperamos lograrlo para el próximo mes de enero 2018, estemos formalmente organizados con la ayuda de Dios.

Que se autoriza a la señora Yashei Rosario, como Presidenta Interina de dicha Corporación, para que a nombre y en representación de la Corporación pueda firmar, autorizar, someter todo tipo de propuesta, contrato, negociar, convenir, otorgar todos los documentos que sean necesarios para puedan comparecer a los procesos de compra de bienes y servicios profesionales y no profesionales realizados por las agencias del Gobierno de Puerto Rico, municipios, corporaciones públicas y privadas, así como firmar ofertas y suscribir todo tipo de documento requerido como parte de dicha comparecencia.

También, se le autoriza a organizar todo tipo de Demandas buscando el bienestar, la protección y defensa de los Derechos Humanos y Civiles de nuestra comunidad.

Exhibit #8

En mi carácter de Presidente de la Corporación, CERTIFICO, ADEMÁS, que la Resolución arriba transcrita no ha sido revocada, anulada, alterada o enmendada en forma alguna y que se mantiene vigente con toda su fuerza y vigor y que la misma fue adoptada en conformidad con las disposiciones estatutarias de la Corporación, del Certificado de Incorporación y de la Ley.

Y PARA QUE ASI CONSTE, firmo la presente y En Vieques, Puerto Rico, al 16 de diciembre de 2017.

Sra. Yashei Rosario  HC Box 12914 Vieques, PR 00765

*[signature]*

Yashei Rosario
Presidenta
Junta de Gobernanza y autorizada como tal por el Primer Circuito de Boston
Development Socioeconomic Sustainable, Fideicomiso de Vieques, DESCO. Inc.

Development Socioeconomic Sustainable, Fideicomiso de Vieques, DESCO, Inc. Registro 396702



Gobierno de Puerto Rico
Departamento de Estado

Fecha de la Transacción: 19-feb-2020
Núm. Registro: 396702
Núm. Recibo: 1730197

# Gobierno de Puerto Rico
## DEVELOPMENT SOCIOECONOMIC & CONSERVATION, FIDEICOMISO OF VIEQUES, DESCO INC. Encuesta de Datos Económicos 2019

### Información General

| | |
|---|---|
| Núm. Registro | 396702 |
| Nombre | DEVELOPMENT SOCIOECONOMIC & CONSERVATION, FIDEICOMISO OF VIEQUES, DESCO INC. |
| Fecha de Inscripción | 16-jun-2017 |
| Clase | Corporación |
| Jurisdicción | Doméstica |
| Tipo | Sin Fines de Lucro |
| Categoría | Desarrollo Económico, Social Y Comunitario |
| Forma Organización | Entidad de Base Comunitaria |

### Encuesta de Datos Económicos

| | |
|---|---|
| ¿Tiene Número de Identificación Patronal (EIN)? | Si |
| Número de Identificación Patronal (EIN) | 66-0895681 |
| Volumen de Negocio Generado en Puerto Rico | $0.00 |
| Número de Empleados Localizados en Puerto Rico | 1 empleados |
| Número de Voluntarios Localizados en Puerto Rico | 50 – 99 voluntarios |
| Número Total de Horas en Servicio Voluntariado en Puerto Rico durante el pasado año | 1 - 500 |
| ¿Tiene un Certificado de Exención Contributiva del Departamento de Hacienda de Puerto Rico? | No |
| ¿Tiene un Certificado 501(c) 3? | No |
| Valor aproximado de donaciones de individuos | $0.00 |
| Valor aproximado de donaciones de entidades jurídicas | $0.00 |
| Valor aproximado de fondos recibidos del Gobierno de Puerto Rico | $0.00 |
| Valor aproximado de fondos recibidos del Gobierno de los Estados Unidos | $0.00 |
| ¿Tiene algún contrato con alguna instrumentalidad gubernamental? | No |

Exhibit #8

| | |
|---|---|
| ¿Realiza actividades de Investigación y Desarrollo en Puerto Rico? (La Investigación y Desarrollo comprende el trabajo creativo llevado a cabo de forma sistemática para incrementar el volumen de conocimientos, incluido el conocimiento del hombre, la cultura y la sociedad, y el uso de estos conocimientos para crear nuevas aplicaciones.) | Si |
| Seleccione Categoría NTEE | R - Derechos civiles, accion y promoción social |

Yo, Myriam Yashei ROSARIO, declaro bajo pena de perjurio bajo las leyes de Puerto Rico que la información provista en esta encuesta es correcta y entiendo que la corporación es responsable por la misma. Hoy, 19 de febrero de 2020.



Gobierno de Puerto Rico
Departamento de Estado

Fecha de la Transacción: 19-feb-2020
Núm. Registro: 396702
Núm. Recibo: 1730197

# Gobierno de Puerto Rico
## INFORME ANUAL 2019

### Información General

| | |
|---|---|
| Núm. Registro | 396702 |
| Nombre | DEVELOPMENT SOCIOECONOMIC & CONSERVATION, FIDEICOMISO OF VIEQUES, DESCO INC. |
| Fecha de Inscripción | 16-jun-2017 |
| Clase | Corporación |
| Jurisdicción | Doméstica |
| Tipo | Sin Fines de Lucro |
| Categoría | Desarrollo Económico, Social Y Comunitario |
| Forma Organización | Entidad de Base Comunitaria |

### Persona Autorizada

| | |
|---|---|
| Nombre | ROSARIO , Myriam Yashei |
| Dirección | HC 2 BOX 12914 Vieques VILLA BORINQUEN APT 172 VIEQUES PR 00765 |
| Correo Electrónico | yashei.rosario@yahoo.com |
| Teléfono | (787) 306-9440 |

### Dirección Oficina Designada

| | |
|---|---|
| Dirección Física | Bo Esperanza, VIEQUES, PR, 00765-0741 |
| Dirección Postal | HC 2 Box 12914, VIEQUES, PR, 00765-0741 |
| Teléfono | (941) 524-6040 |

### Agente Residente

| | |
|---|---|
| Nombre | Rosario , Myriam Yashei |
| Dirección Física | Bo Esperanza, VIEQUES, PR, 00765-0741 |
| Dirección Postal | Bo Esperanza, VIEQUES, PR, 00765-0741 |
| Correo Electrónico | vieques.codesu@gmail.com |
| Teléfono | (941) 524-6040 |

### Oficiales

El nombre, título, expiración cargo, dirección física y postal y correo electrónico de los oficiales son:

| | |
|---|---|
| Nombre: | CODESU Governance Comunity Board , CODESU, Inc. |
| Título(s): | Vicepresidente |
| Expiración Cargo: | Indefinido |
| Dirección Física: | Bo Esperanza VIEQUES PR 00765-0741 |
| Dirección Postal: | HC 2 Box 12914 VIEQUES PR 00765-0741 |
| Correo Electrónico: | vieques.codesu@gmail.com |

| | |
|---|---|
| Nombre: | CODESU Governance Comunity Board , CODESU, Inc. |
| Título(s): | Subsecretario(a) |
| Expiración Cargo: | Indefinido |
| Dirección Física: | Bo Esperanza VIEQUES PR 00765-0741 |
| Dirección Postal: | HC 2 Box 12914 VIEQUES PR 00765-0741 |
| Correo Electrónico: | vieques.codesu@gmail.com |
| Nombre: | CODESU Governance Comunity Board , CODESU, Inc. |
| Título(s): | Subtesorero(a) |
| Expiración Cargo: | Indefinido |
| Dirección Física: | Bo Esperanza VIEQUES PR 00765-0741 |
| Dirección Postal: | HC 2 Box 12914 VIEQUES PR 00765-0741 |
| Correo Electrónico: | vieques.codesu@gmail.com |
| Nombre: | CODESU Governance Comunity Board , CODESU, Inc. |
| Título(s): | Otro (Fisherman & Youngsters Committee) |
| Expiración Cargo: | Indefinido |
| Dirección Física: | Bo Esperanza VIEQUES PR 00765-0741 |
| Dirección Postal: | HC 2 Box 12914 VIEQUES PR 00765-0741 |
| Correo Electrónico: | vieques.codesu@gmail.com |
| Nombre: | Garcia , Julian |
| Título(s): | Secretario(a) |
| Expiración Cargo: | Indefinido |
| Dirección Física: | PO BOX 741 VIEQUES PR 00765 |
| Dirección Postal: | HC 2 Box 12914 VIEQUES PR 00765-0741 |
| Correo Electrónico: | vieques.codesu@gmail.com |
| Nombre: | Garcia , Nicasio |
| Título(s): | Tesorero(a) |
| Expiración Cargo: | Indefinido |
| Dirección Física: | Bo Esperanza VIEQUES PR 00765-0741 |
| Dirección Postal: | HC 2 Box 12914 VIEQUES PR 00765-0741 |
| Correo Electrónico: | vieques.codesu@gmail.com |
| Nombre: | Rosario , Myriam Yashei |
| Título(s): | Presidente |
| Expiración Cargo: | Indefinido |
| Dirección Física: | HC 2 BOX 12914 VIEQUES PR 00765 |
| Dirección Postal: | HC 2 BOX 12914 VIEQUES PR 00765 |
| Correo Electrónico: | yashei.rosario@yahoo.com |
| Nombre: | Rosario Centeno, Myriam Yashei |
| Título(s): | Presidente |
| Expiración Cargo: | Indefinido |
| Dirección Física: | Villa Borinquen 172 HC 2 Box 12914 VIEQUES PR 00765-0741 |
| Dirección Postal: | Villa Borinquen 172 HC 2 Box 12914 VIEQUES PR 00765-0741 |
| Correo Electrónico: | yashei.rosario@yahoo.com |
| Nombre: | ROSARIO , Myriam Yashei |

Exhibit #8

| | |
|---|---|
| Título(s): | **Presidente** |
| Expiración Cargo: | **Indefinido** |
| Dirección Física: | **HC 2 BOX 12914 Vieques VILLA BORINQUEN APT 172 VIEQUES PR 00765** |
| Dirección Postal: | **HC 2 BOX 12914 Vieques VILLA BORINQUEN APT 172 VIEQUES PR 00765** |
| Correo Electrónico: | **yashei.rosario@yahoo.com** |
| Nombre: | **Board , DESCO Governance** |
| Título(s): | **Vicepresidente** |
| Expiración Cargo: | **Indefinido** |
| Dirección Física: | **HC 2 BOX 12914 Vieques VILLA BORINQUEN APT 172 VIEQUES PR 00765** |
| Dirección Postal: | **HC 2 BOX 12914 Vieques VILLA BORINQUEN APT 172 VIEQUES PR 00765** |
| Correo Electrónico: | **yashei.rosario@yahoo.com** |

### Estado Financiero

| | |
|---|---|
| Volumen Negocios | No excede los tres millones de dólares |
| Estado Financiero Añadido | 2019_396702-121_FS_UN_1_B7BDCF0E.pdf |

### CERTIFICACIÓN JURADA

EN TESTIMONIO DE LO CUAL, CODESU, Inc. CODESU Governance Comunity Board (Vicepresidente), CODESU, Inc. CODESU Governance Comunity Board (Subsecretario(a)), CODESU, Inc. CODESU Governance Comunity Board (Subtesorero(a)), CODESU, Inc. CODESU Governance Comunity Board (Otro (Fisherman & Youngsters Committee)), Julian Garcia (Secretario(a)), Nicasio Garcia (Tesorero(a)), Myriam Yashei Rosario (Presidente), Myriam Yashei Rosario Centeno (Presidente), Myriam Yashei ROSARIO (Presidente), DESCO Governance Board (Vicepresidente) declaramos que la información contenida en este Informe Anual es correcta. Hoy, 19 de febrero de 2020.

Exhibit #8



Gobierno de Puerto Rico
Departamento de Estado

Fecha de la Transacción: 19-feb-2020
Núm. Registro: 396702
Núm. Recibo: 1730197

# Gobierno de Puerto Rico
## INFORME ANUAL 2019
### Estado de Situación

### Información General

| | |
|---|---|
| Núm. Registro | **396702** |
| Nombre | **DEVELOPMENT SOCIOECONOMIC & CONSERVATION, FIDEICOMISO OF VIEQUES, DESCO INC.** |
| Fecha de Inscripción | **16-jun-2017** |
| Clase | **Corporación** |
| Jurisdicción | **Doméstica** |
| Tipo | **Sin Fines de Lucro** |
| Categoría | **Desarrollo Económico, Social Y Comunitario** |
| Forma Organización | **Entidad de Base Comunitaria** |

### Activos

| | |
|---|---|
| Activos Corrientes | $0.00 |
| Propiedad y Equipo | $0.00 |
| Activos Otros | $0.00 |
| **Total Activos** | **$0.00** |

### Pasivos/Capital

| | |
|---|---|
| Pasivos Corrientes | $0.00 |
| Pasivos a Largo Plazo | $0.00 |
| Capital | $0.00 |
| **Total Pasivos/Capital** | **$0.00** |

### Información Adicional

No tenemos cuentas bancarias. 2020, comenzamos operaciones

### CERTIFICACIÓN JURADA

El Departamento de Estado de Puerto Rico no se responsabiliza por la información contenida en este Estado de Situación. Los datos incluidos en el mismo forman parte de la información suministrada por la corporación como parte de la radicación de su Informe Anual.

DEVELOPMENT SOCIOECONOMIC & CONSERVATION, FIDEICOMISO OF VIEQUES, DESCO INC.

INFORME ANUAL 2019 - Estado de Situación

Exhibit #8

Secretary Controller Board

1. Juan A. Cruz Diaz  x _[signature]_
   Address: Calle Apolonia Gunttings  Barrio: E-3 Bdo Leguillou  Career: Elementary Education, BA

2. Jose A. Vega  x _[signature]_
   Address: P.O Box 142  Barrio: Esperanza  Career: Ferry Crew

3. FREDDIE Quinones  _[signature]_
   Address: PO Box 564  Barrio: LUJAN  Career: Geologist

4. Mayra Roldán Román  x Mayra Roldán Román
   Address: HC2 Box 14402  Barrio: Estancias de Isla  Career: Housewife

5. Lillian M. Sanchez Pagán  _[signature]_
   Address: C. Diez 504  Barrio: Bo. Lujay  Career: Maestra BA / Pre School Teacher

Presidency Controller Board.

1. Julian Garcia Martinez x *Julian Garcia Martinez*
Address: P O Box 741   Barrio: Villa Boringuen   Career: Natural Science, BA / Biologist

2. ANGEL M. MALDONADO x *signature*
Address: 334 Tintillos   Barrio: ESPERANZA   Career: Federal Fire Fighter GS-6 Camp Garcia

3. JOSE A SANES x *signature*
Address: HC 02 Box 10701   Barrio: Puerto Real   Career: Electrician GW 10 Camp Garcia

4. Carmen J Cepeda Felix x *signature*
Address: P.O. Box 1395   Barrio: Monte Carmelo   Career: Pastor President

5. María del M. García x *signature*
Address: Bo. Esperanza   Barrio: C. Flemboyán 59   Career: B.Sc. Chemistry

Vice Presidency Controller Board

1. NICASIO GARCIA RUIZ   x Nicasio Garcia Ruiz
Address: PO Box 204   Barrio: Villa Borinquen   Career: Retired Businessman

2. Pablo A. Osorio Ayala   x Pablo A. Osorio Ayala
Address: 432 Box   Barrio: Esperanza   Career: Impact Area Camp Garcia Worker Title I

3. JOAQUIN AYALA   x Joaquin Ayala
Address: P.O. BOX 286   Barrio: Pilon   Career: Retired Mental Hygiene Hospital Aid

4. Teodoro Rivera   x Teodoro Rivera
Address: PO Box 1395   Barrio: Destino   Career: Construction Businessman

5. Rosa H. Perez Barreto   x Rosa H. Perez B.
Address: P.O. Box 269 - Km Hc-4 - Viequas P.R.   Barrio: Bo Destino   Career: BA-Business Administration

6. Julio Rosa Ponce   x Julio Rosa Ponce
Address: Calle Flamboyan #1   Barrio: Esperanza

Secretary Controller Board

Exhibit #8

1. Jose Castro Dn          x J. M.
Address #3 #9 Cucila   Barrio Lucilafrans   Career Capitan Barqued

2. Higinio Calderón Cruz   x Higinio Calderón Cruz
Address HC1 Box 8315   Barrio Esperanza   Career US Retire

3. Xavier A. Felix   x X. A. Felix
Address P.O. Box 435   Barrio Villa Borinquen   Career Tourism Tecnition

4. Ismael Ayala Peron   x Ismael Ayala Peron
Address PO Box 13120   Barrio MonteCarmelo   Career Retired

5. Evelyn Garcia Martinez   x Evelyn Garcia Martinez
Address P.O Box 13121   Barrio Monte Carmelo   Career Retired

Secretary Controller Board

1. Brenda Rosa Guerra x Brenda Rosa Guerra

Address: Magnolia #457  Barrio: Esperanza  Career: maestra

2. Vilma Ventura x Vilma Ventura

Address: PO Box 241  Barrio: Idueca  Career: Nurse

3. Pedro Molina Montes x Pedro Molina Montes

Address: Calle Fuente B-76  Barrio: Fuente  Career: Construction Worker

4. Victorino Parrilla x Victorino Parrilla

Address: P O Box 420  Barrio: Monte Santo  Career: Construction Worker

5. Cristobal Bonano x Cristobal Bonano

Address: Calle Bonito 1388  Barrio: Isabel Segunda  Career: _____

Treasury Controller Board

1. Ernelinda Rosa Pena     x [signature]     Director IBC Instituto Bamba
Address: HC.1 Box 9703  Barrio: P.R.R.A  Career: Community Leader

2. Noemi Nieves     x José Nieves
Address: P.O Box 808  Barrio: Santa Maria  Career: Owner Vieques Gas

3. [Manuel ...] x [signature]
Address: P.O Box 808  Barrio: Destino  Career: Propane Gas Owner

4. José Sanes Roldán     x [signature]
Address: HC.1 Box 9703  Barrio: P.R.R.A  Career: USA Camp Garcia Base Security Guard

5. Roberto Nieves     x Roberto Nieves
Address: PO Box 1157  Barrio: Florida  Career: CAA

**Vocals Elderlies Controller Board as the 1940 children taken for the land**
**Vieques History Signatures**

1. Olivo Martinez Ortiz x Olivo Martinez Ortiz    Supervisor
Address: PO Box 741  Barrio: Puerto Real  Career: Retired School's Cook
79 years old

2. Andrea Garcia Ayala x [signature]  94 yrs.
Address: 26? Calle Buena Vista  Barrio: Isabel II  Career: housewife

3. Antemio Diaz Melendez x Antemio Diaz Melendy
Address: P.O. Box 165  Barrio: Isabel II  Career: BA Administración

4. Manuel Sanchez x Manuel Sanchez
Address: PO Box 653 160  Barrio: Bo Brisas (65)  Career: Retired

5. Emiliana Pagan x Emiliana Pagan
Address: PO Box 653 160  Barrio: Bo Brisas (65)  Career: Retired

6. Carmelo Rosa Torres x [signature]
Address: Calle Flamboyan #1  Barrio: Esperanza

7. Gabriela Ponce Roldán x Gabriela Ponce Roldán
Address: Calle Flamboyan #1  Barrio: Esperanza

## Vocals Controller Board

1. Miguel Alvarez     x *Miguel Alvarez López*
   *Business Owner*
   Address: POV-R7     Barrio: Pueblo Nuevo     Career: Screw Factory

2. Ana Maria Roldán     x *Ana Maria Roldán*
   Address: HC2 Box 14401     Barrio: Puerto Real     Career: House Wife

3. Miguel A. Rosa Brache     x *Miguel A. Rosa Brache*
   GS-9
   Address: Calle Tintillo 712     Barrio: Esperanza     Career: Handyman

4. Raúl Belardo     x *Raúl Belardo*
   Camp Garcia
   Address: Calle Tintillos 314     Barrio: Esperanza     Career: Carpenter

5. Waldemar González     x *Waldemar González*
   Address: Box HC 271     Barrio: Estancias de Isla Nena     Career: Handyman

Exhibit #8

Vocals Controller Board

1. Edgardo Skerrett  x Edgardo Skette
Address: Calle #3 #11   Barrio: Luile Fainw   Career: Security Guard

* 2. Emmanuel Rivera  x Emmanuel Rivera
Address: Calle brego   Barrio: Luis Franco   Career: Signing TR A life change A New Life

3. Hector H. Colon Ortiz  x [signature]
Address: HC-02 Box 14719   Barrio: Puerto Real   Career: Body Cars reduxin

4. Manuel Rosa Camacho  x [signature] Camacho
Address: HC. P.O. Box 1098   Barrio: Esperanza   Career: Retired

5. Ana María Roldán  x Ana Maria Roldan
Address: HC 2 Box 14401   Barrio: Puerto Real   Career: Housewife

Exhibit #8

**Youngsters Controller Board**

1. Milagros López            x _(signature)_

   Address: HC.02 14409    Barrio: Puerto Real    Career: Estudiante

2. Miguel Alvarez            x Miguel Alvarez

   Address: Apartado 127    Barrio: Bajos de Boston    Career: Mechanic

3. Joel Mercado              x Joel Mercado

   Address: Bo. Ios    Barrio: Marias #13    Career: Representative The Youngstas Struggling Inc / Volunteer

4. Jorge Recordo             x _(signature)_

   Address: HC.02 Box 10501    Barrio: Bajos de B    Career: Public Driver

5. Dara O. Sanes Rosa        x _(signature)_

   Address: HC 1 Box 9703    Barrio: P.R.R.A.    Career: Nail art / Volunteer

6. Michael Coarcia    _(signature)_ Michael Coarcia    Career: Maintenance

   Address: P.O. Box 741    Barrio: Puerto Real

7. Karla T. Pérez Huertas    Karla T Perez Huertas

   Address HC-2 Box 14406    Barrio: Puerto Real    Career: Journalist / Agent

Fishermen Controller Board

1. Eric Torres    x _Eric [signature]_

Address: Po Box 795   Barrio: Monte Santo   Career: Fisherman Owner Fish Market

2. Tomás Mulero Carrillo   x _Mulero [signature]_

Address: Box 742   Barrio: Bca Fuerte   Career: _____

3. Iván Ventura Melendez   x _Iván Ventura Melendez [signature]_

Address: HC-02-Box 13866   Barrio: Monte Carmelo   Career: Fisherman

4. Carlos R Garcia   x _Carlos R Garcia [signature]_

Address: P.O Box 741   Barrio: Barrio Hueca   Career: Fisherman

5. Jorge D. Cruz Rivera   x _[signature]_

Address: Magnolia #457   Barrio: Esperanza   Career: Tumbi Fisherman