**TROPICAL GUEST HOUSE**      <u>January 29, 2019</u>
E41 Calle Apolonia Gittings
Vieques, PR 00765
www.viequestropicalguesthouse.com
787-741-2449
917-951-3324

## ROOM QUOTE

| Name | Yashei Rosario |
|---|---|
| Company | Codesu Governance Board of Vieques |
| Telephone | 787-477-2829 |
| Email | yashei.Rosario@yahoo.com |

| ARRIVAL | DEPARTURE | ROOM # | DESCRIPTION | # | DAILY* | # NIGHTS | TOTAL |
|---|---|---|---|---|---|---|---|
| TBD | TBD | Single #1 | (1 Full) | 1 | $75 | 2 | 150.00 |
| TBD | TBD | Double #3 | (1 Full, 1 Twin) | 2 | $80 | 2 | 160.00 |
| TBD | TBD | Single #10 | (1 Full) | 2 | $75 | 2 | 150.00 |
| TBD | TBD | Single #11 | (1 Full) | 2 | $75 | 2 | 150.00 |
| | | | | | | | |
| Subtotal | | | | | | | 610.00 |
| Tax | | | | | | | 54.90 |
| Total | | | | 7 | | | $664.90 |

\* 9% Puerto Rico Room Tax

**At the Tropical Guest House,** all rooms have private bathrooms, A/C, and DirectTV. Free Wi-Fi available.

**RESERVATION/CANCELLATION POLICY**
*To reserve rooms:*
1) We require a credit card on file (Visa, Mastercard, or Discover).
2) We reserve the right to charge credit card according to the following:
*Cancellations made more than <u>72 hours</u> prior to arrival date are <u>not</u> subject to penalty.*
*Cancellations made <u>48 hours</u> prior to arrival date: 25% of entire reservation charged.*
*Cancellations made <u>24 hours</u> prior to arrival date: 50% of entire reservation charged.*
*Cancellations made <u>less than 24 hours</u> prior to arrival date: 100% of entire reservation charged.*

**Thank you for your interest in the Tropical Guest House**