Exhibit # 10

**SCJL, LLC DBA / EZ IMPRESS**

PO Box 1502
Fajardo, PR 00738-1502
Tel. 787-863-5430   Fax 787-860-0909

# Cotización

| Date | Quote # |
|---|---|
| 02-01-2019 | 2018-3839 |

| Name / Address |
|---|
| Codesu<br>Goverment Board of Vieques |

| Ship To |
|---|
| Codesu<br>Goverment Board of Vieques |

| Terms | Rep | Project |
|---|---|---|
| Due on receipt | | |

| Item | Description | Qty | U/M | Cost | Total |
|---|---|---|---|---|---|
| C1SBKLT20W | Copia, 1 lado, LT Black 24# White<br>PR City & State Tax | 15,000 | | 0.04<br>69.00 | 600.00T<br>69.00 |

*Voting Vouchers* (handwritten)

| Total | $669.00 |
|---|---|

Signature _____

| Phone # | Fax # | E-mail |
|---|---|---|
| | | sales@ezimpresspr.com |