7/9/2020　Case:17-03283-LTS　Doc#:13597-14　Filed:07/09/20　Entered:07/09/20 12:30:41　Desc:
CM/ECF LIVE - U.S. District Court for the District of Puerto Rico
Other Orders/Judgments　　Order in 20-CV-1307 LTS　Page 1 of 2

3:20-cv-01307-LTS Rosario v. The Financial Oversight and Management Board for Puerto Rico

# United States District Court

## District of Puerto Rico

## Notice of Electronic Filing

The following transaction was entered on 7/9/2020 at 11:33 AM AST and filed on 7/9/2020
**Case Name:** Rosario v. The Financial Oversight and Management Board for Puerto Rico
**Case Number:** 3:20-cv-01307-LTS
**Filer:**
**Document Number:** 7

**Docket Text:**
**ORDER re [3] COMPLAINT filed by Yashei Rosario. The Court will henceforth construe the Complaint's request for stay relief as a motion for relief from the automatic stay, and transfer it to Case No. 17-3283 for consideration as a contested matter in the Commonwealth's Title III case. Signed by Judge Laura Taylor Swain on 07/09/2020.(ct)**

**3:20-cv-01307-LTS Notice has been electronically mailed to:**

**3:20-cv-01307-LTS Notice has been delivered by other means to:**

Yashei Rosario
HC-2 Box 12914
Vieques, PR 00765

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051795991 [Date=7/9/2020] [FileNumber=7000875-0]
[9346880bb7d36ad181f31e43dc77dbda54ed2ea804017b43ad0945f2b3ddb9b1f1da
9d9bd9041d23b6c6b0be5092df1b0cec629d38572568d097bc3ea14845f8]]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x
YASHEI ROSARIO,

        Plaintiff,

  -v-

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

  as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

        Defendants.
------------------------------------------------------------x

Case No. 3:20-cv-1307-LTS

ORDER REGARDING MOTION OF STAY RELIEF
BASED ON MODERN LEGAL GENOCIDE (DOCKET ENTRY NO. 3)

      The Court has received and reviewed the *Motion of Stay Relief Based on Modern Legal Genocide* (Docket Entry No. 3 in 3:20-cv-1307, the "Complaint"), filed by Plaintiff Yashei Rosario.  The Court will henceforth construe the Complaint's request for stay relief as a motion for relief from the automatic stay (the "Motion"), and transfer it to Case No. 17-3283 for consideration as a contested matter in the Commonwealth's Title III case.  In the interests of clarity and efficiency, the Clerk of Court is directed to transfer the Motion to Case No. 17-3283.

      SO ORDERED.

Dated: July 9, 2020

                                                        /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge