## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

-----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF WITHDRAWAL OF COUNSEL
## AND CONTINUED APPEARANCE OF EXISTING COUNSEL

TO THE HONORABLE COURT:

    COMES NOW Kobre & Kim LLP ("Kobre & Kim"), the independent investigator retained by the Special Investigation Committee of the Financial Oversight and Management Board for Puerto Rico, acting by and through the Special Investigation Committee of the Oversight Board, through the undersigned attorneys, and very respectfully states, alleges, and prays as follows:

1. Kobre & Kim, through undersigned attorney D. Farrington Yates, moves to withdraw John Couriel as counsel of record for Kobre & Kim. Mr. Couriel is no longer affiliated with the Firm and no longer represents the independent investigator.

2. In compliance with Local Bankruptcy Rule 9010-1(d)(3)(A), the undersigned attorney D. Farrington Yates will continue to appear and receive notices on behalf of Kobre & Kim.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808).

 Mr. Yates was admitted *pro hac vice* to these proceedings on July 3, 2018 (*see* Dkt Nos. 3240, 3422) and respectfully requests that all pleadings, orders, notices, and other documents filed in this case be served to them.

3. Additionally, the undersigned attorney Luis F. del Valle-Emmanuelli is admitted to practice in this court, and will continue to appear and receive notices on behalf of Kobre & Kim in his role as local counsel of record for Kobre & Kim.

4. Kobre & Kim's role as independent investigator has concluded consistent with procedures and orders from this Court; therefore, it has no active role in any matters pending before this Court.

WHEREFORE**,** Kobre & Kim respectfully requests that this Honorable Court grants the withdrawal of John Couriel and that he be removed from the mailing matrix, services lists and any other lists related serving of notices by electronic or any other means.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 10th day of July, 2020.

**Kobre & Kim LLP**

*/s/D. Farrington Yates*
D. Farrington Yates
N.Y. Bar No. 2986586
800 Third Avenue
New York, New York 10022
Tel. 212.488.1211
Fax. 212.488.1220
Farrington.Yates@kobrekim.com

*/s/ Luis F. del Valle*
Luis F. del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.647.3503
Fax N/A
dvelawoffices@gmail.com

OF COUNSEL FOR
A&S LEGAL STUDIO, PSC
434 Avenida Hostos
San Juan, PR 00918
Tel. (787) 751-6764/763-0565
Fax (787) 763-8260

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, July 10, 2020, I uploaded a pdf version of this document to the Court's CM/ECF system, which will send notice electronically of its filing to all parties of record, through their counsel of record, and sent copy of the same to Kobre & Kim LLP, and the US Trustee, ustpregion21.hr.ecf@usdoj.gov

**A&S Legal Studio, PSC**
*Counsel for the Financial Oversight & Management Board for Puerto Rico*

*/s/ Luis F. del Valle*
Luis F. del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.647.3503
Fax N/A
dvelawoffices@gmail.com

OF COUNSEL FOR
A&S LEGAL STUDIO, PSC
434 Avenida Hostos
San Juan, PR 00918
Tel. (787) 751-6764/763-0565
Fax (787) 763-8260

3