# **EXHIBIT A**

**Schedule of First ADR Designated Claims**

# Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| CONSOLIDATED WASTE SERVICES | 28144 | b | Trade Claim | | Initial Transfer |
| DOM-MART CORP. | 4769 | c | Trade Claim | | Initial Transfer |
| GONZALEZ RIVERA, SANTIAGO | 34914 | c | Trade Claim | | Initial Transfer |
| GRUPO EFEZETA | 29780 | c | Trade Claim | | Initial Transfer |
| RODRIGUEZ NIEVES, ORLANDO | 1966 | c | Trade Claim | | Initial Transfer |
| SUCN LUIS RODRIGUEZ VELEZ | 13346 | c | Trade Claim | | Initial Transfer |
| WEST CORPORATION | 82579 | d | Trade Claim | | Initial Transfer |
| CARLOS J. PÉREZ MOLINA, ANA FIGUEROA COLÓN, AND THE CONJUGAL PARTNERSHIP BETWEEN | 83932 | f | Disability Discrimination | 13CV01638SEC | Initial Transfer |

---

[1] For Claim Amount Ranges, please refer to the Claims Amount Key at the end of Exhibit A.

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| THEM | | | | | |
| Carlos Pérez-Molina, Ana Figueroa, And The Conjugal Partnership Between Them | 75638 | f | Disability Discrimination | KDP20120297 | Initial Transfer |
| HERNANDEZ JIMENEZ, CARLOS A. | 25510 | c | Electrical Contact | ABCI201000440 | Initial Transfer |
| HERNANDEZ VILLANUEVA, CARLOS A. | 25830 | c | Electrical Contact | ABCI201000440 | Initial Transfer |
| HERNANDEZ VILLANUEVA, JOSE C | 46868 | c | Electrical Contact | ABCI201000440 | Initial Transfer |
| HERNANDEZ VILLANUEVA, YESENIA | 27276 | c | Electrical Contact | ABCI201000440 | Initial Transfer |
| Villanueva Medina, Sara | 49894 | c | Electrical Contact | ABCI201000440 | Initial Transfer |
| Izquierdo San Miguel Law Offices | 27538 | f | Electrical Contact | 15CV2217 ADC | Initial Transfer |
| Janneffer Montalvo in representation of minor Naylef A Perez Montalvo | 167852 | f | Electrical Contact | 15CV2217 ADC | Initial Transfer |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| MONTALVO DELGADO, JANNEFER | 167851 | f | Electrical Contact | 15CV2217 ADC | Initial Transfer |
| LOPEZ GARCIA, MIRNA IRIS | 25378 | e | Electrical Contact | HSCI201300593 | Initial Transfer |
| Martinez Torres, Jaime | 25838 | e | Electrical Contact | HSCI201300593 | Initial Transfer |
| Torres Lopez, Michelle | 24925 | e | Electrical Contact | HSCI201300593 | Initial Transfer |
| Torres Martinez, Edwin Ariel | 25846 | f | Electrical Contact | HSCI201300593 | Initial Transfer |

| Claim Amount Key |
|---|
| a: Unspecified |
| b: $1-$10,000 |
| c: $10,001-$100,000 |
| d: $100,001-$500,000 |
| e: $500,001-$1,000,000 |
| f: $1,000,001+ |