# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCING OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 03283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>COMMOMWEALTH OF PUERTO RICO,<br><br>Debtor. | |

**REVISED NOTICE OF OBJECTION DEADLINE REGARDING MOTION OF SALUD INTEGRAL EN LA MONTAÑA, CORPORACIÓN DE SERVICIOS DE SALUD Y MEDICINA AVANZADA, NEOMED CENTER, MIGRANT HEALTH CENTER, HPM FOUNDATION, MOROVIS COMMUNITY HEALTH CENTER, AND CONCILIO DE SALUD INTEGRAL DE LOIZA FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM, OR IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as bankruptcy case numbers due to software limitations).

**PLEASE TAKE NOTICE THAT**, upon Motion for Allowance and Payment of Administrative Expense Claim, or in the Alternative, Relief From the Automatic Stay (the "Motion") on behalf of Salud Integral en la Montaña ("SIM"), Corporación de Servicios de Salud y Medicina Avanzada ("COSSMA"), NeoMed Center, Migrant Health Center, HPM Foundation (d/b/a HealthproMed), Morovis Community Health Center, and Concilio de Salud Integral de Loiza ("CSILO") ("Movants"), and pursuant to the *Thirteenth Amended Notice, Case Management and Administrative Procedures* (ECF No. 13512-1; Case No. 17-03283-LTS) (the "Case Management Procedures"), Movants hereby amend the Objection deadline for the Motion from July 14, 2020, as originally noticed, to July 22, 2020.

Date: July 10, 2020

/s/ Iyen A. Acosta
Iyen Acosta*
Reno & Cavanaugh, PLLC
455 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001
Tel: (202) 349-2470
E-mail: iacosta@renocavanaugh.com

Thomas Pennington*
Reno & Cavanaugh, PLLC
24 Church Street, Suite 2910
Nashville, TN 37219
Tel: (615) 866-2322
E-mail: tpennington@renocavanaugh.com

/s/ María Celeste Rodríguez Miranda
María Celeste Rodríguez Miranda
D.P.R. Bar No. 213113
Bufete Rodríguez Miranda, C.S.P.
P.O. Box 365072
San Juan, PR 00936-5072
Tel: (787) 408-0808
E-mail: mcrm100@msn.com

*Admitted *pro hac vice*

Counsel for Movants

1

/s/ John E. Mudd
John E. Mudd
Bar Number: 201102
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
Tel: (787) 413-1673
Fax. (787) 753-2202
E-mail: johnmuddlaw@gmail.com

Counsel for Movant SIM