UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of                                    No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                                 (Jointly Administered)
et al.,

        Debtors.[1]
-------------------------------------------------------------x

In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of                                    No. 17 BK 3567-LTS

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY,

        Debtor.
-------------------------------------------------------------x

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case
        number and the last four (4) digits of each Debtor's federal tax identification number, as
        applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-
        3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax
        Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four
        Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation
        Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of
        Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the
        Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last
        Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority
        ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax
        ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case
        No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case
        numbers are listed as Bankruptcy Case numbers due to software limitations).

ORDER SCHEDULING BRIEFING OF URGENT MOTION OF NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY
MUNICIPAL CORP., AMBAC ASSURANCE CORPORATION, AND FINANCIAL GUARANTY
INSURANCE COMPANY TO ADJOURN DEADLINES FOR CERTAIN CONFLICT MOTIONS

The Court has received and reviewed the *Urgent Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, and Financial Guaranty Insurance Company To Adjourn Deadlines For Certain Conflict Motions* (Docket Entry No. 13606 in Case No. 17-3283 and Docket Entry No. 863 in Case No. 17-3567, the "Motion") filed by National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, and Financial Guaranty Insurance Company (together, the "Movants").

Opposition papers to the Motion must be filed by **July 16, 2020 at 5:00 p.m. (Atlantic Standard Time)**.  Movants' reply papers must be filed by **July 20, 2020 at 5:00 p.m. (Atlantic Standard Time)**.  The Court will thereafter take the Motion on submission, unless the Court orders otherwise.  The deadline set by the *Final Case Management Order for Revenue Bonds* (Docket Entry No. 12186 in Case No. 17-3283) for filing Conflict Motions (as that term is defined therein) is hereby extended until seven (7) days after entry of the Court's order resolving the Motion.

SO ORDERED.

Dated: July 13, 2020

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge