# **<u>EXHIBIT A</u>**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

                       as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

                       Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### [PROPOSED] ORDER GRANTING JOINT URGENT MOTION OF AMBAC ASSURANCE CORPORATION AND THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR AN ADJOURNMENT OF AMBAC'S MOTION TO STRIKE CERTAIN PROVISIONS OF THE AMENDED PSA

Upon consideration of the *Joint Urgent Motion of Ambac Assurance Corporation and the Financial Oversight and Management Board for an Adjournment of Ambac's Motion to Strike Certain Provisions of the Amended PSA* (the "Joint Motion"),[2] and the Court having reviewed the Joint Motion and the relief requested; the Court having jurisdiction over this matter pursuant to 28

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Joint Motion.

U.S.C. § 1331 and 48 U.S.C. § 2166(a); the Court determining that venue of this proceeding and the Joint Motion in this District is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); notice of the Joint Motion being adequate and proper under the circumstances; and after due deliberation and sufficient cause appearing; therefore, it is HEREBY ORDERED THAT:

1.   The Joint Motion is GRANTED as set forth herein;

2.   Opposition papers to the Motion to Strike must be filed by **August 25, 2020**.  Reply papers must be filed by **September 8, 2020**.

SO ORDERED.

Dated: _____
      San Juan, Puerto Rico

      _____
      LAURA TAYLOR SWAIN
      UNITED STATES DISTRICT JUDGE