UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

ORDER EXTENDING AND ESTABLISHING CERTAIN DEADLINES APPLICABLE TO
PREPA'S MOTION FOR ENTRY OF AN ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM FOR
COMPENSATION FOR FRONT-END TRANSITION SERVICES UNDER THE PUERTO RICO TRANSMISSION
AND DISTRIBUTION SYSTEM OPERATION AND MAINTENANCE AGREEMENT WITH LUMA ENERGY

Upon consideration of the *Emergency Motion of the Official Committee of Unsecured Creditors, the Fuel Line Lenders and UTIER to Adjourn Objection Deadline and Hearing Date for LUMA Energy Administrative Expense Motion* (Docket Entry No. 13602 in Case No. 17-3283 and Docket Entry No. 2056 in Case No. 17-4780, the "Urgent Motion") filed on July 10, 2020 by the Creditors;[2] and the Court having (i) found and determined that the Court has jurisdiction over this proceeding and the Urgent Motion; (ii) found and determined that venue of this proceeding and the Urgent Motion is proper; and (iii) reviewed and considered the Urgent Motion and the filings and arguments submitted in response thereto; it is HEREBY ORDERED THAT:

1. The Urgent Motion is granted as set forth herein.

2. With respect to the Administrative Expense Motion, the following schedule shall apply:

| | |
|---|---|
| **August 12, 2020** | Deadline for any objections to the Administrative Expense Motion |
| **September 2, 2020** | Deadline for reply in further support of the Administrative Expense Motion |
| **September 16-17, 2020** | Hearing on the Administrative Expense Motion |

3. Unless otherwise agreed, all discovery requests in connection with the Administrative Expense Motion shall be made on or before **July 24, 2020**. If, after meeting and

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.

conferring, the parties are unable to resolve any discovery disputes, the parties shall identify such disputes in a joint status report (the "Status Report") to be filed by **5:00 p.m. (Atlantic Standard Time) on July 28, 2020**. In the Status Report, the parties shall describe the categories of documents or other discovery that have been agreed upon, and all issues in dispute with full position statements on each such issue. The Court will resolve any discovery disputes on the Status Report unless the Court deems a hearing necessary.

4. The Court shall retain exclusive jurisdiction to hear and determine any and all disputes related to or arising from the implementation, interpretation, and enforcement of this Order.

5. This Order resolves Docket Entry No. 13602 in Case No. 17-3283 and Docket Entry No. 2056 in Case No. 17-4780.

SO ORDERED.

Dated: July 14, 2020

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge