# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors | PROMESA<br><br>TITLE III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

CONSENTED MOTION FOR BRIEF EXENSION OF TIME TO FILE RESPONSE TO OBJECTION TO CLAIM FILED BY COOPERATIVA DE A/C NAGUABENA

TO THE HONORABLE COURT:

COMES NOW, bondholder Cooperativa de Ahorro y Credito Naguabena ("La Naguabena or bond holder ") and very respectfully states and prays as follows:

1. On or around June 21, 2018, the undersigned filed several claims in different cases under the PROMESA Title III case, all on behalf of La Naguabena.

2. In recent days, the bondholder received the one hundred and ninety-ninth omnibus objection ("the Objection"). In the Objection, the Oversight Board objects claim no. 46545 (Dkt. No. 13407), in relation to La Naguabena.

3. In recent days, the above-mentioned objection was referred to the undersigned. Unfortunately, the undersigned is involved in a family medical emergency in Tampa, Fl. Due to our recent office absence and other professional endeavors we have not been able to entertain the Objection in relation to La Naguabena. Therefore, in view of the above-mentioned situation, the undersigned contacted counsel for the Commonwealth and requested a seven days extension to carefully examine the Objection and be in position to file a response to the Objection, if necessary. Counsel for the Commonwealth kindly agreed to the seven-day extension of time.

WHEREFORE, it is respectfully requested that the Court enter an order granting the seven-day extension, that is until July 21, 2020, to examine the Objection and file proper response if necessary.

Dated: San Juan, Puerto Rico this 14th day of July 2020.

Respectfully Submitted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify all parties registered through their attorneys of record, and by email.

**NELSON ROBLES-DIAZ LAW OFFICES, PSC.**
s/ Nelson Robles-Diaz, Esq.
**Nelson Robles-Diaz, Esq.**
USDC-PR #204410
P O BOX 192302,
San Juan, PR 00919-2302
Telephone number: 787-294-9518.
Fax 787-294-9519
nroblesdiaz@gmail.com