Pedro Caspar Cruz
Central Mercedita
856 Calle Vigia
Mercedita PR 00715-1304

RECEIVED & FILED
2020 JUL 10 AM 8:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos (United States District Court)
Sala 150 Edificio Federal
San Juan (Puerto Rico) 00918-1767