viernes, 3 de julio de 2020

Lillian E. Viñas Cardona
Po Box 211
Hatillo, PR 00659
787-898-3704/787-405-7832
vinascardonalillian@yahoo.com



Secretaria del Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, PR 00918-1767

Junta de Supervisión
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299

Comité de Acreedores
Paul Hastings LLP
200 Park Avenue
Nuea York, Nueva York 10166
A/A Luc A. Despins
    James Bliss
    James Worthington
    G. Alexander Bongartz

Sirva la presente para expresar los motivos para oponerme a la declaración del tribunal ha lugar a la objeción global en relación al reclamo realizado en el 2 de julio de 2018 caso número 121687.

Durante 30 años de mi vida profesional estuve laborando como maestra de Escuela Elemental en el Departamento de Educación de Puerto Rico retirándome en enero del 2018. Reconociendo que los deberes y derechos son igualmente para todos, se nos ha privado y excluidos de recibir derechos adquiridos alcanzados por el magisterio puertorriqueño, tales como:

   a. Pago de un máximo de 90 días por enfermedad
   b. Pasos de $25.00 cada 5 años de experiencia
   c. Bono de navidad y verano donde han excluido a los maestros retirados del 2018 en adelante
   d. Aportación del gobierno de Puerto Rico al plan de salud del retirado del 2018 en adelante
   e. Ley 89 conocida como "El Romerazo" y la Ley 96 de Sila Calderón para los empleados del DE que laboraban entre los años 80 al 2008.

Envío evidencia de copias de talonarios con información personal sobre sueldo y deducciones para el último año escolar 2017 y otro talonario de compañera que logró alcanzar los pasos de $25.00 dólares de cada 5 años y refleja la diferencia en sueldo de los 2 pasos que me deben. Además copia de evidencia de Informe de Licencias de Asistencia Acumulada para el 2017 del último semestre escolar donde laboré para retirarme en enero 2018.

Hago constar que por la situación mundial que estamos enfrentando y atravesando con la pandemia del Covid-19 no pude someter la réplica y documentos requeridos por la Ley Promesa antes del 29 de junio del 2020.

Espero que mi caso #121687 sea considerado para recibir lo que me corresponde por ley y derecho. Gracias anticipadas por su atención al respecto.

Atte,

*[firma]*

Sra. Lillian E. Viñas Cardona

4. Incluya tantos detalles como pueda en sus réplicas.

   a. **Sus respuestas deben proporcionar más información que la contenida en la evidencia de reclamos inicial.** Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamo, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamo.

   b. Si está disponible y se aplica a su reclamo, rogamos proporcione, asimismo, lo siguiente:
      - Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
      - Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
      - Notificación por escrito de la intención de radicar un reclamo acompañada de un comprobante de envío; y
      - Toda la documentación que a su criterio justifica su reclamo.

5. Si no dispone de una copia de su reclamo, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción global a su reclamo.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT, COFINA y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

   ☐ **Nombre:** Lillian E. Viñas Cardona

   ☐ **Dirección:** P.O. Box 211 Hatillo, P.R. 00659

   ☐ **Número de teléfono:** (787) 405-7832    (787) 898-3704

   ☐ **Dirección de correo electrónico:** vinascardonalillian@yahoo.com

2. **Número de su evidencia de reclamos:** 121687

3. **Los Deudores se han opuesto a su Evidencia de reclamos porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamo. Marque la casilla con la que guarde relación su Evidencia de reclamos y explique el**

2

motivo por el que se opone a la objeción indicando así el fundamento de su reclamo. Adjunte páginas adicionales si fuera necesario.

☒ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

☒ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

Fui maestra del DE de P.R. por 30 años y durante los años de servicio no me pagaron ② pasos de 25.00 al que tenía derecho recibir y/o aumentos de $100.00 (Romerazo y Sila Calderón). Al retirarme no recibí el pago de los días por Enfermedad, los cuales tenía derechos de recibir. Además la aportación del Gob. de P.R. al Plan de Salud.

Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamo.

4. ¿Cuál es el monto de su reclamo (cuánto alega que se le adeuda)?:
   De $30,000.00 a 40,000.00

5. **Empleo.** ¿Su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?
   ☐ No. *Siga con la Pregunta 6.*
   ☐ Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:
   Educación - Departamento de Educación de P.R.

5(b). Indique las fechas de su empleo relativo con su reclamo:
   enero/2018

5(c). Últimos cuatro dígitos de su número del Seguro Social:
   9901

5(d). ¿Cuál es la naturaleza de sus reclamos relativos al empleo (marque todas las casillas aplicables)?:
   ☐ Pensión
   ☒ Salarios no pagados
   ☒ Días de licencia por enfermedad
   ☐ Quejas con sindicato
   ☐ Vacaciones
   ☒ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

② Pasos de $25.00 cada 5 años, Bono de Navidad que dió Ricky Roselló a los retirados los cuales fuimos excluidos los retirados del 2018.
- Romerazo - Ley 89
- Sila M. Calderón - Ley 96

3

6. **Acción judicial.** ¿Su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada?

☐ No.

☑ Sí. **Responda a las Preguntas 6(a) a (f).**

6(a). Indique el departamento o la agencia que sean parte en la acción. _Departamento de Educación de P.R._

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución. _PROMESA TITLE III     7/2/2018_

6(c). Número de la causa: _17 BK 3283-LTS   121687_

6(d). Título, epígrafe o nombre de la causa: _Commonwealth, HTA, CoFiNA y ERS_

6(e). Estado de la causa (pendiente de resolución, apelada o finalizada): _Underdetermined_

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí / (No) (rodee la opción que proceda)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia? _____

<u>FIRME ABAJO SU RÉPLICA</u>

_[signature]_
Firma

_Lillian E. Viñas Cardona_
Deletree su nombre

_3 / julio / 2020_
Fecha

4