```
.0 Dept. de Educacion - Maestros                Grupo de Pago: Mensual Quincenal    Aviso #:       6828773
Avenida Teniente Cesar Gonzalez    Esquina Calaf      Desde: 03/07/2017              Fecha Aviso:   03/15/2017
HATO REY, PR 00919                                    Hasta: 03/20/2017
```

| | | |
|---|---|---|
| LILLIAM VINAS CARDONA<br>PO BOX 211<br>HATILLO, PR 00659-0211<br><br>SS: XXX-XX-9901 | # Empleado: XXXXX9901<br>Dept: 8001032-Arecibo Hatillo<br>Lugar: Adrian Martinez Gandia<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,705.00 Monthly | DATA IMP:        Federal      PR<br>Estado Civil:                  Married claiming 1/2<br>Concesiones:     0            1<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,352.50 | 300.00 | 6,762.50 |
| Total: | | | 1,352.50 | 300.00 | 6,762.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.61 | 98.06 |
| PR Withholding | 42.77 | 213.85 |
| Total: | 62.38 | 311.91 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 121.73 | 608.65 |
| Total: | 121.73 | 608.65 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 22.00 | 110.00 |
| SC-WASHINGTON NAT INS CO | 19.55 | 97.75 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 42.50 |
| Ahorros-AEELA | 40.58 | 202.90 |
| Total: | 90.63 | 453.15 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 240.00 |
| GPR Plan de Retiro de Maestro | 199.49 | 997.45 |
| FSED Disability Plan | 22.99 | 114.95 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,352.50 | 0.00 | 62.38 | 212.36 | 1,077.76 |
| Acumulado: | 6,762.50 | 0.00 | 311.91 | 1,061.80 | 5,388.79 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6828773 | 1,077.76 |
| Total: | 1,077.76 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR  00919

Fecha
03/15/2017

Aviso No.
6828773

Cant. Deposito:   $1,077.76

A la
Cuenta(s) De

LILLIAM VINAS CARDONA
PO BOX 211
HATILLO, PR  00659-0211

Localizacion: Adrian Martinez Gandia

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 1,077.76 |
| Total: | | 1,077.76 |

## NO-NEGOCIABLE

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/11/2010 |
| Hasta: | 10/22/2010 |

# Cheque: 05593986
Fecha: 09/23/2010

HATILLO P

SS. 

| | |
|---|---|
| # Empleado: | |
| Dept: | 8001032-Arecibo Hatillo |
| Oficina: | Adrian Martinez Gandia |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,755.00 Monthly |

| | |
|---|---|
| DATA IMP: | Federal    PR |
| Estado Civil: | Claiming no personal exem |
| Concesiones: | 0 |
| Pct. Adcl.: | 2 |
| Cant. Adcl.: | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Enfermedad Suma Global | | | 12,397.50 | | 12,397.50 |
| Pago de Salarios Regulares | | | 0.00 | 840.00 | 19,283.32 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 578.49 |
| Total: | | | 12,397.50 | 840.00 | 32,259.31 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 991.80 | 2,145.24 |
| Total: | 991.80 | 2,145.24 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 1,735.56 |
| Total: | 0.00 | 1,735.56 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 1,790.00 |
| SC-COOP DE SEGUROS DE VIDA | 0.00 | 229.88 |
| AS-FED MAESTROS DE PR | 0.00 | 112.00 |
| Ahorros-AEELA | 0.00 | 578.56 |
| Total: | 0.00 | 2,710.44 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 840.00 |
| GPR Plan de Retiro de Maestro | 0.00 | 1,639.12 |
| FSED Disability Plan | 0.00 | 337.67 |
| * Tributable | | |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 12,397.50 | 991.80 | 0.00 | 11,405.70 |
| Acumulado: | 32,259.31 | 2,145.24 | 4,446.00 | 25,668.07 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #05593986 | 11,405.70 |
| Total: | 11,405.70 |

MENSAJE:

**DEPARTAMENTO DE EDUCACIÓN**
GOBIERNO DE PUERTO RICO

Secretaría Auxiliar de Recursos Humanos
Oficina de Tiempo, Asistencia y Licencias

ID-EMPLEADO: 96446

VINAS CARDONA, LILLIAM
**SEGURO SOCIAL:** XXX-XX-9901
**PROGRAMA / PUESTO:** MA. EDUC. NIVEL ELEMENTAL (4-6) / R03987
**REGIÓN:** ARECIBO Y SUS DISTRITOS ESCOLARES
**DISTRITO:** ARECIBO
**ESCUELA:** JULIO SEIJO

WILFREDO FALCÓN NEGRÓN
DIRECTOR
OFICINA DE TIEMPO, ASISTENCIA Y LICENCIA

*INFORME DE LICENCIAS*

CONFORME A NUESTROS RECORDS DE ASISTENCIA USTED TIENE ACUMULADO HASTA EL 16 DE NOVIEMBRE 2017:

12 DÍAS 2 HORAS DE LICENCIA POR VACACIONES REGULARES

103 DÍAS 0 HORAS DE LICENCIAS POR ENFERMEDAD

LOS BALANCES AQUÍ ANOTADOS PUEDEN VARIAR EN CASO QUE NOS INFORMEN AUSENCIAS INCURRIDAS POR USTED NO INFORMADAS ANTERIORMENTE.

EN VIRTUD DE LA LEY 26-2017, LA LICENCIA POR VACACIONES SE PODRÁ ACUMULAR HASTA UN MÁXIMO DE SESENTA (60) DÍAS LABORABLES Y LA LICENCIA POR ENFERMEDAD HASTA UN MÁXIMO DE NOVENTA (90) DÍAS, AL FINALIZAR CUALQUIER AÑO NATURAL. DE LOS BALANCES INFORMADOS EN ESTA CARTA, PODRÁ VER SI USTED CUENTA CON BALANCES EN EXCESO DE LOS TOPES MÁXIMOS ESTABLECIDOS POR LEY.

TODO PERSONAL DEBERÁ DISFRUTAR LA TOTALIDAD DE LOS DÍAS DE LA LICENCIA DE VACACIONES ACUMULADAS EN EXCESO DE LOS SESENTA (60) DÍAS DEL 2016 NO MÁS TARDE DEL 31 DE DICIEMBRE DE 2017. DE IGUAL FORMA, LOS DÍAS DE VACACIONES ACUMULADAS EN EL AÑO NATURAL 2017, QUE PUEDE ACUMULAR EN EXCESO DE LOS SESENTA (60) DÍAS, DEBERÁN DISFRUTARSE NO MÁS TARDE DEL 31 DE DICIEMBRE DE 2017. DESPUÉS DEL 31 DE DICIEMBRE DE 2017, SE PERDERÁ EL BALANCE EN EXCESO QUE NO HAYA SIDO UTILIZADO.

TODO PERSONAL QUE TENGA EXCESOS DE LOS NOVENTA (90) DÍAS DE LICENCIAS DE ENFERMEDAD ACUMULADAS EN EL AÑO NATURAL 2016, TIENE EL DERECHO DE UTILIZARLOS CUANDO ESTÉ ENFERMO. DE IGUAL FORMA, LOS DÍAS DE ENFERMEDAD ACUMULADAS EN EL AÑO NATURAL 2017, QUE PUEDE ACUMULAR EN EXCESO DE LOS NOVENTA (90) DÍAS, SE UTILIZARÁN CUANDO ESTÉ ENFERMO NO MÁS TARDE DEL 31 DE DICIEMBRE DE 2017. CUANDO EL EMPLEADO SE AUSENTE DEL TRABAJO POR ENFERMEDAD POR MÁS DE TRES (3) DÍAS, SE PODRÁ EXIGIR UN CERTIFICADO MÉDICO, CONFORME A LOS CRITERIOS DISPUESTOS EN LA LEY 26-2017. DESPUÉS DEL 31 DE DICIEMBRE DE 2017, SE PERDERÁ EL BALANCE EN EXCESO DE

CUALQUIER RECLAMACIÓN DEBERÁ SER MEDIANTE COMUNICACIÓN ESCRITA POR MEDIO DEL CORREO ELECTRÓNICO A: BalancesTAL@de.pr.Gov <mailto:BalancesTAL@de.pr.Gov>.

P.O. Box 190759, San Juan PR 00919-0759 · Tel.: (787)773-3488, 3489



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.