#Case 121687

Lillian E. Viñas Cardona
P.O. Box 211
Hatillo, P.R. 00659

CERTIFIED MAIL

7020 0090 0001 4192 4544

U.S. POSTAGE PAID
FCM LG ENV
HATILLO, PR
00659
JUL 03, 20
AMOUNT
$7.60
R2305K134656-08

RETURN RECEIPT REQUESTED

Secretaria del Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R.
00918-1767

RETURN RECEIPT REQUESTED

RETURN RECEIPT REQUESTED

RECEIVED & FILED
2020 JUL 10 PM 3:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.