Número de reclamación: 56099

Reclamante: María de Lourdes Torres Santiago

Acontinuación explicación detallada de lo reclamado.

El Estado Libre Asociado y el Departamento de Educación de Puerto Rico no me otorgaron los aumentos que por ley me corresponden.

Ley # 96 del 1 de julio de 2002 y la Ley 164 de 22 de julio de 2003 (efectiva el 1de enero de 2004)

Ambas leyes especifican que a los empleados públicos se les debe aumentar $100.00(cien) dólares mensuales, el cual nunca me pagaron.

La Ley #89 Retribución Uniforme de 12 de julio de 1980 es un aumento firmado por el gobernadora para ese entonce Carlos Romero Barceló de $100.00 (cien) mensuales. La Ley de derogó en el 2004; Ese aumento no me fue pagado en ningún momento. A continuación le desglosaré desde que se comenzó la ley hasta que se derogó.

Ley #96

2003 al 2009 = 6 años

$100.00 x 12 meses = $1,200.00(1 año)

$1,200,00= 6 años = 7,200.00 + 6 00.00 (julio a diciembre de 2002)

$7,200.00 + $ 600.00 = Total: $7,800.00

Ley # 164

2004 (comenzó la Ley) al 2009 = 5 años

$100,00 mensuales x 12 meses = $1,200.00(annual) x 5 años = $6,00.00

Ley # 89

1980 (comenzó) al 2004 (se derogó)….22 años

$100.00 x 12 = $1,200.00 (anuales)

$1,200 x 22 años = Total: $26,400

Resumen: Ley 96 ( $7,800.00), Ley 164 ( $6,000.00), Ley 89 (26,400) : Gran Total: $40,200.00 reclamado.

_____

María de Lourdes Torres Santiago