To:

Rose Proskahuer, LLP

Eleven Times Square

New York, NY, 10036



Hi, Miss Rose:

I am sending a copy of my Claims to;-LTS

PROMESA Title III

No.17 BK 3283

I neede you to evaluate, because I don't understand these process very well. Can you please evaluateit for me And summit it. God Bless you . Thanks for these.

Irma Ortiz Ortiz

HC 5 Box 6076

Juana Diaz, P.R, 00795

Marzo 4 2020

PuertoricoTeam@primeclerk

Commonwealth of Puerto Rico,

Ref. Case No. 17-03283, United States District Court for the District of Puerto Rico

A quien pueda interesar:

Esta reclamación fue sometida por correo electrónico para que se recibiera a tiempo. Se me envió una notificación de llevarla a la correspondiente oficina en el área metropolitana. No pude hacerlo porque mis condiciones de salud me lo impiden. Estoy recién operada de las vertebras. Tampoco encontré con quien enviarla, pues mis hijos están trabajando y se les hace imposible .

Decidí enviarla por correo para ver si la pueden evaluar. No envié copia de los sueldos reflejados en los talonarios, como evidencia de no haber recibido los aumentos. Hay que solicitarlos por internet y no se pueden tener los de años atrás. Por lo menos yo no pude.

Espero se pueda evaluar mi reclamo. Dios los bendiga.

Atentamente:

*Irma Ortiz Ortiz* lr

Irma Ortiz Ortiz

SS . -5550

*Número de Evidencia de Reclamación:* 53615
*Reclamante:* Ortiz Ortiz, Irma

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

    ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☒ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _Leyes de aumentos no aplicds, Ley 89, 96, 164, 1_

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

    _Ver documento adjunto*_

**Numero de Reclamación: #53615   Prestación de Servicios**

**Reclamante:** Irma Ortiz Ortiz

A continuación una explicación detallada de lo que estoy reclamando.

El Departamento de Educación y el Estado Libre Asociado de Puerto Rico no pagaron ciertos aumentos que por ley me corresponden.

La Ley #96 del 1 de julio de 2002 y la Ley 164 de 22 de julio de 2003(efectiva el 1 de enero de 2004) ambas leyes especifican que a los empleados públicos se les debe aumentar $100.00 (cien) dólares mensuales, el cual nunca me pagaron.

La Ley #89 Retribución Uniforme de 12 de julio de 1979 es un aumento firmado por el gobernador Carlos Romero Barceló de $100.00 (cien) mensuales. La Ley se derogó en el 2004; pero nunca me pagaron el aumento en ningún momento, por lo cual calcularé desde que se comenzó la ley hasta que se derogó.

**A continuación cálculos realizados y sometidos a reclamación:**

## Ley #96

2003 al 2009= 6 años

$100.00 x 12 meses = $1,200.00 (1 año)

$1,200.00 x 6 años = $7,200.00

+ 600.00 (Julio a Diciembre de 2002)

$7,200.00 + $600.00= **Total: $7,800.00**

## Ley #164

2004(comenzó la Ley) al 2009 (Me retiré) = 5 años

$100.00 mensuales x 12 meses= $1,200.00(anual) x 5 años –**Toal: $6,00.00**

## Ley #89

1980 (comenzó) al 2004(se derogó)----24 años

$100 x12 = $1,200(anuales)

$1,200 x 24 años = **Total: $28,800**

**Resumen:** Ley 96 ($7,800.00), Ley 164($6,000.00), Ley89 (28,800) : **Gran Total: 42,600.00 reclamado.**


**Irma Ortiz Ortiz**

*Irma Ortiz Ortiz* (signature)

Número de Evidencia de Reclamación: 53615
Reclamante: Ortiz Ortiz, Irma

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

    ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☒ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):
    Ver documento adjunto*

Número de Evidencia de Reclamación: 36693
Reclamante: Ortiz Ortiz, Irma

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☑ Sí. Responda preguntas 3(a)-(d).

   3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   Depto. de Educación (Comedores Escolares)

   3(b). Identifique las fechas de su empleo con relación a su reclamación:
   1970 - 2009

   3(c). Últimos cuatro dígitos de su número de seguro social: 5550

   3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☑ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   Ley #89 Retribución Uniforme, Ley 164
   Ley 96 / 2003-2009

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☑ No.
   - ☐ Sí. Responda Preguntas 4(a)-(f).

   4(a). Identifique el departamento o agencia que es parte de esta acción.
   Depto de educación

   4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Commonwealth of Puerto Rico Suplemental Information Processing Center c/o Prime Clerk, LLC Gran Central Station, PO Box 4708, New York 10153-9708

   4(c). Número de caso: 17 BK 3283-LTS

   4(d). Título, epígrafe, o nombre del caso:
   Promesa III

2

*Número de Evidencia de Reclamación:* 53613
*Reclamante:* Irma Ortiz Ortiz

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado): _pendiente de resolución_

_____

4(f). ¿Tiene usted una sentencia impaga? Sí / <u>No</u>  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_Ver documento adjunto_

3