Sra. Milagros García García
HC 2 Box 9589
Juana Díaz P.R. 00795-9684

RECEIVED & FILED
2020 JUL 10 AM 8:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Sala 150 Edificio Federal
San Juan (Puerto Rico) 00918-1767