# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre *Esperanza Colón Vázquez*

Dirección Postal *HC 03 Box 11388*
*Juana Díaz, P.R.*
*00795*

Teléfono de contacto res. ___—___ cel. *787-427-4284*

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

*Ley 89 - Ret. Uniforme – Julio de 1979*
Ley 89 Romerazo – Efectiva en 1 de julio de 1995
*Ley 134 - Aport. Acum. Retiro Julio de 1996*
Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
*Ley 164 Aumento Sueldo – Julio 2003*
Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los anos de servicio con ~~Puerto Rico Telephone Company, Ponce,~~ *Departamento de Educación* Puerto Rico desde el _15_ de _Marzo_ de _1978_ hasta el _31_ de _Julio_ de _2018_. Culmine mi laborar como _Oficinista Mecanografo I en Esc. S.U. Zoilo Gracia Dist. Sta. Isabel PR. ELA._ en ~~Puerto Rico Telephone Company, Ponce,~~ Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo: _Certificación de Empleo_

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Esperanza Colón Vázquez_
**Nombre en letra de molde**

_Esperanza Colón Vz_ - 07/7/2020
**Firma**

Proof of Claim: &lt;CLAIM NUMBER&gt; _____
Claimant: &gt;CLAIMANT NAME&lt; _Esperanza Colón Vázquez_

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ■ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)
    _____

2. **What is the amount of your claim (how much money do you claim to be owed):**
    _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
_Oficinista Mecanógrafo I en la Escuela Segunda Unidad Zoilo Gracia del Distrito de Santa Isabel del Estado Libre Asociado de P._

3(b). Identify the dates of your employment related to your claim:
_Desde el 15 de Marzo de 1978 hasta el 31 de julio de 2018._

3(c). Last four digits of your social security number: _9105_

3(d). What is the nature of your employment claims (select all applicable):
☐ Pension
■ Unpaid Wages
☐ Sick Days
☐ Union Grievance
☐ Vacation
☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

Ley 89-Julio 1979, Ley 89 1995, Ley 134 Julio 1996, Ley 96 Julio 2002 Ley 164 Julio 2003, dLey 164 enero 2004 y Ley 109 Junio 2008

4. **Legal Action**  Does your claim relate to a pending or closed legal action?

■ No
☐ Yes

4(a). Identify the department or agency that is a party to the action.

N/A

4(b). Identify the name and address of the court or agency where the action is pending:

N/A

4(c). Case number: N/A

4(d). Title, Caption, or Name of Case: N/A

4(e). Status of the case (pending, on appeal, or concluded): N/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? N/A

RECLAMANTE Esperanza Colón Vázquez

DIRECCION HC 03 Box 11388
Juana Díaz, P.R.
00795
Celular: 787-427-4284

Numero Reclamación _____

Fecha de presentación (envio) 7 de julio de 2020

Deudor <u>Commonwealth of Puerto Rico</u>

Por este medio incluyo con mi reclamación presentada el __7__ de __Julio__ de __2020__ lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce~~ Departamento de Educación, Puerto Rico – ELA, como Oficinista Mecanógrafo I · Escuela Su Zoilo Gracia desde el 15 de Marzo de 1978 hasta el 31 de Julio de 2018 (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $166,800.00

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Esperanza Colón Vázquez
Nombre en letra de molde

*[signature]* — julio/7/2020
Firma y fecha

RECLAMANTE: Esperanza Colón Vázquez

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: ___—___

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 15 de Marzo de 1978 hasta el 31 de Julio de 2018 como Oficinista Mecanografo I en la Escuela su Zoilo Gracia de Distrito Escolar de Santa Isabel del Estado Libre Asociado de ~~la Puerto Rico Telephone Company~~ - ELA. de PR.

1. Ley 89 – julio 1995 – ROMERAZO      CANTIDAD $ 27,600.00

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Esperanza Colón Vázquez
Nombre en letra de molde

_[firma]_ 07/7/2020
Firma y fecha

PD. Otras leyes:

| | Cantidad |
|---|---|
| Ley 89-Julio 1979 - Retribución Uniforme | $ 46,800.00 |
| Ley 134-Julio 1996 - Aport. Acum. de Retiro | $ 26,400.00 |
| Ley 96-Julio 2002 - Aumento Sueldo | $ 19,200.00 |
| Ley 164-Julio 2003 - Aumento Sueldo | $ 18,000.00 |
| Ley 164-enero 2004 - Sila M. Calderón | $ 16,800.00 |
| Ley 109-Junio 2008 - Esc. Salarial - Pasos | $ 12,000.00 |
| | $ 139,200.00 |
| Ley 89-Romerazo + | $ 27,600.00 |
| | $ 166,800.00 |