8105037
8103751797

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**

Región – Distrito: Ponce Juana Díaz
Escuela: S. U. Zoilo Gracia



Luis G. Fortuño
Gobernador

Carlos Chardón
Secretario

22 de abril de 2009

A: COLON VAZQUEZ, ESPERANZA

### CERTIFICACIÓN DE FECHA DE ANTIGÜEDAD EN LA AGENCIA

Surge de los récords de esta Agencia que COLON VAZQUEZ, ESPERANZA cuyo número de empleado es 49757, y que ocupa el puesto *OFICINISTA MECANOGRAFO I*, tiene una fecha de ingreso al servicio público de *3/15/1978* con una antigüedad total de *31 años 1 meses 5 días* (la antigüedad total será la suma de todos los períodos trabajados en el servicio público según lo establecido en la Ley Núm. 7 de 9 de marzo de 2009 y la Carta Circular 2009-02 emitida por la Junta de Reestructuración y Estabilización Fiscal el 3 de abril de 2009)

En la eventualidad de que usted no esté de acuerdo con la antigüedad certificada, tiene derecho a presentar en la Oficina de Recursos Humanos de la Agencia un Formulario de Impugnación de Fecha de Antigüedad Notificada mediante la cual acompañará aquella evidencia documental oficial emitida por la autoridad o entidad gubernamental competente ("evidencia documental fehaciente") que sostenga su posición. Asimismo, tendrá derecho a exponer y fundamentar en dicho Formulario su versión en torno a la antigüedad alegada.

El término para que someta el Formulario de Impugnación de Fecha de Antigüedad y la evidencia documental oficial es de treinta (30) días calendario, a partir de la notificación de la presente. La fecha de notificación es la de la entrega, o de la fecha de envío por correo certificado con acuse de recibo de esta Certificación, según sea el caso.

De no presentar evidencia documental fehaciente, o no refutar dentro del término de treinta (30) días, la antigüedad aquí notificada, ésta será concluyente.

En caso de que presente, dentro del término de treinta (30) días el Formulario con evidencia fehaciente que controvierta la antigüedad notificada, la Agencia no tomará determinación final sobre la antigüedad sin antes darle oportunidad de tener una vista previa.

Atentamente,

Carlos Chardón
Secretario

**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
Distrito Escolar de Santa Isabel
Escuela S. U. Zoilo Gracia Zayas

23 de marzo de 2018

Sra. Esperanza Colón Vázquez
Oficinista Mecanógrafo I
Esc. SU. Zoilo Gracia Zayas
Juana Díaz, Puerto Rico 00795

Respetable Sra. Colón:

    Por la presente se le acepta la renuncia de su plaza <u>Oficinista Mecanógrafo I (C12731)</u> en la Escuela Segunda Unidad Zoilo Gracia del Distrito Escolar de Santa Isabel, para ser efectiva el día martes, <u>31 de julio de 2018.</u>

    Permítame expresar a usted a nombre del Departamento de Educación y el mío propio nuestra gratitud por los servicios prestados al sistema escolar y desearle éxito.

Respetuosamente,

Sra. Madeline Nuñez Quiles
Directora
Escuela SU. Zoilo Gracia Zayas



P.O. Box 7477, Ponce PR 00919-0759 Tel.: (787)843-7171

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho