Esperanza Colón ~~Vázquez~~
HC03 BOX 11388
Juana Díaz, Puerto Rico
00795



RECEIVED & FILED
2020 JUL 10 AM 8:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767