María ~~de los~~ ~~Matos Arroyo~~
Urb. Reparto Horizonte
Calle 4 B-29
Yabucoa, P.R. 00767-3717

Case:17-03283-LTS Doc#:13640-1 Filed:07/10/20 Entered:07/15/20 10:24:22 Desc: Envelope Page 1 of 1

Secretaría (Clerk's Office)
Tribunal del Distrito de Estados Unidos
Room 150 Federal Building
San ~~Juan~~ (Puerto Rico) 00918-1767