a de julio de 2020

Datos contactos:   Número de reclamación: 93785
Olga L. Santana López
calle D. E 13 Urb. Torremolinos
Guaynabo P.R. 00969
Teléfono: 787-245-9826
Correo electrónico: olgasantana1414@gmail.com

Epígrafe:

Estoy enviando esta información ahora ya que en enero no pude hacerlo ya que faltaba documento del tiempo que trabaje para el D.E. de Puerto Rico. En abril no pude hacer trámite alguno debido al Covid-19.

Para el año 1986 comencé a trabajar con el DE de Puerto Rico. En el año 1990 obtuve mi permanencia. Luego de haber trabajado me fueron denegados pasos por servicios y aumentos de la ley 89 y ley 98 de Sila María Calderón, y otros aumentos que el Gobierno no pagó a los maestros.

Espero esta información sirva para que se me considere en esta acción de poder recuperar el dinero que no se me pagó.

Cordialmente
Olga S. Santana López

Olga S. Santana López