## GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

ÁREA DE BENEFICIOS Y SERVICIOS
DOCUMENTO PREINTERVENIDO
JUN 03 2020
Nombre:
Firma:

## CERTIFICACION DE TIEMPO Y VALOR MONETARIO

| Nombre del Participante | OLGA L SANTANA LOPEZ |
|---|---|
| Seguro Social | XXX-XX-6204 |

### ANALISIS

Fecha tentativo de Retiro: 5 DE JUNIO DE 2020
Sueldo: $2,871.67

| | |
|---|---|
| Tiempo acreditado a abril 2020: | 29 años 9 mes |
| Tiempo que cotizará a mayo 2020: | 1 mes |
| Total de tiempo cotizado a mayo 2020: | 29 años 10 meses |

Tiempo necesario para acogerse a los beneficios de Retiro: 4 meses
Costo mensual aportación de retiro basado en el sueldo del empleado: $258.45
Valor monetario: $1,033.80

Observación:
Participante solicito comprar tiempo con el balance de sus vacaciones a mayo 2020

A mayo 2020 con la compra de tiempo tendrá 30 años 2 meses

Pensión aproximada al 75% de $2108.61

Preparado por:
Yolanda Pérez Colón
Supervisora Trámite de Pensiones
Área de Servicios de Retiro

Aprobado por:
Evelyn Vazquez Velázquez
Directora
Área de Servicios de Retiro

Fecha: 3 de junio de 2020

wirm

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☏ 787.777.1414    📠 787.759.2883    www.srm.pr.gov

Hearing Date: January 29, 2020, at 9:30AM (Atlantic Standard Time)
Response Deadline: January 14, 2020 at 4:00PM (Atlantic Standard Time)

> PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO
> TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

This filing relates to the Commonwealth, HTA and ERS.

ONE HUNDRED SEVENTEENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE)
OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON
UNSPECIFIED PUERTO RICO STATUTES

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).