Olga L. Santana López
Calle D E. 13 Urb. Torremolinos
Guaynabo P.R. 00969-4457

Secretaria (Clerks office
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767