Luis A. Santana Martinez
HC 03 Box 6879
Humacao PR 00791



Secretario del Tribunal de Distrito
Sala 150 Edificio Federal
San Juan PR. 00918-1767