Anexo C

i. **Datos de contacto:**
   a. **Nombre**: Ruth Dalia Luisa Martínez Vélez
      **Dirección Postal**:
      PMB 506
      609 Ave. Tito Castro Suite 102
      Ponce, PR 00716-0200
      **Números de contacto**: 787-651-3829/ 787-214-8742 (celular de esposo)
      **Correo electrónico**: alberto_albertito@yahoo.com

ii. **Epígrafe:**
   a. **Tribunal**: United Stated District Court for the District of Puerto Rico
   b. **Nombres de Deudores**: The Commonwealth of Puerto Rico, et al.,
   c. **Título de Objeción Global**: Ducentésima cuarta objeción global
   d. **Número de reclamación**: 173750

iii. **Motivo(s) para oponerse a la objeción global**
   a. El 27 de junio de 2018 la demandante sometió la reclamación 105684 con el propósito de reclamar el aumento salarial *Romerazo*. La primera reclamación fue desestimada, ya que el monto estaba indeterminado. No obstante, el 20 de abril de 2020 sometió un reclamo modificado cuya codificación es 173750 por el monto de dos mil cuatrocientos dólares ($2,400.00.) Por consiguiente, la demandante se opone a la Ducentésima cuarta Objeción global, ya que presentó la segunda reclamación con una cantidad definida. Esta evidencia se encuentra en el caso 17-03283-LTS/Doc. #:13412-2.

iv. **Documentación justificativa**
   a. Certificación que evidencia el estatus permanente de la demandante en el sistema educativo.
   b. Informe que evidencia la categoría del puesto e información personal y profesional de la demandante.

v. **Firma** *[firma]*
   Ruth Dalia Luisa Martínez Vélez