Katherine Hangrove
HC-01 Box 31325
Juana Díaz, P.R.
00795-9756



Clerk's Office
United States District Court
Room 150 Federal BIDG
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 JUL 10 AM 8:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.