**Anexo C**



i.  **Datos de contacto:**

a.  **Nombre**: Ruth Dalia Luisa Martínez Vélez
    **Dirección Postal**:
    PMB 506
    609 Ave. Tito Castro Suite 102
    Ponce, PR 00716-0200
    **Números de contacto:** 787-651-3829/ 787-214-8742 (celular de esposo)
    **Correo electrónico**: alberto_albertito@yahoo.com

ii.  **Epígrafe:**

a.  **Tribunal**: United Stated District Court for the District of Puerto Rico
b.  **Nombres de Deudores**: The Commonwealth of Puerto Rico, et al.,
c.  **Título de Objeción Global**: Ducentésima cuarta Objeción global
d.  **Número de reclamación**: 173749

iii.  **Motivo(s) para oponerse a la objeción global**

a.  El 27 de junio de 2018 la demandante sometió la reclamación 103437 con el
    propósito de reclamar el incentivo diario por los cursos del Certificado post grado
    en Lingüística Aplicada al Español. La primera reclamación fue desestimada, ya
    que el monto estaba indeterminado. No obstante, el 20 de abril de 2020 sometió
    un reclamo modificado cuya codificación es 173749 por el monto de cuatro mil
    dólares ($4,000.00.) Por consiguiente, la demandante se opone a la Ducentésima
    cuarta Objeción global, porque ya presentó una cantidad definida. Esta evidencia
    se encuentra en el caso 17-03283-LTS/Doc. #:13412-2.

iv.  **Documentación justificativa**

a.  Evidencia del 5 de abril de 2009- Para maestros de español y de educación
    especial del Departamento de Educación: "Oportunidad para obtener el
    certificado en lingüística aplicada al estudio del Español como lengua materna".
b.  Reportaje periodístico de Primera Hora del jueves, 9 de septiembre de 2010 con el
    titular: "Maestros no reciben bonificación".
c.  Evidencia del Certificado post grado en Lingüística Aplicada al Español.
d.  Certificación que evidencia el estatus permanente de la demandante en el sistema
    educativo.
e.  Informe que evidencia la categoría del puesto e información personal y
    profesional de la demandante.

v.  **Firma**   Ruth Dalia Luisa Martínez Vélez
    Ruth Dalia Luisa Martínez Vélez