#102437 - #103749

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| [X] | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| [ ] | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| [ ] | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| [ ] | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| [ ] | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

**Part 1 / Parte 1** **Identify the Claim / Identificar la reclamación**

1. **Who is the current creditor?**

   **¿Quién es el acreedor actual?**

   Ruth Dalia Luisa Martínez Vélez

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor ______

**2. Has this claim been acquired from someone else?**

**¿Esta reclamación se ha adquirido de otra persona?**

☒ No / No
☐ Yes. From whom?
Sí. ¿De quién? ______

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**¿A dónde deberían enviarse las notificaciones al acreedor?**

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

| **Where should notices to the creditor be sent? ¿A dónde deberían enviarse las notificaciones al acreedor?** | **Where should payments to the creditor be sent?** (if different) **¿A dónde deberian enviarse los pagos al acreedor?** (En caso de que sea diferente) |
|---|---|
| Ruth Dalia Luisa Martínez Vélez<br>PMB 506<br>609 Ave. Tito Castro Suite 102<br>Ponce, PR 00716-0200<br><br>alberto_albertito@yahoo.com | |
| 787-214-8742<br>Contact phone / Teléfono de contacto | Contact phone / Teléfono de contacto |
| alberto_albertito@yahoo.com<br>Contact email / Correo electrónico de contacto | Contact email / Correo electrónico de contacto |

**4. Does this claim amend one already filed?**

**¿Esta reclamación es una enmienda de otra presentada anteriormente?**

☐ No / No
☒ Yes. Claim number on court claims registry (if known)
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) 103437
Filed on / Presentada el 06/27/2018 (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

**¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?**

☒ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior? ______

## Part 2 / Parte 2: Give Information About the Claim as of the Petition Date

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

**¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?**

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departamento de Educación

**7. Do you supply goods and / or services to the government?**

**¿Proporciona bienes y / o servicios al gobierno?**

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: ______

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ ______

**8. How much is the claim?**

**¿Cuál es el importe de la reclamación?**

$ 4,000

**Does this amount include interest or other charges?**
**¿Este importe incluye intereses u otros cargos?**

[X] No / No

[ ] Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

**¿Cuál es el fundamento de la reclamación?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

Falta de pagos de estipendio- Mejoramiento Profesional- Certificación en Lingüística Aplicada

**10. Is all or part of the claim secured?**

**¿La reclamación está garantizada de manera total o parcial?**

[X] No / No

[ ] Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**

[ ] Motor vehicle / Vehículos

[ ] Other. Describe:
Otro. Describir: ____________________

**Basis for perfection / Fundamento de la realización de pasos adicionales:**

____________________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

**Value of property / Valor del bien:** $____________________

**Amount of the claim that is secured /**
**Importe de la reclamación que está garantizado:** $____________________

**Amount of the claim that is unsecured /**
**Importe de la reclamación que no está garantizado:** $____________________
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :**

$____________________

**Annual Interest Rate** (on the Petition Date)
**Tasa de interés anual** (cuando se presentó el caso)_____%

[ ] Fixed / Fija

[ ] Variable / Variable

**11. Is this claim based on a lease?**

**¿Esta reclamación está basada en un arrendamiento?**

[X] No / No

[ ] Yes. **Amount necessary to cure any default as of the Petition Date.**
Sí. **Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso**
$____________________

| | |
|---|---|
| **12. Is this claim subject to a right of setoff?**<br><br>**¿La reclamación está sujeta a un derecho de compensación?** | [X] No / No<br><br>[ ] Yes. Identify the property / Sí. Identifique el bien: ______ |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>**¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?** | [X] No / No<br><br>[ ] Yes. **Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.** $______<br><br>Sí. **Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.** |

## Part 3 / Parte 3: Sign Below / Firmar a continuación

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

- [X] I am the creditor. / Soy el acreedor.
- [ ] I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
- [ ] I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
- [ ] I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

**Signature:** *Ruth Dalia Luisa Martínez Vélez*
Ruth Dalia Luisa Martínez Vélez (Apr 20, 2020)

**Email:** alberto_albertito@yahoo.com

Signature / Firma

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name: Ruth (First name / Primer nombre) Dalia Luisa (Middle name / Segundo nombre) Martínez Vélez (Last name / Apellido)

Title / Cargo: Maestra de Español

Company / Compañía: ______
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: PMB 506 (Number / Número) 609 Ave. Tito Castro Suite 102 (Street / Calle)

Ponce (City / Ciudad) PR (State / Estado) 00716-0200 (ZIP Code / Código postal)

Contact phone / Teléfono de contacto 787-214-8742 Email / Correo electrónico alberto_albertito@yahoo.com

Reply Reply all Forward Archive Delete Set flag ...

Memo - Certificado de Linguistica verano 2009

Certificado deLingüística <claelm@yahoo.com>
05/12/2009 8:15 a. m.

To: Ruth Dalia Luisa martínez Vélez; Andrea Martínez de Jesús; Ángel Tanco Galdez; Arizbelia Rodríguez Moulier; Karen Cruz Lebrón; Freddie Natal Medina; Carmen Morales Nieves; Corali Jiménez...

memo
3.69 MB

***MAESTROS de ESPAÑOL Y EDUCACIÓN ESPECIAL***
***DEL DEPARTAMENTO DE EDUCACIÓN***

**OPORTUNIDAD PARA OBTENER EL CERTIFICADO EN LINGÜÍSTICA APLICADA AL ESTUDIO DEL ESPAÑOL COMO LENGUA MATERNA**

El Instituto para el Desarrollo Profesional del Maestro (InDePM), adscrito a la Subsecretaría para Asuntos Académicos del Departamento de Educación (DE), por medio de a División de Educación Continua y Estudios Profesionales (DECEP) de la Universidad de Puerto Rico, ofrecerá el certificado académico ***LINGÜÍSTICA APLICADA AL ESPANOL*** a los maestros que enseñan la **materia de Español en los grados de K-12, maestros de educación especial, supervisores de español y directores de escuela.** Para obtener este certificado, el maestro debe tomar 18 créditos a nivel graduado, que corresponden a seis cursos medulares, previamente seleccionados. Estos cursos serán ofrecidos por los profesores del Programa Graduado de Lingüística de la Facultad de Humanidades en la Universidad de Puerto Rico, Recinto de Río Piedras, durante el periodo de enero de 2009 hasta diciembre de 2010. Durante el semestre, los cursos serán sabatinos, pero, durante el verano, se ofrecerán de lunes a viernes. Los diferentes cursos se ofrecerán en horario de 9:00 a.m. a 12:00 p.m., y de 1:00 a 4:00 p.m., según la disponibilidad de recursos. **El DE sufragará los costos de la matrícula**, la cual incluye: el costo del curso, los materiales instruccionales, una bonificación por cada curso siempre y cuando complete el mismo, y el certificado académico que obtendrán al terminar los mismos.

Cada curso consta de tres créditos universitarios a nivel graduado y se otorgará nota, la cual aparecerá en su transcripción de créditos. Los participantes serán matriculados oficialmente en la Universidad de Puerto Rico. Cada participante seleccionado, se compromete a: estar disponible durante el tiempo que dure el certificado (de enero de 2009 a diciembre de 2010), asistir en el horario indicado y llevar a cabo las tareas requeridas por los cursos graduados. ***Tenemos aún 40 (cuarenta) espacios disponibles para comenzar en verano de 2009.***

Se le requerirán:

- dos transcripciones oficiales de créditos.
- completar la solicitud electrónica que encontrará en la página del Recinto, Estudios Graduados, http://graduados.uprrp.edu/
- llenar la Solicitud Interna del Certificado
- Es imprescindible que incluya una cuenta de correo electrónico porque las comunicaciones serán a través de este medio.

Por medio de este Certificado, los participantes tendrán la oportunidad de actualizar el conocimiento del español, aprender distintas herramientas de aplicación en cada nivel del lenguaje y enriquecer su preparación académica para resolver problemas concretos de la lengua aplicado a situaciones que se presentan en el salón de clases, entre otros objetivos.

Reconocemos la importancia que tiene mejorar la enseñanza del lenguaje en nuestro sistema de educación, así mismo entendemos que este certificado será de gran beneficio para los participantes y de gran impacto en el proceso de enseñanza y aprendizaje para alcanzar una educación de excelencia.

Los que soliciten deben demostrar que son altamente cualificados. Si usted cumple con los requisitos del DE abajo descritos, y desea obtener la misma puede llenar la hoja de solicitud de participación (Anejo 1) y enviarla al facsímil 787-773-1751 o al correo electrónico claelm@yahoo.com . De tener alguna pregunta, puede comunicarse con el personal de nuestras oficinas 764-0000 (ext. 2730) o por correo electrónico claelm@yahoo.com)



# Maestros no reciben bonificación



jueves, 9 de septiembre de 2010

En enero del 2009, casi 100 maestros del Departamento de Educación iniciamos una nueva aventura al aceptar el reto de obtener un certificado postgrado en Lingüística Aplicada al estudio del Español como Lengua Materna, en la UPR Recinto de Río Piedras.

Esta certificación es sufragada con fondos Título II a través del InDemP, el que es dirigido por Lemuel Pérez Arvelo.

En la convocatoria de participación del 17 de diciembre de 2008, se informaba que dicho certificado consta de 18 créditos a nivel graduado y que al finalizar cada curso recibiríamos una bonificación.

Nuestro compromiso era estar disponibles de enero del 2009 a diciembre del 2010 y así lo hemos hecho, pero no hemos recibido nuestra bonificación.

Lemuel Pérez Arvelo no ha autorizado los pagos de la bonificación, según informa su oficina, pues se requería asistencia perfecta, como en los talleres; y no hay presupuesto disponible en estos momentos.

La primera de las razones no está en la convocatoria del 2008 y nunca fue discutida durante las negociaciones de la propuesta con la UPR.

La segunda razón es improbable, ya que la propuesta que se presentó a la UPR establecía no sólo el presupuesto para matrícula, sino también para materiales y el estipendio por maestro.

Hemos realizado múltiples gestiones para dialogar al respecto con Pérez Arvelo, pero



DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: SRM

20 de noviembre de 2018

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | RUTH D. MARTINEZ VELEZ |
| Seguro Social | : | [redacted]1637 |
| Categoría | : | MA. EDUC. SEC (ESPAÑOL) |
| Distrito Escolar | : | PONCE II_ |
| Sueldo Mensual | : | $3,275.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 22 de enero de 1986 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para este Departamento por un periodo de 32 años, 5 meses, 1 semana y 2 1/2 días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.




# Departamento de Educación
## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## Secretaria Auxiliar de Recursos Humanos
## Informe de Cambios

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | RUTH D. MARTINEZ VELEZ | |
| 2. Número de Seguro Social | [redacted]1637 | |
| 3. Lugar de Nacimiento | PONCE | |
| 4. Fecha de Nacimiento | 13 de enero de 1966 | |
| 5. Sexo | F | |
| 6. Estado Civil | CASADO | |
| 7. Preparación Académica | MA 21 | |
| 8. Experiencia | 32.5.1.2.0 | |
| 9. Status del Empleado | PERMANENTE | |
| 10. Sueldo Bruto | $3,275.00 | |
| 11. Número de Puesto | R60639 | |
| 12. Categoría del Puesto | MA. EDUC. SEC (ESPAÑOL) | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de cuenta | E1110-221-0810000-0300-08100-2019-SCHOOLWIDE19 | |
| 15. Fecha de efectividad | 21 de diciembre de 2019 03:00 pm | |
| 16. Acción | RENUNCIA | |
| 17. Duración | | |
| 18. Causa del Cese | JUBILACIÓN | |
| 19. Ultimo día de Trabajo | 21 de diciembre de 2013 03:00 pm | |
| 20. Ultimo día de Pago | 21 de diciembre de 2013 03:00 pm | |
| 21. Prog Esc. Nivel/Grado | | |
| 24. Distrito Escolar | PONCE | |
| 25. Escuela | PONCE HIGH | |

26. Dirección Postal: PMB 506 609 AVE. TITO CASTRO PONCE PUERTO RICO 007160200

26. Teléfono: (787)651-3829

DIVISION DE NOMINA RECIBIDO MAR 15 2019 SECCION D CORRESPONDENCIA

27. Observaciones: SRM Y AEELA. SE ACOGE A LOS BENEFICIOS DE LA LEY NUM. 160 DEL 24 DIC 2013 P/ GLOBAL VAC. REG. 20.0.00 (DESDE 8/ENERO/2019 08:00 AM - HASTA 5/FEBRERO/2019 03:00 PM) Y ENF. 000.0.00 NO APLICA POR LEY 26-2017 AÑOS DE SERVICIO

3275.00

28. Preparado por: EFRAIN CORDERO SALINAS — FECHA: 12 de marzo de 2019

29. Verificado por: EFRAIN CORDERO SALINAS — FECHA: 12 de marzo de 2019

30. Aprobado por: MARIA M. ARANDA SOTO — FECHA: 12 de marzo de 2019

Secretario de Educación o su representante

LA JUNTA DE SÍNDICOS
DE LA

# Universidad de Puerto Rico

RECINTO DE RÍO PIEDRAS
POR LA PRESENTE CONFIERE A

## Ruth Dalia Martínez Vélez

## Certificado Postgrado en Lingüística Aplicada Al Español

POR HABER COMPLETADO LOS CURSOS DE ESTUDIOS EXIGIDOS
EN TESTIMONIO DE LO CUAL LOS FUNCIONARIOS AUTORIZADOS
DE LA UNIVERSIDAD FIRMAN EL PRESENTE TÍTULO
DADO EN RÍO PIEDRAS, PUERTO RICO EL DÍA VEINTIOCHO
DE ENERO EN EL AÑO DE NUESTRO SEÑOR DE DOS MIL ONCE.

PRESIDENTE

PRESIDENTE JUNTA DE SÍNDICOS

RECTORA

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

**Part 1 / Parte 1** **Identify the Claim / Identificar la reclamación**

1. **Who is the current creditor?**

   **¿Quién es el acreedor actual?**

   Ruth Delia Luisa Martínez Vélez

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor ______

| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? ______ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>______<br>Name / Nombre<br><br>______<br>Number / Número Street / Calle<br><br>______<br>City / Ciudad State / Estado ZIP Code / Código postal<br><br>______<br>Contact phone / Teléfono de contacto<br><br>______<br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>Ruth Delia Luisa Martínez Vélez<br>Name / Nombre<br><br>PMB 506<br>609 Ave. Tito Castro Suite 102<br>Number / Número Street / Calle<br><br>Ponce Puerto Rico 00716-0200<br>City / Ciudad State / Estado ZIP Code / Código postal<br><br>787-651-3829<br>Contact phone / Teléfono de contacto<br><br>alberto_albertito@yahoo.com<br>Contact email / Correo electrónico de contacto |
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) ______<br>Filed on / Presentada el ______ (MM /DD/YYYY) / (DD/MM/AAAA) | |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? ______ | |

**Part 2 / Parte 2:** **Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento especifico del Estado Libre Asociado de Puerto Rico? | ☒ No / No<br>☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>______ |
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number \| Número de proveedor / contrato: ______<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ ______ |

| | |
|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $Indeterminado. Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☒ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br>Uno de ellos Certificación en Lingüística Aplicada<br>Estipendio - Mejoramiento profesional (diversos) |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br>☐ Other. Describe:<br>Otro. Describir: ______<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** ______<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>**Value of property / Valor del bien:** $______<br><br>**Amount of the claim that is secured / Importe de la reclamación que está garantizado:** $______<br><br>**Amount of the claim that is unsecured / Importe de la reclamación que no está garantizado:** $______<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date / Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $______<br><br>**Annual Interest Rate** (on the Petition Date)<br>**Tasa de interés anual** (cuando se presentó el caso)______%<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un | ☒ No / No<br>☐ Yes. **Amount necessary to cure any default as of the Petition Date.**<br>Sí. **Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$** ______ |

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property / Sí. Identifique el bien: ____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim. $____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:** **Sign Below / Firmar a continuación**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

- ☒ I am the creditor. / Soy el acreedor.
- ☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
- ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
- ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el 29 junio 2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma [signature]

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name: Ruth Daliz (First name / Primer nombre) Luisa (Middle name / Segundo nombre) Martinez Vélez (Last name / Apellido)

Title / Cargo: Maestra

Company / Compañía: N/A

Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: PMB 506 609 Ave. Tito Castro Suite 102 (Number / Número, Street / Calle)

Ponce (City / Ciudad) Puerto Rico (State / Estado) 00716-0200 (ZIP Code / Código postal)

Contact phone / Teléfono de contacto 787-651-3829 Email / Correo electrónico alberto_albertito@yahoo.com

5 de abril de 2009

*MAESTROS de ESPAÑOL Y EDUCACION ESPECIAL*
*DEL DEPARTAMENTO DE EDUCACIÓN*

## OPORTUNIDAD PARA OBTENER EL CERTIFICADO EN LINGÜÍSTICA APLICADA AL ESTUDIO DEL ESPAÑOL COMO LENGUA MATERNA

El Instituto para el Desarrollo Profesional del Maestro (InDePM) adscrito a la Subsecretaría para Asuntos Académicos del Departamento de Educación (DE) por medio de a División de Educación Continua y Estudios Profesionales (DECEP) de la Universidad de Puerto Rico ofrecerá el certificado académico ***LINGÜÍSTICA APLICADA AL ESPAÑOL*** a los maestros que enseñan la materia de Español en los grados de K-12, maestros de educación especial, [illegible] de español y directores de escuela. Para obtener este certificado el [illegible] debe tomar 15 créditos a nivel graduado [illegible] relacionados. Estos cursos serán ofrecidos por los profesores del Programa [illegible] de Lingüística de la Facultad de Humanidades en la Universidad de Puerto Rico [illegible] cursos serán [illegible] Los cursos se ofrecerán en horario de [illegible] [illegible] de escuela. El DE [illegible] [illegible]

[illegible] créditos universitarios [illegible] acreditación de maestros [illegible]

[illegible]

Reconocemos la importancia que tiene mejorar la enseñanza del lenguaje en nuestro sistema de educación, así mismo entendemos que este certificado será de gran beneficio para los participantes y de gran impacto en el proceso de enseñanza y aprendizaje para alcanzar una educación de excelencia.

Los que soliciten deben demostrar que son altamente cualificados. Si usted cumple con los requisitos del DE abajo descritos, y desea obtener la misma puede llenar la hoja de solicitud de participación (Anejo 1) y enviarla al facsímil 787-773-1751 o al correo electrónico ciaeim@yahoo.com. De tener alguna pregunta puede comunicarse con el personal de nuestras oficinas 764-0000 (ext. 2730) o por correo electrónico ciaeim@yahoo.com)

Contamos con su participación,

Dra. Rose Marie Santiago Villafañe
Coordinadora del Certificado Postgrado de Lingüística Aplicada

I. CRITERIOS DE SELECCIÓN

[illegible]

- Permanencia [illegible]
- Certificación [illegible]
- [illegible]
- Certificación del Director [illegible]
- Disponibilidad [illegible]
- Compromiso [illegible]
- Maestro altamente cualificado [illegible]
- [illegible] académico [illegible]

NOTA IMPORTANTE

Durante este verano el Proyecto le ofrece la posibilidad de hospedarse en la Universidad de Puerto Rico en Río Piedras si vive fuera del área metropolitana. Los cursos continuarán en agosto en horario sabatino.

[illegible] de 8:00 a.m. a 12:00 p.m. y de 1:00 a [illegible] p.m.