**PRIORITY MAIL FLAT RATE POSTAGE REQUIRED**

**PRESS FIRMLY TO SEAL**

USPS — United States Postal Service — Retail

**US POSTAGE PAID**
**$7.75**
Origin: 00715
07/09/20
4260300715-02

**PRIORITY MAIL 1-DAY®**

0 Lb 13.00 Oz
1005

EXPECTED DELIVERY DAY: 07/10/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

**USPS TRACKING® NUMBER**

9505 5105 4733 0191 9796 81

- Order supplies online.*
- When used internationally, a customs declaration label may be required.
* Domestic only



PS00001000014    EP14F Oct 2018    OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**FROM:**
Ruth Dalia Luisa Martinez Vélez
PMB 506
609 Ave. Tito Castro Suite 102
Ponce, Puerto Rico 00716-0200

RECEIVED & FILED
2020 JUL 10 PM 3:28
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

INTRA-DISTRICT PRIORITY — ST. THOMAS, PUERTO RICO, VIEQUES, CULEBRA, ST. CROIX, ST. JOHN

**TO:**
Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados
150 Ave Chardón    Unidos
Sala 150 Edificio Federal
San Juan, Puerto Rico 00918-1767