Anexo C

i. **Datos de contacto:**
   a. **Nombre**: Ruth Dalia Luisa Martínez Vélez
      **Dirección Postal**:
      PMB 506
      609 Ave. Tito Castro Suite 102
      Ponce, PR 00716-0200
      **Números de contacto**: 787-651-3829/ 787-214-8742 (celular de esposo)
      **Correo electrónico**: alberto_albertito@yahoo.com

ii. **Epígrafe:**
   a. **Tribunal**: United Stated District Court for the District of Puerto Rico
   b. **Nombres de Deudores**: The Commonwealth of Puerto Rico, et al.,
   c. **Título de Objeción Global**: Ducentésima cuarta Objeción global
   d. **Número de reclamación**: 173748

iii. **Motivo(s) para oponerse a la objeción global**
   a. El 29 de junio de 2018 la demandante sometió la reclamación 105594 con el propósito de reclamar el incentivo post huracán María. En la primera reclamación el monto presentado fue indeterminado; por tal razón, fue desestimada. No obstante, el 20 de abril de 2020 sometió un reclamo modificado cuya codificación es 173748 por el monto de mil dólares ($1,000.00.) Por consiguiente, la demandante se opone a la Ducentésima cuarta Objeción global, porque ahora ya la cantidad está definida. Esta evidencia se encuentra en el caso 17-03283-LTS/Doc #:13412-2.

iv. **Documentación justificativa**
   a. Evidencia de asistencia del Sistema TAL en las fechas posteriores al huracán María (20 de septiembre de 2017)
   b. Certificación que evidencia el puesto activo de la demandante en el sistema educativo antes y después del huracán María.
   c. Informe de cambios, el cual establece el estatus de empleo de la demandante.

v. **Firma** *[firma]*
   Ruth Dalia Luisa Martínez Vélez

*[Sello: RECEIVED & FILED CLERK'S OFFICE JUL 10 2020 US DISTRICT COURT SAN JUAN, PR]*