**PRESS FIRMLY TO SEAL**

**PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED**

UNITED STATES POSTAL SERVICE.

Retail

**P** US POSTAGE PAID
$7.75
Origin: 00715
07/09/20
4260300715-02

PRIORITY MAIL 1-DAY®

0 Lb 13.00 Oz
1005

EXPECTED DELIVERY DAY: 07/10/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

USPS TRACKING® NUMBER

9505 5105 4733 0191 9796 81

- Order supplies online.*
- When used internationally, a customs declaration label may be required.
* Domestic only


PS00001000014
EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.


USPS.COM/PICKUP

FROM:
Ruth Dalia Luisa Martinez Vélez
PMB 506
609 Ave. Tito Castro Suite 102
Ponce, Puerto Rico 00716-0200



RECEIVED & FILED
2020 JUL 10 PM 3:28
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

TO:
Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados
150 Ave Chardón            Unidos
Sala 150 Edificio Federal
San Juan, Puerto Rico 00918-1767