June 28th 2020

NAME OF COURT: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
NAME OF DEBTOR: PUERTO RICO ELECTRIC POWER AUTHORITY(PREPA)
DOCKET NUMBER: 13436
TITLE OF OMNIBUS OBJECTION: DEBTOR'S TWO HUNDRED TWENTY-SECOND OMNIBUS OBJECTION
CASE NUMBER:4692

CONTACT INFORMATION OF RESPONDING CLAIMANT
   MEL FEDER
    612 WOODMERE BLVD
   WOODMERE, NY 11598
   PH: (516) 374-1841
   EMAIL: melfeder@aol.com

REASONS FOR OPPOSING THE OMNIBUS OBJECTION:

Our claim relates the the non payment of semi-annual interest of $5625.00 due on July 1, 2017
relating to $225,000 PAR 5% PREPA Bonds that we owned. In the Debtor's Statement of Reason
(attached) they state that the unpaid interest is "alleged."  In fact the Debtor is fully aware that
the interest payment due July 1, 2017 was absolutely NOT paid to us.

We purchsed the $225,000 PAR, 5% coupon PREPA bonds on or about August 26, 2008. Semi-annual
interest of $5625.00 was payable January 1 and July 1, each year

The semi-annual interest payment of $5625.00 due on July 1, 2017 was not paid by the debtor.
Our financial advisor informed us that future interest payments on these bonds was definitely at risk.
So we sold these bonds fully on July 14, 2017 at a substantial loss (over $100,000).  We were not
paid any accrued interest for the period July, 2017 to July 14, 2017. More importantly we were also NOT
paid for the unpaid interest of $5625.00 for the missing payment period of January 1, 2017 to June 30, 2017
at the time of the sale, since it did NOT constitue accrued interest on the sale. (See Exhibit A.)

The factual situation is as follows:
  > On July 1, 2017 we were joint owners of $225,000 5% coupon PREPA bonds with interest payable each January 1 and July 1.
  >The debtor was obligated to pay us $5625.00 on July 1, 2017.
  > The debtor did NOT pay us the $5625.00 semi-annual interest due on July 1, 2017.
  > The sale of the bonds by us did not discharge the debtor from its obligation to pay us the $5625.00 missing interest payment.
     We legally remain the creditor for  that interest payment.
  > We were not reimbursed by any party for this missing interest payment upon the sale of the PREPA bonds.
  > We did NOT make any claim for the sustained loss on the sale of the bonds, so the debtor's Statement of Reason
     is incorrect in that it references a claim for "alleged ... loss on investment."
  > We are the legal creditors of the debtor as it relates to the still unpaid interest payment of $5625.00 due July 1, 2017
     The subsequent sale of those bonds by us did NOT alter our legal status as the creditorof this interest amount of $5625.00.

_____          _____          _____
       JILL FEDER                       JEFFREY FEDER                      MEL FEDER

RECEIVED & FILED
2020 JUL 10  AM 8: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.