THIS NOTICE RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.

IF YOU ARE RECEIVING THIS NOTICE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

DOCUMENTS RELATING TO THIS CLAIM OBJECTION WERE MAILED TO YOU ON JUNE 12, 2020. PURSUANT TO DETAILS SET FORTH IN EXHIBIT "C" TO THE OBJECTION, THE DEADLINE TO RESPOND IS JULY 14, 2020. PLEASE CHECK YOUR MAIL BOX. IF YOU FAIL TO PROPERLY RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE GOVERNMENT WITHOUT FURTHER NOTICE OR HEARING.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Jill Feder, Jeffrey Feder Mel Feder JT Ten | 4692 | 03/26/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | $5,625.00 |
| Docket Number | 13436 | Objection Title | Debtors' Two Hundred Twenty-Second Omnibus Objection | |
| Reason: | Claimant asserts liabilities associated with bonds issued by PREPA that claimants held at one time, but sold their position. Because claimant sold their bonds they purport to assert, they no longer have any right to payment from PREPA in respect of bonds issued by PREPA and accordingly, have no claim against PREPA for alleged unpaid interest and/or loss on investment. | | | |

LA PRESENTE NOTIFICACIÓN ESTÁ RELACIONADA CON UNA EVIDENCIA DE RECLAMO QUE USTED PRESENTÓ CONTRA EL GOBIERNO DE PUERTO RICO EN EL PROCESO QUE SE SUSTANCIA EN VIRTUD DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD FINANCIERA DE PUERTO RICO.

SI USTED RECIBE ESTA NOTIFICACIÓN ES PORQUE UNO O MÁS DE LOS DEUDORES PRETENDEN DESESTIMAR SU RECLAMO POR LA RAZÓN EXPUESTA A CONTINUACIÓN.

LOS DOCUMENTOS RELACIONADOS CON ESTA OBJECIÓN DE RECLAMO LE FUERON ENVIADOS A USTED POR CORREO EL DÍA 12 DE JUNIO DE 2020. DE ACUERDO CON LOS DATOS ESTABLECIDOS EN EL ANEXO "C" A LA OBJECIÓN, LA FECHA LÍMITE PARA RESPONDER ES EL 14 DE JULIO DE 2020. SÍRVASE POR FAVOR VERIFICAR SU CASILLA DE CORREO. SI NO RESPONDE APROPIADAMENTE A LA OBJECIÓN, EL TRIBUNAL PODRÍA OTORGAR LA REPARACIÓN SOLICITADA POR EL GOBIERNO SIN PREVIO AVISO NI AUDIENCIA.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Jill Feder, Jeffrey Feder Mel Feder JT Ten | 4692 | 03/26/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | $5,625.00 |
| Número de registro de actos procesales | 13436 | Título de la objeción | Debtors' Two Hundred Twenty-Second Omnibus Objection | |
| Base para: | Demandante afirma obligaciones asociadas con bonos emitidos por la PREPA retenidos anteriormente por el demandante, cuya posición ha sido vendida. Porque el demandante vendió los presuntos bonos acertados, ya no tienen derecho a pago por la PREPA con respecto a bonos emitidos por la PREPA y de acuerdo, no tiene reclamación contra la PREPA por interés y/o inversiones alegadas. | | | |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1-31, 2017

## Account Detail

Active Assets Account — JILL FEDER JEFFREY FEDER AND

| | Percentage of Holdings | Face Value | | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| MUNICIPAL BONDS | | 130,000.000 | | $140,494.90 / $140,456.21 | $138,530.60 | $(1,925.61) ST | $5,200.00 / $462.22 | 3.75% |
| TOTAL MUNICIPAL BONDS (includes accrued interest) | 100.00% | | | | $138,992.82 | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| TOTAL MARKET VALUE | | | | $140,456.21 | $138,530.63 | $(1,925.61) ST | $5,200.00 / $462.22 | 3.74% |
| TOTAL VALUE (includes accrued interest) | 100.00% | | | | $138,992.85 | | | |

Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.

## ALLOCATION OF ASSETS (^ includes accrued interest)

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Annuities & Insurance | Structured Investments | Other |
|---|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $0.03 | — | — | — | — | — | — |
| Municipal Bonds ^ | — | — | $138,992.82 | — | — | — | — |
| TOTAL ALLOCATION OF ASSETS ^ | $0.03 | — | $138,992.82 | — | — | — | — |

## ACTIVITY

### INVESTMENT RELATED ACTIVITY

PURCHASES, DIVIDEND REINVESTMENTS, SALES AND REDEMPTIONS

| Activity Date | Settlement Date | Activity Type | Description | Comments | | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|---|
| 7/11 | 7/14 | Sold | P R ELEC PWR  BE 5000 *32JL01 | ACTED AS PRINCIPAL | | 225,000.000 | $55.2530 | $124,312.75 |
| 7/12 | 7/17 | Bought | NEW YORK N Y C BE 4000 *44MY01 | ACTED AS PRINCIPAL ACCRUED INTEREST | 260.00 | 130,000.000 | 108.0680 | (140,754.90) |

| TOTAL PURCHASES, DIVIDEND REINVESTMENTS, SALES AND REDEMPTIONS | $(16,442.15) |
|---|---|
| TOTAL PURCHASES | $(140,754.90) |
| TOTAL SALES AND REDEMPTIONS | $124,312.75 |

Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.

*Handwritten annotation:* ① 225,000 × 0.55253D − 6.50 = 124,312.75 (trans fee) (accrued interest)

# Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1-31, 2017

Page 7 of 8

Active Assets Account  
JILL FEDER  
JEFFREY FEDER  AND

## Account Detail

### TAXABLE INCOME AND DISTRIBUTIONS

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 7/17 | Interest Income | MORGAN STANLEY BANK N.A. | | $0.03 |
| **TOTAL TAXABLE INCOME AND DISTRIBUTIONS** | | | | **$0.03** |
| TOTAL INTEREST | | | | $0.03 |

### CASH RELATED ACTIVITY

#### ELECTRONIC TRANSFERS

Check disbursements from branch offices are displayed as Electronic Transfers.

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 7/14 | Cash Transfer - Credit | FUNDS TRANSFERRED | CONFIRMATION # 73606911 FROM 409-069635 | $16,442.15 |
| **TOTAL ELECTRONIC TRANSFERS** | | | | **$16,442.15** |
| TOTAL ELECTRONIC TRANSFERS-CREDITS | | | | $16,442.15 |

### MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 7/14 | Automatic Investment | BANK DEPOSIT PROGRAM | $16,442.15 |
| 7/17 | Automatic Redemption | BANK DEPOSIT PROGRAM | (16,442.15) |
| 7/18 | Automatic Investment | BANK DEPOSIT PROGRAM | 0.03 |
| **NET ACTIVITY FOR PERIOD** | | | **$0.03** |

### REALIZED GAIN/(LOSS) DETAIL

#### LONG-TERM GAIN/(LOSS)

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| P R ELEC PWR  BE  5.000 7-01-32 | 08/26/08 | 07/11/17 | 225,000.000 | $124,312.75 | $225,000.00 | $(100,687.25) | |
| Long-Term This Period | | | | $124,312.75 | $225,000.00 | $(100,687.25) | |
| Long-Term Year to Date | | | | $124,312.75 | $225,000.00 | $(100,687.25) | |
| Net Realized Gain/(Loss) This Period | | | | $124,312.75 | $225,000.00 | $(100,687.25) | |
| Net Realized Gain/(Loss) Year to Date | | | | $124,312.75 | $225,000.00 | $(100,687.25) | |

Treasury regulations require that we report on Form 1099-B a) adjusted cost basis on the sale of covered securities acquired on or after 1/1/11 (or the applicable date for the type of security), b) the gain or loss as either long-term or short-term, and c) basis adjustments on covered securities due to wash sales, certain corporate actions and transfers by gift or inheritance. This section may not reflect all the basis adjustments required when filing your tax return. Refer to the Expanded Disclosures.