Gary Feder
612 Woodmere Blvd.
Woodmere, NY 11598

MID-ISLAND NY 117

29 JUN 2020 PM 7 L

RECEIVED & FILED
2020 JUL 10 AM 8: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767