## Anexo C

i. **Datos de contacto:**
   a. **Nombre:** Ruth Dalia Luisa Martínez Vélez
      **Dirección Postal:**
      PMB 506
      609 Ave. Tito Castro Suite 102
      Ponce, PR 00716-0200
      **Números de contacto:** 787-651-3829/ 787-214-8742 (Celular de esposo)
      **Correo electrónico:** alberto_albertito@yahoo.com

ii. **Epígrafe:**
   a. **Tribunal:** United Stated District Court for the District of Puerto Rico
   b. **Nombres de Deudores:** The Commonwealth of Puerto Rico, et al.,
   c. **Título de Objeción Global:** Ducentésima cuarta Objeción global
   d. **Número de reclamación:** 173751

iii. Motivo(s) para oponerse a la objeción global
   a. El 29 de mayo de 2018 la demandante sometió la reclamación 40721 con el propósito de que le garanticen el pago mensual de la pensión de Retiro de maestros. La primera reclamación fue desestimada. Más la demandante persiste en dicha reclamación con el monto actualizado de la cantidad de $2,375.52 dólares mensuales; por tal razón, se opone a la Ducentésima cuarta Objeción global, porque ese es un derecho garantizado como maestra retirada. Esta evidencia se encuentra en el caso 17-03283-LTS/Doc #:13412-2.

iv. Documentación justificativa
   a. Talonario que evidencia el pago de pensión mensual actualizada en la cantidad de $2,375.52.

v. Firma  *[signature: Ruth Dalia Luisa Martínez Vélez]*
   Ruth Dalia Luisa Martínez Vélez