Eleuterio Reyes Ayala
P.O. Box, 1281
Aibonito, P.R. 00705

Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, P.R. 00918-1747