7 de julio de 2020

RECEIVED & FILED
2020 JUL 14 AM 7:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Francisco Santana Martínez

HC 03 Box 6197

Humacao, PR 00791

Tel: (787) 617-3055

Correo electrónico: ciscoana60@gmail.com

Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Junta de Supervisión y Administración Financiera para Puerto Rico

Del Estado Libre Asociado de Puerto Rico

Promesa Titulo III Num: 17 BK 3283-LTS

Mi reclamación está basada a un empleo anterior para Corporación Azucarera de PR del Departamento de Agricultura Federal. Para ese entonces los obreros perdimos muchos derechos de los cuales hoy día estamos reclamando a través de esta demanda. Entendemos que los salarios recibidos para ese entonces no eran justamente lo que recibíamos pues la ley 84 había adjudicado un aumento de los cuales muchos de los empleados no se les otorgó debidamente al igual los pagos de días de enfermedad, vacaciones y compensación por el cierre de la Corporación. Por tal razón reclamamos que se nos otorgue una cantidad justa por la falta que la Corporación hizo para ese entonces. También hago constar que pido una cantidad justa entre 40,000.00 por este caso ya que trabaje para la corporación desde el añ 1974 hasta 1988.

Se me es imposible presentar evidencia del trabajo debido a la cantidad de años ya pasados perdi todos mis papeles de la Corporación por el paso del Huracán George 1998. Por tal motivo no tengo evidencia de talonarios para adjuntar en esta carta.

Espero que esto se de ayuda a mi caso.

Atentamente,

Francisco Santana Martínez

#173197

2. Rogamos radique formularios de réplica separados por cada evidencia de reclamaciones a la que los Deudores se hayan opuesto. No radique un único formulario de réplica que aborde más de una evidencia de reclamaciones.

3. Rogamos conteste a todas las preguntas y a cada una de las subpreguntas aplicables.

4. Incluya tantos detalles como pueda en sus réplicas.

    a. **Sus respuestas deben proporcionar más información que la contenida en la evidencia de reclamaciones inicial.** Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamación, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamación.

    b. Si está disponible y se aplica a su reclamación, rogamos proporcione, asimismo, lo siguiente:

        - Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
        - Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
        - Notificación por escrito de la intención de radicar una reclamación acompañada de un comprobante de envío; y
        - Toda la documentación que a su criterio justifica su reclamación.

5. Si no dispone de una copia de su reclamación, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción global a su reclamación.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, la ACT o el SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

    ◻ Nombre: _Francisco Santana Martinez_

    ◻ Dirección: _HC-3 Box 6197 Humacao PR. 00791_

    ◻ Número de teléfono: _787-612-3055_

2

☐ **Dirección de correo electrónico:** _Ciscoana60@gmail.com_

2. **Número de su evidencia de reclamaciones:** _173197_

3. **Los Deudores se han opuesto a su Evidencia de reclamaciones porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamación. Marque la casilla con la que guarde relación su Evidencia de reclamaciones y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamación. Adjunte páginas adicionales si fuera necesario.**

   ☐ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

   ☒ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

   _Coorporación Azucarera de P.R. para el Departamento de Agricultura de P.R.-E.U._

   **Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamación.**

4. **¿Cuál es el monto de su reclamación (cuánto alega que se le adeuda)?:**
   _$9,000.00_

5. **Empleo.** ¿Su reclamación guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?
   ☐ No. *Siga con la Pregunta 6.*
   ☒ Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:
   _Coorporación Azucarera de P.R._

5(b). Indique las fechas de su empleo relativo con su reclamación:
   _Desde 1974   Hasta_

5(c). Últimos cuatro dígitos de su número del Seguro Social:
   _9609_

5(d). ¿Cuál es la naturaleza de sus reclamaciones relativas al empleo (marque todas las casillas aplicables)?:
   ☐ Pensión
   ☒ Salarios no pagados
   ☒ Días de licencia por enfermedad

3

- ☐ Quejas con sindicato
- ☒ Vacaciones
- ☐ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

*Aumentos de Salarios ley 84, Dias Enfermedad Compensacion por cierre, Vacaciones*

6. **Acción judicial**. ¿Su reclamación guarda relación con una acción judicial pendiente de resolución o finalizada?

- ☐ No.
- ☐ Sí. Responda a las Preguntas 6(a) a (f).

6(a). Indique el departamento o la agencia que sean parte en la acción.
_____

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.
_____

6(c). Caso núm.: _____

6(d). Título, epígrafe o nombre del caso: _____

6(e). Estado del caso (pendiente de resolución, apelado o finalizado):
_____

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí / No (marque su respuesta con un círculo)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?
_____

**FIRME ABAJO SU RÉPLICA**

*[signature]*
Firma

*Francisco Santana Martinez*
Nombre en letra de molde

*8 julio 2020*
Fecha

4