Francisco Santora
HC-03 Box 6197
Humacao PR. 00791

SAN JUAN PR 009
10 JUL 2020 PN 2 L

FOREVER / USA

RECEIVED
2020 JUL 14 AM 7:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Secretario del Tribunal de
Distrito de E.U.
Sala 150 Edificio Federal
San Juan PR.   00918-1767