# EXHIBIT B

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY PROFESSIONAL BY LOCATION**
**FOR THE PERIOD FEBRUARY 1, 2020 TO MAY 31, 2020**

| Professional | Position | Blended Billing Rate | Mainland Hours | Mainland Fees | On-island Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---:|---:|---:|---:|---:|---:|---:|
| Collura, Lisa | Sr Managing Dir | $ 985 | 8.2 | $ 8,077.00 | - | $ - | 8.2 | $ 8,077.00 |
| Greenblatt, Matthew | Sr Managing Dir | 985 | 6.2 | 6,107.00 | - | - | 6.2 | 6,107.00 |
| Gumbs, Sean | Sr Managing Dir | 1,125 | 182.3 | 205,087.50 | 15.7 | 17,662.50 | 198.0 | 222,750.00 |
| Heeren, Ana | Sr Managing Dir | 925 | 27.0 | 24,975.00 | 5.4 | 4,995.00 | 32.4 | 29,970.00 |
| Simms, Steven | Sr Managing Dir | 1,295 | 2.0 | 2,590.00 | - | - | 2.0 | 2,590.00 |
| Grunwald Kadar, Andrea | Managing Dir | 915 | 131.5 | 120,322.50 | - | - | 131.5 | 120,322.50 |
| Park, Ji Yon | Managing Dir | 905 | 51.5 | 46,607.50 | - | - | 51.5 | 46,607.50 |
| Hanifin, Kathryn | Senior Director | 650 | 32.1 | 20,865.00 | 4.2 | 2,730.00 | 36.3 | 23,595.00 |
| Fitschen, Ernst | Director | 705 | 133.9 | 94,399.50 | - | - | 133.9 | 94,399.50 |
| Garcia Pelaez, Andres | Director | 550 | 0.8 | 440.00 | - | - | 0.8 | 440.00 |
| Murray, Liam | Director | 625 | 10.0 | 6,250.00 | - | - | 10.0 | 6,250.00 |
| Sombuntham, Natalie | Director | 691 | 281.4 | 194,529.00 | - | - | 281.4 | 194,529.00 |
| Maassen, Thomas | Sr Consultant | 456 | 151.3 | 68,943.00 | - | - | 151.3 | 68,943.00 |
| Gower, Connor | Consultant | 356 | 199.9 | 71,249.00 | - | - | 199.9 | 71,249.00 |
| Hughes, Aoife | Consultant | 350 | 0.7 | 245.00 | - | - | 0.7 | 245.00 |
| Ji, Yuhan | Consultant | 303 | 147.9 | 44,854.50 | - | - | 147.9 | 44,854.50 |
| Newton, Emilie | Consultant | 350 | 55.3 | 19,355.00 | - | - | 55.3 | 19,355.00 |
| Smotkin, Lauren | Consultant | 383 | 6.0 | 2,300.00 | - | - | 6.0 | 2,300.00 |
| Zhang, Ye | Consultant | 320 | 106.1 | 33,974.00 | - | - | 106.1 | 33,974.00 |
| Hellmund-Mora, Marili | Project Asst | 280 | 3.2 | 896.00 | - | - | 3.2 | 896.00 |
| Compton, Fraser | Intern | 225 | 82.9 | 18,652.50 | - | - | 82.9 | 18,652.50 |
| Waldron, Alex | Intern | 225 | 78.0 | 17,550.00 | - | - | 78.0 | 17,550.00 |
| **SUBTOTAL** | | | **1,698.2** | **$ 1,008,269.00** | **25.3** | **$ 25,387.50** | **1,723.5** | **$ 1,033,656.50** |
| Less: 50% discount for non-working travel time | | | | (19,800.00) | | - | | (19,800.00) |
| **GRAND TOTAL** | | | | **$ 988,469.00** | | **$ 25,387.50** | | **$ 1,013,856.50** |