## EXHIBIT C

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY TASK CODE BY LOCATION**
**FOR THE PERIOD FEBRUARY 1, 2020 TO MAY 31, 2020**

| Task Code | Task Description | Mainland Hours | Mainland Fees | On-island Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|
| 3 | Mediation | 16.9 | $ 14,440.00 | - | $ - | 16.9 | $ 14,440.00 |
| 4 | Analysis of the Fiscal Plan – General / Revenues | 88.2 | 75,315.50 | - | - | 88.2 | 75,315.50 |
| 9 | Potential Avoidance Actions & Litigation | 62.2 | 52,572.00 | - | - | 62.2 | 52,572.00 |
| 10 | Case Management | 13.7 | 11,364.00 | - | - | 13.7 | 11,364.00 |
| 13 | Analysis of Other Miscellaneous Motions / Litigations | 8.9 | 9,226.50 | - | - | 8.9 | 9,226.50 |
| 16 | Analysis and Review of the Plan of Adjustment | 78.7 | 70,788.50 | - | - | 78.7 | 70,788.50 |
| 17 | Analysis of Pension and Retiree Related Liabilities | 104.8 | 86,266.50 | 8.0 | 9,000.00 | 112.8 | 95,266.50 |
| 18 | General Mtgs with Retiree Cmte & Cmte Professionals | 95.8 | 83,798.50 | 13.4 | 12,625.00 | 109.2 | 96,423.50 |
| 24 | Preparation of Fee Application | 37.4 | 25,898.00 | - | - | 37.4 | 25,898.00 |
| 25 | Travel Time | 40.0 | 39,600.00 | - | - | 40.0 | 39,600.00 |
| 27 | Strategic Communications | 91.6 | 45,751.00 | 3.9 | 3,762.50 | 95.5 | 49,513.50 |
| 28 | Analysis of the Fiscal Plan – Economic Review | 1,060.0 | 493,248.50 | - | - | 1,060.0 | 493,248.50 |
| | **SUBTOTAL** | **1,698.2** | **$ 1,008,269.00** | **25.3** | **$ 25,387.50** | **1,723.5** | **$ 1,033,656.50** |
| | Less: 50% discount for non-working travel time | | (19,800.00) | | - | | (19,800.00) |
| | **GRAND TOTAL** | | **$ 988,469.00** | | **$ 25,387.50** | | **$ 1,013,856.50** |