# **EXHIBIT E**

**DETAILED TIME RECORDS FOR FTI CONSULTING, INC. PERFORMED
ON THE ISLAND FOR THE PERIOD FEBRUARY 1, 2020 TO MAY 31, 2020**

EXHIBIT E

THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283

DETAIL OF ON-ISLAND TIME ENTRIES

FOR THE PERIOD FEBRUARY 1, 2020 TO FERUARY 29, 2020

ON-ISLAND

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 2/12/2020 | Gumbs, Sean | 0.8 | Participate in meeting |
| 17 | 2/12/2020 | Gumbs, Sean | 1.2 | Prepare for and participate in meeting |
| 17 | 2/13/2020 | Gumbs, Sean | 0.7 | Review |
| 17 | 2/13/2020 | Gumbs, Sean | 0.6 | Participate in call |
| 17 | 2/13/2020 | Gumbs, Sean | 0.4 | Review |
| **17 Total** | | | **3.7** | |
| 18 | 2/12/2020 | Gumbs, Sean | 3.7 | Participate in meeting with the committee |
| 18 | 2/12/2020 | Hanifin, Kathryn | 3.6 | Participate in meeting with the committee |
| 18 | 2/12/2020 | Heeren, Ana | 3.7 | Participate in meeting with the committee |
| **18 Total** | | | **11.0** | |
| 27 | 2/12/2020 | Gumbs, Sean | 1.6 | Prepare for and participate in meeting |
| 27 | 2/12/2020 | Hanifin, Kathryn | 0.6 | Participate |
| 27 | 2/12/2020 | Heeren, Ana | 0.6 | Participate |
| 27 | 2/12/2020 | Heeren, Ana | 1.1 | Prepare |
| **27 Total** | | | **3.9** | |
| **On-Island Total** | | | **18.6** | |

EXHIBIT E
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
DETAIL OF ON-ISLAND TIME ENTRIES
FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020

ON-ISLAND

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 3/4/2020 | Gumbs, Sean | 1.0 | Participate in meeting |
| 17 | 3/9/2020 | Gumbs, Sean | 1.2 | Prepare for and meet |
| 17 | 3/9/2020 | Gumbs, Sean | 2.1 | Prepare for a meet |
| **17 Total** | | | **4.3** | |
| 18 | 3/4/2020 | Gumbs, Sean | 2.4 | Participate on committee call |
| **18 Total** | | | **2.4** | |
| **On-island Total** | | | **6.7** | |

Page 1 of 1

# EXHIBIT E
## THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
## DETAIL OF ON-ISLAND TIME ENTRIES
## FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020

### ON-ISLAND

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| NOT APPLICABLE IN THIS MONTH | | | | |

# EXHIBIT E
## THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
## DETAIL OF ON-ISLAND TIME ENTRIES
## FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020

### ON-ISLAND

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| | | NOT APPLICABLE IN THIS MONTH | | |