# **EXHIBIT F**

**SUMMARY OF FTI CONSULTING, INC. EXPENSES**
**FOR THE PERIOD FEBRUARY 1, 2020 TO MAY 31, 2020**

| Expense Type | Amount |
|---|---:|
| Airfare | $ 4,512.40 |
| Lodging | 2,021.96 |
| Transportation | 604.08 |
| Working Meals | 446.31 |
| Other | 4,792.37 |
| **Subtotal** | **$ 12,377.12** |
| Less: Voluntary Reductions[1] | (1,898.70) |
| **Grand Total** | **$ 10,478.42** |

(1): Expenses have been reduced to comply with the Fee Examiner Guidelines, namely in-office meals over $20.00 and out-of-office meals over $40.00 have been reduced to $20.00 and $40.00, respectively; train and airfares have been reduced to coach-equivalent or least expensive rates; and hotel lodging in San Juan has been reduced to $300.00 (per night).