# **EXHIBIT G**

**DETAILED EXPENSE RECORDS FOR FTI CONSULTING,
INC. FOR THE PERIOD FEBRUARY 1, 2020 TO MAY 31, 2020**

EXHIBIT G
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
EXPENSE DETAIL
FOR THE PERIOD FEBRUARY 1, 2020 TO FERUARY 29, 2020

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 02/10/20 | Heeren, Ana | Airfare | Airfare - Coach/Economy, Ana Heeren, DCA - SJU, 02/11/2020 - 02/12/2020. Flight to attend Puerto Rico meetings, inclusive of travel agent and change fees. | $ 724.60 |
| 02/10/20 | Hanifin, Kathryn | Airfare | Airfare - Coach/Economy, Kathryn Hanifin, DCA - SJU, 02/11/2020 - 02/12/2020. Flight to attend Puerto Rico meetings. | 648.00 |
| | | **Airfare Total** | | **$ 1,372.60** |
| 02/12/20 | Hanifin, Kathryn | Lodging | Lodging - Kathryn Hanifin 02/11/2020 - 02/12/2020. Hotel during travel to San Juan to attend Puerto Rico meetings. | 374.03 |
| 02/12/20 | Heeren, Ana | Lodging | Lodging - Ana Heeren 02/11/2020 - 02/12/2020. Hotel during travel to San Juan to attend Puerto Rico meetings. | 412.12 |
| 02/13/20 | Gumbs, Sean | Lodging | Lodging - Sean Gumbs 02/11/2020 - 02/13/2020. Hotel during travel to San Juan to attend Puerto Rico meetings. | 615.48 |
| | | **Lodging Total** | | **$ 1,401.63** |
| 02/01/20 | Sombuntham, Natalie | Transportation | Taxi - Natalie Sombuntham, Home - Office.  Uber from home to office to work on Puerto Rico during the weekend. | 35.11 |
| 02/04/20 | Sombuntham, Natalie | Transportation | Taxi - Natalie Sombuntham, Office - Home.  Uber from office to home after working late on Puerto Rico. | 43.41 |
| 02/11/20 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, Home - JFK Airport.  Taxi service from home to airport to travel to San Juan to attend Puerto Rico meetings. | 85.70 |
| 02/11/20 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, SJU Airport - Hotel.  Taxi service from airport to hotel to to attend Puerto Rico meetings. | 23.00 |
| 02/11/20 | Hanifin, Kathryn | Transportation | Taxi - Kathryn Hanifin, Home - DCA Airport.  Taxi service from home to airport to travel to San Juan to attend Puerto Rico meetings. | 18.68 |
| 02/11/20 | Heeren, Ana | Transportation | Taxi - Ana Heeren, Home - DCA Airport.  Taxi service from home to airport to travel to San Juan to attend Puerto Rico meetings. | 31.87 |
| 02/11/20 | Heeren, Ana | Transportation | Taxi - Ana Heeren, SJU Airport - Hotel.  Taxi service from airport to hotel to to attend Puerto Rico meetings. | 17.05 |
| 02/11/20 | Heeren, Ana | Transportation | Taxi - Ana Heeren, Hotel - Restaurant.  Taxi service from hotel to restaurant during travel to attend Puerto Rico meetings. | 7.21 |
| 02/12/20 | Hanifin, Kathryn | Transportation | Taxi - Kathryn Hanifin, DCA Airport - Home.  Taxi service from airport to home after attending Puerto Rico meetings. | 26.10 |
| 02/12/20 | Heeren, Ana | Transportation | Taxi - Ana Heeren, Meeting - SJU Airport.  Taxi service from meeting venue to airport after attending Puerto Rico meetings. | 22.49 |
| 02/13/20 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, Hotel - SJU Airport. Taxi service from hotel to airport after attending Puerto Rico meetings. | 11.46 |
| 02/13/20 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, JFK Airport - Home.  Taxi service from airport to home after attending Puerto Rico meetings. | 73.62 |
| | | **Transportation Total** | | **$ 395.70** |
| 02/05/20 | Sombuntham, Natalie | Working Meals | Dinner at the office while working late on the Puerto Rico matter. | 35.46 |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD FEBRUARY 1, 2020 TO FERUARY 29, 2020**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 02/11/20 | Gumbs, Sean | Working Meals | Meals - Travel Related - Sean Gumbs. Dinner purchase while in Puerto Rico for meetings. | 41.25 |
| 02/11/20 | Gumbs, Sean | Working Meals | Meals - Travel Related - Sean Gumbs. Snack purchase while in Puerto Rico for meetings. | 13.20 |
| 02/11/20 | Gumbs, Sean | Working Meals | Meals - Travel Related - Sean Gumbs. Breakfast purchase at airport while heading to Puerto Rico for meetings | 15.10 |
| 02/11/20 | Heeren, Ana | Working Meals | Meals - Travel Related - Ana Heeren, Kathryn Hanifin. Lunch for self and K. Hanifin (FTI) while traveling to Puerto Rico to attending meetings. | 46.01 |
| 02/11/20 | Heeren, Ana | Working Meals | Meals - Travel Related - Ana Heeren, Kathryn Hanifin. Dinner for self and K. Hanifin (FTI) while traveling to Puerto Rico to attending meetings. | 41.86 |
| 02/11/20 | Heeren, Ana | Working Meals | Meals - Travel Related - Ana Heeren. Snack purchase while in Puerto Rico for meetings. | 17.79 |
| 02/12/20 | Hanifin, Kathryn | Working Meals | Meals - Travel Related - Ana Heeren, Kathryn Hanifin. Lunch for self and A. Heeren (FTI) while traveling back to DC after attending Puerto Rico meetings. | 40.00 |
| 02/12/20 | Hanifin, Kathryn | Working Meals | Meals - Travel Related - Ana Heeren, Kathryn Hanifin. Snack for self and A. Heeren (FTI) while traveling back to DC after attending Puerto Rico meetings. | 38.57 |
| | | **Working Meals Total** | | **$ 289.24** |
| 02/11/20 | Gumbs, Sean | Other | Internet - Sean Gumbs. In-flight Wifi on flight to Puerto Rico. | 20.00 |
| 02/13/20 | Gumbs, Sean | Other | Internet - Sean Gumbs. In-flight Wifi on flight to NYC. | 20.00 |
| 02/21/20 | Maassen, Thomas | Other | Research - Thomas Maassen. Purchase of macroeconomic research study. | 23.34 |
| 02/29/20 | U.S. Relativity, Hosting | Other | Relativity online hosting fees. | 1,000.00 |
| | | **Other Total** | | **$ 1,063.34** |
| | | **Subtotal** | | 4,522.51 |
| | | Less: Voluntary Reductions[1] | | (298.34) |
| | | **Grand Total** | | **$ 4,224.17** |

(1): Airfares have been reduced to coach-equivalent rates; hotels in San Juan have been reduced to $300/night; and in-office and out-of-office meals have been reduced to $20/person/meal and $40/person/meal, respectively, to comply with the Fee Examiner Guidelines.

EXHIBIT G
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
EXPENSE DETAIL
FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 02/18/20 | Gumbs, Sean | Airfare | Airfare - Business, Sean Gumbs, JFK - SJU, 02/24/2020 - 02/25/2020. Travel to/from Puerto Rico for meetings. | $ 614.72 |
| 02/26/20 | Gumbs, Sean | Airfare | Airfare - Business, Sean Gumbs, JFK - SJU, 03/03/2020 - 03/04/2020. Travel to/from Puerto Rico for meetings. | 614.72 |
| 03/06/20 | Gumbs, Sean | Airfare | Airfare - Business, Sean Gumbs, JFK - SJU, 03/08/2020 - 03/09/2020. Travel to/from Puerto Rico for meetings. | 1,870.36 |
| | | **Airfare Total** | | **$ 3,099.80** |
| 03/03/20 | Gumbs, Sean | Lodging | Lodging - Sean Gumbs 03/03/2020 - 03/04/2020. Hotel charge for meetings in Puerto Rico. | 286.84 |
| 03/08/20 | Gumbs, Sean | Lodging | Lodging - Sean Gumbs 03/08/2020 - 03/09/2020. Hotel charge for meetings in Puerto Rico. | 333.49 |
| | | **Lodging Total** | | **$ 620.33** |
| 03/02/20 | Sombuntham, Natalie | Transportation | Taxi - Natalie Sombuntham, Office - Home. Taxi from office to home after working late on Puerto Rico. | 35.40 |
| 03/03/20 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, Home - JFK Airport. Uber from home to airport to attend meetings in Puerto Rico. | 81.30 |
| 03/08/20 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, Home - JFK Airport. Uber from home to airport to attend meetings in Puerto Rico. | 91.68 |
| | | **Transportation Total** | | **$ 208.38** |
| 02/01/20 | Sombuntham, Natalie | Working Meals | Dinner for self at the office after working late on Puerto Rico. | 34.47 |
| 02/04/20 | Sombuntham, Natalie | Working Meals | Dinner for self at the office after working late on Puerto Rico. | 34.81 |
| | | **Working Meals Total** | | **$ 69.28** |
| 03/08/20 | Gumbs, Sean | Other | Internet - Sean Gumbs. Internet usage during flight to attend meetings in Puerto Rico. | 20.00 |
| 03/09/20 | Gumbs, Sean | Other | Internet - Sean Gumbs. Internet usage during flight after attending meetings in Puerto Rico. | 6.00 |
| 02/29/20 | LaMagna, Matthew | Other | Google Clicks Inv#3706621288 for February 2020. | 187.55 |
| 03/31/20 | U.S. Relativity, Hosting | Other | Relativity online hosting fees. | 1,000.00 |
| | | **Other Total** | | **$ 1,213.55** |
| | | **Subtotal** | | **$ 5,211.34** |
| | | Less: Voluntary Reductions[1] | | (1,572.57) |
| | | **Grand Total** | | **$ 3,638.77** |

(1): Airfares have been reduced to coach-equivalent rates; hotels in San Juan have been reduced to $300/night; and in-office meals have been reduced to $20/person/meal to comply with the Fee Examiner Guidelines.

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 02/12/20 | Hanifin, Kathryn | Airfare | Airfare - Change Fee, Kathryn Hanifin, DCA - SJU, 02/12/2020. Change fee for return flight after attending Puerto Rico meetings. | $ 40.00 |
| | | **Airfare Total** | | **$ 40.00** |
| 03/02/20 | Sombuntham, Natalie | Working Meals | Dinner for self while working late on Puerto Rico. | 34.81 |
| 03/08/20 | Sombuntham, Natalie | Working Meals | Working lunch for self and L. Park (FTI) while participating on committee call telephonically. | 52.98 |
| | | **Working Meals Total** | | **$ 87.79** |
| 03/31/20 | LaMagna, Matthew | Other | Google, Inc Google Inv#3719123756 for March 2020. | 293.46 |
| 04/30/20 | U.S. Relativity, Hosting | Other | Relativity online hosting fees. | 1,000.00 |
| | | **Other Total** | | **$ 1,293.46** |
| | | **Subtotal** | | **$ 1,421.25** |
| | | Less: Voluntary Reductions[1] | | (27.79) |
| | | **Grand Total** | | **$ 1,393.46** |

(1): In-office meals have been reduced to $20/person/meal to comply with the Fee Examiner Guidelines.

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 04/30/20 | LaMagna, Matthew | Other | Google, Inc Google Inv#3732543030 Services for the period 4/8/2020 - 4/21/2020 for Official Committee of the Retirees Commonwealth of Puerto Rico. | $ 222.02 |
| 05/31/20 | U.S. Relativity, Hosting | Other | Relativity online hosting fees. | 1,000.00 |
| | | **Other Total** | | **$ 1,222.02** |
| | | **Subtotal** | | 1,222.02 |
| | | Less: Voluntary Reductions | | - |
| | | **Grand Total** | | **$ 1,222.02** |