**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN

ATT: Sistema Retiro para Maestros

12 de mayo de 2014

## A QUIEN PUEDA INTERESAR

La presente certifica que **Carmen E. Hernández Abrams**, seguro social XXX-XX-5233, ha prestado servicios para el Departamento de Educación del Estado Libre Asociado de Puerto Rico, según se detalla a continuación:

| AÑO ESCOLAR | | CATEGORIA | PUEBLO | SUELDO | CAMBIOS DE SUELDO | AÑOS | MESES | SEMANAS | DIAS |
|---|---|---|---|---|---|---|---|---|---|
| 1983-84 | 1 de agosto 1983 al 27 de julio 1984 | Ayudante Maestra | Bayamón II | $455.00 | Aum. sueldo 12 abril 1984 $537.00 | | | | |
| 1984-85 | 6 de agosto de 1984 al 26 de julio 1985 | Ayudante Trabajo Social | Bayamón I | $537.00 | — | | | | |
| 1985-86 | 13 de agosto 1985 al 1 de julio 1986 | Ayudante Trabajo Social Cap. I | Bayamón I | $520.00 | — | | | | |
| 1986-87 | 4 de agosto 1986 al 26 de julio 1987 | Ayudante Maestra Capítulo I | Bayamón I | $520.00 | Aum. sueldo 29 de sept. 1986 $575.00 | | | | |
| 1987-88 | 3 agosto 1987 al 2 de septiembre 1987 | Ayudante Maestra Capítulo I | Bayamón I | $575.00 | — | | | | |

Notas: No Cotizó al Sistema de Retiro para Maestros.
A los Ayudantes de Maestra no se les acredita experiencia.
Trabajó a tiempo completo.
Tenía status Transitorio Provisional.

Cándida Rosa Chico
Supervisora
Archivo Docente

CRCH/amg

Secretaría Auxiliar de Recursos Humanos
División de Archivo Docente
PO Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 773-3074, 3071 Fax: (787) 773-0178



El Departamento de Educación no discrimina por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Corte Federal**

27 de junio de 2018

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | CARMEN G. HERNANDEZ ABRAMS |
| Seguro Social | : | ! -5233 |
| Categoría | : | TRABAJADOR SOCIAL ESCOLAR |
| Distrito Escolar | : | BAYAMON II_ |
| Sueldo Mensual | : | $2,655.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 22 de diciembre de 2017 |
| Otros | : | Ha prestado servicios para para el Departamento de Educación del Gobierno de Puerto Rico por un periodo de 25 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza regular desde 09/03/1987 hasta 12/22/2017. |

Candida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

12 de septiembre de 2017

DEPARTAMENTO DE EDUCACION  
SECCIÓN DE NOMBRAMIENTOS Y CAMBIOS  
APARTADO 190759  
SAN JUAN PR 00919 0759

Solicitud No: 918696  
Radicada en: 07 jun 2017

Atención: Sr. Enoch González Vélez

El(la) profesor(a) CARMEN G. HERNANDEZ ABRAMS con seguro social XXX-XX-5233 ha radicado una Solicitud de Retiro en nuestro Sistema. Al 28 de julio de 2017, fecha de su última aportación recibida,

[X] cualifica [ ] no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

29 Años, 8 Meses, 2 Semanas, 4.00 Dias y su edad es 56 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ] Reconocimiento de Tiempo  
[ ] Diferencia en % por transferencia recibida  
[ ] Reembolso de Cuotas  
[X] No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Atentamente,

Ivonne L. Ortiz Valladares  
Area de Servicios de Retiro

c: CARMEN G. HERNANDEZ ABRAMS  
URB ALTAGRACIA  
M 7 CALLE REINA  
TOA BAJA, PR 00949 2412

XXX-XX-5233

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918  
P.O. Box 191879, Hato Rey, PR 00919-1879

srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414   http://www.srm.pr.gov



# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

10 de abril de 2018

CARMEN G. HERNANDEZ ABRAMS  XXX-XX-5233  Solicitud No:  932319
URB ALTAGRACIA                              Radicada en:  12 mar 2018
M 7 CALLE REINA
TOA BAJA, PR 00949 2412

Señor(a): Hernandez Abrams          CASO: 1158

Deseamos informarle que su Pension Años De Servicio ha sido aprobada. Su retiro fue efectivo el 23 de diciembre de 2017 y su renta mensual será de $1,991.25. Recibirá un pago retroactivo desde la fecha de efectividad de su pensión hasta el ingreso a nómina.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 20 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Reconsideración ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, San Juan, PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que dispone para ejercer su derecho de apelación.

Atentamente,



Ivonne L. Ortiz Valladares
Area de Servicios de Retiro

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879
srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414   http://www.srm.pr.gov

