Carmen [illegible]
Urb. Altagracia
Calle Reina M7
Toa Baja P.R.
00949-2412

RECEIVED & FILED
2020 JUL 14 AM 7:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk Office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico)
00918-1767