8 de julio de 2020

San Juan, Puerto Rico

Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico

Notificación de la Centésima Septuagésima
Objeción Global

# de Reclamación: 93099
# de Caso: 17 BK 3283-LTS
Deudor: Estado Libre Asociado de Puerto Rico

Mi nombre es Lourdes Vega Zayas, residente en la calle Greenwood 570, Urb. Summit Hills, San Juan, Puerto Rico. Mi número de seguro Social termina en 5094. Mi correo electrónico es Celeste17825429@Yahoo.com

Trabajé como maestra del Departamento de Educación Pública de P.R., desde el 17 de agosto de 1976, siendo efectivo mi retiro, el 28 de julio de 2007.

El 26 de julio de 2018, hice una reclamación por el dinero que me adeuda El Estado Libre Asociado de Puerto Rico. Luego recibí una notificación donde me solicitaban evidenciar motivos de mi reclamación. Me excuso por no haber podido presentar los documentos a tiempo, según requeridos. Esto se debió a las situaciones por las que está atravesando mi país; entiéndase, huracanes, terremotos y Pandemia. Por lo antes expuesto, las oficinas que me podían proporcionar información más exacta, permanecían cerradas al público. Mucho agradeceré, tomen en cuenta mi situación y acepten los documentos que les estoy enviando: Dos certificaciones de años de servicio como maestra en el Departamento de Educación Pública de Puerto Rico e informe de Renta Anual Vitalicio de la Junta de Retiro del Estado Libre Asociado de Puerto Rico.

Mi reclamación es por la ley aprobada por año de servicio (pasos) Los pasos eran de $25.00 por cada año de servicio, luego de la aprobación de la ley. Dicho paso de $25.00, fue suspendido. Algunos maestros en igualdad de condiciones (años de experiencia y la misma preparación académica), se beneficiaron del mismo, hasta el final y eso ayudó a que se retiraran con un salario más alto que el de los maestros que se nos suspendió.

Por éste medio solicito que se me honren los $25.00 del último paso que no recibí y que se realicen ajustes a mi salario, por la cantidad de $18.75 más al mes. De igual manera, se me pague retroactivamente el dinero que no recibí durante el período de julio de 2007 hasta el presente. El monto total que solicito es de $2,925.00, más el ajuste a mi salario actual, el cual cambiaría de $1,837.08 al mes a $1,856.83, mensuales. Si consideran justo, cualquier otro beneficio que aplique.

Queda muy agradecida por la oportunidad.

Cordialmente,
Sandra Vega Zayas