

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
REGIÓN EDUCATIVA DE SAN JUAN

## CERTIFICACION

La profesora Lourdes Vega Zayas, seguro social núm. -5096, trabajó para el Departamento de Educación; desde el 17 de agosto de 1976 hasta el 27 de junlio de 2007. Ocupó un puesto de maestra de Nivel Elemental K-3, status permanente en la Escuela Eugenio María de Hostos, Distrito Escolar de San Juan II.

Dado hoy, 25 de octubre de 2011, en San Juan, Puerto Rico.

Certifico correcto,

*[firma]*
Carmen M. González Díaz
Directora de Recursos Humanos Regional

*Estado Libre Asociado de Puerto Rico*
*Departamento de Educación*
*Región Educativa de San Juan*
*Oficina de Recursos Humanos Docente*
*Ave. Barbosa, Edificio Barreras #602, 3er piso*
*San Juan, Puerto Rico 00917*

---

Ave. Barbosa Edif. Barreras 602 3er piso San Juan, Puerto Rico 00917. *Tel. (787) 777-8100 *Fax: (787) 767-1770.
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



14 de diciembre de 2007

**PROF LOURDES VEGA ZAYAS**
**URB SUMMIT HILLS**
**570 GREENWOOD**
**SAN JUAN PR  00920**

CASO: 202-A

Profesora **Vega Zayas**:

Nos referimos a su Solicitud de Retiro por **Años de Servicio y Edad.** La misma fue atendida a tono con las disposiciones de la **Ley 91**, aprobada el **29** de **marzo** de **2004**. Su retiro fue efectivo el **28** de **julio** de **2007** y recibirá una renta mensual de **$ 1,837.08**.

Le informamos que usted puede autorizar al Sistema de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 30 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Apelación ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

**Radicaciones**

**Dirección Física:** Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

**Dirección Postal:** Secretaría Junta de Síndicos, Piso 8, PO Box 191879, Hato Rey PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le advertimos que cualquier gestión, comunicación o trámite que efectúe con el Sistema de Retiro para Maestros distinto a los escritos antes mencionados, no interrumpe los términos que usted dispone para ejercer su derecho de apelación.

Se incluye información de interés para los maestros pensionados.

Cordialmente,

Wanda G Santiago López
Directora Área Servicios de Retiro

NPA/agb

PO Box 191879 San Juan, PR 00919-1879  Teléfonos (787) 754-8611 ó 1-877-JRETIRO (573-8476)
http://www.jrm.gobierno.pr   E-mail: consulta@jrm.gobierno.pr

Modelo SC-1515 (IRM  
14-mayo-71  
Manual de Contabilidad

−5096

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**  
**JUNTA DE RETIRO PARA MAESTROS**  
**INFORME RENTA ANUAL VITALICIA**

| LOURDES VEGA ZAYAS | Núm. Reclamación 43736 | Sexo F |
|---|---|---|

**Tipo de Renta:**
- a- Años de Servicio y edad
  - Opcional ( X )
  - Obligatorio ( )
- b. Edad ( )
- c- Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d- Diferida ( )

**Fecha de Nacimiento:** 1952 / Año Mes Día

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Retiro |
|---|---|---|---|
| 55 Años / 1 Meses / 20 Días | 33 Años / 6 Meses / 3 Sem. / 1 Días | $50,597.48 | 2007 / 7 / 27 |

**Fecha de Efectividad:** 2007 / 7 / 28

**Retiro Ley Núm.** 91 DEL 2004

**Cómputo de la Renta Anual:**
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,449.44 → $1,837.08

.75 x 30 años  
(Por ciento)    (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ |

Diferencia Mínimo o Renta Sistema de Retiro

| Renta Mensual Vitalicia | $1,837.08 |
|---|---|
| Renta Anual Vitalicia | $22,044.96 |

Computado: Brenda Ledoux — 14-8-07  
Cotejado: Ivonne L Ortiz Valladares — 8/14/07

Recomendado: José A. Massas Rosario, Director Area Servicios de Retiro o su Representante — 14/ago/07  
Aprobado: 17/ago/07 — Wanda G. Santiago López, Director Ejecutivo o su Representante

Fecha: 8/10/2007

jbm

Nombre: LOURDES VEGA ZAYAS

## Servicios Acreditados

| Año Escolar | Servicios Años | Servicios Meses | Servicios Sem. | Servicios Días | Sueldo Mensual | Año Escolar | Servicios Años | Servicios Meses | Servicios Sem | Servicios Días | Sueldo mensual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976-77 | | | | | $465.00 | | | | | | |
| | | | | | | | | | | | |
| hasta | 29 | 5 | 3 | 1 | | | | | | | |
| | | | | | | | | | | | |
| 2002-03 | | | | | $2,080.00 | | | | | | |
| 2003-04 | | 6 | | 4 | $2,230.00 | | | | | | |
| | 29 | 11 | 3 | 5 | | | | | | | |
| | 30 | - | - | - | | | | | | | |
| | | | | | | | | | | | |
| 2003-04 | | 5 | 3 | 1 | $2,230.00 | | | | | | |
| 2004-05 | 1 | | | | $2,380.00 | | | | | | |
| 2005-06 | 1 | | | | $2,480.00 | | | | | | |
| 2006-07 | 1 | | | | $2,480.00 | | | | | | |
| 2007-08 | | 1 | | | $2,480.00 | | | | | | |
| TOTAL | 33 | 6 | 3 | 1 | | | | | | | |

Desglose primer pago: $ _____
  Renta Mensualf
    Deducciones:
      Asociación de Maestros    $ _____
      Préstamo_____    _____
      Otras    _____
        Total de Deducciones    _____
        Importe del Cheque    $ _____

Observaciones:
              Año Escolar
    Hasta 1917-18_____ 9 meses
    Desde 1918-19 hasta 1940-41_____ 10 meses
    En el 1941-42_____ 11 meses
    Desde 1942-43 en adelante_____ 12 meses

Fecha: 8/10/2007

jbm