Lourdes Vega Bayron
570 Greenwood
Urb. Summit Hills
San Juan, P.R. 00920

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767