# EXHIBIT D

### Summary of Marchand ICS Group Hours Worked and Fees Incurred

| Name of Professional | Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---:|---:|---:|
| Ferdinand Díaz | Project Manager | $125.00 | 0.60 | $75.00 |
| Jorge Marchand | Principal | $175.00 | 285.10 | $49,892.50 |
| Male Noguera | Media Manager | $95.00 | 249.00 | $23,655.00 |
| María Schell | Business Editor | $110.00 | 351.10 | $38,621.00 |
| **Total** | | | 885.80 | $112,243.50 |