# EXHIBIT E

## Summary of Marchand ICS Group Expenses

| Service Description | Amount |
|---|---|
| Radio Program Expenses | $4,000.00 |
| Graphics creation, design, and support | $400.00 |
| Website related expenses | $900.00 |
| Advertising for retiree outreach | $4,650.23 |
| Media monitoring | $72.80 |
| Teleconference services | $253.12 |
| **TOTAL** | $10,276.15 |