# EXHIBIT F

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Matter | Total Billed Hours | Total Fees |
|---|---:|---:|
| Project Meetings | 326.00 | $45,054.00 |
| Project Management | 394.80 | $51,514.50 |
| Website Development and Management | 165.00 | $15,675.00 |
| **Total** | **885.80** | **$112,243.50** |