# **EXHIBIT H**

**Detailed Expense Records for Marchand ICS Group**

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From February 1 to February 29, 2020**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 2/2/2020 | Weebly | Renewal of webpage related subscription | 900.00 |
| 2/4/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 591.34 |
| 2/10/2020 | Publimedia | Media monitoring and recordings of audio and audiovisual media from radio and television programs | 72.80 |
| 2/17/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 600.00 |
| 2/20/2020 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 2/22/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 180.83 |
| | | *Total:* | **2,444.97** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From March 1 to March 31, 2020**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 3/17/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 800.00 |
| 3/20/2020 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 3/22/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 130.86 |
| | | *Total:* | **1,030.86** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From April 1 to April 30, 2020**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 4/13/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 800.00 |
| 4/20/2020 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 4/23/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 374.32 |
| 4/23/2020 | Facebook Ads | LogMeIn / Open Voice Coference Call Services Suscription for the ORC | 174.08 |
| | | *Total:* | 1,448.40 |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From May 1 to May 31, 2020**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 5/13/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 800.00 |
| 5/18/2020 | Uno Radio Group | ORC Weekly Radio Program (10 pre-recorded programs at Noti Uno Radio) | 4,000.00 |
| 5/20/2020 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 5/23/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 372.88 |
| 5/27/2020 | LogMeIn/Open Voige | LogMeIn / Open Voice Coference Call Services Suscription for the ORC | 79.04 |
| | | *Total:* | **5,351.92** |