FELIX SERRANO
HC 7 BOX 70252
SAN SEBASTIAN, PR 00685

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767