13 de Julio de 2020

RECEIVED & FILED
2020 JUL 14 PM 1:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918 – 1767

**Causa:**

La Junta de Supervisión, Administración Financiera para P.R. como representante del Estado Libre Asociado de P.R. y otros deudores.

*Promesa Title III NO. 17 BK 3283-LTS (Jointly Administered)*

**Deudor:**

Commonwealth of Puerto Rico

**Número de procedimiento / reclamación:** 80998

**Objeción global:**

Recibí documento donde se me indica lo siguiente: Si su reclamo está incluido aquí, uno o más de los deudores solicitan que su reclamo sea rechazado, puesto que los datos indican que su reclamo es deficiente. Expone como base que la evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de P.R., pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de P.R., de manera que los deudores no puedan determinar si el reclamante tiene una reclamación valida contra el Estado Libre Asociado de P.R. o cualquiera de los otros deudores en virtud del Título III.

**Adjunto copia de dicho documento.**

**Reclamo a la objeción:**

**Reclamante:** Luzgardy Saldaña González

**Dirección Postal:** HC 5 Box 5841 Juana Díaz PR 00795

**Dirección Residencial:** Parcelas Piedra Aguzá Calle principal # 28 Juana Díaz P.R. 00795

**E mail:** luzgardy_1@hotmail.com

**Teléfono:** 787 - 533 – 4494

Por este medio solicito que me reciba la reclamación ya que se me ha hecho bien difícil poder completar la misma y enviarla. Esto debido a la situación que hemos estado viviendo en P.R. desde el mes de diciembre 2019 con los temblores de tierra en especial el área Suroeste y por otro lado la pandemia del COVID – 19. Donde hemos tenido toque de queda y tiendas cerradas, lo cual dificulta el poder tener toda la información de forma inmediata por ejemplo tinta para la impresora para poder completar los documentos requeridos. Los cuales son bastantes y se deben enviar a 3 lugares diferentes. Además, en el inicio no se tenía claro que tipo de evidencia se podía enviar. Respetuosamente, se expone el siguiente reclamo:

El 25 de junio de 2018 hice entrega del documento: Forma 410/ Formulario oficial 410 modificado- Evidencia de reclamación en la oficina Commonwealth of Puerto Rico Superior Court, Región de Ponce, P.R. (Ver copia del documento entregado) el reclamo que hice fue porque no se me completó el pagó del dinero por concepto de carrera magisterial solo me pagaron etapas del I al 3. Me deben etapas 4 y 5. La deuda asciende aproximadamente a $ 16.000 dólares ya que el

pago de cada etapa es de: $87.50 dólares mensuales. Adjunto copia de la Ley 158 "Ley de la Carrera Magisterial", (18 julio 1999, enmendada por la Ley 208, del 28 de agosto de 2002). Esta ley busca renovar de forma continua el conocimiento del maestro, perfeccionar sus destrezas a través de los estudios y prácticas docentes con el propósito de mantener los mejores docentes en el aula escolar de manera que se logre la excelencia académica (aprovechamiento académico en los estudiantes). Adjunto copia del plan de mejoramiento profesional donde se evidencia que completé el mismo. Evidenciando mi preparación académica con maestría, evaluaciones satisfactorias, certificaciones de educación continua reflejando que sobrepasé la cantidad. Se suponía que tomara 200 horas y culminé con aproximadamente 345 horas continuas. Ver certificaciones adjuntas en el plan de mejoramiento profesional. Ver copia de la hoja de trámite donde se evidencia que se entregó al Departamento de Educación de P.R. en el tiempo estipulado. Adicional, le di seguimiento realizando visitas a la oficina del Departamento de Educación área de carrera magisterial de nivel central. Se me orientó que se paralizó el proceso de carrera magisterial por la Ley 66 pero que podía solicitar una extensión del periodo de 5 años de vigencia para cumplir con el plan de mejoramiento profesional con fecha de efectividad abril del 2016. Es importante resaltar que mi plan de mejoramiento profesional que la Sra. Aixa Rosado Rosado, Directora Escolar entregó en el Departamento de Educación, nivel central el 25 de marzo de 2014 (ver hoja de trámite) estaba completo lo recibieron pero no le dieron seguimiento a ser evaluado debido a que se paralizo el proceso; Plan que yo pude completar en menos tiempo desde abril 2011 al 2014. Me orientaron que estuviera pendiente por si salía el memo para dar directrices nuevamente para someter el plan e incluso se me orientó que solo

debía enviar el documento anejo 7 (solicitud de revisión de salario y reclamación de nivel para los maestros que no han recibido contestación a la solicitud) ver documento adjunto en el plan de mejoramiento que se solicitó para el 2013). Solicite la extensión la cual me fue concedida hasta abril 2018. (Ver carta con fecha del 16 junio 2015 del Departamento de Educación) donde me notifican un año después que me fue concedida la extensión. No fue posible volver a enviar el anejo 7 debido a que el proceso por el cual se rige la carrera magisterial se paralizó desde el año 2014 debido a la Ley 66 "Ley Especial de sostenibilidad Fiscal y Operacional del Gobierno de P .R." (17 junio 2014) y luego la Ley 3 "Ley para atender la crisis económica fiscal y presupuestaria para garantizar el funcionamiento del Gobierno de PR (23 enero de 2017).Transcurrieron varios años siendo inútil el que me pudieran evaluar mi último plan o que yo pudiera volver a entregar el documento. Posteriormente, llegó mi tiempo de jubilación para el 30 de agosto de 2018 con 30 años de servicios. Dicha situación me afectó porque no llegué a recibir el aumento que me correspondía por ley después de tanto sacrifico lo cual afectó el salario antes y después de mi jubilación. Ya que los últimos sueldos son considerados para hacer los cómputos de cuanto dinero se va a devengar en la jubilación. Aún estoy confrontando la dificultad de tener que pagar una deuda por los préstamos universitarios.

Por otro lado, para el 1 de julio del 2002 con la Ley 96 - Aumento de sueldo a empleados estatales; bajo la incumbencia de la Honorable, Sila María Calderón, Gobernadora quien concedió un aumento salarial de $100.00 dólares mensuales a todos los empleados públicos sin distinción de status, ni categorías que estaban activos al 30 de junio de 2002. (Ver copia de dicha ley adjunta). Esta ley no se cumplió por lo que se me adeuda aproximadamente $ 20, 400.00 dólares a razón

de 17 años de servicios que comprenden desde el 2002 hasta el 2018 fecha de jubilación y La Ley número 164 del 22 de julio de 2003 para conceder aumento de sueldo a los empleados públicos del gobierno central del E.L.A., efectivo el 1 de enero de 2004 a empleados que al 31 de diciembre de 2003 estén en servicio activo. (Ver copia de Ley número 164, 2003). Tampoco esta ley se cumplió por lo que se me adeuda aproximadamente $ 19, 200.00 dólares a razón de 16 años de servicios que comprenden desde el Año 2003 hasta el 2018 fecha de jubilación.

**Adjunto documentos de:** Certificación de la Administración de Corrección Programa de Salud Correccional donde laboré como Técnico psicosocial, empleada pública desde 1 de abril del 1987 al 15 de marzo del 2002, Departamento de Corrección y Rehabilitación como maestra desde el 15 marzo de 2002 hasta 31 de julio del 2002 e Informe de cambio – personal docente donde se evidencia que estuve nombrada para trabajar en el Departamento de Educación de P.R. desde 1 agosto del 2002 como maestra hasta el 30 agosto de 2018 fecha de jubilación. Estuve trabajando como empleada en el servicio pública de forma continua hasta completar 30 años de servicios. Adjunto carta donde solicité y me aceptaron de jubilación. De necesitar cualquier otra información o evidencia favor de comunicarse con suscribiente.

Gracias por la atención y ayuda prestada sobre el particular.

Cordialmente,

*Luzgardy Saldaña González*

Sra. Luzgardy Saldaña González
**Dirección Postal:** HC 5 Box 5841 Juana Díaz PR 00795
**Dirección Residencial:** Parcelas Piedra Aguzá Calle principal # 28 Juana Díaz P.R. 00795
**E mail:** luzgardy_1@hotmail.com
**Teléfono:** 787 - 533 – 4494