

FROM: Luzgardy Saldaña González
HC 5 Box 5841
Juana Díaz, P.R. 00795



TO: Secretaría
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

150