# EXHIBIT D

**Summary of Segal Consulting Blended Hourly Rates**

| Timekeeper Category | Blended Hourly Rate Billed in this Fee Application |
|---|---|
| **Senior Vice President** | $694 |
| **VP & Actuary** | $510 |
| **Actuary** | $442 |
| **Consultant** | No time this period |
| **Analyst** | $299 |
| **All Employees** | $534 |