# EXHIBIT F

## Summary of Segal Consulting Expenses

| Service Description | Amount |
|---|---|
| No expenses | $0.00 |
| **TOTAL** | **$0.00** |