# Exhibit G

### Summary of Segal Consulting Hours Worked and Fees Incurred

| Matter | Total Hours Billed | Total Fees |
|---|---:|---:|
| 001 Actuarial Analysis | 115.10 | $ 52,158.00 |
| 002 Research | 3.40 | $ 1,876.00 |
| 003 Data Analysis | - | $ - |
| 004 Calls & Meetings with Other Professionals | 67.10 | $ 36,328.00 |
| 005 Preparation of Reports | - | $ - |
| 006 Retirement Committee Meetings | 36.90 | $ 21,212.00 |
| 018 Case Administration | 43.70 | $ 30,451.00 |
| Non-Working Travel Time | - | $ - |
| **Subtotal** | **266.20** | **$ 142,025.00** |
| Less 50% Discount on Non-working Travel Matter | | $ - |
| **Total** | | **$ 142,025.00** |

Case Name:            In re Commonwealth of Puerto Rico, et al.
Case Number:         17 BK 3283-LTS
Applicant's Name:    Segal Consulting
Date of Application: July 15, 2020
Interim or Final:    Interim