# **EXHIBIT H**

**Detailed Time Records for Segal Consulting**

 **Segal**

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

March 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in February 2020:

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 2/3/2020 | Johnson, Noel D. | ▮ additional analysis | 1.60 | 672.00 |
| 2/3/2020 | Johnson, Noel D. | ▮ additional analysis | 1.20 | 504.00 |
| 2/3/2020 | Johnson, Noel D. | Updated ▮ analysis | 2.70 | 1,134.00 |
| 2/6/2020 | Johnson, Noel D. | Work on ▮ request | 0.80 | 336.00 |
| 2/7/2020 | Johnson, Noel D. | Response ▮ questions | 3.90 | 1,638.00 |
| 2/10/2020 | Johnson, Noel D. | Additional ▮ analysis | 1.40 | 588.00 |
| 2/10/2020 | Bridges, Geoffrey W. | Preparing calculations ▮ | 3.80 | 1,824.00 |
| 2/10/2020 | Timmons, Amy S. | Weekly update to calculator statistics and distribution | 0.90 | 459.00 |
| 2/11/2020 | Bridges, Geoffrey W. | Discussing ▮ FTI. | 1.20 | 576.00 |
| 2/11/2020 | Miller, Austin S. | Updated programming ▮ | 1.70 | 510.00 |
| 2/11/2020 | Miller, Austin S. | Updated programming ▮ | 1.90 | 570.00 |
| 2/11/2020 | Miller, Austin S. | Updated programming ▮ | 1.50 | 450.00 |
| 2/11/2020 | Johnson, Noel D. | Prepare analysis ▮ | 9.10 | 3,822.00 |
| 2/12/2020 | Bridges, Geoffrey W. | Reviewing analysis ▮ | 1.90 | 912.00 |
| 2/12/2020 | Miller, Austin S. | Continued working on Puerto Rico project ▮ updated/recreated ▮ databases | 1.80 | 540.00 |
| 2/12/2020 | Johnson, Noel D. | Updated the analysis ▮ | 6.60 | 2,772.00 |
| 2/13/2020 | Bridges, Geoffrey W. | Reviewing additional ▮ scenarios ▮ | 2.80 | 1,344.00 |
| 2/13/2020 | Johnson, Noel D. | Preparation of additional ▮ scenarios ▮ | 2.60 | 1,092.00 |
| 2/14/2020 | Johnson, Noel D. | Continue with Preparation of additional ▮ scenarios ▮ | 2.20 | 924.00 |
| 2/14/2020 | Bridges, Geoffrey W. | Reviewing additional ▮ scenarios ▮ | 2.30 | 1,104.00 |
| 2/16/2020 | Bridges, Geoffrey W. | Sending information ▮ to FTI. | 0.60 | 288.00 |
| 2/18/2020 | Timmons, Amy S. | Prep and distribution of two weeks worth of calculator statistics | 1.10 | 561.00 |
| 2/24/2020 | Timmons, Amy S. | Converted historical graphs from bar graphs to line graphs and added in entire history of statistics. Prepared and distributed weekly statistics on calculator. | 1.50 | 765.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480 | 12.60 | 6,048.00 |
| Johnson, Noel D. | 420 | 32.10 | 13,482.00 |
| Miller, Austin S. | 300 | 6.90 | 2,070.00 |
| Timmons, Amy S. | 510 | 3.50 | 1,785.00 |
| | | 55.10 | 23,385.00 |

EIN#   13-1975125


**Segal**

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**March 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in February 2020:

Re:   Matter 002 Research

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 2/24/2020 | Walker, Melanie | Research and respond to ███████ questions | 1.80 | 1,008.00 |
| 2/3/2020 | Kovach, Patricia L. | Reviewing ██████████ | 0.40 | 112.00 |
| 2/3/2020 | Wohl, Stuart | Review analysis ████████████████ | 1.20 | 756.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Kovach, Patricia L. | 280.00 | 0.40 | 112.00 |
| Walker, Melanie | 560.00 | 1.80 | 1,008.00 |
| Wohl, Stuart | 630.00 | 1.20 | 756.00 |
| | | 3.40 | 1,876.00 |

EIN#   13-1975125


**Segal**

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

March 15, 2020

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in February 2020:

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 2/4/2020 | Bridges, Geoffrey W. | Conference call with retiree committee professionals to discuss the status of ERS hearing, getting data █████ update ███████ and nexrt committee meeting . | 1.10 | 528.00 |
| 2/4/2020 | Johnson, Noel D. | Conference call with retiree committee professionals to discuss the status of ERS hearing, getting data █████ update ███████ and nexrt committee meeting . | 1.10 | 462.00 |
| 2/4/2020 | Strom, Matthew A. | Conference call with retiree committee professionals to discuss the status of ERS hearing, getting data █████ update ███████ and nexrt committee meeting . | 1.10 | 638.00 |
| 2/4/2020 | Nicholl, Kim M. | Conference call with retiree committee professionals to discuss the status of ERS hearing, getting data █████ update ███████ and nexrt committee meeting . | 1.10 | 803.00 |
| 2/10/2020 | Bridges, Geoffrey W. | Professional call to discuss the communications initiative, plan of adjustment matters and upcoming committee meeting | 1.10 | 528.00 |
| 2/10/2020 | Johnson, Noel D. | Professional call to discuss the communications initiative, plan of adjustment matters and upcoming committee meeting | 1.10 | 462.00 |
| 2/10/2020 | Nicholl, Kim M. | Professional call to discuss the communications initiative, plan of adjustment matters and upcoming committee meeting | 1.10 | 803.00 |
| 2/17/2020 | Strom, Matthew A. | Professional call to discuss the communications initiative, plan of adjustment matters and debrief on the committee meeting | 1.30 | 754.00 |
| 2/17/2020 | Nicholl, Kim M. | Professional call to discuss the communications initiative, plan of adjustment matters and debrief on the committee meeting | 1.30 | 949.00 |
| 2/17/2020 | Bridges, Geoffrey W. | Professional call to discuss the communications initiative, plan of adjustment matters and debrief on the committee meeting | 1.30 | 624.00 |
| 2/21/2020 | Johnson, Noel D. | Conference call with retiree committee professionals to discuss █████████ document. | 1.20 | 504.00 |
| 2/21/2020 | Bridges, Geoffrey W. | Conference call with retiree committee professionals to discuss █████████ document. | 1.20 | 576.00 |
| 2/24/2020 | Nicholl, Kim M. | Conference call to discuss current issues and projects with retiree committee professionals. | 0.50 | 365.00 |

| 2/24/2020 | Bridges, Geoffrey W. | Conference call to discuss current issues and projects with retiree committee professionals. | 0.50 | 240.00 |
| 2/24/2020 | Bridges, Geoffrey W. | Conference call to discuss ██████████████████ | 1.40 | 672.00 |
| 2/24/2020 | Bridges, Geoffrey W. | Second call to discuss ██████████████. | 1.10 | 528.00 |
| 2/24/2020 | Johnson, Noel D. | Conference call to discuss ██████████████████ | 1.40 | 588.00 |
| 2/24/2020 | Johnson, Noel D. | Second call to discuss ██████████████. | 1.10 | 462.00 |
| 2/25/2020 | Johnson, Noel D. | Conference call with professionals ████████████ | 1.50 | 630.00 |
| 2/25/2020 | Bridges, Geoffrey W. | Conference call with professionals ████████████ ████████. | 1.50 | 720.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Bridges, Geoffrey W. | 480 | 9.20 | 4,416.00 |
| Johnson, Noel D. | 420 | 7.40 | 3,108.00 |
| Nicholl, Kim M. | 730 | 4.00 | 2,920.00 |
| Strom, Matthew A. | 580 | 2.40 | 1,392.00 |
| | | 23.00 | 11,836.00 |



101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

**March 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in February 2020:

Re:  Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|--|-------|-------|
| 2/12/2020 | Bridges, Geoffrey W. | Attended Retirement Committee meeting via conference call. | 3.70 | 1,776.00 |
| 2/12/2020 | Nicholl, Kim M. | Attended Retirement Committee meeting via conference call. | 3.70 | 2,701.00 |
| 2/18/2020 | Bridges, Geoffrey W. | Conference call with Retiree Committee. | 1.00 | 480.00 |
| 2/18/2020 | Nicholl, Kim M. | Conference call with Retiree Committee. | 1.00 | 730.00 |

Fee summary:

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480 | 4.70 | 2,256.00 |
| Nicholl, Kim M. | 730 | 4.70 | 3,431.00 |
| | | 9.40 | 5,687.00 |

EIN#    13-1975125

 **Segal**

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

March 15, 2020

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in February 2020:

Re:   Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 2/13/2020 | Bridges, Geoffrey W. | Reviewing January invoice. | 0.60 | 288.00 |
| 2/13/2020 | Nicholl, Kim M. | Work on January invoice - time in excess of time for a | 6.20 | 4,526.00 |
| 2/17/2020 | Bridges, Geoffrey W. | Initial work on fee application exhibits. | 1.10 | 528.00 |
| 2/18/2020 | Bridges, Geoffrey W. | Started working on document for eighth fee application. | 0.50 | 240.00 |
| 2/18/2020 | Nicholl, Kim M. | Work on putting January invoice into Excel format | 1.60 | 1,168.00 |
| 2/18/2020 | Nicholl, Kim M. | Work on declaration to accompany January invoice | 0.80 | 584.00 |
| 2/18/2020 | Nicholl, Kim M. | Work on March budget | 0.60 | 438.00 |
| 2/24/2020 | Bridges, Geoffrey W. | Working on eighth fee application | 0.90 | 432.00 |
| 2/28/2020 | Bridges, Geoffrey W. | Updating payment summary for eighth fee application. | 0.80 | 384.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480.00 | 3.90 | 1,872.00 |
| Nicholl, Kim M. | 730.00 | 9.20 | 6,716.00 |
| | | 13.10 | 8,588.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

March 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480.00 | 30.40 | 14,592.00 |
| Johnson, Noel D. | 420.00 | 39.50 | 16,590.00 |
| Kovach, Patricia L. | 280.00 | 0.40 | 112.00 |
| Miller, Austin S. | 300.00 | 6.90 | 2,070.00 |
| Nicholl, Kim M. | 730.00 | 17.90 | 13,067.00 |
| Strom, Matthew A. | 580.00 | 2.40 | 1,392.00 |
| Timmons, Amy S. | 510.00 | 3.50 | 1,785.00 |
| Walker, Melanie | 560.00 | 1.80 | 1,008.00 |
| Wohl, Stuart | 630.00 | 1.20 | 756.00 |
| | | 104.00 | 51,372.00 |

EIN#   13-1975125



**Segal**

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**April 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in March 2020:

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 3/2/2020 | Timmons, Amy S. | Weekly calculator stats | 0.80 | 408.00 |
| 3/3/2020 | Nicholl, Kim M. | Analysis ▇▇▇▇▇▇▇▇▇▇ | 0.90 | 657.00 |
| 3/4/2020 | Nicholl, Kim M. | Discussion with FTI concerning the data ▇▇▇ | 0.40 | 292.00 |
| 3/8/2020 | Bridges, Geoffrey W. | Sending data ▇▇▇ for analysis. | 0.60 | 288.00 |
| 3/10/2020 | Johnson, Noel D. | Analysis of ▇▇▇▇▇ | 2.70 | 1,134.00 |
| 3/10/2020 | Timmons, Amy S. | Preparation and distribution of weekly statistics for calculator. | 0.90 | 459.00 |
| 3/11/2020 | Timmons, Amy S. | Statistics for website since inception. | 1.20 | 612.00 |
| 3/12/2020 | Strom, Matthew A. | Look up information ▇▇▇▇▇ | 0.60 | 348.00 |
| 3/13/2020 | Johnson, Noel D. | ▇▇▇ analysis | 1.80 | 756.00 |
| 3/16/2020 | Timmons, Amy S. | Prep and distribution of weekly calculator statistics. | 0.90 | 459.00 |
| 3/17/2020 | Bridges, Geoffrey W. | Downloading a number of files ▇▇▇ sharing with Segal team. | 0.40 | 192.00 |
| 3/17/2020 | Johnson, Noel D. | Review of ▇▇▇ data | 2.40 | 1,008.00 |
| 3/17/2020 | Nicholl, Kim M. | Review of files received ▇▇▇▇ | 1.30 | 949.00 |
| 3/18/2020 | Johnson, Noel D. | Review of ▇▇▇ data ▇▇▇ | 2.60 | 1,092.00 |
| 3/20/2020 | Johnson, Noel D. | Review of ▇▇▇ data | 2.30 | 966.00 |
| 3/23/2020 | Johnson, Noel D. | Review of ▇▇▇ data ▇▇▇ analysis | 3.40 | 1,428.00 |
| 3/24/2020 | Johnson, Noel D. | Review of ▇▇▇ file ▇▇▇ | 1.80 | 756.00 |
| 3/24/2020 | Nicholl, Kim M. | Prepare email outlining the effect of data ▇▇▇ | 0.60 | 438.00 |
| 3/25/2020 | Johnson, Noel D. | Review ▇▇▇ information | 1.20 | 504.00 |
| 3/26/2020 | Johnson, Noel D. | ▇▇▇ analysis | 1.60 | 672.00 |
| 3/30/2020 | Johnson, Noel D. | Review ▇▇▇ file received ▇▇▇ | 2.10 | 882.00 |
| 3/30/2020 | Bridges, Geoffrey W. | First review of work comparing ▇▇▇ | 0.60 | 288.00 |
| 3/31/2020 | Nicholl, Kim M. | Review ▇▇▇ document to prepare for call | 2.20 | 1,606.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480 | 1.60 | 768.00 |
| Johnson, Noel D. | 420 | 21.90 | 9,198.00 |
| Nicholl, Kim M. | 730 | 5.40 | 3,942.00 |
| Strom, Matthew A. | 580 | 0.60 | 348.00 |
| Timmons, Amy S. | 510 | 3.80 | 1,938.00 |
| TOTAL HOURS/VALUE | | 33.30 | 16,194.00 |



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

April 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in March 2020:

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 3/2/2020 | Johnson, Noel D. | Update call with professionals to discuss ▇▇▇▇▇ ▇▇▇, the communication initiative and the upcoming committee meeting | 1.00 | 420.00 |
| 3/2/2020 | Bridges, Geoffrey W. | Update call with professionals to discuss ▇▇▇▇▇ the communication initiative and the upcoming committee meeting | 1.00 | 480.00 |
| 3/2/2020 | Nicholl, Kim M. | Update call with professionals to discuss ▇▇▇▇▇ the communication initiative and the upcoming committee meeting | 1.00 | 730.00 |
| 3/2/2020 | Strom, Matthew A. | Update call with professionals to discuss ▇▇▇▇▇ the communication initiative and the upcoming committee meeting | 1.00 | 580.00 |
| 3/10/2020 | Johnson, Noel D. | Conference call with retiree committee professionals to discuss ▇▇▇▇▇ the communications inititative and data and recap on March 4 committee meeting. | 1.00 | 420.00 |
| 3/10/2020 | Bridges, Geoffrey W. | Conference call with retiree committee professionals to discuss ▇▇▇▇▇ the communications inititative and data and recap on March 4 committee meeting. | 1.00 | 480.00 |
| 3/10/2020 | Strom, Matthew A. | Conference call with retiree committee professionals to discuss ▇▇▇▇▇ the communications inititative and data and recap on March 4 committee meeting. | 1.00 | 580.00 |
| 3/16/2020 | Bridges, Geoffrey W. | Conference call with professionals ▇▇▇▇▇ | 0.90 | 432.00 |
| 3/16/2020 | Nicholl, Kim M. | Conference call with professionals ▇▇▇▇▇ | 0.90 | 657.00 |
| 3/16/2020 | Johnson, Noel D. | Conference call with professionals t▇▇▇▇▇ | 0.90 | 378.00 |
| 3/16/2020 | Strom, Matthew A. | Conference call with professionals ▇▇▇▇▇ | 0.90 | 522.00 |



| Date | Name | Description | Hours | Value |
|---|---|---|---|---|
| 3/17/2020 | Bridges, Geoffrey W. | Discussion with FTI | 0.40 | 192.00 |
| 3/17/2020 | Johnson, Noel D. | Discussion with FTI | 0.50 | 210.00 |
| 3/17/2020 | Strom, Matthew A. | Discussion with FTI | 0.50 | 290.00 |
| 3/17/2020 | Nicholl, Kim M. | Discussion with FTI | 0.50 | 365.00 |
| 3/18/2020 | Nicholl, Kim M. | Call | 0.60 | 438.00 |
| 3/23/2020 | Bridges, Geoffrey W. | Professional call | 1.20 | 576.00 |
| 3/23/2020 | Johnson, Noel D. | Professional call | 1.20 | 504.00 |
| 3/23/2020 | Strom, Matthew A. | Professional call t | 1.20 | 696.00 |
| 3/23/2020 | Nicholl, Kim M. | Professional call | 1.20 | 876.00 |
| 3/30/2020 | Bridges, Geoffrey W. | Professional call | 0.70 | 336.00 |
| 3/30/2020 | Johnson, Noel D. | Professional call | 0.70 | 294.00 |
| 3/30/2020 | Nicholl, Kim M. | Professional call | 0.70 | 511.00 |
| 3/31/2020 | Johnson, Noel D. | Professional call | 1.40 | 588.00 |
| 3/31/2020 | Nicholl, Kim M. | Professional call | 1.40 | 1,022.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 480 | 5.20 | 2,496.00 |
| Johnson, Noel D. | 420 | 6.70 | 2,814.00 |
| Nicholl, Kim M. | 730 | 6.30 | 4,599.00 |
| Strom, Matthew A. | 580 | 4.60 | 2,668.00 |
| TOTAL HOURS/VALUE | | 22.80 | 12,577.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

April 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in March 2020:

Re:  Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|--|-------|-------|
| 3/4/2020 | Bridges, Geoffrey W. | Attended Retirement Committee meeting via conference call. | 2.50 | 1,200.00 |
| 3/4/2020 | Strom, Matthew A. | Conference call with Retiree Committee. | 2.50 | 1,450.00 |
| 3/4/2020 | Nicholl, Kim M. | Conference call with Retiree Committee. | 2.50 | 1,825.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480 | 2.50 | 1,200.00 |
| Nicholl, Kim M. | 730 | 2.50 | 1,825.00 |
| Strom, Matthew A. | 580 | 2.50 | 1,450.00 |
| TOTAL HOURS/VALUE | | 7.50 | 4,475.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

April 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in March 2020:

Re:   Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 3/1/2020 | Bridges, Geoffrey W. | Working on draft of eighth interim fee application. Sent draft to K. Nicholl. | 0.80 | 384.00 |
| 3/2/2020 | Bridges, Geoffrey W. | Discussing ▮▮▮▮▮▮ data with FTI professionals and Segal staff. | 0.30 | 144.00 |
| 3/9/2020 | Bridges, Geoffrey W. | Minor edits to fee application reflecting additional information received from C. Wedoff at Jenner. | 0.30 | 144.00 |
| 3/9/2020 | Nicholl, Kim M. | Work on February invoice - time in excess of routine billing | 0.60 | 438.00 |
| 3/9/2020 | Nicholl, Kim M. | Work on eighth interim fee application | 0.60 | 438.00 |
| 3/10/2020 | Bridges, Geoffrey W. | Sending draft of fee application and exhibits to Jenner. | 0.50 | 240.00 |
| 3/10/2020 | Nicholl, Kim M. | Work on eighth interim fee application | 4.60 | 3,358.00 |
| 3/16/2020 | Nicholl, Kim M. | Work on April budget | 0.60 | 438.00 |
| 3/16/2020 | Nicholl, Kim M. | Create Excel file of February invoice | 1.10 | 803.00 |
| 3/16/2020 | Nicholl, Kim M. | Work on declaration to be included with February invoice | 0.70 | 511.00 |
| 3/16/2020 | Nicholl, Kim M. | Work on February invoice - time in excess of time typically needed | 5.30 | 3,869.00 |

Fee summary:

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480 | 1.90 | 912.00 |
| Nicholl, Kim M. | 730 | 13.50 | 9,855.00 |
| TOTAL HOURS/VALUE | | 15.40 | 10,767.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**April 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480.00 | 11.20 | 5,376.00 |
| Johnson, Noel D. | 420.00 | 28.60 | 12,012.00 |
| Nicholl, Kim M. | 730.00 | 27.70 | 20,221.00 |
| Strom, Matthew A. | 580.00 | 7.70 | 4,466.00 |
| Timmons, Amy S. | 510.00 | 3.80 | 1,938.00 |
| TOTAL HOURS/VALUE | | 79.00 | 44,013.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**May 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in April 2020:

Re:   Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|-----------|--------|-------|-------|
| 4/3/2020 | Johnson, Noel D. | Review ▮▮▮▮ data | 2.80 | 1,176.00 |
| 4/5/2020 | Bridges, Geoffrey W. | Tracking ▮▮▮ to document numbers used in ▮▮ presentation. | 0.90 | 432.00 |
| 4/6/2020 | Johnson, Noel D. | Review ▮▮▮▮ data. | 1.90 | 798.00 |
| 4/6/2020 | Bridges, Geoffrey W. | Drafting and sending information to C. Wedoff at Jenner | 0.50 | 240.00 |
| 4/7/2020 | Johnson, Noel D. | Review of Proof of Claim data | 3.10 | 1,302.00 |
| 4/8/2020 | Bridges, Geoffrey W. | Reviewing ▮▮▮▮ data | 2.70 | 1,296.00 |
| 4/8/2020 | Johnson, Noel D. | Review ▮▮ data ▮▮ | 1.20 | 504.00 |
| 4/9/2020 | Johnson, Noel D. | Review ▮▮ data ▮▮ | 1.90 | 798.00 |
| 4/9/2020 | Strom, Matthew A. | Review ▮▮ data ▮▮ | 0.80 | 464.00 |
| 4/14/2020 | Johnson, Noel D. | Review ▮▮▮ summary provided by Segal ▮ | 0.90 | 378.00 |
| 4/17/2020 | Johnson, Noel D. | Additional ▮▮▮ analysis | 1.60 | 672.00 |
| 4/6/2020 | Nicholl, Kim M. | Research cites ▮▮▮ | 0.90 | 657.00 |
| 4/29/2020 | Nicholl, Kim M. | Collect data statistics ▮▮ | 0.70 | 511.00 |
| 4/6/2020 | Timmons, Amy S. | Weekly calculator stats - prep of report and distribution. | 1.00 | 510.00 |
| 4/13/2020 | Timmons, Amy S. | Weekly calculator stats - prep of report and distribution. | 0.80 | 408.00 |
| 4/27/2020 | Timmons, Amy S. | Weekly statistics for calculator | 0.90 | 459.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480 | 4.10 | 1,968.00 |
| Johnson, Noel D. | 420 | 13.40 | 5,628.00 |
| Nicholl, Kim M. | 730 | 1.60 | 1,168.00 |
| Strom, Matthew A. | 580 | 0.80 | 464.00 |
| Timmons, Amy S. | 510 | 2.70 | 1,377.00 |
| | | 22.60 | 10,605.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**May 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in April 2020:

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|------|------|------|------|
| 4/3/2020 | Nicholl, Kim M. | Discussion with FTI ████████ | 0.20 | 146.00 |
| 4/6/2020 | Timmons, Amy S. | Call to discuss ████████ ████████ and preparation for retiree committee call | 0.60 | 306.00 |
| 4/6/2020 | Bridges, Geoffrey W. | Call to discuss di████ ████████ and preparation for retiree committee call | 0.60 | 288.00 |
| 4/6/2020 | Johnson, Noel D. | Call to discuss ████████ ████████ and preparation for retiree committee call | 0.60 | 252.00 |
| 4/6/2020 | Nicholl, Kim M. | Call to discuss ████████ ████████ and preparation for retiree committee call | 0.60 | 438.00 |
| 4/6/2020 | Strom, Matthew A. | Call to discuss ████████ ████████ and preparation for retiree committee call | 0.60 | 348.00 |
| 4/13/2020 | Strom, Matthew A. | Call to discuss ████████ ████████ 4/22 Omnibus Hearings, Communications initiative | 1.00 | 580.00 |
| 4/13/2020 | Johnson, Noel D. | Call to discuss ████████ ████████ 4/22 Omnibus Hearings, Communications initiative | 0.70 | 294.00 |
| 4/13/2020 | Nicholl, Kim M. | Call to discuss ████████ ████████ 4/22 Omnibus Hearings, Communications initiative | 0.70 | 511.00 |
| 4/13/2020 | Bridges, Geoffrey W. | Call to discuss ████████ ████████ 4/22 Omnibus Hearings, Communications initiative | 0.70 | 336.00 |
| 4/14/2020 | Strom, Matthew A. | Call with FTI ████████ | 0.40 | 232.00 |
| 4/14/2020 | Johnson, Noel D. | Call with FTI ████████ | 0.40 | 168.00 |
| 4/14/2020 | Nicholl, Kim M. | Call with FTI ████████s | 0.40 | 292.00 |
| 4/20/2020 | Johnson, Noel D. | Call to discuss upcoming Omnibus hearings, communication initiative and ERS litigation | 0.60 | 252.00 |
| 4/20/2020 | Bridges, Geoffrey W. | Call to discuss upcoming Omnibus hearings, communication initiative and ERS litigation | 0.60 | 288.00 |

| 4/20/2020 | Nicholl, Kim M. | Call to discuss upcoming Omnibus hearings, communication initiative and ERS litigation | 0.60 | 438.00 |
| 4/27/2020 | Bridges, Geoffrey W. | Call to discuss result of Omnibus hearing, ███████ and communication initiative | 0.70 | 336.00 |
| 4/27/2020 | Strom, Matthew A. | Call to discuss result of Omnibus hearing, ███████ and communication initiative | 0.70 | 406.00 |
| 4/27/2020 | Nicholl, Kim M. | Call to discuss result of Omnibus hearing, ███████ and communication initiative | 0.70 | 511.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480 | 2.60 | 1,248.00 |
| Johnson, Noel D. | 420 | 2.30 | 966.00 |
| Nicholl, Kim M. | 730 | 3.20 | 2,336.00 |
| Strom, Matthew A. | 580 | 2.70 | 1,566.00 |
| Timmons, Amy S. | 510 | 0.60 | 306.00 |
| | | 11.40 | 6,422.00 |

EIN#     13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**May 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in April 2020:

Re:   Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 4/8/2020 | Bridges, Geoffrey W. | Meet with the Retiree Committee via conference call | 2.20 | 1,056.00 |
| 4/8/2020 | Nicholl, Kim M. | Meet with the Retiree Committee via conference call | 2.20 | 1,606.00 |
| 4/8/2020 | Johnson, Noel D. | Meet with the Retiree Committee via conference call | 2.20 | 924.00 |
| 4/8/2020 | Strom, Matthew A. | Meet with the Retiree Committee via conference call | 2.20 | 1,276.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480.00 | 2.20 | 1,056.00 |
| Johnson, Noel D. | 420.00 | 2.20 | 924.00 |
| Nicholl, Kim M. | 730.00 | 2.20 | 1,606.00 |
| Strom, Matthew A. | 580.00 | 2.20 | 1,276.00 |
| | | 8.80 | 4,862.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**May 15, 2020**

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in April 2020:

Re:   Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|------|------|------|------|
| 4/13/2020 | Nicholl, Kim M. | Work on March invoice - time in excess of typical time for an invoice | 3.80 | 2,774.00 |
| 4/15/2020 | Nicholl, Kim M. | Preparation of declaration to accompany March invoice | 0.70 | 511.00 |
| 4/15/2020 | Nicholl, Kim M. | Preparation of budget for May | 0.80 | 584.00 |
| 4/15/2020 | Nicholl, Kim M. | Time in excess of normal for preparing the March invoice | 1.90 | 1,387.00 |
| 4/15/2020 | Nicholl, Kim M. | Preparation of March invoice in Excel format | 1.10 | 803.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|------|------|
| Nicholl, Kim M. | 730.00 | 8.30 | 6,059.00 |
| | | 8.30 | 6,059.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

May 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480.00 | 8.90 | 4,272.00 |
| Johnson, Noel D. | 420.00 | 17.90 | 7,518.00 |
| Nicholl, Kim M. | 730.00 | 15.30 | 11,169.00 |
| Strom, Matthew A. | 580.00 | 5.70 | 3,306.00 |
| Timmons, Amy S. | 510.00 | 3.30 | 1,683.00 |
| | | 51.10 | 27,948.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

June 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in May 2020:

Re:   Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 5/1/2020 | Johnson, Noel D. | ███████████ analysis. | 1.30 | 546.00 |
| 5/4/2020 | Timmons, Amy S. | Web site weekly statistics and distribution of report | 0.70 | 357.00 |
| 5/11/2020 | Timmons, Amy S. | Calculator statistics summary for the week. | 0.60 | 306.00 |
| 5/18/2020 | Timmons, Amy S. | Weekly statistics for the benefit calculator. | 0.70 | 357.00 |
| 5/26/2020 | Timmons, Amy S. | Weekly calculator statistics compilation and distribution | 0.80 | 408.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Johnson, Noel D. | 420 | 1.30 | 546.00 |
| Timmons, Amy S. | 510 | 2.80 | 1,428.00 |
| | | 4.10 | 1,974.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

June 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in May 2020:

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 5/4/2020 | Johnson, Noel D. | Call with professionals to discuss ██████ | 0.70 | 294.00 |
| 5/4/2020 | Strom, Matthew A. | Call with professionals to discuss ██████ | 0.70 | 406.00 |
| 5/4/2020 | Nicholl, Kim M. | Call with professionals to discuss ██████ | 0.70 | 511.00 |
| 5/11/2020 | Bridges, Geoffrey W. | Call with professionals to discuss t████ ██████ ERS litigation and upcoming retiree committee call | 1.00 | 480.00 |
| 5/11/2020 | Johnson, Noel D. | Call with professionals to discuss ██████ ERS litigation and upcoming retiree committee call | 1.00 | 420.00 |
| 5/11/2020 | Nicholl, Kim M. | Call with professionals to discuss ██████ ERS litigation and upcoming retiree committee call | 1.00 | 730.00 |
| 5/18/2020 | Bridges, Geoffrey W. | Professional call to discuss ██████ | 1.20 | 576.00 |
| 5/18/2020 | Johnson, Noel D. | Professional call to discuss ██████ | 1.20 | 504.00 |
| 5/18/2020 | Strom, Matthew A. | Professional call to discuss ██████ | 1.20 | 696.00 |
| 5/18/2020 | Nicholl, Kim M. | Professional call to discuss ██████ | 1.20 | 876.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480 | 2.20 | 1,056.00 |
| Johnson, Noel D. | 420 | 2.90 | 1,218.00 |
| Nicholl, Kim M. | 730 | 2.90 | 2,117.00 |
| Strom, Matthew A. | 580 | 1.90 | 1,102.00 |
| | | 9.90 | 5,493.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**June 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in May 2020:

Re:   Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 5/15/2020 | Bridges, Geoffrey W. | Attending Retiree Committee meeting (via conference call). | 2.80 | 1,344.00 |
| 5/15/2020 | Johnson, Noel D. | Attending Retiree Committee meeting (via conference call). | 2.80 | 1,176.00 |
| 5/15/2020 | Strom, Matthew A. | Attending Retiree Committee meeting (via conference call). | 2.80 | 1,624.00 |
| 5/15/2020 | Nicholl, Kim M. | Attending Retiree Committee meeting (via conference call). | 2.80 | 2,044.00 |

Fee summary:

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 480 | 2.80 | 1,344.00 |
| Johnson, Noel D. | 420 | 2.80 | 1,176.00 |
| Nicholl, Kim M. | 730 | 2.80 | 2,044.00 |
| Strom, Matthew A. | 580 | 2.80 | 1,624.00 |
| | | 11.20 | 6,188.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**June 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in May 2020:

Re:   Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 5/14/2020 | Nicholl, Kim M. | Preparation of April invoice - time in excess of typical time to prepare client invoice | 3.80 | 2,774.00 |
| 5/15/2020 | Nicholl, Kim M. | Preparation of April invoice in Excel format | 1.20 | 876.00 |
| 5/15/2020 | Nicholl, Kim M. | Preparation of June budget | 1.00 | 730.00 |
| 5/15/2020 | Nicholl, Kim M. | Preparation of declaration to accompany April invoice | 0.90 | 657.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Nicholl, Kim M. | 730.00 | 6.90 | 5,037.00 |
| | | 6.90 | 5,037.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**June 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480.00 | 5.00 | 2,400.00 |
| Johnson, Noel D. | 420.00 | 7.00 | 2,940.00 |
| Nicholl, Kim M. | 730.00 | 12.60 | 9,198.00 |
| Strom, Matthew A. | 580.00 | 4.70 | 2,726.00 |
| Timmons, Amy S. | 510.00 | 2.80 | 1,428.00 |
| | | 32.10 | 18,692.00 |

EIN#    13-1975125