## EXHIBIT C

## COMPENSATION BY PROJECT CATEGORY

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| CASE ADMINISTRATION/MISCELLANEOUS | 183.20 | $55,582.50 |
| CHALLENGES TO PROMESA | 34.20 | $7,607.50 |
| COMMITTEE GOVERNANCE AND MEETINGS | 172.30 | $51,185.00 |
| COMMUNICATIONS WITH RETIREES | 234.50 | $68,962.50 |
| CONTESTED MATTERS | 64.40 | $23,880.00 |
| COURT HEARINGS | 13.30 | $4,762.50 |
| EMPLOYMENT OF PROFESSIONALS/FEE APPLICATIONS | 61.60 | $17,955.00 |
| ERS/TRS/JRS MATTERS | 193.20 | $49,980.00 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 149.20 | $46,120.00 |
| GO BOND ISSUES | 14.30 | $5,362.50 |
| MEDIATION | 12.30 | $2,306.25 |
| NON-WORKING TRAVEL TIME | 12.30 | $2,306.25 |
| PENSION ANALYSIS | 16.40 | $5,587.50 |
| PREPA | 15.50 | $5,737.50 |
| **TOTAL** | **1,166.30** | **$345,741.25** |