## **EXHIBIT D**

SUMMARY OF BENNAZAR, GARCÍA & MILIÁN, CSP EXPENSES

| Expense Description | Amount |
|---|---|
| Document Reproduction | $566.52 |
| Travel and van service expenses | $1,660.45 |
| **TOTAL** | **$2,226.97** |