# EXHIBIT F

## DETAILED EXPENSES OF BENNAZAR, GARCÍA & MILIÁN, C.S.P.

**FEBRUARY, 2020**

| | | |
|---|---|---:|
| 02/06/20 | document reproduction: meeting of February 12, 2020: Communication strategy | 7.60 |
| 02/10/20 | document reproduction: meeting of February 12, 2020: communication strategy | 6.40 |
| 02/11/20 | document reproduction: meeting of February 12, 2020: communication strategy | 21.00 |
| | document reproduction: meeting | 16.60 |
| | external document reproduction: sir speedy invoice #53877 | 378.65 |
| 02/27/20 | document reproduction: disclosure statement for the amended title iii joint plan of adjustment of the commonwealth of p.r. | 22.20 |
| | subtotal: | $452.45 |

**MARCH, 2020**

| | | |
|---|---|---:|
| 03/02/20 | travel expense: tickets magic tours | 1,011.00 |
| | travel expense: hotel accommodation aloft boston | 572.45 |
| | travel expense: food | 77.00 |
| 03/03/20 | travel expense: taxi cab | 6.60 |
| 03/04/20 | travel expense: taxi cab | 18.05 |
| 03/04/20 | document reproduction (external services): sir speedy #53918 | 101.47 |
| | subtotal: | $1,786.57 |

**APRIL, 2020**

| | | |
|---|---|---:|
| 04/30/20 | document reproduction: memorandums requested by jenner & block | 6.90 |
| | subtotal: | 6.90 |

**MAY, 2020**

| | | |
|---|---|---:|
| 05/31/20 | document reproduction: ambac assurance co. adversary complaint | 5.70 |
| | subtotal: | 5.70 |