Hearing Date: July 29, 2020, at 9:30AM (Atlantic Standard Time)
Response Deadline: July 14, 2020 at 4:00PM (Atlantic Standard Time)

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

2020 JUL 14  AM 7: 57

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

This filing relates to the Commonwealth.

## TWO HUNDRED SECOND OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE COMMONWEALTH OF PUERTO RICO IS NOT LIABLE

I am Hector Santos Diaz who has received a letter from this Court, with an Objection to claim #1337 for $106,991.31 in GDB bonds I bought 09/26/2012 CUSIP 745177EX9, and had a Clawback in 05/01/2016.

I am not an atthorney, and I dont think I can win a debate to men that earn there living sustaining how to object a claim in a Bankruptcy case. But I have heard this Court does not have to necesary agree in all there arguments.

I have also heard PROMESA was signed by President Obama to help the people of Puerto Rico, against are governments Bankruptcy.

This Court will always do whats legal in these cases and will also do justice to the people of Puerto Rico, and as one of them I beg for at least part of my claim back.

sincerely,

*[signature]*

Hector L. Santos Diaz

1