Hector L. San[...]
Urb El Rocio
37 Limoncillo
Cayey PR 00736

SAN JUAN PR 009
10 JUL 2020 PM 2 L

RECEIVED & FILED
2020 JUL 14 AM 7:57
CLERK'S OFFICE
U.S. DIST[RICT] COURT
SAN [JUAN]

Clerks Office
United States District Court
150 Chardon Avenue
Federal Building
San Juan PR 00918

00918-170625