# United States Court of Appeals
## For the First Circuit

_____

Nos. 18-1671, 18-1746, 18-1787

AURELIUS INVESTMENT, LLC, ET AL.,
Appellants,

v.

COMMONWEALTH OF PUERTO RICO, ET AL.,
Appellees.

_____

ASSURED GUARANTY CORPORATION, ET AL.,
Appellants,

v.

FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, ET AL.,
Appellees.

_____

UNIÓN DE TRABAJADORES DE LA INDUSTRIA ELÉCTRICA Y RIEGO (UTIER),
Appellant,

v.

PUERTO RICO ELECTRIC POWER AUTHORITY, ET AL.,
Appellees.

_____

Before
Torruella, Thompson, and Kayatta,
<u>Circuit Judges</u>.

**JUDGMENT**
Entered: July 9, 2020

    In light of the Supreme Court's decision in <u>Fin. Oversight & Mgmt. Bd. for P.R.</u> v. <u>Aurelius Inv., LLC</u>, 590 U.S. ---, 140 S.Ct. 1649 (June 1, 2020), reversing this court's February 15, 2019 judgment, we hereby lift the stay of mandate entered on July 2, 2019 and affirm the July 13, 2018 opinion and order in <u>In re Commonwealth of P.R.</u>, No. 17-bk-03283-LTS (D.P.R.); the August 3, 2018 judgment in <u>Assured Guar. Mun. Corp.</u> v. <u>Fin. Oversight & Mgmt. Bd. for P.R.</u>, No. 18-ap-

00087-LTS (D.P.R.); and the August 15, 2018 judgment in <u>UTIER</u> v. <u>PREPA</u>, No. 17-ap-00228-LTS (D.P.R.).

 Mandate shall issue forthwith.

             By the Court:

             Maria R. Hamilton, Clerk

cc:
Hon. Laura Taylor Swain
Maria Antongiorgi-Jordan, Clerk, United States District Court for the District of Puerto Rico
Helgi C. Walker
Theodore B. Olson
Matthew D. McGill
Luis A. Oliver-Fraticelli
Katarina Stipec Rubio
Jeremy Max Christiansen
Lucas Townsend
Lochlan Francis Shelfer
Wandymar Burgos-Vargas
Hermann D. Bauer-Alvarez
Timothy W. Mungovan
Donald B. Verrilli Jr.
Susana I. Penagaricano Brown
Carla Garcia-Benitez
Ubaldo M. Fernandez
Chantel L. Febus
Michael R. Hackett
Stephen L. Ratner
Margaret Antinori Dale
John E. Roberts
Mark David Harris
Martin J. Bienenstock
Ehud Barak
Daniel Jose Perez-Refojos
Michael Luskin
Stephan E. Hornung
Chad Golder
Michael A. Firestein
Lary Alan Rappaport
Ginger D. Anders
William D. Dalsen
Jeffrey W. Levitan
Sarah G. Boyce

Rachel G. Miller Ziegler
Guy Brenner
Andres W. Lopez
Walter Dellinger
Peter M. Friedman
John J. Rapisardi
Suzzanne Uhland
William J. Sushon
Mariana E. Bauza Almonte
Mark R. Freeman
Michael Shih
Laura Myron
Jeffrey B. Wall
Jose Ramon Rivera-Morales
Lawrence S. Robbins
Richard A. Rosen
Mark Stancil
Donald Burke
Ariel N. Lavinbuk
Kyle J. Kimpler
Walter Rieman
Andrew N. Rosenberg
Karen R. Zeituni
Manuel A. Rodriguez-Banchs
Michael Louis Artz
Antonio Juan Bennazar-Zequeira
Ian Heath Gershengorn
Richard B. Levin
Robert D. Gordon
Catherine Steege
Melissa M. Root
Diana M. Batlle-Barasorda
Juan J. Casillas-Ayala
Luc A. Despins
Alberto Juan Enrique Aneses-Negron
Georg Alexander Bongartz
Michael E. Comerford
Sylvia M. Arizmendi-Lopez de Victoria
Rafael Escalera-Rodriguez
Fernando Van Derdys
Carlos R. Rivera-Ortiz
Susheel Kirpalani
Gustavo Adolfo Pabon-Rico
Ralph C. Ferrara
Ann M. Ashton
Raul Castellanos-Malave
Joseph P. Davis III

Katiuska Bolanos-Lugo
Monsita Lecaroz-Arribas
Emil J. Rodriguez Escudero
Jorge Martinez-Luciano
Anibal Acevedo-Vila
Jose A. Hernandez-Mayoral
Hector J. Ferrer-Rios
Heriberto J. Burgos-Perez
Ricardo F. Casellas-Sanchez
Diana Perez-Seda
Rolando Emmanuelli-Jimenez
Jessica Esther Mendez-Colberg
Lindsay C. Harrison
William K. Dreher
Matthew S. Blumin