# United States Court of Appeals
## For the First Circuit

No. 18-1671

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

Debtors

--------------------------------------------------------------------------------

AURELIUS INVESTMENT, LLC; AURELIUS OPPORTUNITIES FUND, LLC; LEX CLAIMS, LLC

Movants - Appellants

AD HOC GROUP OF GENERAL OBLIGATION BONDHOLDERS

Creditor

v.

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; FINANCIAL OVERSIGHT AND MANAGEMENT BOARD

Debtors - Appellees

UNITED STATES; AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES; OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO; OFFICIAL COMMITTEE OF UNSECURED CREDITORS; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; CYRUS CAPITAL PARTNERS, L.P.; TACONIC CAPITAL ADVISORS, L.P.; WHITEBOX ADVISORS LLC; SCOGGIN MANAGEMENT LP; TILDEN PARK CAPITAL MANAGEMENT LP; ARISTEIA CAPITAL, LLC; CANYON CAPITAL

ADVISORS, LLC; DECAGON HOLDINGS 1, LLC; DECAGON HOLDINGS 2, LLC; DECAGON HOLDINGS 3, LLC; DECAGON HOLDINGS 4, LLC; DECAGON HOLDINGS 5, LLC; DECAGON HOLDINGS 6, LLC; DECAGON HOLDINGS 7, LLC; DECAGON HOLDINGS 8, LLC; DECAGON HOLDINGS 9, LLC; DECAGON HOLDINGS 10, LLC; FIDEICOMISO PLAZA; JOSE F. RODRIGUEZ-PEREZ; CYRUS OPPORTUNITIES MASTER FUND II, LTD.; CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD.; CYRUS SPECIAL STRATEGIES MASTER FUND, L.P.; TACONIC MASTER FUND 1.5 LP; TACONIC OPPORTUNITY MASTER FUND LP; WHITEBOX ASYMMETRIC PARTNERS, L.P.; WHITEBOX INSTITUTIONAL PARTNERS, L.P.; WHITEBOX MULTI-STRATEGY PARTNERS, L.P.; WHITEBOX TERM CREDIT FUND I L.P.; SCOGGIN INTERNATIONAL FUND, LTD.; SCOGGIN WORLDWIDE FUND LTD.; TILDEN PARK INVESTMENT MASTER FUND LP; VARDE CREDIT PARTNERS MASTER, LP; VARDE INVESTMENT PARTNERS, LP; VARDE INVESTMENT PARTNERS OFFSHORE MASTER, LP; THE VARDE SKYWAY MASTER FUND, LP; PANDORA SELECT PARTNERS, L.P.; SB SPECIAL SITUATION MASTER FUND SPC; SEGREGATED PORTFOLIO D; CRS MASTER FUND, L.P.; CRESCENT 1, L.P.; CANERY SC MASTER FUND, L.P.; MERCED PARTNERS LIMITED PARTNERSHIP; MERCED PARTNERS IV, L.P.; MERCED PARTNERS V, L.P.; MERCED CAPITAL, L.P.; ARISTEIA HORIZONS, LP; GOLDEN TREE ASSET MANAGEMENT LP; OLD BELLOWS PARTNERS LLP; RIVER CANYON FUND MANAGEMENT, LLC

Creditors - Appellees

No. 18-1746

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

Debtors

--------------------------------------------------------------------------------

ASSURED GUARANTY CORPORATION; ASSURED GUARANTY MUNICIPAL CORPORATION

Plaintiffs - Appellants

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO;
UNITED STATES; ANDREW G. BIGGS; JOSE B. CARRION, III; CARLOS M. GARCIA;
ARTHUR J. GONZALEZ; JOSE R. GONZALEZ; ANA J. MATOSANTOS; DAVID A.
SKEEL, JR.

Defendants - Appellees

No. 18-1787
IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO
RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS
REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION
AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER
AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX
FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE
EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO

Debtors

----------------------------------------------------------------------------------

UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO (UTIER)

Plaintiff - Appellant

v.

PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD; JOSE B. CARRION, III; ANDREW G.
BRIGGS; CARLOS M. GARCIA; ARTHUR J. GONZALEZ; JOSE R. GONZALEZ; ANA J.
MATOSANTOS; DAVID A. SKEEL, JR., JOHN DOES 1-7

Defendants - Appellees

UNITED STATES

Interested Party - Intervenor

**MANDATE**

Entered: July 9, 2020

  In accordance with the judgment of July 9, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

               By the Court:

               Maria R. Hamilton, Clerk

cc:
Anibal Acevedo-Vila
Ginger D. Anders
Alberto Juan Enrique Aneses-Negron
Sylvia M. Arizmendi-Lopez de Victoria
Michael Louis Artz
Ann M. Ashton
Ehud Barak
Diana M. Batlle-Barasorda
Hermann D. Bauer-Alvarez
Mariana E. Bauza Almonte
Antonio Juan Bennazar-Zequeira
Martin J. Bienenstock
Matthew S. Blumin
Katiuska Bolanos-Lugo
Georg Alexander Bongartz
Sarah G. Boyce
Guy Brenner
Heriberto J. Burgos-Perez
Wandymar Burgos-Vargas
Donald Burke
Ricardo F. Casellas-Sanchez
Juan J. Casillas-Ayala
Raul Castellanos-Malave
Jeremy Max Christiansen
Michael E. Comerford
Margaret Antinori Dale
William D. Dalsen
Joseph P. Davis III
Walter Dellinger
Luc A. Despins
William K. Dreher
Rolando Emmanuelli-Jimenez
Rafael Escalera-Rodriguez

Chantel L. Febus
Ubaldo M. Fernandez
Ralph C. Ferrara
Hector J. Ferrer-Rios
Michael A. Firestein
Mark R. Freeman
Peter M. Friedman
Carla Garcia-Benitez
Ian Heath Gershengorn
Chad Golder
Robert D. Gordon
Michael R. Hackett
Mark David Harris
Lindsay C. Harrison
Jose A. Hernandez-Mayoral
Stephan E. Hornung
Kyle J. Kimpler
Susheel Kirpalani
Ariel N. Lavinbuk
Monsita Lecaroz-Arribas
Richard B. Levin
Jeffrey W. Levitan
Andres W. Lopez
Michael Luskin
Jorge Martinez-Luciano
Matthew D. McGill
Jessica Esther Mendez-Colberg
Rachel G. Miller Ziegler
Timothy W. Mungovan
Laura Myron
Luis A. Oliver-Fraticelli
Theodore B. Olson
Gustavo Adolfo Pabon-Rico
Susana I. Penagaricano Brown
Daniel Jose Perez-Refojos
Diana Perez-Seda
John J. Rapisardi
Lary Alan Rappaport
Stephen L. Ratner
Walter Rieman
Jose Ramon Rivera-Morales
Carlos R. Rivera-Ortiz
Lawrence S. Robbins
John E. Roberts
Emil J. Rodriguez Escudero
Manuel A. Rodriguez-Banchs

Melissa M. Root
Richard A. Rosen
Andrew N. Rosenberg
Lochlan Francis Shelfer
Michael Shih
Mark Stancil
Catherine Steege
Katarina Stipec Rubio
William J. Sushon
Lucas Townsend
Suzzanne Uhland
Fernando Van Derdys
Donald B. Verrilli Jr.
Helgi C. Walker
Jeffrey B. Wall
Karen R. Zeituni