UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER IN CONNECTION WITH INFORMATIVE MOTION REGARDING MOTION REQUESTING
RELIEF OF STAY UNDER 362(D)(1) OF THE BANKRUPTCY CODE (DOCKET ENTRY NO. 13657)

       The Court has received and reviewed the *Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code* (Docket Entry No. 13657 in Case No. 17-3283, the "Informative Motion") filed by the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"). In the Informative Motion, the Oversight Board states that the parties to the *Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code* (Docket Entry No. 2434 in Case No. 17-3283, the "Lift Stay Motion") have "finalized a stipulation memorializing the agreement in principle to resolve the Lift Stay Motion, which the Oversight Board approved prior to the COVID-19 pandemic," and that the parties will file either the stipulation or an additional status report on or before October 15, 2020. The parties request that

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the Court adjourn the July 29, 2020, hearing on the Lift Stay Motion to the October 28, 2020, omnibus hearing.

The hearing in connection with the Lift Stay Motion, which is currently scheduled for July 29, 2020, at 9:30 a.m. (Atlantic Standard Time), is hereby adjourned to the omnibus hearing scheduled for **October 28, 2020, at 9:30 a.m. (Atlantic Standard Time)**.  The parties shall file either a stipulation memorializing their agreement in principle or a status report by 5:00 p.m. (Atlantic Standard Time) on October 15, 2020.

SO ORDERED.

Dated: July 15, 2020

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge