# **EXHIBIT A**

**CERTIFICATION OF ILEANA C. CARDONA FERNÁNDEZ, ESQ.
IN SUPPORT OF THE APPLICATION**

**Hearing Date**: October 28, 2020
**Objection Deadline**: July 30, 2020 at 4:00 p.m. AST

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>TITLE III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**CERTIFICATION OF ILEANA C. CARDONA FERNÁNDEZ, ESQ. IN SUPPORT OF FOURTH INTERIM APPLICATION OF
ILEANA C. CARDONA FERNÁNDEZ, ESQ., LOCAL CONFLICTS COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE,
FOR PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE NINTH INTERIM FEE PERIOD
FROM FEBRUARY 1, 2020 THROUGH MAY 31, 2020**

I, Ileana C. Cardona Fernández, hereby certify that:

1. I am an attorney admitted to practice in the Commonwealth of Puerto Rico and am before this Court. I am a solo practitioner with office at Urb. Estancias de San Gerardo, Calle Orlando #1609, San Juan, Puerto Rico 00926. I am local conflicts counsel to the Financial Oversight and Management Board, acting through its Special Claims Committee (the "Oversight Board") as representative of the Debtors in the above-captioned title III cases pursuant to section315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

("PROMESA").[2] I have personal knowledge of all of the facts set forth in this certification except as expressly stated herein.

2. In accordance with (a) Local Bankruptcy Rule 2016-1 (the "Local Guidelines"), (b) Appendix B of the United States Trustee *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, effective as of November 1, 2013 (the "U.S. Trustee Guidelines"), and (c) the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered June 6, 2018 (the "Interim Compensation Order"), this certification is made with respect to the Fourth Interim Application of Ileana C. Cardona Fernández, Esq., as local conflicts counsel to the Oversight Board dated July 15, 2020 (the "Application"),[3] for interim compensation and reimbursement of expenses for the period of February 1, 2020 up to and including May 31, 2020 (the "Compensation Period").

3. With respect to section (a)(4) of the Local Guidelines, I certify that:

    a. I have read the Application;

    b. to the best of my knowledge, information, and belief, formed after reasonable inquiry, the compensation and reimbursement of expenses sought conforms with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the U.S. Trustee Guidelines and these Local Guidelines;

    c. except to the extent that fees or disbursements are prohibited by the Local Guidelines, the compensation and reimbursement of expenses requested are billed in accordance with the Services Agreement. Ileana C. Cardona Fernández, Esq.'s hourly rate in these cases is $225.00.

    d. in providing a reimbursable service, Ileana C. Cardona Fernández, Esq. does not make a profit on that service, whether the service is performed by Ileana C. Cardona Fernández, Esq. in- house or through a third party.

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms used but not defined herein have the meanings given to them in the Application.

Dated: July 15, 2020
    San Juan, Puerto Rico

Respectfully submitted,

*/s/ Ileana C. Cardona Fernández*
Ileana C. Cardona Fernández
USDC-PR Bar No. 302610
Urb. Estancias de San Gerardo
Calle Orlando #1609
San Juan, PR 00926
Tel: (787) 484-8202
icardona@iccflaw.com

*Local Conflicts Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*