**EXHIBIT C**

**TENTH MONTHLY STATEMENT
FOR ILEANA C. CARDONA FERNÁNDEZ, ESQ. – FEBRUARY 2020**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors. | PROMESA Title III<br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

**TENTH MONTHLY FEE STATEMENT OF**
**ILEANA C. CARDONA FERNANDEZ, ESQ. LOCAL CONFLICTS COUNSEL FOR**
**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**
**ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE**
**FOR SERVICES AND DISBURSEMENTS FOR THE PERIOD OF**
<u>**FEBRUARY 1, 2020 – FEBRUARY 29, 2020**</u>

The Commonwealth of Puerto Rico, *et al.*   March 10, 2020

## FOR PROFESSIONAL SERVICES AND DISBURSEMENTS

**Client Ref. No.** PRO-001

**Invoice No.** 017

Re: The Financial Oversight and Management Board for Puerto Rico,
as representative of The Commonwealth of Puerto Rico, *et al.*
Debtors under Title III
February 1, 2020 – February 29, 2020

Professional services rendered and expenses incurred by Ileana C. Cardona Fernández, Esq. Local Conflicts Counsel for The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee

**Total Amount of Compensation**          **$2,025.00**
**for Professional Services**

| | |
|---|---|
| Less Holdback as per Court Order dated June 6, 2018 (DN 3269) (10%) | $202.50 |
| Interim Compensation for Professional Services (90%) | $1,822.50 |
| Plus Reimbursement for Actual and Necessary Expenses | $0.00 |
| Total Requested Payment Less Holdback | $1,822.50 |

## **FEE STATEMENT INDEX**

| | |
|---|---|
| **Exhibit A** | **Time and Compensation Breakdown** |
| **Exhibit B** | **Time Entries – Invoice** |
| **Exhibit C** | **Professional Certification** |
| **Exhibit D** | **Principal Certification** |

# EXHIBIT A

# EXHIBIT A

## SERVICES RENDERED BY
## ILEANA C. CARDONA FERNÁNDEZ, ESQ.

## FEBRUARY 1, 2020 THRU FEBRUARY 29, 2020

## TIME AND COMPENSATION BREAKDOWN

| Counsel | Year Admitted to Bar; Specialty | Rate | Hours | Amount |
|---|---|---|---|---|
| Ileana C. Cardona Fernández | Admitted to Puerto Rico Bar in 2015; Litigation | $225.00 | 9 | $2,025.00 |
| **TOTAL** | | | **9** | **$2,025.00** |

# EXHIBIT B

Ileana C. Cardona Fernández, Esq.  
787-484-8202  
icardona@iccflaw.com

**Invoice No.** 017  
**Client** – PRO-001  
**Date**: March 10, 2020

**BILL TO:**  
Puerto Rico Financial Oversight and Management Board,  
acting through its Special Claims Committee  
C/O Jaime A. El Koury, Esq.  
1112 Park Avenue, Apt. 12A  
New York, 10128

Re:

General Matters  
Microsoft Corporation Avoidance Action – Case No. 19-00290  
Wells Fargo Securities, LLC Avoidance Action – Case No. 19-00360  
Microsoft Corp. Avoidance Action – Case No. 19-00290  
Microsoft Caribbean, Inc. – Tolling Agreement  
First Medical, Inc. – Tolling Agreement

## INVOICE

For professional services rendered and expenses incurred in connection with the above captioned matters from: February 1, 2020 through February 29, 2020.

# General

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 2/4/20 | Prepare January Monthly Statement **(0.5 hours)**<br><br>Submit January Monthly Statement **(0.1 hour)**<br><br>Examine email from H. Cohen re: monthly statement **(0.1 hour)** | 0.7 | $157.50 |
| 2/5/20 | Examine email from H. Cohen re: monthly statement **(0.1 hour)**<br><br>Update monthly statement **(0.1 hour)**<br><br>Submit updated monthly statement **(0.1 hour)**<br><br>Examine email from H. Cohen re: updates **(0.1 hour)** | 0.4 | $90.00 |
| 2/6/20 | Examine email from H. Cohen re: monthly statement go-ahead. **(0.1 hour)** | 0.2 | $45.00 |

| Ileana C. Cardona Fernández, Esq. | **Invoice No.** 017 |
|---|---|
| 787-484-8202 | **Client** – PRO-001 |
| icardona@iccflaw.com | **Date**: March 10, 2020 |

|  | Email to H. Cohen re: monthly statement **(0.1 hour)** |  |  |
|---|---|---|---|
| 2/10/20 | Examine email from H. Cohen re: monthly statement **(0.1 hour)**<br><br>Email to T. Axelrod, M. Orenstein, S. Beville re: status of matters. **(0.1 hour)**<br><br>Examine email from T. Axelrod re: status of matters. **(0.1 hour)** | **0.3** | $67.50 |
| 2/18/20 | Prepare March 2020 Budget **(0.2 hour)**<br><br>Submit March 2020 Budget **(0.1 hour)**<br><br>Examine email from Fee Examiner re: budget **(0.1 hour)** | **0.4** | $90.00 |
| 2/20/20 | Prepare Title III Declaration for Monthly Statement **(0.1 hour)**<br><br>Submit Title III Declaration for Monthly Statement **(0.1 hour)**<br><br>Examine email from H. Cohen re: Title III Declaration **(0.1 hour)**<br><br>Email to H. Cohen re: Title III Declaration. **(0.1 hour)** | **0.4** | $90.00 |
| 2/21/20 | Examine email from H. Cohen to Fee Examiner **(0.1 hour)**<br><br>Examine email from H. Cohen re: Declaration **(0.1 hour)**<br><br>Email to H. Cohen re: Declaration **(0.1 hour)** | **0.3** | $67.50 |

# WELLS FARGO – 19-00360

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 2/10/20 | Examine email from Court re: DN 22 **(0.1 hour)** | 0.3 | $67.50 |

Ileana C. Cardona Fernández, Esq.  
787-484-8202  
icardona@iccflaw.com

**Invoice No.** 017  
**Client** – PRO-001  
**Date**: March 10, 2020

|  |  |  |  |
|---|---|---|---|
|  | Examine DN 22 **(0.2 hour)** |  |  |

## MICROSOFT CORP. 19-00290 / MICROSOFT CARIBBEAN

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 2/3/20 | Examine email from M. Milano re: call Feb. 10 **(0.1 hour)**<br><br>Examine email from M. Milano re: D.E. Contracts / call Feb. 10 **(0.1 hour)**<br><br>Examine contracts sent by M. Milano **(0.5 hour)** | **0.7** | $157.50 |
| 2/4/20 | Examine email from M. Milano re: call next week **(0.1 hour)** | **0.1** | $22.50 |
| 2/9/20 | Examine email from R. Wexler re: information request. **(0.1 hour)**<br><br>Examine attachment to R. Wexler email re: information request **(0.5 hour)**<br><br>Examine email from M. Milano re: information request **(0.1 hour)**<br><br>Prepare for call w/ DGC and Microsoft teams **(0.7 hour)**<br><br>Participate in call w/ DGC and Microsoft teams **(0.8 hour)** | **2.2** | $495.00 |
| 2/25/20 | Prepare for call today w/ M. Milano and Microsoft team **(0.6 hour)**<br><br>Participated in call w/ M. Milano, R. Wexler, and Microsoft team **(1 hour)**<br><br>Examine email from M. Milano **(0.2 hour)** | **1.8** | $405.00 |

## FIRST MEDICAL HEALTH PLAN, INC.

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 2/19/20 | Examine email from I. Oliver re: status | **0.8** | $180.00 |

Ileana C. Cardona Fernández, Esq.  **Invoice No.** 017
787-484-8202  **Client** – PRO-001
icardona@iccflaw.com  **Date**: March 10, 2020

| | | | |
|---|---|---|---|
| | of information exchange. **(0.1 hour)** <br><br> Email to I. Oliver re: status of information exchange **(0.1 hour)** <br><br> Examine email from I. Oliver to BR Team (R. Sierra, T. Axelrod) re: Status of information exchange. **(0.1 hour)** <br><br> Examine draft NDA extension submitted by I. Oliver **(0.2 hour)** <br><br> Examine email by R. Sierra re: NDA **(0.1 hour)** <br><br> Examine updated NDA draft **(0.1 hour)** <br><br> Examine email by I. Oliver re: NDA **(0.1 hour)** | | |
| 2/20/20 | Examine email from I. Oliver re: executed NDA extension **(0.1 hour)** <br><br> Examine executed NDA extension by I. Oliver **(0.1 hour)** <br><br> Examine email from R. Sierra re: executed NDA extension. **(0.1 hour)** <br><br> Examine fully executed NDA extension submitted by R. Sierra **(0.1 hour)** | 0.4 | $90.00 |

**TOTAL:**         **9 hours**

**BALANCE DUE:**    $2,025.00

**Check payable to:**    Ileana C. Cardona Fernández, Esq.
Urb. Estancias de San Gerardo
Calle Orlando #1609
San Juan, PR 00926

# EXHIBIT C

## **EXHIBIT C**

## **PROFESSIONAL CERTIFICATION**

      I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee. The amount of this invoice is reasonable. The services were rendered, and the corresponding payment has not been made. To the best of my knowledge, Ileana C. Cardona Fernández does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

                                                       *s/ Ileana C. Cardona Fernandez*
                                                      **Ileana C. Cardona Fernández**
                                                          **USDC-PR Bar No. 302610**

# EXHIBIT D

**PRINCIPAL CERTIFICATION**

I hereby authorize the submission of this Tenth Monthly Fee Statement for Ileana C. Cardona Fernández, Esq. covering the period from February 1, 2020 through February 29, 2020.

_____
Jaime A. El Koury
General Counsel to the Financial Oversight
and Management Board for Puerto Rico