**EXHIBIT D**

**ELEVENTH MONTHLY STATEMENT
FOR ILEANA C. CARDONA FERNÁNDEZ, ESQ. – MARCH 2020**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>     as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.* <br><br>     Debtors. | PROMESA Title III <br> Case No. 17-BK-3283 (LTS) <br><br> (Jointly Administered) |

**ELEVENTH MONTHLY FEE STATEMENT OF**
**ILEANA C. CARDONA FERNANDEZ, ESQ. LOCAL CONFLICTS COUNSEL FOR**
**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**
**ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE**
**FOR SERVICES AND DISBURSEMENTS FOR THE PERIOD OF**
**MARCH 1, 2020 – MARCH 21, 2020**

The Commonwealth of Puerto Rico, *et al.*            April 15, 2020

FOR PROFESSIONAL SERVICES AND DISBURSEMENTS

**Client Ref. No.** PRO-001

**Invoice No.** 019

Re:    The Financial Oversight and Management Board for Puerto Rico,
as representative of The Commonwealth of Puerto Rico, *et al.*
Debtors under Title III
<u>March 1, 2020 – March 31, 2020</u>

Professional services rendered and expenses incurred by Ileana C. Cardona Fernández, Esq. Local Conflicts Counsel for The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee

**Total Amount of Compensation**          **$2,925.00**
**for Professional Services**

| | |
|---|---|
| Less Holdback as per Court Order dated June 6, 2018 (DN 3269) (10%) | $292.50 |
| Interim Compensation for Professional Services (90%) | $2,632.50 |
| Plus Reimbursement for Actual and Necessary Expenses | $0.00 |
| Total Requested Payment Less Holdback | $2,632.50 |

## **FEE STATEMENT INDEX**

| | |
|---|---|
| **Exhibit A** | **Time and Compensation Breakdown** |
| **Exhibit B** | **Time Entries – Invoice** |
| **Exhibit C** | **Professional Certification** |
| **Exhibit D** | **Principal Certification** |

# EXHIBIT A

## EXHIBIT A

### SERVICES RENDERED BY
### ILEANA C. CARDONA FERNÁNDEZ, ESQ.

### MARCH 1, 2020 THRU MARCH 31, 2020

### TIME AND COMPENSATION BREAKDOWN

| Counsel | Year Admitted to Bar; Specialty | Rate | Hours | Amount |
|---|---|---|---|---|
| Ileana C. Cardona Fernández | Admitted to Puerto Rico Bar in 2015; Litigation | $225.00 | 13 | $2,925.00 |
| **TOTAL** | | | **13** | **$2,925.00** |

# EXHIBIT B

| | | |
|---|---|---|
| Ileana C. Cardona Fernández, Esq.<br>787-484-8202<br>icardona@iccflaw.com | | **Invoice No.** 017<br>**Client** – PRO-001<br>**Date**: April 15, 2020 |

**BILL TO:**
Puerto Rico Financial Oversight and Management Board,
acting through its Special Claims Committee
C/O Jaime A. El Koury, Esq.
1112 Park Avenue, Apt. 12A
New York, 10128

Re:

General Matters
Hospira Puerto Rico, LLC Avoidance Action – Case No. 19-00186
Gila, LLC Avoidance Action – Case No. 19-00354
Microsoft Corporation Avoidance Action – Case No. 19-00290
Microsoft Caribbean, Inc. – Tolling Agreement
First Medical, Inc. – Tolling Agreement

**INVOICE**

For professional services rendered and expenses incurred in connection with the above captioned matters from: <u>March 1, 2020 through March 31, 2020.</u>

# General

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 3/5/20 | Prepare February Monthly Statement **(0.5 hours)**<br><br>Submit February Monthly Statement **(0.1 hour)**<br><br>Examine email from H. Cohen re: monthly statement **(0.1 hour)**<br><br>Email to H. Cohen re: Interim Fee App. **(0.1 hour)**<br><br>Prepared Budget for April 2020 **(0.1 hour)**<br><br>Examine email from H. Cohen re: Interim Fee App. **(0.1 hour)**<br><br>Email to H. Cohen re: Monthly Statement **(0.1** | 1.3 | $292.50 |

Ileana C. Cardona Fernández, Esq.  
787-484-8202  
icardona@iccflaw.com

**Invoice No.** 017  
**Client** – PRO-001  
**Date**: April 15, 2020

| | | | |
|---|---|---|---|
| | **hour)** Submit Budget for April 2020 **(0.1 hour)** Examine email from K. Bouchar re: April 2020 Budget **(0.1 hour)** | | |
| 3/6/20 | Prepare Interim Fee Application **(2 hours)** | 2 | $550.00 |
| 3/8/20 | Finalized draft Interim Fee Application **(0.5 hour)** Submit draft Interim Fee Application for review to H. Cohen. **(0.1 hour)** | 0.6 | $135.00 |
| 3/11/20 | Email to H. Cohen re: Monthly Statement and Interim Fee Application follow up **(0.1 hour)** Examine email from H. Cohen re: Monthly Statement **(0.1 hour)** Email to H. Cohen re: Monthly Statement. **(0.1 hour)** | 0.3 | $67.50 |
| 3/12/20 | Examine email from H. Cohen re: Monthly Statement **(0.1 hour)** Email to H. Cohen re: Monthly Statement and Interim Fee Application. **(0.1 hour)** Examine email from H. Cohen to Fee Examiner re: Monthly Statement. **(0.1 hour)** Examine email from H. Cohen re: Interim Fee Application **(0.1 hour)** Email to H. Cohen re: Exhibits to Interim Fee Application. **(0.1 hour)** | 0.5 | $112.50 |
| 3/13/20 | Examine email from H. Cohen re: Interim Fee Application update **(0.1 hour)** Email to H. Cohen re: Interim Fee Application **(0.1 hour)** Examine email from H. Cohen re: Omnibus hearing. **(0.1 hour)** Email from H. Cohen re: Final draft Interim | 0.5 | $112.50 |

| Ileana C. Cardona Fernández, Esq. | | **Invoice No.** 017 | |
|---|---|---|---|
| 787-484-8202 | | **Client** – PRO-001 | |
| icardona@iccflaw.com | | **Date**: April 15, 2020 | |

| | Fee Application. **(0.1 hour)**<br><br>Email to H. Cohen re: Final draft **(0.1 hour)** | | |
|---|---|---|---|
| 3/15/20 | Examine email from C. Burke re: Interim Fee App. **(0.1 hour)**<br><br>Examine email from H. Cohen re: Interim Fee App **(0.1. hour)** | 0.2 | $45.00 |
| 3/16/20 | Examine email from H. Cohen re: Interim Fee Application updates **(0.1 hour)**<br><br>Examine updated notice drafts **(0.2 hour)**<br><br>Examine email from H. Cohen re: Interim Fee Application final **(0.1 hour)** | 0.4 | $90.00 |
| 3/17/20 | Examine email from H. Cohen re: filed Interim Fee Application **(0.1 hour)**<br><br>Email to H. Cohen re: finalized Interim Fee Application. **(0.1 hour)**<br><br>Examine email from H. Cohen re: master Interim Fee Applications drafts moving fwd **(0.2 hour)**<br><br>Email to H. Cohen re: master Interim Fee Application **(0.1 hour)** | 0.5 | $112.50 |
| 3/19/20 | Email to H. Cohen re: pending payments **(0.1 hour)**<br><br>Examine email from H. Cohen re: pending payments **(0.1 hour)** | 0.2 | $45.00 |
| 3/23/20 | Email to H. Cohen re: pending payments **(0.1 hour)**<br><br>Examine email from H. Cohen re: pending payments **(0.1 hour)**<br><br>Prepare Title III Declaration for objection statement **(0.2 hour)**<br><br>Submit Title III Declaration for objection statement **(0.1 hour)** | 0.6 | $135.00 |

Ileana C. Cardona Fernández, Esq.　　　　　　　　**Invoice No.** 017
787-484-8202　　　　　　　　　　　　　　　　　　**Client** – PRO-001
icardona@iccflaw.com　　　　　　　　　　　　　　**Date**: April 15, 2020

|  |  |  |  |
|---|---|---|---|
|  | Examine email from H. Cohen re: Declaration **(0.1 hour)** |  |  |
| 3/24/20 | Examine email from H. Cohen re: Statement **(0.1 hour)**<br><br>Examine email from H. Cohen re: pending payment. **(0.1 hour)**<br><br>Email to H. Cohen re: pending payment **(0.1 hour)**<br><br>Examine email from L. Viola re: Electronic billing records**. (0.1 hour)**<br><br>Email to L. Viola re: electronic billing records **(0.1 hour)** | **0.5** | $112.50 |
| 3/29/20 | Email to L. Viola submitting electronic billing records. **(0.1 hour)** | **0.1** | $22.50 |
| 3/30/20 | Examine email from K. Boucher re: electronic billing records **(0.1 hour)**<br><br>Examine email from K. Stadler re: schedule **(0.1 hour)**<br><br>Examine Fee Examiner communication and updated schedule **(0.2 hour)** | **0.4** | $90.00 |
|  | **TOTAL** | **8.1** | **$1,822.50** |

## HOSPIRA PUERTO RICO, LLC 19-00186

| **DATE** | **DETAILS** | **HOURS** | **VALUE** |
|---|---|---|---|
| 3/17/20 | Examine email from Court re: DN 12 **(0.1 hour)**<br><br>Examine DN 12 **(0.2 hour)** | **0.3** | $67.50 |
| 3/25/20 | Examine email from Court re: DN 13 **(0.1 hour)**<br><br>Examine DN 13 **(0.2 hour)** | **0.3** | $67.50 |

Ileana C. Cardona Fernández, Esq.  **Invoice No.** 017
787-484-8202  **Client** – PRO-001
icardona@iccflaw.com  **Date**: April 15, 2020

|  |  | **TOTAL** | **0.6** | **$135.00** |
|---|---|---|---|---|

## GILA, LLC 19-00354

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 3/17/20 | Examine email from Court re: DN 10 **(0.1 hour)**<br><br>Examine DN 10 **(0.1 hour)** | 0.2 | $45.00 |
| 3/25/20 | Examine email from Court re: DN 11 **(0.1 hour)**<br><br>Examine DN 11 **(0.1 hour)** | 0.2 | $45.00 |
|  | **TOTAL** | **0.4** | **$90.00** |

## MICROSOFT CORP. 19-00290 / MICROSOFT CARIBBEAN

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 3/5/20 | Examine email from P. Lengle re: follow up from call last week. **(0.2 hour)**<br><br>Examine attachment to email from P. Lengle **(0.2 hour)** | 0.4 | $90.00 |
| 3/11/20 | Examine email from J. Nieva **(0.2 hour)**<br><br>Examine attachment to email from J. Nieva **(0.2 hour)** | 0.4 | $90.00 |
| 3/17/20 | Examine email from Court re: DN 10 **(0.1 hour)**<br><br>Examine DN 10 **(0.1 hour)** | 0.2 | $45.00 |
| 3/23/20 | Examine email from P. Lengle re: status of documents **(0.1 hour)** | 0.1 | $22.50 |
| 3/25/20 | Examine email from Court re: DN 11 **(0.1 hour)**<br><br>Examine DN 11 **(0.1 hour)** | 0.2 | $45.00 |

Ileana C. Cardona Fernández, Esq.  
787-484-8202  
icardona@iccflaw.com

**Invoice No.** 017  
**Client** – PRO-001  
**Date**: April 15, 2020

| | | | |
|---|---|---|---|
| 3/26/20 | Examine email from M. Milano **(0.2 hour)** | 0.2 | $45.00 |
| 3/27/20 | Examine email from D. Silveira re: contracts **(0.2 hour)**<br><br>Examine contracts attached to D. Silveira email **(1.6 hours)**<br><br>Examine email from P. Lengle to D. Silveira **(0.1 hour)**<br><br>Examine email from M. Milano **(0.1 hour)** | 2 | $550.00 |
| | TOTAL | 3.5 | $787.50 |

## FIRST MEDICAL HEALTH PLAN, INC.

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 3/19/20 | Examine email from I. Oliver re: pending document exchange **(0.1 hour)**<br><br>Email to I. Oliver re: pending document exchange. **(0.1 hour)** | 0.2 | $45.00 |
| 3/24/20 | Email from R. Wexler re: pending documents **(0.1 hour)**<br><br>Email from I. Oliver re: pending documents **(0.1 hour)** | 0.2 | $45.00 |
| | TOTAL | 0.4 | $90.00 |

**TOTAL:**       13 hours

**BALANCE DUE:**       $2,925.00

**Check payable to:**       Ileana C. Cardona Fernández, Esq.  
Urb. Estancias de San Gerardo  
Calle Orlando #1609  
San Juan, PR 00926

63723520 v1

# EXHIBIT C

## **EXHIBIT C**

## **PROFESSIONAL CERTIFICATION**

  I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee. The amount of this invoice is reasonable. The services were rendered, and the corresponding payment has not been made. To the best of my knowledge, Ileana C. Cardona Fernández does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*s/ Ileana C. Cardona Fernandez*
**Ileana C. Cardona Fernández**
**USDC-PR Bar No. 302610**

# EXHIBIT D

**PRINCIPAL CERTIFICATION**

I hereby authorize the submission of this Eleventh Monthly Fee Statement for Ileana C. Cardona Fernández, Esq. covering the period from March 1, 2020 through March 31, 2020.

_____
Jaime A. El Koury
General Counsel to the Financial Oversight
and Management Board for Puerto Rico

63723520 v1