**EXHIBIT E**

**TWELFTH MONTHLY STATEMENT
FOR ILEANA C. CARDONA FERNÁNDEZ, ESQ. – APRIL 2020**

**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>     Debtors. | PROMESA Title III<br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

**TWELFTH MONTHLY FEE STATEMENT OF
ILEANA C. CARDONA FERNANDEZ, ESQ. LOCAL CONFLICTS COUNSEL FOR
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE
FOR SERVICES AND DISBURSEMENTS FOR THE PERIOD OF
<u>APRIL 1, 2020 – APRIL 30, 2020</u>**

The Commonwealth of Puerto Rico, *et al.*                        May 7, 2020

FOR PROFESSIONAL SERVICES AND DISBURSEMENTS

**Client Ref. No.** PRO-001

**Invoice No.** 021

Re:     The Financial Oversight and Management Board for Puerto Rico,
        as representative of The Commonwealth of Puerto Rico, *et al.*
        Debtors under Title III
        <u>April 1, 2020 – April 30, 2020</u>

Professional services rendered and expenses incurred by Ileana C. Cardona Fernández, Esq. Local Conflicts Counsel for The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee

**Total Amount of Compensation**                **$2,587.50**
**for Professional Services**

| | |
|---|---|
| Less Holdback as per Court Order dated June 6, 2018 (DN 3269) (10%) | $258.75 |
| Interim Compensation for Professional Services (90%) | $2,328.75 |
| Plus Reimbursement for Actual and Necessary Expenses | $0.00 |
| Total Requested Payment Less Holdback | $2,328.75 |

## **FEE STATEMENT INDEX**

| | |
|---|---|
| **Exhibit A** | **Time and Compensation Breakdown** |
| **Exhibit B** | **Time Entries – Invoice** |
| **Exhibit C** | **Professional Certification** |
| **Exhibit D** | **Principal Certification** |

# EXHIBIT A

## EXHIBIT A

### SERVICES RENDERED BY
### ILEANA C. CARDONA FERNÁNDEZ, ESQ.

### APRIL 1, 2020 THRU APRIL 30, 2020

### TIME AND COMPENSATION BREAKDOWN

| Counsel | Year Admitted to Bar; Specialty | Rate | Hours | Amount |
|---|---|---|---|---|
| Ileana C. Cardona Fernández | Admitted to Puerto Rico Bar in 2015; Litigation | $225.00 | 11.5 | $2,587.50 |
| **TOTAL** | | | **11.5** | **$2,587.50** |

# **EXHIBIT B**

Ileana C. Cardona Fernández, Esq.  
787-484-8202  
icardona@iccflaw.com

**Invoice No.** 021  
**Client** – PRO-001  
**Date**: May 7, 2020

**BILL TO:**  
Puerto Rico Financial Oversight and Management Board,  
acting through its Special Claims Committee  
C/O Jaime A. El Koury, Esq.  
1112 Park Avenue, Apt. 12A  
New York, 10128

Re:

General Matters  
Microsoft Corporation Avoidance Action – Case No. 19-00290  
First Medical, Inc. – Tolling Agreement

## INVOICE

For professional services rendered and expenses incurred in connection with the above captioned matters from: <u>April 1, 2020 through April 30, 2020.</u>

# General

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 4/10/20 | Email to H. Cohen re: transfer **(0.1 hour)**<br><br>Email to K. Boucher re: transfer **(0.1 hour)**<br><br>Examine email from K. Boucher re: transfer **(0.1 hour)**<br><br>Email to K. Boucher re: transfer and status **(0.1 hour)** | **0.4** | $90.00 |
| 4/13/20 | Examine email from H. Cohen re: transfer**. (0.1 hour)**<br><br>Email to H. Cohen re: transfer **(0.1 hour)**<br><br>Email to V. Blay re: transfers **(0.2 hour)**<br><br>Prepare May 2020 budget **(0.2 hour)**<br><br>Submit May 2020 budget **(0.1 hour)**<br><br>Examine email from K Boucher re May 2020 | **2** | $550.00 |

| Ileana C. Cardona Fernández, Esq. | **Invoice No.** 021 |
| 787-484-8202 | **Client** – PRO-001 |
| icardona@iccflaw.com | **Date**: May 7, 2020 |

| | | | |
|---|---|---|---|
| | budget **(0.1 hour)** <br><br> Prepare March 2020 Monthly Statement **(1 hour)** <br><br> Submit March 2020 Monthly Statement **(0.1 hour)** <br><br> Examine email from H Cohen re: Monthly statement **(0.1 hour)** | | |
| 4/14/20 | Examine email from H Cohen re: Monthly Statement **(0.1 hour)** <br><br> Email to H Cohen re: Monthly Statement **(0.1 hour)** | 0.2 | $45.00 |
| 4/18/20 | Examine email from H Cohen re pending payments **(0.1 hour)** <br><br> Email to H Cohen re pending payments **(0.1 hour)** | 0.2 | $45.00 |
| 4/27/20 | Prepare Title III Declaration for March Monthly Statement **(0.2 hour)** <br><br> Submit Title III Declaration for March Monthly Statement **(0.1 hour)** <br><br> Email to H. Cohen re: pending payments. **(0.1 hour)** <br><br> Examine email from H. Cohen re Objection Statement **(0.1 hour)** <br><br> Examine email from H Cohen re: status of payment **(0.1 hour)** <br><br> Examine email to V. Blay re: status **(0.1 hour)** | 0.7 | $157.50 |
| | **TOTAL** | **3.5** | **$787.50** |

Ileana C. Cardona Fernández, Esq.  **Invoice No.** 021
787-484-8202  **Client** – PRO-001
icardona@iccflaw.com  **Date**: May 7, 2020

## MICROSOFT CORP. 19-00290

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 4/8/20 | Examine email from M. Milano re: follow up from call. **(0.1 hour)** <br><br> Examine email from R. Wexler re: status **(0.1 hour)** <br><br> Examine email from M. Milano **(0.1 hour)** | 0.3 | $67.50 |
| | **TOTAL** | 0.3 | **$67.50** |

## FIRST MEDICAL HEALTH PLAN, INC.

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 4/14/20 | Examine email from I. Oliver re: NDA **(0.1 hour)** <br><br> Examine attachments to I. Oliver email re: NDA **(0.5 hour)** | 0.6 | $135.00 |
| 4/16/20 | Examine email from I Oliver re: NDA **(0.1 hour)** <br><br> Examine email from M. Sawyer re NDA **(0.1 hour)** | 0.2 | $45.00 |
| 4/17/20 | Examine email from M. Sawyer re NDA **(0.1 hour)** <br><br> Examine attachments to M. Sawyer email **(0.5 hour)** <br><br> Examine email from I Oliver re NDA **(0.1 hour)** <br><br> Examine attachment to I Oliver email **(0.2 hour)** <br><br> Examine email from M. Sawyer re: response to NDA **(0.1 hour)** | 1 | $225.00 |
| 4/21/20 | Examine email from I. Oliver re production **(0.1 hour)** | 1.9 | $427.50 |

Ileana C. Cardona Fernández, Esq.  **Invoice No.** 021
787-484-8202  **Client** – PRO-001
icardona@iccflaw.com  **Date**: May 7, 2020

| | | | |
|---|---|---|---|
| | Email to I. Oliver re: Production **(0.1 hour)** <br><br> Examine attachments to I. Oliver email **(0.5 hour)** <br><br> Examine email by J. Cancio re: information production **(0.1 hour)** <br><br> Examined documents re: information exchange **(1 hour)** <br><br> Examine email from I. Oliver re: production confirmation **(0.1 hour)** | | |
| 4/22/20 | Continue to examine documents produced as part of information exchange 2013 – 2017 correspondence **(1.5 hour)** | **1.5** | $337.50 |
| 4/23/20 | Continue to examine documents produced as part of information exchange 2013 – 2017 contracts **(1 hour)** | 1 | $225.00 |
| 4/24/20 | Continue to examine documents produced as part of information exchange: evidence of payment **(1.5 hour)** | 1.5 | $337.50 |
| | TOTAL | 7.7 | **$1,732.00** |

**TOTAL:**          11.5 hours

**BALANCE DUE:**     $2,587.50

**Check payable to:**    Ileana C. Cardona Fernández, Esq.
Urb. Estancias de San Gerardo
Calle Orlando #1609
San Juan, PR 00926

Ileana C. Cardona Fernández, Esq.  
787-484-8202  
icardona@iccflaw.com

**Invoice No.** 021  
**Client** – PRO-001  
**Date**: May 7, 2020

# EXHIBIT C

## EXHIBIT C

## PROFESSIONAL CERTIFICATION

     I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee. The amount of this invoice is reasonable. The services were rendered, and the corresponding payment has not been made. To the best of my knowledge, Ileana C. Cardona Fernández does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*s/ Ileana C. Cardona Fernandez*
**Ileana C. Cardona Fernández**
**USDC-PR Bar No. 302610**

# EXHIBIT D

**PRINCIPAL CERTIFICATION**

I hereby authorize the submission of this Twelfth Monthly Fee Statement for Ileana C. Cardona Fernández, Esq. covering the period from April 1, 2020 through April 30, 2020.

_____
Jaime A. El Koury
General Counsel to the Financial Oversight
and Management Board for Puerto Rico