**EXHIBIT F**

**THIRTEENTH MONTHLY STATEMENT
FOR ILEANA C. CARDONA FERNÁNDEZ, ESQ. – MAY 2020**

**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors. | PROMESA Title III<br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

**THIRTEENTH MONTHLY FEE STATEMENT OF
ILEANA C. CARDONA FERNANDEZ, ESQ. LOCAL CONFLICTS COUNSEL FOR
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE
FOR SERVICES AND DISBURSEMENTS FOR THE PERIOD OF
<u>MAY 1, 2020 – MAY 31, 2020</u>**

The Commonwealth of Puerto Rico, *et al.*          June 10, 2020

FOR PROFESSIONAL SERVICES AND DISBURSEMENTS

**Client Ref. No.** PRO-001

**Invoice No.** 023

Re:    The Financial Oversight and Management Board for Puerto Rico,
as representative of The Commonwealth of Puerto Rico, *et al.*
Debtors under Title III
<u>May 1, 2020 – May 31, 2020</u>

Professional services rendered and expenses incurred by Ileana C. Cardona Fernández, Esq. Local Conflicts Counsel for The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee

**Total Amount of Compensation**          **$1,057.50**
**for Professional Services**

| | |
|---|---|
| Less Holdback as per Court Order dated June 6, 2018 (DN 3269) (10%) | $105.75 |
| Interim Compensation for Professional Services (90%) | $949.75 |
| Plus Reimbursement for Actual and Necessary Expenses | $0.00 |
| Total Requested Payment Less Holdback | $949.75 |

## **FEE STATEMENT INDEX**

| | |
|---|---|
| **Exhibit A** | **Time and Compensation Breakdown** |
| **Exhibit B** | **Time Entries – Invoice** |
| **Exhibit C** | **Professional Certification** |
| **Exhibit D** | **Principal Certification** |

# EXHIBIT A

## EXHIBIT A

### SERVICES RENDERED BY
### ILEANA C. CARDONA FERNÁNDEZ, ESQ.

### MAY 1, 2020 THRU MAY 31, 2020

### TIME AND COMPENSATION BREAKDOWN

| Counsel | Year Admitted to Bar; Specialty | Rate | Hours | Amount |
|---|---|---|---|---|
| Ileana C. Cardona Fernández | Admitted to Puerto Rico Bar in 2015; Litigation | $225.00 | 4.7 | $1,057.50 |
| **TOTAL** | | | **4.7** | **$1,057.50** |

# EXHIBIT B

| | |
|---|---|
| Ileana C. Cardona Fernández, Esq.<br>787-484-8202<br>icardona@iccflaw.com | **Invoice No.** 023<br>**Client** – PRO-001<br>**Date**: June 10, 2020 |

**BILL TO:**
Puerto Rico Financial Oversight and Management Board,
acting through its Special Claims Committee
C/O Jaime A. El Koury, Esq.
1112 Park Avenue, Apt. 12A
New York, 10128

Re:    General Matters
         Microsoft Corporation Avoidance Action – Case No. 19-00290

## INVOICE

For professional services rendered and expenses incurred in connection with the above captioned matters from: May 1, 2020 through May 31, 2020.

# General

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 5/6/20 | Draft April Monthly Statement **(0.8 hour)**<br><br>Submit April Monthly Statement by email to H. Cohen **(0.1 hour)**<br><br>Draft June 2020 Budget **(0.2 hour)**<br><br>Submit June 2020 Budget by email to Fee Examiner **(0.1 hour)** | **1.2** | $270.00 |
| 5/7/20 | Read email from K. Boucher re: receipt of June 2020 budget **(0.1 hour)**<br><br>Read email from H. Cohen re: receipt of April Monthly Statement **(0.1 hour)**<br><br>Draft email to H. Cohen re: receipt of Monthly statement and comments **(0.1 hour)**<br><br>Read from H. Cohen re: forwarding of Monthly Statement for approval **(0.2 hour)** | 0.5 | $112.50 |
| 5/11/20 | Read email from R. Wexler re: current status of claims and vendors as of 5/11/20 **(0.1 hour)**<br><br>Read attachment to R. Wexler email re: current | 0.2 | $45.00 |

| Ileana C. Cardona Fernández, Esq. | **Invoice No.** 023 |
| 787-484-8202 | **Client** – PRO-001 |
| icardona@iccflaw.com | **Date**: June 10, 2020 |

| | | | |
|---|---|---|---|
| | status of claims and vendors as of 5/11/20 **(0.1 hour)** | | |
| 5/18/20 | Draft email to V. Blay re: confirming status of pending payments Monthly Statements Jan, Mar and Apr. **(0.1 hour)** Read email from H. Cohen re: upcoming out of office time. **(0.1 hour)** Draft email to H. Cohen re: response to upcoming out of office time **(0.1 hour)** | **0.3** | $67.50 |
| 5/19/20 | Draft Title III Declaration for April Objection Statement **(0.2 hour)** Submit Title III Declaration for April Objection Statement via email to H Cohen for approval and send-out **(0.1 hour)** Read email from V. Blay re: confirmation of status of pending payments in response to 5/18/20 inquiry about status **(0.1 hour)** | **0.4** | $90.00 |

## MICROSOFT CORP. 19-00290

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 5/1/20 | Read email from M. Milano to R. Wexler re: current status of document examination by DGC team and R. Wexler **(0.1 hour)** | 0.1 | $22.50 |
| 5/3/20 | Read email from R. Wexler to in response to M. Milano email re: current status of document examination by DGC team **(0.1 hour)** | 0.1 | $22.50 |
| 5/4/20 | Read email from M. Milano to R. Wexler re: current status of document examination by DGC team **(0.1 hour)** | 0.1 | $22.50 |
| 5/13/20 | Read email from M. Milano to R. Wexler re: follow up on current status of document examination by DGC team **(0.1 hour)** | 0.1 | $22.50 |
| 5/15/20 | Read email from R. Wexler to M. Milano re: DGC's preliminary findings on conclusion of document exchange and proposal to schedule a phone call to discuss **(0.2 hour)** Read attachment to R. Wexler email to M. | 0.4 | $90.00 |

| Ileana C. Cardona Fernández, Esq. | | **Invoice No.** 023 |
| 787-484-8202 | | **Client** – PRO-001 |
| icardona@iccflaw.com | | **Date**: June 10, 2020 |

| | | | |
|---|---|---|---|
| | Milano re: DGC's preference findings upon conclusion of document exchange review **(0.2 hour)** | | |
| 5/20/20 | Read email from R. Wexler to J. Nieves and I. Cardona re: scheduling a call w/ M. Milano to discuss status of information exchange. **(0.1 hour)**<br><br>Replied to email from R. Wexler re: scheduling a call w/ M Milano to discuss status of information exchange **(0.1 hour)**<br><br>Read email from J. Nieves in reply to R. Wexler email re: scheduling a call w/ M Milano to discuss status of information exchange **(0.1 hour)** | 0.3 | $67.50 |
| 5/28/20 | Read email from M. Milano re: settlement discussions and submitting additional information to support defenses **(0.3 hour)**<br><br>Drafted email to R. Wexler re: email from M. Milano about settlement discussions and additional information **(0.1 hour)** | 0.4 | $90.00 |
| 5/29/20 | Read email from R. Wexler to M. Milano re: reasons for cancelling call scheduled for today to discuss preference payments. **(0.1 hour)**<br><br>Read email from M. Milano re: status on tolling extension submission and topics of discussion for upcoming call on status of preference claims **(0.1 hour)**<br><br>Drafted email to M. Milano re: topics of discussion for upcoming call on status of preference claims and settlement potential **(0.1 hour)**<br><br>Participated in call w/ M. Milano and R. Wexler re: status of preference claims after DGC's review of information submitted by Microsoft. **(0.3 hour)** | 0.6 | $135.00 |

**TOTAL:**                  **4.7 hours**

Ileana C. Cardona Fernández, Esq.  
787-484-8202  
icardona@iccflaw.com

**Invoice No.** 023  
**Client** – PRO-001  
**Date**: June 10, 2020

**BALANCE DUE:**      $1,057.50

**Check payable to:**      Ileana C. Cardona Fernández, Esq.  
Urb. Estancias de San Gerardo  
Calle Orlando #1609  
San Juan, PR 00926

# EXHIBIT C

## EXHIBIT C

## PROFESSIONAL CERTIFICATION

      I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee. The amount of this invoice is reasonable. The services were rendered, and the corresponding payment has not been made. To the best of my knowledge, Ileana C. Cardona Fernández does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*s/ Ileana C. Cardona Fernandez*
**Ileana C. Cardona Fernández**
**USDC-PR Bar No. 302610**

# EXHIBIT D

## PRINCIPAL CERTIFICATION

I hereby authorize the submission of this Thirteenth Monthly Fee Statement for Ileana C. Cardona Fernández, Esq. covering the period from May 1, 2020 through May 31, 2020.

_____
Jaime A. El Koury
General Counsel to the Financial Oversight
and Management Board for Puerto Rico