# EXHIBIT D

### Summary of Jenner & Block LLP Blended Hourly Rates
### (Customary and Comparable Compensation Disclosures)

| Timekeeper Category | | Worked and Billed in 2019 (excluding Restructuring lawyers) | Blended Hourly Rate<br>Billed in this Fee Application |
|---|---|---|---|
| **Partner** | | **$818** | **$1,049.96** |
| | Partner – Sr. (20+ years) | $858 | $1,216.10 |
| | Partner – Mid (13-19 years) | $804 | $972.92 |
| | Partner – Jr. (0-12 years) | $747 | $900.49 |
| **Associate** | | **$551** | **$769.16** |
| | Associate – Sr. (5+ years) | $634 | $859.26 |
| | Associate – Sr. (4-5years) | $617 | $691.62 |
| | Associate – Jr. (0-3 years) | $524 | $577.23 |
| **Paralegal** | N/A | $295 | $309.26 |
| **Other** | N/A | $391 | $583.70 |
| **Blended Rate for all Attorneys in this Fee Application** | | | $986.49 |
| **Blended Rate for all Attorneys with 15% discount** | | | $838.51 |
| **Blended Rate for All Timekeepers in this Fee Application** | | | $847.47 |
| **Blended Rate for all Timekeepers with 15% discount** | | | $720.35 |

Case Name:            In re Commonwealth of Puerto Rico, et al.
Case Number:          17 BK 3283-LTS
Applicant's Name:     Jenner & Block LLP
Date of Application:  July 15, 2020
Interim or Final:     Interim