# EXHIBIT E

## Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Requested |
|---|---|---|---|---|---|---|
| CLIFFORD W. BERLOW | Partner | 2007 | Appellate & Supreme Court Practice | $875 | 6.50 | $5,687.50 |
| IAN HEATH GERSHENGORN | Partner | 1993 | Appellate & Supreme Court Practice | $1,300 | 12.10 | $15,730.00 |
| ROBERT D. GORDON | Partner | 1989 | Restructuring & Bankruptcy | $1,225 | 330.90 | $405,352.50 |
| SARAH E. HADDY | Partner | 2009 | Employee Benefits | $900 | 6.30 | $5,670.00 |
| MARC B. HANKIN | Partner | 1992 | Restructuring & Bankruptcy | $1,125 | 65.00 | $73,125.00 |
| LINDSAY C. HARRISON | Partner | 2003 | Appellate & Supreme Court Practice | $1000 | 1.10 | $1,100.00 |
| EMILY M. LOEB | Partner | 2009 | Investigations, Compliance & Defense | $950 | 3.10 | $2,945.00 |
| RONALD R. PETERSON | Partner | 1973 | Restructuring & Bankruptcy | $1,225 | 5.00 | $6,125.00 |
| LANDON S. RAIFORD | Partner | 2008 | Restructuring & Bankruptcy | $900 | 521.20 | $469,080.00 |
| MELISSA M. ROOT | Partner | 2003 | Restructuring & Bankruptcy | $975 | 306.10 | $298,447.50 |
| MICHELE L. SLACHETKA | Partner | 2008 | Complex Commercial Litigation | $900 | 5.90 | $5,310.00 |
| CATHERINE L. STEEGE | Partner | 1982 | Restructuring & Bankruptcy | $1,225 | 215.60 | $264,110.00 |
| ADRIENNE LEE BENSON | Associate | 2015 | Appellate & Supreme Court Practice | $755 | 6.50 | $4,907.50 |
| GABRIEL K. GILLET | Associate | 2011 | Appellate & Supreme Court Practice | $865 | 4.50 | $3,892.50 |
| KATHERINE A. ROSOFF | Associate | 2018 | Litigation | $665 | 6.70 | $4,455.50 |
| ADAM T. SWINGLE | Associate | 2018 | Restructuring & Bankruptcy | $570 | 81.30 | $46,341.00 |

# EXHIBIT E

## Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name | Title | Year | Department | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| JOHN D. VANDEVENTER | Associate | 2014 | Restructuring & Bankruptcy | $780 | 53.20 | $41,496.00 |
| CARL N. WEDOFF | Associate | 2010 | Restructuring & Bankruptcy | $880 | 202.10 | $177,848.00 |
| NATHANIEL K.S. WACKMAN | Associate | 2015 | Complex Commercial Litigation | $745 | 38.00 | $28,310.00 |
| WILLIAM A. WILLIAMS | Associate | 2015 | Restructuring & Bankruptcy | $630 | 39.60 | $24,948.00 |
| LAURA E. PELANEK | Staff Attorney/ Special Counsel | 2004 | Litigation | $585 | 457.00 | $267,345.00 |
| TOI D. HOOKER | Paralegal | N/A | Restructuring & Bankruptcy | $400 | 103.40 | $41,360.00 |
| MARY F. PATSTON | Paralegal | N/A | Litigation | $355 | 26.00 | $9,230.00 |
| MARC A. PATTERSON | Paralegal | N/A | Restructuring & Bankruptcy | $230 | 132.40 | $30,452.00 |
| CHARLOTTE M. STRETCH | Paralegal | N/A | Appellate & Supreme Court Practice | $355 | 3.50 | $1,242.50 |
| ANNETTE M. YOUNG | Paralegal | N/A | Litigation | $230 | 3.00 | $690.00 |
| TRICIA J. PEAVLER | Library Services | N/A | Information Services | $355 | 1.30 | $461.50 |
| JAMES P. WALSH | Library Services | N/A | Information Services | $355 | 1.30 | $461.50 |
| **Sub-Total*** | | | | | **2,638.60** | **$2,236,123.50** |
| Less 15% Fee Discount on all matters except the Non-working Travel Matter | | | | | | $321,818.77 |
| Less 50% Discount on Non-working Travel Matter | | | | | | $45,333.00 |
| **Total** | | | | | | **$1,868,971.73** |