# EXHIBIT F

### Summary of Jenner & Block LLP Expenses

| Service Description | Amount |
|---|---|
| Audiovisual | $2,422.22 |
| B&W Copy | $9,371.10 |
| Business Meals | $21.30 |
| Color Copy | $102.25 |
| Court Fees | $280.00 |
| In-City Transportation | $45.80 |
| Lexis Research | $1,860.51 |
| Other Professional Services - Alix Partners LLP; Transperfect Translations; | $65,952.83 |
| Pacer Charges | $120.80 |
| Postage Expense | $1,323.56 |
| Special Messenger Service | $28.50 |
| Telephone Expense | $374.35 |
| UPS | $1,446.46 |
| Westlaw Research | $5,375.44 |
| **Travel** | |
| Airfare | $6,703.22 |
| Ground Transportation | $1,497.73 |
| Hotel | $3,218.07 |
| Meals | $4,678.75 |
| Parking | $300.00 |
| **TOTAL** | **$105,122.89** |