# EXHIBIT G

## Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Matter | Total Billed Hours | Total Fees |
|---|---:|---:|
| ADV. PROC. 17-219, 17-220 – ALTAIR v. ERS | 8.60 | $8,354.00 |
| ADV. PROC. 17-155, 17-156, 17-159 AMBAC; ASSURED | 0.30 | $199.50 |
| CASE ADMINISTRATION/MISCELLANEOUS | 234.10 | $174,198.50 |
| CHALLENGES TO PROMESA | 28.40 | $31,098.50 |
| CLAIMS ISSUES | 6.20 | $6,311.50 |
| COMMITTEE GOVERNANCE AND MEETINGS | 63.60 | $72,465.50 |
| COMMUNICATIONS WITH RETIREES | 16.30 | $18,926.00 |
| COURT HEARINGS | 22.90 | $24,902.50 |
| ECONOMIC AND DISASTER RECOVERY ANALYSIS | 1.40 | $1,715.00 |
| EMPLOYMENT OF PROFESSIONALS (JENNER) | 48.90 | $39,890.50 |
| ERS BOND ISSUES | 1,596.50 | $1,218,443.50 |
| FEE APPLICATION AND STATEMENTS | 56.10 | $39,876.50 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 443.40 | $486,203.00 |
| GO BONDS ISSUES | 13.30 | $12,053.00 |
| MEDIATION | 9.20 | $9,595.00 |
| PENSION ANALYSIS | 0.20 | $245.00 |
| PREPA | 0.80 | $980.00 |
| NON-WORKING TRAVEL TIME | 88.40 | $90,666.00 |
| **Sub-Total*** | 2,638.60 | $2,236,123.50 |
| Less 15% Fee Discount on all matters (except Non-Working Travel) | | $321,818.77 |
| Less 50% Discount on Non-Working Travel | | $45,333.00 |
| **Total** | | **$1,868,971.73** |