# **EXHIBIT I**

**Detailed Expense Records for Jenner & Block**

# February 2020

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**            **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 1/29/20 | 12/31/2019 Quarterly Pacer Charge | 4.90 |
| 1/29/20 | 12/31/2019 Quarterly Pacer Charge | 17.80 |
| 1/29/20 | 12/31/2019 Quarterly Pacer Charge | 1.70 |
| 2/03/20 | Color Copy | 6.00 |
| 2/03/20 | B&W Copy | 3.50 |
| 2/03/20 | B&W Copy | 5.90 |
| 2/04/20 | B&W Copy | 18.70 |
| 2/05/20 | B&W Copy | 8.60 |
| 2/05/20 | B&W Copy | 19.40 |
| 2/06/20 | Color Copy | 5.00 |
| 2/06/20 | B&W Copy | 15.50 |
| 2/07/20 | Color Copy | 3.00 |
| 2/07/20 | B&W Copy | 4.50 |
| 2/07/20 | B&W Copy | 76.50 |
| 2/08/20 | B&W Copy | .30 |
| 2/08/20 | 02/08/2020 UPS Delivery Service 1Z6134380198319010 | 32.41 |
| 2/10/20 | B&W Copy | 51.50 |
| 2/10/20 | B&W Copy | 8.40 |
| 2/11/20 | B&W Copy | 1.00 |
| 2/12/20 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 02/12/2020; Spanish/English Translation 2/6/20. | 5,365.00 |
| 2/12/20 | B&W Copy | 4.00 |
| 2/17/20 | Economy Airfare, ROBERT D. GORDON, 02/11-13/2020; San Juan, Puerto Rico; attend meeting (To San Juan, PR $300; from San Juan, PR $244.00). | 544.00 |
| 2/17/20 | Inflight wifi, ROBERT D. GORDON, 02/11-13/2020; San Juan ,Puerto Rico; attend meeting | 20.00 |
| 2/17/20 | Boardroom rental, catering, PSAV equipment and parking fees, ROBERT D. GORDON, 02/13/2020; San Juan, Puerto Rico; attend meeting. | 3,741.57 |
| 2/17/20 | B&W Copy | 143.70 |
| 2/18/20 | Postage Expense | 67.05 |
| 2/18/20 | Color Copy | 6.75 |
| 2/18/20 | Color Copy | 5.75 |
| 2/18/20 | B&W Copy | 21.70 |
| 2/18/20 | B&W Copy | 12.20 |
| 2/18/20 | B&W Copy | 15.20 |
| 2/18/20 | 02/18/2020 UPS Delivery Service 1Z6134380190823515 | 7.94 |
| 2/18/20 | 02/18/2020 UPS Delivery Service 1Z6134380193168522 | 19.63 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 2/19/20 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 02/19/2020; Interpreter fee to translate from English to Spanish at a meeting of th Committee of Retirees. | 995.00 |
| 2/19/20 | Other Professional Services; ALIX PARTNERS LLP; 02/19/2020; Relativity Vendor invoice for services 1/1/20-1/31/20. | 3,124.50 |
| 2/19/20 | Lodging expense for Juan Ortiz, ROBERT D. GORDON, 02/12/2020; San Juan, PR; attend meeting. | 300.00 |
| 2/19/20 | Lodging, ROBERT D. GORDON, 02/13/2020; San Juan, PR; attend meeting | 300.00 |
| 2/19/20 | Color Copy | 12.25 |
| 2/19/20 | B&W Copy | 152.70 |
| 2/19/20 | B&W Copy | .50 |
| 2/20/20 | Taxis, ROBERT D. GORDON, 02/11-13/2020; San Juan, PR; attend meeting. (2/11/20 - $72.81 (NYC), 2/11/20 - $25.00, 2/13/20 - $13.97, 2/13/20 - $60.00 (NYC)). | 171.08 |
| 2/20/20 | Meal, ROBERT D. GORDON, 02/11-13/2020; San Juan, PR; attend meeting. (2/11/20 - $25.91, 2/11/20 - $40.00, 2/12/20 - $101.60 (R. Gordon, H. Mayol, S. Gumbs, F. del Castillo). | 167.61 |
| 2/20/20 | Economy airfare, ROBERT D. GORDON, 02/24-25/2020; San Juan, PR; attend meeting. | 485.00 |
| 2/20/20 | B&W Copy | 41.20 |
| 2/21/20 | Inflight wifi, MELISSA M. ROOT, 02/20/2020; New York, NY; hearing. | 14.99 |
| 2/21/20 | Taxi, MELISSA M. ROOT, 02/20/2020; New York, NY; hearing. (2/20/20 - $30.08, 2/20/20 - $49.63, 2/20/20 - $58.78) | 138.49 |
| 2/21/20 | Economy airfare, MELISSA M. ROOT, 02/20/2020; New York, NY; hearing. | 960.80 |
| 2/21/20 | B&W Copy | 43.10 |
| 2/24/20 | Economy airfare, ROBERT D. GORDON, 03/03-05/2020; San Juan , PR; attend meeting. | 215.00 |
| 2/24/20 | Color Copy | 27.00 |
| 2/24/20 | B&W Copy | 619.10 |
| 2/24/20 | B&W Copy | 172.10 |
| 2/25/20 | B&W Copy | 51.30 |
| 2/27/20 | Soundpath Teleconferencing 01/13/2020 | 10.53 |
| 2/27/20 | Soundpath Teleconferencing 02/10/2020 | 10.74 |
| 2/27/20 | Soundpath Teleconferencing 01/27/2020 | 14.31 |
| 2/27/20 | Soundpath Teleconferencing 01/24/2020 | 33.78 |
| 2/27/20 | Soundpath Teleconferencing 02/12/2020 | 112.58 |
| 2/27/20 | B&W Copy | 2.60 |
| 2/27/20 | B&W Copy | 51.30 |
| 2/28/20 | B&W Copy | 6.40 |
| 2/29/20 | Westlaw Research | 1,059.52 |
| 2/29/20 | Westlaw Research | 27.69 |
| 2/29/20 | Westlaw Research | 86.42 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | |
|---|---:|
| TOTAL DISBURSEMENTS | $ 19,666.69 |
| MATTER 10113 TOTAL | $ 19,666.69 |

# March 2020

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                               **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 2/21/20 | Business Meals M36528 Conducted by Puerto Rico | 21.30 |
| 3/02/20 | Color Copy | 16.25 |
| 3/02/20 | B&W Copy | 2,725.20 |
| 3/02/20 | 03/02/2020 UPS Delivery Service 1Z6134380190344275 | 40.83 |
| 3/03/20 | B&W Copy | 776.90 |
| 3/03/20 | 03/03/2020 UPS Delivery Service 1Z6134380195222343 | 45.32 |
| 3/03/20 | 03/03/2020 UPS Delivery Service 1Z6134380195513609 | 48.63 |
| 3/03/20 | 03/03/2020 UPS Delivery Service 1Z6134380195727432 | 44.00 |
| 3/03/20 | 03/03/2020 UPS Delivery Service 1Z6134380195841246 | 50.95 |
| 3/03/20 | 03/03/2020 UPS Delivery Service 1Z6134380196069651 | 41.69 |
| 3/03/20 | 03/03/2020 UPS Delivery Service 1Z6134380197048663 | 56.58 |
| 3/03/20 | 03/03/2020 UPS Delivery Service 1Z6134380197849299 | 32.17 |
| 3/03/20 | 03/03/2020 UPS Delivery Service 1Z6134380199174273 | 46.32 |
| 3/03/20 | 03/03/2020 UPS Delivery Service 1Z6134380199202483 | 34.90 |
| 3/03/20 | 03/03/2020 UPS Delivery Service 1Z6134380199252223 | 46.32 |
| 3/03/20 | 03/03/2020 UPS Delivery Service 1Z6134380199499619 | 43.12 |
| 3/04/20 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 03/04/ 2020 | 70.00 |
| 3/04/20 | Color Copy | 1.00 |
| 3/04/20 | Color Copy | 18.75 |
| 3/04/20 | B&W Copy | 102.80 |
| 3/04/20 | B&W Copy | 111.30 |
| 3/04/20 | 03/04/2020 UPS Delivery Service 1Z6134381599768918 | 493.77 |
| 3/05/20 | Taxi (3/3/20), CATHERINE L. STEEGE, 03/02-03/2020; Boston, MA; 1st Circuit Argument. | 60.00 |
| 3/05/20 | Taxis, (3/2 - $60.00 and $22.00) CATHERINE L. STEEGE, 03/02-03/2020; Boston, MA; 1st Circuit Argument. | 82.00 |
| 3/05/20 | Meal, CATHERINE L. STEEGE, 03/02-03/2020; Boston, MA; 1st Circuit Argument. | 10.51 |
| 3/05/20 | Lodging, CATHERINE L. STEEGE, 03/02-03/2020; Boston, MA; 1st Circuit Argument. | 228.75 |
| 3/05/20 | Economy airfare, CATHERINE L. STEEGE, 03/02-03/2020; Boston, MA; 1st Circuit Argument. | 421.82 |
| 3/09/20 | Internet connectivity, MELISSA M. ROOT, 03/04-05/2020; NY, NY; meeting/hearing. | 16.00 |
| 3/09/20 | Taxis (3/4 - $33.55 and $49.70; 3/5 - $55.70 and $55.10), MELISSA M. ROOT, 03/04-05/2020; NY, NY; meeting/hearing. | 193.65 |
| 3/09/20 | Meal for M. Root and L. Pelanek, MELISSA M. ROOT, 03/04-05/2020; NY, NY; meeting/hearing. | 80.00 |
| 3/09/20 | Lodging, MELISSA M. ROOT, 03/04-05/2020; NY, NY; meeting/hearing. | 351.19 |

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 3/09/20 | Economy airfare, MELISSA M. ROOT, 03/04-05/2020; NY, NY; meeting/hearing. | 588.80 |
| 3/09/20 | Taxis (2/28 $34.27 and $50.00), MELISSA M. ROOT, 02/28/2020; NY,NY; hearing. | 84.27 |
| 3/09/20 | Economy airfare and change fee, MELISSA M. ROOT, 02/28/2020; NY,NY; hearing. | 919.80 |
| 3/10/20 | Sunnys Worldwide Car Service for Melissa Root on 02/20/2020 from LaGuardia Airport to New York NY 10036 | 84.83 |
| 3/10/20 | Sunnys Worldwide Car Service for Melissa Root on 02/28/2020 from LaGuardia Airport to New York NY 10036 | 84.83 |
| 3/10/20 | Taxis (3/4 - $30.73, $12.96; 3/5 - $12/36; 3/7 - $31.93, $57.00, LAURA E. PELANEK, 03/04-07/2020; NY, NY; ERS Bondholder depositions. | 144.98 |
| 3/10/20 | Lodging, LAURA E. PELANEK, 03/04-07/2020; NY, NY; ERS Bondholder depositions. | 500.00 |
| 3/10/20 | Economy airfare, LAURA E. PELANEK, 03/04-07/2020; NY, NY; ERS Bondholder depositions. | 343.01 |
| 3/10/20 | B&W Copy | 33.70 |
| 3/11/20 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 03/11/ 2020 | 70.00 |
| 3/11/20 | B&W Copy | 23.30 |
| 3/13/20 | Meal, LANDON S. RAIFORD, 03/03-07/2020; San Juan, PR & NY, NY; attend hearing and depositions. | 35.17 |
| 3/13/20 | Taxis, (3/3 - $11.02, 3/4 - $16.59, $6.54, $10.98 and $77.18, 3/7 - $41.55, $61.50), LANDON S. RAIFORD, 03/03-07/2020; San Juan, PR & NY, NY; attend hearing and depositions. | 225.36 |
| 3/13/20 | Meals (3/3 - $39.45, 3/4 - $40.00, 3/5 - $60.08, 3/5 - $80.00 (L. Raiford and L. Pelaneck), LANDON S. RAIFORD, 03/03-07/2020; San Juan, PR & NY, NY; attend hearing and depositions. | 219.53 |
| 3/13/20 | Lodging while in New York City, LANDON S. RAIFORD, 03/03-07/2020; San Juan, PR & NY, NY; attend hearing and depositions. | 500.00 |
| 3/13/20 | Lodging while in Puerto Rico, LANDON S. RAIFORD, 03/03-07/2020; San Juan, PR & NY, NY; attend hearing and depositions. | 500.00 |
| 3/13/20 | Economy Airfare from New York City to Chicago, LANDON S. RAIFORD, 03/03-07/2020; San Juan, PR & NY, NY; attend hearing and depositions. | 300.00 |
| 3/13/20 | Economy airfare from San Juan PR to New York City, LANDON S. RAIFORD, 03/03-07/2020; San Juan, PR & NY, NY; attend hearing and depositions. | 741.00 |
| 3/13/20 | Economy airfare from Chicago to San Juan PR, LANDON S. RAIFORD, 03/03-07/2020; San Juan, PR & NY, NY; attend hearing and depositions. | 784.00 |
| 3/16/20 | Other Professional Services; ALIX PARTNERS LLP; 03/16/2020 | 32,421.08 |
| 3/16/20 | B&W Copy | 1,085.30 |
| 3/16/20 | 03/16/2020 UPS Delivery Service 1Z6134380195485122 | 38.45 |
| 3/16/20 | 03/16/2020 UPS Delivery Service 1Z6134380198858518 | 27.98 |
| 3/17/20 | Postage Expense | 338.83 |
| 3/17/20 | Economy airfare, ROBERT D. GORDON, 03/09/2020; San Juan, PR; attend meeting. | 300.00 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 3/17/20 | 03/17/2020 UPS Delivery Service 1Z6134380190731061 | 19.52 |
| 3/17/20 | 03/17/2020 UPS Delivery Service 1Z6134380191666078 | 36.37 |
| 3/18/20 | Taxi, CATHERINE L. STEEGE, 03/08-12/20;Boston, MA; 1st Circuit Argument. | 11.20 |
| 3/20/20 | 03/20/2020 UPS Delivery Service 1Z05V0A34494705599 | 25.01 |
| 3/27/20 | In-City Transportation, MARC A. PATTERSON, 03/16/2020; Prepare service of notices of fee applications and fee applications. | 45.80 |
| 3/30/20 | Soundpath Teleconferencing 03/02/2020 | 111.41 |
| 3/31/20 | Lexis Research | 581.64 |
| 3/31/20 | Lexis Research | 376.15 |
| 3/31/20 | Westlaw Research | 579.38 |
| 3/31/20 | Westlaw Research | 103.25 |
| 3/31/20 | Internet connectivity inflight, ROBERT D. GORDON, 03/09/2020; San Juan, PR; attend meeting. | 12.00 |
| 3/31/20 | Meals (3/3 - $5.35, 3/4 - $50.80 R. Gordon and H. Mayol), ROBERT D. GORDON, 03/03-05/2020; San Juan, PR; attend meeting. | 56.15 |
| 3/31/20 | Internet connectivity inflight, ROBERT D. GORDON, 03/03-05/2020; San Juan, PR; attend meeting. | 20.00 |
| 3/31/20 | Internet connectivity inflight, ROBERT D. GORDON, 03/03-05/2020; San Juan , PR; attend meeting. | 17.00 |
| 3/31/20 | Lodging, ROBERT D. GORDON, 03/03-05/2020; San Juan , PR; attend meeting. | 238.13 |
| 3/31/20 | Taxis (3/3 - $79.48, 3/5 $24.57) ROBERT D. GORDON, 03/03-05/2020; San Juan, PR; attend meeting. | 104.05 |
| 3/31/20 | Catering, psav, parking and boardroom rental, ROBERT D. GORDON, 03/03-05/2020; San Juan , PR; attend meeting. | 1,915.32 |
| 3/31/20 | Catering, psav, parking and boardroom rental, ROBERT D. GORDON, 03/03-05/2020; San Juan, PR; attend meeting. | 1,175.11 |
| | TOTAL DISBURSEMENTS | $ 52,133.73 |

MATTER 10113 TOTAL $ 52,133.73

# April 2020

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                            **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---|
| 3/07/20 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 03/07/2020; Translation from English to Spanish during COR meeting. | 2,490.00 |
| 3/17/20 | 03/17/2020 UPS Delivery Service 1Z6134380395485128 | 36.58 |
| 3/19/20 | 03/19/2020 UPS Delivery Service 1Z6134380391666074 | 29.29 |
| 4/01/20 | Lodging, ROBERT D. GORDON, 03/03-05/2020; San Juan, PR; attend meeting. | 300.00 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | 10.70 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | 9.30 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | 13.30 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | 37.40 |
| 4/08/20 | B&W Copy | 143.00 |
| 4/10/20 | Postage Expense | 79.43 |
| 4/10/20 | Color Copy | .25 |
| 4/10/20 | B&W Copy | 40.60 |
| 4/10/20 | 04/10/2020 UPS Delivery Service 1Z6134380191053266 | 19.44 |
| 4/12/20 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 04/12/2020 | 995.00 |
| 4/15/20 | Other Professional Services; ALIX PARTNERS LLP; 04/15/2020 | 9,411.25 |
| 4/22/20 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 04/22/ 2020 | 70.00 |
| 4/22/20 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 04/22/ 2020 | 70.00 |
| 4/26/20 | Taxis (x2) ROBERT D. GORDON, 03/09/2020; San Juan, PR; meeting. | 112.99 |
| 4/28/20 | 03/31/20 Quarterly Pacer Charge | 3.20 |
| 4/28/20 | 03/31/20 Quarterly Pacer Charge | 10.00 |
| 4/28/20 | 03/31/20 Quarterly Pacer Charge | 12.50 |
| 4/29/20 | Soundpath Teleconferencing 03/31/2020 | 81.00 |
| 4/29/20 | SDS Global Logistics 03/04/2020 | 28.50 |
| 4/30/20 | Lexis Research | 567.96 |
| 4/30/20 | Westlaw Research | 2,378.69 |
| 4/30/20 | Westlaw Research | 209.20 |
| | TOTAL DISBURSEMENTS | $ 17,159.58 |

MATTER 10113 TOTAL                                        $ 17,159.58

# May 2020

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

EXPENSES                                                                          MATTER NUMBER - 10113

| Date | Description | Amount |
|---|---|---:|
| 5/06/20 | B&W Copy | 3.70 |
| 5/07/20 | Postage Expense | 838.25 |
| 5/07/20 | B&W Copy | 1,482.60 |
| 5/07/20 | 05/07/2020 UPS Delivery Service 1Z6134380192718742 | 22.79 |
| 5/07/20 | 05/07/2020 UPS Delivery Service 1Z6134380192777732 | 37.48 |
| 5/07/20 | 05/07/2020 UPS Delivery Service 1Z6134380194254721 | 37.48 |
| 5/07/20 | 05/07/2020 UPS Delivery Service 1Z613438NT91477750 | 16.96 |
| 5/08/20 | B&W Copy | 1,098.50 |
| 5/17/20 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 05/17/2020; Translation from English to Spanish during COR meeting. | 995.00 |
| 5/18/20 | Other Professional Services; ALIX PARTNERS LLP; 05/18/2020 | 10,156.00 |
| 5/22/20 | B&W Copy | 78.80 |
| 5/26/20 | Color Copy | .25 |
| 5/26/20 | B&W Copy | 28.70 |
| 5/27/20 | B&W Copy | 5.70 |
| 5/27/20 | 05/27/2020 UPS Delivery Service 1Z613438NT97255050 | 14.53 |
| 5/28/20 | B&W Copy | 80.10 |
| 5/31/20 | Lexis Research | 334.76 |
| 5/31/20 | Westlaw Research | 275.10 |
| 5/31/20 | Westlaw Research | 586.04 |
| 5/31/20 | Westlaw Research | 70.15 |
| | TOTAL DISBURSEMENTS | $ 16,162.89 |

MATTER 10113 TOTAL                                                                          $ 16,162.89