# SCHEDULE 1

## MONTHLY STATEMENTS COVERED IN APPLICATION

**(attached hereto)**

| Date Submitted | Monthly Period Covered | Requested Fees (90%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 10% Fee Holdback |
|---|---|---|---|---|---|---|
| **Interim Fee Period: January 16, 2020 through May 15, 2020** | | | | | | |
| 5/11/20 | 1/16/20 - 2/15/20 | $27,000.00 | $0.00 | $27,000.00 | $0.00 | $3,000.00 |
| 6/8/20 | 2/16/20 - 3/15/20 | $27,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| 7/8/20 | 3/16/20 - 4/15/20 | $27,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| 7/14/20 | 4/16/20 - 5/15/20 | $4,500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| **Total** | | **$85,500.00** | **$0.00** | **$27,000.00** | **$0.00** | **$9,500.00** |



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 2/17/2020 | 2020-0122 |

P.O. No.

**Bill To:**

UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>JANUARY, 16 2019 TO FEBRUARY 15 2020<br><br>FEE MESUAL: | 30,000.00 |

E-Blasts
1. Sent one eblast to our data base
   1. February 5- 6
      1. Work on the formatting
      2. Editing of the text
      3. Link to new sections on the website
      4. Sent the eblast to the data base and monitor the analytics
   Estimated hours on this project: 6 hours

Website
1. Worked on changes to multiple sections of the Website
   a. Redesign the home page with new information
   b. Uploading documents for the new sections
   c. Creating new tabs (media appearances, hearing updates and new buttons to the homepage)
   d. Revising texts and links for both languages
2. Sending analytics
      Estimated hours on this project: 10 hours

Facebook Page
3. February 12-13
   a. Work in the update of the Facebook page to upload all eblasts sent to our database
   b. Formatting of the text, hyperlinks, etc.
      Estimated hours on this project: 4 hours

Communications and others
1. Media Tour
   1. A media tour was coordinated with UCC members to let the media and public know how bad is the

Total
Payments/Credits
Balance Due

Certifico que esta factura es correcta y que su importe no ha sido pagado.



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 2/17/2020 | 2020-0122 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|

agreement reached with bonholders.
   2. Kroma coordinated interviews in Wapa, Radio Isla, WKAQ, El Vocero, Caribbean Business and El Nuevo Día
   3. Part of our job was to handle talking points to the media and go with the clients to most mayority of the interviews.
      Estimated hours on this project: 5 hours
2. Monitoring local media
   1. Since February 4 we have been sending daily clippings with their translation of article/news related to matters of the Committee.
   2. Daily we spend around 1.5 doing these clippings/translations and sending them to the UCC
      Estimated hours on this project: 18 hours
3. February 4: Revised, translate and format a letter for the creditors UCC met in December
   Estimated hours on this project: 3 hours
4. Conference calls
   1. Multiple calls to handle the communication with the creditors me in December and next steps to have contact with the public opinion and government officials.
   Estimated hours on this project: 2 hours
5. Artworks
   1. Work on a graphic similar to the one presented in Wapa for the Committee
      Estimated hours on this project: 1.5 hours

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 3/31/2020 | 2020-0195 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>FEBRUARY, 16 2019 TO MARCH 15 2020<br><br>FEE MESUAL: | 30,000.00 |

E-Blasts
1. Sent one eblast to our data base- February 18
   1. February 14-18
      1. Work on the formatting
      2. Editing of the text
      3. Link to new sections on the website
      4. Sent the eblast to the data base and monitor the analytics
      5. Updated the analytics from all the sent eblasts
Estimated hours on this project: 8 hours

Website
1. Worked on changes to multiple sections of the Website
   a. Redesign the home page with new information
   b. Uploading documents for the new sections
   c. Creating new tabs (media appearances, hearing updates and new buttons to the homepage)
   d. Revising texts and links for both languages
2. Sending analytics
   Estimated hours on this project: 8 hours

Facebook Page
3. February 18
   a. Work in the update of the Facebook page to upload the eblast sent to our database
   b. Formatting of the text, hyperlinks, etc.
   Estimated hours on this project: 1 hour

Communications and others
1. Monitoring local media

Total
Payments/Credits
Balance Due

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209

Page 1



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 3/31/2020 | 2020-0195 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|

1. Daily clippings with their translation of article/news related to matters of the Committee.
   2. Daily we spend around 1.5 doing these clippings/translations and sending them to the UCC
      Estimated hours on this project: 40 hours
2. Conference calls
   1. Multiple calls to handle the communication with the creditors met in December and next steps to have contact with the public opinion and government officials.
      Estimated hours on this project: 1 hour
3. Translation
   1. Work in the translation of a letter mean to be sent to the government officials
      Estimated hours on this project: 2 hours

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209

Page 2



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 4/23/2020 | 2020-0243 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|

CLIENT: UCC
PRODUCT: MONTHLY FEE

MARCH, 16 2019 TO APRIL 15 2020

FEE MESUAL:  30,000.00

E-Blasts
 1. Sent one eblast to our data base- April 2 (Clarification)
   1. Work on the formatting
   2. Editing of the text
   3. Sent the eblast to the data base and monitor the analytics
   4. Monitoring of the messages received with questions and concerns of the data base.
Estimated hours on this project: 4 hours

Website
 1. Worked on changes to multiple sections of the Website
   a. Redesign the home page with new information
     • Clarification
     • Committee's Response
   b. Uploading documents for the existing sections (hearing updates)
   c. Revising texts and links for both languages
 2. Sending analytics
 Estimated hours on this project: 8 hours

Facebook Page
 3. April 2
   a. Work in the update of the Facebook page to upload the eblast sent to our database
   b. Formatting of the text, hyperlinks, etc.
Estimated hours on this project: 1 hour

Total
Payments/Credits
Balance Due

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209

Page 1



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 4/23/2020 | 2020-0243 |

P.O. No.

**Bill To:**

UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|

Communications and others
1. Monitoring local media
   1. Daily clippings with their translation of article/news related to matters of the Committee.
   2. Daily we spend around 1.5 doing these clippings/translations and sending them to the UCC
Estimated hours on this project: 30 hours

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209

Page 2

**KROMA**
brand we build

strategists + creatives + storytellers

Washington D.C. • New York • Havana • San Juan • 787.364.1111 • kromaidea.com

# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 5/18/2020 | 2020-0288 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>APRIL, 16 2019 TO MAY, 15 2020<br><br>FEE MESUAL: | 5,000.00 |

Website
1. Worked on changes to multiple sections of the Website
   a. Uploading documents for the existing sections (hearing updates)
   b. Revising texts and links for both languages
      Estimated hours on this project: 2 hours

Communications and others
1. Monitoring local media
   1. Daily clippings with their translation of article/news related to matters of the Committee.
   2. Daily we spend around 1.5 doing these clippings/translations and sending them to the UCC
      Estimated hours on this project: 30 hours

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209