Exhibit A

**Summary of Fees Incurred by Professional**

| EXHIBIT A: SUMMARY OF FEES INCURRED BY PROFESSIONAL | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Billing Rate** | **Hours** | **100% of Fees** |
| Flaton, Carol | Independent Contractor | $ 1,090 | 20.9 | $ 22,781.00 |
| Stenger, Edward J | Managing Director | 1,195 | 17.2 | 20,554.00 |
| Beckeman, Kurt J | Director | 950 | 4.0 | 3,800.00 |
| Martinez, Scott | Director | 910 | 651.3 | 592,683.00 |
| Ubarri, Enrique R | Director | 910 | 52.3 | 47,593.00 |
| Kardos, Elizabeth S | Director | 710 | 3.3 | 2,343.00 |
| Westermann, Michael | Senior Vice President | 690 | 31.5 | 21,735.00 |
| Praga, Deborah | Vice President | 605 | 358.4 | 216,832.00 |
| Verry, Laura C | Senior Vice President | 510 | 4.0 | 2,040.00 |
| McGillen, Ryan J | Associate | 360 | 73.4 | 26,424.00 |
| Sundt, Kaitlyn A | Senior Vice President | 510 | 19.8 | 10,098.00 |
| **Total** | | | **1,236.1** | **$ 966,883.00** |