# Exhibit B

## Summary of Hours and Fees by Project Category

**EXHIBIT B: SUMMARY OF FEES INCURRED DURING THE INTERIM PERIOD BY PROJECT CATEGORY**

| Matter Category | Old Matter Category | Description | Hours | 100% Fees |
|---|---|---|---|---|
| 12275.00100 | 1 | Planning & Coordination / Case Management | 27.5 | $ 25,746.00 |
| 12275.00101 | 2 | Meetings and Communications with Committee Members and/or Professionals | 162.1 | 135,746.50 |
| 12275.00102 | 3 | Communication with Interested Parties | 54.8 | 46,729.50 |
| 12275.00103 | 4 | Liquidity and Cash Management | 61.6 | 51,725.00 |
| 12275.00104 | 5 | Fiscal Plan and Related Budgets Analysis and Assessment | 151.7 | 119,245.00 |
| 12275.00105 | 6 | Financial and Other Diligence | 56.7 | 51,597.00 |
| 12275.00106 | 7 | Sales of Assets | - | - |
| 12275.00107 | 8 | Due Diligence of Commonwealth Assets | 1.8 | 1,638.00 |
| 12275.00108 | 9 | Debt Capacity | 0.7 | 637.00 |
| 12275.00109 | 10 | Investments in Puerto Rico, Including Public-Private Partnerships | - | - |
| 12275.00110 | 11 | Plan of Adjustment Review and Negotiations | 214.3 | 155,733.00 |
| 12275.00111 | 12 | Litigation Support and Claims Analysis | 167.6 | 144,203.50 |
| 12275.00112 | 13 | Testimony / Court Appearance | 10.3 | 9,373.00 |
| 12275.00113 | 14 | Expert Reports | - | - |
| 12275.00114 | 15 | Pension Matters | 14.6 | 13,000.00 |
| 12275.00115 | 16 | Retention | 101.9 | 42,599.00 |
| 12275.00116 | 17 | Fee Statements and Fee Applications | 62.4 | 43,796.00 |
| 12275.00117 | 19 | PREPA Title III | 137.4 | 115,663.50 |
| 12275.00118 | 20 | HTA Title III | 3.6 | 3,276.00 |
| 12275.00119 | 21 | ERS Title III | 7.1 | 6,175.00 |
| 12275.00129 | 18 | Non-Working Travel Time | - | - |
| **Total** | | | **1,236.1** | **$ 966,883.00** |