**Exhibit D**

**Summary of Expenses**

| EXHIBIT D: Summary of Expenses Incurred During the Interim Period | |
|---|---|
| **Category** | **Total** |
| Travel & Lodging | $ 963.86 |
| Phone | 42.36 |
| **Grand Total** | $ 1,006.22 |