# Exhibit E

## Detail of Expenses by Expense Category

### EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY

| Professional | Date | Category | Description | Amount |
|---|---|---|---|---|
| Stenger, Edward J | 3/5/2020 | Travel & Lodging | Airfare Edward Stenger, Jr. 2020-03-11 LGA - DTW | $ 546.25 |
| Stenger, Edward J | 3/10/2020 | Travel & Lodging | Lodging Edward Stenger, Jr. The Lombardy - New York 03/10/2020 - 03/11/2020 | 246.78 |
| Stenger, Edward J | 3/11/2020 | Travel & Lodging | Cab Fare/Ground Transportation Edward Stenger, Jr. Office to Airport | 74.24 |
| Stenger, Edward J | 3/11/2020 | Travel & Lodging | Cab Fare/Ground Transportation Edward Stenger, Jr. Meeting to Meeting | 11.76 |
| Stenger, Edward J | 3/13/2020 | Travel & Lodging | Cab Fare/Ground Transportation Edward Stenger, Jr. Meeting to Airport | 84.83 |
| **Total Travel & Lodging Expense** | | | | **$ 963.86** |

### EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY

| Professional | Date | Category | Description | Amount |
|---|---|---|---|---|
| Martinez, Scott | 1/13/2020 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | $ 1.20 |
| Martinez, Scott | 1/24/2020 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 1.13 |
| Martinez, Scott | 1/30/2020 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 12.55 |
| Martinez, Scott | 3/6/2020 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 9.63 |
| Martinez, Scott | 3/13/2020 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 17.85 |
| **Total Phone Expense** | | | | **$ 42.36** |
| **Total Expenses** | | | | **$ 1,006.22** |