- 19 -

## **EXHIBIT D**

## **SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

# **EXHIBIT D-1**

## **SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET**

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | February 2020 | March 2020 | April 2020 | May 2020 | Total | February 2020 | March 2020 | April 2020 | May 2020 | Total |
| B110 | Case Administration | 100 | 100 | 80 | 80 | **360** | 79.60 | 99.30 | 43.20 | 38.70 | **260.80** |
| B112 | General Creditor Inquiries | 5 | 5 | 5 | 5 | **20** | 3.40 | 0.40 | 1.40 | 0.00 | **5.20** |
| B113 | Pleadings Review | 30 | 40 | 20 | 20 | **110** | 16.50 | 23.50 | 12.70 | 13.10 | **65.80** |
| B120 | Asset Analysis and Recovery | 5 | 5 | 5 | 5 | **20** | 0.00 | 0.00 | 0.00 | 4.70 | **4.70** |
| B130 | Asset Disposition | 5 | 5 | 5 | 5 | **20** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B140 | Relief from Stay / Adequate Protection Proceedings | 10 | 50 | 75 | 75 | **210** | 67.80 | 52.80 | 77.60 | 72.40 | **270.60** |
| B150 | Meetings of Creditors' Committee and Communications with Creditors | 125 | 150 | 150 | 120 | **545** | 163.90 | 164.70 | 82.10 | 65.20 | **475.90** |
| B155 | Court Hearings (including Preparation for Court Hearings) | 40 | 40 | 20 | 10 | **110** | 12.80 | 40.50 | 31.40 | 18.10 | **102.80** |
| B160 | Employment / Fee Applications (Paul Hastings) | 50 | 60 | 40 | 40 | **190** | 52.70 | 110.40 | 28.00 | 31.80 | **222.90** |
| B161 | Budgeting (Case) | 5 | 5 | 5 | 5 | **20** | 1.30 | 3.20 | 0.70 | 0.80 | **6.00** |
| B165 | Employment / Fee Applications (Other Professionals) | 10 | 10 | 5 | 5 | **30** | 1.70 | 18.00 | 3.30 | 1.30 | **24.30** |
| B170 | Fee and Employment Objections | 5 | 5 | 5 | 5 | **20** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B180 | Avoidance Action Analysis | 5 | 10 | 5 | 5 | **25** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | February 2020 | March 2020 | April 2020 | May 2020 | Total | February 2020 | March 2020 | April 2020 | May 2020 | Total |
| B185 | Assumption / Rejection of Leases and Contracts | 5 | 5 | 25 | 25 | **60** | 0.50 | 14.60 | 12.80 | 12.20 | **40.10** |
| B190 | Other Contested Matters (including GDB restructuring) | 10 | 25 | 25 | 25 | **85** | 81.50 | 75.70 | 1.00 | 10.60 | **168.80** |
| B191 | General Litigation | 400 | 600 | 200 | 200 | **1400** | 234.90 | 58.80 | 108.80 | 17.10 | **419.60** |
| B195 | Non-Working Travel[1] | 20 | 20 | 2 | 2 | **44** | 13.30 | 32.00 | 0.00 | 0.00 | **45.30** |
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 5 | 5 | 5 | 5 | **20** | 0.00 | 0.60 | 0.00 | 0.30 | **0.90** |
| B220 | Employee Benefits / Pensions | 30 | 30 | 5 | 5 | **70** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B230 | Financing / Cash Collections | 5 | 5 | 0 | 0 | **10** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 | Security Document Analysis | 5 | 5 | 5 | 5 | **20** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B240 | Tax Issues | | | | | | 0.00 | 0.00 | 0.60 | 0.00 | **0.60** |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 10 | 10 | 10 | 5 | **35** | 0.60 | 1.00 | 0.80 | 1.30 | **3.70** |
| B261 | Investigations | 5 | 5 | 0 | 0 | **10** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B310 | Claims Administration and Objections | 750 | 500 | 300 | 200 | **1,750** | 481.50 | 427.60 | 129.50 | 153.00 | **1191.60** |
| B320 | Plan and Disclosure Statement | 200 | 800 | 400 | 400 | **1,800** | 580.20 | 375.60 | 291.90 | 25.70 | **1273.40** |
| B420 | Restructurings | 300 | 300 | 10 | 10 | **620** | 72.60 | 17.60 | 10.40 | 11.10 | **111.70** |

---

[1] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| U.S. Trustee Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | February 2020 | March 2020 | April 2020 | May 2020 | Total | February 2020 | March 2020 | April 2020 | May 2020 | Total |
| **TOTAL HOURS** | 2,130 | 2,785 | 1,406 | 1,261 | **7,582** | 1,864.80 | 1,516.30 | 836.20 | 477.40 | **4,694.70** |
| **TOTAL FEES** | $2,168,340.00[2] | $2,812,850.00 | $1,428,496.00 | $1,288,742.00 | **$7,698,428.00** | $1,921,417.25 | $1,537,522.25 | $831,403.50 | $498,573.50 | **$4,788,916.50** |
| *MINUS 20% REDUCTION*[3] | ($433,668.00) | ($562,570.00) | ($285,699.20) | ($257,748.40) | **($1,539,685.60)** | (384,283.45) | ($307,504.45) | ($166,280.70) | ($99,714.70) | **($957,783.30)** |
| **TOTAL FEES (NET OF REDUCTION)** | **$1,734,672.00** | **$2,250,280.00** | **$1,142,796.80** | **$1,030,993.60** | **$6,158,742.40** | **$1,537,133.80** | **$1,230,017.80** | **$665,122.80** | **$398,858.80** | **$3,831,133.20** |

---

[2] The Total Estimated Fees are calculated based on a blended hourly rate of $1019, $1010, $1016, and $1022 for the Paul Hastings attorneys who are expected to work on this matter in October, November, December, and January, respectively. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time. However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% reduction, would be approximately $815, $808, $813, and $818, respectively.

**SUMMARY OF COMPENSATION REQUESTED AS COMPARED TO SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

| U.S. Trustee Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | February 2020 | March 2020 | April 2020 | May 2020 | Total | February 2020 | March 2020 | April 2020 | May 2020 | Total |
| **Omnibus Claims Objection** | | | | | | | | | | |
| B310   Claims Administration and Objections | 250 | 250 | 0 | 0 | **500** | 333.70 | 46.50 | 26.80 | 0.00 | **407.00** |
| **GO Lien Challenges** | | | | | | | | | | |
| B191   General Litigation | 150 | 150 | 0 | 0 | **300** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Garden Variety Avoidance Actions** | | | | | | | | | | |
| B191   General Litigation | 20 | 20 | 20 | 20 | **80** | 14.10 | 7.30 | 10.70 | 2.00 | **34.10** |
| **Stayed Co-Plaintiff Adversary Proceedings** | | | | | | | | | | |
| B191   General Litigation | 10 | 10 | 0 | 0 | **20** | 0.00 | 0.80 | 0.00 | 0.00 | **0.80** |
| **ERS Lien Adversary Proceedings** | | | | | | | | | | |
| B191   General Litigation | 100 | 100 | 100 | 100 | **400** | 78.00 | 3.40 | 7.90 | 15.60 | **104.90** |
| **TOTAL HOURS** | **530** | **530** | **120** | **120** | **1,300** | **425.80** | **58.00** | **45.40** | **17.60** | **546.80** |

## FURTHER BREAKDOWN OF COMPENSATION REQUESTED
## BY PROJECT CATEGORY AND BY MATTER[1]

*Official Committee of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110 Case Administration | 174.10 | $96,877.00 |
| B113 Pleadings Review | 52.00 | $26,540.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 261.20 | $291,367.50 |
| B150 Meetings of and Communications with Creditors | 276.70 | $271,558.50 |
| B155 Court Hearings | 101.80 | $113,882.00 |
| B160 Employment / Fee Applications (Paul Hastings) | 222.40 | $200,301.00 |
| B161 Budgeting (Case) | 6.00 | $7,800.00 |
| B165 Employment / Fee Applications (Other Professionals) | 23.80 | $18,190.00 |
| B190 Other Contested Matters | 167.40 | $173,786.50 |
| B191 General Litigation | 0.30 | $277.50 |
| B195 Non-Working Travel | 21.10 | $14,585.00 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 0.90 | $1,170.00 |
| B240 Tax Issues | 0.60 | $621.00 |
| B310 Claims Administration and Objections | 353.90 | $362,236.00 |
| B320 Plan and Disclosure Statement (including Business Plan) | 1270.90 | $1,333,009.00 |
| **TOTAL** | 2933.10 | $2,912,201.00 |

*Communications with Creditors (other than Committee Members) / Website (Matter ID 00004)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B112 General Creditor Inquiries | 2.00 | $2,096.50 |
| B150 Meetings of and Communications with Creditors | 80.40 | $94,628.50 |
| **TOTAL** | 82.40 | $96,725.00 |

---

[1] The fees set forth on this Exhibit D-1 do **not** take into account Paul Hastings' agreement to reduce its fees by an amount equal to 20% of its total case fees, with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process.

### PREPA (Matter ID 00006)

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---:|---:|
| B110   Case Administration | 6.10 | $2,018.00 |
| B113   Pleadings Review | 1.70 | $952.00 |
| B120   Asset Analysis and Recovery | 4.70 | $5,977.50 |
| B155   Court Hearings | 0.20 | $44.00 |
| B160   Fee/Employment Applications | 0.50 | $650.00 |
| B165   Fee/Employment Applications for Other Professionals | 0.50 | $650.00 |
| B185   Assumption/Rejection of Leases and Contracts | 38.20 | $46,838.50 |
| B190   Other Contested Matters | 1.40 | $1,634.50 |
| B191   General Litigation | 8.80 | $7,535.50 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 3.70 | $4,810.00 |
| B310   Claims Administration and Objections | 142.20 | $158,012.50 |
| B420   Restructurings | 111.40 | $116,916.50 |
| **TOTAL** | 319.40 | $346,039.00 |

### HTA (Matter ID 00007)

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B140   Relief from Stay / Adequate Protection Proceedings | 0.60 | $780.00 |
| B191   General Litigation | 49.60 | $56,294.50 |
| **TOTAL** | 50.20 | $57,074.50 |

### ERS (Matter ID 00008)

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 72.20 | $24,227.00 |
| B113   Pleadings Review | 0.40 | $88.00 |
| B140   Relief from Stay/Adequate Protection Proceedings | 0.80 | $1,028.00 |
| B191   General Litigation | 85.60 | $99,704.50 |
| B195   Non-Working Travel | 24.20 | $13,205.50 |
| B310   Claims Administration and Objections | 288.30 | $334,807.00 |
| B420   Restructuring | 0.30 | $385.50 |

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| **TOTAL** | 471.80 | $473,445.50 |

### *Other Adversary Proceedings (Matter ID 00009)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110   Case Administration | 2.10 | $462.00 |
| B113   Pleadings Review | 11.70 | $3,877.50 |
| B155   Court Hearings | 0.80 | $392.00 |
| B191   General Litigation | 272.90 | $277,443.50 |
| B310   Claims Administration and Objections | 0.20 | $213.00 |
| B320   Plan and Disclosure Statement (including Business Plan) | 1.20 | $1,320.00 |
| **TOTAL** | 288.90 | $283,708.00 |

### *Mediation (Matter ID 00010)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110   Case Administration | 0.20 | $300.00 |
| B140   Relief from State/Adequate Protection Proceedings | 8.00 | $11,340.00 |
| B320   Plan and Disclosure Statement (including Business Plan) | 1.30 | $1,690.00 |
| **TOTAL** | 9.50 | $13,330.00 |

### *GO Bond Debt Issues (Matter ID 00011)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110   Case Administration | 6.10 | $2,624.00 |
| B112   General Creditor Inquiries | 3.20 | $3,312.00 |
| B310   Claims Administration and Objections | 407.00 | $458,411.00 |
| **TOTAL** | 416.30 | $464,347.00 |

### *Creditors Committee Meetings (Matter ID 00012)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|

- 7 -

- 8 -

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B150   Meetings of and Communications with Creditors | 118.80 | $136,237.50 |
| **TOTAL** | 118.80 | $136,237.50 |

*Constitutional Issues (Matter ID 00014)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B191   General Litigation | 2.40 | $3,360.00 |
| **TOTAL** | 2.40 | $3,360.00 |

*PBA (Matter ID 00017)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B185   Assumption/Rejection of Leases and Contracts | 1.90 | $2,449.00 |
| **TOTAL** | 1.90 | $2,449.00 |

# EXHIBIT D-2

## SUMMARY OF EXPENSE REIMBURSEMENTS REQUESTED BY CATEGORY

| Category | Amount |
|---|---|
| Travel Expenses – Airfare | $5,515.00 |
| Travel Expenses – Lodging | $2,806.38 |
| Travel Expenses - Taxi / Ground Transportation | $2,083.46 |
| Travel Expenses | $25.00 |
| Travel Expenses - Meals | $416.94 |
| Travel Expenses - Internet | $10.00 |
| Articles and Publications | $10.00 |
| Court Call | $280.00 |
| Messenger | $323.15 |
| Computer Search | $41,659.82 |
| Court Reporting Services | $16,745.30 |
| In-house Black and White Reproduction Charges (95,945 copies at $0.08 per page) | $7,675.60 |
| In-house Color Reproduction Charges (2,806 copies at $0.25 per page) | $701.50 |
| Outside Professional Services | $53,289.04 |
| Banquet Expenses | $3,782.94 |
| Postage/Express Mail | $3,748.82 |
| **TOTAL** | **$139,072.95** |