**EXHIBIT E**

**BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR AND BY WHETHER SERVICES WERE RENDERED IN PUERTO RICO OR OUTSIDE PUERTO RICO**

**February 2020 Fee Statement**

|  | **Fees** | **Fees Requested to Be Paid (80%)** | **Expenses Requested to Be Paid (100%)** | **Total Fees & Expenses Requested to Be Paid** |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $1,661,338.00 | $1,329,070.40 | $54,193.14 | $1,383,263.54 |
| Total for HTA (all outside of Puerto Rico) | $24,265.50 | $19,412.40 | $1,623.81 | $21,036.21 |
| Total for ERS (all outside of Puerto Rico) | $113,477.75 | $90,782.20 | $38.00 | $90,820.20 |
| Total for PREPA (all outside of Puerto Rico) | $122,336.00 | $97,868.80 | $8,935.58 | $106,804.38 |
| **Grand Total for all Debtors** | **$1,921,417.25** | **$1,537,133.80** | **$64,790.53** | **$1,601,924.33** |

**March 2020 Fee Statement**

|  | **Fees** | **Fees Requested to Be Paid (80%)** | **Expenses Requested to Be Paid (100%)** | **Total Fees & Expenses Requested to Be Paid** |
|---|---|---|---|---|
| Total for Commonwealth | $1,273,537.50 | $1,018,830.00 | $20,801.72 | $1,039,631.72 |
| *(a) Services Rendered Outside of Puerto Rico* | *$1,229,407.50* | *$983,526.00* | *$20,801.72* | *$1,004,327.72* |
| *(b) Services Rendered in Puerto Rico* | *$44,130.00* | *$35,304.00* | *$0.00* | *$35,304.00* |
| Total for HTA (all outside of Puerto Rico) | $940.00 | $752.00 | $0.00 | $752.00 |
| Total for ERS (all outside of Puerto Rico) | $136,977.25 | $109,581.80 | $5,147.02 | $114,728.82 |
| Total for PREPA (all outside of Puerto Rico) | $126,067.50 | $100,854.00 | $113.03 | $100,967.03 |
| *(a) Services Rendered Outside of Puerto Rico* | *$125,807.50* | *$100,646.00* | *$113.03* | *$100,759.03* |
| *(b) Services Rendered in Puerto Rico* | *$260.00* | *$208.00* | *$0.00* | *$208.00* |
| **Grand Total for all Debtors** | **$1,537,522.25** | **$1,230,017.80** | **$26,061.77** | **$1,256,079.57** |

**April 2020 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico_ | $695,359.00 | $556,287.20 | $16,594.80 | $572,882.00 |
| Total for HTA (all outside of Puerto Rico) | $31,869.00 | $25,495.20 | $18.02 | $25,513.22 |
| Total for ERS (all outside of Puerto Rico) | $60,881.00 | $48,704.80 | $13,303.50 | $62,008.30 |
| Total for PREPA (all outside of Puerto Rico) | $43,294.50 | $34,635.60 | $289.67 | $34,925.27 |
| **Grand Total for all Debtors** | **$831,403.50** | **$665,122.80** | **$30,205.99** | **$695,328.79** |

**May 2020 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $282,123.00 | $225,698.40 | $1,480.38 | $227,178.78 |
| Total for HTA (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for ERS (all outside of Puerto Rico) | $162,109.50 | $129,687.60 | $1,050.66 | $130,738.26 |
| Total for PREPA (all outside of Puerto Rico) | $54,341.00 | $43,472.80 | $15,483.62 | $58,956.42 |
| **Grand Total for all Debtors (net of credits)** | **$498,573.50** | **$398,858.80** | **$18,014.66** | **$416,873.46** |