## SCHEDULE 1

## LIST OF PROFESSIONALS BY MATTER

### *Official Comm. of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bliss, James | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Jimenez, Pedro | Partner | Corporate |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Traxler, Katherine A. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |
| Faber, Anna S. | Associate | Litigation |
| Ferguson, James L. | Associate | Litigation |
| Lopez, Leah M. | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Murphy, Gavin P. | Associate | Litigation |
| Naulo, Mariya | Associate | Corporate |
| Zwillinger, Zachary | Associate | Litigation |
| Au, Eric | Project Manager | -- |
| Austin, Javii D. | Legal Research Analyst | -- |
| Chi, Ruby | Project Specialist | -- |
| Elliott, Elizabeth | Librarian | -- |
| Kuo, Jocelyn | Paralegal | -- |
| Makin, William A. | Senior Project Consultant | -- |
| Wijemanne, Manel | Paralegal | -- |
| Wu, Winnie | Case Assistant | -- |

*Communications w/Creditors/Website (Other than Comm. Members) (Matter ID 00004)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |
| Naulo, Mariya | Associate | Corporate |

*PREPA (Matter ID 00006)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Jimenez, Pedro | Partner | Corporate |
| Timofeyev, Igor V. | Partner | Litigation |
| Worthington, James B. | Partner | Litigation |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Hilson, John Francis | Counsel | Corporate |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |
| Faber, Anna S. | Associate | Litigation |
| Ferguson, James L. | Associate | Litigation |
| Lopez, Leah M. | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Murphy, Gavin P. | Associate | Litigation |
| Naulo, Mariya | Associate | Corporate |
| Zwillinger, Zachary S. | Associate | Litigation |
| Chi, Ruby | Project Specialist | -- |
| Kuo, Jocelyn | Paralegal | -- |
| Makin, William A. | Senior Project Consultant | -- |
| Wu, Winnie | Case Assistant | -- |

### HTA *(Matter ID 00007)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Ferguson, James L. | Associate | Litigation |
| Maza, Shlomo | Associate | Restructuring |
| Zwillinger, Zachary S. | Associate | Litigation |
| Doherty, Allison | Paralegal | -- |
| Kuo, Jocelyn | Paralegal | -- |
| Wu, Winnie | Case Assistant | -- |

### ERS *(Matter ID 00008)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bliss, James R. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Hilson, John Francis | Counsel | Corporate |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Barron, Douglass E. | Associate | Restructuring |
| Maza, Shlomo | Associate | Restructuring |
| Murphy, Gavin P. | Associate | Litigation |
| Rookard, Katherine S. | Associate | Litigation |
| Au, Eric | Project manager | -- |
| Chi, Ruby | Project Specialist | -- |
| Kuo, Jocelyn | Paralegal | -- |
| Meyer, Tom G. | Other Timekeeper | -- |

-3-

| Wu, Winnie | Case Assistant | -- |

### Other Adversary Proceedings (Matter ID 00009)

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Despins, Luc A. | Partner | Restructuring |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Kahn, Marguerite | Counsel | Municipal Finance |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |
| Ferguson, James L. | Associate | Litigation |
| Kilpatrick, Ryan N. | Associate | Litigation |
| Lopez, Leah M. | Associate | Corporate |
| Zwillinger, Zachary S. | Associate | Litigation |
| Chi, Ruby | Project Specialist | -- |
| Kuo, Jocelyn | Paralegal | -- |
| Makin, William A. | Senior Project Consultant | -- |
| Wu, Winnie | Case Assistant | -- |

### Mediation (Matter ID 00010)

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Despins, Luc A. | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |

### GO Bond Debt Issues (Matter ID 00011)

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Bliss, James R. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Bassett, Nicholas A. | Counsel | Corporate |

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Hilson, John Francis | Counsel | Corporate |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Barron, Douglass E. | Associate | Restructuring |
| Ferguson, James L. | Associate | Litigation |
| Gage, Brendan | Associate | Corporate |
| Lopez, Leah M. | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Zwillinger, Zachary S. | Associate | Litigation |
| Austin, Javii D. | Legal Research Analyst | -- |
| Kuo, Jocelyn | Paralegal | -- |
| Wu, Winnie | Case Assistant | -- |
| Wyatt, Tina Lynn | Paralegal | -- |

*Creditors' Committee Meetings (Matter ID 00012)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Jimenez, Pedro | Partner | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Naulo, Mariya | Associate | Corporate |
| Zwillinger, Zachary S. | Associate | Litigation |
| Kuo, Jocelyn | Paralegal | -- |

### *Constitutional Issues (Matter ID 00014)*

| Name | Title or Position | Department, Group, or Section |
|------|-------------------|-------------------------------|
| Kinnaird, Stephen B. | Partner | Appellate Practice |

### *PBA (Matter ID 00017)*

| Name | Title or Position | Department, Group, or Section |
|------|-------------------|-------------------------------|
| Bassett, Nicholas | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |