# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION FOR FEE PERIOD

| Name | Title or Position | Department | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|
| Juan J. Casillas | Partner | Labor and Litigation | 1997 | $177,498.00 | 657.40 | $270.00 | 0 |
| Juan J. Casillas | Partner | Labor and Litigation | 1997 | $162.00 | 1.20 | $135.00 | 0 |
| Luis F. Llach | Partner | Labor and Litigation | 2004 | $53,892.00 | 199.60 | $270.00 | 0 |
| Luis L. Torres | Partner | Corporate and Taxes | 1997 | $594.00 | 2.20 | $270.00 | 0 |
| Miguel A. Santiago | Partner | Corporate and Taxes | 1998 | $27,486.00 | 101.80 | $270.00 | 0 |
| | | **Total Partner:** | | **$259,632.00** | **962.20** | | |
| Luis Ramos | Member | Labor and Litigation | 2002 | $1,377.00 | 5.10 | $270.00 | 1 |
| | | **Total Member:** | | **$1,377.00** | **5.10** | | |
| Juan R. Gonzalez | Counsel | Labor and Litigation | 1985 | $3,458.00 | 13.30 | $260.00 | 0 |
| Rene Comas | Counsel | Labor and Litigation | 1997 | $4,264.00 | 16.40 | $260.00 | 0 |
| | | **Total Counsel:** | | **$7,722.00** | **29.70** | | |

| Luis Ramos | Junior Partner | Labor and Litigation | 2002 | $3,600.00 | 15.00 | $240.00 | 0 |
|---|---|---|---|---|---|---|---|
| Natalia Palmer | Junior Partner | Corporate and Taxes | 2009 | $13,152.00 | 54.80 | $240.00 | 0 |
| | | **Total Junior Partner:** | | **$16,752.00** | **69.80** | | |
| Ericka Montull | Senior Associate | Labor and Litigation | 2011 | $2,400.00 | 12.00 | $200.00 | 0 |
| Cristina Fernández | Senior Associate | Labor and Litigation | 2015 | $24,400.00 | 122.00 | $200.00 | 1 |
| Juan Nieves | Senior Associate | Labor and Litigation | 2012 | $48,400.00 | 242.00 | $200.00 | 0 |
| Natalia Del Nido | Senior Associate | Labor and Litigation | 2011 | $14,300.00 | 71.50 | $200.00 | 0 |
| | | **Total Senior Associate:** | | **$89,500.00** | **447.50** | | |
| Cristina Fernández | Associate | Labor and Litigation | 2015 | $17,034.00 | 100.20 | $170.00 | 0 |
| Viviana Currais | Associate | Labor and Litigation | 2017 | $5,933.00 | 34.90 | $170.00 | 0 |
| | | **Total Associate:** | | **$22,967.00** | **135.10** | | |
| Paralegal Services | Paralegal | Labor and Litigation | | $3,391.50 | 35.70 | $95.00 | 0 |
| | | **Total Paraprofessional:** | | **$3,391.50** | **35.70** | | |
| | **Total:** | | | **$401,341.50** | **1,685.10** | | |
| | **Blended Rate:** | | | | | **$238.17** | |
| | **Blended Rate Excluding Paraprofessionals:** | | | | | **$241.27** | |

2