# EXHIBIT D

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

**EXHIBIT D-1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET**

| Task Code and Project Category | Budgeted Hours | | | | | Billed Hours | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Feb-20 | Mar-20 | Apr-20 | May-20 | Total | Feb-20 | Mar-20 | Apr-20 | May-20 | Total |
| B110 Case Administration | 40.00 | 45.00 | 40.00 | 30.00 | 155.00 | 8.50 | 18.90 | 9.80 | 26.60 | 63.80 |
| B112 General Creditor Inquiries | 2.00 | 2.00 | 2.00 | 2.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B113 Pleadings Review | 90.00 | 90.00 | 90.00 | 73.00 | 343.00 | 89.80 | 89.80 | 89.60 | 72.90 | 342.10 |
| B120 Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B130 Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 3.00 | 3.00 | 10.00 | 10.00 | 26.00 | 2.80 | 0.20 | 0.00 | 9.40 | 12.40 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 20.00 | 25.00 | 28.00 | 15.00 | 88.00 | 8.60 | 11.00 | 9.40 | 4.60 | 33.60 |
| B155 Court Hearings | 15.00 | 15.00 | 15.00 | 10.00 | 55.00 | 0.00 | 11.40 | 2.60 | 0.20 | 14.20 |
| B160 Employment / Fee Applications | 8.00 | 38.00 | 5.00 | 3.00 | 54.00 | 3.10 | 28.80 | 2.50 | 5.20 | 39.60 |
| B161 Budgeting (Case) | 4.00 | 4.00 | 3.00 | 3.00 | 14.00 | 0.60 | 4.40 | 0.00 | 1.70 | 6.70 |
| B165 Fee and Employment Applications of Other Professionals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B170 Fee and Employment Objections | 2.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B180 Avoidance Action | 135.00 | 125.00 | 75.00 | 65.00 | 400.00 | 89.80 | 35.40 | 40.00 | 64.90 | 230.10 |

1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B185 Assumption / Rejection of Leases and Contracts | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B190 Other Contested Matters | 175.00 | 175.00 | 90.00 | 70.00 | 510.00 | 51.70 | 56.10 | 48.20 | 67.90 | 223.90 |
| B191 General Litigation | 185.00 | 185.00 | 96.00 | 80.00 | 546.00 | 145.50 | 145.60 | 87.50 | 53.00 | 431.60 |
| B195 Non-Working Travel | 7.00 | 7.00 | 5.00 | 2.00 | 21.00 | 0.00 | 1.20 | 0.00 | 0.00 | 1.20 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B220 Employee Benefits / Pensions | 8.00 | 8.00 | 5.00 | 2.00 | 23.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B230 Financing / Cash Collections | 1.00 | 1.00 | 1.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 Security Document Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 2.00 | 2.00 | 2.00 | 1.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B261 Investigations | 3.00 | 2.00 | 1.00 | 0.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B310 Claims Administration and Objections | 155.00 | 115.00 | 95.00 | 77.00 | 442.00 | 145.70 | 53.60 | 0.00 | 23.60 | 222.90 |
| B312 Objections to Claims | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B320 Plan and Disclosure Statement | 10.00 | 55.00 | 15.00 | 10.00 | 90.00 | 6.30 | 8.60 | 0.30 | 0.00 | 15.20 |
| B420 Restructurings | 25.00 | 35.00 | 15.00 | 5.00 | 80.00 | 24.90 | 15.20 | 7.70 | 0.00 | 47.80 |
| TOTAL HOURS | 890.00 | 935.00 | 595.00 | 459.00 | 2,879.00 | 577.30 | 480.20 | 297.60 | 330.00 | 1,685.10 |
| TOTAL FEES | $192,240.00 | $201,960.00 | $139,230.00 | $107,406.00 | $640,836.00 | $135,274.50 | $116,499.00 | $71,601.50 | $77,966.50 | $401,341.50 |

2

**FURTHER BREAKDOWN OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND BY MATTER**

**General (Matter ID: 396-00002)**

| Task Code and Project Category | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 26.60 | $5,003.00 |
| B113 - Pleadings Review | 232.50 | $58,865.00 |
| B140 - Relief from Stay/Adequate Protection Proceedings | 8.90 | $2,361.00 |
| B150 - Meetings of and Communications with Creditors | 30.00 | $8,006.00 |
| B155 - Court Hearings | 14.20 | $3,449.00 |
| B190 - Other Contested Matters | 94.20 | $22,194.00 |
| B191 - General Litigation | 287.10 | $68,183.50 |
| B195 - Non-Working Travel | 1.20 | $162.00 |
| B310 - Claims Administration and Objections | 92.50 | $17,450.00 |
| B320 - Plan and Disclosure Statement | 15.20 | $4,104.00 |
| B420 - Restructurings | 17.00 | $4,590.00 |
| **Total** | **819.40** | **$194,367.50** |

**COFINA (Matter ID: 396-00003)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Review | 5.20 | $1,404.00 |
| B310 - Claims Administration and Objections | 0.70 | $147.00 |
| **Total** | **5.90** | **$1,551.00** |

**PREPA (Matter ID: 396-00006)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 1.50 | $375.00 |
| B113 - Pleadings Review | 53.80 | $13,912.00 |
| B150 - Meetings of and Communications with Creditors | 1.60 | $432.00 |
| B190 - Other Contested Matters | 3.60 | $772.00 |
| B191 - General Litigation | 9.70 | $2,257.00 |
| B310 - Claims Administration and Objections | 3.00 | $719.00 |
| B420 - Restructurings | 22.60 | $5,104.00 |
| **Total** | **95.80** | **$23,571.00** |

**HTA (Matter ID: 396-00007)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Review | 10.50 | $2,606.00 |

1

| | | |
|---|---:|---:|
| B140 - Relief from Stay/Adequate Protection Proceedings | 3.40 | $918.00 |
| B190 - Other Contested Matters | 4.70 | $1,239.00 |
| B191 - General Litigation | 9.60 | $2,508.00 |
| **Total** | **28.20** | **$7,271.00** |

**ERS (Matter ID: 396-00008)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 2.00 | $540.00 |
| B113 - Pleadings Review | 32.00 | $8,571.00 |
| B150 - Meetings of and Communications with Creditors | 1.40 | $378.00 |
| B190 - Other Contested Matters | 46.60 | $12,451.00 |
| B191 - General Litigation | 108.40 | $28,019.00 |
| B310 - Claims Administration and Objections | 18.90 | $5,103.00 |
| **Total** | **209.30** | **$55,062.00** |

**Other Adversary Proceedings (Matter ID: 396-00009)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 0.20 | $19.00 |
| B113 - Pleadings Review | 4.90 | $1,303.00 |
| B190 - Other Contested Matters | 1.60 | $348.00 |
| B191 - General Litigation | 0.90 | $243.00 |
| **Total** | **7.60** | **$1,913.00** |

**GO Bond Debt Issues (Matter ID: 396-00011)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B190 - Other Contested Matters | 0.40 | $108.00 |
| **Total** | **0.40** | **$108.00** |

**PBAPR (Matter ID: 396-00014)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Review | 2.90 | $748.00 |
| B191 - General Litigation | 1.50 | $405.00 |
| **Total** | **4.40** | **$1,153.00** |

**Fee Application (Matter ID: 396-00015)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 0.30 | $28.50 |

| | | |
|---|---:|---:|
| B160 - Fee/Employment Applications | 39.60 | $8,592.00 |
| B161 - Budgeting (Case) | 6.70 | $1,809.00 |
| B191 - General Litigation | 0.40 | $38.00 |
| **Total** | **47.00** | **$10,467.50** |

**Commonwealth Claims Review (Matter ID: 396-00017)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 1.80 | $458.00 |
| B150 - Meetings of and Communications with Creditors | 0.40 | $108.00 |
| B190 - Other Contested Matters | 3.00 | $780.00 |
| B191 - General Litigation | 6.90 | $1,863.00 |
| B310 - Claims Administration and Objections | 107.80 | $25,483.00 |
| B420 - Restructurings | 8.20 | $2,200.00 |
| **Total** | **128.10** | **$30,892.00** |

**Avoidance Actions (Matter ID: 396-00018)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 31.40 | $6,794.50 |
| B113 - Pleadings Review | 0.30 | $81.00 |
| B140 - Relief from Stay/Adequate Protection Proceedings | 0.10 | $27.00 |
| B150 - Meetings of and Communications with Creditors | 0.20 | $54.00 |
| B180 - Avoidance Action | 230.10 | $51,361.00 |
| B190 - Other Contested Matters | 68.70 | $14,748.00 |
| B191 - General Litigation | 7.00 | $1,610.00 |
| B310 - Claims Administration and Objections | 1.20 | $310.00 |
| **Total** | **339.00** | **$74,985.50** |

# EXHIBIT D-2

## SUMMARY OF EXPENSES BY CATEGORY

| Category | Amount |
|---|---:|
| Conference Call Expense (Multi-party calls) | $32.13 |
| Courier Expense (FedEx / UPS) | $217.26 |
| Delivery Expense | $35.00 |
| Filing Fees | $370.00 |
| Meals Expense | $129.05 |
| Photocopies Expense | $4,491.30 |
| Postage Expense | $547.30 |
| Transcription of Deposition | $286.80 |
| Translation and Certification Expense | $54.91 |
| **Total** | **$6,163.75** |

4