# EXHIBIT E

## BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR

### February 2020 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $117,449.50 | $105,704.55 | $699.93 | $106,404.48 |
| PREPA | $8,327.00 | $7,494.30 | $6.40 | $7,500.70 |
| HTA | $1,985.00 | $1,786.50 | $0.00 | $1,786.50 |
| ERS | $7,513.00 | $6,761.70 | $9.20 | $6,770.90 |
| **Total** | **$135,274.50** | **$121,747.05** | **$715.53** | **$122,462.58** |

### March 2020 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $77,926.00 | $70,133.40 | $4,568.62 | $74,702.02 |
| PREPA | $3,941.00 | $3,546.90 | $11.60 | $3,558.50 |
| HTA | $3,018.00 | $2,716.20 | $0.00 | $2,716.20 |
| ERS | $31,614.00 | $28,452.60 | $19.20 | $28,471.80 |
| **Total** | **$116,499.00** | **$104,849.10** | **$4,599.42** | **$109,448.52** |

**April 2020 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $60,740.50 | $54,666.45 | $773.90 | $55,440.35 |
| PREPA | $6,002.00 | $5,401.80 | $0.00 | $5,401.80 |
| HTA | $837.00 | $753.30 | $0.00 | $753.30 |
| ERS | $4,022.00 | $3,619.80 | $0.00 | $3,619.80 |
| **Total** | **$71,601.50** | **$64,441.35** | **$773.90** | **$65,215.25** |

**May 2020 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $59,321.50 | $53,389.35 | $71.90 | $53,461.25 |
| PREPA | $5,301.00 | $4,770.90 | $0.50 | $4,771.40 |
| HTA | $1,431.00 | $1,287.90 | $0.40 | $1,288.30 |
| ERS | $11,913.00 | $10,721.70 | $2.10 | $10,723.80 |
| **Total** | **$77,966.50** | **$70,169.85** | **$74.90** | **$70,244.75** |