IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br>Chapter 13 |

**MOTION TO WITHDRAW THE
REPLY TO THE ONE HUNDRED NINETY-NINTH OMNIBUS OJECTION**

TO THE HONORABLE COURT:

**COMES NOW** creditor **COOPERATIVA DE AHORRO Y CREDITO AGUAS BUENAS** through its legal representation who respectfully prays:

1. On July 13th, 2020, the undersigned attorney filed response to the One Hundred Ninety-Ninth Omnibus objection, entered on Docket Number **13621**.

2. Pursuant to the stipulation entered on the Adv. Proc. 19-292-LTS (docket entry #36); the undersigned attorney withdraws the reply.

**SO INFORMED**

**CERTIFICATE OF SERVICE: I HEREBY CERTIFY** that on this same date, I electronically filed the present motion with the Clerk of the Court using CM/ECF System which will send notification to: Mr. Hermann D. Bauer, Esq., and to Mr. Martin J.

---

federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3841); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case Numbers due to software limitations).

*The Financial Oversight and Management Board for Puerto Rico*
*PROMESA, Title III*
*No. 17 BK 3283-LTS*
*Motion to withdraw the Reply to the One Hundred Ninety-Ninth Omnibus Objection*
*P a g e | 2*

Bienenstock, Esq., to their respective electronic mail.

**RESPECTFULLY SUBMITTED** in Humacao, Puerto Rico, on the 16th day of July 2020.

    SANTOS BERRIOS LAW OFFICES LLC
    PO BOX 9102
    HUMACAO PR 00792-9102
    TEL (787)285-1001, FAX (787)285-8358
    E-mail: santosberriosbk@gmail.com

    /s/JUAN A SANTOS-BERRIOS ESQ
      USDC-PR #212506