Estimated Hearing Date October 28, 2020 at 9:30 a.m. (Atlantic Standard Time)
Objection Deadline: August 29, 2020 at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS |
| | ) |
| as representative of | ) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) (Jointly Administered) |
| | |
| Debtors. [1] | |

---------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3566-LTS |
| | ) |
| as representative of | ) |
| | ) **This Application relates** |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | ) **only to ERS and shall** |
| GOVERNMENT OF THE COMMONWEALTH OF PUERTO | **be filed in the Lead** |
| RICO | **Case No. 17 BK 3283-** |
| Debtor | **LTS and ERS's Title III** |
| | **Case (Case No. 17 BK** |
| | **3566-LTS)** |

---------------------------------------------------------------------------

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## SUMMARY SHEET TO
## SIXTH INTERIM FEE APPLICATION OF
## ALVAREZ & MARSAL NORTH AMERICA, LLC
## FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE EMPLOYEE RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
## FROM FEBRUARY 1, 2020 THROUGH MAY 31, 2020

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Retained to Provide Professional Services as: | Advisor |
| Date of Retention: | August 2, 2018 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2020 through May 31, 2020 |
| Professional Fees | $395,325.70 |
| Less Voluntary Reduction | (39,532.57) |
| Total Amount of Fees Requested: | **$355,793.13** |
| Amount of Expenses Reimbursement Sought | $0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary | **$355,793.13** |

This is a(n) _____ Monthly ___X___ Interim _____ Final Fee Application

**Five Prior Interim Applications Filed in this Matter**

### Monthly Fee Statements Filed Related to Sixth Interim Fee Application[2]
### February 1, 2020 through May 31, 2020

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nineteenth - 4/23/20 | 2/1/20 to 2/29/20 | $ 92,170.30 | $ (9,217.03) | $ 82,953.27 | $ 74,657.94 | $ (7,465.79) | $ (1,119.87) | $ - | $ 66,072.28 | $ 66,072.28 | $ - | $ 8,295.33 |
| Twentieth - 5/26/20 | 3/1/20 to 3/31/20 | $ 92,659.10 | $ (9,265.91) | $ 83,393.19 | $ 75,053.87 | $ (7,505.39) | $ (1,125.81) | $ - | $ 66,422.68 | $ 66,422.68 | $ - | $ 8,339.32 |
| Twenty-first - 5/26/20 | 4/1/20 to 4/30/20 | $ 95,833.70 | $ (9,583.37) | $ 86,250.33 | $ 77,625.30 | $ (7,762.53) | $ (1,164.38) | $ - | $ 68,698.39 | $ 68,698.39 | $ - | $ 8,625.03 |
| Twenty-second - 7/6/2020 | 5/1/20 to 5/31/20 | $ 114,662.60 | $ (11,466.26) | $ 103,196.34 | $ 92,876.71 | $ (9,287.67) | $ (1,393.15) | $ - | $ 82,195.88 | ** | $ - | $ 10,319.63 |
| **Total** | | $ 395,325.70 | $ (39,532.57) | $ 355,793.13 | $ 320,213.82 | $ (32,021.38) | $ (4,803.21) | $ - | $ 283,389.23 | $ 201,193.34 | $ - | $ 35,579.31 |

*This amount represents 10% reduction of fees incurred per engagement agreement.

** Payment related to this fee period had not been received at the time of filing this interim fee application.

*** While preparing the sixth interim fee application, A&M discovered a de minimis clerical error in our May 2020 invoice summaries for The Commonwealth of Puerto Rico, The Employee Retirement System of the Government of the Commonwealth of Puerto Rico & The Puerto Rico Highways and Transportation Authority. The time detail submitted for each is accurate but the summary totals were off by $652.30 in the aggregate, netting to a $0 variance in the total requested fees across all three entities. The fee summaries herein, and the ones prepared to submit with the payment request, have been updated to reflect the proper totals.

---

[2] Please note A&M was retained on August 2, 2018, in the middle of the Fourth Interim Fee Period, and at that time submitted its First Interim Fee Application, rather than the fourth interim application. Accordingly, this current request represents A&M's Sixth Interim Fee Application.

**Compensation by Category**
**February 1, 2020 through May 31, 2020**

| COMPENSATION BY CATEGORY | | |
|---|---|---|
| **For the Period From February 1, 2020 through May 31, 2020** | | |
| **TASK CATEGORY** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 733.6 | $ 389,124.70 |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 9.0 | $ 6,066.00 |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Meetings | 0.2 | $ 135.00 |
| Total | 742.8 | $ 395,325.70 |
| **Blended Hourly Rate Before Voluntary Reduction** | | **$ 532.21** |
| | | |
| *Less 10% voluntary reduction* | | *$ (39,532.57)* |
| **Total Sixth Interim Fee Application With Reduction** | | **$ 355,793.13** |
| **Sixth Interim Fee Application Blended Hourly Rate With Reduction** | | **$ 478.99** |

**Fees by Professional**
**February 1, 2020 through May 31, 2020**

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Julie Hertzberg | Managing Director | Claim Management | $919 | 1.5 | $1,378.50 |
| Jay Herriman | Managing Director | Claim Management | $893 | 61.4 | 54,830.20 |
| Kara Harmon | Director | Claim Management | $675 | 22.9 | 15,457.50 |
| Mark Zeiss | Director | Claim Management | $630 | 38.4 | 24,192.00 |
| Laura Collier | Senior Associate | Claim Management | $525 | 101.2 | 53,130.00 |
| Richard Carter | Consultant II | Claim Management | $550 | 64.5 | 35,475.00 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 126.6 | 69,630.00 |
| John Koncar | Consultant | Claim Management | $498 | 90.9 | 45,268.20 |
| Erik Waters | Associate | Claim Management | $415 | 74.8 | 31,042.00 |
| Brent Wadzita | Analyst | Claim Management | $420 | 45.4 | 19,068.00 |
| Erlach, Nicole | Analyst | Claim Management | $400 | 3.1 | 1,240.00 |
| Emmett McNulty | Analyst | Claim Management | $400 | 109.2 | 43,680.00 |
| Bernice Grussing | Para Professional | Claim Management | $341 | 2.3 | 784.30 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 0.6 | 150.00 |
| **Subtotal** | | | | **742.80** | **$395,325.70** |
| *Less 10% voluntary reduction* | | | | | *-39,532.57* |
| **Total** | | | | | **$355,793.13** |

3

**Expenses by Category**
**February 1, 2020 through May 31, 2020**

No Expenses Incurred

**Monthly Fee Statements Filed Related to First Interim Fee Application**
**August 9, 2018 through September 30, 2018**

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 7% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First - 10/24/2018 | 8/9/18 to 8/31/18 | $ 40,385.00 | $ (7,673.15) | $ 32,711.85 | $ 29,440.67 | $ - | $ (441.61) | $ - | $ 28,999.06 | $ 28,999.06 | $ - | $ 3,271.18 |
| Second - 10/29/2018 | 9/1/18 to 9/30/18 | $120,267.50 | $ (12,026.75) | $108,240.75 | $ 97,416.68 | $ - | $ (1,461.25) | $ - | $ 95,955.43 | $ 95,955.43 | $ - | $ 10,824.07 |
| **Total** | | **$160,652.50** | **$ (19,699.90)** | **$140,952.60** | **$126,857.35** | **$ -** | **$ (1,902.86)** | **$ -** | **$124,954.49** | **$124,954.49** | **$ -** | **$ 14,095.25** |
| *This amount represents 10% reduction of fees incurred per engagement agreement plus an additional $3,634.65 courtesy discount. | | | | | | | | | | | | |

**Monthly Fee Statements Filed Related to Second Interim Fee Application**
**October 1, 2018 through January 31, 2019**

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 7% Puerto Rico Tax Withholding | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Third - 12/17/2018 | 10/1/18 to 10/31/18 | $ 101,332.50 | $ (10,133.25) | $ 91,199.25 | $ 82,079.33 | $ - | $ - | $ (1,231.19) | $ - | $ 80,848.14 | $ 82,079.33 | $ - | $ 9,119.92 |
| Fourth - 12/17/2018 | 11/1/18 to 11/30/18 | $ 100,960.00 | $ (10,096.00) | $ 90,864.00 | $ 81,777.60 | $ - | $ - | $ (1,226.66) | $ - | $ 80,550.94 | $ 81,777.60 | $ - | $ 9,086.40 |
| Fifth - 2/20/2019 | 12/1/18 to 12/31/18 | $ 26,422.50 | $ (2,642.25) | $ 23,780.25 | $ 21,402.23 | $ - | $ - | $ (321.03) | $ - | $ 21,081.20 | $ 21,402.23 | $ - | $ 2,378.02 |
| Fifth - Puerto Rico - 2/20/2019 | 12/1/18 to 12/31/18 | $ 4,140.00 | $ (414.00) | $ 3,726.00 | $ 3,353.40 | $ (234.74) | $ - | $ (50.30) | $ - | $ 3,068.36 | $ 3,353.40 | $ - | $ 372.60 |
| Sixth - 2/20/2019 | 1/1/19 to 1/31/19 | $ 80,832.50 | $ (8,083.25) | $ 72,749.25 | $ 65,474.33 | $ - | $ (6,547.43) | $ (982.11) | $ - | $ 57,944.78 | $ 65,474.33 | $ - | $ 7,274.92 |
| **Total** | | **$ 313,687.50** | **$ (31,368.75)** | **$ 282,318.75** | **$ 254,086.89** | **$ (234.74)** | **$ (6,547.43)** | **$ (3,811.30)** | **$ -** | **$ 243,493.41** | **$ 254,086.89** | **$ -** | **$ 28,231.86** |
| *This amount represents 10% reduction of fees incurred per engagement agreement. | | | | | | | | | | | | | |

## Monthly Fee Statements Filed Related to Third Interim Fee Application
### February 1, 2018 through May 31, 2019

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Net Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Seventh - 4/29/2019 | 2/1/19 to 2/28/19 | $ 111,695.00 | $ (11,169.50) | $ 100,525.50 | $ 90,472.95 | $ (9,047.30) | $ (1,357.09) | $ - | $ 80,068.56 | $ 80,068.56 | $ - | $ 10,052.55 |
| Eighth - 5/6/2019 | 3/1/19 to 3/31/19 | $ 139,825.00 | $ (13,982.50) | $ 125,842.50 | $ 113,258.25 | $ (11,325.83) | $ (1,698.87) | $ - | $ 100,233.55 | $ 100,233.55 | $ - | $ 12,584.25 |
| Ninth - 5/22/2019 | 4/1/19 to 4/30/19 | $ 108,372.50 | $ (10,837.25) | $ 97,535.25 | $ 87,781.73 | $ (8,778.17) | $ (1,316.73) | $ - | $ 77,686.83 | $ 77,686.83 | $ - | $ 9,753.53 |
| Tenth - 7/1/2019 | 5/1/19 to 5/31/19 | $ 183,802.50 | $ (18,380.25) | $ 165,422.25 | $ 148,880.03 | $ (14,888.00) | $ (2,233.20) | $ - | $ 131,758.82 | Pending | Pending | $ 16,542.23 |
| Total | | $ 543,695.00 | $ (54,369.50) | $ 489,325.50 | $ 440,392.95 | $ (44,039.30) | $ (6,605.89) | $ - | $ 389,747.76 | $ 257,988.94 | $ - | $ 48,932.55 |

*This amount represents 10% reduction of fees incurred per engagement agreement.

## Monthly Fee Statements Filed Related to Fourth Interim Fee Application
### June 1, 2019 through September 30, 2019

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eleventh - 8/16/2019 | 6/1/19 to 6/30/19 | $ 278,275.00 | $ (88,064.50) | $ 190,210.50 | $ 171,189.45 | $ (17,118.95) | $ (2,567.84) | $ - | $ 151,502.66 | $ 151,502.66 | $ - | $ 19,021.05 |
| Twelfth - 9/9/2019 | 7/1/19 to 7/31/19 | $ 246,637.50 | $ (24,663.75) | $ 221,973.75 | $ 199,776.38 | $ (19,977.64) | $ (1,226.66) | $ - | $ 178,572.07 | $ 178,572.07 | $ - | $ 22,197.38 |
| Thirteenth - 10/15/2019 | 8/1/19 to 8/31/19 | $ 125,599.80 | $ (12,559.98) | $ 113,039.82 | $ 101,735.84 | $ (10,173.58) | $ (321.03) | $ - | $ 91,241.22 | $ 91,241.22 | $ - | $ 11,303.98 |
| Fourteenth - Puerto Rico - 10/25/2019 | 9/1/19 to 9/30/19 | $ 9,524.40 | $ (952.44) | $ 8,571.96 | $ 7,714.76 | $ (771.48) | $ (50.30) | $ - | $ 6,892.99 | $ 6,892.99 | $ - | $ 857.20 |
| Total | | $ 660,036.70 | $ (126,240.67) | $ 533,796.03 | $ 480,416.43 | $ (48,041.64) | $ (4,165.84) | $ - | $ 428,208.94 | $ 428,208.94 | $ - | $ 53,379.60 |

*This amount represents 10% reduction of fees incurred per engagement agreement.  Additionally, A&M has reduced their fees by $66,930.00 related to the Claims objection audit further described below.

## Monthly Fee Statements Filed Related to Fifth Interim Fee Application
### October 1, 2019 through January 31, 2020

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fifteenth - 12/30/19 | 10/1/19 to 10/31/19 | $ 33,453.90 | $ (3,345.39) | $ 30,108.51 | $ 27,097.66 | $ (2,709.77) | $ (406.46) | $ - | $ 23,981.43 | $ 23,981.43 | $ - | $ 3,010.85 |
| Sixteenth - 1/15/20 | 11/1/19 to 11/30/19 | $ 40,559.60 | $ (4,055.96) | $ 36,503.64 | $ 32,853.28 | $ (3,285.33) | $ (492.80) | $ - | $ 29,075.15 | $ 29,075.15 | $ - | $ 3,650.36 |
| Seventeenth - 2/5/20 | 12/1/19 to 12/31/19 | $ 66,046.60 | $ (6,604.66) | $ 59,441.94 | $ 53,497.75 | $ (5,349.77) | $ (802.47) | $ - | $ 47,345.51 | $ 47,345.51 | $ - | $ 5,944.19 |
| Eighteenth - 2/27/20 | 1/1/20 to 1/31/20 | $ 120,828.30 | $ (12,082.83) | $ 108,745.47 | $ 97,870.92 | ** | $ (1,701.73) | $ - | $ 97,870.92 | ** | $ - | $ 10,874.55 |
| Total | | $ 260,888.40 | $ (26,088.84) | $ 234,799.56 | $ 211,319.60 | $ (11,344.87) | $ (1,701.73) | $ - | $ 198,273.01 | $ 100,402.08 | $ - | $ 23,479.96 |

*This amount represents 10% reduction of fees incurred per engagement agreement.
** Payment related to this fee period had not been received at the time of filing this interim fee application.

Estimated Hearing Date October 28, 2020 at 9:30 a.m. (Atlantic Standard Time)
Objection Deadline: August 29, 2020 at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS |
| | ) |
|   as representative of | ) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) (Jointly Administered) |
| | |
| Debtors. [1] | |

---------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3566-LTS |
| | ) |
|   as representative of | ) **This Application relates only to ERS and shall be filed in the Lead Case No. 17 BK 3283-LTS and ERS's Title III Case (Case No. 17 BK 3566-LTS)** |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | |
| | |
| Debtor | |

---------------------------------------------------------------------------

## SIXTH INTERIM FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE EMPLOYEE RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**FROM FEBRUARY 1, 2020 THROUGH MAY 31, 2020**

Pursuant to sections 316 and 317 of Title III of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively the "Bankruptcy Rules"), made applicable herein pursuant to section 310 of PROMESA, Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Puerto Rico, adopted by the Court on May 16, 2013 (the "Local Bankruptcy Rules") and this Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated June 6, 2018 [Docket No. 3269] (the "Second Amended Interim Compensation Order"), Alvarez & Marsal North America, LLC ("A&M"), as advisor to the Financial Oversight Board of Puerto Rico (the "Oversight Board") in its role as representative for the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, ("ERS"), as debtor under Title III of the Puerto Rico Oversight, Management and Economic Stability Act of 2016 ("PROMESA"), hereby submits its Sixth interim fee application filed during the Sixth interim application period (the "Sixth Interim Fee Application") for the compensation of professional services performed by A&M and reimbursement of expenses incurred in connection therewith for the period commencing February 1, 2020 through and including May 31, 2020 (the "Sixth Interim Fee Application Period").

By this Sixth Interim Fee Application, A&M seeks compensation in the amount of $395,325.70 less a discount in the amount of $39,532.57 for a total amount of $355,793.13, all of which represents fees earned outside of Puerto Rico, and reimbursement of actual and necessary expenses incurred in the amount of $0.00 for the Sixth Interim Fee Application Period.

## JURISDICTION

1.    The United States District Court for the District of Puerto Rico (the "Court") has subject matter jurisdiction over this Application pursuant to PROMESA section 306(a).

2.    Venue is proper in this district pursuant to PROMESA section 307(a).

3.    The statutory predicates for the relief requested herein are PROMESA sections 316 and 317.

## BACKGROUND

4.    On June 30, 2016, the Oversight Board was established under PROMESA section 101(b).  On August 31, 2016, President Obama appointed the Oversight Board's seven voting members.

5.    Pursuant to PROMESA section 315, "[t]he Oversight Board in a case under this subchapter is the representative of the debtor" and "may take any action necessary on behalf of the debtor to prosecute the case of the debtor, including filing a petition under section [304] of [PROMESA] . . . or otherwise generally submitting filings in relation to the case with the court." 48 U.S.C. § 2175.

6.    On September 30, 2016, the Oversight Board designated the Debtor as a "covered entity" under PROMESA section 101(d),

7.    On May 21, 2017, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the Debtor pursuant to PROMESA section 304(a), commencing a case under title III thereof (the "Debtor's Title III Case").  Pursuant to PROMESA section 315(b), the Oversight Board is the Debtor's representative in the Debtor's Title III Case.

8.    Background information regarding the Debtor and the commencement of the Debtor's Title III Case is contained in the *Notice of Filing of Statement of Oversight Board in*

*Connection with PROMESA Title III Petition* [ECF No. 1, Case No. 17 BK 3283-LTS], attached to the Commonwealth of Puerto Rico's Title III petition.

9.       On August 2, 2018, the Oversight Board retained A&M, at discounted rates, to manage and resolve the tens of thousands of claims filed against the Title III entities[2].

On April 23, 2020, A&M served on the Notice Parties (as defined in the Interim Compensation Order) its nineteenth monthly fee statement for the period February 1, 2020 through February 29, 2020.  The nineteenth monthly fee statement is attached hereto as Exhibit A.

11.       On May 26, 2020, A&M served on the Notice Parties its twentieth monthly fee statement for the period March 1, 2020 through March 31, 2020.  The twentieth monthly fee statement is attached hereto as Exhibit B.

12.       On June 15, 2020, A&M served on the Notice Parties its twenty-first monthly fee statement for the period April 1, 2020 through April 30, 2020.  The twenty-first monthly fee statement is attached hereto as Exhibit C.

13.       On July 6, 2020, A&M served on the Notice Parties its twenty-second monthly fee statement for the period May 1, 2020 through May 31, 2020.  The twenty-second monthly fee statement is attached hereto as Exhibit D.

14.       In accordance with the Interim Compensation Order and as reflected in the foregoing summary, A&M has requested an aggregate gross payment of $320,213.82 which represents payment of ninety percent (90%) of the compensation sought and reimbursement of one-hundred percent (100%) of expenses incurred.  To date, A&M has received payment of $201,193.34 in fees and $0 in incurred expenses with respect to fee statements filed during the Sixth Interim Fee Application Period.  The variance between the requested fees and payments

---

[2] Pursuant to A&M's August 2, 2018 engagement letter with the Oversight Board (a copy of which is available on the Oversight Board's website at:
https://drive.google.com/file/d/1HuXTVFMQJC4POU_3judw1CCHdSPGhp8q/view (the "Engagement Letter"), it shall not provide services or advice on any claims related to the Puerto Rico Electric Power Authority.

received relates to: 1) the Twenty-second monthly fee statement for the period May 1, 2020

through May 31, 2020 remains unpaid, 2) a 1.5% Technical Service Fee tax withholdings

totaling $4,803.21, and 3) a universal 10% withholding tax (versus fees incurred on Puerto Rico)

effective as of December 2018 and as of the time of filing this Application, totaling $32,021.38

for the Sixth Interim Fee Application Period.

**REQUESTED FEES AND REIMBURSEMENT OF EXPENSES**

15.     All services for which A&M requests compensation were performed for the

Employee Retirement System of the Government of the Commonwealth of Puerto Rico,

("ERS").  The time detail for the Sixth Interim Fee Application Period is attached hereto as

Exhibit E.  This Sixth Interim Fee Application contains time entries describing the time spent by

each professional during the Sixth Interim Fee Application Period.  To the best of A&M's

knowledge, this Sixth Interim Fee Application substantially complies with the applicable

provisions of PROMESA, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Fourth

Interim Compensation Order.  A&M's time reports are entered and organized by task and by

professional performing the described service in 1/10 of an hour increments.

16.     A&M incurred no expenses for the Sixth Interim Fee Application Period as

presented here to as Exhibit F.

17.     The services rendered by A&M during the Sixth Interim Fee Application can be

grouped into the categories set forth below.  A&M attempted to place the services provided in

the category that best relates to such services.  However, because certain services may relate to

one or more categories, services pertaining to one category may in fact be included in another

category.  These services performed are generally described below by category, and as set forth

in the attached time detail attached hereto as Exhibit G.  This Exhibit G also identifies the

professional who rendered services relating to each category, along with the number of hours for

each individual and the total compensation sought for each category.

## SUMMARY OF SERVICES PERFORMED

18.     This Sixth Interim Fee Application covers the fees incurred during the Sixth
Interim Fee Application Period with respect to services rendered as advisor to the Oversight
Board in its role as representative for ERS.  A&M believes it is appropriate to be compensated
for the time spent in connection with these matters, and set forth a narrative description of the
services rendered for the Debtors and the time expended, organized by project task categories as
follows:

## A.  Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

19.     During this period, A&M:

a.  Reviewed approximately 4,800 Claims identified as human resource related to
confirm proper categorization for transfer to the Administrative Claims
Resolution (ACR) process and, further, recorded asserted agency information
for ease of transfer to correct contacts for further reconciliation;

b.  Reviewed approximately 650 Claims asserted as tax refunds and compared the
claim documentation against payment data provided by the Department of
Treasury to determine if the Claim had been satisfied and should be placed on
an upcoming objection or transferred to the Administrative Claims Resolution
(ACR) process;

c.  Reviewed approximately 15 Claims Reconciliation workbooks related to
accounts payable Claims completed by Commonwealth agencies. In instances
where the Commonwealth needed additional information from the creditor to
complete the reconciliation, A&M coordinated the follow up communication;

d.  Reviewed approximately 85 Claims related to litigation and prepared data questionnaires based upon asserted case number and agency for further reconciliation;

e.  Reviewed approximately 700 supplemental outreach forms which were returned by creditors to validate if the creditor provided sufficient information to verify the asserted liability and finalize reconciliation. Claims were then processed for entry into Alternative Dispute Resolution (ADR), Administrative Claims Resolution (ACR), or future objections;

f.  Reviewed responses to approximately 350 adjourned Claims from previous deficient Claim Omnibus Objections to determine if the response provided sufficient information to move the Claim into the Administrative Claims Resolution (ACR) or Alternative Dispute Resolution (ADR) process or move forward with an Objection;

g.  Reviewed approximately 240 Omnibus Objection responses from claimants to determine next steps in reconciliation process;

h.  Prepared and filed Omnibus Objections affecting approximately 2,700 Claims;

i.  Reviewed approximately 250 Claims identified as deficient to confirm proper placement on future omnibus objections;

j.  Created and updated Claims summary analysis by claim type to allow counsel to review the claims groupings and confirm A&M's proposed treatment for each claim type;

k.  Performed creditor outreach to collect missing information for deficient Proofs of Claim;

Provided regular updates of the claims reconciliation progress to representatives of the Title III

entities, AAFAF, the Oversight Board, and their respective advisors.

In conjunction with this category, A&M expended approximately 733.6 hours during the

Application Period, for a total of $389,124.70, prior to any fee reduction.

**B.  Employee Retirement System of the Government of the Commonwealth of Puerto Rico
– Fee Applications**

20.  During the Sixth Interim Fee Application Period, A&M prepared its Sixth Interim

Fee Applications as required by the Second Amended Interim Compensation Order.

In conjunction with this category, A&M expended approximately 9 hours during the Application

Period, for a total of $6,066.00, prior to any fee reduction.

**C.  Employee Retirement System of the Government of the Commonwealth of Puerto Rico
- Meetings**

21.  During the Sixth Interim Fee Application Period, A&M held meetings with other

Title III professionals to coordinate and streamline the individual claims reconciliation process.

In conjunction with this category, A&M expended approximately 0.2 hours during the

Application Period, for a total of $135.00, prior to any fee reduction.

**D.  Discounts Agreed to By A&M and the Oversight Board**

22.  A&M and the Oversight Board in its role as representative for ERS had

previously agreed to a ten-percent discount of fees based on the Engagement Letter.

**CERTIFICATE OF COMPLIANCE AND REQUEST FOR WAIVER**

23.  Attached hereto as <u>Exhibit H</u> is a declaration of Julie M. Hertzberg, the

undersigned representative of A&M.  To the extent that the Sixth Interim Fee Application does

not comply in all respects with the requirements of the aforementioned rules, A&M believes that

such deviations are not material and respectfully requests that any such requirements be waived.

**NOTICE**

8

24. Pursuant to the Interim Compensation Order, notice of this Application has been filed in ERS's and the jointly-administered Commonwealth of Puerto Rico's Title III cases and served upon:

(a) the Financial Oversight and Management Board, 40 Washington Square South, Office 314A, New York, NY 10012, Attn: Professor Arthur J. Gonzalez, Oversight Board Member.

(b) attorneys for the Financial Oversight and Management Board as representative of The Commonwealth of Puerto Rico, O'Neill & Borges LLC, 250 Muñoz Rivera Ave., suite 800, San Juan, PR 00918-1813, Attn: Hermann D. Bauer, Esq. (Hermann.bauer@oneillborges.com;

(c) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Time Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzanne Uhland, Esq. (suhland@omm.com), and Diana M. perez, Esq. (dperez@omm.com).

(d) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muniz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave., San Juan P.R. 00917, Attn.: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

(e) the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: *In re: Commonwealth of Puerto Rico*);

(f) attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com);

(g) attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

(h) attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com); and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

(i) attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416

9

Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

(j)  the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary of Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda. pr.gov);

k.  attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

l.  attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@ gklaw.com).

A&M submits that, in light of the foregoing, no other or further notice need be provided.

[remainder of page intentionally left blank]

WHEREFORE, pursuant to the Second Amended Interim Compensation Order, A&M respectfully requests that, for the period February 1, 2020 through May 31, 2020, the Court (i) grant A&M interim allowance of compensation in the amount of $355,793.13 for professional services rendered during the Sixth Interim Fee Application Period.  A&M did not incur any expenses.

Dated: July 16, 2020
Detroit, Michigan

                                   /s/
                                   Julie M. Hertzberg

                                   Alvarez & Marsal North America, LLC
                                   755 W. Big Beaver Road
                                   Suite 650
                                   Troy, MI 48084
                                   Telephone:  248.936.0850
                                   Facsimile: 248.936.0801
                                   jhertzberg@alvarezandmarsal.com

                                   ADVISOR TO THE OVERSIGHT BOARD
                                   AS REPRESENTATIVE OF THE
                                   DEBTOR

# EXHIBITS

# <u>Exhibit A</u>

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3566-LTS |
| | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | ) | |
| GOVERNMENT OF THE COMMONWEALTH OF | | |
| PUERTO RICO, et al., | | |
| | | |
| Debtors. [1] | | |

**COVER SHEET TO NINETEENTH MONTHLY FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
<u>FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020</u>**

## ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

| | |
|---|---|
| Name of Applicant: | <u>Alvarez & Marsal North America, LLC (A&M)</u> |
| Authorized to Provide Professional Services to: | <u>Financial Oversight and Management Board of Puerto Rico</u> |
| Services Rendered to: | <u>Employee Retirement System of the Government of the Commonwealth of Puerto Rico</u> |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Period for which compensation and reimbursement for fees and services outside of Puerto Rico is sought: | February 1, 2020 through February 29, 2020 |
| Amount of Compensation sought as actual, reasonable and necessary: | $82,953.27 ($92,170.30 incurred less 10% voluntary reduction of $9,217.03) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $  - 0 - |
| This is a(n): | ✓ Monthly  ___ Interim  ___ Final application |

This is A&M's Nineteenth monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for February 2020.


/s/
_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On April 23, 2020 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
        FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Herman D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
         Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
Attn:    John J. Rapisardi, Esq.
         Suzanne Uhland, Esq.
         Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn:    Luis C. Marini-Biaggi, Esq.
         Carolina Velaz-Rivero, Esq.
         Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn:    Robert Gordon, Esq.
         Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:    Catherine Steege, Esq.
         Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn:  A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn:    Reylam Guerra Goderich, Deputy Assistant of
General Accounting
         Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
         Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
         Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
         Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY  10036-8299
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period February 1, 2020 through February 29, 2020**
**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 167.4 | $ 90,072.50 |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 3.4 | $ 2,097.80 |
| **Subtotal** | **170.8** | **92,170.30** |
| *Less 10% voluntary reduction* | | *(9,217.03)* |
| **Total** | | **$ 82,953.27** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Julie Hertzberg | Managing Director | Claim Management | $919 | 1.5 | $1,378.50 |
| Jay Herriman | Managing Director | Claim Management | $893 | 28.1 | 25,093.30 |
| Kara Harmon | Director | Claim Management | $675 | 0.3 | 202.50 |
| Mark Zeiss | Director | Claim Management | $630 | 6.0 | 3,780.00 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 8.9 | 4,895.00 |
| Collier, Laura | Senior Associate | Claim Management | $525 | 32.1 | 16,852.50 |
| John Koncar | Consultant | Claim Management | $498 | 25.6 | 12,748.80 |
| Emmett McNulty | Analyst | Claim Management | $400 | 66.6 | 26,640.00 |
| Bernice Grussing | Para Professional | Claim Management | $341 | 1.7 | 579.70 |
| **Subtotal** | | | | **170.8** | **92,170.30** |
| *Less 10% voluntary reduction* | | | | | *-9,217.03* |
| **Total** | | | | | **$82,953.27** |

**Summary of Expenses for the Period February 1, 2020 through February 29, 2020**

**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

No Expenses Incurred

5

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $74,657.94 for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.

 /s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

7

**<u>EXHIBITS</u>**

8

*Exhibit A*

**Employee Retirement System of the Government of the
Commonwealth of Puerto Rico
Summary of Time Detail by Task
February 1, 2020 through February 29, 2020**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 167.4 | $90,072.50 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 3.4 | $2,097.80 |
| **Total** | **170.8** | **$92,170.30** |

*Exhibit B*

## Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### February 1, 2020 through February 29, 2020

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $919.00 | 1.5 | $1,378.50 |
| Herriman, Jay | Managing Director | $893.00 | 28.1 | $25,093.30 |
| Harmon, Kara | Director | $675.00 | 0.3 | $202.50 |
| Zeiss, Mark | Director | $630.00 | 6.0 | $3,780.00 |
| DiNatale, Trevor | Consultant II | $550.00 | 8.9 | $4,895.00 |
| Collier, Laura | Senior Associate | $525.00 | 32.1 | $16,852.50 |
| Koncar, John | Consultant | $498.00 | 25.6 | $12,748.80 |
| McNulty, Emmett | Analyst | $400.00 | 66.6 | $26,640.00 |
| Grussing, Bernice | Operations Manager | $341.00 | 1.7 | $579.70 |
| **Total** | | | **170.8** | **$92,170.30** |

*Exhibit C*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### February 1, 2020 through February 29, 2020

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections**

**Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $919 | 1.5 | $1,378.50 |
| Herriman, Jay | Managing Director | $893 | 26.4 | $23,575.20 |
| Harmon, Kara | Director | $675 | 0.3 | $202.50 |
| Zeiss, Mark | Director | $630 | 6.0 | $3,780.00 |
| Koncar, John | Consultant | $498 | 25.6 | $12,748.80 |
| DiNatale, Trevor | Consultant II | $550 | 8.9 | $4,895.00 |
| Collier, Laura | Senior Associate | $525 | 32.1 | $16,852.50 |
| McNulty, Emmett | Analyst | $400 | 66.6 | $26,640.00 |
| | | | 167.4 | $90,072.50 |
| | *Average Billing Rate* | | | $538.07 |

*Exhibit C*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### February 1, 2020 through February 29, 2020

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications**

Prepare monthly and interim fee applications in accordance with court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893 | 1.7 | $1,518.10 |
| Grussing, Bernice | Operations Manager | $341 | 1.7 | $579.70 |
| | | | 3.4 | $2,097.80 |
| | *Average Billing Rate* | | | $617.00 |

*Exhibit D*

> ***Employee Retirement System of the Government***
> ***of the Commonwealth of Puerto Rico***
> ***Time Detail by Activity by Professional***
> ***February 1, 2020 through February 29, 2020***

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 2/3/2020 | 2.1 | Review supplemental mailing responses to determine next steps in reconciliation process |
| McNulty, Emmett | 2/3/2020 | 1.2 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/3/2020 | 1.6 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/3/2020 | 1.3 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/3/2020 | 0.9 | Analyze asserted HR benefit claims to determine proper categorization for entry into ACR process |
| Herriman, Jay | 2/4/2020 | 1.1 | Review of data to be sent to various agencies related to settled litigation matters to determine status of payments |
| Koncar, John | 2/4/2020 | 0.8 | Analyze filed treasury claims along with supporting documentation to prepare synopsis of each asserted claim. |
| McNulty, Emmett | 2/4/2020 | 0.4 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/4/2020 | 2.2 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Herriman, Jay | 2/5/2020 | 1.3 | Review claims to be included in April deficient claims objection |
| McNulty, Emmett | 2/5/2020 | 1.6 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/5/2020 | 2.6 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/5/2020 | 0.9 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/5/2020 | 1.3 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/6/2020 | 2.3 | Review HR proactive outreach response forms returned by claimants |
| Herriman, Jay | 2/6/2020 | 2.5 | Review deficient claim objection responses to determine if they are sufficient to move to the ACR process |
| McNulty, Emmett | 2/6/2020 | 1.2 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/6/2020 | 0.9 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/6/2020 | 1.6 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |

*Exhibit D*

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
February 1, 2020 through February 29, 2020*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| McNulty, Emmett | 2/6/2020 | 1.3 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/6/2020 | 1.1 | Analyze asserted HR benefit claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/7/2020 | 1.6 | Review HR proactive outreach response forms returned by claimants |
| Collier, Laura | 2/7/2020 | 0.4 | Review HR proactive outreach response forms returned by claimants |
| Collier, Laura | 2/7/2020 | 2.9 | Review HR proactive outreach response forms returned by claimants |
| DiNatale, Trevor | 2/7/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 2/7/2020 | 0.7 | Review updated claims waterfall in prep of sending to AAFAF and counsel |
| Koncar, John | 2/7/2020 | 0.9 | Analyze filed treasury claims along with supporting documentation to prepare synopses of each asserted claim and update claim types and waterfall categories as necessary. |
| Koncar, John | 2/7/2020 | 1.4 | Analyze legal arbitration claims along with supporting documentation to prepare synopses of each asserted claim and update claim types and waterfall categories as necessary. |
| McNulty, Emmett | 2/7/2020 | 1.3 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/9/2020 | 1.7 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/9/2020 | 1.6 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/9/2020 | 2.1 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/10/2020 | 2.4 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Koncar, John | 2/10/2020 | 0.4 | Analyze filed legal claims along with supporting documentation to prepare synopses of each asserted claim. |
| Koncar, John | 2/10/2020 | 0.2 | Update legal and treasury claim types, subtypes, and waterfall categories based on review of the claims and supporting documentation. |
| McNulty, Emmett | 2/10/2020 | 1.3 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/11/2020 | 2.9 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |

*Page 2 of 8*

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
February 1, 2020 through February 29, 2020*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Collier, Laura | 2/11/2020 | 0.3 | Analyze supplemental outreach responses to determine next steps for HR claims |
| DiNatale, Trevor | 2/11/2020 | 0.5 | Review claim detail for missing address detail |
| Herriman, Jay | 2/11/2020 | 3.1 | Review claims listed Omnibus objections to be heard at April hearing |
| Hertzberg, Julie | 2/11/2020 | 1.5 | Review claims listed Omnibus objections to be heard at April hearing |
| Koncar, John | 2/11/2020 | 0.8 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| McNulty, Emmett | 2/11/2020 | 1.3 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/11/2020 | 2.4 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/11/2020 | 1.6 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/12/2020 | 0.9 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Collier, Laura | 2/12/2020 | 2.8 | Analyze supplemental outreach responses to determine next steps for HR claims |
| DiNatale, Trevor | 2/12/2020 | 0.7 | Review claim detail for missing address detail |
| Herriman, Jay | 2/12/2020 | 3.2 | Review claims listed Omnibus objections to be heard at April hearing |
| Herriman, Jay | 2/12/2020 | 0.5 | Prepare analysis of claims missing creditor information and send same to ERS for review |
| Koncar, John | 2/12/2020 | 0.9 | Analyze filed claim forms, outreach responses, and supporting documentation related to HR and Legal claims to update the claim categorizations and flag deficient claims. |
| McNulty, Emmett | 2/12/2020 | 1.4 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/12/2020 | 1.8 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/13/2020 | 1.7 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Collier, Laura | 2/13/2020 | 2.1 | Analyze supplemental outreach responses to determine next steps for HR claims |
| Harmon, Kara | 2/13/2020 | 0.3 | Prepare workbook of accounts payable claims for review and further reconciliation by ERS |

*Exhibit D*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
February 1, 2020 through February 29, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Koncar, John | 2/13/2020 | 0.8 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| McNulty, Emmett | 2/13/2020 | 1.1 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/13/2020 | 1.3 | Analyze asserted HR benefit claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/14/2020 | 1.9 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| DiNatale, Trevor | 2/14/2020 | 1.7 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Koncar, John | 2/14/2020 | 0.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| McNulty, Emmett | 2/14/2020 | 0.8 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/14/2020 | 0.9 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/14/2020 | 1.7 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/17/2020 | 1.4 | Analyze supplemental outreach responses to determine next steps for HR claims |
| Collier, Laura | 2/17/2020 | 0.2 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Koncar, John | 2/17/2020 | 0.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 2/17/2020 | 0.3 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| McNulty, Emmett | 2/17/2020 | 1.9 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/18/2020 | 2.2 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Collier, Laura | 2/18/2020 | 0.4 | Analyze supplemental outreach responses to determine next steps for HR claims |
| Koncar, John | 2/18/2020 | 0.4 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| Koncar, John | 2/18/2020 | 0.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |

> ***Employee Retirement System of the Government***
> ***of the Commonwealth of Puerto Rico***
> ***Time Detail by Activity by Professional***
> ***February 1, 2020 through February 29, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| McNulty, Emmett | 2/18/2020 | 1.3 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/18/2020 | 1.3 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/19/2020 | 1.4 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Collier, Laura | 2/19/2020 | 0.2 | QC work product from review of outreach responses |
| Koncar, John | 2/19/2020 | 0.9 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 2/19/2020 | 0.4 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| Koncar, John | 2/19/2020 | 0.9 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| McNulty, Emmett | 2/19/2020 | 1.4 | Analyze asserted HR benefit claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/19/2020 | 0.7 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/19/2020 | 1.4 | Analyze asserted HR benefit claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/20/2020 | 1.4 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Collier, Laura | 2/20/2020 | 0.1 | Analyze supplemental outreach responses to determine next steps for HR claims |
| DiNatale, Trevor | 2/20/2020 | 2.0 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Koncar, John | 2/20/2020 | 1.4 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 2/20/2020 | 0.8 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| McNulty, Emmett | 2/20/2020 | 1.1 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/20/2020 | 1.7 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/21/2020 | 0.8 | Analyze supplemental outreach responses to determine next steps for HR claims |
| Collier, Laura | 2/21/2020 | 0.2 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |

*Exhibit D*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
February 1, 2020 through February 29, 2020**

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 2/21/2020 | 1.8 | Review claims listed Omnibus objections to be heard at April hearing |
| Koncar, John | 2/21/2020 | 1.1 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 2/21/2020 | 1.9 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 2/21/2020 | 0.4 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| McNulty, Emmett | 2/21/2020 | 1.6 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/22/2020 | 1.3 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| Herriman, Jay | 2/23/2020 | 0.4 | Review updated claims waterfall analysis and prep to send to counsel and AAFAF |
| Collier, Laura | 2/24/2020 | 1.6 | Review of proactive outreach HR response forms |
| Herriman, Jay | 2/24/2020 | 2.7 | Review claims included on Omni 171 - 172 (Deficient / late filed claims) |
| Koncar, John | 2/24/2020 | 1.8 | Review claim outreach responses filed against the ERS to verify that the basis, claim categories, and key claim information are accurately recorded on the master outreach response tracker. |
| Koncar, John | 2/24/2020 | 0.6 | Examine HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| McNulty, Emmett | 2/24/2020 | 1.2 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/24/2020 | 0.8 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Koncar, John | 2/25/2020 | 0.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 2/25/2020 | 0.4 | Analyze proactive outreach responses to verify that response forms are accurately matched with the appropriate filed claims. |
| Koncar, John | 2/25/2020 | 0.8 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| McNulty, Emmett | 2/25/2020 | 1.6 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| Zeiss, Mark | 2/25/2020 | 1.3 | Draft April Deficient Omnibus Exhibits for Proskauer filing |

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
February 1, 2020 through February 29, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 2/26/2020 | 1.6 | Review HR pension claims slated to be included in ACR process |
| Herriman, Jay | 2/26/2020 | 2.1 | Review partially unliquidated litigation claims for prep of placing on Omni objection to liquidate |
| Koncar, John | 2/26/2020 | 0.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| McNulty, Emmett | 2/26/2020 | 0.9 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/26/2020 | 1.7 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| Zeiss, Mark | 2/26/2020 | 0.7 | Draft March Deficient Omnibus Exhibits for Proskauer filing |
| Zeiss, Mark | 2/26/2020 | 1.2 | Prepare responses Proskauer questions re: March claims on Defiicent Omnibus Exhibit objections for recommended disallowed, adjourned, withdrawn |
| DiNatale, Trevor | 2/27/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 2/27/2020 | 2.8 | Review partially unliquidated litigation claims for prep of placing on Omni objection to liquidate |
| Koncar, John | 2/27/2020 | 0.8 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| Koncar, John | 2/27/2020 | 1.9 | Examine HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| McNulty, Emmett | 2/27/2020 | 1.1 | Analyze asserted HR benefit claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/27/2020 | 2.1 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Zeiss, Mark | 2/27/2020 | 1.3 | Draft January Deficient Omnibus Exhibits for Proskauer filing |
| Zeiss, Mark | 2/27/2020 | 0.9 | Draft December Deficient Omnibus Exhibits for Proskauer filing |
| Zeiss, Mark | 2/27/2020 | 0.6 | Draft December Deficient Omnibus Exhibits for Adjourned claims for Proskauer filing |
| Herriman, Jay | 2/28/2020 | 0.5 | Review claims waterfall report and prepare to send to AAFAF and counsel |
| Koncar, John | 2/28/2020 | 0.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*February 1, 2020 through February 29, 2020*

*Exhibit D*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Koncar, John | 2/28/2020 | 0.4 | Examine HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| McNulty, Emmett | 2/28/2020 | 1.1 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| **Subtotal** | | **167.4** | |

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Grussing, Bernice | 2/2/2020 | 0.7 | Prepare December Fee App Draft |
| Herriman, Jay | 2/3/2020 | 0.7 | Review draft fee invoice for December 2019. |
| Grussing, Bernice | 2/25/2020 | 0.3 | Prepare draft of January Fee App |
| Herriman, Jay | 2/25/2020 | 0.8 | Review draft January fee invoice and associated exhibits |
| Grussing, Bernice | 2/28/2020 | 0.7 | Prepare draft of Interim Fee App for Oct 2019 - Jan 2020 |
| Herriman, Jay | 2/28/2020 | 0.2 | Review final draft of January fee invoice and send for noticing |
| **Subtotal** | | **3.4** | |

*Grand Total*   **170.8**

# Exhibit B

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
MARCH 1, 2020 THROUGH MARCH 31, 2020**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3566-LTS |
| | ) | |
| | ) | |
|   as representative of | ) | |
| | ) | |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | ) | |
| GOVERNMENT OF THE COMMONWEALTH OF | | |
| PUERTO RICO, et al., | | |
| | | |
|             Debtors. [1] | | |

**COVER SHEET TO TWENTIETH MONTHLY FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
<u>MARCH 1, 2020 THROUGH MARCH 31, 2020</u>**

# ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

| | |
|---|---|
| Name of Applicant: | <u>Alvarez & Marsal North America, LLC (A&M)</u> |
| Authorized to Provide Professional Services to: | <u>Financial Oversight and Management Board of Puerto Rico</u> |
| Services Rendered to: | <u>Employee Retirement System of the Government of the Commonwealth of Puerto Rico</u> |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Period for which compensation and
reimbursement for fees and services
outside of Puerto Rico is sought: ___March 1, 2020 through March 31, 2020___

Amount of Compensation sought as actual,
reasonable and necessary: ___$83,393.19 ($92,659.10 incurred less 10%___
___voluntary reduction of $9,265.91)___

| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   - 0 - |
|---|---|
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Twentieth monthly fee application filed in these cases and is for services
rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for March 2020.

 /s/
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On May 26, 2020 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Herman D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
Attn:    John J. Rapisardi, Esq.
Suzanne Uhland, Esq.
Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn:    Luis C. Marini-Biaggi, Esq.
Carolina Velaz-Rivero, Esq.
Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn:    Robert Gordon, Esq.
Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:    Catherine Steege, Esq.
Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn:  A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn:    Reylam Guerra Goderich, Deputy Assistant of
General Accounting
Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY  10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period March 1, 2020 through March 31, 2020**
**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 176.2 | $    89,224.10 |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 4.2 | $      3,435.00 |
| **Subtotal** | **180.4** | **92,659.10** |
| *Less 10% voluntary reduction* | | *(9,265.91)* |
| **Total** | | $    **83,393.19** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $893 | 22.7 | 20,271.10 |
| Kara Harmon | Director | Claim Management | $675 | 0.4 | 270.00 |
| Mark Zeiss | Director | Claim Management | $630 | 10.7 | 6,741.00 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 7.5 | 4,125.00 |
| John Koncar | Consultant | Claim Management | $498 | 48.0 | 23,904.00 |
| Brent Wadzita | Analyst | Claim Management | $420 | 45.4 | 19,068.00 |
| Nicole Earlach | Analyst | Claim Management | $400 | 3.1 | 1,240.00 |
| Emmett McNulty | Analyst | Claim Management | $400 | 42.6 | 17,040.00 |
| **Subtotal** | | | | **180.4** | **92,659.10** |
| *Less 10% voluntary reduction* | | | | | *-9,265.91* |
| **Total** | | | | | **$83,393.19** |

**Summary of Expenses for the Period March 1, 2020 through March 31, 2020**

**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

No Expenses Incurred

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $75,053.87 for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.


/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

**<u>EXHIBITS</u>**

*Exhibit A*

---

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Task
### March 1, 2020 through March 31, 2020

---

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 176.2 | $89,224.10 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 4.2 | $3,435.00 |
| **Total** | **180.4** | **$92,659.10** |

*Exhibit B*

### *Employee Retirement System of the Government of the Commonwealth of Puerto Rico*
### *Summary of Time Detail by Professional*
### *March 1, 2020 through March 31, 2020*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893.00 | 22.7 | $20,271.10 |
| Harmon, Kara | Director | $675.00 | 0.4 | $270.00 |
| Zeiss, Mark | Director | $630.00 | 10.7 | $6,741.00 |
| DiNatale, Trevor | Consultant II | $550.00 | 7.5 | $4,125.00 |
| Koncar, John | Consultant | $498.00 | 48.0 | $23,904.00 |
| Wadzita, Brent | Analyst | $420.00 | 45.4 | $19,068.00 |
| Erlach, Nicole | Analyst | $400.00 | 3.1 | $1,240.00 |
| McNulty, Emmett | Analyst | $400.00 | 42.6 | $17,040.00 |
| | | **Total** | **180.4** | **$92,659.10** |

*Exhibit C*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### March 1, 2020 through March 31, 2020

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893 | 19.7 | $17,592.10 |
| Harmon, Kara | Director | $675 | 0.4 | $270.00 |
| Zeiss, Mark | Director | $630 | 9.5 | $5,985.00 |
| Koncar, John | Consultant | $498 | 48.0 | $23,904.00 |
| DiNatale, Trevor | Consultant II | $550 | 7.5 | $4,125.00 |
| Wadzita, Brent | Analyst | $420 | 45.4 | $19,068.00 |
| Erlach, Nicole | Analyst | $400 | 3.1 | $1,240.00 |
| McNulty, Emmett | Analyst | $400 | 42.6 | $17,040.00 |
| | | | 176.2 | $89,224.10 |
| | *Average Billing Rate* | | | $506.38 |

*Exhibit C*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### March 1, 2020 through March 31, 2020

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications**

Prepare monthly and interim fee applications in accordance with court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893 | 3.0 | $2,679.00 |
| Zeiss, Mark | Director | $630 | 1.2 | $756.00 |
| | | | 4.2 | $3,435.00 |
| | *Average Billing Rate* | | | $817.86 |

*Exhibit D*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
March 1, 2020 through March 31, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Koncar, John | 3/2/2020 | 0.4 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/2/2020 | 1.4 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/2/2020 | 1.9 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| McNulty, Emmett | 3/2/2020 | 1.1 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 3/2/2020 | 0.4 | Analyze asserted HR benefit claims to determine proper categorization for entry into ACR process |
| Koncar, John | 3/3/2020 | 0.6 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/3/2020 | 0.9 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/3/2020 | 0.7 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/3/2020 | 2.8 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| McNulty, Emmett | 3/3/2020 | 2.1 | Analyze late responses to supplemental outreach mailings related to adjourned claims on December, January and March omnibus objections to determine next steps for claims reconciliation / resolution |
| Koncar, John | 3/4/2020 | 0.3 | Review outreach responses and attached supporting documentation to match the responses to the appropriate filed claims. |
| Koncar, John | 3/4/2020 | 1.2 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/4/2020 | 1.1 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/4/2020 | 1.4 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
March 1, 2020 through March 31, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Koncar, John | 3/4/2020 | 0.4 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| McNulty, Emmett | 3/4/2020 | 1.1 | Analyze late responses to supplemental outreach mailings related to adjourned claims on December, January and March omnibus objections to determine next steps for claims reconciliation / resolution |
| Zeiss, Mark | 3/4/2020 | 1.2 | Establish high-level reporting, tags for Waterfall 2 for summary reporting for Proskauer |
| DiNatale, Trevor | 3/5/2020 | 1.7 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Koncar, John | 3/5/2020 | 0.8 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/5/2020 | 0.9 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/5/2020 | 2.8 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| McNulty, Emmett | 3/5/2020 | 2.4 | Analyze late responses to supplemental outreach mailings related to adjourned claims on December, January and March omnibus objections to determine next steps for claims reconciliation / resolution |
| McNulty, Emmett | 3/5/2020 | 1.9 | Analyze late responses to supplemental outreach mailings related to adjourned claims on December, January and March omnibus objections to determine next steps for claims reconciliation / resolution |
| Herriman, Jay | 3/6/2020 | 0.8 | Review claims waterfall report to process updates in prep of sending to AAFAF and counsel |
| Koncar, John | 3/6/2020 | 0.9 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/6/2020 | 1.9 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/6/2020 | 0.3 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |

*Exhibit D*

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
March 1, 2020 through March 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| McNulty, Emmett | 3/6/2020 | 2.7 | Analyze late responses to supplemental outreach mailings related to adjourned claims on December, January and March omnibus objections to determine next steps for claims reconciliation / resolution |
| Herriman, Jay | 3/7/2020 | 2.3 | Analyze Claims identified for ACR process to confirm placement by ACR category (i.e. Public Employee, Tax, Pension, or Union) |
| McNulty, Emmett | 3/7/2020 | 1.3 | Analyze late responses to supplemental outreach mailings related to adjourned claims on December, January and March omnibus objections to determine next steps for claims reconciliation / resolution |
| McNulty, Emmett | 3/8/2020 | 1.4 | Analyze late responses to supplemental outreach mailings related to adjourned claims on December, January and March omnibus objections to determine next steps for claims reconciliation / resolution |
| Herriman, Jay | 3/9/2020 | 0.5 | Review responses received related to Omnibus objections to prepare recommendations for next steps for Claims resolution |
| Koncar, John | 3/9/2020 | 1.4 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| McNulty, Emmett | 3/9/2020 | 1.6 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/9/2020 | 1.6 | Analyze asserted retirement claims to determine proper categorization for entry into ACR process |
| Koncar, John | 3/10/2020 | 0.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 3/10/2020 | 0.3 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| Wadzita, Brent | 3/10/2020 | 1.1 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/10/2020 | 2.1 | Analyze asserted HR benefit claims to determine proper categorization for entry into ACR process |
| Koncar, John | 3/11/2020 | 0.4 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| Koncar, John | 3/11/2020 | 0.7 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/11/2020 | 0.9 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |

> *Employee Retirement System of the Government of the Commonwealth of Puerto Rico*
> *Time Detail by Activity by Professional*
> *March 1, 2020 through March 31, 2020*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Wadzita, Brent | 3/11/2020 | 1.8 | Analyze asserted retirement claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/11/2020 | 1.6 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| Erlach, Nicole | 3/12/2020 | 1.4 | Prepare weekly Claims waterfall analysis to show Claims reconciliation progress, by Debtor, for Proskauer and Commonwealth review |
| Erlach, Nicole | 3/12/2020 | 1.7 | Prepare weekly Claims waterfall analysis to show Claims reconciliation progress, by Debtor, for Proskauer and Commonwealth review |
| Koncar, John | 3/12/2020 | 1.7 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| McNulty, Emmett | 3/12/2020 | 1.3 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/12/2020 | 2.8 | Analyze supplemental mailing responses related to pension/retirement claims to determine next steps in claim reconciliation |
| Wadzita, Brent | 3/12/2020 | 2.1 | Analyze asserted retirement claims to determine proper categorization for entry into ACR process |
| Zeiss, Mark | 3/12/2020 | 1.1 | Prepare March Deficient Adjourned claims Exhibit B for final filing |
| Zeiss, Mark | 3/12/2020 | 1.6 | Prepare March Deficient Disallowed claims Exhibit A for final filing |
| Herriman, Jay | 3/13/2020 | 0.4 | Review and provide comments on Claims waterfall to A&M team prior to sending to counsel and AAFAF |
| Koncar, John | 3/13/2020 | 0.9 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/13/2020 | 0.7 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| McNulty, Emmett | 3/13/2020 | 1.4 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/13/2020 | 1.9 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/14/2020 | 2.6 | Analyze asserted retirement claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 3/15/2020 | 1.9 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |

*Exhibit D*

```
Employee Retirement System of the Government
    of the Commonwealth of Puerto Rico
    Time Detail by Activity by Professional
    March 1, 2020 through March 31, 2020
```

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 3/16/2020 | 2.1 | Analyze uncategorized claim detail and assign reviewer/owner for reconciliation process |
| Herriman, Jay | 3/16/2020 | 2.1 | Review HR claims related to unpaid wages and benefits in prep of adding to ACR process |
| Koncar, John | 3/16/2020 | 0.6 | Examine HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| Koncar, John | 3/16/2020 | 1.9 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| McNulty, Emmett | 3/16/2020 | 1.9 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/16/2020 | 2.6 | Analyze asserted retirement claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/16/2020 | 2.7 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| Zeiss, Mark | 3/16/2020 | 2.6 | Prepare report of bondholders claiming mutual funds for current Omnibus Exhibits, past Exhibits, potential future Exhibits per Proskauer request |
| Herriman, Jay | 3/17/2020 | 2.6 | Review pension claims in prep of adding to ACR process |
| Koncar, John | 3/17/2020 | 0.4 | Review an updated outreach response report from Prime Clerk to analyze and record any updated information related to previously reviewed claim responses and documentation. |
| Koncar, John | 3/17/2020 | 0.6 | Analyze the updated outreach response report from Prime Clerk to identify all newly received claim responses and incorporate all new information into the outreach response tracker for review. |
| Koncar, John | 3/17/2020 | 1.3 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| McNulty, Emmett | 3/17/2020 | 1.2 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 3/17/2020 | 1.7 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/17/2020 | 1.9 | Analyze asserted retirement claims to determine proper categorization for entry into ACR process |
| Zeiss, Mark | 3/17/2020 | 1.1 | Prepare objection for ERS claim bondholder with multiple bond CUSIPs on brokerage statement |
| Zeiss, Mark | 3/17/2020 | 0.7 | Prepare report of adjourned claims on March Deficient Omnibus Exhibits detailing Proskauer next steps |
| Zeiss, Mark | 3/17/2020 | 1.2 | Update claims reconciliation for Deficient claims with responses for ADR, ACR, still Deficient, requests more time |

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*March 1, 2020 through March 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Koncar, John | 3/18/2020 | 1.4 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 3/18/2020 | 0.4 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| McNulty, Emmett | 3/18/2020 | 1.7 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 3/18/2020 | 1.9 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/18/2020 | 1.2 | Analyze weekly claims register to capture claim changes and review newly filed claims |
| Harmon, Kara | 3/19/2020 | 0.4 | Analyze creditor response to Claim objection to prepare comments for Proskauer |
| Herriman, Jay | 3/19/2020 | 2.9 | Review claims asserting multiple types of liability to determine if appropriate to place into ACR |
| Koncar, John | 3/19/2020 | 0.7 | Examine HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| Koncar, John | 3/19/2020 | 0.9 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 3/19/2020 | 1.4 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Wadzita, Brent | 3/19/2020 | 1.6 | Analyze asserted retirement claims to determine proper categorization for entry into ACR process |
| DiNatale, Trevor | 3/20/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 3/20/2020 | 1.3 | Review pension claims which include a pension statement in prep of sending into ACR process |
| Koncar, John | 3/20/2020 | 0.4 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| Koncar, John | 3/20/2020 | 1.1 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| McNulty, Emmett | 3/20/2020 | 1.1 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 3/20/2020 | 1.2 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/20/2020 | 1.9 | Analyze asserted retirement claims to determine proper categorization for entry into ACR process |

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
March 1, 2020 through March 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 3/21/2020 | 0.2 | Review claims waterfall and workstream update to prepare modifications prior to sending to counsel and AAFAF |
| McNulty, Emmett | 3/22/2020 | 2.8 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Herriman, Jay | 3/23/2020 | 1.1 | Review of pension claims including pension statements in prep of moving claims to ACR process |
| Koncar, John | 3/23/2020 | 1.4 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 3/23/2020 | 0.4 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| McNulty, Emmett | 3/23/2020 | 1.6 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 3/23/2020 | 1.1 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/23/2020 | 1.6 | Analyze asserted pension claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/23/2020 | 2.8 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| Koncar, John | 3/24/2020 | 1.3 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 3/24/2020 | 0.6 | Examine HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| McNulty, Emmett | 3/24/2020 | 1.7 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 3/24/2020 | 1.3 | Analyze asserted HR benefit claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/24/2020 | 2.8 | Analyze asserted HR benefit claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/24/2020 | 1.6 | Analyze asserted pension claims to determine proper categorization for entry into ACR process |
| Herriman, Jay | 3/25/2020 | 1.1 | Review claims in prep if placing into the Administrative Claims Reconciliation process |
| Koncar, John | 3/25/2020 | 0.9 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 3/25/2020 | 0.4 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |

*Exhibit D*

> ***Employee Retirement System of the Government
> of the Commonwealth of Puerto Rico
> Time Detail by Activity by Professional
> March 1, 2020 through March 31, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| McNulty, Emmett | 3/25/2020 | 1.7 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/25/2020 | 2.4 | Analyze asserted retirement claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/25/2020 | 2.3 | Analyze asserted retirement claims to determine proper categorization for entry into ACR process |
| Koncar, John | 3/26/2020 | 1.2 | Analyze newly received mailing responses to match claim response information to the appropriate filed claims. |
| McNulty, Emmett | 3/26/2020 | 1.1 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/26/2020 | 2.4 | Analyze asserted pension claims to determine proper categorization for entry into ACR process |
| DiNatale, Trevor | 3/27/2020 | 1.8 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 3/27/2020 | 1.2 | Review deficient claims to be included on objections to be heard at the June Omnibus hearing |
| Koncar, John | 3/27/2020 | 1.3 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/27/2020 | 0.4 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| Herriman, Jay | 3/31/2020 | 1.3 | Review claims to be included on Omnibus objections to be heard in June |
| Herriman, Jay | 3/31/2020 | 1.9 | Review pension claims to determine appropriate inclusion into the ACR process |
| Koncar, John | 3/31/2020 | 0.6 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| **Subtotal** | | **176.2** | |

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Zeiss, Mark | 3/2/2020 | 1.2 | Prepare summary of hours worked by workstream for use on Interim fee application |
| Herriman, Jay | 3/7/2020 | 0.6 | Review draft of the Fifth interim fee application and associated declarations / notices |

*Exhibit D*

***Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
March 1, 2020 through March 31, 2020***

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 3/8/2020 | 1.1 | Review draft of the Fifth interim fee application and associated declarations / notices |
| Herriman, Jay | 3/10/2020 | 0.7 | Incorporate comments from J. Hertzberg into draft interim fee application |
| Herriman, Jay | 3/11/2020 | 0.6 | Analyze Fifth Interim Fee Application to Finalize for Filing |
| **Subtotal** | | **4.2** | |
| ***Grand Total*** | | **180.4** | |

# **Exhibit C**

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**MONTHLY FEE APPLICATION OF FOR THE PERIOD**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3566-LTS |
| | ) | |
| | ) | |
|   as representative of | ) | |
| | ) | |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | ) | |
| GOVERNMENT OF THE COMMONWEALTH OF | | |
| PUERTO RICO, et al., | | |
| | | |
|   Debtors. [1] | | |

**COVER SHEET TO TWENTY-FIRST MONTHLY FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
APRIL 1, 2020 THROUGH APRIL 30, 2020**

# ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Employee Retirement System of the Government of the Commonwealth of Puerto Rico |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Period for which compensation and reimbursement for fees and services outside of Puerto Rico is sought: | April 1, 2020 through April 30, 2020 |
| Amount of Compensation sought as actual, reasonable and necessary: | $86,250.33 ($95,833.70 incurred less 10% voluntary reduction of $9,583.37) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $  - 0 - |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Twenty-First monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for April 2020.


/s/
_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On June 15, 2020 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
           FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Herman D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
             Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
Attn:    John J. Rapisardi, Esq.
             Suzanne Uhland, Esq.
             Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn:    Luis C. Marini-Biaggi, Esq.
             Carolina Velaz-Rivero, Esq.
             Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn:    Robert Gordon, Esq.
             Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:    Catherine Steege, Esq.
             Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn:  A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn:    Reylam Guerra Goderich, Deputy Assistant of
General Accounting
             Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
             Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
             Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
             Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY  10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period April 1, 2020 through April 30, 2020**
**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 174.1 | $       95,494.10 |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Distribution | 0.6 | 204.60 |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 0.2 | $            135.00 |
| **Subtotal** | **174.9** | **95,833.70** |
| *Less 10% voluntary reduction* | | *(9,583.37)* |
| **Total** | | $       86,250.33 |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $893 | 6.0 | 5,358.00 |
| Kara Harmon | Director | Claim Management | $675 | 8.9 | 6,007.50 |
| Mark Zeiss | Director | Claim Management | $630 | 14.5 | 9,135.00 |
| Richard Carter | Consultant II | Claim Management | $550 | 24.5 | 13,475.00 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 56.6 | 31,130.00 |
| Collier, Laura | Senior Associate | Claim Management | $525 | 30.6 | 16,065.00 |
| John Koncar | Consultant | Claim Management | $498 | 8.2 | 4,083.60 |
| Erik Waters | Associate | Claim Management | $415 | 25.0 | 10,375.00 |
| Bernice Grussing | Para Professional | Claim Management | $341 | 0.6 | 204.60 |
| **Subtotal** | | | | **174.9** | **95,833.70** |
| *Less 10% voluntary reduction* | | | | | *-9,583.37* |
| **Total** | | | | | **$86,250.33** |

**Summary of Expenses for the Period April 1, 2020 through April 30, 2020**

**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

No Expenses Incurred

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $77,625.30 for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.

/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

7

## **EXHIBITS**

*Exhibit A*

---

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Task
### April 1, 2020 through April 30, 2020

---

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 174.1 | $95,494.10 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 0.6 | $204.60 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Meeting | 0.2 | $135.00 |
| **Total** | **174.9** | **$95,833.70** |

*Exhibit B*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### April 1, 2020 through April 30, 2020

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893.00 | 6.0 | $5,358.00 |
| Harmon, Kara | Director | $675.00 | 8.9 | $6,007.50 |
| Zeiss, Mark | Director | $630.00 | 14.5 | $9,135.00 |
| Carter, Richard | Consultant II | $550.00 | 24.5 | $13,475.00 |
| DiNatale, Trevor | Consultant II | $550.00 | 56.6 | $31,130.00 |
| Collier, Laura | Senior Associate | $525.00 | 30.6 | $16,065.00 |
| Koncar, John | Consultant | $498.00 | 8.2 | $4,083.60 |
| Waters, Erik | Associate | $415.00 | 25.0 | $10,375.00 |
| Grussing, Bernice | Operations Manager | $341.00 | 0.6 | $204.60 |
| | | **Total** | **174.9** | **$95,833.70** |

*Exhibit C*

## Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
#### April 1, 2020 through April 30, 2020

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893 | 6.0 | $5,358.00 |
| Harmon, Kara | Director | $675 | 8.7 | $5,872.50 |
| Zeiss, Mark | Director | $630 | 14.5 | $9,135.00 |
| Koncar, John | Consultant | $498 | 8.2 | $4,083.60 |
| Waters, Erik | Associate | $415 | 25.0 | $10,375.00 |
| Carter, Richard | Consultant II | $550 | 24.5 | $13,475.00 |
| DiNatale, Trevor | Consultant II | $550 | 56.6 | $31,130.00 |
| Collier, Laura | Senior Associate | $525 | 30.6 | $16,065.00 |
| | | | 174.1 | $95,494.10 |
| | *Average Billing Rate* | | | $548.50 |

*Exhibit C*

**Employee Retirement System of the Government of the
Commonwealth of Puerto Rico
Summary of Time Detail by Professional
April 1, 2020 through April 30, 2020**

**Employees Retirement System
of the Government of the
Commonwealth of Puerto Rico -
Fee Applications**

Prepare monthly and interim fee applications in accordance with court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Grussing, Bernice | Operations Manager | $341 | 0.6 | $204.60 |
| | | | 0.6 | $204.60 |
| | *Average Billing Rate* | | | $341.00 |

*Exhibit C*

**Employee Retirement System of the Government of the
Commonwealth of Puerto Rico
Summary of Time Detail by Professional
April 1, 2020 through April 30, 2020**

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Meeting**

**Participate in meetings with Debtors' management, Board of Directors and/or advisors to present findings or discuss various matters related to the filing, reporting and/ or operating the business; excludes meetings with UCC and/or other Creditor constituents and their advisors.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Harmon, Kara | Director | $675 | 0.2 | $135.00 |
| | | | 0.2 | $135.00 |
| | | *Average Billing Rate* | | $675.00 |

*Exhibit D*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
April 1, 2020 through April 30, 2020**

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 4/1/2020 | 0.6 | Review claims drafted to cross-debtor duplicate objection exhibit for accuracy |
| Carter, Richard | 4/1/2020 | 0.6 | Review claims drafted to substantive duplicate objection exhibit for accuracy |
| Collier, Laura | 4/1/2020 | 1.1 | Review HR claim outreach responses and attached supporting documents to record additional provided employment and claim information |
| Herriman, Jay | 4/1/2020 | 1.2 | Review claims to be included on Omnibus objections to be heard in June |
| Koncar, John | 4/1/2020 | 0.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Carter, Richard | 4/2/2020 | 0.2 | Analyze 1 AP Claim to determine if documentation provided as support to the Claim is sufficient based upon guidelines from Commonwealth agencies in order to prepare follow up with Creditor or prepare reconciliation workbook for Commonwealth review |
| Collier, Laura | 4/2/2020 | 1.1 | Review HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| Herriman, Jay | 4/2/2020 | 0.7 | Review claims to be included on Omnibus objections to be heard in June |
| Koncar, John | 4/2/2020 | 0.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 4/2/2020 | 1.8 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Collier, Laura | 4/3/2020 | 1.3 | Review HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| DiNatale, Trevor | 4/3/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Koncar, John | 4/3/2020 | 0.4 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Collier, Laura | 4/4/2020 | 1.1 | Review HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| Collier, Laura | 4/5/2020 | 1.7 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Harmon, Kara | 4/5/2020 | 2.1 | Continue analysis of pension Claims flagged for ACR to confirm accuracy in reporting / prepare draft list for court |

**_Employee Retirement System of the Government_**
**_of the Commonwealth of Puerto Rico_**
**_Time Detail by Activity by Professional_**
**_April 1, 2020 through April 30, 2020_**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 4/5/2020 | 0.3 | Review claim waterfall updates to determine updates in reconciliation re-classifications |
| Carter, Richard | 4/6/2020 | 0.1 | Document previously reviewed AP deficient claim to flag those that were filed no scheduled claims |
| Collier, Laura | 4/6/2020 | 1.4 | Analyze litigation outreach responses to incorporate Claims into master workstream for DOJ review |
| Harmon, Kara | 4/6/2020 | 0.6 | Analyze Claims workbook from T. DiNatale related to Pension Claims review |
| Harmon, Kara | 4/6/2020 | 0.6 | Prepare Claim stratification report for Claims subject to ADR process |
| Carter, Richard | 4/7/2020 | 0.2 | Analyze 1 AP Claim to determine if documentation provided as support to the Claim is sufficient based upon guidelines from Commonwealth agencies in order to prepare follow up with Creditor or prepare reconciliation workbook for Commonwealth review |
| Collier, Laura | 4/7/2020 | 1.3 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Herriman, Jay | 4/7/2020 | 0.9 | Review updated Omnibus exhibits related to objections heard in December and January in prep of entering orders for expungement |
| Zeiss, Mark | 4/7/2020 | 0.9 | Prepare draft final report of December, January Deficient claims on Omnibus Exhibit per 3/27 deadline passed |
| Carter, Richard | 4/8/2020 | 0.3 | Review PDF versions of Omni 188-191 exhibits for accuracy |
| Carter, Richard | 4/8/2020 | 0.2 | Review claims drafted on satisfied claims objection exhibit for accuracy |
| Carter, Richard | 4/8/2020 | 0.4 | Review PDF version of Deficient claims omnibus 192 exhibit for valid mailing addresses |
| Collier, Laura | 4/8/2020 | 1.6 | Analyze litigation outreach responses to incorporate Claims into master workstream for DOJ review |
| Harmon, Kara | 4/8/2020 | 0.9 | Analyze draft omnibus objection exhibits to prepare comments for Claim removal and objection reason modifications |
| Herriman, Jay | 4/8/2020 | 1.2 | Review public employee related claims in prep of placing into the ACR process |
| Carter, Richard | 4/9/2020 | 0.3 | Review updated omnibus claim objection exhibits for accuracy |
| Collier, Laura | 4/9/2020 | 1.6 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Harmon, Kara | 4/9/2020 | 1.9 | Prepare updated master file for Claims on draft objections re: June omnibus hearing |

<div align="right">*Exhibit D*</div>

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
April 1, 2020 through April 30, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Harmon, Kara | 4/9/2020 | 1.1 | Analyze pension Claims from T. DiNatale to provide recommendations on next steps for reconciliation |
| Harmon, Kara | 4/9/2020 | 0.8 | Analyze Claim waterfall updated from P. Wirtz and T. DiNatale related to categorization of HR Claims for ACR process |
| Zeiss, Mark | 4/9/2020 | 0.8 | Review June Omnibus Exhibit Deficient claims for address issues per Prime Clerk address data |
| Carter, Richard | 4/10/2020 | 0.6 | Review updated omnibus claim objection exhibits for accuracy |
| Collier, Laura | 4/10/2020 | 1.4 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| DiNatale, Trevor | 4/10/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Zeiss, Mark | 4/10/2020 | 0.9 | Review claims for proper reporting, reconciliation for UCC, Proskauer reporting request |
| Herriman, Jay | 4/12/2020 | 0.2 | Review / update claims waterfall and send to AAFAF and counsel |
| Carter, Richard | 4/13/2020 | 0.2 | Update AP claim review schedule with contact information for claimants to be contacts for additional reconciliation information |
| Carter, Richard | 4/14/2020 | 0.7 | Prepare analysis of Claims categorized as miscellaneous to prepare updated master schedule of Claims not flagged for ADR/ACR for discussions with Proskauer related to next steps for Claims resolution |
| Carter, Richard | 4/14/2020 | 0.2 | Prepare analysis of 1 Claim categorized as miscellaneous to prepare updated master schedule of Claims not flagged for ADR/ACR for discussions with Proskauer related to next steps for Claims resolution |
| Zeiss, Mark | 4/14/2020 | 1.4 | Prepare drafts of June Omnibus Exhibits including Spanish language versions |
| Carter, Richard | 4/15/2020 | 0.3 | Prepare analysis of 2 Claims categorized as miscellaneous to prepare updated master schedule of Claims not flagged for ADR/ACR for discussions with Proskauer related to next steps for Claims resolution |
| Zeiss, Mark | 4/15/2020 | 0.9 | Revise June Omnibus Exhibits per Proskauer, A&M feedback |
| Collier, Laura | 4/16/2020 | 0.4 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| Carter, Richard | 4/17/2020 | 0.3 | Review/prepare summary of claim assertion as it relates to post-petition amounts |
| Collier, Laura | 4/17/2020 | 1.6 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| DiNatale, Trevor | 4/17/2020 | 1.4 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |

<div align="right">*Page 3 of 10*</div>

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
April 1, 2020 through April 30, 2020*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 4/18/2020 | 0.2 | Review/ identify next steps for filed claims with multiple supplemental response links |
| DiNatale, Trevor | 4/19/2020 | 2.7 | Review HR related claim detail to confirm proper categorization for ACR |
| DiNatale, Trevor | 4/19/2020 | 2.3 | Analyze HR related claim detail to confirm proper categorization for ACR |
| DiNatale, Trevor | 4/19/2020 | 1.9 | Review HR related claim detail to confirm proper categorization for ACR |
| Herriman, Jay | 4/19/2020 | 0.2 | Review claims waterfall report in prep of sending to counsel and AAFAF |
| Collier, Laura | 4/20/2020 | 1.4 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| DiNatale, Trevor | 4/20/2020 | 2.3 | Review HR related claim detail to confirm proper categorization for ACR |
| DiNatale, Trevor | 4/20/2020 | 2.9 | Perform quality check on HR related claim detail to confirm proper categorization for ACR |
| DiNatale, Trevor | 4/20/2020 | 2.6 | Perform quality check on HR related claim detail to confirm proper categorization for ACR |
| DiNatale, Trevor | 4/20/2020 | 1.4 | Review HR related claim detail to confirm proper categorization for ACR |
| DiNatale, Trevor | 4/20/2020 | 2.2 | Review HR related claim detail to confirm proper categorization for ACR |
| Zeiss, Mark | 4/20/2020 | 1.6 | Review claimant mailing, docket responses for April Deficient Omnibus Exhibit claims for proper claim next steps |
| Collier, Laura | 4/21/2020 | 1.6 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| DiNatale, Trevor | 4/21/2020 | 2.8 | Review HR related claim detail to confirm proper categorization for ACR |
| DiNatale, Trevor | 4/21/2020 | 2.6 | Generate report of uncategorized HR claim detail for ACR claims process |
| DiNatale, Trevor | 4/21/2020 | 2.9 | Analyze remaining uncategorized HR detail for next steps in reconciliation process |
| DiNatale, Trevor | 4/21/2020 | 1.9 | Perform quality check on HR related claim detail to confirm proper categorization for ACR |
| Collier, Laura | 4/22/2020 | 1.1 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| DiNatale, Trevor | 4/22/2020 | 1.1 | Analyze HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |

*Exhibit D*

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
April 1, 2020 through April 30, 2020*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 4/22/2020 | 0.9 | Analyze HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| Harmon, Kara | 4/22/2020 | 0.7 | Prepare workbook of unresolved HR Claims with documentation for review by E. Waters |
| Waters, Erik | 4/22/2020 | 1.4 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Zeiss, Mark | 4/22/2020 | 1.2 | Review bondholder claims by CUSIP for objections for inclusion in next Omnibus Objection Exhibit round |
| Carter, Richard | 4/23/2020 | 1.6 | Review 10 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/23/2020 | 1.1 | Review 6 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Collier, Laura | 4/23/2020 | 1.4 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| DiNatale, Trevor | 4/23/2020 | 1.9 | Examine HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| Waters, Erik | 4/23/2020 | 1.6 | Review of adjourned claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 4/23/2020 | 1.8 | Review of adjourned claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 4/23/2020 | 1.0 | Review of adjourned claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 4/23/2020 | 1.9 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 4/23/2020 | 1.7 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Carter, Richard | 4/24/2020 | 0.9 | Review 7 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
April 1, 2020 through April 30, 2020*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 4/24/2020 | 1.1 | Review 8 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Collier, Laura | 4/24/2020 | 1.6 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| DiNatale, Trevor | 4/24/2020 | 2.2 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Zeiss, Mark | 4/24/2020 | 1.1 | Review bondholder claims with problem CUSIPs not claimed by master claimant per recent Proskauer research on CUSIPs for new reconciliation steps |
| Collier, Laura | 4/25/2020 | 1.6 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| Herriman, Jay | 4/25/2020 | 0.2 | Review and send weekly claims waterfall to AAFAF and counsel |
| Waters, Erik | 4/25/2020 | 0.7 | Review of adjourned claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 4/26/2020 | 0.7 | Review of adjourned claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Carter, Richard | 4/27/2020 | 0.7 | Review 6 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/27/2020 | 0.9 | Review 12 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/27/2020 | 0.4 | Review 4 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/27/2020 | 2.1 | Review 14 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Collier, Laura | 4/27/2020 | 1.6 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| DiNatale, Trevor | 4/27/2020 | 1.3 | Perform quality check on omnibus claim objection detail/reconciliation |
| DiNatale, Trevor | 4/27/2020 | 1.2 | Update claim summary report/tracker highlighting Claims to placed on omnibus claim objections |
| Waters, Erik | 4/27/2020 | 1.4 | Review of adjourned claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*April 1, 2020 through April 30, 2020*

*Exhibit D*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Waters, Erik | 4/27/2020 | 1.3 | Review of adjourned claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 4/27/2020 | 2.1 | Review of adjourned claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Zeiss, Mark | 4/27/2020 | 1.8 | Review individual bondholder claims for proper reconciliation for suitability, categorization for potential Omnibus Exhibit |
| Carter, Richard | 4/28/2020 | 0.4 | Review 3 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/28/2020 | 1.9 | Review 16 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/28/2020 | 0.8 | Review 9 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Collier, Laura | 4/28/2020 | 1.5 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| DiNatale, Trevor | 4/28/2020 | 1.3 | Perform quality check on omnibus claim objection detail/reconciliation |
| DiNatale, Trevor | 4/28/2020 | 1.3 | Analyze supplemental mailing responses related to public employee claims to determine next steps in claim reconciliation |
| DiNatale, Trevor | 4/28/2020 | 1.4 | Update objection reason detail for Claims on omnibus objections |
| Waters, Erik | 4/28/2020 | 1.6 | Review of adjourned claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 4/28/2020 | 0.4 | Review of adjourned claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Zeiss, Mark | 4/28/2020 | 1.1 | Categorize bondholder claims for potential Omnibus Exhibit |
| Carter, Richard | 4/29/2020 | 0.3 | Review 2 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/29/2020 | 0.4 | Review 6 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/29/2020 | 2.2 | Review 16 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |

**Exhibit D**

> *Employee Retirement System of the Government*
> *of the Commonwealth of Puerto Rico*
> *Time Detail by Activity by Professional*
> *April 1, 2020 through April 30, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 4/29/2020 | 0.8 | Review 7 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Collier, Laura | 4/29/2020 | 1.6 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| DiNatale, Trevor | 4/29/2020 | 0.7 | Update Claims tracker for upcoming omnibus objection for Proskauer and A&M review |
| DiNatale, Trevor | 4/29/2020 | 1.4 | Update objection reason detail for Claims on omnibus objections |
| DiNatale, Trevor | 4/29/2020 | 1.2 | Perform quality check on omnibus claim objection detail/reconciliation |
| DiNatale, Trevor | 4/29/2020 | 0.9 | Update summary report of deficient mailing response claims to determine next steps in reconciliation OR to place on upcoming claims objections |
| Koncar, John | 4/29/2020 | 0.2 | Analyze filed claims, claim outreach responses, and supporting documentation to determine necessary updates to claim types, subtypes, and waterfall category classifications. |
| Koncar, John | 4/29/2020 | 1.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections, the ACR process, or further reconciliation. |
| Waters, Erik | 4/29/2020 | 1.3 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 4/29/2020 | 1.7 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Zeiss, Mark | 4/29/2020 | 1.7 | Prepare report of bondholder claims with objections by CUSIP for upcoming Omnis, Omni affects |
| Carter, Richard | 4/30/2020 | 1.1 | Review 14 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/30/2020 | 1.4 | Review 14 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/30/2020 | 0.6 | Review 8 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/30/2020 | 0.4 | Review 5 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |

<div style="border:1px solid;">

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
April 1, 2020 through April 30, 2020*

</div>

*Exhibit D*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Collier, Laura | 4/30/2020 | 1.6 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| DiNatale, Trevor | 4/30/2020 | 2.2 | Analyze employee related claim detail to categorize for ACR process |
| DiNatale, Trevor | 4/30/2020 | 0.8 | Analyze employee related claim detail to categorize for ACR process |
| DiNatale, Trevor | 4/30/2020 | 2.7 | Analyze litigation Claims to categorize by agency and case number for transfer to Commonwealth, ERS and HTA for further reconciliation |
| Herriman, Jay | 4/30/2020 | 1.1 | Review claims and associated objection reasons for claims to be included on upcoming Omnibus objection |
| Koncar, John | 4/30/2020 | 2.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections, the ACR process, or further reconciliation. |
| Waters, Erik | 4/30/2020 | 2.8 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 4/30/2020 | 0.7 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 4/30/2020 | 0.9 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Zeiss, Mark | 4/30/2020 | 1.1 | Review claimant responses for April deficient objections for ACR, ADR disposition |
| **Subtotal** | | **174.1** | |

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Grussing, Bernice | 4/10/2020 | 0.6 | Preparation of Feb Fee App Draft |
| **Subtotal** | | **0.6** | |

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Meeting

| Professional | Date | Hours | Activity |
|---|---|---|---|

*Exhibit D*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
April 1, 2020 through April 30, 2020**

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Meeting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Harmon, Kara | 4/2/2020 | 0.2 | Participate in conference call with creditor related to pension/public employee Claim to confirm basis and proper treatment under Title III |
| **Subtotal** | | **0.2** | |
| ***Grand Total*** | | 174.9 | |

# Exhibit D

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
MAY 1, 2020 THROUGH MAY 31, 2020**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3566-LTS |
| | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | ) | |
| GOVERNMENT OF THE COMMONWEALTH OF | | |
| PUERTO RICO, et al., | | |

Debtors. [1]

**COVER SHEET TO TWENTY-SECOND MONTHLY FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
MAY 1, 2020 THROUGH MAY 31, 2020**

# ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Employee Retirement System of the Government of the Commonwealth of Puerto Rico |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Period for which compensation and reimbursement for fees and services outside of Puerto Rico is sought: | May 1, 2020 through May 31, 2020 |
| Amount of Compensation sought as actual, reasonable and necessary: | $102,609.27 ($114,010.30 incurred less 10% voluntary reduction of $11,401.03) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $  - 0 - |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Twenty-Second monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for May 2020.


 /s/
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On July 6, 2020 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
          FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Herman D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:     Juan J. Casillas Ayala, Esq.
          Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
   Attn:     John J. Rapisardi, Esq.
             Suzanne Uhland, Esq.
             Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn:     Luis C. Marini-Biaggi, Esq.
          Carolina Velaz-Rivero, Esq.
          Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn:     Robert Gordon, Esq.
          Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:     Catherine Steege, Esq.
          Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn: A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn:     Reylam Guerra Goderich, Deputy Assistant of
General Accounting
          Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
          Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
          Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
          Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY  10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period May 1, 2020 through May 31, 2020 Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 214.7 | $ 113,681.70 |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 0.8 | $ 328.60 |
| **Subtotal** | **215.5** | **114,010.30** |
| *Less 10% voluntary reduction* | | *(11,401.03)* |
| **Total** | | $ **102,609.27** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $893 | 4.5 | 4,018.50 |
| Kara Harmon | Director | Claim Management | $675 | 13.8 | 9,315.00 |
| Mark Zeiss | Director | Claim Management | $630 | 6.6 | 4,158.00 |
| Richard Carter | Consultant II | Claim Management | $550 | 41.0 | 22,550.00 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 52.7 | 28,985.00 |
| Collier, Laura | Senior Associate | Claim Management | $525 | 37.4 | 19,635.00 |
| John Koncar | Consultant | Claim Management | $498 | 9.1 | 4,531.80 |
| Erik Waters | Associate | Claim Management | $415 | 49.8 | 20,667.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 0.6 | 150.00 |
| **Subtotal** | | | | **215.5** | **114,010.30** |
| *Less 10% voluntary reduction* | | | | | *-11,401.03* |
| **Total** | | | | | **$102,609.27** |

**Summary of Expenses for the Period May 1, 2020 through May 31, 2020**

**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

No Expenses Incurred

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $92,348.34 for services rendered outside of Puerto Rico.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.

/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

7

**<u>EXHIBITS</u>**

*Exhibit A*

**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**
**Summary of Time Detail by Task**
**May 1, 2020 through May 31, 2020**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 215.9 | $114,334.00 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 0.8 | $328.60 |
| **Total** | **216.7** | **$114,662.60** |

*Page 1 of 1*

*Exhibit B*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### May 1, 2020 through May 31, 2020

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893.00 | 4.6 | $4,107.80 |
| Harmon, Kara | Director | $675.00 | 13.3 | $8,977.50 |
| Zeiss, Mark | Director | $630.00 | 7.2 | $4,536.00 |
| Carter, Richard | Consultant II | $550.00 | 40.0 | $22,000.00 |
| DiNatale, Trevor | Consultant II | $550.00 | 53.6 | $29,480.00 |
| Collier, Laura | Senior Associate | $525.00 | 38.5 | $20,212.50 |
| Koncar, John | Consultant | $498.00 | 9.1 | $4,531.80 |
| Waters, Erik | Associate | $415.00 | 49.8 | $20,667.00 |
| Corbett, Natalie | Para Professional | $250.00 | 0.6 | $150.00 |
| **Total** | | | **216.7** | **$114,662.60** |

*Exhibit C*

**Employee Retirement System of the Government of the
Commonwealth of Puerto Rico
Summary of Time Detail by Professional
May 1, 2020 through May 31, 2020**

**Employees Retirement System
of the Government of the
Commonwealth of Puerto Rico -
Claims Administration and
Objections**

Advise and assist the Debtors in questions and processes regarding the claims
reconciliation process: notably, claims planning process, potential claim
analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893 | 4.4 | $3,929.20 |
| Harmon, Kara | Director | $675 | 13.3 | $8,977.50 |
| Zeiss, Mark | Director | $630 | 7.2 | $4,536.00 |
| Koncar, John | Consultant | $498 | 9.1 | $4,531.80 |
| Waters, Erik | Associate | $415 | 49.8 | $20,667.00 |
| Carter, Richard | Consultant II | $550 | 40.0 | $22,000.00 |
| DiNatale, Trevor | Consultant II | $550 | 53.6 | $29,480.00 |
| Collier, Laura | Senior Associate | $525 | 38.5 | $20,212.50 |
| | | | 215.9 | $114,334.00 |
| | *Average Billing Rate* | | | $529.57 |

*Exhibit C*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### May 1, 2020 through May 31, 2020

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications**

Prepare monthly and interim fee applications in accordance with court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893 | 0.2 | $178.60 |
| Corbett, Natalie | Para Professional | $250 | 0.6 | $150.00 |
| | | | 0.8 | $328.60 |
| | *Average Billing Rate* | | | $410.75 |

*Exhibit D*

***Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
May 1, 2020 through May 31, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 5/1/2020 | 0.4 | Review/document waterfall codes/agencies asserted on 5 adjourned deficient claim responses. |
| Carter, Richard | 5/1/2020 | 0.7 | Review/document waterfall codes/agencies asserted on 9 adjourned deficient claim responses. |
| Carter, Richard | 5/1/2020 | 0.9 | Review/document waterfall codes/agencies asserted on 12 adjourned deficient claim responses. |
| Carter, Richard | 5/1/2020 | 0.3 | Review completed analysis of adjourned deficient claims for accuracy. |
| Collier, Laura | 5/1/2020 | 2.1 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |
| DiNatale, Trevor | 5/1/2020 | 1.4 | Prepare modifications to waterfall reporting categories for weekly reporting sent to Commonwealth and Proskauer |
| DiNatale, Trevor | 5/1/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Koncar, John | 5/1/2020 | 1.1 | Review and analyze proactive outreach responses to classify and bucket for deficient objections, the ACR process, or further reconciliation. |
| Waters, Erik | 5/1/2020 | 1.6 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 5/1/2020 | 1.9 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Collier, Laura | 5/2/2020 | 1.3 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |
| Waters, Erik | 5/2/2020 | 2.3 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Herriman, Jay | 5/3/2020 | 0.2 | Review claims waterfall / prepare and send to AAFAF and Counsel |
| Waters, Erik | 5/3/2020 | 2.3 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Collier, Laura | 5/4/2020 | 1.2 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |
| DiNatale, Trevor | 5/4/2020 | 2.3 | Analyze Claims typed as "Human Resources" to categorize for entry into ACR OR recategorize for ADR |

*Page 1 of 10*

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
May 1, 2020 through May 31, 2020*

*Exhibit D*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 5/4/2020 | 1.4 | Analyze "Public Employee" Claims to capture asserted agency and Claim basis for transfer into ACR process |
| DiNatale, Trevor | 5/4/2020 | 1.9 | Prepare master workbook of claims typed as "HR" for review by A&M team in order to categorize as Public Employee, Union, or Pension |
| Koncar, John | 5/4/2020 | 0.6 | Review and analyze proactive outreach responses to classify and bucket for deficient objections, the ACR process, or further reconciliation. |
| Waters, Erik | 5/4/2020 | 2.7 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Carter, Richard | 5/5/2020 | 0.8 | Review/document 23 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/5/2020 | 1.6 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |
| DiNatale, Trevor | 5/5/2020 | 0.7 | Review adjourned Claims to categorize for ADR / ACR process |
| DiNatale, Trevor | 5/5/2020 | 1.1 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| DiNatale, Trevor | 5/5/2020 | 1.4 | Analyze Claims typed as "Human Resources" to categorize for entry into ACR OR recategorize for ADR |
| DiNatale, Trevor | 5/5/2020 | 2.1 | Analyze Claims typed as "Human Resources" to categorize for entry into ACR OR recategorize for ADR |
| Koncar, John | 5/5/2020 | 1.2 | Review and analyze proactive outreach responses to classify and bucket for deficient objections, the ACR process, or further reconciliation. |
| Waters, Erik | 5/5/2020 | 1.4 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 5/5/2020 | 1.7 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Zeiss, Mark | 5/5/2020 | 0.9 | Review Prime Clerk mailing responses review for proper reconciliation of claims on Deficient Omnibus Exhibits |
| Carter, Richard | 5/6/2020 | 0.3 | Review/document 9 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |

***Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
May 1, 2020 through May 31, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 5/6/2020 | 0.2 | Review/document 6 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/6/2020 | 1.6 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |
| DiNatale, Trevor | 5/6/2020 | 2.1 | Analyze Claims typed as "Human Resources" to categorize for entry into ACR OR recategorize for ADR |
| Herriman, Jay | 5/6/2020 | 1.8 | Review claims set to be transferred into the ACR process |
| Waters, Erik | 5/6/2020 | 2.1 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Carter, Richard | 5/7/2020 | 1.2 | Review/document 18 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Carter, Richard | 5/7/2020 | 0.9 | Review/document 14 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/7/2020 | 1.1 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |
| DiNatale, Trevor | 5/7/2020 | 0.9 | Analyze Claims typed as "Public Employee" to confirm categorization and capture asserted agency for transfer to ACR process |
| DiNatale, Trevor | 5/7/2020 | 1.9 | Continue analysis of Claims categorized as "Public Employee" to prepare Claims for transfer into ACR Process |
| Herriman, Jay | 5/7/2020 | 1.9 | Review claims to be included on Omnibus objections for July hearing |
| Koncar, John | 5/7/2020 | 1.1 | Review filed claim documentation related to HR, Litigation, and AP claims and categorize and bucket the claims for ACR, ADR, or further review/reconciliation. |
| Koncar, John | 5/7/2020 | 1.8 | Review and analyze proactive outreach responses to classify and bucket for deficient objections, the ACR process, or further reconciliation. |
| Waters, Erik | 5/7/2020 | 1.4 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 5/7/2020 | 1.9 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |

***Page 3 of 10***

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
May 1, 2020 through May 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Waters, Erik | 5/7/2020 | 2.4 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Carter, Richard | 5/8/2020 | 0.9 | Review/document 8 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Carter, Richard | 5/8/2020 | 0.6 | Review/document 5 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Carter, Richard | 5/8/2020 | 0.8 | Review/document 7 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| DiNatale, Trevor | 5/8/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Koncar, John | 5/8/2020 | 0.3 | Prepare a summary report outlining claim categorization and reconciliation updates related to HR claims with received outreach responses. |
| Carter, Richard | 5/9/2020 | 1.2 | Review/document 11 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/9/2020 | 1.1 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |
| DiNatale, Trevor | 5/9/2020 | 0.5 | Analyze Claims typed as "Public Employee" to confirm categorization and capture asserted agency for transfer to ACR process |
| Waters, Erik | 5/10/2020 | 1.6 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Carter, Richard | 5/11/2020 | 1.6 | Review/document 13 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/11/2020 | 1.6 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation of Puerto Rico - Claims Administration and Objections |
| DiNatale, Trevor | 5/11/2020 | 2.4 | Analyze public employee and pension Claims to prepare for the ACR process |
| Waters, Erik | 5/11/2020 | 0.9 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |

***Employee Retirement System of the Government***
***of the Commonwealth of Puerto Rico***
***Time Detail by Activity by Professional***
***May 1, 2020 through May 31, 2020***

*Exhibit D*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 5/12/2020 | 1.9 | Review/document 15 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/12/2020 | 1.4 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation of Puerto Rico - Claims Administration and Objections |
| DiNatale, Trevor | 5/12/2020 | 2.1 | Analyze HR claim detail to determine potential duplication for upcoming omnibus objections |
| Harmon, Kara | 5/12/2020 | 0.5 | Prepare additional no liability Claims for inclusion on July omnibus objection |
| Harmon, Kara | 5/12/2020 | 3.2 | Analyze 53 public employee Claims to confirm proper categorization for ACR and capture asserted agency for ease of transfer to Commonwealth |
| Koncar, John | 5/12/2020 | 1.1 | Review and analyze proactive outreach responses to classify and bucket for deficient objections, the ACR process, or further reconciliation. |
| Waters, Erik | 5/12/2020 | 2.1 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Zeiss, Mark | 5/12/2020 | 0.7 | Review six bondholder claims Omnibus Exhibits for July hearing objections |
| Zeiss, Mark | 5/12/2020 | 0.9 | Prepare six bondholder claims Omnibus Exhibits for July hearing objections |
| Carter, Richard | 5/13/2020 | 0.8 | Review claims drafted to July omnibus exhibits for accuracy; provide feedback to director of any issues noted. |
| Carter, Richard | 5/13/2020 | 0.9 | Review/document 7 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/13/2020 | 1.3 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation of Puerto Rico - Claims Administration and Objections |
| DiNatale, Trevor | 5/13/2020 | 2.5 | Analyze HR claim detail to determine potential duplication for upcoming omnibus objections |
| DiNatale, Trevor | 5/13/2020 | 1.8 | Review HR claim detail to determine potential duplication for upcoming omnibus objections |
| Harmon, Kara | 5/13/2020 | 2.4 | Analyze 47 public employee Claims to confirm proper categorization for ACR and capture asserted agency for ease of transfer to Commonwealth |
| Koncar, John | 5/13/2020 | 1.9 | Review and analyze proactive outreach responses to classify and bucket for deficient objections, the ACR process, or further reconciliation. |

<div style="text-align:center">

*Exhibit D*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
May 1, 2020 through May 31, 2020**

</div>

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Waters, Erik | 5/13/2020 | 1.9 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| Zeiss, Mark | 5/13/2020 | 1.0 | Review eleven Omnibus Exhibits for July hearing objections |
| Zeiss, Mark | 5/13/2020 | 0.9 | Prepare eleven Omnibus Exhibits for July hearing objections |
| Carter, Richard | 5/14/2020 | 1.1 | Review/document 5 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/14/2020 | 1.8 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation of Puerto Rico - Claims Administration and Objections |
| DiNatale, Trevor | 5/14/2020 | 1.3 | Review mailing outreach response detail to determine proper ACR/ADR categorization |
| DiNatale, Trevor | 5/14/2020 | 1.6 | Review Claims asserted agency detail for proper categorization for ACR process |
| DiNatale, Trevor | 5/14/2020 | 0.6 | Analyze public employee and pension Claims to prepare for the ACR process |
| Harmon, Kara | 5/14/2020 | 2.9 | Analyze 50 public employee Claims to confirm proper categorization for ACR and capture asserted agency for ease of transfer to Commonwealth |
| Carter, Richard | 5/15/2020 | 0.9 | Review/document 9 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/15/2020 | 1.2 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation of Puerto Rico - Claims Administration and Objections |
| Waters, Erik | 5/15/2020 | 2.7 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| Carter, Richard | 5/16/2020 | 0.6 | Review/document 9 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| DiNatale, Trevor | 5/16/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Carter, Richard | 5/18/2020 | 0.8 | Review/document 8 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/18/2020 | 1.6 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation of Puerto Rico - Claims Administration and Objections |

Exhibit D

> ### *Employee Retirement System of the Government of the Commonwealth of Puerto Rico Time Detail by Activity by Professional May 1, 2020 through May 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Harmon, Kara | 5/18/2020 | 0.6 | Analyze 7 public employee Claims to capture asserted agency for ease of transfer into ACR process and confirm proper categorization of Claim |
| Waters, Erik | 5/18/2020 | 1.9 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| Carter, Richard | 5/19/2020 | 0.4 | Review/document 2 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Carter, Richard | 5/19/2020 | 0.7 | Review/document 5 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/19/2020 | 0.4 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| DiNatale, Trevor | 5/19/2020 | 0.9 | Analyze Claims typed as "Human Resources" to categorize for entry into ACR OR recategorize for ADR |
| Waters, Erik | 5/19/2020 | 1.2 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| Carter, Richard | 5/20/2020 | 0.4 | Review/document 3 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/20/2020 | 1.4 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| DiNatale, Trevor | 5/20/2020 | 2.2 | Analyze HR Claim detail for proper ACR categorization |
| Carter, Richard | 5/21/2020 | 0.3 | Review/document 3 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/21/2020 | 1.6 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation of Puerto Rico - Claims Administration and Objections |
| Waters, Erik | 5/21/2020 | 2.2 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| Carter, Richard | 5/22/2020 | 0.3 | Prepare/send emails for 1 claim requiring additional reconciliation information from the claimants. |
| Collier, Laura | 5/22/2020 | 1.9 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| DiNatale, Trevor | 5/22/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 5/24/2020 | 0.2 | Review claims waterfall report in prep of sending to AAFAF and counsel |

*Exhibit D*

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*May 1, 2020 through May 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Collier, Laura | 5/26/2020 | 1.6 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| DiNatale, Trevor | 5/26/2020 | 1.4 | Update HR Claim reconciliation detail for proper categorization for ACR process |
| DiNatale, Trevor | 5/26/2020 | 1.8 | Perform analysis on asserted agency detail to ensure standardization across ACR process |
| Waters, Erik | 5/26/2020 | 2.8 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| Carter, Richard | 5/27/2020 | 1.7 | Review/document 9 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/27/2020 | 1.4 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| DiNatale, Trevor | 5/27/2020 | 2.4 | Analyze HR Claim mailing response detail to determine proper reconciliation for the ACR process |
| Harmon, Kara | 5/27/2020 | 1.1 | Analyze 23 asserted employee Claims to categorize for ACR process and capture asserted agency for ease of transfer to ERS |
| Waters, Erik | 5/27/2020 | 2.3 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| Waters, Erik | 5/27/2020 | 1.7 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| Zeiss, Mark | 5/27/2020 | 1.4 | Review bondholder claims with brokerage statements determining objection basis based on individual CUSIPs listed |
| Carter, Richard | 5/28/2020 | 2.4 | Review/document 12 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/28/2020 | 1.7 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| DiNatale, Trevor | 5/28/2020 | 2.2 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Harmon, Kara | 5/28/2020 | 2.6 | Analyze 52 asserted employee Claims to categorize for ACR process and capture asserted agency for ease of transfer to ERS |
| Waters, Erik | 5/28/2020 | 2.3 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| Zeiss, Mark | 5/28/2020 | 0.6 | Review bondholder claims with brokerage statements determining objection basis based on individual CUSIPs listed |
| Carter, Richard | 5/29/2020 | 0.6 | Review 12 HR-related claims in order to confirm that the basis asserted is only pension/retirement. in order to include in proposed pension Claim mailing |

*Exhibit D*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
May 1, 2020 through May 31, 2020**

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 5/29/2020 | 1.6 | Review/document 14 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Carter, Richard | 5/29/2020 | 2.2 | Review 86 HR-related claims in order to confirm that the basis asserted is only pension/retirement. in order to include in proposed pension Claim mailing |
| Carter, Richard | 5/29/2020 | 0.9 | Review 15 HR-related claims in order to confirm that the basis asserted is only pension/retirement. in order to include in proposed pension Claim mailing |
| Carter, Richard | 5/29/2020 | 1.2 | Review 38 HR-related claims in order to confirm that the basis asserted is only pension/retirement. in order to include in proposed pension Claim mailing |
| Collier, Laura | 5/29/2020 | 0.4 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Collier, Laura | 5/29/2020 | 1.1 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |
| DiNatale, Trevor | 5/29/2020 | 1.9 | Analyze pension/retirement Claims to determine proper categorization for ACR process |
| DiNatale, Trevor | 5/29/2020 | 2.8 | Review pension/retirement Claims to determine proper categorization for ACR process |
| Waters, Erik | 5/29/2020 | 0.9 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| Waters, Erik | 5/29/2020 | 2.3 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| Zeiss, Mark | 5/29/2020 | 0.8 | Review claimant responses for claims on Deficient Omnis for June, April for reconciliation for determination for ACR, ADR or other steps required |
| Carter, Richard | 5/30/2020 | 2.1 | Review 50 HR-related claims in order to confirm that the basis asserted is only pension/retirement. in order to include in proposed pension Claim mailing |
| Carter, Richard | 5/30/2020 | 1.9 | Review 39 HR-related claims in order to confirm that the basis asserted is only pension/retirement. in order to include in proposed pension Claim mailing |
| Carter, Richard | 5/30/2020 | 1.4 | Review 28 HR-related claims in order to confirm that the basis asserted is only pension/retirement. in order to include in proposed pension Claim mailing |
| Carter, Richard | 5/30/2020 | 0.7 | Review 14 HR-related claims in order to confirm that the basis asserted is only pension/retirement. in order to include in proposed pension Claim mailing |

*Exhibit D*

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*May 1, 2020 through May 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 5/30/2020 | 1.1 | Review 22 HR-related claims in order to confirm that the basis asserted is only pension/retirement. in order to include in proposed pension Claim mailing |
| Collier, Laura | 5/30/2020 | 2.4 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |
| Collier, Laura | 5/30/2020 | 2.8 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |
| Collier, Laura | 5/30/2020 | 2.9 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |
| Herriman, Jay | 5/30/2020 | 0.3 | Review updated claims waterfall analysis prior to sending to AAFAF and counsel |
| Waters, Erik | 5/30/2020 | 1.3 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| Carter, Richard | 5/31/2020 | 2.3 | Review 54 HR-related claims in order to confirm that the basis asserted is only pension/retirement. in order to include in proposed pension Claim mailing |

**Subtotal** **215.9**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Corbett, Natalie | 5/14/2020 | 0.6 | Prepare March fee apps. |
| Herriman, Jay | 5/24/2020 | 0.2 | Review final March fee application |

**Subtotal** **0.8**

***Grand Total*** **216.7**

## Exhibit E

**ALVAREZ & MARSAL NORTH AMERICA, LLC
PROFESSIONAL SERVICES TIME DETAIL FOR THE SIXTH INTERIM
FEE APPLICATION PERIOD
FEBRUARY 1, 2020 THROUGH MAY 31, 2020**

*Exhibit E*

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
February 1, 2020 through May 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 2/3/2020 | 2.1 | Review supplemental mailing responses to determine next steps in reconciliation process |
| McNulty, Emmett | 2/3/2020 | 1.2 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/3/2020 | 1.6 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/3/2020 | 1.3 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/3/2020 | 0.9 | Analyze asserted HR benefit claims to determine proper categorization for entry into ACR process |
| Herriman, Jay | 2/4/2020 | 1.1 | Review of data to be sent to various agencies related to settled litigation matters to determine status of payments |
| Koncar, John | 2/4/2020 | 0.8 | Analyze filed treasury claims along with supporting documentation to prepare synopsis of each asserted claim. |
| McNulty, Emmett | 2/4/2020 | 0.4 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/4/2020 | 2.2 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Herriman, Jay | 2/5/2020 | 1.3 | Review claims to be included in April deficient claims objection |
| McNulty, Emmett | 2/5/2020 | 2.6 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/5/2020 | 0.9 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/5/2020 | 1.3 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/5/2020 | 1.6 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/6/2020 | 2.3 | Review HR proactive outreach response forms returned by claimants |
| Herriman, Jay | 2/6/2020 | 2.5 | Review deficient claim objection responses to determine if they are sufficient to move to the ACR process |
| McNulty, Emmett | 2/6/2020 | 0.9 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/6/2020 | 1.6 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/6/2020 | 1.3 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |

*Exhibit E*

**Employee Retirement System of the Government**
**of the Commonwealth of Puerto Rico**
**Time Detail by Activity by Professional**
**February 1, 2020 through May 31, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| McNulty, Emmett | 2/6/2020 | 1.1 | Analyze asserted HR benefit claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/6/2020 | 1.2 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/7/2020 | 1.6 | Review HR proactive outreach response forms returned by claimants |
| Collier, Laura | 2/7/2020 | 0.4 | Review HR proactive outreach response forms returned by claimants |
| Collier, Laura | 2/7/2020 | 2.9 | Review HR proactive outreach response forms returned by claimants |
| DiNatale, Trevor | 2/7/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 2/7/2020 | 0.7 | Review updated claims waterfall in prep of sending to AAFAF and counsel |
| Koncar, John | 2/7/2020 | 0.9 | Analyze filed treasury claims along with supporting documentation to prepare synopses of each asserted claim and update claim types and waterfall categories as necessary. |
| Koncar, John | 2/7/2020 | 1.4 | Analyze legal arbitration claims along with supporting documentation to prepare synopses of each asserted claim and update claim types and waterfall categories as necessary. |
| McNulty, Emmett | 2/7/2020 | 1.3 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/9/2020 | 1.7 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/9/2020 | 1.6 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/9/2020 | 2.1 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/10/2020 | 2.4 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Koncar, John | 2/10/2020 | 0.4 | Analyze filed legal claims along with supporting documentation to prepare synopses of each asserted claim. |
| Koncar, John | 2/10/2020 | 0.2 | Update legal and treasury claim types, subtypes, and waterfall categories based on review of the claims and supporting documentation. |
| McNulty, Emmett | 2/10/2020 | 1.3 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/11/2020 | 2.9 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |

*Page 2 of 35*

Exhibit E

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*February 1, 2020 through May 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Collier, Laura | 2/11/2020 | 0.3 | Analyze supplemental outreach responses to determine next steps for HR claims |
| DiNatale, Trevor | 2/11/2020 | 0.5 | Review claim detail for missing address detail |
| Herriman, Jay | 2/11/2020 | 3.1 | Review claims listed Omnibus objections to be heard at April hearing |
| Hertzberg, Julie | 2/11/2020 | 1.5 | Review claims listed Omnibus objections to be heard at April hearing |
| Koncar, John | 2/11/2020 | 0.8 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| McNulty, Emmett | 2/11/2020 | 1.3 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/11/2020 | 2.4 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/11/2020 | 1.6 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/12/2020 | 0.9 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Collier, Laura | 2/12/2020 | 2.8 | Analyze supplemental outreach responses to determine next steps for HR claims |
| DiNatale, Trevor | 2/12/2020 | 0.7 | Review claim detail for missing address detail |
| Herriman, Jay | 2/12/2020 | 0.5 | Prepare analysis of claims missing creditor information and send same to ERS for review |
| Herriman, Jay | 2/12/2020 | 3.2 | Review claims listed Omnibus objections to be heard at April hearing |
| Koncar, John | 2/12/2020 | 0.9 | Analyze filed claim forms, outreach responses, and supporting documentation related to HR and Legal claims to update the claim categorizations and flag deficient claims. |
| McNulty, Emmett | 2/12/2020 | 1.8 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/12/2020 | 1.4 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/13/2020 | 1.7 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Collier, Laura | 2/13/2020 | 2.1 | Analyze supplemental outreach responses to determine next steps for HR claims |
| Harmon, Kara | 2/13/2020 | 0.3 | Prepare workbook of accounts payable claims for review and further reconciliation by ERS |

*Exhibit E*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
February 1, 2020 through May 31, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Koncar, John | 2/13/2020 | 0.8 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| McNulty, Emmett | 2/13/2020 | 1.1 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/13/2020 | 1.3 | Analyze asserted HR benefit claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/14/2020 | 1.9 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| DiNatale, Trevor | 2/14/2020 | 1.7 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Koncar, John | 2/14/2020 | 0.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| McNulty, Emmett | 2/14/2020 | 1.7 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/14/2020 | 0.9 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/14/2020 | 0.8 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/17/2020 | 0.2 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Collier, Laura | 2/17/2020 | 1.4 | Analyze supplemental outreach responses to determine next steps for HR claims |
| Koncar, John | 2/17/2020 | 0.3 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| Koncar, John | 2/17/2020 | 0.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| McNulty, Emmett | 2/17/2020 | 1.9 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/18/2020 | 2.2 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Collier, Laura | 2/18/2020 | 0.4 | Analyze supplemental outreach responses to determine next steps for HR claims |
| Koncar, John | 2/18/2020 | 0.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 2/18/2020 | 0.4 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Time Detail by Activity by Professional
### February 1, 2020 through May 31, 2020

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| McNulty, Emmett | 2/18/2020 | 1.3 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/18/2020 | 1.3 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/19/2020 | 1.4 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Collier, Laura | 2/19/2020 | 0.2 | QC work product from review of outreach responses |
| Koncar, John | 2/19/2020 | 0.9 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 2/19/2020 | 0.4 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| Koncar, John | 2/19/2020 | 0.9 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| McNulty, Emmett | 2/19/2020 | 0.7 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/19/2020 | 1.4 | Analyze asserted HR benefit claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/19/2020 | 1.4 | Analyze asserted HR benefit claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/20/2020 | 1.4 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Collier, Laura | 2/20/2020 | 0.1 | Analyze supplemental outreach responses to determine next steps for HR claims |
| DiNatale, Trevor | 2/20/2020 | 2.0 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Koncar, John | 2/20/2020 | 0.8 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 2/20/2020 | 1.4 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| McNulty, Emmett | 2/20/2020 | 1.7 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/20/2020 | 1.1 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| Collier, Laura | 2/21/2020 | 0.2 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Collier, Laura | 2/21/2020 | 0.8 | Analyze supplemental outreach responses to determine next steps for HR claims |

Exhibit E

***Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
February 1, 2020 through May 31, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 2/21/2020 | 1.8 | Review claims listed Omnibus objections to be heard at April hearing |
| Koncar, John | 2/21/2020 | 1.1 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 2/21/2020 | 1.9 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 2/21/2020 | 0.4 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| McNulty, Emmett | 2/21/2020 | 1.6 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/22/2020 | 1.3 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| Herriman, Jay | 2/23/2020 | 0.4 | Review updated claims waterfall analysis and prep to send to counsel and AAFAF |
| Collier, Laura | 2/24/2020 | 1.6 | Review of proactive outreach HR response forms |
| Herriman, Jay | 2/24/2020 | 2.7 | Review claims included on Omni 171 - 172 (Deficient / late filed claims) |
| Koncar, John | 2/24/2020 | 0.6 | Examine HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| Koncar, John | 2/24/2020 | 1.8 | Review claim outreach responses filed against the ERS to verify that the basis, claim categories, and key claim information are accurately recorded on the master outreach response tracker. |
| McNulty, Emmett | 2/24/2020 | 1.2 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/24/2020 | 0.8 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Koncar, John | 2/25/2020 | 0.8 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| Koncar, John | 2/25/2020 | 0.4 | Analyze proactive outreach responses to verify that response forms are accurately matched with the appropriate filed claims. |
| Koncar, John | 2/25/2020 | 0.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| McNulty, Emmett | 2/25/2020 | 1.6 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| Zeiss, Mark | 2/25/2020 | 1.3 | Draft April Deficient Omnibus Exhibits for Proskauer filing |

*Employee Retirement System of the Government of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*February 1, 2020 through May 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 2/26/2020 | 2.1 | Review partially unliquidated litigation claims for prep of placing on Omni objection to liquidate |
| Herriman, Jay | 2/26/2020 | 1.6 | Review HR pension claims slated to be included in ACR process |
| Koncar, John | 2/26/2020 | 0.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| McNulty, Emmett | 2/26/2020 | 1.7 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/26/2020 | 0.9 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Zeiss, Mark | 2/26/2020 | 0.7 | Draft March Deficient Omnibus Exhibits for Proskauer filing |
| Zeiss, Mark | 2/26/2020 | 1.2 | Prepare responses Proskauer questions re: March claims on Defiicent Omnibus Exhibit objections for recommended disallowed, adjourned, withdrawn |
| DiNatale, Trevor | 2/27/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 2/27/2020 | 2.8 | Review partially unliquidated litigation claims for prep of placing on Omni objection to liquidate |
| Koncar, John | 2/27/2020 | 1.9 | Examine HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| Koncar, John | 2/27/2020 | 0.8 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| McNulty, Emmett | 2/27/2020 | 2.1 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 2/27/2020 | 1.1 | Analyze asserted HR benefit claims to determine proper categorization for entry into ACR process |
| Zeiss, Mark | 2/27/2020 | 0.6 | Draft December Deficient Omnibus Exhibits for Adjourned claims for Proskauer filing |
| Zeiss, Mark | 2/27/2020 | 0.9 | Draft December Deficient Omnibus Exhibits for Proskauer filing |
| Zeiss, Mark | 2/27/2020 | 1.3 | Draft January Deficient Omnibus Exhibits for Proskauer filing |
| Herriman, Jay | 2/28/2020 | 0.5 | Review claims waterfall report and prepare to send to AAFAF and counsel |
| Koncar, John | 2/28/2020 | 0.4 | Examine HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |

*Employee Retirement System of the Government of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*February 1, 2020 through May 31, 2020*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Koncar, John | 2/28/2020 | 0.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| McNulty, Emmett | 2/28/2020 | 1.1 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Koncar, John | 3/2/2020 | 1.9 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/2/2020 | 0.4 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/2/2020 | 1.4 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| McNulty, Emmett | 3/2/2020 | 1.1 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 3/2/2020 | 0.4 | Analyze asserted HR benefit claims to determine proper categorization for entry into ACR process |
| Koncar, John | 3/3/2020 | 0.7 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/3/2020 | 2.8 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/3/2020 | 0.6 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/3/2020 | 0.9 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| McNulty, Emmett | 3/3/2020 | 2.1 | Analyze late responses to supplemental outreach mailings related to adjourned claims on December, January and March omnibus objections to determine next steps for claims reconciliation / resolution |
| Koncar, John | 3/4/2020 | 1.2 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/4/2020 | 0.3 | Review outreach responses and attached supporting documentation to match the responses to the appropriate filed claims. |

*Exhibit E*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
February 1, 2020 through May 31, 2020**

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico -
Claims Administration and Objections**

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Koncar, John | 3/4/2020 | 0.4 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/4/2020 | 1.4 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/4/2020 | 1.1 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| McNulty, Emmett | 3/4/2020 | 1.1 | Analyze late responses to supplemental outreach mailings related to adjourned claims on December, January and March omnibus objections to determine next steps for claims reconciliation / resolution |
| Zeiss, Mark | 3/4/2020 | 1.2 | Establish high-level reporting, tags for Waterfall 2 for summary reporting for Proskauer |
| DiNatale, Trevor | 3/5/2020 | 1.7 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Koncar, John | 3/5/2020 | 0.9 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/5/2020 | 2.8 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/5/2020 | 0.8 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| McNulty, Emmett | 3/5/2020 | 2.4 | Analyze late responses to supplemental outreach mailings related to adjourned claims on December, January and March omnibus objections to determine next steps for claims reconciliation / resolution |
| McNulty, Emmett | 3/5/2020 | 1.9 | Analyze late responses to supplemental outreach mailings related to adjourned claims on December, January and March omnibus objections to determine next steps for claims reconciliation / resolution |
| Herriman, Jay | 3/6/2020 | 0.8 | Review / Update claims waterfall report in prep of sending to AAFAF and counsel |
| Koncar, John | 3/6/2020 | 0.9 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/6/2020 | 1.9 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
February 1, 2020 through May 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Koncar, John | 3/6/2020 | 0.3 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| McNulty, Emmett | 3/6/2020 | 2.7 | Analyze late responses to supplemental outreach mailings related to adjourned claims on December, January and March omnibus objections to determine next steps for claims reconciliation / resolution |
| Herriman, Jay | 3/7/2020 | 2.3 | Review claims to be placed into ACR process |
| McNulty, Emmett | 3/7/2020 | 1.3 | Analyze late responses to supplemental outreach mailings related to adjourned claims on December, January and March omnibus objections to determine next steps for claims reconciliation / resolution |
| McNulty, Emmett | 3/8/2020 | 1.4 | Analyze late responses to supplemental outreach mailings related to adjourned claims on December, January and March omnibus objections to determine next steps for claims reconciliation / resolution |
| Herriman, Jay | 3/9/2020 | 0.5 | Review responses received related to Omnibus objections |
| Koncar, John | 3/9/2020 | 1.4 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| McNulty, Emmett | 3/9/2020 | 1.6 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/9/2020 | 1.6 | Analyze asserted retirement claims to determine proper categorization for entry into ACR process |
| Koncar, John | 3/10/2020 | 0.3 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| Koncar, John | 3/10/2020 | 0.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Wadzita, Brent | 3/10/2020 | 1.1 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/10/2020 | 2.1 | Analyze asserted HR benefit claims to determine proper categorization for entry into ACR process |
| Koncar, John | 3/11/2020 | 0.4 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| Koncar, John | 3/11/2020 | 0.9 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |

**Employee Retirement System of the Government**
**of the Commonwealth of Puerto Rico**
**Time Detail by Activity by Professional**
**February 1, 2020 through May 31, 2020**

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Koncar, John | 3/11/2020 | 0.7 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Wadzita, Brent | 3/11/2020 | 1.6 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/11/2020 | 1.8 | Analyze asserted retirement claims to determine proper categorization for entry into ACR process |
| Erlach, Nicole | 3/12/2020 | 1.7 | Prepare weekly waterfall report |
| Erlach, Nicole | 3/12/2020 | 1.4 | Prepare weekly waterfall report |
| Koncar, John | 3/12/2020 | 1.7 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| McNulty, Emmett | 3/12/2020 | 1.3 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/12/2020 | 2.8 | Analyze supplemental mailing responses related to pension/retirement claims to determine next steps in claim reconciliation |
| Wadzita, Brent | 3/12/2020 | 2.1 | Analyze asserted retirement claims to determine proper categorization for entry into ACR process |
| Zeiss, Mark | 3/12/2020 | 1.6 | Prepare March Deficient Disallowed claims Exhibit A for final filing |
| Zeiss, Mark | 3/12/2020 | 1.1 | Prepare March Deficient Adjourned claims Exhibit B for final filing |
| Herriman, Jay | 3/13/2020 | 0.4 | Review and provide comments on Claims waterfall to A&M team prior to sending to counsel and AAFAF |
| Koncar, John | 3/13/2020 | 0.9 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/13/2020 | 0.7 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| McNulty, Emmett | 3/13/2020 | 1.4 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/13/2020 | 1.9 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/14/2020 | 2.6 | Analyze asserted retirement claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 3/15/2020 | 1.9 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |

*Exhibit E*

> *Employee Retirement System of the Government*
> *of the Commonwealth of Puerto Rico*
> *Time Detail by Activity by Professional*
> *February 1, 2020 through May 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 3/16/2020 | 2.1 | Analyze uncategorized claim detail and assign reviewer/owner for reconciliation process |
| Herriman, Jay | 3/16/2020 | 2.1 | Review HR claims related to unpaid wages and benefits in prep of adding to ACR process |
| Koncar, John | 3/16/2020 | 1.9 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 3/16/2020 | 0.6 | Examine HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| McNulty, Emmett | 3/16/2020 | 1.9 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/16/2020 | 2.6 | Analyze asserted retirement claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/16/2020 | 2.7 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| Zeiss, Mark | 3/16/2020 | 2.6 | Prepare report of bondholders claiming mutual funds for current Omnibus Exhibits, past Exhibits, potential future Exhibits per Proskauer request |
| Herriman, Jay | 3/17/2020 | 2.6 | Review pension claims in prep of adding to ACR process |
| Koncar, John | 3/17/2020 | 0.4 | Review an updated outreach response report from Prime Clerk to analyze and record any updated information related to previously reviewed claim responses and documentation. |
| Koncar, John | 3/17/2020 | 0.6 | Analyze the updated outreach response report from Prime Clerk to identify all newly received claim responses and incorporate all new information into the outreach response tracker for review. |
| Koncar, John | 3/17/2020 | 1.3 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| McNulty, Emmett | 3/17/2020 | 1.2 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 3/17/2020 | 1.7 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/17/2020 | 1.9 | Analyze asserted retirement claims to determine proper categorization for entry into ACR process |
| Zeiss, Mark | 3/17/2020 | 0.7 | Prepare report of adjourned claims on March Deficient Omnibus Exhibits detailing Proskauer next steps |
| Zeiss, Mark | 3/17/2020 | 1.2 | Update claims reconciliation for Deficient claims with responses for ADR, ACR, still Deficient, requests more time |
| Zeiss, Mark | 3/17/2020 | 1.1 | Prepare objection for ERS claim bondholder with multiple bond CUSIPs on brokerage statement |

**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**
**Time Detail by Activity by Professional**
**February 1, 2020 through May 31, 2020**

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections**

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Koncar, John | 3/18/2020 | 1.4 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 3/18/2020 | 0.4 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| McNulty, Emmett | 3/18/2020 | 1.7 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 3/18/2020 | 1.9 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/18/2020 | 1.2 | Analyze weekly claims register to capture claim changes and review newly filed claims |
| Harmon, Kara | 3/19/2020 | 0.4 | Analyze creditor response to Claim objection to prepare comments for Proskauer |
| Herriman, Jay | 3/19/2020 | 2.9 | Review claims asserting multiple types of liability to determine if appropriate to place into ACR |
| Koncar, John | 3/19/2020 | 0.9 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 3/19/2020 | 0.7 | Examine HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| Koncar, John | 3/19/2020 | 1.4 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Wadzita, Brent | 3/19/2020 | 1.6 | Analyze asserted retirement claims to determine proper categorization for entry into ACR process |
| DiNatale, Trevor | 3/20/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 3/20/2020 | 1.3 | Review pension claims which include a pension statement in prep of sending into ACR process |
| Koncar, John | 3/20/2020 | 1.1 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 3/20/2020 | 0.4 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| McNulty, Emmett | 3/20/2020 | 1.1 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 3/20/2020 | 1.2 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/20/2020 | 1.9 | Analyze asserted retirement claims to determine proper categorization for entry into ACR process |

*Exhibit E*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
February 1, 2020 through May 31, 2020**

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico -
Claims Administration and Objections**

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 3/21/2020 | 0.2 | Review / Update claims waterfall and workstream update prior to sending to counsel and AAFAF |
| McNulty, Emmett | 3/22/2020 | 2.8 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Herriman, Jay | 3/23/2020 | 1.1 | Review of pension claims including pension statements in prep of moving claims to ACR process |
| Koncar, John | 3/23/2020 | 1.4 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 3/23/2020 | 0.4 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| McNulty, Emmett | 3/23/2020 | 1.6 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 3/23/2020 | 1.1 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/23/2020 | 1.6 | Analyze asserted pension claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/23/2020 | 2.8 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| Koncar, John | 3/24/2020 | 1.3 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 3/24/2020 | 0.6 | Examine HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| McNulty, Emmett | 3/24/2020 | 1.7 | Analyze asserted wage increase HR claims to determine proper categorization for entry into ACR process |
| McNulty, Emmett | 3/24/2020 | 1.3 | Analyze asserted HR benefit claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/24/2020 | 1.6 | Analyze asserted pension claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/24/2020 | 2.8 | Analyze asserted HR benefit claims to determine proper categorization for entry into ACR process |
| Herriman, Jay | 3/25/2020 | 1.1 | Review claims in prep if placing into the Administrative Claims Reconciliation process |
| Koncar, John | 3/25/2020 | 0.9 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 3/25/2020 | 0.4 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
February 1, 2020 through May 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| McNulty, Emmett | 3/25/2020 | 1.7 | Analyze asserted Ley(es) HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/25/2020 | 2.4 | Analyze asserted retirement claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/25/2020 | 2.3 | Analyze asserted retirement claims to determine proper categorization for entry into ACR process |
| Koncar, John | 3/26/2020 | 1.2 | Analyze newly received mailing responses to match claim response information to the appropriate filed claims. |
| McNulty, Emmett | 3/26/2020 | 1.1 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Wadzita, Brent | 3/26/2020 | 2.4 | Analyze asserted pension claims to determine proper categorization for entry into ACR process |
| DiNatale, Trevor | 3/27/2020 | 1.8 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 3/27/2020 | 1.2 | Review deficient claims to be included on objections to be heard at the June Omnibus hearing |
| Koncar, John | 3/27/2020 | 1.3 | Analyze claim outreach responses submitted in response to omnibus objections to categorize claims and record key claim information. |
| Koncar, John | 3/27/2020 | 0.4 | Update claim types, subtypes, and waterfall categories based on review of the filed proofs of claim, outreach responses, and supporting documentation. |
| Herriman, Jay | 3/31/2020 | 1.9 | Review pension claims to determine appropriate inclusion into the ACR process |
| Herriman, Jay | 3/31/2020 | 1.3 | Review claims to be included on Omnibus objections to be heard in June |
| Koncar, John | 3/31/2020 | 0.6 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Carter, Richard | 4/1/2020 | 0.6 | Review claims drafted to cross-debtor duplicate objection exhibit for accuracy |
| Carter, Richard | 4/1/2020 | 0.6 | Review claims drafted to substantive duplicate objection exhibit for accuracy |
| Collier, Laura | 4/1/2020 | 1.1 | Review HR claim outreach responses and attached supporting documents to record additional provided employment and claim information |
| Herriman, Jay | 4/1/2020 | 1.2 | Review claims to be included on Omnibus objections to be heard in June |
| Koncar, John | 4/1/2020 | 0.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |

***Employee Retirement System of the Government of the Commonwealth of Puerto Rico Time Detail by Activity by Professional February 1, 2020 through May 31, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 4/2/2020 | 0.2 | Analyze 1 AP Claim to determine if documentation provided as support to the Claim is sufficient based upon guidelines from Commonwealth agencies in order to prepare follow up with Creditor or prepare reconciliation workbook for Commonwealth review |
| Collier, Laura | 4/2/2020 | 1.1 | Review HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| Herriman, Jay | 4/2/2020 | 0.7 | Review claims to be included on Omnibus objections to be heard in June |
| Koncar, John | 4/2/2020 | 0.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 4/2/2020 | 1.8 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Collier, Laura | 4/3/2020 | 1.3 | Review HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| DiNatale, Trevor | 4/3/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Koncar, John | 4/3/2020 | 0.4 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Collier, Laura | 4/4/2020 | 1.1 | Review HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| Collier, Laura | 4/5/2020 | 1.7 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Harmon, Kara | 4/5/2020 | 2.1 | Continue analysis of pension Claims flagged for ACR to confirm accuracy in reporting / prepare draft list for court |
| Herriman, Jay | 4/5/2020 | 0.3 | Review claim waterfall updates to determine updates in reconciliation re-classifications |
| Carter, Richard | 4/6/2020 | 0.1 | Document previously reviewed AP deficient claim to flag those that were filed no scheduled claims |
| Collier, Laura | 4/6/2020 | 1.4 | Analyze litigation outreach responses to incorporate Claims into master workstream for DOJ review |
| Harmon, Kara | 4/6/2020 | 0.6 | Analyze Claims workbook from T. DiNatale related to Pension Claims review |
| Harmon, Kara | 4/6/2020 | 0.6 | Prepare Claim stratification report for Claims subject to ADR process |

*Exhibit E*

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
February 1, 2020 through May 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 4/7/2020 | 0.2 | Analyze 1 AP Claim to determine if documentation provided as support to the Claim is sufficient based upon guidelines from Commonwealth agencies in order to prepare follow up with Creditor or prepare reconciliation workbook for Commonwealth review |
| Collier, Laura | 4/7/2020 | 1.3 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Herriman, Jay | 4/7/2020 | 0.9 | Review updated Omnibus exhibits related to objections heard in December and January in prep of entering orders for expungement |
| Zeiss, Mark | 4/7/2020 | 0.9 | Prepare draft final report of December, January Deficient claims on Omnibus Exhibit per 3/27 deadline passed |
| Carter, Richard | 4/8/2020 | 0.3 | Review PDF versions of Omni 188-191 exhibits for accuracy |
| Carter, Richard | 4/8/2020 | 0.4 | Review PDF version of Deficient claims omnibus 192 exhibit for valid mailing addresses |
| Carter, Richard | 4/8/2020 | 0.2 | Review claims drafted on satisfied claims objection exhibit for accuracy |
| Collier, Laura | 4/8/2020 | 1.6 | Analyze litigation outreach responses to incorporate Claims into master workstream for DOJ review |
| Harmon, Kara | 4/8/2020 | 0.9 | Analyze draft omnibus objection exhibits to prepare comments for Claim removal and objection reason modifications |
| Herriman, Jay | 4/8/2020 | 1.2 | Review public employee related claims in prep of placing into the ACR process |
| Carter, Richard | 4/9/2020 | 0.3 | Review updated omnibus claim objection exhibits for accuracy |
| Collier, Laura | 4/9/2020 | 1.6 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Harmon, Kara | 4/9/2020 | 1.9 | Prepare updated master file for Claims on draft objections re: June omnibus hearing |
| Harmon, Kara | 4/9/2020 | 0.8 | Analyze Claim waterfall updated from P. Wirtz and T. DiNatale related to categorization of HR Claims for ACR process |
| Harmon, Kara | 4/9/2020 | 1.1 | Analyze pension Claims from T. DiNatale to provide recommendations on next steps for reconciliation |
| Zeiss, Mark | 4/9/2020 | 0.8 | Review June Omnibus Exhibit Deficient claims for address issues per Prime Clerk address data |
| Carter, Richard | 4/10/2020 | 0.6 | Review updated omnibus claim objection exhibits for accuracy |
| Collier, Laura | 4/10/2020 | 1.4 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |

*Exhibit E*

**Employee Retirement System of the Government of the Commonwealth of Puerto Rico Time Detail by Activity by Professional February 1, 2020 through May 31, 2020**

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 4/10/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Zeiss, Mark | 4/10/2020 | 0.9 | Review claims for proper reporting, reconciliation for UCC, Proskauer reporting request |
| Herriman, Jay | 4/12/2020 | 0.2 | Review / update claims waterfall and send to AAFAF and counsel |
| Carter, Richard | 4/13/2020 | 0.2 | Update AP claim review schedule with contact information for claimants to be contacts for additional reconciliation information |
| Carter, Richard | 4/14/2020 | 0.2 | Prepare analysis of 1 Claim categorized as miscellaneous to prepare updated master schedule of Claims not flagged for ADR/ACR for discussions with Proskauer related to next steps for Claims resolution |
| Carter, Richard | 4/14/2020 | 0.7 | Prepare analysis of Claims categorized as miscellaneous to prepare updated master schedule of Claims not flagged for ADR/ACR for discussions with Proskauer related to next steps for Claims resolution |
| Zeiss, Mark | 4/14/2020 | 1.4 | Prepare drafts of June Omnibus Exhibits including Spanish language versions |
| Carter, Richard | 4/15/2020 | 0.3 | Prepare analysis of 2 Claims categorized as miscellaneous to prepare updated master schedule of Claims not flagged for ADR/ACR for discussions with Proskauer related to next steps for Claims resolution |
| Zeiss, Mark | 4/15/2020 | 0.9 | Revise June Omnibus Exhibits per Proskauer, A&M feedback |
| Collier, Laura | 4/16/2020 | 0.4 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| Carter, Richard | 4/17/2020 | 0.3 | Review/prepare summary of claim assertion as it relates to post-petition amounts |
| Collier, Laura | 4/17/2020 | 1.6 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| DiNatale, Trevor | 4/17/2020 | 1.4 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Carter, Richard | 4/18/2020 | 0.2 | Review/ identify next steps for filed claims with multiple supplemental response links |
| DiNatale, Trevor | 4/19/2020 | 2.7 | Review HR related claim detail to confirm proper categorization for ACR |
| DiNatale, Trevor | 4/19/2020 | 2.3 | Analyze HR related claim detail to confirm proper categorization for ACR |
| DiNatale, Trevor | 4/19/2020 | 1.9 | Review HR related claim detail to confirm proper categorization for ACR |

*Page 18 of 35*

*Exhibit E*

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
February 1, 2020 through May 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 4/19/2020 | 0.2 | Review claims waterfall report in prep of sending to counsel and AAFAF |
| Collier, Laura | 4/20/2020 | 1.4 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| DiNatale, Trevor | 4/20/2020 | 2.9 | Perform quality check on HR related claim detail to confirm proper categorization for ACR |
| DiNatale, Trevor | 4/20/2020 | 2.2 | Review HR related claim detail to confirm proper categorization for ACR |
| DiNatale, Trevor | 4/20/2020 | 1.4 | Review HR related claim detail to confirm proper categorization for ACR |
| DiNatale, Trevor | 4/20/2020 | 2.3 | Review HR related claim detail to confirm proper categorization for ACR |
| DiNatale, Trevor | 4/20/2020 | 2.6 | Perform quality check on HR related claim detail to confirm proper categorization for ACR |
| Zeiss, Mark | 4/20/2020 | 1.6 | Review claimant mailing, docket responses for April Deficient Omnibus Exhibit claims for proper claim next steps |
| Collier, Laura | 4/21/2020 | 1.6 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| DiNatale, Trevor | 4/21/2020 | 2.8 | Review HR related claim detail to confirm proper categorization for ACR |
| DiNatale, Trevor | 4/21/2020 | 2.6 | Generate report of uncategorized HR claim detail for ACR claims process |
| DiNatale, Trevor | 4/21/2020 | 2.9 | Analyze remaining uncategorized HR detail for next steps in reconciliation process |
| DiNatale, Trevor | 4/21/2020 | 1.9 | Perform quality check on HR related claim detail to confirm proper categorization for ACR |
| Collier, Laura | 4/22/2020 | 1.1 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| DiNatale, Trevor | 4/22/2020 | 0.9 | Analyze HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| DiNatale, Trevor | 4/22/2020 | 1.1 | Analyze HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| Harmon, Kara | 4/22/2020 | 0.7 | Prepare workbook of unresolved HR Claims with documentation for review by E. Waters |
| Waters, Erik | 4/22/2020 | 1.4 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |

*Page 19 of 35*

<table>
<tr><td colspan="2">

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
February 1, 2020 through May 31, 2020*

</td><td>

*Exhibit E*

</td></tr>
</table>

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Zeiss, Mark | 4/22/2020 | 1.2 | Review bondholder claims by CUSIP for objections for inclusion in next Omnibus Objection Exhibit round |
| Carter, Richard | 4/23/2020 | 1.6 | Review 10 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/23/2020 | 1.1 | Review 6 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Collier, Laura | 4/23/2020 | 1.4 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| DiNatale, Trevor | 4/23/2020 | 1.9 | Examine HR claim outreach responses and attached supporting documents to record additional provided employment and claim information. |
| Waters, Erik | 4/23/2020 | 1.9 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 4/23/2020 | 1.7 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 4/23/2020 | 1.0 | Review of adjourned claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 4/23/2020 | 1.8 | Review of adjourned claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 4/23/2020 | 1.6 | Review of adjourned claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Carter, Richard | 4/24/2020 | 1.1 | Review 8 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/24/2020 | 0.9 | Review 7 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Collier, Laura | 4/24/2020 | 1.6 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| DiNatale, Trevor | 4/24/2020 | 2.2 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Zeiss, Mark | 4/24/2020 | 1.1 | Review bondholder claims with problem CUSIPs not claimed by master claimant per recent Proskauer research on CUSIPs for new reconciliation steps |

*Employee Retirement System of the Government of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*February 1, 2020 through May 31, 2020*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Collier, Laura | 4/25/2020 | 1.6 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| Herriman, Jay | 4/25/2020 | 0.2 | Review and send weekly claims waterfall to AAFAF and counsel |
| Waters, Erik | 4/25/2020 | 0.7 | Review of adjourned claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 4/26/2020 | 0.7 | Review of adjourned claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Carter, Richard | 4/27/2020 | 0.7 | Review 6 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/27/2020 | 2.1 | Review 14 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/27/2020 | 0.4 | Review 4 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/27/2020 | 0.9 | Review 12 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Collier, Laura | 4/27/2020 | 1.6 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| DiNatale, Trevor | 4/27/2020 | 1.2 | Update claim summary report/tracker highlighting Claims to placed on omnibus claim objections |
| DiNatale, Trevor | 4/27/2020 | 1.3 | Perform quality check on omnibus claim objection detail/reconciliation |
| Waters, Erik | 4/27/2020 | 1.3 | Review of adjourned claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 4/27/2020 | 2.1 | Review of adjourned claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 4/27/2020 | 1.4 | Review of adjourned claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Zeiss, Mark | 4/27/2020 | 1.8 | Review individual bondholder claims for proper reconciliation for suitability, categorization for potential Omnibus Exhibit |

***Employee Retirement System of the Government of the Commonwealth of Puerto Rico***
***Time Detail by Activity by Professional***
***February 1, 2020 through May 31, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 4/28/2020 | 1.9 | Review 16 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/28/2020 | 0.4 | Review 3 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/28/2020 | 0.8 | Review 9 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Collier, Laura | 4/28/2020 | 1.5 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| DiNatale, Trevor | 4/28/2020 | 1.4 | Update objection reason detail for Claims on omnibus objections |
| DiNatale, Trevor | 4/28/2020 | 1.3 | Perform quality check on omnibus claim objection detail/reconciliation |
| DiNatale, Trevor | 4/28/2020 | 1.3 | Analyze supplemental mailing responses related to public employee claims to determine next steps in claim reconciliation |
| Waters, Erik | 4/28/2020 | 0.4 | Review of adjourned claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 4/28/2020 | 1.6 | Review of adjourned claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Zeiss, Mark | 4/28/2020 | 1.1 | Categorize bondholder claims for potential Omnibus Exhibit |
| Carter, Richard | 4/29/2020 | 0.4 | Review 6 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/29/2020 | 0.3 | Review 2 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/29/2020 | 0.8 | Review 7 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/29/2020 | 2.2 | Review 16 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Collier, Laura | 4/29/2020 | 1.6 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| DiNatale, Trevor | 4/29/2020 | 1.2 | Perform quality check on omnibus claim objection detail/reconciliation |

*Exhibit E*

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
February 1, 2020 through May 31, 2020*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 4/29/2020 | 0.7 | Update Claims tracker for upcoming omnibus objection for Proskauer and A&M review |
| DiNatale, Trevor | 4/29/2020 | 0.9 | Update summary report of deficient mailing response claims to determine next steps in reconciliation OR to place on upcoming claims objections |
| DiNatale, Trevor | 4/29/2020 | 1.4 | Update objection reason detail for Claims on omnibus objections |
| Koncar, John | 4/29/2020 | 0.2 | Analyze filed claims, claim outreach responses, and supporting documentation to determine necessary updates to claim types, subtypes, and waterfall category classifications. |
| Koncar, John | 4/29/2020 | 1.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections, the ACR process, or further reconciliation. |
| Waters, Erik | 4/29/2020 | 1.7 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 4/29/2020 | 1.3 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Zeiss, Mark | 4/29/2020 | 1.7 | Prepare report of bondholder claims with objections by CUSIP for upcoming Omnis, Omni affects |
| Carter, Richard | 4/30/2020 | 1.4 | Review 14 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/30/2020 | 0.6 | Review 8 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/30/2020 | 0.4 | Review 5 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Carter, Richard | 4/30/2020 | 1.1 | Review 14 Claimant response mailings related to adjourned claims on December, January and March omnibus objections to determine updates for claims reconciliation |
| Collier, Laura | 4/30/2020 | 1.6 | Analyze HR Claim supplemental outreach responses to determine next steps in reconciliation process |
| DiNatale, Trevor | 4/30/2020 | 2.7 | Analyze litigation Claims to categorize by agency and case number for transfer to Commonwealth, ERS and HTA for further reconciliation |
| DiNatale, Trevor | 4/30/2020 | 2.2 | Analyze employee related claim detail to categorize for ACR process |

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*February 1, 2020 through May 31, 2020*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 4/30/2020 | 0.8 | Analyze employee related claim detail to categorize for ACR process |
| Herriman, Jay | 4/30/2020 | 1.1 | Review claims and associated objection reasons for claims to be included on upcoming Omnibus objection |
| Koncar, John | 4/30/2020 | 2.7 | Review and analyze proactive outreach responses to classify and bucket for deficient objections, the ACR process, or further reconciliation. |
| Waters, Erik | 4/30/2020 | 0.9 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 4/30/2020 | 0.7 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 4/30/2020 | 2.8 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Zeiss, Mark | 4/30/2020 | 1.1 | Review claimant responses for April deficient objections for ACR, ADR disposition |
| Carter, Richard | 5/1/2020 | 0.9 | Review/document waterfall codes/agencies asserted on 12 adjourned deficient claim responses. |
| Carter, Richard | 5/1/2020 | 0.7 | Review/document waterfall codes/agencies asserted on 9 adjourned deficient claim responses. |
| Carter, Richard | 5/1/2020 | 0.3 | Review completed analysis of adjourned deficient claims for accuracy. |
| Carter, Richard | 5/1/2020 | 0.4 | Review/document waterfall codes/agencies asserted on 5 adjourned deficient claim responses. |
| Collier, Laura | 5/1/2020 | 2.1 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |
| DiNatale, Trevor | 5/1/2020 | 1.4 | Prepare modifications to waterfall reporting categories for weekly reporting sent to Commonwealth and Proskauer |
| DiNatale, Trevor | 5/1/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Koncar, John | 5/1/2020 | 1.1 | Review and analyze proactive outreach responses to classify and bucket for deficient objections, the ACR process, or further reconciliation. |
| Waters, Erik | 5/1/2020 | 1.6 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*February 1, 2020 through May 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Waters, Erik | 5/1/2020 | 1.9 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Collier, Laura | 5/2/2020 | 1.3 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |
| Waters, Erik | 5/2/2020 | 2.3 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Herriman, Jay | 5/3/2020 | 0.2 | Review claims waterfall / prepare and send to AAFAF and Counsel |
| Waters, Erik | 5/3/2020 | 2.3 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Collier, Laura | 5/4/2020 | 1.2 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |
| DiNatale, Trevor | 5/4/2020 | 1.9 | Prepare master workbook of claims typed as "HR" for review by A&M team in order to categorize as Public Employee, Union, or Pension |
| DiNatale, Trevor | 5/4/2020 | 1.4 | Analyze "Public Employee" Claims to capture asserted agency and Claim basis for transfer into ACR process |
| DiNatale, Trevor | 5/4/2020 | 2.3 | Analyze Claims typed as "Human Resources" to categorize for entry into ACR OR recategorize for ADR |
| Koncar, John | 5/4/2020 | 0.6 | Review and analyze proactive outreach responses to classify and bucket for deficient objections, the ACR process, or further reconciliation. |
| Waters, Erik | 5/4/2020 | 2.7 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Carter, Richard | 5/5/2020 | 0.8 | Review/document 23 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/5/2020 | 1.6 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |
| DiNatale, Trevor | 5/5/2020 | 2.1 | Analyze Claims typed as "Human Resources" to categorize for entry into ACR OR recategorize for ADR |
| DiNatale, Trevor | 5/5/2020 | 1.4 | Analyze Claims typed as "Human Resources" to categorize for entry into ACR OR recategorize for ADR |

*Exhibit E*

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
February 1, 2020 through May 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 5/5/2020 | 1.1 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| DiNatale, Trevor | 5/5/2020 | 0.7 | Review adjourned Claims to categorize for ADR / ACR process |
| Koncar, John | 5/5/2020 | 1.2 | Review and analyze proactive outreach responses to classify and bucket for deficient objections, the ACR process, or further reconciliation. |
| Waters, Erik | 5/5/2020 | 1.7 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 5/5/2020 | 1.4 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Zeiss, Mark | 5/5/2020 | 0.9 | Review Prime Clerk mailing responses review for proper reconciliation of claims on Deficient Omnibus Exhibits |
| Carter, Richard | 5/6/2020 | 0.2 | Review/document 6 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Carter, Richard | 5/6/2020 | 0.3 | Review/document 9 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/6/2020 | 1.6 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |
| DiNatale, Trevor | 5/6/2020 | 2.1 | Analyze Claims typed as "Human Resources" to categorize for entry into ACR OR recategorize for ADR |
| Herriman, Jay | 5/6/2020 | 1.8 | Review claims set to be transferred into the ACR process |
| Waters, Erik | 5/6/2020 | 2.1 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Carter, Richard | 5/7/2020 | 1.2 | Review/document 18 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Carter, Richard | 5/7/2020 | 0.9 | Review/document 14 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/7/2020 | 1.1 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |
| DiNatale, Trevor | 5/7/2020 | 1.9 | Continue analysis of Claims categorized as "Public Employee" to prepare Claims for transfer into ACR Process |

*Exhibit E*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
February 1, 2020 through May 31, 2020**

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico -
Claims Administration and Objections**

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 5/7/2020 | 0.9 | Analyze Claims typed as "Public Employee" to confirm categorization and capture asserted agency for transfer to ACR process |
| Herriman, Jay | 5/7/2020 | 1.9 | Review claims to be included on Omnibus objections for July hearing |
| Koncar, John | 5/7/2020 | 1.1 | Review filed claim documentation related to HR, Litigation, and AP claims and categorize and bucket the claims for ACR, ADR, or further review/reconciliation. |
| Koncar, John | 5/7/2020 | 1.8 | Review and analyze proactive outreach responses to classify and bucket for deficient objections, the ACR process, or further reconciliation. |
| Waters, Erik | 5/7/2020 | 1.4 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 5/7/2020 | 1.9 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Waters, Erik | 5/7/2020 | 2.4 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Carter, Richard | 5/8/2020 | 0.8 | Review/document 7 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Carter, Richard | 5/8/2020 | 0.6 | Review/document 5 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Carter, Richard | 5/8/2020 | 0.9 | Review/document 8 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| DiNatale, Trevor | 5/8/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Koncar, John | 5/8/2020 | 0.3 | Prepare a summary report outlining claim categorization and reconciliation updates related to HR claims with received outreach responses. |
| Carter, Richard | 5/9/2020 | 1.2 | Review/document 11 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/9/2020 | 1.1 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |

*Employee Retirement System of the Government of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*February 1, 2020 through May 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 5/9/2020 | 0.5 | Analyze Claims typed as "Public Employee" to confirm categorization and capture asserted agency for transfer to ACR process |
| Waters, Erik | 5/10/2020 | 1.6 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Carter, Richard | 5/11/2020 | 1.6 | Review/document 13 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/11/2020 | 1.6 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation of Puerto Rico - Claims Administration and Objections |
| DiNatale, Trevor | 5/11/2020 | 2.4 | Analyze public employee and pension Claims to prepare for the ACR process |
| Waters, Erik | 5/11/2020 | 0.9 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Carter, Richard | 5/12/2020 | 1.9 | Review/document 15 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/12/2020 | 1.4 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation of Puerto Rico - Claims Administration and Objections |
| DiNatale, Trevor | 5/12/2020 | 2.1 | Analyze HR claim detail to determine potential duplication for upcoming omnibus objections |
| Harmon, Kara | 5/12/2020 | 3.2 | Analyze 53 public employee Claims to confirm proper categorization for ACR and capture asserted agency for ease of transfer to Commonwealth |
| Harmon, Kara | 5/12/2020 | 0.5 | Prepare additional no liability Claims for inclusion on July omnibus objection |
| Koncar, John | 5/12/2020 | 1.1 | Review and analyze proactive outreach responses to classify and bucket for deficient objections, the ACR process, or further reconciliation. |
| Waters, Erik | 5/12/2020 | 2.1 | Review of HR claims to determine proper categorization for ACR/ADR process including bifurcating Claims between asserted agencies |
| Zeiss, Mark | 5/12/2020 | 0.7 | Review six bondholder claims Omnibus Exhibits for July hearing objections |
| Zeiss, Mark | 5/12/2020 | 0.9 | Prepare six bondholder claims Omnibus Exhibits for July hearing objections |

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
February 1, 2020 through May 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 5/13/2020 | 0.8 | Review claims drafted to July omnibus exhibits for accuracy; provide feedback to director of any issues noted. |
| Carter, Richard | 5/13/2020 | 0.9 | Review/document 7 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/13/2020 | 1.3 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation of Puerto Rico - Claims Administration and Objections |
| DiNatale, Trevor | 5/13/2020 | 2.5 | Analyze HR claim detail to determine potential duplication for upcoming omnibus objections |
| DiNatale, Trevor | 5/13/2020 | 1.8 | Review HR claim detail to determine potential duplication for upcoming omnibus objections |
| Harmon, Kara | 5/13/2020 | 2.4 | Analyze 47 public employee Claims to confirm proper categorization for ACR and capture asserted agency for ease of transfer to Commonwealth |
| Koncar, John | 5/13/2020 | 1.9 | Review and analyze proactive outreach responses to classify and bucket for deficient objections, the ACR process, or further reconciliation. |
| Waters, Erik | 5/13/2020 | 1.9 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| Zeiss, Mark | 5/13/2020 | 1.0 | Review eleven Omnibus Exhibits for July hearing objections |
| Zeiss, Mark | 5/13/2020 | 0.9 | Prepare eleven Omnibus Exhibits for July hearing objections |
| Carter, Richard | 5/14/2020 | 1.1 | Review/document 5 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/14/2020 | 1.8 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation of Puerto Rico - Claims Administration and Objections |
| DiNatale, Trevor | 5/14/2020 | 1.6 | Review Claims asserted agency detail for proper categorization for ACR process |
| DiNatale, Trevor | 5/14/2020 | 1.3 | Review mailing outreach response detail to determine proper ACR/ADR categorization |
| DiNatale, Trevor | 5/14/2020 | 0.6 | Analyze public employee and pension Claims to prepare for the ACR process |
| Harmon, Kara | 5/14/2020 | 2.9 | Analyze 50 public employee Claims to confirm proper categorization for ACR and capture asserted agency for ease of transfer to Commonwealth |

*Exhibit E*

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
February 1, 2020 through May 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 5/15/2020 | 0.9 | Review/document 9 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/15/2020 | 1.2 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation of Puerto Rico - Claims Administration and Objections |
| Waters, Erik | 5/15/2020 | 2.7 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| Carter, Richard | 5/16/2020 | 0.6 | Review/document 9 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| DiNatale, Trevor | 5/16/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Carter, Richard | 5/18/2020 | 0.8 | Review/document 8 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/18/2020 | 1.6 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation of Puerto Rico - Claims Administration and Objections |
| Harmon, Kara | 5/18/2020 | 0.6 | Analyze 7 public employee Claims to capture asserted agency for ease of transfer into ACR process and confirm proper categorization of Claim |
| Waters, Erik | 5/18/2020 | 1.9 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| Carter, Richard | 5/19/2020 | 0.7 | Review/document 5 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Carter, Richard | 5/19/2020 | 0.4 | Review/document 2 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/19/2020 | 0.4 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| DiNatale, Trevor | 5/19/2020 | 0.9 | Analyze Claims typed as "Human Resources" to categorize for entry into ACR OR recategorize for ADR |
| Waters, Erik | 5/19/2020 | 1.2 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| Carter, Richard | 5/20/2020 | 0.4 | Review/document 3 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |

*Exhibit E*

> *Employee Retirement System of the Government
> of the Commonwealth of Puerto Rico
> Time Detail by Activity by Professional
> February 1, 2020 through May 31, 2020*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Collier, Laura | 5/20/2020 | 1.4 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| DiNatale, Trevor | 5/20/2020 | 2.2 | Analyze HR Claim detail for proper ACR categorization |
| Carter, Richard | 5/21/2020 | 0.3 | Review/document 3 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/21/2020 | 1.6 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation of Puerto Rico - Claims Administration and Objections |
| Waters, Erik | 5/21/2020 | 2.2 | Analyze Claims typed as "HR" to confirm proper categorization  / capture asserted agency for ease of transfer into ACR process |
| Carter, Richard | 5/22/2020 | 0.3 | Prepare/send emails for 1 claim requiring additional reconciliation information from the claimants. |
| Collier, Laura | 5/22/2020 | 1.9 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| DiNatale, Trevor | 5/22/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 5/24/2020 | 0.2 | Review claims waterfall report in prep of sending to AAFAF and counsel |
| Collier, Laura | 5/26/2020 | 1.6 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| DiNatale, Trevor | 5/26/2020 | 1.4 | Update HR Claim reconciliation detail for proper categorization for ACR process |
| DiNatale, Trevor | 5/26/2020 | 1.8 | Perform analysis on asserted agency detail to ensure standardization across ACR process |
| Waters, Erik | 5/26/2020 | 2.8 | Analyze Claims typed as "HR" to confirm proper categorization  / capture asserted agency for ease of transfer into ACR process |
| Carter, Richard | 5/27/2020 | 1.7 | Review/document 9 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/27/2020 | 1.4 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| DiNatale, Trevor | 5/27/2020 | 2.4 | Analyze HR Claim mailing response detail to determine proper reconciliation for the ACR process |
| Harmon, Kara | 5/27/2020 | 1.1 | Analyze 23 asserted employee Claims to categorize for ACR process and capture asserted agency for ease of transfer to ERS |
| Waters, Erik | 5/27/2020 | 2.3 | Analyze Claims typed as "HR" to confirm proper categorization  / capture asserted agency for ease of transfer into ACR process |

**Exhibit E**

> **Employee Retirement System of the Government**
> **of the Commonwealth of Puerto Rico**
> **Time Detail by Activity by Professional**
> **February 1, 2020 through May 31, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Waters, Erik | 5/27/2020 | 1.7 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| Zeiss, Mark | 5/27/2020 | 1.4 | Review bondholder claims with brokerage statements determining objection basis based on individual CUSIPs listed |
| Carter, Richard | 5/28/2020 | 2.4 | Review/document 12 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Collier, Laura | 5/28/2020 | 1.7 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| DiNatale, Trevor | 5/28/2020 | 2.2 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Harmon, Kara | 5/28/2020 | 2.6 | Analyze 52 asserted employee Claims to categorize for ACR process and capture asserted agency for ease of transfer to ERS |
| Waters, Erik | 5/28/2020 | 2.3 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| Zeiss, Mark | 5/28/2020 | 0.6 | Review bondholder claims with brokerage statements determining objection basis based on individual CUSIPs listed |
| Carter, Richard | 5/29/2020 | 2.2 | Review 86 HR-related claims in order to confirm that the basis asserted is only pension/retirement. in order to include in proposed pension Claim mailing |
| Carter, Richard | 5/29/2020 | 1.6 | Review/document 14 HR-related claims to confirm Waterfall categorization/agency asserted prior to moving to administrative claim reconciliation process. |
| Carter, Richard | 5/29/2020 | 1.2 | Review 38 HR-related claims in order to confirm that the basis asserted is only pension/retirement. in order to include in proposed pension Claim mailing |
| Carter, Richard | 5/29/2020 | 0.9 | Review 15 HR-related claims in order to confirm that the basis asserted is only pension/retirement. in order to include in proposed pension Claim mailing |
| Carter, Richard | 5/29/2020 | 0.6 | Review 12 HR-related claims in order to confirm that the basis asserted is only pension/retirement. in order to include in proposed pension Claim mailing |
| Collier, Laura | 5/29/2020 | 0.4 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation |
| Collier, Laura | 5/29/2020 | 1.1 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |
| DiNatale, Trevor | 5/29/2020 | 2.8 | Review pension/retirement Claims to determine proper categorization for ACR process |

*Page 32 of 35*

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*February 1, 2020 through May 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 5/29/2020 | 1.9 | Analyze pension/retirement Claims to determine proper categorization for ACR process |
| Waters, Erik | 5/29/2020 | 2.3 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| Waters, Erik | 5/29/2020 | 0.9 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| Zeiss, Mark | 5/29/2020 | 0.8 | Review claimant responses for claims on Deficient Omnis for June, April for reconciliation for determination for ACR, ADR or other steps required |
| Carter, Richard | 5/30/2020 | 2.1 | Review 50 HR-related claims in order to confirm that the basis asserted is only pension/retirement. in order to include in proposed pension Claim mailing |
| Carter, Richard | 5/30/2020 | 1.1 | Review 22 HR-related claims in order to confirm that the basis asserted is only pension/retirement. in order to include in proposed pension Claim mailing |
| Carter, Richard | 5/30/2020 | 1.4 | Review 28 HR-related claims in order to confirm that the basis asserted is only pension/retirement. in order to include in proposed pension Claim mailing |
| Carter, Richard | 5/30/2020 | 0.7 | Review 14 HR-related claims in order to confirm that the basis asserted is only pension/retirement. in order to include in proposed pension Claim mailing |
| Carter, Richard | 5/30/2020 | 1.9 | Review 39 HR-related claims in order to confirm that the basis asserted is only pension/retirement. in order to include in proposed pension Claim mailing |
| Collier, Laura | 5/30/2020 | 2.8 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |
| Collier, Laura | 5/30/2020 | 2.9 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |
| Collier, Laura | 5/30/2020 | 2.4 | Analyze supplemental outreach mailings to review additional data provided by Claimants in order to categorize Claims for ADR or ACR process |
| Herriman, Jay | 5/30/2020 | 0.3 | Review updated claims waterfall analysis prior to sending to AAFAF and counsel |
| Waters, Erik | 5/30/2020 | 1.3 | Analyze Claims typed as "HR" to confirm proper categorization / capture asserted agency for ease of transfer into ACR process |
| Carter, Richard | 5/31/2020 | 2.3 | Review 54 HR-related claims in order to confirm that the basis asserted is only pension/retirement. in order to include in proposed pension Claim mailing |

<div style="border:1px solid">

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*February 1, 2020 through May 31, 2020*

</div>

*Exhibit E*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
| --- | --- | --- | --- |
| **Subtotal** | | **733.6** | |

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications

| Professional | Date | Hours | Activity |
| --- | --- | --- | --- |
| Grussing, Bernice | 2/2/2020 | 0.7 | Prepare December Fee App Draft |
| Herriman, Jay | 2/3/2020 | 0.7 | Review draft fee invoice for December 2019. |
| Grussing, Bernice | 2/25/2020 | 0.3 | Prepare draft of January Fee App |
| Herriman, Jay | 2/25/2020 | 0.8 | Review draft January fee invoice and associated exhibits |
| Grussing, Bernice | 2/28/2020 | 0.7 | Prepare draft of Interim Fee App for Oct 2019 - Jan 2020 |
| Herriman, Jay | 2/28/2020 | 0.2 | Review final draft of January fee invoice and send for noticing |
| Zeiss, Mark | 3/2/2020 | 1.2 | Prepare record of hours, work stream effort per debtor for interim fee application |
| Herriman, Jay | 3/7/2020 | 0.6 | Review draft of the Fifth interim fee application and associated declarations / notices |
| Herriman, Jay | 3/8/2020 | 1.1 | Review draft of the Fifth interim fee application and associated declarations / notices |
| Herriman, Jay | 3/10/2020 | 0.7 | Incorporate comments from J. Hertzberg into draft interim fee application |
| Herriman, Jay | 3/11/2020 | 0.6 | Finalize Fifth Interim fee app |
| Grussing, Bernice | 4/10/2020 | 0.6 | Preparation of Feb Fee App Draft |
| Corbett, Natalie | 5/14/2020 | 0.6 | Prepare March fee apps. |
| Herriman, Jay | 5/24/2020 | 0.2 | Review final March fee application |
| **Subtotal** | | **9.0** | |

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Meeting

| Professional | Date | Hours | Activity |
| --- | --- | --- | --- |
| Harmon, Kara | 4/2/2020 | 0.2 | Participate in conference call with creditor related to pension/public employee Claim to confirm basis and proper treatment under Title III |

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*February 1, 2020 through May 31, 2020*

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Meeting**

| Professional | Date | Hours | Activity |
|---|---|---|---|
| **Subtotal** | | **0.2** | |
| *Grand Total* | | 742.8 | |

## Exhibit F

**ALVAREZ & MARSAL NORTH AMERICA, LLC
SERVICES PERFORMED BY CATEGORY
FOR THE SIXTH INTERIM FEE APPLICATION PERIOD
FEBRUARY 1, 2020 THROUGH MAY 31, 2020**

*Exhibit F*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### February 1, 2020 through May 31, 2020

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections**

**Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $919 | 1.5 | $1,378.50 |
| Herriman, Jay | Managing Director | $893 | 56.5 | $50,454.50 |
| Harmon, Kara | Director | $675 | 22.7 | $15,322.50 |
| Zeiss, Mark | Director | $630 | 37.2 | $23,436.00 |
| Koncar, John | Consultant | $525 | 90.9 | $47,722.50 |
| Waters, Erik | Associate | $415 | 74.8 | $31,042.00 |
| Carter, Richard | Consultant II | $550 | 64.5 | $35,475.00 |
| DiNatale, Trevor | Consultant II | $550 | 126.6 | $69,630.00 |
| Collier, Laura | Senior Associate | $525 | 101.2 | $53,130.00 |
| Wadzita, Brent | Analyst | $420 | 45.4 | $19,068.00 |
| Erlach, Nicole | Analyst | $400 | 3.1 | $1,240.00 |
| McNulty, Emmett | Analyst | $400 | 109.2 | $43,680.00 |
| | | | 733.6 | $391,579.00 |
| | *Average Billing Rate* | | | $533.78 |

*Exhibit F*

**Employee Retirement System of the Government of the
Commonwealth of Puerto Rico
Summary of Time Detail by Professional
February 1, 2020 through May 31, 2020**

**Employees Retirement System
of the Government of the
Commonwealth of Puerto Rico -
Fee Applications**

**Prepare monthly and interim fee applications in accordance with court
guidelines.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893 | 4.9 | $4,375.70 |
| Zeiss, Mark | Director | $630 | 1.2 | $756.00 |
| Grussing, Bernice | Operations Manager | $341 | 2.3 | $784.30 |
| Corbett, Natalie | Para Professional | $250 | 0.6 | $150.00 |
| | | | 9.0 | $6,066.00 |
| | *Average Billing Rate* | | | $674.00 |

*Exhibit F*

**Employee Retirement System of the Government of the
Commonwealth of Puerto Rico
Summary of Time Detail by Professional
February 1, 2020 through May 31, 2020**

**Employees Retirement System
of the Government of the
Commonwealth of Puerto Rico -
Meeting**

**Participate in meetings with Debtors' management, Board of Directors and/or
advisors to present findings or discuss various matters related to the filing,
reporting and/ or operating the business; excludes meetings with UCC and/or
other Creditor constituents and their advisors.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Harmon, Kara | Director | $675 | 0.2 | $135.00 |
| | | | 0.2 | $135.00 |
| | | *Average Billing Rate* | | $675.00 |

## <u>Exhibit G</u>

**DECLARATION OF JULIE M. HERTZBERG IN SUPPORT OF THE SIXTH INTERIM FEE
APPLICATION OF ALVAREZ AND MARSAL NORTH AMERICA, LLC FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF
THE EMPLOYEE RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH
OF PUERTO RICO**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

----------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS |
| | ) |
|   as representative of | ) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) (Jointly Administered) |
| | |
|         Debtors. [1] | |

----------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3566-LTS |
| | ) |
|   as representative of | ) |
| | ) **This Application relates** |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | ) **only to ERS and shall be** |
| GOVERNMENT OF THE COMMONWEALTH OF | **filed in the Lead Case No.** |
| PUERTO RICO | **17 BK 3283-LTS and** |
| | **ERS's Title III Case (Case** |
|         Debtor | **No. 17 BK 3566-LTS)** |

----------------------------------------------------------------------------

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS IN
RESPECT OF SIXTH INTERIM FEE APPLICATION OF ALVAREZ AND MARSAL
NORTH AMERICA, LLC FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS
REPRESENTATIVE OF THE EMPLOYEE RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, FOR THE
PERIOD**

**<u>FEBRUARY 1, 2020 THROUGH MAY 31, 2020</u>**

Pursuant to the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 in Larger Chapter

11 Cases issued by the Executive Office for the United States Trustee, 28 CFR Part 58,

Appendix A (the "Guidelines"), together with the Local Rule 2016-1, the undersigned, a Partner

and Managing Director of the firm Alvarez and Marsal North America, LLC ("A&M"), advisors

for the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as

representative of the Employee Retirement System of the Government of the Commonwealth of

Puerto Rico (the "Debtor"), pursuant to section 315(b) of the Puerto Rico Oversight,

Management, and Economic Stability Act ("PROMESA"),[2] hereby certifies with respect to

A&M's Sixth interim application for allowance of compensation for services rendered and

reimbursement of expenses incurred with respect to the Debtor's Title III case, dated July 16,

2020 (the "Application"),[3] for the period from February 1, 2020 through and including

May 31, 2020 (the "Compensation Period") as follows:

1. I am the professional designated by A&M in respect of compliance with the Guidelines
   and Local Rule 2016-1.

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.
[3] Capitalized terms used but not defined herein have the meanings given to them in the Application.

2.  I make this certification in support of the Application for interim compensation and reimbursement of expenses incurred during the Compensation Period in Accordance with the Guidelines and Local Rule 2016-1.

3.  In respect of the Guidelines and Local Rule 2016-1, I certify that:

    a.  I have read the Application;

    b.  to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines;

    c.  except to the extent that fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought are billed at rates in accordance with practices customarily employed by A&M and generally accepted by A&M's clients; and

    d.  in providing a reimbursable service, A&M does not make a profit on that service, whether the service is performed by A&M in house or through a third party.

4.  I certify that A&M has previously provided monthly statements of A&M's fees and disbursements by filing and serving monthly statements in accordance with the Interim Compensation Order (as defined in the Application), except that completing reasonable and necessary internal accounting and review procedures may have, at times, precluded filing fee statements within the time periods specified in the Interim Compensation Order.

Dated: July 16, 2020

/s/ _____
Julie M. Hertzberg

# **PROPOSED ORDER**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) | (Jointly Administered) |
| Debtors. [1] | | |

-------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT | ) | No. 17 BK 3566-LTS |
| BOARD FOR PUERTO RICO | | |
| | ) | |
| as representative of | ) | |
| | ) | **)** |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | ) | |
| GOVERNMENT OF THE COMMONWEALTH OF | | |
| PUERTO RICO | | |
| Debtor | | |

-------------------------------------------------------------------

**ORDER APPROVING SIXTH INTERIM FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS
ADVISORS FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF
PUERTO RICO, AS REPRESENTATIVE OF THE EMPLOYEE RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,
FOR THE PERIOD
<u>FEBRUARY 1, 2020 THROUGH MAY 31, 2020</u>**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon the application (the "Application")[2] of Alvarez and Marsal North America, LLC ("A&M") as advisors for the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") acting as representative of the Employee Retirement System of the Government of the Commonwealth of Puerto Rico (the "Debtor") under section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[3] seeking, pursuant to (a) PROMESA sections 316 and 317, (b) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (c) Local Rule 2016-1, (d) the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 in Larger Chapter 11 Cases* issued by the Executive Office for the United States Trustee, 28 CFR Part 58, Appendix A, and (e) this Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 3269], an allowance of interim compensation for professional services rendered by A&M for the period commencing February 1, 2020 through and including May 31, 2020 in the amount of **$355,793.13**, all of which represents fees earned outside of Puerto Rico; this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1. The Application is APPROVED as set forth herein.

2. Compensation to A&M for professional services rendered during the Compensation Period is allowed on an interim basis in the amount of **$355,793.13**, all of which represents fees earned outside of Puerto Rico,

3. The Debtor is authorized to pay A&M all fees allowed pursuant to this order, including those that were previously held back pursuant to the Interim Compensation Order, less

---

[2]  Capitalized terms not defined in this order will have the meanings ascribed to them in the Application.
[3]  PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

any amounts previously paid for such fees and expenses under the terms of the Interim

Compensation Order.

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted

pursuant to this order in accordance with the Application.


Dated: _____, 2020       _____
       San Juan, Puerto Rico                 Honorable Laura Taylor Swain
                                             United States District Judge