## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. [1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>**This Motion relates to PREPA and shall be filed in Lead Case No. 17 BK 3283-LTS and Case No. 17 BK 4780-LTS.** |

### AMENDED NOTICE OF OMNIBUS MOTION OF PUERTO RICO ELECTRIC POWER AUTHORITY FOR ENTRY OF AN ORDER (A) AUTHORIZING PREPA TO REJECT CERTAIN POWER PURCHASE AND OPERATING AGREEMENTS, AND (B) GRANTING RELATED RELIEF

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE** that, upon *PREPA's Omnibus Motion for Entry of an Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief*, ECF No. 2050[___] (the "Motion"), the Puerto Rico Electric Power Authority ("PREPA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as PREPA's representative pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"),[2] will move this Court, before the Honorable Laura Taylor Swain, United States District Judge, United States District Court for the Southern District of New York, at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico, on **September 16, 2020 at 9:30 a.m. (Atlantic Standard Time)**, or as soon thereafter as counsel may be heard, for an order pursuant to 11 U.S.C. § 365(a), as made applicable to PREPA's Title III case through PROMESA § 301, authorizing PREPA to reject the Rejected PPOAs[3] and granting such other relief as is just and proper.

PREPA previously filed notice related to the Motion as *Notice of Omnibus Motion for Entry of an Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief* (ECF No. 2052) and indicated its intent to move this Court on **July 29, 2020 at 9:30 a.m. (Atlantic Standard Time)** for an order authorizing PREPA to reject the Rejected PPOAs and granting such other relief as is just and proper.  However, the Oversight Board has determined that a number of the counterparties to the Rejected PPOAs are not on the CM/ECF notice list in this Title III case and are not on the master service list and may not have received timely notice for the original **July 14, 2020** objection deadline.  Therefore in the

---

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms used but not otherwise defined herein shall have the meaning given to them in the Motion.

interests of fairness and due process, the Oversight Board has determined to adjourn the hearing and extend the objection deadline, and thus hereby PREPA submits this *Amended Notice of Omnibus Motion for Entry of an Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief* (the "Amended Motion") amending notice in this matter and expressing its willingness to adjourn adjourning the hearing on the Motion to the next hearing scheduled for **September 16, 2020 at 9:30 a.m. (Atlantic Standard Time)**. The Motion is being served on all counterparties to the Rejected PPOAs concurrently with the filing of this Amended Notice.Motion.

Pursuant to the *Thirteenth Amended Notice, Case Management and Administrative Procedures* (ECF No. 13512-1; Case No. 17-03283-LTS) (the "Case Management Procedures"), any Objection to the Defendants' Motion to Dismiss shall be filed and served by **July 28, 2020, at 4:00 p.m. (Atlantic Standard Time)**.  Replies shall be due **August 11, 2020, at 5:00 p.m. (Atlantic Standard Time)**.  The relief requested may be granted with respect to any particular Rejected PPOA without a hearing if no Objection is timely filed and served in accordance with the Court's Case Management Procedures.

Dated:  July 16~~5~~, 2020
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Paul V. Possinger  [DRAFT]*

Martin J.  Bienenstock (*pro hac vice*)
Paul V.  Possinger (*pro hac vice*)
Ehud Barak (*pro hac vice*)
Margaret A.  Dale (*pro hac vice*)
Daniel S.  Desatnik *(pro hac vice)*
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and
Management Board as representative for the
Commonwealth of Puerto Rico and the Puerto
Rico Electric Power Authority*

*/s/ Luis F. Del Valle-Emmanuelli*

**LUIS F.  DEL VALLE-EMMANUELLI**
USDC-PR No.  209514
P.O.  Box 79897
Carolina, Puerto Rico 00984-9897
*Co-Attorney for the Financial Oversight and
Management Board as Representative of the
Debtor*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/ Luis F. Del Valle-Emmanuelli*
Luis F. Del Valle-Emmanuelli
