# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused true and correct copies of the following

1. *Ninth Interim Application of Marchand ICS Group for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Information Agent to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from February 1, 2020 through May 31, 2020 as* Dkt. No. 13655 (the "**Marchand Application**");

2. *Ninth Interim Application of Segal Consulting for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Actuaries and Consultants to the Official*

---

[1] The Debtors in these jointly-administered PROMESA title III cases (these "Title III"), along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

*Committee of Retired Employees of the Commonwealth of Puerto Rico from February 1, 2020 through May 31, 2020* as Dkt. No. 13659 (the "**Segal Application**");

3. *Ninth Interim Application of Jenner & Block LLP as Counsel to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from February 1, 2020 through May 31, 2020* as Dkt. No. 13678, (the "**Jenner Application**");

4. *Ninth Interim Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from February 1, 2020 through May 31, 2020* as Dkt. No. 13652, (the "**FTI Application**"); and

5. *Ninth Interim Application of Bennazar, Garcia & Milan, C.S.P. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from February 1, 2020 through May 31, 2020* as Dkt. No. 13661 , (the "**Bennazar Application**"); (and together with the **Marchand Application**, **Segal Application**, **Jenner Application**, and **FTI Application**, the "**Applications**"), to be served in the following manner:

On July 15, 2020, the Applications were sent through the Court's CM/ECF system and via email to each of the parties listed in Exhibit A attached hereto.

On July 15, 2020, the Applications were sent via email to the Honorable Laura Taylor Swain and Honorable Judith G. Dein at SwainDPRCorresp@nysd.uscourts.gov ; deindprcorresp@mad.uscourts.gov.

On July 16, 2020, one copy of each Application was sent by UPS overnight delivery to Nancy J. Gargula, The Office of the United States Trustee for the District of Puerto Rico, Edificio

2

Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901, and one copy of each Application was sent on July 16, 2020 by US Postal Service to the following:

Carlos Saavedra, Esq.
Rocío Valentin, Esq.
Puerto Rico Fiscal Agency and Financial Advisory Authority Roberto Sánchez Vilella (Minillas) Government Center De Diego Ave. Stop 22
San Juan, Puerto Rico 00907

Andrés W. López
Law Offices of Andrés W. López 902 Fernández Juncos Ave.
San Juan, PR 00907

Arturo Diaz-Angueira
Katiuska Bolaños-Lugo
Cancio, Nadal, Rivera & Díaz, P.S.C.
PO Box 364966
San Juan, PR 00936-4966

Paul V. Possinger
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602

Luc. A. Despins
James Bliss
James Worthington
G. Alexander Bongartz
Paul Hastings LLP 200 Park Avenue
New York, New York 10166

Luis C. Marini-Biaggi
Carolina Velaz-Rivero
Maria T. Alvarez-Santos, Esq.
Marini Pietrantoni Muniz LLC
MCS Plaza, Suite 500
255 Ponce de Leon Ave.
San Juan, PR 00917

Eyck O. Lugo
EDGE Legal Strategies PSC
252 Ponce de Leon Avenue Citibank Tower, 12th Floor San Juan, PR 00918

John J. Rapisardi
Suzzanne Uhland
Peter Friedman
Nancy A. Mitchell
Maria DiConza
O'Melveny & Myers LLP 7 Times Square
New York, New York 10036

David D. Cleary
Nathan A. Haynes
Kevin D. Finger
Greenberg Traurig LLP 200 Park Avenue
New York, New York 10166

Martin J. Bienenstock
Ehud Barak
Proskauer Rose LLP Eleven Times Square
New York, New York 10036-8299

Hermann D. Bauer, Esq.
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

Juan J. Casillas Ayala
Diana M. Batlle-Barasorda
Alberto J. E. Añeses Negrón
Ericka C. Montull-Novoa
Casillas, Santiago & Torres LLC
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419

Reylam Guerra Goderich
Omar Rodriguez Perez
Angel L. Pantoja Rodriguez
Francisco Pares Alicea
Francisco Pena Montanez
The Puerto Rico Department of Treasury
P.O. Box 9024140
San Juan, PR 00902-4140

Katherine Stadler
Godfrey & Kahn S.C.
One East Main Street Suite 500
Madison, WI 53703

3

<div style="display:flex">
<div>

July 16, 2020

JENNER & BLOCK LLP

By:
*/s/ Robert Gordon*
Robert Gordon (admitted *pro hac vice*)
Richard Levin (admitted *pro hac vice*)
Carl Wedoff (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
cwedoff@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
Landon Raiford (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)
312-239-5199 (facsimile)

</div>
<div>

Respectfully submitted,

BENNAZAR, GARCÍA & MILIÁN, C.S.P.

By:
*/s/ A.J. Bennazar-Zequeira*
A.J. Bennazar-Zequeira
Héctor M. Mayol Kauffmann
Francisco del Castillo Orozco
Edificio Union Plaza
1701 Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
hector.mayol@bennazar.org
francisco.delcastillo@bennazar.org
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for The Official Committee of Retired Employees of Puerto Rico*

</div>
</div>

## EXHIBIT A

## EMAIL SERVICE

Carlos.Saavedra@aafaf.pr.gov;
Rocio.valentin@aafaf.pr.gov;
jrapisardi@omm.com;
suhland@omm.com;
pfriedman@omm.com;
mitchelln@omm.com;
mdiconza@omm.com;
andres@awllaw.com;
clearyd@gtlaw.com;
haynesn@gtlaw.com;
fingerk@gtlaw.com;
adiaz@cnrd.com;
kbolanos@cnrd.com;
mbienenstock@proskauer.com;
ppossinger@proskauer.com;
ebarak@proskauer.com;
mzerjal@proskauer.com;
ctheodoridis@proskauer.com;
brosen@proskauer.com;
hermann.bauer@oneillborges.com;
lucdespins@paulhastings.com;
jamesbliss@paulhastings.com;
jamesworthington@paulhastings.com;
alexbongartz@paulhastings.com;
jcasillas@cstlawpr.com;
dbatlle@cstlawpr.com;
AAneses@cstlawpr.com;
emontull@cstlawpr.com;
lmarini@mpmlawpr.com;
cvelaz@mpmlawpr.com;
malvarez@mpmlaw.pr.com;
igarau@mpmlawpr.com;
 Reylam.Guerra@haciendapr.gov;
Rodriguez.Omar@hacienda.pr.gov;
Angel.pantoja@hacienda.pr.gov;
Francisco.pares@hacienda.pr.gov;
Francisco.Pena@hacienda.pr.gov;
elugo@edgelegalpr.com;
Kstadler@gklaw.com;