# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>                    Debtors | PROMESA<br><br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |
| HON. WANDA VÁZQUEZ GARCED (in her official capacity), and THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY,<br><br>                    Plaintiffs,<br>   v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>                    Defendant. | Adv. Pro. No. 20-00080-LTS |

## NOTICE OF WITHDRAWAL OF DOCUMENT

**TO THE HONORABLE COURT:**

   Comes now, Cooperativa de Farmacias Puertorriqueñas (COOPHARMA), through its undersigned attorney, and very respectfully prays and requests as follows:

   1.  The undersigned counsel filed Documents # 13074 and 13704-1 on July 17, 2020 (*Motion Requesting Leave to File Document* and a tendered *Amicus Brief*) in the instant matter.

   2.  Counsel is hereby withdrawing said documents from the record and respectfully requests that the Honorable Court grants his request of notice to withdraw the stated documents.

**WHEREFORE**, it is respectfully requested that the Honorable Court grants the request at hand to withdraw documents 13704 and 13704-1 from the record in this matter under Adversary Proceeding No.m20-00080-LTS.

### CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing *Notice of Withdrawal of Document*, with the Clerk of the Court, using the CM/ECF System, which will send notification of such filing to all appearing parties and counsels using the Court's electronic system.

In San Juan, Puerto Rico, this 17th day of July 2020.

*s/Angel A. Valencia-Aponte*
Angel A. Valencia-Aponte
USDC-PR 123905
Counsel for COOPHARMA

PO Box 361917
San Juan, Puerto Rico 00936-1917
Mobile: (787) 245-0009
E-mail: avalencia@aavalaw.com