# EXHIBIT 14

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**LA FORTALEZA**
**SAN JUAN, PUERTO RICO**

Boletín Administrativo Núm. OE-2015-046

**ORDEN EJECUTIVA DEL GOBERNADOR DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, HON. ALEJANDRO J. GARCÍA PADILLA, PARA ORDENAR LA RETENCIÓN DE RECAUDOS QUE CORRESPONDERÍAN A LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO, LA AUTORIDAD PARA EL FINANCIAMIENTO DE LA INFRAESTRUCTURA, LA AUTORIDAD METROPOLITANA DE AUTOBUSES, LA AUTORIDAD DE TRANSPORTE INTEGRADO Y LA AUTORIDAD DEL DISTRITO DE CONVENCIONES DE PUERTO RICO CON EL PROPÓSITO DE CUMPLIR CON EL PAGO DE LA DEUDA PÚBLICA.**

**POR CUANTO:** La Sección 8 del Artículo VI de la Constitución del Estado Libre Asociado de Puerto Rico dispone que "cuando los recursos disponibles para un año económico no basten para cubrir las asignaciones aprobadas para ese año, se procederá en primer término, al pago de intereses y amortización de la deuda, y luego se harán los desembolsos de acuerdo con la norma de prioridades que se establezca por ley".

**POR CUANTO:** El Estado Libre Asociado de Puerto Rico tiene la responsabilidad y el deber de garantizar la salud, la seguridad, la educación y el bienestar público de sus habitantes mediante el ejercicio de su poder de razón de estado.

**POR CUANTO:** Esta Administración ha tomado medidas trascendentales para atajar la crisis fiscal por la que atraviesa el País mediante la reducción de los gastos del gobierno, un aumento en los ingresos y cambios estructurales. Además, desde junio de este año, se creó el Grupo de Trabajo para la Recuperación Fiscal y Económica de Puerto Rico el cual desarrolló un Plan Fiscal y de Crecimiento Económico a cinco años.

**POR CUANTO:** El 21 de octubre de 2015, la administración del Presidente de los Estados Unidos, Hon. Barack Obama, solicitó al Congreso que proveyera un marco legal al Estado Libre Asociado de Puerto Rico para atender sus obligaciones financieras de manera integral y

|  |  |
|---|---|
|  | ordenada. No obstante, el Congreso no ha aprobado legislación al respecto. |
| **POR CUANTO:** | A pesar de todas las gestiones realizadas, el Secretario de Hacienda y el Director de la Oficina de Gerencia y Presupuesto certificaron que la proyección de flujo de efectivo para el año fiscal en curso no es suficiente para pagar la deuda pública conforme a su vencimiento y continuar cubriendo los gastos necesarios para la protección de la salud, la seguridad, la educación y el bienestar público. |
| **POR CUANTO:** | La proyección actualizada del flujo de efectivo consideró los recaudos reales hasta el presente, una proyección de recaudos revisada hasta el final del año fiscal en curso y un estimado de los gastos necesarios para mantener los servicios esenciales para la protección de la salud, la seguridad, la educación y el bienestar de los habitantes del País. |
| **POR CUANTO:** | Ante esa situación, el Estado Libre Asociado de Puerto Rico no cuenta con recursos suficientes para cumplir con el pago de la deuda pública y, a su vez, garantizar los servicios esenciales de la salud, la seguridad, la educación y el bienestar público. |
| **POR TANTO:** | Yo, ALEJANDRO J. GARCÍA PADILLA, Gobernador del Estado Libre Asociado de Puerto Rico, en virtud de los poderes inherentes a mi cargo y de la autoridad que me ha sido conferida por la Constitución del Estado Libre Asociado de Puerto Rico, por la presente dispongo lo siguiente: |
| **PRIMERO:** | Se ordena al Secretario de Hacienda a retener los ingresos asignados a:<br>    a. la Autoridad de Carreteras y Transportación de Puerto Rico (ACT) para el pago de ciertas obligaciones de la ACT por virtud de la Sección 3060.11 de la Ley Núm. 1-2011, según enmendada, y la Sección 2301 de la Ley Núm. 22-2000, según enmendada,<br>    b. la Autoridad para el Financiamiento de la Infraestructura (AFI) para el pago de ciertas obligaciones de la AFI por virtud del Artículo 25 de la Ley Núm. 44 de 21 de junio de 1988, según enmendada, y la Sección 3060.11A de la Ley Núm. 1-2011, según enmendada, |

2

        c. la Autoridad Metropolitana de Autobuses (AMA) para el pago de ciertas obligaciones de la AMA por virtud de la Sección 3060.11 de la Ley Núm. 1-2011, según enmendada, y

        d. la Autoridad de Transporte Integrado (ATI) para el pago de ciertas obligaciones de la ATI por virtud de la Sección 3060.11 de la Ley Núm. 1-2011, según enmendada.

**SEGUNDO:** Se ordena a la Compañía de Turismo de Puerto Rico a transferir al Departamento de Hacienda aquellas cantidades recaudadas y utilizadas por virtud del Artículo 24 de la Ley Núm. 272-2003, según enmendada, para el pago de ciertas obligaciones de la Autoridad del Distrito de Convenciones de Puerto Rico descritas en el Artículo 31, Sección A de dicha ley.

**TERCERO:** El Departamento de Hacienda retendrá solamente aquellos recursos que sean necesarios para el pago correspondiente de la deuda pública, mientras se continúa brindando los servicios esenciales para proteger la salud, la seguridad, la educación y el bienestar público de los habitantes de Puerto Rico. Los ingresos antes mencionados constituyen recursos disponibles sujetos al Artículo VI, Sección 8, de la Constitución del Estado Libre Asociado de Puerto Rico. La retención no afectará aquellos fondos que sean necesarios para la operación de las entidades. Estos fondos se mantendrán en una cuenta separada y serán utilizados únicamente para el pago de la deuda pública según es pagadera. Si no fuera necesario utilizar todos los fondos retenidos, se remitirán a la corporación pública aplicable para el pago de sus respectivas obligaciones.

**CUARTO:** DEROGACIÓN. Se deja sin efecto cualquier otra Orden Ejecutiva que en todo o en parte sea incompatible con esta, hasta donde existiera tal incompatibilidad.

**QUINTO:** VIGENCIA Y PUBLICACIÓN. Esta Orden Ejecutiva entrará en vigor inmediatamente. Se ordena su más amplia publicación y divulgación.

EN TESTIMONIO DE LO CUAL, expido la presente Orden Ejecutiva bajo mi firma y hago estampar en ella el Gran Sello del Estado Libre

3

Asociado de Puerto Rico, en San Juan, Puerto Rico, hoy **30** de noviembre de 2015.

ALEJANDRO J. GARCÍA PADILLA
GOBERNADOR

Promulgada de acuerdo a la ley, hoy **30** de noviembre de 2015.

VÍCTOR A. SUÁREZ MELÉNDEZ
SECRETARIO DE ESTADO DESIGNADO

4

CERTIFIED TRANSLATION

|  |  |
|---|---|
|  | Economic Recovery of Puerto Rico was created and it developed a five year Fiscal and Economic Growth Plan. |
| **WHEREAS:** | On October 21, 2015, the administration of the President of the United States, Hon. Barack Obama, requested that Congress provide the Commonwealth of Puerto Rico an enhanced legal framework to meet its financial obligations in a comprehensive and orderly manner. However, Congress has not approved legislation. |
| **WHEREAS:** | Despite all efforts, the Secretary of the Treasury and the Director of the Office of Management and Budget certified that the projected cash flow for the current fiscal year is not sufficient to pay the public debt subject to maturity and to continue to cover the necessary expenses for the protection of health, safety, education and public welfare. |
| **WHEREAS:** | The updated cash flow projection considered the real revenues up to the present, a revised projection of revenues to the end of the current fiscal year and an estimate of the necessary expenditures to maintain essential services for the protection of the health, safety, education and welfare of the Commonwealth's citizens. |
| **WHEREAS:** | Given that situation, the Commonwealth of Puerto Rico does not have sufficient resources to meet the payment of public debt and, at the same time, maintain essential services of health, safety, education and public welfare. |

2

**THEREFORE:** I, ALEJANDRO J. GARCIA PADILLA, Governor of the Commonwealth of Puerto Rico, under the inherent powers of my office and the authority vested in me by the Constitution of the Commonwealth of Puerto Rico, hereby order the following:

**FIRST:** The Secretary of the Treasury is hereby directed to retain assigned revenue from:

    a. the Highway and Transit Authority of Puerto Rico (PRHTA) for the payment of certain obligations of the PRHTA under Section 3060.11 of Act. 1-2011, as amended, and Section 2301 of Act No. 22-2000, as amended,

    b. the Authority for Infrastructure Financing (AIF) for the payment of certain obligations of the AIF under Article 25 of Act. 44 of June 21, 1988, as amended, and Section 3060.11A of Act No. 1-2011, as amended,

    c. the Metropolitan Bus Authority (MBA) for the payment of certain obligations under the MBA per Section 3060.11. of Act No. 1-2011, as amended,
and

    d. the Integrated Transport Authority (ITA) to pay certain obligations of the ITA under Section 3060.11. of Act No. 1-2011, as amended.

**SECOND:** The Tourism Corporation is ordered to transfer to the Puerto Rico Treasury Department those amounts collected and used by virtue of Article 24 of Act. 272-2003, as amended, for the payment of certain obligations of the Authority for the Convention District of Puerto Rico described in Article 31, Section A of said Act.

**THIRD:** The Treasury will retain only those resources necessary for the payment of public debt, while continuing to provide essential services to protect the

3

        health, safety, education and welfare of the people of Puerto Rico. The above mentioned revenue resources are subject to Article VI, Section 8 of the Constitution of the Commonwealth of Puerto Rico. The retention will not affect those funds that are necessary for the operation of the entities. These funds will be kept in a separate account and will be used only for the payment of public debt as it becomes due. If it is not necessary to use all the funds held, they will be remitted to the appropriate public corporations for the payment of their respective obligations.

**FOURTH:**     <u>REPEAL</u>: Any other Executive Order that is in part or wholly incompatible with this one will be deemed without effect, to the extent any incompatibility exists.

**FIFTH:**     <u>EFFECTIVE DATE AND PUBLICATION</u>: This Executive Order will be effective immediately. It is ordered that it be published and communicated widely.

    IN WITNESS WHEREOF, I issue this Executive Order under my signature and I affix to it the Great Seal of the Commonwealth of Puerto Rico, in San Juan, Puerto Rico, on this day, November 30, 2015.

                                              s/ Alejando J. García Padilla
                                              ALEJANDRO J. GARCÍA PADILLA
                                                  GOVERNOR

[seal]

Promulgated pursuant to law, on this November 30, 2015.

<u>s/ Victor A. Suárez Meléndez</u>
VICTOR A. SUÁREZ MELÉNDEZ
DESIGNATED SECRETARY OF STATE

4