# EXHIBIT 30

**Gross HTA Revenues, Amounts withheld and passed through to HTA**
FY17 to FY20
*Source: Department of Treasury of Puerto Rico*
*$ in thousands*

| Total Revenues | | FY17 |
|---|---|---|
| Description | Act | Jul |
| Petroleum Excise | Act 30-2013 | 14,932 |
| Traffic Fines | Act 1-2015 | 2 |
| Motor Vehicle Licenses (excess of first $15) | Act 31-2013 | 4,534 |
| Electronic Tolls Fines | Act 22 | 581 |
| Cigarette Excise | Act 31-2013 | 1,666 |
| "DERECHOS ARANCELES" | | 2 |
| Motor Vehicle Licenses (First $15 per vehicle) | Act 31-2013 | 2,505 |
| Gasoline | Act 31-2013 | 12,562 |
| Diesel | Act 31-2013 | 918 |
| **Total Revenues** | | **37,703** |

| Revenues Witheld at the TSA under Moratorium Act and Related Executive Orders | |
|---|---|
| Description | Jul |
| Petroleum Excise Tax (First $10MM per month) | 10,000 |
| Motor Vehicle Licenses (First $15 per vehicle) | 2,505 |
| Gasoline | 12,562 |
| Diesel | 918 |
| Petroleum Excise Over Capital Expenditure Budget | - |
| Other | - |
| **Total** | **25,986** |

| Outflows from TSA to PRHTA, as required by Executive Orders | |
|---|---|
| Description | Jul |
| Cigarrette Tax | 1,666 |
| Traffic Fines | 2 |
| Petroleum Tax (Excess of $10MM per month) | 4,932 |
| Motor Vehicle Licenses (Excess of the first $15) | 4,534 |
| Derechos de Aranceles | 2 |
| Electronic Tolls Fines | 581 |
| **Total** | **11,717** |

| FY17 | FY17 | FY17 | FY17 | FY17 | FY17 | FY17 | FY17 |
|---|---|---|---|---|---|---|---|
| Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar |
| 16,673 | 16,136 | 17,188 | 12,436 | 14,662 | 16,662 | 12,310 | 13,448 |
| 1 | (1) | (1) | 1 | 634 | 1,382 | 1,424 | 1,831 |
| 4,873 | 4,940 | 4,658 | 4,758 | 6,763 | 5,402 | 4,695 | 5,187 |
| 365 | 85 | 92 | 376 | 799 | 992 | 893 | 1,050 |
| 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 |
| - | - | - | - | 7 | - | - | 13 |
| 2,714 | 2,704 | 2,547 | 2,607 | 3,765 | 3,028 | 2,515 | 2,806 |
| 13,374 | 13,437 | 14,237 | 9,451 | 11,670 | 13,054 | 10,591 | 12,231 |
| 1,631 | 1,937 | 1,329 | 895 | 1,132 | 625 | 712 | 893 |
| **41,296** | **40,903** | **41,717** | **32,189** | **41,097** | **42,811** | **34,806** | **39,125** |

| Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar |
|---|---|---|---|---|---|---|---|
| 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| 2,714 | 2,704 | 2,547 | 2,607 | 3,765 | 3,028 | 2,515 | 2,806 |
| 13,374 | 13,437 | 14,237 | 9,451 | 11,670 | 13,054 | 10,591 | 12,231 |
| 1,631 | 1,937 | 1,329 | 895 | 1,132 | 625 | 712 | 893 |
| - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - |
| **27,718** | **28,078** | **28,114** | **22,953** | **26,566** | **26,707** | **23,818** | **25,931** |

| Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar |
|---|---|---|---|---|---|---|---|
| 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 |
| 1 | (1) | (1) | 1 | 634 | 1,382 | 1,424 | 1,831 |
| 6,673 | 6,136 | 7,188 | 2,436 | 4,662 | 6,662 | 2,310 | 3,448 |
| 4,873 | 4,940 | 4,658 | 4,758 | 6,763 | 5,402 | 4,695 | 5,187 |
| - | - | - | - | 7 | - | - | 13 |
| 365 | 85 | 92 | 376 | 799 | 992 | 893 | 1,050 |
| **13,578** | **12,825** | **13,603** | **9,236** | **14,531** | **16,104** | **10,988** | **13,195** |

| FY17 | FY17 | FY17 | FY17 | FY18 | FY18 | FY18 | FY18 |
|---|---|---|---|---|---|---|---|
| Apr | May | Jun | FY17 Total | Jul | Aug | Sep | Oct |
| 20,348 | 12,962 | 14,884 | 182,640 | 16,586 | 21,846 | 21,043 | 25,173 |
| 1,579 | 1,785 | 1,803 | 10,440 | 1,651 | 1,427 | 1,235 | 316 |
| 4,315 | 5,122 | 5,357 | 60,602 | 4,880 | 3,281 | 4,817 | 1,670 |
| 950 | 1,181 | 1,292 | 8,656 | 1,252 | 956 | 1,057 | 283 |
| 1,666 | 1,666 | 1,666 | 19,992 | 1,666 | 1,666 | 1,666 | 1,666 |
| 128 | - | - | 150 | 7 | - | 55 | - |
| 2,300 | 2,782 | 2,818 | 33,092 | 2,612 | 1,608 | 2,160 | 640 |
| 19,503 | 11,910 | 13,817 | 155,837 | 9,709 | 13,497 | 12,864 | 12,250 |
| 1,154 | 968 | 1,060 | 13,254 | 1,167 | 1,238 | 1,572 | 1,888 |
| **51,943** | **38,376** | **42,697** | **484,663** | **39,530** | **45,519** | **46,469** | **43,886** |

| Apr | May | Jun | FY17 Total | Jul | Aug | Sep | Oct |
|---|---|---|---|---|---|---|---|
| 10,000 | 10,000 | 10,000 | 120,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| 2,300 | 2,782 | 2,818 | 33,092 | 2,612 | 1,608 | 2,160 | 640 |
| 19,503 | 11,910 | 13,817 | 155,837 | 9,709 | 13,497 | 12,864 | 12,250 |
| 1,154 | 968 | 1,060 | 13,254 | 1,167 | 1,238 | 1,572 | 1,888 |
| - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - |
| **32,957** | **25,660** | **27,695** | **322,183** | **23,488** | **26,343** | **26,596** | **24,778** |

| Apr | May | Jun | FY17 Total | Jul | Aug | Sep | Oct |
|---|---|---|---|---|---|---|---|
| 1,666 | 1,666 | 1,666 | 19,992 | 1,666 | 1,666 | 1,666 | 1,666 |
| 1,579 | 1,785 | 1,803 | 10,440 | 1,651 | 1,427 | 1,235 | 316 |
| 10,348 | 2,962 | 4,884 | 62,640 | 6,586 | 11,846 | 11,043 | 15,173 |
| 4,315 | 5,122 | 5,357 | 60,602 | 4,881 | 3,280 | 4,817 | 1,670 |
| 128 | - | - | 150 | 7 | - | 55 | - |
| 950 | 1,181 | 1,292 | 8,656 | 1,252 | 956 | 1,056 | 283 |
| **18,986** | **12,716** | **15,002** | **162,480** | **16,043** | **19,175** | **19,873** | **19,108** |

HTA_STAY0000003

| FY18 | FY18 | FY18 | FY18 | FY18 | FY18 | FY18 | FY18 | FY18 |
|---|---|---|---|---|---|---|---|---|
| Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | FY18 Total |
| 36,322 | 33,082 | 28,720 | 25,520 | 21,926 | 25,216 | 26,099 | 23,545 | 305,079 |
| 1,239 | 1,692 | 1,854 | 1,829 | 2,117 | 2,310 | 2,201 | 3,183 | 21,052 |
| 8,790 | 9,108 | 8,997 | 6,320 | 6,163 | 6,605 | 7,134 | 6,864 | 74,629 |
| 1,601 | 2,152 | 2,422 | 1,661 | 1,599 | 1,742 | 1,569 | 1,555 | 17,849 |
| 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 19,992 |
| 5 | 4 | - | - | - | - | - | 15 | 87 |
| 3,668 | 3,775 | 3,874 | 2,641 | 2,543 | 2,733 | 2,957 | 2,834 | 32,043 |
| 17,723 | 17,086 | 15,076 | 14,527 | 10,839 | 14,716 | 14,477 | 13,266 | 166,029 |
| 2,581 | 2,551 | 2,158 | 1,606 | 1,627 | 1,453 | 1,720 | 1,633 | 21,196 |
| 73,595 | 71,115 | 64,767 | 55,770 | 48,480 | 56,441 | 57,822 | 54,562 | 657,956 |

| Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | FY18 Total |
|---|---|---|---|---|---|---|---|---|
| 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 120,000 |
| 3,668 | 3,775 | 3,874 | 2,641 | 2,543 | 2,733 | 2,957 | 2,834 | 32,043 |
| 17,723 | 17,086 | 15,076 | 14,527 | 10,839 | 14,716 | 14,477 | 13,266 | 166,029 |
| 2,581 | 2,551 | 2,158 | 1,606 | 1,627 | 1,453 | 1,720 | 1,633 | 21,196 |
| - | 15,904 | 23,659 | 16,995 | 13,471 | 17,537 | (64,727) | 16,813 | 39,652 |
|  |  |  |  |  |  |  |  | - |
| 33,972 | 49,315 | 54,767 | 45,770 | 38,479 | 46,439 | (35,574) | 44,546 | 378,921 |

| Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | FY18 Total |
|---|---|---|---|---|---|---|---|---|
| 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 19,992 |
| 1,239 | 1,693 | - | 1,829 | 2,117 | 1,729 | 3,632 | 1,469 | 18,336 |
| 26,322 | 7,178 | - | - | - | - | 73,117 | - | 151,266 |
| 8,790 | 9,108 | 8,334 | 6,319 | 6,163 | 6,605 | 7,798 | 6,865 | 74,630 |
| 5 | 4 | - | - | - | - | - | - | 72 |
| 1,581 | 2,152 | - | 186 | 54 | - | 7,184 | - | 8,656 |
| 39,603 | 21,800 | 10,000 | 10,000 | 10,000 | 10,000 | 93,397 | 10,000 | 272,951 |

HTA_STAY0000004

| FY19 | FY19 | FY19 | FY19 | FY19 | FY19 | FY19 | FY19 | FY19 |
|---|---|---|---|---|---|---|---|---|
| Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar |
| 22,495 | 20,223 | 23,277 | 20,795 | 21,165 | 16,487 | 21,449 | 12,939 | 32,919 |
| 3,078 | 3,707 | 3,273 | 3,867 | 3,492 | 3,785 | 4,682 | 4,214 | 4,893 |
| 6,029 | 6,930 | 5,468 | 6,801 | 5,807 | 7,634 | 8,270 | 5,929 | 6,065 |
| 1,454 | 1,550 | 898 | 106 | 71 | 111 | 95 | 53 | 56 |
| 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 |
| 2 | - | - | 129 | - | 6 | - | 0 | 18 |
| 2,500 | 2,879 | 2,228 | 2,827 | 2,364 | 3,092 | 3,499 | 2,381 | 2,491 |
| 12,315 | 10,823 | 13,791 | 12,523 | 12,214 | 10,116 | 13,018 | 5,301 | 22,717 |
| 1,511 | 1,589 | 1,651 | 1,238 | 1,066 | 821 | 891 | 215 | 1,471 |
| **51,051** | **49,366** | **52,252** | **49,953** | **47,846** | **43,717** | **53,569** | **32,697** | **72,297** |

| Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar |
|---|---|---|---|---|---|---|---|---|
| 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| 2,500 | 2,879 | 2,228 | 2,827 | 2,364 | 3,092 | 3,499 | 2,381 | 2,491 |
| 12,315 | 10,823 | 13,791 | 12,523 | 12,214 | 10,116 | 13,018 | 5,301 | 22,717 |
| 1,511 | 1,589 | 1,651 | 1,238 | 1,066 | 821 | 891 | 215 | 1,471 |
| - | - | - | - | - | 7,910 | 19,349 | 6,686 | 27,267 |
| 4 | 10 | (13) | - | (3) | - | (1,298) | - | - |
| **26,330** | **25,300** | **27,657** | **26,589** | **25,641** | **31,939** | **45,458** | **24,582** | **63,946** |

| Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar |
|---|---|---|---|---|---|---|---|---|
| 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 |
| 3,078 | 3,707 | 3,273 | 3,867 | 3,492 | 2,367 | 1,171 | 465 | 321 |
| 12,495 | 10,223 | 13,277 | 10,795 | 11,165 | - | - | - | - |
| 6,029 | 6,930 | 5,468 | 6,801 | 5,807 | 7,634 | 5,177 | 5,923 | 6,065 |
| 2 | - | - | 129 | - | 6 | - | 0 | - |
| 1,454 | 1,550 | 898 | 106 | 71 | 111 | 95 | 53 | 56 |
| **24,725** | **24,076** | **24,582** | **23,364** | **22,202** | **11,784** | **8,108** | **8,108** | **8,108** |

Case:17-03283-LTS Doc#:13711-30 Filed:07/17/20 Entered:07/17/20 16:04:47 Desc: Exhibit 30 Page 7 of 16

| FY19 Apr | FY19 May | FY19 Jun | FY19 Total | FY20 Jul | FY20 Aug | FY20 Sep | FY20 Oct | FY20 Nov |
|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| 17,535 | 19,137 | 18,127 | 246,548 | 16,501 | 23,094 | 12,355 | 23,258 | 21,492 |
| 5,190 | 4,771 | 4,509 | 49,462 | 4,908 | 5,189 | 5,020 | 4,900 | 3,568 |
| 6,584 | 6,565 | 5,840 | 77,922 | 7,172 | 6,158 | 5,813 | 6,795 | 6,406 |
| 53 | 43 | 39 | 4,531 | 29 | 19 | 16 | 16 | 15 |
| 1,666 | 1,666 | 1,666 | 19,992 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 |
| - | - | - | 155 | 2 | 47 | - | - | - |
| 2,713 | 2,665 | 2,412 | 32,051 | 3,020 | 2,536 | 2,458 | 2,863 | 2,669 |
| 11,057 | 10,205 | 9,379 | 143,459 | 9,744 | 14,274 | 7,128 | 14,078 | 12,793 |
| 1,077 | 925 | 873 | 13,327 | 1,126 | 1,385 | 380 | 2,958 | 1,690 |
| **45,875** | **45,977** | **42,846** | **587,446** | **44,169** | **54,368** | **34,837** | **56,535** | **50,299** |

| Apr | May | Jun | FY19 Total | Jul | Aug | Sep | Oct | Nov |
|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| 10,000 | 10,000 | 10,000 | 120,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| 2,713 | 2,665 | 2,412 | 32,051 | 3,020 | 2,536 | 2,458 | 2,863 | 2,669 |
| 11,057 | 10,205 | 9,379 | 143,459 | 9,744 | 14,274 | 7,128 | 14,078 | 12,793 |
| 1,077 | 925 | 873 | 13,327 | 1,126 | 1,385 | 380 | 2,958 | 1,690 |
| 13,163 | 14,075 | 12,073 | 100,523 | 6,501 | 10,260 | 2,355 | 13,258 | 11,492 |
| - | - | - | (1,300) | 8,166 | 10,301 | 6,905 | 7,766 | 6,044 |
| **38,010** | **37,869** | **34,738** | **408,059** | **38,558** | **48,756** | **29,226** | **50,924** | **44,688** |

| Apr | May | Jun | FY19 Total | Jul | Aug | Sep | Oct | Nov |
|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| 1,666 | 1,666 | 1,666 | 19,992 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 |
| 3,352 | - | 2,460 | 27,553 | - | 907 | - | - | - |
| - | - | 1,222 | 59,177 | - | 2,834 | - | - | - |
| 3,037 | 6,442 | 2,678 | 67,992 | 3,945 | 205 | 3,945 | 3,945 | 3,945 |
| - | - | - | 136 | - | - | - | - | - |
| 53 | - | 83 | 4,531 | - | - | - | - | - |
| **8,108** | **8,108** | **8,108** | **179,381** | **5,611** | **5,611** | **5,611** | **5,611** | **5,611** |

HTA_STAY0000006

| FY20 |
|---|
| **Nov YTD** |
| 96,700 |
| 23,585 |
| 32,345 |
| 95 |
| 8,330 |
| 49 |
| 13,546 |
| 58,017 |
| 7,540 |
| **240,207** |

| **Nov YTD** |
|---|
| 50,000 |
| 13,546 |
| 58,017 |
| 7,540 |
| 43,866 |
| 39,182 |
| **212,151** |

| **Nov YTD** |
|---|
| 8,330 |
| 907 |
| 2,834 |
| 15,986 |
| - |
| - |
| **28,056** |

**Actual revenues retained under**
**provisions of Act 21-2016 and Act 5-2017 and enacted executive orders**

*$ in thousands*

| Entity | Revenues Subject to Retention | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRHTA | Petroleum Tax [1] | 10,000 $ | 10,000 $ | 10,000 $ | 10,000 $ | 10,000 | | | | | | | | 50,000 |
| PRHTA | Gasoline, Diesel & Motor Vehicle License | 13,891 | 18,195 | 9,966 | 19,900 | 17,152 | | | | | | | | 79,103 |
| PRHTA | Excess of Capex Revenues | 14,667 | 20,561 | 9,260 | 21,024 | 17,536 | | | | | | | | 83,048 |
| PRMBA | Cigarette Excise Tax | 800 | 800 | 800 | 800 | 800 | | | | | | | | 4,000 |
| PRIFA | Petroleum Tax | 10,138 | 14,388 | 7,216 | 14,229 | 12,886 | | | | | | | | 58,858 |
| PRIFA | Rum Tax | 41,538 | 33,326 | 33,606 | 8,531 | 0 | | | | | | | | 117,000 |
| | | 91,033 | 97,270 | 70,848 | 74,483 | 58,374 | 0 | - | - | - | - | - | - | 392,009 |

**(1)** Per Act 1-2015 the Maximum amount allocated from the Petroleum Tax to PRHTA Bonds is $10MM per month or $120 MM annually.

Source: Hacienda

| Recap Total Revenues Retained for PRHTA- FY 2020 | |
|---|---|
| Petroleum Tax | $ 50,000 |
| Gasoline/Diesel/Motor Vehicles | 79,103 |
| Excess of Capex Revenues | 83,048 |
| | $ 212,151 |

In addition, pursuant to the Executive Orders, the government entities set forth below have retained the following types of revenues that would otherwise been transferred to the trustees of their respective bonds and have either segregated funds or used them in connection with their operations, depending on their respective financial situations:

| Government Entity | Revenues subject to retention |
|---|---|
| ERS | Employer Contributions |
| PRPA (PRIFA Ports Authority Bonds) | Airport and port fees |
| UPR | Tuition fees |
| Tourism Company (PRCCDA Bonds) | Hotel room tax |
| PRIDCO | Rental revenue |
| HTA | Toll Revenue |

**Actual revenues retained under**
**provisions of Act 21-2016 and Act 5-2017 and enacted executive orders**

*$ in thousands*

| Entity | Revenues Subject to Retention | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRHTA | Petroleum Tax (1) | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | 120,000 |
| PRHTA | Gasoline, Diesel & Motor Vehicle License | 16,330 | 15,300 | 17,657 | 16,589 | 15,641 | 14,029 | 16,109 | 7,896 | 26,679 | 14,847 | 13,794 | 12,665 | 187,534 |
| PRHTA | Excess of Capex Revenues | | | | 0 | 0 | 7,910 | 19,349 | 6,686 | 27,267 | 13,163 | 14,075 | 12,073 | 100,523 |
| PRMBA | Cigarette Excise Tax | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 9,600 |
| PRIFA | Petroleum Tax | 12,877 | 11,068 | 13,732 | 12,439 | 12,502 | 11,840 | 13,127 | 7,908 | 19,084 | 10,247 | 11,770 | 11,006 | 147,599 |
| PRIFA | Rum Tax | 36,518 | 30,025 | 35,708 | 14,749 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 117,000 |
| | | 76,525 | 67,193 | 77,897 | 54,576 | 38,943 | 44,579 | 59,385 | 33,290 | 83,830 | 49,057 | 50,439 | 46,544 | 682,257 |

**(1)** Per Act 1-2015 the Maximum amount allocated from the Petroleum Tax to PRHTA Bonds is $10MM per month or $120 MM annually.

Source: Hacienda

In addition, pursuant to the Executive Orders, the government entities set forth below have retained the following types of revenues that would otherwise been transferred to the trustees of their respective bonds and have either segregated funds or used them in connection with their operations, depending on their respective financial situations:

| Government Entity | Revenues subject to retention |
|---|---|
| ERS | Employer Contributions |
| PRPA (PRIFA Ports Authority Bonds) | Airport and port fees |
| UPR | Tuition fees |
| Tourism Company (PRCCDA Bonds) | Hotel room tax |
| PRIDCO | Rental revenue |
| HTA | Toll Revenue |

Recap Total Revenues Retained for PRHTA- FY 2019

| | |
|---|---|
| Petroleum Tax | $ 120,000 |
| Gasoline/Diesel/Motor Vehicles | 187,534 |
| Excess of Capex Revenues | 100,523 |
| | $ 408,058 |

Actual revenues
provisions of Act 21-2016 and Act 5

*$ in thousands*

| Entity | Revenues Subject to Retention | Jul-17 | Aug-17 | Sep-17 |
|---|---|---|---|---|
| PRHTA | Petroleum Tax [1] | $ 10,000 | $ 10,000 | $ 10,000 |
| PRHTA | Gasoline, Diesel & Motor Vehicle License | 13,488 | 16,343 | 16,596 |
| PRHTA | Excess of Capex Revenues | 0 | 0 | 0 |
| PRMBA | Cigarette Excise Tax | 800 | 800 | 800 |
| PRIFA | Petroleum Tax | 9,999 | 13,333 | 12,674 |
| PRIFA | Rum Tax | 27,588 | 26,001 | 22,753 |
| | | $61,875 | $66,478 | $62,822 |

**(1)** Per Act 1-2015 the Maximum amount allocated from the Petroleum Tax to PRHTA Bonds is $10MM per month or $120 MM annually.

Source: Hacienda

In addition, pursuant to the Executive Orders, the government entities set forth below have retained the following types of revenues that would otherwise been transferred to the trustees of their respective bonds and have either segregated funds or used them in connection with their operations, depending on their respective financial situations:

| Government Entity | Revenues subject to retention |
|---|---|
| ERS | Employer Contributions |
| PRPA (PRIFA Ports Authority Bonds) | Airport and port fees |
| UPR | Tuition fees |
| Tourism Company (PRCCDA Bonds) | Hotel room tax |
| PRIDCO | Rental revenue |
| HTA | Toll Revenue |

**s retained under**
**5-2017 and enacted executive orders**

| | Oct-17 | Nov-17 | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | \$ 10,000 | \$ 10,000 | \$ 10,000 | \$ 10,000 | \$ 10,000 | \$ 10,000 | \$ 10,000 | \$ 10,000 | \$ 10,000 | \$ 120,000 |
| | 14,778 | 23,972 | 23,411 | 21,108 | 18,774 | 15,009 | 18,902 | 19,154 | 17,733 | 219,269 |
| | 0 | 0 | 15,904 | 23,659 | 16,995 | 13,471 | 17,537 | (64,727) | 16,813 | 39,652 |
| | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 9,600 |
| | 10,575 | 19,741 | 18,349 | 15,634 | 14,648 | 11,280 | 14,638 | 14,689 | 13,225 | 168,785 |
| | 27,337 | 9,321 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 113,000 |
| | \$63,489 | \$63,834 | \$68,464 | \$71,201 | \$61,218 | \$50,560 | \$61,877 | (\$20,085) | \$58,571 | \$670,306 |

| Recap Total Revenues Retained for PRHTA- FY 2018 | |
|---|---|
| Petroleum Tax | \$ 120,000 |
| Gasoline/Diesel/Motor Vehicles | 219,269 |
| Excess of Capex Revenues | 39,652 |
| | **\$ 378,921** |

HTA_STAY0000011

| Check | |
|---|---|
| $ 378,921 | (0) |

HTA_STAY0000012

*$ in thousands*

|  |  | | | | | | Actual revenues |  |
|---|---|---|---|---|---|---|---|---|
|  |  | | | | | | provisions of Act 21-2016 and Act 5 | |
| Entity | Revenues Subject to Retention | | | | | | | |
|  |  | | Jul-16 | | Aug-16 | | Sep-16 | |
| PRHTA | Petroleum Tax (1) | $ | 10,000 | $ | 10,000 | $ | 10,000 | |
| PRHTA | Gasoline, Diesel & Motor Vehicle License | | 15,986 | | 17,718 | | 18,078 | |
| PRMBA | Cigarette Excise Tax | | 800 | | 800 | | 800 | |
| PRIFA | Petroleum Tax | | 14,152 | | 12,877 | | 13,551 | |
| PRIFA | Rum Tax | | 21,695 | | 34,094 | | 18,524 | |
|  |  | | $62,633 | | $75,489 | | $60,953 | |

**(1)** Per Act 1-2015 the Maximum amount allocated from the Petroleum Tax to PRHTA Bonds is $10MM per month or $120 MM annually.

Source: Hacienda

HTA_STAY0000013

s retained under
5-2017 and enacted executive orders

| | Oct-16 | Nov-16 | Dec-16 | Jan-17 | Feb-17 | Mar-17 | Apr-17 | May-17 | Jun-17 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Actual | | | | | | |
| $ | 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 120,000 |
| | 18,114 | 12,953 | 16,566 | 16,707 | 13,818 | 15,931 | 22,957 | 15,660 | 17,695 | 202,183 |
| | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 9,600 |
| | 11,417 | 12,393 | 11,497 | 14,329 | 12,458 | 14,298 | 11,721 | 13,554 | 9,989 | 152,236 |
| | 29,076 | 0 | 9,610 | - | - | - | - | - | - | 112,999 |
| | $69,407 | $36,146 | $48,473 | $41,836 | $37,076 | $41,029 | $45,478 | $40,014 | $38,484 | $597,018 |

| Recap Total Revenues Retained for PRHTA- FY 2017 | | |
|---|---|---|
| Petroleum Tax | $ | 120,000 |
| Gasoline/Diesel/Motor Vehicles | | 202,183 |
| | **$** | **322,183** |

HTA_STAY0000014

| Check | |
|---|---|
| $ 322,183 | 0 |

HTA_STAY0000015