**Estimated Hearing Date**: October 28, 2020 at 9:30 a.m. AST
**Objection Deadline**: August 7, 2020 at 4:00 p.m. AST

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**SUMMARY COVER SHEET FOR NINTH INTERIM APPLICATION OF LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO FOR PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES, FOR THE PERIOD FROM FEBRUARY 1, 2020 THROUGH MAY 31, 2020**

**ALL FEES AND SERVICES IN THIS INTERIM APPLICATION WERE INCURRED OUTSIDE OF PUERTO RICO**

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

## **Summary Sheet**

| | |
|---|---|
| Name of Applicant: | Luskin, Stern & Eisler LLP ("LS&E") |
| Authorized to Provide Professional Services as: | Special Counsel to The Financial Oversight and Management Board for Puerto Rico |
| Name of Client: | The Financial Oversight and Management Board for Puerto Rico |
| Petition Date: | May 3, 2017[2] |
| Retention Date: | October 4, 2016 |
| Compensation Period: | February 1, 2020 to May 31, 2020 (the "Compensation Period") |
| Total Compensation Sought excluding Gross-Up Amount: | $54,879.00 |
| Gross-Up Amount:[3] | $4,293.91 |
| Expense Reimbursement Sought: | $5.52 |
| Total Compensation and Expense Reimbursement Sought including Gross-Up Amount: | $59,178.43 |
| Prior Applications Filed: | First Interim Application [ECF No. 2077]; Second Interim Application [ECF No. 2729]; Third Interim Application [ECF No. 3530]; Fourth Interim Application [ECF No. 4336]; Fifth Interim Application [ECF No. 5778]; Sixth Interim Application [ECF No. 7968]; Seventh Interim Application [ECF No. 9199]; Eighth Interim Application [ECF No. 12356] |

This is an: ___ monthly    X  interim    ___ final application

This is Luskin, Stern & Eisler LLP's ninth interim application in these cases (this "Application").

---

[2] The petition date for the Commonwealth under Title III was May 3, 2017. The petition date for COFINA under Title III was May 5, 2017. The petition date for ERS and HTA under Title III was May 21, 2017. The petition date for PREPA under Title III was July 2, 2017.

[3] LS&E requests approval now, as part of its fees and expenses, of the amount required to gross up the taxes withheld during this Compensation Period (the "Gross-Up Amount") on account of any tax withholding pursuant to Act 257 amending the Puerto Rico Internal Revenue Code of 2011 (the "PR Tax Code") and any other provisions of the PR Tax Code (the "Tax Withholding"). LS&E will only request payment of the Gross-Up Amount from the Debtors if it is determined that the Tax Withholding does not result in tax credits offsetting the Gross-Up Amount, but based on the current advice of its accountants, LS&E will not be entitled to tax credits to offset the Gross-Up Amount.

Additional Information required pursuant to the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* effective as of November 1, 2013:

| | |
|---|---|
| Total Compensation Approved by Interim Order to Date: | $1,345,432.24 |
| Total Expense Reimbursement Approved by Interim Order to Date: | $6,270.54 |
| Total Allowed Compensation Paid to Date: | $1,201,797.54 |
| Total Allowed Expense Reimbursement Paid to Date: | $6,270.54 |
| Total Compensation Sought in this Application Already Paid Pursuant to Monthly Compensation Statements but not yet Allowed: | $6,120.21 |
| Total Expense Reimbursement Sought in this Application Already Paid Pursuant to Monthly Compensation Statements but not yet Allowed: | $0.00 |
| Blended Hourly Rate in this Application for all Attorneys: | $837.75 |
| Blended Hourly Rate in this Application for all Timekeepers: | $641.86 |
| Number of Professionals in this Application: | 3 |
| Number of Professionals Billing Fewer than 15 hours in this Application: | 1 |
| Difference Between Fees Budgeted and Compensation Requested for this Period: | N/A[4] |
| Rate Increases Since Date of Retention: | 5 |
| Disclosure of Compensation Sought in this Application Using Rates Disclosed at Retention: | $52,124.50 |

---

[4] Because LS&E performs work for the Oversight Board on an *ad hoc* basis, the amount of time it bills in any given month or Compensation Period can fluctuate substantially.  Accordingly, there have been significant variations in budgeted and actual fees billed.  Based on discussions with the Fee Examiner (as defined in this Application), LS&E is no longer subject to the budgeting requirement with respect to the work it performs on an *ad hoc* basis.  In the event LS&E begins project assignments with more predictable work, LS&E will submit monthly budgets for such work to the Fee Examiner.

## Summary of Prior Interim Fee Applications Filed

| File Date/ ECF No. | Period Covered | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|---|---|
| 12/15/2017 [No. 2077] | May 3, 2017 to September 30, 2017 | $324,975.50 | $2,172.59 | $308,347.07 | $2,100.64 | $308,347.07 | $2,100.64 |
| 3/19/2018 [No. 2729] | October 1, 2017 to January 31, 2018 | $91,237.50 | $1,329.64 | $88,869.67 | $1,329.64 | $88,869.67 | $1,329.64 |
| 7/16/2018 [No. 3530] | February 1, 2018 to May 31, 208 | $125,126.00 | $471.42 | $123,126.00 | $471.42 | $123,126.00 | $471.42 |
| 11/19/2019 [No. 4336] | June 1, 2018 to September 30, 2018 | $74,708.00 | $313.63 | $71,708.00 | $313.63 | $71,708.00 | $313.63 |
| 3/18/2019 [No. 5778] | October 1, 2018 to January 31, 2019 | $547,219.50 | $1,314.13 | $546,614.00 | $1,311.51 | $464,624.57[5] | $1,311.51 |
| 7/15/2019 [No. 7968] | February 1, 2019 to May 31, 2019 | $152,665.50 | $900.41 | $152,165.50 | $743.70 | $106,354.82[6] | $743.70 |
| 11/15/2019 [No. 9199] | June 1, 2019 to September 30, 2019 | $54,602.00 | $0.00 | $54,602.00 | $0.00 | $38,767.41[7] | $0.00 |
| 3/16/2020 [No. 12356] | October 1, 2019 to January 31, 2020 | $30,633.00 | $66.91 | N/A[8] | N/A | $19,719.49[9] | $66.91 |
| **TOTAL** | | **$1,401,167.00** | **$6,568.73** | **$1,345,432.24** | **$6,270.54** | **$1,221,517.02** | **$6,337.45** |

## Summary of Prior Monthly Fee Statements for the Compensation Period from February 1, 2020 through May 31, 2020[10]

| Date | Period Covered | Total Fees | Fees Requested (90%) | Holdback (10%) | Expenses Requested | Fees Paid | Expenses Paid | PR Tax Withheld |
|---|---|---|---|---|---|---|---|---|
| 3/31/2020 | February 1, 2020 to February 29, 2020 | $9,784.50 | $8,806.05 | $978.45 | $0.00 | $6,120.21 | $0.00 | $2.685.84 |
| 7/6/2020 | March 1, 2020 to March 31, 2020 | $19,054.50 | $17,149.05 | $1,905.45 | $5.52 | $0.00 | $0.00 | $0.00 |
| 7/6/2020 | April 1, 2020 to April 30, 3030 | $17,304.00 | $15,573.60 | $1,730.40 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/6/2020 | May 1, 2020 to May 31, 2020 | $8,736.00 | $7,862.40 | $873.60 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL** | | **$54,879.00** | **$49,391.10** | **$5,487.90** | **$5.52** | **$6,120.21** | **$0.00** | **$2,685.84** |

[5] LS&E understands the amount paid is net of Tax Withholding in the aggregate amount of $81,989.43.

[6] LS&E understands the amount paid is net of Tax Withholding in the aggregate amount of $45,810.68.

[7] LS&E understands the amount paid is net of Tax Withholding in the aggregate amount of $14,251.13.

[8] The scheduled hearing date for consideration of fee applications covering the eighth interim Compensation Period is July 29, 2020.

[9] LS&E understands the amount paid is net of Tax Withholding in the aggregate amount of $7,850.21.

[10] The fees requested in LS&E's monthly fee statements during this Compensation Period reflect voluntary reductions in the aggregate amount of $2,565.00. Such reductions are reflected in the net amounts sought in this Application.

**Estimated Hearing Date**: October 28, 2020 at 9:30 a.m. AST
**Objection Deadline**: August 7, 2020 at 4:00 p.m. AST

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

# NINTH INTERIM APPLICATION OF
# LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE
# FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
# FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
# FOR THE PERIOD FROM FEBRUARY 1, 2020 THROUGH MAY 31, 2020

TO THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT COURT JUDGE:

Luskin, Stern & Eisler LLP ("LS&E"), special counsel to the Financial Oversight

and Management Board for Puerto Rico (the "Oversight Board") as representative of the

Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Corporation, the Puerto

Rico Highways and Transportation Authority, the Employees Retirement System of the

Government of the Commonwealth of Puerto Rico, and the Puerto Rico Electric Power Authority

(collectively, the "Debtors") in the above-captioned title III cases (the "Title III Cases") pursuant

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] hereby submits this ninth interim fee application (the "Ninth Interim Application" or "Application"),[3] pursuant to PROMESA sections 316 and 317, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),[4] Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Bankruptcy Rules"), Appendix B of the United States Trustee *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Large Chapter 11 Cases* effective as of November 1, 2013 (the "U.S. Trustee Guidelines," and together with the aforementioned statutes, rules and guidelines, the "Guidelines"), and in accordance with the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered by this Court on June 6, 2018 [ECF No. 3269] (the "Interim Compensation Order"), seeking entry of an order granting (a) the allowance of interim compensation in the aggregate amount of $59,172.91, which is comprised of (i) $54,879.00 in fees for reasonable and necessary professional services rendered and (ii) $4,293.91 in the amount required to gross up the taxes withheld (the "Gross-Up Amount")[5] on account of any tax withholding pursuant the Puerto Rico Internal Revenue Code of 2011 (the "Tax Withholding"), and (b) reimbursement of actual and necessary expenses in the aggregate amount of $5.52 incurred during the period commencing February 1, 2020 through

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

[3] The Application solely pertains to fees and expenses incurred with respect to the Debtors' Title III Cases and does not address fees or expenses incurred with respect to other services performed for the Oversight Board outside the Title III process.

[4] The Bankruptcy Rules are made applicable to the Debtors' Title III Cases pursuant to PROMESA section 310.

[5] LS&E will only request payment of the Gross-Up Amount from the Debtors if it is determined that the Tax Withholding does not result in tax credits offsetting the Gross-Up Amount, but based on the current advice of its accountants, LS&E will not be entitled to tax credits to offset the Gross-Up Amount.

and including May 31, 2020 (the "Compensation Period").  In support of this Application, LS&E

respectfully states the following:

**Jurisdiction and Venue**

1.       The Court has subject matter jurisdiction to consider and determine this

Second Interim Application pursuant to PROMESA section 306(a).  Venue is proper before this

Court pursuant to PROMESA section 307(a).  The statutory predicates for the relief requested

herein are PROMESA sections 316 and 317, Bankruptcy Rule 2016 and Local Rule 2016-1.

2.       This Application has been prepared in accordance with the Guidelines and

the Interim Compensation Order.  Attached hereto as **Exhibit A** is a certification regarding

compliance with the Local Guidelines.

**Background and Case Status**

**A.  The Debtors' Title III Cases**

3.       On June 30, 2016, the Oversight Board was established under PROMESA

section 101(b).

4.       On August 31, 2016, President Obama appointed the Oversight Board's

seven voting members.

5.       Pursuant to PROMESA section 315, "[t]he Oversight Board in a case

under this title is the representative of the debtor[s]" and "may take any action necessary on

behalf of the debtor[s] to prosecute the case[s] of the debtor[s], including filing a petition under

section 304 of [PROMESA] . . . or otherwise generally submitting filings in relation to the

case[s] with the court."

6.       On September 30, 2016, the Oversight Board designated the Debtors as

"covered entit[ies]" under PROMESA section 101(d).

7.　　On May 3, 2017, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the Commonwealth of Puerto Rico (the "Commonwealth") pursuant to section 304(a) of PROMESA, commencing a case under title III thereof.

8.　　On May 5, 2017, the Oversight Board filed a voluntary petition for relief for the Puerto Rico Sales Tax Financing Corporation ("COFINA") pursuant to section 304(a) of PROMESA, commencing a case under title III thereof.

9.　　On May 21, 2017, the Oversight Board filed a voluntary petition for relief for each of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") and the Puerto Rico Highways and Transportation Authority ("HTA") pursuant to section 304(a) of PROMESA, commencing cases under title III thereof.

10.　　On July 2, 2017, the Oversight Board filed a voluntary petition for the Puerto Rico Electric Power Authority ("PREPA") pursuant to section 304(a) of PROMESA, commencing a case under title III thereof.

11.　　Through orders issued on June 1, June 29 and October 6, 2017, the Court ordered the joint administration of the Title III Cases for the Debtors, for procedural purposes only [ECF Nos. 242, 537 and 1417].

12.　　Background information regarding the Commonwealth and its instrumentalities, and the commencement of the instant Title III Cases, is contained in the *Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* [ECF No. 1] attached to the Commonwealth's Title III petition.

### B.   Retention of LS&E

13.    LS&E is a law firm with its offices located in New York.  LS&E has significant experience representing parties in bankruptcy actions and litigations in many large, complex cases.  It has represented clients in numerous cases in the Southern District of New York, the Eastern District of New York, and in the United States District Courts and Courts of Appeals throughout the United States.

14.    As set forth in the engagement letter dated October 4, 2016 (the "Engagement Letter"),[6] LS&E was retained by and authorized to represent the Oversight Board in connection with litigation in this Court seeking to lift the automatic stay imposed by PROMESA, seven months before these Title III Cases were commenced.[7]  Since the commencement of these Title III Cases, LS&E has continued to provide services to the Oversight Board and assists Proskauer Rose LLP ("Proskauer"), as lead counsel for the Oversight Board, in connection with the ongoing Title III actions given LS&E's institutional knowledge of the pre-Title III litigation and its experience in bankruptcy litigation.

### C.   Interim Compensation and Fee Examiner Orders

15.    On August 23, 2017, the Court entered the *Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 1150].

16.    On October 6, 2017, the Court appointed a Fee Examiner in these Title III Cases (the "Fee Examiner") pursuant to the *Order Pursuant to PROMESA Sections 316 and 317*

---

[6] A copy of the Engagement Letter is available on the Oversight Board's website at
http://oversightboard.pr.gov/documents.

[7] Unlike in cases commenced under the Bankruptcy Code, professionals retained by the Debtors and the Oversight Board do not require court authorization for retention.  *See* PROMESA § 301(a) (omitting Bankruptcy Code sections 327 and 328 from incorporation into PROMESA).

and *Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief*
[ECF No. 1416] (the "Fee Examiner Order").

17.    On October 31, 2017, the Fee Examiner filed the *Urgent Motion of the*
*Fee Examiner to Amend the Interim Compensation Order, Including the Due Date and Hearing*
*Date for Interim Compensation* [ECF No. 1594].

18.    On November 8, 2017, the Court entered the *First Amended Order Setting*
*Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*
[ECF No. 1715].

19.    On November 10, 2017, the Fee Examiner issued a memorandum, and on
January 3, 2018 and February 22, 2019, the Fee Examiner issued supplemental memoranda
(together, the "Fee Examiner Guidelines") to all retained professionals in these Title III Cases
providing additional guidelines in connection with the Interim Compensation Order.

20.    On May 8, 2018, the Fee Examiner filed the *Motion of the Fee Examiner*
*to Amend the Fee Examiner Order with Respect to the Scope of the Fee Examiner's Authority in*
*the Interest of Administrative Efficiency* [ECF No. 3032] (the "Motion to Amend the Fee
Examiner Order").

21.    On May 23, 2018, the Oversight Board and the Puerto Rico Fiscal Agency
and Financial Authority (the "AAFAF") filed a *Joint Motion for Entry of an Order Further*
*Amending the Interim Compensation Order* [ECF No. 3133].

22.    On June 6, 2018, the Court entered the Interim Compensation Order, and
in accordance therewith, LS&E and other professionals retained in these Title III Cases were
authorized to serve upon the parties identified therein (the "Notice Parties") monthly fee
statements (the "Monthly Fee Statements").

23.     Pursuant to the Interim Compensation Order, the Notice Parties have ten

days from the date of service of the Monthly Fee Statement to object to the amounts requested.

If no objection is filed prior to expiration of the objection period, the Commonwealth is

authorized to pay the respective professionals 90% of the fees and 100% of the expenses sought

in each Monthly Fee Statement.

24.     On June 20, 2018, the Court entered the *First Amended Order Pursuant to*

*PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee*

*Examiner and Related Relief* [ECF No. 3324] (the "Amended Fee Examiner Order").  Pursuant

to the Amended Fee Examiner Order, the Court directed the Fee Examiner, "in consultation with

the relevant professionals and counsel for the Oversight Board, AAFAF, and the official

committees, to develop and present a proposal to the Court to resolve the concerns the Fee

Examiner has noted at paragraphs 9 through 22 of the Motion [to Amend the Fee Examiner

Order], addressing the fee applications of McKinsey & Company, Andrew Wolfe, and other *de*

*minimis* and flat fee professionals and reiterating and amending the provisions of the [Fee

Examiner Order]."

25.     On August 20, 2018, the Fee Examiner filed the *Fee Examiner's Motion to*

*Impose Presumptive Standards and Timeliness Requirements for Professional Fee Applications*

[ECF No. 3790] (the "Presumptive Standards Motion"), articulating presumptive standards of

reasonableness and necessity for specific categories of professional services and recommending

timely application requirements.

26.     On September 13, 2018, the Court entered the *Order on Fee Examiner's*

*Motion to Impose Presumptive Standards and Timeliness Requirements for Professional Fee*

*Applications* [ECF No. 3932], granting the Presumptive Standards Motion.

27.     On June 6, 2019, the Fee Examiner filed the *Informative Motion of the Fee Examiner Submitting Uncontested Revised Proposed Order Imposing Additional Presumptive Standards* [ECF No. 7214], incorporating concerns raised by the Court and other parties with respect to additional presumptive standards of reasonableness and necessity for specific categories of professional services, including the requirement of prior client approval of rate increases.

28.     On June 26, 2019, the Court entered the *Order Imposing Additional Presumptive Standards: Rate Increases and the Retention of Expert Witnesses or Other Sub-Retained Professionals* [ECF No. 7678] (the "Additional Presumptive Standards Order").

### D.  Applications for Interim Compensation

29.     In addition to the Monthly Fee Statements, the Interim Compensation Order directed professionals to seek interim allowance and payment of compensation (including the 10% held back from Monthly Fee Statements) and expense reimbursement at 120-day intervals (each an "Interim Fee Period") by filing with the Court and serving on the Notice Parties an application for approval and allowance of all compensation and reimbursement of expenses relating to services rendered and expenses incurred during the preceding Interim Fee Period (*see* Interim Compensation Order at ¶2(f)).

30.     On December 15, 2017, LS&E filed its *First Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico for Professional Compensation and Reimbursement of Expenses for the Period from May 3, 2017 through September 30, 2017* [ECF No. 2077], for interim compensation for the period of May 3, 2017 through September 30, 2017 (the "First Interim

Application") in these Title III Cases seeking interim allowance of $324,975.50 in compensation for professional services rendered and $2,172.59 in reimbursement for expenses incurred.

31.    On February 21, 2018, the Fee Examiner provided his confidential letter report to LS&E with respect to the First Interim Application.  Based on multiple conversations LS&E had with the Fee Examiner's professionals, the parties agreed that LS&E would reduce the amounts sought in the First Interim Application by $16,628.43 in fees and $71.95 in expenses (together, the "First Interim Adjustments").

32.    On March 1, 2018, the Fee Examiner filed the *Fee Examiner's Initial Report* [ECF No. 2645] with respect to LS&E's First Interim Application, recommending that the Court approve the First Interim Application, net of the First Interim Adjustments.

33.    On March 7, 2018, the Court entered its *Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the First Interim Compensation Period from May 3 through September 30, 2017* [ECF No. 2685], approving the First Interim Application, net of the First Interim Adjustments.

34.    On March 19, 2018, LS&E filed its *Second Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico for Professional Compensation and Reimbursement of Expenses for the Period from October 1, 2017 through January 31, 2018* [ECF No. 2729], for interim compensation for the period of October 1, 2017 through January 31, 2018 (the "Second Interim Application") in these Title III Cases seeking interim allowance of $91,237.50 in compensation for professional services rendered and $1,329.64 in reimbursement for expenses incurred.

35.    On May 30, 2018, the Fee Examiner filed the *Fee Examiner's Second Report on Professional Fees and Expenses* [ECF No. 3193], recommending that the Court

adjourn LS&E's Second Interim Application for consideration at the July 25, 2018 omnibus
hearing.

36.     On July 16, 2018, LS&E filed its *Third Interim Application of Luskin,
Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for
Puerto Rico, for Professional Compensation and Reimbursement of Expenses for the Period
from February 1, 2018 through May 31, 2018* [ECF No. 3530] for interim compensation for the
period from February 1, 2018 through May 31, 2018 (the "Third Interim Application") in these
Title III Cases seeking interim allowance of $125,126.00 in compensation for professional
services rendered and $471.42 in reimbursement of expenses incurred.

37.     On July 25, 2018, the Fee Examiner provided his confidential letter report
to LS&E with respect to the Second Interim Application.  Based on multiple conversations
LS&E had with the Fee Examiner's professionals, the parties agreed that LS&E would reduce
the amounts sought in the Second Interim Application by $2,367.83 in fees (the "Second Interim
Adjustments").

38.     On September 6, 2018, the Court entered its *Second Supplemental
Omnibus Order Awarding Interim Allowance of Compensation for Professional Services
Rendered and Reimbursement of Expenses for the First and Second Interim Compensation
Period from May 3 through September 30, 3017 and from October 1, 2017 through
January 31, 2018* [ECF No. 3874], approving the Second Interim Application, net of the Second
Interim Adjustments.

39.     On September 20, 2018, the Fee Examiner provided his confidential letter
report to LS&E with respect to the Third Interim Application.  Based on multiple conversations
LS&E had with the Fee Examiner's professionals, the parties agreed that LS&E would reduce

the amounts sought in the Third Interim Application by $2,000.00 in fees (the "Third Interim Adjustments").

40.     On October 31, 2018, the Fee Examiner filed the *Fee Examiner's Third Report on Professional Fees and Expenses* [ECF No. 4126] (with respect to LS&E's Third Interim Application, recommending that the Court approve the Third Interim Application, net of the Third Interim Adjustments.

41.     On November 6, 2018, the Court entered its *Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Third Interim Compensation Period from February 1, 2018 through May 31, 2018* [ECF No. 4200], approving the Third Interim Application, net of the Third Interim Adjustments.

42.     On November 19, 2018, LS&E filed its *Fourth Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico, for Professional Compensation and Reimbursement of Expenses for the Period from June 1, 2018 through September 30, 2018* [ECF No. 4336] for interim compensation for the period from June 1, 2018 through September 30, 2018 (the "Fourth Interim Application") in these Title III Cases seeking interim allowance of $74,708.00 in compensation for professional services rendered and $313.63 in reimbursement of expenses incurred.

43.     On February 26, 2019, the Fee Examiner provided his confidential letter report to LS&E with respect to the Fourth Interim Application.  Based on multiple conversations LS&E had with the Fee Examiner's professionals, the parties agreed that LS&E would reduce the amounts sought in the Fourth Interim Application by $3,000.00 in fees (the "Fourth Interim Adjustments").

11

44.     On March 6, 2019, the Fee Examiner filed the *Fee Examiner's Fourth Report on Presumptive Standards Motion and on Professional Fees and Expenses* [ECF No. 5409] with respect to LS&E's Fourth Interim Application, recommending that the Court approve the Fourth Interim Application, net of the Fourth Interim Adjustments.

45.     On March 14, 2019, the Court entered its *Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Fourth Compensation Period from June 1, 2018 through September 30, 2018* [ECF No. 5654], approving the Fourth Interim Application, net of the Fourth Interim Adjustments.

46.     On March 18, 2019, LS&E filed its *Fifth Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico, for Professional Compensation and Reimbursement of Expenses for the Period from October 1, 2018 through January 31, 2019* [ECF No. 5778] for interim compensation for the period from October 1, 2018 through January 31, 2019 (the "Fifth Interim Application") in these Title III Cases seeking interim allowance of $547,219.50 in compensation for professional services rendered and $1,314.13 in reimbursement of expenses incurred.

47.     On May 9, 2019, the Fee Examiner provided his confidential letter report to LS&E with respect to the Fifth Interim Application.  Based on conversations LS&E had with the Fee Examiner's professionals, the parties agreed that LS&E would reduce the amounts sought in the Fifth Interim Application by $605.50 in fees and $2.62 in expenses (together, the "Fifth Interim Adjustments").

48.     On June 5, 2019, the Fee Examiner filed the *Fee Examiner's Fifth Interim Report on Professional Fees and Expenses* [ECF No. 7233] (the "Fee Examiner's Fifth Report")

with respect to LS&E's Fifth Interim Application, recommending that the Court approve the Fifth Interim Application, net of the Fifth Interim Adjustments.

49.     On June 26, 2019, the Court entered its *Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Fifth Compensation Period from October 1, 2018 through January 31, 2019* [ECF No. 7670], approving the Fifth Interim Application, net of the Fifth Interim Adjustments.

50.     On July 15, 2019, LS&E filed its *Sixth Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico, for Professional Compensation and Reimbursement of Expenses for the Period from February 1, 2019 through May 31, 2019* [ECF No. 7968] for interim compensation for the period from February 1, 2019 through May 31, 2019 (the "Sixth Interim Application") in these Title III Cases seeking interim allowance of $152,665.50 in compensation for professional services rendered and $900.41 in reimbursement of expenses incurred.

51.     On September 5, 2019, pursuant to the Additional Presumptive Standards Order, LS&E filed its *Notice of Proposed Hourly Rate Adjustment of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico, nunc pro tunc to August 1, 2019* [ECF No. 8621] (the "Notice of Hourly Rate Adjustment").

52.     On October 18, 2019, the Fee Examiner provided his confidential letter report to LS&E with respect to the Sixth Interim Application.  Based on conversations LS&E had with the Fee Examiner's professionals, the parties agreed that LS&E would reduce the amounts sought in the Sixth Interim Application by $500.00 in fees and $156.71 in expenses (together, the "Sixth Interim Adjustments").

53. On November 15, 2019, LS&E filed its *Seventh Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico, for Professional Compensation and Reimbursement of Expenses for the Period from June 1, 2019 through September 30, 2019* [ECF No. 9199] (the "Seventh Interim Application") for interim compensation for the period from June 1, 2019 through September 30, 2019 in these Title III Cases seeking interim allowance of $54,602.00 in compensation for professional services rendered, $0.00 in reimbursement of expenses incurred, and $205,060.98 in amounts required to gross up taxes withheld during the fifth, sixth and seventh Interim Fee Periods (the "Seventh Interim Gross-Up Amount") on account of the Tax Withholding.

54. On December 4, 2019, the Fee Examiner filed the *Fee Examiner's Supplemental Report on Uncontested Interim and Final Fee Applications Recommended for Court Approval* [ECF No. 9428] with respect to LS&E's Sixth Interim Application, recommending that the Court approve the Sixth Interim Application, net of the Sixth Interim Adjustments.

55. On December 6, 2019, the Court entered its *Supplemental Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Fifth and Sixth Compensation Periods* [ECF No. 9488], approving LS&E's Sixth Interim Application, net of the Sixth Interim Adjustments.

56. On February 25, 2020, the Fee Examiner provided his confidential letter report to LS&E with respect to the Seventh Interim Application. The Fee Examiner did not recommend any reductions with respect to the fees and expenses requested by LS&E. However, based on conversations LS&E had with the Fee Examiner's professionals, the parties agreed that LS&E would not seek interim allowance of the Seventh Interim Gross-Up Amount in connection

14

with the Court's consideration of LS&E's Seventh Interim Application and consideration of the

Seventh Interim Gross-Up Amount would be deferred to a later date.

57.     On February 26, 2020, the Fee Examiner filed the *Fee Examiner's Report*

*on Uncontested Professional Fee Matters for Consideration in Connection with the March 4,*

*2020 Omnibus Hearing* [ECF No. 11785] with respect to LS&E's Seventh Interim Application,

recommending that the Court approve the Seventh Interim Application.

58.     On March 6, 2020, the Court entered its *Omnibus Order Awarding:*

*I. Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of*

*Expenses for the Seventh Interim (June 1 – September 30, 2019) and Prior Compensation*

*Periods; II. Final Allowance of Compensation for Professional Services Rendered and*

*Reimbursement of Expenses for the Final Fee Period* [ECF No. 12157], approving LS&E's

Seventh Interim Fee Application.[8]

59.     On March 16, 2020, LS&E filed its *Eighth Interim Application of Luskin,*

*Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for*

*Puerto Rico, for Professional Compensation and Reimbursement of Expenses for the Period*

*from October 1, 2019 through January 31, 2020* [ECF No. 12356] (the "Eighth Interim

Application") for interim compensation for the period for the period from October 1, 2019

through January 31, 2020 in these Title III Cases seeking interim allowance of $30,633.00 in

compensation for professional services rendered, $66.91 in reimbursement of expenses incurred,

and $12,307.84 in amounts required to gross up taxes withheld during the eighth Interim Fee

Periods (the "Eighth Interim Gross-Up Amount") on account of the Tax Withholding.

---

[8] The order did not address the Seventh Interim Gross-Up Amount and LS&E continues to reserve its rights to seek
the Seventh Interim Gross-Up Amount on account of Tax Withholding.

60.     On May 8, 2020, the Fee Examiner provided his confidential letter report to LS&E with respect to the Eighth Interim Application.  The Fee Examiner did not recommend any reductions with respect to the fees and expenses requested by LS&E.  However, based on conversations LS&E had with the Fee Examiner's professionals, the parties agreed that LS&E would not seek interim allowance of the Eighth Interim Gross-Up Amount in connection with the Court's consideration of LS&E's Eighth Interim Application and consideration of the Eighth Interim Gross-Up Amount would be deferred to a later date.

## **Relief Requested**

61.     By this Application, LS&E seeks an order authorizing (a) allowance of interim compensation for the professional services rendered during the Compensation Period in the aggregate amount of $54,879.00, (b) allowance of reimbursement of actual and necessary expenses incurred by LS&E during this Compensation Period in the aggregate amount of $5.52, (c) allowance of the Gross-Up Amount in connection with Tax Withholding during this Compensation Period in the aggregate amount of $4,293.91,[9] and (d) payment of the outstanding fees and expense reimbursement in the aggregate amount of $5.52, inclusive of any amounts previously held back.

62.     During the Compensation Period, LS&E attorneys and paraprofessionals expended a total of 85.50 hours for which compensation is requested.  All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Oversight Board.

---

[9] LS&E will only request payment of the Gross-Up Amount from the Debtors if it is determined that the Tax Withholding does not result in tax credits offsetting the Total Gross-Up Amount, but based on the current advice of its accountants, LS&E will not be entitled to tax credits to offset the Gross-Up Amount.

63.     During the Compensation Period, LS&E submitted four Monthly Fee Statements (the thirty-third, thirty-fourth, thirty-fifth, and thirty-sixth such statements submitted by LS&E).

64.     On March 31, 2020, LS&E served its thirty-third Monthly Fee Statement covering the period from February 1, 2020 through February 29, 2020 (the "Thirty-third Monthly Fee Statement"), a copy of which is attached hereto as **Exhibit F-1**.[10]  LS&E received no objection to the Thirty-third Monthly Fee Statement.  On April 17, 2020, LS&E submitted a statement of no objection to the AAFAF with respect to the Thirty-third Monthly Fee Statement. LS&E did not request any expense reimbursement in its Thirty-third Monthly Fee Statement.  On June 3, 2020, the Debtors paid $6,120.21 on account of fees requested.  The Debtors withheld $2,685.84 of the fees requested on account of Tax Withholding.

65.     On July 6, 2020, LS&E served its thirty-fourth Monthly Fee Statement covering the period from March 1, 2020 through March 31, 2020 (the "Thirty-fourth Monthly Fee Statement"), a copy of which is attached hereto as **Exhibit F-2**.[11]  LS&E received no objection to the Thirty-fourth Monthly Fee Statement.  On July 16, 2020, LS&E submitted a statement of no objection to the AAFAF with respect to the Thirty-fourth Monthly Fee Statement.  As of the filing of this Application, LS&E has received no payments in connection with its Thirty-fourth Monthly Fee Statement.

66.     On July 6, 2020, LS&E served its thirty-fifth Monthly Fee Statement covering the period from April 1, 2020 through April 30, 2020 (the "Thirty-fifth Monthly Fee

---

[10] The fees requested in LS&E's Thirty-third Monthly Fee Statement reflect voluntary reductions in the amount of $1,314.00 which are reflected in the net amounts sought in this Application.

[11] The fees requested in LS&E's Thirty-fourth Monthly Fee Statement reflect voluntary reductions in the amount of $1,251.00 which are reflected in the net amounts sought in this Application.

Statement"), a copy of which is attached hereto as **Exhibit F-3**.  LS&E received no objection to

the Thirty-fifth Monthly Fee Statement.  On July 16, 2020, LS&E submitted a statement of no

objection to the AAFAF with respect to the Thirty-fifth Monthly Fee Statement.  As of the filing

of this Application, LS&E has received no payments in connection with its Thirty-fifth Monthly

Fee Statement.

       67.     On July 6, 2020, LS&E served its thirty-sixth Monthly Fee Statement

covering the period from May 1, 2020 through May 31, 2020 (the "Thirty-sixth Monthly Fee

Statement"), a copy of which is attached hereto as **Exhibit F-4**.  LS&E received no objection to

the Thirty-sixth Monthly Fee Statement.  On July 16, 2020, LS&E submitted a statement of no

objection to the AAFAF with respect to the Thirty-sixth Monthly Fee Statement.  As of the filing

of this Application, LS&E has received no payments in connection with its Thirty-sixth Monthly

Fee Statement.

       68.     Other than those Monthly Fee Statements, no payments have been made to

LS&E, and LS&E has received no promises of payment from any source for services rendered or

to be rendered in any capacity whatsoever in connection with the matters covered during the

Compensation Period and addressed by this Eighth Interim Application.  There is no agreement

or understanding between LS&E and any other person, other than the members of LS&E, for the

sharing of compensation to be received for services rendered in these cases.

       69.     The fees charged by LS&E in these cases are billed in accordance with

LS&E's existing billing rates and procedures in effect during the Compensation Period.  The

rates set forth in the Engagement Letter which LS&E charges for the services rendered by its

professionals and paraprofessionals in these Title III Cases are the same rates LS&E generally

charges for professionals and paraprofessional services rendered in comparable non-bankruptcy

related matters.  Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

70.     LS&E maintains computerized records of all time spent by LS&E attorneys and paraprofessionals in connection with its representation of the Oversight Board. Applicant has provided itemized time records for professionals and paraprofessionals performing services during the Compensation Period to this Court, the Debtors, the Fee Examiner, all notice parties pursuant to the Interim Compensation Order, and the U.S. Trustee.  All entries itemized in Applicant's time records comply with the requirements set forth in the Guidelines, including the use of separate matter numbers for different project types, as described in this Application. Applicant's itemized time records also detail expenses incurred during the Compensation Period. All entries itemized in Applicant's expense records comply with the requirements set forth in the Guidelines.

71.     Pursuant to, and consistent with, the relevant requirements of the Guidelines, as applicable, the following exhibits are attached hereto and incorporated herein by reference:

    i.     **Exhibit A** contains a certification by Michael Luskin regarding LS&E's compliance with the Local Guidelines.

    ii.    **Exhibit B** contains a summary of hours and fees billed by each LS&E attorney and paraprofessional in services rendered to the Oversight Board during the Compensation Period, including respective titles, hourly rates, year of bar admission for attorneys and any applicable rate increases.

    iii.   **Exhibit C** contains a summary of compensation requested by matter during the Compensation Period.

    iv.    **Exhibit D** contains a summary and comparison of the aggregate blended hourly rates.

> v.       **Exhibit E** contains a summary of reimbursable expenses incurred during the Compensation Period.
>
> vi.      **Exhibits F-1 through F-4** contain copies of LS&E's Monthly Fee Statements during the Compensation Period, which include detailed time records and out-of-pocket expenses.

**Summary of Services Performed by LS&E During the Compensation Period**

72.      Set forth below is a description of significant professional services, broken down by project category, rendered by LS&E during the Compensation Period. The following services described are not intended to be a comprehensive summary of the work performed by LS&E; a detailed description of all services rendered by LS&E can be found in the detailed time records reflecting the services performed by LS&E's professionals, the time expended by each professional, and the hourly rate of each professional, annexed to the Monthly Fee Statements attached hereto as **Exhibits F-1** through **F-4**, and such descriptions are incorporated herein by reference.

> A.   <u>Bankruptcy Litigation</u>
>
> Fees: $4,116.00; Hours: 4.90.

73.      During the Compensation Period, LS&E spent time under this project category on the following: (a) review of the First Circuit Court's decision in connection with *Employees Retirement System v. Andalusian Global Designated*, Case No. 19-1699 (1st Cir.), (b) review and revision of draft reply papers in support of the Oversight Board's motion for summary judgment in connection with *Fin. Oversight & Mgmt. Bd. for P.R.. v. Rosello Nevares, et al.*, Case No. 19-00393 (D.P.R.), (c) review of the Oversight Board's motion to dismiss in connection with certain avoidance actions, (d) attendance at the March 5, 2020 omnibus hearing in connection with the ERS bondholders' motion for appointment of a trustee pursuant to Bankruptcy Code § 926, and (e) coordination with Proskauer in connection with the foregoing.

B. <u>Fee Applications</u>

Fees: $10.443.00; Hours: 32.60.

74.     During the Compensation Period, LS&E spent time under this project
category on the following: (a) review of the docket and filings in these Title III Cases in
connection with fee and compensation matters, (b) review of the Guidelines and Fee Examiner
Guidelines in connection with LS&E's Eighth Interim Application, (c) preparation of its Eighth
Interim Application, and (d) review and coordination with the Oversight Board's professionals in
connection with the foregoing.

75.     LS&E also spent time in this project category on compliance, fee
collection and tax withholding issues, including analyzing the Tax Withholding and Eighth
Interim Gross-Up Amount, reviewing memoranda and communications from the AAFAF and
Fee Examiner, and coordinating with the AAFAF, Fee Examiner and Oversight Board's
professionals in connection with the foregoing.

76.     LS&E has voluntarily written off 7.60 hours in time expended and
$2.565.00 of fees incurred under this project category in connection with the following:
(a) preparation of its Monthly Fee Statements during this Compensation Period, (b) reviewing
and revising invoices in connection with its Monthly Fee Statements during this Compensation
Period, (c) preparation of principal certifications with respect to its Monthly Fee Statements
during this Compensation Period, (d) preparation and submission of no objection statements with
respect to its Monthly Fee Statements during this Compensation Period, and (e) preparation of
responses to and requested information for the Fee Examiner.

C. Conflicts and Disclosure Issues[12]

Fees: $40,320.00; Hours: 48.00.

77.    Prior to this Compensation Period, LS&E's time in this project category was attributable to work done related to its examination of the facts, consequences, and implications concerning potential conflict of interest issues regarding the Oversight Board's retention of McKinsey & Company, Inc. Washington D.C. ("McKinsey"), including the circumstances surrounding McKinsey's and its affiliates' holdings of Puerto Rico public debt. As part of the investigation, LS&E reviewed McKinsey's disclosure obligations under current law and pursuant to its contractual arrangements with the Oversight Board and prepared a 95-page written report (the "McKinsey Report") detailing LS&E's findings and conclusions and making recommendations regarding the Oversight Board's practices and policies with respect to the disclosures that it requires of its vendors.[13]  Since the filing of the McKinsey Report, LS&E has continued to provide advice to the Oversight Board related to the Oversight Board's vendors, including vendor contracts and vendor conflict disclosures.

78.    During the Compensation Period, LS&E spent the bulk of its time in this project category evaluating contractual changes proposed by the Oversight Board's vendors, including the following: (a) review of McKinsey's proposed contract changes and disclosure documentation, (b) preparation for a presentation to the Oversight Board with respect to McKinsey's proposed contract and disclosures, (c) consultation with the Oversight Board on

---

[12] Following LS&E's filing of the McKinsey Report on February 18, 2019 [ECF No. 5154], the Oversight Board requested that LS&E review and advise on various conflicts and disclosure issues related to the Oversight Board' vendors.   LS&E has changed the name of this project category on its billing system from "McKinsey Report" to "Conflicts and Disclosure Issues."

[13] *See* ECF No. 5154.

proposed contracts with certain other vendors, and (d) numerous meetings, telephone calls, and
email exchanges with the Oversight Board, Proskauer, and counsel for McKinsey in connection
with the foregoing.

### Actual and Necessary Disbursements

79.     As set forth in the Summary Cover Sheet filed contemporaneously with
this Application, LS&E disbursed $5.52 as expenses incurred in providing professional services
during the Compensation Period.  LS&E passes through all out-of-pocket expenses at actual cost.
Other reimbursable expenses (whether the service is performed by LS&E in-house or through a
third-party vendor) include, but are not limited to, deliveries, court costs, transcript fees, travel,
teleconferencing, and clerk fees, and are passed through at cost.  LS&E does not bill for fax and
phone charges (other than fees for conference calls), secretarial overtime or other administrative
costs.

### Voluntary Reductions and Adjustments

80.     In the exercise of billing discretion, LS&E voluntarily wrote off $2.565.00
in fees during the Compensation Period in connection with time billed to the Fee Application
project category and in accordance with the Fee Examiner Guidelines.  Such reductions are
reflected in the amounts requested in LS&E's Monthly Fee Statements during the Compensation
Period and the net amounts sought in this Application.

### The Application Should be Granted

81.     Section 317 of PROMESA provides for interim compensation of
professionals and incorporates the substantive standards of Section 316 of PROMESA to govern
the Court's award of such compensation.  48 U.S.C. § 2177.  Section 316 provides that a court
may award a professional employed under section 1103 of title 11 of the United States Code

"reasonable compensation for actual, necessary services rendered . . . and reimbursement for

actual, necessary expenses." *Id*. § 2176(a)(1) and (2).  Section 316(c) sets forth criteria for the

award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded to a
> professional person, the court shall consider the nature, the extent, and the value
> of such services, taking into account all relevant factors, including—
>
> > (1) the time spent on such services;
> >
> > (2) the rates charged for such services;
> >
> > (3) whether the services were necessary to the administration of, or
> > beneficial at the time at which the service was rendered toward the
> > completion of, a case under this chapter;
> >
> > (4) whether the services were performed within a reasonable amount of time
> > commensurate with the complexity, importance, and nature of the
> > problem, issue, or task addressed;
> >
> > (5) with respect to a professional person, whether the person is board
> > certified or otherwise has demonstrated skill and experience in the
> > restructuring field; and
> >
> > (6) whether the compensation is reasonable based on the customary
> > compensation charged by comparably skilled practitioners in cases other
> > than cases under this title or title 11, United States Code.

*Id*.  § 2176(c).

82.     LS&E respectfully submits that the services for which it seeks

compensation and the expenditures for which it seeks reimbursement in this Seventh Interim

Application were necessary and beneficial to the Oversight Board.  In light of the nature, extent

and value of such services, LS&E submits that the compensation requested herein is reasonable.

83.     The compensation for LS&E's services as requested is commensurate with

the complexity, importance and nature of the problems, issues or tasks involved.  The

professional services were performed with expedition and in an efficient manner.  All work was

closely coordinated and conducted with Proskauer so as to ensure that there was no duplication

of effort.  In addition, the assignments given to LS&E by the Oversight Board and Proskauer

required the attention of senior-level attorneys (one partner and one senior associate); there was

no time expended by junior associates during the Compensation Period.

      84.    In sum, the services rendered by LS&E were necessary and beneficial to

the Oversight Board, were reasonable in light of the value of such services to the Oversight

Board and were performed with skill and expertise.  Accordingly, LS&E submits that approval

of the compensation for professional services and reimbursement of expenses requested in this

Ninth Interim Fee Application is warranted.

### Location of Services Provided

      85.    All fees and services during this Compensation Period were rendered and

incurred outside of Puerto Rico.

### Gross-Up Amount with Respect to Tax Withholding

      86.    On December 10, 2018, Puerto Rico enacted Act 257 amending the Puerto

Rico Internal Revenue Code of 2011.  Under Act 257, LS&E's fees incurred on or after

January 1, 2019 are assessed with a 29% income tax on professional fees at the time of payment.

      87.    LS&E requests approval now, as part of its fees and expenses, of the

Gross-Up Amount of $4,293.91 on account of Tax Withholding during this Compensation

Period.[14]  LS&E will only request payment of the Total Gross-Up Amount from the Debtors if it

is determined that the Tax Withholding does not result in tax credits offsetting the Total Gross-

Up Amount, but based on the current advice of its accountants, LS&E will not be entitled to tax

credits to offset the Total Gross-Up Amount.

---

[14] LS&E has not previously sought interim allowance of the Additional Gross-Up Amount (but has always reserved
the right to do so).

**Statements Pursuant to Appendix B of the U.S. Trustee Guidelines**

88.     The following statements address information pursuant to Section C.5 of

the U.S. Trustee Guidelines:

a.   Question:  Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?  If so, please explain.

   Answer:  No.

b.   Question:  If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

   Answer:  Given that LS&E's services were and continue to be performed on an *ad hoc* basis, the amount of time it bills in any given month or Compensation Period can fluctuate substantially.  Accordingly, and based on discussions with the Fee Examiner, LS&E is no longer subject to the budgeting requirement with respect to the work it performs on an *ad hoc* basis.  In the event LS&E begins project assignments with more predictable work, it will submit monthly budgets for such work to the Fee Examiner and disclose variations in budgeted and actual fees billed in future interim applications.

c.   Question:  Have any of the professionals included in this fee application varied their hourly rate based on geographic location of the bankruptcy case?

   Answer:  No.

d.   Question:  Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.).  If so, please quantify by hours and fees.

   Answer:  No.  LS&E voluntarily reduced its time and fees billed in this Application relating to reviewing and revising time records or preparing, reviewing or revising invoices.  These amounts were not separately calculated but are included in the voluntary reductions made in this Ninth Interim Application, which are not reflected in the amounts sought therein.

e.   Question:  Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

<u>Answer</u>:  No.  Any such time and fees related to reviewing and revising invoices to protect privileged or confidential information are included in the voluntary reductions referenced in the response to the question in paragraph 88(d) and are not separately calculated.

f.   <u>Question</u>:  If the fee application includes any rate increases in retention: (i) Did your client review and approve those rate increases in advance? and (ii) Did your client agree when retaining the law firm to accept all future rate increases?  If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

<u>Answer</u>:  The Ninth Interim Application does not include any additional rate increases but incorporates hourly rate increases for one partner, one senior associate and one paralegal during the seventh Interim Fee Period.  Such rate increases were approved by the client pursuant to the terms of the Engagement Letter and LS&E was authorized by its client to increase the hourly rates for its timekeepers, both with respect to the effective date of August 1, 2019 and the amounts set forth on Exhibit A to the Notice of Hourly Rate Adjustment.[15]  Such rate adjustments are presumptively reasonable pursuant to the guidelines set forth in the Additional Presumptive Standards Order.

## Notice

89.    Notice of this Application has been provided to: (a) the United States Trustee for the District of Puerto Rico, (b) the Oversight Board and its counsel, (c) counsel to the AAFAF, (d) counsel to the Fee Examiner, (e) counsel to the Official Committee of Unsecured Creditors, (f) counsel to the Official Committee of Retirees, and (g) the Puerto Rico Department of Treasury.  LS&E respectfully submits that no further notice of this Application should be required.

## **No Prior Request**

90.    No prior interim fee application for the relief requested herein has been made to this or any other Court.

---

[15] *See* ECF No. 8621, Exhibit B at ¶3.

**<u>Conclusion</u>**

WHEREFORE, LS&E respectfully requests that the Court enter an order

(a) approving the interim allowance of $54,879.00 for compensation for professional services

rendered during the Compensation Period, (b) approving the reimbursement of LS&E's out-of-

pocket expenses incurred in connection with the rendering of such services during the

Compensation Period in the amount of $5.52, (c) approving interim allowance of $4,293.91 for

the Gross-Up Amount in connection with Tax Withholding during the Compensation Period,[16]

(d) authorizing payment of the outstanding fees and expense reimbursement in the aggregate

amount of $59,178.43, and (e) granting such other and further relief as the Court deems just and

proper.

Dated: July 17, 2020
      New York, New York

                              Respectfully submitted,

                              */s/ Michael Luskin*
                              Michael Luskin (admitted *pro hac vice*)
                              Lucia T. Chapman (admitted *pro hac vice*)
                              Stephan E. Hornung (admitted *pro hac vice*)

                              **LUSKIN, STERN & EISLER LLP**
                              Eleven Times Square
                              New York, New York 10036
                              Telephone:  (212) 597-8200
                              Facsimile:  (212) 974-3205
                              luskin@lsellp.com
                              chapman@lsellp.com
                              hornung@lsellp.com

                              *Special Counsel to the Financial Oversight and*
                              *Management Board for Puerto Rico*

---

[16] LS&E will only request payment of the Gross-Up Amount from the Debtors if it is determined that the Tax Withholding does not result in tax credits offsetting the Gross-Up Amount, but based on the current advice of its accountants, LS&E will not be entitled to tax credits to offset the Gross-Up Amount.

## **<u>EXHIBIT A</u>**

Certification of Michael Luskin in Support of the Application

**Estimated Hearing Date**: October 28, 2020 at 9:30 a.m. AST
**Objection Deadline**: August 7, 2020 at 4:00 p.m. AST

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF NINTH INTERIM APPLICATION OF LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2020 THROUGH MAY 31, 2020**

I, Michael Luskin, hereby certify that:

1.       I am an attorney admitted to practice before the United States District Court for the Southern District of New York and am admitted *pro hac vice* before this Court. I am a member of the law firm of Luskin, Stern & Eisler LLP ("LS&E" or "Applicant"), with offices located at Eleven Times Square, New York, New York 10036.  Applicant is special counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as representative of the Debtors in the above-captioned title III cases pursuant to section

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("<u>PROMESA</u>").[2]

I have personal knowledge of all of the facts set forth in this certification except as expressly

stated herein.

       2.      In accordance with (a) Local Bankruptcy Rule 2016-1 (the "<u>Local

Guidelines</u>"), (b) Appendix B of the United States Trustee *Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*,

effective as of November 1, 2013 (the "<u>U.S. Trustee Guidelines</u>"), and (c) the *Second Amended

Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of

Professionals* entered June 6, 2018 (the "<u>Interim Compensation Order</u>"), this certification is

made with respect to the Ninth Interim Application of LS&E, as special counsel to the Oversight

Board, dated July 17, 2020 (the "<u>Application</u>"),[3] for interim compensation and reimbursement of

expenses for the period of February 1, 2020 through and including May 31, 2020 (the

"<u>Compensation Period</u>").

       3.      With respect to section (a)(4) of the Local Guidelines, I certify that:

    a)      I have read the Application;

    b)      to the best of my knowledge, information, and belief, formed after
reasonable inquiry, the compensation and reimbursement of
expenses sought conforms with the Bankruptcy Code, the Federal
Rules of Bankruptcy Procedure, the U.S. Trustee Guidelines and
these Local Guidelines;

    c)      except to the extent that fees or disbursements are prohibited by
the Local Guidelines, the compensation and reimbursement of
expenses requested are billed at rates no less favorable to the
Debtors than those customarily employed by LS&E and generally
accepted by LS&E's clients (with the exception of a small number

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms used but not defined herein have the meanings given to them in the Application.

of high-volume clients who have negotiated reduced-fee agreements, *see* Application at Exhibit D); and

d)      in providing a reimbursable service, LS&E does not make a profit on that service, whether the service is performed by LS&E in-house or through a third party.

Dated: July 17, 2020
      New York, New York

Respectfully submitted,


*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)

**LUSKIN, STERN & EISLER LLP**
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com

3

## <u>EXHIBIT B</u>

Summary of Hours Billed by Professionals and Paraprofessionals
for the Period from February 1, 2020 through May 31, 2020[1]

| Timekeeper | Position and Year Admitted to Practice | | This Interim Fee Application | | | First Interim Application Hourly Billing Rate | Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|
| | | | Total Fees Billed | Total Hours Billed | Hourly Billing Rate[2] | | |
| Michael Luskin | Senior Partner | 1978 | $46,032.00 | 54.80 | $840.00 | $800.00 | 1 |
| Stephan E. Hornung | Senior Associate | 2008 | $882.00 | 1.20 | $735.00 | $635.00 $675.00 | 3 |
| Catherine D. Trieu | Paralegal | N/A | $7,965.00 | 29.50 | $270.00 | $255.00 | 1 |
| **TOTAL** | | | **$54,879.00** | **85.50** | | | |

[1] These amounts were adjusted to reflect 7.60 hours and $2,565.00 in fees which LS&E has voluntarily reduced.

[2] Effective as of August 1, 2019, LS&E adjusted its hourly rates on a timekeeper-by-timekeeper basis for its timekeepers as set forth in its Notice of Hourly Rate Adjustment. Such rate increases are presumptively reasonable pursuant to the Additional Presumptive Standards Order. *See* ECF No. 8621.

## EXHIBIT C

Summary of Compensation by Matter for the Period
from February 1, 2020 through May 31, 2020[1]

| Project Category | Total Billed Hours | Total Fees Requested ($) |
|---|---|---|
| Bankruptcy Litigation | 4.90 | $4,116.00 |
| Fee Applications | 32.60 | $10,443.00 |
| Conflicts and Disclosure Issues[2] | 48.00 | $40,320.00 |
| **TOTAL** | **85.50** | **$54,879.00** |

---

[1] These amounts were adjusted to reflect 7.60 hours and $2,565.00 in fees which LS&E has voluntarily reduced.

[2] Following LS&E's filing of the McKinsey Report on February 18, 2019 [ECF No. 5154], the Oversight Board requested that LS&E review and advise on various conflicts and disclosure issues related to the Oversight Board' vendors.   LS&E has changed the name of this project category on its billing system from "McKinsey Report" to "Conflicts and Disclosure Issues."

## <u>EXHIBIT D</u>

Summary of Blended Hourly Rates and Comparable Hourly Rates of Timekeepers[1]

| Category of Timekeeper | Blended Hourly Rate | | |
|---|---|---|---|
| | Billed in this Fee Application | Billed for 2019 (excluding bankruptcy) | Billed for 2019 (excluding bankruptcy and legacy clients) |
| Senior Partners | $840.00 | $749.20 | $753.43 |
| Senior Associates | $735.00 | $609.44 | $727.15 |
| **Attorney Total** | **$837.75** | **$709.51** | **$752.00** |
| Paralegals | $270.00 | $188.06 | $239.22 |
| **All Timekeepers** | **$641.86** | **$590.30** | **$626.09** |

---

[1] The difference in rates charged in this case versus other non-bankruptcy cases is attributable to three factors.  First, LS&E has long-standing rate schedule agreements with a small number of clients that have negotiated fixed "legacy" rates based on the significant volume of services LS&E provides to such clients which are below its customary rates.  We have included a third column, which reflects the firm's blended hourly rates without including the hours worked for legacy clients.  Second, as disclosed in Exhibit B, LS&E increased its hourly rates in August, 2019, and all of the time during this Compensation Period was billed subsequent to that rate increase.  Finally, LS&E is a small firm consisting of nine attorneys (four partners, two senior associates, one mid-level associate and two junior associates).  Staffing allocations can have a disproportionate and misleading impact on LS&E's blended hourly rates across a small sample size.

## <u>EXHIBIT E</u>

Summary of Reimbursable Expenses Incurred
for the Period February 1, 2020 through May 31, 2020

| Reimbursable Expenses | Amounts ($) |
|---|---|
| Court/Conference Call Services | $5.52 |
| **TOTAL** | **$5.52** |

## **EXHIBIT F-1**

Thirty-third Monthly Fee Statement
(February 2020)

**Objection Deadline: April 13, 2020 at 4:00 p.m. (AST)**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**COVER SHEET TO THIRTY-THIRD MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP FOR COMPENSATION FOR FEES AND SERVICES RENDERED OUTSIDE OF PUERTO RICO AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR THE PERIOD FROM FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO**

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**Principal Certification**

I hereby authorize the submission of Luskin, Stern & Eisler LLP's Monthly Fee

Statement for February 2020.


_____

Jaime A. El Koury

General Counsel to the Financial Oversight
and Management Board for Puerto Rico

## Summary Sheet

| | |
|---|---|
| Name of Applicant: | Luskin, Stern & Eisler LLP |
| Authorized to Provide Professional Services to: | The Financial Oversight and Management Board for Puerto Rico |
| Period for Which Compensation and Reimbursement are Sought | February 1, 2020 to February 29, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $9,784.50[1] |
| 90% of Compensation Sought as Actual, Reasonable and Necessary: | $8,806.05 |
| 10% Holdback: | $978.45 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a: _X_ monthly     ___ interim     ___ final statement.

This is Luskin, Stern & Eisler LLP's thirty-third monthly fee statement in these cases.

---

[1] LS&E reserves the right to seek an offsetting adjustment or "gross up" on account of any tax withholding pursuant to Act 257 amending the Puerto Rico Internal Revenue Code of 2011.

**Summary of Hours Billed by Professionals and Paraprofessionals
for the Period February 1, 2020 through February 29, 2020[2]**

| Timekeeper | Position and Year Admitted to Practice | | Hourly Billing Rate ($)[3] | Total Hours Billed | Total Fees ($) |
|---|---|---|---|---|---|
| Michael Luskin | Partner | 1978 | $840.00 | 9.60 | $8,064.00 |
| Stephan E. Hornung | Associate | 2008 | $735.00 | 0.10 | $    73.50 |
| Catherine D. Trieu | Paralegal | N/A | $270.00 | 6.10 | $1,647.00 |
| **TOTAL** | | | | **15.80** | **$9,784.50** |

**Summary of Legal Fees for the Period
February 1, 2020 through February 29, 2020[4]**

| Project Category | Total Hours Billed | Total Fees Requested ($) |
|---|---|---|
| Bankruptcy Litigation | 2.30 | $1,932.00 |
| Fee Applications | 6.20 | $1,720.50 |
| Conflicts and Disclosure Issues[5] | 7.30 | $6,132.00 |
| **TOTAL** | **15.80** | **$9,784.00** |

---

[2] These amounts reflect a total of 3.60 hours of time and $1,314.00 of fees which Luskin, Stern & Eisler LLP ("LS&E") has voluntarily written off.

[3] With the consent of the Oversight Board, LS&E adjusted its hourly rates on a timekeeper-by-timekeeper basis effective as of August 1, 2019.  (*See Notice of Proposed Hourly Rate Adjustment of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico, nunc pro tunc to August 1, 2019* [Docket No. 8621]).

[4] Because LS&E performs work for the Oversight Board on an *ad hoc* basis, the amount of time it bills in any given month can fluctuate substantially.

[5] Following LS&E's filing of the McKinsey Report on February 18, 2019 [Docket No. 5154], the Oversight Board asked LS&E to review and advise on various conflicts and disclosure issues involving vendors other than McKinsey.  Accordingly, LS&E has changed the name of this project category on its billing system from "McKinsey Report" to "Conflicts and Disclosure Issues."  This change is reflected in LS&E's invoices.

In accordance with the Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269] (the "Interim Compensation Order"), Luskin, Stern & Eisler LLP ("LS&E"), special counsel to the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), hereby submits this Thirty-third Monthly Fee Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "Monthly Fee Statement") for the period from February 1, 2020 through February 29, 2020 (the "Statement Period").  In support of the Monthly Fee Statement, LS&E respectfully represents as follows:

**Relief Requested**

1.      LS&E submits this Monthly Fee Statement in accordance with the Interim Compensation Order.  All services for which LS&E requests compensation were performed by LS&E on behalf of the Oversight Board.

2.      LS&E submits the certification attached hereto as Exhibit A with respect to this Monthly Fee Statement and in accordance with the Interim Compensation Order.

3.      LS&E seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| | |
|---|---|
| Total Fees | $9,784.50 |
| Total Expenses | $0.00 |
| Total | $9,784.50 |

4.      A detailed statement of hours spent by LS&E rendering legal services to the Oversight Board and disbursements made by LS&E during the Statement Period is attached hereto as Exhibit B.

5.      Pursuant to the Interim Compensation Order, LS&E seeks payment of $8,806.05 for the Statement Period, representing (a) ninety percent (90.00%) of the total fees for services rendered and (b) 100% of the total expenses incurred.[6]

### Notice and Objection Procedures

6.      In accordance with the Interim Compensation Order, notice of the Monthly Fee Statement has been served upon the parties listed on the attached Exhibit C (together, as further defined in the Compensation Order, the "Notice Parties").

7.      Pursuant to the Interim Compensation Order, objections to the Monthly Fee Statement, if any, must be filed and served upon LS&E, no later than April 13, 2020 at 4:00 p.m. Atlantic Standard Time (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

8.      If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Debtors will pay to LS&E the amounts of fees and expenses identified in the Monthly Fee Statement.

9.      To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Debtors will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

---

[6] LS&E reserves the right to seek an offsetting adjustment or "gross up" on account of any tax withholding pursuant to Act 257 amending the Puerto Rico Internal Revenue Code of 2011.

Dated: New York, New York
March 31, 2020

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)
Lucia T. Chapman (admitted *pro hac vice*)
Stephan E. Hornung (admitted *pro hac vice*)

Luskin, Stern & Eisler LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 597-8200
Facsimile: (212) 974-3205
luskin@lsellp.com
chapman@lsellp.com
hornung@lsellp.com

*Special Counsel to the Financial Oversight and*
*Management Board for Puerto Rico*

**<u>EXHIBIT A</u>**

Certification of Michael Luskin in
Compliance with Puerto Rico Law

Objection Deadline: April 13, 2020 at 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**CERTIFICATION OF MICHAEL LUSKIN IN SUPPORT OF THE THIRTY-THIRD
MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP, AS SPECIAL
COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, FOR COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD FROM FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

I, Michael Luskin, hereby certify that:

1.      I am a member of the law firm of Luskin, Stern & Eisler LLP ("LS&E"),

with offices located at Eleven Times Square, New York, New York 10036.  LS&E is special

counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight

Board") as representative of the Debtors in the above-captioned title III cases pursuant to section

315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number
listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal
tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK
3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation
("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees
Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17
BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation
Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v)
Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of
Federal Tax ID: 3747).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

I have personal knowledge of all of the facts set forth in this certification except as expressly stated herein.

2.      In accordance with the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered June 6, 2018 [Docket No. 3269] (the "Interim Compensation Order"), this certification is made in support of the Thirty-third Monthly Fee Statement of LS&E, as special counsel to the Oversight Board, dated March 31, 2020 (the "Monthly Fee Statement"), for compensation and reimbursement of expenses for the period of February 1, 2020 through and including February 29, 2020 (the "Statement Period").

3.      With respect to the Monthly Fee Statement, I hereby certify that no public servant of the Department of Treasury is a party to or has interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Oversight Board.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, LS&E does not have any debts owed to the Government of Puerto Rico or its instrumentalities.  All services performed by LS&E in connection with the Monthly Fee Statement were rendered in New York, New York.

Dated: New York, New York
      March 31, 2020

                          Respectfully submitted,

                          */s/ Michael Luskin*
                          Michael Luskin (admitted *pro hac vice*)

                          **LUSKIN, STERN & EISLER LLP**
                          Eleven Times Square
                          New York, New York 10036
                          Telephone:  (212) 597-8200
                          Facsimile:  (212) 974-3205
                          luskin@lsellp.com

3

**<u>EXHIBIT B</u>**
Time and Expense Records

## Luskin, Stern & Eisler LLP

Eleven Times Square
New York, New York 10036

Telephone: (212) 597-8200
Telecopier: (212) 974-3205

February 29, 2020
Bill # 200185
Client/ Matter # 675-002

Tax ID 13-3524567

Attn: Rosemarie Vizcarrondo
Financial Oversight and Management Board for Puerto Rico
PO Box 195556
San Juan, PR 009195556

Re: PROMESA

**Professional Fees**

| Date | Staff | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 02/01/2020 | ML | L120/A104     Analysis/Strategy/ Review/analyze review Court of Appeals decision re: 522/908 and ERS bonds | 0.50 | $840.00 | $420.00 |
| 02/24/2020 | ML | L120/A103     Analysis/Strategy/ Draft/Revise review draft re: summary judgment motion papers (ERS) (0.7); revise draft re: same (0.9); email T. Mungovan with revisions re: same (0.2) | 1.80 | $840.00 | $1,512.00 |
| | | | **2.30** | | **$1,932.00** |

BILLING SUMMARY:

| | |
|---|---|
| TOTAL FEES: | $1,932.00 |
| **TOTAL DUE:** | $1,932.00 |

**Fee Summary**

| Staff | Hours | Rate | Total |
|-------|-------|------|-------|
| Michael Luskin | 2.3 | $840.00 | $1,932.00 |

Payment may be sent by wire to:
CITIBANK, N.A.
ABA#021000089
For Credit to Luskin, Stern & Eisler, LLP
Account # 6862748204

## Luskin, Stern & Eisler LLP

Eleven Times Square
New York, New York 10036

Telephone: (212) 597-8200
Telecopier: (212) 974-3205

February 29, 2020
Bill # 200186
Client/ Matter # 675-003

Tax ID 13-3524567

Attn: Rosemarie Vizcarrondo
Financial Oversight and Management Board for Puerto Rico
PO Box 195556
San Juan, PR 009195556

Re: PROMESA Fee Applications

**Professional Fees**

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/07/2020 | CDT | B160/A103     Fee/Employment Applications/ Draft/Revise block out Eighth Interim Fee Application | 1.20 | $270.00 | $324.00 |
| 02/07/2020 | CDT | B160/A103     Fee/Employment Applications/ Draft/Revise [NOT BILLED] review revised Dec. bills re: Thirty-first Monthly Fee Statement (0.2); revise Jan. invoices re: Thirty-Second Monthly Fee Statement (0.4); draft fee statement, declaration and no objection statement re: Thirty-second Monthly Fee Statement (0.5) | 1.10 | | $0.00 |
| 02/10/2020 | CDT | B160/A108     Fee/Employment Applications/ Communicate (other external)   correspondence with V. Blay Soler (AAFAF) re: payment reconciliation (Eighth Interim Fee Period and tax withholding discrepancy on Fifth Interim Holdback) (0.2); office conference with S. Hornung re: same (0.1) | 0.30 | $270.00 | $81.00 |
| 02/10/2020 | CDT | B160/A104     Fee/Employment Applications/ Review/analyze review correspondence and payments received re: Fifth and Sixth Interim Holdback, and Eighth Interim Fee Period (0.2); reconcile payment and tax withholding re: same (discrepancies) (0.7) | 0.90 | $270.00 | $243.00 |
| 02/10/2020 | CDT | B160/A103     Fee/Employment Applications/ Draft/Revise begin draft Eighth Interim Fee Application (0.4); related review of monthly fee statements re: same (0.2) | 0.60 | $270.00 | $162.00 |
| 02/10/2020 | SEH | B160/A105     Fee/Employment Applications/ Communicate (in firm)          office conference with C. Trieu re: tax withholding and payment reconciliation | 0.10 | $735.00 | $73.50 |
| 02/11/2020 | CDT | B160/A104     Fee/Employment Applications/ Review/analyze continued analysis and reconciliation of payments and tax withholding discrepancies re: Eighth Interim Fee Application (0.5); correspondence with AAFAF (V. Blay Soler) re: same (0.1); review AAFAF (V. Blay Soler) email and PR treasury explanations re: same (0.3); conduct fee analysis for summary fee charts and cover sheet (payments, time keeper and project category) re: Eighth Interim Fee Application (0.6); continue draft fee application (0.8) | 2.30 | $270.00 | $621.00 |

| | | | | | |
|---|---|---|---|---|---|
| 02/12/2020 | CDT | B160/A103    Fee/Employment Applications/ Draft/Revise [NOT BILLED] review revised invoices re: Thirty-first and Thirty-second Monthly Fee Statements (0.3); revise and compile draft fee statements, declarations and no objection statements for M. Luskin review re: same (0.7); revise and update fee analysis spreadsheet re: same (0.5) | 1.50 | | $0.00 |
| 02/12/2020 | CDT | B160/A103    Fee/Employment Applications/ Draft/Revise continue draft re: Eighth Interim Fee Application | 0.80 | $270.00 | $216.00 |
| 02/13/2020 | ML | B160/A104    Fee/Employment Applications/ Review/analyze [NOT BILLED] review and revise invoices re: Thirty-first and Thirty-second Monthly Fee Statements (0.2); email to C. Trieu re: same (0.1) | 0.30 | | $0.00 |
| 02/13/2020 | CDT | B160/A101    Fee/Employment Applications/ Plan and prepare [NOT BILLED] correspondence with J. El Koury re: Thirty-First and Thirty Second Monthly Fee Statements (0.1); compile and submit statements to notice parties re: same (0.3) | 0.40 | | $0.00 |
| 02/25/2020 | ML | B160/A104    Fee/Employment Applications/ Review/analyze [NOT BILLED] review Fee Examiner report on LS&E seventh interim fees (0.2); review PR tax withholding (0.1) | 0.30 | | $0.00 |
| | | | **9.80** | | **$1,720.50** |

BILLING SUMMARY:

TOTAL FEES:         $1,720.50
**TOTAL DUE:**         $1,720.50

**Fee Summary**

| Staff | Hours | Rate | Total |
|---|---|---|---|
| Catherine Trieu | 3.0 | $0.00 | $0.00 |
| Catherine Trieu | 6.1 | $270.00 | $1,647.00 |
| Stephan Hornung | 0.1 | $735.00 | $73.50 |
| Michael Luskin | 0.6 | $0.00 | $0.00 |

Payment may be sent by wire to:
CITIBANK, N.A.
ABA#021000089
For Credit to Luskin, Stern & Eisler, LLP
Account # 6862748204

## Luskin, Stern & Eisler LLP

Eleven Times Square
New York, New York 10036

Telephone: (212) 597-8200
Telecopier: (212) 974-3205

February 29, 2020
Bill # 200187
Client/ Matter # 675-008

Tax ID 13-3524567

Attn: Rosemarie Vizcarrondo
Financial Oversight and Management Board for Puerto Rico
PO Box 195556
San Juan, PR 009195556

Re: Conflicts and Disclosure Issues

**Professional Fees**

| Date | Staff | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 02/01/2020 | ML | L120/A104     Analysis/Strategy/ Review/analyze review Brattle email (0.1) and Board email (0.1); analyze proposed disclosure and email to Board re: same (0.2) | 0.40 | $840.00 | $336.00 |
| 02/05/2020 | ML | L120/A104     Analysis/Strategy/ Review/analyze review final UHY disclosure (0.1) and emails with J. El Koury re: same (0.2) | 0.30 | $840.00 | $252.00 |
| 02/26/2020 | ML | L120/A104     Analysis/Strategy/ Review/analyze  telephone call with J. El Koury re: pro settlement plaintiff (0.3); review complaint re: same (1.5) | 1.80 | $840.00 | $1,512.00 |
| 02/27/2020 | ML | L120/A103     Analysis/Strategy/ Draft/Revise conference telephone call with T. Mungovan, M. Firestein and J. El Khoury re: complaint and response (0.5); draft notice to carrier (0.9); telephone call with S. Bedosky re: same (0.2); emails with J. El Khoury re: same (0.3); review complaint (1.6) | 3.50 | $840.00 | $2,940.00 |
| 02/29/2020 | ML | L120/A104     Analysis/Strategy/ Review/analyze review McKinsey proposed contract changes (0.8); email with J. El Koury re: same (0.5) | 1.30 | $840.00 | $1,092.00 |
| | | | **7.30** | | **$6,132.00** |

BILLING SUMMARY:

| | | |
|---|---|---|
| TOTAL FEES: | $6,132.00 |
| **TOTAL DUE:** | $6,132.00 |

**Fee Summary**

| Staff | Hours | Rate | Total |
|-------|-------|------|-------|
| Michael Luskin | 7.3 | $840.00 | $6,132.00 |

Payment may be sent by wire to:
CITIBANK, N.A.
ABA#021000089
For Credit to Luskin, Stern & Eisler, LLP
Account # 6862748204

**<u>EXHIBIT F-2</u>**

Thirty-fourth Monthly Fee Statement
(March 2020)

**Objection Deadline: July 16, 2020 at 4:00 p.m. (AST)**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**COVER SHEET TO THIRTY-FOURTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP FOR COMPENSATION FOR FEES AND SERVICES RENDERED OUTSIDE OF PUERTO RICO AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR THE PERIOD FROM <u>MARCH 1, 2020 THROUGH MARCH 31, 2020</u>**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO**

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**Principal Certification**

I hereby authorize the submission of Luskin, Stern & Eisler LLP's Monthly Fee

Statement for March 2020.


_____

Jaime A. El Koury

General Counsel to the Financial Oversight
and Management Board for Puerto Rico

### Summary Sheet

| | |
|---|---|
| Name of Applicant: | Luskin, Stern & Eisler LLP |
| Authorized to Provide Professional Services to: | The Financial Oversight and Management Board for Puerto Rico |
| Period for Which Compensation and Reimbursement are Sought | March 1, 2020 to March 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $19,054.50[1] |
| 90% of Compensation Sought as Actual, Reasonable and Necessary: | $17,149.05 |
| 10% Holdback: | $1,905.45 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $5.52 |

This is a:  X  monthly     ___ interim     ___ final statement.

This is Luskin, Stern & Eisler LLP's thirty-fourth monthly fee statement in these cases.

---

[1] LS&E reserves the right to seek an offsetting adjustment or "gross up" on account of any tax withholding pursuant to Act 257 amending the Puerto Rico Internal Revenue Code of 2011.

**Summary of Hours Billed by Professionals and Paraprofessionals
for the Period March 1, 2020 through March 31, 2020[2]**

| Timekeeper | Position and Year Admitted to Practice | | Hourly Billing Rate ($)[3] | Total Hours Billed | Total Fees ($) |
|---|---|---|---|---|---|
| Michael Luskin | Partner | 1978 | $840.00 | 15.10 | $12,684.00 |
| Stephan E. Hornung | Associate | 2008 | $735.00 | 1.10 | $   808.50 |
| Catherine D. Trieu | Paralegal | N/A | $270.00 | 20.60 | $ 5,562.00 |
| **TOTAL** | | | | **36.80** | **$ 19,054.50** |

**Summary of Legal Fees for the Period
March 1, 2020 through March 31, 2020[4]**

| Project Category | Total Hours Billed | Total Fees Requested ($) |
|---|---|---|
| Bankruptcy Litigation | 2.60 | $2,184.00 |
| Fee Applications | 23.60 | $7,966.50 |
| Conflicts and Disclosure Issues[5] | 10.60 | $8,904.00 |
| **TOTAL** | **36.80** | **$19,054.50** |

**Summary of Reimbursable Expenses
for the Period March 1, 2020 through March 31, 2020**

| Reimbursable Expenses | Amounts ($) |
|---|---|
| Court/Conference Call Services | $5.52 |
| **TOTAL** | **$5.52** |

---

[2] These amounts reflect a total of 4.0 hours of time and $1,251.00 of fees which Luskin, Stern & Eisler LLP ("LS&E") has voluntarily written off.

[3] With the consent of the Oversight Board, LS&E adjusted its hourly rates on a timekeeper-by-timekeeper basis effective as of August 1, 2019. (*See Notice of Proposed Hourly Rate Adjustment of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico, nunc pro tunc to August 1, 2019* [Docket No. 8621]).

[4] Because LS&E performs work for the Oversight Board on an *ad hoc* basis, the amount of time it bills in any given month can fluctuate substantially.

[5] Following LS&E's filing of the McKinsey Report on February 18, 2019 [Docket No. 5154], the Oversight Board asked LS&E to review and advise on various conflicts and disclosure issues involving vendors other than McKinsey. Accordingly, LS&E has changed the name of this project category on its billing system from "McKinsey Report" to "Conflicts and Disclosure Issues." This change is reflected in LS&E's invoices.

In accordance with the Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269] (the "Interim Compensation Order"), Luskin, Stern & Eisler LLP ("LS&E"), special counsel to the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), hereby submits this Thirty-fourth Monthly Fee Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "Monthly Fee Statement") for the period from March 1, 2020 through March 31, 2020 (the "Statement Period").  In support of the Monthly Fee Statement, LS&E respectfully represents as follows:

### Relief Requested

1.      LS&E submits this Monthly Fee Statement in accordance with the Interim Compensation Order.  All services for which LS&E requests compensation were performed by LS&E on behalf of the Oversight Board.

2.      LS&E submits the certification attached hereto as Exhibit A with respect to this Monthly Fee Statement and in accordance with the Interim Compensation Order.

3.      LS&E seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| | |
|---|---|
| Total Fees | $19,054.50 |
| Total Expenses | $5.52 |
| Total | $19,060.02 |

4.      A detailed statement of hours spent by LS&E rendering legal services to the Oversight Board and disbursements made by LS&E during the Statement Period is attached hereto as Exhibit B.

3

5.      Pursuant to the Interim Compensation Order, LS&E seeks payment of

$17,154.57 for the Statement Period, representing (a) ninety percent (90.00%) of the total fees

for services rendered and (b) 100% of the total expenses incurred.[6]

## Notice and Objection Procedures

6.      In accordance with the Interim Compensation Order, notice of the

Monthly Fee Statement has been served upon the parties listed on the attached Exhibit C

(together, as further defined in the Compensation Order, the "Notice Parties").

7.      Pursuant to the Interim Compensation Order, objections to the Monthly

Fee Statement, if any, must be filed and served upon LS&E, no later than July 16, 2020 at

4:00 p.m. Atlantic Standard Time (the "Objection Deadline"), setting forth the nature of the

objection and the specific amount of fees and expenses at issue.

8.      If no objection to the Monthly Fee Statement is received by the Objection

Deadline, the Debtors will pay to LS&E the amounts of fees and expenses identified in the

Monthly Fee Statement.

9.      To the extent an objection to the Monthly Fee Statement is received on or

before the Objection Deadline, the Debtors will withhold payment of that portion of the payment

requested to which the objection is directed and will promptly pay the remainder of the fees and

expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved

and scheduled for consideration at the next interim fee application hearing.

---

[6] LS&E reserves the right to seek an offsetting adjustment or "gross up" on account of any tax withholding pursuant
to Act 257 amending the Puerto Rico Internal Revenue Code of 2011.

Dated: New York, New York
       July 6, 2020

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)
Lucia T. Chapman (admitted *pro hac vice*)
Stephan E. Hornung (admitted *pro hac vice*)

Luskin, Stern & Eisler LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com
chapman@lsellp.com
hornung@lsellp.com

*Special Counsel to the Financial Oversight and
Management Board for Puerto Rico*

**<u>EXHIBIT A</u>**

Certification of Michael Luskin in
Compliance with Puerto Rico Law

Objection Deadline: July 16, 2020 at 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**CERTIFICATION OF MICHAEL LUSKIN IN SUPPORT OF THE THIRTY-FOURTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MARCH 1, 2020 THROUGH MARCH 31, 2020**

I, Michael Luskin, hereby certify that:

1.      I am a member of the law firm of Luskin, Stern & Eisler LLP ("LS&E"), with offices located at Eleven Times Square, New York, New York 10036.  LS&E is special counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as representative of the Debtors in the above-captioned title III cases pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

I have personal knowledge of all of the facts set forth in this certification except as expressly stated herein.

2.      In accordance with the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered June 6, 2018 [Docket No. 3269] (the "Interim Compensation Order"), this certification is made in support of the Thirty-fourth Monthly Fee Statement of LS&E, as special counsel to the Oversight Board, dated July 6, 2020 (the "Monthly Fee Statement"), for compensation and reimbursement of expenses for the period of March 1, 2020 through and including March 31, 2020 (the "Statement Period").

3.      With respect to the Monthly Fee Statement, I hereby certify that no public servant of the Department of Treasury is a party to or has interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Oversight Board.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, LS&E does not have any debts owed to the Government of Puerto Rico or its instrumentalities.  All services performed by LS&E in connection with the Monthly Fee Statement were rendered in New York, New York.

Dated: New York, New York
       July 6, 2020

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)

**LUSKIN, STERN & EISLER LLP**
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com

**<u>EXHIBIT B</u>**
Time and Expense Records

# Luskin, Stern & Eisler LLP

Eleven Times Square
New York, New York 10036

Telephone: (212) 597-8200
Telecopier: (212) 974-3205

March 31, 2020
Bill # 200493
Client/ Matter # 675-002

Tax ID 13-3524567

Attn: Rosemarie Vizcarrondo
Financial Oversight and Management Board for Puerto Rico
PO Box 195556
San Juan, PR 009195556

Re: PROMESA

**Professional Fees**

| Date | Staff | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 03/02/2020 | ML | L120/A104  Analysis/Strategy/ Review/analyze review motion to dismiss adversary proceeding re: avoidance of secured claim | 1.80 | $840.00 | $1,512.00 |
| 03/05/2020 | ML | L120/A109  Analysis/Strategy/ Appear for/attend Court of Appeals hearing re: appointment of 926 trustee | 0.80 | $840.00 | $672.00 |
| | | | **2.60** | | **$2,184.00** |

**Disbursements**

| Date | Description | Amount |
|------|-------------|--------|
| 04/01/2020 | Telephone  -Multipoint Communications | $5.52 |
| | | **$5.52** |

BILLING SUMMARY:

| | |
|--|--|
| TOTAL CHARGES: | $2,189.52 |
| **TOTAL DUE:** | **$2,189.52** |

**Fee Summary**

| Staff | Hours | Rate | Total |
|-------|-------|------|-------|
| Michael Luskin | 2.6 | $840.00 | $2,184.00 |

Payment may be sent by wire to:
CITIBANK, N.A.
ABA#021000089
For Credit to Luskin, Stern & Eisler, LLP
Account # 6862748204

### Luskin, Stern & Eisler LLP

Eleven Times Square
New York, New York 10036

Telephone: (212) 597-8200
Telecopier: (212) 974-3205

March 31, 2020
Bill # 200501
Client/ Matter # 675-003

Tax ID 13-3524567

Attn: Rosemarie Vizcarrondo
Financial Oversight and Management Board for Puerto Rico
PO Box 195556
San Juan, PR 009195556

Re: PROMESA Fee Applications

**Professional Fees**

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/02/2020 | CDT | B160/A103    Fee/Employment Applications/ Draft/Revise [NOT BILLED] finalize, prepare and submit no objection statements re: Thirty-first and Thirty-second Monthly Fee Statements | 0.20 | $0.00 | $0.00 |
| 03/04/2020 | CDT | B160/A104    Fee/Employment Applications/ Review/analyze review Commonwealth docket for fee-related filings (Fee Examiner report [ECF 11785], status of order allowing seventh interim fees, amendments to case management procedures order) re: draft Eighth Interim Fee Application (0.5); review prior interim fee applications, monthly fee statements, UST guidelines (blended rate update for FY19), and Fee Examiner communications/memos re: same (0.6); draft fee summary charts re: same (0.9) | 2.00 | $270.00 | $540.00 |
| 03/05/2020 | ML | B160/A105    Fee/Employment Applications/ Communicate (in firm)    office conference with C. Trieu re: fee application and revisions | 0.50 | $840.00 | $420.00 |
| 03/05/2020 | CDT | B160/A105    Fee/Employment Applications/ Communicate (in firm) office conference with M. Luskin re: Eighth Interim Fee Application (FY2019 blended rate chart and revisions) (0.5); review seventh interim fee application re: same (0.2); begin fee analysis on blended rates re: same (0.6) | 1.30 | $270.00 | $351.00 |
| 03/09/2020 | SEH | B160/A105    Fee/Employment Applications/ Communicate (in firm) office conference with C. Trieu re: Eighth Interim Fee Application | 0.20 | $735.00 | $147.00 |
| 03/09/2020 | CDT | B160/A105    Fee/Employment Applications/ Communicate (in firm) office conference with S. Hornung re: blended rate analysis, Eighth Interim Fee Application (0.2); continue fee analysis of firm blended rates (FY19) re: same (0.9) | 1.10 | $270.00 | $297.00 |
| 03/10/2020 | CDT | B160/A103    Fee/Employment Applications/ Draft/Revise complete fee analysis (blended rates, allowed fees and expenses, payments, tax withholding and gross-up) re: Eighth Interim Fee Application (1.8); revise summary cover sheet and fee charts re: same (1.3) | 3.10 | $270.00 | $837.00 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/10/2020 | CDT | B160/A104    Fee/Employment Applications/ Review/analyze review Commonwealth docket for fee-related filings, and order allowing seventh interim fees [ECF 12157] re: Eighth Interim Fee Application | 0.20 | $270.00 | $54.00 |
| 03/11/2020 | CDT | B160/A108    Fee/Employment Applications/ Communicate (other external) correspondence with AAFAF counsel (V. Blay Soler) re: 2019 taxes withheld (0.1); follow-up correspondence with M. Luskin re: same (0.1) | 0.20 | $270.00 | $54.00 |
| 03/11/2020 | CDT | B160/A103    Fee/Employment Applications/ Draft/Revise review monthly fee statements and invoices for description of project categories re: Eighth Interim Fee Application (0.8); additional review of payments received re: same (0.2); update fee analysis and charts re: same (0.5); continue draft re: same (3.7) | 5.20 | $270.00 | $1,404.00 |
| 03/12/2020 | CDT | B160/A103    Fee/Employment Applications/ Draft/Revise complete draft re: Eighth Interim Fee Application (0.7); draft notice of filing re: same (0.3); revise draft and exhibits re: same (1.4); review and docket/fact check draft re: Eighth Interim Fee Application (1.7); compile and send initial draft and exhibits to S. Hornung for review re: same (0.4) | 4.50 | $270.00 | $1,215.00 |
| 03/13/2020 | SEH | B160/A103    Fee/Employment Applications/ Draft/Revise review draft re: Eighth Interim Fee Application (0.4); revise draft re: same (0.3) | 0.70 | $735.00 | $514.50 |
| 03/13/2020 | ML | B160/A104    Fee/Employment Applications/ Review/analyze review Eighth Interim Fee Application (0.8); review supporting fee analysis re: same (0.4) | 1.20 | $840.00 | $1,008.00 |
| 03/13/2020 | CDT | B160/A104    Fee/Employment Applications/ Review/analyze review S. Hornung comments re: Eighth Interim Fee Application (0.3); further revise draft re: same (0.6); compile revised draft and exhibits, fee analysis charts and supporting documents to M. Luskin for review re: same (0.8); correspondence with M. Luskin and S. Hornung re: same (0.3); finalize and compile notice and application re: same (0.4) | 2.40 | $270.00 | $648.00 |
| 03/16/2020 | SEH | B160/A103    Fee/Employment Applications/ Draft/Revise review and finalize Eighth Interim Fee Application | 0.20 | $735.00 | $147.00 |
| 03/16/2020 | CDT | B160/A103    Fee/Employment Applications/ Draft/Revise [NOT BILLED] review and revise February invoices re: Thirty-third Monthly Fee Statement (0.5); email to M. Luskin re: same (0.1); review Proskauer litigation summaries re: same (0.3); draft initial fee statement, declaration and objection statement re: same (0.8); update fee analysis spreadsheets re: same (0.4) | 2.10 | $0.00 | $0.00 |
| 03/16/2020 | CDT | B160/A101    Fee/Employment Applications/ Plan and prepare for submit notice and fee application to PR counsel for filing re: Eighth Interim Fee Application (0.1); review filed application re: same (0.1) | 0.20 | $270.00 | $54.00 |
| 03/26/2020 | ML | B160/A108    Fee/Employment Applications/ Communicate (other external)  emails with C. Trieu re: withholding taxes | 0.20 | $840.00 | $168.00 |
| 03/26/2020 | CDT | B160/A108    Fee/Employment Applications/ Communicate (other external) follow-up correspondence with V. Blay-Soler (AAFAF counsel) re: 2019 tax withholding statement (0.1); correspondence with M. Luskin re: same and fee-related scheduling/deadline changes due to COVID (0.2) | 0.20 | $270.00 | $54.00 |
| 03/27/2020 | CDT | B160/A108    Fee/Employment Applications/ Communicate (other external) [NOT BILLED] prepare and send e-billing support to Fee Examiner re: 31st and 32nd monthly fee statements | 0.20 | $0.00 | $0.00 |
| 03/30/2020 | CDT | B160/A104    Fee/Employment Applications/ Review/analyze review Fee Examiner memo re: scheduling and COVID-19 updates | 0.20 | $270.00 | $54.00 |

| 03/31/2020 | CDT | B160/A103   Fee/Employment Applications/ Draft/Revise [NOT BILLED] revise, compile and send draft to M. Luskin for review re: Thirty-third Monthly Fee Statement (0.7); finalize and send statement to J. El Koury for authorization re: same (0.1); prepare and send statement to notice parties and support to Fee Examiner re: same (0.3); update fee analysis spreadsheets re: same (0.1) | 1.20 | $0.00 | $0.00 |
| 03/31/2020 | ML | B160/A104   Fee/Employment Applications/ Review/analyze [NOT BILLED] review fee statements and declarations | 0.30 | $0.00 | $0.00 |
| | | | **27.60** | | **$7,966.50** |

BILLING SUMMARY:

TOTAL CHARGES:      $7,966.50
**TOTAL DUE:**          **$7,966.50**

**Fee Summary**

| Staff | Hours | Rate | Total |
|---|---|---|---|
| Catherine Trieu | 3.7 | $   0.00 | $     0.00 |
| Catherine Trieu | 20.6 | $270.00 | $5,562.00 |
| Michael Luskin | 0.3 | $   0.00 | $     0.00 |
| Michael Luskin | 1.9 | $840.00 | $1,596.00 |
| Stephan Hornung | 1.1 | $735.00 | $   808.50 |

Payment may be sent by wire to:
CITIBANK, N.A.
ABA#021000089
For Credit to Luskin, Stern & Eisler, LLP
Account # 6862748204

Printed: 3/31/2020
Bill #: 200501

Page: 3

## Luskin, Stern & Eisler LLP

Eleven Times Square
New York, New York 10036

Telephone: (212) 597-8200
Telecopier: (212) 974-3205

March 31, 2020
Bill # 200495
Client/ Matter # 675-008

Tax ID 13-3524567

Attn: Rosemarie Vizcarrondo
Financial Oversight and Management Board for Puerto Rico
PO Box 195556
San Juan, PR 009195556

Re: Conflicts and Disclosure Issues

### Professional Fees

| Date | Staff | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 03/03/2020 | ML | L120/A104   Analysis/Strategy/ Review/analyze review contract revisions in preparation for conference telephone call with Board and McKinsey | 1.00 | $840.00 | $840.00 |
| 03/04/2020 | ML | L120/A104   Analysis/Strategy/ Review/analyze review of additional contract revisions re: McKinsey (1.0); emails with J. El Koury re: same (0.3) | 1.30 | $840.00 | $1,092.00 |
| 03/05/2020 | ML | L120/A108      Analysis/Strategy/ Communicate (other external)  conference telephone call with McKinsey team re: contract revisions | 0.50 | $840.00 | $420.00 |
| 03/11/2020 | ML | L120/A104   Analysis/Strategy/ Review/analyze review draft contract in preparation for conference telephone call (0.7); conference telephone call with J. El Koury, McKinsey and counsel to review draft McKinsey contract (0.8) | 1.50 | $840.00 | $1,260.00 |
| 03/16/2020 | ML | L120/A104   Analysis/Strategy/ Review/analyze review J. El Koury email re: additional proposed contract changes | 0.20 | $840.00 | $168.00 |
| 03/19/2020 | ML | L120/A108      Analysis/Strategy/ Communicate (other external)    review email from, and response to, J. El Koury re: conflict question | 0.30 | $840.00 | $252.00 |
| 03/25/2020 | ML | L120/A104  Analysis/Strategy/ Review/analyze review latest revision to McKinsey draft contract (0.5); emails with J. El Koury re: same (0.2) | 0.70 | $840.00 | $588.00 |
| 03/26/2020 | ML | L120/A104  Analysis/Strategy/ Review/analyze review J. El Koury email re: proposed contract changes (0.4); continued contract and disclosure review in preparation for conference with McKinsey (0.5); review of A. Bonime-Blanc comments re: McKinsey contract (0.1); conference telephone call with McKinsey and FOMB teams re: contract revisions and disclosures (1.0) | 2.00 | $840.00 | $1,680.00 |
| 03/27/2020 | ML | L120/A108  Analysis/Strategy/ Communicate (other external) emails with Board re: contract (0.1); conference telephone call with McKinsey and MIO counsel re: contract and disclosure issues (0.5); email to McKinsey and MIO counsel re: same (0.1); conference telephone call with J. El Koury and A. Bonime-Blanc re: additional changes (0.5) | 1.20 | $840.00 | $1,008.00 |

| | | | | | |
|---|---|---|---|---|---|
| 03/29/2020 | ML | L120/A104  Analysis/Strategy/ Review/analyze review McKinsey proposed changes to contract (0.6); email to J. El Koury and A. Bonime-Blanc re: same (0.2); review J. El Koury email (0.1) and draft email with comments to McKinsey team (0.4) | 1.30 | $840.00 | $1,092.00 |
| 03/30/2020 | ML | L120/A108  Analysis/Strategy/ Communicate (other external) emails with McKinsey and Board re: final revisions to contract (0.2); review latest draft (0.2); additional emails with Board and McKinsey re: same (0.2) | 0.60 | $840.00 | $504.00 |
| | | | **10.60** | | **$8,904.00** |

BILLING SUMMARY:

TOTAL CHARGES:             $8,904.00
**TOTAL DUE:**                 **$8,904.00**

**Fee Summary**

| Staff | Hours | Rate | Total |
|---|---|---|---|
| Michael Luskin | 10.6 | $840.00 | $8,904.00 |

Payment may be sent by wire to:
CITIBANK, N.A.
ABA#021000089
For Credit to Luskin, Stern & Eisler, LLP
Account # 6862748204

**<u>EXHIBIT F-3</u>**

Thirty-fifth Monthly Fee Statement
(April 2020)

**Objection Deadline: July 16, 2020 at 4:00 p.m. (AST)**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## COVER SHEET TO THIRTY-FIFTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP FOR COMPENSATION FOR FEES AND SERVICES RENDERED OUTSIDE OF PUERTO RICO AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020

### ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**Principal Certification**

I hereby authorize the submission of Luskin, Stern & Eisler LLP's Monthly Fee

Statement for April 2020.


Jaime A. El Koury

General Counsel to the Financial Oversight
and Management Board for Puerto Rico

**<u>Summary Sheet</u>**

Name of Applicant:                                    Luskin, Stern & Eisler LLP

Authorized to Provide Professional          The Financial Oversight and Management
Services to:                                             Board for Puerto Rico

Period for Which Compensation and         April 1, 2020 to April 30, 2020
Reimbursement are Sought

Amount of Compensation Sought as Actual,     $17,304.00[1]
Reasonable and Necessary:

90% of Compensation Sought as Actual,          $15,573.60
Reasonable and Necessary:

10% Holdback:                                       $1,730.40

Amount of Expense Reimbursement Sought     $0.00
as Actual, Reasonable and Necessary:

This is a: <u> X </u> monthly     ___ interim     ___ final statement.

This is Luskin, Stern & Eisler LLP's thirty-fifth monthly fee statement in these cases.

---

[1] LS&E reserves the right to seek an offsetting adjustment or "gross up" on account of any tax withholding pursuant
to Act 257 amending the Puerto Rico Internal Revenue Code of 2011.

**Summary of Hours Billed by Professionals and Paraprofessionals
for the Period April 1, 2020 through April 30, 2020**

| Timekeeper | Position and Year Admitted to Practice | | Hourly Billing Rate ($)[2] | Total Hours Billed | Total Fees ($) |
|---|---|---|---|---|---|
| Michael Luskin | Partner | 1978 | $840.00 | 19.70 | $16,548.00 |
| Catherine D. Trieu | Paralegal | N/A | $270.00 | 2.80 | $ 756.00 |
| **TOTAL** | | | | **22.50** | **$ 17,304.00** |

**Summary of Legal Fees for the Period
April 1, 2020 through April 30, 2020[3]**

| Project Category | Total Hours Billed | Total Fees Requested ($) |
|---|---|---|
| Fee Applications | 2.80 | $756.00 |
| Conflicts and Disclosure Issues[4] | 19.70 | $16,548.00 |
| **TOTAL** | **22.50** | **$17,304.00** |

---

[2] With the consent of the Oversight Board, LS&E adjusted its hourly rates on a timekeeper-by-timekeeper basis effective as of August 1, 2019.  (*See Notice of Proposed Hourly Rate Adjustment of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico, nunc pro tunc to August 1, 2019* [Docket No. 8621]).

[3] Because LS&E performs work for the Oversight Board on an *ad hoc* basis, the amount of time it bills in any given month can fluctuate substantially.

[4] Following LS&E's filing of the McKinsey Report on February 18, 2019 [Docket No. 5154], the Oversight Board asked LS&E to review and advise on various conflicts and disclosure issues involving vendors other than McKinsey.  Accordingly, LS&E has changed the name of this project category on its billing system from "McKinsey Report" to "Conflicts and Disclosure Issues."  This change is reflected in LS&E's invoices.

In accordance with the Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269] (the "Interim Compensation Order"), Luskin, Stern & Eisler LLP ("LS&E"), special counsel to the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), hereby submits this Thirty-fifth Monthly Fee Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "Monthly Fee Statement") for the period from April 1, 2020 through April 30, 2020 (the "Statement Period").  In support of the Monthly Fee Statement, LS&E respectfully represents as follows:

### Relief Requested

1.      LS&E submits this Monthly Fee Statement in accordance with the Interim Compensation Order.  All services for which LS&E requests compensation were performed by LS&E on behalf of the Oversight Board.

2.      LS&E submits the certification attached hereto as Exhibit A with respect to this Monthly Fee Statement and in accordance with the Interim Compensation Order.

3.      LS&E seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| | |
|---|---|
| Total Fees | $17,304.00 |
| Total Expenses | $0.00 |
| Total | $17,304.00 |

4.      A detailed statement of hours spent by LS&E rendering legal services to the Oversight Board and disbursements made by LS&E during the Statement Period is attached hereto as Exhibit B.

5.      Pursuant to the Interim Compensation Order, LS&E seeks payment of

$15,573.60 for the Statement Period, representing (a) ninety percent (90.00%) of the total fees

for services rendered and (b) 100% of the total expenses incurred.[5]

### Notice and Objection Procedures

6.      In accordance with the Interim Compensation Order, notice of the

Monthly Fee Statement has been served upon the parties listed on the attached Exhibit C

(together, as further defined in the Compensation Order, the "Notice Parties").

7.      Pursuant to the Interim Compensation Order, objections to the Monthly

Fee Statement, if any, must be filed and served upon LS&E, no later than July 16, 2020 at

4:00 p.m. Atlantic Standard Time (the "Objection Deadline"), setting forth the nature of the

objection and the specific amount of fees and expenses at issue.

8.      If no objection to the Monthly Fee Statement is received by the Objection

Deadline, the Debtors will pay to LS&E the amounts of fees and expenses identified in the

Monthly Fee Statement.

9.      To the extent an objection to the Monthly Fee Statement is received on or

before the Objection Deadline, the Debtors will withhold payment of that portion of the payment

requested to which the objection is directed and will promptly pay the remainder of the fees and

expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved

and scheduled for consideration at the next interim fee application hearing.

---

[5] LS&E reserves the right to seek an offsetting adjustment or "gross up" on account of any tax withholding pursuant
to Act 257 amending the Puerto Rico Internal Revenue Code of 2011.

Dated: New York, New York
July 6, 2020

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)
Lucia T. Chapman (admitted *pro hac vice*)
Stephan E. Hornung (admitted *pro hac vice*)

Luskin, Stern & Eisler LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com
chapman@lsellp.com
hornung@lsellp.com

*Special Counsel to the Financial Oversight and
Management Board for Puerto Rico*

**<u>EXHIBIT A</u>**

Certification of Michael Luskin in
Compliance with Puerto Rico Law

Objection Deadline: July 16, 2020 at 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**CERTIFICATION OF MICHAEL LUSKIN IN SUPPORT OF THE THIRTY-FIFTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020**

I, Michael Luskin, hereby certify that:

1.      I am a member of the law firm of Luskin, Stern & Eisler LLP ("LS&E"), with offices located at Eleven Times Square, New York, New York 10036.  LS&E is special counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as representative of the Debtors in the above-captioned title III cases pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

I have personal knowledge of all of the facts set forth in this certification except as expressly stated herein.

2.      In accordance with the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered June 6, 2018 [Docket No. 3269] (the "Interim Compensation Order"), this certification is made in support of the Thirty-fifth Monthly Fee Statement of LS&E, as special counsel to the Oversight Board, dated July 6, 2020 (the "Monthly Fee Statement"), for compensation and reimbursement of expenses for the period of April 1, 2020 through and including April 30, 2020 (the "Statement Period").

3.      With respect to the Monthly Fee Statement, I hereby certify that no public servant of the Department of Treasury is a party to or has interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Oversight Board.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, LS&E does not have any debts owed to the Government of Puerto Rico or its instrumentalities.  All services performed by LS&E in connection with the Monthly Fee Statement were rendered in New York, New York.

Dated:  New York, New York
           July 6, 2020

                                             Respectfully submitted,

                                             */s/ Michael Luskin*
                                             Michael Luskin (admitted *pro hac vice*)

                                             **LUSKIN, STERN & EISLER LLP**
                                             Eleven Times Square
                                             New York, New York 10036
                                             Telephone:  (212) 597-8200
                                             Facsimile:  (212) 974-3205
                                             luskin@lsellp.com

# **EXHIBIT B**
Time and Expense Records

### Luskin, Stern & Eisler LLP

Eleven Times Square
New York, New York 10036

Telephone: (212) 597-8200
Telecopier: (212) 974-3205

April 30, 2020
Bill # 200503
Client/ Matter # 675-003

Tax ID 13-3524567

Attn: Rosemarie Vizcarrondo
Financial Oversight and Management Board for Puerto Rico
PO Box 195556
San Juan, PR 009195556

Re: PROMESA Fee Applications

**Professional Fees**

| Date | Staff | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 04/01/2020 | CDT | B160/A104   Fee/Employment Applications/ Review/analyze review V. Blay-Soler (AAFAF) email re: PR Treasury online registration (SURI) and related instructions (in Spanish) (0.5); related reveiw of PR Treasury website and SURI account registration types and requirements re: same (0.8) | 1.30 | $270.00 | $351.00 |
| 04/10/2020 | CDT | B160/A101   Fee/Employment Applications/ Plan and prepare for    set up and register with PR Treasury platform, SURI (0.8); related review re: same (0.7) | 1.50 | $270.00 | $405.00 |
| | | | **2.80** | | **$756.00** |

BILLING SUMMARY:
TOTAL CHARGES:              $756.00
**TOTAL DUE:**              **$756.00**

**Fee Summary**

| Staff | Hours | Rate | Total |
|-------|-------|------|-------|
| Catherine Trieu | 2.8 | $270.00 | $756.00 |

Payment may be sent by wire to:
CITIBANK, N.A.
ABA#021000089
For Credit to Luskin, Stern & Eisler, LLP
Account # 6862748204

## Luskin, Stern & Eisler LLP

Eleven Times Square
New York, New York 10036

Telephone: (212) 597-8200
Telecopier: (212) 974-3205

April 30, 2020
Bill # 200505
Client/ Matter # 675-008

Tax ID 13-3524567

Attn: Rosemarie Vizcarrondo
Financial Oversight and Management Board for Puerto Rico
PO Box 195556
San Juan, PR 009195556

Re: Conflicts and Disclosure Issues

### Professional Fees

| Date | Staff | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 04/01/2020 | ML | L120/A104    Analysis/Strategy/ Review/analyze  review final contract, declaration and disclosure documents (1.9); email J. El Koury and A. Bonime-Blanc re: comments (0.6) | 2.50 | $840.00 | $2,100.00 |
| 04/02/2020 | ML | L120/A108    Analysis/Strategy/ Communicate (other external) continued review of McKinsey disclosures (0.8); conference telephone call with J. El Koury and A. Bonime-Blanc re: disclosures (0.7); email to McKinsey re: discussion items (0.8); telephone call with J. El Koury re: schedules to disclosure (0.2) | 2.50 | $840.00 | $2,100.00 |
| 04/03/2020 | ML | L120/A108    Analysis/Strategy/ Communicate (other external) emails J. El Koury re: disclosure issues (0.1); telephone call with L. Applegate re: same (0.3); email J. El Koury re: same (0.1) and summary email re: same (0.1) | 0.60 | $840.00 | $504.00 |
| 04/04/2020 | ML | L120/A106    Analysis/Strategy/ Communicate (with client) emails with J. El Koury re: disclosure schedules | 0.20 | $840.00 | $168.00 |
| 04/05/2020 | ML | L120/A108    Analysis/Strategy/ Communicate (other external) review Proskauer email re: disclosures (0.3); telephone calls with J. El Koury re: same (0.2); review revised disclosure list (0.2) and email to L. Applegate re: same (0.1) | 0.80 | $840.00 | $672.00 |
| 04/06/2020 | ML | L120/A108    Analysis/Strategy/ Communicate (other external) telephone call with L. Applegate re: disclosure list and all-hands call agenda (0.4); email with J. El Koury and A. Bonime-Blanc re: same (0.1); conference telephone call with McKinsey and Board legal teams re: disclosure follow-up (0.4) | 0.90 | $840.00 | $756.00 |
| 04/14/2020 | ML | L120/A104    Analysis/Strategy/ Review/analyze review McKinsey supplemental materials (0.3); emails J. El Koury and A. Bonime-Blanc re: same (0.3); telephone call with L. Applegate re: supplemental disclosures (0.4), and email J. El Koury re: same (0.3); telephone call with J. El Koury (0.2), and email A. Bonime-Blanc re: disclosures (0.3) | 1.80 | $840.00 | $1,512.00 |
| 04/16/2020 | ML | L120/A104    Analysis/Strategy/ Review/analyze review additional McKinsey disclosures (0.3); email to L. Applegate re: additional disclosures (0.1); review report (0.3), and email L. Applegate re: additional disclosures (0.1) | 0.80 | $840.00 | $672.00 |

| 04/17/2020 | ML | L120/A108   Analysis/Strategy/ Communicate (other external) review latest disclosure declaration and appendix (0.5); email to L. Applegate re: same (0.2); telephone call with L. Applegate re: same (0.3); email J. El Koury and A. Bonime-Blanc explaining latest drafts (0.3) | 1.30 | $840.00 | $1,092.00 |
|---|---|---|---|---|---|
| 04/18/2020 | ML | L120/A106   Analysis/Strategy/ Communicate (with client) review final changes to disclosures (0.2); email to J. El Koury and A. Bonime-Blanc re: same and steps to be take (0.3); email J. El Koury re: additional question on McKinsey response (0.1) | 0.60 | $840.00 | $504.00 |
| 04/19/2020 | ML | L120/A106   Analysis/Strategy/ Communicate (with client) emails with J. El Koury and A. Bonime-Blanc re: final approval of disclosures | 0.20 | $840.00 | $168.00 |
| 04/20/2020 | ML | L120/A104   Analysis/Strategy/ Review/analyze  emails with J. El Koury and Board re: final contract and related submissions to Board (0.2); review final contract package (0.5) | 0.70 | $840.00 | $588.00 |
| 04/22/2020 | ML | L120/A106   Analysis/Strategy/ Communicate (with client) conference telephone call with J. El Koury and A. Bonime-Blanc to prepare for Board meeting | 0.20 | $840.00 | $168.00 |
| 04/23/2020 | ML | L120/A104   Analysis/Strategy/ Review/analyze prepare for Board presentation re: McKinsey disclosures and contracts - review emails, contract revisions, disclosures and related (1.5); emails re: adjourned date for consideration of McKinsey contracts (0.1) | 1.60 | $840.00 | $1,344.00 |
| 04/27/2020 | ML | L120/A104   Analysis/Strategy/ Review/analyze review A&M emails and proposed contract for disclosure and conflict issues (0.8); email J. El Koury re: same (0.4) | 1.20 | $840.00 | $1,008.00 |
| 04/28/2020 | ML | L120/A104   Analysis/Strategy/ Review/analyze review A. Bonime-Blanc email re: review of A&M disclosures and contract modifications (0.4); prepare for (0.4) and attend conference telephone call with J. El Koury, A. Bonime-Blanc, A. Gonzalez, D. Skeel re: McKinsey contract and disclosures and presentation to full Board (1.0) | 1.80 | $840.00 | $1,512.00 |
| 04/29/2020 | ML | L120/A101   Analysis/Strategy/ Plan and prepare for prepare for (0.5) and attend (0.8) conference telephone call with J. El Koury, A. Bonime-Blanc and B. Rosen et al. (Proskauer) re: A&M contract and disclosures | 1.30 | $840.00 | $1,092.00 |
| 04/30/2020 | ML | L120/A101   Analysis/Strategy/ Plan and prepare for prepare for (0.2) and attend (0.5) conference telephone call with J. El Koury and J. Garcia re: McKinsey issues | 0.70 | $840.00 | $588.00 |
| | | | **19.70** | | **$16,548.00** |

BILLING SUMMARY:

TOTAL CHARGES:        $16,548.00
**TOTAL DUE:**          **$16,548.00**

**Fee Summary**

| Staff | Hours | Rate | Total |
|---|---|---|---|
| Michael Luskin | 19.7 | $840.00 | $16,548.00 |

Payment may be sent by wire to:
CITIBANK, N.A.
ABA#021000089
For Credit to Luskin, Stern & Eisler, LLP
Account # 6862748204

**<u>EXHIBIT F-4</u>**

Thirty-sixth Monthly Fee Statement
(May 2020)

**Objection Deadline: July 16, 2020 at 4:00 p.m. (AST)**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## COVER SHEET TO THIRTY-SIXTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP FOR COMPENSATION FOR FEES AND SERVICES RENDERED OUTSIDE OF PUERTO RICO AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR THE PERIOD FROM MAY 1, 2020 THROUGH MAY 31, 2020

### ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**Principal Certification**

I hereby authorize the submission of Luskin, Stern & Eisler LLP's Monthly Fee

Statement for May 2020.


---------------------------------

Jaime A. El Koury

General Counsel to the Financial Oversight
and Management Board for Puerto Rico

**Summary Sheet**

| | |
|---|---|
| Name of Applicant: | Luskin, Stern & Eisler LLP |
| Authorized to Provide Professional Services to: | The Financial Oversight and Management Board for Puerto Rico |
| Period for Which Compensation and Reimbursement are Sought | May 1, 2020 to May 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $8,736.00[1] |
| 90% of Compensation Sought as Actual, Reasonable and Necessary: | $7,862.40 |
| 10% Holdback: | $873.60 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a: _X_ monthly     ___ interim     ___ final statement.

This is Luskin, Stern & Eisler LLP's thirty-sixth monthly fee statement in these cases.

---

[1] LS&E reserves the right to seek an offsetting adjustment or "gross up" on account of any tax withholding pursuant to Act 257 amending the Puerto Rico Internal Revenue Code of 2011.

**Summary of Hours Billed by Professionals and Paraprofessionals
for the Period May 1, 2020 through May 31, 2020**

| Timekeeper | Position and Year Admitted to Practice | | Hourly Billing Rate ($)[2] | Total Hours Billed | Total Fees ($) |
|---|---|---|---|---|---|
| Michael Luskin | Partner | 1978 | $840.00 | 10.40 | $8,736.00 |
| **TOTAL** | | | | **10.40** | **$8,736.00** |

**Summary of Legal Fees for the Period
May 1, 2020 through May 31, 2020[3]**

| Project Category | Total Hours Billed | Total Fees Requested ($) |
|---|---|---|
| Conflicts and Disclosure Issues[4] | 10.40 | $8,736.00 |
| **TOTAL** | **10.40** | **$8,736.00** |

---

[2] With the consent of the Oversight Board, LS&E adjusted its hourly rates on a timekeeper-by-timekeeper basis effective as of August 1, 2019.  (*See Notice of Proposed Hourly Rate Adjustment of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico, nunc pro tunc to August 1, 2019* [Docket No. 8621]).

[3] Because LS&E performs work for the Oversight Board on an *ad hoc* basis, the amount of time it bills in any given month can fluctuate substantially.

[4] Following LS&E's filing of the McKinsey Report on February 18, 2019 [Docket No. 5154], the Oversight Board asked LS&E to review and advise on various conflicts and disclosure issues involving vendors other than McKinsey.  Accordingly, LS&E has changed the name of this project category on its billing system from "McKinsey Report" to "Conflicts and Disclosure Issues."  This change is reflected in LS&E's invoices.

In accordance with the Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269] (the "Interim Compensation Order"), Luskin, Stern & Eisler LLP ("LS&E"), special counsel to the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), hereby submits this Thirty-sixth Monthly Fee Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "Monthly Fee Statement") for the period from May 1, 2020 through May 31, 2020 (the "Statement Period").  In support of the Monthly Fee Statement, LS&E respectfully represents as follows:

### Relief Requested

1.      LS&E submits this Monthly Fee Statement in accordance with the Interim Compensation Order.  All services for which LS&E requests compensation were performed by LS&E on behalf of the Oversight Board.

2.      LS&E submits the certification attached hereto as Exhibit A with respect to this Monthly Fee Statement and in accordance with the Interim Compensation Order.

3.      LS&E seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| Total Fees | $8,736.00 |
|---|---|
| Total Expenses | $0.00 |
| Total | $8,736.00 |

4.      A detailed statement of hours spent by LS&E rendering legal services to the Oversight Board and disbursements made by LS&E during the Statement Period is attached hereto as Exhibit B.

5.      Pursuant to the Interim Compensation Order, LS&E seeks payment of $7,862.40 for the Statement Period, representing (a) ninety percent (90.00%) of the total fees for services rendered and (b) 100% of the total expenses incurred.[5]

### Notice and Objection Procedures

6.      In accordance with the Interim Compensation Order, notice of the Monthly Fee Statement has been served upon the parties listed on the attached Exhibit C (together, as further defined in the Compensation Order, the "Notice Parties").

7.      Pursuant to the Interim Compensation Order, objections to the Monthly Fee Statement, if any, must be filed and served upon LS&E, no later than July 16, 2020 at 4:00 p.m. Atlantic Standard Time (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

8.      If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Debtors will pay to LS&E the amounts of fees and expenses identified in the Monthly Fee Statement.

9.      To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Debtors will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

---

[5] LS&E reserves the right to seek an offsetting adjustment or "gross up" on account of any tax withholding pursuant to Act 257 amending the Puerto Rico Internal Revenue Code of 2011.

Dated: New York, New York
      July 6, 2020

                        Respectfully submitted,

                        */s/ Michael Luskin*
                        Michael Luskin (admitted *pro hac vice*)
                        Lucia T. Chapman (admitted *pro hac vice*)
                        Stephan E. Hornung (admitted *pro hac vice*)

                        Luskin, Stern & Eisler LLP
                        Eleven Times Square
                        New York, New York 10036
                        Telephone:  (212) 597-8200
                        Facsimile:  (212) 974-3205
                        luskin@lsellp.com
                        chapman@lsellp.com
                        hornung@lsellp.com

                        *Special Counsel to the Financial Oversight and*
                        *Management Board for Puerto Rico*

## **EXHIBIT A**

Certification of Michael Luskin in
Compliance with Puerto Rico Law

Objection Deadline: July 16, 2020 at 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**CERTIFICATION OF MICHAEL LUSKIN IN SUPPORT OF THE THIRTY-SIXTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MAY 1, 2020 THROUGH MAY 31, 2020**

I, Michael Luskin, hereby certify that:

1.      I am a member of the law firm of Luskin, Stern & Eisler LLP ("LS&E"), with offices located at Eleven Times Square, New York, New York 10036.  LS&E is special counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as representative of the Debtors in the above-captioned title III cases pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

I have personal knowledge of all of the facts set forth in this certification except as expressly stated herein.

2.      In accordance with the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered June 6, 2018 [Docket No. 3269] (the "Interim Compensation Order"), this certification is made in support of the Thirty-sixth Monthly Fee Statement of LS&E, as special counsel to the Oversight Board, dated July 6, 2020 (the "Monthly Fee Statement"), for compensation and reimbursement of expenses for the period of May 1, 2020 through and including May 31, 2020 (the "Statement Period").

3.      With respect to the Monthly Fee Statement, I hereby certify that no public servant of the Department of Treasury is a party to or has interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Oversight Board.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, LS&E does not have any debts owed to the Government of Puerto Rico or its instrumentalities.  All services performed by LS&E in connection with the Monthly Fee Statement were rendered in New York, New York.

Dated: New York, New York
       July 6, 2020

                                    Respectfully submitted,

                                    */s/ Michael Luskin*_____
                                    Michael Luskin (admitted *pro hac vice*)

                                    **LUSKIN, STERN & EISLER LLP**
                                    Eleven Times Square
                                    New York, New York 10036
                                    Telephone:  (212) 597-8200
                                    Facsimile:  (212) 974-3205
                                    luskin@lsellp.com

3

**<u>EXHIBIT B</u>**
Time and Expense Records

## Luskin, Stern & Eisler LLP

Eleven Times Square
New York, New York 10036

Telephone: (212) 597-8200
Telecopier: (212) 974-3205

May 31, 2020
Bill # 200507
Client/ Matter # 675-008

Tax ID 13-3524567

Attn: Rosemarie Vizcarrondo
Financial Oversight and Management Board for Puerto Rico
PO Box 195556
San Juan, PR 009195556

Re: Conflicts and Disclosure Issues

### Professional Fees

| Date | Staff | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 05/01/2020 | ML | L120/A104    Analysis/Strategy/ Review/analyze prepare for (0.4) and attend (0.8) Board meeting re: McKinsey disclosures and contracts | 1.20 | $840.00 | $1,008.00 |
| 05/03/2020 | ML | L120/A104    Analysis and Advice/ Review/analyze emails with J. El Koury re: Board meeting follow up (0.3); review proposed document changes (0.4); email L. Applegate re: same (0.4) | 1.10 | $840.00 | $924.00 |
| 05/04/2020 | ML | L120/A108    Analysis/Strategy/ Communicate (other external) prepare for conference telephone call with McKinsey re: contract and disclosure follow-up (0.3); conference telephone call with L. Applegate and E. Weinberger re: changes (0.5) and emails with J. El Koury re: same (0.1); conference telephone call with J. El Koury and A. Bonime-Blanc re: same (0.5); draft email to McKinsey for Board review with additional comments (0.3); email to McKinsey with changes (0.1) | 1.80 | $840.00 | $1,512.00 |
| 05/05/2020 | ML | L120/A104    Analysis/Strategy/ Review/analyze review McKinsey proposed disclosure language (0.1); emails with J. El Koury re: same (0.2) | 0.30 | $840.00 | $252.00 |
| 05/06/2020 | ML | L120/A104    Analysis/Strategy/ Review/analyze review executed contract and disclosure forms (0.6); emails with McKinsey re: same (0.4); review final document package (0.3) and emails re: same (0.2) | 1.50 | $840.00 | $1,260.00 |
| 05/07/2020 | ML | L120/A106    Analysis/Strategy/ Communicate (with client) emails with J. El Koury re: contract closing | 0.20 | $840.00 | $168.00 |
| 05/08/2020 | ML | L120/A104    Analysis/Strategy/ Review/analyze review A. Bonime-Blanc bullet points and J. El Koury comments (0.4); email to both re: same (0.1); review McKinsey email re: update (0.1) and emails with J. El Koury and A. Bonime-Blanc re: same (0.2) | 0.80 | $840.00 | $672.00 |
| 05/09/2020 | ML | L120/A104    Analysis/Strategy/ Review/analyze review revisions to Board memo re: McKinsey contract (0.3) and email to J. El Koury re: same (0.1) | 0.40 | $840.00 | $336.00 |

| | | | | | |
|---|---|---|---|---|---|
| 05/10/2020 | ML | L120/A108    Analysis/Strategy/ Communicate (other external) review final talking points re: contracts (0.6); email J. El Koury and A. Bonime-Blanc re: same and anticipated questions (0.5); email L. Applegate re: disclosure timing (0.2) | 1.30 | $840.00 | $1,092.00 |
| 05/11/2020 | ML | L120/A104    Analysis/Strategy/ Review/analyze conference telephone call with J. El Koury, A. Bonime-Blanc and Board Communications staff re: public aspects of McKinsey contracts | 1.00 | $840.00 | $840.00 |
| 05/13/2020 | ML | L120/A104    Analysis/Strategy/ Review/analyze r eview expert disclosure material (0.3) and email to J. El Koury and A. Bonime-Blanc re: same (0.3); additional emails to/from same (0.2) | 0.80 | $840.00 | $672.00 |
| | | | **10.40** | | **$8,736.00** |

BILLING SUMMARY:

TOTAL CHARGES:          $8,736.00
**TOTAL DUE:**          **$8,736.00**

**Fee Summary**

| Staff | Hours | Rate | Total |
|---|---|---|---|
| Michael Luskin | 10.4 | $840.00 | $8,736.00 |

Payment may be sent by wire to:
CITIBANK, N.A.
ABA#021000089
For Credit to Luskin, Stern & Eisler, LLP
Account # 6862748204

Printed: 5/31/2020
Bill #: 200507

Page: 2