## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors | PROMESA<br><br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |
| HON. WANDA VÁZQUEZ GARCED (in her official capacity), and THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY,<br><br>              Plaintiffs,<br>     v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>Defendant. | <br><br><br><br>Adv. Pro. No. 20-00080-LTS |

### NOTICE OF APPEARANCE AND MOTION REQUESTING
### LEAVE TO FILE AN AMICUS BRIEF

**TO THE HONORABLE COURT:**

Comes now, Cooperativa de Farmacias Puertorriqueñas (COOPHARMA), through its undersigned attorney, and very respectfully prays and requests as follows:

1. *Coopharma* is a non-profit entity and commercial, consumer cooperative organized in 2002 under the then Commonwealth's General Cooperative Associations Act.  Its mission is to afford mutual aid and to its approximately 600 community based pharmacies throughout the Island of Puerto Rico.

2. Coopharma has an interest in *Adversary Complaint for Declaratory Relief Related to Act 82* (Doc# 13437) filed by the Governor of Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority on June 12, 2020.

3. There is no Federal rule or statute controlling the filing of an *amicus curie* brief at the district court level. Rather, the determination whether to allow participation as *amicus* depends on the sole discretion of the court.

4. Allowing the filing of an *amicus brief* in the district court depends on whether the *amicus* has a "*special interest that justifies [its] having a say.*" Strasser v. Doorley, 432 F.2d 567, 569 (1st Cir. 1970).

5. *Coopharma* will demonstrate that it has a special interest in the approval of the underlying Act 82. Moreover, *Coopharma* will discuss a compelling public interest that will assist the Court in adequately weighing the critical issues in the adversary proceeding. Additionally, Coopharma's *Amicus Brief* will assist in the discussion of the law concerning the application of PROMESA's 48 U.S.C. § 2144 to the facts at hand. Coopharma's *amicus brief* will supply an ingredient about the impact of Act 82 on real people. That information would be valuable to the Honorable Court in order to weigh the Plaintiffs' request for declaratory relief.

6. *Coopharma* also grounds its request to file an *amicus brief* here on *Civil Local Rule* 7, *District Court Civil Local Rules* and *Federal Rules of Bankruptcy Procedure* 7012 and 8017.

**WHEREFORE**, it is respectfully requested that the Honorable Court grants leave for the undersigned appearance in representation of *Cooperativa de Farmacias Puertorriqueñas* (COOPHARMA) for the purpose of filing the attached tendered document as an *Amicus Brief*. Furthermore, it is respectfully requested that the

2

Honorable Court grants *amicus* status to *Coopharma* and that it grants leave to file the tendered *Amicus Curie* brief as a separate docket entry in the instant matter.

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing *Notice of Appearance and Motion Requesting Leave to File an Amicus Brief*, with the Clerk of the Court, using the CM/ECF System, which will send notification of such filing to all appearing parties and counsels using the Court's electronic system.

In San Juan, Puerto Rico, this 17th day of July 2020.

*s/Angel A. Valencia-Aponte*
Angel A. Valencia-Aponte
USDC-PR 123905
Counsel for COOPHARMA

PO Box 361917
San Juan, Puerto Rico 00936-1917
Mobile: (787) 245-0009
E-mail: avalencia@aavalaw.com
www.aavalaw.com