# **EXHIBIT F**

## Maggio, Kevin

| | |
|---|---|
| **From:** | Maggio, Kevin |
| **Sent:** | Wednesday, July 1, 2020 12:40 PM |
| **To:** | Alonzo, Julia D.; Dale, Margaret A.; Stafford, Laura; Mervis, Michael T.; Febus, Chantel L.; Friedman, Peter; Roth, Joseph L.; Pavel, Ashley; McKeen, Elizabeth L. |
| **Cc:** | Bassett, Nicholas; Calabrese, Christine; Collins, Reed; Curtin, Thomas; Hall, Jaclyn; Hughes, John; Jason Callen; Langley, Adam; Natbony, Bill; Rappoport, Gaspard; Ruocco, Elizabeth; Servais, Casey; Sosland, Martin; Miller, Atara; Paslawsky, Alexandra; Denker, Will; Ohring, Jonathan; Marcou, David; Dexter, Erin; Razzano, Elvira; Mainland, Grant; lucdespins@paulhastings.com; johnmuddlaw@gmail.com; Fox, David R.; Rosenblum, Benjamin; Stewart, Geoffrey S.; Papez, Matthew E.; Testani, Lou; Cho, Hannah; Berezin, Robert |
| **Subject:** | RE: Ambac 2004 Requests re Cash/Assets |

Counsel,

During this morning's telephonic meet and confer, Ambac requested that the Oversight Board provide an update with regard to the following as soon as feasible:

1. Identify the accounts or funds whose restricted or unrestricted designation changed between the Duff & Phelps report and the current version of the Disclosure Statement.

2. The Oversight Board's position regarding the stipulation Ambac circulated on June 28, 2020 memorializing certain representations that the Oversight Board made during the meet-and-confer process.

Please advise regarding the Oversight Board's position over email at your earliest convenience or let us know your availability to meet and confer towards the end of the day tomorrow or early Monday morning. Ambac will follow up regarding the remaining open issues in separate correspondence.

Regards,
Kevin

Kevin J. Maggio | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5436
kmaggio@milbank.com | milbank.com

---

**From:** Maggio, Kevin
**Sent:** Sunday, June 28, 2020 7:14 PM
**To:** Alonzo, Julia D. <jalonzo@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Mervis, Michael T. <MMervis@proskauer.com>; Febus, Chantel L. <cfebus@proskauer.com>; Friedman, Peter <pfriedman@omm.com>; Roth, Joseph L. <joeroth@omm.com>; Pavel, Ashley <apavel@omm.com>; McKeen, Elizabeth L. <emckeen@omm.com>
**Cc:** Bassett, Nicholas <nicholasbassett@paulhastings.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Collins, Reed <Reed.Collins@weil.com>; Curtin, Thomas <Thomas.Curtin@cwt.com>; Hall, Jaclyn <Jaclyn.Hall@cwt.com>; Hughes, John <JHughes2@milbank.com>; Jason Callen <Jason.Callen@butlersnow.com>; Langley, Adam <Adam.Langley@butlersnow.com>; Natbony, Bill <Bill.Natbony@cwt.com>; Rappoport, Gaspard <Gaspard.Rappoport@weil.com>; Ruocco, Elizabeth <Elizabeth.Ruocco@cwt.com>; Servais, Casey <Casey.Servais@cwt.com>; Sosland, Martin <martin.sosland@butlersnow.com>; Miller, Atara <AMiller@milbank.com>; Paslawsky, Alexandra <APaslawsky@milbank.com>; Denker, Will <WDenker@milbank.com>; Ohring, Jonathan <JOhring@milbank.com>; Marcou, David <DMarcou@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Razzano,