# <u>EXHIBIT G</u>

## Maggio, Kevin

| | |
|---|---|
| **From:** | Alonzo, Julia D. <jalonzo@proskauer.com> |
| **Sent:** | Thursday, July 2, 2020 6:58 PM |
| **To:** | Maggio, Kevin; Dale, Margaret A.; Stafford, Laura; Mervis, Michael T.; Febus, Chantel L.; Friedman, Peter; Roth, Joseph L.; Pavel, Ashley; McKeen, Elizabeth L. |
| **Cc:** | Bassett, Nicholas; Calabrese, Christine; Collins, Reed; Curtin, Thomas; Hall, Jaclyn; Hughes, John; Jason Callen; Langley, Adam; Natbony, Bill; Rappoport, Gaspard; Ruocco, Elizabeth; Servais, Casey; Sosland, Martin; Miller, Atara; Paslawsky, Alexandra; Denker, Will; Ohring, Jonathan; Marcou, David; Dexter, Erin; Razzano, Elvira; Mainland, Grant; lucdespins@paulhastings.com; johnmuddlaw@gmail.com; Fox, David R.; Rosenblum, Benjamin; Stewart, Geoffrey S.; Papez, Matthew E.; Testani, Lou; Cho, Hannah; Berezin, Robert |
| **Subject:** | [EXT] RE: Ambac 2004 Requests re Cash/Assets |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Counsel:

Thank you for your email.  With respect to your first request, we are planning to produce a version of Exhibit J that has the last 4 digits of each bank account number listed.  We believe that you will be able to use that document to compare accounts listed in Exhibit J with the accounts in Duff & Phelps' master database.

With respect to your second request, we are still in the process of reviewing the stipulation, which, as you know, we only received a few days ago.  We are not in a position to provide substantive comments on this stipulation in the timeframe proposed by your email.

Best,


**Julia D. Alonzo**
Senior Counsel

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.4558
f  212.969.2900
jalonzo@proskauer.com


greenspaces
Please consider the environment before printing this email.


---

**From:** Maggio, Kevin <KMaggio@milbank.com>
**Sent:** Wednesday, July 1, 2020 12:40 PM
**To:** Alonzo, Julia D. <jalonzo@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Mervis, Michael T. <MMervis@proskauer.com>; Febus, Chantel L. <cfebus@proskauer.com>; Friedman, Peter <pfriedman@omm.com>; Roth, Joseph L. <joeroth@omm.com>; Pavel, Ashley <apavel@omm.com>; McKeen, Elizabeth L. <emckeen@omm.com>