UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS AND<br>TRANSPORTATION AUTHORITY, | |
| Debtor. | |

------------------------------------------------------------x

ORDER SCHEDULING BRIEFING IN CONNECTION
WITH URGENT MOTION FOR BRIDGE ORDER, AND MOTION FOR APPOINTMENT

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

AS TRUSTEES UNDER 11 U.S.C. § 926, OF AMBAC ASSURANCE CORPORATION, ASSURED GUARANTEE CORP., ASSURED GUARANTEE MUNICIPAL CORP., FINANCIAL GUARANTEE INSURANCE COMPANY, AND NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION

   The Court has received and reviewed the *Urgent Motion for Bridge Order, and Motion for Appointment as Trustees Under 11 U.S.C. § 926, of Ambac Assurance Corporation, Assured Guarantee Corp., Assured Guarantee Municipal Corp., Financial Guarantee Insurance Company, and National Public Finance Guarantee Corporation* (Docket Entry No. 13708 in Case No. 17-3283 and Docket Entry No. 871 in Case No. 17-3567, the "Motion") filed by Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company, and National Public Finance Guarantee Corporation (collectively, the "Movants").

   Opposition papers solely with respect to Movants' request in the Motion for entry of the proposed form of order attached thereto as Exhibit A (the "Bridge Order") must be filed by **July 22, 2020, at 9:00 a.m. (Atlantic Standard Time)**. Reply papers solely with respect to Movants' request for entry of the Bridge Order must be filed by **July 23, 2020, at 12:00 p.m. (Atlantic Standard Time)**. In the event that Movants' request for entry of the Bridge Order is denied, opposition papers addressing the merits of the Motion must be filed by **July 31, 2020, at 5:00 p.m. (Atlantic Standard Time)**, and reply papers must be filed by **August 7, 2020, at 12:00 p.m. (Atlantic Standard Time)**. The Court will take all aspects of the Motion on submission, unless the Court determines that a hearing is necessary.

   SO ORDERED.

Dated: July 17, 2020

                        /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                        United States District Judge