UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

   Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER (I) SCHEDULING BRIEFING OF URGENT
MOTION TO LIFT STAY, (II) DENYING URGENT MOTION FOR EXPEDITED
BRIEFING AND HEARING SCHEDULE, AND (III) SETTING DEADLINE FOR FURTHER STATUS
REPORT REGARDING COVID-19 PANDEMIC AND PROPOSED DISCLOSURE STATEMENT SCHEDULE

      The Court has received and reviewed the *Status Report of Financial Oversight and Management Board for Puerto Rico Regarding COVID-19 Pandemic and Proposed Disclosure Statement Schedule* (Docket Entry No. 13660 in Case No. 17-3283, the "Status Report"), filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"). In the Status Report, the Oversight Board requests that it be permitted to provide the Court with an updated status report regarding the timeline for the Debtors' plan of adjustment and disclosure statement process on or before September 11, 2020.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Court has also received and reviewed the *Urgent Motion of Official Committee of Unsecured Creditors to Lift Stay to Allow Committee to Pursue Objection to GO Priority* (Docket Entry No. 13726 in Case No. 17-3283, the "Motion") and the *Urgent Motion of Official Committee of Unsecured Creditors to Set Briefing Schedule and Hearing on Urgent Motion of Official Committee of Unsecured Creditors to Lift Stay to Allow Committee to Pursue Objection to GO Priority* (Docket Entry No. 13727 in Case No. 17-3283, the "Scheduling Motion") filed by the Official Committee of Unsecured Creditors (the "UCC"). The Motion seeks an order modifying the Stay Order[2] to allow litigation of the UCC's GO Priority Objection, and the Scheduling Motion requests an expedited briefing and hearing scheduling in connection with the Motion.

The Oversight Board's request in the Status Report is granted, and the UCC's Scheduling Motion is denied, as set forth herein. A hearing on the Motion is hereby scheduled for the Omnibus Hearing that will begin on **September 16, 2020, at 9:30 a.m. (Atlantic Standard Time)**. Objections or responses to the Motion shall be filed by **September 1, 2020, at 4:00 p.m. (Atlantic Standard Time)**. The Oversight Board shall file an updated status report, including a proposal for the Debtors' plan and disclosure statement process, by **September 9, 2020, at 4:00 p.m. (Atlantic Standard Time)**. Replies in support of the Motion shall be filed by **September 11, 2020, at 4:00 p.m. (Atlantic Standard Time)**.

This Order resolves Docket Entry No. 13727 in Case No. 17-3283.

SO ORDERED.

Dated: July 20, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms not defined herein shall have the meanings given to them in the Motion.