# EXHIBIT 55





## Your PUBLIC FUNDS ACCOUNT Account Summary

**PINERO-HATO REY BRANCH**
290 AVE. JESUS T. PINERO
SAN JUAN

TeleScotia(787) 766-4999
1 (877) 766-4999
orientalbank.com/en/

**PUERTO RICO TOURISM COMPANY**
PO BOX 9023960
SAN JUAN PR 00902-3960

**Account Number:** 5142
**Transit Number:** 60715
**Statement Period:** 31DEC19 to 31JAN20

To provide added protection and security for you we have implemented EMV Chip Debit Cards.

Have you received and activated your EMV Chip Card yet? If not, please do so as soon as possible as your existing card may be subject to limited withdrawal amounts.

If you have not received a Chip Card yet or need assistance please contact us at our Contact Center (787)766-4999 or your nearest branch.

### 5142 - PUBLIC FUNDS ACCOUNT - USD

**Account Summary**

| | | | |
|---|---|---|---|
| **No. of Deposits** | 55 | **Service Charges** | $ 442.32 |
| **Deposits** | $ 7,758,162.84 | **Record Keeping Fees** | $ 0.00 |
| **No. of Withdrawals** | 4 | **Total Interest Paid** | $ 1,535.19 |
| **Withdrawals** | $ 8,035,576.09 | **Interest Rate** | 0.20% |
| **Enclosures** | 0 | **Annual Percentage Yield Earned (APY)** | 0.20% |
| | | **IVU TAX** | $ 0.00 |
| | | **IVU TAX Rate** | 11.50% |

***The interest earned and annual percentage yield earned are based on your average daily balance for the period 01JAN20 through 31JAN20.***

® Trademark of Oriental Bank, used under license. Member FDIC. OCIF Lic. 29.

Oriental





# Your PUBLIC FUNDS ACCOUNT Account Summary

**PUERTO RICO TOURISM COMPANY**
[redacted]5142

TeleScotia(787) 766-4999
1 (877) 766-4999
orientalbank.com/en/

## Transactions ( Withdrawals & Deposits ) - [redacted]5142

| Transaction Date | Description | Amount CREDIT | Amount DEBIT | Balance |
|---|---|---|---|---|
| | **OPENING BALANCE** | | | **$ 6,320,069.90** |
| 02JAN | **ACH CREDIT**<br>21584643983915, AUTDEBITTOURISM AUTDEBIT | $ 409.72 + | | |
| 02JAN | **DEPOSIT** | $ 42.00 + | | |
| 02JAN | **BILL PAYMENT CREDIT** | $ 51.00 + | | $ 6,320,572.62 |
| 03JAN | **ACH CREDIT**<br>21584643989465, AUTDEBITTOURISM AUTDEBIT | $ 1,831.16 + | | |
| 03JAN | **DEPOSIT**<br>SBPR PLAZA LAS AMERICAS II | $ 6,397.19 + | | |
| 03JAN | **DEPOSIT**<br>SBPR PLAZA LAS AMERICAS II | $ 903.00 + | | |
| 03JAN | **DEPOSIT**<br>SBPR PLAZA LAS AMERICAS II | $ 348.20 + | | |
| 03JAN | **DEPOSIT**<br>SBPR PLAZA LAS AMERICAS II | $ 426.32 + | | |
| 03JAN | **DEPOSIT**<br>SBPR PLAZA LAS AMERICAS II | $ 3,343.23 + | | |
| 03JAN | **DEPOSIT** | $ 505.00 + | | |
| 03JAN | **BILL PAYMENT CREDIT** | $ 42.00 + | | $ 6,334,368.72 |
| 06JAN | **ACH CREDIT**<br>21584643991008, AUTDEBITTOURISM AUTDEBIT | $ 255.22 + | | $ 6,334,623.94 |
| 07JAN | **ACH CREDIT**<br>21584643993818, AUTDEBITTOURISM AUTDEBIT | $ 5,489.87 + | | |
| 07JAN | **DEPOSIT** | $ 117.04 + | | |
| 07JAN | **BILL PAYMENT CREDIT** | $ 73.50 + | | $ 6,340,304.35 |
| 08JAN | **ACH CREDIT**<br>21584643996171, AUTDEBITTOURISM AUTDEBIT | $ 21,684.81 + | | |
| 08JAN | **DEPOSIT** | $ 225.34 + | | $ 6,362,214.50 |
| 09JAN | **ACH CREDIT**<br>21584643998693, AUTDEBITTOURISM AUTDEBIT | $ 61,624.59 + | | |
| 09JAN | **DEPOSIT** | $ 2,107.50 + | | |
| 09JAN | **BILL PAYMENT CREDIT** | $ 36.00 + | | $ 6,425,982.59 |
| 10JAN | **ACH CREDIT**<br>21584644005740, AUTDEBITTOURISM AUTDEBIT | $ 121,561.60 + | | |
| 10JAN | **DEPOSIT** | $ 133.00 + | | |
| 10JAN | **DEPOSIT**<br>SBPR PLAZA LAS AMERICAS II | $ 8,673.79 + | | |
| 10JAN | **BILL PAYMENT CREDIT** | $ 365.00 + | | $ 6,556,715.98 |
| 13JAN | **CREDIT REVERSAL** | | $ 16,465.72 - | |
| 13JAN | **ACH CREDIT**<br>21584644008331, AUTDEBITTOURISM AUTDEBIT | $ 313,808.79 + | | |
| 13JAN | **DEPOSIT** | $ 796.10 + | | |
| 13JAN | **DEPOSIT** | $ 16,465.72 + | | |
| 13JAN | **DEPOSIT**<br>SBPR CUPEY BRANCH | $ 16,465.73 + | | $ 6,887,786.60 |

® Trademark of Oriental Bank, used under license. Member FDIC. OCIF Lic. 29.



CONFIDENTIAL





## Your PUBLIC FUNDS ACCOUNT Account Summary

**PUERTO RICO TOURISM COMPANY**
[REDACTED]5142

TeleScotia(787) 766-4999
1 (877) 766-4999
orientalbank.com/en/

### Transactions ( Withdrawals & Deposits ) - [REDACTED]5142

| Transaction Date | Description | Amount CREDIT | Amount DEBIT | Balance |
|---|---|---|---|---|
| 14JAN | **ACH CREDIT** 21584644011102, AUTDEBITTOURISM AUTDEBIT | $ 1,193,202.42 + | | |
| 14JAN | **DEPOSIT** SBPR CUPEY BRANCH | $ 7,635.00 + | | |
| 14JAN | **DEPOSIT** | $ 10,610.25 + | | $ 8,099,234.27 |
| 15JAN | **ACH CREDIT** 21584644019771, AUTDEBITTOURISM AUTDEBIT | $ 3,335,713.52 + | | |
| 15JAN | **DEPOSIT** SBPR CUPEY BRANCH | $ 11,726.85 + | | |
| 15JAN | **DEPOSIT** | $ 11,111.00 + | | $ 11,457,785.64 |
| 16JAN | **ACH CREDIT** 21584644023887, AUTDEBITTOURISM AUTDEBIT | $ 2,408,108.96 + | | $ 13,865,894.60 |
| 17JAN | **ACH CREDIT** 21584644026385, AUTDEBITTOURISM AUTDEBIT | $ 12,332.77 + | | |
| 17JAN | **DEPOSIT** SBPR CUPEY BRANCH | $ 215.00 + | | |
| 17JAN | **DEPOSIT** SBPR CUPEY BRANCH | $ 1,375.00 + | | $ 13,879,817.37 |
| 21JAN | **INTERNET TRANSFER** Transfer to [REDACTED]5144 | | $ 1,677.52 - | |
| 21JAN | **ACH CREDIT** 21584644027239, AUTDEBITTOURISM AUTDEBIT | $ 42,092.14 + | | |
| 21JAN | **DEPOSIT** | $ 52.88 + | | $ 13,920,284.87 |
| 22JAN | **ACH DEBIT** 21502016357573, ROOM TAX CASH CONC | | $ 3,033,456.25 - | |
| 22JAN | **ACH CREDIT** 21584644029344, AUTDEBITTOURISM AUTDEBIT | $ 4,677.49 + | | $ 10,891,506.11 |
| 23JAN | **ACH CREDIT** 21584644031109, AUTDEBITTOURISM AUTDEBIT | $ 888.10 + | | |
| 23JAN | **DEPOSIT - 2805** SBPR CUPEY BRANCH | $ 676.07 + | | |
| 23JAN | **DEPOSIT - 2806** SBPR CUPEY BRANCH | $ 58,589.87 + | | $ 10,951,660.15 |
| 24JAN | **ACH CREDIT** 21584644036556, AUTDEBITTOURISM AUTDEBIT | $ 21,564.96 + | | |
| 24JAN | **DEPOSIT - 2843** SBPR CUPEY BRANCH | $ 1,890.10 + | | $ 10,975,115.21 |
| 27JAN | **SPECIAL SERVICE CHARGE** For 27JAN20 | | $ 442.32 - | |
| 27JAN | **ACH CREDIT** 21584644038020, AUTDEBITTOURISM AUTDEBIT | $ 1,199.90 + | | |
| 27JAN | **DEPOSIT** SBPR CUPEY BRANCH | $ 1,822.43 + | | $ 10,977,695.22 |
| 28JAN | **INTERNET TRANSFER** Transfer to [REDACTED]5144 | | $ 5,000,000.00 - | |
| 28JAN | **ACH CREDIT** 21584644039467, AUTDEBITTOURISM AUTDEBIT | $ 2,784.56 + | | |

® Trademark of Oriental Bank, used under license. Member FDIC. OCIF Lic. 29.





## Your PUBLIC FUNDS ACCOUNT Account Summary

**PUERTO RICO TOURISM COMPANY**
[REDACTED]5142

TeleScotia(787) 766-4999
1 (877) 766-4999
orientalbank.com/en/

**Transactions ( Withdrawals & Deposits ) - [REDACTED]5142**

| Transaction Date | Description | Amount CREDIT | Amount DEBIT | Balance |
|---|---|---|---|---|
| 28JAN | **DEPOSIT - 2845** SBPR CUPEY BRANCH | $ 1,568.84 + | | $ 5,982,048.62 |
| 29JAN | **ACH CREDIT** 21584644041534, AUTDEBITTOURISM AUTDEBIT | $ 23,422.28 + | | |
| 29JAN | **DEPOSIT** SBPR CUPEY BRANCH | $ 2,064.00 + | | $ 6,007,534.90 |
| 30JAN | **ACH CREDIT** 21584644043667, AUTDEBITTOURISM AUTDEBIT | $ 939.75 + | | $ 6,008,474.65 |
| 31JAN | **ACH CREDIT** 21584644048290, AUTDEBITTOURISM AUTDEBIT | $ 32,611.11 + | | |
| 31JAN | **DEPOSIT** | $ 35.70 + | | |
| 31JAN | **CREDIT INTEREST** | $ 1,535.19 + | | $ 6,042,656.65 |
| | **CLOSING BALANCE** | | | **$ 6,042,656.65** |

| | | | | | |
|---|---|---|---|---|---|
| **Total Returned Item Fees This Period** | $ 0.00 | **Total Overdraft Fees This Period** | $ 0.00 | **Total Overdraft Interest this Period** | $ 0.00 |
| **Total Returned Item Fees Year to Date** | $ 0.00 | **Total Overdraft Fees Year to Date** | $ 0.00 | **Total Overdraft Interest Year to Date** | $ 0.00 |

® Trademark of Oriental Bank, used under license. Member FDIC. OCIF Lic. 29.





## Your PUBLIC FUNDS ACCOUNT Account Summary

**PUERTO RICO TOURISM COMPANY**
[redacted]5142



TeleScotia(787) 766-4999
1 (877) 766-4999

orientalbank.com/en/

## RECONCILIACIÓN DEL ESTADO DE CUENTA
## RECONCILIATION STATEMENT

Para reconciliar este estado con sus registros :
To reconcile this statement with your records :

1. Marque en su registro las transacciones reflejadas en el estado de cuenta.
   Check off all items in your checkbook register which are shown on this statement.

2. Detalle los cheques pendientes de pago.
   List outstanding checks.

| CHEQUES PENDIENTES DE PAGO CHECKS OUTSTANDING | |
|---|---|
| NUMERO O BENEFICIARIO NUMBER OR PAYEE | CANTIDAD AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | |

3. Añada en su registro cualquier cargo por servicio y/o algún otro cargo que aparezca en el estado de cuenta pero no en su registro.
   Record in your register any service charge and/or other charges that appear on your statement but not in your records.

4. Añada el balance actual de su chequera.
   Record checkbook balance.

5. Complete la reconciliación abajo.
   Complete the reconciliation below.

| | |
|---|---|
| BALANCE EN ESTE ESTADO DE CUENTA CLOSING BALANCE OF THIS STATEMENT | |
| SUME DEPÓSITOS HECHOS DESPUÉS DE LA FECHA DE CIERRE DE ESTE ESTADO ADD DEPOSITS MADE AFTER STATEMENT CLOSING DATE | |
| SUB TOTAL | |
| DESCUENTE CHEQUES PENDIENTES DE PAGO LESS OUTSTANDING CHECKS | |
| TOTAL | |
| BALANCE CHEQUERA CHECKBOOK BALANCE | |
| DIFFERENCIA (SI ALGUNA) DIFFERENCE (IF ANY) | |

| SI EXISTE ALGUNA DIFERENCIA QUE NO PUEDA IDENTIFICAR, FAVOR DE COMUNICARSE CON ORIENTAL BANK AL 787-766-4999 Ó 1-877-766-4999 | IF THERE IS A DIFFERENCE THAT YOU CANNOT IDENTIFY, PLEASE CALL ORIENTAL BANK AT 787-766-4999 OR 1-877-766-4999 |
|---|---|

**EN CASO DE ERRORES O PREGUNTAS SOBRE ESTE ESTADO DE CUENTA RELACIONADOS A TRANSFERENCIAS ELECTRÓNICAS DE FONDOS Y/O TRANSACCIONES CON SU SCOTIACARD :**

Debemos recibir su reclamación escrita dentro de un período de 60 días siguientes a la fecha del estado donde aparece el alegado error por primera vez.

Envíe su reclamación a :

**Oriental Bank**
**PO Box 195115 San Juan,**
**PR 00919-5115**

En su carta, incluya la siguiente información :
1. Su nombre y número de cuenta
2. El detalle de la transacción, incluyendo la cantidad en dólares, la fecha y número de serie
3. La descripción del error o pregunta sobre la transacción en cuestión.

También nos puede llamar a Oriental Bank al **787-766-4999** ó **1-877-766-7999**, de lunes a viernes de 8:00 am a 7:00 pm, y sábados de 8:00 am a 1:00 pm, para preguntas sobre el estado y/o someter su reclamación.

Investigaremos su reclamación y corregiremos cualquier error rápidamente. Si tomamos más de 10 días laborables, acreditaremos su cuenta por la cantidad reclamada para que tenga disponible el dinero durante el tiempo que nos tome completar la investigación. Si determinamos que no se incurrió en el error, le enviaremos una explicación por escrito dentro de tres días laborables de haber concluido la investigación.

**IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC FUNDS TRANSFERS AND/OR TRANSACTIONS WITH YOUR SCOTIACARD ON YOUR ACCOUNT STATEMENT:**

We must receive your claim in writing, no later than 60 days after the statement date in which the transaction is reflected for the first time.

You may send your claim to:

**Oriental Bank**
**P.O. Box 195115**
**San Juan PR 00919-5115**

Please include the following information:
1. Your name and account number
2. The details of the transaction, including the dollar amount, date and serial number
3. A description of the error, or question regarding the transaction.

You can also call us at Oriental Bank at **787-766-4999 or 1-877-766-4999**, from Monday thru Friday from 8:00 am to 7:00 pm, and Saturdays from 9:00 am to 1:00 pm, for questions about your statement and/or to submit your claim.

We will investigate your claim and correct any error promptly. If our investigation takes more than 10 business days to complete, we will credit your account for the amount claimed so you may have the funds available during the period of time it takes to complete our investigation. If after our investigation it is determined that no error has occurred, we will send you the results of our investigation in writing, within the following three business days.

® Trademark of Oriental Bank, used under license. Member FDIC. OCIF Lic. 29.