**EXHIBIT 57**

## Clawback Analysis – General Fund Appropriations, GO Debt Service, Cash in TSA, and TSA State Collection Inflows

*$ in billions*

|  | 2017-2018 | 2018-2019 | 2019-2020 |
|---|---|---|---|
| **General Fund Appropriations** | $9.6 | $8.8 | $9.1 |
| **GO Debt Service** | $1.1 | $1.1 | $1.1 |
| **Cash in TSA Account** | $3.1 | $7.2 | $7.85 |
| **TSA State Collection Inflows** | $11.6 | $13.7 | $10.6 |

Source: Puerto Rico Department of Treasury TSA Cash Flow Cash Flow reports; FY18 Certified Budget for the Commonwealth of Puerto Rico (6/30/2017); Press Release: Oversight Board Submits FY19 Commonwealth Complaint Budget Certified by Unanimous Written Consent (6/30/18); Overview of FY20 Certified Budget (7/1/19)