# **EXHIBIT 58**

# Clawback Analysis – General Fund Appropriations, GO Debt Service and TSA State Collection Inflows



Source: Puerto Rico Department of Treasury TSA Cash Flow Cash Flow reports; FY18 Certified Budget for the Commonwealth of Puerto Rico (6/30/2017); Press Release: Oversight Board Submits FY19 Commonwealth Complaint Budget Certified by Unanimous Written Consent (6/30/18); Overview of FY20 Certified Budget (7/1/19)