IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-bk-03566 (LTS) |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ORDER GRANTING URGENT CONSENT MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR LEAVE TO EXCEED PAGE LIMIT FOR REPLY IN SUPPORT OF MOTION TO DISALLOW AND DISMISS CLAIMS ASSERTED OR FILED BY ERS BONDHOLDERS AND THE ERS FISCAL AGENT

Upon consideration of the *Urgent Consented Motion of the Financial Oversight and Management Board for Leave to Exceed Page Limit for Reply in Support of Motion to Disallow and Dismiss Claims Asserted or Filed by ERS Bondholders and the ERS Fiscal Agent* (Docket Entry No. 13740 in Case No. 17-3283 and Docket Entry No. 943 in Case No. 17-3566, the "Urgent Motion")[2]; and it appearing that (i) the Court has jurisdiction over this Urgent Motion pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); (ii) venue of this proceeding and the Urgent Motion is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); (iii) notice of the Urgent Motion was adequate and proper under the circumstances and that no further or other notice need be given; (iv) based on the statements and arguments made in the Urgent Motion, the relief requested in the Urgent Motion is in the best interest of the Commonwealth and its creditors; and (v) the Court having determined that the legal and factual bases set forth in the Urgent Motion establish just cause for the relief granted herein, it is hereby ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. The Oversight Board may exceed the fifteen (15) page limit set forth in the Case Management Procedures by filing a Reply of no more than sixty (60) pages, exclusive of the cover page, table of contents and authorities, signature page, exhibits, and the certificate of service.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.

3. This Order resolves Docket Entry No. 13740 in Case No. 17-3283 and Docket Entry No. 943 in Case No. 17-3566.

SO ORDERED.

Dated: July 21, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge