UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | |
| Debtors.[1] | |

------------------------------------------------------------

| | |
|---|---|
| PEAJE INVESTMENTS LLC, | |
| Plaintiff, | Adv. Proc. No. 17-151-LTS<br>in 17 BK 3567-LTS |
| -v- | Adv. Proc. No. 17-152-LTS<br>in 17 BK 3283-LTS |
| PUERTO RICO HIGHWAYS &<br>TRANSPORTATION AUTHORITY, et al., | |
| Defendants. | |

------------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## **ORDER**

This matter is before the Court on the *Joint Status Report* filed by Plaintiff and Defendants in the above-captioned adversary proceedings on July 20, 2020 (Dkt. No. 303 in 17-AP-151; Dkt. No. 291 in 17-AP-152). Finding good cause for the request to set a deadline for a further status report, this Court hereby orders that the parties submit a brief joint status report further updating the Court on or before **November 20, 2020**.

This order resolves Dkt. No. 303 in 17-AP-151 and Dkt. No. 291 in 17-AP-152.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: July 21, 2020