**EXHIBIT E**

**PROPOSED ORDER**

Case:17-03283-LTS Doc#:13748-5 Filed:07/21/20 Entered:07/21/20 11:52:18 Desc:
Exhibit E Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| **The Financial Oversight and Management Board for Puerto Rico,** | No. 17 BK 3283 (LTS) |
| As representative of | |
| **The Commonwealth of Puerto Rico,** *et. al.* | |
| Debtors[1] | |

**[PROPOSED] ORDER GRANTING THE MOTION OF MED CENTRO, INC. FOR RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the *Motion of Med Centro, Inc. for Relief From the Automatic Stay*, filed concurrently herewith (the "Motion") and all related filings; adequate notice having been given to all relevant parties; objections to the requested relief having been withdrawn or overruled

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

on the merits; it is hereby **ORDERED** that:

    1. The Motion is GRANTED as set forth herein.

    2. Pursuant to Bankruptcy Code section 362, made applicable by PROMESA section 301(a), the automatic stay is hereby lifted in its entirety and without conditions to allow Med Centro, Inc. to proceed with Case No. 06cv1260 (GAG) before the United States District Court for the District of Puerto Rico (the "District Court") and seek (1) the enforcement of the Settlement Agreement with the Commonwealth of Puerto Rico approved by the District Court in that case; (2) compliance with the Wraparound Payments provisions included in 42 U.S.C. § 1396 a (b) (b) (3) from first quarter of 2018 onwards; and (3) for the District Court to extend its enforcement jurisdiction over the Settlement Agreement beyond October 7, 2020.

    3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

    4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2020

                                            _____
                                            Honorable Laura Taylor Swain
                                            United States District Judge