**Objection Deadline: September 21, 2020 at 4:00 p.m. (AST)**
**Hearing Date: September 28, 2020 at 9:30 a.m. (AST)**

### UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | **PROMESA Title III** |
| **The Financial Oversight and Management Board for Puerto Rico,** | **No. 17 BK 3283 (LTS)** |
| As representative of | |
| **The Commonwealth of Puerto Rico,** *et. al.* | |
| Debtors[1] | |

### CERTIFICATE OF SERVICE

I, Marcela V. Berardini Cabrera, hereby certify that I am over the age of eighteen years old and employed by Charles A. Cuprill P.S.C. Law Offices, and that on July 21, 2020, I caused the following documents to be served via first-class U.S. Mail, postage prepaid on the parties listed in **Exhibit A** hereto.

- Motion of Med Centro, Inc. for Relief From the Automatic Stay (17-03283 **Docket No. 13748**)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Notice of Hearing (17-03283 **Docket No. 13749**)

San Juan, Puerto Rico, this 21st day of July 2020.

                                          *s/Marcela V. Berardini*
                                          **Marcela V. Berardini**
Paralegal
Charles A. Cuprill, P.S.C. Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR 00901
Tel.: 787-977-0515
Fax: 787-977-0518