**EXHIBIT A**

(i)     <u>Chambers of the Honorable Laura Taylor Swain</u>:

United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

(ii)    Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

(iii)   <u>Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF)</u>:

Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907
Attn:      Carlos Saavedra, Esq.
           Rocío Valentin, Esq.
E-Mail:    Carlos.Saavedra@aafaf.pr.gov
           Rocio.Valentin@aafaf.pr.gov

(iv)    <u>Counsel for AAFAF</u>:

O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Attn:      John J. Rapisardi, Esq.
           Suzzanne Uhland, Esq.
           Peter Friedman, Esq.
           Nancy A. Mitchell, Esq.
           Maria J. DiConza, Esq.
E-Mail:    jrapisardi@omm.com
           suhland@omm.com
           pfriedman@omm.com
           mitchelln@omm.com
           mdiconza@omm.com

Marini Pietrantoni Muñiz LLC
250 Ponce de Leon Ave.
Suite 900
San Juan, PR 00918
Attn:      Luis C. Marini-Biaggi, Esq.
           Carolina Velaz-Rivero, Esq.
           Iván Garau-González, Esq.
E-Mail:    lmarini@mpmlawpr.com
           cvelaz@mpmlawpr.com

igarau@mpmlawpr.com

(v)     Counsel for the Oversight Board:
        Proskauer Rose LLP
        Eleven Times Square
        New York, New York 10036-8299
        Attn:      Martin J. Bienenstock
                   Brian S. Rosen
                   Paul V. Possinger
                   Ehud Barak
                   Maja Zerjal
        E-Mail:    mbienenstock@proskauer.com
                   brosen@proskauer.com
                   ppossinger@proskauer.com
                   ebarak@proskauer.com
                   mzerjal@proskauer.com

        O'Neill & Borges LLC
        250 Muñoz Rivera Ave., Suite 800
        San Juan, PR 00918-1813
        Attn:      Hermann D. Bauer, Esq.
        E-Mail:    hermann.bauer@oneillborges.com

(vi)    Counsel for the Creditors' Committee:

        Paul Hastings LLP
        200 Park Avenue
        New York, New York 10166
        Attn:      Luc. A. Despins
                   James Bliss
                   James Worthington
                   G. Alexander Bongartz
        E-Mail:    lucdespins@paulhastings.com
                   jamesbliss@paulhastings.com
                   jamesworthington@paulhastings.com
                   alexbongartz@paulhastings.com

        Casillas, Santiago & Torres LLC
        El Caribe Office Building
        53 Palmeras Street, Ste. 1601
        San Juan, Puerto Rico 00901-2419
        Attn:      Juan J. Casillas Ayala
                   Diana M. Batlle-Barasorda
                   Alberto J. E. Añeses Negrón
                   Ericka C. Montull-Novoa
        E-Mail:    jcasillas@cstlawpr.com

dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

(vii)   <u>Counsel for the Retiree Committee</u>:

Jenner & Block LLP
919 Third Avenue
New York, New York 10022
Attn:     Robert Gordon
            Richard Levin
            Catherine Steege
E-Mail:   rgordon@jenner.com
            rlevin@jenner.com
            csteege@jenner.com

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan, Puerto Rico 00918
Attn:     A.J. Bennazar-Zequeira
E-Mail:   ajb@bennazar.org