IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | ) ) ) ) | PROMESA Title III |
| as representative of | ) ) ) | Case No. 17-bk-03283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO et al., | ) ) ) | |
| Debtors.[1] | ) ) ) X | |
| In re: | ) ) | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | ) ) ) ) ) | PROMESA Title III |
| as representative of | ) ) ) | Case No. 17-bk-03566 (LTS) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | ) ) ) ) ) | |
| Debtor. | ) ) X | |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**ORDER GRANTING URGENT CONSENSUAL MOTION OF THE
OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF THE COMMONWEALTH OF
PUERTO RICO FOR LEAVE TO EXCEED PAGE LIMIT FOR REPLY IN SUPPORT OF MOTION TO
DISMISS PROOFS OF CLAIMS AND ADMINISTRATIVE EXPENSE CLAIMS ASSERTED AGAINST
THE COMMONWEALTH AND ERS BY CERTAIN HOLDERS OF ERS BONDS AND THE FISCAL AGENT**

Upon consideration of the *Urgent Consensual Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Leave to Exceed Page Limit for Reply in Support of Motion to Dismiss Proofs of Claims and Administrative Expense Claims Asserted Against the Commonwealth and ERS by Certain Holders of ERS Bonds and the Fiscal Agent* (Docket Entry No. 13751 in Case No. 17-3283 and Docket Entry No. 945 in Case No. 17-3566, the "Motion")[2]; and it appearing that (i) the Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); (ii) venue of this proceeding and the Motion is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); (iii) notice of the Motion was adequate and proper under the circumstances and that no further or other notice need be given; (iv) based on the statements and arguments made in the Motion, the relief requested in the Motion is in the best interest of the Commonwealth and its creditors; and (v) the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, it is hereby ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Retiree Committee may exceed the fifteen (15) page limit set forth in the Case Management Procedures by filing a Reply of no more than thirty-five (35) pages, exclusive of the cover page, table of contents and authorities, signature page, exhibits, and the certificate of service.

---

[2] Capitalized terms not herein defined shall have the meaning ascribed to them in the Motion.

3. This Order resolves Docket Entry No. 13751 in Case No. 17-3283 and Docket Entry No. 945 in Case No. 17-3566.

SO ORDERED.

Dated: July 21, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge