UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

        Debtors.[1]

--------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER SCHEDULING BRIEFING OF MED CENTRO INC.'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY

      The Court has received and reviewed *Med Centro Inc.'s Motion for Relief from the Automatic Stay* (the "Motion") filed by Med Centro, Inc. (the "Movant").  (Docket Entry No. 13748.)  Opposition papers to the Motion must be filed by **August 4, 2020**.  Movant's reply papers must be filed by **August 11, 2020**.  The Court will hear argument on the Motion at the Omnibus Hearing scheduled for September 16, 2020 at 9:30 a.m. (Atlantic Standard Time).  Movant's request for a hearing is deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Motion.

      SO ORDERED.

Dated:  July 21, 2020

                             /s/ Laura Taylor Swain
                         LAURA TAYLOR SWAIN
                         United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).