Número de reclamación: 146012

Reclamante: Julia Medina Quiñones

A continuación explicación detallada de lo reclamado.

El Estado Libre Asociado y el Departamento de Educación de Puerto Rico no me otorgaron los aumentos que por ley me corresponden.

La ley #89 Retribución Uniforme del 12 de julio de 1980 es un aumento firmado por el Gobernador para ese entonces el Honrable Carlos Romero Barceló por la cantidad de $100.00 (cien mensuales). La ley se derrogó en el 2004. Ese aumento no me fue pagado en ningún momento. A continuación le desglosaré desde la ley hasta que se derrogó.

Ley #89:

1980 (comenzó) al 2004 (se derrogó)….20 años.

$100.00 x 12 = $1,200.00 (anuales).

$1,200.00 x 20 años = Total $24,000.00.

Resumen: Ley 89 ($24,000.00)

_____

Julia Medina Quiñones

Urb. Monte Sol 441 Calle María E.

Juana Díaz, Puerto Rico 00795

cel. 787-314-3621