Proof of Claim: &lt;CLAIM NUMBER&gt; _____
Claimant: &gt;CLAIMANT NAME&lt; _Fernando Alvarado Torres_

RECEIVED & FILED
2020 JUL 17 AM 8:21

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**
Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:
- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ■ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)
    _____

2. **What is the amount of your claim (how much money do you claim to be owed):**
   _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
_Maestro de Secundaria en Ciencia en Departamento de Educacion Estado Libre Asociado de Puerto Rico_

3(b). Identify the dates of your employment related to your claim:
_Desde 6 de mayo de 1988 hasta 31 de diciembre de 2012_

3(c). Last four digits of your social security number: _2951_

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ■ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

Ley 89-1979, Ley 89-1995, Ley 134-1996, Ley 96-2002, Ley 164-2003 y Ley 164-2004 y Ley 169-2008

**4. Legal Action** Does your claim relate to a pending or closed legal action?

- ■ No
- ☐ Yes

4(a). Identify the department or agency that is a party to the action.

N/A

4(b). Identify the name and address of the court or agency where the action is pending:

N/A

4(c). Case number: N/A

4(d). Title, Caption, or Name of Case: N/A

4(e). Status of the case (pending, on appeal, or concluded): N/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? N/A

RECLAMANTE: Fernando Alvarado Torres

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: _____

Numero De celular: 787-601-3600

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 6 de Mayo de 1988 hasta el 31 de diciembre 2012 como Maestro de secundaria - Ciencia - Departamento de Educación del Estado Libre Asociado de P.R. de la ~~Puerto Rico Telephone Company~~ ELA.

⚹ 1. Ley 89 – julio 1995 – ROMERAZO    CANTIDAD $ 20,400.00

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,


Fernando Alvarado Torres
Nombre en letra de molde

X _____ - 14, julio - 2020
Firma y fecha

Cantidad Adeudada

2- Ley 89 - Julio 1979 Retribución Uniforme      $ 39,600.00
3- Ley 134 -       1996 Aport. Acum. Retiro      $ 19,200.00
4- Ley 96 - Julio  2002 Aumento sueldo           $ 12,000.00
5- Ley 164 - Julio 2003 Aumento sueldo           $ 10,800.00
6- Ley 164 enero   2004 Sila M. Calderón         $  9,600.00
7- Ley 109 - Junio 2008 Esc. Sal. Pasos          $  4,800.00
                                                 ─────────────
                                                  96,000.00
                        ⚹ Ley 89 - Romerazo +    20,400.00
                                                 ─────────────
                                         Total = 116,400.00

RECLAMANTE _Fernando Alvarado Torres_

DIRECCION _HC 03 Box 10677_
_Juana Díaz, Puerto Rico_
_00795-9502_

Numero Reclamación _____

Fecha de presentación (envio) _14 de julio de 2020_

Deudor <u>Commonwealth of Puerto Rico</u>

    Por este medio incluyo con mi reclamación presentada el _14_ de _Julio_ de _2020_ lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce,~~ _Departamento de Educación_ Puerto Rico – ELA, como _Maestro de Secundaria - Ciencia_ desde el _6_ de _Mayo_ de _1988_ hasta el _31_ de _diciembre_ de _2012_ (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $_116,400.00_.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

_Fernando Alvarado Torres_
Nombre en letra de molde

X _[signature]_ _17-julio-2020_
Firma y fecha

# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre **Fernando Alvarado Torres**

Dirección Postal **HC03 Box 10677**
**Juana Díaz, Puerto Rico**
**00795-9502**

Teléfono de contacto res. ___—___ cel. **787-601-3600**

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:
   *Ley #89 - Ret. Uniforme -    Julio 1979*
   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
   *Ley #134 Aport. Acum. Retiro.    1996*
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
   *Ley 164 Aumento Sueldo    Julio de 2003*
   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

*Ley 89 - Ret. Uniforme    Julio 1979*
Ley 89 Romerazo – Efectiva en 1 de julio de 1995
*Ley 134 aport Acum. Retiro    1996*
Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004
*Ley #164 (2003) Aumento Sueldo    Julio 2003*

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company, Ponce,~~ Departamento de Educación, Puerto Rico desde el __6__ de __Mayo__ de __1988__ hasta el __31__ de __diciembre__ de __2012__. Culmine mi laborar como __Maestro Secundaria - Ciencia en Depto Educación__ en ~~Puerto Rico Telephone Company, Ponce~~, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

*Fernando Alvarado Torres*
Nombre en letra de molde


x: *[signature]*
Firma