Form. 409 Rev./79

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

## INFORME DE CAMBIO - PERSONAL DOCENTE

| | Pagadle _____ días por vacaciones regulares en julio |
|---|---|
| | Descontarle _____ días por ausencias |

| # | | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|---|
| 1 | Nombre del Empleado | ALVARADO TORRES, FERNANDO | |
| 2 | Núm. Seg. Social | -2951 | |
| 3 | Sexo | M | |
| 4 | Estado Civil | S | |
| 5 | Prep. Académica | BA | |
| 6 | Experiencia | 5 | |
| 7 | Status Empleado (Contrato) | Trans. Elegible | Permanente |
| 8 | Sueldo Bruto | $ 962.00 | |
| 9 | Núm. de la Plaza | 0360 | 0360 |
| 10 | Categoría de la Plaza | Secundaria Ciencia | Secundaria Ciencia |
| 11 | Clasificación Puestos Dir | | |
| 12 | Fondo | E | E |
| 13 | Cifra Cuenta | 88-111- 081-01-001 | |
| 14 | Fecha de Efectividad | | 13 de abril de 1988 |
| 15 | Acción y Duración | | Cambio de Contrato |
| 16 | Causa del Cese | | |
| 17 | Ultimo Día Trabajo | | |
| 18 | Ultimo Día de Pago | | |
| 19 | Programa Escolar | | |
| 20 | Turno en Registro | | Ciencia E-4 |
| 21 | Distrito Escolar | Juana Díaz | Juana Díaz |

### LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| 22 Desde | 23 Hasta |
|---|---|
| 24 Observaciones (Antes del Cambio) | 25 Observaciones (Después del Cambio) Cosiderese cambio status solamente. |

26 _____ Fecha
Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso

27 Deseo:
☑ Acogerme  ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

*Fernando Alvarado*  6-5-88
Firma del Empleado   Fecha

28. Recomendado _____
Superintendente de Escuelas   Fecha

29 Recomendado *[signature]*   Mayo 6, 1988
Superintendente de Escuelas   Fecha

30. APROBADO POR EL SECRETARIO DE INSTRUCCION PUBLICA
*[signature]*
FIR _____   FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
RETIRO DOCENTE

# CERTIFICACIÓN RADICACIÓN SOLICITUD DE RETIRO

De conformidad con las disposiciones de la Ley Núm. 208 del 21 de diciembre de 2010, certifico que:

## INFORMACIÓN DEL EMPLEADO

Nombre y apellidos: Fernando Alvarado Torres

Seguro Social: 2951   Puesto: Maestro Nivel Secundario

Región Educativa: Ponce   Distrito: Santa Isabel

Escuela: SU Zoilo Gracia   Municipio: Juana Díaz

Fecha radicación solicitud de retiro: 1ro mayo 2012

Fecha efectividad de renuncia: 31 diciembre 2012

☐ Solicitud Excepcional   Razón: jubilación

Clasificación del Puesto: ☑ Maestro ☐ Director ☐ Trabajador Social ☐ Orientador

Categoría: Nivel Secundario   Número de Puesto: R-26768

Realizó la debida notificación de su intención de jubilarse hoy, 2 de mayo de 2012.

Sandra I. Santiago Rodríguez
Nombre en letra de molde del
Director de Escuela o Representante Autorizado

Firma del Director de Escuela
o Representante Autorizado

Observaciones: _____

Este formulario debe contener en original el sello de la Escuela o Región Educativa, según corresponda para que se valide la autenticidad del mismo y sea sometido junto a la Solicitud de Retiro del Sistema de Retiro para Maestros (SRM3) para el trámite correspondiente.

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. 773-2676, 2725 ó 6288 FAX. (787) 759-7097
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.