Fernando Alvarado Torres
HC-03 Box 10677
Juana Díaz, Puerto Rico
00795-9502




U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
JUL 14, 20
AMOUNT
$1.20
R2304W119590-02

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767