Proof of Claim: <CLAIM NUMBER>
Claimant: >CLAIMANT NAME< *Héctor L. Santiago Gómez*

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:
- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

   ☐ A pending or closed legal actions with or against the Puerto Rico goverment

   ■ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)
   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**
   _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ■ Yes, Answer Questions 3(a) – (d).

   3(a). Identify the specific agency or department where you were or are employed:
   *Inspector de Propiedad Excedente en Administración de Servicios Generales del Estado Libre Asociado de P.R.*

   3(b). Identify the dates of your employment related to your claim:
   *Comenzó como empleado transitorio 1 de abril de 1985 y pasó a ser empleado permanente en el 1989 hasta 31 de diciembre 2013.*

   3(c). Last four digits of your social security number: *2369*

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

Ley 89-1995 Romero 20, Ley 134-1996 aport. Acum. Retiro, Ley 96-2002 Aumento Sueldo, - Ley 169-2003 Aumento Sueldo, Ley 164 - cooy Sik M. Calderón, Ley 109-2008 Escala Salarial - Pasos

4. Legal Action Does your claim relate to a pending or closed legal action?

- ☒ No
- ☐ Yes

4(a). Identify the department or agency that is a party to the action.
N/A

4(b). Identify the name and address of the court or agency where the action is pending:
N/A

4(c). Case number: N/A

4(d). Title, Caption, or Name of Case: N/A

4(e). Status of the case (pending, on appeal, or concluded): N/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? N/A

RECLAMANTE: Héctor L. Santiago Gómez

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: _____

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el ___ de _____ de 1989 hasta el 31 de diciembre de 2013 como Inspector de Propiedad Excedente en Administración de Servicios Generales del Estado Libre Asociado de PR de la ~~Puerto Rico Telephone Company~~ - ELA.

✱ 1. Ley 89 – julio 1995 – ROMERAZO     CANTIDAD $ 21,600.00

Así como otras leyes que me apliquen y no se me otorga la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Héctor L. Santiago Gómez
Nombre en letra de molde

Héctor Santiago Gómez  julio 10-2020
Firma y fecha

PD:
✱ 2. Ley 134   1996 - aportación Acumulada Retiro      $ 29,400.00
3. Ley 96    Julio 2002 - aumento de sueldo           $ 13,200.00
4. Ley 164   Julio 2003 - Aumento de sueldo           $ 12,000.00
5. Ley 164   enero 2004 - Sila M. Calderón            $ 10,800.00
6. Ley 109   Junio 2008 - Escala Salarial-Pasos       $ 6,000.00
                                                      _____
                              Ley Romerazo            $ 62,400.00
                                                     + $ 21,600.00
                                                      _____
                                         Total = $ 84,000.00

RECLAMANTE _Héctor L. Santiago Goñez_

DIRECCION _HC03 Box 15404_
_Juana Díaz, PR_
_00795_
_celular: 939-849-1001_

Numero Reclamación _____

Fecha de presentación (envio) _____

Deudor <u>Commonwealth of Puerto Rico</u>

Por este medio incluyo con mi reclamación presentada el ____ de _____ de _____ lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce~~ _Administración de Servicios Generales, ELA_, Puerto Rico – ELA, como _Inspector de Propiedad Excedente_ desde el ____ de _____ de _1989_ hasta el _31_ de _diciembre_ de _2013_. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ _84,000.00_.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

_Héctor L. Santiago Goñez_
Nombre en letra de molde

_[signature]_ _Julio-10-2020_
Firma y fecha

# REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre _Hector L. Santiago Gomez_

Dirección Postal _HC03 Box 15404_
_Juana Diaz, P.R. 00795_

Teléfono de contacto res. _787-260-2015_ cel. _939-849-1001_

**II. Epígrafe**

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
   _Ley 134 - Aport Acu. Retiro " — 1996_
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
   _(109)_
   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004
   _Ley 164 2003 Aumento Sueldo " Julio 2003_

**III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:**

Ley 89 Romerazo – Efectiva en 1 de julio de 1995
_Ley 134 Apo.+ Acu Ret ,, 1996_
Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004
_Ley 164 (2003) Aumento Sueldo 1. Julio 2003_

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los anos de servicio ~~con Puerto Rico Telephone Company, Ponce,~~ *Administración Servicios Gener.* Puerto Rico desde el _____ de _____ de _1989_ hasta el _31_ de _diciembre_ de _2013_. Culmine mi laborar como _Inspector de Propiedad Excedente en Administración Servicios Generales_ en ~~Puerto Rico Telephone Company, Ponce,~~ Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Hector L. Santiago Gomez_
Nombre en letra de molde

_[signature]_
Firma