

**ASOCIACIÓN DE EMPLEADOS DE GOBIERNO DE PUERTO RICO**

# SOLICITUD DE LIQUIDACIÓN DE AHORROS Y DIVIDENDOS

ORIGINAL - ASOCIACIÓN
COPIA - ASOCIADO

## PARTE I — A SER LLENADA POR EL SOCIO

1. Nombre y Apellidos: HECTOR SANTIAGO GOÑEZ
   Núm. Empleado: 
   Núm. Seg. Social: -2369
2. Dirección Residencial:
   Teléfono:
3. Dirección Postal: HC 03 BOX 15404 JUANA DIAZ PR 00795
4. Indique la agencia anterior donde trabajó:

| Agencia | Puesto - Ofic. Neg. o División | Comenzó Trabajar | Terminó | Fecha de Nacimiento Mes, Día, Año |
|---|---|---|---|---|
| ADM. DE SERVICIOS GENERALES | INSPECTOR DE PROP. EXC. | 1/abril/1985 | 31/dic./2013 | 10 16 1957 |

5. Fecha de Efectividad de la Renuncia: 31 de diciembre de 2013
6. Tiene AE Mastercard: Sí ☐ No ☐  Número de cuenta:
   Indique Fecha(s) de Licencia(s) sin Sueldo:
7. Nombre y dirección del pariente más cercano que no viva con usted:

SOLICITO la liquidación de mis ahorros y dividendos acumulados en la Asociación hasta la fecha de mi separación del servicio público.
CERTIFICO que la información aquí ofrecida es correcta:

Fecha: 17/diciembre/2013

NOTA: Debe acompañarla con las siguientes certificaciones de deuda:
* Administración para el Sustento de Menores (ASUME) (90 días)
* Administración de los Sistemas de Retiro de Empleados del Gobierno y la Judicatura - Certificación del Préstamo Personal y de Viaje Cultural. (no aplica a socios que se acojan a los beneficios de jubilación)

*Para uso exclusivo de casos en que los socios no sepan firmar*

Correo Electrónico (E-Mail):

## PARTE II — PARA SER LLENADA POR EL RECLAMANTE DE UN SOCIO FALLECIDO SI ES CÓNYUGE VIUDO (A)

Si es cónyuge viudo, favor de indicar la forma en que se constituyó el matrimonio con el socio fallecido:
☐ Bajo el régimen de Sociedad Legal de Gananciales.  ☐ Bajo Capitulaciones Matrimoniales

## PARTE III — A SER LLENADA POR LA AGENCIA

Nombre del Asociado: HECTOR SANTIAGO GOÑEZ
Agencia: ADM. DE SERVICIOS GENERALES
Seguro Social: 2369
Fecha(s) de Licencias sin Sueldo Desde: (sea Específico)
1. — Hasta —
2. — Hasta —
3. — Hasta —
Fecha de Efectividad de la Renuncia: 31 de diciembre de 2013
Razón de Cese: JUBILACION
Sistema de Retiro al cual pertenece: ELA

SI VA A COMENZAR A TRABAJAR EN OTRA AGENCIA, FAVOR INDICAR:
a) ¿Cuál? _____  b) Fecha _____

LOS SIGUIENTES DESCUENTOS DE SU SUELDO MENSUAL FUERON REALIZADOS PARA LA ASOCIACIÓN DURANTE LOS ÚLTIMOS TRES (3) MESES DE TRABAJO.

| MES | AHORROS | SEGURO | PRÉSTAMO |
|---|---|---|---|
| oct./2013 | $63.52 | — | — |
| nov. | 63.52 | — | — |
| dic. | 63.52 | — | — |

CANTIDAD ACREDITADA A LA DEUDA DE SUMA GLOBAL DE VACACIONES* $ .00
*NETO ENVIADO A LA ASOCIACIÓN PARA ACREDITAR A LA(S) DEUDA(S)
(Firme en forma legible)

Preparado por: _____
Teléfono Funcionario Autorizado (Indicar Ext.): 759-7676  1135
ANA C. SOSA RUIZ
Dir. de Recursos Humanos o su Representante Autorizado
(Use letra de molde)

Nómina Núm.: _____
Fecha de Certificación: 17 de diciembre de 2013

Certifico que he verificado toda la información ofrecida anteriormente y que es completamente correcta:

AE - 61 pdf
9-2012 (Rev.)
Ave. Ponce de León 463, Pda. 35 Hato Rey - P O Box 364508 San Juan, Puerto Rico 00936-4508



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de Servicios Generales

Hon. Alejandro García Padilla
Gobernador

Luis M. Castro Agis, CPA
Administrador

16 de diciembre de 2013

Sr. Héctor Santiago Goñez
Inspector de Propiedad Excedente
Propiedad Excedente

Estimado señor Santiago Goñez:

Me refiero a su comunicación en la que presenta su renuncia al puesto de Inspector de Propiedad Excedente que ocupa en el Programa de Propiedad Excedente de la Administración de Servicios Generales, efectivo el 31 de diciembre de 2013.

Quiero expresarle nuestra satisfacción y reconocimiento por los años de servicios prestados con dedicación y esfuerzo a esta Agencia. Estos años que ha dedicado sirven de estímulo a los que continuamos en el servicio público.

Agradezco todas las cosas de bien que ha dado a su pueblo.

Cordialmente,

Luis M. Castro Agis

PO Box 195568, San Juan, Puerto Rico 00919-5568
Tel. (787) 759-7676 Fax · (787) 753-6160
www.asg.gobierno.pr

