Hector L. Santiago Gomez
HC 03 Box 15404
Juana Diaz, PR 00795



RECEIVED & FILED
2020 JUL 17 AM 8:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767