Daisy Cardona Pedrosa
HC 5 Box 52689
San Sebastián, P.R.
00685

RECEIVED & FILED
2020 JUL 17 AM 8:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Clerk's Office
United States District Court
# 150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

00918-170625