Proof of Claim: <CLAIM NUMBER>

Claimant: >CLAIMANT NAME<  _Wilfredo Negron Zayas_

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions.  Please include as much detail as possible in your responses.  **Your answers should provide <u>more</u> information than the initial proof of claim.**  For example, if you previously wrote as the basis for your claim "Ley 96,"please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim.  Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**Questionnaire**

1.  **What is the basis of your claim?**

    A pending or closed legal actions with or against the Puerto Rico goverment

    ■Current or former employment with the Government of Puerto Rico

    □Other (Provide as much detail as possible below.  Attach additional pages if needed.)

2.  **What is the amount of your claim (how much money do you claim to be owed):**

3.  **Employment. Does your claim relate to current or former employment with the Government of Puerto Rico?**

    □ No, Please continue to Question 4.
    ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:

_Carpintero en La Guardia Nacional de P.R. (Fort Allen, J.D.)_

3(b). Identify the dates of your employment related to your claim:

_Desde 1 de agosto de 1983 hasta 1 de julio 2013._

3(c). Last four digits of your social security number: _9532_

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☑ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_Ley 89-1995, Ley 96-2002, Ley 164-2003, Ley 164-2004 y Ley 109-2008._

**4. Legal Action  Does your claim relate to a pending or closed legal action?**

- ☑ No
- ☐ Yes

4(a).  Identify the department or agency that is a party to the action.

_N/A_

4(b). Identify the name and address of the court or agency where the action is pending:

_N/A_

4(c). Case number: _N/A_

4(d). Title, Caption, or Name of Case: _N/A_

4(e). Status of the case (pending, on appeal, or concluded): _N/A_

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? _N/A_

RECLAMANTE _Wilfredo Negrón Zayas_

DIRECCION _HC 03 Box 11388_
_Juana Díaz, Puerto Rico_
_00795_

Numero Reclamación _____

Fecha de presentación (envio) _____

Deudor **Commonwealth of Puerto Rico**

Por este medio incluyo con mi reclamación presentada el _____ de _____ de
_____ lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company~~ _Guardia Nacional de P.R. (Fort Allen J.D._ en ~~Ponce~~, Puerto Rico – ELA,
como _Carpintero_
desde el _1_ de _agosto_ de _1983_ hasta el _1_ de _Julio_
de _2013_. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ _63,600.00_.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

_Wilfredo Negrón Zayas_
Nombre en letra de molde

_Wilfredo Negrón Zayas — 7-10-2020_
Firma y fecha

RECLAMANTE: _Wilfredo Negrin Zayas_

NUMERO DE PROCEDIMIENTO <u>17 BK 3283 - LTS</u>

NUMERO DE RECLAMACION: _____

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el _1_ de _agosto_ de _1983_ hasta el _1_ de _Julio_ de _2d3_ como _Carpintero en la Guardia Nacional de P.R. (Fort Allen J.D.) ELA_ ~~de la Puerto Rico Telephone Company~~ ELA.

✗1.  Ley 89 – julio 1995 – ROMERAZO     CANTIDAD $ _21,600.00_

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

_Wilfredo Negrin Zayas_
Nombre en letra de molde

_Wilfredo Negrin Zayas – 7-18-2020_
Firma y fecha

Cantidad:

✗2. Ley 96 Julio 2002 - Aumento Sueldo       $ 13,200.00
3. Ley 164 - Julio 2003 - Aumento Sueldo      $ 12,000.00
4. Ley 164 - enero 2004 - Sila M. Calderón    $ 10,800.00
5. Ley 109 - Junio 2008 - Esc. Sal. Pasos     $ 6,000.00

Ley Romerazo    $ 42,000.00
              + $ 21,600.00
Total = 63,600.00

# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre _Wilfredo Negrón Zayas_

Dirección Postal _HC 03 Box 11388_
_Juana Díaz, Puerto Rico_
_00795_

Teléfono de contacto res. _—_   cel. _787-379-7704_

## II. Epígrafe

A.  Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B.  Estado Libre Asociado de Puerto Rico y otros (Deudores)

C.  Número de Procedimiento: 17 BK 3283 – LTS

D.  Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
   _109_
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004
   _Ley #164 (2003) Aumento sueldo – " Julio 2003_

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004
   _Ley #164 (2003) Aumento sueldo    " Julio 2003_

**IV. Documentación Justificativa**

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone~~ _La Guardia Nacional)_ ~~Company, Ponce,~~ Puerto Rico desde el _1_ de _agosto_ de _1983_ hasta el _1_ de _julio_ de _2013_. Culmine mi laborar como _Carpintero en La Guardia Nacional de PR. (Fort Allen, J.D.) ELA_ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Wilfredo Negrón Zayas_
**Nombre en letra de molde**

_Wilfred Negrón Zayas_
**Firma**