# GOBIERNO DE PUERTO RICO
Guardia Nacional de Puerto Rico

## CERTIFICACIÓN

Yo, David Borrero Irizarry, Analista en Administración de Recursos Humanos para la Oficina de Recursos Humanos de la Guardia Nacional de Puerto Rico, **CERTIFICO QUE:**

Wilfredo Negrón Zayas, número de seguro social xxx-xx-9532 fue empleado regular de esta Agencia. El señor Negrón Zayas ocupó el puesto de Carpintero y devengó un sueldo de $2,636.00 mensual al momento de su retiro. Trabajó para esta Agencia desde el 1 de agosto de 1983 hasta 1 de julio de 2013.

**Y PARA QUE ASÍ CONSTE**, expido la siguiente certificación a petición del empleado en Salinas, Puerto Rico, hoy miércoles, 08 de julio de 2020.

BORRERO.DAVID.1183191060
Digitally signed by BORRERO.DAVID.1183191060
Date: 2020.07.08 09:36:36 -04'00'

David Borrero Irizarry
Analista en Administración
de Recursos Humanos

Vo. Bo. Ángel L. Camacho Rodríguez
Director
Oficina Recursos Humanos



Calle #100 General Esteves San Juan PR, 00901-2104

☎ 787-289-1400  787-723-6360 @ info@gnpr.pr.gov