Wilfredo Negrón
HC03 Box 11388
Juana Díaz, Puerto Rico
00795



Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

RECEIVED & FILED
2020 JUL 17 AM 8:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR