Número de reclamación: **87875**

Reclamante: Israel Martínez Santiago

Acontinuación explicación detallada de lo reclamado.

El Estado Libre Asociado y el Departamento de Educación de Puerto Rico no me otorgaron los aumentos que por ley me corresponden.

**La Ley #89** Retribución Uniforme de 12 de julio de 1980 es un aumento firmado por el gobernador para ese entonce Carlos Romero Barceló de $100.00 (cien) mensuales. La Ley se de derogó en el 2004; Ese aumento no me fue pagado en ningún momento. A continuación le desglosaré desde que se comenzó la ley hasta que se derogó.

Ley # 89

1980 (comenzó) al 2004 (se derogó)....17 años

$100.00 x 12 = $1,200.00 (anuales)

$1,200 x 17 años = Total: $20,400

Resumen: Ley 89 (20,400: Gran Total: $20,400.00) reclamado.

*Israel Martínez Sgo.*
Israel Martínez Santiago

Urb. Monte Sol
441 Calle María E Vázquez
Juana Díaz, P.R.
00795