7 de julio de 2020

Edwin Rivera Rosario

HC 12 Box 7085

Humacao, PR 00791-9211

Tel: (787) 661-5042

Correo electrónico: edwinmit@gmail.com



Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Junta de Supervisión y Administración Financiera para Puerto Rico

Del Estado Libre Asociado de Puerto Rico

Promesa Titulo III Núm: 17 BK 3283-LTS

Mi reclamación esta basada a un empleo anterior para Corporación Azucarera de PR del Departamento de Agricultura Federal. Para ese entonces los obreros perdimos muchos derechos de los cuales hoy día estamos reclamando a través de esta demanda. Entendemos que los salarios recibidos para ese entonces no eran justamente lo que recibíamos pues la ley 84 había adjudicado un aumento de los cuales muchos de los empleados no se les otorgó debidamente al igual los pagos de dia de enfermedad, vacaciones y compensación por el cierre de la Corporación. Por tal razón reclamamos que se nos otorgue una cantidad justa por la falta que la Corporación hizo para ese entonces. También hago constar que pido una cantidad justa entre 30,000.00 por este caso ya presté mis servicios a la corporación desde el año 1983 hasta 1992.

Se me es imposible presentar evidencia del trabajo debido a la cantidad de años ya pasados perdi todos mis papeles de la Corporación por el paso del Huracán George 1998. Por tal motivo no tengo evidencia de talonarios para adjuntar en esta carta.

Espero que esto se de ayuda a mi caso.

Atentamente,

*Edwin Rivera Rosario*

Edwin Rivera Rosario

#173507

*Número de Evidencia de Reclamación*:
*Reclamante*: Rivera Rosario, Edwin

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

    ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☒ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

    30,000.00

Batch 15



Número de Evidencia de Reclamación: 173597
Reclamante: Rivera Rosario, Edwin

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. *Responda preguntas 3(a)-(d).*

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _Coorporación Azucarera Agricultura_

3(b). Identifique las fechas de su empleo con relación a su reclamación: _Inicio 1983   Retiro 1992_

3(c). Últimos cuatro dígitos de su número de seguro social: _____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☒ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☒ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _Aumentos de Sueldos Ley 84_

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

4(c). Número de caso: _____

4(d). Título, epígrafe, o nombre del caso:

Batch 15

2



Edwin Rivera Rosario
HC-62 Box 7095
Numacao PR. 00791

Secretaria del Tribunal
de Distrito de E.U.
Sala 150 Edificio Federal
San Juan PR. 0098-1767