8 de Julio de 2020

RECEIVED & FILED
2020 JUL 17 AM 8 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

A quien pueda interesar:

El proposito de esta carta es para informar que la razon de la tardia de el envio es debido a falta de informacion y orientacion sobre el proceso y folletos enviados para hacer las gestiones pertinentes. Agradecere que me tomen en cuenta y perdonen la tardanza, gracias anticipadas.

Att. Noel Ruiz Torres