Noel Ruiz Torres
HC 6 Box 45052
Coto Laurel P.R. 00780-9557



Case:17-03283-LTS Doc#:13774-2 Filed:07/17/20 Entered:07/22/20 11:11:55 Desc:
Envelope Page 1 of 1

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 JUL 17 AM 8:22
CLERK'S OFFICE
U.S. DISTRICT COURT