Febrero 18 2020

Tribunal de Distrito de los Estados Unidos

Para el Distrito de Puerto Rico (el Tribunal)

RECEIVED & FILED
2020 JUL 17 AM 8: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Como es de su conocimiento en Puerto Rico desde el 28 de diciembre de 2019 hemos estado siendo afectados por una serie de terremotos y pandemia.

El Presidente de Estados Unidos Donald Trump ha declarado a Puerto Rico zona de desastre.

Por tal motivo tuve inconvenientes para recopilar y hacer llegar toda la evidencia necesaria de reclamación, debido a que las Oficinas y Dependencias del Gobierno de Puerto Rico permanecieron cerradas por un extenso periodo de tiempo; reanudando sus labores u gestiones al público recientemente.

Mi reclamación Núm. 17-03283 LTS -Deudor: El Estado Libre Asociado de Puerto Rico- Número de caso 178K 03283-LTS y Núm. De reclamación 173263 Deudor Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico-Numero de caso 17- 0328 LTS . Ambos fueron presentados el día 2 de febrero de 2020.

Solicito una extensión de la gestión y justificación que les estoy presentando por escrito y tomen en consideración dicha causa y precedan a validar mis evidencias enviadas.

Sin nada más queda de ustedes:

Roman Pastraña Sandoval
RR6 Box 11143
Bo. Cupey alto San Juan, PR 00926

Yo, Román Pastrana Sandoval certifico que he hecho todas las gestiones para que Recursos Humanos del Departamento de Salud me entregue los documentos de nombramientos y cambios. Ellos me informan que no los pueden localizar, por otra parte el Sistema de Retiro no está trabajando debido a la pandemia del Covid-19.