

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Sistema de Retiro para Maestros

PROGRAMA DE BENEFICIOS DEFINIDOS
ESTADO DE CUENTA ESTIMADO

09 de diciembre de 2016

Agencia: 170 - DEPARTAMENTO DE EDUCACION

LOPEZ ACEVEDO IDALIA
EXT. MARBELLA
375 CALLE 1
AGUADILLA, PR 00603

Seguro Social: XXX-XX-0885

Nuestros registros al 09 de diciembre de 2016 reflejan lo siguiente:

### Balances Acumulados

| Tiempo | Aportaciones | Intereses | Balance Final |
|---|---|---|---|
| 29 Años - 2 Meses - 0 Sem. - 0 Días | $57,528.04 | $15,026.05 | $72,554.09 |

### Información Demográfica

| Fecha de Nacimiento | Ingreso al Servicio Público | Comienzo de Cotización | Género |
|---|---|---|---|
| 12 de enero de 1958 | 02 de agosto de 1982 | 14 de julio de 2003 | Femenino |

Los balances reflejados representan la acumulación de aportaciones e intereses en su cuenta de Beneficios Definidos a base de las aportaciones recibidas a la fecha de emisión del estado de cuenta. Esta información no es una certificación oficial. La información puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación y otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

De no coincidir esta información con sus registros, usted puede solicitar revisión por correo electrónico: srm_correspondenciaconsulta@srm.pr.gov o a través de nuestras sucursales presentando la evidencia o información que valide la corrección a realizar.

Recuerde que puede crear o acceder a su cuenta para recibir información a través de nuestra página www.srm.pr.gov seleccionando: **Mi SRM**.

Le exhortamos a que visite nuestra página para que se mantenga informado sobre su Sistema de Retiro.

P.O. Box 191879 Hato Rey, PR 00919-1879
Tel: (787) 777-1414
http://www.srm.pr.gov    E-mail: srm_correspondenciaconsulta@srm.pr.gov



# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

26 de julio de 2017

DEPARTAMENTO DE EDUCACION
SECCIÓN DE NOMBRAMIENTOS Y CAMBIOS
APARTADO 190759
SAN JUAN PR 00919 0759

Solicitud No: 916783
Radicada en: 14 jun 2017

Atención: Sr. Enoch González Vélez

El(la) profesor(a) IDALIA LOPEZ ACEVEDO con seguro social XXX-XX-0885 ha radicado una Solicitud de Retiro en nuestro Sistema. Al 31 de mayo de 2017, fecha de su última aportación recibida,

[X]cualifica [ ]no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

29 Años, 8 Meses, 0 Semanas, .00 Dias y su edad es 59 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ]Reconocimiento de Tiempo
[ ]Diferencia en % por transferencia recibida
[ ]Reembolso de Cuotas
[X]No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Atentamente,

Ivonne L. Ortiz Valladares
Area de Servicios del Retiro

c: IDALIA LOPEZ ACEVEDO
EXT. MARBELLA
375 CALLE VALLADOLID
AGUADILLA, PR 00603

XXX-XX-0885

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879
srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414   http://www.srm.pr.gov


Sistema de Retiro para Maestros
Gobierno de Puerto Rico

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

09 de marzo de 2018

IDALIA LOPEZ ACEVEDO
EXT. MARBELLA
375 CALLE VALLADOLID
AGUADILLA, PR 00603

XXX-XX-0885

Solicitud No: 930186
Radicada en: 07 feb 2018

Señor(a): Lopez Acevedo     CASO: 871

Deseamos informarle que su Pension Años De Servicio ha sido aprobada. Su retiro fue efectivo el 23 de diciembre de 2017 y su renta mensual será de $2,028.75. Recibirá un pago retroactivo desde la fecha de efectividad de su pensión hasta el ingreso a nómina.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 20 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Reconsideración ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, San Juan, PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que dispone para ejercer su derecho de apelación.

Atentamente,

Ivonne L. Ortiz Valladares
Area de Servicios de Retiro

---

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879
srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414   http://www.srm.pr.gov

SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico