Idalia López
ext. Marbella
375 Calle Valladolid
Aguadilla, P.R. 00603

RECEIVED
2020 JUL 17 AM 8:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

SAN JUAN PR 009
14 JUL 2020 PM 1 L

USA FOREVER

00918399999