Ana M. Vázquez
Urb. Vives Calle 1 #271
Guayama Puerto Rico 00784

RECEIVED
2020 JUL 17 AM 8:20
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN

Secretaría
Tribunal de Distrito de los Estados Unidos
#150 Avenida Chardón
Edificio Federal
San Juan Puerto Rico 00918

SAN JUAN PR 009
14 JUL 2020 PM 1 L