□ Dirección de correo electrónico: _*Caso # 17-03283-LTS*_

2. Número de su evidencia de reclamaciones: _2020 JUL 17 AM 8:19_

3. Los Deudores se han opuesto a su Evidencia de reclamaciones porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamación. Marque la casilla con la que guarde relación su Evidencia de reclamaciones y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamación. Adjunte páginas adicionales si fuera necesario.

   ☒ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

   □ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

   _Dinero que se me adeuda de años de trabajo que no se me ha otorgado._

   Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamación.

4. ¿Cuál es el monto de su reclamación (cuánto alega que se le adeuda)?:

   _$20,000.00_

5. **Empleo.** ¿Su reclamación guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?

   □     No. *Siga con la Pregunta 6.*

   ☒     Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:

   _Depto. de Educación_

5(b). Indique las fechas de su empleo relativo con su reclamación:

   _2004_

5(c). Últimos cuatro dígitos de su número del Seguro Social:

   _4264_

5(d). ¿Cuál es la naturaleza de sus reclamaciones relativas al empleo (marque todas las casillas aplicables)?:

   □     Pensión

   ☒     Salarios no pagados

   □     Días de licencia por enfermedad

□ Quejas con sindicato

□ Vacaciones

□ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

_____

_____

**6. Acción judicial. ¿Su reclamación guarda relación con una acción judicial pendiente de resolución o finalizada?**

□   No.

─ə   Sí.  **Responda a las Preguntas 6(a) a (f).**

6(a).  Indique el departamento o la agencia que sean parte en la acción.
_Depto. de Educación_____

6(b).  Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.

_____

6(c).  Caso núm.: _____

6(d).  Título, epígrafe o nombre del caso:
_Promesa titulo 111_____

6(e).  Estado del caso (pendiente de resolución, apelado o finalizado):
_Pendiente a Resolución_

6(f).  ¿Tiene una sentencia que no haya sido pagada? Sí (No) marque su respuesta con un círculo)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?

_____

**FIRME ABAJO SU RÉPLICA**

_Juan Muñiz Soto_
**Firma**

_Juan J. Muñiz Soto_
**Nombre en letra de molde**

_13/7/2020_
**Fecha**

4