Juan J. M[...]
P.O. Box 1168
Moca, P.R. 00676

SAN JUAN PR 009
14 JUL 2020 PM 1 L
FOREVER USA
Barn Swallow

RECEIVED & FILED
2020 JUL 17 AM 8:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerks Office)
Tribunal de Distrito de E.U
Sala 150 Edificio Federal
San Juan P.R. 00918-1767

00918$9999