IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: THE FINANCIAL OVERSIGTH AND MANAGEMENT BOARD FOR PR<br><br>As representative of<br><br>The Commonwealth of PR. | PROMESA TITLE III<br><br>NO. 17 BK 3283-LTS |



REPLY TO "TWO HUMDRED FIFTH OMNIBUS OBJECTION OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTORITY, AND EMPLEOYEES RETIREMRENT SYSTEM OF THE GOVERNEMENT OF THE COMMONWEALTH OF PUERTO RICO TO MISCELLANEUOS DEFICIENT CLAIMS".

COMES NOW *BIENVENIDA PRADO RODRIGUEZ*, prime clerk claim No. 173108 and, very respectfully **STATES** and **PRAYS**:

1. I read the "TWO HUMDRED FIFTH OMNIBUS OBJECTION OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTORITY, AND EMPLEOYEES RETIREMRENT SYSTEM OF THE GOVERNEMENT OF THE COMMONWEALTH OF PUERTO RICO TO MISCELLANEUOS DEFICIENT CLAIMS".

2. I have been required to clarify my claim and submit supporting documents.

3. For this reason, I inform you that I was employee of the Social Service Department, since march 1975 and I retired in 2006.

4. That the Commonwealth of Puerto Rico passed two laws increasing the wages of public employees and they never gave it to me. One of them was approved in 1980 by Governor Romero Barceló, known as "El Romerazo". The other was Law 96-2004 approved by Governor Sila Calderon.

5. I request retroactive payment of $15,625.00 dollars, of salary increases that were never recognized to me.

6. I enclose with this document, pay stubs from the year 1975 and evidence that I am a retired from the Commonwealth of Puerto Rico.

WHEREFORE, it is respectfully requested that the Honorable Court **GRANT** the present Complaint and, in its merit, issue a Judgment condemning defendants, Commonwealth of Puerto Rico to pay retroactive payment of $15,625.00 dollars, such salary increases that were never recognized to me.

RESPECTFULLY SUBMITTED, in Naguabo, Puerto Rico, this 14 day of July, 2020.

BIENVENIDA PRADO RODRIGIUEZ
HC-01 BOX 4156
NAGUABO PR 00718
Phone (787) 874-3348