## INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| I⬤NVENIDA P⬤ QUILES | | 31 12 75 | 044576 | 62639406 |

**DEDUCCIONES**

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | MISCELANEAS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACUMULADO DURAN... | | | | AHORRO | SEGURO | CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD |
| 2⬤754 | 29⬤ | | | | | | | | | | | | |
| 3005 | ⬤ | | | | | | | | | | | | |
| 4978.74 | | | 495.00 | 495.00 | | 218.00 | 59.01 | | | | | 217.99 | |

| SUELDO BRUTO DEVENGADO | SEGURO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1RA. QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|

ACUMULADO DURANTE...  MES CORRIENTE

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

---

## ...ME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| BIENVENIDA P⬤ QUILES | | 31 12 76 | 044062 | 64504747 |

**DEDUCCIONES**

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | MISCELANEAS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACUMULADO DURANTE... | | | | AHORRO | SEGURO | CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD |
| 37502 | 361⬤ | | | | | | | | | | | | |
| 3005 | 28⬤ | 28 | 1465 | 1485 | | | | | | | | | |
| 6177.6⬤ | | | 495.00 | 495.00 | | 192.00 | 110.79 | | | | | 192.21 | |

| SUELDO BRUTO DEVENGADO | SEG | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1RA. QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|

ACUMULADO DURANTE...  MES CORRIENTE

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

---

## INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| BIENVENIDA ⬤ QUILES ⬤ | | 31 12 77 | 045135 | 66513389 |

**DEDUCCIONES**

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | MISCELANEAS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACUMULADO DURANTE | | | | AHORRO | SEGURO | CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDA |
| 4⬤274 | 37 | ⬤46 | | | | | | | | | | | |
| 3455 | ⬤ | ⬤6⬤ | 2945 | 1575 | | | | | | | | | |
| 6360.0⬤ | | | 525.00 | 525.00 | | 195.00 | 134.09 | | | | | 195.91 | |

NO ES NEGOCIABLE

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1RA. QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|

ACUMULADO DURANTE  MES CORRIENTE

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

| NOMBRE | | | | | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|---|---|---|---|

BIENVENIDA PRADO DE QUILES            31 12 78   048722    68667683

| | | | | | DEDUCCIONES | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | ESPECIFICAS | | | MISCELANEAS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO | | | | AHORRO | SEGURO | | | | | | | | |
| 46774 | 4104 | 19 | | | | | **NO ES NEGOCIABLE** | | | | | | |
| CORRIENTE | | | | | | | | | | | | | |
| 4505 | 36 | 790 | 3555 | 1785 | | | | | | | | | |

| 6785.00 | | | 595.00 | 595.00 | 216.00 | 162.35 | | 216.65 |
|---|---|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1RA QUINCENA | TOTAL DEDUCCIONES | | PAGA NETA |
| ACUMULADO DURANTE | | | | | MES CORRIENTE | | | |

ESTADO LIBRE ASOCIADO DE PUERTO RICO

VEASE CLAVES AL DORSO

---

## INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|

BIENVENIDA PRADO DE QUILES            31 12 80   050762    73454665

| | | | | DEDUCCIONES | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO | | | | AHORRO | SEGURO | | | | | | | | |
| 52120 | 48733 | 3470 | | | | | **NO ES NEGOCIABLE** | | | | | | |
| CORRIENTE | | | | | | | | | | | | | |
| 4420 | 4019 | 3210 | 340 | 1965 | | | | | | | | | |

| 795000 | | | 65500 | 65500 | 25700 | 13950 | | 25850 |
|---|---|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | SUELDO SEGURO | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1RA QUINCENA | TOTAL DEDUCCIONES | | PAGA NETA |
| ACUMULADO DURANTE EL AÑO | | | | | MES CORRIENTE | | | |

ESTADO LIBRE ASOCIADO DE PUERTO RICO

VEASE CLAVES AL DORSO

---

## INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|

BIENVENIDA PRADO DE QUILES            31 12 79   054862    71016690

| | | | | DEDUCCIONES | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO | | | | AHORRO | SEGURO | | | | | | | | |
| 57745 | 4581 | 215 | | | | | **NO ES NEGOCIABLE** | | | | | | |
| CORRIENTE | | | | | | | | | | | | | |
| 5119 | 396 | 3035 | 670 | 1890 | | | | | | | | | |

| 7485.00 | | | 630.00 | 630.00 | 242.00 | 145.76 | | 242.24 |
|---|---|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | SUELDO SEGURO | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1RA QUINCENA | TOTAL DEDUCCIONES | | PAGA NETA |
| ACUMULADO DURANTE EL AÑO | | | | | MES CORRIENTE | | | |

ESTADO LIBRE ASOCIADO DE PUERTO RICO

VEASE CLAVES AL DORSO

## INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| ENVENIDA QUILES | | 31 12 82 | 047884 | 78342507 |

### DEDUCCIONES

| CONTRIBUCION OBRE INGRESOS | SEGURO SOCIAL | | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | MISCELANEAS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | AHORRO | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE | | | | | | 07 | 4329 | | | | | | |
| 54660 | 542 | 20 | | | | | | NO ES NEGOCIABLE | | | | | |
| 4420 | 43 | 210 | 1115 | 1965 | | | | | | | | | |
| 810000 | | | 65500 | 65500 | 23000 | 19426 | | | | | 23072 | | |
| SUELDO BRUTO DEVENGADO | SUELDO SEGU | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | | | | PAGA NETA | | | |
| ACUMULADO DURANTE EL | | | | | | MES CORRIENTE | | | | | | | |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

## INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| BIENVENIDA P QUILES | | 31 12 81 | 080676 | 75908133 |

### DEDUCCIONES

| CONTRIBUCION OBRE INGRESOS | SEGURO SOCIAL | | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | MISCELANEAS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | AHORRO | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL | | | | | | | | | | | | | |
| 54660 | 5386 | 20 | | | | | | NO ES NEGOCIABLE | | | | | |
| 4420 | 435 | 210 | 540 | 1965 | | | | | | | | | |
| 810000 | | | 65500 | 65500 | 25500 | 14491 | | | | | 25509 | | |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | | | | PAGA NETA | | | |
| ACUMULADO DURANTE EL AÑO | | | | | | MES CORRIENTE | | | | | | | |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

## INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| BIENVENIDA P QUILES | | 31 01 83 | 050880 | 78502879 |

### DEDUCCIONES

| CONTRIBUCION OBRE INGRESOS | SEGURO SOCIAL | | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | MISCELANEAS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | AHORRO | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE | | | | | | 07 | 4329 | | | | | | |
| 4420 | 43 | 210 | | | | | | NO ES NEGOCIABLE | | | | | |
| 4420 | 43 | 210 | 1115 | 1965 | | | | | | | | | |
| 65500 | | | 65500 | 65500 | 23000 | 19428 | | | | | 23072 | | |
| SUELDO BRUTO DEVENGADO | SUELDO SEGURO | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | | | | PAGA NETA | | | |
| ACUMULADO DURANTE EL AÑO | | | | | | MES CORRIENTE | | | | | | | |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

Case:17-03283-LTS Doc#:13780-1 Filed:07/17/20 Entered:07/22/20 12:39:38 Desc:
Exhibit Page 4 of 7

## LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| | | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|---|
| BIENVENIDA P. QUILES | | | 31 12 84 | 049543 | 539378433 |

| | | DEDUCCIONES | | | | | MISCELANEAS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | AHORROS | SEGURO | | | | | | |
| ACUMULADO DURANTE | | | | | 07 | 12575 | | | | |
| 72902 | 62764 | 47389 | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| 6203 | 52 | 71 | | 2334 | 700 | | | | | |
| 936700 | | 77800 | 77800 | 23300 | 31096 | 23404 | | | | |
| SUELDO BRUTO DEVENGADO | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA | | | | |
| ACUMULADO DURANTE | | | | MES CORRIENTE | | | | | | |

VEASE CLAVES AL DORSO

Formulario 480.7C

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury
DECLARACION INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES

☐ Enmendado - Amended ( / / )

F1585317888

**Número de Confirmación de Radicación Electrónica**
Electronic Filing Confirmation Number

| INFORMACION DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION | INFORMACIÓN DEL PLAN - PLAN'S INFORMATION |
|---|---|

Seleccione un encasillado - Select one box
[X] Residente / Resident ☐ No Residente Ciudadano de E.U. / Nonresident U.S. Citizen ☐ No Residente Extranjero / Nonresident Alien

**Núm. de Identificación Patronal** - Employer Identification No.
66-0433481

**Núm. de Identificación** - Identification No.

**Nombre del Plan** - Name of Plan
ADMINISTRACION DE SISTEMAS DE RETIRO

**Nombre** - Name
BIENVENIDA PRADO RODRIGUEZ

**Nombre de quien auspicia el plan** - Plan sponsor's name
ADMINISTRACION DE SISTEMAS DE RETIRO

**Dirección** - Address
HC 1 BOX 4156
NAGUABO PR 00718-9759

**Fecha en que comenzó a recibir la pensión:**
Date on which you started to receive the pension:

Día/Day 2  Mes/Month 6  Año/Year 2006

RIC CONTRIBUTIVO
INFORMACION
Núm. de Identificación
66-0433481
Nombre - Name
ADMINISTRACION
Dirección - Address
PO BOX 42003
SAN JUAN PR 00

Marque el encasillado correspondiente: - Check the corresponding box:

**Tipo de Plan o Anualidad: - Plan or Annuity Type**

Pagos Periódicos / Periodic Payments
[X] Gubernamental / Governmental  ☐ Privado Calificado / Qualified Private  ☐ No Calificado / Non Qualified  ☐ Anualidad Fija / Fixed Annuity  ☐ Anualidad Variable / Variable Annuity

| Forma de Distribución | Cantidad - Amount | Distribuciones - Distributions | |
|---|---|---|---|
| ☐ Total / Lump Sum   ☐ P... | | | |
| 1. Aportación Vía Tran... Rollover Contrib... | | 16. Cantidad Distribuida / Amount Distributed | 15,788.40 |
| 2. Distribución Vía Tra... Rollover Distribu... | | 17. Cantidad Tributable / Taxable Amount | 15,488.40 |
| 3. Costo de la Pensi... Cost of Pension ... | 25,545.00 | 18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was Made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | |
| 4. Fondo de Retiro Gu... Governmental Retir... | 0.00 | | |
| 5. Contribución Retenid... Calificados o Gubern... Payments of Qu... | Periódicos de Planes ... from Periodic P... 0.00 | 19. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| 6. Contribución Reten... Tax Withheld from ... | ...bución Total (20%) | 20. Ingresos Exentos / Exempt income | 300.00 |
| 7. Contribución Retenid... Tax Withheld from ... | ...bución Total (10%) | 21. Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | |
| 8. Contribución Reten... No Calificados - T... Qualified Plans | ...ibuciones de Planes ...Distributions of Non | | |
| 9. Contribución Ret... Planes Calificados Distributions of Qua... | ...es Distribuciones de ...Withheld from Other | A. Exentas / Exempt | 0.00 |
| 10. Contribución Reten... Tax Withheld from An... | ...Anualidades | B. Tributables / Taxable | 0.00 |
| 11. Contribución Reten... Plan Calificado a una... Deducible - Tax ... Plan to a Non Ded... | Transferencia de un ... Retiro Individual No ...ner of a Qualified Retirement Account | C. Cantidad sobre la cual se Pagó por Adelantado / Amount over which a Prepayment was Made | 0.00 |
| 12. Contribución Ret... Programa de Cuen... Tax Withheld from ... Account Program | ...ibuciones del ...ma el Retiro (10%) ...Retirement Savings | D. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| 13. Contribución Ret... Programa de Cuenta... de Retiro Individu... from Rollover of the ... to a Non Deduc... | Transferencia del ...o al Retiro a Cuenta ...(10%) - Tax Withheld ...gs Account Program ...nt Account (10%) | E. Total (Sume líneas 21A a la 21D) / Total (Add lines 21A through 21D) | 0.00 |
| 14. Contribución Res... Residentes - Ta... | ...ibuciones a No ...dents Distributions | 22. Contribución Retenida sobre Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Income Tax Withheld on Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | 0.00 |
| 15. Contribución Ret... Tax Withheld from ... | ...ras Distribuciones | 23. Código de Distribución / Distribution Code | [A] ☐ |
| | | Razones para el Cambio / Reasons for the Change | |

**Número de Cuenta**
Account Number
2222697

**Número de Control**
Control Number
190005075

**Número de Control de la Declaración Informativa Original**
Control Number of Original Informative Return

FECHA DE RADICACIÓN ... FEBRERO O 30 DE AGOSTO, SEGÚN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR AUGUST 30. AS APPLICABLE. SEE INSTRUCTIONS
ENVÍE EL ... ...MENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RÉCORDS.
DEPARTMENT OF THE TREASURY ELECTRONICALLY DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS
ADMINISTRACION DE LOS SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y JUDICATURA

**Formulario 480.7A**
Form
Rev. 07.19

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury
DECLARACIÓN INFORMATIVA - INTERESES HIPOTECARIOS
INFORMATIVE RETURN - MORTGAGE INTEREST

F1261447168

AÑO CONTRIBUTIVO:
TAXABLE YEAR: 2019

Enmendado - Amended:(_____)

Número de Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

INFORMA...

...OR - RECIPIENT'S INFORMATION

...ployer Identification Number

...6-0561870

Nombre y Dirección

... Address

BANCO POPULAR...
PO BOX 362708
SAN JUAN PR 009...

INFOR...

...BORROWER'S INFORMATION

Número de Seguro S...

...y Number

...**-**-9718

Nombre y Dirección P...

...Mailing Address

BIENVENIDA PRADO...
HC 1 BOX 4156
NAGUABO PR 00718-...

INFORMACIÓN D...

...R - JOINT BORROWER'S INFORMATION

Número de Seguro Soc...

...urity Number

Nombre - Name

FECHA DE RADICAC...
FILING DATE: JANU...

...D. VEA INSTRUCCIONES
...UCTIONS

| Descripción - Description | Cantidad - Amount |
|---|---|
| 1. Intereses Pagados por el Deudor Interest Paid by Borrower | 473.10 |
| 2. Honorarios de Origen del Préstamo (Puntos) Pagados Directamente por el Deudor - Loan Origination Fees (Points) Paid Directly by Borrower  1 ☐ Pagados - Paid  2 ☐ Financiados - Financed | 0.00 |
| 3. Descuentos del Préstamo (Puntos) Pagados Directamente por el Deudor - Loan Discounts (Points) Paid Directly by Borrower  1 ☐ Pagados - Paid  2 ☐ Financiados - Financed | 0.00 |
| 4. Reembolsos de Intereses Refund of Interest | 0.00 |
| 5. Contribuciones sobre la Propiedad Property Taxes | 0.00 |
| 6. Balance del Principal Principal Balance | 65,000.00 |

Dirección Física de la Propiedad Sujeta al Préstamo - Physical Address of the Property Subject to Loan
ES7 13 E ST BRISAS D
LUQUILLO    PR 00773 0000

Código Postal - Zip Code

| Número de Cuenta del Préstamo - Loan Account Number 0702247982 | Término del Préstamo - Loan Term 180 |
|---|---|
| Número Control - Control Number  **192050337** | Número Control Informativa Original Control No. Original Informative Return |

Razones para el Cambio - Reasons for the Change

Envíe electrónicamente al Departamento de Hacienda. Entregue dos copias al deudor. Conserve copia para sus récords. Send to Department of the Treasury electronically. Deliver two copies to borrower. Keep copy for your records.

**BANCO POPULAR DE PUERTO RICO**

---

**Formulario 480...**
Form
Rev. 07.19

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury
DECLARACIÓN INFORMATIVA - INTERESES HIPOTECARIOS
INFORMATIVE RETURN - MORTGAGE INTEREST

F1261447168

AÑO CONTRIBUTIVO:
TAXABLE YEAR: 2019

Enmendado - Amended:(_____)

Número de Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

INFORM...

...OR - RECIPIENT'S INFORMATION

...mployer Identification Number

66-0561870

Nombre y Dirección...

...Mailing Address

BANCO POPULAR D...
PO BOX 362708
SAN JUAN PR 00930...

INFORMAC...

...OR - BORROWER'S INFORMATION

Número de Seguro Soc...

...curity Number

***-**-9718

Nombre y Dirección...

...Mailing Address

BIENVENIDA PRADO
HC 1 BOX 4156
NAGUABO PR 007...

INFORMAC...

...JOINT BORROWER'S INFORMATION

Número de Segur...

...ty Number

Nombre - Name

FECHA DE RADICAC...
FILING DATE: JAN...

...RC, VEA INSTRUCCIONES
...UCTIONS

| Descripción - Description | Cantidad - Amount |
|---|---|
| 1. Intereses Pagados por el Deudor Interest Paid by Borrower | 473.10 |
| 2. Honorarios de Origen del Préstamo (Puntos) Pagados Directamente por el Deudor - Loan Origination Fees (Points) Paid Directly by Borrower  1 ☐ Pagados - Paid  2 ☐ Financiados - Financed | 0.00 |
| 3. Descuentos del Préstamo (Puntos) Pagados Directamente por el Deudor - Loan Discounts (Points) Paid Directly by Borrower  1 ☐ Pagados - Paid  2 ☐ Financiados - Financed | 0.00 |
| 4. Reembolsos de Intereses Refund of Interest | 0.00 |
| 5. Contribuciones sobre la Propiedad Property Taxes | 0.00 |
| 6. Balance del Principal Principal Balance | 65,000.00 |

Dirección Física de la Propiedad Sujeta al Préstamo - Physical Address of the Property Subject to Loan
ES7 13 E ST BRISAS D
LUQUILLO    PR 00773 0000

Código Postal - Zip Code

| Número de Cuenta del Préstamo - Loan Account Number 0702247982 | Término del Préstamo - Loan Term 180 |
|---|---|
| Número Control - Control Number  **192050337** | Número Control Informativa Original Control No. Original Informative Return |

Razones para el Cambio - Reasons for the Change

Envíe electrónicamente al Departamento de Hacienda. Entregue dos copias al deudor. Conserve copia para sus récords. Send to Department of the Treasury electronically. Deliver two copies to borrower. Keep copy for your records.

**BANCO POPULAR DE PUERTO RICO**

**Formulario 480.7D**
Form
Rev. 07.19

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury
DECLARACIÓN INFORMATIVA - PAGOS POR ARRENDAMIENTO DE AUTOMÓVILES
INFORMATIVE RETURN - AUTOMOBILE LEASE PAYMENTS

F1097060352

AÑO CONTRIBUTIVO: 2019
TAXABLE YEAR:

☐ Enmendado - Amended:(_____)

Número de Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

### INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION

Employer Identification Number

Nombre - Name
POPULAR AUTO

Número de Identificación
66-0453249

Código Postal - Zip Code
00920 - 5608

Dirección - Address
1901 AVE. JESUS T. PIÑ
SAN JUAN PR

### INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION

Social Security or Employer Identification Number

Número de Seguro Social
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

Tipo - Type

1 ☒ Individuo - Individual    3 ☐ Sociedad - Partnership
2 ☐ Corporación - Corporation  4 ☐ Otro - Other

Nombre - Name
PRADO-RODRIGUEZ

Dirección - Address
HC 1 BOX 4156
NAGUABO PR

Código Postal - Zip Code
00718

Número de Cliente
Customer Number

Número Control
Control Number    191369276

Número Control Informativa Original
Control No. Original Informative Return

Razones para el Cambio
Reasons for the Change

| Número de Cuenta Account Number | Recibido Received | Cantidad del Pago que Constituye Intereses - Amount of Payment that Constitutes Interest | Número de Cuenta Account Number | Pago Total Recibido Total Payment Received | Cantidad del Pago que Constituye Intereses - Amount of Payment that Constitutes Interest |
|---|---|---|---|---|---|
| 1. 0000066581 | 2,389.12 | 835.68 | 6. | | |
| 2. | | | 7. | | |
| 3. | | | 8. | | |
| 4. | | | 9. | | |
| 5. | | | 10. | | |

FECHA DE RADICACIÓN: 31 DE
FILING DATE: JANUARY 31

Instrucciones - Envíe electrónicamente al Departamento de Hacienda. Entregue dos copias al pagador. Conserve copia para sus récords.
Send to Department of the Treasury electronically. Deliver two copies to payer. Keep copy for your records.

BANCO POPULAR DE PUERTO RICO

---

**Formulario 480.7D**
Form
Rev. 07.19

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury
DECLARACIÓN INFORMATIVA - PAGOS POR ARRENDAMIENTO DE AUTOMÓVILES
INFORMATIVE RETURN - AUTOMOBILE LEASE PAYMENTS

F1097060352

AÑO CONTRIBUTIVO:
TAXABLE YEAR:

☐ Enmendado - Amended:(_____)

Número de Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

### INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION

Employer Identification Number

Nombre - Name
POPULAR AUTO

Número de Identificación
66-0453249

Código Postal - Zip Code
00920 - 5608

Dirección - Address
1901 AVE. JESUS
SAN JUAN PR

### INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION

Social Security or Employer Identification Number

Número de Seguro Social

Tipo - Type

1 ☒ Individuo - Individual    3 ☐ Sociedad - Partnership
2 ☐ Corporación - Corporation  4 ☐ Otro - Other

Nombre - Name
PRADO-RODRIGUEZ

Dirección - Address
HC 1 BOX 4156
NAGUABO PR

Código Postal - Zip Code
00718

Número de Cliente
Customer Number

Número Control
Control Number    191369276

Número Control Informativa Original
Control No. Original Informative Return

Razones para el Cambio
Reasons for the Change

| Número de Cuenta Account Number | Recibido Received | Cantidad del Pago que Constituye Intereses - Amount of Payment that Constitutes Interest | Número de Cuenta Account Number | Pago Total Recibido Total Payment Received | Cantidad del Pago que Constituye Intereses - Amount of Payment that Constitutes Interest |
|---|---|---|---|---|---|
| 1. 0000066581 | 2,389.12 | 835.68 | 6. | | |
| 2. | | | 7. | | |
| 3. | | | 8. | | |
| | | | 9. | | |
| | | | 10. | | |

Instrucciones - Envíe electrónicamente al Departamento de Hacienda. Entregue dos copias al pagador. Conserve copia para sus récords.
Send to Department of the Treasury electronically. Deliver two copies to payer. Keep copy for your records.

BANCO POPULAR DE PUERTO RICO