Bienvenida Prado Rodriguez
HC #01 Box 4156
Naguabo, Puerto Rico 00718



1000    00918

U.S. POSTAGE PAID
FCM LG ENV
JUNCOS, PR
00777
JUL 14, 20
AMOUNT
**$1.20**
R2305K135232-08

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767