1 de julio de 2020
Claim# 52145
Sra. Olga Carrero Castillo

Saludos calurosos de mi parte.

En la siguiente misiva, respondo a algunas de sus cartas y notificaciones. Espero disculpen la demora, pero no se me hizo facil. Primero porque necesitaba orientacion y luego porque en la isla surgieron varios acontecimientos que nos han tenido un poco paralizados en muchos aspectos, Tuvimos terremotos y luego el covid 19. Vivo cerca de donde ocurrieron estos y el covid nos tuvo en cuarentena y aun nos tiene. Lo vivi de cerca ya que tuvimos que quedarnos en casa luego que mi hija diera positivo a una prueba.

Por otro lado, les aclaro que envie mi demanda para el pago de la etapa II de la carrera magisterial. Entiendo que cumpli con todos los requisitos para las fechas correspondientes y envie al Departamento de Educacacion de P.R. todos los documentos requeridos.

Segun la Ley 158 del 30 de junio de 1999, segun enmendada, la adjudicacin a esta etapa y el pago de la misma esta indicado en los siguientes articulos. Adjunto copia de estos.

Tambien adjunto copias de los docuemntos enviados al DEP donde se evidencia que obtuve los creditos universitarios, evaluaciones y horas contacto rqueridas entre el periodo del 2013 y 2014. Entiendo que el de de julio de 2014 se hizo efectiva la Ley 66 que paraliza todos los aumentos o bonificaciones por causa de deficit en el gobierno, pero mis documentos estaban en su poder antes de esta fecha. Entiendo que por ley se me debio adjudicar el pago de ese 2do nivel.

Espero consideren mi peticion,

Atentamente.

*Olga Carrero Castillo* (firma)

Olga Carrero Castillo