Formulario: EM-2003 (Revisado 2004)

**ESTADO LIBRE ASOCIADO BE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**Hato Rey, Puerto Rico**

**GUIA PARA LA EVALUACIÓN DE LA LABOR DEL MAESTRO**

Nombre del maestro: *Olga Carriso Castillo*            S.S.

Categoría del puesto: Elemental

Escuela: OLGA MAS RAMIREZ                Distrito: Mayagüez

Materia(s): *Español / Numéricas*            Grado(s): *4to - 6to*

Periodo que comprende esta evaluación:
*Enero - Mayo 2013*

| Area | Puntuación máxima | Puntuación obtenida | % |
|---|---|---|---|
| A. Proceso de enseñanza aprendizaje | 40 | 40 | 100% |
| B. Dominio del contenido de la materia | 25 | 25 | 100% |
| C. Evaluación del aprendizaje del estudiante | 40 | 40 | 100% |
| D. Organización y ambiente de la sala de clases | 40 | 40 | 100% |
| Totales | 145 | 145 | 100% |

Escala:
- 95 -100%     Ejecución profesional excelente
- 94- 85%      Ejecución profesional superior
- 84 – 70%     Ejecución profesional promedio
- 69 – 60%     Ejecución profesional bajo promedio
- 59 – 0        Ejecución profesional deficiente
  menos

*Olga Carrer Castill*
Firma del Maestro

*Diane Bríñez González*
Nombre del Director

*Diane Bríñez González*
Firma del director

Fecha: *15 Mayo de 2013*



**Departamento de Educación de Puerto Rico**
**Escuela de la Comunidad Olga Mas Ramírez**
**Distrito Escolar de Mayagüez**
**Teléfonos (787)833-8283  (787)805-4695**



## Hoja de Trámite

Fecha: *24/marzo/2014*

A: *Norberto Valladares*
*Región Educativa de*
*Director*

Atención:

De: *Diane Berríos González*
Diane Berríos González
Directora

Asunto: *entrega documentos Carrera*
*Magisterial: Olga Carrero Castillo*
*Wendy Rodríguez Brillo*

Recibido por: _____  Fecha: *28/marzo/2014*

Por la presente certifico, que le entregué los documentos de mi Plan de Mejoramiento Profesional a la Sra. Diane Berrios (Directora de la escuela Olga Mas Ramírez).

Atentamente,

*Olga Carrero Castillo*
Sra. Olga Carrero Castillo
(Maestra de español 4to a 6to)

Entregado hoy, 28 de *enero* de 2014

Firma de la directora: _____

Estado Libre Asociado De Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Oficina de la Carrera Magisterial

Certificaciones Docentes Desarrollo Profesional

PLAN DE MEJORAMIENTO PROFESIONAL

Nombre: Olga Carrero Castillo
Seguro social: ●●●●8568

Página:   #3
Fecha de radicación: 30 de abril de 2013

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 6 Crds. | 2 6 Crds. | 3 6 Crds. | 4 6 Crds. | 5 12 Crds. |
| Elemento #1 | Completar 36 créditos académicos para obtener mi grado de maestría en Currículo y Enseñanza. | **Educ 504** **Educ 513** **Educ 610** **Educ 526** **Educ 512** **Educ 501** **Educ 505** **Educ 503** **Educ 576** **Educ 502** **COIS 600** **Educ 507** **Educ 532** **Educ 542** **Educ 543** **Educ 545** **Educ 525** **Educ 701** | · · · · | | | | |
| Estudios formales con crédito universitario | | | | | | | |



**Estado Libre Asociado de Puerto Rico**
**Secretaría Auxiliar de Recursos Humanos**
**Oficina de la Carrera Magisterial**

## PLAN DE MEJORAMIENTO PROFESIONAL

Página # :

Nombre : _Olga Carrero Cadillo_

Seguro Social : _____ - 85 - 68

Fecha de radicación : _28 de enero de 2014_

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| Elemento #1 Estudios formales con crédito universitario | Al finalizar las 5 etapas de desarrollo del Plan de Mejoramiento Profesional espero: Completar 36 créditos académicos para obtener mi grado de Maestría en el área de Currículo y Enseñanza | Educ 504 Educ 513 Educ 410 Educ 526 Educ 502 Educ 512 ✓ CUIS 600 ✓ Educ 501 Educ 505 Educ 503 Educ 574 Educ 701 | 12 crds ✓ ✓ ✓ ✓ | 6 creds ✓ ✓ | 12 crds | 3 crds | 3 crds |

Formulario: EM-2003 (Revisado 2004)

**ESTADO LIBRE ASOCIADO BE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**Hato Rey, Puerto Rico**

**GUIA PARA LA EVALUACIÓN DE LA LABOR DEL MAESTRO**

Nombre del maestro: Olga Carrero Castillo          S.S. ████─●── 8568

Categoría del puesto: Elemental

Escuela: OLGA MAS RAMIREZ          Distrito: Mayagüez

Materia(s): *Español (4-6to)*          Grado(s): 4 - 6to
*Ciencias (5to)*

Periodo que comprende esta evaluación:
*agosto a diciembre 2013*

| Area | Puntuación máxima | Puntuación obtenida | % |
|---|---|---|---|
| A. Proceso de enseñanza aprendizaje | 40 | 40 | 100% |
| B. Dominio del contenido de la materia | 25 | 25 | 100% |
| C. Evaluación del aprendizaje del estudiante | 40 | 40 | 100% |
| D. Organización y ambiente de la sala de clases | 40 | 40 | 100% |
| Totales | 145 | 145 | 100% |

Escala:
- 95 -100%
- 94- 85%
- 84 – 70%
- 69 – 60%
- 59 – 0 menos

Ejecución profesional excelente
Ejecución profesional superior
Ejecución profesional promedio
Ejecución profesional bajo promedio
Ejecución profesional deficiente

_Olga Carrero Castillo_
Firma del Maestro

_Diana Berrios Gonzales_
Nombre del Director

_Diana Berrios Gonzales_
Firma del director

Fecha: *10 de dic de 2013*



Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Oficina de la Carrera Magisterial

**PLAN DE MEJORAMIENTO PROFESIONAL**

Nombre : _____

Seguro Social: _____ Ulla Carrero Cabillo _____ 8548

Página # : _____

Fecha de radicación : _28 de enero d 2014_

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| Elemento #3 (Si es necesario de acuerdo al Capítulo 3 de la Ley) Adiestramientos Educación Continua (horas contacto) | Al finalizar las 5 etapas de desarrollo del Plan de Mejoramiento Profesional espero haber acumulado 200 horas contacto en adiestramientos de Educación Continua | Taller a-famac Ciencias (40 horas) Taller a-famec Ciencias (40 horas) Taller a-famec Ciencias (24 horas) Taller a-famac Ciencias (7 horas) | 40 ✓ | 40 ✓ | 40 | 40 | 40 |

Estado Libre Asociado De Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Oficina de la Carrera Magisterial



Certificaciones Docentes Desarrollo Profesional

PLAN DE MEJORAMIENTO PROFESIONAL

Nombre: Olga Carrero Castillo
Seguro social: ●●●8568

Página:   #8
Fecha de radicación: 30 de abril de 2013

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| Elemento #2<br><br>Adiestramientos de Educación Continua (Horas Contacto) | Al finalizar las 5 etapas de desarrollo del Plan de Mejoramiento Profesional espero; acumular 200 horas contacto en adiestramientos de Educación Continua. | -Taller del programa Afamac de ciencia. **( 24 horas lectivas)**<br>-Taller del programa de Afamac de ciencia. abril de 2013<br>**(6 horas contacto)**<br>-Talleres del programa de Afamac de ciencia. ( junio y julio de 2013) **(80 horas contacto)**<br>- Talleres del programa Afamac ciencia. ( sabatinos de agosto a mayo de 2014 ) ( 6 horas) | 40 horas | 40 horas | 40 horas | 40 horas | 40 horas |

INSTITUTION ACCREDITED BY:
COUNCIL OF HIGHER EDUCATION COMMONWEALTH
OF PUERTO RICO AND MIDDLE STATES COMMISSION
ON HIGHER EDUCATION

UNIVERSIDAD METROPOLITANA, A PRIVATE EDUCATIONAL INSTITUTION AND A
MEMBER OF THE NON-PROFIT ORGANIZATION ANA MENDEZ UNIVERSITY SYSTEM

**Student No.: 900905786.**

Record of: OLGA CARRERO CASTILLO
CARR. RIO HONDO 707
MAYAGUEZ PR 00680
PUERTO RICO

Issued To: OLGA CARRERO CASTILLO
CARR. RIO HONDO 707
MAYAGUEZ, PR 00680
PUERTO RICO

Course Level: GRADUATE
Student Type: NEW GRADUATE
Only Admit: 2012-2013 FIRST SEMESTER

Current Program
MASTER IN EDUCATION
COLLEGE: AGUADILLA
Major: CURRICULUM & TEACHING

SUB. NO: C

COURSE TITLE       CRED GRD

INSTITUTION CREDIT:

2012-2013 FIRST SEMESTER
AGUADILLA - UMET
CURRICULUM & TEACHING
NEW GRADUATE
EDUC 513  G  EDUCATIONAL MEASUREM  3.00 A
EDUC 610  G  EDUCATION OF EXCEPTIONAL CHILD  3.00 A
Ehrs: 6.00 GPA-Hrs: 6.00 QPts: 24.00 GPA: 4.00

2012-2013 SECOND SEMESTER
AGUADILLA - UMET
CURRICULUM & TEACHING
NEW GRADUATE
EDUC 504  G  THEORIES OF LEARN & COGN DEV  3.00 A
EDUC 526  G  THE DESIGN & CURRICULAR PLAN  3.00 A
Ehrs: 6.00 GPA-Hrs: 6.00 QPts: 24.00 GPA: 4.00
GOOD STANDING

2013-2014 FIRST SEMESTER
AGUADILLA - UMET
CURRICULUM & TEACHING
NEW GRADUATE
EDUC 501  G  PRINCIPLE AND SYSTEMATIC

*************** CONTINUED ON NEXT COLUMN ***************

INSTITUTION ACCREDITED BY:
COUNCIL OF HIGHER EDUCATION, COMMONWEALTH
OF PUERTO RICO AND MIDDLE STATES COMMISSION
ON HIGHER EDUCATION

Student No: S00905786

Record of: OLGA CARRERO CASTILLO
Level: GRADUATE

| SUBJ NO. C | COURSE TITLE | CRED GRD | PTS R |
|---|---|---|---|

Institution Information continued
EDUC 503 G  EVALUATION OF CURR & INSTRUCT   3.00 A   12.00
EHrs: 3.00 GPA-Hrs: 3.00  QPts: 12.00 GPA: 4.00

TRANSCRIPT TOTALS
|  | Earned Hrs | GPA Hrs | Points | GPA |
|---|---|---|---|---|
| TOTAL INSTITUTION | 36.00 | 33.00 | 132.00 | 4.00 |
| TOTAL TRANSFER | 0.00 | 0.00 | 0.00 | 0.00 |
| OVERALL | 36.00 | 33.00 | 132.00 | 4.00 |

************ END OF TRANSCRIPT ************

UNIVERSIDAD METROPOLITANA
OFFICE OF THE REGISTRAR

SEAL

AUTHENTICITY CONFIRMATION:
When photocopied in color or on the darker settings of black and white copiers, the word VOID will appear several times in black and white transcript is not an original. Alteration of the transcript may be a criminal offense.

U N O F F I C I A L

Date Issued: 12-FEB-2016
STUD. STUDENT COPY
Page: 2



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
OFICINA DE CARRERA MAGISTERIAL

Anejo 3

### CERTIFICACIÓN DE ENTREGA DE SOLICITUDES DE REVISIÓN 2013-14

Escuela *Olga Mas Ramírez*
Director *Diane Berríos*
Distrito *Mayagüez*
Región *Mayagüez*

Hoy, __28__ de __Marzo__ de 2014, hice entrega de las solicitudes analizadas y cotejadas de Revisión Salarial y Reclamación de Nivel del siguiente personal activo en la carrera magisterial:

| Nombre | Puesto |
|---|---|
| 1. *Maraly Rodríguez Pinilla* | *Maestra* |
| 2. *Olga Carrero Padilla* | *Maestra* |
| 3. | |
| 4. | |
| 5. | |

Certifico correcto,

*Diane Berríos*
Nombre del director

*Diane Berríos*
Firma del director

*Elisa E. González Martínez*
Nombre del enlace regional

*Elisa E. González Mtz.*
Firma del enlace regional

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tels. (787) 773-2456 / 2452 / 2448 / 2293 / 2297 / 6287
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

# Ley Especial de Sostenibilidad Fiscal y Operacional del Gobierno del Estado Libre Asociado de Puerto Rico
## LEY NUM. 66  DE 17 DE JUNIO DE 2014

Para crear la "Ley Especial de Sostenibilidad Fiscal y Operacional del Gobierno del Estado Libre Asociado de Puerto Rico", a los fines de declarar un estado de emergencia fiscal; adoptar un plan para manejar las consecuencias de la crisis fiscal y económica, de la degradación del crédito de Puerto Rico; establecer una gerencia estructurada para atender esta situación; disponer sobre la primacía de esta Ley y su aplicabilidad; establecer las pruebas de sostenibilidad fiscal que se fijan como metas y disponer sobre informes trimestrales; establecer medidas de reducción de gastos de la Rama Ejecutiva tales como la reducción de la contratación de servicios profesionales y comprados, ajustes en tarifas de servicios comprados y profesionales, reducción en la nómina de empleados de confianza, establecer controles para la ocupación de puestos vacantes y flexibilizar la facultad gubernamental para efectuar destaques o traslados debido a necesidades de servicio, **normas y restricciones sobre concesión de aumentos en beneficios económicos o compensación monetaria extraordinaria,** disposiciones sobre negociación de convenios colectivos y foros para dirimir controversias, disposiciones sobre transporte escolar, prohibición contra sobregiros presupuestarios; disponer sobre el control fiscal en las corporaciones públicas; proveer para la aportación de ahorros de corporaciones públicas al Fondo General; proveer sobre el presupuesto de la Comisión Estatal de Elecciones, la Oficina de Ética Gubernamental, la Oficina del Contralor Electoral y el Panel del Fiscal Especial Independiente; disponer prohibiciones respecto a escoltas, viajes, contratación de servicios, entre otros; establecer un plan de reducción de gastos y contratos por concepto de arrendamientos; disponer de un plan de reducción de consumo energético y consumo de servicio de acueductos y alcantarillados; proveer medidas sobre el presupuesto en la Rama Judicial, Rama Legislativa, y otras entidades gubernamentales; establecer planes para las sentencias finales y firmes pendientes de pago; establecer prohibición respecto a reclamaciones sobre obligaciones suspendidas temporeramente por esta Ley; disponer sobre las responsabilidades, poderes y deberes de la Oficina de Gerencia y Presupuesto; disponer sobre inmunidad en cuanto a pleitos y foros; y para otros fines relacionados.

**Artículo 2.03.-Nivel I en cada Clasificación (18 L.P.R.A. sec. 312b)**

El Nivel I en cada clasificación se otorgará al miembro de la Carrera Magisterial que:

(a) Obtenga la permanencia en el Sistema de Educación Pública, conforme a la Ley Núm. 312 de 15 de mayo de 1938, según enmendada.

(b) Radique Solicitud de Activación al amparo de esta Ley.

Radique y se apruebe el Plan de Mejoramiento Profesional.

(Junio 30, 1999, Núm. 158, art. 3.03; enmendado y renumerado como art. 2.03 en el Agosto 28, 2002, Núm. 208, art. 3.)

**Artículo 2.04.-Nivel II en cada Clasificación (18 L.P.R.A. sec. 312c)**

El Nivel II en cada clasificación se otorgará al miembro de la Carrera Magisterial  que apruebe los siguientes requisitos:

(a) Dieciocho (18) créditos académicos en nivel subgraduado en áreas de estudios relacionados con las categorías de puestos incluidos en esta Ley, aprobados en una institución educativa superior debidamente acreditada o reconocida en Puerto Rico.

Doscientas (200) horas contacto en actividades de educación continuada, desde que se le reconoció el Nivel I.

(c) Diez (10) años de experiencia docente en el Sistema de Educación Pública.

(d) Evaluaciones satisfactorias de su desempeño docente; o en su lugar, los siguientes requisitos:

1. Siete (7) años de experiencia docente en el Sistema de  Educación Pública.

2. Dieciocho (18) créditos académicos a nivel graduado en áreas de estudios relacionadas con la categoría del puesto en que se desempeña, aprobados en una institución educativa superior debidamente acreditada o reconocida en Puerto Rico.

3. Doscientas (200) horas-contacto en actividades de educación continuada desde que se le reconoció el Nivel I.

Evaluaciones satisfactorias de su desempeño docente

El reconocimiento de la clasificación será efectivo en la fecha en que el miembro de la Carrera Magisterial evidencie haber completado debidamente su Plan de Mejoramiento Profesional y el mismo haya sido aprobado por la autoridad correspondiente.

(Junio 30, 1999, Núm. 158, art. 3.04; enmendado y renumerado como art. 2.04 en el Agosto 28, 2002, Núm. 208, art. 3.)

**Artículo 2.05.-Nivel III en cada Clasificación (18 L.P.R.A. sec. 31d)**

El Nivel III en cada clasificación se otorgará al miembro de la Carrera Magisterial que apruebe los siguientes requisitos:

(a)  Maestría en la categoría en que se desempeña.

(b)  Siete (7) años de experiencia docente en el Sistema de Educación Pública.

(c)  Doscientas (200) horas-contacto en actividades de educación continuada desde que se le reconoció el nivel que ocupa al momento de solicitar el ascenso.

(d)  Evaluaciones satisfactorias de su desempeño docente; o en su lugar, los siguientes requisitos:

1. Cuarenta y cinco (45) créditos académicos a nivel graduado en áreas de estudios relacionadas con la categoría en que se desempeña, aprobados en una institución educativa superior debidamente acreditada o reconocida en Puerto Rico.

2. Cien (100) horas contacto en actividades de educación continuada desde que se reconoció el nivel que ocupa al momento de solicitar el ascenso.

3. Siete (7) años de experiencia docente en el Sistema de Educación Pública.

Evaluaciones satisfactorias de su desempeño docente.

El reconocimiento del nivel será efectivo en la fecha en que el miembro de la Carrera Magisterial evidencie haber completado debidamente su Plan de Mejoramiento Profesional y el mismo haya sido aprobado por la autoridad correspondiente.

**Artículo 2.09.-Incentivos por nivel. (18 L.P.R.A. sec. 312h)**

Los incentivos por nivel para los miembros de la Carrera Magisterial serán los siguientes:

1. Para el Nivel I en cada clasificación se concederá a la persona en el momento en que adquiera el mismo, un siete (7) por ciento de su salario básico.

2. Para el Nivel II en cada clasificación se concederá a la persona en el momento en que adquiera el mismo,  un nueve (9) por ciento de su salario básico.

3. Para el Nivel III en cada clasificación se concederá a la persona en el momento en que adquiera el mismo, un veinticinco (25) por ciento de su salario básico.

4. Para el Nivel IV en cada clasificación se concederá a la persona en el momento en que adquiera el mismo, un cuarenta (40) por ciento de su salario básico.

(Junio 30, 1999, Núm. 158, art. 3.09; enmendado y renumerado como art. 2.09 en el Agosto 28, 2002, Núm. 208, art. 3.)

**Artículo 2.10.-Revisión de Niveles (18 L.P.R.A. sec. 312i)**

A propósito de estimular el cumplimiento con los Planes de Mejoramiento Profesional, el Secretario autorizará uno o más adelantos como incentivo para la conclusión de cada etapa de los mismos.

A tal efecto, un miembro de la Carrera Magisterial podrá recibir uno o más adelantos durante la vigencia de su Plan de Mejoramiento Profesional, pudiendo recibir el importe consolidado correspondiente a más de una etapa si concluyesen éstas en un mismo año o si las reclamase a la vez.  Cada uno de los adelantos por etapa equivaldrá, en el caso de un miembro que se prepara para el Nivel II, a uno punto ocho (1.8) por ciento del salario básico dispuesto.  En el caso de un miembro que se prepara para el Nivel III, a un cinco (5) por ciento del salario básico dispuesto.  En el caso de un miembro que se prepara para el  Nivel IV los adelantos por etapa equivaldrán a un ocho (8) por ciento del salario básico.

(Junio 30, 1999, Núm. 158, art. 3.10; enmendado y renumerado como art. 2.10 en el Agosto 28, 2002, Núm. 208, art. 3.)







Alianza para el Fortalecimiento del Aprendizaje de las Matemáticas y las CIENCIAS
Departamento de Física
Universidad de Puerto Rico – Mayagüez

# Certificado de Participación

Otorgado a:

*Olga Carrero Castillo*

5 Horas Contacto

Por su participación en el taller para nivel elemental: *"Materia y Tabla periódica"* realizado en la
Academia Sabatina del 1º de diciembre de 2012 en UPR-Mayagüez.



José R. López, Ph.D.
Director

La educación científica comienza aquí...





Alianza para el Fortalecimiento del Aprendizaje de las Matemáticas y las CIENCIAS
Departamento de Física
Universidad de Puerto Rico – Mayagüez

*Certificado de Participación*

Otorgado a:

*Olga Carrero Castillo*

5 Horas Contacto

Por su participación en el taller para nivel elemental: *"Concepto de densidad y Uso de calculadora gráfica TI-73 ®"* realizado en la Academia Sabatina del 29 de septiembre de 2012 en UPR-Mayagüez.



José R. López, Ph.D.
Director



La educación científica comienza aquí...





Alianza para el Fortalecimiento del Aprendizaje de las Matemáticas y las CIENCIAS
Departamento de Física
Universidad de Puerto Rico — Mayagüez

Otorgado a:

*Olga Carrero Castillo*

**5** Horas Contacto

Por su participación en el taller de Química para nivel elemental: *"¿Qué se conserva durante el cambio?"*.
El mismo se realizó durante la Academia Sabatina del 16 de marzo de 2013 en UPR-Mayagüez.

José R. López, Ph.D.

La educación científica comienza aquí....









Certificado de Participación

Alianza para el Fortalecimiento del Aprendizaje de las Matemáticas y las CIENCIAS
Departamento de Física
Universidad de Puerto Rico – Mayagüez

Otorgado a:

*Olga Carrero Castillo*

5 Horas Contacto

Por su participación en el taller para nivel elemental: *"La playa de arena:
ecosistema amenazado"* realizado en la Academia Sabatina del
1 de septiembre de 2012 en UPR-Mayagüez

José R. López, Ph.D.

La educación científica comienza aquí....

AFAMaC Ciencias está auspiciado por Título II-B, Programa de Desarrollo Profesional de la Ley de Educación Elemental y Secundaria.



# 2012

**Verano**

**Instituto de**

Alianza para el Fortalecimiento del Aprendizaje de las Matemáticas y las CIENCIAS
Departamento de Física
Universidad de Puerto Rico – Recinto Universitario de Mayagüez

## Certificado de Participación

Otorgado a:

### Olga Carrero Castillo

**40** Horas Contacto

Por su participación en talleres para nivel *elemental* realizados durante la segunda semana del Instituto de Verano 2012 (9 al 13 de julio de 2012): "**Botánica Económica: Demostraciones de plantas**"; "**Phyllum Mollusca: Diversidad y usos en el salón de clases**"; "**¿Qué es un circuito eléctrico?**; "**Visita a Estación Agrícola Federal (TARS)**"; "**Contaminación de aire y agua**"; "**Calentamiento global y recursos de agua**"; "**Sensores Remotos**"; "**SPARK en la Biología**"; "**Science Game Show Night**" y "**Creación de prueba de avalúo**".

Dado hoy, 13 de julio de 2012 en Mayagüez, PR.

JOSÉ R. LÓPEZ, PhD
Director

**La educación científica comienza aquí....**





**Instituto de 2012 Verano**

Alianza para el Fortalecimiento del Aprendizaje de las Matemáticas y las CIENCIAS
Departamento de Física
Universidad de Puerto Rico – Recinto Universitario de Mayagüez

# Certificado de Participación

Otorgado a:

## Olga Carrero Castillo

<u>40</u> Horas Contacto

Por su participación en talleres para nivel *elemental* realizados durante la primera semana del Instituto de Verano 2012 (25 al 29 de junio de 2012): "Importancia y uso de las matemáticas en las ciencias"; "El estudio de las propiedades físicas de la materia"; "Cambios químicos de materiales de uso casero"; "Polímeros: importancia, reciclaje y experimentos divertidos"; "Actividades de escuela elemental utilizando el SPARK – Parte I"; "Ciclo hidrológico y su expresión dentro de las cuencas hidrográficas"; "Energía nuclear y desperdicios nucleares"; "Impacto del hombre y sus actividades sobre la calidad del agua dulce"; "Integridad académica"; y "Creación de prueba de avalúo"

JOSÉ R. LÓPEZ, PHD
Director

29 de junio de 2012
Fecha



La educación científica comienza aquí....

Alianza para el Fortalecimiento del Aprendizaje de las Matemáticas y las CIENCIAS

Universidad de Puerto Rico – Recinto Universitario de Mayagüez

Departamento de Física



## Certificado de Participación

OTORGADO A:

*Olga Carrero Castillo*

**23 Horas Contacto**

Por su participación en los talleres para nivel elemental: **"Medidas y unidades en las Ciencias"; "Tablas y gráficas en el análisis de resultados"; "Desarrollo de prueba de avalúo"; "Seguridad en el laboratorio"; "Operación de congelamiento" y "Ética profesional y el maestro puertorriqueño"** realizados durante el Residencial de Fin de Semana del 12 al 14 de octubre de 2012.

José R. López, Ph.D.
Director

**La educación científica comienza aquí....**









Alianza para el Fortalecimiento del Aprendizaje de las Matemáticas y las CIENCIAS
Departamiento de Física
Universidad de Puerto Rico – Mayagüez

## Certificado de Participación

Otorgado a:

*Olga Carrero Castillo*

**5** Horas Contacto

Por su participación en el taller para nivel elemental: ***Explorando la Ciencia a través de la Medición"*** realizado durante la Academia Sabatina del 10 de noviembre de 2012 en UPR-Mayagüez.

José R. López, Ph.D.
Director

*La educación científica comienza aquí....*







Alianza para el Fortalecimiento del Aprendizaje de las Matemáticas y las **CIENCIAS**
Departamento de Física
Universidad de Puerto Rico – Mayagüez

# *Certificado de Participación*

### Otorgado a:

## *Olga Carrero Castillo*

#### 21 Horas Contacto

Por su participación en los siguientes talleres para nivel elemental:
"*Experimentos en procesos volcánicos*"; "*Geología en el 4to, 5to y 6to grado:
un repaso*"; "*Materia y Algo Más*" y "*Creación de prueba de avalúo*".
Éstos se realizaron durante el Residencial de Fin de Semana de AFAMaC
Ciencias del 13 al 15 de abril de 2013.



José R. López, Ph.D.
Director





Alianza para el Fortalecimiento del Aprendizaje de las Matemáticas y las Ciencias
Universidad de Puerto Rico – Recinto Universitario de Mayagüez

# Certificado De Participación

Otorgado a:

## Olga Carrero Castillo

### 7 Horas Contacto

Por su participación en el *"Encuentro AFAMaC 2013"* en el que se ofrecieron las charlas: *"Educar para una nueva sociedad...la experiencia en el RUM y en la PUCPR"*, *"Personalidad y estilos de aprendizaje en el salón de clases"* y en el taller para nivel elemental: *"Materia y Algo Más – Parte II"*

Dado en Mayagüez, hoy, sábado, 4 de mayo de 2013.

José R. López, Ph.D.
Director

AFAMaC Ciencias es una Alianza entre el DEPR y UPR-Mayagüez que está auspiciada por Título II-B, de la Ley de Educación Elemental y Secundaria, según enmendada (L.P. 107-110)




Alianza para el Fortalecimiento del Aprendizaje de las Matemáticas y las CIENCIAS
Departamento de Física
Universidad de Puerto Rico – Mayagüez



*Certificado de Participación*

Otorgado a:

*Olga Carrero Castillo*

## 5 Horas Contacto

Por su participación en el taller de Física para nivel elemental:
*"Densidad y Principio de Arquímedes"*
realizado en la Academia Sabatina del 19 de enero de 2013 en UPR-Mayagüez.



José R. López, Ph.D.
Director

La educación científica comienza aquí....







# Certificado de Participación

**Otorgado a:**

## Olga Carrero Castillo

Por su participación en el **Primer Simposio Interdisciplinario** (4 hrs contacto)

## "Autismo - Oriéntate Y Edúcate"

**Temas:**

*Aspectos clínicos del espectro autista*
*¿Qué es el trastorno del espectro autista?*
*Factores de riesgo, genética y diagnostico del autismo*
*Terapias alternativas para el desorden del Espectro Autista*

Dado hoy sábado, 22 de marzo de 2014.

_____
Giovanni Martinez, PhD
Presidente de Surf4DEM, Inc.

F I L U S

_____
Prof. Vilmarie Rivera Bravo
Directora Asociada- UMET de Aguadilla

UNIVERSIDAD METROPOLITANA

Segunda
Semana

Verano

**2014**

Instituto de

## Certificado de Participación

Alianza para el Fortalecimiento del Aprendizaje de las Matemáticas y las CIENCIAS
Departamento de Física
Universidad de Puerto Rico — Recinto Universitario de Mayagüez

Otorgado a:

*Olga Carrero Castillo*

<u>41</u> Horas Contacto

Por su participación en los talleres para nivel *elemental* de *Biología* realizados durante la segunda semana del Instituto de Verano 2014 (14 al 18 de julio de 2014): *"Metabolismo Anaeróbico"*, *"Metabolismo Aeróbico"*, *"Moléculas de importancia biológica"* y *"Conceptos modernos de evolución molecular"*. Además, de los siguientes talleres: *"Introducción a la Ética"*, *"Organismos genéticamente modificados"*, *"Nueva genética y el uso actual del ADN en la ciencia"* y *"Niños por Diseño"*.

Dado en Mayagüez, PR, hoy, 18 de julio de 2014.

José R. López, PhD
Director

La educación científica comienza aquí...







Primera Semana

Verano

# 2014

Instituto de

Alianza para el Fortalecimiento del Aprendizaje de las Matemáticas y las CIENCIAS
Departamento de Física
Universidad de Puerto Rico – Recinto Universitario de Mayagüez

## Certificado de Participación

Otorgado a:

*Olga Carrero Castillo*

35 Horas Contacto

Por su participación en los talleres para nivel *elemental* de *Biología* realizados durante la primera semana del Instituto de Verano 2014 (7 al 11 de julio de 2014): *"Compuestos Orgánicos"*, *"Ciclos biogeoquímicos"*, *"La clasificación de los cordados, con énfasis en los mamíferos"*, *"Vida Marina"*, *"Organismos marinos"*, *"Redes y cadenas alimentarias"*, *"La evolución del hombre"* y *"Formación de agua por celdas de combustible de óxido sólido"*.

Dado en Mayagüez, PR, hoy, 11 de julio de 2014.

José R. López, PhD
Director

La educación científica comienza aquí...