Olga Carrero Castillo
Carr Rio Hondo #707
Mayagüez P.R. 00680



Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767