Proof of Claim: <CLAIM NUMBER>  __52458__
Claimant: >CLAIMANT NAME<  __HIGINIO HERNANDEZ GOMEZ__

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

## Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

## Questionnaire

1. **What is the basis of your claim?**

   ☐ A pending or closed legal actions with or against the Puerto Rico goverment

   ■ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)
   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

   __$31,700.00__

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ■ Yes, **Answer Questions 3(a) – (d).**

   3(a). Identify the specific agency or department where you were or are employed:

   __PUERTO RICO TELEPHONE COMPANY__

   3(b). Identify the dates of your employment related to your claim:

   __July 12, 1979 through September 30, 2006__

3(c). Last four digits of your social security number: _____7142_____

3(d). What is the nature of your employment claims (select all applicable):
   ☐ Pension
   ■ Unpaid Wages
   ☐ Sick Days
   ☐ Union Grievance
   ☐ Vacation
   ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).
   _____
   _____

4. **Legal Action** Does your claim relate to a pending or closed legal action?

   ■ No
   ☐ Yes

4(a). Identify the department or agency that is a party to the action.
_____

4(b). Identify the name and address of the court or agency where the action is pending:
_____

4(c). Case number: _____

4(d). Title, Caption, or Name of Case: _____

4(e). Status of the case (pending, on appeal, or concluded): _____

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

   If yes, what is the date and amount of the judgment? _____

# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre     HIGINIO HERNANDEZ GOMEZ

Dirección Postal   EXT. STA TERESITA
4547 CALLE SANTA RITA
Ponce, PR 00730

Teléfono de contacto res. 787-569-8447        cel. 787-217-5223

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

Ley #89 (Ley de Retribución Uniforme) – Efectiva el 12 de julio de 1979

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los anos de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el __20__ de __Mayo__ de __1974__ hasta el __30__ de septiembre de 2006. Culmine mi laborar como <u>Gerente del Departamento de Operaciones de Planta en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA</u>. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

<u>HIGINIO HERNANDEZ GOMEZ</u>
Nombre en letra de molde

*[firma: Higinio Hernández]*
Firma

RECLAMANTE   HIGINIO HERNANDEZ GOMEZ

DIRECCION   EXT. SANTA TERESITA
4547 CALLE SANTA RITA
PONCE, PR 00730

Numero Reclamación _____52458_____

Fecha de presentación (envío) _10 de julio, 2020_

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el _10_ de _Julio_ de _2020_ lo siguiente:

1. Evidencia de trabajo de Puerto Rico Telephone Company en Ponce, Puerto Rico – ELA, como Gerente del Departamento de Operaciones de Planta en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA desde el _20_ de _mayo_ de _1974_ hasta el _30_ de _septiembre_ de _2006_. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $___31,700.00___.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,


HIGINIO HERNANDEZ GOMEZ
Nombre en letra de molde

_[signature]_ 10/7/20
Firma y fecha

RECLAMANTE: __HIGINIO HERNANDEZ GOMEZ__

NUMERO DE PROCEDIMIENTO __17 BK 3283 - LTS__

NUMERO DE RECLAMACION: ____52458____

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 20 de mayo de 1974 hasta el 30 de septiembre de 2006 como Gerente del Departamento de Operaciones de Planta en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA

1. Ley 89 – julio 1995 – ROMERAZO CANTIDAD $ 31,700.00

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,


HIGINIO HERNANDEZ GOMEZ
Nombre en letra de molde

_Higinio Hernández_  10 de julio 2020
Firma y fecha