

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

**HIGINIO HERNANDEZ**
XXX-XX-7142

Para el ex empleado de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 20 de mayo de 1974.
- Trabajó como empleado regular hasta el 01 de octubre de 2006.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a viernes, 10 de julio de 2020.

*Abigail Alejandro González*
Abigail Alejandro González
Oficial de Compensación
Compensación y Récords