Higinio Hernández Gómez
Ext. Santa Teresita
4547 calle Santa Rita
Ponce, P.R. 00730



CERTIFIED MAIL

7020 0090 0000 8280 1263

U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
JUL 13, 20
AMOUNT
$7.60
R2305M144696-03

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados
Unidos
Room 150 Federal Building
San Juan, PR 00918-1767