3 de julio de 2020



A quien pueda interesar:

Saludo, debido a razón fuera de mi voluntad no le había contestado antes lo solicitado. En las demanda número 110751 contra el Estado Libre Asociado de Puerto Rico estoy reclamando Ley 89 (Romerazo) por los pasos de años de servicios en el Departamento de Educación.

Adjunto envió evidencia de la Certificación de Empleo del Departamento de Educación donde actualmente estoy trabajando. De necesitar alguna otra información estaré a su disposición.

Cordialmente
Luz E. Vázquez Sepúlveda

(787) 506-2921