

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

3 de julio de 2020

A quien pueda interesar:

Certifico que **LUZ E. VAZQUEZ SEPULVEDA**, número de seguro social **XXX-XX-2810** labora en nuestra Agencia desde **1 de enero de 1996** al **Presente**.

Actualmente, ocupa puesto en calidad de **OFICINISTA MECANOGRAFO II** en **JOSE CAMPECHE (ESPECIALIZADA), BAYAMON**, Oficina Regional Educativa de **BAYAMON** y devenga un salario de **$1,962.00** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Juan Francisco Rivera Aponte
Secretario Auxiliar de Recursos Humanos

La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.

P.O. Box 190759, San Juan PR 00919-0759



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.