SAN JUAN PR 009
16 JUL 2020 PM 2 L

Secretaría (Clerk's Office)
Tribunal de Distrito de los EU.
Room 150 Federal Building
San Juan, PR 00918-1767

Luz E Vázquez Sepúlveda
Calle 11 #J19 Urb El Cortijo
Bayamón PR 00956

RECEIVED & FILED
2020 JUL 21 AM 8:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.