RECLAMANTE: Yolanda Rodríguez Serrano

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: _____

Número Celular: 939-849-1001
Número Res: 787-260-2015

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el ___ de **agosto** de **1985** hasta el **2|3** de **diciembre** de **2009** como **Maestra Educación Elemental - Escuela Rutherford B. Hayes Región Santa Isabel, P.R.** ~~de la Puerto Rico Telephone Company~~ ELA.

1. ~~Ley 89 - julio 1995 - ROMERAZO CANTIDAD $~~ ____

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Yolanda Rodríguez Serrano
Nombre en letra de molde

Yolanda Rodríguez Serrano    15 julio 2020
Firma y fecha

Cantidad Adeudada

① Ley 89 - Julio - 1995 - Romerazo          $ 16,800.00
② Ley 134 -          1996 Aport Acum. Retiro  $ 15,600.00
③ Ley 96 - Julio - 2002 Aumento Sueldo       $ 8,400.00
④ Ley 164 -  Julio - 2003 Aumento Sueldo     $ 7,200.00
⑤ Ley 164 - enero - 2004 Sila M. Calderón    $ 6,000.00
⑥ Ley 109   Junio - 2008 Esc. Sal. Pasos     $ 1,200.00

Total = 55,200.00

RECEIVED & FILED 2020 JUL 21 AM 8:09 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN P.R.

RECLAMANTE Yolanda Rodríguez Serrano

DIRECCION HC 03 Box 15404
Juana Díaz, Puerto Rico
00795

Numero Reclamación _____

Fecha de presentación (envío) 16 de julio de 2020

Deudor <u>Commonwealth of Puerto Rico</u>

    Por este medio incluyo con mi reclamación presentada el 16 de Julio de 2020 lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce~~ Departamento de Educación Reg. Santa Isabel, Puerto Rico – ELA, como Maestra Educación Elemental desde el ___ de agosto de 1985 hasta el 23 de diciembre de 2009 (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 55,200.00.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Yolanda Rodríguez Serrano
Nombre en letra de molde

*Yolanda Rodríguez Serrano* julio 15, 2020.
Firma y fecha

# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre _Yolanda Rodriguez Serrano_

Dirección Postal _HC 3 BOX 15404_
_Juana Díaz, Puerto Rico_
_00795_

Teléfono de contacto res. _787-260-2015_ cel. _939-849-1001_

## II. Epígrafe

A. Secretaria (Clerk's Office)
    Tribunal de Distrito de los Estados Unidos
    Room 150 Federal Building
    San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
   _Ley #134-Aport. Acum. Retiro        1996_
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
        Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004
   _Ley #164 (2003) Aumento Sueldo   ~~Julio 2008~~ enero 2003_

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995
   _Ley 134 Aport Acum Ret        1996_
   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   _Ley 164 (2003) Aumento Sueldo     Julio de 2003_
   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

**IV. Documentación Justificativa**

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company, Ponce,~~ *Departamento Educación Region Sta. Isabel* Puerto Rico desde el _____ de *agosto* de *1985* hasta el *23* de *diciembre* de *2009*. Culmine mi laborar como *Maestra Educación Elemental Rutherford B. Hayes Reg Sta. Isabel* ~~en Puerto Rico Telephone Company, Ponce,~~ Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

*Yolanda Rodriguez Serrano*
Nombre en letra de molde

*Yolanda Rodriguez Serrano 15 julio 2020.*
Firma

Proof of Claim: **<CLAIM NUMBER>** _____
Claimant: **>CLAIMANT NAME<** *Yolanda Rodriguez Serrano*

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

2020 JUL 21 AM 8:09

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:
- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ■ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)
    _____

2. **What is the amount of your claim (how much money do you claim to be owed):**
    _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed: *Isabel, P.R. FL*
*Departamento de Educación - Región Santa Isabel, P.R.*

3(b). Identify the dates of your employment related to your claim:
*Desde agosto 1985 hasta 23 de diciembre de 2009*

3(c). Last four digits of your social security number: *5424*

3(d). What is the nature of your employment claims (select all applicable):
   ☐ Pension
   ☒ Unpaid Wages
   ☐ Sick Days
   ☐ Union Grievance
   ☐ Vacation
   ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).
   Ley 89-1995-Romerazo, Ley 134-1996, Ley 96-2002, Ley 164-2003, Ley 164-2004 y Ley 109-2008.

4. **Legal Action** Does your claim relate to a pending or closed legal action?

   ☒ No
   ☐ Yes

4(a). Identify the department or agency that is a party to the action.
   N/A

4(b). Identify the name and address of the court or agency where the action is pending:
   N/A

4(c). Case number: N/A

4(d). Title, Caption, or Name of Case: N/A

4(e). Status of the case (pending, on appeal, or concluded): N/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)
   If yes, what is the date and amount of the judgment? N/A.