**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico que La Profesora YOLANDA RODRIGUEZ SERRANO, es pensionada del Sistema de Retiro para Maestros desde el 23 de Diciembre de 2009 . Recibe una pensión mensual vitalicia de **$1,984.74** equivalente a **$23,816.88** anual. Luego de las deducciones mensuales recibe un sueldo neto de **$1,821.66** mensual.

Esta certificación se expide hoy, 8 de Julio de 2020, en San Juan, Puerto Rico.

Jorge I. Rohena Gotay
Supervisor
Sala de Servicio

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

