Yolanda Rodriguez Serrano
AC03 Box 15404
Juana Diaz, Puerto Rico
00795




U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
JUL 15, 20
AMOUNT
$1.20
1000   00918   R2304W119590-03

RECEIVED & FILED
2020 JUL 21 AM 8:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767