Geovanny Ortiz Pérez
Inst. 501 de Bayamón, 2E
50 Carr. 5 Ind. Luchetti
Bayamón, P.R. 00961-7403

RECEIVED & FILED
2020 JUL 21 AM 8:07
CLERK'S OFFICE
U.S. DISTRICT COURT

SAN JUAN PR 009
26 JUL 2020 PM 2 L

To: Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767

0091881339