

22 de abril de 2020

Gloria Guzmán Ramos
HC 4 BOX 9834
UTUADO PR. 00641
guzmangloria485@gmail.com


Secretario (Clerks office)
Tribunal de Distrito de los Estados Unidos
#150 Chard on Avenue
Federal Building
San Juan Puerto Rico 00918.


PROMESA TITULO III

DEUDOR- COMMONWEALTH OF PUERTO RICO
THE FINANCIAL OVERSIGHT AND MANAGEMENT BORAD FOR PUERTO RICO,
AS REPRESENTATIVE OF THE COMMONWEATH OF PUERTO RICO, ET. AL.

NUMERO DE PORCEDIMIENTO- 17-BK 3283- LST
NUMERO DE PROCEDIMIENTO- 17-BK 3567
NUMERO DE PROCEDIMIENTO- 17- BK3566
NUMERO DE RECLAMACION – 40092

NOTIFICACION – LA PRESENTE RADICACION GUARDA RELACION CON EL ELA, LA ACT Y EL SER IDENTIFICADA LA RECLAMACION:


NOTIFICACION DE LA CENTESIMA QUINCUAGESIMA SEXTA OBGECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DEPUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRASPORTACION DE PUERTO RICO Y DELSISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A VARIOS RECLAMACIONES DEFICIENTES.

2-PAG.

EN LAS SIGUIENTES LEYES ESTAN DETALLADAS LAS REGLAMENTOS DE RETRIBUCIONES UNIFORME QUE NO SE ME HIZO JUSTICIA SALARIAL DESDE (20 DE AGOSTO DE 1995) ACTUALMENTE ESTOY TRABAJA

NUMERO DE RECLAMACION – 40092

MONTO DE LA RECLAMACION ALEGADA CANTIDAD- $43,800.00 DOLARES

LEY DE RETRIBUCION UNIFORME Y EL REGLAMENTO DE RETRIBUCION UNIFORME:

LEY 96 – DEL 1 JULIO DE 2002 – HON GOBERNADORA SILA MARIA CALDERON **(AUMENTO DE$100.00 DOLARES POR MES) EN VIGOR EL 30 DE JUNIO DE 2002. ($12,600.00) DEUDA**

LEY 164-2003- DEL 22 DE JULIO 2003 $100.00 DOLARES DE AUMENTO EFECTIVO EL 1RO DE ENERO DE 2004 – AUMENTO PASO POR MERITO, BONO DE PRODUCTIVIDAD **(DEUDA DE $19,200.00 DOLARES)**

RECLASIFICACION NO LA HAY DESDE EL AÑO 2000 HASTA EL PRESENTE

PAGO POR ALTO RIEGO – CONTACTO DIRECTO CON CONFINADOS SIENDO CIVIL, (RONDAS DE LA INSTITUCION)

PASO POR MERITO CADA 5 AÑOS **(CADA PASO ES DE $50.00 DOLARES) CANTIDAD ($12,000.00)** NO DEVENGADOS ART.6 – LOS AUMENTOS DE SUELDO CONCEDIDOS MEDIANTE ESTA LEY NO TIENE EL EFECTO DE INTERRUMPIR EL TIEMPO PARA SER ACREEDOR DE UN AUMENTO POR AÑOS DE SERVICIOS.

ATTEM.

GLORIA GUZMAN RAMOS