Gloria Guzman Manos
HC 4 Box 9834
Utuado PR. 00641

RECEIVED
2020 JUL 21 PM 4:46
CLERK'S OFFICE
U.S. DISTRICT COURT

7019 0140 0000 8692 9956

Secretaria Clerk's Office
Tribunal de Distrito de los Estados Unidos
150 Ave. Carlos Chardon Ste. 150
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

U.S. POSTAGE PAID
FCM LETTER
UTUADO, PR
00641
JUL 14, 20
AMOUNT
$6.95
R2305K135441-17