United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767



Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178k 3283-LTS

ONE HUNDRED FORTY-FIRST OMNIBUS OBJECTIO (NON-SUBSTANTIVE) OF THE COMMONWEAL THE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

Doc 8978-4

Proof of Claim:

Name and Address:

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico Departamento de Educación de Puerto Rico.

Ley 89 de 1984-Remerazo

Año Reclamados ___ 30 AÑOS

Cantidad Reclamada ___ $7,000.00

Ley ___ 164 ___

Años Reclamados ___ 30 AÑOS

Cantidad Reclamada ___ $30,000.00

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de: Junta de Supervisión y Administración Financiera para Puerto Rico. | PROMESA: Título III |
| | Núm. 17BK3283-LTS |
| Como representante del Estado Libre Asociado de Puerto Rio y otros, deudores. | (Administrada conjuntamente) |
| | La presente radicación guarda Relación con el ELA, la ACT, y el SRE. |

Réplica de la Centésima Cuadragésima Primera Objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico, y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos Deficientes en los que se alegan Intereses Sobre la Base de unas Leyes Puertorriqueñas no Especificadas.

Yo, ZULMA I. GODREAU GUEVARA vecina de la urbanización La arboleda C/22 #237 Salinas, Puerto Rico 00751. Con el número de teléfono: (787) 391-8067/939-339-0164

Reclamo al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III, ELA, ACT,SRE; Los aumentos de salarios correspondientes a las siguientes leyes:

La Ley # 89. 12 de julio 1979, Ley de Retribución Uniforme (Romerazo), $25.00 dólares mensuales.

La Ley #164. 22 de julio 2003, para conceder un aumento de sueldo de $100.00 dólares a los empleados públicos del Gobierno Central de Puerto Rico, aumento de $100.00 dólares mensuales efectivo el 1 de enero 2004.

La Ley #96. 1 de julio 2002 para conceder un aumento de sueldo por la cantidad de $100.00 dólares a los empleados públicos del Gobierno de Puerto Rico.

Página 2

Ley __96__

Años Reclamados __30 AÑOS__

Cantidad Reclamada __$21,000.00__

Adjunto evidencia en replica a la información solicitada:

1. REPLICO

2. CERTIFICADO DE MAESTRO DEPTAMENTO DE EDUCACION DE PUERTO RICO.

3. RECLAMACION DE COTIZACION DE AÑOS Y CANTIDAD RECLAMADO.

Solicito la adjudicación de mi petición, según corresponda a mis derechos por la Leyes anteriormente Especificadas.

Nombre: __ZULMA I. GODREAU GUEVARA__

Firma: __Zulma I. Godreau Guevara__  Fecha: __13 de febrero de 2020__