

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/26/2018
Proof of Claim No.: 60702

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Zulma I Godreau Guevara
Urb. La Avboledac-22 #237
Box 874
Salinas, PR 00751

## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

6 de febrero de 2020

# CERTIFICACION

Certifico que

| | |
|---|---|
| Seguro Social | : |
| Categoría | : MA. 3881 ESCUELA ELEMENTAL DEL K-6TO. |
| Distrito Escolar | : SALINAS |
| Sueldo Mensual | : $1,800.00 |
| Status | : PERMANENTE |

Nombre: ZULMA I. GODREAU GUEVARA

Observaciones :

| | |
|---|---|
| Trabaja | : N/A |
| Cesó | : N/A |
| Renunció | : Efectivo el Agosto 2008 |
| Otros | : Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 30 años y 4 meses. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/01/1969-2008 |

Cándida R. Chico-Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.