P.R. 1846 SRF 41409
ID 74702 MMLID 1831713 SUC 12770

Zulma I. Godreau Guevara
Urb. La Arboleda C-22 #237
Box 874 Salinas P.R. 00751
Tel- 787-391-8667



United States Court for
The District of Puerto Rico
Room 150 Federal Building
San Juan Puerto Rico 00918-1767