14 de julio de 2020



Seretaria (Clerk s Office
Tribunal de distrito de los Etados Unidos (United States District Court)
Sala 150 Edificio Federal
San Juan (Puerto Rico 00918-1767

Eddie Montalvo/Maria de L. Vazquez
Caso # 17BK 03283-LTS
El Estado Libre Asociado de Puerto Rico
Reclamacion #26492
$32,615.38

Entiendo que se me quiere confiscar el remanente de nuestra inversión original de $75,000.00 en Bonos del gobierno de PR que reunimos con ahorros para tener cierta seguridad en nuestra vejez. A travéz de los años esa cantidad ha sido diluida por diferentes efectos financieros que nunca entenderemos. Por sugerencias de UBS parte de la inversion fue transferida a Bonos de Cofina que respondian con el tax de ventas que pagamos todos los dias.

Para nosotros la cantidad que me queda de la inversión original es muy importante para nuestra vejez de 79 y 68 años respectibamente. Son muchos los gastos médicos y de cuido que tendremos que enfrentar.

No entiendemos cual fue la Objeción global que pretende quitarme el remanente de mi inversión . Eximir al gobierno de PR de pagar esta deuda a costa de los ciudadanos que confiaron su dinero al gobiernos de PR es cruel e incompresible, considerando que el gobierno continua cobrandonos ese tax en nuestras compras.

Debo establecer que no he recibido ninguna compensación por el dinero transferido a Cofina. Me agradararia, considerando, los millones que según las noticias se habian reservado para los deudores en la medida que fuera, saber quienes recibierón compensación y quienes no. Me pregunto si los los que objetaron fueron castigados y se compensaron a los que no objetaron. O peor , se nos discriminó por ser residentes de PR,
.
 Entiendo que que bajo la condición actual no recibamos el remanente de los invertido inmediatamente, pero seria justo que los recibiera mediante algun plan al efecto que se nos proponga.

Otra pegunta que agradeceria me contestaran, si el gobiernos de PR no es responsable, quién es. Adonde debo recurrir, que sucedió con toda la reserva acumulada para estos fines.?

Adjunto copias de nuestra objeción anterior, agradeceremos sus consideraciones al recpecto de manera que al menos podramos tener alguna solucion favorable.

Atentamente ,

*Eddie Montalvo*
Eddie Montalvo

*Maria de L. Vazquez*
Maria de L Vazquez