

Mr. Eddie Montalvo
1 Cond San Fernando Vlg Apt 102
Carolina, PR 00987

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos (*United States District Court*)
Sala 150 Edificio Federal
San Juan (Puerto Rico) 00918-1767

7020 0640 0000 0569 7026

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

0001

UNITED STATES
POSTAL SERVICE ®

U.S. POSTAGE PAID
FCM LETTER
CAROLINA, PR
00985
JUL 14, 20
AMOUNT
$4.10
h2304W120227-25

00018
2020 JUL 21
R2304W120227-25