# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre _Gladys González Nazario_

Dirección Postal _P.O Box 1648_
_Santa Isabel, Puerto Rico_
_00757_

Teléfono de contacto res. _—_  cel. _787-560-4093_

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:
   _Ley #89 - Aumento Sueldo    Julio 1979_
   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
   _Ley 164 Aumento sueldo    Julio de 2003_
   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995
_Ley 89 Aumento Sueld    Julio 1979_
Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004
_Ley #109 (2008 Esc. Sal. Pasos        Junio 2008_

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone~~ *Departamento de la Familia J.D.* ~~Company, Ponce,~~ Puerto Rico desde el _26_ de _Marzo_ de _1974_ hasta el _30_ de _Noviembre_, de _2009_. Culmine mi laborar como _Oficinista Dactilografo III en Departamento de la Familia J.D. P.R_ ~~en Puerto Rico Telephone Company, Ponce,~~ Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo.~~

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Gladys González Nazario_
Nombre en letra de molde


_[signature]_
Firma

RECLAMANTE  Gladys González Nazario

DIRECCION  P.O. Box 1648, Santa Isabel, P.R. 00757

Numero Reclamación  125746

Fecha de presentación (envío)  15 de julio de 2020

Deudor <u>Commonwealth of Puerto Rico</u>

Por este medio incluyo con mi reclamación presentada el 15 de Julio de 2020 lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company~~ Departamento de La Familia J.D. en ~~Ponce,~~ Puerto Rico – ELA, como Oficinista Dactilografo I4 desde el 26 de Marzo de 1974 hasta el 30 de Noviembre de 2009. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ ~~79,600.00~~ 75,600.00.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Gladys González Nazario
Nombre en letra de molde

_[signature]_
Firma y fecha  15/julio/2020

Proof of Claim: &lt;CLAIM NUMBER&gt; 125146

Claimant: &gt;CLAIMANT NAME&lt; Gladys González Nazario

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ■ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

    _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:

Departamento de la Familia - Juana Díaz, PR - ELA

3(b). Identify the dates of your employment related to your claim:

_____

3(c). Last four digits of your social security number: 5671

3(d). What is the nature of your employment claims (select all applicable):
▢ Pension
◼ Unpaid Wages
▢ Sick Days
▢ Union Grievance
▢ Vacation
▢ Other (Provide as much detail as possible. Attach additional pages if necessary).
Ley 89-1979, Ley 89-1995, Ley 96-2002, Ley 64-2003, Ley 16 y 2004 y Ley 106 2008.

4. **Legal Action** Does your claim relate to a pending or closed legal action?

◼ No
▢ Yes

4(a). Identify the department or agency that is a party to the action.
N/A

4(b). Identify the name and address of the court or agency where the action is pending:
N/A

4(c). Case number: N/A

4(d). Title, Caption, or Name of Case: N/A

4(e). Status of the case (pending, on appeal, or concluded): N/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one) N/A
If yes, what is the date and amount of the judgment?

RECLAMANTE: Gladys González Nazario

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 125746

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 24 de Marzo de 1974 hasta el 30 de Noviembre de 2009 como Oficinista Dactilografo III Departamento de la Familia - J.D. P.R. de la Puerto Rico Telephone Company - ELA.

#1. Ley 89 – julio 1995 – ROMERAZO       CANTIDAD $ 16,800.00

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Gladys González Nazario
Nombre en letra de molde

Gladys González Nazario
Firma y fecha
15 julio 2020

| | Cantidad Adeudada |
|---|---|
| (2) Ley 89 Julio -1979 - Retribución Uniforme ~~Aumento Sueldo~~ | $36,000.00 |
| (3) Ley 96 Julio - 2002 - Aumento Sueldo | $8,400.00 |
| (4) Ley 164 Julio - 2003 - Aumento Sueldo | $7,200.00 |
| (5) Ley 104 enero - 2004 - Sila M. Calderón | $6,000.00 |
| (6) Ley 109 Junio - 2008 - Esc. Sal. Pasos | $1,200.00 |
| | $58,800.00 |
| Ley 89 - Romerazo | + $16,800.00 |
| Total = | 75,600.00 |