**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Gonzalez Nazario, Gladys | 125746 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Gonzalez Nazario, Gladys | 125746 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

ESTADO LIBRE ASOCIADO DE PUERTO RICO

**DEPARTAMENTO DE SERVICIOS SOCIALES**

SAN JUAN, PUERTO RICO

Dirija toda correspondencia
oficial al Secretario



8 de agosto de 1974

Srta. Gladys González Nazario
Calle E #138
Río Cañas Abajo
Aptdo. 405
Juana Díaz, Puerto Rico

Estimada señorita González:

    Con satisfacción le informo que usted ha sido seleccionada para ocupar un puesto de  Oficinista Dactilógrafo I  en el servicio exento de acuerdo a las disposiciones de la Resolución Conjunta #5 del 26 de marzo de 1974 en el Programa de Cupones para Alimentos, en  la Oficina Local de Juana Díaz .

    Su nombramiento será efectivo el  8 de agosto de 1974  y devengará un sueldo mensual de  $350.00 .

    Al darle la bienvenida a nuestro Departamento de Servicios Sociales le exhorto a desempeñar las funciones de su cargo con el más alto sentido de responsabilidad, lealtad y dedicación al servicio público.

Cordialmente,

Iris Marta Figueroa
Jefe Interina
Nombramientos y Cambios

**ADSEF**     Administración de Desarrollo Socioeconómico de la Familia

28 de diciembre de 2009

**POR CORREO CERTIFICADO**
**CON ACUSE DE RECIBO**

ADSEF0961
GLADYS GONZALEZ NAZARIO
PO BOX 1648
SANTA ISABEL PR 00757-1648

### ESTA CARTA NO ES UNA CARTA DE CESANTÍA
### ES UNA NOTIFICACIÓN DE ANTIGÜEDAD EN EL SERVICIO PÚBLICO

### CERTIFICACIÓN DE FECHA DE ANTIGÜEDAD

Estimado(a) señor(a) GLADYS GONZALEZ NAZARIO:

Auxiliar de Sistemas de Oficina III

Por la presente se certifica su fecha de antigüedad total en el servicio público al 17 de abril de 2009, conforme a lo dispuesto en la Ley Núm. 7 de 9 de marzo de 2009, según enmendada, y la Carta Circular Núm. 2009-16 emitida el 2 de noviembre de 2009 por la Junta de Reestructuración y Estabilización Fiscal ("JREF").

**Antigüedad Total al 17 de abril de 2009:**     34 años 8 meses y 8 días

El proceso de notificación de antigüedad ha sido reiniciado en atención a las reclamaciones presentadas por ciertas organizaciones sindicales ante los Tribunales.

De usted no estar de acuerdo con la antigüedad aquí certificada deberá presentar por sí, y de ser el caso, a través de su organización sindical, a la Oficina de Recursos Humanos de su Agencia el documento titulado: "Formulario de Impugnación de Fecha de Antigüedad Certificada" (el "Formulario"). Este documento será provisto por su Agencia o podrá tener acceso al mismo en la siguiente dirección electrónica: www.jrefpr.org. Deberá acompañar junto al Formulario evidencia documental fehaciente, la cual deberá ser emitida por la entidad gubernamental pertinente, que refute la antigüedad que le ha sido aquí certificada.

El término que usted, o de ser el caso, su organización sindical, tendrá para presentar ante la Oficina de Recursos Humanos de su Agencia el Formulario, acompañado de la evidencia documental fehaciente, es de treinta (30) días calendario a partir de la fecha de la notificación de esta certificación. La fecha de notificación será la del envío por correo certificado con acuse de recibo de la presente certificación. De no presentar el Formulario y la evidencia documental fehaciente dentro del término de treinta (30) días antes