Gladys González Nazario
P.O. Box 1648
Santa Isabel, P.R. 00757





Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767