# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>            Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## CLAIMANT LEONARD LAMM'S RESPONSE TO THE ONE HUNDRED AND NINETY-EIGHTH OMNIBUS OBJECTION

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), on behalf of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority, filed its "One Hundred and Ninety-Eight Omnibus Objection" ("Objection") on June 11, 2020, seeking to disallow certain proofs of claim filed in this case. The Oversight Board alleges that the listed claims are duplicative of Master Claims brought by the Bank of New York Mellon. Claim number 48727, belonging to Claimant, Leonard Lamm[1] ("Mr. Lamm"), is listed as one of those duplicative claims. Mr. Lamm responds as follows:

"Exhibit A" to the Objection lists Mr. Lamm's claim number 48727, stating that "claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issue by HTA that are duplicative of one or more Master Proofs of Claim...", but provides no confirming backup data.

---

[1] Leonard Lamm's contact information: 10401 Grosvenor Place #108, Rockville, MD 20852; counsel@jmelawpc.com; 202.364.4220

Mr. Lamm's claim lists two different bonds (see attached "Exhibit A"); however, the Oversight Board has failed to state <u>which</u> of the two bonds is duplicative or to provide proof, and seeks to disallow the entire claim. If Mr. Lamm's claim regarding a bond is duplicative, proof should be offered and only the bond that is duplicative should be disallowed, not the <u>entire</u> claim as the Oversight Board suggests.

The Oversight Board has failed to produce the original CUSIP numbers of the allegedly duplicative bonds. Without that information, Mr. Lamm cannot verify that his listed bonds are, in fact, duplicative and that he has already shown entitlement to relief pursuant to the New York Mellon Master Claim.

Wherefore, Claimant Leonard Lamm respectfully requests that this Court order the Oversight Board to produce the original CUSIP numbers of the listed duplicative bonds to Mr. Lamm, and if Mr. Lamm establishes that his claim for any bond is duplicative, he will withdraw it. He respectfully submits that it is patently unfair to disallow his claim as to any non-duplicative bond, and certainly it would be unfair to deny his entire claim 48727 in the absence of substantiation of the alleged duplication.

Respectfully submitted by:

Leonard Lamm

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing "Claimant Leonard Lamm's Response to the One

Hundred and Ninety-Eighth Omnibus Objection" was served this ___ day of _____ , 2020

via first-class mail, postage prepaid, to the following recipients:

**Clerk's Office**
**United States District Court**
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

**Counsel for the Oversight Board**
**Proskauer Rose LLP**
Eleven Times Square
New York, New York 10036-8299
Attn: Martin J. Bienenstock
Brian S. Rosen

**Counsel for the Creditors' Committee**
**Paul Hastings LLP**
200 Park Avenue
New York, New York 10166
Attn: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

Leonard Lamm