Leonard Lamm
10401 Grosvenor Place #108
Rockville, MD 20852






CERTIFIED MAIL

7019 2970 0002 3088 7656

U.S. POSTAGE PAID
FCM LG ENV
WASHINGTON, DC
20016
JUL 14, 20
AMOUNT
$7.60
R2305K131660-14

Clerk's Office
United States District Court
Rm 150 Federal Building
San Juan, Puerto Rico 00918-1767