RECLAMANTE: **Nereida Rivera De Jesús**

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: _____

Numero De Celular: 787-202-0510

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el **11** de **septiembre** de **1979** hasta el **30** de **octubre** de **2009** como **Maestra de Nivel Elemental (4-6) en Departamento De Educación** de la ~~Puerto Rico Telephone Company~~ ELA.

※ 1. Ley 89 – julio 1995 – ROMERAZO     CANTIDAD $ **16,800.00**

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

**Nereida Rivera De Jesús**
Nombre en letra de molde

**Nereida Rivera De Jesús    17-julio-2020**
Firma y fecha

|  |  |  | Cantidad Adeudada |
|---|---|---|---|
| ※2. Ley 89 Julio | 1979 | Retribución Uniforme | $ 36,000.00 |
| 3. Ley 89 Julio | 1995 | Romerazo | $ 16,800.00 |
| 4. Ley 134 | 1996 | Aport. Acumulado Retiro | $ 15,600.00 |
| 5. Ley 96 Julio | 2002 | Aumento Sueldo | $ 8,400.00 |
| 6. Ley 164 Julio | 2003 | Aumento Sueldo | $ 7,200.00 |
| 7. Ley 164 Enero | 2004 | Sila M. Calderón | $ 6,000.00 |
| 8. Ley 109 Junio | 2008 | Escala Salarial Pasos | $ 1,200.00 |
|  |  | Total = | $ 91,200.00 |

RECLAMANTE Nereida Rivera DeJesús

DIRECCION HC03 Box 15429
Juana Díaz, Puerto Rico
00795

Numero Reclamación _____

Fecha de presentación (envío) 17 de Julio de 2020

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el 17 de Julio de 2020 lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce~~ Departamento de Educación, Puerto Rico – ELA, como Maestra de Nivel Elemental 4-6 desde el 11 de septiembre de 1979 hasta el 30 de octubre de 2009. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 91,200.00.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Nereida Rivera DeJesús
Nombre en letra de molde

Nereida Rivera De Jesús - 17-julio-2020
Firma y fecha

**DEPARTAMENTO DE EDUCACIÓN**

Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Informe de Cambios - Personal Docente

| Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | NEREIDA RIVERA DE JESUS | |
| 2. Seguro Social | 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 | |
| 3. Lugar y Fecha de Nacimiento | JUANA DIAZ 7/MAYO/1956 | |
| 4. Sexo | FEMENINO | |
| 5. Estado Civil | CASADA | |
| 6. Preparación Académica | BA | |
| 7. Experiencia | | |
| 8. Status | PERMANENTE | |
| 9. Sueldo Bruto | | |
| 10. Número de Puesto | R-25601 | |
| 11. Categoría de Puesto | MAESTRA ELEMENTAL 4-6 | |
| 12. Nivel de Puesto Directivo | ELEMENTAL | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de Cuenta | | |
| 15. Fecha de Efectividad | 30 DE OCTUBRE DE 2009 | |
| 16. Accion y Duracion | JUBILACION | |
| 17. Causa de Cese | | |
| 18. Ultimo Día de Trabajo | | |
| 19. Ultimo Día de Pago | | |
| 20. Programa Escolar, nivel y grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | JUANA DIAZ | |
| 23. Escuela | SU ZOILO GRACIA | |
| 24. Dirección: P.O BOX HC 03 BOX 15429 | JUANA DIAZ,PR 00795 | TELEFONO RESIDENCIAL: 787-202-0510 |
| 26. Observaciones | SE ACOGE A SU JUBLILACION. | |

VO BO_____

| 27. En caso de cambio de "status" a probatorio o permanente, traslado, reasignacion permanente, reubicacion o descenso.<br><br>no+<br>_____ _____<br>Firma del Empleado        Fecha | 29. Deseo: ___Acogerme   ___No Acogerme<br>Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatoriao o permanente.<br><br>_____ _____<br>Firma del Empleado        Fecha |
|---|---|
| 28. Recomendado<br>*[firma]* 13oct09<br>Director de Escuela      Fecha | 30. Recomendado<br>_____ _____<br>Director de Escuela      Fecha |
| 31. Aprobado: Por el Secretario o su Representante | |
| _____<br>Firma | _____<br>Fecha |

Preparado por y Fecha:

Si el nombramiento es con estatus transitorio provisional el mismo constituye un CERTIFICADO PROVISIONAL DE MAESTRO.

# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre: Nereida Rivera De Jesús

Dirección Postal: HC03 Box 15429 Juana Díaz, Puerto Rico 00795

Teléfono de contacto res. — cel. 787-202-0510

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo:

#49762 - Ley #89 Ret. Uniforme – Romerazo - Efectiva en 1 de julio de 1995 Julio 1979
Ley #134 - Apo.t. Acum. Retiro 1996
#94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
Ley 164 Aumento Sueldo Julio 2003
#96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Ret Unif.
Ley 89 Romerazo – Efectiva en 1 de julio de 1995  Julio 1979
Ley 134 Apo.t Acu. Ret  1996
Ley de Escala Salarial – Pasos del 6 de junio de 2008
Ley 164 Aumento Sueldo  Julio 2003
Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los anos de servicio con ~~Puerto Rico Telephone Company, Ponce,~~ Departamento de Educación, Puerto Rico desde el _11_ de _septiembre_ de _1979_ hasta el _30_ de _octubre_ de _2009_. Culmine mi laborar como _Maestra de Nivel Elemental - 4-6 Dpto. Educ_ ~~en Puerto Rico Telephone Company, Ponce,~~ Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.
(i) Certificación de Empleo en Departamento de Educación, ELA

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Nereida Rivera De Jesús_
Nombre en letra de molde

_Nereida Rivera De Jesús_   17-julio-2020
Firma