Nereida Rivera De Jesús
HC 03 Box 15429
Juana Díaz, Puerto Rico
00795

 

U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
JUL 16, 20
AMOUNT
$1.20
R2304W119590-03

RECEIVED & FILED
2020 JUL 21 PM 4:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767