Tribunal de Distrito de los Estados Unidos

Para el Distrito de Puerto Rico (el Tribunal)

Como es de su conocimiento en Puerto Rico desde el 28 de Diciembre de 2019 hemos estado siendo afectados por una serie de terremotos.

El Presidente de Estados Unidos Donald Trump declaro a Puerto Rico zona de desastre. Por tal motivo tuve incovenientes para recopilar y hacerles llegar toda la evidencia necesaria de reclamación, debido a que las oficinas y dependencias del Gobierno de Puerto Rico permanecieron cerradas por un extenso periodo de tiempo. Fueron abiertas durante un corto tiempo, pero actualmente permanecen cerradas, debido a la pandemia del coronavirus.

Los casos reclamados son los siguientes:

1-Deudor el Estado Libre Asociado de Puerto Rico-ley 89- numero de reclamación *134498*

2-Deudor Sistema de Retiro de los emplados del Gobierno del Estado Libre Asociado de Puerto Rico Ley 9 número de reclamacion

Todos fueron presentados el 28 de junio de 2018.

Solicito una extensión de la gestión y justificación que les estoy presentando por escrito y tomen en consideración dicha causa y procedan a validar mis evidencias enviadas.

Sin más nada queda de ustedes:

*[firma] María M. Rivera*

RECEIVED & FILED
2020 JUL 21 PM 4: 47
CLERK'S OFFICE
U.S DISTRICT COURT

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767



Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educacion

No. 178 K 3283-LTS

One hundred twenty –seventh OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of claim- 134498 (Ley 89), 137543 (Ley 96), Ley 9

Name and Address

María M. Rivera Fontánez
Calle Jumacao CC-28
Parque del Monte
Caguas, P.R. 00727

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico y al Departamento de Educacion de Puerto Rico.

Ley 89 de 1984- Romerazo

Años reclamados ___26___

Cantidad reclamada- $31,200.00

Ley 9 del año 2007

Años reclamados- _____

Cantidad reclamada- $5,790.70

— Ley 96 (2002)
Años reclamados: 8
Cantidad reclamada
aproximada $9,600.00

Adjunto evidencia en replica a la información solicitada

1- certificacion de la Junta de Retiro para maestros de Puerto Rico

2- _____

3- _____

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente especificadas.

Nombre: María M. Rivera Fontánez

Firma: María M. Rivera           Fecha: 15 julio 2020

Centésima cuadragésima octava objeción global relacionada con Prime Clerk # caso 17BK03566 LTS, número de reclamación

Distrito Federal de E.U. para distrito Estado Libre Asociado de P.R.

Soy la Sra. María M. Rivera Fontánez. Mi dirección postal es Calle Jumacao CC-28 Parque del Monte Caguas, P.R. 00727 .Mi teléfono es 787-205-9345

Durante 33 años trabajé como personal docente para el Departamento de Educación de P.R., desde 1976 hasta 31 mayo 2010 , fecha en la que me acogí al retiro.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los años correspondientes a la ley 89, ley 96 y ley 164.

Adjunto le envío copias de la evidencia que me confirman dichas alegaciones ( número de reclamación ( 121592 ) Ley 106

De necesitar alguna otra evidencia favor de comunicarse conmigo.

Atentamente,

*María M. Rivera*

Fecha 18 de julio de 2020

Centésima cuadragésima octava objeción global relacionada con Prime Clerk # caso 17BK03566 LTS, número de reclamación

Distrito Federal de E.U. para distrito Estado Libre Asociado de P.R.

Soy la Sra. María M. Rivera Fontánez. Mi dirección postal es Calle Jumacao CC-28 Parque del Monte Caguas, P.R. 00727 .Mi teléfono es 787-205-9345

Durante 33 años trabajé como personal docente para el Departamento de Educación de P.R., desde 1976 hasta 31 mayo 2010 , fecha en la que me acogí al retiro.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los años correspondientes a la ley 89, ley 96 y ley 164.

Adjunto le envío copias de la evidencia que me confirman dichas alegaciones ( número de reclamación ( 134498 ) Ley 89

De necesitar alguna otra evidencia favor de comunicarse conmigo.

Atentamente,

María M. Rivera

Fecha 13 de junio de 2020

Centésima cuadragésima octava objeción global relacionada con Prime Clerk # caso 17BK03566 LTS, número de reclamación

Distrito Federal de E.U. para distrito Estado Libre Asociado de P.R.

Soy la Sra. María M. Rivera Fontánez. Mi dirección postal es Calle Jumacao CC-28 Parque del Monte Caguas, P.R. 00727. Mi teléfono es 787-205-9345

Durante 33 años trabajé como personal docente para el Departamento de Educación de P.R., desde 1974 hasta 31 mayo 2010, fecha en la que me acogí al retiro.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los años correspondientes a la ley 89, ley 96 y ley 164.

Adjunto le envío copias de la evidencia que me confirman dichas alegaciones ( número de reclamación ( 137543 ) Ley 96

De necesitar alguna otra evidencia favor de comunicarse conmigo.

Atentamente,

María M. Rivera

Centésima cuadragésima octava objeción global relacionada con Prime Clerk # caso 17BK03566 LTS, número de reclamación

Distrito Federal de E.U. para distrito Estado Libre Asociado de P.R.

Soy la Sra. _María M. Rivera Fontánez_ . Mi dirección postal es _Calle Jumacao CC-28 Parque del Monte Caguas, P.R. 00727_ . Mi teléfono es _787- 205-9345_

Durante _33_ años trabajé como personal docente para el Departamento de Educación de P.R., desde _1976_ hasta _31 mayo 2010_ , fecha en la que me acogí al retiro.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los años correspondientes a la ley 89, ley 96 y ley 164.

Adjunto le envío copias de la evidencia que me confirman dichas alegaciones ( número de reclamación ( _126 739_ ) _Ley 164_

De necesitar alguna otra evidencia favor de comunicarse conmigo.

Atentamente,

_María M. Rivera_

Fecha 78 de julio de 2020

Centésima cuadragésima octava objeción global relacionada con Prime Clerk # caso 17BK03566 LTS, número de reclamación

Distrito Federal de E.U. para distrito Estado Libre Asociado de P.R.

Soy la Sra. María M. Rivera Fontánez. Mi dirección postal es Calle Tumacao CC-28 Parque del Monte Caguas, PR 00727. Mi teléfono es 787-205-9345

Durante 33 años trabajé como personal docente para el Departamento de Educación de P.R., desde 1976 hasta 31 mayo 2010, fecha en la que me acogí al retiro.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los años correspondientes a la ley 89, ley 96 y ley 164.

Adjunto le envío copias de la evidencia que me confirman dichas alegaciones ( número de reclamación ( 136 419 ) Ley Assistance Living 3%

De necesitar alguna otra evidencia favor de comunicarse conmigo.

Atentamente,

María M. Rivera