**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico que La Profesora MARIA M. RIVERA FONTANEZ, es pensionada del Sistema de Retiro para Maestros desde el 1 de Junio de 2010. Recibe una pensión mensual vitalicia de **$2,010.66** equivalente a **$24,127.92** anual. Luego de las deducciones mensuales recibe un sueldo neto de **$1,951.66** mensual.

Esta certificación se expide hoy, 15 de julio de 2020, en San Juan, Puerto Rico.

JORGE I. ROHENA GOTAY
Supervisor
Sala de Servicio

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

