María M. Rivera
Calle Jumacao CC-28
Urb. Parque del Monte
Caguas, P.R. 00727

**CERTIFIED MAIL**

7020 1290 0000 9214 0050




U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
JUL 16, 20
AMOUNT
$7.80
1000   00918   R2304M115256-11

RETURN RECEIPT REQUESTED

RECEIVED & FILED
2020 JUL 21 PM 4:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767