Secretaria (Clerk's office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767

13 de julio de 2020

Ref. Promesa
Caso #17Bk3283_Lts
Replica a la objeción global establecida
Por el Tribunal de 12 de diciembre de
2019. Referente a la solicitud de dinero no
Pagado por el Estado Libre Asociado de
Puerto Rico.

    Mi nombre es Annette Strubbe Planas. Trabajé en el Departamento de Educacción desde el año 1981 hasta el julio de 2013. En el año 2002 se legisló y se convirtió la ley núm 96 del 1 de julio de 2002, para conceder aumento salarial de 100 dólares mensuales a empleados públicos que estuviensen activos. También se legisló la ley #164 del 22 de julio de 2003 para conceder aumento de sueldo efectivo al 1ro de enero de 2004. La ley 89 reclamación laboral Romerazo daba un aumento de $40.00 a los empleados públicos del Estado Libre Asociado de Puerto Rico. Estos aumentos no me fueron concedidos a pesar de ser eligible para los mismos.

    La Cantidad reclamada será retroactiva a la fecha de las leyes hasta julio de 2013. Reclamaciones: 87164-ley 164, 83325, ley96$10,800, ley 89 y la ley costo de vida 3%.

    Solicito disculpas para enviar dicha información a tiempo, ya que he pasado por condiciones emocionales debido a los terremotos existentes en área sur de Puerto Rico, el Coronavirus (Covid 19), dónde permanece el Departamento de Educación y centros cerrados para probar mi reclamo y derecho.

Gracias.
Att;

Annette Strubbe Planas

Nombre: Annette Strubbe Planas
Direccion: Jardines Fagot 2715 calle Altamisa
        Ponce, P.R.00716
Email. annetestrubbe@yahoo.com
Tel. (787) 601-1091