7/10/2020

Leyes de Puerto Rico de 2003 en LexJuris.com



# Ley Núm. 164 del año 2003

**(P. de la C. 3485), 2003, ley 164**

Para conceder un aumento de sueldo de cien dólares a los empleados Públicos del Gobierno Central de ELA, efectivo el 1ro de enero de 2004

**Ley Núm.164 de 22 de julio de 2003**

Para conceder un aumento' de sueldo de cien (100) dólares a los empleados Públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico, efectivo el 1ro. de enero de 2004.

## EXPOSICION DE MOTIVOS

El propósito del servicio público a nivel central es el de brindar apoyo al desarrollo económico y social de Puerto Rico., Como tal, es el facilitador de los esfuerzos de la sociedad civil, En reconocimiento a la excelente labor y aportación que hacen los servidores públicos en beneficio de la sociedad, el Gobierno del Estado Libre Asociado de **Puerto Rico ha** propiciado diversas iniciativas para mejorar las condiciones de trabajo de los servidores públicos, mediante el diálogo en los procesos de negociación colectiva; aprobando leyes especiales para mejorar los beneficios marginales de los empleados públicos; concediendo aumentos a diversos grupos que incluyen: maestros, policías, bomberos y a empleados del Gobierno Central; propiciando, la revisión de planes de retribución; concediendo aumentos por mérito, aumentos o bonos de productividad y asistencia, entre otras.

Nuestra Administración, tiene el propósito de continuar ofreciendo las mejores condiciones salariales posibles a todos los servidores públicos, dentro de la realidad económica mundial y nuestra actual situación económica, de manera que se promueva el reclutamiento, selección y retención de los candidatos más aptos para el desempeño en el servicio público y a su vez se impulse una mayor productividad.

Conforme a lo anterior, se concede mediante esta Ley un nuevo aumento salarial de cien (100) dólares a ser efectivo en enero de 2004, a todos los empleados públicos que están bajo las condiciones estipuladas más adelante, disponiéndose que los empleados cubiertos bajo la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, que no hayan completado su proceso de negociación colectiva a la fecha de efectividad de esta Ley recibirán el aumento propuesto. No obstante, una vez recibido el aumento salarial otorgado por esta Ley, sólo podrán negociarse, colectivamente aumentos de sueldo adicionales con cargo al presupuesto para el Año Fiscal 2004-2005 y de futuros presupuestos.

## DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:

**Artículo 1.-**Los aumentos concedidos al amparo de esta Ley serán de la siguiente forma:

(a) Cien (100) dólares mensuales de aumento de sueldo a los empleados públicos que al 31 de diciembre de 2003 estén en servicio activo, sin distinción de status ni categoría. Cuando en un puesto se prestaren servicios a jornada parcial, el aumento a concederse será proporcional a la jornada de trabajo. Aquellos empleados vinculados al servicio que no estén en servicio activo al 1 de enero de 2004, tendrán derecho a recibir el aumento efectivo a la fecha que se reintegre al servicio.

El aumento de sueldo se concederá aun cuando el empleado esté devengando un sueldo igual o superior tipo máximo de la escala o que con el aumento excedan éste. Dicho aumento no afectará el margen retributivo de que disfrutan los empleados para mejoramiento salarial ni se ajustará a escala. Disponiéndose que las acciones de personal que se efectúen con posterioridad a la vigencia del presente aumento se tramitarán conforme a las normas que emita la Oficina Central de Asesoramiento Laboral y de Administración de Recursos Humanos, en armonía con la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como "Ley de Retribución Uniforme" y el Reglamento de Retribución Uniforme.

**Artículo 2.-**El costo del aumento de sueldo propuesto será sufragado por fondos a ser provistos mediante reembolso por la Oficina de Gerencia y Presupuesto, con cargo a las asignaciones que para este propósito se incluyeron en la Resolución Conjunta del Presupuesto General. Sin embargo, dicho reembolso cubrirá únicamente los sueldos que son sufragados con recursos provenientes del Fondo General. Se dispone que los empleados públicos que conforme a las fechas aquí establecidas cualifican para este aumento, pero cobran de otros fondos, reciban los mismos aumentos con cargo a los fondos especiales federales y estatales de los cuales cobran. Las agencias para las cuales trabajen este tipo de empleados públicos, así como aquellas cuyo presupuesto proviene de una fórmula, deberán hacer los ajustes correspondientes en dichos fondos para otorgar aumentos salariales, según lo dispuesto en este Artículo.

**Artículo 3.-**Para obtener el reembolso al que se hace referencia en el Artículo 2 de esta Ley, cada agencia que sufrague dichos aumentos del Fondo General someterá a la Oficina de Gerencia y Presupuesto una relación certificada que incluya nombre del empleado, número de: seguro social, clasificación del puesto, fecha que comenzó a trabajar, sueldo devengado y costo total para la agencia del aumento concedido. Dicha certificación debe recibirse en la Oficina de Gerencia y Presupuesto no más tarde del 1ro de abril de 2004.

**Artículo 4.-**Se excluyen de las disposiciones de esta Ley las siguientes agencias 0 dependencias públicas: (1) la Universidad de Puerto Rico; (2) las corporaciones públicas que tiene autoridad expresa para llevar a cabo convenios colectivos bajo las disposiciones de la Ley Núm. 130 de 8 de mayo de 1945, según enmendada, (3) los empleados municipales y/o aquellos que presten ser-vicios a los municipios; (4) los empleados cubiertos por la Ley Núm. 45 de 25 febrero de 1998, según enmendada, que hayan suscrito un convenio colectivo a la fecha de la vigencia de esta Ley que incluya concesión de aumentos de sueldos; y (5) los miembros del Personal del Sistema de Rango del Cuerpo de Bomberos de Puerto Rico.

**Artículo 5.-**El aumento concedido mediante esta Ley será efectivo el 1 de enero de 2004.

**Artículo 6.-**Los aumentos de sueldo concedidos mediante esta Ley no tienen el efecto de interrumpir el tiempo par ser acreedor de un aumento por años de servicio.

**Artículo 7.-**Aquellos empleados cubiertos bajo la Ley Núm. 45 de 25 de febrero de 1998, según enmendad, que reciban en este año fiscal el aumento dispuesto en esta Ley, sólo podrán negociar colectivamente aumentos de sueldo adicionales con cargo al presupuesto para el año fiscal 2004-2005 y de futuros presupuestos".

**Artículo 8.-**Toda disposición de ley que esté en conflicto con lo aquí dispuesto quedará sin efecto mientras tenga aplicabilidad esta Ley.

**Artículo 9.-**Esta Ley comenzará a regir inmediatamente después de su aprobación.

*Presidente de la Cámara*
*Presidente del Senado*

Nota Importante: Esta ley es copia de la ley original cuando fue aprobada, no incluye enmiendas posteriores.

Leyes de Puerto Rico de 2003 en LexJuris.com

Presione Aquí para regresar al Menú anterior y seleccionar otra ley.

## ADVERTENCIA

Este documento constituye un documento de las leyes del Estado Libre Asociado de P.R. que esta sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las leyes de Puerto Rico. Su distribución electrónica se hace como un servicio público a la comunidad. Siempre busque leyes posteriores para posibles enmiendas a esta ley.

# LexJuris de Puerto Rico siempre está bajo construcción.

Puerto Rico

## Ley Núm. 96 del año 2002

**(P. de la C. 2634) 2002 ley 96**
**(Reconsiderado)**

Para conceder un aumento de sueldo de cien (100) dólares a los empleados públicos del gobierno.

### LEY NUM. 96 DE 1 DE JULIO DE 2002

Para conceder un aumento de sueldo de cien (100) dólares a los empleados públicos del Gobierno Central del Estado Libre
Asociado de Puerto Rico, efectivo el 1ro. de julio de 2002.

### EXPOSICION DE MOTIVOS

Puerto Rico cuenta con miles de servidores públicos honestos y responsables que día a día dedican sus vidas al servicio de nuestra gente y  buscando el bienestar de todos los puertorriqueños.  El servidor público del Siglo 21, como representante de la honestidad y la dignidad del trabajo, goza de la confianza de esta Administración.

De igual forma, esta Administración está consciente de los sacrificios que realizan estos servidores públicos, quienes trabajan incesantemente para proveerle a la ciudadanía un servicio de excelencia, a cambio de una remuneración que propenda a una vida con limitaciones.  Aún así, estos hombres y mujeres que honran el servicio público le siguen sirviendo con desprendimiento y dedicación a Puerto Rico.

En la década de los años ochenta, se comenzó a desarrollar una nueva orientación de la política pública en cuanto a salarios y beneficios marginales para los empleados públicos, con el propósito de colocar a éstos a la par con los empleados de la empresa privada, en la medida que lo permitan los recursos públicos.  A tono con esta política pública, en el pasado se legisló para concederles aumentos generales de salario, aumentos en la aportación patronal para el pago de primas de los planes médicos, y aumentos permitidos por la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como "Ley de Retribución Uniforme", entre otros.  Así también, diversos grupos han recibido aumentos de salarios mediante la aprobación de leyes especiales como es el caso de los policías y los maestros.

Es la intención de esta Administración y de esta Asamblea Legislativa reconocer la ardua tarea que realizan estos empleados públicos para adelantar la calidad y la eficiencia de nuestra administración pública.

Por tanto, aún ante la estrechez económica a la que nos enfrentamos, y reconociendo el reclamo de los diversos grupos que representan el sector laboral gubernamental, es imperante hacerle justicia a nuestros empleados públicos, concediéndoles un aumento salarial de cien (100) dólares mensuales a los empleados públicos que estén bajo las condiciones que más adelante se establecen.

*DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

Artículo 1.-Los aumentos concedidos al amparo de esta Ley serán de la siguiente forma:

(a)   Cien (100) dólares mensuales de aumento de sueldo a los empleados públicos que al 30 de junio de 2002 estén en servicio activo, sin distinción de status ni categoría. Cuando en un puesto se prestaren servicios a jornada parcial, el

aumento a concederse será proporcional a la jornada de trabajo. Aquellos empleados vinculados al servicio que no estén en servicio activo al 1ro. julio de 2002 tendrán derecho a recibir el aumento efectivo a la fecha en que se reintegren al servicio.

El aumento de sueldo se concederá aun cuando el empleado esté devengando un sueldo igual o superior al tipo máximo de la escala o que con el aumento excedan éste. Dicho aumento no afectará el margen retributivo que disfrutan los empleados para mejoramiento salarial, ni se ajustará a escala. Disponiéndose que las acciones de personal que se efectúen con posterioridad a la vigencia del presente aumento se tramitarán conforme a las normas que emita la Oficina Central de Asesoramiento Laboral y de la Administración de Recursos Humanos, en armonía con la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como "Ley de Retribución Uniforme" y el Reglamento de Retribución Uniforme.

(b)   Cien (100) dólares a los empleados organizados en sindicatos bajo la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, incluidos en unidades apropiadas cuyo resultado de la fórmula bajo la Sección 7.5 de la ley antes citada es de cero o negativo. Aquellas unidades apropiadas cuyo resultado de la fórmula arroje positivo, pero menos de cien (100) dólares, recibirán un aumento equivalente a la diferencia entre cien (100) dólares y el resultado de dicha fórmula.

Artículo 2.-El costo del aumento de sueldo propuesto será sufragado por fondos a ser provistos mediante reembolso por la Oficina de Gerencia y Presupuesto, con cargo a las asignaciones que para este propósito se incluyeron en la Resolución Conjunta del Presupuesto General. Sin embargo, dicho reembolso cubrirá únicamente los sueldos que son sufragados con recursos provenientes del Fondo General. Se dispone que los empleados públicos que conforme a las fechas aquí establecidas cualifican para este aumento, pero cobran de otros fondos, recibirán los mismos aumentos con cargo a los fondos especiales federales y estatales de los cuales cobran. Las agencias para las cuales trabajen este tipo de empleados públicos deberán hacer los ajustes correspondientes en dichos fondos para otorgar aumentos salariales, según lo dispuesto en este Artículo.

Artículo 3.-Para obtener el reembolso al que se hace referencia en el Artículo 2 de esta Ley, cada agencia que sufrague dichos aumentos del Fondo General someterá a la Oficina de Gerencia y Presupuesto una relación certificada que incluya nombre del empleado, número de seguro social, clasificación del puesto, fecha en que comenzó a trabajar, sueldo devengado y costo total para la agencia del aumento concedido. Dicha certificación debe recibirse en la Oficina de Gerencia y Presupuesto no más tarde del 1ro. de septiembre de 2002.

Artículo 4.-Se excluyen de las disposiciones de esta Ley las siguientes agencias o dependencias públicas: (1) la Universidad de Puerto Rico; (2) las corporaciones públicas que tienen autoridad expresa para llevar a cabo convenios colectivos bajo las disposiciones de la Ley Núm. 130 de 8 de mayo de 1945, según enmendada; (3) los miembros uniformados de la Policía de Puerto Rico; (4) miembros del Personal del Sistema de Rango del Cuerpo de Bomberos de Puerto Rico; (5) los empleados municipales y/o aquellos que presten servicios a los municipios; (6) los empleados públicos cubiertos por la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, incluidos en unidades apropiadas cuyo resultado de la fórmula de la Sección 7.5 de la ley antes citada es igual o mayor de cien (100) dólares mensuales.

Artículo 5.-Los aumentos concedidos mediante esta Ley serán efectivos a partir del 1ro. de julio de 2002.

Artículo 6.-Los aumentos de sueldo concedidos mediante esta Ley no tienen el efecto de interrumpir el tiempo para ser acreedor de un aumento por años de servicio.

Artículo 7.-Toda disposición de ley que esté en conflicto con lo aquí dispuesto quedará sin efecto mientras tenga aplicabilidad esta Ley.

Artículo 8.-Esta Ley comenzará a regir inmediatamente después de su aprobación.

Presione Aquí para regresar al Menú anterior y seleccionar otra ley.

... y correcciones y publicación oficial de las leyes de Puerto Rico. Su distribución electrónica se hace como un servicio público a la comunidad. Siempre busque leyes posteriores para posibles enmiendas a esta ley.

# LexJuris de Puerto Rico siempre está bajo construcción.

Home| Leyes y Jurisprudencia | Información | Agencias | Profesionales | Biografías | Historia | Pueblos de Puerto Rico| Servicios Publicidad | Directorios | Compras | Eventos | Noticias | Entretenimiento |Publicaciones CD| Ordenanzas | Revista Jurídica |

© 1996-2002 LexJuris de Puerto Rico - Derechos Reservados.

# Aumento de 3% en las Pensiones bajo las Disposiciones de la Ley 218 de 1951

## Ley Núm. 39 de 13 de Junio de 2001

Para autorizar al Sistema de Retiro para Maestros de Puerto Rico aumentar un tres por ciento (3%) las pensiones bajo las disposiciones de la Ley Núm. 218 de 6 de mayo de 1951, según enmendada, concedidas con efectividad en o antes del 1ro. de enero de 1998; y proveer los fondos necesarios para cubrir el impacto económico de dicho aumento.

## EXPOSICION DE MOTIVOS

La Ley Núm. 218 de 6 de mayo de 1951, según enmendada, estableció el Sistema de Retiro para los Maestros de Puerto Rico que administra la Junta de Retiro para Maestros de Puerto Rico. El Sistema de Retiro para Maestros, según las disposiciones de ley vigentes, funciona como un fideicomiso de todos los maestros que son integrantes del sistema. Su función es invertir y custodiar las aportaciones periódicas que hacen los maestros y sus respectivos patronos para poder efectuar, en un futuro, los correspondientes pagos de pensión por retiro o incapacidad a los maestros.

Se reconoce que, con el paso del tiempo, el aumento en el costo de vida conlleva una disminución relativa del valor de las anualidades de los maestros. Por esta razón, se estableció mediante leyes especiales que efectivo el 1ro. de enero de 1992, efectivo el 1ro. de enero de 1995 y efectivo el 1ro. de enero de 1998, se aumentarían en un tres por ciento (3%) las anualidades concedidas en virtud de la Ley Núm. 218, antes citada, por edad, años de servicio o incapacidad y que se estuvieran percibiendo por lo menos tres años antes de la fecha de efectividad de los respectivos aumentos. De esta manera, el Gobierno enfrentó la obligación moral de ayudar a mejorar la condición de vida de los maestros pensionados, personas que dieron lo mejor de su vida al servicio del sistema educativo de Puerto Rico.

Es obligación del gobierno atender las necesidades de los maestros pensionados y siguiendo el compromiso moral ya establecido, mediante esta ley se aumenta en un tres por ciento (3%) las pensiones bajo las disposiciones de la Ley Núm. 218, antes citadas, concedidas con efectividad al 1ro. de enero de 1998 y que estén vigentes al 1ro. de enero de 2001.

Es preciso señalar que la Junta de Retiro para Maestros cubrirá el impacto de este aumento durante los años fiscales 2000-2001 y 2001-2002. A esos efectos, la Junta de Retiro para Maestros certificará dicho costo a la Oficina de Gerencia y Presupuesto para que lo pueda considerar en la preparación del presupuesto. Esos fondos se consignarán en el presupuesto del año fiscal 2002-2003 y serán reembolsados por la Oficina de Gerencia y Presupuesto. A partir de ese año, los fondos se consignarán en el presupuesto general de gastos del Gobierno del Estado Libre Asociado.

*Decrétase por la Asamblea Legislativa de Puerto Rico:*

**Artículo 1.** — (18 L.P.R.A. § 321 nota)

Efectivo el 1ro. de enero de 2001 se aumentan en un tres por ciento (3 %) las anualidades concedidas bajo la Ley Núm. 218, de 6 de mayo de 1951, según enmendada, por edad y años de servicio o incapacidad que estén vigentes a esa fecha y que hayan sido otorgadas con efectividad al 1ro. de enero de 1998 o antes.

**Artículo 2.** — (18 L.P.R.A. § 321 nota)

La Junta de Retiro para Maestros cubrirá el impacto de este aumento durante los años fiscales 2000-2001 y 2001-2002. A esos efectos, la Junta de Retiro para Maestros certificará dicho costo a la Oficina de Gerencia y Presupuesto para que lo pueda considerar en la preparación del presupuesto. Esos fondos se consignarán en el presupuesto del año fiscal 2002-2003 y serán reembolsados por la Oficina de Gerencia y Presupuesto. A partir de ese año, los fondos se consignarán en el presupuesto general de gastos del Gobierno del Estado Libre Asociado.

**Artículo 3.** — (18 L.P.R.A. § 321 nota)

Esta Ley empezará a regir inmediatamente después de su aprobación y sus disposiciones serán retroactivas al 1ro. de enero de 2001.

---

**Nota.** **Este documento fue compilado por personal de la Oficina de Gerencia y Presupuesto del Gobierno de Puerto Rico. Aunque hemos puesto todo nuestro esfuerzo en la preparación del mismo, este no es una compilación oficial y podría no estar libre de errores. En el mismo se han incorporado todas las enmiendas hechas a la Ley a fin de facilitar su consulta. Para exactitud y precisión, refiérase a los textos originales de dicha ley. Compilado por la Biblioteca de la Oficina de Gerencia y Presupuesto**

FRM 409 REV./79

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

### INFORME DE CAMBIO - PERSONAL DOCENTE

Pagarle ____ días por vacaciones
regulares en julio
Descontarle ____ días por ausencias

| | ANTES DEL CAMBIO | CLAVE | DESPUES DEL CAMBIO | CLAV |
|---|---|---|---|---|
| 1. Nombre del Empleado | Strubbe Planas, Annette | | | |
| 2. Núm. Seg. Social | ___-___-0318 | | | |
| 3. Sexo | F | | | |
| 4. Prep. Académica | BAE | | | |
| 5. Experiencia | 4-5-2-1 | | | |
| 6. Status Empleado | Permanente | | TE | |
| 7. Sueldo Bruto | $1,037.00 $1,062 | | | |
| 8. Bonificación | - 525. | | | |
| 9. Núm. de la Plaza | 1087 1083 | | 0245 | |
| 10. Categoría de la Plaza | Educación Especial | 9807 | Educ. Especial | |
| 11. Clasificación Puestos Dir. | - | | | |
| 12. Fondo | Estatal | | E | |
| 13. Cifra Cuenta | 88-111-80-92-01 05-001 | | 89-111-081-05-001 | |
| 14. Fecha de Efectividad | - | | 1 de agosto de 1988 | |
| 15. Acción y Duración | - | | N/A | |
| 16. Causa del Cese | - | | N/A  Traslado  Adm. | |
| 17. Último Día Trabajo | - | | | |
| 18. Último Día de Pago | - | | | |
| 19. Programa Escolar | Educación Especial | | Educ. Especial | |
| 20. Turno en Registro | - | | 36 | |
| 21. Distrito Escolar | Jayuya | | Ponce 2 | |

#### LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| 22. Desde | 23. Hasta |
|---|---|

24. Observaciones (Antes del Cambio)

25. Observaciones (Después del Cambio)

Trab. Ponce 2 - 1987-88

26. _____   Fecha _____
Firma Empleado en caso de cambio de status probatorio,
traslado, resignación permanente o descenso.

27. Deseo:
☐ Acogerme      ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de status de transitorio elegible a probatorio o a permanente.

_____   _____
Firma del Empleado          Fecha

28. Recomendado

_____   27-junio-1988
Superintendente de Escuelas   Fecha

_____   5 jul. 1988
Superintendente de Escuelas   Fecha

APROBADO POR EL SECRETARIO DE INSTRUCCION PUBLICA

INFORME DE SUELDOS Y DEDUCCIONES

NOMBRE

ANNETTE STRUBBE PLANAS

IDENTIFICACION

PERIODO QUE TERMINA EN

NUMERO DE COMPROBANTE

NUMERO DE CHEQUE

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

| ESPECIFICAS | | | | DEDUCCIONES | | | | MISCELANEAS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | AHORRO | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |

ACUMULADO DURANTE EL AÑO NATURAL

SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL

MES CORRIENTE

ADELANTO 1ra QUINCENA

TOTAL DEDUCCIONES

PAGA NETA

---

INFORME DE SUELDOS Y DEDUCCIONES

NOMBRE

ANNETTE STRUBBE PLANAS

IDENTIFICACION

PERIODO QUE TERMINA EN

NUMERO DE COMPROBANTE

NUMERO DE CHEQUE

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

| ESPECIFICAS | | | | DEDUCCIONES | | | | MISCELANEAS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | AHORRO | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |

ACUMULADO DURANTE EL AÑO NATURAL

SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL

MES CORRIENTE

ADELANTO 1ra QUINCENA

TOTAL DE DEDUCCIONES

PAGA NETA

**Gobierno de Puerto Rico**
DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 04/03/00 |
| Hasta: | 04/14/00 |

# Cheque: **02897796**

Fecha: 04/13/00

ANNETTE STRUBBE PLANAS

| | |
|---|---|
| # Empleado: | 0318 |
| Dept: | 8005104-Ponce Ponce II |
| Oficina: | Josefina Boya Leon |
| Titulo: | M.Educ.Especial |
| Sueldo: | $1,900.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married claiming 1-2 |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

SS# 0318

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 950.00 | 420.00 | | 6,650.00 |
| Total: | | 950.00 | 420.00 | | 6,650.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 71.67 | 516.69 |
| Total: | 71.67 | 516.69 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 85.50 | 484.50 |
| Total: | 85.50 | 484.50 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 84.11 | 588.77 |
| SC-COOP DE SEGUROS DE VIDA | 19.89 | 139.23 |
| AS FED MAESTROS AFT | 8.00 | 56.00 |
| GPR Plan de Ahorros | 28.50 | 199.50 |
| Total: | 140.50 | 983.50 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 80.75 | 565.25 |
| FSED Disability Plan | 16.15 | 113.05 |

* Tributable

## TOTAL BRUTO

| | | |
|---|---|---|
| Corriente: | 950.00 | |
| Acumulado: | 6,650.00 | |

## TOTAL IMPUESTOS

| | |
|---|---|
| 71.67 | |
| 516.69 | |

## DEDUCCIONES TOTALES / PAGA NETA

| | |
|---|---|
| 226.00 | 652.33 |
| 1,468.00 | 4,665.31 |

## PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| Acumulado: | |
| Utilizado: | |
| Donada: | |
| Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #02897796 | 652.33 |
| Total: | 652.33 |