Annette Strubbe
Jardines Fagot 2715 Calle Altamisa
Ponce, P.R. 00716

7019 2280 0001 7922 2529

RETURN RECEIPT REQUESTED

2020 JUL 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U. (United States District Court)
Room 150 Federal Building
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00717
JUL 14, 20
AMOUNT
$7.40
R2303S102886-07