Victor Manuel Rivera
Barrio Jagueyes HC-2
P.O.X - 6121 - villalba, P.R.
00766

Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos (United States
District Court) Sala 150
Edificio Federal
San Juan, Puerto Rico
00918 - 1767

CERTIFIED MAIL
7018 2290 0000 2774 9473

U.S. POSTAGE PAID
FCM LETTER
VILLALBA, PR
00766
JUL 14, 20
AMOUNT