TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

En el asunto de:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante de
ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros

Deudores

Caso Núm. 17-BK-3283 LTS

(Administrada Conjuntamente)

PROMESA Title III Case

REPLICA A "ONE HUNDRED FORTY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUTES" (DKT. 9937)
(SOBRE: RECLAMACION # 88506 )

AL HONORABLE TRIBUNAL:

COMPARECE, el acreedor Herminio Rivera Nazario por derecho propio y muy respetuosamente EXPONE, ALEGA Y SOLICITA:

1. La información personal del compareciente es la siguiente:

Nombre Herminio Rivera Nazario
Dirección Línea 1 HC1 Box 7013
Dirección Línea 2 Villalba P.R.
Teléfono 787 3781907
E-mail                                          00766

2. El 25 de Junio de 2018 el compareciente presentó la reclamación número 88506.

1

3. El 14 de enero de 2020 el deudor presentó documento titulado "One Hundred Forty-Fourth Omnibus Objection (Non-Substantive) Of The Commonwealth Of Puerto Rico And Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes". (Ver docket #9937) Dicha objeción comprende la reclamación número _88506_ presentada por el compareciente.

4. Mi reclamación se fundamenta en base a salarios impagos durante el periodo en que fui empleado del Estado Libre Asociado de Puerto Rico, bajo la Administración de Corrección desde el ____ de _feb_ de _1992_ hasta el _17_ de _mayo_ de _2013_. (Véase Anejo 1)

5. El 18 de Octubre de 1996, los empleados de la Administración de Corrección presentaron un pleito ante el Tribunal de Primera Instancia, Sala de San Juan (Caso Número KAC1996-1381 (905). Dicho pleito estaba relacionado a salarios impagos.

6. El 28 de junio de 20 el Tribunal de Primera Instancia de Puerto Rico dictó sentencia a favor de los empleados y ordenó a la Administración de Corrección a pagar las sumas correspondientes a los salarios impagos. **(Véase Anejo 2)**

7. El monto adeudado debe determinarse de conformidad a la Sentencia Nun Pro Tunc dictada el 28 de junio de 2002 por el Tribunal de Primera Instancia de Puerto Rico, Sala de San Juan, en el caso civil KAC1996-1381.

2

8. Que se solicita respetuosamente al Honorable Tribunal que de por enmendado la reclamación #88506 y declare no ha lugar la objeción del deudor en lo que respecta a la reclamación # 88506.

**POR TODO LO CUAL** muy respetuosamente se solicita de este Honorable Tribunal que de por enmendado la reclamación # 88506 y declare no ha lugar la objeción del deudor en lo que respecta a la reclamación # 88506.

En Juana Díaz, Puerto Rico hoy 12 de febrero de 2020.

**CERTIFICO** Haber presentado la presente réplica directamente a la Secretaría (Clerk's Office) Tribunal de Distrito de los Estados Unidos #150 Chardon Avenue Federal Building San Juan (Puerto Rico) 00918.

Nombre – Herminio Rivera Nazario
Dirección Línea 1
Dirección Línea 2 Barrio Jacen
Teléfono Sector Sierrita
E-mail Villalba PR.
00766
787 378 1907.