ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

ALFREDO MALDONADO RODRIGUEZ Y
otros
    *Demandante*

vs.

ZOE LABOY ALVARADO y otros
Demandados

CIVIL NUM.: KAC96-1381
KAC97-0144
KAC98-0530
KAC98-0531
(CONSOLIDADOS)

SOBRE:  SENTENCIA
DECLARATORIA

SENTENCIA NUNC PRO TUNC

Los demandantes reclaman el pago de los aumentos de sueldos y de los pasos por servicios activo prestados unos en la Administración de Corrección de Puerto Rico y otros en el Cuerpo de Bomberos de Emergencias Estatal, según sea el caso, durante los períodos de tiempo requeridos y enmarcados en las leyes en que basan su reclamación, y los cuales aumentos de sueldo o pasos dispuestos no le han sido pagados.

Como resultado de Vista Transaccional celebrada del caso, el día 4 de abril de 2000, el Tribunal dictaminó e indicó cómo habría de disponer en el caso, sobre lo cual hubo acuerdo entre las partes y especificando las directrices y el derecho aplicable al caso.

Analizando y evaluando los expedientes y las leyes aplicables, se dicta la presente Sentencia.

1.  Se declara Ha lugar la reclamación incoada por los demandantes en el presente caso por entender que ellos tienen derecho a que se les paguen aquellos aumentos de sueldo y aquellos pasos por servicio activo, según dispuestos por ley, en aquellos casos en que aún no se les han reconocido o no se les ha efectuado el pago correspondiente.

2.  Se ordena a la parte demandada y a la parte demandante el análisis de la reclamación de cada uno de los reclamantes en el caso, conforme a las leyes, las directrices y el derecho aplicable según esbozado, para determinar si se les ha reconocido o pagado o no los haberes a que tienen derecho. En los casos en que no se haya reconocido y/o no se haya efectuado el pago y proceda el mismo, deberá indicarse para cada demandante, el monto total que le

la representación legal de los demandantes.

5. La parte demandada preparará y radicará en el Tribunal, suministrando copia a la representación legal de los demandantes, las nóminas necesarias para efectuar el pago a los demandantes. Las nóminas contendrán: (a) los nombres y otra identificación de los demandantes; (b) el total de lo adeudado y a ser cobrado por cada demandante en pleito; (c) la cantidad retenida para el pago de retiro de cada demandante; (d) la cantidad retenida por concepto de seguro social; (e) la cantidad retenida por concepto de contribución sobre ingresos; (f) la cantidad retenida por concepto de honorarios; (g) la cantidad neta correspondiente a cada demandante y consignada a su favor en la Secretaría del Tribunal.

6. Una vez se determine el monto individual agregado, si alguno, del total de las reclamaciones se procederá a consignar dicha cantidad en el presupuesto de la agencia demandada. Para poder así, ésta efectuar la consignación de fondos contemplados en la estipualación, procediendo así con el pago a los demandantes. De convenirlo las partes, el pago podrá efectuarse en forma más acelerada. Cualquier otra forma o sistema de pago que las partes acuerden, distinto al aquí indicado, será informado conjuntamente. Y por escrito por los abogados de las partes.

7. Los demandantes tiene derecho a que se les pague intereses legales, por sentencia, a razón del porciento anual fijado por la Junta Financiera, desde la fecha de esta sentencia, hasta su pago. Por lo tanto, resulta de interés para el Estado Libre Asociado de Puerto Rico que el pago se efectúe dentro del tiempo más breve posible.

REGISTRESE Y NOTIFIQUESE.

DADA en San Juan, Puerto Rico, a 28 de junio de 2002

JUEZ SUPERIOR

MIGUEL J. FABRE RAMIREZ
JUEZ SUPERIOR

CERTIFICO CARMEN
SECRETARIO GENERAL RIVERA
SECRETARIA AUXILIAR

corresponda a la fecha en que se haga el informe.

3. Que se determina que las leyes aplicables al caso de epígrafe son:

| | | | |
|---|---|---|---|
| 1. | 12/julio/1979 | | Aumento de sueldo equivalente a un tipo o paso de la escala correspondiente a Ley 89 |
| 2. | 1/julio/1974 | $50.00 | Enmiendas a los Planes de Clasificación y Retribución, Reglamento de Retribución Uniforme de 7 de junio de 1984, según enmemdado |
| 3. | 1/julio/1977 | $30.00 | Revisión al Plan Retributivo, supra |
| 4. | 1/julio/1979 | Ver normas | Aumento por Ley 3 |
| 5. | 1/julio/1980 | Ver normas | Revisión al Plan Retributivo, supra |
| 6. | 1/octubre/1983 | $30.00 | Aumento por Ley 12 de 27 de agosto de 1982 |
| 7. | 1/abril/1984 | Ver normas | Revisión al Plan Retributivo, Ley 84 de 3 de junio de 1983 |
| 8. | 1/octubre/1986 | $55.00 | Aumento por Ley 90 de 9 de julio de 1986 |
| 9. | 1/noviembre/1986 | $35.00 | Adelanto al Plan Retributivo, supra |
| 10. | 1/enero/1987 | Ver normas | Revisión a los Planes de Clasificación y Retribución, supra |
| 11. | 1/abril/1988 | $40.00 | Aumento por Ley 1 de 9 de febrero de 1988 |
| 12. | 1/julio/1990 | $50.00 | Aumento por Ley 7 de 7 de mayo de 1989 |
| 13. | 1/diciembre/1991 | Se aseguró un mínimo de $30 a los Oficiales de Custodia y $20 a los empleados civiles | Revisión a los Planes de Retribución, supra |
| 14. | 1/julio/1993 | $100.00 | Ley 26 de 23 de julio de 1993, Aumento a la serie de clase de Oficiales de Custodia y Técnicos de Servicios Sociopenales |

| | | | |
|---|---|---|---|
| 15. | 1/octubre/1994 | $100.00 | Ley 100 de 31 de septiembre de 1994, Estipulación Federal sobre "Personal de Custodia y Sociopenal" de 1 de septiembre de 1994, "Aumento a la serie de Clase de Oficial de Custodia y Técnicos de Servicios Sociopenales. |
| 16. | 1/julio/1995 | $150.00 | Ley 170 de 12 de agosto de 1995, Estipulación Federal sobre "Personal de Custodia y Sociopenal" de 1 de septiembre de 1994, Aumento a la serie de Clase de Oficial de Custodia y Técnicos de Servicios Sociopenales. |
| 17. | 1/julio/1995 | $200.00 | Orden del Administrador y OPG Aumento a Superintendentes y Supervisores Regionales. |
| 18. | 1/agosto/1995 | $125.00 | Aumento por Productividad y Eficiencia a empleados civiles con un año o más en la Administración y productividad excelente o buena. |
| 19. | 1/noviembre/1995 | $60.00 | Ley 124 de 9 de agosto de 1995 (transitorios y regulares) |
| 20. | 1/octubre/1997 | $100.00 | Adelanto Plan Retibutivo Personal Administrativo y Apoyo |
| 21. | 1/abril/1998 | $100.00 | Adelanto al Plan Retributivo a Oficiales de Custodia y Técnicos de Servicios Sociopenales. |
| 22. | 1/julio/1999 | $100 o menos | Adelando al Plan Retributivo, supra |

4. La representación legal de la parte demandada conjuntamente con la representación legal de los demandantes preparará y someterá al Tribunal hojas de cómputo y de liquidación en las que se indicarán las cantidades que hay que pagar a cada demandante, siguiendo las directrices y el derecho aplicable al caso. Al radicar en el Tribunal los originales de las hojas de cómputo y liquidación, la parte demandada, a través de la

Formulario
Form 499R-2/W-2PR
Rev. 07.18

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA-DEPARTMENT OF THE TREASURY**

## 222    COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | | |
|---|---|---|---|
| **1. Nombre - First Name** HERMINIO | **3. Núm. Seguro Social** Social Security No. 1351 | | |

| | | | |
|---|---|---|---|
| **Apellido(s) - Last Name(s)** RIVERA NAZARIO | **4. Núm. de Ident. Patronal** Employer Ident. No. (EIN) 66-0391321 | | |

**Dirección Postal del Empleado - Employee's Mailing Address**
HC 1 BOX 7013
VILLALBA, PR 00766

**5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage** 0.00

| Fecha de Nacimiento: | Día Day | Mes Month | Año Year |
|---|---|---|---|
| Date of Birth: | | | |

**6. Donativos** Charitable Contributions 0.00

**2. Nombre y Dirección Postal del Patrono**
**Employer's Name and Mailing Address**
RANGER AMERICAN OF PR INC
PO BOX 29105
SAN JUAN, PR 00929-0105

**Patrono - Employer:**
Indique si la remuneración incluye pagos al empleado por:
Indicate if the remuneration includes payments to the employee for:

**A -** Servicios prestados por un médico cualificado bajo la Ley 14-2017
Services rendered by a qualified physician under Act 14-2017

**B -** Servicios domésticos
Domestic services

**C -** Otros / Others: _____

**Número de Teléfono del Patrono** (787) 999-6030
**Employer's Telephone Number**

| Fecha Cese de Operaciones: | Día Day | Mes Month | Año Year |
|---|---|---|---|
| Cease of Operations Date: | | | |

**Número Confirmación de Radicación Electrónica**
**Electronic Filing Confirmation Number**
W0515250944

**Número Control - Control Number**
201803641

**Fecha de radicación: 31 de enero - Filing date: January 31**

Año:
Year: **2018**

### INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

| | |
|---|---|
| **7. Sueldos - Wages** | |
| **8. Comisiones - Commissions** | 0.00 |
| **9. Concesiones - Allowances** | 0.00 |
| **10. Propinas - Tips** | 0.00 |
| **11. Total = 7 + 8 + 9 + 10** | |
| **12. Gastos Reemb. y Beneficios Marginales** Reimb. Expenses and Fringe Benefits | 0.00 |
| **13. Cont. Retenida - Tax Withheld** | |
| **14. Fondo de Retiro Gubernamental** Governmental Retirement Fund | 0.00 |
| **15. Aportaciones a Planes Cualificados** Contributions to CODA PLANS | 0.00 |
| Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) Código/Code | |
| **16.** | 0.00 |
| Código/Code **16A.** | 0.00 |
| Código/Code **16B.** | 0.00 |
| **16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program** | 0.00 |

### INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION

| | |
|---|---|
| **17. Total Sueldos Seguro Social** Social Security Wages | |
| **18. Seguro Social Retenido** Social Security Tax Withheld | |
| **19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips | |
| **20. Contrib. Medicare Retenida** Medicare Tax Withheld | |
| **21. Propinas Seguro Social** Social Security Tips | 0.00 |
| **22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips** | 0.00 |
| **23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips** | 0.00 |

Reproducido por: EVERTEC Group LLC

---

## Instrucciones Formulario 499R-2/W-2PR
## Comprobante de Retención
## Instrucciones Generales para el Empleado

Todo individuo que durante el año natural reciba pagos por concepto de salarios sujetos a retención bajo la Sección 1062.01 del Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), recibirá un Formulario 499R-2/W-2PR. El formulario contiene la información necesaria para rendir la planilla de contribución sobre ingresos, así como para establecer su derecho a los beneficios de seguro social.

De acuerdo al Código, viene obligado a rendir planilla de contribución sobre ingresos todo individuo residente que:

- sea contribuyente individual o casado, si durante el año contributivo tuviere un ingreso bruto, reducido por las exenciones de la Sección 1031.02 del Código, mayor de $5,000;
- sea casado que vivía con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuviere un ingreso bruto, reducido por las exenciones de la Sección 1031.02 del Código, de $2,500 o más; o
- tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

### Instrucciones Específicas para el Empleado

Verifique que la información reportada por su patrono en este formulario es correcta. Esto incluye su nombre, número de seguro social, sueldos y contribución retenida, entre otros. Asegúrese de que el encasillado de Número de Confirmación de Radicación Electrónica este completado, ya que esta información es necesaria para rendir su planilla.

**Encasillado 5 - Costo de cubierta de salud auspiciada por el patrono:** Transfiera al Anejo A Individuo, Parte III, Columna A, solamente la porción de esta cantidad que corresponda a pagos por concepto de primas de seguros contra enfermedad o accidentes efectuados por usted. La porción de esta cantidad que corresponda a la aportación de su patrono, no podrá reclamarse como deducción en su planilla.

**Encasillado 6 - Donativos:** Transfiera esta cantidad al Anejo A Individuo, Parte III, Columna B.

**Encasillado 11 - Total:** Transfiera esta cantidad al Encasillado 1, línea 1B, página 1 de la planilla. En caso de contribuyentes casados que rindan planilla conjunta y radiquen bajo el cómputo opcional de la contribución, transfiera esta cantidad al Anejo CO Individuo, línea 1, Columna B o C, según aplique.

**Encasillado 12 - Gastos Reembolsados y Beneficios Marginales:** Transfiera esta cantidad al Anejo IE Individuo, Parte I, línea 7.

**Encasillado 13 - Contribución Retenida:** Transfiera esta cantidad al Anejo A1A, página 1 de la planilla. En caso de contribuyentes casados que rindan planilla conjunta y radiquen bajo el cómputo opcional de la contribución, transfiera esta cantidad al Anejo CO Individuo, línea 1, Columna A.

**Encasillado 14 - Fondo de Retiro Gubernamental:** Transfiera esta cantidad al Anejo A Individuo, Parte I, línea 6. En caso de contribuyentes casados que rindan planilla conjunta y radiquen bajo el cómputo opcional de la contribución, transfiera esta cantidad al Anejo CO Individuo, línea 8A, Columna B o C, según aplique.

**Encasillado 15 - Aportaciones a Planes Cualificados:** Esta cantidad no se transferirá a ningún encasillado de su planilla debido a que la misma ya está excluida del sueldo.

**Encasillados 16, 16A y 16B – Salarios Exentos:** Transfiera esta(s) cantidad(es) a la línea correspondiente del Anejo IE Individuo, Parte II, de acuerdo al concepto de salarios exentos, según se indica a continuación:

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|------------------------|
| RIVERA NAZARIO, HERMINIO | 88506 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|--------------------------------|
| RIVERA NAZARIO, HERMINIO | 88506 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**