Herminio Rivera N 42412D
HCI 7013
PR.
Villalba
00766

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
JUL 15, 20
AMOUNT
$4.75
R2303S101580-08

00918

UNITED STATES POSTAL SERVICE
1000

@ Secretaria Clerk 50 Office
Tribunal be Distrito be los
Estado Unidos Unites States
E.fd federal San Juan PR
00918-1787

7018 2290 0000 2774 9510

CERTIFIED MAIL

7018 2290 0000 2774 9510