viernes, 17 de julio de 2020

RECEIVED
2020 JUL 21 PM 4: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

De: Irma M. Soto González
PO BOX 2517, Moca, Puerto Rico
1 (939) 247 - 8133
irmamercedes77@gmail.com

A: Secretaria (Clerk´s Office)
Tribunal de Distrito de los Estados Unidos (United States District Court)
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

¡Saludos cordiales!

 Le(s) dirijo esta misiva con el propósito de establecer los razonamientos sobre el por qué el Tribunal no debe declarar a lugar a la Objeción global en relación con el reclamo de mi empleo anterior en el Gobierno de Puerto Rico. Yo, Irma Soto González, exempleada del Gobierno de Puerto Rico bajo la profesión de docente (# de Identificación Patronal es 66-0433481), presenté en junio de 2018 un reclamo por el sistema de retiro para maestros ante el Tribunal. Me retiré en mayo del 2000, sin embargo, anterior a mi retiro se aprobó un aumento el cual no se vio reflejado en mi salario en ningún momento durante el desempeño activo de mi profesión como maestra en el sistema público de enseñanza, siendo esto mi motivo y argumento principal ante el tribunal.

 Igualmente cabe destacar que la razón primordial por la que tuve que retirarme fue porque mi difunto esposo, vivo en aquel momento, había sido diagnosticado con

cáncer de pulmón y su condición de salud requería cuidados especiales por lo que me vi en la obligación de retirarme y hacerme cargo de él para aliviar su carga en sus últimos días. No obstante, como mujer luchadora y comprometida con mi comunidad, decidí ser voluntaria en las clases dominicales y en los catecismos para poder enseñarles a otros, tanto jóvenes como adultos, de la manera más práctica y sencilla posible con la finalidad de que la educación no cesara y poder luchar contra el analfabetismo (cultural y académico) en otras trincheras que no demandaban un compromiso hermético de mi tiempo y que me daba la oportunidad de ayudarle a mi marido a la misma vez que continuaba laborando en favor de mi prójimo.

Espero que mi caso pueda ser atendido justamente, por lo pronto quedo a su(s) disposición y les deseo mucho éxito. Sin otro particular que comentar, me despido.

Atte;

Irma M. Soto González
PO BOX 2517, Moca, Puerto Rico
1 (939) 247 - 8133
irmamercedes77@gmail.com

**CERTIFIED MAIL**

7012 1010 0000 4991 6933

De Irma M. Soto
P.O. Box 8517
Moca, P.R. 00676

Tribunal de Distrito de los E.U. (USDC)
Room 150 Federal Building
San Juan, P.R. 00918-1767

0091839999

CLERK'S OFFICE
U.S. DISTRICT COURT
2020 JUL 21 PM 4: 49