# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

```
----------------------------------------------------------- X
                                                            :
In re:                                                      :
                                                            :
THE FINANCIAL OVERSIGHT AND                                 :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                           :      Title III
                                                            :
           as representative of                             :      Case No. 17-BK-3283 (LTS)
                                                            :
THE COMMONWEALTH OF PUERTO RICO et                          :      (Jointly Administered)
al.,                                                        :
                                                            :
           Debtors.¹                                        X
----------------------------------------------------------- 
```

## MOTION TO INFORM APPEARANCE OF CANTOR-KATZ COLLATERAL MONITOR LLC AT OMNIBUS HEARING SCHEDULED FOR JULY 29-30, 2020

**TO THE HONORABLE COURT:**

**COME NOW** Cantor-Katz Collateral Monitor LLC, a Delaware limited liability company

which serves as the collateral monitor for Wilmington Trust, N.A. in connection with the new

bonds issued by the GDB Debt Recovery Authority (the "DRA") pursuant to the *Government*

*Development Bank for Puerto Rico Debt Restructuring Act*, Act No. 109-2017, as amended by Act

No. 147-2018 and the approved Qualifying Modification for the Government Development Bank

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

for Puerto Rico[2] under Title VI of the *Puerto Rico Oversight, Management and Economic Stability Act* (the "Collateral Monitor"), by and through the undersigned legal counsel, hereby submits this motion to inform (the "Informative Motion") in compliance with this Honorable Court's *Order Regarding Procedures for July 29-30, 2020, Omnibus Hearing* [Dkt. No. 13746] (the "Procedures Order"),[3] and respectfully states as follows:

1.      Douglas S. Mintz, Peter Amend, or Monica Perrigino of Orrick, Herrington & Sutcliffe LLP will appear on behalf of the Collateral Monitor at the July 29-30, 2020 Omnibus Hearing (the "Omnibus Hearing"), which will be conducted telephonically via CourtSolutions.

2.      Mr. Mintz, Mr. Amend, and Ms. Perrigino reserve the right to be heard and present oral argument to address any matter identified in the agenda to be filed by the Oversight Board in connection with the Omnibus Hearing, or raised by any party at the Omnibus Hearing related to the Title III cases or any adversary proceeding which may affect the interests of the DRA.  Mr. Mintz, Mr. Amend, and Ms. Perrigino further reserve the right to amend this Informative Motion as needed.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 22nd day of July 2020.

**WE HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties appearing in said system including the US Trustee and to all those parties registered to receive notice within the electronic notification service.

---

[2] *See* Dkt. No. 270 of Civil Case No. 18-01561 (LTS).

[3] Capitalized terms used herein and otherwise not defined shall have the meaning ascribed to such term in the Procedures Order.

4154-1900-9574

**C. CONDE & ASSOC. LAW OFFICES**

By: */s/ Carmen D. Conde Torres*

Carmen D. Conde Torres
(USDC No. 207312)
254 San José Street
Suite 5
San Juan, PR 00901-1523
Tel. 787-729-2900
Fax. 787-729-2203
E-Mail: condecarmen@condelaw.com

*-and-*

**ORRICK, HERRINGTON &
SUTCLIFFE LLP**

By: */s/ Douglas S. Mintz*
Douglas S. Mintz (admitted pro hac vice)
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone:  (202) 339-8400
Facsimile:   (202) 339-8500
E-mail:    dmintz@orrick.com

and

Laura Metzger (admitted pro hac vice)
Peter Amend (admitted pro hac vice)
David Litterine-Kaufman (admitted pro hac
vice)
Monica Perrigino (admitted pro hac vice)
51 West 52nd Street
New York, N.Y. 10019
Telephone: (212) 506-5000
E-mail:    lmetzger@orrick.com
           pamend@orrick.com
           dlitterinekaufman@orrick.com
           mperrigino@orrick.com

*Attorneys for Cantor-Katz Collateral Monitor
LLC, as Collateral Monitor for GDB Debt
Recovery Authority*

3