# United States Court of Appeals
## For the First Circuit

No. 19-1208

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,

Debtors.

JAVIER E. MANDRY-MERCADO,

Movant - Appellant,

v.

PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; SUCESION PASTOR MANDRY MERCADO,

Movants - Appellees.

Before

Howard, Chief Judge,
Thompson and Kayatta, Circuit Judges.

**JUDGMENT**

Entered: April 7, 2020

In light of appellant's representation that this appeal is in the nature of a petition for a writ of supervisory or advisory mandamus, see Motion in Compliance with Order to Show Cause at 1-2, the petition is summarily denied for lack of a substantial question. See 1st Cir. R. 27.0(c).

The appeal is terminated.

By the Court:

Maria R. Hamilton, Clerk

cc:
Wandymar Burgos-Vargas
Hermann D. Bauer-Alvarez
Timothy W. Mungovan
Donald B. Verrilli Jr.
Susana I. Penagaricano Brown
Carla Garcia-Benitez
Ubaldo M. Fernandez
Michael R. Hackett
Stephen L. Ratner
Margaret Antinori Dale
Ricardo Burgos-Vargas
Mark David Harris
Martin J. Bienenstock
Ehud Barak
Laura E. Stafford
Daniel Jose Perez-Refojos
Michael Luskin
Stephan E. Hornung
Chad Golder
Julia D. Alonzo
Michael A. Firestein
Paul V. Possinger
Lary Alan Rappaport
Steven O. Weise
Maja Zerjal
Ginger D. Anders
William D. Dalsen
Jeffrey W. Levitan
Kevin J. Perra
Jennifer L. Roche
Brian S. Rosen
Rachel G. Miller Ziegler
Guy Brenner
Matthew A. Morris
Ralph C. Ferrara

Chantel L. Febus
Ann M. Ashton
Luis C. Marini-Biaggi
Joseph P. Davis III
Peter M. Friedman
John J. Rapisardi
Suzzanne Uhland
Raul Castellanos-Malave
Arturo Diaz-Angueira
Katiuska Bolanos-Lugo
Luis Francisco Del-Valle-Emmanuelli
Monsita Lecaroz-Arribas
Javier E. Mandry-Mercado
Maria E. Vicens Rivera
Iris Jannette Cabrera-Gomez