# United States Court of Appeals
## For the First Circuit

No. 19-1208

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

Debtors

JAVIER E. MANDRY-MERCADO

Movant - Appellant

v.

PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; SUCESION PASTOR MANDRY MERCADO

Movants - Appellees

**MANDATE**

Entered: May 28, 2020

In accordance with the judgment of April 7, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Julia D. Alonzo
Ginger D. Anders
Ann M. Ashton
Ehud Barak
Hermann D. Bauer-Alvarez
Martin J. Bienenstock
Katiuska Bolanos-Lugo
Guy Brenner
Ricardo Burgos-Vargas
Wandymar Burgos-Vargas
Iris Jannette Cabrera-Gomez
Raul Castellanos-Malave
Margaret Antinori Dale
William D. Dalsen
Joseph P. Davis III
Luis Francisco Del-Valle-Emmanuelli
Arturo Diaz-Angueira
Chantel L. Febus
Ubaldo M. Fernandez
Ralph C. Ferrara
Michael A. Firestein
Peter M. Friedman
Carla Garcia-Benitez
Chad Golder
Michael R. Hackett
Mark David Harris
Stephan E. Hornung
Monsita Lecaroz-Arribas
Jeffrey W. Levitan
Michael Luskin
Javier E. Mandry-Mercado
Luis C. Marini-Biaggi
Rachel G. Miller Ziegler
Matthew A. Morris
Timothy W. Mungovan
Susana I. Penagaricano Brown
Daniel Jose Perez-Refojos
Kevin J. Perra
Paul V. Possinger
John J. Rapisardi
Lary Alan Rappaport
Stephen L. Ratner
Jennifer L. Roche

Brian S. Rosen
Laura E. Stafford
Suzzanne Uhland
Donald B. Verrilli Jr.
Maria E. Vicens Rivera
Steven O. Weise
Maja Zerjal