# United States Court of Appeals
## For the First Circuit

No. 17-2168

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA)

Debtors

JAVIER E. MANDRY-MERCADO

Movant - Appellant

v.

COMMONWEALTH OF PUERTO RICO; PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); FINANCIAL OVERSIGHT AND MANAGEMENT BOARD

Debtors - Appellees

**MANDATE**

Entered: May 23, 2019

In accordance with the judgment of January 30, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk

cc:
Ann M. Ashton
Ehud Barak
Hermann D. Bauer-Alvarez
Martin J. Bienenstock
Katiuska Bolanos-Lugo
Wandymar Burgos-Vargas
Joseph P. Davis III
Ubaldo M. Fernandez
Ralph C. Ferrara
Michael A. Firestein
Chad Golder
Michael R. Hackett
Mark David Harris
Stephan E. Hornung
Monsita Lecaroz-Arribas
Andres W. Lopez
Michael Luskin
Javier E. Mandry-Mercado
Timothy W. Mungovan
Daniel Jose Perez-Refojos
Lary Alan Rappaport
Stephen L. Ratner
Donald B. Verrilli Jr.