# EXHIBIT B

# PROPOSED ORDER

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | **PROMESA Title III** |
| **The Financial Oversight and Management Board for Puerto Rico,** | **No. 17 BK 3283 (LTS)** |
| As representative of | |
| **The Commonwealth of Puerto Rico, *et. al.*** | |
| Debtors[1] | |

| | |
|---|---|
| **In re:** | **PROMESA TITLE III** |
| The Financial Oversight and Management Board for Puerto Rico, | **No. 17 BK 4780 (LTS)** |
| As representative of | |
| **Puerto Rico Electric Power Authority** | |
| Debtor | |

**[PROPOSED] ORDER GRANTING THE MOTION OF EFRON DORADO, S.E. FOR RELIEF FROM THE AUTOMATIC STAY AN MEMORANDUM OF LAW IN SUPPORT THEREOF**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of the *Motion of Efron Dorado, S.E. for Relief From the Automatic Stay*, filed concurrently herewith (the "Motion") and all related filings; adequate notice having been given to all relevant parties; objections to the requested relief having been withdrawn or overruled on the merits; it is hereby **ORDERED** that:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Code section 362, made applicable by PROMESA section 301(a), the automatic stay is hereby lifted in its entirety and without conditions to allow Efron Dorado, S.E. to enforce the Judgment entered by the Court of First Instance of Puerto Rico, Superior Section of San Juan in Case Number 2010-2408(904) against Puerto Rico Electric Power Authority.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2020          _____

                                             Honorable Laura Taylor Swain
                                             United States District Judge