**Objection Deadline: September 21, 2020 at 4:00 p.m. (AST)**
**Hearing Date: September 28, 2020 at 9:30 a.m. (AST)**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | **PROMESA Title III** |
| **The Financial Oversight and Management Board for Puerto Rico,** | **No. 17 BK 3283 (LTS)** |
| As representative of | |
| **The Commonwealth of Puerto Rico,** *et. al.* | |
| Debtors[1] | |
| In re: | |
| **The Financial Oversight and Management Board for Puerto Rico,** | **PROMESA TITLE III** |
| As representative of | **No. 17 BK 4780 (LTS)** |
| **Puerto Rico Electric Power Authority** | |
| Debtor | |

**NOTICE OF HEARING ON MOTION OF EFRON DORADO, S.E. FOR RELIEF FROM THE AUTOMATIC STAY AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE** that a hearing on the *Motion of Efron Dorado, S.E. for Relief From the Automatic Stay and Memorandum of Law in Support Thereof* (the "Motion"), filed today by Efron Dorado, S.E. (the "Movant"), will be held on **September 28, 2020 at 9:30 a.m. (Atlantic Standard Time)** (the "Hearing") at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court in accordance with Rule 5 of the Local Rules for the District of Puerto Rico, to the extent applicable, and shall be served in accordance with the Eleventh Amended Case Management Procedures [Docket No. 11885-1], so as to be so filed and received no later than **September 21, 2020 at 4:00 p.m. (Atlantic Standard Time)** (the "Objection Deadline"), and served on counsel for Efron Dorado, S.E., Charles A. Cuprill P.S.C. Law Offices, 356 Fortaleza Street, Second Floor, San Juan, Puerto Rico 00901 (Attn: Charles A. Cuprill Hernández, Esq.).

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Court may enter an order granting the relief sought without a hearing pursuant to the Eleventh Amended Case Management Procedures.

Dated: San Juan, Puerto Rico, this 23rd day of July 2020.

*s*/**CHARLES A. CUPRILL-HERNÁNDEZ**
**USDC-PR 114312**
Charles A. Cuprill, P.S.C. Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR 00901
Tel.: 787-977-0515
Fax: 787-977-0518
E-mail: ccuprill@cuprill.com
