## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| **The Financial Oversight and Management Board for Puerto Rico,** | No. 17 BK 3283 (LTS) |
| As representative of | |
| **The Commonwealth of Puerto Rico,** *et. al.* | |
| Debtors[1] | |
| In re: | |
| **The Financial Oversight and Management Board for Puerto Rico,** | PROMESA TITLE III |
| As representative of | No. 17 BK 4780 (LTS) |
| **Puerto Rico Electric Power Authority** | |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Marcela V. Berardini Cabrera, hereby certify that I am over the age of eighteen years old

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

and employed by Charles A. Cuprill P.S.C. Law Offices, and that on July 23, 2020, I caused the following documents to be served via first-class U.S. Mail, postage prepaid on the parties listed in **Exhibit A** hereto.

- *Motion of Efron Dorado, S.E. for Relief from the Automatic Stay and Memorandum of Law in Support Thereof* (17-03283 **Docket No. 13817**, 17-4780, **Docket No. 2089**)

- *Notice of Hearing* (17-03283 **Docket No. 13818**, 17-4780, **Docket No. 2090**)

San Juan, Puerto Rico, this 23rd day of July 2020.

> *s/Marcela V. Berardini*
> **Marcela V. Berardini**
> Paralegal
> Charles A. Cuprill, P.S.C. Law Offices
> 356 Fortaleza Street, Second Floor
> San Juan, PR 00901
> Tel.: 787-977-0515
> Fax: 787-977-0518

## **Exhibit A**

Service List

(i) <u>Chambers of the Honorable Laura Taylor Swain</u>:

United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

(ii) Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

(iii) <u>Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF)</u>:

Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907
Attn:    Carlos Saavedra, Esq.
         Rocío Valentin, Esq.
E-Mail:  Carlos.Saavedra@aafaf.pr.gov
         Rocio.Valentin@aafaf.pr.gov

(iv) <u>Counsel for AAFAF</u>:

O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Attn:    John J. Rapisardi, Esq.
         Suzzanne Uhland, Esq.
         Peter Friedman, Esq.
         Nancy A. Mitchell, Esq.
         Maria J. DiConza, Esq.
E-Mail:  jrapisardi@omm.com
         suhland@omm.com
         pfriedman@omm.com
         mitchelln@omm.com
         mdiconza@omm.com

Marini Pietrantoni Muñiz LLC
250 Ponce de Leon Ave.
Suite 900
San Juan, PR 00918
Attn:    Luis C. Marini-Biaggi, Esq.
         Carolina Velaz-Rivero, Esq.
         Iván Garau-González, Esq.
E-Mail:  lmarini@mpmlawpr.com
         cvelaz@mpmlawpr.com

4

      igarau@mpmlawpr.com

(v) Counsel for the Oversight Board:
  Proskauer Rose LLP
  Eleven Times Square
  New York, New York 10036-8299
  Attn: Martin J. Bienenstock
    Brian S. Rosen
    Paul V. Possinger
    Ehud Barak
    Maja Zerjal
  E-Mail: mbienenstock@proskauer.com
    brosen@proskauer.com
    ppossinger@proskauer.com
    ebarak@proskauer.com
    mzerjal@proskauer.com

  O'Neill & Borges LLC
  250 Muñoz Rivera Ave., Suite 800
  San Juan, PR 00918-1813
  Attn: Hermann D. Bauer, Esq.
  E-Mail: hermann.bauer@oneillborges.com

(vi) Counsel for the Creditors' Committee:

  Paul Hastings LLP
  200 Park Avenue
  New York, New York 10166
  Attn: Luc. A. Despins
    James Bliss
    James Worthington
    G. Alexander Bongartz
 E-Mail: lucdespins@paulhastings.com
    jamesbliss@paulhastings.com
    jamesworthington@paulhastings.com
    alexbongartz@paulhastings.com

  Casillas, Santiago & Torres LLC
  El Caribe Office Building
  53 Palmeras Street, Ste. 1601
  San Juan, Puerto Rico 00901-2419
  Attn: Juan J. Casillas Ayala
    Diana M. Batlle-Barasorda
    Alberto J. E. Añeses Negrón
    Ericka C. Montull-Novoa
 E-Mail: jcasillas@cstlawpr.com

        dbatlle@cstlawpr.com
        aaneses@cstlawpr.com
        emontull@cstlawpr.com

(vii)   Counsel for the Retiree Committee:

Jenner & Block LLP
919 Third Avenue
New York, New York 10022
Attn:     Robert Gordon
          Richard Levin
          Catherine Steege
E-Mail:  rgordon@jenner.com
          rlevin@jenner.com
          csteege@jenner.com

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan, Puerto Rico 00918
Attn:     A.J. Bennazar-Zequeira
E-Mail:  ajb@bennazar.org