UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF MOTION OF EFRON DORADO, S.E. FOR
RELIEF FROM THE AUTOMATIC STAY AND MOMORANDUM OF LAW IN SUPPORT THEREOF

The Court has received and reviewed the *Motion of Efron Dorado, S.E. for Relief from the Automatic Stay and Momorandum of Law in Support Thereof* (the "Motion") filed by Efron Dorado, S.E. (the "Movant"). (Docket Entry No. 13817 in Case No. 17-3283 and Docket Entry No. 2089 in Case No. 17-4780.) Opposition papers to the Motion must be filed by **August 6, 2020**. Movant's reply papers must be filed by **August 13, 2020**. The Court will hear argument on the Motion at the Omnibus Hearing scheduled for September 16, 2020 at 9:30 a.m. (Atlantic Standard Time).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Movant's request for a hearing is deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Motion.

    SO ORDERED.

Dated: July 23, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge