In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**FINAL Fee Application Recommended for Approval:**

| | Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Investment Banker and Financial Advisor FOMB - COFINA* | | | | | | | |
| 1 | **Citigroup Global Markets Inc. [Dkt. No. 7341 and 17-3284 Dkt. No. 639]** | 5/5/2017 - 2/12/2019 | $ 5,873,156.76 | $ - | $ - | $ - | $ 5,873,156.76 | $ - |
| | *Bankruptcy Counsel to Debtors - COFINA* | | | | | | | |
| 2 | **Proskauer Rose LLP [Dkt. No. 7428 and 17-3284 Dkt. No. 644]** | 5/5/2017 - 2/12/2019 | $ 7,761,268.26 | $ 185,559.80 | $ 175,857.99 | $ 10,022.85 | $ 7,575,708.46 | $ 165,835.14 |

22012922.1

as of 7/22/2020