**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor [1] | PROMESA - TITLE III<br><br>Case No. 17-3283-LTS<br>(Jointly Administered) |

**MOTION TO INFORM APPEARANCE AT OMNIBUS HEARING
SCHEDULED  FOR JULY 29, 2020**

To the Honorable United States District Court Judge Laura Taylor Swain:

**COME NOW** individual claimants, **Ms. Colon Arroyo, Ana, (Claim no. 9658)**, who was included in Exhibit B of the Ninety-Seventh Omnibus Objection (non – Substantive of the Commonwealth of Puerto Rico, Puerto Rico Highways and transportation Authority, and Employees Retirement System for the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or services Provided [ECF no. 9547]; Mr. **Diaz Ramos, José (Claim no. 11329)**, Mr. **Figueroa Ayala, José Emilio (Claim no. 9027)** and **Mr. Figueroa Pérez, Agustín** –(**Claim No.8867)** all included in Exhibit B, of the Ninety-Ninth Omnibus objection(non –Substantive of the Commonwealth of Puerto Rico, Puerto Rico Highways and transportation Authority, and Employees Retirement System for the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or services Provided [ECF No.9549]; and Ms. **Vega Miranda Catalina,** (**Claim no. 9330)**, who was included in Exhibit B, of the One Hundred Eighth Omnibus (non –Substantive of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System for the Government of the

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of  Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of  the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal  Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS)  (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case  No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are  listed as Bankruptcy Case numbers due to software limitations).

Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or services Provided [ECF No.9558];(together, "are judgment claimants *Holding Ordinary Course of Employment Claims*, accumulated in the case of Nilda Agosto-Maldonado et als v Family Department et als. K PE- 2005-0608;( Docket 13534 ") and hereby submit this informative motion in compliance with the *Order Regarding Procedures for July 29-30, 2020, Omnibus Hearing* (ECF No. 13746), and respectfully state as follows:

1. Mrs. Ivonne Gonzalez-Morales will speak on behalf of above identified judgment claimants at the July 29-30, 2020, Omnibus Hearing, which will be conducted telephonically via Court Solutions due to the ongoing public health crisis.

2. Mrs. Ivonne Gonzalez-Morales reserve the right to be heard and present oral argument to address any matter identified in the agenda to be filed by the Oversight Board in connection with the Omnibus Hearing, or raised by any party at the Omnibus Hearing related to the Title III cases or any adversary proceeding which may affect the interests of the appearing claimants. Mrs. Ivonne Gonzalez-Morales further reserve the right to amend this informative Motion as needed.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 24 th day of July, 2020.

**IT IS HEREBY CERTIFIED**, that on this same date we have electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsels of record.

By    /s/ Ivonne González Morales
Ivonne González - Morales
RUA 3725 USDC-PR 202701
P.O. BOX 9021828
San Juan, P.R. 00902-1828
Telephone: 787-724-5323 / 787-410-0119
Email- ivonnegm@prw.net
*Attorney for the Groups of Creditors*
*Holding Ordinary Course of Employment*
*Claims*