# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |

### INFORMATIVE MOTION REGARDING NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S AND MBIA INSURANCE CORP.'S APPEARANCE AT JULY 29-30, 2020 OMNIBUS HEARING

**PLEASE TAKE NOTICE** that Philippe Z. Selendy from the law firm of Selendy & Gay PLLC and Federico Hernández Denton from the law firm of Vicente & Cuebas will appear and present argument on behalf of National Public Finance Guarantee Corporation and MBIA Insurance Corp. (collectively, "National") at the July 29-30, 2020 Omnibus Hearing, which will

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

be conducted telephonically via CourtSolutions due to the ongoing public health crisis. National's legal representatives reserve the right to be heard on any matter concerning:

(i) *Plaintiffs' Motion for Remand* (ECF No. 31 of Case No. 19-00422 (LTS)); and

(ii) any other matters scheduled for the hearing or raised by any party at the hearing related to the Title III cases or any adversary proceeding pending in the Title III cases or in the interests of National.

**RESPECTFULLY SUBMITTED**, this 24th day of July, 2020.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, copy of this document will be notified via electronic mail to all case participants.

[*Signature page to follow*]

| | |
|---|---|
| */s/ Philippe Z. Selendy* <br> Philippe Z. Selendy <br><br> **SELENDY & GAY PLLC** <br> Philippe Z. Selendy (admitted *pro hac vice*) <br> 1290 Avenue of the Americas <br> New York, New York 10104 <br> Telephone: (212) 390-9000 <br> Email: pselendy@selendygay.com | */s/ Federico Hernández Denton* <br> Federico Hernández Denton <br> USDC-PR No. 306003 <br><br> **VICENTE & CUEBAS** <br> P.O. Box 11609 <br> San Juan, PR 00910-1609 <br> Tel: (787) 751-8000 <br> Fax: (787) 756-5250 |
| **ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, P.S.C.** <br> 208 Ponce de León Avenue, Suite 1600 <br> San Juan, PR 00936 <br> Telephone: 787.756.9000 <br> Facsimile: 787.756.9010 <br> Email: epo@amgprlaw.com <br>   loliver@amgprlaw.com <br>   acasellas@amgprlaw.com <br>   larroyo@amgprlaw.com | **WEIL, GOTSHAL & MANGES LLP** <br> Kelly DiBlasi (admitted *pro hac vice*) <br> Gabriel A. Morgan (admitted *pro hac vice*) <br> Jonathan Polkes (admitted *pro hac vice*) <br> Gregory Silbert (admitted *pro hac vice*) <br> Robert Berezin (admitted *pro hac vice*) <br> Jared R. Friedmann (admitted *pro hac vice*) <br><br> 767 Fifth Avenue <br> New York, New York 10153 <br> Telephone: (212) 310-8000 <br> Facsimile: (212) 310-8007 <br> Email: kelly.diblasi@weil.com <br>   gabriel.morgan@weil.com <br>   jonathan.polkes@weil.com <br>   gregory.silbert@weil.com <br>   robert.berezin@weil.com <br>   jared.friedmann@weil.com |