UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    *Debtors*.[1] | PROMESA<br>Title III<br><br>Case No. 17-bk-03283 (LTS)<br><br>(Jointly Administered) |

**INFORMATIVE MOTION REGARDING
UNDERWRITERS' APPEARANCE AT JULY 29-30, 2020 OMNIBUS HEARING**

**PLEASE TAKE NOTICE** that Peter G. Neiman from the law firm of Wilmer Cutler Pickering Hale and Dorr LLP will appear and present argument on behalf of UBS Financial Services Inc.; UBS Securities LLC; Citigroup Global Markets Inc.; Goldman Sachs & Co. LLC; J.P. Morgan Securities LLC; Morgan Stanley & Co. LLC; Merrill Lynch, Pierce, Fenner & Smith Inc.; RBC Capital Markets LLC; Santander Securities LLC; Samuel Ramirez & Co., Inc.; and Raymond James & Associates, Inc. (collectively, "Underwriters") in Adversary Proceeding

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); (v) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 1928-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Nos. 19-00422 and 20-00047 (together, the "Removed Adversary Proceedings") at the July 29-30, 2020 Omnibus Hearing, which will be conducted telephonically via CourtSolutions in light of the ongoing COVID-19 public health crisis. Underwriters' legal representatives reserve the right to be heard on any matter concerning:

(i) Plaintiffs' Motion for Remand and Memorandum in Support Thereof, Dkt. No. 31, *Nat'l Pub. Fin. Guarantee Corp. et al. v. UBS Fin. Servs. Inc. et al. (In re Commonwealth of Puerto Rico)*, Adv. Proc. No. 19-00422 (D.P.R. Oct. 9, 2019).

(ii) Plaintiff's Motion to Remand and Memorandum in Support, Dkt. No. 22, *Ambac Assurance Corp. v. Merrill Lynch, Pierce, Fenner & Smith Inc. et al. (In re Commonwealth of Puerto Rico)*, Adv. Proc. No. 20-00047 (D.P.R. Apr. 20, 2020).

(iii) any other matters scheduled for the hearing or raised by any party at the hearing related to the Title III cases or any adversary proceeding pending in the Title III cases or in the interests of Underwriters.

Underwriters and counsel for the Plaintiffs in the Removed Adversary Proceedings have jointly provided counsel to the Debtors in the above-captioned Title III cases with the names of the parties who intend to appear, the names of counsel who intend to speak on behalf of each party, the order in which the parties shall present argument, and time allocations for each speaker, which information shall be filed on the Debtors' agenda.

Dated: July 26, 2020
      New York, New York                Respectfully submitted,

                                                          */s/ Peter G. Neiman*

                                                          WILMER CUTLER PICKERING
                                                            HALE AND DORR LLP
                                                          Philip D. Anker (*pro hac vice*)
                                                          Peter G. Neiman (*pro hac vice*)
                                                          Ross E. Firsenbaum (*pro hac vice*)
                                                          7 World Trade Center
                                                          250 Greenwich Street
                                                          New York, NY 10007

        Tel.: (212) 230-8800
        E-mail: philip.anker@wilmerhale.com
                peter.neiman@wilmerhale.com
                ross.firsenbaum@wilmerhale.com

    – and –

McCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
Tel.: (787) 250-2631 / 5628
Fac.: (787) 759-8282
E-mail: rcq@mcvpr.com
        lfr@mcvpr.com
        mpc@mcvpr.com

*/s/ Roberto C. Quiñones-Rivera*
Roberto C. Quiñones-Rivera
USDC-PR No. 211512

Leslie Y. Flores-Rodríguez
USDC-PR No. 223601

Myrgia M. Palacios-Cabrera
USDC-PR No. 230807

*Counsel to Defendants UBS Financial Services Inc.; UBS Securities LLC; Citigroup Global Markets Inc.; Goldman Sachs & Co. LLC; J.P. Morgan Securities LLC; Morgan Stanley & Co. LLC; Merrill Lynch, Pierce, Fenner & Smith Inc.; RBC Capital Markets LLC; and Santander Securities LLC*

Adv. Proc. No. 19-00422

*Counsel to Defendants Merrill Lynch, Pierce, Fenner & Smith Inc.; Citigroup Global Markets Inc.; Goldman Sachs & Co. LLC; J.P. Morgan Securities LLC; Morgan Stanley & Co. LLC; Samuel Ramirez & Co., Inc.; Raymond James & Associates, Inc.; and UBS Financial Services Inc.*

Adv. Proc. No. 20-00047

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2020, a true and correct copy of this **INFORMATIVE MOTION** was electronically filed with the Court using the CM/ECF system, which caused notification of such filing to be served upon all counsel of record in the above-captioned bankruptcy case.

                    */s/ Peter G. Neiman*
                    Peter G. Neiman (*pro hac vice*)

                    WILMER CUTLER PICKERING
                      HALE AND DORR LLP
                    7 World Trade Center
                    250 Greenwich Street
                    New York, NY 10007
                    Tel.: (212) 230-8800
                    E-mail: peter.neiman@wilmerhale.com