# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>          as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br>                    Debtors.[1] | PROMESA <br> Title III <br><br> Case No. 17-03283 (LTS) <br><br> (Jointly Administered) |

### SUPPLEMENTAL INFORMATIVE MOTION REGARDING
### AMBAC ASSURANCE CORPORATION AT
### JULY 29-30, 2020 OMNIBUS HEARING

**PLEASE TAKE NOTICE** that Jonathan E. Pickhardt from the law firm Quinn Emanuel Urquhart & Sullivan LLC will appear and present argument on behalf of Ambac Assurance Corporation ("Ambac") at the July 29-30, 2020 Omnibus Hearing, which will be conducted telephonically via CourtSolutions due to the ongoing public health crisis. Ambac's legal representatives reserve the right to be heard on any matter concerning:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(i) *Plaintiff's Motion for Remand* (ECF No. 22 of Case No. 20-00047-LTS); and

(ii) any other matters scheduled for the hearing or raised by any party at the hearing related to the Title III cases or any adversary proceeding pending in the Title III cases or in the interests of Ambac.

**RESPECTFULLY SUBMITTED**, this 26th day of July, 2020.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, copy of this document will be notified via electronic mail to all case participants

| | |
|---|---|
| **RAÚL GONZÁLEZ TORO LAW OFFICES, LLC**<br>Popular Center, Suite 1028<br>San Juan, Puerto Rico 00918<br>rgtlaw@ymail.com<br>Tel: (787) 753-6090<br>Fax: (787) 294-5759<br><br>*/s/ Raul Gonzalez Toro*<br>Raúl González Toro<br>USDC-PR No. 213105 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>212-849-7000 (voice)<br>212-849-7100 (fax)<br>Jonathan E. Pickhardt (admitted *pro hac vice*) |