```
-----------------------------------------------------------------x
```
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.1

```
-----------------------------------------------------------------x
```

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON JULY 29-30 AT 9:30 A.M. AST

**Time and Date of Hearing:**

**Wednesday, July 29, 2020**,
from 9:30 a.m. to 12:00 p.m.,
from 1:00 p.m. to 5:00 p.m.,
and, if necessary,
**Thursday, July 30, 2020**,
from 9:30 a.m. to 12:00 p.m.,
and from 1:00 p.m. to 5:00 p.m.
(Atlantic Standard Time)

Honorable Laura Taylor Swain, United States District Court Judge
Honorable Judith G. Dein, United States Magistrate Judge

**Location of Hearing:** **The Hearing will be conducted telephonically via CourtSolutions.**

Attorney Participation: Pursuant to the *Order Regarding Procedures for July 29-30, 2020, Omnibus Hearing* [Case No. 17-3283, ECF No. 13746], attached to this Agenda as **Exhibit A** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases and wish to participate as speakers or listen in on the proceedings must register with CourtSolutions at www.court-solutions.com. The FOMB and AAFAF may each register up to five speaking lines, and all other

---

1 The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

        parties shall be limited to two speaking lines. There will be no limitation on listen-only lines.

        Members of the Public and Press: Members of the public and press may listen in on the proceedings on a listen-only line by dialing (888) 363-4749 and entering the access code (7214978) and security code (6820) when prompted.

**Copies of Documents:** Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I. STATUS REPORTS:

1. **Report from the Oversight Board.**

    Description: Pursuant to the Procedures Order, the Financial Oversight and Management Board for Puerto Rico (the "FOMB" or "Oversight Board") will file a written Status Report prior to the hearing. The FOMB will report on (i) the general status and activities of the Oversight Board, including measures taken in response to the COVID-19 pandemic, (ii) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (iii) the general status of the ADR and ACR processes, including the selection of an arbitration provider, and (iv) the status of PRIDCO's RSA and anticipated Title VI filing.

    Speakers: Should the Court have questions or comments regarding the FOMB's Status Report, the names of counsel who intend to speak on the Status Report are Martin J. Bienenstock and Brian S. Rosen.

2. **Report from AAFAF.**

    Description: Pursuant to the Procedures Order, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") will provide a general status report on its status and activities, including an overview of the Commonwealth's ongoing response to the COVID-19 pandemic.

    Speakers: Should the Court have questions or comments regarding AAFAF's Status Report, the names of counsel who intend to speak on the Status Report are John J. Rapisardi and Luis C. Marini-Biaggi.

## II. MOTIONS TO REMAND

**Motions to Remand.** The matters detailed below in sections II.1 and II.2 of this Agenda (collectively, the "Motions to Remand") shall be heard together.

Estimated Time Required: 60 minutes

Order and Number of Speakers: The names of counsel who intend to speak on the Motions to Remand and time allocations for each party are listed below, in the order in which the parties shall present argument.
- A. Plaintiffs:
    1. **MBIA and National:** Philippe Selendy, 11 minutes
    2. **MBIA and National:** Federico Denton, 5 minutes
    3. **Ambac:** Jon Pickhardt, 7 minutes
- B. Defendants
    1. Peter Neiman, 28 minutes
- C. Special Claims Committee
    1. Sunni Beville, 4 minutes
- D. Plaintiffs' Rebuttal:
    1. **MBIA and National:** Philippe Selendy, 3 minutes
    2. **Ambac:** Jon Pickhardt, 2 minutes

1. **National's Motion for Remand.** Plaintiffs' Motion for Remand and Memorandum in Support Thereof **[Adv. No. 19-422; ECF No. 31]**

    Description: National Public Finance Guarantee Corporation and MBIA Insurance Corporation's motion seeking to remand their claims to the Commonwealth Court of First Instance.

    Objection Deadline: November 8, 2019 at 4:00 p.m. (Atlantic Standard Time).

    Responses:
    - A. Defendants' Opposition to Plaintiffs' Motion for Remand **[Adv. No. 19-422; ECF No. 38]**

    Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 22, 2020 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

    Replies, Joinders & Statements:
    - A. Plaintiffs' Reply in Support of Remand **[Adv. No. 19-422; ECF No. 40]**

    Related Documents:
    - A. Declaration of Philippe Z. Selendy in Support of Plaintiffs' Motion for Remand and Memorandum in Support Thereof **[Adv. No. 19-422; ECF No. 32]**

    - B. Declaration of Ross E. Firsenbaum in Support of Defendants' Opposition to Motion for Remand **[Adv. No. 19-422; ECF No. 39]**

    - C. Declaration of Philippe Z. Selendy in Further Support of Plaintiffs' Motion for Remand **[Adv. No. 19-422; ECF No. 41]**

    D. Motion of National Public Finance Guarantee Corporation and MBIA Insurance Corporation Regarding Oral Argument on Their Motion to Remand **[Adv. No. 19-422; ECF No. 43]**

    E. Order Granting Motion of National Public Finance Guarantee Corporation and MBIA Insurance Corporation Regarding Oral Argument on Their Motion to Remand **[Adv. No. 19-422; ECF No. 44]**

Status: This matter is going forward.

2. **Ambac's Motion for Remand.** Plaintiff's Motion to Remand and Memorandum in Support **[Adv. No. 20-047; ECF No. 22]**

Description: Ambac Assurance Corporation's motion seeking to remand the entirety of its action against the defendants to the Commonwealth Court of First Instance.

Objection Deadline: May 20, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Underwriters' Opposition to Ambac's Motion for Remand **[Adv. No. 20-047; ECF No. 27]**

Reply, Joinder & Statement Deadlines: July 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 22, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. Plaintiff's Reply in Support of its Motion to Remand **[Adv. No. 20-047; ECF No. 30]**

Related Documents:
    A. Declaration of Raul Gonzalez Toro in Support of Plaintiff's Motion to Remand and Memorandum in Support **[Adv. No. 20-047; ECF No. 23]**

    B. Informative Motion of the Financial Oversight and Management Board for Puerto Rico, Acting by and through its Special Claims Committee, Regarding Motion to Remand Adversary Proceeding **[Adv. No. 20-047; ECF No. 26]**

    C. Declaration of Ross E. Firsenbaum in Support of Underwriters' Opposition to Ambac's Motion for Remand **[Adv. No. 20-047; ECF No. 28]**

    D. Declaration of Raul Gonzalez Toro in Support of Plaintiff's Reply in Support of its Motion to Remand **[Adv. No. 20-047; ECF No. 31]**

    E. Second Declaration of Raul Gonzalez Toro in Support of Plaintiff's Reply in Support of its Motion to Remand **[Adv. No. 20-047; ECF No. 32]**

Status: This matter is going forward.

4

### III. ADJOURNED MATTERS:

1. **Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service.** Puerto Rico Fiscal Agency and Financial Advisory Authority's Objection to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 16885) **[Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]**

   Description: Puerto Rico Fiscal Agency and Financial Advisory Authority's objection to proofs of claim of the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) filed against the Puerto Rico Sales Tax Financing Corporation.

   Objection Deadline: August 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
   A. None.

   Reply, Joinder & Statement Deadlines: September 4, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Replies, Joinders & Statements:
   A. None

   Related Documents:
   A. Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927, Case No. 17-3284, ECF No. 662]**

   B. Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330, Case No. 17-3284, ECF No. 688]**

   C. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 10021, Case No. 17-3284, ECF No. 695]**

   D. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 12550, Case No. 17-3284, ECF No. 702]**

   E. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 13122, Case No. 17-3284, ECF No. 709]**

 F. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 13589, Case No. 17-3284, ECF No. 712]**

Status: This matter has been adjourned to the September 16, 2020 omnibus hearing.

Estimated Time Required: N/A

2. **Consul-Tech Caribe, Inc.'s Administrative Expense Motion.** Consul-Tech Caribe, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 9845]**

Description: Consul-Tech Caribe, Inc.'s motion seeking allowance and payment by Commonwealth as a post-petition administrative expense of the outstanding balance for providing technical and consulting services to major state agencies and public corporations in the aftermath of hurricanes Irma and Maria pursuant to a post-petition contract with Puerto Rico Government.

Objection Deadline: August 26, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
 A. None.

Reply, Joinder & Statement Deadlines: September 2, 2020 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
 A. None

Related Documents:
 A. Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 9920]**

 B. Order Granting Urgent Consented Motion for Extension of Deadlines with Respect to Consul-Tech Caribe, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 9925]**

 C. Second Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 10432]**

 D. Order Granting Second Urgent Consented Motion for Extension of Deadlines (Docket Entry No. 10432) **[Case No. 17-3283, ECF No. 10497]**

 E. Third Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 10850]**

 F. Order Granting Third Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 10887]**

G. Fourth Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 11060]**

H. Order Granting Fourth Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 11088]**

I. Fifth Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 12522]**

J. Order Granting Fifth Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 12524]**

K. Urgent Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 11088]**

L. Order Granting Urgent Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 13093]**

M. Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 3593]**

N. Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 13594]**

Status: This matter has been adjourned to the September 16, 2020 omnibus hearing.

Estimated Time Required: N/A

3. **Debtor's Rule 9019 Motion for Order Allowing PRIFA BANs Guarantee Claim.** Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for an Order Approving Stipulation and Agreed Order (A) Allowing PRIFA BANs Guarantee Claim, (B) Authorizing Escrow of PRIFA Funds and (C) Directing the Dismissal of Litigation with Prejudice **[Case No. 17-3283, ECF No. 12519]**

Description: The Commonwealth of Puerto Rico's motion for entry of an order approving the terms of the compromise and settlement among the Commonwealth, AAFAF on behalf of the Puerto Rico Infrastructure Financing Authority ("PRIFA"), and holders (the "PRIFA BANs Bondholders") of the series of bond anticipation notes designated as Puerto Rico Infrastructure Financing Authority, Dedicated Tax Fund Revenue Bond Anticipation Notes, Series 2015 (collectively, the "PRIFA BANs") issued by PRIFA, and resolving certain disputes and litigations in connection with the PRIFA BANs.

Objection Deadline: April 7, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A. Objection of Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp. and Ambac Assurance Corporation to the Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for an Order

      Approving Stipulation and Agreed Order (A) Allowing PRIFA BANs Guarantee Claim, (B) Authorizing Escrow of PRIFA Funds and (C) Directing the Dismissal of Litigation with Prejudice **[Case No. 17-3283, ECF No. 12699]**

   B. Reservation of Rights of Official Committee of Unsecured Creditors with Respect to Motion of Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for Order Approving Stipulation and Agreed Order (A) Allowing PRIFA BANS Guarantee Claim, (B) Authorizing Escrow of PRIFA Funds and (C) Directing Dismissal of Litigation with Prejudice **[Case No. 17-3283, ECF No. 12705]**

Reply, Joinder & Statement Deadlines: April 14, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and September 9, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
  A. None.

Related Documents:
  A. None.

Status: Upon agreement of the parties and notice to the Court, this matter has been adjourned to the September 16, 2020 omnibus hearing.

Estimated Time Required: N/A

4. **Atlantic Medical Center, Inc. et al.'s Motion to Enforce Court's Prior Order and for Relief from Automatic Stay.** Motion of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. Seeking (I) Enforcement of the Court's Prior Order and (II) Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 12918]**

Description: Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc.'s motion seeking (a) relief from the automatic stay to prosecute certain actions pending in the District Court; (b) enforcement of ongoing Medicaid payment obligations; and (c) enforcement of the *Eleventh Omnibus Order Granting Relief from the Automatic Stay* (ECF No. 8499), pursuant to which a stipulation between the parties in which the Commonwealth agreed to make certain payments was approved.

Objection Deadline: September 2, 2020 at 5:00 p.m. (Atlantic Standard Time).

Responses:
  A. None.

Reply, Joinder & Statement Deadlines: September 9, 2020 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
  A. Official Committee of Unsecured Creditors' Statement in Partial Support of Motion of Atlantic Medical Center, Inc. and Other Health Service Providers for (I) Enforcement of Court's Prior Order and (II) Relief from Automatic Stay **[Case No. 17-3283, ECF No. 13260]**

Related Documents:
  A. Joint Stipulation and Order Regarding Atlantic Medical Center, Inc., et al.'s Motion for Relief from the Automatic Stay (ECF No. 12918) **[Case No. 17-3283, ECF No. 13279]**

  B. Joint Stipulation and Order Regarding Atlantic Medical Center, Inc., et al.'s Motion for Relief from the Automatic Stay (ECF No. 12918) **[Case No. 17-3283, ECF No. 13303]**

Status: Upon agreement of the parties and notice to the Court, this matter has been adjourned to the September 16, 2020 omnibus hearing.

Estimated Time Required: N/A

5. **PREPA's Motion to Reject Certain Power Purchase and Operating Agreements.** Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 13579; Case No. 17-4780, ECF No. 2050]**

Description: The Puerto Rico Electric Power Authority's motion seeking entry of an order authorizing rejection of the twenty-seven non-operational and/or above market power purchase and operating agreements for renewable energy projects, under which PREPA agreed to purchase renewable power generated by the developer-counterparties to such agreements, but which have not progressed to an advanced stage of development and have become burdensome to the PREPA and its ratepayers.

Objection Deadline: July 28, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A. None

Reply, Joinder & Statement Deadlines: August 11, 2020 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
  A. None

Related Documents:
- A. Declaration of Fernando M. Padilla in Support of Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (a) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (b) Granting Related Relief **[Case No. 17-3283, ECF No. 13580; Case No. 17-4780, ECF No. 2051]**

- B. Notice of Submission of Amended Exhibit to Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (a) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (b) Granting Related Relief **[Case No. 17-3283, ECF No. 13587; Case No. 17-4780, ECF No. 2055]**

- C. GS Fajardo Solar LLC's Emergency Unopposed Motion to Adjourn Objection Deadline **[Case No. 17-4780, ECF No. 2063]**

- D. Order Adjourning Opposition Deadline and Hearing in Connection with Emergency Unopposed Motion to Adjourn Objection Deadline Filed by GS Fajardo Solar LLC **[Case No. 17-4780, ECF No. 2065]**

- E. GG Alternative Energy Corp.'s Urgent Motion to Adjourn Objection Deadline **[Case No. 17-4780, ECF No. 2069]**

- F. Order Adjourning Opposition Deadline and Hearing in Connection with GG Alternative Energy Corp.'s Urgent Motion to Adjourn Objection Deadline **[Case No. 17-4780, ECF No. 2071]**

- G. EIF PR Resource Recovery, LLC's Informative Motion and Request for Withholding Approval of the Rejection of Certain PREPA PPOA in Exhibit A of ECF No. 2055-1 until Opportunity to Confer and Meet with FOMB **[Case No. 17-3283, ECF No. 13683; Case No. 17-4780, ECF No. 2076]**

- H. Amended Notice of Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (a) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (b) Granting Related Relief **[Case No. 17-3283, ECF No. 13696; Case No. 17-4780, ECF No. 2080]**

Status: This matter has been adjourned to the September 16, 2020 omnibus hearing.

Estimated Time Required: N/A

6. **Salud Integral en la Montaña et al.'s Motion for Allowance and Payment of an Administrative Expense Claim or, in the Alternative, Relief from Automatic Stay.** Motion of Salud Integral en la Montaña, Corporación de Servicios de Salud y Medicina Avanzada, NeoMed Center, Migrant Health Center, HPM Foundation, Morovis Community Health Center, and Concilio de Saludad Integral de Loiza for Allowance and Payment of Administrative Expense Claim, or, in the Alternative, Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 13582]**

Description: Salud Integral en la Montaña, Corporación de Servicios de Salud y Medicina Avanzada, NeoMed Center, Migrant Health Center, HPM Foundation, Morovis Community Health Center, and Concilio de Saludad Integral de Loiza's ("community health centers") motion seeking (I) enforcement of the Commonwealth's ongoing Medicaid payment obligations; (II) enforcement of the *Eleventh Omnibus Order Granting Relief from the Automatic Stay* (ECF No. 8499) approving the stipulation between the community health centers and the Commonwealth, where the Commonwealth agreed to make certain payments; or, in the alternative, (III) relief from the automatic stay to prosecute a related action pending in the District Court.

Objection Deadline: August 5, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A. None.

Reply, Joinder & Statement Deadlines: August 12, 2020 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
  A. None

Related Documents:
  A. Revised Notice of Objection Deadline Regarding Motion of Motion of Salud Integral en la Montaña, Corporación de Servicios de Salud y Medicina Avanzada, NeoMed Center, Migrant Health Center, HPM Foundation, Morovis Community Health Center, and Concilio de Saludad Integral de Loiza for Allowance and Payment of Administrative Expense Claim, or, in the Alternative, Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 13610]**

  B. Order Adjourning the Motion for Allowance and Payment of Administrative Expense Claim, or, in the Alternative, Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 13804]**

Status: This matter has been adjourned to the September 16, 2020 omnibus hearing.

Estimated Time Required: N/A

7. **PREPA's Motion to Allow Administrative Expense Claim.** PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy **[Case No. 17-3283, ECF No. 13583; Case No. 17-4780, ECF No. 2053]**

Description: The Puerto Rico Electric Power Authority's motion seeking entry of an order allowing LUMA Energy, LLC and LUMA Energy ServCo, LLC's (collectively "LUMA Energy") administrative expense claim for any potential accrued and unpaid front-end

11

transition obligations under certain operation and maintenance agreement in order for LUMA Energy to begin providing its services to PREPA.

Objection Deadline: August 12, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None

Reply, Joinder & Statement Deadlines: September 2, 2020 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. None

Related Documents:
    A. Emergency Motion of the Official Committee of Unsecured Creditors, the Fuel Line Lenders and UTIER to Adjourn Objection Deadline and Hearing Date for LUMA Energy Administrative Expense Motion **[Case No. 17-3283, ECF No. 13602; Case No. 17-4780, ECF No. 2056]**

    B. The Government Parties' Objection to the Emergency Motion of the Official Committee of Unsecured Creditors, the Fuel Line Lenders and UTIER to Adjourn Objection Deadline and Hearing Date for LUMA Energy Administrative Expense Motion **[Case No. 17-3283, ECF No. 13611; Case No. 17-4780, ECF No. 2060]**

    C. Reply in Support of Emergency Motion of the Official Committee of Unsecured Creditors, the Fuel Line Lenders and UTIER to Adjourn Objection Deadline and Hearing Date for LUMA Energy Administrative Expense Motion **[Case No. 17-3283, ECF No. 13616; Case No. 17-4780, ECF No. 2062]**

    D. Order Extending and Establishing Certain Deadlines Applicable to PREPA's Motion for Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy **[Case No. 17-3283, ECF No. 13628; Case No. 17-4780, ECF No. 2068]**

Status: This matter has been adjourned to the September 16, 2020 omnibus hearing.

Estimated Time Required: N/A

8. **Debtors' Omnibus Objections to Claims.** Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the July 29, 2020 Omnibus Hearing to the September 16, 2020 Omnibus Hearing **[Case No. 17-3283, ECF No. 13702]**

The following omnibus objections to claims have been adjourned to the September 16, 2020 omnibus hearing, solely with respect to claims that have not already been disallowed by entry of a final written order of the Court.

Seventy-Eighth [ECF No. 8964]; Seventy-Ninth [ECF No. 8965]; Eightieth [ECF No. 8967]; Eighty-First [ECF No. 8968]; Eighty-Second [ECF No. 8969]; Eighty-Third [ECF No. 8970]; Eighty-Fourth [ECF No. 8971]; Eighty-Fifth [ECF No. 8973]; Eighty-Sixth [ECF No. 8975]; Eighty-Seventh [ECF No. 8976]; Eighty-Eighth [ECF No. 8977]; Eighty-Ninth [ECF No. 8978]; Ninetieth [ECF No. 8979]; Ninety-First [ECF No. 8980]; Ninety-Second [ECF No. 8981]; Ninety-Third [ECF No. 8982]; Ninety-Fourth [ECF No. 8983]; Ninety-Fifth [ECF No. 8984]; Ninety-Sixth [ECF No. 9546]; Ninety-Seventh [ECF No. 9547]; Ninety-Eighth [ECF No. 9548]; Ninety-Ninth [ECF No. 9549]; One Hundredth [ECF No. 9550]; One Hundred First [ECF No. 9551]; One Hundred Second [ECF No. 9552]; One Hundred Third [ECF No. 9553]; One Hundred Fourth [ECF No. 9554]; One Hundred Fifth [ECF No. 9555]; One Hundred Sixth [ECF No. 9556]; One Hundred Seventh [ECF No. 9557]; One Hundred Eighth [ECF No. 9558]; One Hundred Ninth [ECF No. 9559]; One Hundred Tenth [ECF No. 9560]; One Hundred Eleventh [ECF No. 9561]; One Hundred Twelfth [ECF No. 9562]; One Hundred Thirteenth [ECF No. 9563]; One Hundred Fourteenth [ECF No. 9564]; One Hundred Fifteenth [ECF No. 9565]; One Hundred Sixteenth [ECF No. 9566]; One Hundred Seventeenth [ECF No. 9567]; One Hundred Eighteenth [ECF No. 9568]; One Hundred Nineteenth [ECF No. 9569]; One Hundred Twentieth [ECF No. 9570]; One Hundred Twenty-First [ECF No. 9572]; One Hundred Twenty-Second [ECF No. 9574]; One Hundred Twenty-Third [ECF No. 9576]; One Hundred Twenty-Fourth [ECF No. 9892]; One Hundred Twenty-Fifth [ECF No. 9894]; One Hundred Twenty-Sixth [ECF No. 9895]; One Hundred Twenty-Seventh [ECF No. 9897]; One Hundred Twenty-[ECF No. 9900]; One Hundred Twenty-Ninth [ECF No. 9901]; One Hundred Thirtieth [ECF No. 9903]; One Hundred Thirty-First [ECF No. 9905]; One Hundred Thirty-Second [ECF No. 9906]; One Hundred Thirty-Third [ECF No. 9907]; One Hundred Thirty-Fourth [ECF No. 9908]; One Hundred Thirty-Fifth [ECF No. 9911]; One Hundred Thirty-Sixth [ECF No. 9912]; One Hundred Thirty-Seventh [ECF No. 9915]; One Hundred Thirty-Eighth [ECF No. 9917]; One Hundred Thirty-Ninth [ECF No. 9921]; One Hundred Fortieth [ECF No. 9933]; One Hundred Forty-First [ECF No. 9934]; One Hundred Forty-Second [ECF No. 9935]; One Hundred Forty-Third [ECF No. 9936]; One Hundred Forty-Fourth [ECF No. 9937]; One Hundred Forty-Fifth [ECF No. 9938]; One Hundred Forty-Sixth [ECF No. 9939]; One Hundred Forty-Seventh [ECF No. 9940]; One Hundred Forty-Eighth [ECF No. 9941]; One Hundred Forty-Ninth [ECF No. 9942]; One Hundred Fiftieth [ECF No. 9943]; One Hundred Fifty-Fifth [ECF No. 9944]; One Hundred Fifty-Sixth [ECF No. 9945]; One Hundred Fifty-Seventh [ECF No. 9946]; One Hundred Fifty-Eighth [ECF No. 11820]; One Hundred Fifty-Ninth [ECF No. 11821]; One Hundred Sixtieth [ECF No. 11822]; One Hundred Sixty-First [ECF No. 11823]; One Hundred Sixty-Second [ECF No. 11824]; One Hundred Sixty-Third [ECF No. 11825]; One Hundred Sixty-Fourth [ECF No. 11826]; One Hundred Sixty-Fifth [ECF No. 11827]; One Hundred Sixty-Sixth [ECF No. 11828]; One Hundred Sixty-Seventh [ECF No. 11833]; One Hundred Sixty-Eighth [ECF No. 11834]; One Hundred Sixty-Ninth [ECF No. 11836]; One Hundred Seventieth [ECF No. 11837]; One Hundred Seventy-First [ECF No. 12125]; One Hundred Seventy-Second [ECF No. 12126]; One Hundred Seventy-Third [ECF No. 12138]; One Hundred Seventy-Fourth [ECF No. 12140]; One Hundred Seventy-Fifth [ECF No. 12141]; One Hundred Seventy-Sixth [ECF No. 12143]; One Hundred Seventy-Seventh [ECF No. 12144]; One Hundred Seventy-Eighth [ECF No. 12146]; One Hundred Seventy-Ninth [ECF No. 12147]; One Hundred Eightieth [ECF No.

12149]; One Hundred Eighty-First [ECF NO. 12159]; One Hundred Eighty-Second [ECF No. 12160]; One Hundred Eighty-Third [ECF No. 12163]; One Hundred Eighty-Fourth [ECF No. 12850]; One Hundred Eighty-Fifth [ECF No. 12851]; One Hundred Eighty-Sixth [ECF No. 12852]; One Hundred Eighty-Seventh [ECF No. 12853]; One Hundred Eighty-Eighth [ECF No. 12854]; One Hundred Eighty-Ninth [ECF No. 12858]; One Hundred Ninetieth [ECF No. 12859]; One Hundred Ninety-First [ECF No. 12860]; One Hundred Ninety-Second [ECF No. 12864]; One Hundred Ninety-Third [ECF No. 12865]; One Hundred Ninety-Fourth [ECF No. 12867]; One Hundred Ninety-Fifth [ECF No. 12868]; One Hundred Ninety-Sixth [ECF No. 12869]; One Hundred Ninety-Seventh [ECF No. 12870]; One Hundred Ninety-Eighth [ECF No. 13406]; One Hundred Ninety-Ninth [ECF No. 13407]; Two Hundredth [ECF No. 13408]; Two Hundred First [ECF No. 13410]; Two Hundred Second [ECF No. 13409]; Two Hundred Third [ECF No. 13411]; Two Hundred Fourth [ECF No. 13412]; Two Hundred Fifth [ECF No. 13415]; Two Hundred Sixth [ECF No. 13416]; Two Hundred Seventh [ECF No. 13417]; Two Hundred Eighth [ECF No. 13418]; Two Hundred Ninth [ECF No. 13419]; Two Hundred Tenth [ECF No. 13420]; Two Hundred Eleventh [ECF No. 13422]; Two Hundred Twelfth [ECF No. 13425]; Two Hundred Thirteenth [ECF No. 13426]; Two Hundred Fourteenth [ECF No. 13427]; Two Hundred Fifteenth [ECF No. 13428]; Two Hundred Sixteenth [ECF No. 13429]; Two Hundred Seventeenth [ECF No. 13431]; Two Hundred Eighteenth [ECF No. 13432]; Two Hundred Nineteenth [ECF No. 13433]; Two Hundred Twentieth [ECF No. 13434]; Two Hundred Twenty-First [ECF No. 13435]; Two Hundred Twenty-Second [ECF No. 13436].

9. **Gladys García-Rubiera et. al.'s Motion Requesting Relief from Stay under 362(d)(1) of the Bankruptcy Code.** Status Conference Regarding Gladys García-Rubiera *et. al.*'s Motion for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 2434]**

Description: Status conference regarding Gladys García-Rubiera *et.al.*'s motion for relief from the automatic stay in connection with the September 25, 2019 opinion issued by the United States Court of Appeals for the First Circuit **[Case No. 17-3283, ECF No. 8770]**

Objection Deadline: N/A

Responses:
   A. N/A

Reply, Joinder & Statement Deadlines: October 15, 2020 at 5:00 p.m. (Atlantic Standard Time) for parties to file Joint Status Report or Stipulation memorializing their agreement.

Replies, Joinders & Statements:
   A. N/A

Related Documents:
   A. Memorandum Order Granting in Part and Denying in Part Motion Requesting Relief from Stay Under Section 362(d)(1) of the Bankruptcy Code (Docket Entry No. 2434) **[Case No. 17-3283, ECF No. 2858]**

B. Opinion issued by the United States Court of Appeals for the First Circuit, dated September 25, 2019 **[Case No. 17-3283, ECF No. 8770]**

C. Judgement issued by the United States Court of Appeals for the First Circuit, dated September 25, 2019 **[Case No. 17-3283, ECF No. 8771]**

D. Order Scheduling Further Proceedings Regarding Motion Requesting Relief from Automatic Stay **[Case No. 17-3283, ECF No. 8890]**

E. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9093]**

F. Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 9093) **[Case No. 17-3283, ECF No. 9098]**

G. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9130]**

H. Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 9130) **[Case No. 17-3283, ECF No. 9142]**

I. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9384]**

J. Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 9384) **[Case No. 17-3283, ECF No. 9389]**

K. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9591]**

L. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 10265]**

M. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 11756]**

N. Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 11756) **[Case No. 17-3283, ECF No. 11771]**

O. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 12795]**

    P. Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 12795) **[Case No. 17-3283, ECF No. 12841]**

    Q. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 13121]**

    R. Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 13121) **[Case No. 17-3283, ECF No. 13147]**

    S. Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 13657]**

    T. Order in Connection with Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 13657) **[Case No. 17-3283, ECF No. 13672]**

Status: This matter has been adjourned to October 28, 2020 omnibus hearing

Estimated Time Required: N/A

10. **Scheduling Conference.** [*Sciemus Ltd. v. PREPA*; **Adv. No. 19-369**]

Description: The Court will conduct a scheduling conference to direct the parties and establish substantive deadlines for the discovery process and for the remainder of the case.

Responses:
    A. N/A

Reply, Joinder & Statement Deadlines: October 15, 2020 at 5:00 p.m. (Atlantic Standard Time) for parties to file Joint Status Report or Stipulation memorializing their agreement.

Replies, Joinders & Statements:
    B. N/A

Related Documents:
    A. Unopposed Motion for Scheduling Conference **[Adv. No. 19-369; ECF No. 67]**

    B. Order **[Adv. No. 19-369; ECF No. 73]**

    C. Joint Status Report **[Adv. No. 19-369; ECF No. 81]**

    D. Unopposed Motion for Extension of Time **[Adv. No. 19-369, ECF No. 82]**

    E. Order **[Adv. No. 19-0369, ECF No. 83]**

    F. Order **[Adv. No. 19-0369, ECF No. 84]**

<u>Status</u>:  This matter has been adjourned to the October 28, 2020 omnibus hearing.

<u>Estimated Time Required</u>:  N/A

*[Remainder of page intentionally left blank]*

Dated: July 27, 2020
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*

Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

**Exhibit A**

**Procedures Order**