## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

        Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

---------------------------------------------------------------x

### COVER SHEET TO TWENTY-SIXTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, FOR THE PERIOD OF JUNE 1, 2019 THROUGH JUNE 30, 2019

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | June 1, 2019 through June 30, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $2,605.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $2,605.50 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-sixth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for June 2019.




<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On September 19th, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period June 1 through June 30, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 5.40 | $ 1,647.00 |
| Ubaldo M. Fernandez | Jr. Member | Litigation | $220.00 | 0.40 | $ 88.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 3.00 | $ 630.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 0.60 | $ 111.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 1.60 | $ 304.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.50 | $ 70.00 |
| Vanessa Sanchez | Paralegal | Litigation | $150.00 | 0.30 | $ 45.00 |
| | **Totals** | | | **11.80** | **$ 2,895.00** |
| | **Less: 10% Courtesy discount** | | | | **$ (289.50)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 2,605.50** |

**HTA TITLE III**

**Summary of Disbursements for the Period June 1 through June 30, 2019**

| Description - Expenses | Amounts |
|---|---|
| | $ - |
| **Totals** | **$ -** |
| **SUMMARY OF DISBURSEMENTS** | **$ -** |

| | **HTA TITLE III** | | | |
|---|---|---|---|---|
| | **Summary of Legal Fees for the Period June 1 through June 30, 2019** | | | |
| | | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** | |
| 201 | Board, Members, Staff, Advisor, Consult | 0.50 | $ | 105.00 |
| 206 | Documents Filed on Behalf of the Board | 1.20 | $ | 251.00 |
| 207 | Non-Board Court Filings | 1.10 | $ | 250.00 |
| 208 | Stay Matters | 0.60 | $ | 183.00 |
| 209 | Adversary Proceeding | 0.80 | $ | 244.00 |
| 210 | Analysis and Strategy | 1.20 | $ | 225.00 |
| 211 | Non-Working Travel Time | 1.60 | $ | 336.00 |
| 219 | Docketing | 0.50 | $ | 70.00 |
| 222 | Claims and Claims Objections | 3.60 | $ | 1,098.00 |
| 224 | Fee applications - O&B | 0.70 | $ | 133.00 |
| | | | $ | 2,895.00 |
| | | | | |
| | **Less: 10% Courtesy Discount** | | $ | (289.50) |
| | | | | |
| | **TOTALS** | **11.80** | $ | 2,605.50 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $2,344.95, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $2,344.95.

**<u>Professional Certification</u>**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

<u>s/Ubaldo M. Fernández</u>
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 3, 2019
FOMB IN RE HTA TITLE III
Bill #:   353581
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2019:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 2,024.00 |
| Less Discount | $ -202.40 |
| Net Professional Services | $ 1,821.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,821.60** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC



**Client.Matter: P1703 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/05/19 | HDB | 222 | Revise draft thirty-eighth omnibus objection to the duplicate and deficient proofs of claim. | .30 | 305.00 | 91.50 |
| 6/05/19 | HDB | 222 | Revise Thirty-Eighth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate and Deficient Claims. | .30 | 305.00 | 91.50 |
| 6/05/19 | HDB | 222 | Revise draft Thirty-Ninth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims, and supporting documents. | .30 | 305.00 | 91.50 |
| 6/05/19 | HDB | 207 | Review Omnibus Reply of Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and Its Special Claims Committee in Support of Motions to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds, Certain HTA Bonds, and Certain ERS Bonds. | .20 | 305.00 | 61.00 |
| 6/06/19 | HDB | 222 | Revise and sign-off for filing Thirty-Fifth Omnibus Objection. | .30 | 305.00 | 91.50 |
| 6/06/19 | HDB | 222 | Revise and sign-off for filing Fortieth Omnibus Objection filed by HTA to claims asserted against the incorrect debtor. | .30 | 305.00 | 91.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Ne ill & Borges LLC

Bill #:  353581

July 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/06/19 | HDB | 222 | Revise and sign-off for filing Claims Thirty-Ninth Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims. | .30 | 305.00 | 91.50 |
| 6/06/19 | HDB | 222 | Revise and sign-off for filing Claims Thirty-Eighth Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate and Deficient Claims. | .30 | 305.00 | 91.50 |
| 6/06/19 | HDB | 222 | Revise and sign-off to file Forty-Third Omnibus Objection of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Non-Substantive) to Duplicate, Deficient, and Incorrect Debtor Claims. | .30 | 305.00 | 91.50 |
| 6/06/19 | HDB | 222 | Revise and sign-off to file the forty-sixth omnibus objection to subsequently amended and superseded proofs of claim. | .20 | 305.00 | 61.00 |
| 6/06/19 | HDB | 222 | Revise and sign-off for filing Forty-Sixth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims. | .30 | 305.00 | 91.50 |
| 6/06/19 | HDB | 222 | Revise and sign-ff to file Forty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transpiration Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Exact Duplicate Claims. | .30 | 305.00 | 91.50 |
| 6/06/19 | HDB | 222 | Review and sign-off to file Fifty-Fifth Omnibus Objection filed by the Commonwealth to Duplicate Claims filed by HTA Bondholders. | .20 | 305.00 | 61.00 |
| 6/11/19 | VSN | 224 | As requested by U. Fernandez, compile February and March invoices for 17-03567 in preparation for court filing. | .30 | 150.00 | 45.00 |
| 6/14/19 | MMB | 219 | Docket court notice received by email dated June 12, 2019, regarding order dkt. 582 setting deadlines to file responses regarding dkt. 580, reply, motion hearing date - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  353581

July 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/17/19 | ETF | 211 | Tel. conf. with J. Garcia regarding HTA clawbacks. | .10 | 210.00 | 21.00 |
| 6/18/19 | MMB | 219 | Docket court notice received by email dated June 13, 2019, regarding order dkt. 583 setting deadline to serve process, and to file proposed order - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/18/19 | MMB | 219 | Docket court notice received by email dated June 14, 2019, regarding order dkt. 584 setting transcript related deadlines in connection with June 12, 2019 omnibus hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/19/19 | ETF | 201 | Tel. conf. with McKinsey (R. Jamil, R. Fakheri) regarding HTA budget mechanisms. | .50 | 210.00 | 105.00 |
| 6/22/19 | HDB | 222 | Review Notice of Withdrawal of Objections to Proof of Claim No. 13261 in connection with the Forty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Exact Duplicate Claims. | .20 | 305.00 | 61.00 |
| 6/24/19 | HDB | 209 | Revise draft Joint Status Report. | .20 | 305.00 | 61.00 |
| 6/24/19 | MMB | 219 | Docket court notice received by email dated June 20, 2019, regarding order dkt. 588 setting hearing procedures on June 28, 2019 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/25/19 | HDB | 206 | Revise draft Urgent Motion Requesting Order (I) Approving Service of Process at Addresses Listed in Defendants' Proofs of Claims or Rule 2019 Disclosures and (II) Approving Debtors' Form of Notice to Defendants in Certain Adversary Proceedings. | .20 | 305.00 | 61.00 |
| 6/25/19 | HDB | 208 | Revise Stay Relief Motion filed by AmeriNational Community Services, LLC, Cantor-Katz Collateral Monitor LLC. | .60 | 305.00 | 183.00 |
| 6/25/19 | ETF | 207 | Review First Circuit Opinion affirming Judge Swain's dismissal in AMBAC v HTA. | .90 | 210.00 | 189.00 |
| 6/26/19 | ETF | 211 | Tel. conf. with Zarif Jamil (McKinsey) regarding HTA restricted funds and PRASA and HTA budgets. | .20 | 210.00 | 42.00 |
| 6/28/19 | UMF | 224 | Draft twenty-fourth monthly fee application of O&B in the Title III case of HTA. | .40 | 220.00 | 88.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  353581                                                                 July 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/28/19 | MMB | 219 | Docket court notice received by email dated June 26, 2019, regarding order dkt. 595 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                          $ 2,024.00

Less Discount                                               $ -202.40

NET PROFESSIONAL SERVICES:                           $ 1,821.60

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 4.80 | 305.00 | 1,464.00 |
| UBALDO M. FERNANDEZ BARRERA | .40 | 220.00 | 88.00 |
| EMILIANO TRIGO FRITZ | 1.70 | 210.00 | 357.00 |
| MILAGROS MARCANO BAEZ | .50 | 140.00 | 70.00 |
| VANESSA SANCHEZ | .30 | 150.00 | 45.00 |
| Total | 7.70 | | $ 2,024.00 |

**TOTAL THIS INVOICE**                                    **$ 1,821.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

250 Avenue Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

July 3, 2019
FOMB IN RE HTA TITLE III
Bill #:   353582
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2019:

**Client.Matter: P1703 - 2**

**RE:  FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 273.00 |
| VOLUME DISCOUNT | $ -27.30 |
| Net Professional Services | $ 245.70 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 245.70** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 2**
**RE:  FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/04/19 | ETF | 211 | Tel. conf. with J. Garcia regarding HTA revenue forecast. | .10 | 210.00 | 21.00 |
| 6/26/19 | ETF | 211 | Review and edit HTA budget. | .70 | 210.00 | 147.00 |
| 6/26/19 | ETF | 211 | Tel. conf. with Zarif Jamil and Ben Safran and others regarding HTA budget. | .20 | 210.00 | 42.00 |
| 6/26/19 | ETF | 211 | Review new draft of HTA budget. | .30 | 210.00 | 63.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 273.00 |
| VOLUME DISCOUNT | $ -27.30 |
| NET PROFESSIONAL SERVICES: | $ 245.70 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| EMILIANO TRIGO FRITZ | 1.30 | 210.00 | 273.00 |
| **Total** | **1.30** | | **$ 273.00** |

**TOTAL THIS INVOICE**                     **$ 245.70**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 3, 2019

FOMB IN RE HTA TITLE III

Bill #: 353583
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2019:

**Client.Matter: P1703 - 801**

**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---|
| Total Professional Services | $ 373.00 |
| VOLUME DISCOUNT | $ -37.30 |
| Net Professional Services | $ 335.70 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 335.70** |

Electronic Invoice

IN ACCOUNT WITH
250 AVE MUÑOZ RIVERA SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 801**
**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/24/19 | HDB | 209 | Revise first draft of Joint Status Report to be filed in Adv. 17-00151. | .30 | 305.00 | 91.50 |
| 6/24/19 | DJP | 206 | Analyze current draft of the Joint Status Report to be filed in compliance with court order. | .30 | 190.00 | 57.00 |
| 6/26/19 | HDB | 209 | Revise final draft of Joint Status Report for Adv. 17-00151. | .30 | 305.00 | 91.50 |
| 6/28/19 | DJP | 206 | Analyze the Joint Status Report to be filed in compliance with court order in 17-00151. | .30 | 190.00 | 57.00 |
| 6/28/19 | DJP | 206 | File the Joint Status Report in Adv. 17-00151 in compliance with court order, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/28/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Joint Status Report in Adv. 17-00151. | .20 | 190.00 | 38.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 373.00 |
| VOLUME DISCOUNT | | $ -37.30 |
| NET PROFESSIONAL SERVICES: | | $ 335.70 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .60 | 305.00 | 183.00 |
| DANIEL J. PEREZ REFOJOS | 1.00 | 190.00 | 190.00 |
| **Total** | **1.60** | | **$ 373.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  353583

July 3, 2019

**TOTAL THIS INVOICE**                                    **$ 335.70**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

2

250 Avé Munoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 3, 2019
Bill #:   353584
Billing Attorney:  CGB

FOMB IN RE HTA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2019:

**Client.Matter: P1703 - 803**

**RE:  17-00159-LTS AMBAC ASSURANCE CORP. V. COMM. OF P.R. ET AL.-CGB**

| | |
|---|---:|
| Total Professional Services | $ 225.00 |
| VOLUME DISCOUNT | $ -22.50 |
| Net Professional Services | $ 202.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 202.50** |

O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

---

**Client.Matter: P1703 . 803**
**RE:  17-00159-LTS AMBAC ASSURANCE CORP. V. COMM. OF P.R. ET AL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/24/19 | GMR | 210 | Analyze the Opinion and Order of the First Circuit issued today, 06/24/19. | .60 | 185.00 | 111.00 |
| 6/25/19 | DJP | 210 | Analyze opinion and order from First Circuit affirming dismissal of Ambac's constitutional and statutory claims. | .60 | 190.00 | 114.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 225.00 |
| VOLUME DISCOUNT | | $ -22.50 |
| NET PROFESSIONAL SERVICES: | | $ 202.50 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| DANIEL J. PEREZ REFOJOS | .60 | 190.00 | 114.00 |
| GABRIEL MIRANDA RIVERA | .60 | 185.00 | 111.00 |
| **Total** | **1.20** | | **$ 225.00** |

**TOTAL THIS INVOICE**                    **$ 202.50**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

--------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

        Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

--------------------------------------------------------------------x

## COVER SHEET TO TWENTY-SEVENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, FOR THE PERIOD OF JULY 1, 2019 THROUGH JULY 31, 2019

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | July 1, 2019 through July 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $2,175.30 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $2,175.30 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-seventh monthly fee application in these cases.

00693009; 1

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for July 2019.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On September 19th, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzane Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period July 1 through July 31, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 2.70 | $ 823.50 |
| Ubaldo M. Fernandez | Jr. Member | Litigation | $220.00 | 0.40 | $ 88.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 5.70 | $ 1,197.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 0.90 | $ 166.50 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 0.60 | $ 114.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.20 | $ 28.00 |
| | **Totals** | | | 10.50 | $ 2,417.00 |
| | **Less: 10% Courtesy discount** | | | | $ (241.70) |
| **SUMMARY OF LEGAL FEES** | | | | | $ 2,175.30 |

**HTA TITLE III**

**Summary of Disbursements for the Period July 1 through July 31, 2019**

| Description - Expenses | Amounts |
|---|---|
| | $ - |
| **Totals** | $ - |
| **SUMMARY OF DISBURSEMENTS** | $ - |

| | **HTA TITLE III** | | | |
|---|---|---|---|---|
| | **Summary of Legal Fees for the Period July 1 through July 31, 2019** | | | |
| | | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** | |
| 201 | Board, Members, Staff, Advisor, Consult | 3.20 | $ | 672.00 |
| 206 | Documents Filed on Behalf of the Board | 1.80 | $ | 372.00 |
| 215 | Plan of Adjustment and Disclosure Statem | 2.50 | $ | 525.00 |
| 219 | Docketing | 0.20 | $ | 28.00 |
| 222 | Claims and Claims Objections | 2.40 | $ | 732.00 |
| 224 | Fee applications - O&B | 0.40 | $ | 88.00 |
| | | | $ | 2,417.00 |
| | | | | |
| | **Less: 10% Courtesy Discount** | | $ | (241.70) |
| | | | | |
| | **TOTALS** | **10.50** | $ | 2,175.30 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $1,957.77, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $1,957.77.

## <u>Professional Certification</u>

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

<u>s/Ubaldo M. Fernández</u>
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE HTA TITLE III

August 5, 2019
Bill #:   355643
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2019:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 2,340.00 |
| Less Discount | $ -234.00 |
| Net Professional Services | $ 2,106.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,106.00** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/01/19 | ETF | 201 | Tel. conf. with J. Garcia regarding HTA. | .10 | 210.00 | 21.00 |
| 7/01/19 | ETF | 215 | Analyze Supplemental Resolutions regarding Series CC, M, and N Bonds as requested by Proskauer. | .70 | 210.00 | 147.00 |
| 7/01/19 | MMB | 219 | Docket court notice received by email dated June 25, 2019, regarding  AmeriNational Community Services, Cantor-Katz Collateral Monitor's Notice of hearing dkt. 593. | .10 | 140.00 | 14.00 |
| 7/02/19 | HDB | 206 | Revise Motion for Entry of a Seventh Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Under Which the Puerto Rico Public Buildings Authority is the Lessor Pursuant to Bankruptcy Code Section 365(d)(4). | .30 | 305.00 | 91.50 |
| 7/09/19 | HDB | 222 | Review Response by Francisco de A. Toro De Osuna and Viviana Velez Perez to Forty-Fifth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Commonwealth of Puerto Rico to Deficient and Incorrect Debtor Claims. | .20 | 305.00 | 61.00 |
| 7/09/19 | HDB | 222 | Review Response by Del Valle Group to Forty-Six Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims. | .20 | 305.00 | 61.00 |
| 7/10/19 | ETF | 201 | Tel. conf. with J. Garcia regarding HTA restricted accounts. | .20 | 210.00 | 42.00 |

O'Neill & Borges LLC

Bill #:  355643                                                                          August 5, 2019

| 7/12/19 | ETF | 201 | Tel. conf. with McKinsey (J. Zarif, R. Fakheri and others), EY (P. Garcia) and T. Green (Citi), J. Garcia regarding HTA cash balances. | 1.10 | 210.00 | 231.00 |
|---------|-----|-----|---|------|--------|--------|
| 7/12/19 | ETF | 201 | Review chart of due diligence of HTA bank accounts (.20). Analyze which accounts should be reviewed regarding McKinsey / Citi request related to cash balances (.40). Email EY regarding proposed approach for review (.20). | .80 | 210.00 | 168.00 |
| 7/12/19 | ETF | 201 | Tel. conf. with J. Garcia regarding conversation with McKinsey, EY and Citi. | .20 | 210.00 | 42.00 |
| 7/15/19 | DJP | 206 | Analyze the Sixth Interim Fee Application of McKinsey & Company, Inc. Washington D.C. As Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Highway and Transportation Authority ( HTA ), for the Period from February 1, 2019 through May 31, 2019, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 7/15/19 | DJP | 206 | File the Sixth Interim Fee Application of McKinsey & Company, Inc. Washington D.C. As Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Highway and Transportation Authority ( HTA ), for the Period from February 1, 2019 through May 31, 2019, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/15/19 | GMR | 206 | File the Third Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways and Transportation Authority for the Period from February 1, 2019 through May 31, 2019 at Docket No. 607. | .30 | 185.00 | 55.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  355643

August 5, 2019

| 7/15/19 | GMR | 206 | File the Notice of Filing of Third Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways and Transportation Authority for the Period from February 1, 2019 through May 31, 2019 at Docket No. 608. | .30 | 185.00 | 55.50 |
| 7/16/19 | GMR | 206 | File the Third Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways and Transportation Authority for the Period from February 1, 2019 through May 31, 2019 at Docket No. 607. | .30 | 185.00 | 55.50 |
| 7/17/19 | HDB | 222 | Revise draft reply in support of the Thirty-Ninth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims. | .30 | 305.00 | 91.50 |
| 7/17/19 | HDB | 222 | Revise draft reply to the Response and Reservation of Rights in Response to Forty-Sixth Omnibus Objection (Non-Substantive) filed by the Del Valle Group. | .30 | 305.00 | 91.50 |
| 7/17/19 | ETF | 215 | Revise Proskauer's HTA BIT assumptions memo. | 1.80 | 210.00 | 378.00 |
| 7/17/19 | ETF | 201 | Tel. conf. with McKinsey (A. Gerard, R. Fakheir, Z. Jamil and others), J. Garcia regarding HTA proposed approach to obligations. | .20 | 210.00 | 42.00 |
| 7/17/19 | DJP | 206 | File the Plaintiffs and Debtors the Commonwealth of Puerto Rico's and the Puerto Rico Highways and Transportation Authority's (through their Respective Sole Representative the FOMB) Status Report and Proposed Case Management Order in Connection with Proceedings Numbers 19-291, 19-292, 19-293, 19-294, 19-295, 19-296, and 19-297, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  355643

August 5, 2019

| 7/18/19 | HDB | 222 | Revise draft certification regarding the Twenty-Second Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority to Subsequently Amended Claims (ECF No. 6271). (.20) Draft e-mail regarding same. (.10) | .30 | 305.00 | 91.50 |
|---|---|---|---|---|---|---|
| 7/18/19 | HDB | 222 | Revise and sign-off to file certification regarding the Twenty-Eighth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority to Exact Duplicate Claims (ECF No. 6277) and proposed Order. | .20 | 305.00 | 61.00 |
| 7/22/19 | HDB | 222 | Review message from counsel for Del Valle Group in connection with the 46th Omni objection. (.10) Draft e-mail to Proskauer regarding the same. (.10) | .20 | 305.00 | 61.00 |
| 7/23/19 | HDB | 222 | Revise and sign-off for filing the certificate of no objection for the Forty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Exact Duplicate Claims, and proposed Order. | .20 | 305.00 | 61.00 |
| 7/25/19 | HDB | 222 | Review Notice of (A) Withdrawal of the Forty-seventh Omnibus Objection of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico with Respect to Proof of Claim of Fideicomiso Lalmfc (Claim No. 14701) and (B) Submission of Amended Exhibit to Claim Objection. | .20 | 305.00 | 61.00 |
| 7/26/19 | HDB | 222 | Revise Sixty-Seventh Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority to Duplicate and Deficient Claims. | .30 | 305.00 | 91.50 |
| 7/30/19 | ETF | 201 | Tel. conf. with McKinsey (Z. Jamil and R. Fakheri) regarding Tren Urbano questions raised by N. Jaresko. | .30 | 210.00 | 63.00 |
| 7/31/19 | UMF | 224 | Draft twenty-fifth monthly fee application for O&B in the Title III case of HTA. | .40 | 220.00 | 88.00 |

TOTAL PROFESSIONAL SERVICES                $ 2,340.00

Less Discount                                        $ -234.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

4

O'Neill & Borges LLC

Bill #:  355643

August 5, 2019

NET PROFESSIONAL SERVICES:                              $ 2,106.00

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 2.70 | 305.00 | 823.50 |
| UBALDO M. FERNANDEZ BARRERA | .40 | 220.00 | 88.00 |
| EMILIANO TRIGO FRITZ | 5.40 | 210.00 | 1,134.00 |
| DANIEL J. PEREZ REFOJOS | .60 | 190.00 | 114.00 |
| GABRIEL MIRANDA RIVERA | .90 | 185.00 | 166.50 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **10.10** | | **$ 2,340.00** |

**TOTAL THIS INVOICE**                              **$ 2,106.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

---

FOMB IN RE HTA TITLE III

August 5, 2019
Bill #:   355644
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2019:

**Client.Matter: P1703 - 2**

**RE:  FISCAL PLAN**

| | |
|---|---|
| Total Professional Services | $ 63.00 |
| VOLUME DISCOUNT | $ -6.30 |
| | |
| Net Professional Services | $ 56.70 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 56.70** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR  00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 2**
**RE:  FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/17/19 | ETF | 201 | Review McKinsey memo regarding meeting with FHWA. | .30 | 210.00 | 63.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 63.00 |
| VOLUME DISCOUNT | $ -6.30 |
| NET PROFESSIONAL SERVICES: | $ 56.70 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| EMILIANO TRIGO FRITZ | .30 | 210.00 | 63.00 |
| **Total** | **.30** | | **$ 63.00** |

**TOTAL THIS INVOICE**                                    **$ 56.70**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

FOMB IN RE HTA TITLE III

August 5, 2019
Bill #:   355645
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2019:

**Client.Matter: P1703 - 801**

**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---:|
| Total Professional Services | $ 14.00 |
| VOLUME DISCOUNT | $ -1.40 |
| Net Professional Services | $ 12.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12.60** |

Electronic Invoice

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1703 . 801**
**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/01/19 | MMB | 219 | Docket court notice received by email dated July 1, 2019, regarding order dkt. 292 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 14.00 |
| VOLUME DISCOUNT | | $ -1.40 |
| NET PROFESSIONAL SERVICES: | | $ 12.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| Total | .10 | | $ 14.00 |

**TOTAL THIS INVOICE** $ 12.60

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS & TRANSPORTATION<br>AUTHORITY, | |
| Debtor. | |

-------------------------------------------------------------------x

### COVER SHEET TO TWENTY-EIGHTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, FOR THE PERIOD OF AUGUST 1, 2019 THROUGH AUGUST 31, 2019

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | August 1, 2019 through August 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $11,040.75 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1.20 |
| Total amount for this invoice: | $11,041.95 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-eighth monthly fee application in these cases.

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for August 2019.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On November 1st, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period August 1 through August 31, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 5.60 | $ 1,708.00 |
| José R. Cacho | Member | Corporate | $340.00 | 3.20 | $ 1,088.00 |
| Julio Pietrantoni | Member | Corporate | $355.00 | 8.20 | $ 2,911.00 |
| José Notario Toll | Jr. Member | Corporate | $225.00 | 1.00 | $ 225.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 29.70 | $ 6,237.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 0.30 | $ 55.50 |
| Claritza De Leon Marrero | Paralegal | Litigation | $150.00 | 0.10 | $ 15.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.20 | $ 28.00 |
| | **Totals** | | | 48.30 | $ 12,267.50 |
| | **Less: 10% Courtesy discount** | | | | $ (1,226.75) |
| **SUMMARY OF LEGAL FEES** | | | | | $ 11,040.75 |

**HTA TITLE III**

**Summary of Disbursements for the Period August 1 through August 31, 2019**

| Description - Expenses | Amounts |
|---|---|
| Duplicating | $ 1.20 |
| **Totals** | $ 1.20 |
| **SUMMARY OF DISBURSEMENTS** | $ 1.20 |

| | **HTA TITLE III** | | | |
|---|---|---|---|---|
| | **Summary of Legal Fees for the Period August 1 through August 31, 2019** | | | |
| | | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** | |
| 201 | Board, Members, Staff, Advisor, Consult | 6.80 | $ | 1,812.50 |
| 206 | Documents Filed on Behalf of the Board | 0.30 | $ | 55.50 |
| 208 | Stay Matters | 1.60 | $ | 488.00 |
| 210 | Analysis and Strategy | 1.70 | $ | 466.00 |
| 215 | Plan of Adjustment and Disclosure Statem | 37.20 | $ | 9,280.50 |
| 219 | Docketing | 0.20 | $ | 28.00 |
| 222 | Claims and Claims Objections | 0.40 | $ | 122.00 |
| 224 | Fee applications - O&B | 0.10 | $ | 15.00 |
| | | | $ | 12,267.50 |
| | | | | |
| | **Less: 10% Courtesy Discount** | | $ | (1,226.75) |
| | | | | |
| | **TOTALS** | **48.30** | $ | **11,040.75** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $9,936.68, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $1.20) in the total amount of $9,937.88.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00706288; 1

# **Exhibit A**

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

---

September 4, 2019
Bill #:   358027
Billing Attorney:  CGB

FOMB IN RE HTA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2019:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 12,267.50 |
| Less Discount | $ -1,226.75 |
| Net Professional Services | $ 11,040.75 |
| Total Reimbursable Expenses | $ 1.20 |
| **TOTAL THIS INVOICE** | **$ 11,041.95** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/05/19 | ETF | 201 | Revise McKinsey memo regarding Urban Train carve-out. | .60 | 210.00 | 126.00 |
| 8/05/19 | ETF | 201 | Review Proskauer questions regarding HTA secondarily insured bonds. (.10) Review information of certain insured bonds available through EMMA. (.50) | .60 | 210.00 | 126.00 |
| 8/06/19 | JRC | 201 | Review questions from Proskauer regarding CUSIPs for insured bonds in secondary market. (.20) Brief research on the point. (.30) Response and discussion of issue with E. Trigo. (.20) Discuss issue also with J. Pietrantoni. (.20) Review emails between Proskauer and E. Trigo on the issue and to coordinate subsequent calls. (.20) | 1.10 | 340.00 | 374.00 |
| 8/06/19 | JP | 201 | Research whether new cusips are issued for bonds insured after their initial offering, at the request of Proskauer. (.30) Discuss with J. Cacho regarding same. | .50 | 355.00 | 177.50 |
| 8/06/19 | ETF | 201 | Review Municipal Bonds article on Bond Insurance and the Secondary Market. | .30 | 210.00 | 63.00 |
| 8/06/19 | ETF | 201 | Discussion with J. R. Cacho regarding Proskauer questions regarding HTA bonds insured in the secondary market. (.20) Respond to Proskauer (A. Friedman) questions regarding HTA bonds insured in the secondary market. (.40) | .60 | 210.00 | 126.00 |
| 8/08/19 | ETF | 201 | Respond to Proskauer questions regarding HTA BIT and priorities of 68 bonds v 98 bonds. | .60 | 210.00 | 126.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

O'Neill & Borges LLC

Bill #:  358027

September 4, 2019

| 8/09/19 | HDB | 222 | Revise draft Supplement to Reply of the Puerto Rico Highways and Transportation Authority and the Employee Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed to Thirty-Ninth Omnibus Objection (Non-Substantive) to Deficient Claims. | .20 | 305.00 | 61.00 |
|---|---|---|---|---|---|---|
| 8/09/19 | ETF | 201 | Review assignment and security agreement between HTA and GDB. (.40) Review Act 30 and 31 of 2013. (.30) Respond to Proskauer questions. (.20) | .90 | 210.00 | 189.00 |
| 8/09/19 | ETF | 201 | Respond to Proskauer question regarding BIT scenario where clawback funds are sent to HTA. | .20 | 210.00 | 42.00 |
| 8/09/19 | CDM | 224 | As requested by attorney U. M. Fernandez, assist in the preparation of monthly fee application for the period of May 1, 2019 through May 31, 2019. Review, analyze and make edit cover sheet. | .10 | 150.00 | 15.00 |
| 8/12/19 | ETF | 201 | Tel. conf. with A. Friedman (Proskauer) regarding HTA insured bonds. | .10 | 210.00 | 21.00 |
| 8/12/19 | ETF | 215 | Review HTA official statement dated June 2010. (.30) Review 13 LPRA 3175. (.40) Review HTA 1998 Resolution. (.30) Draft summary for Commonwealth disclosure statement of revenues under HTA's 1968 and 1998 resolutions. (.50) | 1.50 | 210.00 | 315.00 |
| 8/12/19 | ETF | 215 | Review McKinsey questions and modeling of waterfall payments. | .20 | 210.00 | 42.00 |
| 8/13/19 | JP | 215 | Email exchange with Proskauer regarding the rights of the 68 and 98 bondholders to revenues from various sources. | .40 | 355.00 | 142.00 |
| 8/13/19 | ETF | 215 | Respond to McKinsey question regarding HTA BIT regarding revenues not pledged under the 68 Resolution. (.50) Review Commonwealth budget for Fiscal Year 2020 regarding question related to HTA appropriation. (.40) | .90 | 210.00 | 189.00 |
| 8/13/19 | ETF | 215 | Respond to McKinsey question regarding HTA "priority payments" and resource envelope (.70). Respond to McKinsey question regarding whether excess 68 revenues can be used for other claims. (.60) | 1.30 | 210.00 | 273.00 |
| 8/13/19 | ETF | 215 | Review 98 Bond Resolution (1.10). Draft description for McKinsey of the flow of funds under 68 and 98 Resolutions. (.30) | 1.40 | 210.00 | 294.00 |

O'Neill & Borges LLC

Bill #:  358027

September 4, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/13/19 | ETF | 215 | Review HTA Official Statements dated July 1998 and April 2003 (.70). Respond to McKinsey question regarding HTA subordinated bonds. (.20) | .90 | 210.00 | 189.00 |
| 8/13/19 | ETF | 215 | Review 68 Resolution (.80). Respond to McKinsey questions regarding use of 68 tolls (.30). Review Official Statement for Teodoro Moscoso Bonds (.40). Respond to McKinsey questions regarding such bonds. (.10) | 1.60 | 210.00 | 336.00 |
| 8/14/19 | JRC | 215 | Review and analyze questions from Proskauer regarding source of repayment for GDB loans and pledge of revenues under 68 Resolution and 98 Resolution. (.20) Review related emails from J. Pietrantoni and E. Trigo. (.20) | .40 | 340.00 | 136.00 |
| 8/14/19 | HDB | 210 | Review analysis concerning payment priorities and sources for 68 and 98 bonds. | .40 | 305.00 | 122.00 |
| 8/14/19 | ETF | 215 | Review Proskauer questions regarding HTA loans with GDB (.20). Review HTA CAFR regarding Fiscal Year 2018 (.30). Review Assignment and Security Agreement between HTA and GDB dated August 28, 2013. (.30) | .80 | 210.00 | 168.00 |
| 8/14/19 | ETF | 215 | Review Loan Agreement and amendments between HTA and GDB ($406M) (.6). Review Act 31-2013 (.20). Review Act 1-2105 (1.00). Review Act 30-2013. (.50) | 2.30 | 210.00 | 483.00 |
| 8/14/19 | ETF | 215 | Review Act 22-2000 (motor vehicles) (.40). Review Act 24-2017 (.40). Respond to Proskauer's question regarding specific fees and taxed pledge in favor of various loans granted by GDB to HTA. (.90) | 1.70 | 210.00 | 357.00 |
| 8/16/19 | JRC | 201 | Participated in conference call with McKinsey and Proskauer regarding business interest test issues raised by the clawback revenues. | 1.30 | 340.00 | 442.00 |
| 8/16/19 | HDB | 215 | Tel. conf. with B. Rosen, M. Bienenstock, E.Trigo, J. Cacho and McKinsey team regarding best interest. | 1.30 | 305.00 | 396.50 |
| 8/16/19 | ETF | 215 | Tel. conf. with Proskauer (B. Rosen, M. Bienenstock, P. Possinger) and McKinsey (R. Rivera, E. Roberts, O. Shah and others), H. Bauer and J. Cacho regarding HTA BIT. | 1.30 | 210.00 | 273.00 |
| 8/16/19 | ETF | 215 | Respond to McKinsey's BIT question regarding HTA's gross pledge. | .30 | 210.00 | 63.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  358027

September 4, 2019

| 8/16/19 | ETF | 215 | Respond to McKinsey question regarding treatment of cigarette tax allocated to HTA (.20). Respond to McKinsey regarding toll roads that correspond to 68 and 98, respectively (.30). Review 98 Resolution (.40). Review Official Statement of Teodoro Moscoso bridge (.40). Respond to McKinsey question regarding claim by Teodoro Moscoso bondholders. (.10) | 1.40 | 210.00 | 294.00 |
|---------|-----|-----|-----|------|--------|--------|
| 8/17/19 | ETF | 215 | Respond to McKinsey question regarding DTL revenues (.10). Review HTA's 98 resolution. (.30) | .40 | 210.00 | 84.00 |
| 8/19/19 | JRC | 210 | Review responses from J. Notario regarding how revenues of special lane in PR-22 are split between HTA and Metropistas. (.20) Discuss same with E. Trigo. (.70) | .40 | 340.00 | 136.00 |
| 8/19/19 | JLN | 215 | Review and analyze PR 52 P3 contract to determine distribution of BRT/DTL funds. | 1.00 | 225.00 | 225.00 |
| 8/19/19 | ETF | 215 | Respond to Proskauer question regarding use of tolls for HTA opex. | .30 | 210.00 | 63.00 |
| 8/19/19 | ETF | 215 | Review Toll Road Concession Agreement between Metropistas and HTA. | .20 | 210.00 | 42.00 |
| 8/19/19 | ETF | 215 | Review T. Duvall declaration in Peaje injunction and adequate protection proceeding. | 1.10 | 210.00 | 231.00 |
| 8/19/19 | ETF | 215 | Tel. conf. with R. Rivera and E. Robert regarding HTA BIT. | .20 | 210.00 | 42.00 |
| 8/19/19 | ETF | 210 | Discuss with J. Cacho revenues of special lane in PR-22 are split between HTA and Metropistas. | .70 | 210.00 | 147.00 |
| 8/22/19 | ETF | 215 | Tel. conf. with E. Roberts regarding HTA starting cash. | .10 | 210.00 | 21.00 |
| 8/23/19 | HDB | 222 | Review response by Araceila Torres to Sixty Seventh Claim Objection. | .20 | 305.00 | 61.00 |
| 8/23/19 | HDB | 208 | Commence analysis of Assured Guaranty and National Public Finance Guarantee Corp. motion for adequate protection in the Puerto Rico Highways and Transportation Authority's pledged revenue. (.90) Review Urgent Motion to Schedule Briefing thereon. (.20) | 1.10 | 305.00 | 335.50 |
| 8/23/19 | ETF | 215 | Respond to Proskauer regarding Teodoro Moscoso concession. | .30 | 210.00 | 63.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  358027

September 4, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/26/19 | JP | 215 | Analyze HTA Moscoso bond documents in order to describe them in the disclosure statement. | .70 | 355.00 | 248.50 |
| 8/26/19 | HDB | 208 | Revise and sign-off on Response of the Financial Oversight and Management Board to Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation's Urgent Motion to Set Schedule with Respect to Motion for Adequate Protection or, in the Alternative, for Relief from the Automatic Stay. | .30 | 305.00 | 91.50 |
| 8/26/19 | ETF | 215 | Tel. conf. with E. Roberts (McKinsey) regarding HTA BIT. | .30 | 210.00 | 63.00 |
| 8/26/19 | ETF | 215 | Tel. conf. with E. Roberts and R. Rivera (McKinsey) regarding HTA BIT (.20). Review concession agreement between HTA and Autopistas. (.30) | .50 | 210.00 | 105.00 |
| 8/26/19 | GMR | 206 | File the Response of the Financial Oversight and Management Board to Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation's Urgent Motion to Set Schedule with Respect to Motion for Adequate Protection or, in the Alternative, for Relief from the Automatic Stay in Case No. 17-3567 at Docket No. 636. | .30 | 185.00 | 55.50 |
| 8/26/19 | MMB | 219 | Docket court notice received by email dated August 23, 2019, regarding order dkt. 635 setting briefing schedule with respect to Assured Guaranty Corp.'s motion for relief from stay dkt. 634 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/26/19 | MMB | 219 | Docket court notice received by email dated August 23, 2019, regarding order dkt. 8542 setting briefing schedule with respect to Assured Guaranty Corp.'s motion for relief from stay dkt. 8537 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/27/19 | JP | 215 | Analyze HTA Moscoso bond documents in order to describe them in the disclosure statement. | 1.10 | 355.00 | 390.50 |
| 8/27/19 | JP | 215 | Various emails exchanges with M. Zerjal, S. Ma, B. Rosen, T. Green regarding HTA's obligations to Moscoso bondholders in the event of the termination of the Moscoso concession agreement. | 1.20 | 355.00 | 426.00 |
| 8/27/19 | HDB | 215 | Revise draft HTA BIT Analysis. | .60 | 305.00 | 183.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:   358027

September 4, 2019

| Date | | | | | | |
|------|------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|--------|
| 8/27/19 | HDB | 215 | Analyze consultation by Julio Pietrantoni concerning treatment of contingent unsecured claims in HTA. (.30) Discuss legal issues regarding Teodro moscoso with E. Trigo and J. Pietrantoni. (.30) | .60 | 305.00 | 183.00 |
| 8/27/19 | HDB | 208 | Review Reply in Further Support of Urgent Motion to Set Schedule with Respect to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation for Adequate Protection or, in the Alternative, for Relief from the Automatic Stay. | .20 | 305.00 | 61.00 |
| 8/27/19 | ETF | 215 | Respond to Proskauer (S. Ma) regarding Teodoro Concession Agreement. | .30 | 210.00 | 63.00 |
| 8/27/19 | ETF | 215 | Respond to additional Proskauer questions regarding Moscoso bridge bonds. | .10 | 210.00 | 21.00 |
| 8/27/19 | ETF | 215 | Discussion with H. D. Bauer and J. Pietrantoni regarding treatment of contingent claims of Teodoro Moscoso bonds. | .30 | 210.00 | 63.00 |
| 8/27/19 | ETF | 215 | Review HTA BIT memo. | .20 | 210.00 | 42.00 |
| 8/28/19 | JP | 215 | Various emails exchanges with M. Zerjal, S. Ma, B. Rosen, T. Green, J. Gavin, D. Brownstein, J. Castiglioni regarding HTA's obligations to Moscoso bondholders in the event of the termination of the Moscoso concession agreement. | .70 | 355.00 | 248.50 |
| 8/28/19 | JP | 215 | Analyze Moscoso bond documents in connection with questions from Proskauer and Citi regarding HTA's obligations upon termination of Moscoso concession agreement. | .80 | 355.00 | 284.00 |
| 8/28/19 | JP | 215 | Revise HTA best interest test memo for HTA disclosure statement. | 1.90 | 355.00 | 674.50 |
| 8/28/19 | HDB | 210 | Respond to J.Pietrantoni's analysis regarding impact of the impairment of certain obligations under HTA's plan of adjustment. | .20 | 305.00 | 61.00 |
| 8/28/19 | ETF | 215 | Review Act 220-2018 (.20). Respond to McKinsey question regarding HTA disclosure statement risk factors. (.20) | .40 | 210.00 | 84.00 |
| 8/28/19 | ETF | 215 | Review HTA issuances chart (.10). Review HTA Series A Official Statement (.10). Respond to Proskauer (S. Ma) regarding interest rate on Series A bonds. (.10) | .30 | 210.00 | 63.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 358027

September 4, 2019

| Date | | | | Hours | Rate | Amount |
|------|------|-----|---|------|--------|--------|
| 8/28/19 | ETF | 215 | Review HTA BIT memo (1.40). Review HTA 98 Resolution (.30). Review Teodoro Moscoso Loan Agreement. (.40) | 2.10 | 210.00 | 441.00 |
| 8/29/19 | JP | 215 | Analyze Moscoso bond documents in connection with questions from Proskauer and Citi regarding HTA's obligations upon termination of Moscoso concession agreement. | .60 | 355.00 | 213.00 |
| 8/29/19 | JP | 215 | Email to Proskauer and Citi regarding HTA's obligations upon termination of Moscoso concession agreement. | .30 | 355.00 | 106.50 |
| 8/29/19 | HDB | 215 | Review proposed edits to HTA BIT Analysis. (.20) Review assumptions list for HTA BIT Memorandum. (.30) | .50 | 305.00 | 152.50 |
| 8/29/19 | ETF | 215 | Review J. Pietrantoni comments to HTA BIT memo (.70). Email McKinsey comments to HTA BIT memo. (.10) | .80 | 210.00 | 168.00 |
| 8/30/19 | ETF | 215 | Review Proskauer's HTA bit assumptions chart/memo. | 1.60 | 210.00 | 336.00 |

TOTAL PROFESSIONAL SERVICES           $ 12,267.50

Less Discount                                        $ -1,226.75

NET PROFESSIONAL SERVICES:              $ 11,040.75

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| JOSE R. CACHO | 3.20 | 340.00 | 1,088.00 |
| JULIO PIETRANTONI | 8.20 | 355.00 | 2,911.00 |
| HERMANN BAUER | 5.60 | 305.00 | 1,708.00 |
| JOSE L. NOTARIO TOLL | 1.00 | 225.00 | 225.00 |
| EMILIANO TRIGO FRITZ | 29.70 | 210.00 | 6,237.00 |
| GABRIEL MIRANDA RIVERA | .30 | 185.00 | 55.50 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| CLARITZA DE LEON MARRERO | .10 | 150.00 | 15.00 |
| **Total** | **48.30** | | **$ 12,267.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  358027

September 4, 2019

**EXPENSES**

| Date | Description | Amount |
|------|-------------|-------:|
| 8/23/19 | DUPLICATING -  AS OF 8/23/19 (5 Copies @ $.10) | .50 |
| 8/23/19 | DUPLICATING -  AS OF 8/23/19 (7 Copies @ $.10) | .70 |

TOTAL REIMBURSABLE EXPENSES              $ 1.20

**TOTAL THIS INVOICE**                        **$ 11,041.95**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS & TRANSPORTATION<br>AUTHORITY, | |
| Debtor. | |

------------------------------------------------------------------x

## COVER SHEET TO TWENTY-NINTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, FOR THE PERIOD OF SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

---

[1]     The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | September 1, 2019 through September 30, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $2,817.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $2,817.00 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-ninth monthly fee application in these cases.

00709721; 1

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for September 2019.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On November 13th, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period September 1 through September 30, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 3.70 | $ 1,128.50 |
| Ubaldo Fernandez | Jr. Member | Litigation | $220.00 | 0.90 | $ 198.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 7.90 | $ 1,659.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 0.50 | $ 92.50 |
| Daniel Perez Refojos | Associate | Litigation | $190.00 | 0.20 | $ 38.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.10 | $ 14.00 |
| | **Totals** | | | **13.30** | **$ 3,130.00** |
| | **Less: 10% Courtesy discount** | | | | **$ (313.00)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 2,817.00** |

**HTA TITLE III**

**Summary of Disbursements for the Period September 1 through September 30, 2019**

| Description - Expenses | | Amounts |
|---|---|---|
| | **Totals** | $ - |
| **SUMMARY OF DISBURSEMENTS** | | $ - |

00709721; 1

| | **HTA TITLE III** | | | |
|---|---|---|---|---|
| | **Summary of Legal Fees for the Period September 1 through September 30, 2019** | | | |
| | | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** | |
| 205 | Comm. With Commonwealth Representative | 0.20 | $ | 61.00 |
| 206 | Documents Filed on Behalf of the Board | 0.20 | $ | 38.00 |
| 209 | Adversary Proceeding | 1.50 | $ | 457.50 |
| 215 | Plan of Adjustment and Disclosure Statem | 9.50 | $ | 2,147.00 |
| 219 | Docketing | 0.10 | $ | 14.00 |
| 222 | Claims and Claims Objections | 0.40 | $ | 122.00 |
| 224 | Fee applications - O&B | 0.90 | $ | 198.00 |
| 225 | Fee Applications-Proskauer | 0.50 | $ | 92.50 |
| | | | $ | 3,130.00 |
| | | | | |
| | **Less: 10% Courtesy Discount** | | **$** | **(313.00)** |
| | | | | |
| | **TOTALS** | **13.30** | **$** | **2,817.00** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $2,535.30, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $2,535.30.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00709721; 1

# **Exhibit A**

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE HTA TITLE III

October 3, 2019
Bill #:  359951
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2019:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 2,620.50 |
| Less Discount | $ -262.05 |
| | |
| Net Professional Services | $ 2,358.45 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 2,358.45** |

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1703 . 0**
**RE:  GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/03/19 | ETF | 215 | Revise HTA BIT assumptions chart with McKinsey's notes. | .70 | 210.00 | 147.00 |
| 9/03/19 | ETF | 215 | Tel. conf. with Josh Esses regarding HTA bit assumptions chart. | .10 | 210.00 | 21.00 |
| 9/03/19 | ETF | 215 | Respond to Proskauer (J. Esses) regarding HTA 68 bonds financing statement. | .20 | 210.00 | 42.00 |
| 9/03/19 | ETF | 215 | Respond to Proskauer regarding flow of clawback funds to HTA if needed to keep HTA operational. | .20 | 210.00 | 42.00 |
| 9/04/19 | HDB | 205 | Review letter from O. Marrero to N. Jaresko regarding AAFAF's views on certain measures under the HTA Fiscal Plan. | .20 | 305.00 | 61.00 |
| 9/04/19 | HDB | 222 | Revise and sign-off on reply in support of Sixty-Seventh Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority to Duplicate and Deficient Claims. | .30 | 305.00 | 91.50 |
| 9/04/19 | ETF | 215 | Tel. conf. with E. Roberts regarding HTA BIT. | .30 | 210.00 | 63.00 |
| 9/05/19 | ETF | 215 | Respond to Proskauer (J. Esses) regarding sources of revenues of the 68/98 bonds and Teodoro Moscoso loans. | .40 | 210.00 | 84.00 |
| 9/05/19 | ETF | 215 | Review security agreement between HTA and GDB dated  August 28, 2013 (.30). Respond to Proskauer regarding revenues that HTA pledged to GDB (.30). | .60 | 210.00 | 126.00 |
| 9/05/19 | ETF | 215 | Review 13 LPRA 31751 waterfall of the cigarette tax (.40). Respond to Proskauer regarding same (.20). | .60 | 210.00 | 126.00 |
| 9/05/19 | ETF | 215 | Tel. conf. with E. Roberts regarding BIT assumption on starting cash and unsecured creditors v. 68/98 bonds. | .30 | 210.00 | 63.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  359951

October 3, 2019

| 9/06/19 | ETF | 215 | Review revised version of HTA BIT assumptions. | .80 | 210.00 | 168.00 |
|---------|-----|-----|------------------------------------------------|-----|--------|--------|
| 9/11/19 | ETF | 215 | Review HTA's 68 or 98 resolutions permit bondholders to accelerate payments (.60). Respond to Proskauer regarding same (.10). | .70 | 210.00 | 147.00 |
| 9/12/19 | ETF | 215 | Review revised HTA assumptions memo. | .30 | 210.00 | 63.00 |
| 9/13/19 | ETF | 215 | Review McKinsey's HTA memo. | 2.20 | 210.00 | 462.00 |
| 9/16/19 | HDB | 215 | Review HTA BIT Memorandum and Assumptions Chart. | 1.60 | 305.00 | 488.00 |
| 9/16/19 | ETF | 215 | Review Proskauer changes to HTA BIT assumptions. | .40 | 210.00 | 84.00 |
| 9/18/19 | HDB | 222 | Review Order granting Debtor's Omnibus Objection to Claims - Sixty-Seventh Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority to Duplicate and Deficient Claims. | .10 | 305.00 | 30.50 |
| 9/18/19 | UMF | 224 | Draft Twenty-Sixth Monthly Fee Application of O&B in the Title III case of HTA for June 2019. | .50 | 220.00 | 110.00 |
| 9/18/19 | UMF | 224 | Draft Twenty-Seventh Monthly Fee Application of O&B in the Title III case of HTA for July 2019. | .40 | 220.00 | 88.00 |
| 9/20/19 | GMR | 225 | File the Sixth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways & Transportation Authority, for the Period February 1, 2019 through May 31, 2019 in Case No. 17-3567 at Docket No. 640. | .30 | 185.00 | 55.50 |
| 9/20/19 | GMR | 225 | File the Notice of Filing of the Sixth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways & Transportation Authority, for the Period February 1, 2019 through May 31, 2019 in Case No. 17-3567 at Docket No. 641. | .20 | 185.00 | 37.00 |
| 9/30/19 | ETF | 215 | Email PJT regarding HTA 68 bonds. | .10 | 210.00 | 21.00 |

TOTAL PROFESSIONAL SERVICES                        $ 2,620.50

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  359951

October 3, 2019

| | |
|---|---:|
| Less Discount | $ -262.05 |
| NET PROFESSIONAL SERVICES: | $ 2,358.45 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---:|---:|---:|
| HERMANN BAUER | 2.20 | 305.00 | 671.00 |
| UBALDO M. FERNANDEZ BARRERA | .90 | 220.00 | 198.00 |
| EMILIANO TRIGO FRITZ | 7.90 | 210.00 | 1,659.00 |
| GABRIEL MIRANDA RIVERA | .50 | 185.00 | 92.50 |
| **Total** | **11.50** | | **$ 2,620.50** |

**TOTAL THIS INVOICE**                          **$ 2,358.45**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'NEILL & BORGES LLC

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

FOMB IN RE HTA TITLE III

October 3, 2019
Bill #:   359952
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2019:

**Client.Matter: P1703 - 801**

**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---|
| Total Professional Services | $ 143.50 |
| VOLUME DISCOUNT | $ -14.35 |
| | |
| Net Professional Services | $ 129.15 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 129.15** |

IN ACCOUNT WITH

256 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 801**
**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/05/19 | HDB | 209 | Revise draft status report. | .30 | 305.00 | 91.50 |
| 9/15/19 | DJP | 206 | File the joint status report in compliance with the court order, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/24/19 | MMB | 219 | Docket court notice received by email dated September 16, 2019, regarding order dkt. 294 setting deadline to file status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 143.50 |
| VOLUME DISCOUNT | $ -14.35 |
| NET PROFESSIONAL SERVICES: | $ 129.15 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .30 | 305.00 | 91.50 |
| DANIEL J. PEREZ REFOJOS | .20 | 190.00 | 38.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **.60** |  | **$ 143.50** |

| **TOTAL THIS INVOICE** | **$ 129.15** |
|--|--|

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'NEILL & BORGES LLC

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

FOMB IN RE HTA TITLE III

October 3, 2019
Bill #:   359953
Billing Attorney:  CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2019:

**Client.Matter: P1703 - 803**

**RE:  17-00159-LTS AMBAC ASSURANCE CORP. V. COMM. OF P.R. ET AL-CGB**

| | |
|---|---:|
| Total Professional Services | $ 366.00 |
| VOLUME DISCOUNT | $ -36.60 |
| Net Professional Services | $ 329.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 329.40** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 803**
**RE:   17-00159-LTS AMBAC ASSURANCE CORP. V. COMM. OF P.R. ET AL-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/23/19 | HDB | 209 | Revise Petition for Writ of Certiorari filed by AMBAC. | 1.20 | 305.00 | 366.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 366.00 |
| VOLUME DISCOUNT | $ -36.60 |
| NET PROFESSIONAL SERVICES: | $ 329.40 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.20 | 305.00 | 366.00 |
| **Total** | **1.20** | | **$ 366.00** |

## TOTAL THIS INVOICE                        $ 329.40

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE