## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

    Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

---------------------------------------------------------------------x

## COVER SHEET TO TWENTY-FOURTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF JUNE 1, 2019 THROUGH JUNE 30, 2019

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

00693045; 1

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | June 1, 2019 through June 30, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $25,749.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $99.90 |
| Total amount for this invoice: | $25,848.90 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-fourth monthly fee application in these cases.

00693045; 1

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for June 2019.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

00693045; 1

On September 19th, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel A. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period June 1 through June 30, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 16.50 | $ 5,032.50 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 4.00 | $ 1,320.00 |
| Carlos E. George | Member | Labor | $250.00 | 11.10 | $ 2,775.00 |
| Ubaldo M. Fernández | Jr. Member | Litigation | $220.00 | 0.40 | $ 88.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 0.70 | $ 147.00 |
| Lorena Gely | Associate | Labor | $170.00 | 18.80 | $ 3,196.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 2.00 | $ 370.00 |
| Daniel Perez Refojos | Associate | Litigation | $190.00 | 3.90 | $ 741.00 |
| Filex E. Rosado | Associate | Labor | $165.00 | 16.10 | $ 2,656.50 |
| Rosangela Torres | Associate | Labor | $165.00 | 42.10 | $ 6,946.50 |
| Olga M. Alicea | Paralegal | Litigation | $150.00 | 25.70 | $ 3,855.00 |
| Aida Barrios | Paralegal | Labor | $145.00 | 7.10 | $ 1,029.50 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 2.70 | $ 378.00 |
| Vanessa Sanchez | Paralegal | Litigation | $150.00 | 0.50 | $ 75.00 |
| | | | | | |
| | **Totals** | | | 151.60 | $ 28,610.00 |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | $ (2,861.00) |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | $ 25,749.00 |

**PREPA TITLE III**

**Summary of Disbursements for the Period June 1 through June 30, 2019**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| Duplicating | | | 1.50 |
| IRS STAMPS, Vouchers | | $ | 98.40 |
| | | | |
| **Totals** | | $ | 99.90 |
| | | | |
| **SUMMARY OF DISBURSEMENTS** | | $ | 99.90 |

| | **PREPA TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period June 1 through June 30, 2019** | | |
| | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 0.20 | $      42.00 |
| 206 | Documents filed on behalf of the Board | 6.30 | $  1,365.00 |
| 207 | Non-Board Court Filings | 5.60 | $  1,708.00 |
| 208 | Stay Matters | 1.20 | $     366.00 |
| 209 | Adversary Proceeding | 18.80 | $  5,124.50 |
| 210 | Analysis and Strategy | 9.80 | $  1,897.00 |
| 211 | Budgeting | 0.70 | $     138.00 |
| 212 | General Administration | 0.10 | $      30.50 |
| 213 | Labor, Pension Matters | 19.60 | $  3,353.50 |
| 219 | Docketing | 2.00 | $     280.00 |
| 220 | Translations | 25.70 | $  3,855.00 |
| 221 | Discovery/2004 Examinations | 60.50 | $10,226.50 |
| 223 | assumption and Rjection of Leases | 0.20 | $      61.00 |
| 224 | Fee applications - O&B | 0.90 | $     163.00 |
| | | | |
| | | | **$28,610.00** |
| | | | |
| | **Less: 10% Courtesy Discount** | | **$ (2,861.00)** |
| | | | |
| | **TOTALS** | **151.60** | **$25,749.00** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $23,174.10, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $99.90) in the total amount of $23,274.00.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00693045; 1

# **Exhibit A**

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 3, 2019

FOMB IN RE PREPA TITLE III

Bill #:   354083
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2019:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---|
| Total Professional Services | $ 4,546.00 |
| Less Discount | $ -454.60 |
| Net Professional Services | $ 4,091.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 4,091.40** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/03/19 | DJP | 206 | Analyze the Certificate of No Objection Regarding PREPA's Motion for Entry of Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 6/03/19 | DJP | 206 | Analyze the proposed order to be filed together with the Certificate of No Objection Regarding PREPA's Motion for Entry of Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 6/03/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Certificate of No Objection Regarding PREPA's Motion for Entry of Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027. | .20 | 190.00 | 38.00 |
| 6/03/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Certificate of No Objection Regarding PREPA's Motion for Entry of Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  354083                                                                                    July 3, 2019

| 6/03/19 | DJP | 206 | File the Certificate of No Objection Regarding PREPA's Motion for Entry of Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
|---------|-----|-----|---|-----|--------|--------|
| 6/04/19 | HDB | 221 | Review Official Committee of Unsecured Creditors' Omnibus Motion to Compel Production of Documents In Connection With PREPA RSA Rule 9019 Settlement Motion. | .40 | 305.00 | 122.00 |
| 6/04/19 | HDB | 209 | Review Sciemus Ltd's complaint against the FOMB. | .80 | 305.00 | 244.00 |
| 6/04/19 | HDB | 221 | Review omnibus Motion Of Cortland Capital Market Services LLC, As Administrative Agent, And Solus To Compel Discovery Responses In Connection With PREPA RSA Settlement Motion. | .30 | 305.00 | 91.50 |
| 6/04/19 | MMB | 219 | Docket court notice received by email dated June 4, 2019, regarding order dkt. 1275 setting deadline to file objections - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/04/19 | MMB | 219 | Docket court notice received by email dated June 4, 2019, regarding order dkt. 1276 setting deadline for joint status report in advance of pretrial conference - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/05/19 | HDB | 207 | Review Disclosure in opposition of RSA by Alianza Comunitaria Ambientalista del Sureste, Inc., Amigos del Rio Guaynabo, Inc, Coalicion de Organizaciones Anti Incineracion, Inc, Comite Dialogo Ambiental, Comite Yabucoeno Pro-Calidad de Vida, Inc. El Puente de Williamsburg, Inc.-Enlace de Accion Climatica, Mayaguezanos por la Salud y el Ambiente, Inc, Sierra Club Puerto Rico, Inc. | .20 | 305.00 | 61.00 |
| 6/05/19 | HDB | 221 | Review Motion for Protective Order Regarding Depositions of Nelson Morales and Kevin Lavin. | .20 | 305.00 | 61.00 |
| 6/06/19 | HDB | 207 | Review Motion by Comité Dialogo Ambiental et al. Identifying Expert Witnesses For 9019 Motion Hearing. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  354083                                                                                    July 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/06/19 | HDB | 206 | Revise draft and sign-off on draft this joint motion for entry of an order approving a stipulation by and among the Oversight Board, the Special Claims Committee, and the Unsecured Creditors' Committee regarding the prosecution of causes of actions of PREPA against certain entities and the allocation of litigation responsibilities. | .40 | 305.00 | 122.00 |
| 6/07/19 | HDB | 210 | Review Joint Status Report concerning the 9019 Motion. | .40 | 305.00 | 122.00 |
| 6/07/19 | MMB | 219 | Docket court notice received by email dated June 6, 2019, regarding order dkt. 1285 setting procedures for June 14, 2019 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/09/19 | HDB | 207 | Analyze Objection of the Ad Hoc Group of PREPA Bondholders to the Official Committee of Unsecured Creditors' Omnibus Motion to Compel Production of Documents in Connection with PREPA RSA Rule 9019 Settlement Motion. | .30 | 305.00 | 91.50 |
| 6/09/19 | HDB | 210 | Analyze Urgent Motion in Limine to Exclude Testimony Offered by Instituto de Competitividad y Sostenibilidad Economica de Puerto Rico, Centro Unido de Detallistas Camara de Mercadeo,Industria y Distribucion de Alimentos, Asociación de Contratistas y Consultores de Energía Renovable de Puerto Rico,Puerto Rico Manufacturers Association, Comité Diálogo Ambiental, Inc. , El Puente de Williamsburg, Inc. , Enlace de Acción Climática, Comité Yabucoeño Pro-calidad de Vida, Inc., Alianza Comunitaria, Ambientalista del Sureste, Inc., Sierra Club Puerto Rico, Inc., Mayagüezanos por la Salud y el Ambiente, Inc., Coalición de Organizaciones Anti Incineración, Inc., Amigos del Río Guaynabo, Inc., and Somos Inc. | .40 | 305.00 | 122.00 |
| 6/09/19 | HDB | 207 | Review Informative Motion Regarding UTIER's Response to be Incorporated in the Joint Status Report. | .20 | 305.00 | 61.00 |
| 6/10/19 | HDB | 210 | Tel. conf. with R. Emmanuelli regarding potential complaint against PREPA by the PREPA Pension Fund. (.30)  Draft e-mail to P. Possinger regarding same. (.20) | .50 | 305.00 | 152.50 |
| 6/10/19 | HDB | 207 | Review Reservation of Rights by the UTIER restating its right to challenge any and all actions taken by the FOMB. | .20 | 305.00 | 61.00 |

O'Neill & Borges LLC

Bill #:  354083

July 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/10/19 | HDB | 207 | Review Non for Protists Informative Motion (insert regarding 9019 Status Report). | .20 | 305.00 | 61.00 |
| 6/10/19 | VSN | 224 | As requested by U. Fernandez, compile documentation necessary to file billings for the months of January and March in court. | .20 | 150.00 | 30.00 |
| 6/11/19 | HDB | 221 | Review Omnibus Reply in Support of Official Committee of Unsecured Creditors Omnibus Motion to Compel Production of Documents in Connection With PREPA RSA Rule 9019 Settlement Motion. | .30 | 305.00 | 91.50 |
| 6/11/19 | HDB | 221 | Review Cortland Capital's reply in further support of its Motion to Compel and in response to the Joint Opposition filed by the Oversight Board, PREPA and AAFAF. | .20 | 305.00 | 61.00 |
| 6/11/19 | HDB | 207 | Review response to motion in liming by the Environmental Intervenors. | .20 | 305.00 | 61.00 |
| 6/11/19 | HDB | 207 | Analyze motion to request leave to file a Joint Motion in Opposition to Urgent Motion In Limine to Exclude Testimony Offered by Union de Trabajadores de la Industria Electrica y Riego (UTIER), Sistema de Retiro de los Empleados de la Autoridad de Energia Electrica (SREAEE), and Windmar Renewable Energy. (.20) Analyze Urgent Joint Motion in Opposition to Urgent Motion in Limine to Exclude Testimony Offered by Union de Trabajadores de la Industria Electrica y Riego (UTIER), Sistema de Retiro de los Empleados de la Autoridad de Energia Electrica (SREAEE), and Windmar Renewable Energy. (.40) | .60 | 305.00 | 183.00 |
| 6/11/19 | HDB | 207 | Analyze Urgent Motion to Strike Untimely Oppositions to Motions in Limine [ECF 1333, 1336] and to Deny Untimely Motion to Extend Time. | .20 | 305.00 | 61.00 |
| 6/11/19 | MMB | 219 | Docket court notice received by email dated June 8, 2019, regarding order dkt. 1307, setting deadlines to file response, reply, in relation with dkts.1302 and 1300 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/11/19 | VSN | 224 | As requested by U. Fernandez, complete compilation of documents in preparation for filing monthly billings (February and March). | .30 | 150.00 | 45.00 |
| 6/12/19 | HDB | 207 | Review Windmar Renewable Energy's Statement regarding 9019 Motion. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  354083

July 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/14/19 | HDB | 223 | Motion for Payment of Administrative Expense Claim of Post Petition Executory Contract Payment NextGen Healthcare Inc. and Quality Systems, Inc. | .20 | 305.00 | 61.00 |
| 6/14/19 | HDB | 208 | Revise and sign-off to Objection to PV Properties Stay Relief Motion. | .30 | 305.00 | 91.50 |
| 6/14/19 | GMR | 206 | File the Opposition of the Financial Oversight and Management Board for Puerto Rico to Renewed Motion of PV Properties, Inc. for Relief from Stay Under 11 USCS sec. 362(b)(4) & 362(d)(1) in Case No. 17-4780 at Docket No. 1352. | .20 | 185.00 | 37.00 |
| 6/14/19 | GMR | 206 | Draft and send email to Chambers of Hon. L. T. Swain enclosing courtesy copy of the Opposition of the Financial Oversight and Management Board for Puerto Rico to Renewed Motion of PV Properties, Inc. for Relief from Stay Under 11 USCS sec. 362(b)(4) & 362(d)(1) in Case No. 17-4780 at Docket No. 1352. | .20 | 185.00 | 37.00 |
| 6/14/19 | GMR | 206 | Draft and send email to Prime Clerk requesting service of the Opposition of the Financial Oversight and Management Board for Puerto Rico to Renewed Motion of PV Properties, Inc. for Relief from Stay Under 11 USCS sec. 362(b)(4) & 362(d)(1) in Case No. 17-4780 at Docket No. 1352. | .20 | 185.00 | 37.00 |
| 6/14/19 | MMB | 219 | Docket court notice received by email dated June 12, 2019, regarding order dkt. 1345 setting deadline to file responses, reply, regarding dkt. 1297, motion hearing date - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/17/19 | HDB | 207 | Urgent Consented to Motion for Expedited Consideration of Urgent Motion of Official Committee of Unsecured Creditors for Order, Pursuant To Bankruptcy Code Section 926(a), Authorizing Committee to Pursue Certain Avoidance Actions on Behalf of Puerto Rico Electric Power Authority. | .30 | 305.00 | 91.50 |
| 6/18/19 | HDB | 206 | Revise draft status report regarding 9019 Motion. | .20 | 305.00 | 61.00 |
| 6/18/19 | MMB | 219 | Docket court notice received by email dated June 18, 2019, regarding order dkt. 1358 setting hearing on Section 926 motion, deadlines to file responses, replies - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  354083                                                                    July 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/18/19 | MMB | 219 | Docket court notice received by email dated June 14, 2019, regarding order dkt. 1351 setting transcript related deadlines in connection with June 12, 2019 omnibus hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/19/19 | HDB | 208 | Review Stay Relief Notice by Efron Dorado, S.E. (.20) and draft e-mail to Proskauer team regarding the same. (.10) | .30 | 305.00 | 91.50 |
| 6/19/19 | HDB | 212 | Review order granting the UCC's motion for expedited consideration of its motion for entry of an order authorizing it to pursue certain avoidance actions on behalf of PREPA. | .10 | 305.00 | 30.50 |
| 6/19/19 | HDB | 210 | Review extrajudicial claim by Engineering Services International, Inc. (ESI) against PREPA. (.20) Draft e-mail regarding same to Proskauer team. (.10) | .30 | 305.00 | 91.50 |
| 6/19/19 | HDB | 208 | Analyze reply in support of PV Properties Lift Stay Motion. | .30 | 305.00 | 91.50 |
| 6/20/19 | HDB | 206 | Review Joint Motion for Entry of Order Approving Stipulation and Agreed Order Between Special Claims Committee of Financial Oversight and Management Board and Official Committee of Unsecured Creditors Related to Joint Prosecution of Certain Causes of Action of Puerto Rico Electric Power Authority. | .20 | 305.00 | 61.00 |
| 6/21/19 | HDB | 206 | Revise and sign-off to file Objection to UCC's Motion for Appointment of Trustee under Section 926 to prosecute certain claims on behalf of PREPA (.30) and Stipulation between AAFAF and the FOMB. (.20) | .50 | 305.00 | 152.50 |
| 6/21/19 | HDB | 207 | Review Statement Of Fuel Line Lenders In Support Of Urgent Motion Of Official Committee Of Unsecured Creditors For Order, Pursuant To Bankruptcy Code Section 926(A), Authorizing Committee To Pursue Certain Avoidance Actions On Behalf Of PREPA. | .20 | 305.00 | 61.00 |
| 6/21/19 | HDB | 207 | Review Objection to and Reservation of Rights of National Public Finance Guarantee Corporation to The Urgent Motion of Official Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Section 926(A), Authorizing Committee to Pursue Certain Avoidance Actions on Behalf of PREPA. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  354083                                                                                            July 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/21/19 | HDB | 207 | Review Objection of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to the Urgent Joint Motion of Official Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Section 926(A), Authorizing Committee to Pursue Certain Avoidance Actions on Behalf of PREPA. | .20 | 305.00 | 61.00 |
| 6/21/19 | GMR | 206 | File the Financial Oversight and Management Board for Puerto Rico's Opposition to Urgent Motion of Official Committee of Unsecured Creditors for Order, pursuant to Bankruptcy Code Section 926(a), Authorizing Committee to Pursue Certain Avoidance Actions on Behalf of Puerto Rico Electric Power Authority and the Exhibit thereto in Case No. 17-04780 at Docket No. 1371. | .30 | 185.00 | 55.50 |
| 6/21/19 | MMB | 219 | Update MLS chart as of June 7, 2019, to include stipulation and protective order dkt. 1291 in connection with National Public Finance Guarantee, others motion for relief from stay dkt. 975. | .10 | 140.00 | 14.00 |
| 6/21/19 | MMB | 219 | Update MLS chart as of June 19, 2019, regarding FOMB's opposition of June 14, 2019, dkt. 1352, to PV's renewed motion for relief from stay dkt. 7179. (.10) PV's reply dkt. 1364. (.10) | .20 | 140.00 | 28.00 |
| 6/24/19 | HDB | 206 | Revise Certificate of No Objection Regarding Notice of Assumption by PREPA of Power Purchase and Operating Agreement with Landfill Gas Technologies of Fajardo LLC. | .20 | 305.00 | 61.00 |
| 6/24/19 | HDB | 207 | Review Verified Statement Of The Ad Hoc Group Of Fuel Line Lenders Pursuant To Federal Rule Of Bankruptcy Procedure 2019. | .20 | 305.00 | 61.00 |
| 6/24/19 | DJP | 206 | Analyze the Certificate of No Objection Regarding Notice of Assumption by PREPA of Power Purchase and Operating Agreement with Landfill Gas Technologies of Fajardo LLC, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 6/24/19 | DJP | 206 | Analyze the proposed order to be filed together with the Certificate of No Objection Regarding Notice of Assumption by PREPA of Power Purchase and Operating Agreement with Landfill Gas Technologies of Fajardo LLC. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  354083                                                                                    July 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/24/19 | DJP | 206 | File the Certificate of No Objection Regarding Notice of Assumption by PREPA of Power Purchase and Operating Agreement with Landfill Gas Technologies of Fajardo LLC, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/24/19 | DJP | 206 | Draft email to presiding judge attaching stamped version and proposed order of the Certificate of No Objection Regarding Notice of Assumption by PREPA of Power Purchase and Operating Agreement with Landfill Gas Technologies of Fajardo LLC. | .20 | 190.00 | 38.00 |
| 6/24/19 | MMB | 219 | Docket court notice received by email dated June 20, 2019, regarding order dkt. 1366 setting various deadlines, depositions, and hearing dates - H. Bauer, U. Fernandez, D. Pérez. | .60 | 140.00 | 84.00 |
| 6/24/19 | MMB | 219 | Docket court notice received by email dated June 20, 2019, regarding order dkt. 1369 setting hearing procedures on June 28, 2019 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/24/19 | MMB | 219 | Docket court notice received by email dated June 20, 2019, regarding order dkt. 1370 setting hearing on dkt. 1367, 1368, deadline to file objections or responses, replies - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/25/19 | HDB | 207 | Analyze Omnibus Reply of Official Committee of Unsecured Creditors In Support of Motion for Order, Pursuant to Bankruptcy Code Section 926(a), Authorizing Committee to Pursue Certain Avoidance Actions on Behalf of Puerto Rico Electric Power Authority. | .30 | 305.00 | 91.50 |
| 6/26/19 | ETF | 201 | Tel. conf. with E. Barak regarding receivership powers of AAFAF. | .20 | 210.00 | 42.00 |
| 6/26/19 | MMB | 219 | Docket court notice received by email dated June 26, 2019, regarding order dkt. 1390 setting deadline to file certified English translation of case cited in the Spanish language - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/27/19 | HDB | 207 | Review UCC's Objection to Urgent Motion of Financial Oversight and Management Board for Puerto Rico and Puerto Rico Fiscal Agency and Financial Advisory Authority to Approve Stipulation Appointing the Puerto Rico Fiscal Agency and Financial Advisory Authority as Co-Trustee in Connection with Lien Challenge. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  354083                                                                                July 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/27/19 | DJP | 206 | Analyze the Notice of Filing of Revised Proposed Stipulation and Agreed Order by and Among the Oversight Board and the Puerto Rico Fiscal Agency and Financial Advisory Authority Related to Joint Prosecution of Lien Challenge, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 6/27/19 | DJP | 206 | Analyze the Revised Proposed Stipulation and Agreed Order by and Among the Oversight Board and the Puerto Rico Fiscal Agency and Financial Advisory Authority Related to Joint Prosecution of Lien Challenge, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 6/28/19 | HDB | 208 | Review Memorandum Order denying PV Properties Stay Relief Motion. | .30 | 305.00 | 91.50 |
| 6/28/19 | UMF | 224 | Draft twenty-second monthly fee application of O&B in the Title III case of PREPA. | .40 | 220.00 | 88.00 |
| 6/28/19 | MMB | 219 | Docket court notice received by email dated June 27, 2019, regarding order dkt. 1398 extending deadline - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                           $ 4,546.00

Less Discount                                                        $ -454.60

NET PROFESSIONAL SERVICES:                            $ 4,091.40

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 10.90 | 305.00 | 3,324.50 |
| UBALDO M. FERNANDEZ BARRERA | .40 | 220.00 | 88.00 |
| EMILIANO TRIGO FRITZ | .20 | 210.00 | 42.00 |
| DANIEL J. PEREZ REFOJOS | 3.00 | 190.00 | 570.00 |
| GABRIEL MIRANDA RIVERA | .90 | 185.00 | 166.50 |
| MILAGROS MARCANO BAEZ | 2.00 | 140.00 | 280.00 |
| VANESSA SANCHEZ | .50 | 150.00 | 75.00 |
| **Total** | **17.90** | | **$ 4,546.00** |

**TOTAL THIS INVOICE**                                      **$ 4,091.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

250 Ave Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 3, 2019
FOMB IN RE PREPA TITLE III
Bill #:   354084
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2019:

**Client.Matter: P1705 - 3**

**RE:  FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 227.00 |
| VOLUME DISCOUNT | $ -22.70 |
| Net Professional Services | $ 204.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 204.30** |

Electronic Invoice

IN ACCOUNT WITH

250 Ave Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE: FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/18/19 | ETF | 211 | Tel. conf. with N. Jaresko regarding PREPA budget. | .10 | 210.00 | 21.00 |
| 6/18/19 | ETF | 211 | Tel. conf. with J. Santambrogio (EY) regarding PREPA budget. | .20 | 210.00 | 42.00 |
| 6/21/19 | HDB | 210 | Review proposed changes to PREPA Fiscal Plan. | .40 | 305.00 | 122.00 |
| 6/27/19 | ETF | 211 | Review email exchanges between EY and McKinsey regarding budget language from Commonwealth. Review email from A. Figueroa regarding same. | .20 | 210.00 | 42.00 |

|  |  |  |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | | $ 227.00 |
| VOLUME DISCOUNT | | $ -22.70 |
| NET PROFESSIONAL SERVICES: | | $ 204.30 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .40 | 305.00 | 122.00 |
| EMILIANO TRIGO FRITZ | .50 | 210.00 | 105.00 |
| **Total** | **.90** | | **$ 227.00** |

**TOTAL THIS INVOICE** $ 204.30

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

O'NEILL & BORGES LLC

July 3, 2019

FOMB IN RE PREPA TITLE III
Bill #:   354085
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2019:

**Client.Matter: P1705 - 803**

**RE:  17-00228-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 549.00 |
| VOLUME DISCOUNT | $ -54.90 |
| Net Professional Services | $ 494.10 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 494.10** |

Electronic Invoice

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 803**
**RE:  17-00228-LTS UTIER V. PREPA ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/07/19 | HDB | 207 | Analyze UTIER Brief on Appointment's Clause Appeal. (.80) Review Certiorari by the United States. (.70) | 1.50 | 305.00 | 457.50 |
| 6/25/19 | HDB | 209 | Review UTIER's Opposition to Motion to Stay issuance of Mandante. | .30 | 305.00 | 91.50 |

TOTAL PROFESSIONAL SERVICES $ 549.00

VOLUME DISCOUNT $ -54.90

NET PROFESSIONAL SERVICES: $ 494.10

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.80 | 305.00 | 549.00 |
| **Total** | **1.80** | | **$ 549.00** |

TOTAL THIS INVOICE $ 494.10

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 3, 2019
FOMB IN RE PREPA TITLE III
Bill #: 354086
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2019:

**Client.Matter: P1705 - 804**

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 17,447.50 |
| VOLUME DISCOUNT | $ -1,744.75 |
| Net Professional Services | $ 15,702.75 |
| Total Reimbursable Expenses | $ 98.40 |
| **TOTAL THIS INVOICE** | **$ 15,801.15** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/01/19 | CEG | 209 | Review PREPA's production of documents. | 1.20 | 250.00 | 300.00 |
| 6/03/19 | HDB | 209 | Review discovery issues. | .20 | 305.00 | 61.00 |
| 6/03/19 | CEG | 209 | Exchange emails with J. Richman, regarding review of production of documents and several issues on identification of documentary evidence and witnesses. | .40 | 250.00 | 100.00 |
| 6/03/19 | CEG | 209 | Coordinate and exchange emails with counsel for plaintiff J. Méndez regarding inspection of UTIER's grievances files (95 banker boxes) and other documents. | .20 | 250.00 | 50.00 |
| 6/04/19 | HDB | 209 | Review issues regarding CBA Analysis. | .30 | 305.00 | 91.50 |
| 6/05/19 | FER | 213 | Review PRASA's production of documents. | .50 | 165.00 | 82.50 |
| 6/06/19 | HDB | 209 | Review issues regarding document inspection and stipulation of legislative records. | .20 | 305.00 | 61.00 |
| 6/07/19 | HDB | 221 | Review issues regarding progress and volume of pending discovery and issues concerning production by UTIER. (.20) Exchange e-mails with J. Richman. (.20) | .40 | 305.00 | 122.00 |
| 6/07/19 | CEG | 209 | Tel. conf. with D. Gongon regarding inspection of UTIER documents. | .20 | 250.00 | 50.00 |
| 6/07/19 | CEG | 213 | Exchange emails with R. Emanuelli regarding inspection of UTIER's documents. | .30 | 250.00 | 75.00 |
| 6/07/19 | CEG | 209 | Exchange emails with W. Torres regarding inspection of UTIER's documents. | .20 | 250.00 | 50.00 |
| 6/07/19 | FER | 210 | Review email thread from UTIER's attorney regarding availability for document inspection at UTIER's offices. | .60 | 165.00 | 99.00 |
| 6/07/19 | FER | 210 | Perform document review of production of documents by the Governor's Office. | 1.10 | 165.00 | 181.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:   354086

July 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/09/19 | HDB | 221 | Review UTIER's edits to proposed protective order. | .20 | 305.00 | 61.00 |
| 6/10/19 | CEG | 209 | Exchange emails with W. Torres regarding inspection of documents. | .30 | 250.00 | 75.00 |
| 6/10/19 | RTT | 221 | Commence the review and analysis of first request for production of documents and plaintiff's response to same in preparation for examination of documents. | 3.80 | 165.00 | 627.00 |
| 6/10/19 | RTT | 221 | Commence the review of amended complaint in preparation for examination of documents. | 2.10 | 165.00 | 346.50 |
| 6/11/19 | RTT | 221 | Conclude the review of first request for production of documents and plaintiff's response to same in preparation for examination of documents. | 2.90 | 165.00 | 478.50 |
| 6/12/19 | RTT | 221 | Conclude the review of the amended complaint in preparation for examination of documents. | 3.60 | 165.00 | 594.00 |
| 6/13/19 | HDB | 221 | Review issues regarding document review at UTIER's location. | .30 | 305.00 | 91.50 |
| 6/13/19 | CEG | 209 | Attend inspection of documents related to UTIER grievances as part of the request for documents. | 4.50 | 250.00 | 1,125.00 |
| 6/13/19 | CEG | 209 | Revise email to J. Richman regarding findings of first day of UTIER's documents inspection. | .20 | 250.00 | 50.00 |
| 6/13/19 | RTT | 221 | Review email thread with opposing and co-defendants' counsels regarding examinations of documents. | .30 | 165.00 | 49.50 |
| 6/13/19 | RTT | 221 | Conduct examination of documents in PROTSO-UTIER in Bayamón. | 4.50 | 165.00 | 742.50 |
| 6/13/19 | RTT | 221 | Draft email regarding first examination of documents as per C. George request. | .70 | 165.00 | 115.50 |
| 6/13/19 | RTT | 221 | Analyze documents obtained during first examination of documents in preparation of email as per C. George request. | .40 | 165.00 | 66.00 |
| 6/13/19 | FER | 210 | Perform document inspection of collective cases between UTIER and PREPA regarding impairment of Christmas bonus, special annual risk compensation, work-related accident leave and leave accrual CBA provisions at UTIER's Bayamon offices with C. George and R. Torres. | 4.50 | 165.00 | 742.50 |
| 6/13/19 | FER | 210 | Prepare email memorandum regarding results of initial document inspection at UTIER's offices and pending inspections. | .80 | 165.00 | 132.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  354086                                                                July 3, 2019

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/13/19 | LYG | 213 | Research Puerto Rico and federal case law, and secondary sources regarding evidence considered in impairment of contractual obligations cases. | 3.70 | 170.00 | 629.00 |
| 6/14/19 | HDB | 209 | Review memorandum regarding UTIER document review. | .20 | 305.00 | 61.00 |
| 6/14/19 | RTT | 221 | Analyze documents obtained during first examination of documents in preparation for second inspection of documents. | .60 | 165.00 | 99.00 |
| 6/14/19 | LYG | 213 | Draft memorandum regarding evidence considered in impairment of contractual obligations cases. | 2.70 | 170.00 | 459.00 |
| 6/17/19 | CEG | 209 | Consider several issues UTIER files and review production of documents. | 1.40 | 250.00 | 350.00 |
| 6/17/19 | RTT | 221 | Conduct inspection of individual grievances filed from 2014 to 2017 in PROTSO-UTIER in Bayamón. | 6.60 | 165.00 | 1,089.00 |
| 6/17/19 | FER | 221 | Perform document inspection of individual cases between members of UTIER and PREPA regarding impairment of assistance and productivity bonus, special annual risk compensation bonus, transfers, wages, changes to work shifts, extraordinary compensations, per diem and subcontracting CBA provisions at UTIER's Bayamon offices with R. Torres. | 6.60 | 165.00 | 1,089.00 |
| 6/17/19 | LYG | 213 | Research Puerto Rico secondary sources for expert reports and court-ordered reports regarding Act No. 160 of 2013. | 1.20 | 170.00 | 204.00 |
| 6/18/19 | CEG | 209 | Email to J. Richman regarding inspection of UTIER's files. | .30 | 250.00 | 75.00 |
| 6/18/19 | RTT | 221 | Edit email to J. Richman regarding second examination of documents at UTIER's offices in Bayamon. | .30 | 165.00 | 49.50 |
| 6/18/19 | FER | 210 | Draft email memorandum regarding second inspection of documents. | .80 | 165.00 | 132.00 |
| 6/18/19 | FER | 221 | Tel. confs. with W. Torres regarding third inspection of documents at UTIER's offices. | .30 | 165.00 | 49.50 |
| 6/18/19 | FER | 221 | Exchange emails with W. Torres regarding document review at UTIER's offices. | .20 | 165.00 | 33.00 |
| 6/18/19 | LYG | 213 | Draft memorandum regarding burden of proof in impairment of contractual obligations cases. | 1.50 | 170.00 | 255.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  354086                                                                    July 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/18/19 | LYG | 213 | Research federal case law and secondary sources regarding burden of proof in impairment of contractual obligations cases. | 2.30 | 170.00 | 391.00 |
| 6/20/19 | RTT | 221 | Conduct inspection of collective and individual grievances from 2017-2019 in UTIER's central offices in Santurce. | 7.10 | 165.00 | 1,171.50 |
| 6/20/19 | RTT | 221 | Draft email to J. Richman regarding third document examination in UTIER's central offices in Santurce. | .60 | 165.00 | 99.00 |
| 6/20/19 | RTT | 221 | Review third document examination notes and documentation in preparation of email to J. Richman. | .30 | 165.00 | 49.50 |
| 6/20/19 | AB | 221 | At the request of attorney C. George, examination of a substantial amount of grievances files in order to verify that the nature of certain labor claims in fact matched the type of claim reported according to information provided. | 7.10 | 145.00 | 1,029.50 |
| 6/21/19 | CEG | 209 | Review Governor's document production. | .60 | 250.00 | 150.00 |
| 6/21/19 | RTT | 221 | Review collective grievances files (2014-2019) obtained during examination of documents at UTIER's offices in preparation of table summarizing CBA impairment allegations. | 3.40 | 165.00 | 561.00 |
| 6/21/19 | RTT | 221 | Edit table summarizing individual grievances filed from 2014-2019. | 1.60 | 165.00 | 264.00 |
| 6/21/19 | RTT | 221 | Analyze email from C. George regarding sick leave impairment individual grievance filed during 2017. | .10 | 165.00 | 16.50 |
| 6/21/19 | RTT | 221 | Tel. conf. with opposing counsel, W. Torres, regarding production of sick leave impairment individual grievance filed during 2017. | .10 | 165.00 | 16.50 |
| 6/21/19 | RTT | 221 | Draft email to C. George regarding production of sick leave impairment individual grievance filed during 2017. | .20 | 165.00 | 33.00 |
| 6/21/19 | RTT | 221 | Draft email to opposing counsel, W. Torres, regarding production of sick leave impairment individual grievance filed during 2017. | .10 | 165.00 | 16.50 |
| 6/21/19 | RTT | 211 | Review email from opposing counsel, W. Torres, regarding production of sick leave impairment individual grievance filed during 2017. | .20 | 165.00 | 33.00 |
| 6/21/19 | FER | 221 | Review email from J. Roth (0.10), Initial review of production of documents by the Governor's office (0.40). | .50 | 165.00 | 82.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Nei ll & Borges LLC

Bill #:  354086 | July 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/21/19 | FER | 221 | Review email from W. Torres regarding inspection of additional documents. | .10 | 1 65.00 | 16.50 |
| 6/25/19 | RTT | 221 | Exchange emails with opposing counsel, W. Torres, regarding examination of individual grievance no. 17-113 at UTIER's central offices. | .30 | 1 65.00 | 49.50 |
| 6/25/19 | FER | 221 | Review email from W. Torres regarding additional document inspection on 6/27/19. | .10 | 1 65.00 | 16.50 |
| 6/26/19 | CEG | 209 | Review documents related to evidence presented in challenging to law reducing TRS benefits. | .30 | 250.00 | 75.00 |
| 6/27/19 | HDB | 221 | Revise First Set of Interrogatories by the Financial Oversight and Management Board, as Representative of the Title III Debtors, to UTIER. | .30 | 305.00 | 91.50 |
| 6/27/19 | CEG | 209 | Revise First Requests for Admissions by the Financial Oversight and Management Board. | .20 | 250.00 | 50.00 |
| 6/27/19 | CEG | 209 | Review documents  produced by UTIER related  sick leave grievance. | .20 | 250.00 | 50.00 |
| 6/27/19 | RTT | 221 | Conduct examination of individual grievance no. 17-113 at UTIER's central offices. | 1.90 | 165.00 | 313.50 |
| 6/27/19 | LYG | 213 | Research Puerto Rico statutes and administrative orders for voluntary retirement program provisions. | 4.30 | 170.00 | 731.00 |
| 6/27/19 | GMR | 221 | Analyze the First Set of Interrogatories by the Financial Oversight and Management Board, as Representative of the Title III Debtors, to Unión de Trabajadores de la Industria Eléctrica y Riego in anticipation to serving it to Plaintiffs' counsel. | .50 | 185.00 | 92.50 |
| 6/27/19 | GMR | 221 | Send email to Plaintiffs' counsel serving the First Set of Interrogatories by the Financial Oversight and Management Board, as Representative of the Title III Debtors, to Unión de Trabajadores de la Industria Eléctrica y Riego. | .30 | 185.00 | 55.50 |
| 6/27/19 | GMR | 221 | Send email to Plaintiffs' counsel enclosing the First Set of Interrogatories by the Financial Oversight and Management Board, as Representative of the Title III Debtors, to Union de Trabajadores de la Industria Electrica y Riego. | .30 | 185.00 | 55.50 |
| 6/28/19 | CEG | 209 | Consider several issues evidence in other cases challenging the constitutionality of economic laws. | .60 | 250.00 | 150.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  354086                                                                July 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/28/19 | RTT | 221 | Draft email to J. Richman regarding findings of examination of individual grievance no. 17-113 regarding sick leave. | .20 | 1 65.00 | 33.00 |
| 6/28/19 | RTT | 221 | Review written notes in preparation of email to J. Richman regarding individual grievance No. 17-113 examination. | .20 | 1 65.00 | 33.00 |
| 6/28/19 | LYG | 213 | Draft memorandum regarding voluntary retirement programs from 2013 through 2015. | 3.10 | 1 70.00 | 527.00 |

TOTAL PROFESSIONAL SERVICES                    $ 17,447.50

VOLUME DISCOUNT                                $ -1,744.75

NET PROFESSIONAL SERVICES:                     $ 15,702.75

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 2.10 | 305.00 | 640.50 |
| CARLOS E. GEORGE | 11.10 | 250.00 | 2,775.00 |
| ROSANGELA TORRES TORRES | 42.10 | 165.00 | 6,946.50 |
| FILEX E. ROSADO | 16.10 | 165.00 | 2,656.50 |
| LORENA Y. GELY | 18.80 | 170.00 | 3,196.00 |
| GABRIEL MIRANDA RIVERA | 1.10 | 185.00 | 203.50 |
| AIDA BARRIOS | 7.10 | 145.00 | 1,029.50 |
| **Total** | **98.40** | | **$ 17,447.50** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 6/28/19 | IRS STAMPS, VOUCHERS - FOR COPIES OF EXHIBITS FROM PUERTO RICO SUPREME COURT-CEG | 67.20 |
| 6/28/19 | IRS STAMPS, VOUCHERS - FOR REPRODUCTION OF DOCUMENT AT THE PUERTO RICO SUPREME COURT-CEG | 31.20 |

TOTAL REIMBURSABLE EXPENSES                    $ 98.40

**TOTAL THIS INVOICE**                         **$ 15,801.15**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# O'NEILL & BORGES LLC

## MISCELLANEOUS CHARGE SLIP

I.R.S. STAMPS     (✓)         PETTY CASH   ( )
POSTAGE          ( )          MISC.        ( )
PHOTOCOPY        ( )

DATE _June 27, 2019_

CHARGE TO: _PROMB_

NO. OF COPIES: _____     AMOUNT: $ _67.20_

| CLIENT NUMBER | | | | CLIENT MATTER | | AMOUNT | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| P | 1 | 7 | 0 | 5 | | 8 | 0 | 4 | | |

DESCRIPTION: _IRS Stamp (1) = $67.20 in Copies of exhibits from PR Supreme Court._

MADE BY: _CEG/ym_
APPROVED BY: _CG_

**WHITE COPY - ACCOUNTING     GREEN COPY- REQUESTOR**



RECIBO

Sello



5120
06/27/2019
\$67.20

Sello de Rentas Internas
80027-2019-0627-38806007



# O'NEILL & BORGES LLC

## MISCELLANEOUS CHARGE SLIP

I.R.S. STAMPS     ( ✓ )          PETTY CASH     ( )
POSTAGE           ( )            MISC.          ( )
PHOTOCOPY         ( )

DATE _June 25, 2019_

CHARGE TO: _FOMB_

NO. OF COPIES: _____     AMOUNT: $ _31.20_

| CLIENT NUMBER | | | | | CLIENT MATTER | | | AMOUNT | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| P | 1 | 7 | 0 | 5 | 8 | 0 | 4 | | | | |

DESCRIPTION: _IRS Stamp (1) = $31.20 for reproduction of document at the PR Supreme Court._

MADE BY: _a/m_
APPROVED BY: _CG (CEG)_

**WHITE COPY - ACCOUNTING        GREEN COPY- REQUESTOR**



**Sello**



Sello de Rentas Internas
8002T-2019 0625-2706/7003

3120
06/25/2019
$31.20



IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 3, 2019

FOMB IN RE PREPA TITLE III

Bill #: 354087

Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2019:

**Client.Matter: P1705 - 813**

**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

| | |
|---|---|
| Total Professional Services | $ 5,543.50 |
| VOLUME DISCOUNT | $ -554.35 |
| Net Professional Services | $ 4,989.15 |
| Total Reimbursable Expenses | $ 1.50 |
| **TOTAL THIS INVOICE** | **$ 4,990.65** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 813**
**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/19/19 | CGB | 209 | Review email from J. L. Roche requesting certified translations of various documents. (.10) Draft email to O. M. Alicea and M. Marcano to coordinate same. (.10) | .20 | 330.00 | 66.00 |
| 6/19/19 | HDB | 209 | Review meet and confer letter regarding motion to dismiss regarding 19-00298. | .30 | 305.00 | 91.50 |
| 6/20/19 | CGB | 209 | Review email from O. M. Alicea forwarding certified translations of letter and memorandum relating to the PREPA Health plan. (.10) Draft email to J. L. Roche sending same. (.10) Review and forward to J. L. Roche translations of key citations received from M. Marcano. (.10) | .30 | 330.00 | 99.00 |
| 6/20/19 | OMA | 220 | As requested by attorneys C. Garcia and J. A. Candelaria, review and revise certified translations of documents - Letter UTIER to Exec. Dir. of PREPA of 1/5/19, and Memorandum regarding Health Plan. | .60 | 150.00 | 90.00 |
| 6/20/19 | OMA | 220 | As requested by attorneys C. Garcia and J. A. Candelaria, begin certified translation into English of the case of Baez Galib v. State Elections Commission, 152 DPR 382 (2000) - 9 pages; 6,535 words. | 4.60 | 150.00 | 690.00 |
| 6/20/19 | MMB | 209 | Search for official translation of Supreme Court opinions in Peña v. Flores, 58 PRR 773 (1941), Davila v. Gen'l Supervisor of Elections, 82 PRR 257 (1960), and Baez Galib v. Comisión Estatal Docket entry for Elecciones, 152 DPR 382 (2000), as requested by J. Candelaria. | .70 | 140.00 | 98.00 |
| 6/21/19 | OMA | 220 | As requested by attorneys C. Garcia and J. A. Candelaria, begin certified translation into English of the case of Baez Galib v. State Elections Commission, 152 DPR 382 (2000) - 8 pages; 5,491 words. | 5.40 | 150.00 | 810.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  354087

July 3, 2019

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 6/24/19 | CGB | 209 | Draft comments and suggested edits to the FOMB's Draft motion to dismiss adversary 19-0029. (1.40) Draft email to J. Richman forwarding same. (.10) Email exchange with J. Richman regarding Law 26-2017 intended scope. (.30) Analyze First Circuit opinion in Ambac v. FOMB-appeal 18-1214 to ascertain potential impact upon arguments for dismissal of AP 19-00298. (.30) | 2.10 | 330.00 | 693.00 |
| 6/24/19 | HDB | 209 | Revise draft Motion to Dismiss Adversary Proceeding 19-0298. (.40) Review C. Garcia's comments thereto. (.40) | .80 | 305.00 | 244.00 |
| 6/24/19 | OMA | 220 | As requested by attorneys C. Garcia and J. A. Candelaria, begin certified translation into English of the case of Baez Galib v. State Elections Commission, 152 DPR 382 (2000) - 4 pages; 6,038. | 4.10 | 150.00 | 615.00 |
| 6/25/19 | CGB | 209 | Review updated Draft of the motion to dismiss incorporating cites from First Circuit opinion in Ambac v. FOMB-appeal 18-1214. | .20 | 330.00 | 66.00 |
| 6/25/19 | OMA | 220 | As requested by attorneys C. Garcia and J. A. Candelaria, begin certified translation into English of the case of Baez Galib v. State Elections Commission, 152 DPR 382 (2000) - 5 pages; 5,544 words. | 3.40 | 150.00 | 510.00 |
| 6/26/19 | CGB | 209 | Draft email to J. L. Roche forwarding copy of certified translation of Baez Galib v. State. | .10 | 330.00 | 33.00 |
| 6/26/19 | OMA | 220 | As requested by attorneys C. Garcia and J. A. Candelaria, begin certified translation into English of the case of Baez Galib v. State Elections Commission, 152 DPR 382 (2000) - 12 pages; 9,491 words. | 7.60 | 150.00 | 1,140.00 |
| 6/27/19 | CGB | 209 | Overview of filed joint urgent motion for extension to the briefing schedule. | .10 | 330.00 | 33.00 |
| 6/27/19 | HDB | 209 | Revise draft Motion to Extend Response Deadline. | .20 | 305.00 | 61.00 |
| 6/27/19 | DJP | 206 | Analyze the Joint Urgent Motion for an Extension of Time for Respondents to Respond to the Petition, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 6/27/19 | DJP | 206 | Analyze the proposed order to be filed together with the Joint Urgent Motion for an Extension of Time for Respondents to Respond to the Petition. | .20 | 190.00 | 38.00 |

O'Nei ll & Borges LLC

Bill #:  354087

July 3, 2019

| Date | | | | | | |
|------|-----|-----|-------------------------------------------------------------------------------------------------------------------------------------|-----|--------|--------|
| 6/27/19 | DJP | 206 | File the Joint Urgent Motion for an Extension of Time for Respondents to Respond to the Petition, through the court's electronic filing system. | .20 | 1 90.00 | 38.00 |
| 6/27/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Joint Urgent Motion for an Extension of Time for Respondents to Respond to the Petition. | .20 | 1 90.00 | 38.00 |
| 6/28/19 | CGB | 209 | Review court order granting joint urgent motion for extension to the briefing schedule. | .10 | 3 30.00 | 33.00 |

|  |  |
|-----------------------------|------------|
| TOTAL PROFESSIONAL SERVICES | $ 5,543.50 |
| VOLUME DISCOUNT | $ -554.35 |
| NET PROFESSIONAL SERVICES: | $ 4,989.15 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 3.10 | 330.00 | 1,023.00 |
| HERMANN BAUER | 1.30 | 305.00 | 396.50 |
| DANIEL J. PEREZ REFOJOS | .90 | 190.00 | 171.00 |
| OLGA M. ALICEA | 25.70 | 150.00 | 3,855.00 |
| MILAGROS MARCANO BAEZ | .70 | 140.00 | 98.00 |
| **Total** | **31.70** | | **$ 5,543.50** |

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 6/20/19 | DUPLICATING - AS OF 6/20/19 (1 Copies @ $.10) | .10 |
| 6/20/19 | DUPLICATING - AS OF 6/20/19 (1 Copies @ $.10) | .10 |
| 6/20/19 | DUPLICATING - AS OF 6/20/19 (1 Copies @ $.10) | .10 |
| 6/20/19 | DUPLICATING - AS OF 6/20/19 (1 Copies @ $.10) | .10 |
| 6/20/19 | DUPLICATING - AS OF 6/20/19 (1 Copies @ $.10) | .10 |
| 6/20/19 | DUPLICATING - AS OF 6/20/19 (1 Copies @ $.10) | .10 |
| 6/20/19 | DUPLICATING - AS OF 6/20/19 (1 Copies @ $.10) | .10 |
| 6/20/19 | DUPLICATING - AS OF 6/20/19 (1 Copies @ $.10) | .10 |
| 6/20/19 | DUPLICATING - AS OF 6/20/19 (1 Copies @ $.10) | .10 |
| 6/20/19 | DUPLICATING - AS OF 6/20/19 (1 Copies @ $.10) | .10 |
| 6/20/19 | DUPLICATING - AS OF 6/20/19 (1 Copies @ $.10) | .10 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Nei ll & Borges LLC

Bill #:  354087                                                                                   July 3, 2019

| 6/20/19 | DUPLICATING - AS OF 6/20/19 (1 Copies @ $.10) | .10 |
| 6/20/19 | DUPLICATING - AS OF 6/20/19 (3 Copies @ $.10) | .30 |

TOTAL REIMBURSABLE EXPENSES                          $ 1.50

**TOTAL THIS INVOICE**                                **$ 4,990.65**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

((equitrac

## Consolidated Account Detail

### Client='p1705' and   Matter='00813'   and (From: '2019-6-1'   To: '2019-6-30')

| Starting Date: | 6/20/2019 | Ending Date: | 6/20/2019 | Number of Days: | 1 |

| Date | Time | User | Type | Count | Amount |
|------|------|------|------|-------|--------|
| **Location: oab:O'neill and Borges** | | | | | |
| **Client: p1705:FOMB IN RE PREPA TITLE III** | | | | | |
| **Matter: 00813:19-00298-LTS UTIER V PREPA REMOVAL-CGB** | | | | | |
| 6/20/2019 | 9:13:30AM | VELEZ, AARON | Duplicating | 1 | $0.10 |
| 6/20/2019 | 9:14:13AM | VELEZ, AARON | Duplicating | 1 | $0.10 |
| 6/20/2019 | 9:15:02AM | VELEZ, AARON | Duplicating | 1 | $0.10 |
| 6/20/2019 | 9:15:29AM | VELEZ, AARON | Duplicating | 1 | $0.10 |
| 6/20/2019 | 9:16:51AM | VELEZ, AARON | Duplicating | 1 | $0.10 |
| 6/20/2019 | 9:17:25AM | VELEZ, AARON | Duplicating | 1 | $0.10 |
| 6/20/2019 | 9:18:14AM | VELEZ, AARON | Duplicating | 1 | $0.10 |
| 6/20/2019 | 9:18:52AM | VELEZ, AARON | Duplicating | 1 | $0.10 |
| 6/20/2019 | 9:21:09AM | VELEZ, AARON | Duplicating | 1 | $0.10 |
| 6/20/2019 | 9:21:16AM | VELEZ, AARON | Duplicating | 1 | $0.10 |
| 6/20/2019 | 9:21:56AM | VELEZ, AARON | Duplicating | 1 | $0.10 |
| 6/20/2019 | 9:22:22AM | VELEZ, AARON | Duplicating | 1 | $0.10 |
| 6/20/2019 | 9:54:46AM | MARCANO, MILAGROS | Duplicating | 3 | $0.30 |
| | | **Totals for   Matter: 00813** | | | **$1.50** |
| | **Totals for   Client: p1705** | | | | **$1.50** |
| **Totals for   Location: oab** | | | | | **$1.50** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 3, 2019
Bill #: 354088
Billing Attorney: HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending June 30, 2019:

**Client.Matter: P1705 - 814**

**RE: 19-00369-LTS SCEMUS V. PREPA**

| | |
|---|---|
| Total Professional Services | $ 297.00 |
| VOLUME DISCOUNT | $ -29.70 |
| Net Professional Services | $ 267.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 267.30** |

Electronic Invoice

IN ACCOUNT WITH

250 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 814**
**RE: 19-00369-LTS SCEMUS V. PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/04/19 | CGB | 209 | Analyze complaint filed by Sciemius Limited at the USDC CM ECF. (.40) Draft email to J. El Koury and Proskauer team regarding same. (.20) Overview of corrected filing as adversary 19-00369. (.20) Draft Follow-up email to J. El Koury and Proskauer team regarding correct filing as an adversary in Title III. (.10) | .90 | 330.00 | 297.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 297.00 |
| VOLUME DISCOUNT | | $ -29.70 |
| NET PROFESSIONAL SERVICES: | | $ 267.30 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .90 | 330.00 | 297.00 |
| Total | .90 | | $ 297.00 |

**TOTAL THIS INVOICE** $ 267.30

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

---------------------------------------------------------------x

## COVER SHEET TO TWENTY-FIFTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF JULY 1, 2019 THROUGH JULY 31, 2019

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

Name of applicant                                           O'Neill & Borges LLC ("O&B")

Authorized to provide professional services     Financial Oversight and Management
to:                                                               Board, as Representative for the Debtor
                                                                    Pursuant to PROMESA Section 315(b)

Time period covered by this application:          July 1, 2019 through July 31, 2019

Amount of compensation sought as actual,          $7,802.10
reasonable and necessary:

Amount of expense reimbursement sought           $0.00
as actual, reasonable and necessary:

Total amount for this invoice:                        $7,802.10

This is a:  X  monthly ___ interim ___ final application

This is O&B's twenty-fifth monthly fee application in these cases.

00693052; 1

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for July 2019.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On September 19th, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn: Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re: In re: Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR 00901-2419
Attn: Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR 00918
Attn: A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn: Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury:**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel J. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

00693052; 1

| PREPA TITLE III | | | | | | |
|---|---|---|---|---|---|---|
| **Summary of Legal Fees for the Period July 1 through July 31, 2019** | | | | | | |
| **Professional** | **Position/Title** | **Department** | **Hourly Billing Rate** | **Total Billed Hours** | **Total Compensation** | |
| Hermann D. Bauer | Member | Litigation | $305.00 | 10.70 | $ | 3,263.50 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 2.10 | $ | 693.00 |
| Carlos E. George | Member | Labor | $250.00 | 3.10 | $ | 775.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 1.70 | $ | 357.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 2.90 | $ | 536.50 |
| Daniel Perez Refojos | Associate | Litigation | $190.00 | 4.00 | $ | 760.00 |
| Filex E. Rosado | Associate | Labor | $165.00 | 12.40 | $ | 2,046.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 1.70 | $ | 238.00 |
| | | | | | | |
| | **Totals** | | | **38.60** | **$** | **8,669.00** |
| | | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$** | **(866.90)** |
| | | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$** | **7,802.10** |

| PREPA TITLE III | | |
|---|---|---|
| **Summary of Disbursements for the Period July 1 through July 31, 2019** | | |
| **Description - Expenses** | **Amounts** | |
| Duplicating | | |
| IRS STAMPS, Vouchers | | |
| | | |
| **Totals** | **$** | **-** |
| | | |
| **SUMMARY OF DISBURSEMENTS** | **$** | **-** |

| | **PREPA TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period July 1 through July 31, 2019** | | |
| | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 203 | Hearings and Non-Filed Comm. With Court | 0.20 | $ 61.00 |
| 205 | Comm. With Commnonweath, Representative | 0.20 | $ 61.00 |
| 206 | Documents filed on behalf of the Board | 9.30 | $ 1,867.00 |
| 207 | Non-Board Court Filings | 0.40 | $ 122.00 |
| 208 | Stay Matters | 0.20 | $ 61.00 |
| 209 | Adversary Proceeding | 7.30 | $ 2,151.00 |
| 210 | Analysis and Strategy | 1.00 | $ 317.50 |
| 212 | General Administration | 0.40 | $ 122.00 |
| 213 | Labor, Pension Matters | 1.00 | $ 250.00 |
| 219 | Docketing | 1.70 | $ 238.00 |
| 221 | Discovery/2004 Examinations | 16.90 | $ 3,418.50 |
| | | | |
| | | | $ 8,669.00 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ (866.90) |
| | | | |
| | **TOTALS** | **38.60** | **$ 7,802.10** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $7,021.89, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $7,021.89.

## <u>Professional Certification</u>

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00693052; 1

# **Exhibit A**

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

August 5, 2019
Bill #:   356137
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending July 31, 2019:

**Client.Matter: P1705 - 1**

**RE:   GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---:|
| Total Professional Services | $ 3,377.00 |
| Less Discount | $ -337.70 |
| Net Professional Services | $ 3,039.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,039.30** |

Electronic Invoice

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/01/19 | HDB | 206 | Revise Urgent Motion of the Financial Oversight and Management Board for Leave to Exceed Page Limit for Supplemental Legal Memorandum Relating to 9019 Motion. | .20 | 305.00 | 61.00 |
| 7/01/19 | DJP | 206 | Discuss with A. Monforte citation matters in connection with the opposition to Ambac's motion concerning application of the automatic stay. | .30 | 190.00 | 57.00 |
| 7/01/19 | GMR | 206 | Analyze the Urgent Motion of the Financial Oversight and Management Board for Leave to Exceed Page Limit for Supplemental Legal Memorandum Relating to 9019 Motion in anticipation of its filing. | .30 | 185.00 | 55.50 |
| 7/01/19 | GMR | 206 | File the Urgent Motion of the Financial Oversight and Management Board for Leave to Exceed Page Limit for Supplemental Legal Memorandum Relating to 9019 Motion in Case No. 17-4780 at Docket No. 1420. | .30 | 185.00 | 55.50 |
| 7/01/19 | GMR | 206 | Draft email to Chambers of Hon. L. T. Swain with courtesy copy of the Urgent Motion of the Financial Oversight and Management Board for Leave to Exceed Page Limit for Supplemental Legal Memorandum Relating to 9019 Motion, as filed in Case No. 17-4780 at Docket No. 1420. Also sent the Proposed Order in Word version. | .20 | 185.00 | 37.00 |
| 7/01/19 | GMR | 206 | Draft email to Prime Clerk requesting service of the Urgent Motion of the Financial Oversight and Management Board for Leave to Exceed Page Limit for Supplemental Legal Memorandum Relating to 9019 Motion, as filed in Case No. 17-4780 at Docket No. 1420. | .20 | 185.00 | 37.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  356137

August 5, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/01/19 | GMR | 206 | Excerpt the Proposed Order from the Urgent Motion of the Financial Oversight and Management Board for Leave to Exceed Page Limit for Supplemental Legal Memorandum Relating to 9019 Motion, as filed in Case No. 17-4780 at Docket No. 1420, to send to Chambers of Hon. L. T. Swain. | .20 | 185.00 | 37.00 |
| 7/02/19 | ETF | 206 | Review FOMB complaint challenging the extent of the lien on PREPA's revenues. | 1.70 | 210.00 | 357.00 |
| 7/03/19 | HDB | 206 | Review supplemental memorandum in support of the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods. | .30 | 305.00 | 91.50 |
| 7/05/19 | MMB | 219 | Docket court notice received by email dated July 3, 2019, regarding order dkt. 1430, setting pretrial, hearing related deadlines - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/08/19 | HDB | 210 | Review letter and categorical privilege log of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. relating to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(I) and 9019 for Order Approving Settlements Embodied in Restructuring Support Agreement and Tolling Certain Limitations Periods. | .20 | 305.00 | 61.00 |
| 7/08/19 | MMB | 219 | Docket court notice received by email dated July 8, 2019, regarding order dkt. 1437 setting deadlines in relation with transcript of June 28, 2019 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/09/19 | CGB | 210 | Tel. conf. with counsel for the Puerto Rico Energy Bureau E.L. Rodriguez-Cardé regarding potential strategy to address recent subpoenas issued to its Chairman by Comite Dialogo Ambiental and UTIER (.30); Review subpoenas forwarded by same (.10); Draft email to M. Dale to coordinate next steps (.10). | .50 | 330.00 | 165.00 |
| 7/09/19 | HDB | 206 | Revise Stipulation and Agreed Order Regarding Withdrawal of Proof of Claim of U.S. Bank National Association. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  356137

August 5, 2019

| 7/09/19 | HDB | 221 | Review issues regarding subpoenas issued by Comité de Dialogo Ambiental to PREB. | .20 | 305.00 | 61.00 |
|---------|-----|-----|-----|-----|--------|-------|
| 7/10/19 | HDB | 209 | Analyze complaint by the Fuel Line Lenders concerning priority of claims. | 1.10 | 305.00 | 335.50 |
| 7/10/19 | HDB | 212 | Review Joint Status Report in connection with the Joint Motion of PREPA and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement | .20 | 305.00 | 61.00 |
| 7/11/19 | HDB | 203 | Review reports of pre-trial for 9019 Motion. | .20 | 305.00 | 61.00 |
| 7/11/19 | HDB | 221 | Review draft letters seeking to quash PREB subpoenas. | .20 | 305.00 | 61.00 |
| 7/11/19 | MMB | 219 | Docket court notice received by email dated July 10, 2019, regarding order dkt. 1454 setting procedures for July 30, 2019 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/12/19 | MMB | 219 | Docket court notice received by email dated July 11, 2019, regarding order dkt. 1455 regarding modification of discovery motions schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/12/19 | MMB | 219 | Docket court notice received by email dated July 12, 2019, regarding order dkt. 1459 setting deadlines in relation with transcript of the July 11, 2019 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/15/19 | HDB | 221 | Review subpoena issued by UTIER to PREB. | .20 | 305.00 | 61.00 |
| 7/15/19 | HDB | 221 | Review draft meet and confer letter regarding discovery responses to R.Emmanuelli. (.20) Review Notice of Deposition (.20) Draft e-mail regarding same to R. Emmanuelli. (.10) | .50 | 305.00 | 152.50 |
| 7/15/19 | DJP | 206 | Analyze the Sixth Interim Fee Application of McKinsey & Company, Inc. Washington D.C. As Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Electric Power Authority ( PREPA ),  for the Period from February 1, 2019 through May 31, 2019, in anticipation of its filing. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  356137

August 5, 2019

| 7/15/19 | DJP | 206 | File the Sixth Interim Fee Application of McKinsey & Company, Inc. Washington D.C. As Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Electric Power Authority ( PREPA ),  for the Period from February 1, 2019 through May 31, 2019, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
|---------|-----|-----|-----|-----|--------|-------|
| 7/17/19 | HDB | 221 | Review Renewed Omnibus Motion Of Cortland Capital Market Services LLC, As Administrative Agent, And Solus To Compel Discovery Responses In Connection With PREPA RSA Settlement Motion. | .30 | 305.00 | 91.50 |
| 7/17/19 | HDB | 221 | Review Motion by US Bank to Quash Amended Deposition Subpoena of Fuel Line Lenders. | .30 | 305.00 | 91.50 |
| 7/17/19 | HDB | 221 | Review Renewal of June 3, 2019 Omnibus Motion of Official Committee of Unsecured Creditors to Compel in Connection With PREPA RSA Rule 9019 Settlement Motion. | .30 | 305.00 | 91.50 |
| 7/17/19 | HDB | 221 | Review Order on Urgent Motion of Solus to File Under Seal Unredacted Motion to Compel Testimony Pursuant to Rule 30(b)(6) from U.S. Bank in Connection with PREPA RSA Settlement Motion. | .20 | 305.00 | 61.00 |
| 7/17/19 | HDB | 221 | Coordinate logistics of Natalie Jaresko's deposition on July 25, 2019. | .30 | 305.00 | 91.50 |
| 7/17/19 | MMB | 219 | Docket court notice received by email dated July 17, 2019, regarding order dkt. 1475 setting deadline for Citibank to file brief - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/17/19 | MMB | 219 | Docket court notice received by email dated July 17, 2019, regarding notice of hearing dkt. 1476, on US Bank National Association's motion to quash amended deposition subpoena, deadline to file responses or objections - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/17/19 | MMB | 219 | Docket court notice received by email dated July 17, 2019, regarding order dkt. 1478 setting briefing schedule on FOMB's motion for protective order, other - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/18/19 | HDB | 221 | Review e-mails by counsel for AAFAF regarding scheduling of depositions in connection with the 9019 Motion. | .20 | 305.00 | 61.00 |

O'Neill & Borges LLC

Bill #:  356137

August 5, 2019

| 7/19/19 | HDB | 210 | Analyze Second Supplemental Memorandum of Law and Facts in Support of Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods. | .30 | 305.00 | 91.50 |
|---|---|---|---|---|---|---|
| 7/22/19 | HDB | 205 | Review letter by J.El Koury to PREPA regarding procurement processes. | .20 | 305.00 | 61.00 |
| 7/23/19 | HDB | 208 | Review Response of the Financial Oversight and Management Board to the Courts Order Granting Motion to Seal for Limited Duration and for Supplemental Briefing. | .20 | 305.00 | 61.00 |
| 7/24/19 | HDB | 221 | Review Opposition of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to the Renewal of June 3, 2019 Omnibus Motion of Official Committee of Unsecured Creditors to Compel in Connection with PREPA RSA Rule 9019 Settlement Motion. | .20 | 305.00 | 61.00 |
| 7/24/19 | HDB | 221 | Review Opposition to Motion of Financial Oversight and Management Board For (1) A Protective Order Pursuant to Fed. R. Civ. P. 26 From Subpoena and Deposition Notice Issued to Andrew Wolfe by Official Committee of Unsecured Creditors; and (2) an Order in Limine Precluding Official Committee of Unsecured Creditors From Entering in Evidence at The 9019 Motion Hearing July 2017 Declaration of Andrew Wolfe. | .20 | 305.00 | 61.00 |
| 7/24/19 | MMB | 219 | Docket court notice received by email dated July 23, 2019, regarding order dkt. 1493 to extend deadlines - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/24/19 | MMB | 219 | Docket court notice received by email dated July 23, 2019, regarding order dkt. 1494 setting deadline for UTIER, SREAEE, to file updated status report with respect to motion in limine - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/24/19 | MMB | 219 | Docket court notice received by email dated July 24, 2019, regarding order dkt. 1509 setting briefing schedule on dkt. 1502 urgent motion - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

O'Neill & Borges LLC

Bill #:  356137

August 5, 2019

| 7/25/19 | HDB | 221 | Review Reply in Support of the Financial Oversight and Management Board's Motion for (1) a Protective Order from the Subpoena and Deposition Notice Issued to Andrew Wolfe by the Official Committee of Unsecured Creditors; and (2) an Order in Limine Precluding the Official Committee of Unsecured Creditors from Entering in Evidence, at the 9019 Motion Hearing, the July 2017 Declaration of Andrew Wolfe. | .20 | 305.00 | 61.00 |
|---|---|---|---|---|---|---|
| 7/26/19 | HDB | 221 | Review Omnibus Reply of Official Committee of Unsecured Creditors in Support of Renewed Omnibus Motion to Compel Discovery in Connection With PREPA RSA Rule 9019 Settlement Motion. (.30) Review Cortland Capital's Response to Motion in Support of Renewed Omnibus Motion to Compel Discovery Responses in Connection with PREPA RSA Settlement Motion. (.30) | .60 | 305.00 | 183.00 |
| 7/29/19 | HDB | 221 | Review Objection to Solus Urgent New Motion to Compel Production of Documents by U.S. Bank. (.20) Review Memorandum Order granting Motion in Limine regarding Dr. Andrew Wolfe. (.20) | .40 | 305.00 | 122.00 |
| 7/29/19 | HDB | 221 | Analyze Supplemental Joint Status Report Regarding Government Parties' Motion in Limine to Exclude Witness Testimony Regarding 1974 Trust Agreement. | .20 | 305.00 | 61.00 |
| 7/29/19 | MMB | 219 | Docket court notice received by email dated July 26, 2019, regarding order dkt. 1534 setting motion hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/30/19 | MMB | 219 | Docket court notice received by email dated July 29, 2019, regarding order dkt. 1539 setting supplemental briefing schedule on motion in limine dkt. 1301 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 3,377.00 |
| Less Discount | $ -337.70 |
| NET PROFESSIONAL SERVICES: | $ 3,039.30 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | .50 | 330.00 | 165.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  356137

August 5, 2019

| | | | |
|---|---|---|---|
| HERMANN BAUER | 7.60 | 305.00 | 2,318.00 |
| EMILIANO TRIGO FRITZ | 1.70 | 210.00 | 357.00 |
| DANIEL J. PEREZ REFOJOS | .70 | 190.00 | 133.00 |
| GABRIEL MIRANDA RIVERA | 1.20 | 185.00 | 222.00 |
| MILAGROS MARCANO BAEZ | 1.30 | 140.00 | 182.00 |
| **Total** | **13.00** | | **$ 3,377.00** |

**TOTAL THIS INVOICE**          **$ 3,039.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH                                250 Ave Muñoz Rivera, Suite 800
San Juan, PR  00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

---

FOMB IN RE PREPA TITLE III

August 5, 2019
Bill #:   356138
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2019:

**Client.Matter: P1705 - 3**

**RE:  FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 250.00 |
| VOLUME DISCOUNT | $ -25.00 |
| | |
| Net Professional Services | $ 225.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 225.00** |

In account with

250 Ave Muñoz Rivera, Suite 800
San Juan, PR  00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE:  FISCAL PLAN**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/31/19 | CEG | 213 | Review UTIER's CBA for potential amendments. | .80 | 250.00 | 200.00 |
| 7/31/19 | CEG | 213 | Exchange emails with K. Riefkind regarding UTIER's CBA possible amendments. | .20 | 250.00 | 50.00 |

TOTAL PROFESSIONAL SERVICES $ 250.00

VOLUME DISCOUNT $ -25.00

NET PROFESSIONAL SERVICES $ 225.00

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLOS E. GEORGE | 1.00 | 250.00 | 250.00 |
| **Total** | **1.00** | | **$ 250.00** |

**TOTAL THIS INVOICE** **$ 225.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

August 5, 2019
Bill #:   356139
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2019:

**Client.Matter: P1705 - 804**

**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 3,112.00 |
| VOLUME DISCOUNT | $ -311.20 |
| Net Professional Services | $ 2,800.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,800.80** |

Electronic Invoice

In account with

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/09/19 | FER | 221 | Review first batch of Governor's first production of documents. | 1.60 | 165.00 | 264.00 |
| 7/10/19 | FER | 221 | Continue review of first batch of Governor's first production of documents. | 2.40 | 165.00 | 396.00 |
| 7/10/19 | FER | 221 | Review first batch of Treasury Department's first production of documents. | .70 | 165.00 | 115.50 |
| 7/11/19 | FER | 221 | Review Governor's second batch of second production of documents (PREPA fiscal plan certifications, initiatives, etc.) | 2.30 | 165.00 | 379.50 |
| 7/11/19 | FER | 221 | Review Governor's first batch of second production of documents. | 1.40 | 165.00 | 231.00 |
| 7/11/19 | FER | 221 | Review first batch of OMB's second production of documents. | 1.10 | 165.00 | 181.50 |
| 7/11/19 | FER | 221 | Review first batch of PREPA's second production of documents. | .10 | 165.00 | 16.50 |
| 7/12/19 | FER | 221 | Continue review of first batch of PREPA's second production of documents. | .80 | 165.00 | 132.00 |
| 7/12/19 | FER | 221 | Review first batch of AAFAF's second production of documents. | .50 | 165.00 | 82.50 |
| 7/12/19 | FER | 221 | Review first batch of Treasury's second production of documents. | .40 | 165.00 | 66.00 |
| 7/12/19 | FER | 221 | Review second batch of OMB's second production of documents. | 1.10 | 165.00 | 181.50 |
| 7/15/19 | DJP | 206 | Analyze the Notice of 30(B)(6) Deposition of UTIER, in anticipation of sending same to opposing counsel. | .30 | 190.00 | 57.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  356139                                                                   August 5, 2019

| Date | Atty | Code | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/15/19 | DJP | 206 | Analyze the Second Request of the Financial Oversight and Management Board, as Representative of the Debtors, for Production of Documents to Unión de Trabajadores de la Industria Eléctrica y Riego, in anticipation of sending same to opposing counsel. | .30 | 190.00 | 57.00 |
| 7/15/19 | DJP | 206 | Analyze a Letter requesting a meet and confer related to UTIER's responses to the FOMB'S first request for the production of documents, in anticipation of sending same to opposing counsel. | .20 | 190.00 | 38.00 |
| 7/15/19 | DJP | 206 | Draft email to opposing counsel attaching the (1) Notice of 30(B)(6) Deposition of UTIER; (2) the Second Request of the Financial Oversight and Management Board, as Representative of the Debtors, for Production of Documents to Unión de Trabajadores de la Industria Eléctrica y Riego; and (3) a Letter requesting a meet and confer related to UTIER's responses to the FOMB'S first request for the production of documents. | .20 | 190.00 | 38.00 |
| 7/22/19 | HDB | 209 | Review proposed Stipulation of Admissibility of documents comprising the legislative record of certain legislation. | .20 | 305.00 | 61.00 |
| 7/22/19 | CEG | 209 | Review draft of facts stipulation (.30) and prepare email to counsel for UTIER, R. Emmanuelli, forwarding same. (.10). | .40 | 250.00 | 100.00 |
| 7/25/19 | HDB | 209 | Participate in conference call with Defendant's counsel in 17-ap-00282. | .40 | 305.00 | 122.00 |
| 7/29/19 | HDB | 209 | Revise draft Urgent Motion to Reschedule Discovery Deadlines. | .20 | 305.00 | 61.00 |
| 7/29/19 | CEG | 209 | Review motion to revise scheduling order in 17-00229. | .20 | 250.00 | 50.00 |
| 7/29/19 | CEG | 209 | Consider several issues on constitutional challenge to Law 26. | .20 | 250.00 | 50.00 |
| 7/29/19 | CEG | 209 | Review case law on constitutional challenge to Law 4-2016. | .40 | 250.00 | 100.00 |
| 7/29/19 | CEG | 209 | Exchange emails with J. Richman regarding constitutional challenge of Law 4-2016. | .40 | 250.00 | 100.00 |
| 7/29/19 | DJP | 206 | Analyze the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order, in anticipation of its filing. | .30 | 190.00 | 57.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'N eill & Borges LLC

Bill #:  356139

August 5, 2019

| 7/29/19 | DJP | 206 | Analyze the proposed order to be filed together with the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order. | .20 | 190.00 | 38.00 |
|---|---|---|---|---|---|---|
| 7/29/19 | DJP | 206 | File the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/29/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order. | .20 | 190.00 | 38.00 |
| 7/30/19 | HDB | 209 | Review scheduling order resetting discovery deadlines in 17-00229. | .20 | 305.00 | 61.00 |

TOTAL PROFESSIONAL SERVICES                   $ 3,112.00

VOLUME DISCOUNT                                $ -311.20

NET PROFESSIONAL SERVICES:                     $ 2,800.80

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.00 | 305.00 | 305.00 |
| CARLOS E. GEORGE | 1.60 | 250.00 | 400.00 |
| DANIEL J. PEREZ REFOJOS | 1.90 | 190.00 | 361.00 |
| FILEX E. ROSADO | 12.40 | 165.00 | 2,046.00 |
| **Total** | **16.90** | | **$ 3,112.00** |

**TOTAL THIS INVOICE**                         **$ 2,800.80**

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

August 5, 2019
Bill #:   356140
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2019:

**Client.Matter: P1705 - 805**

**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---:|
| Total Professional Services | $ 461.00 |
| VOLUME DISCOUNT | $ -46.10 |
| Net Professional Services | $ 414.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 414.90** |

Electronic Invoice

In account with

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 805**
**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/08/19 | CGB | 209 | Draft email to counsel for the PREB to coordinate necessary information for next status report to the Court. | .20 | 330.00 | 66.00 |
| 7/08/19 | HDB | 212 | Review e-mail by L. Stafford regarding deadline for status report. (.10) Draft e-mail response thereto. (.10) | .20 | 305.00 | 61.00 |
| 7/10/19 | CGB | 209 | Draft Follow-up email to counsel for the PREB to coordinate necessary information for next status report to the Court. | .10 | 330.00 | 33.00 |
| 7/12/19 | CGB | 209 | Draft second follow-up email to counsel for the Energy Bureau regarding pending status report (.10); Review response thereto (.10); Tel. conf. with Y. Carrasquillo regarding proposal included in draft report to be filed in court (.20); Draft email forwarding Draft to the Proskauer team (.10). | .50 | 330.00 | 165.00 |
| 7/12/19 | HDB | 207 | Revise draft Motion for Extension of Time by PREB. (.20)  Draft e-mail with comments thereto. (.20) | .40 | 305.00 | 122.00 |
| 7/12/19 | MMB | 219 | Docket court notice received by email dated July 12, 2019, regarding order dkt. 66 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 461.00 |
| VOLUME DISCOUNT | | $ -46.10 |
| NET PROFESSIONAL SERVICES: | | $ 414.90 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|

O'Neill & Borges LLC

Bill #:  356140                                                                    August 5, 2019

| | | | |
|---|---|---|---|
| CARLA GARCIA BENITEZ | .80 | 330.00 | 264.00 |
| HERMANN BAUER | .60 | 305.00 | 183.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **1.50** | | **$ 461.00** |

**TOTAL THIS INVOICE**                                              **$ 414.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

O'NEILL & BORGES LLC

August 5, 2019
Bill #:   356142
Billing Attorney:  HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2019:

**Client.Matter: P1705 - 813**

**RE:  19-00298-LTS UTIER V PREPA REMOVAL-CGB**

| | |
|---|---:|
| Total Professional Services | $ 1,169.00 |
| VOLUME DISCOUNT | $ -116.90 |
| Net Professional Services | $ 1,052.10 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,052.10** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 813**
**RE:   19-00298-LTS UTIER V PREPA REMOVAL-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/01/19 | MMB | 219 | Docket court notice received by email dated June 28, 2019, regarding order dkt. 12, 2019, setting deadline for respondents to respond to petition - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/11/19 | CEG | 209 | Participate in conference call with C. Garcia, J. Richman and G. Ramos (counsel for plaintiff) related to grounds for dismissal. | .50 | 250.00 | 125.00 |
| 7/12/19 | CGB | 209 | Review and sign off for filing the Memorandum Of Law In Support Of Respondent Puerto Rico Electric Power Authority's Motion To Dismiss Plaintiff's Mandamus Petition Pursuant To Fed. R. Civ. P. 12(B)(1) And 12(B)(6). | .30 | 330.00 | 99.00 |
| 7/12/19 | HDB | 209 | Revise draft Motion to Dismiss in 19-00298. | .90 | 305.00 | 274.50 |
| 7/12/19 | GMR | 206 | Analyze the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) in anticipation of its filing in 19-00298. | .20 | 185.00 | 37.00 |
| 7/12/19 | GMR | 206 | Analyze the Notice to the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) in anticipation of its filing in 19-00298. | .20 | 185.00 | 37.00 |
| 7/12/19 | GMR | 206 | Analyze the Richman Declaration and exhibits thereto to the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) in anticipation of its filing in 19-00298. | .40 | 185.00 | 74.00 |
| 7/12/19 | GMR | 206 | File the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) and exhibits thereto at Docket No. 13. | .30 | 185.00 | 55.50 |

O'Neill & Borges LLC

Bill #:  356142                                                                        August 5, 2019

| 7/16/19 | MMB | 219 | Docket court notice received by email dated July 16, 2019, regarding order dkt. 14 setting briefing schedule on motion to dismiss - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
|---------|-----|-----|---|-----|--------|--------|
| 7/29/19 | CGB | 209 | Review email from J. Richman proposing strategy relating to extension of time to reply to the Plaintiff's opposition brief (.10); Draft response to same (.10); Review email from J. Richman to Plaintiff's counsel G. Ramos Luina regarding proposed extension of time (.10). | .30 | 330.00 | 99.00 |
| 7/31/19 | CGB | 209 | Review and sign-off for filing of the FOMB's urgent motion for extension of time to reply to Plaintiff opposition. | .20 | 330.00 | 66.00 |
| 7/31/19 | HDB | 209 | Review issues regarding extension of time to file reply brief. (.20) Revise and sign off on Urgent Unopposed Motion for an Extension of Time for Respondents to File Reply Briefs in Support of Motion to Dismiss. (.20) | .40 | 305.00 | 122.00 |
| 7/31/19 | DJP | 206 | Analyze the Urgent Unopposed Motion of the Financial Oversight and Management Board, as Representative of PREPA, for an Extension of Time for Respondents to File Reply Briefs in Support of Motion to Dismiss, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 7/31/19 | DJP | 206 | Analyze the proposed order to be filed together with the Urgent Unopposed Motion of the Financial Oversight and Management Board, as Representative of PREPA, for an Extension of Time for Respondents to File Reply Briefs in Support of Motion to Dismiss. | .20 | 190.00 | 38.00 |
| 7/31/19 | DJP | 206 | File the Urgent Unopposed Motion of the Financial Oversight and Management Board, as Representative of PREPA, for an Extension of Time for Respondents to File Reply Briefs in Support of Motion to Dismiss, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES                              $ 1,169.00

VOLUME DISCOUNT                                           $ -116.90

NET PROFESSIONAL SERVICES:                               $ 1,052.10

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  356142

August 5, 2019

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .80 | 330.00 | 264.00 |
| HERMANN BAUER | 1.30 | 305.00 | 396.50 |
| CARLOS E. GEORGE | .50 | 250.00 | 125.00 |
| DANIEL J. PEREZ REFOJOS | .80 | 190.00 | 152.00 |
| GABRIEL MIRANDA RIVERA | 1.10 | 185.00 | 203.50 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **4.70** | | **$ 1,169.00** |

**TOTAL THIS INVOICE**                    **$ 1,052.10**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

August 5, 2019
Bill #:   356143
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2019:

**Client.Matter: P1705 - 814**

**RE:   19-00369-LTS SCEMUS V. PREPA**

| | |
|---|---:|
| Total Professional Services | $ 300.00 |
| VOLUME DISCOUNT | $ -30.00 |
| Net Professional Services | $ 270.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 270.00** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 814**
**RE:   19-00369-LTS SCEMUS V. PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/18/19 | DJP | 206 | Draft a Notice of Appearance on behalf of Martin J. Bienenstock, Stephen L. Ratner, Timothy W. Mungovan, Paul V. Possinger, and Marc Eric Rosenthal, of the law firm Proskauer Rose LLP, to be filed through the court's electronic filing system. | .40 | 190.00 | 76.00 |
| 7/18/19 | DJP | 206 | File the Notice of Appearance on behalf of Martin J. Bienenstock, Stephen L. Ratner, Timothy W. Mungovan, Paul V. Possinger, and Marc Eric Rosenthal, of the law firm Proskauer Rose LLP, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/22/19 | HDB | 209 | Revise and sign-off to file Urgent Motion for Extension of Time. | .20 | 305.00 | 61.00 |
| 7/22/19 | GMR | 206 | Draft email to Chambers of Hon. Judith G. Dein enclosing courtesy copy of the Defendants' Unopposed Urgent Motion for an Extension of Time to Respond to Plaintiffs' Complaint, as filed at Docket No. 17. Also attached the WORD version of the proposed order. | .20 | 185.00 | 37.00 |
| 7/22/19 | GMR | 206 | Finalize the Defendants' Unopposed Urgent Motion for an Extension of Time to Respond to Plaintiffs' Complaint in anticipation of its filing. | .20 | 185.00 | 37.00 |
| 7/22/19 | GMR | 206 | File the Defendants' Unopposed Urgent Motion for an Extension of Time to Respond to Plaintiffs' Complaint at Docket No. 17. | .20 | 185.00 | 37.00 |
| 7/24/19 | MMB | 219 | Docket court notice received by email dated July 23, 2019, regarding order dkt. 18 setting deadline to respond to amended complaint - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                      $ 300.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  356143

August 5, 2019

VOLUME DISCOUNT $ -30.00

NET PROFESSIONAL SERVICES: $ 270.00

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | .20 | 305.00 | 61.00 |
| DANIEL J. PEREZ REFOJOS | .60 | 190.00 | 114.00 |
| GABRIEL MIRANDA RIVERA | .60 | 185.00 | 111.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **1.50** | | **$ 300.00** |

**TOTAL THIS INVOICE** $ 270.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

--------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

--------------------------------------------------------------------x

## COVER SHEET TO TWENTY-SIXTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF AUGUST 1, 2019 THROUGH AUGUST 31, 2019

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | August 1, 2019 through August 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $27,800.55 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $438.30 |
| Total amount for this invoice: | $28,238.85 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-sixth monthly fee application in these cases.

00706304; 1

### Principal Certification

I hereby authorize the submission of this Monthly Fee Statement for August 2019.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On November 1st, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel A. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

| | | | | | | |
|---|---|---|---|---|---|---|
| **PREPA TITLE III** | | | | | | |
| **Summary of Legal Fees for the Period August 1 through August 31, 2019** | | | | | | |
| **Professional** | **Position/Title** | **Department** | **Hourly Billing Rate** | **Total Billed Hours** | **Total Compensation** | |
| Hermann D. Bauer | Member | Litigation | $305.00 | 18.10 | $ | 5,520.50 |
| Mariacte Correa Cestero | Member | Litigation | $280.00 | 4.80 | $ | 1,344.00 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 7.90 | $ | 2,607.00 |
| Carlos E. George | Member | Labor | $250.00 | 15.30 | $ | 3,825.00 |
| Rosa M. Lázaro | Member | Corporate | $345.00 | 5.90 | $ | 2,035.50 |
| Julio Pietrantoni | Member | Corporate | $355.00 | 0.80 | $ | 284.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 0.20 | $ | 42.00 |
| Jorge A. Candelaria | Associate | Corporate | $180.00 | 11.10 | $ | 1,998.00 |
| Beatriz Baldit Castro | Associate | Corporate | $175.00 | 6.60 | $ | 1,155.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 2.30 | $ | 425.50 |
| Yarissa Molina Olivera | Associate | Corporate | $185.00 | 6.50 | $ | 1,202.50 |
| Karla Morales | Associate | Corporate | $180.00 | 32.40 | $ | 5,832.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 6.30 | $ | 1,197.00 |
| Maria E. Santos Roca | Associate | Litigation | $155.00 | 0.20 | $ | 31.00 |
| Olga M. Alicea | Paralegal | Litigation | $150.00 | 2.20 | $ | 330.00 |
| Aida Barrios | Paralegal | Labor | $145.00 | 15.80 | $ | 2,291.00 |
| Claritza De Leon Marrero | Paralegal | Litigation | $150.00 | 0.10 | $ | 15.00 |
| Laura Jimenez Davis | Paralegal | Litigation | $145.00 | 2.50 | $ | 362.50 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 2.80 | $ | 392.00 |
| | | | | | | |
| | **Totals** | | | 141.80 | $ | 30,889.50 |
| | | | | | | |
| | **Less: 10% Courtesy discount** | | | | $ | (3,088.95) |
| | | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | $ | 27,800.55 |

00706304; 1

| | **PREPA TITLE III** | | | |
|---|---|---|---|---|
| | **Summary of Legal Fees for the Period August 1 through August 31, 2019** | | | |
| | | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** | |
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 0.20 | $ | 42.00 |
| 202 | Legal Research | 71.90 | $ | 13,962.00 |
| 204 | Coomunication with Claimholders | 0.30 | $ | 91.50 |
| 206 | Documents Filed on Behalf of the Board | 9.40 | $ | 1,866.50 |
| 207 | Non-Board Court Filings | 0.50 | $ | 152.50 |
| 208 | Stay Matters | 1.10 | $ | 335.50 |
| 209 | Adversary Proceeding | 25.20 | $ | 7,229.50 |
| 210 | Analysis and Strategy | 0.80 | $ | 199.00 |
| 212 | General Administration and Governance | 0.20 | $ | 61.00 |
| 213 | Labor, Pension Matters | 23.60 | $ | 5,215.50 |
| 219 | Docketing | 3.30 | $ | 474.50 |
| 220 | Translations | 2.20 | $ | 330.00 |
| 221 | Discovery/2004 Examinations | 3.00 | $ | 915.00 |
| 224 | Fee Applications - O&B | 0.10 | $ | 15.00 |
| | | | | |
| | | | **$** | **30,889.50** |
| | | | | |
| | **Less: 10% Courtesy discount** | | **$** | **(3,088.95)** |
| | | | | |
| | **TOTALS** | **141.80** | **$** | **27,800.55** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $25,020.50, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $438.30) in the total amount of $25,458.80.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00706304; 1

# **Exhibit A**

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

September 4, 2019
Bill #:   358527
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2019:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---:|
| Total Professional Services | $ 10,940.00 |
| Less Discount | $ -1,094.00 |
| | |
| Net Professional Services | $ 9,846.00 |
| Total Reimbursable Expenses | $ 426.70 |
| | |
| **TOTAL THIS INVOICE** | **$ 10,272.70** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 7 64-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/02/19 | HDB | 221 | Review Order granting in part and denying in part Official Committee of Unsecured Creditors Omnibus Motion to Compel Production of Documents In Connection With PREPA RSA Rule 9019 Settlement Motion. | .30 | 305.00 | 91.50 |
| 8/02/19 | HDB | 221 | Review Notice of Presentment of Proposed Order Resolving Certain Discovery Motions Filed by Solus and U.S. Bank. | .20 | 305.00 | 61.00 |
| 8/02/19 | HDB | 221 | Review Urgent motion Urgent Omnibus Motion of Cortland Capital Market Services LLC, as Administrative Agent, and Solus to Compel Discovery Responses in Connection with PREPA RSA Settlement Motion. | .20 | 305.00 | 61.00 |
| 8/02/19 | CEG | 213 | Review several presentations and analysis from PREPA regarding proposed reduction in labor costs. | 1.20 | 250.00 | 300.00 |
| 8/02/19 | CEG | 213 | Review  PREPA  CBAs to identify modifications to work rules. | 2.20 | 250.00 | 550.00 |
| 8/02/19 | MMB | 219 | Docket court notice received by email dated August 1, 2019, regarding order dkt. 1554 resolving dkt. 1466 and setting deadline to file proposed order - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/03/19 | CEG | 213 | Review CBA regarding  change in work rules. | 1.50 | 250.00 | 375.00 |
| 8/05/19 | HDB | 221 | Review objection to Government Parties Motion in Limine to Exclude Witness Testimony Regarding 1974 Trust Agreement. (.20)  Review Order resolving certain discovery disputes between Solus and US Bank. (.20) | .40 | 305.00 | 122.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

O'Neill & Borges LLC

Bill #: 358527                                                    September 4, 2019

| 8/05/19 | LJD | 219 | Docket Court notice received by e-mail dated August 5, 2019 granting (docket 1562) joint motion for extension of time (docket 1559). | .10 | 145.00 | 14.50 |
|---|---|---|---|---|---|---|
| 8/05/19 | LJD | 219 | Docket Court notice received by e-mail dated August 5, 2019, regarding Order resolving certain discovery motions filed by Solus and U.S Bank regarding:[1560]. | .10 | 145.00 | 14.50 |
| 8/06/19 | HDB | 208 | Review CMA Builders Corp.'s renewed request for stay relief. (.20) Draft e-mail to S. Ma concerning the same. (.10) | .30 | 305.00 | 91.50 |
| 8/06/19 | HDB | 209 | Analyze complaint filed by the PREPA Retirement fund docketed as 19-AP-0405. | .70 | 305.00 | 213.50 |
| 8/06/19 | LJD | 219 | Docket Court notice received by e-mail dated August 5, 2019, regarding Order Setting Briefing Schedule docket 1564, regarding: docket 1558 | .10 | 145.00 | 14.50 |
| 8/07/19 | LJD | 219 | Docket Court notice received by e-mail dated August 7, 2019, regarding Order extending deadlines (docket 1570), regarding deadline for filing objections to the Dismissal Motion. | .10 | 145.00 | 14.50 |
| 8/07/19 | LJD | 219 | Docket Court notice received by e-mail dated August 7, 2019, regarding Order extending deadlines (docket 1570), regarding deadline for filing replies to the Dismissal Motion. | .10 | 145.00 | 14.50 |
| 8/07/19 | LJD | 219 | Docket Court notice received by e-mail dated August 7, 2019, regarding Order extending deadlines (docket 1570), regarding date of hearing to discuss Dismissal Motion. | .10 | 145.00 | 14.50 |
| 8/08/19 | HDB | 207 | Review Official Committee of Unsecured Creditors' (I) Objections to Magistrate Judge's August 2, 2019 Order on Motion to Compel and (II) Alternative Motion to Strike and to Exclude Out-Of-Scope Declaration Testimony and Related Evidence. | .30 | 305.00 | 91.50 |
| 8/09/19 | HDB | 206 | Review and sign-off on Informative Motion regarding 8/15 hearing. | .20 | 305.00 | 61.00 |
| 8/09/19 | LJD | 219 | Docket Court notice received by e-mail dated August 8, 2019, regarding deadline to request transcription of hearing. | .10 | 145.00 | 14.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  358527                                                          September 4, 2019

| 8/09/19 | LJD | 219 | Docket Court notice received by e-mail dated August 9, 2019, regarding order 1577 regarding deadline to file motion related to docket no. 1576. | .10 | 145.00 | 14.50 |
|---------|-----|-----|---|-----|--------|-------|
| 8/09/19 | CDM | 224 | As requested by attorney U. M. Fernandez, assist in the preparation of monthly fee application for the period of May 1, 2019 through May 31, 2019. Review, analyze and make edit cover sheet.  Cases No. 17 BK 3283-LTS and 17 BK 3566-LTS | .10 | 150.00 | 15.00 |
| 8/12/19 | HDB | 221 | Review Supplemental Reply in Further Support of Urgent Motion in Limine to Exclude Testimony Offered by Union de Trabajadores de la Industria Electrica y Riego Inc. (UTIER), Sistema de Retiro de los Empleados de la Autoridad de Energia Electrica (SREAEE), and Windmar Renewable Energy. | .20 | 305.00 | 61.00 |
| 8/12/19 | LJD | 219 | Docket Court notice received by e-mail dated August 9, 2019, regarding order 1579, regarding deadline for completion of discovery. | .10 | 145.00 | 14.50 |
| 8/12/19 | LJD | 219 | Docket Court notice received by e-mail dated August 9, 2019, regarding order 1579 regarding deadline for service of expert reports. | .10 | 145.00 | 14.50 |
| 8/12/19 | LJD | 219 | Docket Court notice received by e-mail dated August 9, 2019, regarding order 1579 regarding deadline for Objectors to file objections. | .10 | 145.00 | 14.50 |
| 8/12/19 | LJD | 219 | Docket Court notice received by e-mail dated August 9, 2019, regarding order 1579 regarding commencement of expert depositions. | .10 | 145.00 | 14.50 |
| 8/12/19 | LJD | 219 | Docket Court notice received by e-mail dated August 9, 2019, regarding order 1579 regarding disclosure of rebuttal experts and service of rebuttal expert reports. | .10 | 145.00 | 14.50 |
| 8/12/19 | LJD | 219 | Docket Court notice received by e-mail dated August 9, 2019, regarding order 1579 regarding deadlines to serve and disclose declarations, exhibits and testimonies. | .10 | 145.00 | 14.50 |
| 8/12/19 | LJD | 219 | Docket Court notice received by e-mail dated August 9, 2019, regarding order 1579 regarding deadline for completion of expert depositions. | .10 | 145.00 | 14.50 |
| 8/12/19 | LJD | 219 | Docket Court notice received by e-mail dated August 9, 2019, regarding order 1579 regarding deadline for Moving Parties to file reply briefs and Supporters to file supporting statements. | .10 | 145.00 | 14.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Ne ill & Borges LLC

Bill #:  358527

September 4, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/12/19 | LJD | 219 | Docket Court notice received by e-mail dated August 9, 2019, regarding order 1579 deadline to exchange depositions designations. | .10 | 145.00 | 14.50 |
| 8/12/19 | LJD | 219 | Docket Court notice received by e-mail dated August 9, 2019, regarding order 1579 deadline to file counter-designations, objections to declarations and exhibits and designation of witnesses for cross-examination. | .10 | 145.00 | 14.50 |
| 8/12/19 | LJD | 219 | Docket Court notice received by e-mail dated August 9, 2019, regarding order 1579 deadline to file motions in limine. | .10 | 145.00 | 14.50 |
| 8/12/19 | LJD | 219 | Docket Court notice received by e-mail dated August 9, 2019, regarding order 1579 deadline to file responses and replies in support of motions in limine. | .10 | 145.00 | 14.50 |
| 8/12/19 | LJD | 219 | Docket Court notice received by e-mail dated August 9, 2019, regarding order 1579 deadline to file joint status report and compilations of listed declarations and exhibits. | .10 | 145.00 | 14.50 |
| 8/12/19 | LJD | 219 | Docket Court notice received by e-mail dated August 9, 2019, regarding order 1579 deadline to deliver hard copy compilations of declarations and exhibits to Judge Swain. | .10 | 145.00 | 14.50 |
| 8/12/19 | LJD | 219 | Docket Court notice received by e-mail dated August 9, 2019, regarding order 1579 scheduling hearing to discuss 9019 Motion and Dismissal Motion. | .10 | 145.00 | 14.50 |
| 8/13/19 | HDB | 221 | Review order granting motion in limine to exclude testimony proffered by UTIER. | .20 | 305.00 | 61.00 |
| 8/14/19 | LJD | 219 | Docket Court notice received by e-mail dated August 14, 2019, regarding order extending deadlines to file oppositions and replies to motion to dismiss docket 1588). | .10 | 145.00 | 14.50 |
| 8/15/19 | HDB | 208 | Review Motion in Compliance with Order regarding Master Link's motion for relief from stay. | .20 | 305.00 | 61.00 |
| 8/16/19 | HDB | 212 | Tel. conf with F. Agrait regarding potential action by PV Properties before PREB. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  358527                                                    September 4, 2019

| 8/16/19 | HDB | 221 | Analyze Opposition of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Official Committee of Unsecured Creditors' Urgent (I) Objections to Magistrate Judge's August 2, 2019 Order on Motion to Compel and (II) Alternative Motion to Strike and to Exclude Out-of-Scope Declaration Testimony and Related Evidence. | .30 | 305.00 | 91.50 |
|---------|-----|-----|------|-----|--------|-------|
| 8/16/19 | HDB | 221 | Review the FOMB and AAFAF's Joint Opposition to the Official Committee of Unsecured Creditors' Urgent (I) Objections to Magistrate Judge's August 2, 2019 Order on Motion to Compel and (II) Alternative Motion to Strike and to Exclude Out-of-Scope Declaration Testimony and Related Evidence. | .30 | 305.00 | 91.50 |
| 8/19/19 | HDB | 210 | Review issues regarding potential disruption of PREPA RSA. | .20 | 305.00 | 61.00 |
| 8/20/19 | HDB | 206 | Revise draft Motion for Entry of an Order Approving Amendment to Fuel Supply Contract with Freepoint Commodities, LLC. the Motion to approve an amendment to the Freepoint Contract (.3), Declaration of Fernando Padilla(.2) and Notice of Motion (.1) | .60 | 305.00 | 183.00 |
| 8/20/19 | DJP | 206 | Analyze the Motion for Entry of an Order Approving Amendment to Fuel Supply Contract with Freepoint Commodities, LLC, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 8/20/19 | DJP | 206 | Analyze the Proposed Order to be filed together with the Motion for Entry of an Order Approving Amendment to Fuel Supply Contract with Freepoint Commodities, LLC, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 8/20/19 | DJP | 206 | Declaration of Fernando Padilla to be filed in support of Motion for Entry of an Order Approving Amendment to Fuel Supply Contract with Freepoint Commodities, LLC, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 8/20/19 | DJP | 206 | Notice of Motion for Entry of an Order Approving Amendment to Fuel Supply Contract with Freepoint Commodities, LLC, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 8/20/19 | DJP | 206 | File the Motion for Entry of an Order Approving Amendment to Fuel Supply Contract with Freepoint Commodities, LLC, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  358527

September 4, 2019

| 8/20/19 | DJP | 206 | File the Notice of Motion for Entry of an Order Approving Amendment to Fuel Supply Contract with Freepoint Commodities, LLC, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
|---|---|---|---|---|---|---|
| 8/20/19 | DJP | 206 | Draft email to presiding judge attaching stamped versions of the Motion for Entry of an Order Approving Amendment to Fuel Supply Contract with Freepoint Commodities, LLC and the Notice of Motion for Entry of an Order Approving Amendment to Fuel Supply Contract with Freepoint Commodities, LLC. | .20 | 190.00 | 38.00 |
| 8/20/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Motion for Entry of an Order Approving Amendment to Fuel Supply Contract with Freepoint Commodities, LLC and the Notice of Motion for Entry of an Order Approving Amendment to Fuel Supply Contract with Freepoint Commodities, LLC. | .20 | 190.00 | 38.00 |
| 8/22/19 | HDB | 209 | Review Mandamus Complaint captioned : Fundador Albarrán y otros v. José F. Ortiz Vázquez y otros (PREPA Pension Fund Mandamus). (.40) Draft e-mail to P. Possinger regarding same. (.20) Consider strategy issues regarding removal. (.30) | .90 | 305.00 | 274.50 |
| 8/22/19 | CEG | 213 | Review PREPA /UTIER CBA to identify potential modifications of work rules. | 2.80 | 250.00 | 700.00 |
| 8/22/19 | AB | 213 | At the request of attorney C. George, review of Collective Bargaining Agreement between PREPA and UTIER in order to suggest changes and modifications to introduce more flexibility in the operation and management of the agency. | 2.90 | 145.00 | 420.50 |
| 8/23/19 | CGB | 209 | Review draft notice of removal to include citations from the Spanish petition of mandamus. NEW MATTER 817- | .60 | 330.00 | 198.00 |
| 8/23/19 | CGB | 209 | Verify contents of Exhibit A to notice of removal to ensure inclusion of all local court flings (.30); Draft email to J. Richman forwarding same. (.10) | .40 | 330.00 | 132.00 |
| 8/23/19 | CGB | 209 | Tel. conf. with counsel K. Bolanos to coordinate issues pertaining to notice of removal (.20); finalize the informative motion informing the local court that the removal was filed (.20); file same. (.20) | .60 | 330.00 | 198.00 |

O'Ne ill & Borges LLC

Bill #:  358527

September 4, 2019

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/23/19 | CGB | 209 | Draft email to Plaintiff's counsel A. Garcia forwarding petition for removal and informative motions (.20); Tel. conf. with A. Garcia to coordinate meet-and-confer regarding potential stay of proceedings (.20); Draft Follow-up email forwarding related UTIER filings to A. Garcia (.10); Draft email to J. Richman to coordinate next steps in view of Plaintiff response. (.20) Tel. conf. with H. Bauer regarding meet-confer. (.10) | .80 | 330.00 | 264.00 |
| 8/23/19 | HDB | 209 | Revise Notice of Removal of Fundador Albarrán y otros v. José F. Ortiz Vázquez. (.90)  Revise and sign-off on draft motion for leave to submit Spanish documents and extension to submit certified translations. (.20)  Revise Civil Cover Sheet for Removal. (.10) Revise edits and sign-off to file Notice of PR Courts regarding filing of Removal. (.20)  Tel. conf. with C. Garcia regarding meet and confer. (.10)  Review issues regarding logistics of filing Notice of Removal. (.20) | 1.70 | 305.00 | 518.50 |
| 8/23/19 | HDB | 204 | Tel. conf. with N. Zouairabani, counsel for Cortland Capital, regarding Freepoint Contract. (.20) Draft e-mail to D. Desantick and others at Proskauer regarding call with N. Zouairabani. (.10) | .30 | 305.00 | 91.50 |
| 8/23/19 | HDB | 207 | Review Joint Motion to Extend all Deadlines regarding Motion to Dismiss Motion for Receiver. | .20 | 305.00 | 61.00 |
| 8/23/19 | HDB | 213 | Discuss legal issues with C. George regarding work rules and other issues regarding UTIER CBA. | .20 | 305.00 | 61.00 |
| 8/23/19 | HDB | 221 | Review letter concerning Assured Guaranty Corp. and Assured Guaranty Municipal Corp.'s fifth production relating to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(I) and 9019 for Order Approving Settlements Embodied in Restructuring Support Agreement and Tolling Certain Limitations Periods. | .20 | 305.00 | 61.00 |
| 8/23/19 | CEG | 213 | Continue review PREPA /UTIER CBA to identify potential modifications of work rules. | 1.60 | 250.00 | 400.00 |
| 8/23/19 | CEG | 213 | Revise table with potential modifications of work rules of PREPA /UTIER CBA. | 1.10 | 250.00 | 275.00 |
| 8/23/19 | DJP | 206 | Analyze notice of removal to be filed in connection with mandamus action filed by a series of employees against PREPA, in anticipation of its filing. | .40 | 190.00 | 76.00 |

O'Neill & Borges LLC

Bill #:  358527                                                                September 4, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/23/19 | DJP | 206 | Analyze pertinent pleadings from the state court that will be filed together with the notice of removal in connection with mandamus action filed by series of employees against PREPA, in anticipation of its filing. | .50 | 190.00 | 95.00 |
| 8/23/19 | DJP | 206 | As requested by courtroom deputy clerk, draft Excel spreadsheet containing the names of all 71 plaintiffs that filed mandamus action against PREPA, prior to filing the notice of removal. | .70 | 190.00 | 133.00 |
| 8/23/19 | DJP | 206 | File the notice of removal in connection with mandamus action filed by series of employees against PREPA, together with supporting exhibits, through the court's electronic filing system. | .40 | 190.00 | 76.00 |
| 8/23/19 | GMR | 206 | File the motion for leave to file Spanish-language documents and extension of time to file certified English translations in adversary proceeding no. 19-00412 at docket no. 2. | .20 | 185.00 | 37.00 |
| 8/23/19 | GMR | 206 | File the Notice of Filing the Notice of Removal with the Commonwealth of Puerto Rico Court of First Instance, San Juan Superior Court in adversary proceeding no. 19-00412 at docket no. 3. | .20 | 185.00 | 37.00 |
| 8/23/19 | GMR | 206 | Finalize the proposed order of the Motion for Leave to File Spanish-Language Documents and Extension of Time to File Certified English Translations to be sent to Chambers of Hon. Laura T. Swain. | .20 | 185.00 | 37.00 |
| 8/23/19 | GMR | 206 | Draft email to Chambers of Hon. Laura Taylor Swain enclosing courtesy copy of the Motion for Leave to File Spanish-Language Documents and Extension of Time to File Certified English Translations and the Notice of Filing the Notice of Removal with the Commonwealth of Puerto Rico Court of First Instance, San Juan Superior Court, as filed at Docket Nos. 2 and 3, respectively, in Adversary Proceeding No. 19-00412. Also attached is the proposed order for Docket No. 2. | .20 | 185.00 | 37.00 |
| 8/23/19 | MMB | 219 | Docket court notice received by email dated August 22, 2019, regarding order dkt. 1606 setting briefing schedule on motion dkt. 1604 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  358527

September 4, 2019

| 8/23/19 | AB | 213 | At the request of attorney C. George, continue with the review of Collective Bargaining Agreement between PREPA and UTIER in order to suggest changes and modifications to introduce more flexibility in the operation and management of the agency. | 5.70 | 145.00 | 826.50 |
|---|---|---|---|---|---|---|
| 8/26/19 | MMB | 219 | Docket court notice received by email dated August 26, 2019, regarding order dkt. 1616 extending deadlines - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/27/19 | RML | 213 | Research inquiries on  pension rights under PREPA plan and options available for contributions under new plan. | .70 | 345.00 | 241.50 |
| 8/27/19 | MMB | 219 | Docket court notice received by email dated August 27, 2019, regarding order dkt. 1619 denying urgent motion to file under seal dkt. 1603 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/28/19 | RML | 213 | Analize law 120 inquiry and options for pension plan. | .60 | 345.00 | 207.00 |
| 8/28/19 | JP | 213 | Research in connection with questions from P. Possinger relating to treatment of pensions of PREPA employees that are transferred to P3 private sector employers. | .80 | 355.00 | 284.00 |
| 8/29/19 | HDB | 208 | Review stay relief motion by Juan Carlos Perez. | .30 | 305.00 | 91.50 |
| 8/29/19 | HDB | 209 | Review Official Committee of Unsecured Creditors' Urgent Motion for Limited Intervention Under Bankruptcy Rule 7024. | .30 | 305.00 | 91.50 |
| 8/29/19 | MMB | 219 | Docket court notice received by email dated August 16, 2019, regarding order dkt. 1593 setting deadline to file redaction request, redacted transcript of July 11, 2019 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/29/19 | AB | 202 | At the request of attorney C. George, legal research regarding rejection or modification of collective bargaining agreement in bankruptcy proceedings. | 2.90 | 145.00 | 420.50 |
| 8/30/19 | HDB | 208 | Review follow-up e-mail from CMA's counsel (A. Gonzalez) regarding stay relief request. (.10) Draft e-mail to P. Possinger regarding stay relief request by CMA. (.10) Draft e-mail to S. Ma and E. Barak regarding next steps. (.10) | .30 | 305.00 | 91.50 |
| 8/30/19 | CEG | 213 | Consider several  issues related to work rules in case of rejection of PREPA CBA. | .70 | 250.00 | 175.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  358527

September 4, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/30/19 | CEG | 213 | Consider several  issues related to standard to reject PREPA CBA. | .80 | 250.00 | 200.00 |
| 8/30/19 | AB | 202 | At the request of attorney C. George, preparation of legal memorandum regarding modification or rejection of collective bargaining agreement in bankruptcy proceeding. | 3.20 | 145.00 | 464.00 |
| 8/31/19 | CEG | 213 | Consider varios issues  on potential rejection of CBA and its impact on pension plan. | .80 | 250.00 | 200.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 10,940.00 |
| Less Discount | | $ -1,094.00 |
| NET PROFESSIONAL SERVICES: | | $ 9,846.00 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| ROSA M. LAZARO | 1.30 | 345.00 | 448.50 |
| CARLA GARCIA BENITEZ | 2.40 | 330.00 | 792.00 |
| JULIO PIETRANTONI | .80 | 355.00 | 284.00 |
| HERMANN BAUER | 9.20 | 305.00 | 2,806.00 |
| CARLOS E. GEORGE | 12.70 | 250.00 | 3,175.00 |
| DANIEL J. PEREZ REFOJOS | 3.80 | 190.00 | 722.00 |
| GABRIEL MIRANDA RIVERA | .80 | 185.00 | 148.00 |
| MILAGROS MARCANO BAEZ | .50 | 140.00 | 70.00 |
| LAURA JIMENEZ DAVIS | 2.40 | 145.00 | 348.00 |
| CLARITZA DE LEON MARRERO | .10 | 150.00 | 15.00 |
| AIDA BARRIOS | 14.70 | 145.00 | 2,131.50 |
| **Total** | **48.70** | | **$ 10,940.00** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 8/16/19 | DUPLICATING - AS OF 8/16/19 (10 Copies @ $.10) | 1.00 |
| 8/23/19 | CLERK US DISTRICT COURT, REMOVAL RE: ALBARRAN IRIZARRY v. PREPA-CGB | 400.00 |
| 8/26/19 | DUPLICATING - AS OF 8/26/19 (1 Copies @ $.10) | .10 |
| 8/26/19 | DUPLICATING - AS OF 8/26/19 (1 Copies @ $.10) | .10 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  358527                                                          September 4, 2019

| 8/26/19 | DUPLICATING -  AS OF 8/26/19 (1 Copies @ $.10) | .10 |
| 8/26/19 | DUPLICATING -  AS OF 8/26/19 (3 Copies @ $.10) | .30 |
| 8/26/19 | DUPLICATING -  AS OF 8/26/19 (1 Copies @ $.10) | .10 |
| 8/26/19 | MESSENGER DELIVERY - 8/26/19 | 25.00 |

TOTAL REIMBURSABLE EXPENSES                    $ 426.70

**TOTAL THIS INVOICE**                         **$ 10,272.70**

*Inv. 358527*

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

September 4, 2019
Bill #:   358529
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2019:

**Client.Matter: P1705 - 804**

**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 1,527.50 |
| VOLUME DISCOUNT | $ -152.75 |
| Net Professional Services | $ 1,374.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,374.75** |

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 804**
**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/01/19 | MMB | 219 | Docket court notice received by email dated July 30, 2019, regarding order dkt. 87 setting deadlines to amend pleadings, file status report, expert discovery, dispositive motions - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/02/19 | HDB | 209 | Analyze UTIER's response to letter requesting a meet and confer  dated July 15, 2019. (.30) Commence review of UTIER's responses to the Second Request of the Financial Oversight and Management Board, as Representative of the Debtors, for Production of Documents to Unión de Trabajadores de la Industria Eléctrica y Riego. (.30) | .60 | 305.00 | 183.00 |
| 8/05/19 | AB | 209 | At the request of attorney C. George, trip to the Court of First Instance to review court record in order to determine final disposition of the case and obtain information of Resolution issued by the Supreme Court in the case of Union de Trabajadores v AEE (KAC2016-291). | 1.10 | 145.00 | 159.50 |
| 8/07/19 | CEG | 209 | Consider several issues related depositions to UTIER representative. | .30 | 250.00 | 75.00 |
| 8/07/19 | CEG | 209 | Consider several issues on  burden of proof and case witnesses. | .30 | 250.00 | 75.00 |
| 8/14/19 | HDB | 209 | Exchange e-mails with J. Richman and M. Morris regarding deposition of Angel Jaramillo. (.30) Review issues regarding potential amendments to answer to complaint. (.10) | .40 | 305.00 | 122.00 |
| 8/19/19 | HDB | 209 | Review Jonathan Richman's list of pending items with Plaintiffs. (.10)  Review e-mails regarding same. (.10) | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  358529

September 4, 2019

| 8/22/19 | HDB | 221 | Review e-mails by M. Morris and R. Emmanuelli regarding deposition of Angel Jaramillo. | .10 | 305.00 | 30.50 |
| 8/26/19 | HDB | 221 | Review e-mail by J. Richman to R. Emmanuelli, following up on proposed document Stipulation. | .20 | 305.00 | 61.00 |
| 8/26/19 | CEG | 209 | Consider several issues on outstanding discovery issues and pending responses from counsel for UTIER | .30 | 250.00 | 75.00 |
| 8/26/19 | CEG | 209 | Review propose stipulations of facts and documents. | .30 | 250.00 | 75.00 |
| 8/29/19 | HDB | 221 | Review e-mail by J. Richman concerning stipulation on documents comprising the legislative records and translations thereof. | .20 | 305.00 | 61.00 |
| 8/30/19 | HDB | 221 | Review revised draft of Stipulation concerning legislative records. | .20 | 305.00 | 61.00 |
| 8/30/19 | HDB | 209 | Analyze Amended Complaint filed by UTIER. | .90 | 305.00 | 274.50 |
| 8/30/19 | CEG | 209 | Review amended complaint and consider strategy to follow. | .80 | 250.00 | 200.00 |

TOTAL PROFESSIONAL SERVICES          $ 1,527.50

VOLUME DISCOUNT                      $ -152.75

NET PROFESSIONAL SERVICES:           $ 1,374.75

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 2.80 | 305.00 | 854.00 |
| CARLOS E. GEORGE | 2.00 | 250.00 | 500.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| AIDA BARRIOS | 1.10 | 145.00 | 159.50 |
| **Total** | **6.00** | | **$ 1,527.50** |

**TOTAL THIS INVOICE**                      **$ 1,374.75**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 4, 2019
Bill #: 358531
Billing Attorney: HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending August 31, 2019:

**Client.Matter: P1705 - 810**

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---|
| Total Professional Services | $ 939.00 |
| VOLUME DISCOUNT | $ -93.90 |
| Net Professional Services | $ 845.10 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 845.10** |

In account with                                                                 250 Ave Muñoz Rivera, Suite 800
                                                                                San Juan, PR 00918-1813
O'NEILL & BORGES LLC                                                            Tel. (787) 764-8181
                                                                                Fax (787) 753-8944

**Client.Matter: P1705 . 810**
**RE:   18-00047-LTS RIVERA V PREPA/ELA-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/12/19 | CGB | 210 | Conf. with G. Candelaria to discuss potential research on claim and issue preclusion doctrine. | .20 | 330.00 | 66.00 |
| 8/12/19 | HDB | 209 | Review legal issues regarding Rooker Feldman doctrine. | .30 | 305.00 | 91.50 |
| 8/12/19 | ETF | 201 | Draft email to C. Garcia regarding how broad the San Juan Superior Court holding regarding de facto trust should be interpreted. | .20 | 210.00 | 42.00 |
| 8/12/19 | JAC | 210 | Conf. with C. Garcia to discuss potential research on claim and issue preclusion doctrines. | .20 | 180.00 | 36.00 |
| 8/19/19 | OMA | 220 | As requested by attorney C. Garcia, prepare certified translation of document into English - Baez Galib v. Rossello Gonzalez, 147 D.P.R. 371. 5 pages; 2,476 words. | 2.20 | 150.00 | 330.00 |
| 8/27/19 | HDB | 209 | Review meet and confer letter regarding proposed motion for Summary Judgment by UTIER. | .30 | 305.00 | 91.50 |
| 8/27/19 | JAC | 210 | Analyze meet and confer letter by counsel for Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica. | .10 | 180.00 | 18.00 |
| 8/28/19 | CGB | 209 | Review legal memorandum summarizing legal background pertaining to the creation of the PREPA retirement system and prior litigation involving the same in anticipation of conf. call (.30); Tel. conf. with Proskauer counsel L. Rappaport and E. , as well as O'Melveny counsel E. McKeen, among others, to discuss pending tasks and pertinent strategy in anticipation of the meet-and-confer with Plaintiff's counsel. (.50) | .80 | 330.00 | 264.00 |

TOTAL PROFESSIONAL SERVICES                                  $ 939.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

O'Neill & Borges LLC

Bill #:  358531

September 4, 2019

| | |
|---|---:|
| VOLUME DISCOUNT | $ -93.90 |
| NET PROFESSIONAL SERVICES: | $ 845.10 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| CARLA GARCIA BENITEZ | 1.00 | 330.00 | 330.00 |
| HERMANN BAUER | .60 | 305.00 | 183.00 |
| EMILIANO TRIGO FRITZ | .20 | 210.00 | 42.00 |
| JORGE A. CANDELARIA | .30 | 180.00 | 54.00 |
| OLGA M. ALICEA | 2.20 | 150.00 | 330.00 |
| **Total** | **4.30** | | **$ 939.00** |

**TOTAL THIS INVOICE**                        **$ 845.10**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

September 4, 2019
Bill #:   358532
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2019:

**Client.Matter: P1705 - 813**

**RE:   19-00298-LTS UTIER V PREPA REMOVAL-CGB**

| | |
|---|---|
| Total Professional Services | $ 1,318.00 |
| VOLUME DISCOUNT | $ -131.80 |
| Net Professional Services | $ 1,186.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,186.20** |

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 813**
**RE:  19-00298-LTS UTIER V PREPA REMOVAL-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/01/19 | MMB | 219 | Docket court notice received by email dated August 1, 2019, regarding order dkt. 16 setting deadline to file reply to motion to dismiss under Fed.R. Civ. P. 12(b)(1) and 12(b)(6) - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/09/19 | HDB | 209 | Analyze Opposition to Motion to Dismiss. | .60 | 305.00 | 183.00 |
| 8/15/19 | CGB | 209 | Review J. Richman query pertaining to Spanish version of section 2.07 (.10); Analyze statutory language to consider same (.10); Draft response email to J. Richman setting forth pertinent response. (.20) | .40 | 330.00 | 132.00 |
| 8/16/19 | CGB | 209 | Review Draft reply to Plaintiff opposition to dismissal (.80); Draft email to J. Richman forwarding same and setting forth reasoning for suggested edits. (.20) | 1.00 | 330.00 | 330.00 |
| 8/16/19 | HDB | 209 | Revise draft Reply Brief in support of Motion to Dismiss. | .60 | 305.00 | 183.00 |
| 8/19/19 | CGB | 209 | Review email from J. Roche seeking certified translation (.10); Coordinate same with O. M. Alicea (.10); Draft email forwarding certified translation of Baez Galib 147 DPR 371 to the Proskauer team. (.20) | .40 | 330.00 | 132.00 |
| 8/22/19 | CGB | 209 | Review updated and final version of the reply to Plaintiff's opposition to dismissal in 19-00298. | .30 | 330.00 | 99.00 |
| 8/22/19 | HDB | 209 | Review draft reply in support of motion to dismiss mandamus complaint. | .50 | 305.00 | 152.50 |
| 8/26/19 | GMR | 206 | File the Reply Brief in Support of Respondent Puerto Rico Electric Power Authority's Motion to Dismiss Plaintiff's Mandamus Petition Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) and exhibit thereto at Docket No. 18. | .30 | 185.00 | 55.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 358532                                                        September 4, 2019

| 8/26/19 | GMR | 206 | Draft email to Chambers of Hon. Laura T. Swain enclosing courtesy copy of the Reply Brief in Support of Respondent Puerto Rico Electric Power Authority's Motion to Dismiss Plaintiff's Mandamus Petition Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) and exhibit thereto, as filed at Docket No. 18. | .20 | 185.00 | 37.00 |

TOTAL PROFESSIONAL SERVICES                       $ 1,318.00

VOLUME DISCOUNT                                   $ -131.80

NET PROFESSIONAL SERVICES:                        $ 1,186.20

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 2.10 | 330.00 | 693.00 |
| HERMANN BAUER | 1.70 | 305.00 | 518.50 |
| GABRIEL MIRANDA RIVERA | .50 | 185.00 | 92.50 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **4.40** | | **$ 1,318.00** |

**TOTAL THIS INVOICE**                            **$ 1,186.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 4, 2019
Bill #:  358533
Billing Attorney:  HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2019:

**Client.Matter: P1705 - 815**

**RE:  19-00396-LTS CORTLAND V. PREPA**

| | |
|---|---|
| Total Professional Services | $ 13,893.50 |
| VOLUME DISCOUNT | $ -1,389.35 |
| | |
| Net Professional Services | $ 12,504.15 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 12,504.15** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 815**
**RE:  19-00396-LTS CORTLAND V. PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/06/19 | HDB | 209 | Revise and sign-off to file Defendants' Unopposed Urgent Motion for Extension of Time to Respond to Adversary Complaint. | .20 | 305.00 | 61.00 |
| 8/06/19 | DJP | 206 | Analyze the Defendants' Unopposed Urgent Motion for Extension of Time to Respond to Adversary Complaint [ECF No. 1], in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 8/06/19 | DJP | 206 | Analyze the proposed order to be filed together with the Defendants' Unopposed Urgent Motion for Extension of Time to Respond to Adversary Complaint [ECF No. 1]. | .20 | 190.00 | 38.00 |
| 8/06/19 | DJP | 206 | File the Defendants' Unopposed Urgent Motion for Extension of Time to Respond to Adversary Complaint [ECF No. 1], through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 8/06/19 | DJP | 206 | Draft email to assigned magistrate judge attaching stamped version of the Defendants' Unopposed Urgent Motion for Extension of Time to Respond to Adversary Complaint [ECF No. 1]. | .20 | 190.00 | 38.00 |
| 8/07/19 | LJD | 219 | Docket Court notice received by e-mail dated August 7, 2019, regarding Order no. 9, regarding due date to answer Adversary complaint. | .10 | 145.00 | 14.50 |
| 8/13/19 | RML | 202 | Review insurance questions in connection with dispute filed by PREPA's insurer. | .50 | 345.00 | 172.50 |
| 8/14/19 | HDB | 209 | Review legal issues queries by M.Rothensal. | .30 | 305.00 | 91.50 |
| 8/15/19 | RML | 202 | Review inquiries on insurance (.20) and discuss with J. Candelaria research to be done to address same. (.20) | .40 | 345.00 | 138.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 358533

September 4, 2019

| 8/15/19 | BAB | 202 | Conf. with J. Candelaria and K. M. Morales to discuss potential legal research regarding insurance under Puerto Rico law. | .10 | 175.00 | 17.50 |
|---|---|---|---|---|---|---|
| 8/15/19 | MSR | 202 | Discuss with R. Lazaro research to be done to address same regarding insurance. | .20 | 155.00 | 31.00 |
| 8/16/19 | RML | 202 | Analize PR insurance law questions presented by Proskauer. | .40 | 345.00 | 138.00 |
| 8/16/19 | JAC | 202 | Conf. with B. A. Baldit Castro and K. M. Morales to discuss potential legal research regarding insurance under Puerto Rico law. | .10 | 180.00 | 18.00 |
| 8/16/19 | JAC | 202 | Conduct legal research regarding defenses available to insurers under the Puerto Rico Insurance Code. | 2.80 | 180.00 | 504.00 |
| 8/16/19 | KMM | 210 | Discussion with B. Baldit and J. Candelaria regarding inquiries on insurance policy issued in connection with a tank located at Costa Sur. | .10 | 180.00 | 18.00 |
| 8/19/19 | BAB | 202 | Conduct research regarding the law in Puerto Rico on when property damage is deemed to have occurred in connection with the recent insurance dispute filed by one of PREPA's insurers relating to damage to a storage tank in 2015, as requested by P. Possinger from Proskauer. | .30 | 175.00 | 52.50 |
| 8/19/19 | KMM | 202 | Conduct legal research on the burden of proof on insurers. | .70 | 180.00 | 126.00 |
| 8/19/19 | KMM | 202 | Draft email memorandum on insurance inquiries to include analysis regarding insurer's burden of proof. | .50 | 180.00 | 90.00 |
| 8/19/19 | KMM | 202 | Conduct legal research regarding "sophisticated insured" exception under Puerto Rico law. | 4.70 | 180.00 | 846.00 |
| 8/19/19 | KMM | 202 | Revise memorandum on insurance inquiries to include our comments on the "sophisticated insured" exception under Puerto Rico law. | 1.10 | 180.00 | 198.00 |
| 8/20/19 | BAB | 202 | Continue research regarding the law in Puerto Rico on when property damage is deemed to have occurred in connection with the recent insurance dispute filed by one of PREPA's insurers relating to damage to a storage tank in 2015, as requested by P. Possinger from Proskauer. | .70 | 175.00 | 122.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 358533

September 4, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/20/19 | BAB | 202 | Continue research regarding the law in Puerto Rico on when property damage is deemed to have occurred in connection with the recent insurance dispute filed by one of PREPA's insurers relating to damage to a storage tank in 2015, as requested by P. Possinger from Proskauer. | 1.00 | 175.00 | 175.00 |
| 8/20/19 | BAB | 202 | Research court interpretation of what is deemed an "external cause" of damage with respect to property insurance in connection with the recent insurance dispute filed by one of PREPA's insurers relating to damage to a storage tank in 2015, as requested by P. Possinger from Proskauer. | 2.30 | 175.00 | 402.50 |
| 8/20/19 | JAC | 202 | Conduct research regarding defenses available to insurers pursuant to Puerto Rico law in order to answer inquiries by Proskauer Rose LLP, as requested by R. M. Lazaro. | 2.20 | 180.00 | 396.00 |
| 8/20/19 | KMM | 202 | Conduct legal research regarding policyholders obligation to mitigate subsequent damages. | 4.90 | 180.00 | 882.00 |
| 8/20/19 | KMM | 202 | Revise memorandum on insurance law to include insured's obligation to mitigate damages. | 1.60 | 180.00 | 288.00 |
| 8/21/19 | BAB | 202 | Draft summary of findings of research regarding the law in Puerto Rico on when property damage is deemed to have occurred and interpretation of external cause to answer email of P. Possinger from Proskauer. | 2.20 | 175.00 | 385.00 |
| 8/21/19 | YMO | 202 | Analyze the Insurance Code of Puerto Rico and the case law of the local courts in order to answer questions sent by M. Rosenthal in connection with how "occurrences" within an insurance policy context are interpreted. | 5.30 | 185.00 | 980.50 |
| 8/21/19 | JAC | 202 | Continue legal research regarding defenses available to insurers under Puerto Rico law and case law, as requested by R. M. Lazaro. | .90 | 180.00 | 162.00 |
| 8/21/19 | KMM | 202 | Conduct legal research regarding "wear and tear" exclusion clause under Puerto Rico law. | 4.20 | 180.00 | 756.00 |
| 8/21/19 | KMM | 202 | Draft memorandum Marc Eric Rosenthal's inquiries on insurance policies to include the doctrine adopted in Puerto Rico regarding "wear and tear" exclusions. | .90 | 180.00 | 162.00 |
| 8/22/19 | RML | 202 | Review memorandum on response to insurance related inquiries related to PREPA-Costa Sur. | .40 | 345.00 | 138.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  358533

September 4, 2019

| 8/22/19 | MCC | 202 | Revise draft responses to questions related to insurance law issues under Puerto Rico law. | .60 | 280.00 | 168.00 |
|---------|-----|-----|------|------|--------|--------|
| 8/22/19 | JAC | 202 | Draft findings related to research on defenses available to insurers under Puerto Rico law. | 1.70 | 180.00 | 306.00 |
| 8/22/19 | JAC | 202 | Revise and edit answers provided by K. M. Morales, Y. Molina Olivera and B. A. Baldit Castro regarding questions on insurance case law and the Puerto Rico Insurance Code. | .70 | 180.00 | 126.00 |
| 8/22/19 | KMM | 202 | Conduct legal research regarding legal effect when an insured mitigate damages negligently of ineffectively. | 2.90 | 180.00 | 522.00 |
| 8/22/19 | KMM | 202 | Revise memorandum regarding insurance inquiries to include discussion on the legal effect when an insured mitigate damages negligently of ineffectively. | 1.20 | 180.00 | 216.00 |
| 8/22/19 | KMM | 202 | Conduct research to determine whether the mitigation obligation clause is a condition precedent to coverage. | 2.70 | 180.00 | 486.00 |
| 8/23/19 | RML | 202 | Provide comments to memorandum on response to insurance related inquiries made by Proskauer in connection with PREPA - Costa Sur. | .70 | 345.00 | 241.50 |
| 8/23/19 | MCC | 202 | Complete review of draft of responses to legal research questions regarding Puerto Rico law on insurance and policy interpretation. | 1.50 | 280.00 | 420.00 |
| 8/23/19 | MCC | 202 | Email exchanges with J. Candelaria and R. M. Lazaro revisions to draft responses to questions regarding Puerto Rico law on insurance and policy interpretation. | .50 | 280.00 | 140.00 |
| 8/23/19 | YMO | 202 | Analyze additional case law regarding the applicability of the mitigation of damages doctrine in the insurance policy contexts. | 1.20 | 185.00 | 222.00 |
| 8/23/19 | JAC | 202 | Revise comments by M. Correa regarding insurance questions under Puerto Rico case law and the Puerto Rico Insurance Code. | .40 | 180.00 | 72.00 |
| 8/23/19 | KMM | 202 | Conduct legal research regarding the applicable standard the mitigation clause. | .80 | 180.00 | 144.00 |
| 8/26/19 | JAC | 202 | Conf. with K. M. Morales to discuss inquiries by Proskauer Rose LLP regarding insurance policies under Puerto Rico law. | .30 | 180.00 | 54.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  358533                                                         September 4, 2019

| 8/26/19 | KMM | 202 | Conference with J. Candelaria to discuss inquiries by Proskauer Rose. (.30) Revise memorandum on insurance inquiries to include case law related to "sophisticated insured". (2.40) | 2.70 | 180.00 | 486.00 |
|---------|-----|-----|---|------|--------|--------|
| 8/26/19 | KMM | 202 | Revise memorandum on insurance inquiries to include case law related to "tear and wear" doctrine. | 3.40 | 180.00 | 612.00 |
| 8/27/19 | MCC | 202 | Email exchanges with J. Candelaria legal research in support of questions about insurance law in Puerto Rico. | .50 | 280.00 | 140.00 |
| 8/27/19 | HDB | 209 | Analyze Motion to Intervene by Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corp., Syncora Guarantee Inc. (.40) Analyze tendered Motion to Dismiss. (.80) | 1.20 | 305.00 | 366.00 |
| 8/27/19 | JAC | 202 | Edit answers prepared by K. M. Morales, Y. Molina Olivera and B. A. Baldit Castro to inquiries by Proskauer Rose LLP regarding insurance policies under Puerto Rico law. | 1.70 | 180.00 | 306.00 |
| 8/27/19 | MMB | 219 | Docket court notice received by email dated August 27, 2019, regarding order dkt. 13 setting deadline to file response to urgent joint motion to expedite consideration dkt. 11 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/28/19 | MCC | 202 | Revise second amended draft of responses to questions of insurance law in Puerto Rico for Prepa-Costa Sur matter. | 1.00 | 280.00 | 280.00 |
| 8/28/19 | HDB | 209 | Review opposition to Urgent Motion to Set an Expedited Briefing Schedule to Motion to Intervene. | .20 | 305.00 | 61.00 |
| 8/29/19 | RML | 202 | Review and provide comments on memorandum regarding insurance research. | .70 | 345.00 | 241.50 |
| 8/29/19 | RML | 202 | Review changes to insurance inquiries memorandum. PREPA Costa Sur | .40 | 345.00 | 138.00 |
| 8/29/19 | MCC | 202 | Final revisions to draft of responses to questions regarding insurance law in Puerto Rico, in relation to Prepa- Costa Sur matter. | .70 | 280.00 | 196.00 |
| 8/30/19 | RML | 202 | Review Act 120-2018, Act 17-2019 and Act 29-2009 in connection with employee and employee benefits inquiries related to operation and maintenance agreement.  PREPA FOMB | 1.10 | 345.00 | 379.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  358533

September 4, 2019

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 13,893.50 |
| VOLUME DISCOUNT | $ -1,389.35 |
| NET PROFESSIONAL SERVICES: | $ 12,504.15 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| ROSA M. LAZARO | 4.60 | 345.00 | 1,587.00 |
| MARIACTE CORREA CESTERO | 4.80 | 280.00 | 1,344.00 |
| HERMANN BAUER | 1.90 | 305.00 | 579.50 |
| BEATRIZ  A. BALDIT CASTRO | 6.60 | 175.00 | 1,155.00 |
| DANIEL J. PEREZ REFOJOS | 1.00 | 190.00 | 190.00 |
| YARISSA MOLINA OLIVERA | 6.50 | 185.00 | 1,202.50 |
| MARIA E. SANTOS ROCA | .20 | 155.00 | 31.00 |
| JORGE A. CANDELARIA | 10.80 | 180.00 | 1,944.00 |
| KARLA M. MORALES | 32.40 | 180.00 | 5,832.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| LAURA JIMENEZ DAVIS | .10 | 145.00 | 14.50 |
| **Total** | **69.00** | | **$ 13,893.50** |

**TOTAL THIS INVOICE**  $ 12,504.15

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 4, 2019
Bill #:   358534
Billing Attorney:  HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2019:

**Client.Matter: P1705 - 816**

**RE:  19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

| | |
|---|---|
| Total Professional Services | $ 520.50 |
| VOLUME DISCOUNT | $ -52.05 |
| Net Professional Services | $ 468.45 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 468.45** |

In account with

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'Neill & Borges LLC

**Client.Matter: P1705 . 816**
**RE:  19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/13/19 | HDB | 209 | Review issues regarding service of process. (.20) Draft e-mail to T. Mungovan and Proskauer regarding service of process. (.10) | .30 | 305.00 | 91.50 |
| 8/21/19 | HDB | 209 | Revise and sign-off to file draft Motion for Extension of Deadlines. (.20) and Notice of Appearance. (.10) | .30 | 305.00 | 91.50 |
| 8/21/19 | GMR | 206 | File the Notice of Appearance on behalf of defendants the Commonwealth of Puerto Rico, the Financial Oversight and Management Board, and the Puerto Rico Electric Power Authority. | .20 | 185.00 | 37.00 |
| 8/21/19 | GMR | 206 | Finalize the Unopposed Urgent Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint in anticipation of its filing. | .30 | 185.00 | 55.50 |
| 8/21/19 | GMR | 206 | File the Unopposed Urgent Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint in anticipation of its filing. | .20 | 185.00 | 37.00 |
| 8/21/19 | GMR | 206 | Pursuant to the Tenth Case Management Order, as amended, draft email to Chambers of Hon. Laura Taylor Swain enclosing a courtesy copy of the Unopposed Urgent Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint. Also enclosed the proposed order in WORD format. | .30 | 185.00 | 55.50 |
| 8/26/19 | HDB | 209 | Revise and sign-off to file Reply Brief in Support of Respondent Puerto Rico Electric Power Authority's Motion to Dismiss Plaintiff's Mandamus Petition Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). (.30) Exchange e-mails with L. Rappaport regarding scheduling issues. (.20) | .50 | 305.00 | 152.50 |

TOTAL PROFESSIONAL SERVICES                    $ 520.50

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  358534

September 4, 2019

| VOLUME DISCOUNT | $ -52.05 |
|---|---|
| NET PROFESSIONAL SERVICES: | $ 468.45 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.10 | 305.00 | 335.50 |
| GABRIEL MIRANDA RIVERA | 1.00 | 185.00 | 185.00 |
| **Total** | **2.10** | | **$ 520.50** |

**TOTAL THIS INVOICE**                          **$ 468.45**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

FOMB IN RE PREPA TITLE III

September 4, 2019
Bill #:   358535
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2019:

**Client.Matter: P1705 - 817**

**RE:  19-00412-LTS ALBARRAN V. PREPA-HDB-CGB**

| | |
|---|---:|
| Total Professional Services | $ 1,751.00 |
| VOLUME DISCOUNT | $ -175.10 |
| Net Professional Services | $ 1,575.90 |
| Total Reimbursable Expenses | $ 11.60 |
| **TOTAL THIS INVOICE** | **$ 1,587.50** |

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 817**
**RE:   19-00412-LTS ALBARRAN V. PREPA-HDB-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/22/19 | CGB | 209 | Review email chain forwarded by J. Roche regarding recent complaint filed in state court against PREPA and similarities with current Utier adversary proceeding (.20); overview of mandamus petition and related comments (.30); Draft email to certified court interpreter team to coordinate rush translation of petition (.10); email exchanges with J. Richman to coordinate removal strategy (.40); overview of local court electronic docket to ascertain nature of other filings on record (.30). | 1.30 | 330.00 | 429.00 |
| 8/23/19 | CEG | 209 | Review mandamus petition and consider case strategy. | .60 | 250.00 | 150.00 |
| 8/25/19 | HDB | 209 | Revise draft Urgent Motion to Stay Response to the Alberran Mandamus Complaint pending adjudication of the Motion to Dismiss in 19-00298. | .30 | 305.00 | 91.50 |
| 8/26/19 | CGB | 209 | Tel. conf. with A. Garcia, counsel for Plaintiffs, to meet-and-confer with respect to proposed stay of proceedings pending (.20); Draft Follow-up email to A. Garcia confirming agreement regarding same (.10); Review proposed motion to stay (.20); Draft email to J. Richman and Proskauer team confirming Plaintiffs' counsel agreement to stay and forwarding comments to Draft motion. (.20) | .70 | 330.00 | 231.00 |
| 8/26/19 | CGB | 209 | Coordinate with M. Marcano for the translation of the pertinent filings in local court before the proposed deadline. | .20 | 330.00 | 66.00 |
| 8/26/19 | HDB | 209 | Review issues regarding meet and confer with Plaintiff's counsel. (.20)  Revise edits to draft motion to stay response. (.20) | .40 | 305.00 | 122.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  358535                                                                                      September 4, 2019

| 8/26/19 | DJP | 206 | Analyze the Urgent Unopposed Motion of the Financial Oversight and Management Board, as Representative of PREPA, to Stay All Respondents' Responses to the Petition, or, in the Alternative, to Extend Time to Respond to the Petition, in anticipation of its filing. | .40 | 190.00 | 76.00 |
|---|---|---|---|---|---|---|
| 8/26/19 | DJP | 206 | Analyze the proposed order to be filed together with the Urgent Unopposed Motion of the Financial Oversight and Management Board, as Representative of PREPA, to Stay All Respondents' Responses to the Petition, or, in the Alternative, to Extend Time to Respond to the Petition, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 8/26/19 | DJP | 206 | Analyze the declaration of Jennifer L. Roche in Connection with the Urgent Unopposed Motion of the Financial Oversight and Management Board, as Representative of PREPA, to Stay All Respondents' Responses to the Petition, or, in the Alternative, to Extend Time to Respond to the Petition, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 8/26/19 | DJP | 206 | File the Urgent Unopposed Motion of the Financial Oversight and Management Board, as Representative of PREPA, to Stay All Respondents' Responses to the Petition, or, in the Alternative, to Extend Time to Respond to the Petition, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 8/26/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Urgent Unopposed Motion of the Financial Oversight and Management Board, as Representative of PREPA, to Stay All Respondents' Responses to the Petition, or, in the Alternative, to Extend Time to Respond to the Petition. | .20 | 190.00 | 38.00 |
| 8/26/19 | DJP | 206 | Coordinate service by mail to opposing counsel of the Urgent Unopposed Motion of the Financial Oversight and Management Board, as Representative of PREPA, to Stay All Respondents' Responses to the Petition, or, in the Alternative, to Extend Time to Respond to the Petition. | .20 | 190.00 | 38.00 |
| 8/26/19 | MMB | 209 | Review translated documents to determine additional documents needed to be translated and filed in connection with removal petition, as requested by C. Garcia. | 1.20 | 140.00 | 168.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  358535                                                                    September 4, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/26/19 | MMB | 209 | Review Puerto Rico court case record, download additional documents needed to be translated in relation with removal petition. | .50 | 140.00 | 70.00 |
| 8/26/19 | MMB | 209 | Prepare, email request for certified translations of additional documents in relation with removal petition. | .30 | 140.00 | 42.00 |
| 8/27/19 | HDB | 209 | Review Order granting stay. | .10 | 305.00 | 30.50 |
| 8/29/19 | CGB | 209 | Review court order granting extension of time to submit translations at Docket No. 07 of adv. 19-00412 (.10); Review court order staying proceeding pending a decision in the UTIER case. (.10) | .20 | 330.00 | 66.00 |

TOTAL PROFESSIONAL SERVICES                                   $ 1,751.00

VOLUME DISCOUNT                                              $ -175.10

NET PROFESSIONAL SERVICES:                                   $ 1,575.90

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 2.40 | 330.00 | 792.00 |
| HERMANN BAUER | .80 | 305.00 | 244.00 |
| CARLOS E. GEORGE | .60 | 250.00 | 150.00 |
| DANIEL J. PEREZ REFOJOS | 1.50 | 190.00 | 285.00 |
| MILAGROS MARCANO BAEZ | 2.00 | 140.00 | 280.00 |
| **Total** | **7.30** | | **$ 1,751.00** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 8/26/19 | DUPLICATING - AS OF 8-26-2019 | 11.60 |

TOTAL REIMBURSABLE EXPENSES                                  $ 11.60

**TOTAL THIS INVOICE**                                       **$ 1,587.50**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

---------------------------------------------------------------------x

## COVER SHEET TO TWENTY-SEVENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | September 1, 2019 through September 30, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $20,141.55 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $552.54 |
| Total amount for this invoice: | $20,694.09 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-seventh monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for September 2019.




<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On November 13th, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period September 1 through September 30, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 18.40 | $ 5,612.00 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 4.40 | $ 1,452.00 |
| Carlos E. George | Member | Labor | $250.00 | 18.20 | $ 4,550.00 |
| Rosa M. Lázaro | Member | Corporate | $345.00 | 10.50 | $ 3,622.50 |
| Michelle Marichal | Member | Corporate | $255.00 | 4.20 | $ 1,071.00 |
| Julio Pietrantoni | Member | Corporate | $355.00 | 1.30 | $ 461.50 |
| Ubaldo Fernandez Barrera | Jr. Member | Litigation | $220.00 | 0.70 | $ 154.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 0.50 | $ 105.00 |
| Jorge A. Candelaria | Associate | Litigation | $180.00 | 10.30 | $ 1,854.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 1.10 | $ 203.50 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 3.80 | $ 722.00 |
| Rosangela Torres Torres | Associate | Labor | $165.00 | 3.00 | $ 495.00 |
| Olga M. Alicea | Paralegal | Litigation | $150.00 | 9.10 | $ 1,365.00 |
| Aida Barrios | Paralegal | Labor | $145.00 | 2.40 | $ 348.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 2.60 | $ 364.00 |
| | **Totals** | | | 90.50 | $ 22,379.50 |
| | **Less: 10% Courtesy discount** | | | | $ (2,237.95) |
| **SUMMARY OF LEGAL FEES** | | | | | $ 20,141.55 |

**PREPA TITLE III**

**Summary of Disbursements for the Period September 1 through September 30, 2019**

| Description - Expenses | Amounts |
|---|---|
| Duplicating | $ 13.50 |
| Duplicating color | $ 2.40 |
| Professional Fees - Rita, Inv. 4749, Translation of Exhibits - CGB | $ 536.64 |
| **Totals** | $ 552.54 |
| **SUMMARY OF DISBURSEMENTS** | $ 552.54 |

**PREPA TITLE III**

**Summary of Legal Fees for the Period September 1 through September 30, 2019**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 0.50 | $      105.00 |
| 202 | Legal Research | 7.20 | $   1,626.00 |
| 206 | Documents Filed on Behalf of the Board | 5.70 | $   1,154.50 |
| 207 | Non-Board Court Filings | 0.90 | $      274.50 |
| 208 | Stay Matters | 0.10 | $        30.50 |
| 209 | Adversary Proceeding | 25.80 | $   7,058.50 |
| 210 | Analysis and Strategy | 1.10 | $      323.00 |
| 213 | Labor, Pension Matters | 35.30 | $   9,279.50 |
| 219 | Docketing | 1.10 | $      154.00 |
| 220 | Translations | 9.10 | $   1,365.00 |
| 221 | Discovery/2004 Examinations | 2.20 | $      671.00 |
| 222 | Claims and Claims Objections | 0.30 | $        91.50 |
| 224 | Fee Applications - O&B | 0.70 | $      154.00 |
| 225 | Fee Applications-Proskauer | 0.50 | $        92.50 |
|  |  |  |  |
|  |  |  | $   22,379.50 |
|  |  |  |  |
|  | **Less: 10% Courtesy discount** |  | $  (2,237.95) |
|  |  |  |  |
|  | **TOTALS** | **90.50** | **$   20,141.55** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $18,127.40, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $552.54) in the total amount of $18,679.94.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00709725; 1

# **Exhibit A**

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

October 3, 2019
Bill #:   360450
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2019:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---:|
| Total Professional Services | $ 10,667.00 |
| Less Discount | $ -1,066.70 |
| Net Professional Services | $ 9,600.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 9,600.30** |

In account with

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/03/19 | RML | 213 | Tel. conf. with C. George regarding PREPA CBA and inquiries raised by Proskauer. (.30) Review inquiry on Retirement system. (.40) | .70 | 345.00 | 241.50 |
| 9/03/19 | HDB | 206 | Revise and sign-off on Certificate of No Objection for Motion for Entry of an Order Approving Amendment to Fuel Supply Contract with Freepoint Commodities, LLC. | .20 | 305.00 | 61.00 |
| 9/03/19 | CEG | 213 | Tel. conf. with R. Lazaro regarding PREPA CBS and inquiries raised by Proskauer. | .30 | 250.00 | 75.00 |
| 9/03/19 | GMR | 206 | Analyze the Certificate of No Objection regarding motion for entry of an order approving amendment to fuel supply contract with Freepoint Commodities, LLC in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 9/03/19 | GMR | 206 | File the Certificate of No Objection regarding motion for entry of an order approving amendment to fuel supply contract with Freepoint Commodities, LLC  at Docket No. 1623. | .20 | 185.00 | 37.00 |
| 9/03/19 | GMR | 206 | Draft email to Chambers of Hon. Laura T. Swain enclosing courtesy copy of the Certificate of No Objection regarding motion for entry of an order approving amendment to fuel supply contract with Freepoint Commodities, LLC , as filed at Docket No. 1623. | .20 | 185.00 | 37.00 |
| 9/04/19 | RML | 213 | Analize  PREPA Plan regulation for purpose of the PR Transmission ad Distribution System Agreement. | .90 | 345.00 | 310.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

O'Neill & Borges LLC

Bill #:  360450

October 3, 2019

| 9/04/19 | RML | 213 | Analyze and draft response to inquiries on CBA and impact on Retirement plan (.90). Respond to comments regarding Retirement Plan options available to employees to be transferred to contractor and to contractor. | 1.60 | 345.00 | 552.00 |
|---|---|---|---|---|---|---|
| 9/04/19 | RML | 213 | Discuss issue applicability of Act 120, Act 29 and Act 17 to plan benefits obligations of new employer. | .80 | 345.00 | 276.00 |
| 9/04/19 | RML | 213 | Tel. conf. with C. George regarding inquiry made by P. Possinger in connection with CBA, plan benefits and T&D Agreement. (.20) Review response to inquiries. (.20) | .40 | 345.00 | 138.00 |
| 9/04/19 | JP | 213 | Research (at the request of P. Possinger from Proskauer) regarding whether participant pension obligations may be divided between PREPA and private entity succeeding to PREPA's operations. | 1.30 | 355.00 | 461.50 |
| 9/04/19 | HDB | 222 | Revise draft Objection of the Commonwealth of Puerto Rico to Proof of Claim of Madeline Dosal Milán (Claim No. 60246). | .30 | 305.00 | 91.50 |
| 9/04/19 | CEG | 213 | Consider several issues on change of pension plan pursuant to CBA and regulation provision (.40). Consider applicable labor rules after rejecting a CBA (.60). Prepare email to P. Possinger and E. Barak regarding same (.50). | 1.50 | 250.00 | 375.00 |
| 9/04/19 | JAC | 213 | Analyze recently published PREPA Retirement System regulations as amended through April of 2018. | 1.70 | 180.00 | 306.00 |
| 9/04/19 | AB | 202 | At the request of attorney C. George, further legal research regarding modification or rejection of collective bargaining agreement i bankruptcy proceeding; specifically on the procedures subsequent to the rejection of the agreement. | 2.40 | 145.00 | 348.00 |
| 9/05/19 | RML | 213 | Analize and respond to inquiries regarding PREPA Retirement Plan. (.90) Discuss with J. Candelaria. (.30) Review and send comments and issues to be discussed regarding response to Proskauer inquiries regarding retirement system. (.70). Further review of issues related to PREPA retirement system. (.50) | 2.40 | 345.00 | 828.00 |
| 9/05/19 | RML | 213 | Exchange of emails with E. Barak, P. Possinger and Elliot Stevens regarding PREPA retirement system. (.40) Analize inquires presented on retirement system. (.60) Review Retirement System Regulations. (.60) | 1.60 | 345.00 | 552.00 |

O'Neill & Borges LLC

Bill #:  360450

October 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/05/19 | HDB | 213 | Review response by C. George to queries concerning PREPA work rules in the event of rejection of CBA. | .30 | 305.00 | 91.50 |
| 9/05/19 | HDB | 221 | Review Motion to Quash UCC's Notice of Deposition for Jose Ortiz. | .30 | 305.00 | 91.50 |
| 9/05/19 | CEG | 213 | Review English translation of CBA (1.80). Prepare email to K. Rifkind regarding same (.10). | 1.90 | 250.00 | 475.00 |
| 9/05/19 | CEG | 213 | Consider several issues on PREPA pension plan modification (.30). Review pension plan regulation (.40). Review UTIER CBA (.3) Tel. conf. with R. Lázaro regarding CBA obligations (.30). Revise response to Proskauer inquiries (.30). | 1.60 | 250.00 | 400.00 |
| 9/05/19 | JAC | 213 | Email exchange with R. M. Lazaro regarding English translation of PREPA Retirement System regulation. | .30 | 180.00 | 54.00 |
| 9/05/19 | JAC | 213 | Analyze inquiries by P. Possinger (Proskauer Rose LLP) as requested by R. M. Lazaro, with regards to the PREPA Retirement System regulations. | 3.90 | 180.00 | 702.00 |
| 9/05/19 | JAC | 213 | Draft response to P. Possinger's (Proskauer Rose LLP) inquiries for R. M. Lazaro's review, with regards to the PREPA Retirement System regulations. | 1.40 | 180.00 | 252.00 |
| 9/06/19 | RML | 213 | Discuss with J. Candelaria changes to memorandum on PREPA retirement system. | .40 | 345.00 | 138.00 |
| 9/06/19 | RML | 213 | Revised and comment in final version of response to PREPA Retirement plan inquiries. (.50) Draft email with translation or retirement system regulations and memorandum in response to retirement system inquiries. (.30) | .80 | 345.00 | 276.00 |
| 9/06/19 | CEG | 213 | Consider several issues on potential modification of pension plan. | .40 | 250.00 | 100.00 |
| 9/06/19 | JAC | 213 | Analyze comments by R. M. Lazaro to inquiries by P. Possinger (Proskauer Rose LLP) (1.20), with regards to the PREPA Retirement System regulations, and conf. with R. M. Lazaro to discuss them (.40). | 1.60 | 180.00 | 288.00 |
| 9/06/19 | JAC | 213 | Edit answers to inquiries by P. Possinger (Proskauer Rose LLP) with regards to the PREPA Retirement System regulations, based on comments by R. M. Lazaro and C. George. | .70 | 180.00 | 126.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 360450                                                                October 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/06/19 | MMB | 219 | Docket court notice received by email dated September 5, 2019, regarding order dkt. 1627 setting deadlines - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/07/19 | HDB | 221 | Review Objection of Official Committee of Unsecured Creditors to AAFAF and PREPA's Urgent Motion for Protective Order Quashing Official Committee of Unsecured Creditors' Deposition Notice to Jose Ortiz (.30) and Joinder of Cortland Capital Market Services LLC, as Administrative Agent, and Solus to Official Committee of Unsecured Creditors Objection to Jose Ortiz Deposition Notice. (.10) | .40 | 305.00 | 122.00 |
| 9/09/19 | HDB | 221 | Review Reply in Support of AAFAF and PREPA's Urgent Motion for Protective Order Quashing Official Committee of Unsecured Creditors' Deposition Notice to Jose Ortiz. | .30 | 305.00 | 91.50 |
| 9/09/19 | CEG | 213 | Consider several issues related proposed modifications to CBA and compliance with Bildisco rejection test. | 1.40 | 250.00 | 350.00 |
| 9/10/19 | HDB | 213 | Review legal issues regarding PREPA CBAs and workrules with E. Barak. C. George and P. Possinger. | .60 | 305.00 | 183.00 |
| 9/10/19 | CEG | 213 | Meeting with H. Bauer, E. Barak, P. Possinger regarding several issues related proposed modifications to CBA and compliance with Bildisco rejection test. | .60 | 250.00 | 150.00 |
| 9/10/19 | CEG | 213 | Consider with H. Bauer, E. Barak, P. Possinger regarding several issues related proposed modifications to CBA and compliance with Bildisco rejection test. | .60 | 250.00 | 150.00 |
| 9/10/19 | CEG | 213 | Consider status quo under scenario of a rejection of a CBA. | .70 | 250.00 | 175.00 |
| 9/10/19 | CEG | 213 | Email to E. Barak regarding applicable labor rules under scenario of a rejection of a CBA. | .30 | 250.00 | 75.00 |
| 9/11/19 | CEG | 213 | Consider rejection of CBA provision on pension plan and related potential legal challenges. (.70) Review CBA and pension plan document. (.60) | 1.30 | 250.00 | 325.00 |
| 9/13/19 | DJP | 206 | Finalize the Third Request of the Financial Oversight and Management Board, as Representative of the Debtors, for Production of Documents to Union de Trabajadores de la Industria Electrica y Riego, in anticipation of sending via email to opposing counsel. | .30 | 190.00 | 57.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  360450 October 3, 2019

| 9/13/19 | DJP | 206 | Finalize the Second Set of Interrogatories by the Financial Oversight and Management Board, as Representative of the Debtors, for Production of Documents to Union de Trabajadores de la Industria Electrica y Riego, in anticipation of sending via email to opposing counsel. | .30 | 190.00 | 57.00 |
|---|---|---|---|---|---|---|
| 9/13/19 | DJP | 206 | Draft email to opposing counsel attaching the Third Request of the Financial Oversight and Management Board, as Representative of the Debtors, for Production of Documents to Union de Trabajadores de la Industria Electrica y Riego and the Second Set of Interrogatories by the Financial Oversight and Management Board, as Representative of the Debtors, for Production of Documents to Union de Trabajadores de la Industria Electrica y Riego. | .20 | 190.00 | 38.00 |
| 9/16/19 | HDB | 221 | Review Order granting Motion to Quash Jose Ortiz Deposition. | .20 | 305.00 | 61.00 |
| 9/18/19 | HDB | 208 | Review Motion Requesting Withdrawal of Motion Requesting Modification of Automatic Stay Between the Puerto Rico Electric Power Authority and Juan Carlos Perez-Irene. | .10 | 305.00 | 30.50 |
| 9/18/19 | UMF | 224 | Draft Twenty-Fourth Monthly Fee Application of O&B in the Title III case of PREPA for June 2019. | .40 | 220.00 | 88.00 |
| 9/18/19 | UMF | 224 | Draft Twenty-Fifth Monthly Fee Application of O&B in the Title III case of PREPA for July 2019. | .30 | 220.00 | 66.00 |
| 9/20/19 | HDB | 207 | Review Limited Objection of Whitefish Energy Holdings, LLC to the Joint Motion of PREPA and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922 and 928, and Bankruptcy Rules 3012 (A)(i) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement. | .30 | 305.00 | 91.50 |
| 9/20/19 | HDB | 210 | Review deck on PREPA RSA Critical Path items. | .40 | 305.00 | 122.00 |
| 9/20/19 | ETF | 201 | Review critical path items deck. | .50 | 210.00 | 105.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  360450                                                              October 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/20/19 | GMR | 225 | File the Sixth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Electric Power Authority, for the Period February 1, 2019 through May 31, 2019 in Case No. 17-4780 at Docket No. 1642. | .30 | 185.00 | 55.50 |
| 9/20/19 | GMR | 225 | File the Notice of Filing of the Sixth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Electric Power Authority, for the Period February 1, 2019 through May 31, 2019 in Case No. 17-4780 at Docket No. 1643. | .20 | 185.00 | 37.00 |
| 9/24/19 | MMB | 219 | Docket court notice received by email dated September 13, 2019, regarding order dkt. 1639 establishing certain deadlines, setting motion hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/26/19 | HDB | 221 | Tel. conf. with G. Mashberg regarding scheduling issues for N .Jaresko's trial testimony. (.20) Tel. conf. with G. Mashberg, UCC, OMM and R. Emmanuelli regarding same. (.30)  Review proposed protocol for taking N. Jaresko's deposition testimony. (.20) Draft e-mail to G. Mashberg regarding proposed protocol (.10). | .80 | 305.00 | 244.00 |
| 9/27/19 | HDB | 221 | Review Notice Regarding Sub-Retention of Special Counsel as Provider of Contract Attorneys for Official Committee of Unsecured Creditors. | .20 | 305.00 | 61.00 |
| 9/30/19 | HDB | 207 | Review Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims. | .60 | 305.00 | 183.00 |

TOTAL PROFESSIONAL SERVICES            $ 10,667.00

Less Discount                                          $ -1,066.70

NET PROFESSIONAL SERVICES:                  $ 9,600.30

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  360450                                                    October 3, 2019

| | | | |
|---|---|---|---|
| ROSA M. LAZARO | 9.60 | 345.00 | 3,312.00 |
| JULIO PIETRANTONI | 1.30 | 355.00 | 461.50 |
| HERMANN BAUER | 5.00 | 305.00 | 1,525.00 |
| CARLOS E. GEORGE | 10.60 | 250.00 | 2,650.00 |
| UBALDO M. FERNANDEZ BARRERA | .70 | 220.00 | 154.00 |
| EMILIANO TRIGO FRITZ | .50 | 210.00 | 105.00 |
| DANIEL J. PEREZ REFOJOS | .80 | 190.00 | 152.00 |
| JORGE A. CANDELARIA | 9.60 | 180.00 | 1,728.00 |
| GABRIEL MIRANDA RIVERA | 1.10 | 185.00 | 203.50 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| AIDA BARRIOS | 2.40 | 145.00 | 348.00 |
| **Total** | **41.80** | | **$ 10,667.00** |

**TOTAL THIS INVOICE**                                    **$ 9,600.30**

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

October 3, 2019
Bill #:   360452
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2019:

**Client.Matter: P1705 - 804**

**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 4,762.50 |
| VOLUME DISCOUNT | $ -476.25 |
| | |
| Net Professional Services | $ 4,286.25 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 4,286.25** |

IN ACCOUNT WITH                                250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE:   17-00229-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/03/19 | HDB | 209 | Tel. conf with OMM (A. Pavel) and Proskauer (J. Richman) concerning Second Amended Complaint and review issues concerning discovery. | .50 | 305.00 | 152.50 |
| 9/03/19 | CEG | 213 | Review second amendment complaint and other supporting documents. | .80 | 250.00 | 200.00 |
| 9/03/19 | CEG | 213 | Participate in tel. conf. with J. Richman, K. Bolanos, B. Sushon and other team members regarding strategy related to second amendment complaint. | .50 | 250.00 | 125.00 |
| 9/03/19 | CEG | 213 | Tel. conf. with J. Richman regarding witnesses and strategy. | .30 | 250.00 | 75.00 |
| 9/04/19 | HDB | 206 | Revise draft Motion to Revise Briefing and Discovery Schedule in response to Second Amended Complaint. (.20)  Tel. conf. with R. Emmanuelli concerning extension to briefing and discovery schedule. (.20) Draft e-mail to J. Richman summarizing the discussion with R. Emmanuelli. (.10) | .50 | 305.00 | 152.50 |
| 9/04/19 | CEG | 213 | Consider several issues on second amendments to complaint. | .30 | 250.00 | 75.00 |
| 9/04/19 | MMS | 202 | Conduct legal research regarding allegations in the complain in connection with the imposition of additional excise taxes, wealth taxes and elimination of exemptions. Review Puerto Rico tax code provisions regarding same. | 2.80 | 255.00 | 714.00 |
| 9/05/19 | CEG | 213 | Review email from J. Richman regarding case discovery and tax claim. | .30 | 250.00 | 75.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  360452

October 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/05/19 | MMS | 202 | Finalize legal research in connection with the allegations in the complain to impose additional taxes. (.60). Draft email regarding responses to allegations in the complaint in connection with the imposition of additional taxes (.80). | 1.40 | 255.00 | 357.00 |
| 9/09/19 | HDB | 209 | Review R. Emmanuelli's counter proposal for a briefing and discovery schedule. (.20)  Draft e-mail to Proskauer (J. Richman and others) regarding the proposed schedule. (.10) Review Defendants' counter proposal. (.20)  Draft e-mail to R. Emmanuelli regarding same. (.10)  Revise draft supplemental interrogatories and request for production of documents concerning amendments to the Complaint. (.40) | 1.00 | 305.00 | 305.00 |
| 9/09/19 | CEG | 209 | Review multiple emails  from J. Richman, R. Emmanuelli., M. Morris, related to change in case scheduling. | .40 | 250.00 | 100.00 |
| 9/09/19 | CEG | 209 | Revise email to J. Richman regarding new tax related arguments in second amended complaint. | .20 | 250.00 | 50.00 |
| 9/10/19 | HDB | 209 | Review analysis by M. Marichal responding to query by J. Richman regarding potential tax measures proposed by UTIER. | .30 | 305.00 | 91.50 |
| 9/10/19 | HDB | 209 | Tel. conf. with R. Emmanuelli regarding proposed briefing schedule and counter proposal. (.20) Tel. conf. to J. Richman and others concerning R. Emmanuelli's proposal (.1) Review alternative proposal by J. Richman. (.10) Draft e-mail setting out counterproposal to R. Emmanuelli. (.20) | .60 | 305.00 | 183.00 |
| 9/10/19 | CEG | 209 | Exchange various emails with J. Richman, M. Morris and H. Bauer, regarding case rescheduling in view of second amended complaint. | .40 | 250.00 | 100.00 |
| 9/11/19 | HDB | 209 | Revise draft Motion to Set a Revised Briefing Schedule. (.20) Exchange e-mails concerning the briefing schedule with R. Emmanuelli. (.10) Exchange e-mails with J. Richman and others concerning communications with R. Emmanuelli. (.10) | .40 | 305.00 | 122.00 |
| 9/12/19 | HDB | 209 | Review e-mail from R. Emmanuelli. (.10) Coordinate filing of Urgent Joint Motion revising briefing schedule.( .20) | .30 | 305.00 | 91.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  360452                                                                    October 3, 2019

| 9/12/19 | CEG | 209 | Exchange various emails with J. Richman, M. Morris and H. Bauer, regarding case rescheduling in view of second amended complaint. | .30 | 250.00 | 75.00 |
|---------|-----|-----|---|-----|--------|-------|
| 9/12/19 | CEG | 209 | Review third request for documents related to new allegation in second amended compliant. | .30 | 250.00 | 75.00 |
| 9/12/19 | DJP | 206 | Analyze the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 9/12/19 | DJP | 206 | Analyze the proposed order to be filed together with the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order. | .20 | 190.00 | 38.00 |
| 9/12/19 | DJP | 206 | File the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/12/19 | DJP | 206 | Draft email to assigned magistrate judge attaching stamped version of the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order. | .20 | 190.00 | 38.00 |
| 9/13/19 | HDB | 209 | Revise final drafts of supplemental discovery to UTIER. (.20) Coordinate service on counsel for UTIER. (.10) | .30 | 305.00 | 91.50 |
| 9/20/19 | CEG | 209 | Exchange various emails with M. Morris, regarding local rule requirement on use of translator. | .30 | 250.00 | 75.00 |
| 9/23/19 | HDB | 209 | Review query by M. Morris regarding UTIER's proof of claim. (.10) Draft e-mail regarding same. (.10) | .20 | 305.00 | 61.00 |
| 9/23/19 | CEG | 209 | Exchange various emails with M. Morris, regarding case filed before the PR Relations Boards. | .30 | 250.00 | 75.00 |
| 9/23/19 | CEG | 209 | Review UTIER cases table before the PR Relations Board. | .30 | 250.00 | 75.00 |
| 9/23/19 | RTT | 209 | Gather and review collective grievances presented by UTIER against PREPA from 2014-2017 as per C. George request. | .60 | 165.00 | 99.00 |
| 9/24/19 | CEG | 209 | Review final resolution of UTIER cases issued by the PR Relations Boards. | .50 | 250.00 | 125.00 |
| 9/24/19 | RTT | 209 | Review National Labor Relation Board case docket from 2004-2019 in order to identify final determinations on some grievances presented by UTIER against PREPA as per C. George request. | 2.40 | 165.00 | 396.00 |

O'Neill & Borges LLC

Bill #:  360452

October 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/24/19 | MMB | 219 | Docket court notice received by email dated September 13, 2019, regarding order dkt. 91 setting deadlines to answer, for expert discovery, dispositive motions - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/25/19 | HDB | 209 | Review issues regarding discovery on certain vacation claims. | .20 | 305.00 | 61.00 |
| 9/25/19 | CEG | 209 | Review union's supplemental production of documents. | 1.30 | 250.00 | 325.00 |
| 9/27/19 | CEG | 209 | Consider  impact of opinion and order related to motion to dismiss in HEFSE case. | .30 | 250.00 | 75.00 |

TOTAL PROFESSIONAL SERVICES                    $ 4,762.50

VOLUME DISCOUNT                                        $ -476.25

NET PROFESSIONAL SERVICES:                       $ 4,286.25

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 4.30 | 305.00 | 1,311.50 |
| CARLOS E. GEORGE | 6.80 | 250.00 | 1,700.00 |
| MICHELLE MARICHAL SODERBERG | 4.20 | 255.00 | 1,071.00 |
| DANIEL J. PEREZ REFOJOS | .90 | 190.00 | 171.00 |
| ROSANGELA TORRES TORRES | 3.00 | 165.00 | 495.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **19.30** | | **$ 4,762.50** |

**TOTAL THIS INVOICE**                              **$ 4,286.25**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

4

In account with                                      250 Ave Muñoz Rivera, Suite 800
                                                     San Juan, PR 00918-1813
                                                     Tel. (787) 764-8181
# O'NEILL & BORGES LLC                               Fax (787) 753-8944

FOMB IN RE PREPA TITLE III                          October 3, 2019
                                                    Bill #:   360453
                                                    Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2019:

**Client.Matter: P1705 - 805**

**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 349.50 |
| VOLUME DISCOUNT | $ -34.95 |
| Net Professional Services | $ 314.55 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 314.55** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 805**
**RE:   17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/16/19 | HDB | 209 | Review e-mail from L. Stafford regarding status of rate case. (.10) Respond to L. Stafford and G. Mashberg's e-mail. (.10)  Draft e-mail to Y. Gonzalez, counsel for PREB. (.10) | .30 | 305.00 | 91.50 |
| 9/25/19 | HDB | 209 | Revise draft Motion for Extension and to submit a status report. (.20) Draft e-mail to L. Stafford regarding same. (.10)  Review issues regarding extension with counsel for ICSE and draft e-mail to Y. Gonzalez regarding ICSE's consent. (.20) Draft e-mail to counsel for AAFAF (K. Bolaños). (.10) Receive AAFAF's consent to PREB's extension and draft e-mail to Y. Gonzalez. (.10)  Review Order granting extension. (.10) | .80 | 305.00 | 244.00 |
| 9/25/19 | MMB | 219 | Docket court notice received by email dated September 25, 2019, regarding order dkt. 68 setting deadline to file further status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                          $ 349.50

VOLUME DISCOUNT                                      $ -34.95

NET PROFESSIONAL SERVICES:                           $ 314.55

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.10 | 305.00 | 335.50 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **1.20** | | **$ 349.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  360453                                                October 3, 2019

**TOTAL THIS INVOICE**                                    **$ 314.55**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

October 3, 2019
Bill #:   360454
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2019:

**Client.Matter: P1705 - 810**

**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---|
| Total Professional Services | $ 1,930.00 |
| VOLUME DISCOUNT | $ -193.00 |
| Net Professional Services | $ 1,737.00 |
| Total Reimbursable Expenses | $ 14.30 |
| **TOTAL THIS INVOICE** | **$ 1,751.30** |

Electronic Invoice

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 810**
**RE:   18-00047-LTS RIVERA V PREPA/ELA-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/03/19 | CGB | 209 | Tel. Conf. with L. Rappaport, E. Barak and AAFAF counsel to discuss strategy for meet-and-confer in view of recent developments. | .30 | 330.00 | 99.00 |
| 9/03/19 | HDB | 209 | Tel. conf. with OMM's Peter Friedman, B. Sushon, and Proskauer's E. Barak and P. Possinger. | .20 | 305.00 | 61.00 |
| 9/05/19 | OMA | 220 | As requested by attorneys C. Garcia, R. M. Lazaro, and J. A. Candelaria, prepare certified translation of revised Regulations of the Electric Power Authority's Employees Retirement System.  81 pages; 23,056 words. | 5.40 | 150.00 | 810.00 |
| 9/06/19 | RML | 213 | Review and respond to C. Garcia inquiry in connection with de facto trust position and Trust Act. | .30 | 345.00 | 103.50 |
| 9/06/19 | CGB | 209 | Attend meet-and-confer Tel. Conf. with Proskauer's L. Rappaport, W. Torres; R. Emmanuelli, G. Ramos Luina; among to discuss alternative for dismissal in lieu of Plaintiffs proposed motion for summary judgment. | .20 | 330.00 | 66.00 |
| 9/06/19 | HDB | 209 | Review query by L. Rappaport regarding applicable law to de facto trusts. (.10)  Review Carla Garcia's response to L. Rappaport's legal queries. (.30)  Participate in meet and confer call regarding proposed Motion for Summary Judgment. (.30) | .70 | 305.00 | 213.50 |
| 9/06/19 | JAC | 210 | Monitor email exchange between C. Garcia and L. A. Rappaport (Proskauer Rose LLP) regarding the PREPA Retirement System in anticipation of meet and confer call. | .10 | 180.00 | 18.00 |
| 9/18/19 | HDB | 209 | Review e-mails by L. Rappaport regarding pending response to settlement action, and respond. (.10) Review e-mail by W. Sushon regarding same. (.10) | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  360454

October 3, 2019

| Date | | | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 9/20/19 | CGB | 209 | Review R. Emanuelli's settlement proposal letter (.10); Review email exchanges between L. Rappaport and R. Emanuelli to reschedule meet-and-confer in view of same (.10);Tel. conf. with E. Barak, J. Richman, H. D. Bauer and AAFAF counsel B. Sushon, regarding Plaintiff's recent settlement proposal (.20). | .40 | 330.00 | 132.00 |
| 9/20/19 | HDB | 209 | Review response to settlement proposal by UTIER. (.20) Draft e-mail to Proskauer (L. Rappaprot, P. Possinger and E. Barak regarding same). (.20) Participate in conference call with L. Rappaport, E. Barak, C. Garcia and the OMM team. (.30) | .70 | 305.00 | 213.50 |
| 9/23/19 | HDB | 209 | Tel. conf. with Y. Gonzalez regarding deadline to file status report and next steps (.30) Draft e-mail to L. Stafford and the Proskauer team concerning discussion with Y. Gonzalez and recommendations. (.20) | .50 | 305.00 | 152.50 |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 1,930.00 |
| VOLUME DISCOUNT | $ -193.00 |
| NET PROFESSIONAL SERVICES: | $ 1,737.00 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| ROSA M. LAZARO | .30 | 345.00 | 103.50 |
| CARLA GARCIA BENITEZ | .90 | 330.00 | 297.00 |
| HERMANN BAUER | 2.30 | 305.00 | 701.50 |
| JORGE A. CANDELARIA | .10 | 180.00 | 18.00 |
| OLGA M. ALICEA | 5.40 | 150.00 | 810.00 |
| **Total** | **9.00** | | **$ 1,930.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 9/04/19 | DUPLICATING - AS OF 9/04/19 (119 Copies @ $.10) | 11.90 |
| 9/04/19 | DUPLICATING-COLOR- AS OF 9/04/19 (2 Copies @ $.40) | .80 |
| 9/04/19 | DUPLICATING-COLOR- AS OF 9/04/19 (1 Copies @ $.40) | .40 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  360454

October 3, 2019

| 9/04/19 | DUPLICATING-COLOR-  AS OF 9/04/19 (3 Copies @ $.40) | 1.20 |

TOTAL REIMBURSABLE EXPENSES          $ 14.30

**TOTAL THIS INVOICE**          **$ 1,751.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

October 3, 2019
Bill #:   360455
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2019:

**Client.Matter: P1705 - 814**

**RE:  19-00369-LTS SCEMUS V. PREPA**

| | |
|---|---:|
| Total Professional Services | $ 288.00 |
| VOLUME DISCOUNT | $ -28.80 |
| Net Professional Services | $ 259.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 259.20** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 814**
**RE:   19-00369-LTS SCEMUS V. PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/16/19 | HDB | 209 | Revise and sign-off to file unopposed Motion for Extension of Time. (.20)  Review e-mail by M. Rosenthal. (.10) Review Order granting the same. (.10) | .40 | 305.00 | 122.00 |
| 9/16/19 | DJP | 206 | Finalize the Defendants' Unopposed Urgent Motion for a Second Extension of Time to Respond to Plaintiffs' Complaint, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 9/16/19 | DJP | 206 | Finalize the proposed order to be filed together with the Defendants' Unopposed Urgent Motion for a Second Extension of Time to Respond to Plaintiffs' Complaint. | .20 | 190.00 | 38.00 |
| 9/16/19 | DJP | 206 | File the Defendants' Unopposed Urgent Motion for a Second Extension of Time to Respond to Plaintiffs' Complaint, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/24/19 | MMB | 219 | Docket court notice received by email dated September 16, 2019, regarding order dkt. 22 setting deadline to file answer to complaint - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 288.00 |
| VOLUME DISCOUNT | | $ -28.80 |
| NET PROFESSIONAL SERVICES: | | $ 259.20 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .40 | 305.00 | 122.00 |
| DANIEL J. PEREZ REFOJOS | .80 | 190.00 | 152.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Ne ill & Borges LLC

Bill #:  360455                                                    October 3, 2019

| Total | 1.30 | $ 288.00 |
|-------|------|----------|

**TOTAL THIS INVOICE**                              **$ 259.20**

IN ACCOUNT WITH                              250 Ave Muñoz Rivera, Suite 800
                                             San Juan, PR 00918-1813
                                             Tel. (787) 764-8181
O'NEILL & BORGES LLC                         Fax (787) 753-8944

FOMB IN RE PREPA TITLE III                        October 3, 2019
                                                  Bill #:   360456
                                                  Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2019:

**Client.Matter: P1705 - 815**

**RE:  19-00396-LTS CORTLAND V. PREPA**

| | |
|---|---|
| Total Professional Services | $ 2,285.00 |
| VOLUME DISCOUNT | $ -228.50 |
| Net Professional Services | $ 2,056.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,056.50** |

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 815**
**RE:   19-00396-LTS CORTLAND V. PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/03/19 | RML | 202 | Respond to M. Rosenthal email regarding insurance research. (.30) Review additional information requested. (.30) | .60 | 345.00 | 207.00 |
| 9/03/19 | HDB | 210 | Revise memorandum by R. Lazaro responding to M. E. Rosenthal's Inquiries regarding PREPA/Costa Sur. | .60 | 305.00 | 183.00 |
| 9/03/19 | OMA | 220 | As requested by attorney R. M. Lazaro, translate into English Exhibit 28 - handwritten notes, 2 pages; 406 words. | .50 | 150.00 | 75.00 |
| 9/03/19 | OMA | 220 | As requested by attorney R. M. Lazaro, translate into English Exhibit 1C - Chronology of Events during the Period Comprised between April 15, 2015, and May 26, 2015: 2 pages; 577 words. | .50 | 150.00 | 75.00 |
| 9/04/19 | OMA | 220 | As requested by attorney R. M. Lazaro, translate into English "Information Requested by Atlantic Adjusters & Appraisers, Inc."- 1 page, 180 words. | .20 | 150.00 | 30.00 |
| 9/04/19 | OMA | 220 | As requested by attorney R. M. Lazaro, translate into English "List of Requests Submitted Tank R-1" - 1 page; 443 words. | .60 | 150.00 | 90.00 |
| 9/04/19 | OMA | 220 | As requested by attorney R. M. Lazaro, translate into English "Statement of Samuel Pena (bates 94-96) attached to email 12-11-2017"- 3 pages; 945 words. | .70 | 150.00 | 105.00 |
| 9/04/19 | OMA | 220 | As requested by attorney R. M. Lazaro, translate into English "History of Tank R-1"- 3 pages; 748 words, plus  special formatting. | 1.20 | 150.00 | 180.00 |
| 9/06/19 | MMB | 219 | Docket court notice received by email dated August 29,2 019, regarding order dkt. 18 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  360456                                                                October 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/06/19 | MMB | 219 | Docket court notice received by email dated August 29, 2019, regarding order dkt. 21 setting deadline to file responses, reply in connection with urgent motion dkt. 20 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/09/19 | HDB | 209 | Review draft Motion to Dismiss. | .90 | 305.00 | 274.50 |
| 9/09/19 | DJP | 206 | Analyze the Notice of Motion to Dismiss Plaintiffs' Complaint, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 9/09/19 | DJP | 206 | File the Notice of Motion to Dismiss Plaintiffs' Complaint, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/09/19 | DJP | 206 | Analyze Defendants' Memorandum of Law in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Counts I and IV with Prejudice and Either Dismiss Counts II and III without Prejudice or Stay Counts II and III of Plaintiffs' Complaint, in anticipation of its filing. | .60 | 190.00 | 114.00 |
| 9/09/19 | DJP | 206 | File the Defendants' Memorandum of Law in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Counts I and IV with Prejudice and Either Dismiss Counts II and III without Prejudice or Stay Counts II and III of Plaintiffs' Complaint, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/10/19 | HDB | 209 | Analyze Motion by US Bank National Association, as PREPA Bond Trustee, to Dismiss Adversary Complaint in 19-AP-00396. | .60 | 305.00 | 183.00 |
| 9/13/19 | HDB | 209 | Review response by Cortland to the to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, Syncora Guarantee Inc., and the Ad Hoc Group of PREPA Bondholders for Leave to Intervene. | .30 | 305.00 | 91.50 |
| 9/16/19 | HDB | 209 | Review Order granting the UCC's limited intervention. | .10 | 305.00 | 30.50 |
| 9/19/19 | HDB | 209 | Review Reply in Support of Monoline's Motion for Intervention. | .60 | 305.00 | 183.00 |
| 9/19/19 | MMB | 219 | Docket court notice received by email dated September 10, 2019, regarding notice of hearing dkt. 26 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/19/19 | MMB | 219 | Docket court notice received by email dated September 10, 2019, regarding order dkt. 27 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  360456

October 3, 2019

| 9/30/19 | HDB | 209 | Review Informative Motion Concerning Filing of Amended Complaint (.20).  Initial review of Amended Complaint. (.70) | .90 | 305.00 | 274.50 |

TOTAL PROFESSIONAL SERVICES            $ 2,285.00

VOLUME DISCOUNT                        $ -228.50

NET PROFESSIONAL SERVICES:             $ 2,056.50

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| ROSA M. LAZARO | .60 | 345.00 | 207.00 |
| HERMANN BAUER | 4.00 | 305.00 | 1,220.00 |
| DANIEL J. PEREZ REFOJOS | 1.30 | 190.00 | 247.00 |
| OLGA M. ALICEA | 3.70 | 150.00 | 555.00 |
| MILAGROS MARCANO BAEZ | .40 | 140.00 | 56.00 |
| **Total** | **10.00** | | **$ 2,285.00** |

**TOTAL THIS INVOICE**            $ 2,056.50

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2019
Bill #:   360457
Billing Attorney:  HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2019:

**Client.Matter: P1705 - 816**

**RE:  19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

| | |
|---|---|
| Total Professional Services | $ 1,119.50 |
| VOLUME DISCOUNT | $ -111.95 |
| Net Professional Services | $ 1,007.55 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,007.55** |

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 816**
**RE:  19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/05/19 | CGB | 209 | Review updated email Draft by J. A. Candelaria forwarding proposed response to various queries from P. Possinger regarding the PREPA-ERS legal structure (.20); Draft Follow-up edits to same (.20). | .40 | 330.00 | 132.00 |
| 9/05/19 | CEG | 213 | Review complaint on PREPA pension plan. | .80 | 250.00 | 200.00 |
| 9/06/19 | CGB | 209 | Review email drafted by J. A. Candelaria forwarding proposed response to various queries from P. Possinger regarding the PREPA-ERS, to consider implications for legal strategy in adversary proceeding (.30); Draft edits and comments to same (.20). | .50 | 330.00 | 165.00 |
| 9/06/19 | MMB | 219 | Docket court notice received by email dated August 26, 2019, regarding order dkt. 9 setting deadline to answer the complaint - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/18/19 | HDB | 209 | Analyze Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, Syncora Guarantee Inc., and the Ad Hoc Group of PREPA Bondholders for Leave to Intervene. (.80)  Review Order setting expedited briefing schedule. (.10) | .90 | 305.00 | 274.50 |
| 9/25/19 | MMB | 219 | Docket court notice received by email dated September 18, 2019, regarding order dkt. 15 setting deadline to file responses, reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/30/19 | CGB | 209 | Overview of complaint allegations and exhibits to place into context potential arguments for dismissal (.30); Review Draft letter to Plaintiff's counsel proposing meet-and-confer regarding same (.20); Draft email to L. Rappaport forwarding comments to Draft letter (.10). | .60 | 330.00 | 198.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  360457                                                          October 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/30/19 | HDB | 209 | Review draft meet and confer letter to be sent to Plaintiffs regarding motion to dismiss. | .40 | 305.00 | 122.00 |

TOTAL PROFESSIONAL SERVICES                       $ 1,119.50

VOLUME DISCOUNT                                   $ -111.95

NET PROFESSIONAL SERVICES:                        $ 1,007.55

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 1.50 | 330.00 | 495.00 |
| HERMANN BAUER | 1.30 | 305.00 | 396.50 |
| CARLOS E. GEORGE | .80 | 250.00 | 200.00 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| Total | 3.80 | | $ 1,119.50 |

**TOTAL THIS INVOICE**                            $ 1,007.55

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

October 3, 2019
Bill #:   360458
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2019:

**Client.Matter: P1705 - 817**

**RE:  19-00412-LTS ALBARRAN V. PREPA-HDB-CGB**

| | |
|---|---|
| Total Professional Services | $ 978.00 |
| VOLUME DISCOUNT | $ -97.80 |
| Net Professional Services | $ 880.20 |
| Total Reimbursable Expenses | $ 538.24 |
| **TOTAL THIS INVOICE** | **$ 1,418.44** |

In account with
250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 817**
**RE:   19-00412-LTS ALBARRAN V. PREPA-HDB-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/03/19 | CGB | 209 | Email exchange with J. Richman regarding status of pending translations (.20); Draft email to J. Richman to coordinate the draft of the motion submitting translations (.20). | .40 | 330.00 | 132.00 |
| 9/05/19 | CGB | 209 | Draft motion submitting certified English translation of local court pleadings in the removed case. | .40 | 330.00 | 132.00 |
| 9/05/19 | CGB | 209 | Draft motion submitting certified translations of removed case pleadings. | .40 | 330.00 | 132.00 |
| 9/06/19 | CGB | 209 | Overview of exhibits prepared by M. Marcano with English translations of removed case pleadings to ensure accuracy (.30); email exchanges with J. Richman regarding status of same (.30); Final revisions to Draft motion submitting translations in view of comments from J. Richman (.10); Draft email to Mag. Judge Dein forwarding courtesy copy of the filed motion (.10). | .80 | 330.00 | 264.00 |
| 9/06/19 | JAC | 206 | Analyze motion submitting certified English translations in anticipation of filing. | .20 | 180.00 | 36.00 |
| 9/06/19 | JAC | 206 | File motion submitting certified English translations, filed at Adv. Proc. 19-00412, Docket No. 9. | .40 | 180.00 | 72.00 |
| 9/06/19 | MMB | 209 | Organize exhibits A and B, as requested by C. Garcia. | 1.50 | 140.00 | 210.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 978.00 |
| VOLUME DISCOUNT | | $ -97.80 |
| NET PROFESSIONAL SERVICES: | | $ 880.20 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Ne ill & Borges LLC

Bill #:  360458

October 3, 2019

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 2.00 | 330.00 | 660.00 |
| JORGE A. CANDELARIA | .60 | 180.00 | 108.00 |
| MILAGROS MARCANO BAEZ | 1.50 | 140.00 | 210.00 |
| **Total** | **4.10** | | **$ 978.00** |

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 9/06/19 | DUPLICATING -  AS OF 9/06/19 (8 Copies @ $.10) | .80 |
| 9/06/19 | DUPLICATING -  AS OF 9/06/19 (8 Copies @ $.10) | .80 |
| 9/16/19 | RITA, INV. 4749, TRANSLATION OF EXHIBITS-CGB | 536.64 |

TOTAL REIMBURSABLE EXPENSES          $ 538.24

**TOTAL THIS INVOICE**          **$ 1,418.44**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE