**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO PUBLIC BUILDING AUTHORITY,

    Debtor.

PROMESA
Title III

Case No. 19 BK 5523-LTS

---------------------------------------------------------------------x

**COVER SHEET TO FIRST MONTHLY FEE APPLICATION OF
O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC
BUILDING AUTHORITY, FOR THE PERIOD OF
SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

00709733; 1

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | September 1, 2019 through September 30, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $1,554.75 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $1,554.75 |

This is a: <u>X</u> monthly ___ interim ___ final application

This is O&B's first monthly fee application in these cases.

00709733; 1

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for September 2019.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On November 13th, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn: Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re: In re: Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419
Attn: Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR 00918
Attn: A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn: Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler, KStadler@gklaw.com

00709733; 1

**PBA TITLE III**
**Summary of Legal Fees for the Period September 1 through September 30, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Julio Pietrantoni | Member | Corporate | $355.00 | 1.70 | $ 603.50 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 6.00 | $ 1,110.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.10 | $ 14.00 |
| | Totals | | | 7.80 | $ 1,727.50 |
| | Less: 10% Courtesy discount | | | | $ (172.75) |
| **SUMMARY OF LEGAL FEES** | | | | | $ 1,554.75 |

**PBA TITLE III**
**Summary of Disbursements for the Period September 1 through September 30, 2019**

| Description - Expenses | | | | Amounts | |
|---|---|---|---|---|---|
| | | | | | |
| | Totals | | | | $ - |
| **SUMMARY OF DISBURSEMENTS** | | | | | $ - |

00709733; 1

**PBA TITLE III**

**Summary of Legal Fees for the Period September 1 through September 30, 2019**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 206 | Documents Filed on Behalf of the Board | 1.10 | $ 203.50 |
| 210 | Analysis and Strategy | 4.90 | $ 906.50 |
| 215 | Plan of Adjustment and Disclosure Statem | 1.70 | $ 603.50 |
| 219 | Docketing | 0.10 | $ 14.00 |
| | | | $ 1,727.50 |
| | **Less: 10% Courtesy discount** | | $ (172.75) |
| | **TOTALS** | **7.80** | $ **1,554.75** |

00709733; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $1,399.28, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $1,399.28.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00709733; 1

# **Exhibit A**

00709733; 1

# O'NEILL & BORGES LLC

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

October 3, 2019
Bill #: 360459
Billing Attorney: HDB

FOMB IN RE PBA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending September 30, 2019:

**Client.Matter: P1706 - 0**

**RE: GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 1,727.50 |
| Less Discount | $ -172.75 |
| Net Professional Services | $ 1,554.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,554.75** |

# O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1706 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/23/19 | GMR | 210 | Analyze the draft of the Title III petition of PBA in anticipation to its filing. | 1.50 | 185.00 | 277.50 |
| 9/23/19 | GMR | 210 | Analyze the draft of the Notice of Commencement of the PBA Title III petition in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 9/23/19 | GMR | 210 | Analyze the draft of the Motion for Joint Administration to be filed in the PBA Title III petition in anticipation to its filing. | .50 | 185.00 | 92.50 |
| 9/25/19 | JP | 215 | Review first day filing documents. | 1.70 | 355.00 | 603.50 |
| 9/25/19 | GMR | 210 | Analyze the Financial Oversight and Management Board's First Day Statement regarding the PBA Title III filing. | .40 | 185.00 | 74.00 |
| 9/25/19 | GMR | 210 | Analyze the Joint Administration Motion of PBA Title III in anticipation to its filing. | .40 | 185.00 | 74.00 |
| 9/25/19 | GMR | 210 | Analyze the Notice of Commencement Motion of PBA's Title III in anticipation to its filing. | .50 | 185.00 | 92.50 |
| 9/25/19 | GMR | 210 | Finalize all the first day motions to be filed in the PBA Title III proceeding in anticipation to their filing. | 1.30 | 185.00 | 240.50 |
| 9/27/19 | GMR | 206 | File the Plan of Reorganization in Case No. 19-5523 at Docket No. 6. | .50 | 185.00 | 92.50 |
| 9/27/19 | GMR | 206 | File the Disclosure Statement in Case No. 19-5523 at Docket No. 7. | .60 | 185.00 | 111.00 |
| 9/30/19 | MMB | 219 | Docket court notice received by email dated September 27, 2019, regarding order dkt. 8 setting briefing schedule - H. Bauer, D. Pérez, G. Miranda. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES $ 1,727.50

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

O'Neill & Borges LLC

Bill #:  360459                                                                 October 3, 2019

|  | |
|---|---|
| Less Discount | $ -172.75 |
| NET PROFESSIONAL SERVICES: | $ 1,554.75 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JULIO PIETRANTONI | 1.70 | 355.00 | 603.50 |
| GABRIEL MIRANDA RIVERA | 6.00 | 185.00 | 1,110.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **7.80** | | **$ 1,727.50** |

**TOTAL THIS INVOICE**                                                          **$ 1,554.75**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE