**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

| | |
|---|---|
| ASOCIACIÓN DE MAESTROS DE PUERTO RICO, | |
| Movant, | PROMESA |
| | Title III |
| v. | |
| | No. 17 BK 3283-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Respondent. | |

---------------------------------------------------------------x

**NOTICE TERMINATING AMPR AND AMPR-LS' MOTION TO LIFT THE AUTOMATIC STAY [ECF NO. 3914]**

To the Honorable United States District Judge Laura Taylor Swain:

**COMES NOW**, Asociación de Maestros de Puerto Rico ("AMPR"), and its Union, Asociación de Maestros de Puerto Rico-Local Sindical ("AMPR-LS"), both of which are affiliates

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

of the American Federation of Teachers, AFL-CIO ("AFT"), (collectively "AMPR"), through its legal representation and respectfully states as follows:

1. On September 10, 2018, AMPR filed a *Motion for Relief from Automatic Stay* [ECF No. 3914] (the "Motion").

2. On June 27, 2019, the Oversight Board and AMPR executed a settlement agreement that upon its full implementation would resolve the dispute underlying the Motion.

3. AMPR herby gives notice to the Honorable Court that the settlement agreement has been fully implemented by the parties and the matter underlying the Motion has been resolved. Consequently, AMPR hereby gives notice and respectfully request to the Honorable Court to withdraw the Motion from the consideration of the Honorable Court.

4. AMPR, for themselves and in representation of the retired teachers they represent in the Motion, hereby voluntarily terminates and withdraws the Motion.

**WHEREFORE,** the AMPR respectfully requests that the Court take notice of the foregoing. Dated: July 28, 2020.

Respectfully submitted,

/s/ José Luis Barrios-Ramos
José Luis Barrios-Ramos (USDC 223611)
PRESTIGE LEGAL SERVICES, LLC
278 César González Ave.
San Juan, Puerto Rico 00918
(787) 593-6641
E. jbarrios@prestigelegalpr.com

*For Asociación de Maestros de Puerto Rico and Asociación de Maestros de Puerto Rico--Local Sindical*