

13 de julio de 2020

A quien pueda interesar:

La siguiente es para informarle por qué hasta ahora no había sometido la demanda en contra del Estado Libre Asociado de Puerto Rico. La razón es por los contantes cambios del gobierno que realiza. Al no tener seguridad y no estar clara de los documentos requeridos y no estaba al tanto de la situación.

Le envió los documentos adjuntos a esta carta, agradeceré el trámite correspondiente ante esta situación. Quedo de ustedes para cualquier información adicional. Si es el momento o no ustedes lo sabrán.

Agradezco mucho quedando en manos de quienes nos representen.

Atentamente,

Janice A. Pérez García