

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

10 de julio de 2020

A quien pueda interesar:

Certifico que **JANICE A. PEREZ GARCIA**, número de seguro social **XXX-XX-5027** labora en nuestra Agencia desde **1 de septiembre de 2000** al **Presente**.

Actualmente, ocupa puesto en calidad de **ASISTENTE DE SERV. ESP. A ESTUDIANTE I** en **JOSE CAMPECHE (ESPECIALIZADA), BAYAMON, Oficina Regional Educativa de BAYAMON** y devenga un salario de **$1,624.00** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Juan Francisco Rivera Aponte
Secretario Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*



P.O. Box 190759, San Juan PR 00919-0759

DE-15
Rev. 8/99



**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos

## Informe de Nombramientos y Cambios

Exp.: 38168

| NÚMERO DE CAMBIO 133 | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | Janice A. Pérez García | |
| 2. Seguro Social | REDACTED-5027 | |
| 3. Número de Puesto | C21859 | |
| 4. Cifra de Cuenta | E1110-11100-0810000-1009-00100-2002 | |
| 5. *Status* | De Carrera Probatorio | De Carrera Regular |
| 6. Clasificación y Escala de Retribución | Asist Serv Esp a Est I ER-01 | |
| 7. Número de Clase | 23101          6hrs | |
| 8. Sueldo | | |
| 9. Diferencial | | |
| 10. División o Escuela | Esc Ines M. Mendoza de Muñoz Marín | |
| 11. Programa | Educación Especial | |
| 12. Ubicación | Bayamón II | |
| 13. Acción y Duración | | Cambio de Status |
| 14. Aportación al Retiro | 8.275% | |
| 15. Último Día de Pago | | |
| 16. Fecha de Efectividad | | 1 de marzo de 2001 |
| 17. Comentarios y Explicaciones: | Adjunto DE-35 | |

En caso de otorgar *status* probatorio o permanente.

Deseo xxxxxxxxxxx Afiliarme xxx xxxxxxxxxxxxxxxx No Afiliarme xxxxxxx
A la organización sindical que representa la unidad apropiada a la cual pertenece el puesto (Ley Número 45 de 25 de febrero de 1998).

_____
Firma del Empleado

Rafael Sifonte Rivera, Director                mjc
18. Firma del Jefe de Agencia o Representante Autorizado

RECIBIDO
Fecha
AUG 0 1 2001
División N...

Fecha de Preparado: 13 de julio de 2001

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 • TEL.: (787) 759-2000 EXTS.: 2219, 2223, 2224, 2227, 2229
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.