J.P.G.
C/B5 BB-17
Santa Juanita
Bayamón, P.R. 00956

SAN JUAN PR 009
22 JUL 2020 PM 1 L

RECEIVED & FILED
2020 JUL 24 AM 7:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

00918499999