RECEIVED & FILED
2020 JUL 24 PM 3: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Tribunal de Distrito de los Estados Unidos

Para el Distrito de Puerto Rico (el Tribunal)

Como es de su conocimiento en Puerto Rico desde el 28 de Diciembre de 2019 hemos estado siendo afectados por una serie de terremotos.

El Presidente de Estados Unidos Donald Trump declaro a Puerto Rico zona de desastre. Por tal motivo tuve incovenientes para recopilar y hacerles llegar toda la evidencia necesaria de reclamación, debido a que las oficinas y dependencias del Gobierno de Puerto Rico permanecieron cerradas por un extenso periodo de tiempo. Fueron abiertas durante un corto tiempo, pero actualmente permanecen cerradas, debido a la pandemia del coronavirus.

Los casos reclamados son los siguientes:

1- Deudor el Estado Libre Asociado de Puerto Rico-ley 89- numero de reclamación

2- Deudor Sistema de Retiro de los emplados del Gobierno del Estado Libre Asociado de Puerto Rico Ley 9 número de reclamación

3. Ley 96 del año 2002

4. Ley 164

5. Ley de costo de vida al 3%

6. Ley 106

Todos fueron presentados el 28 de junio de 2018.

Solicito una extensión de la gestión y justificación que les estoy presentando por escrito y tomen en consideración dicha causa y procedan a validar mis evidencias enviadas.

Sin más nada queda de ustedes:

_Aurda M. Hernández León_ (signature)

Centésima cuadragésima octava objeción global relacionada con Prime Clerk # caso 17BK03566 LTS, número de reclamación (142764) Ley 106

Distrito Federal de E.U. para distrito Estado Libre Asociado de P.R.

Soy la Sra. Awilda M. Hernández León Mi dirección postal es Calle Guarionex AA-17, Urb. Parque del Monte, Caguas, P.R. 00727 .Mi teléfono es 787-379-3005

Durante 39 años trabajé como personal docente para el Departamento de Educación de P.R., desde octubre de 1971 hasta 29 de julio de 2010, fecha en la que me acogí al retiro.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los años correspondientes a la ley 89, ley 96 y ley 164, Ley 9, Ley 106 y Ley de alto costo de vida 3%

Adjunto le envío copias de la evidencia que me confirman dichas alegaciones ( número de reclamación ( 142764 ) Ley 106

De necesitar alguna otra evidencia favor de comunicarse conmigo.

Atentamente,

Awilda M. Hernández León

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educacion

No. 178 K 3283-LTS

One hundred twenty –seventh OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of claim- 143068 Ley 89   130912 Ley 96   118903 Ley 164   No pude conseguirlo Ley 9   142764 Ley 106   119431 Ley alto costo de vida 3%

Name and Address

Awilda M. Hernández León
Calle Guarionex AA-17, Urb. Parque del Monte
Caguas, Puerto Rico 00727

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico y al Departamento de Educacion de Puerto Rico.

Ley 89 de 1984- Romerazo

Años reclamados ___26___

Cantidad reclamada- $31,200.00

Ley 9 del año 2007

Años reclamados- 3

Cantidad reclamada- $5,817.00 aproximado

Ley 96 del año 2002

años reclamados 8

cantidad reclamada $9,600.00

Adjunto evidencia en replica a la información solicitada

✱ 1-certificacion de la Junta de Retiro para maestros de Puerto Rico

2-_____

3-_____

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente especificadas.

Nombre: Awilda M. Hernández León

Firma: _Awilda M. Hernández León_     Fecha: 10 de julio 2020