# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN DE PENSION

Certifico que **Awilda M Hernandez Leon**, número de seguro social que termina en **7894** es pensionado beneficiario (a) del Sistema de Retiro para Maestros desde **29 de julio de 2010**. Recibe una pensión mensual vitalicia de **$2020.30**, equivalente a **$24,243.60** anual.

Esta certificación se expide hoy, 10 de julio de 2020, en San Juan, Puerto Rico.

*Cynthia Sanjurjo Santos*

**Supervisora**
**Centro de Contacto**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

☎ 787.777.1414        ✉ 787.759.2883        www.srm.pr.gov

