Awilda Hernandez
Calle Guarionex AA-17
Parque del Monte 1
Caguas, P.R. 00727

Case:17-03283-LTS Doc#:13858-2 Filed:07/24/20 Entered:07/28/20 12:56:51 Desc:
Envelope Page 1 of 1

CERTIFIED MAIL

7020 1290 0000 9220 2208




U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
JUL 20, 20
AMOUNT
$4.95
R2305H129471-03

Clerk's Office
United State District Court
Room 150 federal Building
San Juan, Puerto Rico
00918-1767

RECEIVED & FILED
2020 JUL 24 PM 3:14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.