Bienvenido Rodriguez Torres
urb. jardine de Patillas c/Margaros
#57 Patillas Puerto Rico 00723

CERTIFIED MAIL

7020 0090 0001 4507 9011

PATILLAS PH
JUL 20

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building. Avenida Chardon
San Juan P.R. 00918-1767
Avenida Chardon.

U.S. POSTAGE PAID
FCM LETTER
PATILLAS, PR
00723
JUL 20, 20
AMOUNT
$6.95
R2307N153103-10

1000      00918

RETURN RECEIPT REQUESTED