Sra. Elsie Batlle Torres

P. O. Box 151

Mayagüez, Puerto Rico 00681-0151

Telefonos 787-265-6248/ 787-363-3956

Número Reclamación: 77115

7 de julio de 2020

Secretaria Tribunal de Distrito de los Estados Unidos

Federal Building - Room 150

SGPR 00918 -1767

Asunto: Reclamación de Salarios Impagos, Convocatoria # 17BK 3283-Lts . del 28 de febrero 2020.

Conforme a la Ley 89 de 12 de Julio de 1979, mejor conocida como: Ley de Retribución Uniforme, establece la política pública sobre la retribución a empleados de Carrera y de confianza cubiertos por el Sistema de Personal y otros fines.

A tales efectos se estableció, mediante ley, las escalas salariales que le correspondia cobrar a cada empleado público del Gobierno de Puerto Rico.

El motivo de mi reclamación obedece a salarios impagos en violación a las estipulaciones establercidas por la citada Ley.

Trabajé en el Departamento de Transportación y Obras Públicas en Mayagüez desde 1980 hasta enero 1994. Luego en el Departamento de Educación como Maestra, en la Escuela Soledad de Mayagüez,

desde el 17 de enero de 1994 hasta Junio de 2003. Me acogí al retiro por años de servicios .

Por tal motivo es que deseo me informe en que status esta mi reclamación #77115 la cual someti ante su consideración , para la revisión , ajuste y acción pertinente.

Espero su pronta acción sobre este particular.

Cordialmente

Elsie Batlle Torres

E-Mail: battle.elsie.@gmail.com