Sra. Elsie Batlle Torres
P. O. Box 151
Mayagüez, Puerto Rico  00681-0151






7019 1640 0001 4974 9590

U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00680
JUL 23, 20
AMOUNT
$4.10
R2304H108250-01

Secretaria Tribunal de Disrito de los Estados Unidos
Federal Building  - Room 150
SGPR 00918 - 1767

00918-999955