Eudosia Japez-Torres
urb. Jardines de Patillas
c/ Margarita #57 Patillas P.R. 00723

CERTIFIED MAIL

7020 0090 0001 4507 9028

U.S. POSTAGE PAID
FCM LETTER
PATILLAS, PR
00723
JUL 20, 20
AMOUNT
$6.40
R2307N153103-10

00918

PATILLAS PR 00723

To Secretaria (Clerk's Office)
Tribunal de Distrito de los EU
Room 150 Federal Building Avenida Chardón
San Juan (Puerto Rico) 00918-1767

RETURN RECEIPT REQUESTED

009188999