6 de julio de 2020

De:    Raquel M. Vicéns González
Apartado 1152
San Lorenzo PR 00754
Telefono (787) 223-8550
E-mail raquelvicens@yahoo.com
Departamento de Educación
Empecé el 4 abril de 1985 hasta el 18 de diciembre de 2018

A:    SECRETARIA (CLERK'S OFFICE)
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PROMESA
Titulo III
Número 17BK-3283-LTS



Por este medio desea notificar y aclarar que dicha reclamación no fue enviada con anterioridad debido a las circunstancias presentes como la del Covid-19 y terremotos me habían impedido salir de mi hogar, además de tener comprometido mi sistema por otras condiciones de salud.

Reclamación a las cuales entiendo que tengo derecho a reclamar.

Reclamación # 159034

Esta reclamación tiene que ver con la ley 89 el Romerazo. Según esta ley se aprobó un aumento salarial para los empleados del Sistema Público. Dicho aumento era de $25.00 al mes. El cual recibí uno o dos aumentos solamente. Entiendo tengo derecho a que se me pague por ley lo que me corresponde.

Reclamación # 154058

Según esta Ley 96 de Sila M. Calderón, se aprobó un aumento de $100.00 al mes a empleados públicos, el cual tampoco recibí. Por lo tal motivo es mi derecho reclamar dicho dinero, la ley se aprobó pero no se cumplió

Reclamación # 3 Reclamación Adicional

Esta es una reclamación adicional que tiene relación con el Krono de la escuela en la cual yo trabajaba. El Krono estaba defectuoso, en varias ocasiones se ponchaba y luego aparecía como ausente. El Departamento de Educación en aquel entonces le pidió a los directores de cada escuela que arreglaran a cada maestro su situación. En mi caso la directora de la escuela arregló todo en el sistema y me entregó una copia de los días que el Departamento de

Educación tenía que pagarme. Al día de hoy no he recibido nada de esos días que fueron descontados. Adjunto le envío copia.

_Raquel M. Vicéns González_
Sra. Raquel M. Vicéns González