Hoja de horas

Nombre e id.: VICENS GONZALEZ RAQUEL 90236

Guardado por última vez:"11..." Período de tiempo: 12/10/2007 - 7/31/2008, Intervalo de fechas

| Guardar | Acciones | Marcaje | Cantidad | Comentario | Aprobaciones de datos | Reportes |

| | Fecha | Código de p... | Cantidad | Entrada | Salida | Entrada | Salida | Turno | Diario | Acum... |
|---|---|---|---|---|---|---|---|---|---|---|

| Totales y horario | Acumulaciones | Auditorías | Comentarios | Cierres y aprobaciones de datos | Cantidad histórica |

| Fecha de vigencia | Fecha histórica | Tipo de edición | Desde centro de co... | A centro de co... | Desde código de p... | A código de p... | Cantidad | Comentarios |
|---|---|---|---|---|---|---|---|---|
| 7/16/2008 | 5/30/2008 | Desplazam... | | | ASA | REGULAR | 6:00"(afectar ac... | Sistema defect... |
| 7/16/2008 | 5/23/2008 | Desplazam... | | | ASA | LE | 2:35"(afectar ac... | Sistema defect... |
| 7/16/2008 | 12/17/2007 | Desplazam... | | | ASA | REGULAR | 6:00"(afectar ac... | Sistema defect... |
| 7/16/2008 | 10/05/2007 | Desplazam... | | | ASA | LE | 6:00"(afectar ac... | Evidencia en ex... |
| 7/16/2008 | 5/23/2008 | Desplazam... | | | ASA | REGULAR | 3:15"(afectar ac... | Sistema defect... |
| 7/16/2008 | 3/10/2008 | Desplazam... | | | ASA | REGULAR | 6:00"(afectar ac... | Sistema defect... |
| 7/16/2008 | 12/03/2007 | Desplazam... | | | ASA | LE | 6:00"(afectar ac... | Evidencia en ex... |
| 7/16/2008 | 12/13/2007 | Desplazam... | | | ASA | REGULAR | 6:00"(afectar ac... | Sistema defect... |
| 7/16/2008 | 10/03/2007 | Desplazam... | | | ASA | LE | 6:00"(afectar ac... | Evidencia en ex... |
| 7/16/2008 | 12/12/2007 | Desplazam... | | | ASA | LE | 1:00"(afectar ac... | Evidencia en ex... |
| 7/16/2008 | 10/17/2007 | Desplazam... | | | ASA | LE | 6:00"(afectar ac... | Certificado Méd... |
| 7/16/2008 | 10/16/2007 | Desplazam... | | | ASA | LE | 2:18"(afectar ac... | Certificado Méd... |
| 7/29/2008 | 12/03/2007 | Desplazam... | | | ASA | REGULAR | 6:00"(afectar ac... | Sistema defect... |
| 7/31/2008 | 12/12/2007 | Desplazam... | | | ASA | REGULAR | 5:00"(afectar ac... | Sistema defect... |
| 7/31/2008 | 12/20/2007 | Desplazam... | | | ASA | REGULAR | 4:24"(afectar ac... | Evidencia en ex... |
| 7/31/2008 | 12/20/2007 | Desplazam... | | | ASA | LE | 1:12"(afectar ac... | Evidencia en ex... |

*Wanda J. Dominguez*
*Directora*
31/7/08

http://192.168.22.37/wfc/timecard?la=mgr&st=1217517909064&pid=19647&tf=9&bd=1... 31/07/2008