Raquel M. Vicens
Apartado 1152
San Lorenzo P.R. 00754

RECEIVED & FILED
2020 JUL 24 PM 3: 15

CERTIFIED MAIL
7020 1290 0000 9220 2680



Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767