20 de julio de 2020
San Juan, Puerto Rico

Tribunal de Distrito de los Estados Unidos
Para Distrito de Puerto Rico

Notificación de la Centésima Septuagésima
Objeción Global

\# de Reclamación: 93099
\# de Caso: 17 BK 3283-LTS
Deudor: Estado Libre Asociado de Puerto Rico

Mi nombre es Laurdes Vega Zayas, Residente en la Calle Greenwood 570, Urb. Summit Hills, San Juan, P.R. Mi número de Seguro Social termina en ___5094. Mi correo electrónico es celestel782 5429 @ Yahoo.Com.

Deseo informarles que el día 8 de julio, envié evidencia de datos solicitados por ustedes, para evidenciar la reclamación que realicé el 24 de julio de 2018. No había incluido ésta reclamación por falta de evidencia. Adjunto la reclamación que realicé al Departamento de Hacienda, para el pago de reembolso de la prima de seguro compulsorio. La misma fue para los años 1998 al 2001. Años que pagué seguro a la

compañía Caribbean Alliance y también me cobraron seguro compulsorio. Así consta en los documentos que les estoy enviando.

El monto total por ésta reclamación sería de los años: 1998 - 1999 - 2000 y 2001. para un total de $396.00. Ésto es en adición a la reclamación de los pasos reclamados como maestra del Departamento de Educación. La carta del 8 de julio lo explica en detalles.

Gracias anticipadas por la atención que puedan prestar a mi caso.

Atentamente,

Lourdes Vega Zayas

(787) 810-1683