**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**
San Juan, Puerto Rico

014282-T41
LOURDES VEGA ZAYAS
URB SUMMIT HLS
570 CALLE GREENWOOD
SAN JUAN PR 00920-4347

Fecha de Notificación:    30 de agosto de 2018

**RE: REEMBOLSO PAGO DOBLE DE PRIMA DEL SEGURO COMPULSORIO PERIODO 1998-2010**

Estimado contribuyente:

De conformidad con la Orden dictada en el caso Gladys García Rubiera, et al v. Juan Flores Galarza, et al, Civil No. 02-1179 (GAG), el Departamento de Hacienda estableció un mecanismo para que toda persona que realizó el pago doble de la prima del seguro compulsorio en algún momento entre los años 1998 al 2010 pueda reclamar el reembolso de dicho pago, según el procedimiento y la Solicitud de Reembolso que se incluyen.

De acuerdo con nuestros records, usted tiene derecho a reclamar reembolso para los vehículos de motor detallados al dorso. [Ver el detalle al dorso.]

La solicitud puede ser enviada por internet a través de www.hacienda.pr.gov, siguiendo las instrucciones establecidas en el portal, o por correo postal al Área de Seguros Públicos, Departamento de Hacienda, Apartado 9024140, San Juan, PR 00902-4140, en o antes del período de dos años, contados desde la última publicación de este aviso en el periódico.

Esta notificación se efectúa en cumplimiento y como resultado de la estipulación y sentencia dictada en el caso de García Rubiera, et al., v. Hon. Luis G. Fortuño, et al, Civil Número 02-1179 (GAG) ante el Tribunal de Distrito Federal para el Distrito de Puerto Rico, y estipulación en el caso de Gladys García Rubiera, et al v. Asociación de Suscripción Conjunta del Seguro de Responsabilidad Obligatorio, Civil Número KDP2001-1441 (801) Sala de San Juan del Tribunal de Primera Instancia.

Cualquier pregunta puede comunicarse al (787) 622-0123, opción número 3.

Cordialmente,

Carlos M. Allende Soto
Secretario Auxiliar Interino
Área de Seguros Públicos

| Número de Seg. Social | Número de Tablilla | Número de Identificación del Vehículo (VIN) | Compañía Aseguradora | Número de Póliza | Año Reclamado |
|---|---|---|---|---|---|
| XXX~XX~5096 | 425405 | JT3VN39W6M0059421 | CARIBBEAN ALLIANCE INSURANCE COMPANY | P2000013188 923951 | 1998-2001 |

**SOLICITUD DE REEMBOLSO DE PRIMA DUPLICADA DEL SEGURO COMPULSORIO**

1. NOMBRE Y APELLIDOS DEL SOLICITANTE
   Lourdes C. Vega Zayas

2. SEGURO SOCIAL DEL SOCILITANTE DEL SOLICITANTE (9 dígitos)*
   REDACTED-5096

3. DIRECCION POSTAL*
   Urb. Summit Hills 570 c/Greenwood San Juan 00920

4. DIRECCION DE CORREO ELECTRONICO
   N/A

5. EL SUSCRIBIENTE ES EL DUEÑO DEL (LOS) VEHICULO(S) DESCRITOS A CONTINUACION Y BAJO PENA DE PERJURIO DECLARA QUE:

   a. Es o era el dueño del (los) vehículo(s) descrito(s) a continuación, pagó una póliza de seguro privada y la póliza de seguro compulsorio al Departamento de Hacienda por dicho vehículo(s).

   b. El suscribiente no ha sido reembolsado, ni ha recibido crédito de la póliza de seguro compulsorio aplicable al (los) vehículo(s) aquí descrito(s).

   c. El suscribiente aparece en las listas de dueños de vehículo(s) con derecho a reembolso enviados por la Asociación de Suscripción Conjunta del Seguro de Responsabilidad Obligatoria al Departamento de Hacienda correspondientes a los años 1998 al 2010.

   d. El suscribiente solicita el reembolso del pago del seguro compulsorio.

6. INFORMACION CORRESPONDIENTE AL (LOS) VEHICULO(S) POR EL (LAS) CUAL(ES) SE SOLICITA REEMBOLSO. (PUEDE UTILIZAR PAGINAS ADICIONALES SI ES NECESARIO).

| Número de Tablilla | Numero de Identificación del Vehículo (VIN)* | Compañía Aseguradora* | Número de Póliza* | Año Reclamado* |
|---|---|---|---|---|
| 425 405 | JT3VN39W6M0055942I | Caribbean Alliance Insurance company | P2000013188 923951 | 1998-2001 |
|  |  |  |  |  |
|  |  |  |  |  |

*Información requerida.

FECHA DE SOLICITUD: 6 sep. 2018

FIRMA DEL SOLICITANTE: [signature]

**Información adicional:**

El Secretario de Hacienda tendrá 120 días desde el recibo de la solicitud para verificar que la información contenida en su solicitud es correcta, que el solicitante aparece en las listas provistas por la ASC y que no adeuda contribuciones al Gobierno de Puerto Rico. Luego de hecha la verificación, el Secretario procederá a aprobar la solicitud. Si la solicitud es rechazada, las razones para el rechazo serán notificadas al solicitante por correo. El reembolso está sujeto a lo que se disponga en el caso de Título III de PROMESA.

Todo solicitante tiene un período de dos años, contados desde la última publicación de este aviso en el periódico, para efectuar su reclamo al Departamento de Hacienda.

El reembolso de las primas duplicadas no conllevará el pago de intereses y del reembolso o crédito correspondiente y de este será descontado un 20% correspondiente a honorarios de abogados a:

Lic. Antonio J. Amadeo Murga
904 VIG Center
1225 Ave. Ponce de León
San Juan, PR 00907

Lic. Mario M. Oronoz
Urb. Torrimar
K-4 Calle Bambú
Guaynabo, PR 00966

Dichos abogados recibirán una cantidad equivalente al 20% de todos los reembolsos y créditos que el Departamento de Hacienda conceda a los reclamantes, que surjan de las solicitudes hechas durante el término de dos años a partir del último día en que esta notificación se publique en los periódicos, cuya suma no será menor de $1,375,000.00, sujeto a lo que en cuanto al desembolso de las cuantías se disponga en el caso de Título III de PROMESA.