Lourdes Vega Pagan
Urbanization Greenwood 5-70
Url. Summit Hills
San Juan, P.R.
00920

RECEIVED & FILED
2020 JUL 24 AM 7:36
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

SAN JUAN PR 009
21 JUL 2020 PM 2 L

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767