1 Yashei Rosario, Federal Law Student Litigating,
For Development Socioeconomic Sustainable
2 Fideicomiso of Vieques, CODESU, Inc.
3 HC 2 Box 12914 Vieques, PR 00765
(787) 903-3233
4 vieques.codesu@gmail.com



5 UNITED STATES COURT
6 FOR THE DISTRICT OF PUERTO RICO

7 YASHEI ROSARIO, PRESIDENT CODESU & | Case No.: 3:20-cv-1307 (LTS) – Transferred to
DEVELOPMENT SOCIOECONOMIC SUSTAINABLE | Case: 3:17-3283 (LTS) Docket Entry No. 13597
FIDEICOMISO OF VIEQUES, CODESU, INC.
8
9 Plaintiff,

vs. **FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN
LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR
10 THE ELECTORAL COMMISSION OF PUERTO RICO, FOR
THE FINANCIAL OVERSIGHT AND THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS,
11 MANAGEMENT BOARD FOR PUERTO RICO, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN
12 AS REPRESENTATIVE OF NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS.
PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION
13 THE COMMONWEALTH OF PUERTO RICO AGENCY, NEITHER DEMANDING FOR MONEY AND THE
CASE ARISE OUT OF PROMESA FOR AS LONG THE
14 Debtors PLAINTIFFS PAID FOR THE PROCEEDINGS.**

15

16 ## H.R.1799 - Voting Rights Amendment Act of 2019

17 THE CASE ARISE OUT OF PROMESA BECAUSE WE ARE NOR CREDITORS, COLLECTION AGENCY
NOR DEMANDING FOR MONEY. CONGRESS HAVE NOT ESTABLISHED A NEW CRITERIA TO
18 APPLY PROMESA AUTOMATIC STAY TO VIOLATE CIVIL RIGHTS AND CIVIL LIBERTIES LIKE
19 THE 15TH AMENDMENT AND VOTING RIGHTS ACT OF 1965? THE CASE ARISE OUT OF PROMESA.

20

21 Respectfully, PROMESA Title III Stay
22 is only for 45 days and up to 75 days.
Since November 27th, 2018 - Present, the
23 Stay was applied to Vieques for over 550
24 days. Could PROMESA Title III be used
as the Death Penalty restraining the
25 Native Vieguenses Civil Rights to life,

26 liberty and the pursuit of happiness like the BLOOD DIAMOND CASE depriving PRIVATE VIEQUES
27 from the FREEDOM that helped the United States to achieved and protect; Defenders of the American
Way of Living for 63 Years? *The Defense Attorneys without Preclearance from Congress* wants to use
28

FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS. - 1

the Automatic Stay as Permanent Life Sentence Penalty perpetuating the Modern Legal Genocide upon the Plaintiffs until the end of times. LOOK AT FELICITA GARCIA.

PROMESA TITLE III DEATH PENALTY = THE NATIVE VIEQUENSES SLAVERY CASE = 17-3283 (LTS). Exhibit #14: Felicita Garcia fall and got injure on her right arms and lost her teeth at the Ceiba Port Terminal. Could the Commonwealth of Puerto Rico's Politicians use PROMESA has become a Legal Shield to continue abusing the Native Viequenses until the end of time = Life Sentence excluded from the Bill of Rights? Felicita can-not be compensate based on negligence from the Port Authority.

**Did Felicita Garcia have Civil Rights? Many other elderlies as well have fall =**

1. **Exhibit #14: MODERN LEGAL GENOCIDE = Irreparable Damage to Felicita Garcia**
    a. (g) RELIEF TO PREVENT IRREPARABLE DAMAGE.—Upon request of a party in interest, the court, with or without a hearing, shall grant such relief from the stay provided under subsection (b) as is necessary to prevent irreparable damage to the interest of an entity in property, if such interest will suffer such damage before there is an opportunity for notice and a hearing under subsection (e) or (f). **(The Commonwealth's Politicians Causes Irreparable Damage to her right arm and lost her teeth).**

Respectfully, comes now **Development Socioeconomic Sustainable Fideicomiso of Vieques, CODESU, Inc.** vs PROMESA Title III Stay Relief because any liability of the STAY applies to the Case:

Case 3:20-cv-01307-LTS   Document 7   Filed 07/09/20   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------x
YASHEI ROSARIO,

        Plaintiff,

-v-

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

        Defendants.
-----------------------------------------x

Case No. 3:20-cv-1307-LTS

ORDER REGARDING MOTION OF STAY RELIEF
BASED ON MODERN LEGAL GENOCIDE (DOCKET ENTRY NO. 3)

The Court has received and reviewed the *Motion of Stay Relief Based on Modern Legal Genocide* (Docket Entry No. 3 in 3:20-cv-1307, the "Complaint"), filed by Plaintiff Yashei Rosario. The Court will henceforth construe the Complaint's request for stay relief as a motion for relief from the automatic stay (the "Motion"), and transfer it to Case No. 17-3283 for consideration as a contested matter in the Commonwealth's Title III case. In the interests of clarity and efficiency, the Clerk of Court is directed to transfer the Motion to Case No. 17-3283.

SO ORDERED.

Dated: July 9, 2020

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                United States District Judge

2. **EC. 405. AUTOMATIC STAY UPON ENACTMENT.**
   a. (a) DEFINITIONS. —In this section:
   b. (1) LIABILITY.—The term "Liability" means a bond, loan, letter of credit, other borrowing title, obligation of insurance, or other financial indebtedness for borrowed money, including rights, entitlements, or obligations whether such rights, entitlements, or obligations arise from contract, statute, or any other source of law related to such a bond, loan, letter of credit, other borrowing title, obligation of insurance, or other financial indebtedness in physical or dematerialized form, of which—

## II

## H.Res.710 — 116th Congress (2019-2020)

**This resolution condemns the use by states and political subdivisions of specified VOTER SUPPRESSION LAWS AND TECHIQUES.**

### SEC. 407. PROTECTION FROM INTER-DEBTOR TRANSFERS.

1. (a) PROTECTION OF CREDITORS.—While an Oversight Board for Puerto Rico is in existence, if any property of any territorial instrumentality of Puerto Rico is transferred in violation of applicable law under which any creditor has a valid pledge of, security interest in, or lien on such property, or which deprives any such territorial instrumentality of property in violation of applicable law assuring the transfer of such property to such territorial instrumentality for the benefit of its creditors, then the transferee shall be liable for the value of such property.
    a. To the Honorable Court, for the Past 80 Years the Commonwealth's Politicians had punished the Native Viequenses Community and instead of helping have make the Native's lives a hard bondage, never a benefit but designing horrible nightmares ignoring that we the people of Vieques are human beings.
    b. **SEC. 407. Is the most horrible thing that the Commonwealth can do to Vieques to pay for a Fiscal Debt Owed to the Creditors.**

16TH CONGRESS
1ST SESSION

# H. RES. 710

FIRST CIRCUIT OF BOSTON CASE 18-1782. MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS. - 3

Calling on Congress to condemn voter suppression laws enacted by States and political subdivisions.

IN THE HOUSE OF REPRESENTATIVES

NOVEMBER 18, 2019

Ms. NORTON submitted the following resolution; which was referred to the Committee on the Judiciary

# RESOLUTION

Calling on Congress to condemn voter suppression laws enacted by States and political subdivisions.

Whereas the ratification of the 15th Amendment in 1870 affirms that voting rights cannot be denied to citizens on the basis of race;

Whereas post-Reconstruction Jim Crow laws severely restricted minority voting rights, particularly those of African Americans;

Whereas the Voting Rights Act of 1965 contributed to a significant increase in voter registration and participation by African Americans and other minorities;

Whereas the Supreme Court's 2013 decision in Shelby County v. Holder struck down section 4(b) of the Voting Rights Act of 1965, the coverage provision of the law that identified States and political subdivisions with a chronic history of passing restrictive voting laws;

Whereas the Shelby County decision effectively immobilized section 5 of the Voting Rights Act of 1965, which allowed the Department of Justice and Federal courts to "preclear" any proposed changes to voting rules, allowing a preemptive strike of unjust and discriminatory voting laws in the regions identified by section 4(b);

Whereas the absence of this preclearance requirement has allowed for voter suppression laws to proliferate by permitting States and political subdivisions to pass restrictive voting laws without Federal preclearance to determine if the laws are racially discriminatory;

Whereas following the Shelby County decision, at least 14 States had voting restrictions in place for the first time in a Presidential election in time for the 2016 contest;

Whereas approximately 11 percent of American citizens lack government-issued photo identification, and a disproportionate number are low-income, elderly, or people of color;

FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS. - 4

Whereas African Americans are as much as 305 percent and Latinos are as much as 195 percent more likely than Whites to lack acceptable identification required to vote;

Whereas since the Shelby County decision, at least 4 States have reduced early voting access;

Whereas restricting early voting disproportionately affects people of color, low-income citizens, and the elderly, who often rely on flexible, early voting periods;

Whereas many voting-eligible, low-income Latino voters are naturalized United States citizens who lack proof of citizenship and cannot afford a Certificate of Citizenship or a Replacement Certificate of Naturalization, which cost $1,170 and $555, respectively;

Whereas since the Shelby County decision, at least 2 States have imposed more stringent requirements on nongovernmental organizations that help register and engage citizens in voter participation;

Whereas restricting nongovernmental voter participation organizations directly affects people of color, low-income citizens, and the elderly, as these organizations are particularly likely to reach and engage these populations;

Whereas since the Shelby County decision, at least 5 States have passed laws making it more difficult to vote by absentee ballot;

Whereas reducing absentee voting disproportionately affects low-income, minority voters, who are more likely than other citizens to have inflexible work- and childcare-related schedules;

Whereas in addition to State-level voter suppression laws, political subdivisions have also passed new laws that suppress minority voters, including reducing the number of polling places and offering insufficient language assistance for non-English-speaking voters;

Whereas following the Shelby County decision, there were at least 868 fewer polling places in the 2016 election than in past elections;

Whereas insufficient language assistance at polling places could possibly threaten eligible Latino voter turnout in the 2020 Presidential election;

Whereas since the Shelby County decision, courts have struck down restrictive voting laws in at least 4 States, demonstrating the discriminatory nature of voting restrictions that have proliferated post-Shelby County;

Whereas had a preclearance formula been in effect, the Department of Justice and Federal courts would have been able to prevent discriminatory voter suppression laws from being passed;

FIRST CIRCUIT OF BOSTON CASE 18-1782. MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS. - 5

Whereas the Committee on the Judiciary of the House of Representatives has favorably reported the Voting Rights Advancement Act of 2019 (H.R. 4), to update and restore the Voting Rights Act of 1965; and

Whereas many unjust voter laws that were passed or went into effect after the Shelby County decision threaten to affect a significant number of minority voters in upcoming elections: Now, therefore, be it

*Resolved,* That the House of Representatives condemns the use by States and political subdivisions of the voter suppression laws and techniques described in the preamble of this resolution.

## H.RES.710

**Hon. Laura Taylor Swain**, respectfully, where on the 2019 Congress Revision of the Voting Rights specified that PROMESA Automatic Stay can validate **VOTER SUPPRESSION LAWS AND TECHIQUES upon the Native Vieques Civil Rights and Civil Liberties. Honorable,** the Vieques Naval Training Range was activated on 1940-2003 and was **Naval Rental Range** and the Government/Commonwealth benefited, reaping every dime and never care for the welfare of the Native Viequenses. For example, $40 Million Annually minimum x 63 years = $2,520,000,000 minimum. Another example $60 million x 63 years = $3,780,000,000 and Private Vieques got nothing in return.

2. That Compensation belong to We the Native Viequenses and not even ONE DIME 63 years from the 1940's starving, without clothing nor shoes while in San Juan it was raining $$$ Millions Halleluiah, raining millions in the 50's, 60's and 70's Amen while the Naval Training Range was a rental and the soldiers from all over the world did their training here and later looking for **"SEÑORITAS," "SEÑORITAS"** and their fathers defending their daughters and boys with their Farming **MACHETES from the Sugar Cane Industry,** against Military Shot Guns.

3. 63 YEARS OF IRREPARABLE DAMAGE WITHOUT PREVENTION OF ANY KIND AND PROMESA TITTLE III STAY IS NOT PERMANENT, BUT THE DEFENSE WANTS TO GIVE THE NATIVE VIEQUENSES A LIFE STAY SENTENCE. MORE PUNISHMENTS.

4. Over 900,000 live ammunition bombs of all calibers, the island trembling and the children screaming while the walls were cracking, and the Government/Commonwealth reaped off over **$3,780,000,000** that never arrived at their righteous owners and the Native Viequenses never benefited but DoD/Navy/Marines paid for the Economic Development of Vieques.

5. **Honorable,** 1940-2003: Private Vieques Compensations was paid by DoD/Navy/Marines and the Commonwealth's politicians took everything from the Plaintiffs, as a result the Vieques Territorial Plebiscite was paid ahead of time.

### III

**We refuse to continue this unhealthy political relationship with the Commonwealth of Puerto Rico**

Respectfully, your honor, are considered humans? Are we born to suffer? Are we considered collateral damage material? Are we to be condemned to a Life PROMESA Stay Penalty? Are we excluded of the Bill of rights? Do we got rights to life, liberty, and the pursuit of happiness ourselves? Are we considered less Americans?

### H.Res.710 — 116th Congress (2019-2020)
**This resolution condemns the use by states and political subdivisions of specified VOTER SUPPRESSION LAWS AND TECHIQUES.**

Are we entitle to some of the freedom that we helped the United States to achieve and protect? Can you considered that the Native Viequenses Dignity and over **$3,780,000,000** were enough to pay for Vieques Island Freedom? Honorable Lady Judge, can you considerer granting PRIVATE VIEQUES a New Life? Respectfully, Voting is a "Right" of all-American Citizens, and according to the Voting Right Act of 1965, can you honor Martin Luther King because the Native Viequenses since 1917 Jones Law became **AFRICAN CARIBBEAN AMERICANS** and CODESU'S Voting Rights should be protected too.

    a. (g) RELIEF TO PREVENT IRREPARABLE DAMAGE.—Upon request of a party in interest, the court, with or without a hearing, shall grant such relief from the stay provided under subsection (b) as is necessary to prevent irreparable damage to the interest of an entity in property, if such interest will suffer such damage before there is an opportunity for notice and a hearing under subsection (e) or (f).

HONORABLE, WE WOULD LIKE TO VOTE BEFORE THE COMMONWEALTH STATEHOOD CLAIM TO DETERMINE IF VIEQUES WANT TO BECOME A STATE OR NOT WITH THEM

6. (a) PROTECTION OF CREDITORS.—While an Oversight Board for Puerto Rico is in existence, if any property of any territorial instrumentality of Puerto Rico is transferred in violation of applicable law under which any creditor has a valid pledge of, security interest in, or lien on such property, or which deprives any such territorial instrumentality of property in violation of applicable law assuring the transfer of such property to such territorial instrumentality for the benefit of its creditors, then the transferee shall be liable for the value of such property.

7. WHY The Native Vieques must continue doing sacrifices for the Government/Commonwealth's financial mistakes when over **$3,780,000,000** were not enough to pay for the Plaintiff's Freedom?

8. **Could the U.S. Court System, protect the lives of the Native Viequenses as American Lives? Could LIFE be included and considered Real Estate? The Native Viequenses feel that the Animals have more rights and protections than We the People of Vieques?**

   [1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

   200709 SCH ORD RE LIFT STAY MOT        VERSION JULY 9, 2020                    1

9. **How much the Government/Commonwealth paid for Vieques Island in 1898, to claim Vieques as Real Estate?** Where all these Debtors were in the Treaty of Paris? Did the Government of Puerto Rico exit on 1898? Did the United States paid for Vieques in fletch and blood at the Hispanic American War vs Spain? Vieques was considered by Spain as a Republic and assigned Political and Military Governor of the Spanish Island of Vieques from 1832–1843, Teofilo Jose Jaime Maria Leguillou.

10. Respectfully, asking the Honorable Court, does the Automatic Stay arise out of the Treaty of Paris? Could the Automatic Stay make changes to the Constitution of the United States, after Thomas Jefferson achieved the John Marshall's Revision?

11. Could the Automatic Stay abridge, deny or interferer with the Native Viequenses Voting Rights?

12. Honorable Lady Judge, the Defense's Attorneys want to applied Automatic Stay Permanently as another sort of punishment to the Native Viequenses and they will be transformed as SLAVERY Whip against Vieques. Respectfully, are we considered Humans? BLACK CARIBBEAN LIVES MATTERS AND WE THE NATIVE VIEQUENSES, GOT ENOUGH.

## III

**The Commonwealth should explain the Honorable Court, what was their Repayment Plan? The Commonwealth should explain how the Bombing Ended in Vieques and they could not pay the Fiscal Debt and shareholders anymore?**

**REMEDY: VIEQUES TERRITORIAL PLEBISCITE**

**1940-2003: Over $3,780,000,000 Minimum were enough to pay for the Plaintiff's Freedom**

1. (g) RELIEF TO PREVENT IRREPARABLE DAMAGE.—Upon request of a party in interest, the court, with or without a hearing, shall grant such relief from the stay provided under subsection (b) as is necessary to prevent irreparable damage to the interest of an entity in property, if such interest will suffer such damage before there is an opportunity for notice and a hearing under subsection (e) or (f).

    a. **REQUESTING FROM U.S. CONGRESS AN AMENDMENT TO THE 1900 FORAKER LAW BASED ON "80 YEARS OF MODERN LEGAL GENOCIDE" ELIMINATE VIEQUES FROM THE PUERTO RICO TERRITORY... FOR THE UNITED STATES IN THE MIDDLE OF ALL THESE TRAGEDIES, TO CREATE "LIFE" BY GIVING BIRTH TO A NEWBORN U.S. TERRITORY.**

    b. **U.S. VIEQUES THE 6TH INSULAR U.S. TERRITORY**

2. 1940-2003: That people who served the United States National Security for 63 Years facing over 900,000 live ammunitions bombs of all calibers as PRIVATE VIEQUES never benefitted from their duties while DoD/Navy /Marines paid for the Economic Development of Vieques and the Federal Funds were transferred to the Commonwealth of Puerto Rico and they used as a Repayment Plan, increasing and increasing their Fiscal Debt vs Shareholders.

3. Depriving a Community became their way to *FINANCE THEIR POLITICIAL CAREERS*. The Commonwealth's politicians never care to create a Self-Sustainable Economy accountable because abusing the Native Viequenses become their way to get Federal Funds from Congress.

4. Vieques was condemned to a **LIFE SENTENCE FACING BOMBS, MAKING THE COMMONWEALTH OF PUERTO RICO RICH AND RICHER** and the Defense Attorneys wants to perpetuate sacrificing the Native Viequense's future and abusing the community's dignity.

5. **BLACK LIVES MATTERS, ENOUGH!**

6. The Commonwealth's politicians vanity created the conflict vs DoD/Navy/Marines while several times We the People of Vieques requested a little sum from **PRIVATE VIEQUES COMPENSATION** and never arrived to their righteous designatory but intercepted by the Government/Commonwealth of Puerto Rico who refused to help Private Vieques leaving them in the deepest misery = TYRANNY IN GOVERNMENT/COMMONWEALTH OF PUERTO RICO.



"No Free man shall ever be debarred the use of arms. The strongest reason for the people to retain the right to keep and bear arms is, as a last resort, to protect themselves against tyranny in government."
- Thomas Jefferson Papers, pg 334

   a. The Native Viequenses stood up to PROTEST according to Thomas Jefferson:

**KEEP BEAR ARMS = VIEQUES TERRITORIAL PLEBISCITE**

7. We the people of Vieques had no other choice to prevent the Commonwealth's Politicians hypocrisy caring for Vieques based on Private Vieques Compensation on Federal Funds.
   a. ALL PRIVATE VIEQUES WANTED IT WAS TO SURVIVE.
   b. All Private Vieques want it was some of the Freedom that We the Native Viequenses helped the United States to defend and Protect, as part of the Greatest U.S. Military Achievements since Pearl Harbor thru Iraq.

## NO $$$ MILLIONS FOR PRIVATE VIEQUES…

### NO MORE $$$ MILLIONS FOR YOU COMMONWEALTH OF PUERTO RICO

**No More Millions on the Native Viequenses Sacrifices for the United States National Security**

8. Suddenly, on May 1, 2003: the Bombing Stopped and DoD/Navy/Marines stopped paying for the Vieques Naval Training Range and the Commonwealth had NO MORE REPAYMENT PLAN, and the Puerto Rican People discovered, what the Democratic and Progressive Political Parties did to Puerto Rico, selling Puerto Rico's dignity in Bonds and taking Loans.
9. The Commonwealth's Politicians had their best creation and was not LIFE BUT DEATH TO PUERTO RICO ECONOMICALLY, creating an Unpayable Fiscal Debt.
10. *PRIVATE VIEQUES PAID IN FULL FOR THE "VIEQUES TERRITORIAL PLEBISCITE" AND LEAD THEMSELVES TO U.S. CONGRESS PETITIONING FOR THE BIRTH OF U.S. VIEQUES…*

### IV
### NATIVE VIEQUENSE & VETERAN DIE AT THE CEIBA PORT TERMINAL

(g) RELIEF TO PREVENT IRREPARABLE DAMAGE. Upon request of a party in interest, the court, with or without a hearing, shall grant such relief from the stay provided under subsection (b) as is necessary to prevent irreparable damage to the interest of an entity in property, if such interest will suffer such damage before there is an opportunity for notice and a hearing under subsection (e) or (f).

**EXHIBIT#16: PICTURE OF CEIBA PORT PREMISES. RELIEF TO PREVENT IRREPARABLE DAMAGE ON THE ELDERLIES, FELICITA & GOLLO IN THE NAZI CAMP CEIBA FERRY TERMINAL SPA WHILE IS EXTREMELY HOT LIKE AN OVEN.**

FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS. - 10

Irreparable Damages like on September 5, 2020: **Gregorio "Don Gollo" García**, a 61 years old man had



a heart attack at the Ferry Port Terminal, without any Medical Installation not even a **stretcher** in the facility, very far away from the urban area of Ceiba, in the middle or nowhere unreachable, should it have a Medical Room for emergencies.

1. **Gregorio García** did not deserve to die all urinated and poo, poo in his pants, trembling scared while he was resuscitated several times in an incomplete Ferry Terminal. The Ambulance arrived an hour later while Rossello and Johnny Méndez were celebrating their achievement, acknowledging the HIGH-RISK IRREPARABLE DAMAGES TO THE COMMUNITY, and behind the scenes people were getting hurt and severely humiliated walking in the mud behind the Ferry Terminal.



2. The Elderlies crawling with the walkers as his own mother was one that fall and got hurt, and was ignored and it felt like the Death Road seeing all these elderlies crawling with their walkers" …

3. LOOK AT THEIR SMILES! If we see our elders crawling in One Green Miles to the exit gate and thru the MUD sinking on the ground, why they must ask for help of the Golf Cart to give them a ride?

4. A couple of months later her son **Gregorio García** dies horribly and all the elderlies watching his terrifying death because the heartless Ricardo Rossello and Carlos Johnny Mendez wanted the credit that they inaugurate the Short Route from Ceiba to Vieques regardless the cost while the elderlies were crawling pushing their walkers in the mud. What a Festival for the politicians ignoring the cry of the elderlies right behind their smiling faces.

5. May 2, 2019: Felicita García, fall on the ground while we the Community Leaders struggled, begging for the ATM to close that mud sidewalk and THEY DO NOTHING as Rosario was crying out for the 50's Plus, the ill and the ATM Employees do nothing when Gregorio's mother fall, did nothing, and Felicita got severe injuries…

FIRST CIRCUIT OF BOSTON CASE 18-1782. MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS. - 11

6. **Exhibit #17: Modern Legal Genocide CD Videos Evidence. Rosario was there begging to prevent the COMMUNITY's VIA DOLOROSA** abusive treatment form the ATM Port Authority's Employees, Ricardo Rossello and Johnny Mendez's POLITICAL VENTURE sacrificing the Viequense's Elderlies in which Felicita did lost her teeth as she fall and DON GOLLO FACED A HORRIBLE DEATH, peeing and boo, boo in his pants, dying trembling scare to dead, designed by the Governor and the President of the House.

7. **A Jeepers Creepers Momento Designed for Don Gollo by the President of the House and the Governor of Puerto Rico,** for those who care for the Welfare of the Native Viequenses.

8. Respectfully, the Cowboys in Texas have more respect for the cattle than the Commonwealth's Politician for We the People of Vieques. Are we considered Human?



9. Are we entitle to some of the Freedom that We the People of Vieques helped the United States to defend and protect? Are we part of the land of the Free? Do we have Rights? Are we excluded of the Bill of Rights?

10. CODESU accuse the heartless Juan Maldonado, Director of the Port Authority, Ricardo Rossello, Carlos Johnny Mendez, and Legislator María Milagros "Tata" Charbonier of MODERN LEGAL GENOCIDE PRACTICES causing Felicita Garcia severe injuries and many other elderlies right behind their event.

11. Look at their Smiles, causing a horrible death to Gregorio García.

12. Seems that there is no law that may protect the Native Viequenses Human and Civil Rights, hopeless facing the most heartless smiles, sacrificing the Elderlies on the CD Video like in the Nazi Camps but done in U.S. Territory.

13. The Navy did not do this, but the heartless Commonwealth's politicians did it all.

FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS. - 12

V

# RESPECTFULLY, 1940-2003 WAS NOT WORTH IT?



Vieques Naval Training Range 1940 Pearl Harbor thru 2003 Iraq

## Private Vieques Career Resume

**OBJECTIVE:** Private Vieques Reenlisting to serve the United States Homeland Security while our Country is at Financial Bankrupt Risk and voluntarily in the **Eyes of the God in Whom We Trust**, Private Vieques never failed the United States National Security. Here We Stand.

### Work Experience:

| | |
|---|---|
| World War II 1941-1945 | Beirut Deployment 1982–1984 |
| Greek Civil War 1944-1949 | Persian Gulf escorts 1987–1988 |
| Chinese Civil War 1945-1950 | Invasion of Grenada 1983 |
| Berlin Blockade 1948—1949 | Bombing of Libya 1986 |
| Korean War 1950-1953 | Invasion of Panama 1989 |
| U.S.S.R. Cold War 1947-1991 | Gulf War 1990–1991 |
| China Cold War 1950-1972 | Operation Provide Comfort 1991–1996 |
| Vietnam War 1955-197 | Somalia 1992–1993 |
| Lebanon Crisis 1958 | Haiti 1994–1995 |
| Bay of Pigs Invasion 1961 | Colombia 1994–present |

| | |
|---|---|
| Cuban Missile Crisis 1962 | Bosnia-Herzegovina 1995–2004 |
| Dominican Republic 1965-1966 | Kosovo War 1998–1999 |
| USS Liberty incident 1967 | Iraq 2003 Navy left Vieques to Iraq |
| Iran 1980 | War in Afghanistan 2001–present |
| El Salvador Civil War 1980-1992 | Homeland Security 2020- present |

### "ASK NOT WHAT YOUR COUNTRY CAN DO FOR YOU – ASK WHAT YOU CAN DO FOR YOUR COUNTRY"

Private Vieques, willingly of unwillingly never failed the United States National Security. Unpaid and a community as Private Vieques, women, elderlies, handicap, youngsters and children were loyal, facing over 900,000 live ammunition bombing and got nothing in return; but DoD paid and Funds badly need it for the Economic Development of Vieques were transferred to the Government /Commonwealth of Puerto Rico and never arrived to their righteous owners. Exactly, as was done to the Blood Diamonds in Africa but done to Americans in U.S. Territory.

*On May 1, 2003, we can righteously say, that Private Vieques was honorable discharge and completed a 63 years mission.*

**References:** Private Vieques never failed Any U.S. Administration Republican nor Democrat

 Franklin D. Roosevelt, 1933-1945    Gerald R. Ford, Jr 1974-1977

 Harry S. Truman, 1945-1953    Jimmy E. Carter 1977-1981

 Dwight D. Eisenhower 1953-1961    Ronald W. Reagan 1981-1989

 John F. Kennedy, 1961-1963    George H. W. Bush 1989-1993

 Lyndon B. Johnson 1963-1969   William J. Clinton 1993-2001

 Richard M. Nixon 1969-1974  George W. Bush 2001-2009

**DoD/Navy/Marines** paid honorably the Military Training Compensation and the Federal Funds were transferred to the Government/Commonwealth of Puerto Rico and they reaped off every dime and ignored the cried of We the People of Vieques until today. **Funds badly need it for the Social Economic Development** and earned by Private Vieques, never arrived at their righteous destination.

VIEQUES DO NOT OWE A DIME TO THE COMMONWEALTH OF PUERTO RICO NOR CREDITORS
**Corrupt Tyranny Government of Puerto Rico Leaders on Both Political Parties**
Withhold Funds to Boost Economic Development in Vieques Island Community =
**NEVER ARRIVED TO THEIR RIGHTEOUS DESTINATORY.**

MAY 1, 2003-2020: THE U.S. NAVY LEFT AND THE ABUSE CONTINUE
1940-2020: 80 YEARS OF THESE IRRECONCILIATION ACTIONS

(g) RELIEF TO PREVENT IRREPARABLE DAMAGE. Upon request of a party in interest, the court, with or without a hearing, shall grant such relief from the stay provided under subsection (b) as is necessary to prevent irreparable damage to the interest of an entity in property, if such interest will suffer such damage before there is an opportunity for notice and a hearing under subsection (e) or (f).

MOTION OF STAY RELIEF BASED ON MODERN LEGAL GENOCIDE

Genocide is the "**intentional action**" to destroy a people, partially or totally = Vieques.
**IS IT LEGAL POLITICALLY EXPLOITING A MUNICIPALITY LIKE THE BLOOD DIAMOND CASE?**
REMEDY: VIEQUES TERRITORIAL PLEBISCITE
SEPTEMBER 27, 2020

Respectfully, to the Honorable Court, granting the Defense Attorneys nor the Department of Justice, nor Creditors can-not use the Automatic Stay **inflicting a Life Sentence Death to the Human and Civil Rights of the Native Viequenses is** *UNCONSTITUTIONAL as has exceeded their 45 days and up to 75 days usage established as a Federal Law.* The Defense Attorneys can-not manipulating the Automatic Stay, 1870-committing a Federal Crime, abridging, denying and interfering with the *15th Amendment and*

FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS. - 15

*the Martin Luther King Voting Right Act of 1965, as African Caribbean Americans because from one African family all their children were spread throughout the world, reaping the heart of their parents.*

1. Respectfully, the Defense Attorneys wants the Native Viequenses TO SIT IN THE BACK OF THE BUS and We the People of Vieques Refuse! NO MORE! Notice Exhibit #1: Vieques is an Autonomous Municipality and CODESU got the Municipality Endorsement for the VIEQUES TERRITORIAL PLEBISCITE. Their actions are unconstitutional.

H.Res.710 — 116th Congress (2019-2020)

**This resolution condemns the use by states and political subdivisions of specified VOTER SUPPRESSION LAWS AND TECHIQUES.**
MOTION OF STAY RELIEF BASED ON MODERN LEGAL GENOCIDE

**Respectfully, Honorable Laura Taylor Swain**, could PROMESA Automatic Stay be use as a Life Sentence Penalty. Could Any Law Firm adjust the PROMESA Automatic Stay as they may please without the authorization of the United States Congress? The Automatic Stay is not Permanent and since November 27, 2018-Present has been imposed suppressing the 15th Amendment and the Martin Luther King Voting Right Act of 1965. Respectfully, but this is all an unrighteous legal scam.

Respectfully, Your Honor, 1940-2020: Private Vieques civil rights and civil liberties have been suppressed, for the past 80 Years by the Commonwealth of Puerto Rico and excluded from the Bill of Rights. 1940-2020: The Plaintiffs for the past 80 years claimed, **"GOOD PARENTING"** while the Navy Soldiers could provide for their families, the Native Fishermen must struggle to feed their own while **DoD/Navy/Marines paid.** Vieques is not responsible of the Fiscal Debt. Ex-Mayor Manuela Santiago evoked the sum of **$80,000,000 x 63 years = $5,040,000,000.** Vieques do not owe a Dime to them.

Respectfully, could the Honorable Court consider granting the Community of Vieques life, liberty, and the pursuit of happiness through their Voting Rights in the Vieques Territorial Plebiscite and an Order of Court, for the Electoral Commission, for as long the Plaintiffs paid the proceedings, Electoral Vouchers, Hotel and Diets to their officials? Respectfully, are we excluded from Justice for All?

**Respectfully, submitted on the 24 day of July of 2020**

_____
Yashei Rosario, President CODESU
Development Socioeconomic Sustainable
Fideicomiso of Vieques, CODESU, Inc,
vieques.codesu@gmail.com
(787) 903-3233

FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS. - 16