UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## ORDER SCHEDULING BRIEFING OF MOTION TO LIFT STAY (DOCKET ENTRY NO. 13597)

    The Court has received and reviewed the *Motion of Stay Relief Based on Modern Legal Genocide* (Docket Entry No. 13597 in 17-3283, the "Motion"), filed by Yashei Rosario (the "Movant"). Opposition papers to the Motion must be filed by **Thursday, July 23, 2020**. Movant's reply papers must be filed by **Thursday, July 30, 2020**. The Court will deem the date hereof as the date of the commencement of the thirty-day period imposed by section 362(e) of the Bankruptcy Code, to the extent such period is applicable. The Court will thereafter take the

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

PROMESA TITTLE III COURT　　　DISTRICT OF　　　PUERTO RICO

Yashei Rosario; DESCO VIEQUES

V.

Financial Oversight Management

**EXHIBIT AND WITNESS LIST**

Case Number: 3:17-BK-3283 (LTS-13597

| PRESIDING JUDGE<br>Hon. Layra Taylor Swain | PLAINTIFF'S ATTORNEY<br>Yashei Rosario | DEFENDANT'S ATTORNEY<br>Financial Oversight Management |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 14 | | 6/24/2020 | | | IRREPARABLE DAMAGES TO FELICITA GARCIA |
| 15 | | 6/24/2020 | | | IRREPARABLE DEATH-GREGORIO GARCIA HORRIFYING DEATH |
| 16 | | 6/24/2020 | | | PICTURES CEIBA PORT PREMISES |
| 17 | | 6/24/2020 | | | CD VIDEOS OF THE IRREPARABLE EMOTIONAL DAMAGES |
| 18 | | 7/24/2020 | | | FEMA $39.5 Million Disappearance |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

1 Yashei Rosario, Federal Law Student Litigating,
2 For Development Socioeconomic Sustainable
   Fideicomiso of Vieques, CODESU, Inc.
3 HC 2 Box 12914 Vieques, PR 00765
   (787) 903-3233
4 vieques.codesu@gmail.com

## UNITED STATES COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YASHEI ROSARIO, PRESIDENT CODESU & DEVELOPMENT SOCIOECONOMIC SUSTAINABLE FIDEICOMISO OF VIEQUES, CODESU, INC.<br><br>Plaintiff,<br><br>vs.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>AS REPRESENTATIVE OF<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtors | Case No.: 20-CV-1307<br><br>FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS. |

## MOTION TO ACCEPT EXHIBIT #14, 15: MODERN LEGAL GENOCIDE
### NATIVE VIEQUENSE & VETERAN DIE AT THE CEIBA PORT TERMINAL

September 5, 2020: **Gregorio García**, a 61 years old man had a heart attack at the Ferry Port Terminal, without any Medical Installation not even a <u>stretcher</u> in the facility, very far away from the urban area of Ceiba, in the middle or nowhere unreachable, should it have a Medical Room for emergencies.



1. **Gregorio García** did not deserve to die all urinated and on poo poo in his pants, trembling scared while he was resuscitated several times in an incomplete Ferry Terminal. The Ambulance arrived an hour later.
2. The Elderlies crawling with the walkers as his mother fall and got hurt, and then the ATM began to build rush "La Acera in concrete"... the sidewalk in concrete because an 84 years old fall on the ground and got hurt.

FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS. - 1



3. A couple of months later her son **Gregorio García** dies horribly and all the elderlies watching his terrifying death because the heartless Ricardo Rossello and Carlos Johnny Mendez wanted the credit that they inaugurate the Short Route from Ceiba to Vieques regardless the cost while the elderlies were crawling pushing their walkers in the mud. What a Festival for the politicians ignoring the cry of the elderlies right behind their smiling faces.

4. **Exhibit #1** : May 2, 2019: Felicita García, fall on the ground while we the community leaders struggled, begging for the ATM to close that sidewalk and THEY DO NOTHING as Rosario was crying out for the 50's Plus, the ill and the ATM Employees do nothing until Gregorio's mother fall and got severe injuries... CD Videos will be provided because the ATM Employees fault or Ricardo Rossello and Johnny Mendez's political venture sacrificing the Viequense's Elderlies in which Felicita did not lost her teeth on the fall but lost horribly her son trembling facing death in such a scary moment designed by the Governor and the President of the House.



5. The Cowboys in Texas have more respect for the cattle than the Commonwealth's Politician for We the People of Vieques. Are we considered Human? Are we entitle to some of the Freedom that We the People of Vieques helped the United States to defend and protect? Are we part of the land of the Free? Do we have Rights? Are we excluded of the Bill of Rights?

REMEDY

VIEQUES TERRITORIAL PLEBISCITE

SEPTEMBER 27, 2020

FIRST CIRCUIT OF BOSTON CASE 18-1782: MODERN LEGAL GENOCIDE. REMEDY: ORDER OF COURT FOR THE ELECTORAL COMMISSION OF PUERTO RICO, FOR THE VIEQUES TERRITORIAL PLEBISCITE PROCEEDINGS, ON SEPTEMBER 27, 2020. PROMESA TITTLE III STAY CAN NOT DENY NOR INTERFERE WITH THE VOTING RIGHTS. PLAINTIFFS ARE NOT CREDITORS NOR A COLLECTION AGENCY, NEITHER DEMANDING FOR MONEY AND THE CASE ARISE OUT OF PROMESA FOR AS LONG THE PLAINTIFFS PAID FOR THE PROCEEDINGS. - 2



Exhibit #14

Noticias · Policía y Tribunales

# Anciana perdió hasta los dientes tras caerse en Terminal de Ceiba

La octogenaria recibió golpes en rodilla, hombro y rostro también.



García confirmó la excelente asistencia del personal de DTOP, sobre todo de Pimentel y Brunilda Guerra, esta última la acompañó al hospital y estuvo hasta el final del chequeo. (Suministrada)

**Nota de archivo:** esta historia fue publicada hace más de *1 año*.

Por **Cesiach López Maldonado**
2 de mayo de 2019 · 5:49pm

El pasado jueves, Felicita García, de 84 años de edad, sufrió una caída mientras caminaba por el Terminal de Lanchas de Ceiba hacia un vehículo que la llevaría a una cita médica.

"Fue horrible. Ya había caminado el tramo largo que está como en cemento fresco y estaba cerca de llegar al área de los carros públicos porque había un carro de

Transita esperándome para llevarme a mi endocrinólogo en Fajardo. Fue entonces cuando tropecé y caí al piso de lado", relató la residente de Vieques.

La octogenaria recibió golpes en rodilla, hombro y rostro y hasta perdió cuatro dientes en el incidente.

"Me trasladaron al Hospital HIMA San Pablo de Fajardo y los estudios reflejaron una fractura en el hombro. También perdí cuatro dientes que eran implantes, me duele la cara, la rodilla y todo el lado derecho del cuerpo. Estoy muy adolorida", dijo la afectada, quien asegura que empleados del hospital le comentaron que varias personas han sido trasladadas a la entidad por accidentes en el Terminal de Lanchas de Ceiba.

Primera Hora buscó reacciones al incidente y, Ana Pimentel, la supervisora del Departamento de Transportación y Obras Públicas (DTOP) que se encontraba de turno, nos indicó que el suceso fue atendido con rapidez y que se le brindó la asistencia necesaria a la accidentada.

"Le dije que porqué no solicitó la ayuda para ir a recogerla porque se nos dio un carrito de golf para ayudar a personas que no puedan caminar", sostuvo Pimentel, quien añadió que "en rampa siempre hay un guardia de seguridad, las personas que tengan problemas tienen que decirle lo que necesitan y este se comunica con un supervisor para ir con el carrito a recogerlos y traerlos al frente. Si es que necesitan ayuda con los paquetes, le enviamos personal que le ayuden.

"Siempre hay una queja general porque no saben que tenemos ese servicio y es que no tenemos suficientes carritos para todos, pero el que de verdad lo necesite puede solicitarlo", informó la supervisora de DTOP.

Por su parte, García confirmó la excelente asistencia del personal de DTOP, sobre todo de Pimentel y Brunilda Guerra, esta última la acompañó al hospital y estuvo hasta el final del chequeo. No obstante, doña Felicita alegó desconocer que podía solicitar ayuda para su transportación en el terminal y responsabilizó a ATM de su accidente.

"Una de las empleadas me hizo el comentario, yo desconocía que había ese servicio pero el deber de ellos es darlo y no sucedió así. Hace tiempo que venimos

protestando por la distancia que caminamos y lo peligroso de coger un carro. Desafortunadamente me ocurrió a mí. Definitivamente ese servicio se comenzó sin tener nada de facilidades, en este momento ni si quiera baños hay uno no está en contra del proceso pero no puede ser para maltratar a los usuarios. Esto es un trato injusto", concluyó la afectada.

https://www.notiuno.com/noticias/seguridad-y-justicia/muere-hombre-en-terminal-de-lanchas-de-ceiba/article_58dd1780-cfc7-11e9-937a-6f81f94980d7.html

# Muere hombre en terminal de lanchas de Ceiba

Esperó por más de una hora por ayuda médica

NotiUno.com

Sep 5, 2019



Foto de archivo

De luto, así esta la isla municipio de Vieques tras la inesperada muerte del ciudadano Gregorio García, quien sufrió un percanse de salud mientras espera por el transporte marítimo en el terminal de lanchas de Ceiba y en espera por ayuda médica por casi una hora. Ciudadanos denunciaron la situación por las redes sociales, mientras entrevistado por NotiUno 630, el líder viequense Ismael Guadalupe, lamentó los hechos.

Entrevistado por NotiUno, el comisionado de Emergencias Médicas, Guillermo Torruellas, informó que iniciaron una investigación de los protocolos seguidos.

7/14/2020　Case:17-03283-LTS　Doc#:13864-1　Filed:07/24/20　Entered:07/28/20 14:10:57　Desc: Muere hombre en terminal de lanchas de Ceiba | Seguridad y Justicia | notiuno.com
Exhibits 14　15　16 and 18　Page 9 of 13

Exhibit #15

Entrevistado por NotiUno, el comisionado de Emergencias Médicas, Guillermo Torruellas, informó que iniciaron una investigación de los protocolos seguidos.

Torruellas detalló que pues tras reportarse la emergencia no se activó la ayuda del estado, y si la del municipio de Ceiba.




NotiUno 630
Muere hombre en terminal de lanchas de Ceiba

SOUNDCLOUD
Share

1:52

Cookie policy

32

Exhibit #16



↩ Reply all | ⌄   🗑 Delete   ⊘ Junk   Block   ⋯                    *Exhibit #18*

# (No subject)

ⓘ   Label: 30 days Delete CPC mailbox (30 days) Expires: Sun 8/23/2020 9:26 AM

**Y**   **yashei.rosario@yahoo.com**                              👍   ↩   ↩   →   ⋯
Fri 7/24/2020 9:26 AM
To: ods06648cpc

MOTION TO FILE EXHIBIT #18 ON COVID 19 HIGH RISK FOR VIEQUES

Respectfully, to the Honorable Court, it is imperative to acknowledge another MODERN LEGAL GENOCIDE ACT AGAINST VIEQUES... FEMA grant Vieques $39.9 millions to Vieques because the Hospital was demolished by Hurricane Maria and the Commonwealth's politicians hold back the Assistance for another political indecent scam...

Your honor Please read the news report about a 13 years old lost her life 2 years later while the Community beg Fema to rush and after the young girl death... they came to Vieques and make so many promises BUT THEY HAVE TO FOLLOW THE COMMONWEALTH' POLITICIANS best desires for Vieques and they said in the Town meeting that in 4 Years they will begin the construction...

Look at the date on the News Report and suddenly COVID 19, putting our Community at HIGH RISK CORONAVIRUS WITHOUT A HOSPITAL... The Community accepted the challenge and prepared the Town Refuge as a Dispensary and since Hurricane Maria that is all Vieques has for Medical Necessities...

At today, the $39.5 million disappeared too and we are facing COVID 19, as a HIGH RISK CORONAVIRUS 911 COMMUNITY BUT WHO CARES BUT GOD and probably you'll Grant Vieques Island the opportunity to life, liberty,and the PURSUIT of Happiness by ourselves...

We have present you the best the Commonwealth of Puerto Rico have done for Vieques... Thanks

[Sent from Yahoo Mail on Android](#)

**Reply**   |   **Forward**

*Exhibit #18*

*IRREPARABLE DAMAGE*



A memorial to Jaideliz Moreno Ventura. Courtesy of Marion Fischer
Jan. 21, 2020, 6:30 PM -04 / Updated Jan. 21, 2020, 6:36 PM -04
By Nicole Acevedo and Gabe Gutierrez

The Federal Emergency Management Agency approved $39.5 million in funds to help Vieques, Puerto Rico, rebuild its only hospital, nearly three years after it was destroyed by Hurricane Maria.

Even though the Susana Centeno community health center historically lacked a formal "hospital" designation, it housed the small island's clinic for veterans, as well as the only labor and delivery room in Vieques, located about seven miles off Puerto Rico's eastern coast.

The announcement comes nearly two weeks after Jaideliz Moreno Ventura, 13, died after lacking proper medical equipment and facilities in Vieques, where she lived, to treat flu-like symptoms.

Even though FEMA did not acknowledge her death in its statement Tuesday afternoon, José Miguel Ventura, Jaideliz's cousin, told NBC News he was happy to hear that her death was having an impact.

"It's very good news," he said. "But this government is so corrupt, it can be hard to know what they'll use the money for."

"Money seems to disappear here," Ventura added.

Rep. Nydia Velázquez, D-N.Y., and several other lawmakers have been pressing FEMA for months to release aid for Vieques to rebuild its hospital.

Irreparable Damage



The Susan Centeno community health center in Vieques, Puerto Rico, has been closed since it was destroyed by Hurricane Maria in 2017. Xavier Garcia / Bloomberg via Getty Images file

"It is tragic that this funding was not released until after we lost one young life due to inadequate medical service on Vieques. I'll continue watching to see that this project moves forward quickly," Velázquez told NBC News in a statement.