8 de julio de 2020

Prime Clerk

Yo, CARMEN M. CONDE ARES LES ESTOY ENVIANDO EVIDENCIA PARA SUSTENTAR MI RECLAMO **167937**:

Aquí les envío una evidencia desde que comencé a trabajar para el Departamento de Educación en Puerto Rico por 37 años.

Estuve transitoria por 6 ½ años, ya que no era considerada para una plaza permanente, aún teniendo los exámenes de OCAP aprobados.

Solicité en varias ocasiones y me fueron denegados, los intentos por una reclasificación a la plaza que ocupaba, esto debido a que con mi plaza de Oficinista Mecanógrafa (Dactilógrafo II) estaba realizando las funciones de una Secretaria Administrativa.

Luego 1984 por fin me otorgaron permanencia. En 1996 ya era Ofic. Dact. III, sin embargo en 1997 cuando supuestamente realizaron una reclasificación de puestos me bajan a II, para luego cuando alegué me volvieron a subir a III, Lo consideré un atropello hacia mi persona como empleada comprometida con la agencia.

Tuve aumentos de sueldo, los que por Ley me correspondían, no por reclasificaciones que me otorgaran, sino derechos adquiridos (Convenio Colectivo).

En el 2009 me enviaron una Certificación de Antigüedad en la agencia.

En el 2013 cuando solicito el retiro por años de servicio, me falta un (1) año para tener los 30 años completos y yo necesitaba estar completa, pues de lo contrario el por ciento que me adjudicarían sería de 60%, y peligraba el derecho al Plan Médico, procedí hacer las gestiones para comprar el año que me faltaba y para sorpresa mía el año por el cual debía pagar $654.65, a mí me ha costado $13,616.86, que todavía lo estoy pagando.

De acuerdo al por ciento otorgado, mi pensión salió de $1,448.25.

Yo fui partícipe de una demanda incoada en el Tribunal de Primera Instancia EPA V. ACEVEDO VILA Y OTROS, PERO NO CUALIFIQUE PARA RECIBIR BENEFICIOS.

Los documentos (certificaciones) del Sistema de Retiro y del Departamento de Educación no los he podido sacar porque dichas agencias permanecen cerradas a consecuencia de la Pandemia del Covid 19.

Gracias por su atención al respecto.

*Carmen M. Conde Ares*
CARMEN M. CONDE ARES
787-438-8064

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br> como representante de <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*, <br><br> Deudores.[1] | PROMESA, <br> Título III <br><br> Núm. 17 BK 3283-LTS <br><br> (Administrada Conjuntamente) <br><br> **La presente radicación guarda relación con el ELA, la ACT y el SRE.** |

## RÉPLICA DE LA DEMANDANTE A LA CENTÉSIMA QUINCUAGÉSIMA NOVENA OBJECIÓN GLOBAL

**Introducciones**

1. Solo debe cumplimentar y radicar el presente formulario de réplica si su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico, o si su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada. Si su reclamo no surge de empleo actual o anterior en el Gobierno de Puerto Rico o si su reclamo no guarda relación con una acción judicial pendiente de resolución o finalizada, su réplica debe ser radicada de conformidad con los procedimientos detallados en las páginas 3 a 4 de la Notificación que acompaña a la Centésima quincuagésima novena objeción global.

2. Rogamos radique formularios de réplica separados por cada evidencia de reclamo a la que los Deudores se hayan opuesto. No radique un único formulario de réplica que aborde más de una evidencia de reclamo.

3. Rogamos conteste a todas las preguntas y a cada una de las subpreguntas aplicables.

4. Incluya tantos detalles como pueda en sus réplicas.
    a. **Sus respuestas deben proporcionar más información que la contenida en la evidencia de reclamos inicial.** Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamo,

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19-BK-5532-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamo.

    b. Si está disponible y se aplica a su reclamo, rogamos proporcione, asimismo, lo siguiente:
- Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
- Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
- Notificación por escrito de la intención de radicar un reclamo acompañada de un comprobante de envío; y
- Toda la documentación que a su criterio justifica su reclamo.

5. Si no dispone de una copia de su reclamo, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción global a su reclamo.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

   ☐ **Nombre:** Carmen M. Conde Ares

   ☐ **Dirección:** HC 20 Box 26282 -San Lorenzo, P.R. 00754

   ☐ **Número de teléfono:** 787-438-8064

   ☐ **Dirección de correo electrónico:** condeac@de.pr.gov

2. Número de su evidencia de reclamos: 167937

3. Los Deudores se han opuesto a su Evidencia de reclamos porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamo. Marque la casilla con la que guarde relación su Evidencia de reclamos y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamo. Adjunte páginas adicionales si fuera necesario.

   ☑ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

   ☑ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico
   Departamento de Educación de Puerto Rico

2

Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamo.

4. ¿Cuál es el monto de su reclamo (cuánto alega que se le adeuda)?:

   100,000

5. **Empleo**. ¿Su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?

   ☐ No. *Siga con la Pregunta 6.*

   ☑ Sí. **Responda a las Preguntas 5(a) a (d).**

   5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:

   Departamento de Educación de Puerto Rico

   5(b). Indique las fechas de su empleo relativo con su reclamo:

   1976 - 2013

   5(c). Últimos cuatro dígitos de su número del Seguridad Social: 3739

   5(d). ¿Cuál es la naturaleza de sus reclamos relativos al empleo (marque todas las casillas aplicables)?:

   ☑ Pensión
   ☑ Salarios no pagados
   ☐ Días de licencia por enfermedad
   ☐ Quejas con sindicado
   ☑ Vacaciones
   ☐ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

   Paso por mérito

6. **Acción judicial.** ¿Su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada?

   ☐ No.
   ☑ Sí. **Responda a las Preguntas 6(a) a (f).**

   6(a). Indique el departamento o la agencia que sean parte en la acción.
   Departamento de Educación de Puerto Rico

   6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.

3

_____ 6(c).

Número del caso: __167937__

6(d). Título, epígrafe o nombre del caso: _Bomesa Proof of Claim_

6(e). Estado del caso (pendiente de resolución, apelado o finalizado):
_Pendiente de Resolución_

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí / No (rodee la opción que proceda)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?

_____

**FIRME ABAJO SU RÉPLICA**

_Carmen M. Conde Ares_
**Firma**

_Carmen M. Conde Ares_
**Deletree su nombre**

_20/julio/2020_
**Fecha**

4