**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| CONDE ARES, CARMEN M | 167937 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|--------------------------------|
| CONDE ARES, CARMEN M | 167937 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCION PUBLICA
HATO REY, PUERTO RICO

EMPLEADOS EXENTOS TRANSITORIOS A VIRTUD DE LAS DISPOSICIONES
DE LA SECCION 7 DE LA LEY NUMERO 57 DEL 19 DE JUNIO DE 1958

Carmen M. Conde Ares                    Oficinista Dactilógrafo I
Nombre del empleado                     Título de clasificación del puesto

Tit. X Ley 93-567 Proy. Serv. Clericales a    Desde 1/30/76      Hasta 12/31/76
Título del Proyecto y Ley que lo autoriza Esc.         Duración del puesto

00-210-81-31-06                         Func. de Escuelas - San Lorenzo
Cifra de Cuenta                                  División

Estimad a   señor a Conde              :

    El nombramiento que se le ha extendido como empleado transitorio es para atender
necesidades de personal del proyecto arriba indicado, las cuales no pueden atenderse
con personal regular.  La duración puede ser de un mes hasta un máximo de tres años.
Su nombramiento terminará en o antes de la fecha que se indica en el mismo, conforme
a las necesidades del servicio.  Este tipo de nombramiento no le permite ser partici-
pante del Sistema de Retiro de los Empleados del Gobierno de Puerto Rico y sus instru-
mentalidades.

    Su nombramiento en este puesto exento no le da derecho a nombramiento en un puesto
regular una vez terminen sus servicios.  Sin embargo, usted tiene derecho a competir
para ocupar puestos regulares en el Gobierno Estatal, en igualdad de condiciones con
otros candidatos, mediante la aprobación de los exámenes que ofrece la Oficina de Per-
sonal.

2/25/76                           _Wilson Bailot de Zayas_
                                  Firma del Jefe, de la autoridad nominadora o su
                                  representante autorizado

    Certifico que he leído la presente notificación y que acepto los términos y condiciones
del nombramiento que se me ha extendido.

4/3/76                            _Carmen M. Conde_
Fecha                             Firma del empleado

San Lorenzo, Puerto Rico
a 29 de marzo de 1983

Sr. Frank E. Dobek
Director División de
Personal Clasificado
Departamento de Instrucción Pública
Apartado 759
Hato Rey, Puerto Rico  00919

Estimado señor Dobek:

Estoy solicitando de usted una revisión y reclasificación
de mi plaza de Oficinista Dactilógrafo II.

Comencé a trabajar el 30 de enero de 1976 como Dactilógrafo
I y estuve en esa posición hasta el 30 de junio de 1977, cuando
cesó el contrato.  Del año 1977 - 78 trabajé en la empresa
privada.  Regresé a trabajar a la Oficina del Superintendente
de Escuelas el 31 de enero de 1980 desempeñándome como
Oficinista Dactilógrafo II y continúo en esa posición.

En el distrito van a surgir unas plazas regulares
(Permanentes) de Dactilógrafo II, para la cual ya he tomado el
examen, y por lo tanto, solicito de usted la revisión y
reclasificación de mi actual plaza de Oficinista Dactilógrafo II.

Esperando tome mi petición en consideración y agradeciendo
su intervención en mi caso.  Queda de usted,

Muy atentamente,

Carmen M. Conde Ares
Carmen M. Conde Ares
Oficinista Dactilógrafo II
Ofic. Supte. de Escuelas
San Lorenzo, Puerto Rico

Clasificación
Rec. ABR. 0 7 1983

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA

HATO REY, PUERTO RICO

276-EV:blv

OFICINA DE LA
SECRETARIA DE INSTRUCCIÓN PÚBLICA

25 de abril de 1983

Sra. María S. Santa Calderón
Gerente Escolar
Distrito Escolar San Lorenzo
San Lorenzo, Puerto Rico   00754

Estimada señora Santa:

Me refiero a la comunicación recibida en nuestra Oficina enviada
por la señora Carmen M. Conde Ares, Oficinista Dactilógrafo II, en su
Distrito Escolar, en la cual solicita la reclasificación de su puesto
transitorio número 23804, Capítulo I.

En relación a su solicitud deseo informarle que usted, como
Gerente Escolar, es la persona indicada para solicitar dicha reclasi-
ficación. Esta petición tiene que ser dirigida al programa para
aprobación de fondos.

De usted esta de acuerdo con la petición hecha por la incumbente
del puesto, favor solicitarlo a la señora Esther Pedroza, Directora
Programa Capítulo I. Le envió copia de la comunicación enviada por
la señora Conde.

Nos reiteramos a sus órdenes. Queda de usted,

Cordialmente,

Evelyn Vicente, Directora Interina
División de Clasificación y Retribución

Anejo

El Departamento de Instrucción Pública no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas
políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

a 2 de mayo de 1983

Sra. Gloria E. Aponte
Superintendente de Escuelas
San Lorenzo, Puerto Rico

Estimada señora Aponte:

Estoy sometiéndole en el día de hoy petición que sometiera
la Sra. Carmen M. Conde Ares, Oficinista Dactilógrafa II
Capítulo 1, en la cual solicita la reclasificación de su puesto
#23804.

La orienté respecto a las plazas transitorias de Capítulo 1.
Sin embargo como hoy usted está negociando el presupuesto, le
someto la petición de manera que de ser posible se considere un
aumento en sueldo para esta plaza y la plaza de Funcionario
Ejecutivo I que había solicitado aumento en sueldo.

No había sometido esta petición anteriormente pues no
tenía conocimiento que hoy se discutiera el presupuesto.

Solicito se consideren las siguientes peticiones de
aumento en sueldo por aumento en la labor a realizar, costo de
vida y no han tenido aumento desde que empezaron a trabajar
del siguiente personal:

1. Carmen M. Donde Ares - Ofic. Dact. II
2. Margarita Del Valle - Ofic. Dact. I
3. Héctor M. Dávila - Funcionario Ejecutivo I

Cualquier acción al respecto solicito se me comunique.

Saludos.

Cordialmente,


María S. Santa de Arroyo
Gerente Escolar

OCAP-1
Rev. 10/78

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

**INFORME DE CAMBIO**

1. Número del Cambio
   ð

2. Número de Seguro Social del Empleado
   3739

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm. 23804 | Puesto Núm. 15337 |
| 3. Nombre del Empleado | Carmen M. Conde Ares | |
| 4. Estado Civil | | |
| 5. Departamento o Agencia | Instrucción | |
| 6. División | Capítulo I ECIA | Func. de Escuelas |
| 7. Unidad o Sección | Proyecto 12 | Ens. Elem. y Secund |
| 8. Ubicación geográfica del puesto | Dist. Esc. San Lorenzo | San Lorenzo |
| 9. Categoría del Empleado | | de carrera |
| 10. Status del Empleado | Trans h. en o antes 7/31/84 | Regular |
| 11. Título de Clasificación | Ofic. Dact. II | Ofic. Dact. II |
| 12. Sueldo | $476.00 | $476.00 |
| 12a. Diferencial | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | No Cotiza | 7% |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Otros Descuentos | | |
| 20. Fecha de Efectividad | | 16 de julio 1984 |

| | | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21. | SÍMBOLOS DE CONTABILIDAD | 06 | 294 | 81 | 02 | 75 | | | 84 | | 83 | 5 | | | |

22. Indique si se trata de: ☐ Ascenso   ☐ Cambio de Categoría   ☐ Cambio de Status   ☐ Ascenso o Traslado Transitorio
☐ Descenso   ☐ Reclasificación   ☐ Reinstalación   ☐ Reubicación   ☐ Traslado   ☒ Nuevo Nombramiento   ☐ Aumento de Sueldo

23. En caso de cambio a otra agencia indique — Licencia a acreditarse:   Compensatorio _____ días.
Licencia Enfermedad _____ días.   Concedida _____ días.   Licencia Regular _____ días.   Concedida _____ días.

| | Fecha de Separación (Último día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Suspensión de Empleo y Sueldo:   Duración:   De _____ A _____

29. Muerte:   Último día
Fecha _____ Hora _____ de pago: _____   Participante de Retiro ☐ Sí ☐ No

30. Clase de Licencia:   ☐ Para estudio   ☐ Especial con paga   ☐ Maternidad
☐ Militar sin Sueldo   ☐ Sin Sueldo
Duración: _____ DE _____ A _____

31. Comentarios y Explicaciones (si necesita más espacio use el dorso)   Adjunto documento de nombramiento transitorio, se le acredita el tiempo transitor avance en sustitución del período probatorio que se le requiere.

32. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm. 1456
Si el cambio es a otro puesto, indique el nombre del anterior incumbente:   Margarita Claudio

33. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí:

35. Aprobado por: _____ Dir. _____
il julio

Jefe de la Agencia o su Representante Autorizado

34. Firma del empleado en casos que fuere necesario
_____

**PARA USO EXCLUSIVO DE LA OCAP**

Revisado o Aprobado por: _____   Fecha: _____

TAG-DIP-T80-84—175/500

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA

HATO REY, PUERTO RICO

276-RRM-ab-clc

OFICINA DE LA
SECRETARIA DE INSTRUCCION PUBLICA

14 de abril de 1987

Sra. Gloria E. Aponte
Superintendente de Escuelas
San Lorenzo, Puerto Rico

Estimada señora Aponte:

Me refiero a su comunicación donde solicita se reclasifique el puesto
número 15337 de Oficinista Dactilógrafo II al nivel IV de esta serie de
clases.

Las reclasificaciones de puestos se hacen al nivel inmediato superior,
en este caso sería a Oficinista Dactilógrafo III.  Lo que determina el
cambio en clasificación es si las funciones asignadas al puesto han evo-
lucionado a un nivel mayor de complejidad y responsabilidad.

Lamento informarle que por limitaciones presupuestarias, en estos momentos
no podemos procesar acciones de personal que conlleven erogación de fondos.
Estamos reteniendo su petición para evaluarla tan pronto lo permita el pre-
supuesto.

Me reitero a sus órdenes.

Cordialmente,

Zayda M. Robles de Delgado
Secretaria Auxiliar de Personal



El Departamento de Instrucción Pública no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas
políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION

NUM. EXPED:

## INFORME DE CAMBIO ESPECIAL

NOMBRE DEL EMPLEADO : GONDE ARES, CARMEN M

SEGURO SOCIAL      : XXX-XX-9734          NUMERO DE CAMBIO   189089

SE NOTIFICA EL SIGUIENTE CAMBIO EN EL SUELDO, A VIRTUD DE LA LEY NUM. 84 DEL 20 DE JULIO DE 1995, QUE ENMIENDA LA LEY DE NORMAS RAZONABLES DEL TRABAJO. ESTE CAMBIO EN SUELDO CUMPLE CON EL SALARIO MINIMO FEDERAL DE $4.75 POR HORA QUE APLICA A LOS EMPLEADOS DEL DEPARTAMENTO DE EDUCACION, EFECTIVO AL 1RO DE OCTUBRE DE 1996.

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. PUESTO | 1603822 | |
| 2. PROGRAMA | ENSENANZA ELEMENTAL Y SECUNDARIA | |
| 3. AREA O DIVISION | | |
| 4. ESCUELA -96501 | [OFICINA DEL SUPERINTENDENTE] | |
| 5. DISTRITO 9003 | JUAN LORENZO | |
| 6. STATUS | IRREGULAR | |
| 7. CLASIFICACION | 10032-OFICINISTA DACT III | |
| 8. NUM. ESCALA | | |
| 9. SUELDO | $   754.00 | $   772.00 |
| 10. DIFERENCIAL | | |
| 11. BONO RETIRO | (9637) | |

CIFRA DE CUENTA :   77-111-081-03-409-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-01-090065-0000

OBSERVACION(ES):

APROBADO (BEFORE)

FECHA                           FIRMA DE LA AUTORIDAD NOMINADORA
                                O SU REPRESENTANTE AUTORIZADO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION

INFORME DE NOMBRAMIENTO Y CAMBIO        ROST-ID:   FN01

CONFORME SE ESTABLECE EN LA LEY NUM. 68 DEL 26 DE AGOSTO DE 1990, SEGUN
ENMENDADA, CONOCIDA COMO "LEY ORGANICA DEL DEPARTAMENTO DE EDUCACION"
ARTICULO 6.01. INCISO 11. AUTORIZA AL SECRETARIO DE EDUCACION A
ADMINISTRAR UN SISTEMA PERSONAL, FUNDAMENTADO EN EL PRINCIPIO DE MERITO,
SE ADOPTA EL PLAN DE CLASIFICACION Y RETRIBUCION AL 1 DE JULIO DE 1997.

EXPED: 32903

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | CONDE ARES, CARMEN M | |
| 2. SEGURO SOCIAL | ▬▬▬-3739 | |
| 3. PUESTO | C03022 | |
| 4. CIFRA DE CUENTA | 96-111-061-09-409-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-01-000065-0000 | |
| 5. STATUS | REGULAR | |
| 6. DURACION | | |
| 7. CLASIFICACION (ANTES) | OFICINISTA DACTILOGRAFO III | |
|    (DESPUES) | OFICINISTA MECANOGRAFO II | |
| 8. NUMERO DE CLASE | 0032 | 11492 |
| 9. SUELDO Y ESCALA | $  772.00  (06) | $  922.00 (03) |
| 10. PROGRAMA | ESCUELA DE COMUNIDAD | |
| 11. DIVISION | | |
| 12. ESCUELA | 96503-OFICINA DEL SUPERINTENDENTE | |
| 13. UBICACION | SAN LORENZO | |
| 14. ACCION | | |
| 15. APORTACION A RETIRO | 6.275 | |
| 16. FECHA DE EFECTIVIDAD | | 1 DE JULIO DE 1997 |
| 17. COMENTARIOS: | | |

RECIBIDO
Depto. de
Educacion

NOV 2 1 1997

Division
Nominas

yaj

RAFAEL SIFONTE RIVERA, DIRECTOR                    19 noviembre 97

PERSONAL CLASIFICADO                               FECHA

31015

# DEPARTAMENTO DE EDUCACIÓN
## GOBIERNO DE PUERTO RICO

OFICINA DEL SECRETARIO

30 DE SEPTIEMBRE DE 1997

CARMEN M CONDE ARES

ESTIMADO (A) SEÑOR (A):

MEDIANTE AUTORIZACION DEL GOBERNADOR DE PUERTO RICO,HON. PEDRO ROSSELLO, EFECTIVO EL 1RO DE JULIO DE 1997 EL DEPARTAMENTO DE EDUCACION IMPLANTO LOS PLANES DE CLASIFICACION Y RETRIBUCION PARA LOS EMPLEADOS NO DOCENTES DE LA AGENCIA. ESTOS PLANES SON DE VITAL IMPORTANCIA A LOS FINES DE PROMOVER UNA SANA ADMINISTRACION PUBLICA RELACIONADA CON EL PRINCIPIO DE MERITO DENTRO DEL AREA DE RECURSOS HUMANOS.

EL PLAN DE RETRIBUCION SE IMPLANTARA POR ETAPAS. CONFORME A NUESTRO RECORD Y SUJETO A LA REVISION DE SU EXPEDIENTE, USTED RECIBIRA UNA RETRIBUCION DE $ 923.00 MENSUAL AL FINALIZAR LA IMPLANTACION DEL PLAN. ADEMAS, SE OTORGARA AL EMPLEADO QUE APLIQUE Y EN LAS RESTANTES ETAPAS, LOS AUMENTOS QUE CORRESPONDAN POR AÑOS DE SERVICIOS. ESTE BENEFICIO RECONOCERA UN (1) PASO A TODO EMPLEADO QUE AL 1 DE JULIO DE 1997 TENGA DE 5 A 15 AÑOS DE SERVICIOS ININTERRUMPIDOS EN EL DEPARTAMENTO DE EDUCACION Y DOS (2) PASOS A LOS QUE TENGAN MAS DE QUINCE (15) AÑOS DE SERVICIOS ININTERRUMPIDOS EN EL DEPARTAMENTO DE EDUCACION. EL TITULO DE LA CLASE DEL PUESTO QUE USTED OCUPA SERA OFICINISTA MECANOGRAFO II

LUEGO DE LA EVALUACION, SURGE QUE EN LA IMPLANTACION DE LA PRIMERA FASE USTED RECIBIRA UNA RETRIBUCION DE $ 922.00 RETROACTIVO AL 1RO DE JULIO DE 1997. EL RESTANTE DE LA RETRIBUCION, SI APLICA, LA RECIBIRA EN LAS SUBSIGUIENTES ETAPAS.

DE NO ESTAR DE ACUERDO CON LO ANTERIOR, LE NOTIFICAMOS QUE TIENE DERECHO A SOLICITAR POR ESCRITO RECONSIDERACION DENTRO DE LOS PROXIMOS DIEZ (10) DIAS LABORABLES CONTADOS A PARTIR DEL RECIBO DE LA PRESENTE COMUNICACION. DICHA RECONSIDERACION DEBERA INCLUIR LOS HECHOS Y DOCUMENTOS EN QUE SE FUNDAMENTA. LA SOLICITUD DEBE ENVIARSE A: SRA. IRMA A. GIMENEZ LOPEZ, SECRETARIA AUXILIAR DE RECURSOS HUMANOS, DEPARTAMENTO DE EDUCACION, PO BOX 190759, SAN JUAN, PUERTO RICO 00919-0759.

CORDIALMENTE,

VICTOR FAJARDO
SECRETARIO

"FORMANDO LA GENERACIÓN DEL FUTURO: NUESTROS NIÑOS PRIMERO"

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 • TEL.: (787) 759-2000, EXTS.: 2404, 4404 • FAX: (787) 250-0275
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

1 de octubre de 1997


Sra. Irma A. Giménez López
Secretaria Auxiliar de Recursos Humanos
Departamento de Educación
P. O. Box 190759
San Juan, Puerto Rico  00919-0759

Respetable señora Giménez:

Reciba un saludo cordial de mi parte.

Conforme a la comunicación escrita recibida el 30 de septiembre de 1997 donde se me indica que recibiré una retribución de $923.00 dólares mensuales al finalizar la implantación del plan.

Además se me señala que el título de la clase del puesto que ocupo será Oficinista Mecanógrafo II y que de no estar de acuerdo con lo anterior. solicite por escrito reconsideración.

Adjunto les incluyo la evidencia a considerarse para se me garantice que no se ha discriminado contra mi persona.

Agradecería me indicaran que criterios se evaluaron en este plan de retribución ya que poseo los requisitos necesarios para el puesto de Oficinista Mecanógrafo III, más años de experiencia y las funciones que ejerzo corresponden al puesto de Oficinista Mecanógrafo III.  (Las funciones que realizo desde 1982, (aún cuando no era permanente) son las de la Secretaria del Superintendente de Escuelas.  En el tiempo de los Gerentes Escolares ejercía como Secretaria del Gerente Escolar y del Superintendente de Escuelas a la vez, y tengo evidencia de todo esto.)

En varias ocasiones se ha solicitado se reclasificara mi puesto, ya que ejerzo funciones como Secretaria de la Superintendente de Escuelas, y siempre obtenía la misma respuesta "que no habían fondos disponibles" para otorgar la reclasificación.

- 2 -

Confío en que se evalúe mi caso y se consideren los méritos que poseo.

Agradeceré su pronta intervención para con mi caso y espero se haga justicia.

Gracias.

Respetuosamente,

Carmen M. Conde Ares
████-3739


Vo.Bo.
Luz Delia Ortiz
Superintendente de Escuelas

# DOCUMENTO DE TRABAJO

Nombre: _CARMEN M. CONDE ARES_

Seguro Social: ████-3739

Clasificación del Puesto: _Ofic. Mecanógrafo III_

Ubicación: _Oficina Superintendente_

Programa: _Regular_

Cifra de Cuenta: _99-111-081-09-409-001-111-001_

| DISTRIBUCION DEL TIEMPO EN % | TAREAS DEL PUESTO | NO ESCRIBA SI | EN ESTE ESPACIO NO |
|---|---|---|---|
| 10% | Pasar a maquinilla cartas, memoriales e informes. | | |
| 5% | Recibir, clasificar y distribuir la correspondencia de la oficina. | | |
| 2% | Preparar a máquinilla formularios de uso común. | | |
| 15% | Preparar en la computadora formularios y demás documen- que son necesarios y requeridos para un mejor y más rápido funcionamiento de la agencia. | | |
| 5% | Llevar calendario de las actividades de su supervisor y mantenerlo informado sobre las mismas. | | |
| 2% | Atender, orientar y referir los visitantes donde corresponda. | | |
| 2% | Recibir, desglosar y distribuir por escuelas los cheques personal docente. | | |
| 2% | Pasar lista de cheques por escuela. | | |
| 5% | Preparar nombramientos tanto de personal docente como clasificado en las escuelas que no hay Oficinista. | | |
| 3% | Cumplimentar verificaciones de empleos, solicitudes de préstamos y documentos del Fondo del Seguro del Estado. | | |
| 3% | Preparar informe de asistencia y otros de rutina que se le solicite. | | |
| 5% | Realizar, atender y canalizar llamadas telfónicas donde corresponda. | | |
| 5% | Hacer uso de máquinas fotocopiadoras para reproducir el material que se le requiera. | | |

Supervisa a (si aplica):

| NOMBRE | SEGURO SOCIAL | NUMERO DE PUESTO |
|---|---|---|
| | | |
| | | |
| | | |

| DISTRIBUCIÓN DEL TIEMPO EN % | TAREAS DEL PUESTO | NO ESCRIBA SÍ | EN ESTE ESPACIO NO |
|---|---|---|---|
| 3% | Recibe, prepara la correspondencia que sale (sellándola) con los sellos correspondientes y lleva un control de los sellos sobrantes en existencia por nominaciones. | | |
| 2% | Organizar y mantener actualizados los récords y archivos de su oficina. | | |
| 4% | Redactar cartas de rutina siguiendo instrucciones específicas. | | |
| 5% | Diseñar, mejorar e implantar procedimientos y formas de trabajo y otras tareas comparables en dificultad y responsabilidad. | | |
| 5% | Manejar una serie de detalles administrativos para personal de más alto rango sujeto a revisión antes de que se tome alguna acción importante. | | |
| 5% | Recibe, revisa y prepara todo documento para la firma del supervisor para detectar y corregir errores ortográficos y gramaticales. | | |
| 2% | Reproducir material para reuniones profesionales. | | |
| 5% | Ofrecer orientaciones sobre el proceso de nombramiento de personal docente y/o clasificado a las Oficinistas Mecanógrafos I, II y III de las escuelas. | | |
| 5% | Preparar comprobantes de pago, obligaciones de fondos, resúmenes de oferta, subastas de transportación, solicitudes de fondos y otras tareas afines con el puesto. | | |

Supervisa a (si aplica):

| NOMBRE | SEGURO SOCIAL | NÚMERO DE PUESTO |
|---|---|---|
| | | |
| | | |
| | | |

Autorización del Empleado: *Carmen M. Conde Ac.*

Autorización del Jefe Inmediato:  Luz Delia Ortiz — Supte. de Escuelas

Observaciones:

Realizo las funciones de Secretaria del Supte. de Escuelas desde el año 1983 en tareas, pero, con el puesto de Ofic. Mecanógrafo III.

Entregar en o antes del 16 de agosto de 1999.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION

NUMERO ESPECIAL
6492                                                                NUM. EXPED:

## INFORME DE CAMBIO ESPECIAL

NOMBRE DEL EMPLEADO : CONDE ARES, CARMEN M

SEGURO SOCIAL          : ███████-3739              NUMERO DE CAMBIO  166805

SE NOTIFICA EL SIGUIENTE CAMBIO EN EL SUELDO, A VIRTUD DE LA LEY
NUM. 84 DEL 20 DE JULIO DE 1995, QUE ENMIENDA LA LEY DE NORMAS RAZONABLES
DEL TRABAJO. ESTE CAMBIO EN SUELDO CUMPLE CON EL SALARIO MINIMO FEDERAL DE
$4.75 POR HORA QUE APLICA A LOS EMPLEADOS DEL DEPARTAMENTO DE EDUCACION,
EFECTIVO AL 1RO DE OCTUBRE DE 1996.

|  | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. PUESTO | IC03822 |  |
| 2. PROGRAMA | IENS.ELEMENTAL Y SECUNDARIA I |  |
| 3. AREA O DIVISION I |  |  |
| 4. ESCUELA -96503 | IOFICINA DEL SUPERINTENDENTEI |  |
| 5. DISTRITO -069 | ISAN LORENZO |  |
| 6. STATUS | IREGULAR |  |
| 7. CLASIFICACION | I0032-UFICINISTA DACT III |  |
| 8. NUM. ESCALA | I |  |
| 9. SUELDO | I$   759.00 | I$   772.00 |
| 10. DIFERENCIAL | I |  |
| 11. DESC. RETIRO | I60.275 |  |

CIFRA DE CUENTA :   97-111-004-03-409-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-01-000069-0000

OBSERVACIONES:

RAFAEL SIFONTE

FECHA                                    FIRMA DE LA AUTORIDAD NOMINADORA
                                         O SU REPRESENTANTE AUTORIZADO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION

### INFORME DE NOMBRAMIENTO Y CAMBIO          ROST-ID:   FN01

CONFORME SE ESTABLECE EN LA LEY NUM. 68 DEL 28 DE AGOSTO DE 1990, SEGUN
ENMENDADA, CONOCIDA COMO "LEY ORGANICA DEL DEPARTAMENTO DE EDUCACION"
ARTICULO 6.01. INCISO 11. AUTORIZA AL SECRETARIO DE EDUCACION A
ADMINISTRAR UN SISTEMA PERSONAL, FUNDAMENTADO EN EL PRINCIPIO DE MERITO.
SE LE CONCEDE AUMENTO DE SUELDO, CONFORME A LA APLICACION DE LA SEGUNDA
ETAPA DEL PLAN DE CLASIFICACION Y RETRIBUCION EFECTIVO AL 1 DE JULIO DE
1998.

EXPED:   32903              ANTES DEL CAMBIO              DESPUES DEL CAMBIO

| | | |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | CONDE ARES, CARMEN R | |
| 2. SEGURO SOCIAL | ████-3739 | |
| 3. PUESTO | C03822 | |
| 4. CIFRA DE CUENTA | 98-111-081-09-409-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-01-000065-0000 | |
| 5. STATUS | REGULAR | |
| 6. DURACION | | |
| 7. CLASIFICACION | OFICINISTA MECANOGRAFO III | |
| 8. NUMERO DE CLASE | 11403 | |
| 9. SUELDO Y ESCALA | $ 922.00 | $ 969.00 (04) |
| 10. PROGRAMA | ESCUELA DE COMUNIDAD | |
| 11. DIVISION | | |
| 12. ESCUELA | 96503-OFICINA DEL SUPERINTENDENTE | |
| 13. UBICACION | SAN LORENZO | |
| 14. ACCION | | |
| 15. APORTACION A RETIRO | 8.275 | |
| 16. FECHA DE EFECTIVIDAD | | 1 DE JULIO DE 1998 |

17. COMENTARIOS:

_Rafael Sifonte_   16

RAFAEL SIFONTE RIVERA, DIRECTOR

PERSONAL CLASIFICADO                          FECHA

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION

## INFORME DE NOMBRAMIENTO Y CAMBIO

CONFORME SE ESTABLECE EN LA LEY NUM. 149 DEL 15 DE JULIO DE 1999,
CONOCIDA COMO "LEY ORGANICA DEL DEPARTAMENTO DE EDUCACION"
ARTICULO 5.14, AUTORIZA AL SECRETARIO DE EDUCACION A ADMINISTRAR
UN SISTEMA PERSONAL, FUNDAMENTADO EN EL PRINCIPIO DE MERITO,
SE LE CONCEDE AUMENTO DE SUELDO CONFORME A LA APLICACION DE LA
ETAPA FINAL DEL PLAN DE CLASIFICACION Y RETRIBUCION EFECTIVO AL
1 DE JULIO DE 2000.

EXPED: 32903                                          ROST-ID:   FN01

|  | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | CONDE ARES, CARMEN A |  |
| 2. SEGURO SOCIAL | ███████-3739 |  |
| 3. PUESTO | C03822 |  |
| 4. CIFRA DE CUENTA | 81110-00100-2001-11100-0010000-1005 |  |
| 5. STATUS | REGULAR |  |
| 6. DURACION |  |  |
| 7. CLASIFICACION | OFICINISTA MECANOGRAFO III |  |
| 8. NUMERO DE CLASE | 11403 |  |
| 9. SUELDO Y ESCALA | $ 1,069.00 | $ 1,190.00 (04) |
| 10. PROGRAMA |  |  |
| 11. DIVISION |  |  |
| 12. ESCUELA/UBICACION | 96503-OFICINA DEL SUPERINTENDENTE |  |
| 13. DISTRITO | SAN LORENZO |  |
| 14. ACCION |  | PASO(S) |
| 15. APORTACION A RETIRO |  |  |
| 16. FECHA DE EFECTIVIDAD |  | 1 DE JULIO DE 2000 |

17. COMENTARIOS:

SE CONCEDE DOS (2) PASOS POR AÑOS DE SERVICIOS

RAFAEL SIFONTE RIVERA, DIRECTOR                    25 DE SEPTIEMBRE DE 2000

PERSONAL NO DOCENTE                                FECHA

8103065
8106596503

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*

**DEPARTAMENTO DE EDUCACIÓN**

Región – Distrito: Humacao San Lorenzo
Escuela: Oficina Del Superintendente



Luis G. Fortuño
Gobernador

Carlos Chardón
Secretario

22 de abril de 2009

A:  CONDE ARES,CARMEN M

## CERTIFICACIÓN DE FECHA DE ANTIGÜEDAD EN LA AGENCIA

Surge de los récords de esta Agencia que CONDE ARES,CARMEN M cuyo número de empleado es 47109, y que ocupa el puesto *OFICINISTA MECANOGRAFO III,* tiene una fecha de ingreso al servicio público de *1/30/1976* con una antigüedad total de *33* años *2* meses *0* días (la antigüedad total será la suma de todos los periodos trabajados en el servicio público según lo establecido en la Ley Núm. 7 de 9 de marzo de 2009 y la Carta Circular 2009-02 emitida por la Junta de Reestructuración y Estabilización Fiscal el 3 de abril de 2009)

En la eventualidad de que usted no esté de acuerdo con la antigüedad certificada, tiene derecho a presentar en la Oficina de Recursos Humanos de la Agencia un Formulario de Impugnación de Fecha de Antigüedad Notificada mediante la cual acompañará aquella evidencia documental oficial emitida por la autoridad o entidad gubernamental competente ("evidencia documental fehaciente") que sostenga su posición. Asimismo, tendrá derecho a exponer y fundamentar en dicho Formulario su versión en torno a la antigüedad alegada.

El término para que someta el Formulario de Impugnación de Fecha de Antigüedad y la evidencia documental oficial es de treinta (30) días calendario, a partir de la notificación de la presente.  La fecha de notificación es la de la entrega, o de la fecha de envío por correo certificado con acuse de recibo de esta Certificación, según sea el caso.

De no presentar evidencia documental fehaciente, o no refutar dentro del término de treinta (30) días, la antigüedad aquí notificada, ésta será concluyente.

En caso de que presente, dentro del término de treinta (30) días el Formulario con evidencia fehaciente que controvierta la antigüedad notificada, la Agencia no tomará determinación final sobre la antigüedad sin antes darle oportunidad de tener una vista previa.

Atentamente,

Carlos Chardón
Secretario

Departamento de Educación
P.O. Box 190759 San Juan, Puerto Rico 00919-0759

**DESCRIPCIÓN DEL PUESTO (DE-16)**

Rev. 11/05

NO ESCRIBA EN ESTE ESPACIO

| 1. DEPARTAMENTO | 4. APELLIDO PATERNO | MATERNO (O DEL ESPOSO) | NOMBRE |
|---|---|---|---|
| EDUCACIÓN | CONDE | ARES | CARMEN M. |

| 2. PROGRAMA | 5. NÚMERO DE SEGURO SOCIAL | 5a. NÚMERO DE PUESTO |
|---|---|---|
| SCHOOLWIDE | XXX-XX-3739 | C03822 |

| 3. SITIO DONDE TRABAJA | 6. TÍTULO DE CLASIFICACIÓN DEL PUESTO |
|---|---|
| ESC. S. U. CARLOS ZAYAS | OFICINISTA MECANOGRAFO III |

| 3a. UBICACIÓN | 7. TÍTULO FUNCIONAL DEL PUESTO |
|---|---|
| DISTRITO ESCOLAR DE YABUCOA | |

7a. Detalle el trabajo que usted realiza en el orden de importancia de las distintas tareas, empezando con la más importante. Indique el tiempo que dedica a cada una en horas, o en fracción o por ciento del total del tiempo que dedica a su puesto. ÉSTA ES LA PARTE MÁS IMPORTANTE DEL FORMULARIO. Use sus propias palabras y haga las descripciones de sus deberes tan claras que personas que no estén familiarizadas con su trabajo entiendan con exactitud lo que usted hace. Si este espacio no es suficiente para describir sus deberes, adhiera hojas adicionales.

| TIEMPO | TAREAS DEL PUESTO | NO LLENE ESTE ESPACIO |
|---|---|---|
| | BAJO LA SUPERVISIÓN DEL JEFE INMEDIATO, EL EMPLEADO REALIZA LAS SIGUIENTES FUNCIONES: | |
| | 1. Prepara a maquinilla o computadora, todos los documentos que se generan en la escuela. | |
| | 2. Distribuye la correspondencia que se recibe en la escuela en los apartados correspondientes. | |
| | 3. Prepara certificaciones solicitadas por los padres de los estudiantes. | |
| | 4. Recopila información que le sea solicitada para preparar diferentes informes que sean requeridos a la escuela. | |
| | 5. Prepara a maquinilla o computadora las transcripciones de crédito de los estudiantes. | |
| | 6. Organiza, archiva y mantiene al día los archivos de la escuela. | |
| | 7. Atiende, realiza y registra llamadas recibidas en el plantel escolar. | |
| | 8. Lleva registro de visitas de empleados y público en general que llega a la escuela. | |
| | 9. Saca fotocopias y envía documentos vía facsímil. | |
| | 10. Prepara el material necesario en las diferentes reuniones o actividades que realice el Director con el personal de la escuela. | |
| | 11. Realiza otras tareas afines requeridas. | |

ASR-PA-019
Rev. Ene.

APR 25 2013

**RETIRO**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## SOLICITUD DE CRÉDITO POR SERVICIOS NO COTIZADOS O INFORME DE DEUDA POR CAMBIO AL PLAN DE COMPLETA SUPLEMENTACIÓN

☑ INICIAL          ☐ RECÓMPUTO

### SECCIÓN I. INFORMACIÓN DEL PARTICIPANTE

| | | |
|---|---|---|
| Conde | Ares | Carmen   M. |
| Apellido Paterno | Apellido Materno | Nombre |
| -3739 | 30/Nov./1953 | (787) 715-4789 |
| Seguro Social | Nacimiento (Día-Mes-Año) | Teléfono Residencial |

Estado Civil: ☐ Casado   ☑ Soltero          Sexo: ☑ Femenino   ☐ Masculino

| Dirección Postal: | Dirección Residencial: |
|---|---|
| HC-20 Box 26282 | B°. Cerro Gordo   Km. 5.4 |
| San Lorenzo, P.R.   00754 | San Lorenzo, P.R.   00754 |
| Urbanización, Condominio o Barrio | Urbanización, Condominio o Barrio |
| P O Box, Núm. y Calle, Edificio y Apartamento, Ruta Rural o Ruta Contrato | Núm. y Calle, Edificio y Apartamento, Carretera y Kilómetro |
| San Lorenzo, P.R.   00754 | San Lorenzo, P.R. |
| Pueblo, País y Código Postal | Pueblo, País y Código Postal |

### SECCIÓN II. INFORMACIÓN DE LA AGENCIA

| | |
|---|---|
| Departamento de Educación | 16 Enero 84 |
| Agencia Donde Presta Servicios | Primer Descuento (Día-Mes-Año) |
| 1 año | 28 Junio 2013 |
| Cantidad de Años que Desea Acreditar | Fecha Tentativa de Retiro (Día-Mes-Año) |
| Plan Acogido:   ☑ Coordinado | (787) 736-9655 |
| ☐ Completa Suplementación | Teléfono de la Oficina |

### SECCIÓN III. CONCEPTO QUE DESEA ACREDITAR

☐ Servicios por Contratos Equivalente a un Puesto
☐ Servicios Prestados en Agencias Federales
☐ Estudios de Veteranos
☐ Estudios por Beca
☐ Plan Completa Suplementación
☑ Servicios Prestados a Agencias, Instrumentalidades, Municipios y Empresas Conforme a las Disposiciones de Ley 10 de 1992
☐ Servicios Prestados en Programas "Head Start"
☐ Servicios Prestados Fuera de los Límites Territoriales
☐ Reinstalación Ordenada por un Tribunal o Foro Administrativo
☐ Servicios Prestados como Legislador

☐ Servicios Prestados a Asociaciones
☐ Devolución de Aportaciones Retiradas
☐ Servicio Militar
☐ Internados y Residencias Médicas
☐ Licencia sin Sueldo bajo las Disposiciones de la Ley Núm. 5 del 8 de septiembre de 1980
☐ Licencia sin Sueldo bajo las Disposiciones de la Ley Núm. 6 del 18 de febrero de 1976
☐ Servicios Prestados a Partidos Políticos
☐ Servicios Prestados como Alcalde antes del 1ro. de julio de 1967

### SECCIÓN IV. INDIQUE EL PLAN DE PAGO DESEADO

☐ 18 Meses          ☐ 36 Meses          ☐ 60 Meses          ☐ 84 Meses
☐ 24 Meses          ☐ 48 Meses          ☐ 72 Meses          ☑ Pago Total Inmediato

### SECCIÓN V. INDIQUE LOS AÑOS QUE DESEA COMPLETAR

☐ Deseo Completar 10 Años de Servicio          ☑ Deseo Completar 30 Años de Servicio
☐ Deseo Completar 25 Años de Servicio          ☐ Deseo Completar 10 Años de Servicio y Solicitar Pensión por Incapacidad

| | |
|---|---|
| Carmen M. Conde Ares | 18 /abril /2013 |
| Firma del Participante | Fecha (Día-Mes-Año) |

Al momento de radicar la Solicitud por Servicios No Cotizados, se deberá incluir todos los documentos requeridos para el proceso de la misma. Al dorso se indican los documentos necesarios para la radicación de la solicitud.

Conservación: Igual al expediente del cual forma parte.                    Página 1 de 3

**SISTEMAS DE RETIRO DE EMPLEADOS E.L**
Sistema de Aportaciones y Beneficios Integrados
PONCE DE LEON #437  HATO REY,  PR 00918

# COSTO DE SERVICIOS NO COTIZADOS

### SNC- SERVICIOS PRESTADOS AGEN. Y MUN.

Sr(a). CARMEN CONDE ARES
HC-20 BOX 26282

SAN LORENZO  PR 00754

LAUG. 1 6 2013

FECHA SOLICITUD:   24-07-2013
FECHA PROCESADO: 07-08-2013
SEGURO SOCIAL:       ████-3739
NUM. SOLICITUD:   663748

AGENCIA DONDE TRABAJA:  DEPARTAMENTO EDUCACION (NO DOCENTE)

| AGENCIA / CONCEPTO | PERIODO DESDE | HASTA | CREDITO EN AÑOS | COSTO |
|---|---|---|---|---|
| **DEPARTAMENTO EDUCACION (NO DOCENTE)** | | | | |
| Servicios Estatales. Jornal, Transitorios, Irregular, Emerg. | 01-10-1983 | 15-07-1984 | 1.00 | $654.65 |

Préstamo Especial
Principal + Intereses    Pago Mens

Seguro + Int Fraccional
Desde        Hasta

| | | |
|---|---|---|
| SUB-TOTAL: | 1.00 | $654.65 |
| INTERESES PAGO INMEDIATO AGENCIA: | | $0.00 |
| INTERESES PAGO INMEDIATO PARTICIPANTE: | | $9,263.79 |
| TOTAL DEUDA: | 1.00 | $9,918.44 |

PAGO INMEDIATO EN O ANTES DE: 31-DEC-13

Nota: DE PAGAR LOS SNC USTED COMPLETARIA 30 AÑOS DE SERVICIO AL 30 DE JUNIO DE 2013.  UAN VEZ INFORMADO EL SERVICIO NO COTIZADO TENDRA 10 DIAS PARA PAGAR O ACOGERSE

SNC_CST1

*Yamilet Amador*

Yamilet  Amador Cruz
SERVICIOS NO COTIZADOS
Supervisora

| SISTEMAS DE RETIRO DE EMPLEADOS E.L.A. | 07-08-2013 |
|---|---|
| Sistema de Aportaciones y Beneficios Integrados | 11:04:35 AM |
| Notas a Solicitudes | |

Participante : ■■■■-3739                                    Solicitud No:    663748
           CARMEN CONDE ARES                          Radicado en:   24-07-2013

                                    SNC- SERVICIOS PRESTADOS AGEN. Y MUN.

07-AUG-2013

SOLICITUDES RADICADAS A PARTIR DEL 1 DE AGOSTO DE 1990 EN ADELANTE

Esta relacion de costo tendra una vigencia de seis (6) meses a partir de su notificacion.
Durante estos seis (6) meses el (la) participante no podra radicar otra solicitud final de
costos por servicios no cotizados por el mismo concepto. De interesar pagar en o antes
del 31-03-2014 la cantidad a pagar sera de $10,017.79 .

De acogerse a un plan de pagos a 0 meses su deuda ascenderia a $9,918.44 y su
pago mensual sera de $9,918.44 .

Debera comenzar a pagar en o antes del 31-12-2013 . De no pagar o acogerse a un
plan de pagos dentro del periodo de vigencia (6 meses) debera radicar una nueva
solicitud de servicios no cotizados ante el Coordinador para Asuntos de Retiro de su
agencia o municipio.

El costo de los servicios sin cotizar, podra pagarlo en un solo plazo o mediante
descuentos en nominas mientras este en servicio activo. Los pagos directos
deberan enviarlos a este Sistema de Retiro en giros postales o cheques
certificados a nombre del Secretario de Hacienda.

Si desea acogerse a un plan de pagos mediante deducciones mensuales de su sueldo,
debera referirse a la Oficina de Recursos Humanos, Seccion de Nominas de su
agencia para el tramite correspondiente.

FAVOR DE CONSERVAR ESTE DOCUMENTO, LO NECESITARA AL MOMENTO DE
SOLICITAR BALANCE   DE DEUDA Y/O PENSION.

ASR-PR-173
Jun.13



**RETIRO**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## COTIZACIÓN DE PRÉSTAMO PERSONAL ESPECIAL

23 de septiembre de 2013

CARMEN M CONDE ARES
HC-20 BOX 26282
SAN LORENZO PR 00754

Re: Préstamo Personal Especial

Estimado<a> señor<a> CONDE,

Deseamos informarle que hemos recibido su solicitud de préstamo para el saldo de sus costos de Servicio No Cotizado. Actualmente usted **Cualifica** para un préstamo por el monto total de sus costos.

- Costo Servicio No Cotizado: $9,918.44
- Pensión Tentativa: $1,448.25

De acogerse a un Préstamo Personal Especial para el pago de su costo de Servicios No Cotizados, usted cualificaría para lo siguiente:

| | | | |
|---|---|---|---|
| Principal: $9,918.44 | | Término: 84 | |
| Intereses al vencimiento: $3,698.42 | | Tasa de interés: 9.50% | |
| Monto total: $13,616.86 | | Cargo Saldo Adelantado: 1.00% | |
| Pago Mensual: $162.11 | | Cargo por demora: 5.00% | |

Este préstamo será aprobado bajo las siguientes condiciones:

- Pago de los intereses fraccionales que pueden variar desde $81.14 hasta $157.05.
- Pago del seguro de muerte por un monto de $168.61. (Principal x 1.7%)

De tener cualquier duda, puede comunicarse al Centro de Contacto del Sistema de Retiro a través del 787.777.1500.

Cordialmente,

Cynthia Feliz
Analista de Préstamos
División de Préstamos Personales

ASR-PR-174
14/Jun/13



**RETIRO**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

**AUTORIZACIÓN PARA EL DESCUENTO DEL SEGURO DE MUERTE E INTERESES
FRACCIONALES DEL PRÉSTAMO ESPECIAL DEL PAGO DE LA PENSIÓN**

26 de septiembre de 2013

CARMEN M CONDE ARES
HC-20 BOX 26282
SAN LORENZO PR 00754

Yo, CARMEN M CONDE ARES autorizo el descuento del costo total del seguro de muerte e intereses fraccionales del préstamo especial, de la pensión retroactiva y/o de la pensión. Entiendo que este pago del seguro de muerte y los intereses fraccionales son requisitos del préstamo especial y deberán ser pagados con el retroactivo de la pensión; y de no ser suficiente, será descontado de mi pensión, de acuerdo a lo dispuesto en la Ley 447 del 15 de mayo de 1951, según enmendada, hasta cubrir el total que se desglosa a continuación:

- Pago de los intereses fraccionales por la cantidad $99.46.
- Pago del seguro de muerte por un monto de $168.61. (Principal x 1.7%)

Certifico además, que fui orientado sobre el particular por los oficiales de Retiro y doy mi consentimiento a los descuentos libre y voluntariamente.

_Carmen M. Conde Ares_
CARMEN M CONDE ARES

CERTIFICO: Que esta autorización fue firmado en mi presencia por:

_Carmen Condi Ares_

Hoy _18_ de _Octubre_ de _13_ en _Naranjito_ Puerto Rico.

_Vilma Cotto Rodríguez_
Nombre en letra de molde

_Supervisora_
Puesto del Representante Autorizado

_Luz E. Colón_
Firma del Oficial de Personal o
su Representante autorizado

ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA

PO Box 42003 San Juan, PR 00940-2203 • Plaza Retiro, 437 Ave. Ponce de León Pda. 32 1/2, San Juan, P.R. 00917-3711
Tel. 787.777.1500 • www.retiro.pr.gov

RETIRO

PO Box 42003 San Juan, PR 00940-2203

## PAGARÉ Y DIVULGACIONES DE PRÉSTAMO PERSONAL ESPECIAL PARA EL PAGO DE LOS SERVICIOS NO COTIZADOS

| Préstamo | | |
|---|---|---|
| **Número** | **Importe** | **Fecha** *(DD-MM-AAAA)* |
| 2013090969 | $9,918.44 | 24-09-2013 |

| Deudor | | |
|---|---|---|
| **Seguro Social** | **Nombre** | **Dirección** |
| ▆▆▆3739 | CARMEN M CONDE ARES | HC-20 BOX 26282
SAN LORENZO, PR  00754 |

Este pagaré evidencia mi préstamo con la Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura (en adelante el SISTEMA). En el mismo, las palabras "yo", "mi", "me", significa lo mismo y se refiere a cada persona que firme este pagaré como deudor. En consideración a un préstamo que me ha concedido el SISTEMA por la cantidad que abajo se indica, me comprometo a pagar al SISTEMA, la indicada suma, conforme al plan de pagos que más adelante se establece hasta su total y completo pago, incluyendo intereses, penalidades y honorarios. Autorizo a que estos pagos y cualquier otro cargo o penalidad aplicable divulgados en este documento se descuenten de mi pensión del SISTEMA y de reingresar al servicio público, se descuenten de mi salario y/o aportaciones. El SISTEMA se reserva el derecho a utilizar cualquier otro método de cobro razonable tales como: pago directo, descuento a cuentas de depósito o a la demanda en instituciones financieras aprobadas por el SISTEMA, descuento de nómina, entre otros.

| Tasa de Porcentaje Anual
El costo de mi crédito como una tasa anual. | Cargos de Financiamiento
La cantidad en dólares que me costará el crédito. | Cantidad Financiada
La cantidad de crédito provista a mi o a mi nombre. | Total de Pagos
La cantidad que y habrá pagado luego de efectuar todos los pagos contemplados en el plan de pago. |
|---|---|---|---|
| 9.5% | $3,698.42 | $9,918.44 | $13,616.86 |

| El Plan de Pago será: | | | Desglose de la Cantidad Financiada | |
|---|---|---|---|---|
| Número de Pagos | Cantidad del Pago | Fecha Vencimiento de los Pagos | La cantidad de crédito provista a mi o a mi nombre se desglosa en la siguiente forma: | |
| 83 | $162.11 | 30-NOV-2013 | Cantidad aplicada a Servicios No Cotizados | $9,918.44 |
| 1 | $161.73 | 30-OCT-2020 | Seguro de Deuda por Muerte | $168.61 |

De reingresar al servicio público, acuerdo, que mi patrono haga los descuentos aplicables de la nómina y si dejare de satisfacer cualesquiera de los plazos estipulados, a su vencimiento, el SISTEMA podrá declarar vencida la totalidad de la deuda y proceder al cobro de la misma, utilizando cualesquiera de los mecanismos que provee el Reglamento vigente.

Autorizo, además, a la agencia o entidad gubernamental en la que trabaje (en caso de reingresar al servicio público) y al Secretario de Hacienda a entregar al SISTEMA, y al SISTEMA retener cualquier cheque que se expida a mi favor por el Estado Libre Asociado de Puerto Rico, por cualquier concepto, en el caso de que dejare de cumplir con la presente obligación.

La cantidad adeudada estará garantizada por la anualidad o pensión que recibiré; por el Seguro de Deuda por Muerte o por los beneficios por muerte que en su día puedan corresponder a mis beneficiarios, herederos o causahabientes, bajo la Ley Núm. 447 del 15 de mayo de 1951, según enmendada, o la Ley 12 del 19 de octubre de 1954, según enmendada. En el caso de que reingrese al servicio público, la cantidad adeudada estará garantizada con mis aportaciones.

En caso de cobro de la presente deuda por la vía judicial, me someto a la jurisdicción y competencia de la Sala del Tribunal de Primera Instancia de San Juan y además me obligo a pagar las costas, gastos y honorarios de abogado.

En caso de cobro de la presente deuda por la vía judicial, me someto a la jurisdicción y competencia de la Sala del Tribunal de Primera Instancia de San Juan y además me obligo a pagar las costas, gastos y honorarios de abogado.

**Pago por Adelantado:** Yo tengo el derecho de saldar por adelantado la cantidad total adeudada y obtener un reembolso parcial del cargo por financiamiento (intereses solamente).
**Derecho a Acelerar el Vencimiento:** El SISTEMA podrá acelerar, dar por vencido y exigir el pago total del balance pendiente de pago en el caso de que yo no pague cualquier plazo dentro de los 30 días de vencimiento. No se requerirá aviso, presentación o demanda de pago.
**Balance Pendiente Luego de Vencido el Último Plazo:** Me obligo a pagar al SISTEMA intereses al 9.5% anual sobre el balance pendiente de pago.
**Protesto:** Renunciamos a todo derecho de aviso, presentación, demanda de pago y protesto.
**Continuidad de Derechos:** Si hacemos un pago parcial o en mora o marcamos un pago como "Pago Total", para saldar de cualquier otra forma que signifique saldar el préstamo sin que sea la cantidad establecida por el SISTEMA y el mismo es aceptado, el SISTEMA todavía tendrá el derecho legal de cobrar el repago no satisfecho de este pagaré o de cualquier otro que se le deba al SISTEMA. Estaremos obligados al repago de este pagaré o de cualquier otro que reemplace éste, aún cuando cualquier otra parte deudora en el mismo esté relevada. El no ejercicio de un derecho por parte del SISTEMA no representa una renuncia al mismo.
**Solidario:** Al firmar este pagaré el deudor se obliga solidariamente a pagar el préstamo conforme a lo pactado y a cumplir con todos los términos y condiciones estipuladas.
**Cargos por Financiamiento:** Entendemos que la suma escrita en el encasillado de los "Cargos por Financiamiento" es el valor de dicho cargo. Si hacemos el pago antes de la fecha de vencimiento de los pagos, el cargo podrá ser menor que el establecido. Si hacemos el pago luego de la fecha de vencimiento de los pagos el cargo podrá ser mayor que el establecido.
**Préstamo Desistido:** Este préstamo no podrá desistirse una vez aprobado y acreditado el Servicio No Cotizado.
**Divulgación:** Autorizamos al SISTEMA, a divulgar a cualquier agencia de crédito la información de nuestras experiencias de crédito con el SISTEMA.

CARMEN M CONDE ARES
_____
Nombre (En letra de molde)

*Carmen M. Conde Ares*
_____
Firma (Favor de utilizar tinta azul)

| CERTIFICACIÓN |
|---|

CERTIFICO: Que el Pagaré que se constituye mediante este documento fue firmado en mi presencia por: _____

Hoy  18  de  Octubre  de 13  en  Hato Rey , Puerto Rico.



**RETIRO**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

31 de marzo de 2014

**CARMEN M CONDE ARES**
**HC-20 BOX 26282**
**SAN LORENZO PR 00754**

Estimado (a) señor (a) **CONDE:**

Deseamos informarle que su solicitud de **PENSION POR MERITO** ha sido aprobada efectiva el **1 DE ENERO DE 2014.** La pensión que le corresponde recibir de acuerdo con la legislación vigente es de **$1,448.25** mensuales y comenzará a recibir sus pagos en la **SEGUNDA QUINCENA DE ABRIL DE 2014.** Si posteriormente esta Administración determina la existencia de deficiencias que afecten esta decisión, se procederá a hacer los ajustes pertinentes.

Los pensionados por edad y años de servicio o por mérito, podrán servir al Gobierno, sus instrumentalidades, municipios o corporaciones públicas, sin que se le suspendan sus pagos de pensión, en las siguientes circunstancias; prestar servicios profesionales y consultivos mediante contrato a base de honorarios; servir en puestos regulares con horario parcial que no exceda de la mitad de la jornada completa de trabajo y recibiendo una retribución que no exceda la mitad de lo que correspondería al mismo puesto si fuera a jornada completa.

Para obtener información adicional al respecto, puede comunicarse con nuestro CENTRO DE CONTACTO a travéz del 787 / 777 - 1500.

**Le extendemos el más sincero reconocimiento por su dedicación al servicio público.**

Cordialmente,

Lcdo. Francisco Del Castillo
Administrador Interino

Jesus A. Flores Huggins, Director

Área de Servicios al Pensionado

MSOLIS

## FRANCISCO J. GONZÁLEZ MAGAZ
### FRANCISCO R. GONZÁLEZ LAW OFFICE
1519 PONCE DE LEÓN
FIRST FEDERAL BLDG. SUITE 805
SAN JUAN, PUERTO RICO 00909
TEL. 787-723-3222, FAX 787-722-7099

22 de junio de 2012

**Por correo**

CONDE ARES, CARMEN M.
HC-20 BOX 26282
SAN LORENZO PR  00754

RE: CASO ANTE EL TRIBUNAL DE PRIMERA
INSTANCIA <u>EPA V. ACEVEDO VILÁ Y OTROS</u>,
CIVIL NUM. KPE 2008-1639 (904)

Estimado(a) señor(a):

Según nuestros expedientes, usted nos autorizó a representarlo en un reclamo ante el Tribunal de Primera Instancia por el pago del aumento de la Ley Núm. 410 de 8 de octubre de 2000, según enmendada por la Ley Número 431 de 21 de diciembre de 2000 y usted consta como Parte Interventora en el pleito de referencia. Este pleito fue presentado con la coordinación de Educadores Puertorriqueños en Acción ("EPA"). Toda vez que el mismo no fue certificado como un pleito de clase, la reclamación particular de cada persona se ha consolidado en un pleito para agilizar los procedimientos. Esto significa que cada persona tiene que justificar su reclamo independientemente.

Como usted sabe, la Ley Núm. 410 dispone, en síntesis, que aquellos empleados públicos que estaban trabajando para el 1 de febrero de 2000 y continuaban en su empleo al 1 de enero de 2001, y que no habían recibido aumento alguno durante ese mismo periodo, recibirían un beneficio de $100 mensuales efectivo el 1 de enero de 2001. Si alguno de esos empleados recibieron un aumento en ese periodo de tiempo pero éste era menor a $100 tendría derecho a la diferencia hasta esta cantidad.

Como parte de los procedimientos, el Departamento de Educación alegó que cumplió con el pago de los beneficios otorgados por la Ley Núm. 410. Por lo tanto, es necesario que cada <u>Interventora</u> presente la evidencia necesaria para probar que no se le concedieron los beneficios de la Ley Núm. 410. A esos efectos, el Tribunal de Primera Instancia nos ha concedido un término hasta el 31 de julio de 2012 para presentar una lista final de Demandantes (incluyendo los Interventores que ya comparecieron) quienes tienen prueba que no se les concedió el pago de la Ley Núm. 410.

Para poder constatar que usted no recibió el beneficio de la Ley Núm. 410 y presentar evidencia a esos efectos ante el Tribunal, **necesitamos nos provea copia de los talonarios de salario para los años 2000 y 2001, así como hojas de cambio de su expediente de personal que reflejen los aumentos salariales que recibió en los años 2000 y 2001.** Le solicitamos que nos haga llegar copia de estos documentos por correo a la dirección que aparece al tope de esta carta, por correo electrónico a la dirección casoeduley410@gmail.com, o por fax al (787) 722-7099. Le pedimos además que llame a nuestra oficina para confirmar que han llegado los documentos ya que la única manera de asegurarnos que tenemos todos los documentos enviados es recibiéndolos o con el seguimiento suyo. De no tener estos documentos disponibles, favor de hacer las gestiones necesarias con el Departamento de Educación para conseguir copia de los mismos. Los documentos solicitados deben llegar a nuestra oficina antes de 15 de julio de 2012 para poderse evaluar y procesar.

En su caso, usted es Parte Interventora porque su autorización nos llegó luego de la fecha límite establecida por el Tribunal de Primera Instancia para someter una lista de Demandantes. Por eso, procedimos a presentar una Moción Solicitando Intervención con la meta de que se les incluyera como Demandantes en el caso. Esta moción se encuentra ante la consideración del Tribunal. No obstante, luego de depurada la lista de Demandantes y de Interventores de manera que sólo proceda el caso con aquellos que tienen la evidencia necesaria para probar su reclamo, se solicitará que se consoliden las listas de Demandantes e Interventores en una sola lista de Demandantes. Por eso es de suma importancia que nos provea la información solicitada de manera que pueda incluirse en la lista final. De lo contrario, el su solicitud de Intervención y su reclamo pueden ser declarados sin lugar por el Tribunal.

Es posible que luego de evaluar los documentos resulte claro que usted recibió un aumento de $100 o más entre 1 de febrero de 2000 y 1 de enero de 2001 o que se cumplió con la Ley Núm. 410. Esto no es un problema, pero sí significa que su reclamo no procede. En dicho caso, tendremos que infórmaselo al Tribunal para que lo remuevan del pleito. De igual manera, si no recibimos información suya y la evidencia solicitada, el caso podrá desestimarse en su contra.

De tener alguna pregunta o asunto que discutir, favor de comunicarse a nuestras oficinas.

Sinceramente,


_____FDO_____
Francisco J. González Magaz

## FRANCISCO J. GONZÁLEZ - MAGAZ
### FRANCISCO R. GONZÁLEZ LAW OFFICE
1519 PONCE DE LEÓN
FIRST FEDERAL BLDG. 805
SAN JUAN, PUERTO RICO, 00909
TEL. 787-723-3222, FAX 787-722-7099
GONZALEZMAGAZ@GMAIL.COM

17 de junio 2016

CONDE ARES, CARMEN M.
HC-20 BOX 26282
SAN LORENZO PR 00754

RE: CASO ANTE EL TRIBUNAL DE PRIMERA INSTANCIA: <u>EPA V. ACEVEDO VILÁ Y OTROS</u>, CIVIL NUM. KPE 2008-1639 (904)

Estimado cliente:

Como parte de los procedimientos en el caso de referencia, el Departamento de Educación produjo evidencia documental relacionada al pago de la Ley 410 de 8 de octubre de 2000, según enmendada por la Ley Número 431 de 21 de diciembre de 2000.

La Ley Núm. 410 dispone, en síntesis, que aquellos empleados públicos que estaban trabajando para el 1 de febrero de 2000 y continuaban en su empleo al 1 de enero de 2001, y que *__no habían recibido aumento alguno durante ese mismo periodo__*, recibirían un beneficio de $100 mensuales efectivo el 1 de enero de 2001.

Según informes de cambio en nuestro poder, se refleja que usted recibió aumento de sueldo de $121.00 efectivo en Julio de 2000, por concepto de Pasos por Mérito. Por tal razón usted no era elegible para recibir el aumento de $100.00 de la Ley 410 y nos vemos obligados a informarlo al Tribunal para que le remuevan del pleito.

De tener cualquier duda o de requerir información adicional, favor de comunicarse a nuestra oficina.

Sinceramente,

_____ FDO. _____
Francisco J. González Magaz



**(P. del S. 2276), Ley 410, 2000**
**(Reconsiderado)**

### LEY NUM. 410 DEL 8 DE OCTUBRE DE 2000

Para consignar bajo la custodia de la Oficina de Gerencia y Presupuesto la cantidad de ciento treinta y tres millones ochocientos noventa y siete mil (133,897,000) dólares, para la concesión de aumentos de sueldo a los empleados públicos del Gobierno Central que al 1ro. de febrero de 2000, estaban vinculados al servicio y al 1ro. de enero del 2001 aún estén vinculados al servicio en el Gobierno Central sin distinción de status o categoría, y que durante dicho período no hayan recibido aumentos salariales por efecto de leyes especiales, revisión de planes de retribución o escalas salariales, aumentos por mérito y/o cualesquiera otro tipo de aumento; a los empleados públicos, según se disponga entre la Oficina de Gerencia y Presupuesto y la Agencia concerniente.

### EXPOSICION DE MOTIVOS

En los últimos años nuestro Gobierno ha propiciado diversas iniciativas para mejorar como nunca antes los salarios de los servidores públicos, mediante la aprobación de leyes especiales que conceden aumentos a diversos grupos que incluyen a: maestros, policías, bomberos y a empleados del Gobierno Central; revisión de planes de retribución; aumentos por mérito; aumentos o bonos de productividad y asistencia, entre otras. Nuestra Administración, en reconocimiento a la excelente labor y aportación que estos servidores hacen en beneficio de la sociedad, tiene el propósito de continuar ofreciendo las mejores condiciones salariales posibles a todos los empleados del Gobierno Central, de manera que se promueva el reclutamiento, selección y retención de los candidatos más aptos para el desempeño en el servicio público y a su vez se impulse una mayor productividad.

Conforme a lo anterior, se concede mediante esta Ley un nuevo aumento salarial de cien (100) dólares a todos los empleados públicos que estén bajo las condiciones estipuladas más adelante.

Se consigna bajo la custodia de la Oficina de Gerencia y Presupuesto, la cantidad de ciento treinta y tres mil ochocientos noventa y siete millones (133,897,000) dólares, de fondos no comprometidos del Tesoro Estatal, para la concesión de cien (100) dólares mensuales de aumento a los empleados públicos del Gobierno Central, que al 1ro. de febrero de 2000 estaban vinculados al servicio y al 1ro. de enero del 2001 aún estén vinculados en el servicio en el Gobierno Central, sin distinción de status o categoría, y que durante dicho período no hayan recibido aumentos salariales por efecto de leyes especiales, revisión de planes de retribución o escalas salariales, aumentos por mérito y/o cualesquiera

otro tipo de aumento; y para cubrir los aumentos de sueldos concedidos a los empleados públicos, según se disponga entre la Oficina de Gerencia y Presupuesto y la Agencia concerniente. Aquellos empleados vinculados al servicio, que no están en el servicio activo al 1ro. de febrero de 2001, tendrán derecho a recibir el aumento efectivo a la fecha en que se reintegren al servicio.

El aumento de sueldo se concederá aún cuando el empleado esté devengando un sueldo igual o superior al tipo máximo de la escala o que con el aumento excedan éste. Dicho aumento no afectará el margen retributivo de que disfrutan los empleados para mejoramiento salarial, ni se ajustará su escala. Disponiéndose, que las acciones de personal que se efectúen con posterioridad a la vigencia del presente aumento se tramitarán conforme a las normas que emita la Oficina Central de Asesoramiento Laboral y Administración de Recursos Humanos, en armonía con la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como la "Ley de Retribución Uniforme" y el Reglamento de Retribución Uniforme.

El aumento de sueldo propuesto cubrirá únicamente los sueldos que son sufragados con recursos provenientes del Fondo General, disponiéndose que los empleados públicos que conforme a las fechas cualifican para este aumento, pero cobran de otros fondos, advendrán a los mismos aumentos con cargo a los fondos especiales federales y estatales de los cuales cobran.

Aquellas agencias con empleados públicos cuyos salarios sean sufragados por recursos provenientes de aportaciones federales y/o fondos especiales estatales deberán hacer los ajustes correspondientes en dichos fondos para otorgar aumentos salariales según lo dispuesto en el Artículo 1 de esta Ley.

Previa otorgación de estos aumentos, cada agencia a la cual le aplique esta Ley deberá someter a la Oficina de Gerencia y Presupuesto una relación certificada que incluya nombre del empleado, número de seguro social, clasificación del puesto, fecha que comenzó a trabajar, sueldo devengado y costo total anual de la transacción.

Se excluyen de las disposiciones de esta Ley a la Universidad de Puerto Rico y las corporaciones públicas que tienen autoridad expresa para llevar a cabo convenios colectivos bajo las disposiciones de la Ley Núm. 230 de 23 de julio de 1974, según enmendada, conocida como "Ley de Contabilidad del Gobierno de Puerto Rico", y la Asamblea Legislativa, Oficina del Contralor, Oficina del Procurador del Ciudadano, Oficina de Etica Gubernamental, Comisión de Derechos Civiles, Tribunal General de Justicia, Departamento de Educación y la Policía de Puerto Rico, que contemplan el aumento de cien (100) dólares, para los empleados en el Presupuesto de Gastos de Funcionamiento de cada Agencia, en la R.C. General del Presupuesto para el año fiscal 2000-2001.

Los aumentos concedidos mediante esta Ley serán efectivos el 1ro. de enero de 2001.

Los aumentos de sueldo concedidos mediante esta Ley serán concedidos entre la Oficina de Gerencia y Presupuesto y las Agencias del Gobierno Central.

Esta Ley comenzará a regir inmediatamente después de su aprobación.

La información, las imágenes, gráficas u otro contenido en todos los documentos preparados por Lexjuris son propiedad de Lexjuris. Otros documentos disponibles en nuestras conexiones son propiedad de sus respectivos dueños. Derechos Reservados. Copyright (c) 1997 LexJuris de Puerto Rico y Publicaciones CD.