Sra. Carmen M. Conde Ares
HC-20 Box 26282
San Lorenzo, P.R. 00754



U.S. POSTAGE PAID
FCM LG ENV
SAN LORENZO, PR
00754
JUL 21, 20
AMOUNT
$2.20
R2304M113445-01

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos (*United States District Court*)
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918



RECEIVED & FILED
2020 JUL 24 PM 3 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN