IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO | No. 17-BK-3283-LTS |
| IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY | No. 17-BK-4780-LTS |
| AUTORIDAD DE ENERGIA ELECTRICA DE PUERTO RICO,<br><br>    Plaintiff<br><br>v.<br><br>VITOL S.A.; VITOL INC.,<br><br>    Defendants. | No. 19-AP-453-LTS |

**APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE***

Comes now, FLORENCE T. CHEN, applicant herein and respectfully states:

1.     Applicant is an attorney and a member of the law firm of SUSMAN GODFREY L.L.P., with offices at:

> 1000 Louisiana Street, Suite 5100
> Houston, Texas 77002
> fchen@susmangodfrey.com
> Phone: (713) 653-7806
> Fax: (713) 654-6666

6967340v1/013628

2. Applicant will sign all pleadings with the name FLORENCE T. CHEN.

3. Applicant has been retained as a member of the above-named firm by Vitol Inc. to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 2016, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Illinois. Applicant's Illinois ARDC number is 6323727.

5. Since 2019, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Texas, where applicant regularly practices law. Applicant's Texas bar license number is 24113689.

6. Applicant has been admitted to practice before the following courts:

| **Court:** | **Admission Date:** |
|---|---|
| State of Illinois | November 10, 2016 |
| State of Texas | May 3, 2019 |
| United States District Court for the Southern District of Texas | July 26, 2019 |

7. Applicant is a member in good standing of the bars of the courts listed in paragraph 6.

8. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

9. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

10. Applicant has not previously filed for *pro hac vice* admission in the United States District Court for the District Court of Puerto Rico.

2

11. Local counsel of record associated with applicant in this matter is:

> Eduardo A. Zayas-Marxuach
> USDC-PR 216112
> MCCONNELL VALDÉS LLC
> 270 Muñoz Rivera Avenue
> Hato Rey, Puerto Rico 00918
> P.O. Box 364225
> San Juan, Puerto Rico 00936-4225
> Telephone: (787) 250-5608 / 5813
> Fax: (787) 474-9207
> Email: ezm@mcvpr.com

12. Applicant has read the local rules of this court and will comply with same.

13. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: 07/22/20

_____
FLORENCE T. CHEN

I HEREBY CERTIFY, pursuant to Local Rule 83A(f)(1), that I consent to the designation of local counsel of record for all purposes.

_____
EDUARDO A. ZAYAS-MARXUACH

Date: 7/28/2020

3

6967340v1/013628

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

Date: 7/28/2020

_____
EDUARDO A. ZAYAS-MARXUACH

6967340v1/013628