**EXHIBIT 1**

```
Court Name: District Court
Division: 1
Receipt Number: PRX100071647
Cashier ID: risaac
Transaction Date: 07/28/2020
Payer Name: ZAYAS-MARXUACH, EDUARDO A.
--------------------------------
PRO HOC VICE
 For: ZAYAS-MARXUACH, EDUARDO A.
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
--------------------------------
PAPER CHECK CONVERSION
 Remitter: MCCONNELL VALDES LLC
 Check/Money Order Num: 125187
 Amt Tendered: $300.00
--------------------------------
Total Due:     $300.00
Total Tendered: $300.00
Change Amt:    $0.00

17-BK-3283/ 19-AP-453 PRO HAC VICE
OF FLORENCE T CHEN THROUGH
ZAYAS-MARXUACH, EDUARDO A.
```