Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 JUL 24 AM 7: 36
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P.R.

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educacion

No. 178 K 3283-LTS

One hundred twenty –seventh OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of claim- _____

Name and Address

Olga J. Rivera Miranda
Urb. Mariolga C/San Carlos
C-24 Caguas, P.R. 00725

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico y al Departamento de Educacion de Puerto Rico.

Ley 89 de 1984- Romerazo

Años reclamados ___25 años___

Cantidad reclamada- ___$29,675___

Ley 9 del año 2007

Años reclamados- _____

Cantidad reclamada- 4,000

Adjunto evidencia en replica a la información solicitada

1-certificacion de la Junta de Retiro para maestros de Puerto Rico

2- Informe renta anual vitalicia

3- Me salto la 409 Dept. Educ. por estar cerrado por pandemia.

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente especificadas.

Nombre: Olga I. Rivera Miranda

Firma: Olga I. Rivera Miranda    Fecha: 28/4/2020

28/4/2020

Adjunto evidencia en replica a la información solicitada

1-certificacion de Sistema de retiro para maestros de Puerto Rico

2- Informe renta anual vitalicio

3- 409 Dept. Educ. me fato por estar cerrada las oficinas por la pandemia.

10 de marzo de 2020

Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Como es de su conocimiento, en Puerto Rico estamos siendo afectados por una serie de terremotos y por la pandemia del coronavirus. El presidente de los Estados Unidos, Donald Trump declaró a Puerto Rico zona de desastre. Por tal motivo he tenido inconvenientes para recopilar y hacerles llegar toda evidencia necesaria de reclamación debido a que las oficinas y dependencias del Gobierno de Puerto Rico permanecian cerradas, luego inmediatamente estuvimos en toque de queda sin salir de la casa siguiendo las instrucciones dadas por gobierno.

Los casos son los sicuientes:

1. Deudor el Departamento de Estado Libre Asociado de Puerto Rico, número de caso 17BK03566 LTS y números de reclamación 113026, 120183, 119731.

2. Deudor sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico caso 17BK03283 LTS, número de reclamación 11245.

Todos fueron presentados el dia 28 de junio de 2018.

Solicito una extensión de gestión y justifcoción que les estoy presentando por escrito y tomen en consideración dicha causa y procedan a validar mis evidencias enviadas. Sin más nada, queda de ustedes,

atentamente,

*[firma]*

Sra. Olga I. Rivera Miranda
Calle San Carlos C-24
Urb. Mariolga
Caguas, P.R. 00725

Tel. 787 – 423- 2397
Email olga2555@hotmail.com