# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Olga I. Rivera Miranda**, con número de seguro social que termina en **3194**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 1 de octubre de 2009 |
| Tiempo Cotizado para la Pensión | 25 años, 7 meses, 1 semanas, 1 días |
| Pensión Mensual Inicial | $1,187.46 |
| Pensión Mensual Actual | $1,187.46 |

Esta certificación se expide hoy, **9 de marzo de 2020** en **San Juan**, **Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414   787.764.6910   www.srm.pr.gov

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Mes-Día-Año
Fecha Radicación: **15-jul-09**
Fecha Vencimiento: **28-nov-09**

Núm de Caso: **1034**

## INFORME RENTA ANUAL VITALICIA

**RIVERA MIRANDA OLGA I.** — Apellido Paterno, Materno, Nombre e Inicial
Seguro Social: **3194**
Sexo: ☑ Femenino ☐ Masculino

Fecha Nacimiento: **21-MAYO-1955**
Categoría y Pueblo: **MA ELEM- -CAGUAS**
Retiro Ley Núm.: **Ley 91 del 2004**

Dirección Postal:
URB MARIOLGA
C - 24 CALLE SAN CARLOS
CAGUAS, PR 00725

**Tipo de Renta (Pensión)**: ☑ Años de Servicio y Edad ☐ Edad ☐ Diferida ☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta |
|---|---|---|---|
| 54 Años / 4 Meses / 10 Días | 25 Años / 7 Meses / 1 Sem / 1 Días | $ 48,536.88 | Mensual $ 1,187.46 / Anual $ 14,249.52 |

Fecha de Renuncia: **30-sep-09**   Último Día de Pago: **30-sep-09**
Fecha Efectividad Pensión: **1-oct-09**   Cierre de Nómina: **24-nov-09**
Fecha Primer Pago Pensión: **15-dic-09**   Importe $ **1,187.46**
Pago Global Retroactivo: Desde **1-oct-09** Hasta **30-nov-09** Importe Total $ **2,374.92**

### DESGLOSE DE DESCUENTOS

| | | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|---|
| Importe Total (Bruto) | | $ 2,374.92 | $ 1,187.46 |
| Menos Descuentos: | Clave | Descuento | Descuento |
| Préstamos: | | | |
| Personal (PP) | 47-000 | 554.00 | 277.00 |
| Cultural (PC) | 45-000 | | |
| Hipotecario (PH) | 36-000 | | |
| Finanzas | 67-059 | | |
| Aport. Individual 9% (Clave 26-001) | | 463.72 | 231.86 |
| ASUME | | | |
| Otros | | | |
| **Importe Neto** | | **$ 1,357.20** | **$ 678.60** |

Bonos:
☐ Bono Verano (PBV)   ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

JORGE I. ROHENA GOTAY — Nombre del Empleado   Firma   Fecha: **5-nov-2009**
NORMA I. PEÑA AGOSTO — Nombre Supervisor   Firma   Fecha

### PREINTERVENCIÓN DE DOCUMENTOS

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
NOV 1 8 2009

### USO DIRECTOR(A) AREA RETIRO

Aprobado por: **IVONNE ORTIZ VALLADARES** — Nombre Director(a) o Representante Autorizado

### USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina Mes **12** ☑ 1ra ☐ 2da   Nómina Pago Global Mes ☐ 1ra ☐ 2da ☐ Off Cycle ☑ Pay Line

Nombre Empleado / Firma / Fecha
Juan Agosto Castro — Nombre Supervisor   Firma   Fecha: **21-Dic-2009**

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.