Olga I. Rivera Miranda
Calle San Carlos C-24
Urb. Mariolga
Caguas, P.R. 00725

RECEIVED & FILED
2020 JUL 24  AM 7:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
JUL 20, 20
AMOUNT
$0.55
R2304M115256-11

Secretaria (Clerk office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767