

**PRT** PuertoRico Telephone Company
**TELEFONICA**
DE PUERTO RICO

### _PROGRAMA DE RETIRO PREMATURO UIET – 7 DE SEPTIEMBRE DE 1999_

| | | |
|---|---|---|
| _Nombre_ | : | _VIRGENMINA PEREZ CASTELLAR_ |
| _Número de Empleado_ | : | _6283_ |
| _Número de Seguro Social_ | . | _4556_ |
| _Fecha de Nacimiento_ | : | ' |
| _Fecha de Servicio_ | : | _04/01/1974_ |
| _Salario Básico Actual_ | : | _$31,657.60_ |

## _PLAN ACTUAL_

_Bajo el plan actual usted no tendría derecho al beneficio de pensión al **7de septiembre de 1999**. Asumiendo que a esa fecha, usted tuviese **52** años de edad, su anualidad vitalicia sin el Programa de Retiro Voluntario Anticipado seria **$755.52**._

### _Programa de Retiro Prematuro_

_Si usted escoge retirarse bajo el Programa de Retiro Prematuro, su beneficio mensual estimado de anualidad vitalicia, pagadero efectivo el **7 de septiembre de 1999** es de **$1,258.51**._

_Si usted selecciona la Opción de Beneficios Ajustados de Seguro Social, su beneficio mensual del fondo de retiro desde el **7 de septiembre de 1999** hasta **10/01/2008** es de **$ 1,538.28**. El beneficio mensual que recibirá del fondo de retiro comenzando en **11/01/2008** es de **$984.28**._

_Si usted selecciona la Opción por Beneficio Garantizado, usted recibirá beneficios mensuales reducidos, por vida, pero garantizados por un período estipulado como se indica a continuación :_

| | | |
|---|---|---|
| _Cinco años_ | : | _$1,253.48_ |
| _Diez años_ | : | _$1,238.37_ |
| _Quince años_ | : | _$1,215.72_ |
| _Veinte años_ | : | _$1,174.19_ |