Virgenmina Pérez Castillo
Jardines del Caribe
Calle 48-ZZ 4
Ponce, Puerto Rico 00728



RECEIVED & FILED
2020 JUL 24 AM 7:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767