# REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre __Carmen M. Baez Diana__

Dirección Postal __Pmb 538 PoBox 7105__
__Ponce, P.R. 00732__

Teléfono de contacto res. __787-437-1846__ cel. __939-497-2610__

**II. Epígrafe**

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
   __Ley # 89 RET. Uniforme - Julio 1979__
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

**III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:**

Ley 89 Romerazo – Efectiva en 1 de julio de 1995
__Ley 89 - Retrib Uniforme Julio de 1979__
Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los anos de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el __15__ de __Septiembre__ de __1974__ hasta el __7__ de __Septiembre__ de __1999__. Culmine mi laborar como __Data Clerk__ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.
*Certificacion de Empleo de PRTC, ELA*
Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

__Carmen M. Baez Diana__
Nombre en letra de molde


__C. M. Baez U.__
Firma

Proof of Claim: <CLAIM NUMBER> _____
Claimant: >CLAIMANT NAME< Carmen M. Baez Diana

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:
- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ■ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)
    _____

2. **What is the amount of your claim (how much money do you claim to be owed):**
    _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
Puerto Rico Telephone Co. - Data Clerk

3(b). Identify the dates of your employment related to your claim:
Desde Julio 15 del 1974 - Hasta 7 de septiembre 1999

3(c). Last four digits of your social security number: 9423

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_Ley 89-1979, Ley 89-1995_

4. **Legal Action** Does your claim relate to a pending or closed legal action?

- ☒ No
- ☐ Yes

4(a). Identify the department or agency that is a party to the action.

N/A

4(b). Identify the name and address of the court or agency where the action is pending:

N/A

4(c). Case number: N/A

4(d). Title, Caption, or Name of Case: N/A

4(e). Status of the case (pending, on appeal, or concluded): N/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? N/A

RECLAMANTE: Carmen M. Baez Diane

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: _____

Número de celular: 939-497-2610

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el __7__ de __Julio__ de __1974__ hasta el __7__ de __Septiemb__ de __1999__ como __Data clerk__

de la Puerto Rico Telephone Company - ELA.

✱ 1. Ley 89 – julio 1995 – ROMERAZO    CANTIDAD $ __4,800.00__

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

__Carmen M. Baez Diane__
Nombre en letra de molde

__C. R__ - 20 de Julio 2020
Firma y fecha

Cantidad Adeudada

2. Ley 89 - Julio 1979 - Retribución Uniforme - $24,000.00
Ley 89 Romerazo + $4,800.00
Total $28,800.00

RECLAMANTE  Carmen M Baez Diana

DIRECCION  P.M.B 538 Po Box 7105
Ponce, P.R. 00732

Numero Reclamación _____

Fecha de presentación (envío)  20 de Julio 2020

Deudor <u>Commonwealth of Puerto Rico</u>

Por este medio incluyo con mi reclamación presentada el  20  de  Julio  de  2020  lo siguiente:

1. Evidencia de trabajo de Puerto Rico Telephone Company en Ponce, Puerto Rico – ELA, como  Data Clerk
desde el  15  de  Septiembre  de  1974  hasta el  7  de  de Septiembre  de  1999 . (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 28,400 .

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Carmen M. Baez Diana
Nombre en letra de molde

C. m. B. Q.  — 20 de Julio 2020
Firma y fecha