

**PROGRAMA DE RETIRO PREMATURO UIET – 7 DE SEPTIEMBRE DE 1999**

| | | |
|---|---|---|
| **Nombre** | : | CARMEN BAEZ |
| **Número de Empleado** | : | 636 |
| **Número de Seguro Social** | | 9423 |
| **Fecha de Nacimiento** | | |
| **Fecha de Servicio** | : | 07/15/19/4 |
| **Salario Básico Actual** | : | $33,633.60 |

## PLAN ACTUAL

Bajo el plan actual usted no tendría derecho al beneficio de pensión al **7 de septiembre de 1999**. Asumiendo que a esa fecha, usted tuviese **52** años de edad, su anualidad vitalicia sin el Programa de Retiro Voluntario Anticipado seria **$796.36**.

### Programa de Retiro Prematuro

3 Si usted escoge retirarse bajo el Programa de Retiro Prematuro, su beneficio mensual estimado de anualidad vitalicia, pagadero efectivo el **7 de septiembre de 1999** es de **$1,322.23.**

4 Si usted selecciona la Opción de Beneficios Ajustados de Seguro Social, su beneficio mensual del fondo de retiro desde el **7 de septiembre de 1999** hasta **12/01/2008** es de (287.4) **$ 1,609.65.** El beneficio mensual que recibirá del fondo de retiro comenzando en **01/01/2009** es de **$1,033.65.** × vida (576.00) estimado

5 Si usted selecciona la Opción por Beneficio Garantizado, usted recibirá beneficios mensuales reducidos, por vida, pero garantizados por un período estipulado como se indica a continuación :

| | | |
|---|---|---|
| *Cinco años* | : | $1,316.94 |
| *Diez años* | : | $1,301.07 |
| *Quince años* | : | $1,277.27 |
| *Veinte años* | : | $1,236.29 |

División de Pensiones y Planes Médicos
P.O. Box 360998 San Juan, P.R. 00936-0998