Carmen M. Báez D'Rusha
PMB 538 P.O Box 7105
Ponce, Puerto Rico
00732



U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
JUL 20, 20
AMOUNT
$1.20
R2304W119590-8

1000        00918

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

RECEIVED & FILED
2020 JUL 24  AM 7: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.