# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre *Victor Rodriguez Vázquez*

Dirección Postal *PMB 538 P. O Box 7105*
*Ponce, Puerto Rico*
*00732*

Teléfono de contacto res. *787-437-1846* cel. *939-497-2610*

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:
   *Ley #124 - Aumento de Sueldo      Julio 1973*
   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
   *Ley #89 Ret. Uniform           Julio de 1979*
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
           Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

*Ley 124 Aum. de Sueld.        Julio 1973*
Ley 89 Romerazo – Efectiva en 1 de julio de 1995
*Ley 89 - Retirb uniform       Julio de 1979*
Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

## IV. Documentación Justificativa

*ambiental*

Se incluyen documentos que evidencian los anos de servicio con ~~Puerto Rico Telephone Company,~~ *Departamento de Salud* Ponce, Puerto Rico desde el _____ de _____ de _1970_ hasta el _1_ de _abril_ de _1997_. Culmine mi laborar como _Inspector de Salud Ambiental en Dpto de Salud Ambiental_ ~~en Puerto Rico Telephone Company,~~ Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Victor Rodríguez Vázquez_
Nombre en letra de molde

Firma _Victor M. Rodríguez Vázquez_

Proof of Claim: <CLAIM NUMBER>
Claimant: >CLAIMANT NAME< _Victor Rodriguez Vázquez_

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

   ☐ A pending or closed legal actions with or against the Puerto Rico goverment

   ■ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

   _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
_Departamento de Salud Ambiental - Inspector_

3(b). Identify the dates of your employment related to your claim:
_Desde 1970 hasta 1 de abril de 1997_

3(c). Last four digits of your social security number: _1854_

3(d). What is the nature of your employment claims (select all applicable):
    ☐ Pension
    ■ Unpaid Wages
    ☐ Sick Days
    ☐ Union Grievance
    ☐ Vacation
    ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).
    _Ley 89-1979, Ley 89-1995 y Ley 124-1973_

4. Legal Action  Does your claim relate to a pending or closed legal action?

    ■ No
    ☐ Yes

4(a). Identify the department or agency that is a party to the action.
    _N/A_

4(b). Identify the name and address of the court or agency where the action is pending:
    _N/A_

4(c). Case number: _N/A_

4(d). Title, Caption, or Name of Case: _N/A_

4(e). Status of the case (pending, on appeal, or concluded): _N/A_

4(f). Do you have an unpaid judgment? Yes/No (Circle one)
    If yes, what is the date and amount of the judgment? _N/A_

RECLAMANTE: Victor Rodriguez Vázquez

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: _____

Número de Teléfono: 939-497-2610

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el ____ de _____ de 1970 hasta el 1 de abril de 1997 como Inspector de Salud Ambiental de la Departamento de Salud ELA.   $2,400.00

*1. Ley 89 – julio 1995 – ROMERAZO     CANTIDAD $ -

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Victor Rodriguez Vázquez
Nombre en letra de molde

X Victor Rodriguez Vázquez     7-20-20     Cantidad Adeudada
Firma y fecha

(2) Ley 124 Julio 1973 Aumento Sueldo     $28,800.00
(3) Ley 89 Julio 1979 Ret. uniforme     $21,600.00
                                          _____
                                          $50,400.00
                         Ley 89 Romerazo + $2,400.00
                                          _____
                                   total   $52,800.00

RECLAMANTE _Victor Rodriguez Vázquez_

DIRECCION _PMB 535, P.O. Box 7105_
_Ponce, Puerto Rico_
_00732_

Numero Reclamación _____

Fecha de presentación (envío) _7-20-20_

Deudor <u>Commonwealth of Puerto Rico</u>

Por este medio incluyo con mi reclamación presentada el _20_ de _Julio_ de _2020_ lo siguiente:

1. Evidencia de _Departamento de Salud Ambiental_ - Puerto Rico – ELA, como _Inspector de Salud Ambiental_ desde el ___ de _____ de _1970_ hasta el _1_ de _abril_ de _1997_. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ _52,800.00_.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

_Victor Rodriguez Vázquez_
Nombre en letra de molde

X _Victor R. Vázquez_
Firma y fecha