Formulario **480.7C**
Form
Rev. 09.14

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury
DECLARACION INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES
AÑO CONTRIBUTIVO - TAXABLE YEAR: 2014

**S140012**

Número de Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

☐ Enmendado - Amended: (___/___/___)

### INFORMACION DEL PAGADOR - PAYER'S INFORMATION

Núm. de Identificación Patronal - Employer Identification Number: 660433481

Nombre - Name: Retiro Central Pensionados

Dirección - Address:
PO BOX 42003
SAN JUAN PR

Código Postal - Zip Code: 00940-2203

### INFORMACION DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION

Núm. de Seguro Social - Social Security No.: ___-1854

Nombre - Name: VICTOR RODRIGUEZ VAZQUEZ

Dirección - Address:
PMB 538 PO BOX 7105
PONCE PR

*Comenzó en el año 1970* (handwritten)

Código Postal - Zip Code: 00732

**Marque el encasillado correspondiente: - Check the corresponding box:**

Forma de Distribución: - Form of Distribution:
☐ Total Lump Sum  ☐ Parcial Partial  ☒ Anualidad o Pagos Periódicos / Annuity or Periodic Payments

Tipo de Plan o Anualidad: - Plan or Annuity Type:
☒ Gubernamental / Governmental  ☐ Privado Calificado / Qualified Private  ☐ No Calificado / Non Qualified

Fecha en que comenzó a recibir la pensión: - Date on which you started to receive the pension:
Día **01** Mes **04** Año **1997**

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | |
|---|---|---|---|
| 1. Aportación Vía Transferencia / Rollover Contribution | | 14. Cantidad Distribuida / Amount Distributed | 8,782.32 |
| 2. Distribución Vía Transferencia / Rollover Distribution | | 15. Cantidad Tributable / Taxable Amount | 8,482.32 |
| 3. Costo de la Pensión o Anualidad / Cost of Pension or Annuity | 12,678.00 | 16. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | |
| 4. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 0.00 | | |
| 5. Contribución Retenida sobre Anualidad o Pagos Periódicos / Tax Withheld from Annuity or Periodic Payments | 0.00 | 17. Desglose de Cantidad Distribuida / Breakdown of Amount Distributed | |
| 6. Contribución Retenida sobre una Distribución Total (20%) / Tax Withheld from Lump Sum Distributions (20%) | | A. Aportaciones Diferidas / Deferred Contributions | |
| 7. Contribución Retenida sobre una Distribución Total (10%) / Tax Withheld from Lump Sum Distributions (10%) | | B. Aportaciones Voluntarias / After-Tax Contributions | |
| 8. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distributions of Qualified Plans (10%) | | C. Ingreso Generado / Income Accretion | |
| 9. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | | D. Otros / Others | |
| 10. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) / Tax Withheld from Distributions from the Retirement Savings Account Program (10%) | | E. Total (Sume líneas 17A a la 17D) / Total (Add lines 17A through 17D) | |
| 11. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | | 18. Código de Distribución / Distribution Code | A |
| 12. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresident's Distributions | | Razones para el Cambio / Reasons for the Change | |
| 13. Contribución Retenida sobre Otras Distribuciones / Tax Withheld from Other Distributions | | | |

Número de Cuenta / Account Number: 584071854
Número de Control / Control Number: 000311915
Número de Control de la Declaración Informativa Original / Control Number of Original Informative Return:

FECHA DE RADICACION: 28 DE FEBRERO O 30 DE AGOSTO, SEGUN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCTIONS
ENVIE ELECTRONICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RECORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.
ADMINISTRACION DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA