Victor Rodriguez
PMB 538 P.O.Box 7105
Ponce, Puerto Rico 00732



U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
JUL 20, 20
AMOUNT
**$1.20**
R2304W119590-8

1000    00918

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 JUL 24 AM 7:37
CLERK'S OFFICE
U.S. DISTRICT COURT