United States District Court For The District of Puerto Rico
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico
Gobierno de Puerto Rico
Departamento de Educación

No. 178K 3283-LTS

One hundred twenty-seventh OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim:

Name and Address: Felicita González González
calle-24-GG-15
Villas de Castro Caguas, P.R.
00725

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados ___25 años___

Cantidad Reclamada ___51,325___

Ley 9 del año _____

Años Reclamados _____

Cantidad Reclamada ___73,908___

Página 2

Adjunto evidencia en réplica a la información solicitada:

1.

2.

3.

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Felicita González González

Firma: _(firma)_ Fecha: abr/2020

10 de marzo de 2020

Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Como es de su conocimiento en Puerto Rico, estamos siendo afectados actualmente, por una serie de terremotos. El presidente de los Estados Unidos Donald Trump ha declarado a Puerto Rico zona de Desastre. *Además por la pandemia del Coronavirus*

Por tal motivo, tuve inconvenientes para recopilar y hacerles llegar toda la evidencia necesaria de reclamación debido a que las oficinas y dependencias del Gobierno de Puerto Rico permanecieron cerradas por un extenso periodo de tiempo; reanudando sus labores y gestiones al público recientemente. *Pero inmediatamente estuvimos en toque de queda sin salir de la casa. Siguiendo las instrucciones.*

Los casos son los siguientes:

1. Deudor el Departamento de Estado Libre Asociado de Puerto Rico, número de caso 17BK03566 LTS y números de reclamación 132835, 113380 y 151107, *143229, 165287*

2. Deudor Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico caso 17BK03283 LTS, número de reclamación 137074,

Todos fueron presentados el día 28 de junio de 2018.

Solicito una extensión de la gestión y justificación que les estoy presentando por escrito y tomen en consideración dicha causa y procedan a validar mis evidencias enviadas. Sin más nada queda de ustedes.

Atentamente,

*[signature]*

Sra. Felicita González González
Calle 24-GG-15
Villas de Castro
Caguas, P.R. 00725
Tel. 787-536-1680
Email: mastereduc@hotmail.com