# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Felicita González González,** con número de seguro social que termina en **7772.**

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 30 de mayo de 2009 |
| Tiempo Cotizado para la Pensión | 30 años, 2 mes, 3 sem, 4.5 día |
| Pensión Mensual Inicial | $2,053.99 |
| Pensión Mensual Actual | $2,053.99 |

Esta certificación se expide hoy, **9 de marzo de 2020** en **San Juan, Puerto Rico.**

Cynthia Sanjurjo Santos
Supervisora
Centro de Contacto

sba



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414   787.764.6910   www.srm.pr.gov