Felicita González
Villas de Castro
calle-24 GG-15
Caguas, P.R. 00725

RECEIVED & FILED
2020 JUL 24 AM 7:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
CAGUAS, PR
00725
JUL 20, 20
AMOUNT
$0.55
R2304M115256-11