Luz S. Muñoz Valentín
P.O. Box 1160
Rincón, P.R. 00677

U.S. POSTAGE PAID
FCM LG ENV
RINCON, PR
00677
JUL 20, 20
AMOUNT
$1.00
R2305K136452-5

RECEIVED & FILED
2020 JUL 24 AM 7:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos (*United States District Court*)
Sala 150 Edificio Federal
San Juan (Puerto Rico) 00918-1767