20 de junio de 2020



A: Secretaría del Tribunal, Junta de Supervisión y Comité de Acreedores

Saludos

Muy respetuosamente me dirijo a ustedes para plantearles la siguiente información. En los pasados meses recibí un libro de United States Distrisct Court for The District of Puerto Rico relacionado a los casos de empleados del gobierno de PR relacionados a la Ley Promesa Título III en asunto de: Estado Libre Asociado De Puerto Rico, No 17 BK 3283-LTS. This filing relates to the Commonwealth and ERS.

En la misma hay una nota que dice que si mi reclamo se menciona en el anexo A de la objection global debera redactar y enviar una replica a dicha Objeción Global, a las partes correspondientes. Ha sido una información que no entendí ni conozco ya que no es mi area de expertiz. Por otro lado y como todos sabemos PR ha atravesado situaciones sumamente difíciles por los terremotos ocurridos y por la situación de Covid 19 en nuestro país. Estas situaciones han dificultado el acceso de los empleados a las agencias de gobierno ya que la oficinas han permanecido cerradas al publico lo que dificulta grandemente accesar a documentos y expedients que contienen la informacion necesaria para sustentar los casos.

En una llamada telefónica expliqué esta situación a la Sra Katherine en la oficina de Prime Clerk LLC y me recomendaron escribir y explicar dicha situación y solicitar una extención de la fecha límite para que se me considere la replica y/o situación en el analisis y determinación de mi caso lo cual solicito muy respetuosamente.

Número de reclamación 136199, Nombre Carmen B. Fuentes Albino. Teléfono 787-647-6588

Dirección: PO Box 1675 Corozal, Puerto Rico, 00783

E mail: carmenbfuentes@hotmail.com

Fecha de presentación 6/29/2018 Deudor Commonwealth of Puerto Rico

Deudores: Estado Libre Asociado de Puerto Rico

Numero de procedimiento de quiebra: 17 BK 3283-LT

Reclamación:

1. En la fecha de presentación indicada en este documento reclamé e indiqué que el Departamento de Educación y/o el Gobierno de PR faltaron a mis derechos negado aumentos de sueldos y/o pasos por concepto de años de servicios y Ley de Carrera Magisterial del 28 de agosto de 2002 por lo que me deben dinero.

Mi Plan de mejoramienot Profesional fue sometido el 30 de abril de 2003 y fue cumpletado en su totalidad hasta la etapa # 5. Esta ley en el artículo 2.09 tiene estipulado unos insentivos por nivel, al completar el nivel IV dice la ley que se consedera al empleado en cada clasificacion completada un 40% de su salario básico.

A mi no se me consedió dicho insentivo. Al yo reclamar en la oficina de recursos humanos del Departamento de Educación me indicaron que como yo habia recibido un aumento que concedio el gobierno de PR en anos anteriores no me podían conceder este incentivo correspondiente a la carrera magisterial( $125.00 mensuales) lo que equivale a $1,500 por año a partir del 2004 cuando se complete el cumplimiento total del Plan de desarrollo porfesional.

2. Mi inicio como empleado del Estado Libre Asociado de PR comenzó en el 1986 con el Departamento de Salud.

El en 1995 comence a trabajar como maestro de Salud en el Departamento de Educación de PR cuando las escuela eran Escuelas de la Comunidad y se otorgaba pasos (aumento) al maestro cada dos años de experiencia completados en la misma. A mi major entendender no se me otorgaron por complete los pasos correspondientes por lo que solicito se evalue este punto.

3. En adición el Departamento de educación me debe una devolución del mes de junio de 2013 por concepto de cobro indebido de un prestamo realizado por mi persona a la Co-coop de maestros PR, el cual yo que habia completado la totalidad de esa deuda y el Departamento realizó una deducción de mi cheque indebida. Este fue reclamado pero nunca me devolvieron ese pago. ($163.36).

Agradezco su atención a este asunto

Carmen B. Fuentes Albino
PoBox 1675 Corozal, PR 00783