# DEPARTAMENTO DE EDUCACION

## Estado Libre Asociado de Puerto Rico

### Secretaría Auxiliar de Recursos Humanos

20 de octubre de 2009

# C E R T I F I C A C I O N

| | | | |
|---|---|---|---|
| Certifico que | | : | CARMEN B. FUENTES ALBINO |
| | Seguro Social | : | -7608 |
| | Categoría | : | CONSEJERO ESCOLAR |
| | Distrito Escolar | : | COROZAL |
| | Sueldo Mensual | : | $3,030.00 |
| | Status | : | PERMANENTE |
| Observaciones | | : | |
| | Trabaja | : | Desde el 13 de octubre de 1995 hasta el presente. |
| | Cesó | : | N/A |
| | Renunció | : | N/A |
| | Otros | : | Ha rendido servicios para este Departamento por un periodo de 14 años. |

*Matilde Pedraza Leduc*

**Matilde Pedraza Leduc,**
**Supervisora**
**Unidad de Jubilaciones Docente**

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrima por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

FORM. 409

ESTADO LIBRE ASOCIADO DE PUERTO RICO
· DEPARTAMENTO DE EDUCACION
------------------------------

· SECRETARIA AUXILIAR

INFORME DE CAMBIO - PERSONAL DOCENTE

------------------------------------------------------------
                          :    ANTES DEL CAMBIO    :    DESPUES DEL CAMBIO
------------------------------------------------------------

1. NOMBRE DEL EMPLEADO: FUENTES ALBINO, CARMEN B:

2. NUM. SEGURO SOCIAL :        7600              :

3. ESTATUS EMPLEADO   : PERMANENTE -01           :

4. SUELDO             : $ 2,495.00               : $ 2,705.00

5. NUM. DE PUESTO     : R62624                   :

6. CATEGORIA          : CONSEJERO ESCOLAR -9936  :

7. NIVEL              : NIVEL I                   :

8. FONDO              : ESTATAL                   :

9. CIFRA DE CUENTA    : E1110-11100-0810000-10000-00100-2005-

10. FECHA EFECTIVIDAD :                           : 01/SEPTIEMBRE/2005

11. DISTRITO          : COROZAL -023              :

12. ESCUELA           : MANUEL DOU GALI -70870

------------------------------------------------------------

13. OBSERVACIONES:

                APROBACION DE 4 FASE(S) CONDUCENTE AL NIVEL III.
                MODIFICACION EN SALARIO POR APLICACION DE LA LEY
                NUMERO 158 DE 18 DE JULIO DE 1999 (CARRERA
                MAGISTERIAL), SEGUN ENMENDADA.

14. APROBADO: POR EL SECRETARIO DE EDUCACION O SU REPRESENTANTE

------------------------------        ------------------
         FIRMA                              FECHA

DEPARTAMENTO DE EDUCACION
ESTADO LIBRE ASOCIADO DE PUERTO RICO

SECRETARIA AUXILIAR DE RECURSOS HUMANOS
INFORME DE CAMBIOS - PERSONAL DOCENTE

|  | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | FUENTES ALBINO, CARMEN B | |
| 2. SEGURO SOCIAL | -7608 | |
| 3. PREPARACION ACADEMICA | MA | |
| 4. SUELDO BRUTO | $ 1,975.00 | $ 2,125.00 |
| 5. NUMERO DE PUESTO | 262624 | |
| 6. CATEGORIA DE PUESTO | ORIENTADOR ESCOLAR -9986 | |
| 7. FONDO | ESTATAL | |
| 8. CIFRA DE CUENTA | E1110-11100-0310000-1008-00100-2003- | |
| 9. FECHA DE EFECTIVIDAD | | 01/JULIO/2003 |
| 10. ACCION Y DURACION | | AUMENTO EN SUELDO |
| 11. ESCUELA | MANUEL BOU GALI -70870 | |
| 12. DISTRITO ESCOLAR | COROZAL -023 | |

13. OBSERVACIONES: AUMENTO SUELDO DE ACUERDO AL CONVENIO COLECTIVO ENTRE EL DEPARTAMENTO DE EDUCACION Y LA FEDERACION DE MAESTROS RATIFICADO EL 20 DE AGOSTO DE 2002.

14. APROBADO: POR EL SECRETARIO O SU REPRESENTANTE

FIRMA                                          FECHA

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

DEJO DE ACUMULAR  0 DIAS 0.00 HRS          PAGAR  40 DIAS 0.00 HRS
VACACIONES REGULARES                       VACACIONES REGULARES - JULI
POR AUSENCIAS DESCONTABLES

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: FUE
---

FUENTES ALBINO, CARMEN B                       -7608
------------------------------             ------------------
NOMBRE                                     SEGURO SOCIAL

COROZAL -023/MANUEL BOU GALI               21.- MA
------------------------------             ------------------
DISTRITO/ESCUELA                           PREPARACION

REGULAR (01) -                                      10-0-0-0.0
------------------------------             ------------------------------
STATUS                                     ANTES       DESPUES
                                           EXPERIENCIA (A-M-S-D)

CONSEJERO ESCOLAR -9986                    R62624
------------------------------             ------------------
CATEGORIA - CLASE                          NUMERO DE PUESTO

$ 2,305.00                                 01/JUNIO/2005
------------------------------             ------------------
SUELDO ANTES DEL CAMBIO                     PAGO DE VACACIONES

ESTATAL (111)
------------------                         ------------------------------
FONDO                                      CAUSA DEL CESE

------------------------------             ------------------------------
ULTIMO DIA DE TRABAJO                      ULTIMO DIA DE PAGO

01110-11100-0810000-1008-00100-2006-
------------------------------------------------------
CIFRA DE CUENTA

OBSERVACIONES:  AUMENTO EN SUELDO SEGUN CONVENIO COLECTIVO EFECTIVO AL
                1 DE JULIO DE 2005 A $2405.00

APROBADO POR EL SECRETARIO DE EDUCACION.
                ------------------------       ------------------
                        FIRMA                  FECHA
------------------------------------------------------------------------

                    PARA USO DE LA DIVISION DE NOMINAS
TIPO 5                          (CESE)
(RECORD D) _____       PROXIMO MES _____





**DEPARTAMENTO DE EDUCACIÓN**

Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Informe de Cambios - Personal Docente

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | Fuentes Albino, Carmen B | |
| 2. Seguro Social | 7608 | |
| 3. Lugar y Fecha de Nacimiento | | |
| 4. Sexo | | |
| 5. Preparación Académica | MA | |
| 6. Experiencia | | |
| 7. Status Empleado | Permanente | |
| 8. Sueldo Bruto | $2,705.00 | $2,780.00 |
| 9. Número de Puesto | R62624 | |
| 10. Categoría de Puesto | Consejero Escolar | |
| 11. Fondo | Estatal | |
| 12. Cifra de Cuenta | E1120-11100-0810000-1008-00100-2906 | |
| 13. Fecha de Efectividad | | 1 de septiembre de 2005 |
| 14. Acción y Duración | | Aum. Sueldo Carrera Magisterial Asignación Nivel III |
| 15. Causa del Cese | | |
| 16. Último día de Trabajo | | |
| 17. Último día de Pago | | |
| 18. Turno de Registro | | |
| 19. Distrito Escolar | Corozal            023 | |
| 20. Escuela | Manuel Bou Galí      70870 | |

21. Observaciones:

22. Aprobado:  Por el Secretario o su Representante

_____
Firma

_____
Fecha

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACION**
**DIVISION DE PERSONAL - HATO REY, PUERTO RICO**

**DEJO DE ACUMULAR  0 DIAS 0.00 HRS**          **PAGAR  40 DIAS 0.00 HRS**
**VACACIONES REGULARES**                        **VACACIONES REGULARES**
**POR AUSENCIAS DESCONTABLES**

**INFORME DE CAMBIO - PERSONAL DOCENTE**

                                            **CLAVE ALFA: FUE**
                                                    **---**

**FUENTES ALBINO, CARMEN B**                        **-7608**
------------------------------              ---------------
**NOMBRE**                                  **SEGURO SOCIAL**

**COROZAL -023/MANUEL BOU GALI**            **21 - MA**
-------------------------------------       ---------------------
**DISTRITO/ESCUELA**                        **PREPARACION**

**PROBATORIO (02) -**                            **7-0-0-0.0**
--------------------------                  -------------------------
**STATUS**                                  **ANTES       DESPUES**
                                            **EXPERIENCIA (A-M-S-D)**

**ORIENTADOR ESCOLAR -9986**                **R62624**
-------------------------------------       ---------------------
**CATEGORIA - CLASE**                       **NUMERO DE PUESTO**

**$ 1,875.00**                              **03/JUNIO/2002**
--------------------------                  -------------------
**SUELDO ANTES DEL CAMBIO**                 **PAGO DE VACACIONES**

**ESTATAL (111)**
-------------                               -------------------------
**FONDO**                                   **CAUSA DEL CESE**


-----------------------                     -------------------------
**ULTIMO DIA DE TRABAJO**                   **ULTIMO DIA DE PAGO**

**E1110-11100-0810000-1008-00100-2003-**
-----------------------------------------------
            **CIFRA DE CUENTA**



**APROBADO POR EL SECRETARIO DE EDUCACION.**
                --------------------------      -------------------------
                      **FIRMA**                 **FECHA**
----------------------------------------------------------------------
                **PARA USO DE LA DIVISION DE NOMINAS**
**TIPO 5**                      **(CESE)**
**(RECORD D)** _____   **PROXIMO MES** _____

## SECRETARIA AUXILIAR DE RECURSOS HUMANOS
## INFORME DE CAMBIO - PERSONAL DOCENTE

NOMBRE: FUENTES ALBINO, CARMEN B
SEGURO SOCIAL:          -7608

| | : ANTES DEL CAMBIO | : DESPUES DEL CAMBIO |
|---|---|---|
| PREPARACION ACADEMICA: | MA | : |
| STATUS | : PROBATORIO -02 | : |
| SUELDO | : $ 1,875.00 | : $ 1,975.00 |
| CATEGORIA | : ORIENTADOR ESCOLAR -9986 | |
| FONDO | : ESTATAL | : |
| CIFRA DE CUENTA | : E1110-11100-0810000-1008-00100-2003- | |
| FECHA EFECTIVIDAD | : | : 01/JULIO/2002 |
| ACCION Y DURACION | : | : AUMENTO SUELDO LEY 96 |
| DISTRITO | : COROZAL -023 | : |
| ESCUELA | : MANUEL BOU GALI -78870 | |

APROBADO: POR EL SECRETARIO DE EDUCACION O SU REPRESENTANTE

_____          _____
            FIRMA                                    FECHA

DOCENTE-MAESTROS\ESTATAL\MOROVIS\COROZAL

IRM. 409

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
--------------------------------
SECRETARIA AUXILIAR DE RECURSOS HUMANOS

INFORME DE CAMBIO - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO: | FUENTES ALBINO, CARMEN B | |
| 2. NUM. SEGURO SOCIAL | -7608 | |
| 3. EXPERIENCIA | B- 0- 0- 0 | |
| 3. ESTATUS EMPLEADO | PROBATORIO -02 | PERMANENTE -01 |
| 4. NUM. DE PUESTO | R62624 | |
| 5. CATEGORIA | ORIENTADOR ESCOLAR -9986 | |
| 6. FONDO | ESTATAL | |
| 7. CIFRA DE CUENTA | E1110-11100-0810000-1008-00100-2003- | |
| 8. FECHA EFECTIVIDAD | | 02/OCTUBRE/2002 |
| 9. ACCION | | CAMBIO DE STATUS |
| 0. DISTRITO | COROZAL -023 | |
| 1. ESCUELA | MANUEL BOU GALI -70870 | |

.2. OBSERVACIONES

.ONSIDERE SOLAMENTE PARA CAMBIO DE STATUS

13. APROBADO POR EL SECRETARIO DE EDUCACION O SU REPRESENTANTE AUTORIZADO

FIRMA                    FECHA

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

DEJO DE ACUMULAR  0 DIAS 0.00 HRS          PAGAR  40 DIAS 0.00 HRS
VACACIONES REGULARES                       VACACIONES REGULARES
POR AUSENCIAS DESCONTABLES

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: FUE
---

FUENTES ALBINO, CARMEN B                   -7608
-----------------------------------        ---------------
NOMBRE                                     SEGURO SOCIAL

COROZAL -023/MANUEL BOU GALI                21 - MA
-----------------------------------        ---------------------
DISTRITO/ESCUELA                           PREPARACION

REGULAR (01) -                                      3-0-0-0.0
-----------------------------------        ----------------------------
STATUS                                     ANTES       DESPUES
                                           EXPERIENCIA (A-M-S-D)

ORIENTADOR ESCOLAR -9986                   862624
-----------------------------------        -------------------------
CATEGORIA - CLASE                          NUMERO DE PUESTO

# 1,975.00                                 02/JUNIO/2003
-------------------------------            ----------------------
SUELDO ANTES DEL CAMBIO                     PAGO DE VACACIONES

ESTATAL (111)
----------------                           ----------------------------
FONDO                                      CAUSA DEL CESE

--------------------------                 ----------------------------
ULTIMO DIA DE TRABAJO                      ULTIMO DIA DE PAGO

E1110-11100-0810000-1008-00100-2004-
----------------------------------------------------
CIFRA DE CUENTA

APROBADO POR EL SECRETARIO DE EDUCACION.

---------------------------                ----------------------------
FIRMA                                      FECHA
--------------------------------------------------------------------
PARA USO DE LA DIVISION DE NOMINAS
TIPO 5                          (CESE)
(RECORD 0) _____        PROXIMO MES _____



# DEPARTAMENTO DE EDUCACION
### ESTADO LIBRE ASOCIADO DE PUERTO RICO
### SECRETARIA AUXILIAR RECURSOS HUMANOS
## INFORME DE CAMBIOS - PERSONAL DOCENTE

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | CARMEN B FUENTES ALBINO | |
| 2. Seguro Social | 7608 | |
| 3. Preparación | MA | |
| 4. Experiencia | | |
| 5. Status | REGULAR | |
| 6. Sueldo Bruto | $2780.00 | $2880.00 |
| 7. Número del Puesto | R62624 | |
| 8. Categoría de Puesto | CONSEJERO ESCOLAR | |
| 9. Fondo | ESTATAL | |
| 10. Cifra de Cuenta | E1110-11100-0810000-1008-00100-2008 | |
| 11. Fecha de Efectividad | | 8 DE ENERO DE 2008 |
| 12. Acción y Duración | | AUMENTO EN SUELDO |
| 13. Región | BAYAMON | |
| 14. Distrito Escolar | COROZAL-023 | |
| 15. Escuela | MANUEL BOU GALI-70870 | |

**16. Observaciones:**

AUMENTO DE SUELDO DE $100 DOLARES OTORGADO POR EL GOBERNADOR.

**17. Aprobado: Por el Secretario o su Representante**

_____
Firma

_____
Fecha

P. O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 * TEL.: (787) 759-2000 EXTS.: 2219, 2223, 2227, 2228, 2224

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

FORM. 409 Rev. 99



**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos

### Informe de Cambio - Personal Docente

Pagarle _____ días por vacaciones regulares en julio

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | CARMEN R. ECHEITES ALZINA | |
| 2. Número de Seguro Social | -7608 | |
| 3. Lugar y Fecha de Nacimiento | COROZAL- 31 DE ENERO DE 1963 | |
| 4. Sexo | F | |
| 5. Estado Civil | CASADA | |
| 6. Preparación Académica | N.A. | |
| 7. Experiencia | 6 AÑOS | |
| 8. *Status* Empleado (Contrato) | TRANSITORIO ELEGIBLE | T.P. |
| 9. Sueldo Bruto | | |
| 10. Número del Puesto | F-01690 | (R-40383) Jubilación |
| 11. Categoría del Puesto | ORIENTADORA | ORIENTADORA |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | FEDERAL | ESTATAL |
| 14. Cifra de Cuenta | | |
| 15. Fecha de Efectividad | 22 DE SEPTIEMBRE DE 2000 | 2 de octubre de 2000 |
| 16. Acción y Duración | NOMBRAMIENTO AÑO | Traslado Permanente |
| 17. Causa del Cese | REUBICACION AÑO | |
| 18. Último día de Trabajo | 2 DE OCTUBRE DE 2000 | |
| 19. Último día de Pago | | |
| 20. Programa Escolar nivel y grado | ORIENTACION ELEMENTAL | ORIENTADORA |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | MOROVIS | Corozal |
| 23. Escuela | CON. ELEMENTAL URBANA | Manuel Bou Galí |
| 24. Dirección Postal y Residencial | P.O. BOX 996 BO. DOS BOCAS I CARR.807 COROZAL, P.R. 00783 | 25. Teléfono Residencial 859-4412 |

26. Observaciones:
ACEPTO PLAZA DE ORIENTADORA EN LA ESCUELA MANUEL BOU GALI EN COROZAL.

Va a ocupar plaza vacante de Nancy Rosario Torres 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, tenía permanencia en Salud en Bo. Hipolito Caldero, plaza SR-17848

| 27. En caso de cambio de *status* a probatorio o permanente, traslado, reasignación permanente, reubicación o descenso. | | 29. Deseo: _____ Acogerme _____ No Acogerme Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente. |
|---|---|---|
| _____ Firma del empleado | 2 OCTUBRE 2000 Fecha | _____ Firma del empleado |
| 28. Recomendado _____ Director de Escuela | 2 OCTUBRE 2000 Fecha | 30. Recomendado _____ Supt. Regional |
| 31. Aprobado: Por el Secretario de Educación o su Representante _____ Firma | | Fecha |

Si el nombramiento es con *status* transitorio provisional el mismo constituye un **CERTIFICADO PROVISIONAL DE MAESTRO**

FORM. 409

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## DEPARTAMENTO DE EDUCACION

### SECRETARIA AUXILIAR DE RECURSOS HUMANOS

### INFORME DE CAMBIO - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | FUENTES ALBINO, CARMEN E| |
| 2. NUM. SEGURO SOCIAL | -7608 | |
| 3. STATUS EMPLEADO | 01 - PERMANENTE | |
| 4. SUELDO | $ 1,745.00 | $ 1,690.00 |
| 5. NUM. DE PUESTO | R37848 | |
| 6. CATEGORIA | 9812-M.SALUD ESCOLAR | |
| 7. RANGO | | MAESTRO AUXILIAR |
| 8. FONDO | ESTATAL | |
| 9. CIFRA DE CUENTA | 1E1110-11100-0810000-1008-0010C-2001- | |
| 10. FECHA EFECTIVIDAD | | 1 DE AGOSTO DE 2000 |
| 11. DISTRITO | 023 - COROZAL | |
| 12. ESCUELA | HIPOLITO CALDERO | |

13. OBSERVACIONES:

ASIGNACION DE RANGO Y MODIFICACION EN SALARIO
POR APLICACION DE LA LEY NUMERO 158 DE 18 DE
JULIO DE 1999 (CARRERA MAGISTERIAL).

14. APROBADO: POR EL SECRETARIO DE EDUCACION O SU REPRESENTANTE

_____          _____
FIRMA                              FECHA

AP-15
Modelo 10/81

**Estado Libre Asociado de Puerto Rico**
**Departamento de Salud**
**ADMINISTRACION DE FACILIDADES Y SERVICIOS DE SALUD**

**INFORME DE CAMBIO**

1. Número del Cambio   N-550
1a. Región u Hospital   Norte

2. Número de Seguro Social del Empleado   -7608

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| 3. Nombre del Empleado | Carmen B. Fuentes Albino | |
| 4. Puesto Núm. | C-3473 | |
| 5. Título de Clasificación | Educadora en Salud Comunal I | |
| 6. Programa | Med. Prev. y Salud Fam. | |
| 7. Departamento | | |
| 8. Facilidad | C.S. Fam. Morovis | |
| 9. Ubicación Geográfica del Puesto | | |
| 10. Estado Civil | | |
| 11. Categoría del Empleado | De carrera | |
| 12. Status del Empleado | Regular | |
| 13. a. Sueldo Mens. | $1,245.00 | Sin sueldo |
| b. Diferencial | | |
| Total | | |
| 14. Descuento para Contribución sobre Ingresos | | |
| 15. Descuento para Seguro Social | | |
| 16. Descuento para Aportación Sistema de Retiro | | |
| 17. Descuento para Servicios Médicos | | |
| 18. Descuento para Ahorros (A. E. E. L. A.) | | |
| 19. Descuento para Seguros (A. E. E. L. A.) | | |
| 20. Obvenciones | | |
| 21. Otros Descuentos | | |
| 22. Fecha de Efectividad | | |

| 23. SIMBOLOS DE CONTABILIDAD | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

24. Indique si se trata de: ☐ Ascenso   ☐ Cambio de Categoría   ☐ Cambio de Status   ☐ Ascenso o traslado Transitorio
☐ Descenso   ☐ Reclasificación   ☐ Reinstalación   ☐ Reubicación   ☐ Traslado   ☐ Nuevo Nombramiento   ☐ Aumento de Sueldo

25. En caso de cambio a otra agencia indique — Licencia a acreditarse:   Compensatorio_____días.
Licencia Enfermedad_____días.   Concedida_____días.   Licencia Regular_____días.   Concedida_____días.

| | Ultimo Día de Trabajo | Licencia Previamente Concedida | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 26. Renuncia | | | |
| 27. Separación | | | |
| 28. Destitución | | | |
| 29. Cesantía | | | |

30. Suspensión de Empleo y Sueldo:   Duración:   De   A

31. Muerte:   Ultimo día   Participante de Retiro
Fecha_____   Hora_____   de pago:_____   ☐ Sí   ☐ No

32. Clase de Licencia:   ☐ Para estudio   ☐ Especial con paga   ☐ Maternidad
☐ Militar sin Sueldo   ☒ Sin Sueldo

Duración: 339 días   DE 16-octubre-95   A 18-sept.-96

33. Comentarios y Explicaciones (si necesita más espacio use el dorso) Se le va a conceder 339 días de Lic. sin Sueldo para estudios de acuerdo a comunicación del Sr. José A. Tapia Rolón, Director Auxiliar con fecha del 20 de oct. de 1997. Se incluye copia de carta de autorización de Licencia.

34. Si el cambio de puesto es por Certificación de Elegibles indique:  Certificación de Elegibles Núm.
Si el cambio es a otro puesto, indique el nombre del anterior incumbente:   APROBADO

35. Si el cambio es a otra agencia el jefe de la agencia donde se origina el cambio o su representante autorizado firmará aquí:

36. Firma del empleado en casos donde sea necesario:

Oficina de Personal

37. Aprobado por: Miriam Montalvo, Ofic. Pers. Int.   Fecha: 22 de diciembre 1998
Jefe de la Agencia o su Representante Autorizado

Revisado o Aprobado por:   Fecha:

J-2-1012-84-5-1-5M-1CM-88

AP-15 Especial A
(8/89)

Estado Libre Asociado de Puerto Rico
Departamento de Salud
ADMINISTRACION DE FACILIDADES Y SERVICIOS DE SALUD
Area de Personal

INFORME DE CAMBIO ESPECIAL

Número del cambio  N- 802

NORTE
Región u Hospital

Nombre del empleado:   Carmen B. Fuentes Albino

Seguro Social      :   _     '608

   Se notifica el siguiente cambio de status del empleado, de conformidad con el
Artículo 4 de la Ley Núm. 56 del 16 de agosto de 1989.  Este cambio de status del
empleado es efectivo el 1ro. de julio de 1989.

|   | | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|---|
| 1. | Número del puesto | C-7196 | C-3473 |
| 2. | Título de clasificación | Téc. Servs. Soc. I | |
| 3. | Programa | | Méd. Prevent. y Salud Fam |
| 4. | Departamento | | |
| 5. | Ubicación geográfica del puesto | C.S. Fam. Morovis | C.S. Fam. Morovis |
| 6. | Categoría del empleado | | De carrera |
| 7. | Status del empleado | Transitorio | Regular |
| 8. | Sueldo | $754.00 | |
| 9. | Diferencial | | |
| 10. | Descuento para aportación Sistema de Retiro | | 7% |

Cifra de Cuenta de Nómina Antes del Cambio

| Fondo | TC | Prog. | Sub. Prog. | Proy. | Act. | Región | Fac. | Ofic. | Div. | Secc. | Uni. | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 5 | 03 | 24 | 00 | 00 | 20 | LO | 7U | 7U | 00 | 1 | 112 |

Cifra de Cuenta de Nómina Después del Cambio

| Fondo | TC | Prog. | Sub. Prog. | Proy. | Act. | Región | Fac. | Ofic. | Div. | Secc. | Uni. | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 5 | 03 | 24 | 00 | 00 | 20 | LO | 7u | 7U | 00 | 1 | 111 |

Comentarios:  _____

_____

APROBADO

26 de febrero
Fecha

MAR 11 1990

OFIC. DE PERSONAL
REGION NORTE
DE
SALUD

María E. Rivera, Oficial de Personal
Firma de la Autoridad Nominadora
o su Representante Autorizado

AP-15
Modelo 10/81

Estado Libre Asociado de Puerto Rico
Departamento de Salud
**ADMINISTRACION DE FACILIDADES Y SERVICIOS DE SALUD**

**INFORME DE CAMBIO**

1. Número del Cambio  N–1721
1a. Región u Hospital   Norte
2. Número de Seguro Social del Empleado   7608

**IMPORTANTE
INSTRUCCIONES:
LEA AL DORSO**

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| 3. Nombre del Empleado | Carmen B. Fuentes Albino | |
| 4. Puesto Núm. | C-3473 | |
| 5. Título de Clasificación | Técn. de Servs. Soc. I | Educ. en Salud Comunal I |
| 6. Programa | Med. Prev. y Salud Familiar | |
| 7. Departamento | | |
| 8. Facilidad | Centro Salud Fam.-Morovis | |
| 9. Ubicación Geográfica del Puesto | | |
| 10. Estado Civil | | |
| 11. Categoría del Empleado | de carrera | |
| 12. Status del Empleado | regular | |
| 13. a. Sueldo Mens. | $ 754. | $ 822. |
| b. Diferencial | | |
| Total | | |
| 14. Descuento para Contribución sobre Ingresos | | |
| 15. Descuento para Seguro Social | | |
| 16. Descuento para Aportación Sistema de Retiro | | |
| 17. Descuento para Servicios Médicos | | |
| 18. Descuento para Ahorros (A. E. E. L. A.) | | |
| 19. Descuento para Seguros(A. E. E. L. A.) | | |
| 20. Obvenciones | | |
| 21. Otros Descuentos | | |
| 22. Fecha de Efectividad | | 1ro. de abril de 1990 |

| 23. SIMBOLOS DE CONTABILIDAD | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asig-nación | Objeto | A. F. | Fondo | Agen-cia | Div. | Sub-Div. | Asig-nación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

24. Indique si se trata de: ☐ Ascenso   ☐ Cambio de Categoría   ☐ Cambio de Status   ☐ Ascenso o traslado Transitorio
☐ Descenso   ☐ Reclasificación   ☐ Reinstalación   ☐ Reubicación   ☐ Traslado   ☐ Nuevo Nombramiento   ☐ Aumento de Sueldo

25. En caso de cambio a otra agencia indique – Licencia a acreditarse:   Compensatorio_____ días.
Licencia Enfermedad_____ días,   Concedida_____ días,   Licencia Regular_____ días,   Concedida_____ días.

| | Ultimo Día de Trabajo | Licencia Previamente Concedida | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 26. Renuncia | | | |
| 27. Separación | | | |
| 28. Destitución | | | |
| 29. Cesantía | | | |

30. Suspensión de Empleo y Sueldo:   Duración:   De   A
31. Muerte:   Ultimo día de pago:   Participante de Retiro  ☐ Sí  ☐ No
Fecha_____   Hora_____
32. Clase de Licencia:   ☐ Para estudio   ☐ Especial con paga   ☐ Maternidad
☐ Militar sin Sueldo   ☐ Sin Sueldo
Duración:_____   DE_____   A_____

33. Comentarios y Explicaciones (si necesita más espacio use al dorso)  Modificación al Plan de Clasificación. Véase
AP-18 del 26 de noviembre de 1990.

34. Si el cambio de puesto es por Certificación de Elegibles indique:  Certificación de Elegibles Núm.
Si el cambio es a otro puesto, indique el nombre del anterior incumbente:

35. Si el cambio es a otra agencia donde se origine el cambio o su representante autorizado firmará aquí:

36. Firma del empleado en casos que fuere necesaria

**APROBADO
JAN 3 1991**
Oficina de Personal
Región Norte de Salud

37. Aprobado por:  María E. Rivera, Ofic. de Personal   Fecha:  2 de enero de 1991

Revisado o Aprobado por:   Fecha:

J-2-1012-84-5-1-5M-ICM-88

DP-11
Modelo 7/78

**Cuenta Tag=018-112-018**

Instrucciones al dorso

| 1. SIMBOLOS DE CONTABILIDAD | | | | | | |
|---|---|---|---|---|---|---|
| A. F. | Fondo | Agencia | Div. | Sub. Div. | Ang. | Objeto |
| 041 | 12 | 502 | 00 | — | — | 8500 |

Estado Libre Asociado de Puerto Rico
Departamento de Salud
ADMINISTRACION DE FACILIDADES Y
SERVICIOS DE SALUD
Area de Personal
NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO

2. Cert. Núm.

3. Autorización Núm.

4. Fecha:

**5. Nombre del Empleado:** Fuentes Albino, Carmen B.

    (Apellido Paterno)    (Apellido Materno)    (Nombre)

Si se trata de una mujer casada siga este orden:
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

**6. Dirección:** Box 996
    Corozal, Puerto Rico   00643

**7. Región, Programa o División, Sección o Unidad:** Centro de Salud Morovis

**8. Título de Clasificación:** Símbolo    Puesto Núm.
Téc. Servs. Sociales I 1565-15    C-7566

**9. Sexo:** ☐ Varón    ☒ Mujer

**10. Clase de nombramiento:** ☐ DE CARRERA    ☐ DE CONFIANZA

☐ Regular    ☐ Probatorio    ☒ Transitorio

(Indique la disposición legal que incluye el puesto en este servicio)

**11. Fecha de efectividad de Nombramiento:**

27-Mayo-86

**12. Fecha en que expira el nombramiento**
si es transitorio **en 5 antes 30-junio-86**
**12a.** Fecha en que expira el período probatorio

**13. a. Sueldo Mens.** $624.00
    b. Diferencial

Total

**14. Anterior Incumbente:**
Nueva Creación

Título de clasificación del puesto:
Téc. Serv. Soc. I

13a. Retiro    Nada
13b. Obvenciones

**15. Firma de la autoridad nominadora o su representante autorizado:**
Firma:    Título: Oficial de Personal    Fecha: 23-mayo-86

**16.**    JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO

Yo, Carmen B. Fuentes Albino de 23 casada Téc. Servs. Soc. I
(Nombre del Funcionario o Empleado)  (Edad)  (Soltero o Casado)  (Nombre del cargo o empleo)
y vecino de Morovis , juro solemnemente que mantendré y defenderé la Constitución de los Estados
(Pueblo)
Unidos y la Constitución y las leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que
prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin propósito de eludirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que antes próximo a ejercer. Así me ayude Dios.

23/mayo/1986
Fecha

Firma del Empleado o Funcionario

AFFIDAVIT NUM. 2,283

Suscrito y jurado ante mí por Carmen B. Fuentes Albino , de las circunstancias personales
(Nombre)
antes expresadas y a quien doy fe de conocer personalmente en (Pueblo) Puerto Rico hoy 23 de

Mayo del año 19 86 .

Firma y posición del Funcionario público o del
Funcionario autorizado que toma el juramento

NO ESCRIBA DEBAJO DE ESTA LINEA

OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL

**17. Nombramiento aprobado por:**
Fecha:

**18. Núm. Seg. Social**
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

**19.**
Tarjeta :
Perforada : Por
Verificada : Por

CONTADURIA

**20. Intervención:**

**21.** Tarjeta Perforada:
Por:
Verificada:
Por:

*Departamento de Educación*

*ocm 06*

*Estado Libre Asociado de Puerto Rico*
*Secretaría Auxiliar de Recursos Humanos*
*Oficina de la Carrera Magisterial*

## CERTIFICACIÓN DE RADICACIÓN Y APROBACIÓN DEL PLAN DE MEJORAMIENTO PROFESIONAL

*Certificamos que* __Carmen B. Fuentes Albino__

*seguro social* _____ __7608__ *de la Escuela* __Manuel Bou Galí__

_____ *del distrito escolar de* __Corozal__

*radicó su Plan de Mejoramiento Profesional de acuerdo a lo establecido en el Artículo*

*2.07 del Reglamento de la Carrera Magisterial para el período del* _____

__30 de abril 2003_____ *, al* ___30 de abril de 2008_____

_____ *. Certificamos, además que el Comité de Evaluación*

*analizó y evaluó dicho Plan a la luz del Capítulo VI del mismo reglamento y éste fue*

*aprobado hoy* _9_ *de* __junio_____ *de* _2003__ *.*

### COMITÉ DE EVALUACIÓN

| Nombre | Firma | Puesto que ocupa |
|---|---|---|
| *Ada M. González* | *Ada M. González* | *Directora* |
| *Armando Ríos* | *Armando Ríos* | *Delegado (EMPK)* |
| *Gladys Mato* | *Gladys Mato* | *Consejo escolar* |
| *Carmen I. Laures* | *C.S.S.* | *Supte. Aux.* |

*Fecha en que el solicitante radicó el Plan:* __30 de abril 2003_____

ocm 01

## Departamento de Educación
### Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos
### Oficina de la Carrera Magisterial

## SOLICITUD DE ACTIVACIÓN A LA CARRERA MAGISTERIAL

**Nombre del Solicitante** : Carmen B. Fuentes Albino

**Seguro Social** : ___ - 7608

**Categoría** : Orientación y Consejería Escolar

**Núm. de Puesto** : R-62624

**Escuela** : Pre-Técnica Manuel Boy Báez

**Distrito Escolar** : Corozal

**Región Educativa** : Morovis

**Rango al que aspira** : Orientador III

*De conformidad con el Artículo 2.07 del Reglamento de la Carrera Magisterial, esta solicitud debe entregarse en unión al Plan de Mejoramiento Profesional durante el mes de abril de cada año escolar.*

_Carmen B. Fuentes Albino_
Firma del solicitante

30 de Abril, 03
Fecha de radicación

**Recibido por:** Aida M. González Vega

# Departamento de Educación
### Estado Libre Asociado de Puerto Rico
#### Secretaric Auxiliar de Recursos Humanos
#### Oficina de la Carrera Magisterial

### GUÍA A UTILIZARSE EN EL COTEJO DE LA REDACCIÓN DEL PLAN DE MEJORAMIENTO PROFESIONAL

Nombre del Maestro : *Carmen B. Fuentes Albino*

Seguro Social : *-7608*

Escuela : *Manuel Bou Galí*

Distrito Escolar : *Corozal*

Categoría : *Orientación y Consejería escolar*

Fecha de vigencia del Plan : *30 de abril de 2003*

| | Si | No | Observaciones |
|---|---|---|---|
| **Parte I Portada** | | | |
| 1. La información requerida está completa, legible y correcta | ✓ | | |
| **Parte II Introducción** | | | |
| La introducción provee una visión del maestro y su entorno como trasfondo de posibilidades para la formulación de su Plan de Mejoramiento Profesional. Por lo tanto debe cumplir con los siguientes criterios: | ✓ | | |
| (a) Preparación académica y experiencia docente | ✓ | | |
| (b) Logros y reconocimientos profesionales obtenidos | ✓ | | |
| (c) Actividades académicas y no académicas de servicio a la comunidad escolar | ✓ | | |
| (d) Resumen del entorno social, cultural, económico y académico de la escuela | ✓ | | |

*Departamento de Educación*
*Estado Libre Asociado de Puerto Rico*
*Secretaría Auxiliar de Recursos Humanos*
*Oficina de la Carrera Magisterial*

# GUÍA PARA EL COTEJO DE LA REDACCIÓN DEL PLAN DE MEJORAMIENTO PROFESIONAL

Nombre del Maestro: *Carmen B. Fuentes Albin* Seguro Social: _*7608*_

| *Parte III Objetivo General* | *Si* | *No* | *Observaciones* |
|---|---|---|---|
| 1. El objetivo general está claramente establecido y responde a la aspiración de un rango dentro de la Carrera Magisterial | ✓ | | |

| *Parte IV Plan de Acción* | | | |
|---|---|---|---|
| 1. Los objetivos específicos para cada uno de los elementos del Plan están redactados en forma clara y cumplen con los requisitos correspondientes al rango que aspira de acuerdo a los Artículos 3.03, 3.04 y 3.05 de la Ley. | ✓ | | |
| Objetivo 1 | ✓ | | |
| Objetivo 2 | ✓ | | |
| Objetivo 3 | ✓ | | |
| Objetivo 4 | ✓ | | |
| 2. Las actividades: <br> a. corresponden a los objetivos trazados <br> b. están redactados en secuencia lógica de desarrollo <br> c. están equitativamente programadas para cada etapa del Plan | ✓ | | |

| Parte V Anejos | Si | No | Observaciones |
|---|---|---|---|
| Se adjunta el curriculo del programa de Estudios Universitarios a seguir para alcanzar el nuevo rango | ✓ | — | |

Observaciones: _____
_____
_____
_____

### Comité de Evaluación

Ada M. Borgón

Gladys Mata



**Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Oficina de la Carrera Magisterial**

OCM- 07 Enmendada

## SOLICITUD DE REVISION DE SALARIO Y RECLAMACIÓN DE NIVEL

Hon. Gloria Baquero Lleras
Secretaria de Educación

De conformidad con lo establecido en el Capítulo VII del Reglamento de la Carrera Magisterial, solicito revisión de Salario de las etapas: _X_ 1, _X_ 2, _X_ 3, _X_ ,4, _X_ 5 del Plan de Mejoramiento Profesional y Reclamación del Nivel Magisterial: ___II, _X_ III, ___IV.

| | | |
|---|---|---|
| Nombre del Solicitante | : | Carmen B. Fuentes Albino |
| Seguro Social | : | 7608 |
| Categoría de Permanencia | : | Orientadora |
| Escuela | : | Manuel Bou Galí |
| Distrito Escolar | : | Corozal |
| Región Educativa | : | Morovis |

_____
Firma del solicitante

__18 de enero de 2005__
Fecha