CERTIFIED MAIL

7019 2280 0001 2522 0456

 UNITED STATES POSTAL SERVICE

RETURN RECEIPT REQUESTED

# PRIORITY MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.
- * Domestic only

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

**FROM:** Carmen B. Fuentes Albino
P.O. Box 1675 Corozal
P.R. 00783

**TO:** Secretaria
(Clerks Office)
Tribunal de Distrito de E.U.
#150 Avenue Chardón
Federal Building
San Juan, P.R. 00918