

# GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN

Certificamos que NANCY NIEVES VIERA, disfruta beneficios de PENSION DIFERIDA de este Sistema de Retiro. La misma fue efectiva el 09 de febrero de 2011. En la actualidad, recibe una anualidad ascendente a $6,000.00 pagadera en mensualidades de $500.00.

Además, tiene derecho a un bono de medicamentos de $100.00, un aguinaldo de navidad de $200.00 y una aportación para plan médico de $100.00 mensuales.

Esta certificación se expide hoy 04 de marzo de 2020, en San Juan, Puerto Rico.

Certifico correcto,



Marlisa Marrero Negron
Gerente Auxiliar
División de Asuntos de Pensionados

LREYES1





# GOBIERNO DE PUERTO RICO

Departamento de Salud
Oficina Recursos Humanos y Relaciones Laborales

## CERTIFICACION

Certifico de acuerdo a Expediente Inactivo de Personal de la Señora Nancy Nieves Viera, Seguro Social XX-XX-1480, presto servicios en el Departamento de Salud según detallamos a continuación:

| CLASIFICACION | PERIODO | UBICACIÓN | SUELDO |
|---|---|---|---|
| Oficinista II Transitorio | 16-marzo-1978 al 15-febrero-1980 | División de Salud Familiar Programa WIC Nivel Central | $360.00 |
| Oficinista III Transitorio | 16-febrero-1980 al 30-septiembre-1983 | Secretaria Auxiliar de Servicios Ambulatorios Programa WIC Nivel Central | $420.00 |
| Oficinista IV Transitorio | 1-octubre-1983 al 30-junio-1989 | Secretaria Auxiliar de Servicios Ambulatorios Programa WIC Nivel Central | $523.00 |
| Oficinista IV Regular | 1-julio-1989 al 29 de mayo de 2001 | Programa WIC Nivel Central | $681.00 |
| Oficinista IV Regular | 30 de mayo de 2001 al 16 de enero de 2011 Licencia sin Sueldo 17 de enero de 2011 Renuncia para Acogerse a los Sistema de Retiro | Programa WIC Nivel Central | $1,262.00 |

Cualquier información adicional favor de comunicarse a los siguientes números telefónicos: (787) 765-2929 ext. 4232.

CERTIFICO CORRECTO:

Celia Pérez Sepúlveda, MBA
Secretaria Auxiliar
Secretaría Auxiliar
Recursos Humanos y
Relaciones Laborales

Dada en San Juan, Puerto Rico
Hoy 3 de julio de 2020

NOTA: LA MISMA NO ES VALIDA SI TIENE ALTERACIONES
LRP/jva

08-38
10-86 (Rev.)



Estado Libre Asociado de Puerto Rico
ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
Apartado 42003, Estación Minillas, Santurce, P. R. 00940

## HOJA DE SERVICIOS

INSTRUCCIONES:

Este formulario se utiliza para recopilar información sobre los servicios prestados al Gobierno por el participante del Sistema de Retiro.

1. Informe los sueldos devengados por el empleado sin descontar las ausencias, castigos, licencias y otros, pero excluyendo toda bonificación o pago por concepto de horas extras trabajadas.
2. En el apartado "Observaciones" indique aquellos períodos de interrupción de servicios, si los hubiera y las causas.
3. Si fuera necesario, utilicen hojas adicionales siguiendo el mismo patrón.
4. Las aportaciones al Sistema deberán cubrir el período total especificado.

| NIEVES | VIERA | NANCY | -1480 |
|---|---|---|---|
| (Apellido Paterno) | (Apellido Materno) | (Nombre) | Número Seguro Social o Empleado |
| 14/ENERO/1953 | ADMINISTRACION DE FACILIDADES Y SERVICIOS DE SALUD | | |
| Fecha de Nacimiento | Agencia en que prestó los servicios | | Fecha primer descuento para Retiro |

| Clasificación del Puesto | Período de Servicios Desde | | | Período de Servicios Hasta | | | Sueldo Mensual | Sueldo por hora | Horas Trabajadas | Total Sueldos Devengados | Aportaciones al Sistema | Observaciones |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | D | M | A | D | M | A | | | | | | |
| OFICINISTA II | 16 | 03 | 78 | 30 | 09 | 79 | $360.00 | | | | | NOMB. TRANSITORIO |
| | 01 | 10 | 79 | 15 | 02 | 80 | 396.00 | | | | | |
| OFICINISTA III | 16 | 02 | 80 | 30 | 06 | 80 | 420.00 | | | | | |
| | 01 | 07 | 80 | 31 | 01 | 82 | 445.00 | | | | | |
| | 01 | 02 | 82 | 30 | 06 | 82 | 379.77 | | | | | REDUCCION DE JORNADA |
| | 01 | 07 | 82 | 30 | 09 | 83 | 445.00 | | | | | |
| OFICINISTA IV | 01 | 10 | 83 | 31 | 03 | 84 | 523.00 | | | | | |
| | 01 | 04 | 84 | 30 | 09 | 86 | 551.00 | | | | | |
| | 01 | 10 | 86 | 31 | 03 | 88 | 606.00 | | | | | |
| | 01 | 04 | 88 | 15 | 01 | 89 | 646.00 | | | | | |
| | 16 | 01 | 89 | 30 | 06 | 89 | 681.00 | | | | | |
| | 01 | 07 | 89 | 30 | 06 | 90 | 681.00 | | | | | PASO A REGULAR |
| | 01 | 07 | 90 | 31 | 03 | 91 | 731.00 | | | | | |
| | 01 | 04 | 91 | 31 | 05 | 92 | 788.00 | | | | | |

08-     
10-66(Rev.)



ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
Apartado 42003, Estación Minillas, Santurce, P. R. 00940

HOJA DE SERVICIOS

| NIEVES | VIERA | NANCY | -1480 |
|---|---|---|---|
| (Apellido Paterno) | (Apellido Materno) | (Nombre) | Número Seguro Social o Empleado |

| Clasificación del Puesto | Período de Servicios Desde D/M/A | Período de Servicios Hasta D/M/A | Sueldo Mensual | Sueldo por hora | Horas Trabajadas | Total Sueldos Devengados | Aportaciones al Sistema | Observaciones |
|---|---|---|---|---|---|---|---|---|
| OFICINISTA IV | 01 06 92 | 15 12 94 | $850.00 | | | | | |
| | 16 12 94 | 30 06 95 | 916.00 | | | | | |
| | 01 07 95 | 30 06 96 | 1,001.00 | | | | | |
| | 01 07 96 | PRESENTE | 1,062.00 | | | | | |

CERTIFICO CORRECTO: _Belén Bruno Rodríguez_

6 de mayo de 1998
FECHA

BELEN BRUNO RODRIGUEZ
FUNCIONARIO EJECUTIVO V
JEFE DE AGENCIA O SU REPRESENTANTE
AUTORIZADO