**FROM:**

Nancy Nieves Viera
P.O Box 165
Rio Grande PR. 00745



**TO:**

Secretaria (Clerk's Office
Tribunal de Distrito de los Estados Unidos (United States District Court)
#150 Avenida Chardon
Edificio Federal
San Juan (Puerto Rico) 00918