# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre _Elvira Burgos Rodríguez_

Dirección Postal _Apartado 726_
_Juana Diaz, Puerto Rico_
_00795_

Teléfono de contacto res. _____ cel. _939-213-4020_

## II. Epígrafe

A.  Secretaria (Clerk's Office)
    Tribunal de Distrito de los Estados Unidos
    Room 150 Federal Building
    San Juan Puerto Rico 00918-1767

B.  Estado Libre Asociado de Puerto Rico y otros (Deudores)

C.  Número de Procedimiento: 17 BK 3283 – LTS

D.  Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

    Número de las evidencias por reclamo:

    #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
        _Ley #134 - Aport. Acum. Retiro          1996_
    #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
        _Ley 164 - Aumento sueldo          Julio 2003_
    #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
        Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

    Ley 89 Romerazo – Efectiva en 1 de julio de 1995
    _Ley 134 Aport Acum. Retiro     Julio  1996_
    Ley de Escala Salarial – Pasos del 6 de junio de 2008
    _Ley 164 Aumento Sueldo          Julio de 2003_
    Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

    Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los anos de servicio con ~~Puerto Rico Telephone~~ *Departamento De* ~~Company, Ponce~~ *Educación*, Puerto Rico desde el _____ de *Agosto* de *1985* hasta el *31* de *Julio* de *2015*. Culmine mi laborar como *Maestra DE Educación Física en Dpto. Educación* ~~en Puerto Rico Telephone Company, Ponce~~, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.
*① Hoja de Cotejo de Retiro*
Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

*Elvira Burgos Rodríguez*
Nombre en letra de molde

*[firma]*
Firma

Proof of Claim: <CLAIM NUMBER>

Claimant: >CLAIMANT NAME< *Elvira Burgos Rodríguez*

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96,"please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

> Commonwealth of Puerto Rico Supplemental Information Processing Center
> c/o Prime Clerk, LLC
> 850 Third Avenue, Suite 412
> Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

   A pending or closed legal actions with or against the Puerto Rico goverment

   ∎Current or former employment with the Government of Puerto Rico

   ☐Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

   _____

3. **Employment. Does your claim relate to current or former employment with the Government of Puerto Rico?**

   ☐ No, Please continue to Question 4.
   ∎ Yes, **Answer Questions 3(a) – (d).**

3(a). Identify the specific agency or department where you were or are employed:

*Departamento de Educación*

3(b). Identify the dates of your employment related to your claim:

*Desde Agosto de 1985 hasta el 31 de julio de 2015*

3(c). Last four digits of your social security number: *2920*

3(d). What is the nature of your employment claims (select all applicable):
    □Pension
    ■Unpaid Wages
    □Sick Days
    □Union Grievance
    □Vacation
    □Other (Provide as much detail as possible. Attach additional pages if necessary).

*Ley 89-1995, Ley 134-1996, Ley 96-Julio 2002,*
*Ley 164 Julio 2003, Ley 164-2004 y Ley 109-2008.*

**4. Legal Action  Does your claim relate to a pending or closed legal action?**

■ No
□ Yes

4(a).  Identify the department or agency that is a party to the action.

_____ N/A _____

4(b). Identify the name and address of the court or agency where the action is pending:

_____ N/A _____

4(c). Case number: _____ N/A _____

4(d). Title, Caption, or Name of Case: _____ N/A _____

4(e). Status of the case (pending, on appeal, or concluded): _____ N/A _____

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

    If yes, what is the date and amount of the judgment? _____ N/A _____

RECLAMANTE: *Elvira Burgos Rodríguez*

NÚMERO DE PROCEDIMIENTO <u>17 BK 3283 - LTS</u>

NUMERO DE RECLAMACION: _____

NUMERO DE CELULAR: 939 - 213 - 4020

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de

servicio desde el ____ de *Agosto* de *1985* hasta el *31* de *Julio* de

*2015* como *Maestra de Educación Física*

*del Departamento de Educación* ~~de la Puerto Rico Telephone Company~~ ELA.

✗1. Ley 89 – julio 1995 – ROMERAZO       CANTIDAD $ *24,000.00*

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,


*Elvira Burgos Rodríguez*
Nombre en letra de molde


*Elvira Burgo Rodríguez*
Firma y fecha

Cantidad
Adeudada

* 2- Ley 134 - , 1996 Aportación Acum. Retiro!        $ 22,800.00
3- Ley 96 - Julio, 2002 Aumento Sueldo              $ 15,600.00
4- Ley 164 - Julio, 2003 Aumento Sueldo            $ 14,400.00
5- Ley 164 - enero, 2004 Sila M. Calderón          $ 13,200.00
6- Ley 109 - Junio, 2008. Escala Sal. Pasos        $ 8,400.00
                                                                        $ 74,400.00
                                    Ley89 Romerazo +  $ 24,000.00
                                           Total = $ 98,400.00

RECLAMANTE _Elvira Burgos Rodríguez_

DIRECCION _Apartado 726_
_Juana Diaz, Puerto Rico_
_00795_

Numero Reclamación _____

Fecha de presentación (envío) _18 de julio de 2020_

Deudor <u>Commonwealth of Puerto Rico</u>

    Por este medio incluyo con mi reclamación presentada el _18_ de _julio_ de
_20 20_ lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce~~ _Departamento de Educación_, Puerto Rico – ELA,
como _Maestra de Educación Física_
desde el ____ de _Agosto_ de _1985_ hasta el _31_ de _Julio_
de _2015_. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ _98,400.00_ .

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

_Elvira Burgos Rodríguez_
Nombre en letra de molde

_(firma)_
Firma y fecha