SALA DE SERVICIOS AL MAESTRO

SABI 797871

CRM _____

# HOJA DE COTEJO

| NOMBRE | APELLIDO PATERNO | APELLIDO MATERNO |
|---|---|---|
| Elvira | Burgos | Rodríguez |

**FECHA RADICACION:** 30 de enero 2015

**FECHA DE RETIRO:** 31 de Julio 2015

## LA SOLICITUD DE RETIRO TIENE QUE ENTREGARSE CON LOS SIGUIENTES DOCUMENTOS:

- ✓ **Solicitud de Retiro** (SRM-asr-3) Firmada y Certificada por el Director(a) o Supervisor
- ✓ **Certificado de Nacimiento** (en original, una vez certificada la copia se le devolverá)
- ✓ **SRM 265 – Información a Maestros pensionados (2)**
- ✓ **Designación de Beneficiarios** – (firmado y completado en todas sus partes)
- ✓ **Autorización de depósito directo** (SRM- 1540 hoja adjunta)
- ✓ **Copia Identificación foto vigente**- favor de traer la copia.
- ✓ **Verificación Cuenta** (firmado por el banco) /**Cooperativa** (con firma y sello) /**Cheque Void**
- ✓ **Copia Certificación de Radicación Solicitud de Retiro** (esta hoja la provee la Región Educativa, la firma el Director(a) y aprueba la Región Educativa) **Tiene que tener la firma y el Vo. Bo. de la Región Educativa.** (Según Ley 208 y Carta circular con 120 días de anticipación a la fecha de renuncia)
- ___ Fue orientado(a) sobre Pensión por Traspaso de Ley 160 articulo 4.8.

**OTROS:** _____

**Observaciones:** _____

*Nota:* 1. Todo maestro que se retire después del 1ro de agosto del 2014, no tendrán derecho a la aportación del Plan médico, Bono medicamentos y Bono de navidad, según Ley 160.

2. Participante que se retire después del 1 de agosto del 2014, el viudo(a), hijos menores o incapacitados, no tienen derecho a la mitad de la pensión, según Ley 160. Solo se devuelven las aportaciones si aplica.

_____
Firma del Participante (maestro(a))

_____
Firma del Representante de Servicios
**Sucursal de Ponce**

ahe

***NOTA: No se aceptan solicitudes incompletas***