Elvira Burgos Rodriguez
Apartado 726
Juana Díaz, Puerto Rico
　　　00795



RECEIVED & FILED
2020 JUL 24  AM 7:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
　　　　　00918-1767