Tribunal de Distrito de los Estados Unidos Para el Distrito de Puerto Rico

RECEIVED & FILED
2020 JUL 28 AM 8:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

In re:

Junta de Supervisión y Administración Financiera para Puerto Rico,

como representante

Del Estado Libre Asociado de Puerto Rico, et al...

Deudores.

Promesa
Título III
Num 17 BK 3282-LTS

La presente radicación guarda relación con el ELA, la ACT y el SRE.

A QUIEN PUEDA INTERESAR:

HAGO MI RECLAMO POR LA LIQUIDACION DE LICENCIA DE ENFERMEDAD QUE NO FUERON PAGADOS AL MOMENTO DE MI RETIRO EN DICIEMBRE 2017, HICE UNA QUERELLA JUNTO A LA ASOCIACION DE MAESTROS DE PUERTO RICO CONTRA EL DEPARTAMENTO DE EDUCACION DE PUERTO RICO YA QUE SE LE IBA A PAGAR A TODOS LOS RETIRADOS HASTA EL 2017, TENIA APROXIMADAMENTE 87 DIAS A MI FAVOR.

LUEGO DE DEMANDAR NO FUE ACEPTADA POR NO CUMPLIR CON UNO DE LOS REQUISITOS SEGÚN EL DEPARTAMENTO DE EDUCACION DE PUERTO RICO QUE ERA SOLICITAR MI RETIRO ANTES DEL 31 DE ENERO 2017 COSA QUE ES IMPOSIBLE YA QUE CUANDO UNO SE RETIRA EN DICIEMBRE NO PODEMOS RADICAR EN O ANTES DE ENERO.YO SOLICITE EL 2 DE JULIO 2017,Y ME RETIRE EL 23 DE DICIEMBRE 2017.

ENVIO EVIDENCIA DE LA DEMANDA

*[signature]*

*[signature]*

María R. Torres Rivera

131 calle Pitirre

Morovis, Puerto Rico 00687

787-373-0478

moncha_224@yahoo.com

claim# 93945

RECEIVED & FILED
2020 JUL 28 AM 8:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.