

PO BOX 191088 San Juan, PR 00919-1088
Tel. (787) 767-2020
www.amprnet.org • facebook.com/amprnet • twitter.com/amprnet

**ASOCIACIÓN de MAESTROS de PUERTO RICO**

8 de junio de 2020

Estimada profesora **María R. Torres Rivera**:

Esperamos que tu y los tuyos se encuentren en salud ante esta difícil situación que atravesamos y que ha cambiado nuestro diario vivir.

A pesar de los esfuerzos de la Asociación de Maestros de que se te reconociera la liquidación de licencia de enfermedad, **tu reclamación no ha sido aceptada por no cumplir con los requisitos. En tu caso:** (se incluye una marca (x) en el requisito (s) que no fueron cumplidos)

__X__ No solicitó retiro en o antes del 31 de enero de 2017

**Su solicitud fue radicada: 2 de julio de 2017**

__X__ No se retiró al finalizar el segundo semestre 2017 o en verano 2017

**Usted se retiró: 23 de diciembre de 2017**

_____ Ha sido re empleado por el Departamento de Educación en alguna capacidad

_____ No tenía balance de enfermedad

_____ No contaba con más de 10 años de servicio al momento de retiro

_____ Otros:

_____

_____

De conformidad, si eras demandante en la demanda instada por la AMPR, tu reclamación será desistida sin perjuicio.

Cordialmente,

*Elba L. Aponte Santos*

Presidenta
Asociación de Maestros de Puerto Rico