Maria R Torres
131 Calle Pitirre
Morovis, PR 00687

Case:17-03283-LTS   Doc#:13878-2   Filed:07/28/20   Entered:07/28/20 17:13:24   Desc:
Envelope   Page 1 of 1

SAN JUAN PR 009
24 JUL 2020 PM 1 L

FOREVER USA
Barn Swallow

RECEIVED & FILED
2020 JUL 28 AM 8:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los E-U
Sala 150 Edificio Federal
San Juan PR 00918-1767

0091899999