TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS, | PROMESA TÍTULO 111 Núm. 17 BK 3283-LTS (Administrada conjuntamente) La presente radicación guarda relación con el ELA, la ACT y el SER |

DEUDORES

I. Datos: _Commonwealth of Puerto Rico (ERS)_, Reclamo # _99056_ Dirección _Secretaria (Clerk's Office Tribunal de Dis trito de los EEUU. Room 150 Federal Building San Juan P.R. 00918-1767_, cel._____

II. Epígrafe: NOTIFICACIÓN DE LA CUADRAGÉSIMA SEGUNDA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.

III. Motivos: YO _Carmen Gloria Camacho Márquez_ fui empleado del Departamento de _Instrucción y hoy Departamento de Educa_ de Puerto Rico desde el _1970_ hasta _2003_. Por la cual estoy reclamando la cantidad de _$20,000.00_ por la Ley 89, Ley 34, según estipula la ley por el Estado Libre Asociado.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación de Empleo

_Carmen A. Camacho Márquez_
Firma

_Carmen A. Camacho Márquez_
Nombre

_20 de julio de 2020_
Fecha

a. **Sus respuestas deben proporcionar más información que la contenida en la evidencia de reclamos inicial.** Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamo, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamo.

b. Si está disponible y se aplica a su reclamo, rogamos proporcione, asimismo, lo siguiente:
- Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
- Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
- Notificación por escrito de la intención de radicar un reclamo acompañada de un comprobante de envío; y
- Toda la documentación que a su criterio justifica su reclamo.

5. Si no dispone de una copia de su reclamo, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción global a su reclamo.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

   ☐ Nombre: _Carmen Gloria Camacho Marquez_

   ☐ Dirección: _Apartado 821 Patillas Puerto Rico 00723_

   ☐ Número de teléfono: _787 910 3230_

   ☐ Dirección de correo electrónico: _N/A_

2. Número de su evidencia de reclamos: _99056_

3. Los Deudores se han opuesto a su Evidencia de reclamos porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamo. Marque la casilla con la que guarde relación su Evidencia de reclamos y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamo. Adjunte páginas adicionales si fuera necesario.

   ☒ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

   ☐ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

_Reclamo el cumplimiento de los pasos no pagados del gobernador Carlo Romero y Si la mi Ca) devou mas la Ley Promesa_

2

**Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamo.**

4. ¿Cuál es el monto de su reclamo (cuánto alega que se le adeuda)?:

   $20,000.00

5. **Empleo.** ¿Su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?

   ☐ No. *Siga con la Pregunta 6.*

   ☒ Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado: (Departamento de Instrucción) Ahora Departamento de Educación de Puerto Rico

5(b). Indique las fechas de su empleo relativo con su reclamo:

   agosto 1970 - febrero 2003

5(c). Últimos cuatro dígitos de su número del Seguridad Social: 2380

5(d). ¿Cuál es la naturaleza de sus reclamos relativos al empleo (marque todas las casillas aplicables)?:

   ☐ Pensión

   ☒ Salarios no pagados

   ☐ Días de licencia por enfermedad

   ☐ Quejas con sindicato

   ☐ Vacaciones

   ☐ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

   Mi reclamación es relacionada con la pas aprobada por los gobernadores Romero y Sila Calderón los cuales no me cumplieron y Ley Promesa

6. **Acción judicial.** ¿Su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada?

   ☐ No.

   ☒ Sí. **Responda a las Preguntas 6(a) a (f).**

6(a). Indique el departamento o la agencia que sean parte en la acción.

   Departamento de Educación de Puerto Rico

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.

3

_y cualquier otro beneficio al que tenga derecho._ 6(c)

Número del caso: _99056_

6(d). Título, epígrafe o nombre del caso: _____

6(e). Estado del caso (pendiente de resolución, apelado o finalizado):
_Pendiente de resolución_

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí / No (rodee la opción que proceda)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?
_Paso de Caldera y Romero más Ley Promesa_

**FIRME ABAJO SU RÉPLICA**

_Carmen D. Cruz Márquez_
**Firma**

_C. D. C. M._
**Deletree su nombre**

_20 de julio 2020_
**Fecha**