

DEPARTAMENTO DE EDUCACIÓN
ESTADO LIBRE ASOCIADO DE PUERTO RICO

# Certificado Vitalicio

## El Secretario de Educación

Por la presente confiere a

CARMEN G. CAMACHO MARQUEZ

El presente Certificado de Maestro que lo faculta para ejercer como

MAESTRA DE ESCUELA ELEMENTAL

en las escuelas públicas o privadas del Estado Libre Asociado de Puerto Rico.

Expedido el  26 de octubre  de 19 93 .

Dado en San Juan de Puerto Rico, el  5 de noviembre  de 19 93 .

Número 768

Secretario de Educación

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| Desde: | 03/16/2020 | Aviso #: 6818110 |
| Hasta: | 03/31/2020 | Fecha Aviso: 03/30/2020 |

**CARMEN G. CAMACHO MARQUEZ**
PO BOX 821
PATILLAS PR 00723-0821

SS: XXX-XX-2380

| | |
|---|---|
| # Empleado: | XXXXX2380 |
| Dept: | 592130-PENSIONADOS LEY 45 |
| Lugar: | PENSIONADOS LEY 45 |
| Titulo: | Pensionado |
| Sueldo: | $1,549.91 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | 9.537908 | 81.25 | 774.96 | 487.50 | 4,649.76 |
| Total: | | 81.25 | 774.96 | 487.50 | 4,649.76 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MMM LEY 117 | 100.00 | 300.00 |

* Tributable

### TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 774.96 | 0.00 | 0.00 | 774.96 |
| Acumulado: | 4,649.76 | 0.00 | 0.00 | 4,649.76 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6818110 | 774.96 |
| Total: | 774.96 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
03/30/2020

Aviso No.
6818110

Cant. Deposito: ___$774.96___

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $774.96 |
| Total: | | $774.96 |

TRAY 71 SQ 17882****************SCH 5-DIGIT 00714    17882 2 AV 0.389
CARMEN G. CAMACHO MARQUEZ
PO BOX 821
PATILLAS PR 00723-0821

# NO-NEGOCIABLE

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

30 AUG '18
PM 13 L

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/27/2018
Proof of Claim No.: 99056

For additional information, please visit http://cases.primeclerk.com/puertorico, or call us at **844.822.9231**.

Carmen Gloria Camacho Marquez
Apartado 821 Barrio Jagual
Patillas, PR 00723

3-082121

---

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

29 AUG '18
PM 15 L

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/27/2018
Proof of Claim No.: 103843

For additional information, please visit http://cases.primeclerk.com/puertorico, or call us at **844.822.9231**.

Carmen Gloria Camacho Marquez
Apartado 821
Barrio Jagual
Patillas, PR 00723

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

U.S. POSTAGE >> PITNEY BOWES
ZIP 11232 $ 000.35⁰
02 4W
0000349804 AUG 28 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/27/2018
Proof of Claim No.: 105221

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Carmen Gloria Camacho Marquez
Apartado 821 Barrio Jagual
Patillas, PR 00723

---

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

U.S. POSTAGE >> PITNEY BOWES
ZIP 11232 $ 000.35⁰
02 4W
0000349804 AUG 28 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/27/2018
Proof of Claim No.: 105869

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Carmen Gloria Camacho Marquez
Apartado 821 Barrio Jagual
Patillas, PR 00723

---

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

U.S. POSTAGE >> PITNEY BOWES
ZIP 11232 $ 000.35⁰
02 4W
0000349804 AUG 28 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/27/2018
Proof of Claim No.: 107366

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Carmen Gloria Camacho Marquez
Apartado 821
Barrio Jugual
Patillas, PR 00723