Carmen [...]
Apartado 821
Patillus, Puerto Rico 00723



U.S. POSTAGE PAID
PATILLAS, PR
00723
JUL 22, 20
AMOUNT
$1.20
R2307N153103-10

RECEIVED & FILED
2020 JUL 28 AM 8:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerks Office
Tribunal de Distrito de los EE.U.U.
Room 150 Federal Building
San Juan Puerto Rico 00918-1767