23 de julio de 2020

De: Margarita Cruz Ortiz
HC 3 Box 37496
Caguas PR 00725
delvallejose56@yahoo.com

Departamento de Educación
Empecé en octubre de 1979 hasta mayo de 2010

A: SECRETARIA (CLERK'S OFFICE)
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PROMESA
Titulo III
Número 17BK-3283-LTS

Por este medio desea notificar y aclarar que dicha reclamación no fue enviada con anterioridad debido a las circunstancias presentes como la del Covid-19 y terremotos me habían impedido salir de mi hogar, además de tener comprometido mi sistema por otras condiciones de salud.

Reclamación a las cuales entiendo que tengo derecho a reclamar.

Reclamación # 164315

Esta reclamación tiene que ver con la ley 89 el Romerazo. Según esta ley se aprobó un aumento salarial para los empleados del Sistema Público. Dicho aumento era de $25.00 al mes. El cual recibí uno o dos aumentos solamente. Entiendo tengo derecho a que se me pague por ley lo que me corresponde.

Sra. Margarita Cruz Ortiz

Margarita Cruz Ortiz
HC-3 Box 37494
Caguas, P.R. 00725



CERTIFIED MAIL

7020 1290 0000 9220 2758

Secretaria (Clerk's Office)
Tribunal del Distrito de Estados Unidos
Room 150 Federal Building Chardon Avenue
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
JUL 24, 20
AMOUNT
$6.95
R2304M116337-01