# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

# PARA EL DISTRITO DE PUERTO RICO

RECEIVED
2020 JUL 28 AM 8 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

| | |
|---|---|
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO | PROMESA |
| COMO REPRESENTANTE DE | TÍTULO 111 NÚM. 17 BK 3283-LTS |
| ESTADO LIBRE ASOCIADO PUERTO RICO Y OTROS, | La presente radicación guarda relación con el ELA, la ACT y el SER |

DEUDORES: Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Commonwealth of Puerto Rico

I. Datos de contacto: Nombre: **Bernardita Pabón Cordero (Viuda)** Reclamación a Nombre de **Elias Pérez Fonseca (fallecido)** Dirección: **P.O Box 1012 Patillas, P.R. 00723**, Cel. **787-375-7849** E. mail **mari.lyn555@yahoo.com** Reclamo # ~~144671~~ 145118, 164861

II. Epígrafe: NOTIFICACIÓN DE LA CUADRAGÉSIMA SEGUNDA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.

III. Motivo para oponerse a la Objeción global: Yo **Bernardita Pabón Cordero (viuda)** de nombre: **Elias Pérez Fonseca (fallecido)** declaro que fue empleado del Departamento de **Educación** de Puerto Rico desde el **1980** hasta **1995**. Por la cual estoy reclamando la cantidad de $**7,560.00** por la Ley 89, $ **2,700** por la Ley 96, según estipula la ley por el Estado Libre Asociado de Puerto Rico.

*[Firma: Bernardita Pabón Cordero]*

**Bernardita Pabón Cordero (viuda)**

Firma

**Elias Pérez Fonseca (fallecido)**

24 de julio 2020

Fecha