**UNITED STATES POSTAL SERVICE**

Retail

**P**

**US POSTAGE PAID**

**$7.75**

Origin: 00723
07/24/20
4267500723-10

**PRIORITY MAIL 1-DAY ®**

0 Lb 2.60 Oz

1005

EXPECTED DELIVERY DAY: 07/25/20

C018

SHIP
TO:
150 AVE CARLOS CHARDON
San Juan PR 00918-1703

**USPS TRACKING® NUMBER**



9505 5105 5086 0206 3604 17




PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

**FROM:** Bernardita Pabón
PO BOX 1012
Patillas, P.R. 00723

**TO:**

**Secretaría (Clerk's Office)**
**Tribunal de Distrito de los Estados Unidos**
**Room 150 Federal Building**
**San Juan (Puerto Rico) 00918-1767**


VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



**UNITED STATES POSTAL SERVICE**

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.