IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO | No. 17-BK-3283-LTS |
| IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY | No. 17-BK-4780-LTS |
| AUTORIDAD DE ENERGIA ELECTRICA DE PUERTO RICO,<br><br>  Plaintiff<br><br>v.<br><br>VITOL S.A.; VITOL INC.,<br><br>  Defendants. | No. 19-AP-453-LTS |

## CERTIFICATE OF SERVICE

I hereby certify that Vitol Inc., in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's Thirteenth Amended Notice, Case Management and Administrative Procedures Order (Docket No. 13512 of Case No. 17-03283 (LTS)) (the "CMP Order"), sent a true and exact copy of the following documents **by electronic mail upon all the parties listed in the Master Service List and by U.S. mail upon all the Standard Parties listed in the CMP Order on July 28, 2020:**

- *Motion to allow Florence T. Chen to appear pro hac vice Receipt No. PRX100071647 Attachments 1, Exhibit Receipt, filed by Eduardo Zayas Marxuach on behalf of Vitol Inc. [Adv. Proc. No. 19-00453, Dkt. No. 35], Docket 13866 of case 17-03283.*

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 28th day of July, 2020.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**MCCONNELL VALDÉS LLC**
Attorneys for Vitol Inc.
Eduardo A. Zayas-Marxuach
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, Puerto Rico 00936
Telephone: (787) 250-5608
Facsimile: (787) 474-9207

By: *s/Eduardo A. Zayas-Marxuach*
Eduardo A. Zayas-Marxuach, Esq
USDC-PR No. 216112
Email: ezm@mcvpr.com

2