TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO | PROMESA TÍTULO 111 NÚM. 17 BK 3283-LTS |
| COMO REPRESENTANTE DE | La presente radicación guarda |
| ESTADO LIBRE ASOCIADO PUERTO RICO | relación con el ELA, la ACT y el SER |
| Y OTROS, | |

DEUDORES: Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Commonwealth of Puerto Rico

I. Datos de contacto: Nombre: Bernardita Pabón Cordero Dirección: P.O Box 1012 Patillas, P.R. 00723, Cel. 787-375-7849 E.mail mari.lyn555@yahoo.com Reclamo #149124 ,124676

II. Epígrafe: NOTIFICACIÓN DE LA CUADRAGÉSIMA SEGUNDA OBJECIÓN GLOBAL (NO SUSTATIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.

III. Motivo para oponerse a la Objeción global: Yo Bernardita Pabón Cordero fui empleado del Departamento de Educación de Puerto Rico desde el 1975 hasta 2001. Por la cual estoy reclamando la cantidad de $12,180.00 por la Ley 89, $11,915.28 por la Ley 96, según estipula la ley por el Estado Libre Asociado de Puerto Rico.

IV. Documentación Justificada. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación Años de Servicio y Edad, Certificación Sistema de Retiro para Maestros y Talonario.

*[firma]*

Firma

Bernardita Pabón Cordero

*24 de julio 2020*

Fecha