**JRM**

JUNTA DE RETIRO PARA MAESTROS
P.O. BOX 191879, SAN JUAN, PUERTO RICO 00919-1879
TEL. (767) 754-8611

## CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

7 de junio de 2001
Fecha

Sección de Nombramientos y Cambios
Departamento de Educación
Atención: Sra. Matilde Pedraza

Re: Profesor: Bernardita Pabón Cordero  Seg. Soc.: -2148

El (la) Profesor(a) en referencia ha radicado una Solicitud de Retiro por la:

[ ] Ley Núm. 218 del 6 de mayo de 1951.
[ ] Ley Núm. 45 del 27 de enero de 2000 (enmienda Ley # 218)
[X] Ley Núm. 44 del 27 de enero de 2001, "Programa de Retiro Temprano para Maestros"

Al 31 de mayo de 2001, fecha en que piensa renunciar, [x] cualifica [ ] no cualifica para acogerse a la jubilación, y tiene acumulado el siguiente tiempo:

| Años | Meses | Semanas | Días | Edad |
|------|-------|---------|------|------|
| 25 | 2 | 3 | 6 | 52 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son por: N/A

[ ] Reconocimiento de Tiempo
[ ] Diferencia Transferencia de Fondos
[ ] Reembolso de Cuotas

Cordialmente,

Irma A. Giménez López
Secretaria Ejecutiva

| PARA USO OFICIAL DE LA JRM | | | |
|---|---|---|---|
| | Recibo Número | Fecha | Descuento en nómina |
| Transacción Pagada | | | |
| Transacción No Pagada | | | |

_____    _____
Firma del Representante Autorizado              Fecha

Prof. BERNARDITA PABON CORDERO
PO BOX 1012
PATILLAS P.R. 00723



27 de junio de 2002

BERNARDITA PABON CORDERO
PO BOX 1012
PATILLAS PR 00723

SS. -2148

Estimada profesora:

***CERTIFICAMOS*** que usted recibe una pensión de este **Sistema de Retiro para Maestros** ascendente a la cantidad de $1,692.07 mensual, equivalente a $20,304.84 anual.

Estamos en la mejor disposición de brindarle cualquier información adicional que usted estime necesaria.

Cordialmente,

Juan Agosto Castro
Supervisor,
Nómina de Pensionados

hr

| Gobierno de Puerto Rico | | | | | Grupo de Pago: | SM -Quincenal | | Business Unit: | PUERT |
|---|---|---|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | | | Desde: | 03/01/2019 | | Aviso #: | 0183609 |
| | | | | | Hasta: | 03/15/2019 | | Fecha Aviso: | 03/15/2019 |
| **BERNARDITA PABON CORDERO** | | | # Empleado: | XXXXX2148 | | | DATA IMP: | Federal | PR |
| PO BOX 1012 | | | Dept: | 592110-Por Merito Ley 44 | | | Estado Civil: | Married | Married |
| PATILLAS PR 00723-1012 | | | Lugar: | PENSIONADOS LEY 44 02700 | | | Concesiones: | 0 | 39-99 |
| | | | Titulo: | Pensionado | | | Pct. Adcl.: | | |
| SS: XXX-XX-2148 | | | Sueldo: | $1,742.83 Monthly | | | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | 10.725108 | 81.25 | 871.42 | 406.25 | 4,357.10 | | | |
| Total: | | 81.25 | 871.42 | 406.25 | 4,357.10 | Total: | 0.00 | 0.00 |

### DEDUCCIONES | DEDUCCIONES GENERALES | BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Prest Pers De Cuota-Ret Mae | 53.48 | 267.40 | SM-MMM Advantage | 0.00 | 200.00 |
| | | | CO-COOP MAESTRO PR | 149.61 | 748.05 | | | |
| | | | AS-ASOC MAESTROS DE P.R. | 8.50 | 42.50 | | | |
| Total: | 0.00 | 0.00 | Total: | 211.59 | 1,057.95 | * Tributable | | |

### TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 871.42 | 0.00 | 211.59 | 659.83 |
| Acumulado: | 4,357.10 | 0.00 | 1,057.95 | 3,299.15 |

### PTO HORAS ACTUAL | | DISTRIBUCION PAGA NETA

| | | | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Aviso #0183609 | 659.83 |
| + Acumulado: | | | |
| - Utilizado: | | Total: | 659.83 |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE: "Aprovecha las Oportunidades Movilidad visita la www.OATRH.PR.GOV"

---

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
03/15/2019

Aviso No.  
0183609

Cant. Deposito: __$659.83__

TRAY 70 SQ 17287**********SCH 5-DIGIT 00714    17287 2 AV 0.383  
BERNARDITA PABON CORDERO  
PO BOX 1012  
PATILLAS PR 00723-1012

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | | $659.83 |
| Total: | | $659.83 |

NO-NEGOCIABLE