FROM: Bernardita Pabón
P O Box 1012
Patillas, P.R. 00723



US POSTAGE PAID $7.75
Origin: 00723
07/24/20
4267500723-10

PRIORITY MAIL 1-DAY ®

0 Lb 2.60 Oz
1005

EXPECTED DELIVERY DAY: 07/25/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
San Juan PR 00918-1703

USPS TRACKING® NUMBER

9505 5105 5086 0206 3604 17

TO:

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767



EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE®