

SAN JUAN PR 009
25 JUL 2020 PM 2 L

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

EMILIO RODRIGUWEZ RODRIGUEZ
URB EL CULEBRINAS
CALL CAMASEY P-11
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
2020 JUL 28 PM 5: 26
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.