## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO | PROMESA TÍTULO 111 NÚM. 17 BK 3283-LTS |
| COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO PUERTO RICO Y OTROS, | La presente radicación guarda relación con el ELA, la ACT y el SER |

**DEUDORES:** Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Commonwealth of Puerto Rico

**I. Datos de contacto: Nombre:** Guadalupe Solis Cordero

**Dirección:** HC 65 Box 6032 Patillas PR. 00723-9323

**Cel.** 939-415-8871

**E. mail** solpe43@yahoo.com        **Reclamo #** 92161 , # 11950

**II. Epígrafe:** NOTIFICACIÓN DE LA CUADRAGÉSIMA SEGUNDA OBJECIÓN GLOBAL (NO SUSTATIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.

**III. Motivo para oponerse a la Objeción global:** Yo Guadalupe Solis Cordero fui empleado del Departamento de **Educación** de Puerto Rico desde el Nov. 1966 hasta Dic. 1998. Por la cual estoy reclamando la cantidad de $ 10,920.00 por la Ley 89, $ 1,773.00 por la Ley 96, según estipula la ley por el Estado Libre Asociado de Puerto Rico.

**IV. Documentación Justificada.** Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Informe de Renta Anual Vitalicia

Guadalupe Solis Cordero        *Guadalupe Solis Cordero*

**Nombre**        **Firma**

24 julio 2020

**Fecha**