Modelo SC-1515 (RM)
14-mayo-71
Manual de Contabilidad

# JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

30408     -9477

| Nombre | Núm. Reclamación | Sexo F |
|---|---|---|
| Guadalupe Solís Cordero | 1–21226 | |

**Tipo de Renta:**
a— Años de Servicio y Edad
   Opcional (X)
   Obligatorio ( )
b— Edad ( )

c— Incapacidad
   Ocupacional ( )
   No Ocupacional ( )

d— Diferida ( )*

**Fecha de Nacimiento**
1943   diciembre   19
Año   Mes   Día

**Fecha de Retiro**
1998   diciembre   18
Año   Mes   Día

**Fecha de Efectividad**
1998   diciembre   19
Año   Mes   Día

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad |
|---|---|---|---|---|---|---|---|
| 55 | — | — | 32 | 3 | 2½ | | $ 33,466.77 |
| Años | Meses | Días | Años | Meses | Sem. | Días | |

Retiro Ley Núm. 218 de 1951

**Cómputo de la Renta Anual:**
a— Sueldo promedio mensual más alto durante tres años consecutivos a $ 1,849.16    | 1,386.87

X .75% X 30 años
(Por ciento)     (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ |

| | |
|---|---|
| Diferencia Mínimo o Renta Sistema Retiro | |
| Renta Mensual Vitalicia | 1,386.87 |
| Renta Anual Vitalicia | 16,642.44 |

| Computado | | Cotejado | |
|---|---|---|---|
| B. Ledoux | 10 mayo 1999 | | 9 mayo 99 |
| Brendally Ledoux | Fecha | Hugo E. Aponte Morán | Fecha |
| Recomendado: | | Aprobado: | |
| Dinelia Oyola Morales | 12 mayo 99 | 19/03/99 | José A. Figueroa Colón |
| Sec./Ejec. Aux. Área Retiro, Interina | Fecha | Fecha | Secretario Ejecutivo Interino |

HA/agb