| | |
|---|---|
| Janice Oliveras Rivera<br>Jan A. Rosado Oliveras<br><br>Vs.<br><br>El Estado Libre Asociado de Puerto Rico, El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, y la Autoridad de Edificios Públicos de Puerto Rico<br><br>Deudores 1 | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS |

Núm. PR 1845 SRF: 40278 Pack ID: 420929 MMLID: 1572931 Svc: DSHN-PC1

SUBJECT: Motion Opposition to Dismissal

My son Jan Andrés is 24 years old and his condition is Down Syndrome. During his student years he suffered damages for repeated and constant non-compliance by Department of Education under the Federal IDEA Law.

For years he did not receive related services (therapies), reasonable accommodations, technological assistance teams, among others.

In the original claim, a fixed fee of $100,000.00 was established for damages caused by the Department of Education, in the breach of duty established by the Federal IDEA Law.

For this reason, I reiterate my opposition to the dismissal of this application.

Sincerely,

*[signature]*
Janice Oliveras Rivera
Mother
Jan A. Rosado - Oliveras
PO Box 365
Camuy, PR 00627
22 de julio del 2020