Sra. Janice Nieves Rivera
Box 365
Camuy, PR 00627



CERTIFIED MAIL

7018 2290 0000 6093 9046



U.S. POSTAGE PAID
FCM LETTER
CAMUY, PR
00627
JUL 27, 20
AMOUNT

$6.95

R2304E105297-01

Clerk's Office
United State District Court
150 Carlos Chardon Ave-Suite
San Juan PR 00918-1767

00918-170625