## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

        Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

---------------------------------------------------------------x

## COVER SHEET TO THIRTIETH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, FOR THE PERIOD OF OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | October 1, 2019 through October 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $1,468.80 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $1,468.80 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirtieth monthly fee application in these cases.

00741853; 1

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for October 2019.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On March 4th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period October 1 through October 31, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Herman D. Bauer | Member | Litigation | $305.00 | 1.00 | $ 305.00 |
| José R. Cacho | Member | Litigation | $340.00 | 0.90 | $ 306.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 1.30 | $ 273.00 |
| Ivette Rodríguez | Associate | Corporate | $170.00 | 4.40 | $ 748.00 |
| | **Totals** | | | **7.60** | **$ 1,632.00** |
| | **Less: 10% Courtesy discount** | | | | **$ (163.20)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 1,468.80** |

**HTA TITLE III**

**Summary of Disbursements for the Period October 1 through October 30, 2019**

| Description - Expenses | | | | Amounts | |
|---|---|---|---|---|---|
| | **Totals** | | | $ | - |
| **SUMMARY OF DISBURSEMENTS** | | | | $ | - |

| | **HTA TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period October 1 through October 31, 2019** | | |
| | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 202 | Legal Research | 4.70 | $ 850.00 |
| 210 | Analysis and Stragtegy | 0.60 | $ 204.00 |
| 215 | Plan of Adjustment and Disclosure Statem | 1.30 | $ 273.00 |
| 222 | Claims and Claims Objections | 1.00 | $ 305.00 |
| | | | $ 1,632.00 |
| | | | |
| | **Less: 10% Courtesy Discount** | | **$ (163.20)** |
| | | | |
| | **TOTALS** | **7.60** | **$ 1,468.80** |

00741853; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $1,321.92, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $1,321.92.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00741853; 1

# **Exhibit A**

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 5, 2019
Bill #:   361873
Billing Attorney: CGB

FOMB IN RE HTA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2019:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 1,632.00 |
| Less Discount | $ -163.20 |
| | |
| Net Professional Services | $ 1,468.80 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 1,468.80** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/09/19 | HDB | 222 | Review e-mail from J. Greenburg regarding additional omnibus claim objections. | .20 | 305.00 | 61.00 |
| 10/17/19 | IRH | 202 | Meet with J. Cacho to discuss issue of whether PR status permit conversion of gross pledge on net pledge. (.30) Legal research regarding the Puerto Rico Highways and Transportation Authority's power to pledge revenues. (.50) | .80 | 170.00 | 136.00 |
| 10/18/19 | IRH | 202 | Analysis of the Puerto Rico Highways and Transportation enabling act in preparation for legal research regarding pledging of revenues. | 3.60 | 170.00 | 612.00 |
| 10/22/19 | JRC | 210 | Discuss with I. Rodriguez issue of whether PR statutes permit conversion of gross pledge on net pledge (.30). Review HTA statute regarding same (.30). | .60 | 340.00 | 204.00 |
| 10/23/19 | HDB | 222 | Revise and sign off to file the Seventy-Fifth Omnibus (Substantive) Objection of the Puerto Rico Highways and Transportation Authority to Claims Asserting Amounts for which the Puerto Rico Highways and Transportation Authority Is Not Liable. (.20) Revise draft Seventy-Sixth Omnibus (Substantive) Objection of the Puerto Rico Highways and Transportation Authority to Duplicate Claims Asserting Amounts for which the Puerto Rico Highways and Transportation Authority Are Not Liable (.30). | .50 | 305.00 | 152.50 |

O'Neill & Borges LLC

Bill #:  361873                                                            November 5, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/23/19 | HDB | 222 | Revise draft and sign-of to file Eighty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims, and supporting documents. | .30 | 305.00 | 91.50 |
| 10/30/19 | JRC | 202 | Note to H. Bauer regarding preliminary findings of research regarding conversion of gross pledges to net pledges under PR law. | .30 | 340.00 | 102.00 |
| 10/30/19 | ETF | 215 | Respond to McKinsey questions regarding HTA BIT and flow of 68s revenues. | .40 | 210.00 | 84.00 |
| 10/30/19 | ETF | 215 | Lunch meeting with McKinsey regarding transition from E. Roberts to J. Ivers and HTA BIT. | .90 | 210.00 | 189.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 1,632.00 |
| Less Discount | $ -163.20 |
| NET PROFESSIONAL SERVICES: | $ 1,468.80 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JOSE R. CACHO | .90 | 340.00 | 306.00 |
| HERMANN BAUER | 1.00 | 305.00 | 305.00 |
| EMILIANO TRIGO FRITZ | 1.30 | 210.00 | 273.00 |
| IVETTE RODRIGUEZ | 4.40 | 170.00 | 748.00 |
| **Total** | **7.60** | | **$ 1,632.00** |

**TOTAL THIS INVOICE**                               **$ 1,468.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

        Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

------------------------------------------------------------------x

## COVER SHEET TO THIRTY-FIRST MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, FOR THE PERIOD OF NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | November 1, 2019 through November 30, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $3,996.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $3,996.00 |

This is a: __X__ monthly ___ interim ___ final application

This is O&B's thirty-first monthly fee application in these cases.

00741938; 1

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for November 2019.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On March 4th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period November 1 through November 30, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Herman D. Bauer | Member | Litigation | $305.00 | 0.50 | $ 152.50 |
| Ubaldo M. Fernandez | Jr. Member | Litigation | $220.00 | 0.70 | $ 154.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 6.40 | $ 1,344.00 |
| Daniela L. Alvarez | Associate | Litigation | $175.00 | 4.50 | $ 787.50 |
| David M. Magraner | Associate | Corporate | $170.00 | 8.40 | $ 1,428.00 |
| Camille Marrero | Associate | Litigation | $175.00 | 1.80 | $ 315.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 1.40 | $ 259.00 |
| | | | | | |
| | **Totals** | | | 23.70 | $ 4,440.00 |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | $ (444.00) |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | $ 3,996.00 |

**HTA TITLE III**

**Summary of Disbursements for the Period November 1 through November 30, 2019**

| Description - Expenses | Amounts |
|---|---|
| | |
| **Totals** | $ - |
| **SUMMARY OF DISBURSEMENTS** | $ - |

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| **HTA TITLE III** | | | |
| **Summary of Legal Fees for the Period November 1 through November 30, 2019** | | | |
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 0.60 | 126.00 |
| 206 | Documents Filed on Behalf of the Board | 1.40 | $ 259.00 |
| 210 | Analysis and Stragtegy | 0.20 | $ 61.00 |
| 215 | Plan of Adjustment and Disclosure Statem | 20.50 | $ 3,748.50 |
| 222 | Claims and Claims Objections | 0.30 | $ 91.50 |
| 224 | Fee Applications - O&B | 0.70 | $ 154.00 |
| | | | |
| | | | $ 4,440.00 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ (444.00) |
| | | | |
| | **TOTALS** | 23.70 | $ 3,996.00 |

00741938; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $3,596.40, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $3,596.40.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00741938; 1

# **Exhibit A**

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE HTA TITLE III

December 4, 2019
Bill #: 363848
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2019:

**Client.Matter: P1703 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 4,440.00 |
| Less Discount | $ -444.00 |
| Net Professional Services | $ 3,996.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,996.00** |

IN ACCOUNT WITH
256 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/19 | UMF | 224 | Draft twenty-eighth monthly application for compensation for O&B in the Title III case of HTA. | .30 | 220.00 | 66.00 |
| 11/04/19 | ETF | 215 | Email EY regarding HTA accounts. | .10 | 210.00 | 21.00 |
| 11/05/19 | ETF | 215 | Review comments regarding acct 2473 (.10). Edit comments regarding acct 7726 (.10). Review comments regarding acct 6411 (.10). Review comments regarding acct 5116 (.10). Review comments regarding acct 2489 (.10). | .50 | 210.00 | 105.00 |
| 11/05/19 | CIM | 215 | Analyze restriction documents for Highway and Transportation Authority account no. XXXXXXX2473. | 1.50 | 175.00 | 262.50 |
| 11/05/19 | CIM | 215 | Revise comments regarding restriction status of funds in Highway and Transportation Authority account no. XXXXXXX2473. | .30 | 175.00 | 52.50 |
| 11/05/19 | DLA | 215 | Reviewed Highways and Transportation Authority bank accounts looking for documentary evidence of federal funding. | .60 | 175.00 | 105.00 |
| 11/05/19 | DLA | 215 | Revise I. Rodriguez comments on Relativity to include more information regarding the lack of federal funding information for the Puerto Rico Highway Transportation Authority bank accounts. | .30 | 175.00 | 52.50 |
| 11/05/19 | DLA | 215 | Search for documentary evidence of federal funding for the Puerto Rico Highway Transportation Authority in its bank accounts and financial documents (.40). Continued revision of I. Rodriguez comments on the Puerto Rico Highway Transportation Authority on Relativity regarding the agency€s source of funding (.10). | .50 | 175.00 | 87.50 |

O'Neill & Borges LLC

Bill #:  363848

December 4, 2019

| 11/06/19 | DMM | 215 | Review HTA Account #2489 concerning linked account appropriations with the Treasury Department. (.30) General Fund Appropriations and Government Transfers to restricted designated accounts: Santander #7726 (Abriendo Caminos Project), BPPR #0303 (Toll Collections). (.50) | .80 | 170.00 | 136.00 |
|---|---|---|---|---|---|---|
| 11/06/19 | DLA | 215 | Research Article 1209 of the PR Civil Code and Puerto Rico Supreme Court cases on Actos Propios in support of co-counsel€s motion to dismiss. | 1.20 | 175.00 | 210.00 |
| 11/06/19 | DLA | 215 | Continued research Article 1209 of the PR Civil Code and Puerto Rico Supreme Court cases on Actos Propios in support of co-counsel€s motion to dismiss. | 1.40 | 175.00 | 245.00 |
| 11/06/19 | DLA | 215 | Continued research of Article 1209 of the PR Civil Code and Puerto Rico Supreme Court cases on Actos Propios in support of co-counsel s motion to dismiss. | .50 | 175.00 | 87.50 |
| 11/07/19 | DMM | 215 | Review HTA documents and financial statements concerning fund transfers to various restricted accounts. | 1.40 | 170.00 | 238.00 |
| 11/07/19 | DMM | 215 | Prepare brief summary of findings concerning HTA account 2489. | .60 | 170.00 | 102.00 |
| 11/08/19 | DMM | 215 | Review of HTA Account #2489 (.70) and HTA Account #9487 (.70) concerning the inflow and outflow of the assigned funds. | 1.40 | 170.00 | 238.00 |
| 11/08/19 | DMM | 215 | Review of HTA Account #0303 concerning toll revenue and fines recovered by the operating business. (.40) Review the variable balance in the operating account of HTA #2489. (.50) | .90 | 170.00 | 153.00 |
| 11/08/19 | DMM | 215 | Review of Santander Account #2473 (.30) and Santander Account # 7726 for financial statement analysis. (.30) | .60 | 170.00 | 102.00 |
| 11/11/19 | DMM | 215 | Research Master database concerning inflow and outflow of funds assigned to account #2489 (.40) of HTA and its transfer to the main operating account #9874. (.70) | 1.10 | 170.00 | 187.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  363848                                                            December 4, 2019

| 11/11/19 | DMM | 215 | Review of Joint Resolutions passed and approved in October 2019 pursuant and in compliance to Sect. 204 of the PROMESA Act. (.60) Joint Resolutions reviewed: JR 105; (.10) JR 106; (.10) JR 107; (.10) JR 108; (.10) JR 109;(.10) JR 110; (.10) JR 111; (.10) JR 112; (.10) JR 113 (.10) and JR 114. (.10) | 1.60 | 170.00 | 272.00 |
|---|---|---|---|---|---|---|
| 11/12/19 | UMF | 224 | Draft twenty-ninth monthly fee application for compensation of O&B for the month of September 2019 in the Title III case of HTA. | .40 | 220.00 | 88.00 |
| 11/15/19 | GMR | 206 | Analyze the Fourth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Puerto Rico Highways and Transportation Authority from June 1, 2019 through September 30, 2019 in anticipation to its filing. | .40 | 185.00 | 74.00 |
| 11/15/19 | GMR | 206 | File the Fourth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Puerto Rico Highways and Transportation Authority from June 1, 2019 through September 30, 2019 in Case No. 17-3567 at Docket No. 649. | .20 | 185.00 | 37.00 |
| 11/15/19 | GMR | 206 | Analyze the Notice of Filing of Fourth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways and Transportation Authority for the Period from June 1, 2019 through September 30, 2019 in anticipation to its filing. | .30 | 185.00 | 55.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 363848                                                                December 4, 2019

| 11/15/19 | GMR | 206 | File the Notice of Filing of Fourth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways and Transportation Authority for the Period from June 1, 2019 through September 30, 2019 in Case No. 17-3567 at Docket No. 650. | .20 | 185.00 | 37.00 |
| 11/15/19 | GMR | 206 | Analyze the Notice of Filing of Fourth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico for the Period from June 1, 2019 through September 30, 2019 in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 11/25/19 | HDB | 222 | Analyze Response to Debtor's Seventy-Fifth Omnibus Objection (Substantive) of the Puerto Rico Highways and Transportation Authority to Claims Asserting Amounts for which the Puerto Rico Highways and Transportation Authority is not Liable, filed by MGIC Indemnity Corporation. | .30 | 305.00 | 91.50 |
| 11/25/19 | ETF | 201 | Respond to Proskauer (M. Palmer) questions regarding HTA clawback funds. | .60 | 210.00 | 126.00 |
| 11/26/19 | HDB | 210 | Review E. Trigo's responses to questions by M. Palmer regarding moratorium act and use of clawback funds. | .20 | 305.00 | 61.00 |
| 11/26/19 | ETF | 215 | Review McKinsey's questions regarding HTA's waterfall. | .20 | 210.00 | 42.00 |
| 11/26/19 | ETF | 215 | Tel. conf. with McKinsey (R. Rivera and others) regarding HTA waterfall under different BIT scenarios. | .40 | 210.00 | 84.00 |
| 11/26/19 | ETF | 215 | Review 68 bond resolution. (.70) Review 98 bond resolution regarding 68 construction fund. (1.60) Respond to McKinsey questions regarding same. (.30) | 2.60 | 210.00 | 546.00 |
| 11/27/19 | ETF | 215 | Review 98 Resolution provisions regarding subordinated bonds. Respond to McKinsey question regarding same. | 2.00 | 210.00 | 420.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  363848

December 4, 2019

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 4,440.00 |
| Less Discount | $ -444.00 |
| NET PROFESSIONAL SERVICES: | $ 3,996.00 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .50 | 305.00 | 152.50 |
| UBALDO M. FERNANDEZ BARRERA | .70 | 220.00 | 154.00 |
| EMILIANO TRIGO FRITZ | 6.40 | 210.00 | 1,344.00 |
| GABRIEL MIRANDA RIVERA | 1.40 | 185.00 | 259.00 |
| MARRERO, CAMILLE I. | 1.80 | 175.00 | 315.00 |
| DAVID M. MAGRANER | 8.40 | 170.00 | 1,428.00 |
| DANIELA L. ALVAREZ | 4.50 | 175.00 | 787.50 |
| **Total** | **23.70** | | **$ 4,440.00** |

**TOTAL THIS INVOICE**          **$ 3,996.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

         Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

         Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

------------------------------------------------------------------x

## COVER SHEET TO THIRTY-SECOND MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, FOR THE PERIOD OF DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | December 1, 2019 through December 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $2,629.80 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $2,629.80 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirty-second monthly fee application in these cases.

{00747101; 1}

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for December 2019.


<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On April 7th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period December 1 through December 31, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Herman D. Bauer | Member | Litigation | $ 305.00 | 1.00 | $ 305.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $ 210.00 | 4.60 | $ 966.00 |
| David M. Magraner | Associate | Corporate | $ 170.00 | 0.80 | $ 136.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $ 185.00 | 0.40 | $ 74.00 |
| Ivette Rodriguez | Associate | Corporate | $ 170.00 | 7.90 | $ 1,343.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 0.70 | $ 98.00 |
| | | | | | |
| | **Totals** | | | **15.40** | **$ 2,922.00** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (292.20)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 2,629.80** |

**HTA TITLE III**

**Summary of Disbursements for the Period December 1 through December 31, 2019**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| | | | |
| | **Totals** | | **$ -** |
| **SUMMARY OF DISBURSEMENTS** | | | **$ -** |

### HTA TITLE III
### Summary of Legal Fees for the Period December 1 through December 31, 2019

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 2.10 | 441.00 |
| 202 | Legal Research | 7.90 | 1,343.00 |
| 206 | Documents Filed on Behalf of the Board | 0.40 | $ 74.00 |
| 207 | Non-Board Court Filing | 0.20 | $ 42.00 |
| 208 | Stay Matters | 0.20 | $ 61.00 |
| 209 | Adversary Proceeding | 0.30 | $ 91.50 |
| 210 | Analysis and Stragtegy | 0.30 | $ 91.50 |
| 215 | Plan of Adjustment and Disclosure Statem | 3.10 | $ 619.00 |
| 219 | Docketing | 0.70 | $ 98.00 |
| 222 | Claims and Claims Objections | 0.20 | $ 61.00 |
| | | | $ 2,922.00 |
| | **Less: 10% Courtesy Discount** | | $ (292.20) |
| | **TOTALS** | **15.40** | **$ 2,629.80** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $2,366.82, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $2,366.82.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

{00747101; 1}

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 8, 2020

FOMB IN RE HTA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE HTA TITLE III

January 8, 2020
Bill #: 371085
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending December 31, 2019:

**Client.Matter: P1703 - 0**

**RE: GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 2,742.50 |
| Less Discount | $ -274.25 |
| Net Professional Services | $ 2,468.25 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,468.25** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/03/19 | ETF | 215 | Respond to McKinsey questions regarding BIT scenario where the 68 bonds are unsecured. | .90 | 210.00 | 189.00 |
| 12/03/19 | ETF | 215 | Respond to McKinsey question related to Commonwealth ability to exercise clawbacks and HTA BIT. | .20 | 210.00 | 42.00 |
| 12/04/19 | HDB | 222 | Revise draft reply in support of objection by MGIC Indemnity Corporation to the Seventy-Fifth Omnibus Objection (Substantive) of the Puerto Rico Highways and Transportation Authority to Claims Asserting Amounts for which the Puerto Rico Highways and Transportation Authority Is Not Liable. | .20 | 305.00 | 61.00 |
| 12/04/19 | ETF | 215 | Tel. conf. with McKinsey regarding HTA BIT and HTA's subordinated bonds. | .20 | 210.00 | 42.00 |
| 12/04/19 | ETF | 201 | Email correspondence with Proskauer and EY regarding Hacienda acct 4014. | .30 | 210.00 | 63.00 |
| 12/05/19 | ETF | 201 | Respond to S. Ma regarding HTA monoline policies. | .30 | 210.00 | 63.00 |
| 12/09/19 | ETF | 201 | Tel. conf. with HTA, McKinsey and FOMB staff regarding Commonwealth appropriation for HTA regarding Abriendo Caminos 3. | .50 | 210.00 | 105.00 |
| 12/10/19 | HDB | 208 | Respond to query regarding stay relief notice concerning José Colón López v. Desarrolladora J.A, Inc., y otros, núm. de caso D DP2014-0955. | .20 | 305.00 | 61.00 |
| 12/10/19 | DMM | 215 | Research insurance policies for HTA Series N bonds and Series CC bonds under the FGIC, FSA and Ambac entities. | .80 | 170.00 | 136.00 |
| 12/11/19 | ETF | 201 | Email EY regarding Judiciary Branch (.10). Respond to Judiciary Branch GC (.20). | .30 | 210.00 | 63.00 |

O'Neill & Borges LLC

Bill #:  371085

January 8, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/12/19 | ETF | 201 | Review EY's findings regarding HUD transfers to PHA accounts. | .10 | 210.00 | 21.00 |
| 12/16/19 | ETF | 201 | Respond to Proskauer (P. Fishkind) regarding potential HTA statutory liens. | .20 | 210.00 | 42.00 |
| 12/16/19 | ETF | 215 | Respond to McKinsey regarding Commonwealth transfers to HTA. | .20 | 210.00 | 42.00 |
| 12/16/19 | IRH | 202 | Legal research for Civil Code dispositions on pledging of revenues. | 1.20 | 170.00 | 204.00 |
| 12/17/19 | HDB | 210 | Review analysis regarding Puerto Rico law concerning treatment of gross revenue pledge. | .30 | 305.00 | 91.50 |
| 12/17/19 | ETF | 201 | Respond to Proskauer (P. Omorogbe) regarding subordination of gross pledge. | .40 | 210.00 | 84.00 |
| 12/17/19 | ETF | 215 | Revise email to Proskauer regarding HTA accounts 5538, 5566 and 1811. | .20 | 210.00 | 42.00 |
| 12/18/19 | ETF | 215 | Edit summary regarding HTA accounts according to accounts created under the 68 or 98 Resolutions. | .60 | 210.00 | 126.00 |
| 12/26/19 | ETF | 207 | Review complaint by JF Construction against HTA filed in San Juan Court (.10). Respond to C. Garcia regarding same. (.10) | .20 | 210.00 | 42.00 |
| 12/26/19 | IRH | 202 | Analysis of case law in preparation for draft of memorandum regarding constitution of trusts under Puerto Rico law. | 1.80 | 170.00 | 306.00 |
| 12/28/19 | IRH | 202 | Analysis of the Puerto Rico Trusts Act in preparation for memorandum regarding constitution of trusts under Puerto Rico law. | 1.50 | 170.00 | 255.00 |
| 12/28/19 | IRH | 202 | Draft memorandum regarding constitution of trusts under Puerto Rico law to include general theory of constitution of private trusts. | 2.10 | 170.00 | 357.00 |
| 12/29/19 | IRH | 202 | Edit memorandum regarding constitution of trusts under Puerto Rico law to include discussion on statutory trusts. | 1.30 | 170.00 | 221.00 |
| 12/31/19 | MMB | 219 | Docket court notice received by email dated December 19, 2019, regarding interim case management order dkt. 663 for revenue bonds - H. Bauer, U. Fernandez, D. Pérez. | .60 | 140.00 | 84.00 |

TOTAL PROFESSIONAL SERVICES                    $ 2,742.50

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371085

January 8, 2020

Less Discount                                        $ -274.25

NET PROFESSIONAL SERVICES:                           $ 2,468.25

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | .70 | 305.00 | 213.50 |
| EMILIANO TRIGO FRITZ | 4.60 | 210.00 | 966.00 |
| IVETTE RODRIGUEZ | 7.90 | 170.00 | 1,343.00 |
| DAVID M. MAGRANER | .80 | 170.00 | 136.00 |
| MILAGROS MARCANO BAEZ | .60 | 140.00 | 84.00 |
| **Total** | **14.60** | | **$ 2,742.50** |

**TOTAL THIS INVOICE**                              **$ 2,468.25**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

## O'NEILL & BORGES LLC

January 8, 2020

FOMB IN RE HTA TITLE III

**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE HTA TITLE III

January 8, 2020
Bill #:   371170
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2019:

**Client.Matter: P1703 - 801**

**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---|
| Total Professional Services | $ 179.50 |
| Less Discount | $ -17.95 |
| Net Professional Services | $ 161.55 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 161.55** |



IN ACCOUNT WITH

EDIFICIO OCHOA ... RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 801**
**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/16/19 | HDB | 209 | Revise and sign-off on Joint Status Report. | .30 | 305.00 | 91.50 |
| 12/16/19 | GMR | 206 | Finalize the Joint Motion (Status Report) in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 12/16/19 | GMR | 206 | File the Joint Motion (Status Report). | .20 | 185.00 | 37.00 |
| 12/24/19 | MMB | 219 | Docket court notice received by email dated December 16, 2019, regarding order dkt. 296 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

|  | |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 179.50 |
| Less Discount | $ -17.95 |
| NET PROFESSIONAL SERVICES: | $ 161.55 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .30 | 305.00 | 91.50 |
| GABRIEL MIRANDA RIVERA | .40 | 185.00 | 74.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **.80** | | **$ 179.50** |

|  | |
|--|--|
| **TOTAL THIS INVOICE** | **$ 161.55** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

      Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

      Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

------------------------------------------------------------------x

## COVER SHEET TO THIRTY-THIRD MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, FOR THE PERIOD OF JANUARY 1, 2020 THROUGH JANUARY 31, 2020

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | January 1, 2020 through January 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $7,977.15 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $7,977.15 |

This is a: __X__ monthly ____ interim ____ final application

This is O&B's thirty-third monthly fee application in these cases.

{00747163; 1}

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for January 2020.




<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On April 7th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

### HTA TITLE III

**Summary of Legal Fees for the Period January 1 through January 31, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Herman D. Bauer | Member | Litigation | $305.00 | 3.60 | $ 1,098.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 5.30 | $ 1,113.00 |
| Christopher T. Rivera | Associate | Corporate | $180.00 | 0.30 | $ 54.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 0.20 | $ 37.00 |
| Ivette Rodriguez | Associate | Corporate | $170.00 | 17.70 | $ 3,009.00 |
| Astrid E. Velez | Associate | Corporate | $175.00 | 20.30 | $ 3,552.50 |
| | **Totals** | | | **47.40** | **$ 8,863.50** |
| | **Less: 10% Courtesy discount** | | | | **$ (886.35)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 7,977.15** |

### HTA TITLE III

**Summary of Disbursements for the Period January 1 through January 31, 2020**

| Description - Expenses | Amounts |
|---|---|
| | |
| **Totals** | **$ -** |
| **SUMMARY OF DISBURSEMENTS** | **$ -** |

| | Summary of Legal Fees for the Period January 1 through January 31, 2020 | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 3.10 | 642.00 |
| 202 | Legal Research | 38.80 | 6,761.00 |
| 206 | Documents Filed on Behalf of the Board | 0.20 | $ 37.00 |
| 208 | Stay Matters | 1.50 | $ 457.50 |
| 209 | Adversary Proceeding | 1.80 | $ 549.00 |
| 210 | Analysis and Stragtegy | 0.50 | $ 124.00 |
| 215 | Plan of Adjustment and Disclosure Statem | 1.40 | $ 262.50 |
| 222 | Claims and Claims Objections | 0.10 | $ 30.50 |
| | | | $ 8,863.50 |
| | **Less: 10% Courtesy Discount** | | $ (886.35) |
| | **TOTALS** | 47.40 | $ 7,977.15 |

{00747163; 1}

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $7,179.44, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $7,179.44.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

{00747163; 1}

# **Exhibit A**

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 5, 2020

FOMB IN RE HTA TITLE III

## RE: GENERAL

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

February 5, 2020

FOMB IN RE HTA TITLE III

Bill #:  371135

Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2020:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 8,863.50 |
| Less Discount | $ -886.35 |
| Net Professional Services | $ 7,977.15 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 7,977.15** |

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/02/20 | HDB | 208 | Review Stay Relief Motion filed by FDR 1,500 Corp. | .20 | 305.00 | 61.00 |
| 1/02/20 | IRH | 202 | Continued draft of memorandum regarding constitution of trusts under Puerto Rico law to include discussion on prior Puerto Rico Civil Code articles that regulated the same. | 2.20 | 170.00 | 374.00 |
| 1/02/20 | IRH | 202 | Legal research for provisions promulgated by the Puerto Rico Highway Transportation Authority related to collection of funds for corporate purposes. | 1.00 | 170.00 | 170.00 |
| 1/02/20 | IRH | 202 | Continued draft of memorandum regarding constitution of trusts under Puerto Rico law to include section regarding trusts related to the Puerto Rico Government Development Bank. | 1.40 | 170.00 | 238.00 |
| 1/02/20 | IRH | 202 | Legal research on bonds issued by the Puerto Rico Highway Transportation Authority. | 2.40 | 170.00 | 408.00 |
| 1/02/20 | IRH | 202 | Legal research regarding types of trusts constituted under Puerto Rico law. | .90 | 170.00 | 153.00 |
| 1/02/20 | IRH | 202 | Analysis of occupation tax provisions included in the Puerto Rico Convention Center District Authority enabling act. | 1.20 | 170.00 | 204.00 |
| 1/02/20 | AEV | 202 | Legal research on Puerto Rico law and jurisprudence regarding contract consideration requirement. | .60 | 175.00 | 105.00 |
| 1/03/20 | IRH | 202 | Legal research regarding trustee duties related to express trusts under Puerto Rico law. | 2.60 | 170.00 | 442.00 |
| 1/03/20 | IRH | 202 | Final review of memorandum regarding constitution of trusts under Puerto Rico law for any necessary changes. | 1.20 | 170.00 | 204.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371135                                                                February 5, 2020

| Date | Initials | Code | Description | Hours | Rate | Amount |
|------|----------|------|-------------|-------|------|--------|
| 1/05/20 | ETF | 201 | Email exchanges with Proskauer regarding 2002 HTA issuance (.10). Email PMA regarding HTA's January 2002 issuance (.20). | .30 | 210.00 | 63.00 |
| 1/08/20 | ETF | 215 | Respond to M. Zerjal regarding HTA account review. | .10 | 210.00 | 21.00 |
| 1/08/20 | ETF | 201 | Review 2002 issuance documents provided by PMA (.30). Email PMA regarding same (.10). | .40 | 210.00 | 84.00 |
| 1/08/20 | ETF | 215 | Review HTA Resolution No. 7736 (.20). Review HTA Executive Director Certificate dated April 3, 2002 (.10). Email PMA regarding same (.10). | .40 | 210.00 | 84.00 |
| 1/08/20 | ETF | 201 | Review Summary of PRSC case law regarding consideration in a contract. | .50 | 210.00 | 105.00 |
| 1/08/20 | AEV | 202 | Continued legal research on Puerto Rico jurisprudence regarding contract consideration as a requirement. | 4.90 | 175.00 | 857.50 |
| 1/09/20 | ETF | 202 | Review Rosario Rosado v Pagan Santiago (196 DPR 180) (.60). Review Sanchez Rodriguez v Lopez Jimenez (116 DR 172) (.40). Review Delgado v Rivera Severino (173 DPR 150) (.10). | 1.10 | 210.00 | 231.00 |
| 1/09/20 | ETF | 201 | Respond to E. Stevens regarding expansion of HTA security interest. | .40 | 210.00 | 84.00 |
| 1/09/20 | AEV | 202 | Legal research on Puerto Rico case law discussion contract consideration. | 1.10 | 175.00 | 192.50 |
| 1/09/20 | AEV | 202 | Prepared template for contract consideration memorandum. | .50 | 175.00 | 87.50 |
| 1/10/20 | ETF | 201 | Meet with C. Rivera regarding errors in the codification of the English version of 13 LPRA 31751. | .30 | 210.00 | 63.00 |
| 1/10/20 | CTR | 201 | Meet with E. Trigo to discuss coordination errors included in clawback table listing certain legislation, including 13 LPRA 31751. | .30 | 180.00 | 54.00 |
| 1/10/20 | AEV | 202 | Legal research on jurisprudence and legal treatises discussing civil law the contract consideration figure. | 1.80 | 175.00 | 315.00 |
| 1/12/20 | AEV | 202 | Draft memorandum regarding contract consideration. | 1.70 | 175.00 | 297.50 |
| 1/13/20 | ETF | 202 | Revise draft memo regarding contractual cause under PR civil code. | .60 | 210.00 | 126.00 |
| 1/13/20 | IRH | 202 | Analysis of Regulation 5263 promulgated by the Highways and Transportation Authority. | .70 | 170.00 | 119.00 |

O'Neill & Borges LLC

Bill #:  371135

February 5, 2020

| 1/13/20 | IRH | 202 | Legal research regarding the Science, Technology, and Investigation Trust pursuant to include section regarding the same in memorandum on constitution of trusts. | 1.20 | 170.00 | 204.00 |
|---|---|---|---|---|---|---|
| 1/13/20 | IRH | 202 | Compile of legal research regarding the Science, Technology, and Investigation Trust to include the same in second draft of memorandum on trust constitution under Puerto Rico law. | .50 | 170.00 | 85.00 |
| 1/13/20 | AEV | 202 | Review contract consideration memorandum in review of comments from E. Trigo. | .40 | 175.00 | 70.00 |
| 1/13/20 | AEV | 202 | Exchange emails with the Supreme Court of Puerto Rico librarians regarding contract consideration references. | .10 | 175.00 | 17.50 |
| 1/14/20 | HDB | 209 | Analyze draft adversary complaint by HTA to disallow certain bond claims. | 1.80 | 305.00 | 549.00 |
| 1/14/20 | HDB | 210 | Respond to queries from M. Firestein regarding summary judgment process and rules in Puerto Rico. | .20 | 305.00 | 61.00 |
| 1/14/20 | IRH | 202 | Second draft of section on statutory trusts to include in memorandum. | 1.10 | 170.00 | 187.00 |
| 1/15/20 | HDB | 222 | Review Response to Debtor's Objection to Claim 23362, filed by Gladys Ana Roman Miro. | .10 | 305.00 | 30.50 |
| 1/15/20 | IRH | 202 | Review of second draft of memorandum regarding constitution of trusts under Puerto Rico law. | 1.30 | 170.00 | 221.00 |
| 1/16/20 | AEV | 215 | Legal research on Spanish Commentators regarding contract consideration. | .90 | 175.00 | 157.50 |
| 1/17/20 | ETF | 201 | Tel. conf. with Proskauer (M. Zerjal, M. Mervis and others) OMM regarding cash accounts analysis process. | .50 | 210.00 | 105.00 |
| 1/17/20 | AEV | 202 | Revised memorandum regarding contract consideration in Puerto Rico. | 2.90 | 175.00 | 507.50 |
| 1/20/20 | HDB | 208 | Review Motion for Relief from the Automatic Stay in connection with HTA Bonds., filed by Assured, AMBAC, National and FGIC. | 1.30 | 305.00 | 396.50 |
| 1/20/20 | ETF | 201 | Email correspondence with E. Barak related to HTA's security Agreement. | .40 | 210.00 | 84.00 |
| 1/22/20 | ETF | 210 | Revise PBA account review and matching of accounts. | .30 | 210.00 | 63.00 |
| 1/22/20 | AEV | 202 | Analyze HTA enactment law regarding the corporations representation (.40); Review HTA Security Agreement (.20) | .60 | 175.00 | 105.00 |

O'Neill & Borges LLC

Bill #:  371135                                                               February 5, 2020

| 1/22/20 | AEV | 202 | Legal research regarding corporate resolutions and authorized representation of a corporation. | 2.10 | 175.00 | 367.50 |
| 1/22/20 | AEV | 202 | Legal research on Puerto Rico jurisprudence regarding corporate resolutions (.80) Revise draft argument regarding HTA Security Agreement (1.90). | 2.70 | 175.00 | 472.50 |
| 1/24/20 | GMR | 206 | File the Unopposed Urgent Motion of the Financial Oversight and Management Board for Leave to Exceed Page Limit for Oppositions to the Proposed Amended PRIFA Lift Stay Motion, Amended HTA Lift Stay Motion, and CCDA Lift Stay Motion. | .20 | 185.00 | 37.00 |

TOTAL PROFESSIONAL SERVICES              $ 8,863.50

Less Discount                                       $ -886.35

NET PROFESSIONAL SERVICES:               $ 7,977.15

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | 3.60 | 305.00 | 1,098.00 |
| EMILIANO TRIGO FRITZ | 5.30 | 210.00 | 1,113.00 |
| CHRISTOPHER T. RIVERA | .30 | 180.00 | 54.00 |
| IVETTE RODRIGUEZ | 17.70 | 170.00 | 3,009.00 |
| GABRIEL MIRANDA RIVERA | .20 | 185.00 | 37.00 |
| ASTRID E. VELEZ | 20.30 | 175.00 | 3,552.50 |
| **Total** | **47.40** | | **$ 8,863.50** |

**TOTAL THIS INVOICE**                    **$ 7,977.15**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

VOUCHER NO. _____                          VENDOR NO. _____

## O'NEILL & BORGES LLC

### CHECK REQUEST

DATE _January 17, 2020_

TO THE ACCOUNTS PAYABLE CLERK:  PLEASE PREPARE A CHECK

PAYABLE TO: _Clerk USDC_

AMOUNT: $ _400.00_

EXPLANATION: _Filing Fees (Complaint Objecting to Dependents Claims and Seeking Related Relief 20-00007_

| CHARGE TO: | CLIENT NUMBER | | | | CLIENT MATTER | | |
|---|---|---|---|---|---|---|---|
| PROMESA | P | 1 | 7 | 0 N | 0 | 0 0 0 |

| ACCOUNTING DEPARTMENT USE ONLY | |
|---|---|
| Out of Pocket #1100 | General Ledger |
| Disb. Code_____ | Ck. No. _____ |
| Acct. No. _____ | Ck. Date _____ |
| Ck. No. _____ | Acct. No. _____ |
| Ck. No. _____ | Acct. No. _____ |
| Amount $_____ | Acct. No. _____ |
| | Amount $_____ |

_Please correct - this should be charged to P1703 - new matter._

REQUESTED BY: _Dariel Pérez_          APPROVED BY: _____

**WHITE COPY – ACCOUNTING     CANARY COPY - REQUESTOR**

O'NEILL & BORGES LLC

**CLERK'S OFFICE - US DISTRICT COURTS**

6852

| DATE | INVOICE NUMBER | MEMO | BALANCE |
|------|----------------|------|---------|
| 01/17/2020 | FF | RE: PROMESA | 400.00 |

| CHECK DATE | CHECK NUMBER | | TOTAL |
|------------|--------------|--|-------|
| 01/17/2020 | 000068522 | | 400.00 |

---

**O'NEILL & BORGES** LLC
250 MUNOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PUERTO RICO 00918-1813

Banco Santander
Puerto Rico

101-234-215

6852

| | CHECK NO. | CHECK DATE | VENDOR NO |

PAY   *Four Hundred and 00/100 Dollars*

CHECK AMOUNT

000068522   01/17/2020   ********400.00

TO THE
ORDER
OF:

**CLERK'S OFFICE - US DISTRICT COURTS**

AUTHORIZED SIGNATURE

⑈068522⑈ ⑆021502341⑆ 009⑈259860⑈

Disb. Code _____   Ck. No. _____

Ck. Date _____

```
Court Name: District Court
Division: 1
Receipt Number: PRX100069245
Cashier ID: arodrigu
Transaction Date: 01/17/2020
Payer Name: ONEILL AND BORGES
CIVIL FILING FEE
 For: ONEILL AND BORGES
 Amount:       $400.00
PAPER CHECK CONVERSION
 Remitter: ONEILL AND BORGES
 Check/Money Order Num: 68522
 Amt Tendered: $400.00
Total Due:     $400.00
Total Tendered: $400.00
Change Amt:      $0.00
20-007(LTS) NEW CASE FR: ONEILL AND
BORGES
```

TOR

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>     Debtor.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3567-LTS<br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY<br><br>     and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA AND PBA),<br><br>     Plaintiffs,[2] | Adv. Proc. No. 20-_____-LTS<br><br>PROMESA<br>Title III |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (*i*) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (*ii*) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (*iii*) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (*iv*) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (*v*) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (*vi*) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Pursuant to that certain *Stipulation and Agreed Order by and Among Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Causes Of Action of Puerto Rico Highways and Transportation Authority and Employees Retirement System of the*