# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3566-LTS |
| EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | |
| Debtor. | |

-----------------------------------------------------------------x

## COVER SHEET TO THIRTIETH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | October 1, 2019 through October 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $284.85 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $284.85 |

This is a:  _X_ monthly ___ interim ___ final application

This is O&B's thirtieth monthly fee application in these cases.

00741862; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for October 2019.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On March 4th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn: Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re: In re: Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR 00901-2419
Attn: Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR 00918
Attn: A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn: Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period October 1 through October 31, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Herman D. Bauer | Member | Litigation | $ 305.00 | 0.90 | $ 274.50 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 0.30 | $ 42.00 |
| | | | | | |
| | Totals | | | 1.20 | $ 316.50 |
| | | | | | |
| | Less: 10% Courtesy discount | | | | $ (31.65) |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | $ 284.85 |

**ERS TITLE III**

**Summary of Disbursements for the Period October 1 through October 31, 2019**

| Description - Expenses | Amounts |
|---|---|
| | |
| Totals | $    - |
| **SUMMARY OF DISBURSEMENTS** | $    - |

00741862; 1

| | **ERS TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period October 1 through October 31, 2019** | | |
| | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 219 | Docketing | 0.30 | 42.00 |
| 222 | Claims and Claims Objections | 0.90 | 274.50 |
| | | | $ 316.50 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ (31.65) |
| | | | |
| | **TOTALS** | **1.20** | $ 284.85 |

00741862; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $256.37, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $256.37.

## **Professional Certification**

       I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

<br>

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00741862; 1

# **Exhibit A**

00741862; 1

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE ERS TITLE III

November 5, 2019
Bill #:   361874
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2019:

**Client.Matter: P1704 - 0**

**RE:  GENERAL**

|  |  |
|---|---|
| Total Professional Services | $ 316.50 |
| Less Discount | $ -31.65 |
| Net Professional Services | $ 284.85 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 284.85** |

In account with

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'Neill & Borges LLC

**Client.Matter: P1704 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/09/19 | MMB | 219 | Docket court notice received by email dated October 8, 2019, regarding notice of hearing dkt. 678 on UBS Financial Services' motion for relief from stay - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 10/21/19 | MMB | 219 | Docket court notice received by email dated October 18, 2019, regarding order dkt. 681 setting briefing schedule on dkt. 8899 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 10/23/19 | HDB | 222 | Review and sign-off to file Reply to the Response by Ponce Real Estate Corporation to the Sixty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of Government of the Commonwealth of Puerto Rico to Satisfied Claims. | .30 | 305.00 | 91.50 |
| 10/23/19 | HDB | 222 | Revise Seventy-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims. | .30 | 305.00 | 91.50 |
| 10/23/19 | HDB | 222 | Revise draft and sign-off to file Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims, and supporting documents. | .30 | 305.00 | 91.50 |
| 10/24/19 | MMB | 219 | Docket court notice received by email dated October 24, 2019, regarding order setting hearing in COA case 19-1699, deadline to file designation form - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

O'Neill & Borges LLC

Bill #:  361874

November 5, 2019

TOTAL PROFESSIONAL SERVICES  $ 316.50

Less Discount  $ -31.65

NET PROFESSIONAL SERVICES:  $ 284.85

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | .90 | 305.00 | 274.50 |
| MILAGROS MARCANO BAEZ | .30 | 140.00 | 42.00 |
| **Total** | **1.20** | | **$ 316.50** |

**TOTAL THIS INVOICE**  **$ 284.85**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

    Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

-------------------------------------------------------------------x

## COVER SHEET TO THIRTY-FIRST MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of applicant

O'Neill & Borges LLC ("O&B")

Authorized to provide professional services to:

Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b)

Time period covered by this application:

November 1, 2019 through November 30, 2019

Amount of compensation sought as actual, reasonable and necessary:

$447.75

Amount of expense reimbursement sought as actual, reasonable and necessary:

$556.95

Total amount for this invoice:

$1,004.70

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirty-first monthly fee application in these cases.

## <u>Principal Certification</u>

I hereby authorize the submission of this Monthly Fee Statement for November 2019.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On March 4th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period November 1 through November 30, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Herman D. Bauer | Member | Litigation | $ 305.00 | 0.30 | $   91.50 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $ 220.00 | 0.60 | $  132.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $ 210.00 | 0.40 | $   84.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $ 185.00 | 0.80 | $  148.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 0.30 | $   42.00 |
|  |  |  |  |  |  |
|  | **Totals** |  |  | **2.40** | **$   497.50** |
|  |  |  |  |  |  |
|  | **Less: 10% Courtesy discount** |  |  |  | **$    (49.75)** |
|  |  |  |  |  |  |
| **SUMMARY OF LEGAL FEES** |  |  |  |  | **$   447.75** |

**ERS TITLE III**

**Summary of Disbursements for the Period November 1 through November 30, 2019**

| Description - Expenses | Amounts |
|---|---|
| Duplicating | 439.40 |
| Duplicating Color | 3.20 |
| Secretarial Overtime as of 12-31-2019 - R. Rodriguez 2.75 hours preparation for Documents for Deposition. | 114.35 |
|  |  |
| **Totals** | **$      556.95** |
| **SUMMARY OF DISBURSEMENTS** | **$      556.95** |

| | **ERS TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period November 1 through November 30, 2019** | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 206 | Documents Filed on Behalf of the Board | 0.80 | $ 148.00 |
| 215 | Plan of Adjustment and Disclosure Statem | 0.40 | $ 84.00 |
| 219 | Docketing | 0.30 | $ 42.00 |
| 222 | Claims and Claims Objections | 0.30 | $ 91.50 |
| 224 | Fee Applications - O&B | 0.60 | $ 132.00 |
| | | | $ **497.50** |
| | **Less: 10% Courtesy Discount** | | $ **(49.75)** |
| | **TOTALS** | **2.40** | $ **447.75** |

00741955; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $402.98, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $556.95) in the total amount of $959.93.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00741955; 1

# **Exhibit A**

IN ACCOUNT WITH                              250 AVE. MUÑOZ RIVERA, SUITE 800
                                             SAN JUAN, PR 00918-1813
                                             TEL. (787) 764-8181
O'NEILL & BORGES LLC                         FAX (787) 753-8944

---

FOMB IN RE ERS TITLE III

December 4, 2019
Bill #:    363850
Billing Attorney:   CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2019:

**Client.Matter: P1704 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 497.50 |
| Less Discount | $ -49.75 |
| Net Professional Services | $ 447.75 |
| Total Reimbursable Expenses | $ 556.95 |
| **TOTAL THIS INVOICE** | **$ 1,004.70** |

IN ACCOUNT WITH

250 Ave. Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/01/19 | UMF | 224 | Draft twenty-eighth monthly application for compensation for O&B in the Title III case of ERS. | .30 | 220.00 | 66.00 |
| 11/07/19 | ETF | 215 | Review documents regarding HTA acct 2489 (.20). Discussion with D. Magraner regarding same (.20). | .40 | 210.00 | 84.00 |
| 11/12/19 | UMF | 224 | Draft twenty-ninth monthly fee application for compensation of O&B for the month September 2019 in the Title III case of ERS. | .30 | 220.00 | 66.00 |
| 11/15/19 | GMR | 206 | Analyze the Fourth Interim Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Employee Retirement System of the Government of the Commonwealth of Puerto Rico from June 1, 2019 through September 30, 2019 in anticipation to its filing. | .40 | 185.00 | 74.00 |
| 11/15/19 | GMR | 206 | File the Fourth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Employee Retirement System of the Government of the Commonwealth of Puerto Rico from June 1, 2019 through September 30, 2019 in Case No. 17-3566 at Docket No. 699. | .20 | 185.00 | 37.00 |

O'Neill & Borges LLC

Bill #:  363850                                                    December 4, 2019

| 11/15/19 | GMR | 206 | File the Notice of Filing of Fourth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico for the Period from June 1, 2019 through September 30, 2019 in Case No. 17-3566 at Docket No. 700. | .20 | 185.00 | 37.00 |
|---|---|---|---|---|---|---|
| 11/18/19 | HDB | 222 | Review AAELA's response to the Seventy-Seventh Omnibus Claim Objection. | .30 | 305.00 | 91.50 |
| 11/20/19 | MMB | 219 | Docket court notice received by email dated November 18, 2019, regarding deadline to file supplemental briefs in COA case 19-1699 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 11/26/19 | MMB | 219 | Docket court notice received by email dated November 25, 2019, regarding order dkt. 721 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 11/26/19 | MMB | 219 | Docket court notice received by email dated November 26, 2019, regarding order in COA case 19-1699 setting deadline for appellee FOMB to file nine paper copies of sur-reply brief - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                    $ 497.50

Less Discount                                  $ -49.75

NET PROFESSIONAL SERVICES:                     $ 447.75

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | .30 | 305.00 | 91.50 |
| UBALDO M. FERNANDEZ BARRERA | .60 | 220.00 | 132.00 |
| EMILIANO TRIGO FRITZ | .40 | 210.00 | 84.00 |
| GABRIEL MIRANDA RIVERA | .80 | 185.00 | 148.00 |
| MILAGROS MARCANO BAEZ | .30 | 140.00 | 42.00 |
| **Total** | **2.40** | | **$ 497.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  363850

December 4, 2019

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (1 Copies @ $.10) | .10 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (48 Copies @ $.10) | 4.80 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (64 Copies @ $.10) | 6.40 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (1 Copies @ $.10) | .10 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (40 Copies @ $.10) | 4.00 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (24 Copies @ $.10) | 2.40 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (72 Copies @ $.10) | 7.20 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (72 Copies @ $.10) | 7.20 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (40 Copies @ $.10) | 4.00 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (16 Copies @ $.10) | 1.60 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (40 Copies @ $.10) | 4.00 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (24 Copies @ $.10) | 2.40 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (40 Copies @ $.10) | 4.00 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (184 Copies @ $.10) | 18.40 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (32 Copies @ $.10) | 3.20 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (232 Copies @ $.10) | 23.20 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (2552 Copies @ $.10) | 255.20 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (16 Copies @ $.10) | 1.60 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (48 Copies @ $.10) | 4.80 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (16 Copies @ $.10) | 1.60 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (760 Copies @ $.10) | 76.00 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (40 Copies @ $.10) | 4.00 |
| 11/07/19 | DUPLICATING -  AS OF 11/07/19 (32 Copies @ $.10) | 3.20 |
| 11/07/19 | DUPLICATING-COLOR-  AS OF 11/07/19 (8 Copies @ $.40) | 3.20 |
| 11/07/19 | SECRETARIAL OVERTIME as of 11-30-2019 (R . RODRIGUEZ 2.75 HOURS PREPARATION FOR DOCUMENTS FOR DEPOSITION). | 114.35 |

TOTAL REIMBURSABLE EXPENSES               $ 556.95

**TOTAL THIS INVOICE**                      **$ 1,004.70**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

equitrac

## Consolidated Account Detail

### Client='p1704' and   Matter='00000'   and (From: '2019-11-7'   To: '2019-11-7')

| Starting Date: | **11/7/2019** | Ending Date: | **11/7/2019** | Number of Days: | **1** |
|---|---|---|---|---|---|

| Date | Time | User | Type | Count | Amount |
|---|---|---|---|---|---|
| **Location: oab:O'neill and Borges** | | | | | |
| **Client: p1704:FOMB IN RE ERS TITLE III** | | | | | |
| **Matter: 00000:GENERAL** | | | | | |
| 11/7/2019 | 5:29:25PM | RODRIGUEZ, REBECA | Duplicating | 1 | $0.10 |
| 11/7/2019 | 5:29:35PM | RODRIGUEZ, REBECA | Duplicating | 48 | $4.80 |
| 11/7/2019 | 5:37:23PM | RODRIGUEZ, REBECA | Duplicating | 64 | $6.40 |
| 11/7/2019 | 5:42:55PM | RODRIGUEZ, REBECA | Duplicating | 1 | $.10 |
| 11/7/2019 | 5:46:41PM | RODRIGUEZ, REBECA | Duplicating | 40 | $4.00 |
| 11/7/2019 | 5:49:34PM | RODRIGUEZ, REBECA | Duplicating | 24 | $2.40 |
| 11/7/2019 | 5:52:32PM | RODRIGUEZ, REBECA | Duplicating | 72 | $7.20 |
| 11/7/2019 | 5:53:18PM | RODRIGUEZ, REBECA | Duplicating | 72 | $7.20 |
| 11/7/2019 | 5:55:51PM | RODRIGUEZ, REBECA | Duplicating | 40 | $4.00 |
| 11/7/2019 | 6:04:37PM | RODRIGUEZ, REBECA | Duplicating | 16 | $1.60 |
| 11/7/2019 | 6:06:47PM | RODRIGUEZ, REBECA | Duplicating | 40 | $4.00 |
| 11/7/2019 | 6:06:59PM | RODRIGUEZ, REBECA | Duplicating | 24 | $2.40 |
| 11/7/2019 | 6:13:12PM | RODRIGUEZ, REBECA | Duplicating | 40 | $4.00 |
| 11/7/2019 | 6:13:24PM | RODRIGUEZ, REBECA | Duplicating | 184 | $18.40 |
| 11/7/2019 | 6:15:14PM | RODRIGUEZ, REBECA | Duplicating | 32 | $3.20 |
| 11/7/2019 | 6:15:15PM | RODRIGUEZ, REBECA | Duplicating | 2552 | $255.20 |
| 11/7/2019 | 6:15:18PM | RODRIGUEZ, REBECA | Duplicating | 16 | $1.60 |
| 11/7/2019 | 6:15:20PM | RODRIGUEZ, REBECA | Duplicating | 48 | $4.80 |
| 11/7/2019 | 6:18:46PM | RODRIGUEZ, REBECA | Duplicating | 16 | $1.60 |
| 11/7/2019 | 6:54:47PM | RODRIGUEZ, REBECA | Duplicating | 760 | $76.00 |
| 11/7/2019 | 7:00:42PM | RODRIGUEZ, REBECA | Duplicating | 40 | $4.00 |
| 11/7/2019 | 7:02:14PM | RODRIGUEZ, REBECA | Duplicating | 32 | $3.20 |
| 11/7/2019 | 7:52:48PM | RODRIGUEZ, REBECA | Duplicating | 8 | $.40 |
| | | **Totals for   Matter: 00000** | | | **$442.60** |
| | **Totals for   Client: p1704** | | | | **$442.60** |
| **Totals for   Location: oab** | | | | | **$442.60** |

Inv. 363850

**Account:** ONEILL & BORGES, SAN JUAN PR
**Date Range:** NOV 1ST- NOV 30TH
**Report Format:** Summary-Account by Client by User by Day
**Products:** Secretarial Overtime
**Content Families:** All Content Families

**Account by Client by User by Day**

**Client P1700/4**

| | Hours Worked | Total Charge |
|---|---|---|
| Totals for Included | | |
| Totals for Day 11/07/2019 | | |
| Totals for User Name REBECA RODRIGUEZ | 2.75 | 114.35 |
| **Totals for Client P1700/4** | **2.75** | **114.35** |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

--------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

    Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

--------------------------------------------------------------------x

## COVER SHEET TO THIRTY-SECOND MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | December 1, 2019 through December 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $600.30 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $600.30 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirty-second monthly fee application in these cases.

{00747133; 1}

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for December 2019.


/s/ Jaime A. El Koury
Jaime A. El Koury
**General Counsel to the Financial Oversight and
Management Board for Puerto Rico**

On April 7th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn:  Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period December 1 through December 31, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Herman D. Bauer | Member | Litigation | $305.00 | 1.40 | $ 427.00 |
| Daniel Pérz Refojos | Associate | Litigation | $190.00 | 0.60 | $ 114.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.90 | $ 126.00 |
| | **Totals** | | | **2.90** | **$ 667.00** |
| | **Less: 10% Courtesy discount** | | | | **$ (66.70)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 600.30** |

**ERS TITLE III**

**Summary of Disbursements for the Period December 1 through December 31, 2019**

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| | |
| | |
| **Totals** | **$ -** |
| | |
| **SUMMARY OF DISBURSEMENTS** | **$ -** |

{00747133; 1}

| | **ERS TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period December 1 through December 31, 2019** | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 206 | Documents Filed on Behalf of the Board | 0.60 | $ 114.00 |
| 209 | Adversary Proceding | 0.90 | $ 274.50 |
| 210 | Analysis and Strategy | 0.50 | $ 152.50 |
| 219 | Docketing | 0.90 | $ 126.00 |
| | | | $ **667.00** |
| | **Less: 10% Courtesy Discount** | | $ (66.70) |
| | **TOTALS** | **2.90** | $ **600.30** |

{00747133; 1}

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $540.27, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $540.27.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

{00747133; 1}

# **Exhibit A**

{00747133; 1}

# O'NEILL & BORGES LLC

January 8, 2020

FOMB IN RE ERS TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

January 8, 2020
FOMB IN RE ERS TITLE III
Bill #:    370771
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2019:

**Client.Matter: P1704 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 278.50 |
| Less Discount | $ -27.85 |
| Net Professional Services | $ 250.65 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 250.65** |

IN ACCOUNT WITH

250 Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/01/19 | HDB | 210 | Objection of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico to the ERS Bondholders' Renewed Motion for Appointment of Trustee. (.20) Analyze Objection of the Financial Oversight and Management Board for Puerto Rico to Renewed Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Appointment as Trustees Under 11 U.S.C. § 926. (.30) | .50 | 305.00 | 152.50 |
| 12/04/19 | MMB | 219 | Docket court notice received by email dated December 3, 2019, regarding order setting deadline for appellants Andalusian, others, to file nine paper copies of brief in COA case 19-1699 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 12/31/19 | MMB | 219 | Docket court notice received by email dated December 19, 2019, regarding interim case management order dkt. 746 - H. Bauer, U. Fernandez, D. Pérez. | .80 | 140.00 | 112.00 |

TOTAL PROFESSIONAL SERVICES $ 278.50

Less Discount $ -27.85

NET PROFESSIONAL SERVICES: $ 250.65

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .50 | 305.00 | 152.50 |
| MILAGROS MARCANO BAEZ | .90 | 140.00 | 126.00 |
| **Total** | **1.40** | | **$ 278.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  370771

January 8, 2020

**TOTAL THIS INVOICE**                                    **$ 250.65**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

January 8, 2020

FOMB IN RE ERS TITLE III

**RE: 19-AP-00028 COOP AHORRO Y CREDITO VEGABAJENA V FOMB-HDB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

January 8, 2020
FOMB IN RE ERS TITLE III
Bill #:   370772
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2019:

**Client.Matter: P1704 - 805**

**RE:  19-AP-00028 COOP AHORRO Y CREDITO VEGABAJENA V FOMB-HDB-CGB**

| | |
|---|---|
| Total Professional Services | $ 388.50 |
| Less Discount | $ -38.85 |
| Net Professional Services | $ 349.65 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 349.65** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 805**
**RE: 19-AP-00028 COOP AHORRO Y CREDITO VEGABAJENA V FOMB-HDB-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/02/19 | HDB | 209 | Revise and sign-off on supplemental brief in response to the November 15, 2019 Order Requiring Supplemental Briefing in Connection with Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12 (B)(1) and (6) in Adv. 19-AP-00028. | .60 | 305.00 | 183.00 |
| 12/02/19 | DJP | 206 | Analyze the Debtor's Supplemental Brief in Response to Court Order Regarding Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 12/02/19 | DJP | 206 | File the Debtor's Supplemental Brief in Response to Court Order Regarding Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 12/16/19 | HDB | 209 | Analyze Cooperativa de Ahorro y Credito Vegabajena's Response to Debtor's Supplemental Brief in Response to Court Order. | .30 | 305.00 | 91.50 |

TOTAL PROFESSIONAL SERVICES $ 388.50

Less Discount $ -38.85

NET PROFESSIONAL SERVICES: $ 349.65

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .90 | 305.00 | 274.50 |
| DANIEL J. PEREZ REFOJOS | .60 | 190.00 | 114.00 |
| **Total** | **1.50** | | **$ 388.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  370772                                                                    January 8, 2020

**TOTAL THIS INVOICE**                                             **$ 349.65**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

     Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

------------------------------------------------------------------x

## COVER SHEET TO THIRTY-THIRD MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF JANUARY 1, 2020 THROUGH JANUARY 31, 2020

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | January 1, 2020 through January 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $392.40 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $392.40 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirty-third monthly fee application in these cases.

{00747168; 1}

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for January 2020.


<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

{00747168; 1}

On April 7th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn: Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re: In re: Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR 00901-2419
Attn: Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR 00918
Attn: A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn: Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period January 1 through January 31, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Herman D. Bauer | Member | Litigation | $ 305.00 | 1.20 | $ 366.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 0.50 | $ 70.00 |
| | | | | | |
| | Totals | | | 1.70 | $ 436.00 |
| | | | | | |
| | Less: 10% Courtesy discount | | | | $ (43.60) |
| | | | | | |
| SUMMARY OF LEGAL FEES | | | | | $ 392.40 |

**ERS TITLE III**

**Summary of Disbursements for the Period January 1 through January 31, 2020**

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| | |
| | |
| Totals | $ - |
| SUMMARY OF DISBURSEMENTS | $ - |

| | **ERS TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period January 1 through January 31, 2020** | | |
| | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 203 | Hearings and Non-Filed Comm. with Court | 1.00 | $ 305.00 |
| 219 | Docketing | 0.50 | $ 70.00 |
| 222 | Claims and Claims Objection | 0.20 | $ 61.00 |
| | | | |
| | | | $ 436.00 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ (43.60) |
| | | | |
| | **TOTALS** | **1.70** | $ 392.40 |

{00747168; 1}

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $353.16, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $353.16.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

{00747168; 1}

# **Exhibit A**

IN ACCOUNT WITH                                    250 Muñoz Rivera, Suite 800
                                                   San Juan, PR 00918-1813
                                                   Tel. (787) 764-8181
                                                   Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 5, 2020

FOMB IN RE ERS TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

February 5, 2020
FOMB IN RE ERS TITLE III                                              Bill #:    370830
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2020:

**Client.Matter: P1704 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 436.00 |
| Less Discount | $ -43.60 |
| Net Professional Services | $ 392.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 392.40** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MuÑoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1704 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/07/20 | HDB | 203 | Analyze Opinion and Order denying Renewed Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Appointment as Trustee. | .30 | 305.00 | 91.50 |
| 1/14/20 | HDB | 222 | Review Response to Omnibus Objection to Claims One Hundred and Twelfth Omnibus Objection (Non-Substantive) filed by Maritza Lopez Perez. | .10 | 305.00 | 30.50 |
| 1/14/20 | HDB | 222 | Review Response to Debtor's Objection to Claim Number 32733, filed by Carlos Irizarry Rivera. | .10 | 305.00 | 30.50 |
| 1/14/20 | MMB | 219 | Docket court notice received by email dated January 10, 2020, regarding order dkt. 775 setting hearing on various motions - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 1/14/20 | MMB | 219 | Docket court notice received by email dated January 13, 2020, regarding order dkt. 780 setting procedures for January 15, 2020 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 1/17/20 | MMB | 219 | Docket court notice received by email dated January 16, 2020, regarding order dkt. 795 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 1/17/20 | MMB | 219 | Docket court notice received by email dated January 17, 2020, regarding order dkt. 798 setting briefing schedule on urgent motion dkt. 797 for entry of supplemental stipulation - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

O'Neill & Borges LLC

Bill #:   370830                                                                    February 5, 2020

| 1/27/20 | MMB | 219 | Docket court notice received by email dated January 24, 2020, regarding order dkt. 802 setting deadlines to file notice of intent to request redaction of transcript of 1/15/2020 hearing, to request redaction, redacted transcript submission - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 1/30/20 | HDB | 203 | Review Opinion and Order by the First Circuit on the 522(a) decision. | .70 | 305.00 | 213.50 |

TOTAL PROFESSIONAL SERVICES               $ 436.00

Less Discount                             $ -43.60

NET PROFESSIONAL SERVICES:                $ 392.40

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | 1.20 | 305.00 | 366.00 |
| MILAGROS MARCANO BAEZ | .50 | 140.00 | 70.00 |
| **Total** | **1.70** | | **$ 436.00** |

**TOTAL THIS INVOICE**                    **$ 392.40**