**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

--------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

--------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

    Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

--------------------------------------------------------------------x

**COVER SHEET TO TWENTY-EIGHTH MONTHLY FEE APPLICATION OF
O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO
ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF
OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | October 1, 2019 through October 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $17,185.95 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $546.10 |
| Total amount for this invoice: | $17,732.05 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-eighth monthly fee application in these cases.

00741866; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for October 2019.



/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

00741866; 1

On March 4th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

00741866; 1

**PREPA TITLE III**

**Summary of Legal Fees for the Period October 1 through October 31, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Herman D. Bauer | Member | Litigation | $305.00 | 23.40 | $ 7,137.00 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 3.00 | $ 990.00 |
| José R. Cacho | Member | Corporate | $340.00 | 1.10 | $ 374.00 |
| Carlos E. George | Member | Labor | $250.00 | 16.70 | $ 4,175.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 3.10 | $ 651.00 |
| Martha L. Acevedo | Associate | Litigation | $195.00 | 14.40 | $ 2,808.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 0.80 | $ 148.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 7.90 | $ 1,501.00 |
| Filex E. Rosado | Associate | Labor | $165.00 | 7.10 | $ 1,171.50 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 1.00 | $ 140.00 |
| | **Totals** | | | 78.50 | $ 19,095.50 |
| | **Less: 10% Courtesy discount** | | | | $ (1,909.55) |
| **SUMMARY OF LEGAL FEES** | | | | | $ 17,185.95 |

**PREPA TITLE III**

**Summary of Disbursements for the Period October 1 through October 31, 2019**

| Description - Expenses | Amounts |
|---|---|
| Deposition Transcripts - Rita, Inv. 4762, Late Cancellation of Interpreters Services for Deposition Scheduled on September 13, 2019. RE: UTIER CBA case P1705.804 -DJP/HDB | $ 208.00 |
| Miscellaneous - Lunch on 10/18/2019 - Re: Annete Arlequin, Sandra Suarez, Natalie Jaresko, José González, Wilbert Reyes, Gregg Marshberg, Ehud Barak, Jeniffer Jones, Luis Emmanuelli, Ashley Pavel, Alice Byowitz, Michael Dell, William Natbony, Jeremi Cain, Luis A Oliver-Fraticelli, Nicolas Bassett, Scott Martinez, Zachary Zwillinger, John Lynch, Joseph Celentino, Amanda Battle, Louis Jac and Jessica Mendez-DB | $ 338.10 |
| **Totals** | $ 546.10 |
| **SUMMARY OF DISBURSEMENTS** | $ 546.10 |

| PREPA TITLE III | | | |
|---|---|---|---|
| **Summary of Legal Fees for the Period October 1 through October 31, 2019** | | | |

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 2.50 | $ 525.00 |
| 202 | Legal Research | 14.80 | $ 2,930.00 |
| 205 | Comm. With Commonwealth, Representative | 0.50 | $ 165.00 |
| 206 | Documents Filed on Behalf of the Board | 8.10 | $ 1,535.00 |
| 207 | Non-Board Court Filings | 3.00 | $ 915.00 |
| 208 | Stay Matters | 0.90 | $ 274.50 |
| 209 | Adversary Proceeding | 23.40 | $ 6,460.50 |
| 210 | Analysis and Strategy | 10.90 | $ 2,458.00 |
| 213 | Labor, Pension Matters | 4.80 | $ 1,238.50 |
| 215 | Plan of Adjustment and Disclosure Statem | 0.60 | $ 126.00 |
| 219 | Docketing | 1.00 | $ 140.00 |
| 221 | Discovery/2004 Examinations | 4.40 | $ 1,230.00 |
| 222 | Claims and Claims Objections | 3.60 | $ 1,098.00 |
| | | | |
| | | | $ 19,095.50 |
| | | | |
| | **Less: 10% Courtesy discount** | | $ (1,909.55) |
| | | | |
| | **TOTALS** | 78.50 | $ 17,185.95 |

00741866; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $15,467.36 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $546.10) in the total amount of $16,013.46.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00741866; 1

# **Exhibit A**

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 5, 2019
Bill #:   362379
Billing Attorney:  HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2019:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---|
| Total Professional Services | $ 5,992.00 |
| Less Discount | $ -599.20 |
| Net Professional Services | $ 5,392.80 |
| Total Reimbursable Expenses | $ 338.10 |
| **TOTAL THIS INVOICE** | **$ 5,730.90** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/01/19 | HDB | 221 | Review Official Committee of Unsecured Creditors Urgent Objection to Magistrate Judge September 16, 2019 Order Granting Protective Order with Respect to Deposition of Jose Ortiz. | .40 | 305.00 | 122.00 |
| 10/01/19 | MMB | 219 | Docket court notice received by email dated October 1, 2019, regarding order dkt. 1646 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 10/04/19 | CGB | 205 | Tel. Conf. with P. Possinger, PREPA's counsel M. Vazquez and other Proskauer and O' Melveny team members to discuss strategy in view of recent claims by COBRA. | .50 | 330.00 | 165.00 |
| 10/07/19 | HDB | 221 | Review Cortland's motion to renew motion to compel discovery in connection with the 9019 motion (.10) and a reply in support of its motion to compel (.20). | .30 | 305.00 | 91.50 |
| 10/08/19 | HDB | 210 | Review request by E. Stevens regarding analysis of certain PR Law issues in connection with administrative claims asserted by creditor. (.20) Review issues with M. Acevedo. (.10)  Analyze legal issues on PR contract law issues regarding administrative claim. (.60)  Revise draft memorandum. (.40) | 1.30 | 305.00 | 396.50 |
| 10/08/19 | HDB | 221 | Coordinate issues regarding N. Jaresko's Oct. 18 deposition in connection with the 9019 Motion. | .20 | 305.00 | 61.00 |
| 10/09/19 | HDB | 221 | Review AAFAF's response to the UCC's Objection to the Magistrate Judge's Report and Recommendation concerning deposition of Mr. José Ortiz. | .30 | 305.00 | 91.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  362379

November 5, 2019

| 10/09/19 | HDB | 210 | Review legal issues regarding unjust enrichment and quantum meruit under PR Law against government entities in connection with Cobra Motion to Stay. | .60 | 305.00 | 183.00 |
|---|---|---|---|---|---|---|
| 10/10/19 | HDB | 208 | Review Stay Relief motion filed by María Colón Crispin in connection with the case of María Colón Crispin v. Municipio de Carolina. | .30 | 305.00 | 91.50 |
| 10/10/19 | HDB | 222 | Revise draft Urgent Motion to Stay Motion for Allowance of Administrative Claim by Cobra (.50). Tel. conf. with P. Possinger, E. Barak and OMM regarding strategy on Motion to Stay Motion for Allowance of Claims. (.50)  Revise and sign-off to file revised motion to stay. (.30) | 1.30 | 305.00 | 396.50 |
| 10/10/19 | HDB | 221 | Review memorandum order overruling objections to Judge Dein's Ruling on the José Ortiz Deposition and denying Motions to Strike. | .30 | 305.00 | 91.50 |
| 10/10/19 | DJP | 206 | Analyze Joint Urgent Motion of the Oversight Board, PREPA, and AAFAF to Extend all Applicable Deadlines to COBRA Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims, in anticipation of its filing. | .70 | 190.00 | 133.00 |
| 10/10/19 | DJP | 206 | Analyze the proposed order to be filed together with the Joint Urgent Motion of the Oversight Board, PREPA, and AAFAF to Extend all Applicable Deadlines to COBRA Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims. | .20 | 190.00 | 38.00 |
| 10/10/19 | DJP | 206 | File the Joint Urgent Motion of the Oversight Board, PREPA, and AAFAF to Extend all Applicable Deadlines to COBRA Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 10/10/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Joint Urgent Motion of the Oversight Board, PREPA, and AAFAF to Extend all Applicable Deadlines to COBRA Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  362379                                                                November 5, 2019

| 10/10/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Joint Urgent Motion of the Oversight Board, PREPA, and AAFAF to Extend all Applicable Deadlines to COBRA Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims. | .20 | 190.00 | 38.00 |
|---|---|---|---|---|---|---|
| 10/11/19 | HDB | 222 | Review Joinder of Official Committee of Unsecured Creditors in Joint Urgent Motion of The Oversight Board, PREPA, and AAFAF to Extend All Applicable Deadlines to Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims. | .20 | 305.00 | 61.00 |
| 10/14/19 | HDB | 221 | Review logistical issues regarding Natalie Jaresko's deposition. | .20 | 305.00 | 61.00 |
| 10/14/19 | HDB | 213 | Review queries by E. Barak regarding issues concerning PREPA CBA. (.10)  Review response by C. George to E. Brak's queries. (.20) Review Memorandum on PREPA CBAs. (.40) | .70 | 305.00 | 213.50 |
| 10/14/19 | CEG | 213 | Review AAFAF summary of and evaluation of UTIER CBA (1.60); respond to E. Barak  several inquiries on PREPA pension plan. (.20) | 1.80 | 250.00 | 450.00 |
| 10/15/19 | HDB | 222 | Review opposition by Cobra to Motion to Stay Motion for Allowance of Administrative claims. | .40 | 305.00 | 122.00 |
| 10/16/19 | HDB | 222 | Revise and sign-off to file draft Reply Brief in Support of Motion to Stay Cobra's Motion for Allowance of Administrative Claim. | .40 | 305.00 | 122.00 |
| 10/16/19 | CEG | 213 | Review  PREPA summaries of CBAs | .70 | 250.00 | 175.00 |
| 10/16/19 | CEG | 213 | Consider proposed amendment to UTIER's CBA. | 1.60 | 250.00 | 400.00 |
| 10/16/19 | DJP | 206 | Analyze the Reply in Support of Joint Urgent Motion of the Oversight Board, PREPA, and AAFAF to Extend all Applicable Deadlines to COBRA Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims, in anticipation of its filing. | .50 | 190.00 | 95.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  362379

November 5, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/16/19 | DJP | 206 | File the Reply in Support of Joint Urgent Motion of the Oversight Board, PREPA, and AAFAF to Extend all Applicable Deadlines to COBRA Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 10/16/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Reply in Support of Joint Urgent Motion of the Oversight Board, PREPA, and AAFAF to Extend all Applicable Deadlines to COBRA Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims. | .10 | 190.00 | 19.00 |
| 10/16/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Reply in Support of Joint Urgent Motion of the Oversight Board, PREPA, and AAFAF to Extend all Applicable Deadlines to COBRA Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims. | .20 | 190.00 | 38.00 |
| 10/16/19 | MMB | 219 | Docket court notice received by email dated October 16, 2019, regarding order dkt. 1665 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 10/16/19 | MMB | 219 | Docket court notice received by email dated October 16, 2019, regarding order dkt. 1666 setting deadline to file status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 10/16/19 | MMB | 219 | Docket court notice received by email dated October 16, 2019, regarding order dkt. 1667 setting deadlines - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 10/17/19 | HDB | 221 | Coordinate issues regarding Natalie Jaresko's deposition. | .40 | 305.00 | 122.00 |
| 10/17/19 | HDB | 222 | Review Order for Stay of Cobra's Motion for Allowance of Claim. | .30 | 305.00 | 91.50 |
| 10/17/19 | MMB | 219 | Docket court notice received by email dated October 17, 2019, regarding order dkt. 1670 setting new deadlines - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  362379

November 5, 2019

| 10/18/19 | HDB | 222 | Review Limited Objection of Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order (A) Authorizing Administrative Reconciliation of Certain Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief. | .20 | 305.00 | 61.00 |
|---|---|---|---|---|---|---|
| 10/21/19 | HDB | 221 | Review protective order regarding C. Sobrino deposition. | .20 | 305.00 | 61.00 |
| 10/21/19 | HDB | 208 | Review follow-up e-mail from movant CMA and draft e-mail to S. Ma regarding same. | .10 | 305.00 | 30.50 |
| 10/22/19 | HDB | 208 | Review stay relief notice by TEC General Contractors, Corp. (.20) Draft e-mail to S. Ma regarding same. (.10) | .30 | 305.00 | 91.50 |
| 10/24/19 | HDB | 221 | Review Order Urgent Omnibus Motion of Cortland Capital Market Services LLC, as Administrative Agent, and Solus to Compel Discovery Responses in Connection with PREPA RSA Settlement Motion. | .20 | 305.00 | 61.00 |
| 10/25/19 | HDB | 209 | Follow-up with R. Emmanuelli. (.10) Draft e-mail to J. Richman. (.10) | .20 | 305.00 | 61.00 |
| 10/25/19 | HDB | 207 | Review Cobra's Limited Objection to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods. | .20 | 305.00 | 61.00 |
| 10/28/19 | HDB | 207 | Review SESA-PR and SEIA's motion for leave to file a legal brief as amici curiae in relation to the Joint Motion of the Puerto Rico Electronic Power Authority and AAFAF pursuant to Bankruptcy Code Sections 362, 502, 922 and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving Settlement Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods  and amici brief. | .60 | 305.00 | 183.00 |
| 10/28/19 | HDB | 208 | Review draft Stipulation to modify the stay as to TEC General Contractors Corp. | .20 | 305.00 | 61.00 |
| 10/29/19 | HDB | 207 | Review order denying SERA-PR leave to file amicus brief. | .10 | 305.00 | 30.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  362379

November 5, 2019

| 10/29/19 | ETF | 215 | Review PREPA trust agreement (.30). Respond to McKinsey regarding PREPA bond groupings in BIT. (.30) | .60 | 210.00 | 126.00 |
|---|---|---|---|---|---|---|
| 10/30/19 | HDB | 207 | Review Objection of Cortland Capital Market Services LLC, as Administrative Agent, and Solus to PREPA Bondholder Settlement. | .20 | 305.00 | 61.00 |
| 10/30/19 | HDB | 207 | Review Limited Objection and Reservation of Rights by the Fee Examiner with Respect to the PREPA/AAFA Rule 9019 Motion for PREPA RSA Approval. | .20 | 305.00 | 61.00 |
| 10/30/19 | HDB | 207 | Review Natural Resource Committee's Democratic Representatives Amici Brief regarding PREPA RSA and Rule 9019 Motion. | .40 | 305.00 | 122.00 |
| 10/30/19 | HDB | 222 | Review UCC's objection to US Bank's Proof of Claim concerning PREPA Bonds. | .60 | 305.00 | 183.00 |
| 10/30/19 | DJP | 206 | Analyze the Unopposed Urgent Motion for an Order Setting a Revised Schedule for: (1) Plaintiff to file its Amended Complaint; (2) Defendants to Respond to the Amended Complaint; and (3) the Briefing and Hearing of Motions to Dismiss the Amended Complaint, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 10/30/19 | DJP | 206 | Analyze the proposed order to be filed together with the Unopposed Urgent Motion for an Order Setting a Revised Schedule for: (1) Plaintiff to file its Amended Complaint; (2) Defendants to Respond to the Amended Complaint; and (3) the Briefing and Hearing of Motions to Dismiss the Amended Complaint, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 10/30/19 | DJP | 206 | Discuss with L. Rappaport timing of filing of opposed Urgent Motion for an Order Setting a Revised Schedule for: (1) Plaintiff to file its Amended Complaint; (2) Defendants to Respond to the Amended Complaint; and (3) the Briefing and Hearing of Motions to Dismiss the Amended Complaint. | .20 | 190.00 | 38.00 |
| 10/31/19 | HDB | 207 | Analyze the UCC's Objection to Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928 and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied In Restructuring Support Agreement. | 1.10 | 305.00 | 335.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  362379

November 5, 2019

| 10/31/19 | HDB | 207 | Review Preliminary Statement and Reservation of Rights Re. R. 9019 Motion for Approval of RSA. | .20 | 305.00 | 61.00 |
| 10/31/19 | HDB | 222 | Review notice of transfer of claim by SC5EJT LLC. | .20 | 305.00 | 61.00 |
| 10/31/19 | HDB | 210 | Review issues with E. Trigo in consideration of response to query by E. Stevens regarding third party beneficiaries. | .20 | 305.00 | 61.00 |
| 10/31/19 | MMB | 219 | Docket court notice received by email dated October 31, 2019, regarding order dkt. 1711 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                 $ 5,992.00

Less Discount                                              $ -599.20

NET PROFESSIONAL SERVICES:                  $ 5,392.80

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .50 | 330.00 | 165.00 |
| HERMANN BAUER | 13.00 | 305.00 | 3,965.00 |
| CARLOS E. GEORGE | 4.10 | 250.00 | 1,025.00 |
| EMILIANO TRIGO FRITZ | .60 | 210.00 | 126.00 |
| DANIEL J. PEREZ REFOJOS | 3.30 | 190.00 | 627.00 |
| MILAGROS MARCANO BAEZ | .60 | 140.00 | 84.00 |
| **Total** | **22.10** | | **$ 5,992.00** |

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 10/28/19 | MISCELLANEOUS - ANNETTE ARLEQUIN, SANDRA SUAREZ, NATALIE JARESKO, JOSE GONZALEZ, WILBERT REYES, GREGG MASHBERG, EHUD BARAK, JENNIFER JONES, LUIS EMMANUELLI, ASHLEY PAVEL, ALICE BYOWITZ, MICHAEL DELL, WILLIAM NATBONY, JEREMI CAIN, LUIS A OLIVER-FRATICELLI, NICHOLAS BASSETT, SCOTT MARTINEZ AND ZACHARY ZWILLINGER -DB | 267.58 |
| 10/28/19 | MISCELLANEOUS - JOHN LYNCH, JOSEPH CELENTINO, AMANDA BATTLE, LOUIS JACK AND JESSICA MENDEZ - DB | 70.52 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  362379

November 5, 2019

TOTAL REIMBURSABLE EXPENSES                $ 338.10

**TOTAL THIS INVOICE**                              **$ 5,730.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

Bottles

Server: Alexandra       10/18/2019
Rebecca/1          10:48 AM
Guests: 1

**#10004**

Reprint #: 1

| | |
|---|---|
| Tray Large (2 @6.75) | 13.50 |
| Turkey Sandwich (6 @11.00) | 66.00 |
| Chicken deli Sandwich (4 @12.00) | 48.00 |
| Tuna Sandwich (4 @11.00) | 44.00 |
| Roast Beef Sandwich (3 @13.00) | 39.00 |
| Pastrami Brisket Sandwich (3 @13.0 | 39.00 |

| | |
|---|---|
| Subtotal | 249.50 |
| Tax | 2.50 |
| Tax 10.5% | 1.42 |
| Tax 6% | 14.16 |

| | |
|---|---|
| Total | 267.58 |

| | |
|---|---|
| VISA | 267.58 |
| **Balance Due** | **0.00** |

Gracias por su visita

--- Check Closed ---



BOTTLES
2 C/TABONUCO STE 5
GUAYNABO

| DATE | TIME | HOST |
|---|---|---|
| Oct 18.19 | 10:47:34 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000120 | 7141B845 | 7141538000804 |

SALE

USER: US1407

       ACCT.
VISA    ************2978
   *** MANUAL ENTRY ***

AUTH. CODE: 057438    INVOICE: 005478
                TRACE :003644

TOTAL :    $      267.58

SIGNATURE: X......................

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY

CONTROL: CMYKU-VZ54Y

ST

processed by Softek

Bottles

Server: Alexandra                        10/18/2019
Aa/1                                     10:49 AM
Guests: 1

Reprint #: 2                      #10007

Tray Small                               3.75
Choripan Sandwich (3 @12.00)            36.00
Pastrami Brisket Sandwich               13.00
Roast Beef Sandwich                     13.00

Subtotal                                65.75
Tax                                      0.66
Tax 10.5%                                0.39
Tax 6%                                   3.72

Total                                   70.52

VISA              \                     70.52
**Balance Due**                **0.00**

Gracias por su visita

--- Check Closed ---

OATH
A TODA HORA

BOTTLES
2 CTABONADA STE 5
CAROLINA

DATE              TIME             HOST
Oct 15.19        10:48:32          ATH
BATCH     TERMINAL ID         MERCHANT ID
000120    71418045      714153000804

SALE

USER: JS1407
                     ACCT.
VISA       ************2978
          *** MANUAL ENTRY ***

AUTH. CODE: 080453      INVOICE: 005479

                        TRACE :003645

TOTAL :       $         70.52

SIGNATURE: X_____

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY

## Rebeca Rodríguez Santiago

**From:** isis de la Rosa <isis@bottlespr.com>
**Sent:** Thursday, October 17, 2019 4:46 PM
**To:** Rebeca Rodríguez Santiago
**Subject:** To Go Order Confirmation

### TO GO ORDER CONFIRMATION

**Pick Up Date:** Friday, October 18 th, 2019.    **Pick Up Time:** 11:00 AM

**Cashier: Alexandra Rodriguez**

**Name:** Rebeca Rodriguez   **Company: Oneill Borges Phone:** 787-764-8181

**Billing Info:** VISA   **Ending in:** 2978

### LARGE TRAY:

**6 Turkey**

**4 Deli Chicken**

**4 Tuna**

### LARGE TRAY:

**3 Roast Beef**

**3 Pastrami**

**\*\*FAVOR CONFIRMAR CORREO ELECTRONICO PARA PODER PROCEDER CON LA ORDEN, DE HABER UN CAMBIO, CANCELACION U ORDEN FUTURA, FAVOR DE COMUNICARSE DIRECTAMENTE AL RESTAURANTE\*\***



**787-775-1210**

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

November 5, 2019
Bill #:   362380
Billing Attorney:  HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2019:

**Client.Matter: P1705 - 804**

**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---:|
| Total Professional Services | $ 5,795.50 |
| VOLUME DISCOUNT | $ -579.55 |
| Net Professional Services | $ 5,215.95 |
| Total Reimbursable Expenses | $ 208.00 |
| **TOTAL THIS INVOICE** | **$ 5,423.95** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE:   17-00229-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/02/19 | HDB | 209 | Review e-mails regarding scheduling of Jaramillo deposition. (.20) Revise draft Answer to Second Amended Complaint. (.80) | 1.00 | 305.00 | 305.00 |
| 10/02/19 | CEG | 209 | Revise answer to second amendment complaints. | .40 | 250.00 | 100.00 |
| 10/02/19 | CEG | 209 | Review multiple emails. From M. Morris regarding pending discovery issues. | .30 | 250.00 | 75.00 |
| 10/06/19 | CEG | 209 | Review multiple e-mails to and from. R. Emmanuelli and M. Morris related pending depositions and written discovery. | .30 | 250.00 | 75.00 |
| 10/08/19 | CEG | 209 | Consider several issues on applicability of Law 8-2017 to PREPA. (.40) Exchange emails with M. Morris. (.20) | .60 | 250.00 | 150.00 |
| 10/11/19 | HDB | 221 | Review Amended Notice of Deposition regarding A. Jaramillo. | .20 | 305.00 | 61.00 |
| 10/11/19 | CEG | 209 | Revise notice for deposition. | .20 | 250.00 | 50.00 |
| 10/11/19 | DJP | 209 | Analyze the Amended Notice of 30(B)(6) Deposition of UTIER, in anticipation of serving upon opposing counsel. | .40 | 190.00 | 76.00 |
| 10/11/19 | DJP | 210 | Draft email to counsel for UTIER attacking the Amended Notice of 30(B)(6) Deposition of UTIER. | .20 | 190.00 | 38.00 |
| 10/15/19 | HDB | 209 | Revise and sign-off to file Answer to UTIER's Second Amended Complaint. | .60 | 305.00 | 183.00 |
| 10/15/19 | CEG | 209 | Review UTIER grievances. | .80 | 250.00 | 200.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  362380                                                           November 5, 2019

| 10/15/19 | DJP | 206 | Analyze the Answer of Defendants Puerto Rico Electric Power Authority and the Commonwealth of Puerto Rico to the Second Amended Adversary Complaint, in anticipation of its filing. | .60 | 190.00 | 114.00 |
|---|---|---|---|---|---|---|
| 10/15/19 | DJP | 206 | File the Answer of Defendants Puerto Rico Electric Power Authority and the Commonwealth of Puerto Rico to the Second Amended Adversary Complaint, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 10/15/19 | MMB | 219 | Docket entry for H. Bauer, C. George, D. Pérez, G. Miranda, regarding deposition of UTIER. | .10 | 140.00 | 14.00 |
| 10/16/19 | HDB | 209 | Review answers to Second Amended Complaint filed by Government defendants. | .40 | 305.00 | 122.00 |
| 10/17/19 | CEG | 209 | Review PRASA CBA and compare it to UTIER CBA. | 2.30 | 250.00 | 575.00 |
| 10/18/19 | HDB | 221 | Review issues regarding extension of certain discovery deadlines. | .20 | 305.00 | 61.00 |
| 10/21/19 | HDB | 209 | Tel. conf. with J. Richman and Proskauer team concerning proposal to modify discovery and briefing schedule. (.20) Draft message to R. Emmanuelli (.10). Tel. conf. with R. Emmanuelli. (.20) Draft e-mail regarding same. (.10) | .60 | 305.00 | 183.00 |
| 10/22/19 | HDB | 209 | Review UTIER's supplemental responses to discovery requests. (.50) Draft e-mail to R. Emmanuelli regarding briefing schedule. (.10) | .60 | 305.00 | 183.00 |
| 10/24/19 | FER | 210 | Review (45) PR government collective bargaining agreements (1.70) and prepare table regarding CBAs signed or amended on or after the year 2013 (1.70). | 3.80 | 165.00 | 627.00 |
| 10/25/19 | CEG | 209 | Review government CBAs that were negotiated after 2013. (2.30) Prepare related email to J. Richman. (.40) | 2.70 | 250.00 | 675.00 |
| 10/25/19 | FER | 210 | Continue review of (33) government collective bargaining agreements (2.20) and prepare table regarding CBAs signed or amended on or after the year 2013 (1.30). | 2.50 | 165.00 | 412.50 |
| 10/28/19 | CEG | 209 | Review AAFAF production of documents. | 2.30 | 250.00 | 575.00 |
| 10/29/19 | HDB | 221 | Follow-up with R. Emmanuelli regarding briefing schedule. (.10) Respond to e-mail by J. Richman regarding discovery schedule. (.10) Review e-mails regarding Jaramillo deposition. (.20) | .40 | 305.00 | 122.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  362380

November 5, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/29/19 | CEG | 209 | Exchange emails with M. Morris and J. Richman regarding  several issues on CBAs negotiation after 2014 enactment and Law 26-2017 | .50 | 250.00 | 125.00 |
| 10/30/19 | CEG | 209 | Review exchange emails with M. Morris and J. Richman regarding pending discovery  a new scheduling. | .40 | 250.00 | 100.00 |
| 10/31/19 | HDB | 209 | Receive response to proposal on revised briefing schedule from R. Emmanuelli. (.10) Draft e-mail to J. Richman regarding briefing schedule and Figueroa Jaramillo deposition. (.10)  Revise draft Motion to Amend Briefing Schedule. (.2) | .40 | 305.00 | 122.00 |
| 10/31/19 | CEG | 209 | Review exchange emails with M. Morris and J. Richman regarding new scheduling and related motion. | .60 | 250.00 | 150.00 |
| 10/31/19 | DJP | 206 | Coordinate matters relating to the deposition of UTIER's corporate representative. | .30 | 190.00 | 57.00 |
| 10/31/19 | DJP | 206 | Analyze the Urgent Joint Motion of Plaintiffs and Defendants to Extend Dates in Scheduling Order, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 10/31/19 | DJP | 206 | File the Urgent Joint Motion of Plaintiffs and Defendants to Extend Dates in Scheduling Order, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 10/31/19 | FER | 221 | Review batch of documents from 28/10/2019 Initial Disclosures. | .80 | 165.00 | 132.00 |

TOTAL PROFESSIONAL SERVICES                $ 5,795.50

VOLUME DISCOUNT                                        $ -579.55

NET PROFESSIONAL SERVICES:                    $ 5,215.95

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 4.40 | 305.00 | 1,342.00 |
| CARLOS E. GEORGE | 11.40 | 250.00 | 2,850.00 |
| DANIEL J. PEREZ REFOJOS | 2.20 | 190.00 | 418.00 |
| FILEX E. ROSADO | 7.10 | 165.00 | 1,171.50 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **25.20** | | **$ 5,795.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  362380                                                November 5, 2019

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 10/11/19 | RITA, INV. 4762, LATE CANCELLATION OF INTERPRETERS SERVICES FOR DEPOSITION SCHEDULED ON SEPTEMBER 13,2019-DJP/HDB | 208.00 |

**TOTAL REIMBURSABLE EXPENSES**         $ 208.00

**TOTAL THIS INVOICE**                  **$ 5,423.95**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE





EIN: 66-081-8961

**RITA**
Ave. Winston Churchill 138
PMB 628
San Juan,  00926-6013
Puerto Rico

BILL TO
**O'NEILL & BORGES LLC**
Ivette Morales

787-764-8181 X 1265
ivette.morales@oneillborges.com

**Invoice Number:** 4762

**Invoice Date:** September 13, 2019

**Payment Due:** October 13, 2019

**Amount Due (USD):** $208.00

| Product | Quantity | Price | Amount |
|---|---|---|---|
| **Interpretación**<br>Caso: UTIER CBA case P1705.804 | 2 | $100.00 | $200.00 |
| Intérprete: Juan Segarra | | | |
| Fecha: 13 de septiembre de 2019 | | | |
| Hora: 9:00 am - **Cancelación tardía 12/9/19<br>(2/horas servicio mínimo) | | | |
| Lugar: OB | | | |

| | | |
|---|---|---|
| **Subtotal:** | | $200.00 |
| Sales Tax  4%: | | $8.00 |
| **Total:** | | $208.00 |
| **Amount Due (USD):** | | **$208.00** |

**Notes**

**Las cancelaciones del servicio se harán por lo menos con dos días laborables entre la cancelación y la fecha mocionada en el acápite superior. Toda cancelación hecha efectuada con menos de dos días laborables está sujeta al pago de dos horas diarias de la fecha estipulada donde se contratan los servicios de intérprete.

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 5, 2019
Bill #:   362381
Billing Attorney:  HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2019:

**Client.Matter: P1705 - 810**

**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---|
| Total Professional Services | $ 1,107.50 |
| VOLUME DISCOUNT | $ -110.75 |
| Net Professional Services | $ 996.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 996.75** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 810**
**RE:   18-00047-LTS RIVERA V PREPA/ELA-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/03/19 | CGB | 209 | Monitor email exchanges between O' Melveny, Proskauer and Plaintiffs' counsel R. Emanuelli to rescheduled meet-and-confer scheduled for October 4 to October 11. | .30 | 330.00 | 99.00 |
| 10/17/19 | HDB | 209 | Review e-mail regarding continuance of meet and confer call regarding settlement. | .10 | 305.00 | 30.50 |
| 10/24/19 | CGB | 209 | Analyze AFFAF's proposed settlement offer to Plaintiffs (.10); Conf. with C. George regarding potential impact of same (.20);  Tel. Conf. with E. Barak, P. Possinger, L. Rappaport and C. George to discuss implications of same (.50); Tel. Conf. with AFFAF's representative B. Sushon. and Proskauer's L. Rapaport , E. Barak and P. Possinger regarding concerns raised by proposal. (.50). | 1.30 | 330.00 | 429.00 |
| 10/24/19 | HDB | 209 | Analyze settlement proposal drafted by OMM. (.30) Review issues concerning call regarding settlement. (.10) | .40 | 305.00 | 122.00 |
| 10/24/19 | CEG | 209 | Consider AFAAF settlement proposal and discuss it with C. Garcia. | .30 | 250.00 | 75.00 |
| 10/24/19 | CEG | 209 | Review AFAAF settlement proposal a and related documents. (,3) Review Pension plan regulation (.3) | .60 | 250.00 | 150.00 |
| 10/24/19 | CEG | 209 | Participate in conference call with  J. Reichmann and C. García regarding AFAAF settlement proposal a and related documents. | .30 | 250.00 | 75.00 |
| 10/25/19 | CGB | 209 | Email exchange with L. Rappaport regarding Draft informative motion circulated by Plaintiffs' counsel. | .20 | 330.00 | 66.00 |
| 10/25/19 | HDB | 209 | Review Plaintiff's Informative Motion regarding Status of Litigation. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:   362381

November 5, 2019

| | |
|---|---:|
| TOTAL PROFESSIONAL SERVICES | $ 1,107.50 |
| VOLUME DISCOUNT | $ -110.75 |
| NET PROFESSIONAL SERVICES: | $ 996.75 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| CARLA GARCIA BENITEZ | 1.80 | 330.00 | 594.00 |
| HERMANN BAUER | .70 | 305.00 | 213.50 |
| CARLOS E. GEORGE | 1.20 | 250.00 | 300.00 |
| **Total** | **3.70** | | **$ 1,107.50** |

**TOTAL THIS INVOICE**                     **$ 996.75**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 5, 2019
Bill #:   362382
Billing Attorney:  HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2019:

**Client.Matter: P1705 - 814**

**RE:  19-00369-LTS SCEMUS V. PREPA**

| | |
|---|---|
| Total Professional Services | $ 95.00 |
| VOLUME DISCOUNT | $ -9.50 |
| Net Professional Services | $ 85.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 85.50** |

Electronic Invoice

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 814**
**RE:   19-00369-LTS SCEMUS V. PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/31/19 | DJP | 206 | Analyze the Urgent Unopposed Motion of the Financial Oversight and Management Board for an Extension of Briefing Deadlines in Connection with Plaintiffs' Amended Complaint, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 10/31/19 | DJP | 206 | File the Urgent Unopposed Motion of the Financial Oversight and Management Board for an Extension of Briefing Deadlines in Connection with Plaintiffs' Amended Complaint, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 95.00 |
| VOLUME DISCOUNT | $ -9.50 |
| NET PROFESSIONAL SERVICES: | $ 85.50 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| DANIEL J. PEREZ REFOJOS | .50 | 190.00 | 95.00 |
| **Total** | **.50** | | **$ 95.00** |

**TOTAL THIS INVOICE**                     **$ 85.50**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

O'NEILL & BORGES LLC

November 5, 2019
Bill #:   362383
Billing Attorney:  HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2019:

**Client.Matter: P1705 - 815**

**RE:  19-00396-LTS CORTLAND V. PREPA**

| | | |
|---|---|---|
| Total Professional Services | $ 4,293.50 | |
| VOLUME DISCOUNT | $ -429.35 | |
| | | |
| Net Professional Services | $ 3,864.15 | |
| Total Reimbursable Expenses | $ .00 | |
| | | |
| **TOTAL THIS INVOICE** | **$ 3,864.15** | |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 815**
**RE:   19-00396-LTS CORTLAND V. PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/01/19 | JRC | 210 | Review questions from H. Bauer regarding legal basis for fuel lien creditors to claim seniority over bond debt (.20). Review legal memorandum filed by Proskauer and motion filed by Corland (.60). Calls with J. Pietrantoni and H. Bauer to discuss issues (.30). | 1.10 | 340.00 | 374.00 |
| 10/01/19 | HDB | 209 | Review issues concerning fuel line lender priority issues in connection with amended complaint. | .40 | 305.00 | 122.00 |
| 10/02/19 | HDB | 210 | Review e-mail query by D. Desatnik concerning PR Legal issues. (.30) Review issues regarding PR Civil Code regarding specific performance and contractual issues. (.40) Draft e-mail response. (.30) Coordinate additional research. (.20) | 1.20 | 305.00 | 366.00 |
| 10/03/19 | HDB | 209 | Consultation regarding legal analysis concerning specific performance and contracts in the prejudice of third parties by M. Acevedo. (.20) Revise and edit draft memorandum. (.40) | .60 | 305.00 | 183.00 |
| 10/07/19 | HDB | 202 | Edit revised draft memorandum regarding specific performance and contracts to the prejudice of third parties. | .40 | 305.00 | 122.00 |
| 10/08/19 | MLA | 202 | Review and analyze docket of the case and motion for approval of administrative expense filed by Cobra Acquisitions and discuss action to follow with H. D. Bauer. | .70 | 195.00 | 136.50 |
| 10/08/19 | MLA | 202 | Review and analyze indictment against Cobra and FEMA's principals in preparation for analysis on voidable contracts subject to fraud under PR law. | .80 | 195.00 | 156.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:   362383                                                                November 5, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/08/19 | MLA | 202 | Research on fraud in the inducement or dolo pursuant to PR Civil Code provisions and the PR Supreme Court's recent rulings on the matter. | 1.60 | 195.00 | 312.00 |
| 10/08/19 | MLA | 202 | Research on contracts that are subject to an illicit cause which may be declared null and the PR Supreme Court's recent rulings. | 1.40 | 195.00 | 273.00 |
| 10/09/19 | MLA | 202 | Draft and review memorandum of law on fraud in the inducement or dolo pursuant to PR Civil Code provisions and applying the PR Supreme Court's recent rulings. | 1.90 | 195.00 | 370.50 |
| 10/09/19 | MLA | 202 | Draft and review memorandum of law including analysis on contracts that are subject to an illicit cause which may be declared null and void pursuant to Puerto Rico law. | 2.10 | 195.00 | 409.50 |
| 10/09/19 | MLA | 202 | Make amendments to memorandum of law as to voidability of contracts that are subject to illicit case, as per H. D. Bauer's request and submit to Proskauer. | .60 | 195.00 | 117.00 |
| 10/10/19 | MLA | 202 | Research on the unjust enrichment doctrine and the applicable caselaw pursuant to the PR Supreme Court's rulings. | 1.80 | 195.00 | 351.00 |
| 10/10/19 | MLA | 202 | Draft and review memorandum of law including results on fraud on the inducement and include analysis on the unjust enrichment doctrine as applicable once a contract is declared void pursuant to the provisions of the PR Civil Code and applicable caselaw. | 1.90 | 195.00 | 370.50 |
| 10/10/19 | MLA | 202 | Continue to expand research on the unjust enrichment doctrine and make amendments to the memorandum of law as per H. D. Bauer's request. | 1.10 | 195.00 | 214.50 |
| 10/10/19 | MLA | 202 | Review and analyze draft on Joint Urgent Motion of the Oversight Board, PREPA, and AFFAF to Extend All Applicable Deadlines to Cobra Acquisitions LLCs Motion for Allowance and Payment of Administrative Expense Claims. Submit comments and suggestions in redline as per H. D. Bauer's request. | .50 | 195.00 | 97.50 |
| 10/11/19 | HDB | 209 | Revise and sign-off to file motion to enlarge time to respond to amended complaint and set a briefing schedule. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  362383                                                          November 5, 2019

| 10/11/19 | DJP | 206 | Analyze the Urgent Unopposed Motion of the Financial Oversight and Management Board for an Extension of Briefing Deadlines in Connection with Plaintiffs' Amended Complaint, in anticipation of its filing. | .40 | 190.00 | 76.00 |
|---|---|---|---|---|---|---|
| 10/11/19 | DJP | 206 | Analyze the proposed order to be filed together with the Urgent Unopposed Motion of the Financial Oversight and Management Board for an Extension of Briefing Deadlines in Connection with Plaintiffs' Amended Complaint. | .20 | 190.00 | 38.00 |
| 10/11/19 | DJP | 206 | File the Urgent Unopposed Motion of the Financial Oversight and Management Board for an Extension of Briefing Deadlines in Connection with Plaintiffs' Amended Complaint, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 10/15/19 | HDB | 209 | Review Order on briefing schedule and amendment to complaint mooting pending Motion to Dismiss. | .10 | 305.00 | 30.50 |
| 10/15/19 | MMB | 219 | Docket court notice received by email dated October 15, 2019, regarding order dkt. 44 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 10/31/19 | HDB | 209 | Revise and sign-off on Motion to Amend Briefing Schedule. | .20 | 305.00 | 61.00 |

TOTAL PROFESSIONAL SERVICES                    $ 4,293.50

VOLUME DISCOUNT                                $ -429.35

NET PROFESSIONAL SERVICES:                     $ 3,864.15

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| MARTHA L. ACEVEDO | 14.40 | 195.00 | 2,808.00 |
| JOSE R. CACHO | 1.10 | 340.00 | 374.00 |
| HERMANN BAUER | 3.10 | 305.00 | 945.50 |
| DANIEL J. PEREZ REFOJOS | .80 | 190.00 | 152.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **19.50** | | **$ 4,293.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  362383                                                                November 5, 2019

### TOTAL THIS INVOICE                                    $ 3,864.15

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

November 5, 2019
Bill #:  362383
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2019:

**Client.Matter: P1705 - 815**

**RE:  19-00396-LTS CORTLAND V. PREPA**

| | |
|---|---|
| Total Professional Services | $ 4,293.50 |
| VOLUME DISCOUNT | $ -429.35 |
| Net Professional Services | $ 3,864.15 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,864.15** |

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 815**
**RE:   19-00396-LTS CORTLAND V. PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/01/19 | JRC | 210 | Review questions from H. Bauer regarding legal basis for fuel lien creditors to claim seniority over bond debt (.20). Review legal memorandum filed by Proskauer and motion filed by Corland (.60). Calls with J. Pietrantoni and H. Bauer to discuss issues (.30). | 1.10 | 340.00 | 374.00 |
| 10/01/19 | HDB | 209 | Review issues concerning fuel line lender priority issues in connection with amended complaint. | .40 | 305.00 | 122.00 |
| 10/02/19 | HDB | 210 | Review e-mail query by D. Desatnik concerning PR Legal issues. (.30) Review issues regarding PR Civil Code regarding specific performance and contractual issues. (.40) Draft e-mail response. (.30) Coordinate additional research. (.20) | 1.20 | 305.00 | 366.00 |
| 10/03/19 | HDB | 209 | Consultation regarding legal analysis concerning specific performance and contracts in the prejudice of third parties by M. Acevedo. (.20) Revise and edit draft memorandum. (.40) | .60 | 305.00 | 183.00 |
| 10/07/19 | HDB | 202 | Edit revised draft memorandum regarding specific performance and contracts to the prejudice of third parties. | .40 | 305.00 | 122.00 |
| 10/08/19 | MLA | 202 | Review and analyze docket of the case and motion for approval of administrative expense filed by Cobra Acquisitions and discuss action to follow with H. D. Bauer. | .70 | 195.00 | 136.50 |
| 10/08/19 | MLA | 202 | Review and analyze indictment against Cobra and FEMA's principals in preparation for analysis on voidable contracts subject to fraud under PR law. | .80 | 195.00 | 156.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  362383

November 5, 2019

| 10/08/19 | MLA | 202 | Research on fraud in the inducement or dolo pursuant to PR Civil Code provisions and the PR Supreme Court's recent rulings on the matter. | 1.60 | 195.00 | 312.00 |
|---|---|---|---|---|---|---|
| 10/08/19 | MLA | 202 | Research on contracts that are subject to an illicit cause which may be declared null and the PR Supreme Court's recent rulings. | 1.40 | 195.00 | 273.00 |
| 10/09/19 | MLA | 202 | Draft and review memorandum of law on fraud in the inducement or dolo pursuant to PR Civil Code provisions and applying the PR Supreme Court's recent rulings. | 1.90 | 195.00 | 370.50 |
| 10/09/19 | MLA | 202 | Draft and review memorandum of law including analysis on contracts that are subject to an illicit cause which may be declared null and void pursuant to Puerto Rico law. | 2.10 | 195.00 | 409.50 |
| 10/09/19 | MLA | 202 | Make amendments to memorandum of law as to voidability of contracts that are subject to illicit case, as per H. D. Bauer's request and submit to Proskauer. | .60 | 195.00 | 117.00 |
| 10/10/19 | MLA | 202 | Research on the unjust enrichment doctrine and the applicable caselaw pursuant to the PR Supreme Court's rulings. | 1.80 | 195.00 | 351.00 |
| 10/10/19 | MLA | 202 | Draft and review memorandum of law including results on fraud on the inducement and include analysis on the unjust enrichment doctrine as applicable once a contract is declared void pursuant to the provisions of the PR Civil Code and applicable caselaw. | 1.90 | 195.00 | 370.50 |
| 10/10/19 | MLA | 202 | Continue to expand research on the unjust enrichment doctrine and make amendments to the memorandum of law as per H. D. Bauer's request. | 1.10 | 195.00 | 214.50 |
| 10/10/19 | MLA | 202 | Review and analyze draft on Joint Urgent Motion of the Oversight Board, PREPA, and AFFAF to Extend All Applicable Deadlines to Cobra Acquisitions LLCs Motion for Allowance and Payment of Administrative Expense Claims. Submit comments and suggestions in redline as per H. D. Bauer's request. | .50 | 195.00 | 97.50 |
| 10/11/19 | HDB | 209 | Revise and sign-off to file motion to enlarge time to respond to amended complaint and set a briefing schedule. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  362383

November 5, 2019

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/11/19 | DJP | 206 | Analyze the Urgent Unopposed Motion of the Financial Oversight and Management Board for an Extension of Briefing Deadlines in Connection with Plaintiffs' Amended Complaint, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 10/11/19 | DJP | 206 | Analyze the proposed order to be filed together with the Urgent Unopposed Motion of the Financial Oversight and Management Board for an Extension of Briefing Deadlines in Connection with Plaintiffs' Amended Complaint. | .20 | 190.00 | 38.00 |
| 10/11/19 | DJP | 206 | File the Urgent Unopposed Motion of the Financial Oversight and Management Board for an Extension of Briefing Deadlines in Connection with Plaintiffs' Amended Complaint, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 10/15/19 | HDB | 209 | Review Order on briefing schedule and amendment to complaint mooting pending Motion to Dismiss. | .10 | 305.00 | 30.50 |
| 10/15/19 | MMB | 219 | Docket court notice received by email dated October 15, 2019, regarding order dkt. 44 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 10/31/19 | HDB | 209 | Revise and sign-off on Motion to Amend Briefing Schedule. | .20 | 305.00 | 61.00 |

TOTAL PROFESSIONAL SERVICES $ 4,293.50

VOLUME DISCOUNT $ -429.35

NET PROFESSIONAL SERVICES: $ 3,864.15

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| MARTHA L. ACEVEDO | 14.40 | 195.00 | 2,808.00 |
| JOSE R. CACHO | 1.10 | 340.00 | 374.00 |
| HERMANN BAUER | 3.10 | 305.00 | 945.50 |
| DANIEL J. PEREZ REFOJOS | .80 | 190.00 | 152.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **19.50** | | **$ 4,293.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 362383

November 5, 2019

**TOTAL THIS INVOICE**                                   $ 3,864.15

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

In account with
250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 5, 2019
Bill #:   362384
Billing Attorney:  HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2019:

**Client.Matter: P1705 - 816**

**RE:  19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

| | |
|---|---|
| Total Professional Services | $ 1,812.00 |
| VOLUME DISCOUNT | $ -181.20 |
| Net Professional Services | $ 1,630.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,630.80** |

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 816**
**RE:  19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**


## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/02/19 | CGB | 209 | Monitor Proskauer email exchanges regarding proposed strategy in view of Plaintiff's request for a brief extension of time in order to meet-and-confer (.20); Review L. Rappaport response to Plaintiff counsel R. Emmanuelli responding to same (.10); Edit the draft urgent motion to extend the deadline to respond to the complaint for all Defendants (.30) ; Draft email forwarding edits to L. Rappaport. (.10) | .70 | 330.00 | 231.00 |
| 10/02/19 | HDB | 209 | Review e-mail analysis by L. Rappaport regarding extension sought by R. Emmanuelli in connection with meet and confer letter. (.20)  Review draft motion for extension of time. (.20) | .40 | 305.00 | 122.00 |
| 10/03/19 | GMR | 206 | Finalize the  Second Unopposed Urgent Motion for Extension of Time for All Defendants to Respond to Plaintiff's Complaint in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 10/03/19 | GMR | 206 | File the  Second Unopposed Urgent Motion for Extension of Time for All Defendants to Respond to Plaintiff's Complaint at Docket No. 17. | .20 | 185.00 | 37.00 |
| 10/03/19 | GMR | 206 | Finalize the proposed order to the Second Unopposed Urgent Motion for Extension of Time for All Defendants to Respond to Plaintiff's Complaint in anticipation to sending to Chambers of Hon. Judith G. Dein. | .20 | 185.00 | 37.00 |
| 10/03/19 | GMR | 206 | Draft email to Chambers of Hon. Judith G. Dein enclosing courtesy copy of the Second Unopposed Urgent Motion for Extension of Time for All Defendants to Respond to Plaintiff's Complaint and the proposed order in WORD format. | .20 | 185.00 | 37.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  362384

November 5, 2019

| 10/03/19 | MMB | 219 | Docket court notice received by email dated October 3, 2019, regarding order dkt. 18 setting deadline to answer the complaint - H. Bauer, U. Fernández, D. Pérez. | .10 | 140.00 | 14.00 |
|---|---|---|---|---|---|---|
| 10/07/19 | HDB | 209 | Review SREAEE's Opposition to Urgent Joint Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, And The Ad Hoc Group of PREPA Bondholders for Leave to Intervene. | .30 | 305.00 | 91.50 |
| 10/08/19 | HDB | 209 | Revise and sign off on draft Unopposed Urgent Motion for an Order Setting a Schedule For: (1) Plaintiff to File its Amended Complaint; (2) Defendants to Respond to the Amended Complaint; and (3) the Briefing and Hearing of Motions to Dismiss the Amended Complaint. | .30 | 305.00 | 91.50 |
| 10/08/19 | DJP | 206 | Analyze the Unopposed Urgent Motion for an Order Setting a Schedule For: (1) Plaintiff to File its Amended Complaint; (2) Defendants to Respond to the Amended Complaint; and (3) the Briefing and Hearing of Motions to Dismiss the Amended Complaint, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 10/08/19 | DJP | 206 | Analyze the proposed order to be filed together with the Unopposed Urgent Motion for an Order Setting a Schedule For: (1) Plaintiff to File its Amended Complaint; (2) Defendants to Respond to the Amended Complaint; and (3) the Briefing and Hearing of Motions to Dismiss the Amended Complaint, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 10/08/19 | DJP | 206 | File the Unopposed Urgent Motion for an Order Setting a Schedule For: (1) Plaintiff to File its Amended Complaint; (2) Defendants to Respond to the Amended Complaint; and (3) the Briefing and Hearing of Motions to Dismiss the Amended Complaint, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 10/09/19 | MMB | 219 | Docket court notice received by email dated October 8, 2019, regarding order dkt. 21 setting briefing schedule - H. Bauer, U. Fernández, D. Pérez. | .10 | 140.00 | 14.00 |

O'Neill & Borges LLC

Bill #:  362384

November 5, 2019

| Date | | | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/18/19 | HDB | 221 | Review Reply in Further Support of Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, Syncora Guarantee Inc., and the Ad Hoc Group of PREPA Bondholders for Leave to Intervene. | .30 | 305.00 | 91.50 |
| 10/30/19 | HDB | 209 | Analyze Amended Complaint. | .70 | 305.00 | 213.50 |
| 10/31/19 | HDB | 209 | Revise draft Unopposed Urgent Motion for an Order Setting a Revised Schedule for: (1) Plaintiff to File Its Amended Complaint; (2) Defendants to Respond to the Amended Complaint; and (3) the Briefing and Hearing of Motions to Dismiss the Amended Complaint. | .20 | 305.00 | 61.00 |
| 10/31/19 | ETF | 201 | Review Proskauer question regarding Art. 1209 (.10). Review SREAEE's amended complaint dated Oct. 30 (.90). Review Trust Agreement sections referenced in such complaint (.30). Review Banco Central v Yauco Homes 135 PPR 858 (.60). | 1.90 | 210.00 | 399.00 |
| 10/31/19 | ETF | 201 | Respond to Proskauer questions regarding Civil Code Art. 1209. | .60 | 210.00 | 126.00 |
| 10/31/19 | DJP | 206 | Finalize the Unopposed Urgent Motion for an Order Setting a Revised Schedule for: (1) Plaintiff to File its Amended Complaint; (2) Defendants to Respond to the Amended Complaint; and (3) the Briefing and Hearing of Motions to Dismiss the Amended Complaint, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 10/31/19 | DJP | 206 | File the Unopposed Urgent Motion for an Order Setting a Revised Schedule for: (1) Plaintiff to File its Amended Complaint; (2) Defendants to Respond to the Amended Complaint; and (3) the Briefing and Hearing of Motions to Dismiss the Amended Complaint, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES                    $ 1,812.00

VOLUME DISCOUNT                                $ -181.20

NET PROFESSIONAL SERVICES:                     $ 1,630.80

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  362384

November 5, 2019

| | | | |
|---|---|---|---|
| CARLA GARCIA BENITEZ | .70 | 330.00 | 231.00 |
| HERMANN BAUER | 2.20 | 305.00 | 671.00 |
| EMILIANO TRIGO FRITZ | 2.50 | 210.00 | 525.00 |
| DANIEL J. PEREZ REFOJOS | 1.10 | 190.00 | 209.00 |
| GABRIEL MIRANDA RIVERA | .80 | 185.00 | 148.00 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **7.50** | | **$ 1,812.00** |

**TOTAL THIS INVOICE**               **$ 1,630.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

------------------------------------------------------------------x

## COVER SHEET TO TWENTY-NINTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | November 1, 2019 through November 30, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $26,086.05 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,304.00 |
| Total amount for this invoice: | $27,390.05 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-ninth monthly fee application in these cases.

00741972; 1

### **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for November 2019.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On March 4th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period November 1 through November 30, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Herman D. Bauer | Member | Litigation | $305.00 | 31.00 | $ 9,455.00 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 0.90 | $ 297.00 |
| Carlos E. George | Member | Labor | $250.00 | 17.10 | $ 4,275.00 |
| Julio Pietrantoni | Member | Corporate | $355.00 | 3.10 | $ 1,100.50 |
| Ubaldo Fernandez Barrera | Jr. Member | Litigation | $220.00 | 0.90 | $ 198.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 21.70 | $ 4,557.00 |
| Daniela L. Alvarez | Associate | Litigation | $175.00 | 20.90 | $ 3,657.50 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 3.60 | $ 666.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 11.70 | $ 2,223.00 |
| Filex E. Rosado | Associate | Labor | $165.00 | 2.50 | $ 412.50 |
| Olga M. Alicea | Paralegal | Litigation | $150.00 | 12.70 | $ 1,905.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 1.70 | $ 238.00 |
| | | | | | |
| | **Totals** | | | 127.80 | $ 28,984.50 |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | $ (2,898.45) |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | $ 26,086.05 |

**PREPA TITLE III**

**Summary of Disbursements for the Period November 1 through November 30, 2019**

| Description - Expenses | Amounts |
|---|---|
| Duplicating | $ 4.90 |
| Deposition Transcripts - Caso: UTIEr CBA AT November 8, 2019-HDB | $ 832.00 |
| AIP Holdings, 094-700/800, Extra Air Condition after hours on October 18, 2019 for deposition of Natalie Jaresko - HDB | $ 300.00 |
| Overnight Delivery - United Parcel Service, Inv 725102439, Larry Silverstro - ENQ/HDB | $ 167.10 |
| | |
| **Totals** | $ 1,304.00 |
| | |
| **SUMMARY OF DISBURSEMENTS** | $ 1,304.00 |

**PREPA TITLE III**

**Summary of Legal Fees for the Period November 1 through November 30, 2019**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 4.00 | $ 840.00 |
| 202 | Legal Research | 23.50 | $ 4,327.00 |
| 206 | Documents Filed on Behalf of the Board | 8.50 | $ 1,672.00 |
| 207 | Non-Board Court Filings | 1.80 | $ 539.50 |
| 209 | Adversary Proceeding | 29.60 | $ 8,165.00 |
| 210 | Analysis and Strategy | 16.80 | $ 4,336.00 |
| 215 | Plan of Adjustment and Disclosure Statem | 19.60 | $ 4,529.50 |
| 219 | Docketing | 1.70 | $ 238.00 |
| 220 | | 12.70 | $ 1,905.00 |
| 221 | Discovery/2004 Examinations | 7.70 | $ 1,929.50 |
| 222 | Claims and Claims Objections | 1.00 | $ 305.00 |
| 224 | Fee Applications - O&B | 0.90 | $ 198.00 |
| | | | $ 28,984.50 |
| | **Less: 10% Courtesy discount** | | $ (2,898.45) |
| | **TOTALS** | 127.80 | $ 26,086.05 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $23,477.45 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $1,304.00) in the total amount of $24,781.45.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00741972; 1

# **Exhibit A**

00741972; 1

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

December 4, 2019
Bill #:   367251
Billing Attorney:  HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2019:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---:|
| Total Professional Services | $ 14,221.00 |
| Less Discount | $ -1,422.10 |
| Net Professional Services | $ 12,798.90 |
| Total Reimbursable Expenses | $ 467.10 |
| **TOTAL THIS INVOICE** | **$ 13,266.00** |

Electronic Invoice

250 Ave. Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/01/19 | HDB | 215 | Analyze and prepare draft responses to PREPA Bit Questions/Assumptions prepared by McKinsey. | .60 | 305.00 | 183.00 |
| 11/01/19 | CEG | 210 | Tel. conf. with K. Rifkind regards to UTIER CBA negotiations. | 1.00 | 250.00 | 250.00 |
| 11/01/19 | UMF | 224 | Draft twenty-sixth monthly application for compensation for O&B in the Title III case of PREPA. | .50 | 220.00 | 110.00 |
| 11/01/19 | MMB | 219 | Docket court notice received by email dated October 31, 2019, regarding order dkt. 1712 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 11/04/19 | ETF | 215 | Review McKinsey questions regarding PREPA BIT (.30). Review PREPA Trust Agreement (.30). | .60 | 210.00 | 126.00 |
| 11/04/19 | ETF | 215 | Tel. conf. with McKinsey (R. Rivera, O. Shah and others), Proskauer (P. Possinger, E. Barak and others) regarding PREPA BIT. | 1.10 | 210.00 | 231.00 |
| 11/04/19 | ETF | 215 | Review chart of PREPA accounts with $6.9M or more. | .20 | 210.00 | 42.00 |
| 11/04/19 | MMB | 219 | Docket court notice received by email dated November 1, 2019, regarding order dkt. 1716 resetting motion hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 11/05/19 | HDB | 210 | Tel. conf. with G. Mashberg regarding PR Estoppel law. (.20) Review research issues with D. Alvarez. (.20) | .40 | 305.00 | 122.00 |
| 11/05/19 | DLA | 202 | legal research regarding "actos propios" doctrine under Puerto Rico Law. | .40 | 175.00 | 70.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  367251

December 4, 2019

| 11/06/19 | HDB | 221 | Review Order overruling Official Committee of Unsecured Creditors' Urgent Objection to Magistrate Judge's September 16, 2019 Order Granting Protective Order with Respect to Deposition of Jose Ortiz. | .30 | 305.00 | 91.50 |
|---|---|---|---|---|---|---|
| 11/06/19 | ETF | 215 | Tel. conf. with R. Rivera (McKinsey) regarding PREPA fiscal plan and PREPA's receivership provisions. | .20 | 210.00 | 42.00 |
| 11/07/19 | HDB | 202 | Review analysis regarding Art. 1209. | .30 | 305.00 | 91.50 |
| 11/07/19 | DLA | 202 | Summarize "actos propios" caselaw in English for co-counsel Proskauer in preparation for an upcoming motion in opposition. | 2.40 | 175.00 | 420.00 |
| 11/08/19 | HDB | 210 | Review analysis on query regarding third party consent on contracts for the benefit of third parties (.20). Review legal research and conclusions with D. Alvarez. (.40) | .60 | 305.00 | 183.00 |
| 11/08/19 | ETF | 215 | Tel. conf. with J. Esses, B. Blackwell regarding PREPA BIT. | .10 | 210.00 | 21.00 |
| 11/09/19 | DLA | 202 | Legal research regarding equity doctrine of "actos propios" .(3.10) Brief legal memo regarding same. (1.80) | 4.90 | 175.00 | 857.50 |
| 11/10/19 | DLA | 202 | further legal research regarding "actos Propios"doctrine. (1.30) Edit draft memo regarding same. (.80) | 2.10 | 175.00 | 367.50 |
| 11/11/19 | HDB | 202 | Review e-mail analysis regarding actos propios doctrine under PR Law. (.20)  Meet with D. Alvarez to discuss legal research and apply conclusions to facts. (.30) Edit draft memorandum. (.20) | .70 | 305.00 | 213.50 |
| 11/11/19 | HDB | 207 | Review AAFAF's Motion for order in limine to preclude the UCC from offering into evidence the LEI Report at the hearing on the 9019 Motion. | .30 | 305.00 | 91.50 |
| 11/11/19 | HDB | 215 | Analyze table of PREPA BIT Legal issues. (.30) Draft e-mail with notes and observations. (.40) | .70 | 305.00 | 213.50 |
| 11/11/19 | ETF | 215 | Review PREB enabling act. | .50 | 210.00 | 105.00 |
| 11/11/19 | OMA | 220 | As requested by attorneys H. D. Bauer and D. L. Alvarez Rodriguez, obtain certified translation of the case of Ramiro Rodriguez Ramos, et al. v. ELA de PR, et al., 190 DPR 448. | .30 | 150.00 | 45.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  367251

December 4, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/12/19 | HDB | 202 | Review case law cited by D. Alvarez regarding actos propios. | .30 | 305.00 | 91.50 |
| 11/12/19 | HDB | 222 | Review proposed pre-trial schedule proposed by Cobra in connection with claim objection. | .20 | 305.00 | 61.00 |
| 11/12/19 | HDB | 222 | Review Joint Status Report in Connection with Objection of Official Committee of Unsecured Creditors to Proof of Claim Number 18449 Filed by U.S. Bank National Association, in Its Capacity as Trustee for Non-Recourse PREPA Bonds. | .40 | 305.00 | 122.00 |
| 11/12/19 | UMF | 224 | Draft twenty-seventh monthly fee application for compensation of O&B for the month September 2019 in the Title III case of PREPA | .40 | 220.00 | 88.00 |
| 11/12/19 | ETF | 215 | Review McKinsey PREPA BIT questions sent on Nov. 11 (.20). Review PREPA enabling act receivership provisions (.60). | .80 | 210.00 | 168.00 |
| 11/12/19 | DLA | 202 | Worked on research and revised research memo sent to co-counsel. Expand legal research on "actos propios" doctrine in review of comments from H. D. Bauer to draft memo. (4.80) Revise draft memorandum to be send to Proskauer in review of same. (3.50) | 8.30 | 175.00 | 1,452.50 |
| 11/13/19 | JP | 215 | Meet with H. Bauer, E. Trigo, and J. Marrero regarding PREPA best interest test analysis. | .50 | 355.00 | 177.50 |
| 11/13/19 | JP | 215 | Analyze questions from McKenzie regarding PREPA best interest test analysis. | .50 | 355.00 | 177.50 |
| 11/13/19 | JP | 215 | Telephone conference with McKenzie and Proskauer (with H. Bauer, E. Trigo, and J. Marrero) regarding PREPA best interest test analysis. | 1.00 | 355.00 | 355.00 |
| 11/13/19 | JP | 210 | meeting with H. Bauer and E. Trigo in preparation for PREPA bit call. | 1.10 | 355.00 | 390.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  367251                                                    December 4, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/13/19 | HDB | 210 | Review memorandum regarding appointment of a receiver under the Indenture and PREPA Act. (.30) Review legal issues in preparation for call on best interest test with McKinsey and Proskauer. (.90) Review legal analysis and strategy regarding PREPA transformation, rates and receivership with J. Pietrantoni and E. Trigo at O&B in preparation for call with McKinsey and Proskauer. (1.10)  Participate in BIT analysis call with E. Barack, P. Possinger of Proskauer, the McKinsey Team and O&B (E. Trigo, J. Pietrantoni, J. Marrero). (1.00) | 3.30 | 305.00 | 1,006.50 |
| 11/13/19 | HDB | 221 | Review Objection to the FOMB's Urgent Motion to Seal by UTIER and SREAEE. | .30 | 305.00 | 91.50 |
| 11/13/19 | ETF | 215 | Review McKinsey PREPA BIT questions sent on Nov. 13 (.40). Review PREB enabling act (1.80). | 2.20 | 210.00 | 462.00 |
| 11/13/19 | ETF | 215 | Meeting with H. D. Bauer and J. Pietrantoni in preparation for PREPA BIT call. | 1.00 | 210.00 | 210.00 |
| 11/13/19 | ETF | 215 | Meeting with McKinsey (J. Ivers, R. Rivera and others), Proskauer (P. Possinger, E. Barak and others) and H. D. Bauer and J. Pietrantoni regarding PREPA BIT. | 1.00 | 210.00 | 210.00 |
| 11/13/19 | ETF | 215 | Edit email regarding PREPA-ERS accounts. | .30 | 210.00 | 63.00 |
| 11/13/19 | ETF | 215 | Respond to J. Esses regarding PREB enabling act. | .10 | 210.00 | 21.00 |
| 11/13/19 | ETF | 215 | Review PREPA trust agreement rate covenant. | .40 | 210.00 | 84.00 |
| 11/13/19 | MMB | 219 | Docket court notice received by email dated November 12, 2019, regarding order dkt. 1729 setting briefing schedule on urgent motion in limine dkt. 1725 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 11/14/19 | HDB | 207 | Review eighth supplemental Rule 2019 statement on behalf of the ad hoc group of PREPA bondholders. | .20 | 305.00 | 61.00 |
| 11/14/19 | HDB | 210 | Further review of mechanics to appoint a receiver under the PREPA Organic Act. (.40)  Review issues relations to rate increase process. (1.40) | 1.80 | 305.00 | 549.00 |
| 11/14/19 | HDB | 221 | Review the Objection of Official Committee of Unsecured Creditors to Government Parties Motion in Limine to Exclude Expert Report Submitted in Connection with PREPA Bonds 9019 Motion Hearing . | .30 | 305.00 | 91.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  367251 — December 4, 2019

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/14/19 | HDB | 209 | Review Notice of Removal in 19-00453-LTS regarding PREPA v. Vitol. | .80 | 305.00 | 244.00 |
| 11/14/19 | ETF | 215 | Review first draft of PREPA BIT assumption memo. | .90 | 210.00 | 189.00 |
| 11/14/19 | ETF | 215 | Review judgment claim provisions of Act 66 and Act 3-2017. | .40 | 210.00 | 84.00 |
| 11/15/19 | HDB | 206 | Revise to file PREPA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027. | .20 | 305.00 | 61.00 |
| 11/15/19 | HDB | 206 | Sign-off on final version of Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time within which to File Notices of Removal Pursuant to Bankruptcy Rule 9027. | .20 | 305.00 | 61.00 |
| 11/15/19 | ETF | 201 | Review new McKinsey question regarding PREPA BIT. | .70 | 210.00 | 147.00 |
| 11/15/19 | GMR | 206 | File the Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time within which to File Notices of Removal Pursuant to Bankruptcy Rule 9027. | .20 | 185.00 | 37.00 |
| 11/15/19 | MMB | 219 | Docket court notice received by email dated November 14, 2019, regarding order dkt. 1738 setting deadline to file brief, objections thereto - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 11/18/19 | HDB | 207 | Review Reply in Support of Urgent Motion for an Order In Limine Precluding the Official Committee of Unsecured Creditors from Entering Expert Report into Evidence at the 9019 Motion Hearing to Response to Motion. | .20 | 305.00 | 61.00 |
| 11/18/19 | HDB | 210 | Review issues regarding query concerning rate increase procedures. | .30 | 305.00 | 91.50 |
| 11/18/19 | HDB | 210 | Prepare for (.20) and participate in call (.80) with P. Possinger and Proskauer team, J. L. Marrero and E. Trigo regarding PREPA Rate increases, PREB jurisdictional issues and debt service under the RSA. | 1.00 | 305.00 | 305.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  367251                                                                December 4, 2019

| 11/18/19 | ETF | 215 | Draft responses to McKinsey questions regarding PREB's rate approval process. | 1.80 | 210.00 | 378.00 |
|----------|-----|-----|-------------------------------------------------------------------------------|------|--------|--------|
| 11/18/19 | ETF | 215 | Review provisions in PREPA's enabling act regarding rate making authority. | .60 | 210.00 | 126.00 |
| 11/19/19 | HDB | 207 | Review the Official Committee of Unsecured Creditors Position Regarding Sealing of Expert Report Submitted in Connection with Opposition to PREPA Bonds Rule 9019 Motion. | .20 | 305.00 | 61.00 |
| 11/19/19 | HDB | 207 | Review Official Committee of Unsecured Creditors' Motion in Limine to Strike and Exclude Improper Lay Opinion Testimony of Frederic Chapados Regarding Alleged Effect of 9019 Settlement on PREPA Transformation. | .20 | 305.00 | 61.00 |
| 11/19/19 | ETF | 215 | Analyze PREB's rate approval process under Act 17-2019. | 1.80 | 210.00 | 378.00 |
| 11/19/19 | ETF | 215 | Review Act 17-2019 amendments to PREB's enabling act. | 1.90 | 210.00 | 399.00 |
| 11/19/19 | DJP | 206 | Analyze the Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 11/19/19 | DJP | 206 | Analyze the proposed order to be filed together with the Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds. | .20 | 190.00 | 38.00 |
| 11/19/19 | DJP | 206 | File the Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds, through the electronic filing system. | .20 | 190.00 | 38.00 |
| 11/19/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds. | .20 | 190.00 | 38.00 |
| 11/20/19 | HDB | 209 | Tel. conf with Proskauer (J. Levittan and L. Rappaport) and Brown Ruddnick regarding strategy on Vitol Removal. | .80 | 305.00 | 244.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  367251                                                                December 4, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/20/19 | MMB | 219 | Docket court notice received by email dated November 18, 2019, regarding order dkt. 1748 granting motion to seal, deadline for Committee to file brief to justify continued sealing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 11/20/19 | MMB | 219 | Docket court notice received by email dated November 19, 2019, regarding order dkt. 1751 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 11/20/19 | MMB | 219 | Docket court notice received by email dated November 20, 2019, regarding order dkt. 1755 granting urgent motion to seal dkt. 1753, setting deadline to file brief - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 11/21/19 | HDB | 207 | Analyze Reply in Support of Congressman Raúl Grijalva, Chairman of the House Committee on Natural Resources, Congresswoman Nydia Velzquez, Member of the House Committee on Natural Resources, and Congressman Darren Soto, Member of the House Committee on Natural Resources, Request for Leave to Participate in this Case as Amici Curiae. | .20 | 305.00 | 61.00 |
| 11/21/19 | HDB | 222 | Review Supplemental Brief of Government Parties in Connection with Objection of Official Committee of Unsecured Creditors to Proof of Claim Number 18449 filed by U.S. Bank N.A., in its Capacity as Trustee for Non-Recourse PREPA Bonds. | .20 | 305.00 | 61.00 |
| 11/21/19 | ETF | 215 | Discussion with C. Vazquez regarding PREPA bank accounts held at Oriental and Citi. | .40 | 210.00 | 84.00 |
| 11/22/19 | GMR | 206 | File the First Interim Fee Application of Berkeley Research Group, LLC for Payment of Compensation and Reimbursement of Expenses for Consulting Services to the Financial Oversight and Management Board of Puerto Rico, as Representative of Debtor, Puerto Rico Electric Power Authority ("PREPA") for the Period from June 13, 2019 through September 30, 2019. | .20 | 185.00 | 37.00 |
| 11/22/19 | GMR | 206 | Analyze the First Interim Fee Application of Berkeley Research Group, LLC for Payment of Compensation and Reimbursement of Expenses for Consulting Services to the Financial Oversight and Management Board of Puerto Rico, as Representative of Debtor, Puerto Rico Electric Power Authority ("PREPA") for the Period from June 13, 2019 through September 30, 2019 in anticipation to its filing. | .30 | 185.00 | 55.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  367251                                                                December 4, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/22/19 | OMA | 220 | As requested by attorney D. L. Alvarez Rodriguez, begin preparing certified translation into English of PR Supreme Court Decision in the case of Commissioner of Insurance v. Universal Insurance Co. - 2012 TSPR 165. 4 pages, 1119 words. | .70 | 150.00 | 105.00 |
| 11/25/19 | HDB | 222 | Analyze Brief of Responding Bondholder Parties in Connection with Objection of Official Committee of Unsecured Creditors to Proof of Claim Number 18449 Filed by U.S. Bank N.A. | .20 | 305.00 | 61.00 |
| 11/26/19 | HDB | 207 | Review UTIER's and SREAEE's Supplemental Brief Regarding Committee Objection to Bond Trustee's Proof of Claim and Limited Joinder to the Committee's Supplemental Briefing at Docket No. 176. | .20 | 305.00 | 61.00 |
| 11/26/19 | HDB | 206 | Review Opposition of the Financial Oversight and Management Board for Puerto Rico to the Committees Motion In Limine to Exclude the Testimony of Frederic Chapados. | .20 | 305.00 | 61.00 |
| 11/26/19 | OMA | 220 | As requested by attorney D. L. Alvarez Rodriguez, finalize certified translation into English of PR Supreme Court Decision in the case of Commissioner of Insurance v. Universal Insurance Co. - 2012 TSPR 165. 12 pages, 4,468 words. | 3.20 | 150.00 | 480.00 |
| 11/27/19 | HDB | 210 | Review order denying certain members of the U.S. House Natural Resources Committee's motion for leave to file an amicus brief in opposition to the 9019 motion. | .10 | 305.00 | 30.50 |
| 11/27/19 | DJP | 206 | Email correspondence with M. Zerjal relating to timing of filing of the CNO for the PREPA removal extension motion. | .20 | 190.00 | 38.00 |
| 11/29/19 | HDB | 207 | Review Ninth Supplemental Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of Bankruptcy Procedure 2019. | .20 | 305.00 | 61.00 |

TOTAL PROFESSIONAL SERVICES              $ 14,221.00

Less Discount                                           $ -1,422.10

NET PROFESSIONAL SERVICES:            $ 12,798.90

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  367251

December 4, 2019

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| JULIO PIETRANTONI | 3.10 | 355.00 | 1,100.50 |
| HERMANN BAUER | 15.90 | 305.00 | 4,849.50 |
| CARLOS E. GEORGE | 1.00 | 250.00 | 250.00 |
| UBALDO M. FERNANDEZ BARRERA | .90 | 220.00 | 198.00 |
| EMILIANO TRIGO FRITZ | 17.00 | 210.00 | 3,570.00 |
| DANIEL J. PEREZ REFOJOS | 1.20 | 190.00 | 228.00 |
| GABRIEL MIRANDA RIVERA | .70 | 185.00 | 129.50 |
| DANIELA L. ALVAREZ | 18.10 | 175.00 | 3,167.50 |
| OLGA M. ALICEA | 4.20 | 150.00 | 630.00 |
| MILAGROS MARCANO BAEZ | .70 | 140.00 | 98.00 |
| **Total** | **62.80** | | **$ 14,221.00** |

### EXPENSES

| Date | Description | Amount |
|------|-------------|-------:|
| 11/08/19 | AIP HOLDINGS, 094-700/800, EXTRA AIR CONDITIONING AFTER HOURS ON OCTOBER 18,2019 FOR DEPOSITION OF NATALIE JARESKO-HDB | 300.00 |
| 11/15/19 | UNITED PARCEL SERVICE, INV. 725102439, LARRY SILVESTRO, ENQ-HDB | 167.10 |

TOTAL REIMBURSABLE EXPENSES            $ 467.10

**TOTAL THIS INVOICE**            **$ 13,266.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

**Delivery Service Invoice**

| | |
|---|---|
| Invoice Date | **October 26, 2019** |
| Invoice Number | 0000725102439 |
| Shipper Number | 725102 |

Page 3 of 4

## Outbound

**UPS CampusShip**

| 10/21 | 1Z7251021519368470 | Next Day Air Early Commercial | 10036 | 2 | 14 | 122.20 | 122.20 |
|---|---|---|---|---|---|---|---|
| | | Customer Weight | | | 13 | | |
| | | Early Surcharge | | | | 30.00 | 30.00 |
| | | Fuel Surcharge | | | | 11.03 | 11.03 |
| | | Customer Entered Dimensions = 16 x 12 x 10 in | | | | | |
| | | **Total** | | | | 163.23 | 163.23 |

1st ref: P 1705.001                    UserID: taina.pereira@

Sender : taina.pereira@              Receiver : LARRY SILVESTRO, ESQ
    ONEILL & BORGES, LLC.      PROSKAUER ROSE
    250 AVE MUNOZ RIVERA    ELEVEN TIMES SQUARE
    SAN JUAN PR 00918      NY NY 10036

Message Codes: r

## Shipping Charge Corrections   Learn how to avoid future shipping charge corrections. Visit www.ups.com/avoidcharges.

| Pickup Date | Tracking Number | Original Service/ Corrected Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge | Adjustment Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/21 | 1Z7251021519368470 | Next Day Air Early | 10036 | 2 | 14 | 122.20 | | 122.20 | |
| | | Next Day Air Early | 10036 | 2 | 15.0 | 125.80 | | 125.80 | |
| | | **Audited Dimensions =**  16 x 13 x 10 in | | | | | | | |
| | | **Customer Entered Dimensions =**  16 x 12 x 10 in | | | | | | | |
| | | Fuel Surcharge | | | | 0.27 | | 0.27 | 3.87 |

1st ref: P 1705.001

Sender :                    Receiver : LARRY SILVESTRO, ESQ
    ONEILL & BORGES/FL 8     PROSKAUER ROSE
    AVE MUNOZ RIVERA AMERICAN INTL  ELEVEN TIMES SQUARE
    HATO REY PR 00918      NY NY 10036

| **Total Shipping Charge Corrections** | 1 Package(s) | 3.87 |
|---|---|---|
| **Total Adjustments & Other Charges** | | 3.87 |

041261  2/2

*Inv. 361251*

**AMERICAN INTERNATIONAL PLAZA**
**AIP HOLDINGS ,LLC**

### Billing Adjustment

| | | |
|---|---|---|
| Property No. | 094 | |
| Unit /Reference: | 800 | |
| Accounting Month: | Nov-19 | |

| | |
|---|---|
| Property Name: | American International Plaza |
| Tenant Name: | O'Neill & Borges |

| Charge Code | ACCT | Description | HR | Charge | Comments |
|---|---|---|---|---|---|
| EAC | | Extra A/C floor #8  10/18/2019 6:00 pm - 8:00 pm | 2 | $ 300.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Total billed hours:     2 | | | |
| | | Total Extra A/C: | | $ 300.00 | |

### Special Instructions

Extra A/C charge for suite 800. The rate per hour is $150.

Attached recall access event report.

**Property Manager Approval:** _____          **Date:**   10/28/2019

PITO5-1

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

December 4, 2019
FOMB IN RE PREPA TITLE III
Bill #:   366270
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2019:

**Client.Matter: P1705 - 801**

**RE:  17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 91.50 |
| VOLUME DISCOUNT | $ -9.15 |
| Net Professional Services | $ 82.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 82.35** |

IN ACCOUNT WITH

**O'NEILL & BORGES** LLC

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 801**

**RE:  17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/15/19 | HDB | 209 | Tel conf with counsel for PREPA in removed state court action (.20). Draft e-mail to J.Levitan concentrating the same. (.10) | .30 | 305.00 | 91.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 91.50 |
| VOLUME DISCOUNT | | $ -9.15 |
| NET PROFESSIONAL SERVICES: | | $ 82.35 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .30 | 305.00 | 91.50 |
| Total | .30 | | $ 91.50 |

**TOTAL THIS INVOICE**                    **$ 82.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

December 4, 2019
Bill #:   366271
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2019:

**Client.Matter: P1705 - 804**

**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 7,063.00 |
| VOLUME DISCOUNT | $ -706.30 |
| Net Professional Services | $ 6,356.70 |
| Total Reimbursable Expenses | $ 836.90 |
| **TOTAL THIS INVOICE** | **$ 7,193.60** |

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/01/19 | CEG | 209 | Participate in conference call with J. Richman, regarding  defenses for UTIER CBA cases, potential witness, documentary evidence and expert reports. | 1.00 | 250.00 | 250.00 |
| 11/01/19 | FER | 221 | Continue review of batch of documents from 28/10/2019 Initial Disclosures. | 1.90 | 165.00 | 313.50 |
| 11/02/19 | FER | 221 | Finalize review of batch of documents from 28/10/2019 Initial Disclosures. | .60 | 165.00 | 99.00 |
| 11/04/19 | HDB | 209 | Review draft Fourth Request for Production of Documents to UTIER by the FOMB. | .20 | 305.00 | 61.00 |
| 11/04/19 | MMB | 219 | Docket court notice received by email dated November 1, 2019, regarding order dkt. 100 extending dates in scheduling order - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 11/05/19 | HDB | 221 | Revise edits to draft Fourth Request for Production of Documents. | .20 | 305.00 | 61.00 |
| 11/05/19 | HDB | 209 | Commence review of draft expert report. | .80 | 305.00 | 244.00 |
| 11/05/19 | CEG | 209 | Revise request for production of documents (.3); exchange various emails with M. Morris, regarding pending deposition. (.3) | .60 | 250.00 | 150.00 |
| 11/05/19 | DJP | 221 | Analyze the Fourth Request of the Financial Oversight and Management Board, as Representative of the Debtors for Production of Documents to Union de Trabajadores de la Industria Electrica y Riego, in anticipation of sending same to opposing counsel. | .40 | 190.00 | 76.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  366271                                                                December 4, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/05/19 | DJP | 221 | Draft email to opposing counsel attaching the Fourth Request of the Financial Oversight and Management Board, as Representative of the Debtors for Production of Documents to Union de Trabajadores de la Industria Electrica y Riego. | .20 | 190.00 | 38.00 |
| 11/06/19 | HDB | 221 | Review UTIER's Second Request for Production of documents to the Puerto Rico Electric Power Authority. | .40 | 305.00 | 122.00 |
| 11/06/19 | HDB | 221 | Coordinate logistics regarding Figueroa Jaramillo deposition (.2) Tel conf with R.Emmanuelli regarding same (.1) | .30 | 305.00 | 91.50 |
| 11/07/19 | HDB | 221 | Additional coordination regarding Angel Figueroa Jaramillo deposition. (.40)  Discussion of pre-deposition issues with M. Morris. (.20) Review supplemental production of documents by AAFAF (.50)  Tel. conf. with R. Emmanuelli regarding deposition issues (.20)  Tel. conf. with M. Morris regarding call from R. Emmanuelli (.20)  Draft e-mail summarizing contents of discussion with R. Emmanuelli. (.20) | 1.70 | 305.00 | 518.50 |
| 11/07/19 | CEG | 209 | Compare PRASA agreements and evaluate union concessions in same. (1.40) Compare the agreement that the Board negotiated with AFSCME for union concessions. (1.20) | 2.60 | 250.00 | 650.00 |
| 11/07/19 | CEG | 209 | Review documents for Figueroa Jaramillo's deposition; (.80) review several emails to and from M. Morris, regarding deposition issues. (.40) | 1.20 | 250.00 | 300.00 |
| 11/07/19 | DJP | 210 | Analyze recently-received binders with exhibits to be used during UTIER's corporate deposition. | 1.30 | 190.00 | 247.00 |
| 11/07/19 | DJP | 210 | Participate in call with Sophia Alonso in order to discuss update of binders with exhibits to be used during UTIER's corporate deposition. | .20 | 190.00 | 38.00 |
| 11/07/19 | DJP | 210 | Analyze additional exhibits to be used during UTIER's corporate deposition. | 4.10 | 190.00 | 779.00 |
| 11/08/19 | HDB | 221 | Review issues concerning A. Figueroa Jaramillo deposition. (.4) Review outcome of deposition (.4) | .80 | 305.00 | 244.00 |
| 11/08/19 | CEG | 209 | Prepare for (1.00) and attend R. Jaramillo's deposition. (7.50) | 8.50 | 250.00 | 2,125.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  366271                                                                December 4, 2019

| 11/13/19 | CEG | 209 | Evaluate impact of Senate Bill 1402 in the case (.6); exchange related emails with J. Richman. (.2) | .80 | 250.00 | 200.00 |
|---|---|---|---|---|---|---|
| 11/22/19 | CEG | 209 | Exchange emails with M. Morris regarding pending discovery issues. | .30 | 250.00 | 75.00 |
| 11/26/19 | HDB | 221 | Review issues regarding extension of discovery deadlines. | .10 | 305.00 | 30.50 |
| 11/26/19 | HDB | 221 | Review PREPA's response to the meet and confer regarding the Oversight Board's Responses to UTIER's First Set of Interrogatories to the Commonwealth and PREPA. | .20 | 305.00 | 61.00 |
| 11/27/19 | CEG | 209 | Review emails related to pending discovery and new proposed schedule. (.30) Review supplement to production of documents and pending discovery request. (.80) | 1.10 | 250.00 | 275.00 |

TOTAL PROFESSIONAL SERVICES                    $ 7,063.00

VOLUME DISCOUNT                                $ -706.30

NET PROFESSIONAL SERVICES:                     $ 6,356.70

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 4.70 | 305.00 | 1,433.50 |
| CARLOS E. GEORGE | 16.10 | 250.00 | 4,025.00 |
| DANIEL J. PEREZ REFOJOS | 6.20 | 190.00 | 1,178.00 |
| FILEX E. ROSADO | 2.50 | 165.00 | 412.50 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **29.60** | | **$ 7,063.00** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 11/08/19 | DUPLICATING -  AS OF 11/08/19 (13 Copies @ $.10) | 1.30 |
| 11/08/19 | DUPLICATING -  AS OF 11/08/19 (36 Copies @ $.10) | 3.60 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  366271                                                        December 4, 2019

| 11/15/19 | RITA, INV. 5024, INTERPRETER FOR DEPOSITION OF ANGEL FIGUEROA JARAMILLO ON NOVEMBER 8,2019-DJP/HDB | 832.00 |

TOTAL REIMBURSABLE EXPENSES                          $ 836.90

**TOTAL THIS INVOICE**                              **$ 7,193.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

Generated   **Monday, January 27, 2020**
at   3:12:08PM

## Consolidated Account Detail

### Client='p1705' and   Matter='00804'   and (From: '2019-11-8'   To: '2019-11-8')

| Starting Date: | **11/8/2019** | Ending Date: | **11/8/2019** | Number of Days: | **1** |
|---|---|---|---|---|---|

| Date | Time | User | Type | Count | Amount |
|---|---|---|---|---|---|

**Location: oab:O'neill and Borges**

   Client: p1705:FOMB IN RE PREPA TITLE III

      Matter: 00804:17-00229-LTS UTIER V. PREPA ET AL-HDB

| Date | Time | User | Type | Count | Amount |
|---|---|---|---|---|---|
| 11/8/2019 | 8:02:02AM | VELEZ, AARON | Duplicating | 13 | $1.30 |
| 11/8/2019 | 8:02:36AM | VELEZ, AARON | Duplicating | 36 | $3.60 |
| | | Totals for   Matter: 00804 | | | $4.90 |
| | Totals for   Client: p1705 | | | | $4.90 |

Totals for   Location: oab                                                                  $4.90

*INV. 366271*

Copyright© 2020, Equitrac Corporation

Page   1





**RITA**
Ave. Winston Churchill 138
PMB 628
San Juan, 00926-6013
Puerto Rico

BILL TO

**O'NEILL & BORGES LLC**
Ivette Morales

787-764-8181 X 1265
ivette.morales@oneillborges.com

**Invoice Number:** 5024
**Invoice Date:** November 8, 2019
**Payment Due:** December 8, 2019
**Amount Due (USD):** $832.00

| Product | Quantity | Price | Amount |
|---|---|---|---|
| **Interpretación** Caso: UTIER CBA case P1705.804 | 8 | $100.00 | $800.00 |

Lcdo. Bauer

Intérprete: Juan Segarra

Fecha: 8 de noviembre de 2019

Hora: 9:00 am - 6:00 pm (8/horas)

O'Neill & Borges llc
250 Ave. Muñoz Rivera, Ste. 800
San Juan, P.R. 00918-1813

| | |
|---|---|
| **Subtotal:** | $800.00 |
| Sales Tax 4%: | $32.00 |
| **Total:** | $832.00 |
| **Amount Due (USD):** | **$832.00** |

IN ACCOUNT WITH
250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

December 4, 2019
Bill #: 366272
Billing Attorney: HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2019:

**Client.Matter: P1705 - 805**

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 532.50 |
| VOLUME DISCOUNT | $ -53.25 |
| Net Professional Services | $ 479.25 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 479.25** |

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

**Client.Matter: P1705 . 805**
**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/12/19 | HDB | 209 | Review e-mail from P. Possinger regarding status of PREB regulatory scope. | .20 | 305.00 | 61.00 |
| 11/20/19 | HDB | 209 | Review status of adversary proceeding. (.10) Review e-mail by L. Stafford. (.10)  Draft e-mail to counsel for PREB. (.10) | .30 | 305.00 | 91.50 |
| 11/20/19 | HDB | 209 | Review letter by UTIER regarding meet and confer regarding discovery responses. | .30 | 305.00 | 91.50 |
| 11/21/19 | HDB | 209 | Tel. conf. with office of Y. Gonzalez. (.10) Draft e-mail response to L. Stafford's query. (.10)  Tel. conf with Y. Gonzalez concerning status report . (.20) Draft e-mail reporting call to L. Stafford and review response. (.10) | .50 | 305.00 | 152.50 |
| 11/22/19 | HDB | 209 | Coordinate extension of time in 17-256. (.20) Exchange messages regarding schedule with Y. Gonzalez. (.10) | .30 | 305.00 | 91.50 |
| 11/26/19 | HDB | 209 | Review Order granting extension on status report. | .10 | 305.00 | 30.50 |
| 11/26/19 | MMB | 219 | Docket court notice received by email dated November 26, 2019, regarding order dkt. 71 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 532.50 |
| VOLUME DISCOUNT | | $ -53.25 |
| NET PROFESSIONAL SERVICES: | | $ 479.25 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  366272

December 4, 2019

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.70 | 305.00 | 518.50 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **1.80** | | **$ 532.50** |

**TOTAL THIS INVOICE**                                    **$ 479.25**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

December 4, 2019
Bill #:   366273
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2019:

**Client.Matter: P1705 - 810**

**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---:|
| Total Professional Services | $ 1,195.50 |
| VOLUME DISCOUNT | $ -119.55 |
| Net Professional Services | $ 1,075.95 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,075.95** |

IN ACCOUNT WITH

2502 AVE MUÑOZ RIVERA SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 810**
**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/01/19 | HDB | 209 | Review settlement proposal with PREPA Retirement Trust. (.20) Participant in call with Plaintiffs' counsel regarding settlement proposal. (.30) | .50 | 305.00 | 152.50 |
| 11/05/19 | HDB | 209 | Review rejection of settlement proposal by PREPA - ERS. | .20 | 305.00 | 61.00 |
| 11/06/19 | CGB | 209 | Review email update from L. Rappaport regarding coordination with AAFAF relating to the Governor's executive order and related communications with Plaintiff's counsel (.20); Draft response to L. Rappaport regarding future strategy in view of same (.10). | .30 | 330.00 | 99.00 |
| 11/06/19 | HDB | 209 | Review e-mail by L. Rappaport regarding strategy issues regarding executive order termination. | .20 | 305.00 | 61.00 |
| 11/15/19 | CGB | 209 | Brief overview of Plaintiff's motion for summary judgment to verify compliance with local rule 56 requirements (.30); email exchange with L. Rappaport regarding same and likely briefing schedule issues (.30). | .60 | 330.00 | 198.00 |
| 11/15/19 | HDB | 209 | Review and commence analysis of Motion for Summary judgment and Memorandum of Law in Support Thereof. (1.40)  Review multiple e-mails concerning compliance with local rules. (.20) | 1.60 | 305.00 | 488.00 |
| 11/20/19 | HDB | 209 | Review order on briefing schedule for Motion for Summary Judgment. | .20 | 305.00 | 61.00 |
| 11/20/19 | MMB | 219 | Docket court notice received by email dated November 20, 2019, regarding order dkt. 62 setting deadlines to file objections to motion for summary judgment, reply thereto - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  366273

December 4, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/29/19 | HDB | 209 | Review meet and confer letter regarding motion to dismiss case because of mootness. | .20 | 305.00 | 61.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 1,195.50 |
| VOLUME DISCOUNT | | $ -119.55 |
| NET PROFESSIONAL SERVICES: | | $ 1,075.95 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | .90 | 330.00 | 297.00 |
| HERMANN BAUER | 2.90 | 305.00 | 884.50 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **3.90** | | **$ 1,195.50** |

**TOTAL THIS INVOICE**                    **$ 1,075.95**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

December 4, 2019
Bill #:   366274
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2019:

**Client.Matter: P1705 - 814**

**RE:  19-00369-LTS SCEMUS V. PREPA**

| | |
|---|---:|
| Total Professional Services | $ 199.00 |
| VOLUME DISCOUNT | $ -19.90 |
| Net Professional Services | $ 179.10 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 179.10** |

IN ACCOUNT WITH
250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 814**
**RE:  19-00369-LTS SCEMUS V. PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/19/19 | DJP | 206 | Analyze the Defendants' Unopposed Urgent Motion for a Third Extension of Time to Respond to Plaintiffs' Complaint, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 11/19/19 | DJP | 206 | Analyze the proposed order to be filed together with the Defendants' Unopposed Urgent Motion for a Third Extension of Time to Respond to Plaintiffs' Complaint. | .20 | 190.00 | 38.00 |
| 11/19/19 | DJP | 206 | File the Defendants' Unopposed Urgent Motion for a Third Extension of Time to Respond to Plaintiffs' Complaint, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 11/19/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Defendants' Unopposed Urgent Motion for a Third Extension of Time to Respond to Plaintiffs' Complaint, and proposed order in Word format. | .20 | 190.00 | 38.00 |
| 11/20/19 | MMB | 219 | Docket court notice received by email dated November 19, 2019, regarding order dkt. 25 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 11/20/19 | MMB | 219 | Docket court notice received by email dated November 20, 2019, regarding order dkt. 26 setting deadline to answer to amended complaint - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 199.00 |
| VOLUME DISCOUNT | $ -19.90 |
| NET PROFESSIONAL SERVICES: | $ 179.10 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

O'Neill & Borges LLC

Bill #:  366274

December 4, 2019

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| DANIEL J. PEREZ REFOJOS | .90 | 190.00 | 171.00 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **1.10** | | **$ 199.00** |

**TOTAL THIS INVOICE**                                    **$ 179.10**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

December 4, 2019
Bill #:   366275
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2019:

**Client.Matter: P1705 - 815**

**RE:  19-00396-LTS CORTLAND V. PREPA**

| | |
|---|---:|
| Total Professional Services | $ 1,640.00 |
| VOLUME DISCOUNT | $ -164.00 |
| Net Professional Services | $ 1,476.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,476.00** |

IN ACCOUNT WITH
250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 815**
**RE:  19-00396-LTS CORTLAND V. PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/01/19 | MMB | 219 | Docket court notice received by email dated November 1, 2019, regarding order dkt. 46 setting briefing schedule - H. Bauer. | .10 | 140.00 | 14.00 |
| 11/05/19 | HDB | 210 | Analyze PR Law Inserts to Motion to Dismiss. | .40 | 305.00 | 122.00 |
| 11/08/19 | DJP | 206 | Analyze the Urgent Unopposed Motion of PREPA and AAFAF for Leave to Exceed Page Limit for Defendants' Memorandum of Law in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Counts I, II, III, IV, VI, and VII of Plaintiffs' Amended Complaint with Prejudice, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 11/08/19 | DJP | 206 | Analyze the proposed order to be filed together with the Urgent Unopposed Motion of PREPA and AAFAF for Leave to Exceed Page Limit for Defendants' Memorandum of Law in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Counts I, II, III, IV, VI, and VII of Plaintiffs' Amended Complaint with Prejudice, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 11/08/19 | DJP | 206 | File the Urgent Unopposed Motion of PREPA and AAFAF for Leave to Exceed Page Limit for Defendants' Memorandum of Law in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Counts I, II, III, IV, VI, and VII of Plaintiffs' Amended Complaint with Prejudice, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  366275                                                                    December 4, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/11/19 | HDB | 209 | Revise and sign-off to file Urgent motion of the Financial Oversight and Management Board and Puerto Rico Electric Power Authority for Leave to Intervene in the Amended Complaint's Second, Third and Fourth Claims for Relief with Full Participation Rights (.3).  Revise and sign-off to file Motion to Dismiss Amended Complaint (1.1). | 1.40 | 305.00 | 427.00 |
| 11/11/19 | DJP | 206 | Analyze current draft of the Memorandum of Law of PREPA, AAFAF, and the Oversight Board in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Counts I, II, III, IV, VI, and VII of Plaintiffs' Amended Complaint with Prejudice, in anticipation of its filing. | .60 | 190.00 | 114.00 |
| 11/11/19 | DJP | 206 | Analyze the Urgent Motion of the Financial Oversight and Management Board and Puerto Rico Electric Power Authority for Leave to Intervene in the Amended Complaint's Second, Third, and Fourth Claims for Relief with Full Participation of Rights, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 11/11/19 | GMR | 210 | Draft comments to the motion to dismiss in anticipation to its filing. | 1.20 | 185.00 | 222.00 |
| 11/12/19 | HDB | 209 | Analyze Joint motion of the Bondholder Defendants and the PREPA Bond Trustee to Dismiss Plaintiffs Amended Complaint. | .70 | 305.00 | 213.50 |
| 11/12/19 | DJP | 206 | Analyze court order instructing that the Memorandum of Law of PREPA, AAFAF, and the Oversight Board in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Counts I, II, III, IV, VI, and VII of Plaintiffs' Amended Complaint with Prejudice, be re-filed. | .30 | 190.00 | 57.00 |
| 11/12/19 | DJP | 206 | Discuss with D. Desatnik and L. Rappaport extent and impact of court order instructing that the Memorandum of Law of PREPA, AAFAF, and the Oversight Board in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Counts I, II, III, IV, VI, and VII of Plaintiffs' Amended Complaint with Prejudice, be re-filed. | .30 | 190.00 | 57.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  366275

December 4, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/12/19 | DJP | 206 | Re-file the Memorandum of Law of PREPA, AAFAF, and the Oversight Board in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Counts I, II, III, IV, VI, and VII of Plaintiffs' Amended Complaint with Prejudice, and exhibit, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 11/13/19 | MMB | 219 | Docket court notice received by email dated November 13, 2019, regarding order dkt. 56 setting briefing schedule on FOMB's urgent motion for leave to intervene dkt. 49 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 11/19/19 | HDB | 209 | Revise and sign-off on Motion of Puerto Rico Electric Power Authority For Undisputed Payment and Release of Insurance Proceeds. | .30 | 305.00 | 91.50 |
| 11/19/19 | HDB | 209 | Review Plaintiffs' response to Urgent motion of the Financial Oversight and Management Board and Puerto Rico Electric Power Authority for Leave to Intervene in the Amended Complaint's Second, Third and Fourth Claims for Relief with Full Participation Rights. | .20 | 305.00 | 61.00 |

TOTAL PROFESSIONAL SERVICES              $ 1,640.00

VOLUME DISCOUNT                                    $ -164.00

NET PROFESSIONAL SERVICES:                 $ 1,476.00

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 3.00 | 305.00 | 915.00 |
| DANIEL J. PEREZ REFOJOS | 2.50 | 190.00 | 475.00 |
| GABRIEL MIRANDA RIVERA | 1.20 | 185.00 | 222.00 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **6.90** | | **$ 1,640.00** |

**TOTAL THIS INVOICE**                              **$ 1,476.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

December 4, 2019
Bill #:  366276
Billing Attorney:  HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2019:

**Client.Matter: P1705 - 816**

**RE:  19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

| | |
|---|---:|
| Total Professional Services | $ 4,042.00 |
| VOLUME DISCOUNT | $ -404.20 |
| Net Professional Services | $ 3,637.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,637.80** |

Electronic Invoice

250 Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 816**
**RE: 19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/01/19 | ETF | 201 | Respond to E. Stevens (Proskauer) regarding PR Supreme Court opinion in Banco Central v. Yauco Home regarding civil code Art. 1209. | .70 | 210.00 | 147.00 |
| 11/01/19 | ETF | 207 | Coordinate certified translation of Banco Central v. Yauco Homes with O. M. Alicea. | .10 | 210.00 | 21.00 |
| 11/01/19 | ETF | 201 | Respond to L. Rappaport regarding determination of "intent" of parties and Civil Code (.60). Review CFSE v. Union Medicos, 170 DPR 443. (1.6) Review Civil Code sections 1233 and 1234. (.20) | 2.40 | 210.00 | 504.00 |
| 11/01/19 | OMA | 220 | As requested by attorney E. Trigo, begin certified translation into English of 135 DPR 858 (1994). 12 pages; 5,872 words. | 5.70 | 150.00 | 855.00 |
| 11/01/19 | MMB | 219 | Docket court notice received by email dated November 1, 2019, regarding order dkt. 27 setting briefing schedule - H. Bauer, G. Miranda. | .10 | 140.00 | 14.00 |
| 11/05/19 | ETF | 202 | Review PR Appeals Courts opinion in Air Master v. R.V. 2014 WL 1794590. | .60 | 210.00 | 126.00 |
| 11/05/19 | ETF | 202 | Draft email to Proskauer regarding Banco Central v. Yauco Homes opinion. | .10 | 210.00 | 21.00 |
| 11/07/19 | ETF | 202 | Edit summary regarding Air Master v. Caribbean Builders. | .60 | 210.00 | 126.00 |
| 11/07/19 | MMB | 219 | Docket court notice received by email dated November 7,2019, regarding order dkt. 31 setting deadline to file objection to application of briefing schedule to proposed intervenors - H. Bauer, G. Miranda. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  366276                                                      December 4, 2019

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/08/19 | HDB | 209 | Review Order granting Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, Syncora Guarantee Inc., and the Ad Hoc Group of PREPA Bondholders for Leave to Intervene. | .20 | 305.00 | 61.00 |
| 11/08/19 | ETF | 201 | Review Proskauer questions regarding Article 1209. | .20 | 210.00 | 42.00 |
| 11/08/19 | DLA | 202 | Researched regarding civil code article 1209 and its interpretation to assist co-counsel in preparation for upcoming motion. | 2.80 | 175.00 | 490.00 |
| 11/08/19 | OMA | 220 | As requested by attorneys E. Trigo and D.L. Alvarez Rodriguez, prepare certified translation into English of 2014 WL 1784590  - Air Master Awning v R.V. Caribbean Builders. 9 pages, 4,582 words. | 2.80 | 150.00 | 420.00 |
| 11/11/19 | HDB | 209 | Review meet and confer letter to Plaintiffs regarding Motion to Dismiss. (.4)  Review e-mail by L.Rappaport regarding meet and confer on request to intervene as to the Second Claim for Relief (.2) | .60 | 305.00 | 183.00 |
| 11/13/19 | HDB | 209 | Revise draft motion to dismiss amended complaint. (.8)  Revise and sign-off to file Motion to Intervene. (.3) | 1.10 | 305.00 | 335.50 |
| 11/13/19 | DJP | 206 | Analyze the Urgent Motion of the Financial Oversight and Management Board for Puerto Rico, Puerto Rico Electric Power Authority and Commonwealth of Puerto Rico for Leave to Intervene in the Amended Complaint's Second Claim for Relief with Full Participation Rights, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 11/13/19 | GMR | 206 | Analyze the Memorandum of Law in Support of the Motion by the Financial Oversight and Management Board, for Itself and as representative of PREPA and the Commonwealth of Puerto Rico, the Puerto Rico Fiscal Agency and Financial Advisory Authority, and Governor Wanda Vazquez-Garced for an Order Dismissing Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) in anticipation to its filing. | .50 | 185.00 | 92.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  366276                                                                December 4, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/13/19 | GMR | 206 | File the Memorandum of Law in Support of the Motion by the Financial Oversight and Management Board, for Itself and as representative of PREPA and the Commonwealth of Puerto Rico, the Puerto Rico Fiscal Agency and Financial Advisory Authority, and Governor Wanda Vazquez-Garced for an Order Dismissing Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) at Docket No. 35. | .50 | 185.00 | 92.50 |
| 11/13/19 | GMR | 206 | Analyze the Urgent motion of the Financial Oversight and Management Board for Puerto Rico, Puerto Electric Power Authority and Commonwealth of Puerto Rico for Leave to Intervene in the Amended Complaint's Second Claim for Relief with Full Participation Rights in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 11/13/19 | GMR | 206 | File the Urgent motion of the Financial Oversight and Management Board for Puerto Rico, Puerto Electric Power Authority and Commonwealth of Puerto Rico for Leave to Intervene in the Amended Complaint's Second Claim for Relief with Full Participation Rights at Docket No. 35. | .20 | 185.00 | 37.00 |
| 11/13/19 | GMR | 206 | Draft email to Chambers of Hon. Laura T. Swain enclosing courtesy copy of the Urgent motion of the Financial Oversight and Management Board for Puerto Rico, Puerto Electric Power Authority and Commonwealth of Puerto Rico for Leave to Intervene in the Amended Complaint's Second Claim for Relief with Full Participation Rights and the Memorandum of Law in Support of the Motion by the Financial Oversight and Management Board, for Itself and as representative of PREPA and the Commonwealth of Puerto Rico, the Puerto Rico Fiscal Agency and Financial Advisory Authority, and Governor Wanda Vazquez-Garced for an Order Dismissing Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6).   Also attached was the proposed order in WORD format. | .20 | 185.00 | 37.00 |
| 11/14/19 | HDB | 209 | Review letter from plaintiffs to exceed pages as to the opposition to motion to dismiss. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 366276                                                                December 4, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/14/19 | MMB | 219 | Docket court notice received by email dated November 14, 2019, regarding order dkt. 37 setting briefing schedule on FOMB's urgent motion dkt. 34 for leave to intervene - H. Bauer, G. Miranda. | .10 | 140.00 | 14.00 |
| 11/22/19 | HDB | 209 | Review and sign-off to file Reply in Support of Motion to Intervene by the FOMB. | .20 | 305.00 | 61.00 |
| 11/22/19 | DJP | 206 | Analyze the Reply in Support of Unopposed Urgent Motion of the Financial Oversight and Management Board for Puerto Rico, Puerto Rico Electric Power Authority and Commonwealth of Puerto Rico for Leave to Intervene in the Amended Complaint's Second Claim for Relief with Full Participation Rights, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 11/22/19 | DJP | 206 | File the Reply in Support of Unopposed Urgent Motion of the Financial Oversight and Management Board for Puerto Rico, Puerto Rico Electric Power Authority and Commonwealth of Puerto Rico for Leave to Intervene in the Amended Complaint's Second Claim for Relief with Full Participation Rights, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 11/26/19 | HDB | 209 | Analyze Order resolving motion to intervene. | .20 | 305.00 | 61.00 |

TOTAL PROFESSIONAL SERVICES                       $ 4,042.00

VOLUME DISCOUNT                                   $ -404.20

NET PROFESSIONAL SERVICES:                        $ 3,637.80

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 2.50 | 305.00 | 762.50 |
| EMILIANO TRIGO FRITZ | 4.70 | 210.00 | 987.00 |
| DANIEL J. PEREZ REFOJOS | .90 | 190.00 | 171.00 |
| GABRIEL MIRANDA RIVERA | 1.70 | 185.00 | 314.50 |
| DANIELA L. ALVAREZ | 2.80 | 175.00 | 490.00 |
| OLGA M. ALICEA | 8.50 | 150.00 | 1,275.00 |
| MILAGROS MARCANO BAEZ | .30 | 140.00 | 42.00 |
| **Total** | **21.40** | | **$ 4,042.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  366276

December 4, 2019

**TOTAL THIS INVOICE**                                           **$ 3,637.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

5

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

---------------------------------------------------------------x

## COVER SHEET TO THIRTIETH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | December 1, 2019 through December 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $14,644.35 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $14,644.35 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirtieth monthly fee application in these cases.

{00747134; 1}

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for December 2019.

_/s/ Jaime A. El Koury_
Jaime A. El Koury
**General Counsel to the Financial Oversight and
Management Board for Puerto Rico**

On April 7th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn:  Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel J. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

### PREPA TITLE III
#### Summary of Legal Fees for the Period December 1 through December 31, 2019

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Herman D. Bauer | Member | Litigation | $305.00 | 13.50 | $ 4,117.50 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 0.40 | $ 132.00 |
| Carlos E. George | Member | Labor | $250.00 | 0.70 | $ 175.00 |
| Denisse Ortiz Torres | Jr. Member | Corporate | $210.00 | 0.90 | $ 189.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 39.30 | $ 8,253.00 |
| Jorge A. Candelaria | Associate | Corporate | $180.00 | 0.60 | $ 108.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 3.90 | $ 721.50 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 6.90 | $ 1,311.00 |
| Filex E. Rosado | Associate | Labor | $165.00 | 6.90 | $ 1,138.50 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.90 | $ 126.00 |
| | | | | | |
| | **Totals** | | | **74.00** | **$ 16,271.50** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (1,627.15)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 14,644.35** |

### PREPA TITLE III
#### Summary of Disbursements for the Period December 1 through December 31, 2019

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| | |
| **Totals** | $ - |
| | |
| **SUMMARY OF DISBURSEMENTS** | $ - |

{00747134; 1}

**PREPA TITLE III**

**Summary of Legal Fees for the Period December 1 through December 31, 2019**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 21.00 | $ 4,410.00 |
| 202 | Legal Research | 1.20 | $ 252.00 |
| 203 | Hearings and Non-Field Comm. With Court | 0.10 | $ 30.50 |
| 206 | Documents Filed on Behalf of the Board | 9.50 | $ 1,835.00 |
| 207 | Non-Board Court Filings | 0.90 | $ 274.50 |
| 208 | Stay Matters | 0.30 | $ 57.00 |
| 209 | Adversary Proceeding | 9.30 | $ 2,808.00 |
| 210 | Analysis and Strategy | 1.40 | $ 427.00 |
| 213 | Labor, Pension Matters | 4.20 | $ 882.00 |
| 215 | Plan of Adjustment and Disclosure Statem | 14.40 | $ 3,006.00 |
| 219 | Docketing | 0.90 | $ 126.00 |
| 221 | Discovery/2004 Examinations | 9.90 | $ 1,973.00 |
| 222 | Claims and Claims Objections | 0.20 | $ 61.00 |
| 225 | Fee Applications Proskauer | 0.70 | $ 129.50 |
|  |  |  | $ 16,271.50 |
|  | **Less: 10% Courtesy discount** |  | $ (1,627.15) |
|  | **TOTALS** | 74.00 | $ 14,644.35 |

{00747134; 1}

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $13,179.92 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $13,179.92.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

{00747134; 1}

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 8, 2020

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

January 8, 2020
Bill #: 371172
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending December 31, 2019:

**Client.Matter: P1705 - 1**

**RE: GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---|
| Total Professional Services | $ 10,179.50 |
| Less Discount | $ -1,017.95 |
| Net Professional Services | $ 9,161.55 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 9,161.55** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE: GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/02/19 | HDB | 209 | Review and sign-off to file Notice Certificate of No Objection Regarding PREPA's Motion for Entry of Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027. | .20 | 305.00 | 61.00 |
| 12/02/19 | DJP | 206 | Analyze the Certificate of No Objection Regarding PREPA's Motion for Entry of Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 12/02/19 | DJP | 206 | Analyze the proposed order to be filed together with the Certificate of No Objection Regarding PREPA's Motion for Entry of Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027. | .20 | 190.00 | 38.00 |
| 12/02/19 | DJP | 206 | File the Certificate of No Objection Regarding PREPA's Motion for Entry of Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

O'Neill & Borges LLC

Bill #:  371172                                                                January 8, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/02/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Certificate of No Objection Regarding PREPA's Motion for Entry of Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027. | .20 | 190.00 | 38.00 |
| 12/02/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Certificate of No Objection Regarding PREPA's Motion for Entry of Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027. | .10 | 190.00 | 19.00 |
| 12/02/19 | DJP | 206 | File the Master Service List as of December 2, 2019, on behalf of Prime Clerk LLC, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 12/03/19 | HDB | 221 | Review Official Committee of Unsecured Creditors' Reply in Support of Motion in Limine to Strike and Exclude Improper Lay Opinion Testimony of Frederic Chapados Regarding Alleged Effect of 9019 Settlement on PREPA Transformation | .30 | 305.00 | 91.50 |
| 12/04/19 | HDB | 207 | Review Official Committee of Unsecured Creditors' Supplemental Responsive Brief Regarding Standing and Timing Issues in Connection with Objection to Proof of Claim Number 18449 filed by U.S. Bank National Association, in Its Capacity as Trustee for Non-Recourse PREPA Bonds. | .20 | 305.00 | 61.00 |
| 12/04/19 | HDB | 206 | Sign off to file Notice of Presentment of Amended Proposed Order Regarding Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds. | .10 | 305.00 | 30.50 |
| 12/04/19 | HDB | 207 | Review COBRA's objection to interim fee applications. | .20 | 305.00 | 61.00 |
| 12/04/19 | ETF | 213 | Review PREPA letter to FOMB v UTIER agreement (.50). Respond to FOMB staff questions regarding same (.20). | .70 | 210.00 | 147.00 |
| 12/04/19 | ETF | 213 | Edit letter to PREPA regarding salary increase for linemen. | 2.10 | 210.00 | 441.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371172

January 8, 2020

| | | | | | | |
|---|---|---|---|--:|--:|--:|
| 12/05/19 | HDB | 207 | Review Brief of Christian Sobrino Pursuant to Courts Order Granting Motion to Seal for Limited Duration and for Supplemental Briefing. | .20 | 305.00 | 61.00 |
| 12/05/19 | ETF | 201 | Revise memo regarding PREB's jurisdiction regarding approval of transition change. | .90 | 210.00 | 189.00 |
| 12/05/19 | ETF | 201 | Study Act 4-2016 (.90). Analyze references in Act 17-2019 to Act 4-2016 (1.20). | 2.10 | 210.00 | 441.00 |
| 12/05/19 | ETF | 201 | Tel. conf. with O. Cuadrado regarding linemen compensation agreement. | .10 | 210.00 | 21.00 |
| 12/05/19 | MMB | 219 | Docket court notice received by email dated December 4, 2019, regarding order dkt. 1798 setting deadline to file short brief to justify sealing of redacted information in the motion in limine - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 12/06/19 | HDB | 221 | Review Response of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to the Courts November 8, 2019 Order Granting Motion to Seal for Limited Duration and for Supplemental Briefing. (.2) Review Response by the FOMB and AAFAF to the Order Granting Motion to Seal for Limited Duration and for Supplemental Briefing. (.2) | .40 | 305.00 | 122.00 |
| 12/06/19 | HDB | 222 | Review Supplemental Responsive Brief of Responding Bondholder Parties in Connection with Objection of Official Committee of Unsecured Creditors to Proof of Claim Number 18449 filed by U.S. Bank. | .20 | 305.00 | 61.00 |
| 12/06/19 | ETF | 201 | Draft memo regarding Title III court authorizing over transition change vis-avis regulatory approval. (1.20) Review PREPA RSA Recovery Plan Term Sheet. (.40) | 1.60 | 210.00 | 336.00 |
| 12/06/19 | ETF | 201 | Review PREPA enabling act provision regarding adjustment of rates and debt issuance. | .40 | 210.00 | 84.00 |
| 12/07/19 | ETF | 213 | Edit new version of letter to PREPA regarding linemen agreement and flexibility of work rules. | 1.40 | 210.00 | 294.00 |
| 12/07/19 | ETF | 201 | Edit memo regarding Title III court role in Transition Change issues. | 2.40 | 210.00 | 504.00 |
| 12/09/19 | ETF | 201 | Draft memo regarding PREB (.20). Review Act 4-2016 (2.30). | 2.50 | 210.00 | 525.00 |
| 12/09/19 | ETF | 201 | Update memo regarding Title III court role in transition charge in view of Act. 4-2016. | 4.90 | 210.00 | 1,029.00 |

O'Neill & Borges LLC

Bill #:  371172                                                                    January 8, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/10/19 | HDB | 221 | Review Response of the Financial Oversight and Management Board and the Puerto Rico Fiscal Agency and Financial Advisory Authority to the Fuel Line Lenders' Statement Regarding Court's Order Granting Motion to Seal for Limited Duration and for Supplemental Briefing. | .20 | 305.00 | 61.00 |
| 12/10/19 | ETF | 201 | Revise draft memo regarding Title III Courts authority to order approved of transition change to include discussion of regulatory scheme governing PREB. | 2.00 | 210.00 | 420.00 |
| 12/10/19 | ETF | 201 | Draft memo regarding whether Title III Court can enter an order approving a transition change without the regulatory approval of the PREB. | 3.80 | 210.00 | 798.00 |
| 12/11/19 | HDB | 210 | Analyze and edit draft memorandum responding to Proskauer queries regarding PREB's jurisdiction over transition charge. | .80 | 305.00 | 244.00 |
| 12/11/19 | ETF | 202 | Tel. conf. with H. D. Bauer regarding issuance of Restructuring Bonds by Revitalization Corporation (.20). Edit memo regarding PREB approved the transition charge (1.00). | 1.20 | 210.00 | 252.00 |
| 12/12/19 | ETF | 201 | Respond to Proskauer regarding PREPA bank accounts. | .30 | 210.00 | 63.00 |
| 12/12/19 | JAC | 215 | Analyze the Puerto Rico Electric Power Authority retirement system regulation, with regards to employee and employer contributions, as requested by E. Trigo Fritz. | .20 | 180.00 | 36.00 |
| 12/12/19 | JAC | 215 | Draft email to E. Trigo Fritz regarding the Puerto Rico Electric Power Authority retirement system employee and employer contributions. | .40 | 180.00 | 72.00 |
| 12/13/19 | HDB | 221 | Review response to request to meet and confer by counsel for COBRA. | .20 | 305.00 | 61.00 |
| 12/13/19 | ETF | 215 | Review PREPA BIT assumptions draft memo. | .40 | 210.00 | 84.00 |
| 12/14/19 | HDB | 210 | Review issues regarding PBA leases in Exhibit B to the 365(d)(4) extension motion. | .20 | 305.00 | 61.00 |

O'Neill & Borges LLC

Bill #:  371172

January 8, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/16/19 | HDB | 207 | Review Limited Objection of Assured Guaranty Corp., Assured Guaranty Municipal Corp. and National Public Finance Guarantee Corp. to Motion of Government Parties for Eighth Revised Order Extending and Establishing Certain Deadlines Applicable to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement. | .30 | 305.00 | 91.50 |
| 12/17/19 | HDB | 203 | Review Eighth Revised Order Scheduling 9019 Motion deadlines. | .10 | 305.00 | 30.50 |
| 12/17/19 | HDB | 221 | Review Response of the Financial Oversight and Management Board for Puerto Rico, the Puerto Rico Fiscal Agency and Financial Advisory Authority, and Citigroup Capital Markets Inc. to the Courts Order Granting Motion to Seal for Limited Duration and for Supplemental Briefing. | .20 | 305.00 | 61.00 |
| 12/20/19 | GMR | 225 | Analyze Proskauer's Seventh Interim Fee Application and exhibits thereto in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 12/20/19 | GMR | 225 | File Proskauer's Seventh Interim Fee Application and exhibits thereto. | .20 | 185.00 | 37.00 |
| 12/20/19 | GMR | 225 | Draft email to the Chambers of Hon. Laura T. Swain enclosing courtesy copy of Proskauer's Seventh Interim Fee Application and the proposed order in WORD format. | .20 | 185.00 | 37.00 |
| 12/23/19 | ETF | 215 | Review draft of PREPA plan of adjustments implementation act. | 1.40 | 210.00 | 294.00 |
| 12/23/19 | ETF | 215 | Tel. conf. with OMM, Citi, PMA, Proskauer and Kramer Levin regarding comments to PREPA POA Legislation. | 1.50 | 210.00 | 315.00 |
| 12/24/19 | ETF | 215 | Review PREPA POA implementation legislation. | .70 | 210.00 | 147.00 |
| 12/24/19 | MMB | 219 | Docket court notice received by email dated December 16, 2019, regarding order dkt. 1826 setting deadline to file sur-replies - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 12/26/19 | ETF | 215 | Review PREPA POA implementation act (2.20). Review PREPA RSA (2.30). Review Act 4-2016 (.30). | 4.80 | 210.00 | 1,008.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 371172                                                                                 January 8, 2020

| 12/26/19 | MMB | 219 | Docket court notice received by email dated December 17, 2019, regarding order dkt. 1836 setting new deadlines, vacating hearing of January 14, 2020 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
|---|---|---|---|---|---|---|
| 12/27/19 | DOT | 215 | Analyze tax provision regarding taxes under proposed bill for the PREPA Plan of Adjustment Implementation Act. | .90 | 210.00 | 189.00 |
| 12/30/19 | ETF | 215 | Review PREPA BIT memo (1.80). Review Act 66-2014 (.20). Review PREPA Trust Agreement (.40). | 2.40 | 210.00 | 504.00 |
| 12/30/19 | DJP | 208 | Email correspondence with K. Bolanos and S. Ma relating to the lift stay notice from Windmar Energy SE in connection with that entity's motion for lift of stay. | .30 | 190.00 | 57.00 |
| 12/30/19 | MMB | 219 | Docket court notice received by email dated December 30, 2019, regarding order dkt. 1846 setting briefing schedule in connection with dkt. 1844 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 12/31/19 | ETF | 215 | Tel. conf. with Proskauer (P. Possinger, J. Esses, M. Zerjal) regarding PREPA BIT assumptions. | 1.70 | 210.00 | 357.00 |

TOTAL PROFESSIONAL SERVICES                              $ 10,179.50

Less Discount                                                      $ -1,017.95

NET PROFESSIONAL SERVICES:                              $ 9,161.55

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 3.80 | 305.00 | 1,159.00 |
| DENISSE ORTIZ TORRES | .90 | 210.00 | 189.00 |
| EMILIANO TRIGO FRITZ | 39.30 | 210.00 | 8,253.00 |
| DANIEL J. PEREZ REFOJOS | 1.50 | 190.00 | 285.00 |
| JORGE A. CANDELARIA | .60 | 180.00 | 108.00 |
| GABRIEL MIRANDA RIVERA | .70 | 185.00 | 129.50 |
| MILAGROS MARCANO BAEZ | .40 | 140.00 | 56.00 |
| **Total** | **47.20** | | **$ 10,179.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371172

January 8, 2020

### TOTAL THIS INVOICE                          $ 9,161.55

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

January 8, 2020

FOMB IN RE PREPA TITLE III

**RE: 17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

January 8, 2020
FOMB IN RE PREPA TITLE III
Bill #: 370762
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending December 31, 2019:

**Client.Matter: P1705 - 801**

**RE: 17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 884.50 |
| Less Discount | $ -88.45 |
| Net Professional Services | $ 796.05 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 796.05** |

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 801**
**RE: 17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/02/19 | HDB | 210 | Tel. conf with local counsel for PREPA, E.Corretjer, regarding strategy issues. | .40 | 305.00 | 122.00 |
| 12/03/19 | HDB | 209 | Tel. conference with M.Firestein, J.Levitan and others regarding Vitol Remand strategy. | .60 | 305.00 | 183.00 |
| 12/04/19 | HDB | 209 | Revise draft Response to Vitol's Motion to Stay. | .40 | 305.00 | 122.00 |
| 12/09/19 | HDB | 209 | Review meet and confer letter regarding remand of removal. | .30 | 305.00 | 91.50 |
| 12/12/19 | HDB | 209 | Revise draft Motion to Remand. | .90 | 305.00 | 274.50 |
| 12/13/19 | HDB | 209 | Final review and sign-off of Motion to Remand. | .30 | 305.00 | 91.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 884.50 |
| Less Discount | | $ -88.45 |
| NET PROFESSIONAL SERVICES: | | $ 796.05 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 2.90 | 305.00 | 884.50 |
| **Total** | **2.90** | | **$ 884.50** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 796.05** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 8, 2020

FOMB IN RE PREPA TITLE III

**RE:  17-00221-LTS PREPA V. VITOL S.A. ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

January 8, 2020
Bill #:  371174
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2019:

**Client.Matter: P1705 - 802**

**RE:  17-00221-LTS PREPA V. VITOL S.A. ET AL-HDB**

| | |
|---|---:|
| Total Professional Services | $ 185.00 |
| Less Discount | $ -18.50 |
| Net Professional Services | $ 166.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 166.50** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

Client.Matter: **P1705 . 802**
RE: **17-00221-LTS PREPA V. VITOL S.A. ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/09/19 | GMR | 206 | Analyze Notice of Filing of Motion to Remand in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 12/09/19 | GMR | 206 | Analyze Motion to Remand and exhibits thereto, including the proposed order, in anticipation to its filing. | .40 | 185.00 | 74.00 |
| 12/09/19 | GMR | 206 | File the Notice of Filing of Motion to Remand. | .20 | 185.00 | 37.00 |
| 12/09/19 | GMR | 206 | File the Motion to Remand and exhibits thereto. | .20 | 185.00 | 37.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 185.00 |
| Less Discount | | $ -18.50 |
| NET PROFESSIONAL SERVICES: | | $ 166.50 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| GABRIEL MIRANDA RIVERA | 1.00 | 185.00 | 185.00 |
| **Total** | **1.00** | | **$ 185.00** |

**TOTAL THIS INVOICE**                     **$ 166.50**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 8, 2020

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

January 8, 2020
FOMB IN RE PREPA TITLE III
Bill #:   370764
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2019:

**Client.Matter: P1705 - 804**

**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---:|
| Total Professional Services | $ 2,134.50 |
| Less Discount | $ -213.45 |
| Net Professional Services | $ 1,921.05 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,921.05** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/02/19 | HDB | 209 | Review counter proposal by R. Emmanuelli regarding discovery issues. | .20 | 305.00 | 61.00 |
| 12/03/19 | HDB | 221 | Tel. conf with R. Emmanuelli regarding briefing schedule (.20) and draft e-mail to J. Richman regarding same. (.10) Review revised briefing proposal by J. Richman. (.10) | .40 | 305.00 | 122.00 |
| 12/04/19 | CEG | 209 | Exchange emails with J. Richman regarding case strategy and impact of lineman negotiation in case (.50); review FOMB letter to PREPA regarding lineman negotiation (.20). | .70 | 250.00 | 175.00 |
| 12/05/19 | HDB | 221 | Revise Responses and Objections of the Puerto Rico Power Authority, by its Representative the Financial Oversight and Management Board, to the Union de Trabajadores de la Industria Electrica y Riego's Second Request for Production of Documents. | .30 | 305.00 | 91.50 |
| 12/05/19 | DJP | 221 | Analyze the Responses and Objections of the Puerto Rico Power Authority, by its Representative the Financial Oversight and Management Board, to the Union de Trabajadores de la Industria Electrica y Riego's Second Request for Production of Documents, in anticipation of sending to opposing counsel via email. | .50 | 190.00 | 95.00 |
| 12/05/19 | DJP | 221 | Draft email to opposing counsel attaching the Responses and Objections of the Puerto Rico Power Authority, by its Representative the Financial Oversight and Management Board, to the Union de Trabajadores de la Industria Electrica y Riego's Second Request for Production of Documents. | .20 | 190.00 | 38.00 |

O'Neill & Borges LLC

Bill #:  370764

January 8, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/05/19 | FER | 221 | Review UTIER's responses to request for production of documents during deposition. | .30 | 165.00 | 49.50 |
| 12/06/19 | HDB | 221 | Review draft of supplemental initial disclosures. | .30 | 305.00 | 91.50 |
| 12/06/19 | DJP | 206 | Analyze local rules relating to use of depositions during trial and requesting that they be filed through the court's electronic filing system. | .40 | 190.00 | 76.00 |
| 12/06/19 | DJP | 206 | Contact personnel at RITA Inc. in order to request original transcript of Figueroa Jaramillo's deposition. | .20 | 190.00 | 38.00 |
| 12/09/19 | HDB | 209 | Review draft Joint Motion to set a briefing schedule. | .20 | 305.00 | 61.00 |
| 12/09/19 | DJP | 206 | Analyze the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 12/09/19 | DJP | 206 | File the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 12/09/19 | DJP | 206 | Draft email to presiding judge and assigned magistrate judge attaching stamped version of the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order. | .20 | 190.00 | 38.00 |
| 12/09/19 | FER | 221 | Continue review of UTIER's production of documents. | 2.00 | 165.00 | 330.00 |
| 12/11/19 | FER | 221 | Review UTIER's production of documents regarding arbitration awards pertaining invasion to the appropriate union controversies. (17 arbitration awards) | 4.60 | 165.00 | 759.00 |
| 12/11/19 | MMB | 219 | Docket court notice received by email dated December 10, 2019, regarding order dkt. 102 setting pretrial deadlines - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES            $ 2,134.50

Less Discount                                         $ -213.45

NET PROFESSIONAL SERVICES:              $ 1,921.05

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.40 | 305.00 | 427.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  370764

January 8, 2020

| | | | |
|---|---|---|---|
| CARLOS E. GEORGE | .70 | 250.00 | 175.00 |
| DANIEL J. PEREZ REFOJOS | 2.00 | 190.00 | 380.00 |
| FILEX E. ROSADO | 6.90 | 165.00 | 1,138.50 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **11.10** | | **$ 2,134.50** |

**TOTAL THIS INVOICE**                    **$ 1,921.05**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH
250 MuÑoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

January 8, 2020

FOMB IN RE PREPA TITLE III

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

Electronic Invoice

O'NEILL & BORGES LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

January 8, 2020
FOMB IN RE PREPA TITLE III
Bill #: 370765
Billing Attorney: HDB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2019:

**Client.Matter: P1705 - 805**

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 61.00 |
| Less Discount | $ -6.10 |
| Net Professional Services | $ 54.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 54.90** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 805**
**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/10/19 | HDB | 209 | Review issues concerning meeting with PREB. | .20 | 305.00 | 61.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 61.00 |
| Less Discount | $ -6.10 |
| NET PROFESSIONAL SERVICES: | $ 54.90 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .20 | 305.00 | 61.00 |
| **Total** | **.20** | | **$ 61.00** |

|  |  |
|--|--|
| **TOTAL THIS INVOICE** | **$ 54.90** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

250 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

January 8, 2020

FOMB IN RE PREPA TITLE III

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

PO BOX 191813 RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 8, 2020

FOMB IN RE PREPA TITLE III

Bill #: 370767

Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2019:

**Client.Matter: P1705 - 810**

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

|  |  |
|---|---|
| Total Professional Services | $ 634.00 |
| Less Discount | $ -63.40 |
| Net Professional Services | $ 570.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 570.60** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 810**
**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/02/19 | CGB | 209 | Review AAFAF's letter to Plaintiffs to initiate a meet-and-confer on the grounds of mootness. (.10) Analyze W. Suchon Follow-up email to R. Emmanuelli seeking his views on alternate extension of time options in view of pending meet-and-confer process. (.10) | .20 | 330.00 | 66.00 |
| 12/03/19 | CGB | 209 | Review R. Emmanuelli's email to AAFAF seeking additional time to respond to meet-and-confer on the grounds of mootness. | .20 | 330.00 | 66.00 |
| 12/04/19 | HDB | 209 | Revise draft Motion to Extend Time to Respond to Motion for Summary Judgment. | .20 | 305.00 | 61.00 |
| 12/10/19 | HDB | 209 | Review Joint Motion to Extend Deadline to Respond to Plaintiffs' Motion for Summary Judgment. | .20 | 305.00 | 61.00 |
| 12/11/19 | MMB | 219 | Docket court notice received by email dated December 10, 2019, regarding order dkt. 64 granting time extension to respond to plaintiffs' motion for summary judgment - C. García, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 12/23/19 | HDB | 209 | Revise draft Motion to Dismiss (.80) and draft emergency stay motion. (.40) | 1.20 | 305.00 | 366.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 634.00 |
| Less Discount | $ -63.40 |
| NET PROFESSIONAL SERVICES: | $ 570.60 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  370767

January 8, 2020

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .40 | 330.00 | 132.00 |
| HERMANN BAUER | 1.60 | 305.00 | 488.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **2.10** | | **$ 634.00** |

**TOTAL THIS INVOICE**                 **$ 570.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

250 MuÑoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

January 8, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00369-LTS SCEMUS V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

January 8, 2020
Bill #: 370768
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending December 31, 2019:

**Client.Matter: P1705 - 814**

**RE: 19-00369-LTS SCEMUS V. PREPA**

| | |
|---|---|
| Total Professional Services | $ 660.00 |
| Less Discount | $ -66.00 |
| Net Professional Services | $ 594.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 594.00** |

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 814**
**RE: 19-00369-LTS SCEMUS V. PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/02/19 | DJP | 206 | Analyze the Notice of Presentment of Amended Proposed Order Regarding Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 12/02/19 | DJP | 206 | Discuss with M. Rosenthal proposed changes to be made to the Notice of Presentment of Amended Proposed Order Regarding Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds. | .20 | 190.00 | 38.00 |
| 12/02/19 | DJP | 206 | Analyze proposed order to be filed together with the Notice of Presentment of Amended Proposed Order Regarding Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds. | .20 | 190.00 | 38.00 |
| 12/02/19 | DJP | 206 | File the Notice of Presentment of Amended Proposed Order Regarding Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 12/02/19 | DJP | 206 | Draft Corrected Notice of Presentment of Amended Proposed Order Regarding Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds. | .30 | 190.00 | 57.00 |
| 12/02/19 | DJP | 206 | Draft email to B. Blackwell attaching for review and approval the Corrected Notice of Presentment of Amended Proposed Order Regarding Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  370768                                                                            January 8, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/02/19 | DJP | 206 | Analyze correct version of Exhibit B to be filed in support of the Corrected Notice of Presentment of Amended Proposed Order Regarding Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds. | .20 | 190.00 | 38.00 |
| 12/04/19 | DJP | 206 | Analyze email chain in connection with court's request that the Notice of Presentment of Amended Proposed Order Regarding Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds be filed in the Commonwealth and PREPA Title III cases. | .20 | 190.00 | 38.00 |
| 12/04/19 | DJP | 206 | Respond to email from B. Blackwell in connection with court's request that the Notice of Presentment of Amended Proposed Order Regarding Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds be filed in the Commonwealth and PREPA Title III cases. | .20 | 190.00 | 38.00 |
| 12/04/19 | DJP | 206 | Incorporate changes to the Notice of Presentment of Amended Proposed Order Regarding Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds, to be field in the Commonwealth and PREPA Title III cases. | .30 | 190.00 | 57.00 |
| 12/04/19 | DJP | 206 | File the Notice of Presentment of Amended Proposed Order Regarding Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds, in the Commonwealth and PREPA Title III cases. | .20 | 190.00 | 38.00 |
| 12/13/19 | MMB | 219 | Docket court notice received by email dated December 13, 2019, regarding order dkt. 30 setting motion hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 12/26/19 | DJP | 206 | Analyze the Renewed Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 12/26/19 | DJP | 206 | File the Renewed Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  370768

January 8, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/26/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Renewed Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES               $ 660.00

Less Discount                                          $ -66.00

NET PROFESSIONAL SERVICES:                $ 594.00

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| DANIEL J. PEREZ REFOJOS | 3.40 | 190.00 | 646.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **3.50** | | **$ 660.00** |

**TOTAL THIS INVOICE**                              **$ 594.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

January 8, 2020

FOMB IN RE PREPA TITLE III

## RE: 19-00396-LTS CORTLAND V. PREPA

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH
250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

January 8, 2020
Bill #: 371176
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending December 31, 2019:

**Client.Matter: P1705 - 815**

**RE: 19-00396-LTS CORTLAND V. PREPA**

| | |
|---|---|
| Total Professional Services | $ 907.00 |
| Less Discount | $ -90.70 |
| Net Professional Services | $ 816.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 816.30** |

Electronic Invoice

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 815**
**RE:  19-00396-LTS CORTLAND V. PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/06/19 | HDB | 209 | Analyze opposition to motion to dismiss fuel line lenders' complaint. | 1.40 | 305.00 | 427.00 |
| 12/14/19 | HDB | 206 | Revise and sign-off to file motion to vacate the hearing date and extend the deadline to file its reply brief in support of its motion to dismiss. | .30 | 305.00 | 91.50 |
| 12/15/19 | GMR | 206 | Analyze the Urgent Unopposed Motion of the Financial Oversight and Management Board to Vacate Hearing Date and for an Extension of Reply Deadlines in Connection with Motions to Dismiss Plaintiffs' Amended Complaint in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 12/15/19 | GMR | 206 | File the Urgent Unopposed Motion of the Financial Oversight and Management Board to Vacate Hearing Date and for an Extension of Reply Deadlines in Connection with Motions to Dismiss Plaintiffs' Amended Complaint. | .20 | 185.00 | 37.00 |
| 12/15/19 | GMR | 206 | Draft email to Chambers of Hon. Laura T. Swain enclosing courtesy copy and proposed order of the Urgent Unopposed Motion of the Financial Oversight and Management Board to Vacate Hearing Date and for an Extension of Reply Deadlines in Connection with Motions to Dismiss Plaintiffs' Amended Complaint. | .20 | 185.00 | 37.00 |
| 12/15/19 | GMR | 206 | Exchange several emails with Proskauer in connection with filings scheduled for today. | .20 | 185.00 | 37.00 |
| 12/17/19 | HDB | 209 | Review Fuel Line Lenders Limited Reply Regarding Urgent Unopposed Motions Of Government Parties To Vacate Hearing Date And For Extension Of Certain Deadlines. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371176                                                    January 8, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/17/19 | HDB | 209 | Revise and sign-off to file reply in support of the urgent motion for an order vacating the current January 14, 2020 hearing date and extending the reply brief deadline related to pending motions to dismiss the Amended Complaint and in response to the limited objection filed by Assured and National. | .30 | 305.00 | 91.50 |
| 12/17/19 | GMR | 206 | Analyze the Reply in Support of Urgent Unopposed Motion of the Financial Oversight and Management Board to Vacate Hearing Date and for an Extension of Reply Deadlines in Connection with Motions to Dismiss Plaintiffs' Amended Complaint in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 12/17/19 | GMR | 206 | File the Reply in Support of Urgent Unopposed Motion of the Financial Oversight and Management Board to Vacate Hearing Date and for an Extension of Reply Deadlines in Connection with Motions to Dismiss Plaintiffs' Amended Complaint. | .20 | 185.00 | 37.00 |
| 12/27/19 | MMB | 219 | Docket court notice received by email dated December 19, 2019, regarding order dkt. 70 vacating January 14, 2020 hearing, setting deadline to file replies - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                          $ 907.00

Less Discount                                        $ -90.70

NET PROFESSIONAL SERVICES:                           $ 816.30

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 2.20 | 305.00 | 671.00 |
| GABRIEL MIRANDA RIVERA | 1.20 | 185.00 | 222.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **3.50** | | **$ 907.00** |

**TOTAL THIS INVOICE**                               **$ 816.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

January 8, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

January 8, 2020
Bill #: 371178
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2019:

**Client.Matter: P1705 - 816**

**RE: 19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

| | |
|---|---|
| Total Professional Services | $ 626.00 |
| Less Discount | $ -62.60 |
| Net Professional Services | $ 563.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 563.40** |

IN ACCOUNT WITH

261 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 816**
**RE: 19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/04/19 | HDB | 209 | Analyze opposition to Motion to Dismiss. | .90 | 305.00 | 274.50 |
| 12/15/19 | GMR | 206 | Analyze the Unopposed Urgent Motion for an Order Vacating Hearing Date and Setting a Revised Schedule for Replies in Further Support of Motions to Dismiss the Amended Complaint in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 12/15/19 | GMR | 206 | File the Unopposed Urgent Motion for an Order Vacating Hearing Date and Setting a Revised Schedule for Replies in Further Support of Motions to Dismiss the Amended Complaint. | .20 | 185.00 | 37.00 |
| 12/15/19 | GMR | 206 | Draft email to Chambers of Hon. Laura T. Swain enclosing courtesy copy and proposed order of the Unopposed Urgent Motion for an Order Vacating Hearing Date and Setting a Revised Schedule for Replies in Further Support of Motions to Dismiss the Amended Complaint. | .20 | 185.00 | 37.00 |
| 12/16/19 | HDB | 209 | Review Limited Objection of Assured Guaranty Corp., Assured Guaranty Municipal Corp. and National Public Finance Guarantee Corp. to Urgent Motion for an Order Vacating Hearing Date and Setting a Revised Schedule for Replies in Further Support of Motions to Dismiss the Amended Complaint. | .30 | 305.00 | 91.50 |
| 12/17/19 | GMR | 206 | Analyze the Reply of Financial Oversight and Management Board in Support of Unopposed Urgent Motion for an Order Vacating Hearing Date and Setting a Revised Schedule for Replies in Further Support of Motions to Dismiss the Amended Complaint in anticipation to its filing. | .20 | 185.00 | 37.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371178                                                                      January 8, 2020

| 12/17/19 | GMR | 206 | File the Reply of Financial Oversight and Management Board in Support of Unopposed Urgent Motion for an Order Vacating Hearing Date and Setting a Revised Schedule for Replies in Further Support of Motions to Dismiss the Amended Complaint. | .20 | 185.00 | 37.00 |
|---|---|---|---|---|---|---|
| 12/19/19 | HDB | 209 | Review Informative Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp. and National Public Finance Guarantee Corp. Regarding Urgent Motion for an Order Vacating Hearing Date and Setting a Revised Schedule for Replies in Further Support of Motions to Dismiss the Amended Complaint. | .20 | 305.00 | 61.00 |
| 12/27/19 | MMB | 219 | Docket court notice received by email dated December 19,2 019, regarding order dkt. 47 setting deadline to file replies, vacating hearing date - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                              $ 626.00

Less Discount                                                        $ -62.60

NET PROFESSIONAL SERVICES:                           $ 563.40

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.40 | 305.00 | 427.00 |
| GABRIEL MIRANDA RIVERA | 1.00 | 185.00 | 185.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **2.50** | | **$ 626.00** |

**TOTAL THIS INVOICE**                                     **$ 563.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

           Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

           Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

-------------------------------------------------------------------x

## COVER SHEET TO THIRTY-FIRST MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF JANUARY 1, 2020 THROUGH JANUARY 31, 2020

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | January 1, 2020 through January 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $7,936.65 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $7,936.65 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirty-first monthly fee application in these cases.

{00747170; 1}

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for January 2020.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On April 7th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn:  Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

{00747170; 1}

| Summary of Legal Fees for the Period January 1 through January 31, 2020 | | | | | |
|---|---|---|---|---|---|
| **Professional** | **Position/Title** | **Department** | **Hourly Billing Rate** | **Total Billed Hours** | **Total Compensation** |
| Herman D. Bauer | Member | Litigation | $305.00 | 8.90 | $ 2,714.50 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 3.40 | $ 1,122.00 |
| Carlos E. George | Member | Labor | $250.00 | 3.20 | $ 800.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 7.00 | $ 1,470.00 |
| David M. Magraner | Associate | Corporate | $170.00 | 4.20 | $ 714.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 5.80 | $ 1,073.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 4.50 | $ 855.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.50 | $ 70.00 |
| | | | | | |
| | **Totals** | | | **37.50** | **$ 8,818.50** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (881.85)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 7,936.65** |

**PREPA TITLE III**

**Summary of Disbursements for the Period January 1 through January 31, 2020**

| Description - Expenses | | | Amounts | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | **Totals** | | | $      - |
| | | | | |
| **SUMMARY OF DISBURSEMENTS** | | | | $      - |

| | **PREPA TITLE III** | | | |
|---|---|---|---|---|
| | **Summary of Legal Fees for the Period January 1 through January 31, 2020** | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** | |
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 0.30 | $ | 63.00 |
| 202 | Legal Research | 2.90 | $ | 561.00 |
| 203 | Hearings and Non-Field Comm. With Court | 0.20 | $ | 61.00 |
| 206 | Documents Filed on Behalf of the Board | 8.00 | $ | 1,560.00 |
| 207 | Non-Board Court Filings | 0.80 | $ | 244.00 |
| 208 | Stay Matters | 0.70 | $ | 213.50 |
| 209 | Adversary Proceeding | 10.50 | $ | 3,111.50 |
| 210 | Analysis and Strategy | 3.40 | $ | 790.50 |
| 215 | Plan of Adjustment and Disclosure Statem | 9.00 | $ | 1,778.00 |
| 219 | Docketing | 0.50 | $ | 70.00 |
| 221 | Discovery/2004 Examinations | 0.70 | $ | 213.50 |
| 222 | Claims and Claims Objections | 0.50 | $ | 152.50 |
| | | | | |
| | | | $ | 8,818.50 |
| | | | | |
| | **Less: 10% Courtesy discount** | | $ | (881.85) |
| | | | | |
| | **TOTALS** | 37.50 | $ | 7,936.65 |

{00747170; 1}

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $7,142.99 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $7,142.99.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

{00747170; 1}

# **Exhibit A**

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 5, 2020

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 5, 2020
FOMB IN RE PREPA TITLE III
Bill #:   371142
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending January 31, 2020:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---:|
| Total Professional Services | $ 4,232.50 |
| Less Discount | $ -423.25 |
| | |
| Net Professional Services | $ 3,809.25 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 3,809.25** |



IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE: GENERAL-PREPA TITLE III 17-4780**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/02/20 | HDB | 206 | Review notice of motion in connection with the Renewed Motion of PREPA for Undisputed Payment and Release of Insurance Proceeds. | .20 | 305.00 | 61.00 |
| 1/02/20 | HDB | 208 | Review Windmar Renewable Energy's motion for relief from the automatic stay. | .20 | 305.00 | 61.00 |
| 1/02/20 | DJP | 202 | Conduct legal research in connection with whether a court may allow a defendant to satisfy the monetary amounts of a judgment by way of a payment plan. | 2.40 | 190.00 | 456.00 |
| 1/02/20 | DJP | 210 | Analyze current draft of PREPA Best Interests Test Analysis. | .50 | 190.00 | 95.00 |
| 1/02/20 | GMR | 206 | File the Notice of Puerto Rico Electric Power Authority's Renewed Motion for Undisputed Payment and Release of Insurance Proceeds. | .20 | 185.00 | 37.00 |
| 1/03/20 | HDB | 222 | Analyze order terminating Objection of Official Committee of Unsecured Creditors to Proof of Claim Number 18449 Filed by U.S. Bank National Association, in Its Capacity as Trustee for Non-Recourse PREPA Bonds. | .30 | 305.00 | 91.50 |
| 1/08/20 | MMB | 219 | Docket court notice received by email dated January 3, 2020, regarding order dkt. 1854 setting briefing schedule in connection with motion for relief from stay dkt. 1847 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 1/08/20 | MMB | 219 | Docket court notice received by email dated January 7, 2020, regarding order dkt. 1858 setting motion hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 1/13/20 | ETF | 215 | Respond to Proskauer questions regarding creation of a government entity (related to PREPA RSA). | .60 | 210.00 | 126.00 |

O'Neill & Borges LLC

Bill #:  371142

February 5, 2020

| 1/14/20 | HDB | 208 | Review letter requesting stay modification from Windmar. (.20) Draft e-mail regarding same to S.Ma and Proskauer team (.10). | .30 | 305.00 | 91.50 |
|---|---|---|---|---|---|---|
| 1/15/20 | ETF | 201 | Review PREPA's enabling act provisions regarding creation of subsidiaries. | .30 | 210.00 | 63.00 |
| 1/17/20 | HDB | 203 | Analyze Memorandum Order partially granting the UCC's motion in limine to strike and exclude certain testimony of Frederic Chapados. | .20 | 305.00 | 61.00 |
| 1/17/20 | ETF | 202 | Analyze what authorities can be delegated to PREPA sub. | .50 | 210.00 | 105.00 |
| 1/17/20 | GMR | 206 | File the Certificate of No Objection Regarding Renewed Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds regarding: (32) MOTION Renewed Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds. | .20 | 185.00 | 37.00 |
| 1/17/20 | GMR | 206 | File the Certificate of No Objection Regarding Renewed Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds regarding:[32] MOTION Renewed Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds. | .20 | 185.00 | 37.00 |
| 1/17/20 | GMR | 206 | Draft email to Chambers of Hon. Judith G. Dein enclosing courtesy copy of the Certificate of No Objection Regarding Renewed Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds and the proposed order. | .20 | 185.00 | 37.00 |
| 1/17/20 | GMR | 206 | Draft email to PrimeClerk requesting service of the Certificate of No Objection Regarding Renewed Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds and the proposed order. | .20 | 185.00 | 37.00 |
| 1/18/20 | DMM | 215 | Revise section 5 of the PREPA Act, following query by Proskauer relating to PREPA's powers under its enabling act. | .50 | 170.00 | 85.00 |
| 1/18/20 | DMM | 215 | Research PREPA Act regarding the entity's ability to create subsidiaries to provide as SPV for the issuance and securitization of bonds. | .60 | 170.00 | 102.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371142

February 5, 2020

| 1/20/20 | HDB | 207 | Review Motion by UTIER and SREAEE for entry of an order allowing a redacted copy of the LEI report to be filed on the public docket. | .20 | 305.00 | 61.00 |
|---|---|---|---|---|---|---|
| 1/20/20 | DMM | 215 | Revise RS Agreement (1.20) and PREPA regulations (.50) concerning possible application of transition charge by a duly created subsidiary of PREPA. | 1.70 | 170.00 | 289.00 |
| 1/20/20 | DMM | 210 | Revise Revitalization Act of PREPA regarding the securitization process for restructure bonds (.50), transition charges (.90) by subsidiaries of PREPA. | 1.40 | 170.00 | 238.00 |
| 1/22/20 | HDB | 210 | Review PREPA Best Interest Test Analysis and models in preparation for conference call. | .80 | 305.00 | 244.00 |
| 1/22/20 | HDB | 207 | Review Ad Hoc Group's 10th Supplemental 2019 Statement. | .20 | 305.00 | 61.00 |
| 1/22/20 | HDB | 206 | Revise Cobra's Edits to Joint Status Report concerning stay of administrative claims. | .20 | 305.00 | 61.00 |
| 1/22/20 | ETF | 215 | Revise new version of PREPA BIT assumptions (1.00). Review HTA/Siemens settlement agreement (.30). | 1.30 | 210.00 | 273.00 |
| 1/22/20 | ETF | 215 | Review Act 19-2017 (.80). Review PREPA enabling act regarding charges (.60). Review draft of PREPA RSA Legislation (.40). Draft email memo for Proskauer regarding statutory authority to use a PREPA sub for the Transition Charge (.70). | 2.50 | 210.00 | 525.00 |
| 1/23/20 | HDB | 210 | Review Nydia Velazquez letter to the FOMB regarding PREPA Transformation and RSA. | .30 | 305.00 | 91.50 |
| 1/23/20 | HDB | 208 | Review stay relief notice regarding David Cintrón Quiñones y otros v. Autoridad de Energía Electrica y otros, case number KDP 2008-1047 (806). | .20 | 305.00 | 61.00 |
| 1/23/20 | ETF | 215 | Review 4-2016 (.40). Draft email memo for Proskauer regarding creating a PREPA sub for issuance of securitization debt contemplated by PREPA-RSA (1.40). | 1.80 | 210.00 | 378.00 |
| 1/27/20 | HDB | 222 | Review Committee's Notice of Appeal order denying objection to claim. | .20 | 305.00 | 61.00 |
| 1/28/20 | HDB | 206 | Review and sign-off to file on informative motion concerning supplemental and partial payment of insurance proceeds. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371142                                                                          February 5, 2020

| 1/28/20 | HDB | 207 | Review The Official Committee of Unsecured Creditors' Notice of Appeal of Memorandum Order Terminating Objection of Official Committee of Unsecured Creditors to Proof of Claim Number 18499 Filed by U.S. Bank National Association, in its Capacity as Trustee for Non-Recourse PREPA Bonds. | .20 | 305.00 | 61.00 |
| 1/28/20 | DJP | 206 | Analyze the Informative Motion Regarding Notice of Supplemental and Partial Payment of Insurance Proceeds. | .30 | 190.00 | 57.00 |
| 1/28/20 | DJP | 206 | File the Informative Motion Regarding Notice of Supplemental and Partial Payment of Insurance Proceeds. | .20 | 190.00 | 38.00 |
| 1/31/20 | HDB | 221 | Review Urgent Motion for an Order in limine Precluding the Official Committee of Unsecured Creditors from Entering Expert LEI Report into Evidence at the 9010 Motion Hearing. | .20 | 305.00 | 61.00 |

TOTAL PROFESSIONAL SERVICES                          $ 4,232.50

Less Discount                                        $ -423.25

NET PROFESSIONAL SERVICES:                           $ 3,809.25

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 3.90 | 305.00 | 1,189.50 |
| EMILIANO TRIGO FRITZ | 7.00 | 210.00 | 1,470.00 |
| DANIEL J. PEREZ REFOJOS | 3.40 | 190.00 | 646.00 |
| GABRIEL MIRANDA RIVERA | 1.00 | 185.00 | 185.00 |
| DAVID M. MAGRANER | 4.20 | 170.00 | 714.00 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **19.70** | | **$ 4,232.50** |

**TOTAL THIS INVOICE**                               **$ 3,809.25**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

February 5, 2020
Bill #:   371144
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2020:

**Client.Matter: P1705 - 804**

**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

|  |  |
|---|---|
| Total Professional Services | $ 1,389.00 |
| Less Discount | $ -138.90 |
| Net Professional Services | $ 1,250.10 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,250.10** |

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/08/20 | HDB | 209 | Review Government Officials' supplemental responses to each of UTIER's First Set of Interrogatories and Request for Production of Documents. | .20 | 305.00 | 61.00 |
| 1/08/20 | CEG | 209 | Review various emails regarding UTIER's First Set of Interrogatories and Request for Admissions. | .40 | 250.00 | 100.00 |
| 1/15/20 | HDB | 221 | Review meet and confer letter regarding Second Request for Production of Documents. (.20) Tel. conf. with R. Emmanuelli regarding extension of briefing schedule. (.20) Draft e-mail to J. Richman regarding conversation with R. Emmanuelli. (.10) | .50 | 305.00 | 152.50 |
| 1/16/20 | HDB | 209 | Review e-mails from J. Richman concerning discovery issues . (.10) Revise proposed schedule. (.10) Draft e-mail to R. Emmanuelli regarding proposed schedule. (.10) | .30 | 305.00 | 91.50 |
| 1/17/20 | HDB | 209 | Review issues regarding extension of briefing deadline with R. Emmanuelli. (.10) Draft e-mail to J. Richman regarding same (.10) Revise draft motion to amend briefing and discovery schedule. (.20) | .40 | 305.00 | 122.00 |
| 1/17/20 | CEG | 209 | Revise motion related to new deadlines. | .30 | 250.00 | 75.00 |
| 1/17/20 | GMR | 206 | Finalize the Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 1/17/20 | GMR | 206 | File the Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order in anticipation to its filing. | .20 | 185.00 | 37.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371144                                               February 5, 2020

| 1/17/20 | GMR | 206 | Draft email to Chambers of Hon. Laura T. Swain enclosing courtesy copy of the Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order and the proposed order thereto. | .20 | 185.00 | 37.00 |
| 1/17/20 | GMR | 206 | Draft email to Primeclerk requesting service of the Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order. | .20 | 185.00 | 37.00 |
| 1/22/20 | CEG | 209 | Review production of documents. | 2.50 | 250.00 | 625.00 |
| 1/29/20 | MMB | 219 | Docket court notice received by email dated January 21, 2020, regarding order dkt. 104 granting urgent joint motion dkt. 103 to extend dates - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                $ 1,389.00

Less Discount                             $ -138.90

NET PROFESSIONAL SERVICES:               $ 1,250.10

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.40 | 305.00 | 427.00 |
| CARLOS E. GEORGE | 3.20 | 250.00 | 800.00 |
| GABRIEL MIRANDA RIVERA | .80 | 185.00 | 148.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **5.50** | | **$ 1,389.00** |

**TOTAL THIS INVOICE**                        **$ 1,250.10**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

February 5, 2020
FOMB IN RE PREPA TITLE III
Bill #:    370837
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2020:

**Client.Matter: P1705 - 810**

**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---|
| Total Professional Services | $ 531.00 |
| Less Discount | $ -53.10 |
| Net Professional Services | $ 477.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 477.90** |

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 810**
**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/07/20 | HDB | 209 | Review Notice of Withdrawal of Motion for Summary Judgment. | .20 | 305.00 | 61.00 |
| 1/08/20 | CGB | 209 | Review the Plaintiffs' motion at Docket No. 067 withdrawing without prejudice filed motion for summary judgment. | .20 | 330.00 | 66.00 |
| 1/17/20 | CGB | 209 | Analyze Plaintiffs' amended complaint. | .30 | 330.00 | 99.00 |
| 1/17/20 | HDB | 209 | Analyze Second Amended Complaint filed by Plaintiffs. | .70 | 305.00 | 213.50 |
| 1/24/20 | HDB | 209 | Further revision of draft amended complaint. | .30 | 305.00 | 91.50 |

|  |  |  |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | | $ 531.00 |
| Less Discount | | $ -53.10 |
| NET PROFESSIONAL SERVICES: | | $ 477.90 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .50 | 330.00 | 165.00 |
| HERMANN BAUER | 1.20 | 305.00 | 366.00 |
| **Total** | **1.70** | | **$ 531.00** |

**TOTAL THIS INVOICE**      **$ 477.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 5, 2020
FOMB IN RE PREPA TITLE III
Bill #:   370839
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2020:

**Client.Matter: P1705 - 813**

**RE:  19-00298-LTS UTIER V PREPA REMOVAL-CGB**

| | |
|---|---|
| Total Professional Services | $ 249.00 |
| Less Discount | $ -24.90 |
| Net Professional Services | $ 224.10 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 224.10** |

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

Client.Matter: P1705 . 813
RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/23/20 | CGB | 209 | Analyze the memorandum and order dismissing adversary proceeding 19-00298. | .20 | 330.00 | 66.00 |
| 1/23/20 | HDB | 209 | Review Opinion and Order dismissing case. | .60 | 305.00 | 183.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 249.00 |
| Less Discount | $ -24.90 |
| NET PROFESSIONAL SERVICES: | $ 224.10 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .20 | 330.00 | 66.00 |
| HERMANN BAUER | .60 | 305.00 | 183.00 |
| **Total** | **.80** | | **$ 249.00** |

TOTAL THIS INVOICE $ 224.10

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00369-LTS SCEMUS V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 5, 2020

FOMB IN RE PREPA TITLE III

Bill #:   371146

Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2020:

**Client.Matter: P1705 - 814**

**RE:  19-00369-LTS SCEMUS V. PREPA**

| | |
|---|---:|
| Total Professional Services | $ 313.50 |
| Less Discount | $ -31.35 |
| Net Professional Services | $ 282.15 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 282.15** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 814**
**RE: 19-00369-LTS SCEMUS V. PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/16/20 | HDB | 209 | Revise and sign-off to file Defendants' Unopposed Urgent Motion for a Fourth Extension of Time to Respond to Plaintiffs' Complaint. | .10 | 305.00 | 30.50 |
| 1/16/20 | DJP | 206 | Analyze the Defendants' Unopposed Urgent Motion for a Fourth Extension of Time to Respond to Plaintiffs' Complaint, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 1/16/20 | DJP | 206 | File the Defendants' Unopposed Urgent Motion for a Fourth Extension of Time to Respond to Plaintiffs' Complaint, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 1/17/20 | GMR | 206 | Analyze the Certificate of No Objection Regarding Renewed Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds regarding:[32] MOTION Renewed Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 1/17/20 | GMR | 206 | File the Certificate of No Objection Regarding Renewed Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds regarding:[32] MOTION Renewed Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds. | .20 | 185.00 | 37.00 |
| 1/24/20 | DJP | 206 | Analyze the Notice of Presentment by Puerto Rico Electric Power Authority of Revised Proposed Order for Undisputed Payment and Release of Insurance Proceeds, in anticipation of its filing. | .40 | 190.00 | 76.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371146

February 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/24/20 | DJP | 206 | File the Notice of Presentment by Puerto Rico Electric Power Authority of Revised Proposed Order for Undisputed Payment and Release of Insurance Proceeds, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES                      $ 313.50

Less Discount                                              $ -31.35

NET PROFESSIONAL SERVICES:                      $ 282.15

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | .10 | 305.00 | 30.50 |
| DANIEL J. PEREZ REFOJOS | 1.10 | 190.00 | 209.00 |
| GABRIEL MIRANDA RIVERA | .40 | 185.00 | 74.00 |
| **Total** | **1.60** | | **$ 313.50** |

**TOTAL THIS INVOICE**                                **$ 282.15**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

February 5, 2020

FOMB IN RE PREPA TITLE III

## RE: 19-00396-LTS CORTLAND V. PREPA

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

February 5, 2020
FOMB IN RE PREPA TITLE III
Bill #: 370844
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2020:

**Client.Matter: P1705 - 815**

**RE: 19-00396-LTS CORTLAND V. PREPA**

| | |
|---|---|
| Total Professional Services | $ 611.00 |
| Less Discount | $ -61.10 |
| Net Professional Services | $ 549.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 549.90** |

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

---

**Client.Matter: P1705 . 815**
**RE: 19-00396-LTS CORTLAND V. PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/02/20 | GMR | 206 | Analyze the Notice of Puerto Rico Electric Power Authority's Renewed Motion for Undisputed Payment and Release of Insurance Proceeds in anticipation to its filing. | .40 | 190.00 | 76.00 |
| 1/02/20 | GMR | 206 | File the Notice of Puerto Rico Electric Power Authority's Renewed Motion for Undisputed Payment and Release of Insurance Proceeds in anticipation to its filing. | .20 | 190.00 | 38.00 |
| 1/09/20 | MMB | 219 | Docket court notice received by email dated January 8, 2020, regarding order dkt. 76 setting deadline to file replies, motions hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 1/21/20 | HDB | 209 | Analyze Court Order resolving Certificate of No Objection Regarding Renewed Motion of Puerto Rico Power Authority for Undisputed Payment and Release of Insurance Proceeds. | .20 | 305.00 | 61.00 |
| 1/29/20 | GMR | 206 | Analyze the Urgent Unopposed Motion of PREPA and AAFAF for Leave to Exceed Page Limit for Defendants' Reply in Support of Memorandum of Law of PREPA, AAFAF, and the Oversight Board in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Counts I, II, III, IV, VI, and VII of Plaintiffs' Amended Complaint with Prejudice in anticipation to its filing. | .30 | 190.00 | 57.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  370844

February 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/29/20 | GMR | 206 | File the Urgent Unopposed Motion of PREPA and AAFAF for Leave to Exceed Page Limit for Defendants' Reply in Support of Memorandum of Law of PREPA, AAFAF, and the Oversight Board in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Counts I, II, III, IV, VI, and VII of Plaintiffs' Amended Complaint with Prejudice. | .20 | 190.00 | 38.00 |
| 1/29/20 | GMR | 206 | Finalize the proposed order to the Urgent Unopposed Motion of PREPA and AAFAF for Leave to Exceed Page Limit for Defendants' Reply in Support of Memorandum of Law of PREPA, AAFAF, and the Oversight Board in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Counts I, II, III, IV, VI, and VII of Plaintiffs' Amended Complaint with Prejudice in anticipation to sending it to Chambers. | .20 | 190.00 | 38.00 |
| 1/29/20 | GMR | 206 | Draft email to Chambers enclosing courtesy copy of the Urgent Unopposed Motion of PREPA and AAFAF for Leave to Exceed Page Limit for Defendants' Reply in Support of Memorandum of Law of PREPA, AAFAF, and the Oversight Board in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Counts I, II, III, IV, VI, and VII of Plaintiffs' Amended Complaint with Prejudice and the proposed order thereto in WORD version. | .20 | 190.00 | 38.00 |
| 1/30/20 | GMR | 206 | Finalize the Urgent Unopposed Motion of PREPA and AAFAF for Leave to Exceed Page Limit for Defendants' Reply in Support of Memorandum of Law of PREPA, AAFAF, and the FOMB in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Counts I, II, III, IV, VI, and VII of Amended Complaint with Prejudice in anticipation to its filing. | .20 | 190.00 | 38.00 |
| 1/30/20 | GMR | 206 | File the Urgent Unopposed Motion of PREPA and AAFAF for Leave to Exceed Page Limit for Defendants' Reply in Support of Memorandum of Law of PREPA, AAFAF, and the FOMB in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Counts I, II, III, IV, VI, and VII of Amended Complaint with Prejudice. | .20 | 190.00 | 38.00 |

O'Neill & Borges LLC

Bill #:  370844                                                                              February 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/30/20 | GMR | 206 | Draft email to Chambers of Hon. Judith G. Dein enclosing courtesy copy of the Urgent Unopposed Motion of PREPA and AAFAF for Leave to Exceed Page Limit for Defendants' Reply in Support of Memorandum of Law of PREPA, AAFAF, and the FOMB in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Counts I, II, III, IV, VI, and VII of Amended Complaint with Prejudice. | .20 | 190.00 | 38.00 |
| 1/30/20 | GMR | 206 | Draft email to PrimeClerk requesting service of the Urgent Unopposed Motion of PREPA and AAFAF for Leave to Exceed Page Limit for Defendants' Reply in Support of Memorandum of Law of PREPA, AAFAF, and the FOMB in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Counts I, II, III, IV, VI, and VII of Amended Complaint with Prejudice. | .20 | 190.00 | 38.00 |
| 1/30/20 | GMR | 206 | Finalize the proposed order to the Urgent Unopposed Motion of PREPA and AAFAF for Leave to Exceed Page Limit for Defendants' Reply in Support of Memorandum of Law of PREPA, AAFAF, and the FOMB in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Counts I, II, III, IV, VI, and VII of Amended Complaint with Prejudice in anticipation to sending to Chambers of Hon. Judith G. Dein. | .20 | 190.00 | 38.00 |
| 1/31/20 | HDB | 207 | Review objection to object to Notice of Presentment by Puerto Rico Electric Power Authority of Revised Proposed Order for Undisputed Payment and Release of Insurance Proceeds. | .20 | 305.00 | 61.00 |

TOTAL PROFESSIONAL SERVICES                          $ 611.00

Less Discount                                               $ -61.10

NET PROFESSIONAL SERVICES:                            $ 549.90

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | .40 | 305.00 | 122.00 |
| GABRIEL MIRANDA RIVERA | 2.50 | 190.00 | 475.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **3.00** | | **$ 611.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  370844                                                          February 5, 2020

**TOTAL THIS INVOICE**                                   **$ 549.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'Neill & Borges LLC

February 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

February 5, 2020
FOMB IN RE PREPA TITLE III
Bill #:   370846
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2020:

**Client.Matter: P1705 - 816**

**RE:  19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

| | |
|---|---|
| Total Professional Services | $ 75.00 |
| Less Discount | $ -7.50 |
| Net Professional Services | $ 67.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 67.50** |

IN ACCOUNT WITH
250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 816**
**RE: 19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/03/20 | HDB | 209 | Review Limited Objection of Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corp. and Syncora Guarantee, Inc. to Urgent Motion of the Financial Oversight and Management Board to Set Hearing Date and Extend Reply Deadline in Connection with Motion to Dismiss Plaintiff's Amended Complaint. | .20 | 305.00 | 61.00 |
| 1/14/20 | MMB | 219 | Docket court notice received by email dated January 8, 2020, regarding order dkt. 52 setting deadline to file reply, hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

|  |  | TOTAL PROFESSIONAL SERVICES | $ 75.00 |
|--|--|--|--|
|  |  | Less Discount | $ -7.50 |
|  |  | NET PROFESSIONAL SERVICES: | $ 67.50 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .20 | 305.00 | 61.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **.30** | | **$ 75.00** |

|  | **TOTAL THIS INVOICE** | **$ 67.50** |
|--|--|--|

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 5, 2020

FOMB IN RE PREPA TITLE III

**RE:  19-00412-LTS ALBARRAN V. PREPA-HDB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 5, 2020
FOMB IN RE PREPA TITLE III
Bill #:  370849
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2020:

**Client.Matter: P1705 - 817**

**RE:  19-00412-LTS ALBARRAN V. PREPA-HDB-CGB**

| | |
|---|---|
| Total Professional Services | $ 891.00 |
| Less Discount | $ -89.10 |
| | |
| Net Professional Services | $ 801.90 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 801.90** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

261 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 817**
**RE: 19-00412-LTS ALBARRAN V. PREPA-HDB-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/23/20 | CGB | 209 | Review J. Richman email regarding the lift of the stay in adv. 19-00412 as a result of the decision in the UTIER v. Rivera case (.10); Draft response to same (.10); Draft email to Plaintiffs counsel to forward copies of the UTIER opinion (.20). | .40 | 330.00 | 132.00 |
| 1/24/20 | CGB | 209 | Review and analyze recent Commonwealth trial Court decision on mandamus sought by Municipality of San Juan to ascertain potential impact upon Petitioners' legal position in this case (.30); exchange emails with J. Richman regarding same (.10). | .40 | 330.00 | 132.00 |
| 1/27/20 | CGB | 209 | Review Follow-up email from J. Richman regarding Plaintiffs reaction to UTIER decision (.10); Tel. Conf. with Plaintiffs' counsel J. Garcia to ascertain same (.10); Draft email to J. Richman proposing strategy to address current response deadline (.20); Review prior procedures to ascertain best strategy and key facts (.30); Draft motion for extension of time to respond to the petition (.40); Draft email to J. Richman forwarding same (.10). | 1.20 | 330.00 | 396.00 |
| 1/28/20 | CGB | 209 | Review revised motion for extension of time to respond to petition circulated by J. Richman (.20); Draft email to J. Richman setting forth plan to discuss same with Plaintiff's counsel. (.10) | .30 | 330.00 | 99.00 |
| 1/31/20 | CGB | 209 | Tel. Conf. with Plaintiffs' counsel to ascertain Plaintiffs position regarding future strategy in view of the UTIER dismissal (.20); email exchanges with J. Richman regarding next steps in view of same (.20). | .40 | 330.00 | 132.00 |

TOTAL PROFESSIONAL SERVICES                     $ 891.00

Less Discount                                   $ -89.10

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  370849                                                                February 5, 2020

NET PROFESSIONAL SERVICES:                                    $ 801.90

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 2.70 | 330.00 | 891.00 |
| **Total** | **2.70** | | **$ 891.00** |

**TOTAL THIS INVOICE**                                            **$ 801.90**

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

February 5, 2020
FOMB IN RE PREPA TITLE III
Bill #:   370851
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2020:

**Client.Matter: P1705 - 818**

**RE:  19-00453- LTS VITOL INC V PREPA**

| | |
|---|---:|
| Total Professional Services | $ 544.50 |
| Less Discount | $ -54.45 |
| Net Professional Services | $ 490.05 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 490.05** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 818**
**RE:   19-00453- LTS VITOL INC V PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/14/20 | HDB | 209 | Review Opposition to Motion to Remand filed by Vitol (.40) and Motion for Extension of Time (.10). | .50 | 305.00 | 152.50 |
| 1/17/20 | HDB | 209 | Review and sign-off to file Unopposed Urgent Motion of Puerto Rico Electric Power Authority for an Order: (1) Extending by 14 Days the Time for Puerto Rico Electric Power Authority to File its Reply to Defendants' Objection to Motion to Remand and Setting Deadline to Object to Defendants' Alternative Motion to Extend Deadline for Removal; and (2) Continuing to March 4, 2020 the Hearing on the Motion to Remand and Defendants' Alternative Motion to Extend Deadline for Removal. | .20 | 305.00 | 61.00 |
| 1/17/20 | GMR | 206 | Finalize the Unopposed Urgent Motion of Puerto Rico Electric Power Authority for an Order: (1) Extending by 14 Days the Time for Puerto Rico Electric Power Authority to File its Reply to Defendants' Objection to Motion to Remand and Setting Deadline to Object to Defendants' Alternative Motion to Extend Deadline for Removal; and (2) Continuing to March 4, 2020 the Hearing on the Motion to Remand and Defendants' Alternative Motion to Extend Deadline for Removal in anticipation to its filing. | .30 | 190.00 | 57.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  370851                                                              February 5, 2020

| 1/17/20 | GMR | 206 | File the Unopposed Urgent Motion of Puerto Rico Electric Power Authority for an Order: (1) Extending by 14 Days the Time for Puerto Rico Electric Power Authority to File its Reply to Defendants' Objection to Motion to Remand and Setting Deadline to Object to Defendants' Alternative Motion to Extend Deadline for Removal; and (2) Continuing to March 4, 2020 the Hearing on the Motion to Remand and Defendants' Alternative Motion to Extend Deadline for Removal in Adversary Proceeding No. 19-00453. | .20 | 190.00 | 38.00 |
| 1/17/20 | GMR | 206 | Finalize the proposed order to the Unopposed Urgent Motion of Puerto Rico Electric Power Authority for an Order: (1) Extending by 14 Days the Time for Puerto Rico Electric Power Authority to File its Reply to Defendants' Objection to Motion to Remand and Setting Deadline to Object to Defendants' Alternative Motion to Extend Deadline for Removal; and (2) Continuing to March 4, 2020 the Hearing on the Motion to Remand and Defendants' Alternative Motion to Extend Deadline for Removal in anticipation to sending to Chambers. | .20 | 190.00 | 38.00 |
| 1/17/20 | GMR | 206 | Draft email to Chambers of Hon. Judith G. Dein enclosing courtesy copy of the Unopposed Urgent Motion of Puerto Rico Electric Power Authority for an Order: (1) Extending by 14 Days the Time for Puerto Rico Electric Power Authority to File its Reply to Defendants' Objection to Motion to Remand and Setting Deadline to Object to Defendants' Alternative Motion to Extend Deadline for Removal; and (2) Continuing to March 4, 2020 the Hearing on the Motion to Remand and Defendants' Alternative Motion to Extend Deadline for Removal and the proposed order thereto. | .20 | 190.00 | 38.00 |
| 1/17/20 | GMR | 206 | Draft email to PrimeClerk requesting service of the Unopposed Urgent Motion of Puerto Rico Electric Power Authority for an Order: (1) Extending by 14 Days the Time for Puerto Rico Electric Power Authority to File its Reply to Defendants' Objection to Motion to Remand and Setting Deadline to Object to Defendants' Alternative Motion to Extend Deadline for Removal; and (2) Continuing to March 4, 2020 the Hearing on the Motion to Remand and Defendants' Alternative Motion to Extend Deadline for Removal. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:   370851                                                              February 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/20/20 | HDB | 210 | Analyze legal arguments concerning response to opposition to Motion to Remand removal of complaint. | .40 | 305.00 | 122.00 |

TOTAL PROFESSIONAL SERVICES                           $ 544.50

Less Discount                                                        $ -54.45

NET PROFESSIONAL SERVICES:                            $ 490.05

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.10 | 305.00 | 335.50 |
| GABRIEL MIRANDA RIVERA | 1.10 | 190.00 | 209.00 |
| **Total** | **2.20** | | **$ 544.50** |

**TOTAL THIS INVOICE**                                        **$ 490.05**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE