# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | Case No. 19 BK 5523-LTS |
| PUERTO RICO PUBLIC BUILDING AUTHORITY, | |
| Debtor. | |

----------------------------------------------------------------x

## COVER SHEET TO SECOND MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDING AUTHORITY, FOR THE PERIOD OF OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | October 1, 2019 through October 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $225.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $403.50 |
| Total amount for this invoice: | $628.50 |

This is a:  X  monthly ___ interim ___ final application

This is O&B's second monthly fee application in these cases.

00741872; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for October 2019.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On March 4th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**PBA TITLE III**

**Summary of Legal Fees for the Period October 1 through October 31, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation | |
|---|---|---|---|---|---|---|
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 1.20 | $ | 222.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.20 | $ | 28.00 |
| | **Totals** | | | **1.40** | **$** | **250.00** |
| | **Less: 10% Courtesy discount** | | | | **$** | **(25.00)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$** | **225.00** |

**PBA TITLE III**

**Summary of Disbursements for the Period October 1 through October 31, 2019**

| Description - Expenses | Amounts | |
|---|---|---|
| Duplicating as of 10/01/2019 | | 3.50 |
| Filing Fees- For Public Buildings Administration Title III Petition by the Oversight Board-HDB | | 400.00 |
| Totals | **$** | **403.50** |
| **SUMMARY OF DISBURSEMENTS** | **$** | **403.50** |

00741872; 1

| | | | | |
|---|---|---|---|---|
| | **PBA TITLE III** | | | |
| | **Summary of Legal Fees for the Period October 1 through October 31, 2019** | | | |
| | | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** | |
| 206 | Documents Filed on Behalf of the Board | 1.20 | $ | 222.00 |
| 219 | Docketing | 0.20 | $ | 28.00 |
| | | | | |
| | | | $ | **250.00** |
| | | | | |
| | **Less: 10% Courtesy discount** | | $ | **(25.00)** |
| | | | | |
| | **TOTALS** | **1.40** | $ | **225.00** |

00741872; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $202.50, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $403.50) in the total amount of $606.00.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00741872; 1

# **Exhibit A**

00741872; 1

250 Ave. Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

November 5, 2019
Bill #: 367215
Billing Attorney: HDB

FOMB IN RE PBA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2019:

**Client.Matter: P1706 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 250.00 |
| Less Discount | $ -25.00 |
| Net Professional Services | $ 225.00 |
| Total Reimbursable Expenses | $ 403.50 |
| **TOTAL THIS INVOICE** | **$ 628.50** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA-SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1706 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/07/19 | GMR | 206 | Finalize the Notice of Filing of Amended Proposed Order Regarding Motion for Order Pursuant to PROMESA Section 304(G), Directing Joint Administration of Initial Title III Cases and Additional Title III Case, and Pursuant to Section 105(A) of the Bankruptcy Code, Making Certain Orders Entered in the Initial Title III Cases Applicable to the Additional Title III Case in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 10/07/19 | GMR | 206 | Finalize Exhibit A to the Notice of Filing of Amended Proposed Order Regarding Motion for Order Pursuant to PROMESA Section 304(G), Directing Joint Administration of Initial Title III Cases and Additional Title III Case, and Pursuant to Section 105(A) of the Bankruptcy Code, Making Certain Orders Entered in the Initial Title III Cases Applicable to the Additional Title III Case in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 10/07/19 | GMR | 206 | File the Notice of Filing of Amended Proposed Order Regarding Motion for Order Pursuant to PROMESA Section 304(G), Directing Joint Administration of Initial Title III Cases and Additional Title III Case, and Pursuant to Section 105(A) of the Bankruptcy Code, Making Certain Orders Entered in the Initial Title III Cases Applicable to the Additional Title III Case in Case No. 19-5523 at Docket No. 11. | .20 | 185.00 | 37.00 |
| 10/07/19 | GMR | 206 | Finalize the Proposed Order of Docket No. 11 in anticipation to sending email to the Chambers of Hon. Laura T. Swain. | .20 | 185.00 | 37.00 |

O'Neill & Borges LLC

Bill #: 367215

November 5, 2019

| 10/07/19 | GMR | 206 | Draft email to Chambers of Hon. Laura T. Swain enclosing courtesy copy of the Notice of Filing of Amended Proposed Order Regarding Motion for Order Pursuant to PROMESA Section 304(G), Directing Joint Administration of Initial Title III Cases and Additional Title III Case, and Pursuant to Section 105(A) of the Bankruptcy Code, Making Certain Orders Entered in the Initial Title III Cases Applicable to the Additional Title III Case and the WORD version of the proposed order. | .20 | 185.00 | 37.00 |
|----------|-----|-----|----------|-----|--------|-------|
| 10/07/19 | GMR | 206 | Draft email to Prime Clerk requesting service of the Notice of Filing of Amended Proposed Order Regarding Motion for Order Pursuant to PROMESA Section 304(G), Directing Joint Administration of Initial Title III Cases and Additional Title III Case, and Pursuant to Section 105(A) of the Bankruptcy Code, Making Certain Orders Entered in the Initial Title III Cases Applicable to the Additional Title III Case, as filed at Docket No. 11. | .20 | 185.00 | 37.00 |
| 10/09/19 | MMB | 219 | Docket court notice received by email dated October 8, 2019, regarding order dkt. 12 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez, G. Miranda. | .10 | 140.00 | 14.00 |
| 10/10/19 | MMB | 219 | Docket court notice received by email dated October 9, 2019, regarding order dkt. 14 fixing dates to file creditor matrix and list of creditors - H. Bauer, U. Fernandez, D. Pérez, G. Miranda. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                    $ 250.00

Less Discount                                              $ -25.00

NET PROFESSIONAL SERVICES:                    $ 225.00

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| GABRIEL MIRANDA RIVERA | 1.20 | 185.00 | 222.00 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **1.40** | | **$ 250.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  367215

November 5, 2019

**EXPENSES**

| Date | Description | Amount |
|------|-------------|-------:|
| 10/01/19 | DUPLICATING -  AS OF 10/01/19 (1 Copies @ $.25) | .25 |
| 10/01/19 | DUPLICATING -  AS OF 10/01/19 (13 Copies @ $.25) | 3.25 |
| 10/07/19 | FILING FEE FOR THE PUBLIC BUILDINGS ADMINISTRATION TITLE III PETITION BY THE OVERSIGHT BOARD-HDB | 400.00 |

TOTAL REIMBURSABLE EXPENSES          $ 403.50

**TOTAL THIS INVOICE**          **$ 628.50**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

**equitrac**

**Consolidated Account Detail**

Client='p1706' and   Matter='00000'   and (From: '2019-10-1'   To: '2019-10-1')

| Starting Date: | 10/1/2019 | Ending Date: | 10/1/2019 | Number of Days: | 1 |
|---|---|---|---|---|---|

| Date | Time | User | Type | Count | Amount |
|---|---|---|---|---|---|
| **Location: oab:O'neill and Borges** | | | | | |
| Client: p1706:FOMB IN RE PBA   TITLE III | | | | | |
| Matter: 00000:GENERAL | | | | | |
| 10/1/2019 | 10:04:35AM | MORALES, IVETTE | Duplicating | 1 | $0.25 |
| 10/1/2019 | 10:04:52AM | MORALES, IVETTE | Duplicating | 13 | $3.25 |
| | Totals for   Matter: 00000 | | | | $3.50 |
| | Totals for   Client: p1706 | | | | $3.50 |
| Totals for   Location: oab | | | | | $3.50 |

*Inv. 367215*

O'NEILL & BORGES

250 MUÑOZ RIVERA AVE, Ste. 800
SAN JUAN, PUERTO RICO 00918-1813
(787) 764-8181
TELECOPIER (787) 753-8944

MEMORANDUM

TO      :      Accounting

FROM :      Hermann D. Bauer

DATE :      October 3, 2019

RE      :      Filing fee for the Public Buildings Administration Title III petition by the Oversight Board

---

Attached receipt for the filing fee in the referenced case.  Please make check payable to American Express for $400.00.

Thank you.

HDB/imf

Enclosure



6:15

## Transaction Details
Card Ending - 03006

COURTS/USDC-PR 00000SAN JUAN PR

# $400.00

Sep 27, 2019

Other - Government Services

Address

**COURTS/USDC-PR**
**ROOM 150**
**CARLOS CHARDON AVE**
**SAN JUAN**
**PR**
**00918**
**PUERTO RICO**

Phone Number

000007877723036

Date Processed

**Sep 28, 2019**

Transaction Reference Number

**320192710847956452**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDING AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 19 BK 5523-LTS

-----------------------------------------------------------------x

## COVER SHEET TO THIRD MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDING AUTHORITY, FOR THE PERIOD OF NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | November 1, 2019 through November 30, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $549.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $549.00 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's third monthly fee application in these cases.

00742001; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for November 2019.

/s/ Jaime A. El Koury

Jaime A. El Koury

General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On March 4th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**PBA TITLE III**

**Summary of Legal Fees for the Period November 1 through November 30, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation | |
|---|---|---|---|---|---|---|
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 1.00 | $ | 185.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 1.70 | $ | 323.00 |
| Ubaldo M. Fernandez | Jr. Member | Litigation | $220.00 | 0.40 | $ | 88.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.10 | $ | 14.00 |
| | **Totals** | | | **3.20** | **$** | **610.00** |
| | **Less: 10% Courtesy discount** | | | | **$** | **(61.00)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$** | **549.00** |

**PBA TITLE III**

**Summary of Disbursements for the Period November 1 through November 30, 2019**

| Description - Expenses | Amounts | |
|---|---|---|
| | | |
| **Totals** | **$** | **-** |
| **SUMMARY OF DISBURSEMENTS** | **$** | **-** |

### PBA TITLE III

### Summary of Legal Fees for the Period November 1 through November 30, 2019

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 206 | Documents Filed on Behalf of the Board | 2.70 | $ 508.00 |
| 219 | Docketing | 0.10 | $ 14.00 |
| 224 | Fee Applications - O&B | 0.40 | $ 88.00 |
| | | | $ 610.00 |
| | Less: 10% Courtesy discount | | $ (61.00) |
| | TOTALS | 3.20 | $ 549.00 |

00742001; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $494.10, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $494.10.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00742001; 1

# **Exhibit A**

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'Neill & Borges LLC

December 4, 2019
Bill #:   367227
Billing Attorney:  HDB

FOMB IN RE PBA  TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2019:

**Client.Matter: P1706 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 610.00 |
| Less Discount | $ -61.00 |
| Net Professional Services | $ 549.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 549.00** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1706 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/01/19 | GMR | 206 | Analyze the Notice of Filing of Prime Clerk Certifications Related to Prime Clerk Engagement As Solicitation, Notice and Claims Agent for the Title III Debtors and exhibits thereto in anticipation to its filing. | .40 | 185.00 | 74.00 |
| 11/01/19 | GMR | 206 | File the Notice of Filing of Prime Clerk Certifications Related to Prime Clerk Engagement As Solicitation, Notice and Claims Agent for the Title III Debtors and exhibits thereto in Case No. 19-5523 at Docket No. . | .20 | 185.00 | 37.00 |
| 11/01/19 | GMR | 206 | Draft email to the Chambers of Hon. Laura T. Swain enclosing courtesy copy of the Notice of Filing of Prime Clerk Certifications Related to Prime Clerk Engagement As Solicitation, Notice and Claims Agent for the Title III Debtors and exhibits thereto, as filed in Case No. 19-5523 at Docket No. 18 . | .20 | 185.00 | 37.00 |
| 11/01/19 | GMR | 206 | Draft email to Prime Clerk requesting service of the Notice of Filing of Prime Clerk Certifications Related to Prime Clerk Engagement As Solicitation, Notice and Claims Agent for the Title III Debtors and exhibits thereto, as filed in Case No. 19-5523 at Docket No. 18 . | .20 | 185.00 | 37.00 |
| 11/12/19 | UMF | 224 | Draft first monthly fee application for compensation of O&B for the month September 2019 in the Title III case of PBA | .40 | 220.00 | 88.00 |
| 11/19/19 | DJP | 206 | Analyze the Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof. | .40 | 190.00 | 76.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 367227                                                                December 4, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/19/19 | DJP | 206 | Analyze the proposed order to be filed together with the Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof. | .30 | 190.00 | 57.00 |
| 11/19/19 | DJP | 206 | Analyze the Notice of Deadlines for Filing Proofs of Claim for Creditors of the Puerto Rico Public Buildings Authority. | .30 | 190.00 | 57.00 |
| 11/21/19 | DJP | 206 | Analyze the Motion of the Puerto Rico Buildings Authority for an Order Extending the Date to File Creditor Matrix, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 11/21/19 | DJP | 206 | Analyze proposed order to be filed together with the Motion of the Puerto Rico Buildings Authority for an Order Extending the Date to File Creditor Matrix. | .10 | 190.00 | 19.00 |
| 11/21/19 | DJP | 206 | File the Motion of the Puerto Rico Buildings Authority for an Order Extending the Date to File Creditor Matrix, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 11/21/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Puerto Rico Buildings Authority for an Order Extending the Date to File Creditor Matrix. | .10 | 190.00 | 19.00 |
| 11/26/19 | MMB | 219 | Docket court notice received by email dated November 25, 2019, regarding order dkt. 21 setting briefing schedule on motion to extend time to file creditor matrix - H. Bauer, D. Pérez, G. Miranda. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                          $ 610.00

Less Discount                                        $ -61.00

NET PROFESSIONAL SERVICES:                           $ 549.00

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| UBALDO M. FERNANDEZ BARRERA | .40 | 220.00 | 88.00 |
| DANIEL J. PEREZ REFOJOS | 1.70 | 190.00 | 323.00 |
| GABRIEL MIRANDA RIVERA | 1.00 | 185.00 | 185.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **3.20** | | **$ 610.00** |

O'Neill & Borges LLC

Bill #:  367227                                                December 4, 2019

### TOTAL THIS INVOICE                                          $ 549.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | Case No. 19 BK 5523-LTS |
| PUERTO RICO PUBLIC BUILDING AUTHORITY, | |
| Debtor. | |

-----------------------------------------------------------------x

## COVER SHEET TO FOURTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDING AUTHORITY, FOR THE PERIOD OF DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | December 1, 2019 through December 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $380.25 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $380.25 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fourth monthly fee application in these cases.

{00747144; 1}

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for December 2019.

/s/ Jaime A. El Koury
Jaime A. El Koury
**General Counsel to the Financial Oversight and**
**Management Board for Puerto Rico**

{00747144; 1}

On April 7th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

{00747144; 1}

**PBA TITLE III**

**Summary of Legal Fees for the Period December 1 through December 31, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation | |
|---|---|---|---|---|---|---|
| Herman Bauer | Member | Litigation | $305.00 | 0.70 | $ | 213.50 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 1.10 | $ | 209.00 |
| | | | | | | |
| | **Totals** | | | **1.80** | **$** | **422.50** |
| | | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$** | **(42.25)** |
| | | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$** | **380.25** |

**PBA TITLE III**

**Summary of Disbursements for the Period December 1 through December 31, 2019**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| | | | |
| | | | |
| **Totals** | | **$** | **-** |
| | | | |
| **SUMMARY OF DISBURSEMENTS** | | **$** | **-** |

{00747144; 1}

| | **PBA TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period December 1 through December 31, 2019** | | |
| | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 206 | Documents Filed on Behalf of the Board | 1.60 | $ 361.50 |
| 208 | Stay Matters | 0.20 | $ 61.00 |
| | | | |
| | | | $ 422.50 |
| | | | |
| | **Less: 10% Courtesy discount** | | $ (42.25) |
| | | | |
| | **TOTALS** | **1.80** | $ 380.25 |

{00747144; 1}

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $342.23, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $342.23.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

{00747144; 1}

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 8, 2020

FOMB IN RE PBA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

Electronic Invoice

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

January 8, 2020

FOMB IN RE PBA TITLE III

Bill #:  370777

Billing Attorney:  HDB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending December 31, 2019:

**Client.Matter: P1706 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 422.50 |
| Less Discount | $ -42.25 |
| Net Professional Services | $ 380.25 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 380.25** |

IN ACCOUNT WITH

270 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1706 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/16/19 | HDB | 208 | Review e-mail regarding stay relief notice concerning the civil action captioned as HBA Contractors v. Autoridad de Edificios Públicos KAC2010-0125/KLAN201601172 (.10). Draft e-mail to movant's attorney (.10). | .20 | 305.00 | 61.00 |
| 12/17/19 | HDB | 206 | Revise and sign-off to file Amended Notice of Presentment of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property. | .20 | 305.00 | 61.00 |
| 12/23/19 | HDB | 206 | Revise and sign off to file PBA's Motion for Entry of Order Enlarging the Time Within Which to File Notices of Removal. | .30 | 305.00 | 91.50 |
| 12/23/19 | DJP | 206 | Analyze the Notice of Filing of PBA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 12/23/19 | DJP | 206 | Analyze the PBA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 12/23/19 | DJP | 206 | File the PBA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  370777                                                                                    January 8, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/23/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the PBA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027. | .10 | 190.00 | 19.00 |
| 12/23/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the PBA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES                                      $ 422.50

Less Discount                                                                  $ -42.25

NET PROFESSIONAL SERVICES:                                       $ 380.25


### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | .70 | 305.00 | 213.50 |
| DANIEL J. PEREZ REFOJOS | 1.10 | 190.00 | 209.00 |
| **Total** | **1.80** | | **$ 422.50** |


**TOTAL THIS INVOICE**                                            **$ 380.25**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDING AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 19 BK 5523-LTS

---------------------------------------------------------------x

## COVER SHEET TO FIFTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDING AUTHORITY, FOR THE PERIOD OF JANUARY 1, 2020 THROUGH JANUARY 31, 2020

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | January 1, 2020 through January 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $1,090.35 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $1,090.35 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fifth monthly fee application in these cases.

{00747176; 1}

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for January 2020.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On April 7th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**PBA TITLE III**

**Summary of Legal Fees for the Period January 1 through January 31, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation | |
|---|---|---|---|---|---|---|
| Herman Bauer | Member | Litigation | $305.00 | 0.70 | $ | 213.50 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 3.60 | $ | 666.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 1.60 | $ | 304.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.20 | $ | 28.00 |
| | | | | | | |
| | Totals | | | 6.10 | $ | 1,211.50 |
| | | | | | | |
| | Less: 10% Courtesy discount | | | | $ | (121.15) |
| | | | | | | |
| SUMMARY OF LEGAL FEES | | | | | $ | 1,090.35 |

**PBA TITLE III**

**Summary of Disbursements for the Period January 1 through January 31, 2020**

| Description - Expenses | | | Amounts | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | Totals | | $ | - |
| SUMMARY OF DISBURSEMENTS | | | $ | - |

{00747176; 1}

### PBA TITLE III

### Summary of Legal Fees for the Period January 1 through January 31, 2020

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 206 | Documents Filed on Behalf of the Board | 2.30 | $ 517.50 |
| 212 | General Administration and Governance | 3.60 | $ 666.00 |
| 219 | Docketing | 0.20 | $ 28.00 |
| | | | $ 1,211.50 |
| | **Less: 10% Courtesy discount** | | $ (121.15) |
| | **TOTALS** | **6.10** | $ **1,090.35** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $981.32, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $981.32.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

{00747176; 1}

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

February 5, 2020

FOMB IN RE PBA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 5, 2020
FOMB IN RE PBA TITLE III
Bill #: 371155
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending January 31, 2020:

**Client.Matter: P1706 - 0**

**RE: GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 1,211.50 |
| Less Discount | $ -121.15 |
| Net Professional Services | $ 1,090.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,090.35** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1706 . 0**
**RE:  GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/02/20 | GMR | 212 | Draft Spanish version of the Bar Date Notice, Exhibit 1-A to the Bar Date Proposed Order. | 1.60 | 185.00 | 296.00 |
| 1/02/20 | GMR | 212 | Draft Spanish version of the Remainder Notice, Exhibit 1-B to the Bar Date Proposed Order. | 1.40 | 185.00 | 259.00 |
| 1/02/20 | GMR | 212 | Draft Spanish version of the Special Notice to Pension, Compensation and CBA Claimants, Exhibit 3 to the Bar Date Proposed Order. | .60 | 185.00 | 111.00 |
| 1/07/20 | HDB | 206 | Review Motion for Entry of an Eighth Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Under Which the Puerto Rico Public Buildings Authority is the Lessor Pursuant to Bankruptcy Code Section 365(d)(4). | .20 | 305.00 | 61.00 |
| 1/07/20 | HDB | 206 | Review Urgent Motion of the Puerto Rico Buildings Authority for an Order (1) Further Extending the Date to File Creditor Matrix and (2) Extending the Date to File Creditor List. | .20 | 305.00 | 61.00 |
| 1/07/20 | DJP | 206 | Analyze the urgent motion of the Puerto Rico Buildings Authority for an Order (1) further extending the date to file creditor matrix and (2) extending the date to file creditor list. | .40 | 190.00 | 76.00 |
| 1/07/20 | DJP | 206 | Analyze the proposed order to be filed together with the urgent motion of the Puerto Rico Buildings Authority for an Order (1) further extending the date to file creditor matrix and (2) extending the date to file creditor list. | .20 | 190.00 | 38.00 |
| 1/08/20 | MMB | 219 | Docket court notice received by email dated January 7, 2020, regarding order dkt. 27 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371155                                                                    February 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/16/20 | HDB | 206 | Revise and sign-off to file Certificate of No Objection Regarding Motion for Entry of Eight Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property under which the Puerto Rico Public Buildings Authority is the Lessor Pursuant to Bankruptcy Code Section 365(d)(4). | .10 | 305.00 | 30.50 |
| 1/17/20 | MMB | 219 | Docket court notice received by email dated January 16, 2020, regarding order dkt. 29 in case 19-05523, setting deadline to file creditor matrix, creditor list - H. Bauer, D. Pérez, G. Miranda. | .10 | 140.00 | 14.00 |
| 1/21/20 | HDB | 206 | Revise and sign off to file Certificate of No Objection Regarding PBA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Enlarging the Time Within Which to File Notices of Removal Pursuant To Bankruptcy Rule 9027. | .20 | 305.00 | 61.00 |
| 1/21/20 | DJP | 206 | Analyze the Certificate of No Objection Regarding PBA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Enlarging the Time Within Which to File Notices of Removal Pursuant To Bankruptcy Rule 9027, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 1/21/20 | DJP | 206 | Analyze proposed order to be field together with the Certificate of No Objection Regarding PBA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Enlarging the Time Within Which to File Notices of Removal Pursuant To Bankruptcy Rule 9027. | .20 | 190.00 | 38.00 |
| 1/21/20 | DJP | 206 | Call with P. Omorogbe to discuss filing of the Certificate of No Objection Regarding PBA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Enlarging the Time Within Which to File Notices of Removal Pursuant To Bankruptcy Rule 9027. | .10 | 190.00 | 19.00 |
| 1/21/20 | DJP | 206 | File the Certificate of No Objection Regarding PBA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Enlarging the Time Within Which to File Notices of Removal Pursuant To Bankruptcy Rule 9027, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371155

February 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/21/20 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Certificate of No Objection Regarding PBA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Enlarging the Time Within Which to File Notices of Removal Pursuant To Bankruptcy Rule 9027. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES $ 1,211.50

Less Discount $ -121.15

NET PROFESSIONAL SERVICES: $ 1,090.35

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | .70 | 305.00 | 213.50 |
| DANIEL J. PEREZ REFOJOS | 1.60 | 190.00 | 304.00 |
| GABRIEL MIRANDA RIVERA | 3.60 | 185.00 | 666.00 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **6.10** | | **$ 1,211.50** |

**TOTAL THIS INVOICE** $ 1,090.35

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE