# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:43 AM (AST)
Ended: 11:30 AM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**          DATE: July 29, 2020
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico *et al.*, Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Electric Power Authority,<br><br>Debtor | 3:17-BK-4780 (LTS)<br><br>PROMESA Title III<br>(Jointly Administered) |

3:17-BK-3283 (LTS)

Omnibus Hearing - July 29, 2020

| | |
|---|---|
| National Public Finance Guarantee Corporation *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> UBS Financial Services Inc. *et al.*, <br><br> Defendants | 3:19-AP-00422 (LTS) <br><br> in 3:17-BK-4780 (LTS) |

| | |
|---|---|
| Ambac Assurance Corporation, <br><br> Plaintiff <br><br> v. <br><br> Merrill Lynch, Pierce, Fenner & Smith Incorporated *et al.*, <br><br> Defendants | 3:20-AP-00047 (LTS) <br><br> in 3:17-BK-3283 (LTS) |

**Omnibus Hearing held.**

 **I. STATUS REPORTS**
  1. Report from the Oversight Board
  2. Report from AAFAF

 **II. MOTIONS TO REMAND**
  1. Plaintiffs' *Motion for Remand and Memorandum in Support Thereof*. [Adv. No. 19-422; ECF No. 31]
   ▪ Granted. Order to be issued.
  2. Plaintiff's *Motion for Remand and Memorandum in Support*. [Adv. No. 20-047; ECF No. 22]
   ▪ Granted. Order to be issued.

 **III. ADJOURNED MATTERS**

3:17-BK-3283 (LTS)
Omnibus Hearing - July 29, 2020

1. AAFAF's Objection to Claim of the United States Department of the Treasury/Internal Revenue Service. [Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]
2. Consul-Tech Caribe, Inc.'s Administrative Expense Motion. Consul-Tech Caribe, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim. [Case No. 17-3283, ECF No. 9845]
3. Debtor's Rule 9019 Motion for Order Allowing PRIFA BANs Guarantee Claim. [Case No. 17-3283, ECF No. 12519]
4. Atlantic Medical Center, Inc. et al.'s Motion to Enforce Court's Prior Order and for Relief from Automatic Stay. [Case No. 17-3283, ECF No. 12918]
5. PREPA's Motion to Reject Certain Power Purchase and Operating Agreements. [Case No. 17-3283, ECF No. 13579; Case No. 17-4780, ECF No. 2050]
6. Salud Integral en la Montaña et al.'s Motion for Allowance and Payment of an Administrative Expense Claim or, in the Alternative, Relief from Automatic Stay. [Case No. 17-3283, ECF No. 13582]
7. PREPA's Motion to Allow Administrative Expense Claim. [Case No. 17-3283, ECF No. 13583; Case No. 17-4780, ECF No. 2053]
8. Debtors' Omnibus Objections to Claims. [Case No. 17-3283, ECF No. 13702]
9. Gladys García-Rubiera et. al.'s Motion Requesting Relief of Stay under 362(d)(1) of the Bankruptcy Code. [Case No. 17-3283, ECF No. 2434]
10. Scheduling Conference. [Sciemus Ltd. v. PREPA; Adv. No. 19-369]

        s/Carmen Tacoronte
        Carmen Tacoronte
        Courtroom Deputy