## ANEXO A

**Relación de reclamaciones objeto de la Ducentésima vigésima tercera objeción global**

Ducentésima Vigésima Tercera Objeción Global

Anexo A: Reclamos de Bonos de Deudores Incorrectos

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | BUSIGO CIFRE, DONALD<br>HC 8 BOX 2551<br>SABANA GRANDE, PR 00637 | 31084^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $200,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $175,000.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $25,000.00 |
| | | | | | | Subtotal | | $200,000.00 |

Base para: El reclamante identifica como deudor al Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres de los bonos en disputa o la información del CUSIP señalan que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico.

^ El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | EDELSTEIN, HANNA<br>9425 CLUBLANDS DRIVE<br>JOHNS CREEK, GA 30022 | 3667^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $52,701.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $25,016.00* |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $27,685.00* |
| | | | | | | Subtotal | | $52,701.00* |

Base para: El reclamante identifica como deudor al Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres de los bonos en disputa o la información del CUSIP señalan que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico.

^ El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Sexta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | LLOMPART, SUCESION JUAN<br>EXT VILLA CAPARRA<br>D22 CALLE ROMA<br>GUAYNABO, PR 00969 | 36761 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $330,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $100,000.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $230,000.00 |
| | | | | | | Subtotal | | $330,000.00 |

Base para: El reclamante identifica como deudor al Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres de los bonos en disputa o la información del CUSIP señalan que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 4 | MARIA ANTONUCCI, SHIRLEY<br>1172 VIA DELLA COSTRELLA<br>HENDERSON, NV 89011 | 172971^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $195,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $50,000.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $145,000.00 |
| | | | | | | Subtotal | | $195,000.00 |

Base para: El reclamante identifica como deudor al Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres de los bonos en disputa o la información del CUSIP señalan que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico.

^ El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global

* Indica que la reclamación contiene montos por liquidar o indeterminados

Ducentésima Vigésima Tercera Objeción Global
Anexo A: Reclamos de Bonos de Deudores Incorrectos

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 5 | MORET RIVERA, ADALBERTO E. 88 CALLE COLON AGUADA, PR 00602 | 16866^ | El Estado Libre Asociado de Puerto Rico | Garantizada | $358,133.29 | Autoridad de Energía Eléctrica de Puerto Rico | Garantizada | $46,564.25 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | Garantizada | $311,569.04 |
| | | | | | | Subtotal | | $358,133.29 |

Base para: El reclamante identifica como deudor al Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres de los bonos en disputa o la información del CUSIP señalan que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico.

^ El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Sexta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Trigésima Objeción Global

| | TOTAL | $ 1,135,834.29* | TOTAL | $ 1,135,834.29* |
|---|---|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados