# **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima vigésima cuarta objeción global**

Ducentésima Vigésima Cuarta Objeción Global
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | ANDREW P. DAVIS & JESSICA G. DAVIS, TRUSTEES V/A 8/18/15: ANDREW P. DAVIS 2015 GRAT 1<br>333 WEST END AVE (#4B)<br>NEW YORK, NY 10023 | 3046^ | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $170,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $160,000.00* |
| | | | | Subtotal | $170,000.00* | | Subtotal | $160,000.00* |

Base para: En la Evidencia de Reclamo se pretende recuperar montos respecto de los cuales el Estado Libre Asociado no está obligado a pagar, pues se reclaman derechos sobre una o más obligaciones asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental (AFICA), que no es un Deudor al amparo del Título III.

^ El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | EDWARD F. AUL, JR. & MARGARET A. DEUTSCH (JT TEN)<br>2407 HONEYSUCKLE ROAD<br>CHAPEL HILL, NC 27514 | 29343^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $260,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $235,000.00 |

Base para: En la Evidencia de Reclamo se pretende recuperar montos respecto de los cuales el Estado Libre Asociado no está obligado a pagar, pues se reclaman derechos sobre una o más obligaciones asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental (AFICA), que no es un Deudor al amparo del Título III.

^ El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | ESTATE OF CARLOS A. QUILICHINI ROIG<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 23840^ | El Estado Libre Asociado de Puerto Rico | Garantizada | $365,572.78 | El Estado Libre Asociado de Puerto Rico | Garantizada | $362,940.00 |

Base para: En la Evidencia de Reclamo se pretende recuperar montos respecto de los cuales el Estado Libre Asociado no está obligado a pagar, pues se reclaman derechos sobre una o más obligaciones asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental (AFICA), que no es un Deudor al amparo del Título III.

^ El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Séptima Objeción Global

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 4 | JESSICA G. DAVIS & ANDREW P. DAVIS, TRUSTEES U/A 8/18/15: JESSICA G. DAVIS 2015 GRAT 1<br>333 WEST END AVE (#4B)<br>NEW YORK, NY 10023 | 6447^ | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $170,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $155,000.00* |
| | | | | Subtotal | $170,000.00* | | Subtotal | $155,000.00* |

Base para: En la Evidencia de Reclamo se pretende recuperar montos respecto de los cuales el Estado Libre Asociado no está obligado a pagar, pues se reclaman derechos sobre una o más obligaciones asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental (AFICA), que no es un Deudor al amparo del Título III.

^ El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global

* Indica que la reclamación contiene montos por liquidar o indeterminados

Ducentésima Vigésima Cuarta Objeción Global
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 5 | NOVO PORTO LLC<br>342 CALLE SAN LUIS, STE 201<br>SAN JUAN, PR 00920 | 1992^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $375,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $335,000.00 |

Base para: En la Evidencia de Reclamo se pretende recuperar montos respecto de los cuales el Estado Libre Asociado no está obligado a pagar, pues se reclaman derechos sobre una o más obligaciones asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental (AFICA), que no es un Deudor al amparo del Título III.

^ El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Séptima Objeción Global

| | TOTAL | | | | $ 1,340,572.78* | TOTAL | | $ 1,247,940.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados