# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima vigésima quinta objeción global**

Ducentésima Vigésima Quinta Objeción Global
Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | ANDREW P. DAVIS & JESSICA G. DAVIS, TRUSTEES V/A 8/18/15: ANDREW P. DAVIS 2015 GRAT 1 333 WEST END AVE (#4B) NEW YORK, NY 10023 | 3046^ | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* |
| | | | | No Garantizada | $160,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $95,000.00* |
| | | | | Subtotal | $160,000.00* | | Subtotal | $95,000.00* |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Cuarta Objeción Global

| 2 | CAMARA WEINRICH , EUGENE URB BUENA VISTA ALOIA ST #1433 PONCE, PR 00717 | 11330^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $530,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $150,000.00 |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Asimismo, el reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por el ERS, que es un duplicado de la evidencia de reclamo maestra presentada por el fideicomisario de esos bonos, en el caso del Estado Libre Asociado. El reclamante también invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Sexta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global

| 3 | CHINEA BONILA, EUGENIO URB. PINERO CALLE ALHAMBRA #109 SAN JUAN, PR 00917-3129 | 12827^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,150,939.91 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $683,841.27 |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamante también invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamante también invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Distrito del Centro de Convenciones de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamante también pretende invocar una obligación asociada a uno o más bonos emitidos por la Universidad de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Asimismo, el reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Séptima Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global

* Indica que la reclamación contiene montos por liquidar o indeterminados

Ducentésima Vigésima Quinta Objeción Global
Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 4 | CINTRON VILLARONGA, JOSE R<br>605 CONDADO, STE 602<br>SANTURCE, PR 00907 | 121884^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $255,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $90,000.00 |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Asimismo, el reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por el ERS, que es un duplicado de la evidencia de reclamo maestra presentada por el fideicomisario de esos bonos, en el caso del Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Séptima Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 5 | DHEIN, IRENE A<br>940 POLK LANE<br>CLEVELAND, WI 53015 | 5850^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $51,262.90 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $46,012.90 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 6 | EDWARD F. AUL, JR. & MARGARET A. DEUTSCH (JT TEN)<br>2407 HONEYSUCKLE ROAD<br>CHAPEL HILL, NC 27514 | 29343^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $235,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $200,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Cuarta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 7 | ESTATE OF CARLOS A. QUILICHINI ROIG<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 23840^ | El Estado Libre Asociado de Puerto Rico | Garantizada | $362,940.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $212,934.75 |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Asimismo, el reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Cuarta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Séptima Objeción Global

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Ducentésima Vigésima Quinta Objeción Global
## Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 8 | GOLDSTEIN, SYLVIA<br>8 EAST NORMANDY DRIVE<br>WEST HARTFORD, CT 06107 | 10954 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,290,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $990,000.00 |

Base para: El reclamante pretende invocar una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 9 | GONZALEZ MORALES, SANTOS<br>COOPERATIVA DE AHORRO Y CREDITO CUPEY ALTO<br>RR 17<br>BOX 11100<br>SAN JUAN, PR 00926-9483 | 59428 | El Estado Libre Asociado de Puerto Rico | Garantizada | $1,200,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $200,000.00 |

Base para: El reclamante pretende invocar una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 10 | JESSICA G. DAVIS & ANDREW P. DAVIS, TRUSTEES U/A 8/18/15: JESSICA G. DAVIS 2015 GRAT 1<br>333 WEST END AVE #4B)<br>NEW YORK, NY 10023 | 6447^ | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* |
| | | | | No Garantizada | $155,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $75,000.00* |
| | | | | Subtotal | $155,000.00* | | Subtotal | $75,000.00* |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Cuarta Objeción Global

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 11 | MARIA ANTONUCCI, SHIRLEY<br>1172 VIA DELLA COSTRELLA<br>HENDERSON, NV 89011 | 172971^ | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $50,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $50,000.00 |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $145,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $75,000.00 |
| | | | | Subtotal | $195,000.00 | | Subtotal | $125,000.00 |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Reclamos de Bonos de Deudores Incorrectos" de la Ducentésima Vigésima Tercera Objeción Global

---

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Ducentésima Vigésima Quinta Objeción Global

Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 12 | MORET RIVERA, ADALBERTO E. 88 CALLE COLON AGUADA, PR 00602 | 16866^ | Autoridad de Energía Eléctrica de Puerto Rico | Garantizada | $46,564.25 | Autoridad de Energía Eléctrica de Puerto Rico | Garantizada | $46,564.25 |
| | | | El Estado Libre Asociado de Puerto Rico | Garantizada | $311,569.04 | El Estado Libre Asociado de Puerto Rico | Garantizada | $304,278.86 |
| | | | | Subtotal | $358,133.29 | | Subtotal | $350,843.11 |

Base para: El reclamante invoca la responsabilidad asociada con uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que es un duplicado de una o más evidencias maestras de reclamos presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Reclamos de Bonos de Deudores Incorrectos" de la Ducentésima Vigésima Tercera Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Sexta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Trigésima Objeción Global

| 13 | NOVO PORTO LLC 342 CALLE SAN LUIS, STE 201 SAN JUAN, PR 00920 | 1992^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $335,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $35,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Cuarta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Séptima Objeción Global

| 14 | OCASIO-ESTEBAN, RAFAEL 185 CANDELERO DR. APT 613 HUMACAO, PR 00791 | 32623^ | El Estado Libre Asociado de Puerto Rico | Garantizada | $98,248.35 | El Estado Libre Asociado de Puerto Rico | Garantizada | $90,368.33 |

Base para: El reclamante pretende invocar una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Sexta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Trigésima Objeción Global

| 15 | SNYDER DE LA VEGA, ERIC COND LAS OLAS 1503 AVE ASHFORD APT15 A SAN JUAN, PR 00911-1136 | 13363 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 |

Base para: El reclamante pretende invocar una obligación asociada a uno o más bonos emitidos por la Autoridad de Carreteras y Transportación (ACT), que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Ducentésima Vigésima Quinta Objeción Global
Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 16 | STILLMAN, ROBERT<br>RAFAEL OJEDA-DIEZ ESQ.<br>PO BOX 9023392<br>SAN JUAN, PR 00902-3392 | 23486 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,335,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $75,000.00 |
| | Base para: El reclamante pretende invocar una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado. | | | | | | | |
| 17 | VAZQUEZ OLIVENCIA, WILFREDO<br>2225 PONCE BYPASS #909<br>PONCE, PR 00717 | 19767^ | El Estado Libre Asociado de Puerto Rico | Garantizada | $85,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $55,000.00 |
| | Base para: El reclamante pretende invocar una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. | | | | | | | |
| | ^ El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global | | | | | | | |
| 18 | WILLIAM SHAKIN IRREVOCABLE TRUST<br>JEFFERY L SHAKIN<br>9 TATEM WAY<br>OLD WESTBURY, NY 11568 | 8472^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $627,490.47 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $606,843.76 |
| | Base para: El reclamante pretende invocar una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. | | | | | | | |
| | ^ El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global | | | | | | | |
| | | | TOTAL | | $ 8,427,450.67* | TOTAL | | $ 4,044,279.87* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados