# **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima vigésima sexta objeción global**

Ducentésima Vigésima Sexta Objeción Global

Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | CAMARA WEINRICH , EUGENE<br>URB BUENA VISTA ALOIA ST #1433<br>PONCE, PR 00717 | 11330^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $150,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $80,000.00 |

Base para: El reclamo pretende invocar una responsabilidad basada en la presunta propiedad de los Bonos de la Cooperación del Fondo de Interés Apremiante (COFINA) y, por tanto, pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Conciliación y (2) se liquidaron y cancelaron de conformidad con el Plan y la Orden de Confirmación Enmendada.

^ El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | EDELSTEIN, HANNA<br>9425 CLUBLANDS DRIVE<br>JOHNS CREEK, GA 30022 | 3667^ | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $25,016.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $25,016.00* |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $27,685.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $19,954.00* |
| | | | | Subtotal | $52,701.00* | | Subtotal | $44,970.00* |

Base para: El reclamo pretende invocar una responsabilidad basada en la presunta propiedad de los Bonos de la Cooperación del Fondo de Interés Apremiante (COFINA) y, por tanto, pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Conciliación y (2) se liquidaron y cancelaron de conformidad con el Plan y la Orden de Confirmación Enmendada.

^ El reclamo también aparece en el "Anexo A: Reclamos de Bonos de Deudores Incorrectos" de la Ducentésima Vigésima Tercera Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | MORET RIVERA, ADALBERTO E.<br>88 CALLE COLON<br>AGUADA, PR 00602 | 16866^ | Autoridad de Energía Eléctrica de Puerto Rico | Garantizada | $46,564.25 | Autoridad de Energía Eléctrica de Puerto Rico | Garantizada | $46,564.25 |
| | | | El Estado Libre Asociado de Puerto Rico | Garantizada | $304,278.86 | El Estado Libre Asociado de Puerto Rico | Garantizada | $233,028.86 |
| | | | | Subtotal | $350,843.11 | | Subtotal | $279,593.11 |

Base para: El reclamo pretende invocar una responsabilidad basada en la presunta propiedad de los Bonos de la Cooperación del Fondo de Interés Apremiante (COFINA) y, por tanto, pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Conciliación y (2) se liquidaron y cancelaron de conformidad con el Plan y la Orden de Confirmación Enmendada.

^ El reclamo también aparece en el "Anexo A: Reclamos de Bonos de Deudores Incorrectos" de la Ducentésima Vigésima Tercera Objeción Global
El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Trigésima Objeción Global

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Ducentésima Vigésima Sexta Objeción Global

Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 4 | OCASIO-ESTEBAN, RAFAEL<br>185 CANDELERO DR. APT 613<br>HUMACAO, PR 00791 | 32623^ | El Estado Libre Asociado de Puerto Rico | Garantizada | $90,368.33 | El Estado Libre Asociado de Puerto Rico | Garantizada | $89,741.78 |

Base para: El reclamo pretende invocar una responsabilidad basada en la presunta propiedad de los Bonos de la Cooperación del Fondo de Interés Apremiante (COFINA) y, por tanto, pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Conciliación y (2) se liquidaron y cancelaron de conformidad con el Plan y la Orden de Confirmación Enmendada.

^ El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Trigésima Objeción Global

| | | | | TOTAL | $ 572,332.19* | TOTAL | | $ 422,724.64* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados