# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima vigésima séptima objeción global**

Ducentésima Vigésima Séptima Objeción Global
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | CHINEA BONILA, EUGENIO<br>URB. PINERO<br>CALLE ALHAMBRA #109<br>SAN JUAN, PR 00917-3129 | 12827^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $683,841.27 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $198,536.07 |

Base para: El reclamante formula la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento (BGF) sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones.

^ El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global

| 2 | CINTRON VILLARONGA, JOSE R<br>605 CONDADO, STE 602<br>SANTURCE, PR 00907 | 121884^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $90,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $45,000.00 |

Base para: El reclamante formula la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento (BGF) sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones.

^ El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global

| 3 | ESTATE OF CARLOS A. QUILICHINI ROIG<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 23840^ | El Estado Libre Asociado de Puerto Rico | Garantizada | $212,934.75 | El Estado Libre Asociado de Puerto Rico | Garantizada | $20,000.00 |

Base para: El reclamante invoca una obligación con base en la presunta titularidad de Bonos del Banco Gubernamental de Fomento (BGF) sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF, razón por la cual el Estado Libre Asociado ha dejado de tener obligación alguna por estos reclamos. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Cuarta Objeción Global
El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global

| 4 | NOVO PORTO LLC<br>342 CALLE SAN LUIS, STE 201<br>SAN JUAN, PR 00920 | 1992^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $35,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $25,000.00 |

Base para: El reclamante invoca una obligación con base en la presunta titularidad de Bonos del Banco Gubernamental de Fomento (BGF) sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF, razón por la cual el Estado Libre Asociado ha dejado de tener obligación alguna por estos reclamos. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Cuarta Objeción Global
El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global

## Ducentésima Vigésima Séptima Objeción Global
### Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 5 | SANTOS MULERO SIERRA AND ELIZABETH GONZALEZ SANTOS MULERO SIERRA PO BOX 1143 JUNCOS, PR 00777 | 8765 | El Estado Libre Asociado de Puerto Rico | Garantizada | $325,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $210,000.00 |

Base para: El reclamante invoca una obligación con base en la presunta titularidad de Bonos del Banco Gubernamental de Fomento (BGF) sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF, razón por la cual el Estado Libre Asociado ha dejado de tener obligación alguna por estos reclamos. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

| | | TOTAL | | | $ 1,346,776.02 | TOTAL | | $ 498,536.07 |