# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima vigésima octava objeción global**

Ducentésima Vigésima Octava Objeción Global
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | BONNIN, JOSE M<br>2815 EL MONTE ST.<br>URB. EL MONTE<br>PONCE, PR 00717-1308 | 24844 | El Estado Libre Asociado de Puerto Rico | Garantizada | $265,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $70,000.00 |

Base para: En la Evidencia de Reclamo se pretende recuperar montos respecto de los cuales el Estado Libre Asociado no tiene obligación de pagar, pues se reclaman derechos sobre una o más obligaciones cuyos pagos los titulares de los bonos han estado recibiendo en su totalidad y están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | BOONIN, JOSE M.<br>2815 EL MONTE STREET URB. EL MONTE<br>PONCE, PR 00716-4837 | 34490 | El Estado Libre Asociado de Puerto Rico | Garantizada | $900,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $450,000.00 |

Base para: En la Evidencia de Reclamo se pretende recuperar montos respecto de los cuales el Estado Libre Asociado no tiene obligación de pagar, pues se reclaman derechos sobre una o más obligaciones cuyos pagos los titulares de los bonos han estado recibiendo en su totalidad y están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | BUONO ALBARRAN, IVELISSE<br>PO BOX 7293<br>PONCE, PR 00732-7293 | 15581 | El Estado Libre Asociado de Puerto Rico | Garantizada | $3,875,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $3,825,000.00 |

Base para: En la Evidencia de Reclamo se pretende recuperar montos respecto de los cuales el Estado Libre Asociado no tiene obligación de pagar, pues se reclaman derechos sobre una o más obligaciones cuyos pagos los titulares de los bonos han estado recibiendo en su totalidad y están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 4 | BUSIGO CIFRE, DONALD<br>HC 8 BOX 2551<br>SABANA GRANDE, PR 00637 | 31084^ | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $175,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $175,000.00 |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $25,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $0.00 |
| | | | | Subtotal | $200,000.00 | | Subtotal | $175,000.00 |

Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III.

^ El reclamo también aparece en el "Anexo A: Reclamos de Bonos de Deudores Incorrectos" de la Ducentésima Vigésima Tercera Objeción Global

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 5 | CAMARA WEINRICH, EUGENE<br>URB BUENA VISTA ALOIA ST #1433<br>PONCE, PR 00717 | 11330^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $80,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $65,000.00 |

Base para: En la Evidencia de Reclamo se pretende recuperar montos respecto de los cuales el Estado Libre Asociado no está obligado a pagar, pues se reclaman derechos sobre una o más obligaciones cuyos pagos los titulares de los bonos han estado recibiendo en su totalidad. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Sexta Objeción Global

* Indica que la reclamación contiene montos por liquidar o indeterminados

Ducentésima Vigésima Octava Objeción Global
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 6 | CHINEA BONILA, EUGENIO<br>URB. PINERO<br>CALLE ALHAMBRA #109<br>SAN JUAN, PR 00917-3129 | 12827^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $198,536.07 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $152,859.07 |

Base para: En la Evidencia de Reclamo se pretende recuperar montos respecto de los cuales el Estado Libre Asociado no tiene obligación de pagar, pues se reclaman derechos sobre una o más obligaciones cuyos pagos los titulares de los bonos han estado recibiendo en su totalidad y están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Séptima Objeción Global

| 7 | CINTRON VILLARONGA, JOSE R<br>605 CONDADO, STE 602<br>SANTURCE, PR 00907 | 121884^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $45,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $40,000.00 |

Base para: En la Evidencia de Reclamo se pretende recuperar montos respecto de los cuales el Estado Libre Asociado no está obligado a pagar, pues se reclaman derechos sobre una o más obligaciones cuyos pagos los titulares de los bonos han estado recibiendo en su totalidad. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Séptima Objeción Global

| 8 | DHEIN, IRENE A<br>940 POLK LANE<br>CLEVELAND, WI 53015 | 5850^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $46,012.90 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $36,012.90 |

Base para: En la Evidencia de Reclamo se pretende recuperar montos respecto de los cuales el Estado Libre Asociado no tiene obligación de pagar, pues se reclaman derechos sobre una o más obligaciones cuyos pagos los titulares de los bonos han estado recibiendo en su totalidad y están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global

| 9 | DSP PROPERTIES PARTNERSHIP<br>6345 SMITH RD<br>BELLVILLE, TX 77418-8304 | 6545 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $26,334.13 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $21,074.95 |

Base para: En la Evidencia de Reclamo se pretende recuperar montos respecto de los cuales el Estado Libre Asociado no tiene obligación de pagar, pues se reclaman derechos sobre una o más obligaciones cuyos pagos los titulares de los bonos han estado recibiendo en su totalidad y están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Ducentésima Vigésima Octava Objeción Global
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 10 | EDELSTEIN, HANNA<br>9425 CLUBLANDS DRIVE<br>JOHNS CREEK, GA 30022 | 3667^ | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $25,016.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $25,016.00* |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $19,954.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $18,579.00* |
| | | | | Subtotal | $44,970.00* | | Subtotal | $43,595.00* |

Base para: En la Evidencia de Reclamo se pretende recuperar montos respecto de los cuales el Estado Libre Asociado no tiene obligación de pagar, pues se reclaman derechos sobre una o más obligaciones cuyos pagos los titulares de los bonos han estado recibiendo en su totalidad y están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Reclamos de Bonos de Deudores Incorrectos" de la Ducentésima Vigésima Tercera Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Sexta Objeción Global

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 11 | EDWARD F. AUL, JR. & MARGARET A. DEUTSCH (JT TEN)<br>2407 HONEYSUCKLE ROAD<br>CHAPEL HILL, NC 27514 | 29343^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $200,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $100,000.00 |

Base para: En la Evidencia de Reclamo se pretende recuperar montos respecto de los cuales el Estado Libre Asociado no tiene obligación de pagar, pues se reclaman derechos sobre una o más obligaciones cuyos pagos los titulares de los bonos han estado recibiendo en su totalidad y están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Cuarta Objeción Global
El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 12 | MARIA DAVILA, CARMEN<br>PO BOX 801221<br>COTO LAUREL, PR 00780-1221 | 23760 | El Estado Libre Asociado de Puerto Rico | Garantizada | $95,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $25,000.00 |

Base para: En la Evidencia de Reclamo se pretende recuperar montos respecto de los cuales el Estado Libre Asociado no está obligado a pagar, pues se reclaman derechos sobre una o más obligaciones ya vencidas, cuyos pagos los titulares de los bonos han recibido en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 13 | MARISTANY, JOSEFINA<br>P.O. BOX 330185<br>PONCE, PR 00733 | 26835 | El Estado Libre Asociado de Puerto Rico | Garantizada | $1,170,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $1,090,000.00 |

Base para: En la Evidencia de Reclamo se pretende recuperar montos respecto de los cuales el Estado Libre Asociado no tiene obligación de pagar, pues se reclaman derechos sobre una o más obligaciones cuyos pagos los titulares de los bonos han estado recibiendo en su totalidad y están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 14 | MORET RIVERA, ADALBERTO E.<br>88 CALLE COLON<br>AGUADA, PR 00602 | 16866^ | Autoridad de Energía Eléctrica de Puerto Rico | Garantizada | $46,564.25 | Autoridad de Energía Eléctrica de Puerto Rico | Garantizada | $46,564.25 |
| | | | El Estado Libre Asociado de Puerto Rico | Garantizada | $233,028.86 | El Estado Libre Asociado de Puerto Rico | Garantizada | $227,873.61 |
| | | | | Subtotal | $279,593.11 | | Subtotal | $274,437.86 |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Ducentésima Vigésima Octava Objeción Global
### Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 15 | OCASIO-ESTEBAN, RAFAEL<br>185 CANDELERO DR. APT 613<br>HUMACAO, PR 00791 | 32623^ | El Estado Libre Asociado de Puerto Rico | Garantizada | $89,741.78 | El Estado Libre Asociado de Puerto Rico | Garantizada | $84,460.30 |

Base para: La Evidencia de Reclamo pretende recuperar montos respecto de los cuales el Estado Libre Asociado no es responsable, pues reclama intereses sobre una o más obligaciones cuyos pagos los titulares de bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III.

^ El reclamo también aparece en el "Anexo A: Reclamos de Bonos de Deudores Incorrectos" de la Ducentésima Vigésima Tercera Objeción Global
El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Sexta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Trigésima Objeción Global

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 16 | OLSEN, JAMES E.<br>PILAR OLSEN MARISTANY EXECUTRIX OF JAMES' OLSEN ESTATE<br>8169 CALLE CONCORDIA STE. 404<br>PONCE, PR 00717 | 20652 | El Estado Libre Asociado de Puerto Rico | Garantizada | $20,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $5,000.00 |

Base para: En la Evidencia de Reclamo se pretende recuperar montos respecto de los cuales el Estado Libre Asociado no está obligado a pagar, pues se reclaman derechos sobre una o más obligaciones cuyos pagos los titulares de los bonos han estado recibiendo en su totalidad.

^ El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Sexta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Trigésima Objeción Global

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 17 | PATTI, ANTHONY<br>1108 LAKEFIELD WALK<br>MARIETTA, GA 30064 | 1999 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $49,560.09 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $11,337.45 |

Base para: En la Evidencia de Reclamo se pretende recuperar montos respecto de los cuales el Estado Libre Asociado no tiene obligación de pagar, pues se reclaman derechos sobre una o más obligaciones cuyos pagos los titulares de los bonos han estado recibiendo en su totalidad y están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 18 | ROVIRA, GILDA P.<br>URB. EL MONDE. CALLE CUMBRE 3647<br>PONCE, PR 00716 | 119618 | El Estado Libre Asociado de Puerto Rico | Garantizada | $45,000.00* | El Estado Libre Asociado de Puerto Rico | Garantizada | $15,000.00* |

Base para: En la Evidencia de Reclamo se pretende recuperar montos respecto de los cuales el Estado Libre Asociado no tiene obligación de pagar, pues se reclaman derechos sobre una o más obligaciones cuyos pagos los titulares de los bonos han estado recibiendo en su totalidad y están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 19 | VAZQUEZ OLIVENCIA, WILFREDO<br>2225 PONCE BYPASS #909<br>PONCE, PR 00717 | 19767^ | El Estado Libre Asociado de Puerto Rico | Garantizada | $55,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $15,000.00 |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Ducentésima Vigésima Octava Objeción Global
Anexo A: Titulares de bonos sin responsabilidad

| NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|
| | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 20 WILLIAM SHAKIN IRREVOCABLE TRUST<br>JEFFERY L SHAKIN<br>9 TATEM WAY<br>OLD WESTBURY, NY 11568 | 8472^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $606,843.76 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $591,356.41 |

Base para: En la Evidencia de Reclamo se pretende recuperar montos respecto de los cuales el Estado Libre Asociado no tiene obligación de pagar, pues se reclaman derechos sobre una o más obligaciones cuyos pagos los titulares de los bonos han estado recibiendo en su totalidad y están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global

| | | TOTAL | | $ 8,245,027.59* | TOTAL | | $ 7,043,569.69* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados