# **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Twenty-Ninth Omnibus Objection**

TWO HUNDRED TWENTY-NINTH OMNIBUS OBJECTION

Exhibit A – Partially Satisfied / Partially No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ACCURATE CALIBRATION SERVICES<br>32 ELYCROFT AVENUE<br>ROCKAWAY, NJ 07866 | 3/5/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 930 | $9,300.00 | $8,614.50 | $685.50 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for the remaining amount because it was properly withheld in accordance with Act No. 48-2013 and Puerto Rico Internal Revenue Code Section 1143 as amended by Act No. 81 of June 10, 2002. | | | | | | | |
| 2 | ACLARA TECHNOLOGIES LLC<br>MCCONNELL VALDES LLC<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936-4225 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 27344 | $815,092.50 | $815,075.45 | $17.05 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for the remaining amount because it was properly withheld in accordance with Act No. 48-2013 and Puerto Rico Internal Revenue Code Section 1143 as amended by Act No. 81 of June 10, 2002. | | | | | | | |
| 3 | EST ELECTRICAL CONTRACTORS & ENGINEERS CORP<br>PO BOX 739<br>MERCEDITA, PR 00715 | 6/7/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 54129 | $189,543.50 | $188,934.60 | $608.90 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for the remaining amount because it was properly withheld in accordance with Act No. 48-2013. | | | | | | | |
| 4 | EST ELECTRICAL CONTRACTORS & ENGINEERS CORP.<br>PO BOX 739<br>MERCEDITA, PR 00715 | 6/7/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 49437 | $14,357.50 | $14,142.14 | $215.36 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for the remaining amount because it was properly withheld in accordance with Act No. 48-2013. | | | | | | | |
| 5 | EST ELECTRICAL CONTRACTORS & ENGINEERS CORP.<br>PO BOX 739<br>MERCEDITA, PR 00715 | 6/7/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 49449 | $37,971.00 | $37,401.43 | $569.57 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for the remaining amount because it was properly withheld in accordance with Act No. 48-2013. | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

TWO HUNDRED TWENTY-NINTH OMNIBUS OBJECTION

Exhibit A – Partially Satisfied / Partially No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | EST ELECTRICAL CONTRACTORS & ENGINEERS CORP.<br>PO BOX 739<br>MERCEDITA, PR 00715 | 6/7/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 49828 | $65,472.00* | $64,852.31 | $619.69 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for the remaining amount because it was properly withheld in accordance with Act No. 48-2013. | | | | | | | |
| 7 | SAAVEDRA CASTRO, PSC, BUFETE JUAN H.<br>PO BOX 9021782<br>SAN JUAN, PR 00902-1782 | 6/11/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 63602 | $16,143.75 | $3,187.41 | $12,956.34 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for the remaining amount because it was in part properly withheld in accordance with Act No. 48-2013 and Puerto Rico Internal Revenue Code Section 1143 as amended by Act No. 81 of June 10, 2002, and in part withheld because it arose from work performed by a subcontractor where the parties' contract specifically did not permit claimant to engage said subcontractor. | | | | | | | |
| 8 | TECHNICAL POWER SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 32805 | $38,809.00 | $38,498.50 | $310.50 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for the remaining amount because it was properly withheld in accordance with Act No. 48-2013 and Puerto Rico Internal Revenue Code Section 1143 as amended by Act No. 81 of June 10, 2002. | | | | | | | |
| 9 | VERTECH INC.<br>PO BOX 193009<br>SAN JUAN, PR 00919-3009 | 5/23/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 22965 | $103,057.48 | $101,670.63 | $1,386.85 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for the remaining amount because it was properly withheld in accordance with Act No. 48-2013. | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.