# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima vigésima novena objeción global**

## DUCENTÉSIMA VIGÉSIMA NOVENA OBJECIÓN COLECTIVA

### Anexo A: Parcialmente Resueltas / Parcialmente Sin Reclamaciones de Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA | MONTO RESUELTO | SIN MONTO DE RESPONSABILIDAD |
|---|---|---|---|---|---|---|---|---|
| 1 | ACCURATE CALIBRATION SERVICES<br>32 ELYCROFT AVENUE<br>ROCKAWAY, NJ  07866 | 3/5/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 930 | $9,300.00 | $8,614.50 | $685.50 |
| | Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por el monto restante debido a que fue apropiadamente retenido de acuerdo al Acta No. 48-2013 y el Código de Impuestos Internos de Puerto Rico Sección 1143 como ha sido emendado por el Acta No. 81 de Junio 10 del 2020. | | | | | | | |
| 2 | ACLARA TECHNOLOGIES LLC<br>MCCONNELL VALDES LLC<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR  00936-4225 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 27344 | $815,092.50 | $815,075.45 | $17.05 |
| | Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por el monto restante debido a que fue apropiadamente retenido de acuerdo al Acta No. 48-2013 y el Código de Impuestos Internos de Puerto Rico Sección 1143 como ha sido emendado por el Acta No. 81 de Junio 10 del 2020. | | | | | | | |
| 3 | EST ELECTRICAL CONTRACTORS & ENGINEERS CORP<br>PO BOX 739<br>MERCEDITA, PR  00715 | 6/7/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 54129 | $189,543.50 | $188,934.60 | $608.90 |
| | Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por el monto restante debido a que fue apropiadamente retenido de acuerdo al Acta No. 48-2013. | | | | | | | |
| 4 | EST ELECTRICAL CONTRACTORS & ENGINEERS CORP.<br>PO BOX 739<br>MERCEDITA, PR  00715 | 6/7/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 49437 | $14,357.50 | $14,142.14 | $215.36 |
| | Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por el monto restante debido a que fue apropiadamente retenido de acuerdo al Acta No. 48-2013. | | | | | | | |
| 5 | EST ELECTRICAL CONTRACTORS & ENGINEERS CORP.<br>PO BOX 739<br>MERCEDITA, PR  00715 | 6/7/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 49449 | $37,971.00 | $37,401.43 | $569.57 |
| | Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por el monto restante debido a que fue apropiadamente retenido de acuerdo al Acta No. 48-2013. | | | | | | | |
| 6 | EST ELECTRICAL CONTRACTORS & ENGINEERS CORP.<br>PO BOX 739<br>MERCEDITA, PR  00715 | 6/7/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 49828 | $65,472.00* | $64,852.31 | $619.69 |
| | Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por el monto restante debido a que fue apropiadamente retenido de acuerdo al Acta No. 48-2013. | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

## DUCENTÉSIMA VIGÉSIMA NOVENA OBJECIÓN COLECTIVA

Anexo A: Parcialmente Resueltas / Parcialmente Sin Reclamaciones de Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA | MONTO RESUELTO | SIN MONTO DE RESPONSABILIDAD |
|---|---|---|---|---|---|---|---|---|
| 7 | SAAVEDRA CASTRO, PSC, BUFETE JUAN H.<br>PO BOX 9021782<br>SAN JUAN, PR  00902-1782 | 6/11/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 63602 | $16,143.75 | $3,187.41 | $12,956.34 |
| | Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por el monto restante debido a que fue apropiadamente retenido de acuerdo al Acta No. 48-2013 y el Código de Impuestos Internos de Puerto Rico Sección 1143 como ha sido emendado por el Acta No. 81 de Junio 10 del 2020, y por parte, retenido porque surgió por trabajos realizados por un subcontratista donde el contracto de ambas partes específicamente no permitía al demandante contratar dicho subcontratista. ||||||||
| 8 | TECHNICAL POWER SERVICES<br>PO BOX 3826<br>GUAYNABO, PR  00970 | 5/24/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 32805 | $38,809.00 | $38,498.50 | $310.50 |
| | Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por el monto restante debido a que fue apropiadamente retenido de acuerdo al Acta No. 48-2013 y el Código de Impuestos Internos de Puerto Rico Sección 1143 como ha sido emendado por el Acta No. 81 de Junio 10 del 2020. ||||||||
| 9 | VERTECH INC.<br>PO BOX 193009<br>SAN JUAN, PR  00919-3009 | 5/23/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 22965 | $103,057.48 | $101,670.63 | $1,386.85 |
| | Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por el monto restante debido a que fue apropiadamente retenido de acuerdo al Acta No. 48-2013. ||||||||

\* - Indica que la reclamación contiene montos por liquidar o indeterminados