# **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Thirtieth Omnibus Objection**

Two Hundred and Thirtieth Omnibus Objection
Exhibit A - Bondholder No Liability

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | MORET RIVERA, ADALBERTO E. 88 CALLE COLON AGUADA, PR 00602 | 16866^ | Commonwealth of Puerto Rico | Secured | $227,873.61 | Commonwealth of Puerto Rico | Secured | $8,647.30 |
| | | | Puerto Rico Electric Power Authority | Secured | $46,564.25 | Puerto Rico Electric Power Authority | Secured | $46,564.25 |
| | | | | Subtotal | $274,437.86 | | Subtotal | $55,211.55 |

Reason: Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Incorrect Debtor Bond Claims" of the Two Hundred and Twenty-Third Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Sixth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | OCASIO-ESTEBAN, RAFAEL 185 CANDELERO DR. APT 613 HUMACAO, PR 00791 | 32623^ | Commonwealth of Puerto Rico | Secured | $84,460.30 | Commonwealth of Puerto Rico | Secured | $163.41 |

Reason: Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Sixth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | | | TOTAL | | $ 358,898.16 | TOTAL | | $ 55,374.96 |