# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima trigésima objeción global**

Ducentésima Trigésima Objeción Global

Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | MORET RIVERA, ADALBERTO E. 88 CALLE COLON AGUADA, PR 00602 | 16866^ | Autoridad de Energía Eléctrica de Puerto Rico | Garantizada | $46,564.25 | Autoridad de Energía Eléctrica de Puerto Rico | Garantizada | $46,564.25 |
| | | | El Estado Libre Asociado de Puerto Rico | Garantizada | $227,873.61 | El Estado Libre Asociado de Puerto Rico | Garantizada | $8,647.30 |
| | | | | Subtotal | $274,437.86 | | Subtotal | $55,211.55 |

Base para: El reclamante invoca inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Reclamos de Bonos de Deudores Incorrectos" de la Ducentésima Vigésima Tercera Objeción Global
El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Sexta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | OCASIO-ESTEBAN, RAFAEL 185 CANDELERO DR. APT 613 HUMACAO, PR 00791 | 32623^ | El Estado Libre Asociado de Puerto Rico | Garantizada | $84,460.30 | El Estado Libre Asociado de Puerto Rico | Garantizada | $163.41 |

Base para: El reclamante invoca inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Reclamaciones de bonos duplicadas" de la Ducentésima Vigésima Quinta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Sexta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global

| | | | | TOTAL | $ 358,898.16 | | TOTAL | $ 55,374.96 |