# **EXHIBIT A**

**Schedule of Claims Subject to Two Hundred Thirty-First Omnibus Objection**

## Two Hundred and Thirty-First Omnibus Objection
### Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ESTATE OF JOSE A. MENDEZ LOPEZ BIRD BIRD & HESTRES,P.S.C. ATTN: EUGENE F.HESTRES VELEZ, ESQ. P.O. BOX 9024040 SAN JUAN, PR 00902-4040 | 06/27/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 128999 | $ 954,752.00 | ESTATE OF JOSE A. MENDEZ LOPEZ P.O. BOX 9023472 SAN JUAN, PR 00902-3472 | 05/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 173980 | $ 954,752.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | FLORIDA HOSPITAL EAST ORLANDO C/O MAUREEN A. PATEMAN PO BOX 3068 ORLANDO, FL 32802-3068 | 05/01/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 8145 | $ 342,525.08 | FLORIDA HOSPITAL EAST ORLANDO C/O JOHN M. BRENNAN, JR. P.O. BOX 3068 ORLANDO, FL 32802 | 05/08/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 173900 | $ 375,325.47 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | GARCIA FIGUEROA, CARLOS RUBEN SECTOR MONTE CRISTO CARR 344 KM 0.6 INT HORMIGUEROS, PR 00660 | 05/22/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 17315 | $ 33,049.94 | GARCIA FIGUEROA, CARLOS RUBEN PO BOX 191 HORMIGUEROS, PR 00660 | 05/23/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 19354 | $ 33,049.94 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |