## ANEXO A

**Relación de reclamaciones objeto de la Ducentésima trigésima primera objeción global**

Ducentésima Trigésima Primera Objeción Global
Anexo A: Reclamos Modificados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | ESTATE OF JOSE A. MENDEZ LOPEZ<br>BIRD BIRD & HESTRES, P.S.C.<br>ATTN: EUGENE F. HESTRES VELEZ, ESQ.<br>P.O. BOX 9024040<br>SAN JUAN, PR 00902-4040 | 06/27/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 128999 | $ 954,752.00 | ESTATE OF JOSE A. MENDEZ LOPEZ<br>P.O. BOX 9023472<br>SAN JUAN, PR 00902-3472 | 05/15/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 173980 | $ 954,752.00 |
| | Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente. | | | | | | | | | |
| 2 | FLORIDA HOSPITAL EAST ORLANDO<br>C/O MAUREEN A. PATEMAN<br>PO BOX 3068<br>ORLANDO, FL 32802-3068 | 05/01/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 8145 | $ 342,525.08 | FLORIDA HOSPITAL EAST ORLANDO<br>C/O JOHN M. BRENNAN, JR.<br>P.O. BOX 3068<br>ORLANDO, FL 32802 | 05/08/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 173900 | $ 375,325.47 |
| | Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente. | | | | | | | | | |
| 3 | GARCIA FIGUEROA, CARLOS RUBEN<br>SECTOR MONTE CRISTO CARR 344 KM 0.6 INT<br>HORMIGUEROS, PR 00660 | 05/22/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 17315 | $ 33,049.94 | GARCIA FIGUEROA, CARLOS RUBEN<br>PO BOX 191<br>HORMIGUEROS, PR 00660 | 05/23/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 19354 | $ 33,049.94 |
| | Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente. | | | | | | | | | |