# EXHIBIT A

**Schedule of Claims Subject to the Two Hundred Thirty-Third Omnibus Objection**

## Two Hundred and Thirty-Third Omnibus Objection
### Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | HERNANDEZ MOLINA, IRIS L. P.O. BOX 1166 JAYUYA, PR 00664 | 06/20/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 44826 | $ 69,865.26 | HERNANDEZ MOLINA, IRIS L. P.O. BOX 1166 JAYUYA, PR 00664 | 06/19/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 47003 | $ 69,865.26 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 2 | MELENDEZ GONZALEZ, ALMA T. P.O. BOX 31170 SAN JUAN, PR 00929-2170 | 07/06/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 159837 | $ 104,500.00* | MELENDEZ GONZALEZ, ALMA T. P.O. BOX 31170 SAN JUAN, PR 00929-2170 | 07/06/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 160319 | $ 104,500.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 3 | MORALES RIVERA, AURA M. 1783 CARR 21 APT 802 SAN JUAN, PR 00921-3315 | 07/09/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 154518 | $ 76,223.39 | MORALES RIVERA, AURA M 1783 CARR 21 APT 802 SAN JUAN, PR 00921-3315 | 07/09/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 160323 | $ 76,223.39 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 4 | PADILLA MUNIZ, ZAIDA HC 37 BOX 3621 GUANICA, PR 00653 | 06/27/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 106010 | Undetermined* | PADILLA MUNIZ, ZAIDA HC-37 BOX 3621 GUANICA, PR 00653 | 06/27/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 129091 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 5 | PEREZ CORDERO, CARMEN M. PO BOX 1535 SANTA ISABEL, PR 00757 | 07/06/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 158766 | $ 75,000.00 | PEREZ CORDERO, CARMEN M. PO BOX 1535 SANTA ISABEL, PR 00757 | 07/06/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 159695 | $ 75,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 6 | RODRIGUEZ, ROSA M. CALLE VICTORIA BZN.116 SECTOR LAVADERO#1 HORMIGUEROS, PR 00660 | 05/23/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 17410 | $ 28,527.93 | RODRIGUEZ, ROSA M CALLE VICTORIA BZN.116 SECTOR LAVADERO#1 HORMIGUEROS, PR 00660 | 05/23/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 19254 | $ 28,527.93 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Two Hundred and Thirty-Third Omnibus Objection
### Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 7 | SEGARRA RIVERA, JORGE<br>PO BOX 931<br>PENUELAS, PR 00624 | 06/28/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 56976 | Undetermined* | RIVERA, JORGE SEGARRA<br>PO BOX 931<br>PENUELAS, PR 00624 | 06/28/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 66767 | Undetermined* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.