# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima trigésima tercera objeción global**

Ducentésima Trigésima Tercera Objeción Global
Anexo A - Reclamos duplicados exactos

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | HERNANDEZ MOLINA, IRIS L. P.O. BOX 1166 JAYUYA, PR 00664 | 06/20/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 44826 | $ 69,865.26 | HERNANDEZ MOLINA, IRIS L. P.O. BOX 1166 JAYUYA, PR 00664 | 06/19/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 47003 | $ 69,865.26 |
| | Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada. | | | | | | | | | |
| 2 | MELENDEZ GONZALEZ, ALMA T. P.O. BOX 31170 SAN JUAN, PR 00929-2170 | 07/06/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 159837 | $ 104,500.00* | MELENDEZ GONZALEZ, ALMA T. P.O. BOX 31170 SAN JUAN, PR 00929-2170 | 07/06/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 160319 | $ 104,500.00* |
| | Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada. | | | | | | | | | |
| 3 | MORALES RIVERA, AURA M. 1783 CARR 21 APT 802 SAN JUAN, PR 00921-3315 | 07/09/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 154518 | $ 76,223.39 | MORALES RIVERA, AURA M 1783 CARR 21 APT 802 SAN JUAN, PR 00921-3315 | 07/09/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 160323 | $ 76,223.39 |
| | Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada. | | | | | | | | | |
| 4 | PADILLA MUNIZ, ZAIDA HC 37 BOX 3621 GUANICA, PR 00653 | 06/27/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 106010 | Indeterminado* | PADILLA MUNIZ, ZAIDA HC-37 BOX 3621 GUANICA, PR 00653 | 06/27/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 129091 | Indeterminado* |
| | Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada. | | | | | | | | | |
| 5 | PEREZ CORDERO, CARMEN M. PO BOX 1535 SANTA ISABEL, PR 00757 | 07/06/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 158766 | $ 75,000.00 | PEREZ CORDERO, CARMEN M. PO BOX 1535 SANTA ISABEL, PR 00757 | 07/06/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 159695 | $ 75,000.00 |
| | Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Ducentésima Trigésima Tercera Objeción Global
### Anexo A - Reclamos duplicados exactos

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6 RODRIGUEZ, ROSA M. CALLE VICTORIA BZN.116 SECTOR LAVADERO#1 HORMIGUEROS, PR 00660 | 05/23/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 17410 | $ 28,527.93 | RODRIGUEZ, ROSA M CALLE VICTORIA BZN.116 SECTOR LAVADERO#1 HORMIGUEROS, PR 00660 | 05/23/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 19254 | $ 28,527.93 |

Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada.

| 7 SEGARRA RIVERA, JORGE PO BOX 931 PENUELAS, PR 00624 | 06/28/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 56976 | Indeterminado* | RIVERA, JORGE SEGARRA PO BOX 931 PENUELAS, PR 00624 | 06/28/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 66767 | Indeterminado* |

Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada.