# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima trigésima cuarta objeción global**

## Ducentésima Trigésima Cuarta Objeción Global
### Anexo A: Reclamos sin Fundamentos

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ACCEPTANCE INDEMNITY INSURANCE COMPANY<br>1314 DOUGLAS ST<br>OMAHA, NE 68102 | 4/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3538 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. | | | | | |
| 2 | AMERICAN MODERN HOME INSURANCE COMPANY<br>ATTN: KENNETH KUHN, VICE PRESIDENT<br>PO BOX 5323<br>CINCINNATI, OH 45201-5323 | 3/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3370 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. | | | | | |
| | | | | | TOTAL | Indeterminado* |