# **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Thirty-Fifth Omnibus Objection**

## Two Hundred and Thirty-Fifth Omnibus Objection
## Exhibit A - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | RIOS FERRER, WALESKA<br>URB BRISAS DEL MAR<br>B 39 CALLE 5<br>LUQUILLO, PR 00773 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 153806 | $ 71,000.00 |

Reason: The Claimant lists herself as a creditor of the Commonwealth and the amount of her claim as $71,000. She provides as supporting documentation a certificate evincing a mortgage loan secured by her salary and pension deductions. The provided information, however, clearly marks the Claimant as the mortgagor and as the party responsible for the repayment of the $71,000 loan. The Commonwealth objects to this claim on the grounds that it is not liable to the Claimant under the information provided.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | RODRIGUEZ RODRIGUEZ, MARIA DE J.<br>C/ PROGRESO 37<br>PONCE, PR 00730 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27591 | $ 18,600.00* |

Reason: Claimant has requested Claim asserted against the Debtors be cancelled.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | RODRIGUEZ RODRIGUEZ, MARIA DE J.<br>C/ PROGRESO 37<br>PONCE, PR 00730 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 37639 | $ 18,600.00 |

Reason: Claimant asserted he/she has no claim against the Debtors and asks the Debtors to cancel Claim.

| | | | | | TOTAL | $ 108,200.00* |
|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts