# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima trigésima quinta objeción global**

## Ducentésima Trigésima Quinta Objeción Global
### Anexo A: Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | RIOS FERRER, WALESKA<br>URB BRISAS DEL MAR<br>B 39 CALLE 5<br>LUQUILLO, PR 00773 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 153806 | $ 71,000.00 |
| | Base para: La reclamante se declara acreedora del Estado Libre Asociado y el monto de su reclamo asciende a $71.000.  Presenta, como documento de respaldo, un certificado en el cual consta un préstamo hipotecario garantizado con su salario y las deducciones jubilatorias.  Sin embargo, en la información proporcionada, la Reclamante está claramente designada como deudora hipotecaria y como la parte responsable de devolver el préstamo de $71.000.  El Estado Libre Asociado objeta este reclamo con la fundamentación de que no tiene obligaciones para con la Reclamante en función de la información suministrada. | | | | | |
| 2 | RODRIGUEZ RODRIGUEZ, MARIA  DE J.<br>C/ PROGRESO 37<br>PONCE, PR 00730 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27591 | $ 18,600.00* |
| | Base para: El reclamante ha solicitado la cancelación del reclamo formulado contra los Deudores. | | | | | |
| 3 | RODRIGUEZ RODRIGUEZ, MARIA DE J.<br>C/ PROGRESO 37<br>PONCE, PR 00730 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 37639 | $ 18,600.00 |
| | Base para: El/la reclamante declaró no tener ningún reclamo contra los Deudores y les solicita a estos que cancelen el reclamo. | | | | | |
| | | | | | TOTAL | $ 108,200.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados