# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima trigésima sexta objeción global**

## Ducentésima Trigésima Sexta Objeción Global
### Anexo A: Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | BANKRUPTCY ESTATE OF FIDDLER GONZALEZ AND RODRIGUEZ PSC<br>PMB 136<br>400 CALLE JUAN CALAF<br>SAN JUAN, PR 00918-1314 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 91824 | $ 49,322.34 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad para el Financiamiento de la Vivienda, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 2 | UNIVERSAL CARE CORPORATION<br>PO BOX 1051<br>SABANA SECA, PR 00952-1051 | 4/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6536 | $ 276,961.00 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y La Corporación del Centro Cardiovascular de Puerto Rico y del Caribe, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| | | | | | TOTAL | $ 326,283.34 |