## ANEXO A

**Relación de reclamaciones objeto de la Ducentésima trigésima séptima objeción global**

## Ducentésima Trigésima Séptima Objeción Global
### Anexo A: Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | CASTILLO-RIVERA, WILSON<br>147 URB PARAISO DE MAYAGUEZ<br>MAYAGUEZ, PR 00680 | 2618 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,891.54* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $2,891.54* |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere, recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 2 | COLON-HERNANDEZ, AIDA L<br>HC-02 BOX 9512<br>GUAYNABO, PR 00971 | 17846 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere, recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 3 | HERNANDEZ PEREZ, JORGE F.<br>PO BOX 143895<br>ARECIBO, PR 00614 | 16386 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,686.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $4,686.00* |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere, recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 4 | NIGAGLIONI MIGNUCCI, RUBEN T.<br>P.O BOX 9023865<br>SAN JUAN, PR 00902 | 36713 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $4,000.00 |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere, recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 5 | PEREZ PADIN, JOSE LUIS<br>HC-01 BOX 3370<br>CAMUY, PR 00627 | 295 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $15,000.00 |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere, recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 6 | RIVERA, ELDA ALBINO<br>QUINTAVALLE SUR<br>112 CALLE ACUARELLA APT 125<br>GUAYNABO, PR 00969-3588 | 15338 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $45,510.36* | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $45,510.36* |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,100.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $100.00* |
| | | | | Subtotal | $46,610.36* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,000.00* |
| | | | | | | | Subtotal | $46,610.36* |
| | Base para: El reclamante identifica como deudor al Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo, la documentación de respaldo indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Ducentésima Trigésima Séptima Objeción Global

Anexo A: Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 7 | SANCHEZ SERRANO, DALY C. JOSE A. GARCIA RODRIGUEZ APARTADO9831 SANTURCE STATION SANTURCE, PR 00908 | 23562 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,227.72* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $4,227.72* |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere, recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 8 | VAZQUEZ MARRERO , LINDA L. 5406 CHAMOIS DRIVE COLUMBIA, MO 65203 | 46479 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $4,000.00* |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere, recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| | | | TOTAL | | $ 81,415.62* | TOTAL | | $ 81,415.62* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados