# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima trigésima octava objeción global**

## Ducentésima Trigésima Octava Objeción Global
### Anexo A: Reclamos Pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | 65 INFANTERIA SHOPPING CENTER, LLC<br>P.O. BOX 195582<br>SAN JUAN, PR 00949 | 7/14/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25 | $ 123,102.00 |
| | Base para: En la Evidencia de Reclamo se invoca una obligación con base en las facturas n.° 1/2017, 2/2017, 3/2017, 4/2017, 5/2017, 6/2017 y 7/2017. En los registros del Departamento de la Familia, dichas facturas aparecen abonadas en su totalidad, conforme a los Cheques n.° 00177942, 00177941, 00181112, 00182604, 00182605, 00227595, 00196892, con fechas 30/10/2017, 30/10/2017, 22/11/2017, 7/12/2017, 7/12/2017, 1/8/2018 y 12/3/2018, respectivamente. | | | | | |
| 2 | EDUCON MANAGEMENT<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 25894 | $ 514,912.98 |
| | Base para: En la Evidencia de Reclamo se invoca una obligación con base en las Facturas n.° MAR-2018-006, ABR-18-004 y MAY-18-004. En los registros del Departamento de Transportación y Obras Públicas, dichas facturas aparecen abonadas en su totalidad conforme a las transferencias electrónicas de fondos n.° 100089323, 00089322 y 00089321, con fecha 15/7/2018. | | | | | |
| 3 | GYC, LLC<br>MARIA F. VELEZ-PASTRANA, ESQ.<br>PO BOX 195582<br>SAN JUAN, PR 00919-5582 | 2/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 530 | $ 167,600.00 |
| | Base para: En la Evidencia de Reclamo se invoca una obligación con base en la Factura n.° 2015230002. En los registros de la Oficina Estatal de Política Pública Energética (OEPPE), dicha factura aparece abonada en su totalidad, conforme al Cheque n.° 100188288, con fecha 23/1/2018. | | | | | |
| 4 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9039 | $ 15,288.00 |
| | Base para: En la Evidencia de Reclamo se invoca una obligación con base en las Facturas n.° 6717, 6718, 6794 y 6828. En los registros de la Junta de Calidad Ambiental (JCA), dichas facturas aparecer abonadas en su totalidad, conforme a los Cheques n.° 00004955, 00005269, 00005270 y 00005267, con fecha 1/6/2018, 3/7/2018, 3/7/2018 y 3/7/2018, respectivamente. | | | | | |
| 5 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO SUITE 32<br>SAN JUAN, PR 00901 | 5/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8919 | $ 2,000.00 |
| | Base para: En la Evidencia de Reclamo se invoca una obligación con base en la Factura n.° 6816. En los registros de la Oficina del Contralor, dicha factura aparece abonada en su totalidad, conforme a la transferencia electrónica de fondos n.° 00074854, con fecha 25/4/2018. | | | | | |
| 6 | NETWAVES EQUIPMENTO CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9042 | $ 204,835.00 |
| | Base para: En la Evidencia de Reclamo se invoca una obligación con base en las Facturas n.° 6395, 6549, 6605, 6736, 6737, 6773, 6774, 6823 y 6824. En los registros del Departamento de Transportación y Obras Públicas, dichas facturas aparecen abonadas en su totalidad conforme a las transferencias electrónicas de fondos n.° 00096353, 00089419, 00078408, 00078407, 00081347, 00081348, 00081505, 00093733 y 00081506, con fecha 24/8/2018, 5/7/2018, 16/5/2018, 16/5/2018, 30/5/2018, 30/5/2018, 31/5/2018, 6/8/2018 y 31/5/2018, respectivamente. | | | | | |

## Ducentésima Trigésima Octava Objeción Global
### Anexo A: Reclamos Pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | S.O.P. INC.<br>PO BOX 1914<br>GUAYNABO, PR 00970-1914 | 5/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 23586 | $ 132.00 |
| | Base para: En la Evidencia de Reclamo se invoca una obligación con base en la Factura n.º 7022550-IN. En los registros del Departamento de Transportación y Obras Públicas, dicha factura aparece abonada en su totalidad, conforme a la transferencia electrónica de fondos n.° 100099616, con fecha 14/9/2018. | | | | | |
| 8 | TEC CONTRACTOR LLC/DBA UNITED SURETY & INDEMNITY CO.<br>1554 CALLE LOPEZ LANDRON PH 1<br>SAN JUAN, PR 00911 | 5/22/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 33546 | $ 239,462.24 |
| | Base para: En la Evidencia de Reclamo se invoca una obligación con base en las Facturas n.° 21 y 22. En los registros del Departamento de Transportación y Obras Públicas, dichas facturas aparecen abonadas en su totalidad, conforme a los Cheques n.° 00236424 y 00236423, con fecha 19/9/2018. | | | | | |
| | | | | | TOTAL | $ 1,267,332.22 |