# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima trigésima novena objeción global**

Ducentésima Trigésima Novena Objeción Global
Anexo A: Reclamos Sustantivos Duplicados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | BONILLA SOTO, LOURDES M. PARQUE SAN RAMON APT 503 3415 AVE ALEJANDRINO GUAYNABO, PR 00969 | 06/05/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 46785 | $ 69,464.46* | BONILLA SOTO, LOURDES M. PARQUE SAN RAMON APT 503 3415 AVE ALEJANDRINO GUAYNABO, PR 00969 | 06/05/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 46985 | $ 69,464.46* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 2 | CARLOS M. FLORES LABAULT DBA C.E.& L.F CARLOS LABAULT D B A C E & L FIRE EXTING PO BOX 3092 BAYAMON, PR00960 | 05/07/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 12292 | Indeterminado* | FLORES LABAULT, CARLOS M. DBA CEL FIRE EXTINGUISHERS PO BOX 3092 BAYAMON, PR00960 | 05/02/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 9860 | $ 72.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 3 | FIGUEROA VELAZQEZ, WANDA I CALLE ANTONIO ROBLES VEGA DD22 URB. LAS VEGAS CATANO, PR00962 | 06/15/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 39742 | $ 16,324.63 | FIGUEROA VELAZQUEZ, WANDA I CALLE ANTONIO ROBLES VEGA DD22 URB, LAS VEGAS CATANO, PR00962 | 06/15/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 39938 | $ 16,324.63 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 4 | MONCLOVA LEBRON, IDALIA RR7 BOX 6852 SAN JUAN, PR 00926 | 06/14/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 40452 | $ 43,189.47* | MONCLOVA LEBRON, IDALIA RR 7 BOX 6852 SAN JUAN, PR 00926 | 06/14/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 41579 | $ 43,189.87* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 5 | MUNOZ-DIAZ, VILMA S. 5 TOPACIO VILLA BLANCO CAGUAS, PR 00725 | 06/28/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 147994 | Indeterminado* | MUNOZ DIAZ, VILMA S. 5 TOPACIO VILLA BLANCA CAGUAS, PR 00725 | 06/28/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 101410 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Ducentésima Trigésima Novena Objeción Global
Anexo A: Reclamos Sustantivos Duplicados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6  NEGRON FLORES, MARIA D  HC6 BOX 6658  GUAYNABO, PR 00971 | 05/24/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico  17 BK 03566-LTS | 19474 | $ 60,102.69* | NEGRÓN FLORES, MARIA DE LOS A.  HC 6 BOX 6658  GUAYNABO, PR 00971 | 05/24/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico  17 BK 03566-LTS | 20197 | $ 60,102.69 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 7  P.D.C.M. ASSOCIATES, S.E.  ATTN: ROSENDO E. MIRANDA LOPEZ  PO BOX 190858  SAN JUAN, PR 00919-0858 | 05/27/18 | El Estado Libre Asociado de Puerto Rico  17 BK 03283-LTS | 27454 | $ 238,201.45 | DOWNTOWN DEVELOPMENT, CORP.  PO BOX 190858  SAN JUAN, PR 00919-0858 | 05/28/18 | El Estado Libre Asociado de Puerto Rico  17 BK 03283-LTS | 27707 | $ 238,201.45 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 8  RODRIGUEZ ALBELO, ALMARYS  PO BOX 181  HORMIGUEROS, PR 00660 | 05/22/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico  17 BK 03566-LTS | 18137 | $ 32,591.52 | RODRIGUEZ ALBELO, ALMARIS  PO BOX 181  HORMIGUEROS, PR 00660 | 05/23/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico  17 BK 03566-LTS | 13928 | $ 32,591.52* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 9  RODRIGUEZ FLORES, ZORAIDA  HC 1 BOX 5712  YABUCOA, PR 00767-9803 | 07/06/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico  17 BK 03566-LTS | 158407 | $ 93,500.00* | RODRIGUEZ FLORES, ZORAIDA  HC 5 BOX 5712  YABUCOA, PR 00767 | 07/06/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico  17 BK 03566-LTS | 159157 | $ 93,500.00* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 10  ROSADO RIVERA, MAYDA  HC01 BOX 5826  SAN GERMAN, PR 00683 | 05/29/18 | El Estado Libre Asociado de Puerto Rico  17 BK 03283-LTS | 34327 | Indeterminado* | ROSADO RIVERA, NAYDA  HC 1 BOX 5826  SAN GERMAN, PR 00683 | 05/29/18 | El Estado Libre Asociado de Puerto Rico  17 BK 03283-LTS | 32395 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Ducentésima Trigésima Novena Objeción Global
Anexo A: Reclamos Sustantivos Duplicados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 11 | SALAS PAGAN, LOYDA<br>P.O. BOX 8049<br>TOA BAJA, PR 00949 | 07/03/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 153016 | $ 23,970.86 | SALAS PAGÁN, LOYDA<br>HC-01 BOX 8049<br>TOA BAJA, PR 00949 | 07/03/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 154666 | $ 23,970.86 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 12 | SOFTEK INC.<br>MARIA R LONDONO<br>650 MUNOZ RIVERA AVE. SUITE 601<br>SAN JUAN, PR 00918 | 04/23/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 7968 | $ 5,619,802.78 | SOFTEK, INC.<br>MARIA R LONDONO<br>650 MUNOZ RIVERA AVENUE SUITE 601<br>SAN JUAN, PR 00918 | 04/19/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 5920 | $ 5,619,802.78 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |