# **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima cuadragésima primera objeción global**

# DUCENTÉSIMA CUADRAGÉSIMA PRIMERA OBJECIÓN COLECTIVA
## Anexo A: Reclamos Modificados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | DEPARTMENT OF TREASUER - INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5/29/2019 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 168950 | $10,105,911.63 | DEPARTMENT OF TREASUER - INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 3/17/2020 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 173515 | $13,500,395.17 |
| | Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente. | | | | | | | | | |
| 2 | DEPARTMENT OF TREASUER - INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 3/17/2020 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 173515 | $13,500,395.17 | DEPARTMENT OF TREASUER - INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 3/31/2020 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 173699 | $13,500,395.17 |
| | Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente. | | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados