# **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima cuadragésima segunda objeción global**

## DUCENTÉSIMA CUADRAGÉSIMA SEGUNDA OBJECIÓN COLECTIVA

### Anexo A: Reclamaciones Parcialmente Resueltas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA | MONTO RESUELTO | CANTIDAD RESTANTE |
|---|---|---|---|---|---|---|---|---|
| 1 | HEALTH & SAFETY EYE CONCEPT<br>PO BOX 8953<br>CAGUAS, PR 00726-8953 | 3/14/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 2813 | $3,735.00 | $3,525.00 | $210.00 |
| | Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte | | | | | | | |
| 2 | PERFECT CLEANING SERVICES INC.<br>100 GRAND BOULEVARD<br>LOS PASEOS 112 MCS 115<br>SAN JUAN, PR 00926 | 5/25/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 30886 | $16,394.75 | $1,200.00 | $15,194.75 |
| | Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte | | | | | | | |
| 3 | QUALITY EQUIPMENT, INC<br>CARR 872, KM 0.8<br>RIO PLANTATION<br>BAYAMON, PR 00961 | 5/25/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 22434 | $37,357.14 | $10,926.87 | $26,430.27 |
| | Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte | | | | | | | |
| 4 | S O P INC D/B/A SPECIALTY OFFICE PRODUCT<br>P O BOX 1914<br>GUAYNABO, PR 00970-1914 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 26589 | $1,750.41 | $874.35 | $876.06 |
| | Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte | | | | | | | |
| 5 | SONUVAC CORPORATION<br>PO BOX 6960<br>CAGUAS, PR 00726-6960 | 5/30/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 22039 | $48,488.00 | $6,061.00 | $42,427.00 |
| | Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte | | | | | | | |
| 6 | TORRES NAVEIRA, MANUEL BISMARCK DBA MBT ASSOCIATES<br>PO BOX 8642<br>SAN JUAN, PR 00910-0642 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 38563 | $22,631.83 | $240.00 | $22,391.83 |
| | Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

*Página 1 de 1*