# **EXHIBIT D**

**Proposed Order**

...

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

**ORDER GRANTING TWO HUNDRED FORTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO PARTIALLY SATISFIED CLAIMS**

Upon the *Two Hundred Forty-Second Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Partially Satisfied Claims* ("Two Hundred Forty-Second Omnibus Objection")[2] filed by the Puerto Rico Electric Power Authority ("PREPA"), dated July 31, 2020, for entry of an order reducing the amount of certain claims filed against PREPA on the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Two Hundred Forty-Second Omnibus Objection.

basis that these claims have been partially satisfied, as more fully set forth in the Two Hundred Forty-Second Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Two Hundred Forty-Second Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Two Hundred Forty-Second Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the claims identified in the column titled "Asserted" in Exhibit A to the Two Hundred Forty-Second Omnibus Objection (collectively, the "Partially Satisfied Claims") have been satisfied in part; and the Court having determined that the relief sought in the Two Hundred Forty-Second Omnibus Objection is in the best interest of PREPA and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Two Hundred Forty-Second Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Two Hundred Forty-Second Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Partially Satisfied Claims are hereby reduced and disallowed to the extent they assert claims for amounts already paid, such that the Partially Satisfied Claims shall now only be considered claims asserting the amount set forth in the column titled "Remaining Claim" in Exhibit A to the Two Hundred Forty-Second Omnibus Objection, respectively; and it is further

ORDERED that PREPA's right to object to portions of the remaining portions of these claims, as set forth in the column titled "Remaining Claim" in <u>Exhibit A</u> to the Two Hundred Forty-Second Omnibus Objection, is reserved; and it is further

ORDERED that Prime Clerk is authorized and directed to delete and reduce the amount asserted in the Partially Satisfied Claims by the disallowed portions (i.e., reducing the amount of the claims to the amounts set forth in the column titled "Remaining Claim" in <u>Exhibit A</u> to the Two Hundred Forty-Second Omnibus Objection) from the official claims register in the PREPA Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

                    Honorable Judge Laura Taylor Swain
                    United States District Judge

# **ANEXO D**

**Orden Propuesta**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br> como representante del <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*., <br><br> Deudores.[1] | PROMESA <br> Título III <br><br> Núm. 17 BK 3283-LTS <br><br> (Administrado Conjuntamente) <br><br> **La presente radicación guarda relación con la AEE.** |

**ORDEN POR LA QUE SE CONCEDE LA DUCENTÉSIMA CUADRAGÉSIMA
SEGUNDA OBJECIÓN GLOBAL (SUSTANTIVA)
DE LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO A
RECLAMACIONES PARCIALMENTE SATISFECHAS**

Vista la *Ducentésima cuadragésima segunda objeción global (sustantiva) de la Autoridad de Energía Eléctrica de Puerto Rico a Reclamaciones Parcialmente Satisfechas*

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

("Ducentésima cuadragésima segunda objeción global"),[2] radicada por la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE"), de fecha 31 de julio de 2020, en la que se solicita que se dicte una orden que reduzca el monto de determinadas reclamaciones radicadas contra la AEE sobre la base de que dichas reclamaciones han sido satisfechas parcialmente, según se establece con más detalle en la Ducentésima cuadragésima segunda objeción global y en sus anexos justificativos; y al tener el Tribunal jurisdicción para atender la Ducentésima cuadragésima segunda objeción global y para conceder el remedio en ella solicitado conforme a PROMESA, sección 306(a); y siendo la sede judicial competente conforme a PROMESA, sección 307(a); y habiéndose efectuado, en tiempo y forma, la notificación de la Ducentésima cuadragésima segunda objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y habiendo determinado el Tribunal que las reclamaciones mencionadas en la columna titulada "Alegadas (*Asserted*)" en el Anexo A de la Ducentésima cuadragésima segunda objeción global (conjuntamente, las "Reclamaciones Parcialmente Satisfechas") han sido satisfechas en parte; y habiendo determinado el Tribunal que el remedio solicitado en la Ducentésima cuadragésima segunda objeción global redunda en el mejor interés de la AEE y sus acreedores, y de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Ducentésima cuadragésima segunda objeción global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello,

SE ORDENA que SE CONCEDA a la Ducentésima cuadragésima segunda objeción global, según se establece en el presente documento; además

---

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Ducentésima cuadragésima segunda objeción global.

2

SE ORDENA que las Reclamaciones Parcialmente Satisfechas se reduzcan y rechacen en la medida en que aleguen reclamaciones por montos ya pagados, de tal manera que de aquí en adelante las Reclamaciones Parcialmente Satisfechas solo se consideren reclamaciones que alegan el monto que figura en la columna titulada "Reclamación Restante" en el Anexo A de la Ducentésima cuadragésima segunda objeción global, respectivamente; asimismo

SE ORDENA que el derecho de la AEE a oponerse a las partes de las partes restantes de dichas reclamaciones, conforme a lo estipulado en la columna titulada "Reclamación Restante" en el Anexo A de la Ducentésima cuadragésima segunda objeción global, quede reservado; también

SE ORDENA que Prime Clerk quede autorizada, y reciba instrucciones, para eliminar y reducir el monto alegado en las Reclamaciones Parcialmente Satisfechas tomando en cuenta las partes rechazadas (esto es, adaptar el monto de las reclamaciones a los montos que se estipulan en la columna titulada "Reclamación Restante" en el Anexo A de la Ducentésima cuadragésima segunda objeción global) del registro oficial de reclamaciones en el marco del Caso de Título III de la AEE; y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

Fecha: _____

                                                    Su señoría, la juez Laura Taylor Swain
                                                    Juez de Distrito de los Estados Unidos