## EXHIBIT A

**Schedule of Claims Subject to the Two Hundred Forty-Third Omnibus Objection**

TWO HUNDRED FORTY-THIRD OMNIBUS OBJECTION

Exhibit A – Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|------|-----------|-------------|--------|---------|----------------------|
| 1 | EST ELECTRICAL CONTRACTORS & ENGINEERS CORP<br>PO BOX 739<br>MERCEDITA, PR  00715 | 6/7/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 49439 | $135,466.00 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full | | | | | |
| 2 | EST ELECTRICAL CONTRACTORS & ENGINEERS CORP.<br>PO BOX 739<br>MERCEDITA, PR  00715 | 6/7/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 49454 | $19,839.50 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full | | | | | |
| 3 | EST ELECTRICAL CONTRACTORS & ENGINEERS CORP.<br>PO BOX 739<br>MERCEDITA, PR  00715 | 6/7/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 49561 | $194,800.00 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.