## ANEXO A

**Relación de reclamaciones objeto de la Ducentésima cuadragésima tercera objeción global**

## DUCENTÉSIMA CUADRAGÉSIMA TERCERA OBJECIÓN COLECTIVA

### Anexo A - Reclamaciones Resueltas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | EST ELECTRICAL CONTRACTORS & ENGINEERS CORP<br>PO BOX 739<br>MERCEDITA, PR 00715 | 6/7/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 49439 | $135,466.00 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas completamente por la PREPA | | | | | |
| 2 | EST ELECTRICAL CONTRACTORS & ENGINEERS CORP.<br>PO BOX 739<br>MERCEDITA, PR 00715 | 6/7/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 49454 | $19,839.50 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas completamente por la PREPA | | | | | |
| 3 | EST ELECTRICAL CONTRACTORS & ENGINEERS CORP.<br>PO BOX 739<br>MERCEDITA, PR 00715 | 6/7/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 49561 | $194,800.00 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas completamente por la PREPA | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados