6 de julio de 2020

De: Hilda Cruz Ortiz
Urb Santa Rosa E5
Calle Neisy
Caguas PR 00725
cruz.hilda85@gmail.com
Departamento de Educación
Empecé el 9 septiembre de 1988 hasta el 18 de diciembre de 2018

A: SECRETARIA (CLERK'S OFFICE)
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PROMESA
Titulo III
Número 17BK-3283-LTS

Por este medio desea notificar y aclarar que dicha reclamación no fue enviada con anterioridad debido a las circunstancias presentes como la del Covid-19 y terremotos me habían impedido salir de mi hogar, además de tener comprometido mi sistema por otras condiciones de salud.

Reclamación a las cuales entiendo que tengo derecho a reclamar.

Reclamación # 126957

Esta reclamación tiene que ver con la ley 89 el Romerazo. Según esta ley se aprobó un aumento salarial para los empleados del Sistema Público. Dicho aumento era de $25.00 al mes. El cual recibí uno o dos aumentos solamente. Entiendo tengo derecho a que se me pague por ley lo que me corresponde.

Reclamación # 128069

Según esta Ley 96 de Sila M. Calderón, se aprobó un aumento de $100.00 al mes a empleados públicos, el cual tampoco recibí. Por lo tal motivo es mi derecho reclamar dicho dinero, la ley se aprobó pero no se cumplió

Sra. Hilda Cruz Ortiz