Hilda Cruz Ortiz
C/ Neysi E-5
Urbanización Santa Rosa, Caguas. P.R.

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
JUL 20, 20
AMOUNT
$6.40
R2305H129471-03

7020 1290 0000 9220 2710

CERTIFIED MAIL

Secretaria Tribunal de Distrito de E.U.
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

00910-176767