

Réplica de objeción global

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

24 de julio de 2020
RE

Reclamo objeción global establecida por el tribunal el 12 de diciembre de 2019, referente a la solicitud de dinero no pagado por el Estado Libre Asociado de Puerto Rico.

- ✓ Número de caso: 17 BK 03283-LTS
- ✓ Deudor: The Commonwealth of Puerto Rico
- ✓ Número de reclamación: 99716
- ✓ Monto/Cantidad de reclamación: $25,000.00
- ✓ Y los intereses del dinero dejado de devengar. Así como otras, leyes aprobadas y en las cuales no se me otorgó el dinero que me correspondía.
- ✓ Nombre: Ruthiris E. Torres Cruz
- ✓ Dirección postal: Urbanización Carrión Maduro 68 C/1
  Juana Díaz, Puerto Rico, 00795
- ✓ Email: rietcruz@gmail.com
- ✓ Número Seguro social: xxx-xx-0361

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

El Tribunal no puede declarar a lugar la objeción global en relación a mis reclamos en base al derecho y hechos de dinero no pagado por el Estado Libre Asociado de Puerto Rico, siendo empleada del Sistema de Educación durante los años en que se firmaron dichas leyes.

Me opongo a dicha objeción de la Ley PROMESA. Evidencia del derecho son los años trabajados durante las fechas que fueron efectivas dichas leyes y que me cobijaron.

La evidencia para mi reclamo y/o derechos de la Ley PROMESA no pude sustentarla a tiempo debido a la crisis que surgió y existía en Puerto Rico por los sismos acaecidos y a mi propia condición emocional sufrida durante ese tiempo de gran impacto para nuestra isla.

Luego de esos sucesos surgió la segunda situación crítica que se venía observando en otros países del mundo por la propagación del COVID19 y que llega a nuestro país. Como respuesta en tratar de contener la propagación del virus la gobernadora Wanda Vázquez Garced decreta que la ciudadanía tenía que mantenerse dentro de sus hogares y cierra todas las dependencias gubernamentales. Ese cierre se mantuvo por más de 90 días.

Al abrir las oficinas gubernamentales recientemente llamé a las oficinas de Prime Clerk para inquirir si aún podía realizar mi reclamación y me informaron que tenía oportunidad para hacer la misma.

Se incluyen documentos que evidencian este reclamo:
- Certificación del Sistema de Retiro para Maestros
- Copia de la evidencia del reclamo emitida por su oficina

Narrativo:
Comencé a trabajar en el Departamento de Educación de Puerto Rico en agosto de 1975, hasta mi retiro el 28 de julio de 2006.

Favor de enmendar mi reclamación con la evidencia aquí presentada. De ser necesario presentar algún informe adicional, favor de comunicarse con la que suscribe.

Con gracias anticipadas,

Ruthiris E. Torres Cruz
Celular: 787-601-0735
Email: rietcruz@gmail.com