Ruthiris E. Torres Cruz
Urb. Tomás Carrión Maduro 68 c/1
Juana Díaz, P.R. 00795

U.S. POSTAGE PAID
FCM LETTER
JUANA DIAZ, PR
00795
JUL 28, 20
AMOUNT
$6.95
R2303S104071-01

CERTIFIED MAIL

7019 1120 0001 1728 9876

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767