From: Luz E. Rosario Alvadares
Urb. Villa Flores Calle [illegible]
Ponce, Puerto Rico 00716

RECEIVED & FILED
2020 JUL 31 AM 11:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaría (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767