## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | |
| Debtors.[1] | |
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 4780-LTS |
| as representative of | Re: ECF Nos. 2050, 2055 |
| PUERTO RICO ELECTRIC POWER<br>AUTHORITY, | |
| Debtor. | |

### URGENT MOTION TO EXTEND CERTAIN BRIEFING DEADLINES IN CONNECTION WITH OMNIBUS MOTION OF PUERTO RICO ELECTRIC POWER AUTHORITY FOR ENTRY OF AN ORDER (A) AUTHORIZING PREPA TO REJECT CERTAIN POWER PURCHASE AND OPERATING AGREEMENTS, AND (B) GRANTING RELATED RELIEF

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To The Honorable United States District Court Judge Laura Taylor Swain:

The Puerto Rico Electric Power Authority ("PREPA"), by and through the Financial

Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of

the Commonwealth of Puerto Rico (the "Commonwealth"), respectfully submit this urgent motion

("Motion") for an order extending the briefing schedule related to the *Omnibus Motion of Puerto*

*Rico Electric Power Authority for Entry of an Order (A) Authorizing PREPA to Reject Certain*

*Power Purchase and Operating Agreements, and (B) Granting Related Relief*, [ECF No. 2050]

(the "Motion").

## BACKGROUND

1.      On July 7, 2020, the Oversight Board filed the Motion, and on July 8, 2020, the

Oversight Board filed its *Notice of Submission of Amended Exhibit to Omnibus Motion of Puerto*

*Rico Electric Power Authority for Entry of an Order (A) Authorizing PREPA to Reject Certain*

*Power Purchase and Operating Agreements, and (B) Granting Related Relief*, [ECF No. 2055].

2.      On July 14, 2020, Tradewinds Energy, LLC filed a limited objection to the Motion.

*Limited Objection and Reservation of Rights of Tradewinds Energy to Omnibus Motion of Puerto*

*Rico Electric Power Authority for Entry of an Order (A) Authorizing PREPA to Reject Certain*

*Power Purchase and Operating Agreements, and (B) Granting Related Relief*, [ECF No. 2067].

3.      On July 28, 2020, GS Farjardo Solar filed an objection to the Motion.  *Objection of*

*GS Farjardo Solar LLC to Omnibus Motion of Puerto Rico Electric Power Authority for Entry of*

*an Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements,*

*and (B) Granting Related Relief*, [ECF No. 2100].

4.      Also on July 28, 2020, GG Alternative Energy Corp. ("GG") requested a short term

extension of seven (7) days to file its objection to the Motion.  *GG Alternative Energey Corp Motion*

*Requesting a Short Term to File Its Reply to the Omnibus Objecion Entered on Dockets #2050, #2055,* (the "GG Extension Motion") [ECF No. 2099].

5.      On July 29, 2020, the Court granted the GG Extension Motion setting GG's deadline to object for **August 4, 2020, at 5:00 p.m**. (Atlantic Standard Time).  *Order Granting GG Alternative Energy Corp. Motion Requesting a Short Term to File Its Reply to the Omnibus Objection*, [ECF No. 2105].

6.      The current deadline to reply to objections to the Motion is **August 11, 2020**.

7.      The Motion is currently scheduled to be heard at the omnibus hearing on **September 16, 2020**.

## RELIEF REQUESTED

8.      Pursuant to III.I. of the *Thirteenth Amended Case Management Procedures* [Case No. 17-BK-3283-LTS, ECF No. 13512-1] (the "Case Management Order"), the deadline to file a reply is seven (7) calendar days before the applicable hearing date.  The Oversight Board's reply deadline is currently August 11, 2020, more than seven (7) calendar days before the applicable hearing date.  The Motion is set to be heard at the September 16, 2020 omnibus hearing.

9.      Because the Court granted the GG Extension Motion extending GG's deadline to file an objection by seven (7) days, the Oversight Board requests a commensurate extension that will apply to all objections in order to enable the Oversight Board to file one omnibus reply brief.

10.      The Oversight Board's requested extension remains well in advance of the September 16, 2020 hearing and complies with the Case Management Order.

11.      Accordingly, the Oversight Board respectfully requests that the Court set **August 18, 2020** as the deadline to file an omnibus reply to the objections to the Motion, which will be heard at the **September 16, 2020** omnibus hearing.

3

## CONCLUSION

12.     For the foregoing reasons, the Oversight Board respectfully requests that the Court
(i) grant the Motion, and (ii) set the briefing schedule above for dispositive motion practice on the
Motion.

### Certification of Compliance with
### Local Rule 9013-1 and the Eleventh Amended Case Management Procedures

13.     Pursuant to Local Rule 9013-1 and ¶ I.H of the Case Management Order, the
Oversight Board and Committee hereby certify that they have (a) carefully examined the matter;
(b) not created the urgency through any lack of due diligence; and (c) made a *bona fide* effort to
resolve the matter without a hearing.


[*Remainder of this page intentionally left blank*]

WHEREFORE the Oversight Board respectfully requests the Court enter the Proposed

Order attached as **Exhibit A**, granting the relief requested herein and all other relief as is just and

proper.

Dated:  August 3, 2020                                                     Respectfully submitted,
            San Juan, Puerto Rico


                                                                              */s/ Paul V. Possinger*
                                                                              Martin J. Bienenstock
                                                                              Brian S. Rosen
                                                                              Paul V. Possinger
                                                                              Ehud Barak
                                                                              Daniel S. Desatnik
                                                                              (Admitted *Pro Hac Vice*)
                                                                              **PROSKAUER ROSE LLP**
                                                                              Eleven Times Square
                                                                              New York, NY 10036
                                                                              Tel: (212) 969-3000
                                                                              Fax: (212) 969-2900

                                                                              *Attorneys for the Financial*
                                                                              *Oversight and Management Board*
                                                                              *as representative for the Debtors*

                                                                              */s/ Hermann D. Bauer*

                                                                              Hermann D. Bauer
                                                                              **O'NEILL & BORGES LLC**
                                                                              250 Muñoz Rivera Ave., Suite 800
                                                                              San Juan, PR 00918-1813
                                                                              Tel: (787) 764-8181
                                                                              Fax: (787) 753-8944

                                                                              *Co-Attorneys for the Financial*
                                                                              *Oversight and Management Board*
                                                                              *as Representative for the Debtors*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

<u>/s/   Hermann D. Bauer</u>
Hermann D. Bauer

## <u>EXHIBIT A</u>

**Proposed Order**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[2] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>      Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>Re: ECF No. 2050, 2055 |

## [PROPOSED] ORDER GRANTING URGENT MOTION TO EXTEND CERTAIN BRIEFING DEADLINES IN CONNECTION WITH OMNIBUS MOTION OF PUERTO RICO ELECTRIC POWER AUTHORITY FOR ENTRY OF AN ORDER (A) AUTHORIZING PREPA TO REJECT CERTAIN POWER PURCHASE AND OPERATING AGREEMENTS, AND (B) GRANTING RELATED RELIEF

Upon the *Urgent Motion to Extend Certain Briefing Deadlines in Connection with*

*Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (A) Authorizing*

---

[2]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related*

*Relief* (the "Urgent Motion");[3] and the Court having found it has subject-matter jurisdiction over

this matter pursuant to PROMESA section 306(a); and it appearing that venue in this district is

proper pursuant to PROMESA section 307(a); and the Court having found that the Movants

provided adequate and appropriate notice of the Urgent Motion under the circumstances and that

no other or further notice is required; and upon the record herein, after due deliberation thereon,

the Court having found that good and sufficient cause exists for the granting of the relief as set

forth herein:

1.      The Urgent Motion is **GRANTED** as set forth herein.

2.      The following briefing schedule is set for filing responsive pleadings to the

Motion:

- The deadline for the Oversight Board to file any reply in support of the Motion shall be **August 18, 2020**.

- The hearing on the Motion shall be held on **September 16, 2020**.

3.      The Court shall retain jurisdiction to hear and determine all matters arising from

the implementation of this Order.


Dated: _____, 2020.

SO ORDERED:

_____
HONORABLE LAURA TAYLOR SWAIN
United States District Judge

---

[3]  Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.