UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

ORDER GRANTING URGENT MOTION TO EXTEND CERTAIN BRIEFING DEADLINES
IN CONNECTION WITH OMNIBUS MOTION OF PUERTO RICO ELECTRIC POWER AUTHORITY
FOR ENTRY OF AN ORDER (A) AUTHORIZING PREPA TO REJECT
CERTAIN POWER PURCHASE AND OPERATING AGREEMENTS, AND (B) GRANTING RELATED RELIEF

The Court has received and reviewed the *Urgent Motion to Extend Certain Briefing Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*for Entry of an Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief* (Docket Entry No. 2114 in Case No. 17-4780 and Docket Entry No. 13942 in Case No. 17-3283, the "Motion"), filed by the Puerto Rico Electric Power Authority, by and through the Financial Oversight and Management Board for Puerto Rico (the "Movant").  The Motion is granted to the extent provided herein.  Movant's reply in support of the *Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief* (Docket Entry No. 2050 in Case No. 17-4780 and Docket Entry No. 13579 in Case No. 17-3283) must be filed by **August 18, 2020, at 5:00 p.m. (Atlantic Standard Time)**.  The hearing on the Motion will be held in connection with the Omnibus Hearing scheduled for September 16, 2020.

This Order resolves Docket Entry No. 2114 in Case No. 17-4780 and Docket Entry No. 13942 in Case No. 17-3283.

SO ORDERED.

Dated: August 4, 2020

 /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN  
United States District Judge