# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | **PROMESA Title III** |
| **The Financial Oversight and Management Board for Puerto Rico,** | No. 17 BK 3283 (LTS) |
| As representative of | |
| **The Commonwealth of Puerto Rico,** *et. al.* | |
| Debtors[1] | |
| **In re:** | **PROMESA TITLE III** |
| The Financial Oversight and Management Board for Puerto Rico, | No. 17 BK 4780 (LTS) |
| As representative of | |
| **Puerto Rico Electric Power Authority** | |
| Debtor | |

### MOTION FORWARDING COMPLETE EXHIBIT VII TO EXHIBIT A

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

TO THE HONORABLE COURT:

Comes Now, Efron Dorado, S.E., through its undersigned counsel and respectfully states and requests:

1. On July 23, 2020, Efron Dorado, S.E. filed a motion for relief from the stay provisions of 11 U.S.C. § 362 (a) (the "Motion"), making reference to **Exhibit VII to Exhibit A** consisting of the Judgment entered in Case No. KPE10-2408 (**Docket No. 13817**).

2. By an inadvertent error, only the first page of the Judgment and its certified translation to the English language was included with the Motion.

3. Efron Dorado, S.E. is attaching hereto the complete Judgment consisting of three pages, with its official translation to the English language, copy of which was forwarded to Katiuska Bolanos, Esq., counsel for Puerto Rico Electric Power Authority on August 3, 2020.

**WHEREFORE**, it is respectfully requested that the Judgment forwarded herewith be substituted for **Exhibit VII to Exhibit A** to the Motion.

San Juan, Puerto Rico, this 4th day of August 2020.

**s/CHARLES A. CUPRILL-HERNÁNDEZ**
**USDC-PR 114312**
**Counsel for Efron Dorado, S.E.**
Charles A. Cuprill, P.S.C. Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR 00901
Tel.: 787-977-0515
Fax: 787-977-0518
E-mail: ccuprill@cuprill.com
