Sra. Luz M. Adames Guerrero
HC 06 Box 9004
Juana Díaz, Puerto Rico 00795

Secretario (clerks office)
Tribunal de Distrito de los Estados unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767