Evelia Ortiz Angelo
202 Urb. Jacaguax
Juana Diaz, P.R. 00795

RECEIVED & FILED
2020 JUL 31 AM 10:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaría (clerk's Office)
Tribunal de Distrito E.E.U.U.
Room 150 Federal Building
San Juan P.R. 00918-1767