

Carmen Rodriguez
Urb Hermanos Santiago
38 Calle 3
Juana Diaz, PR 00795

Secretaria
Tribunal de Distrito de los EE.UU.
Room 150 Fed. Building
San Juan P.R. 00918-1767