

ANGEL LOPEZ ADAMES
PO BOX 67
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
2020 JUL 31 AM 10: 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

27 JUL 2020 PM 1 L

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

00918$9999