From: Rosaura Rivero Franco
AC03-Box 12239
Juana Díaz, P.R. 00795

27 JUL 2020 PM 1 L
SAN JUAN PR 009

RECEIVED & FILED
2020 JUL 31 AM 10:56
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.C.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767