

# UNITED STATES POSTAL SERVICE®



EP14B July 2013
OD: 10 x 6

PS00000100000 12

ONE RATE ★ ANY WEIGHT™

FLAT

RECEIVED & FILED

20 JUL 31 AM 10: 56

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

INTRA-DISTRICT
PRIORITY

★ INSURED ★
★ ★ ★
TRACKED ★



## UNITED STATES POSTAL SERVICE.

**Retail**

**P**

## US POSTAGE PAID

# $7.75

Origin: 00795
07/28/20
4248600795-01

## PRIORITY MAIL 1-DAY ®

0 Lb 1.20 Oz

**1005**

EXPECTED DELIVERY DAY:   07/29/20

C016

SHIP
TO:

San Juan PR  00918-2406

## USPS TRACKING®NUMBER

9505 5114 1103 0210 3574 09

# PRIORITY
**★ MAIL ★**

🗓 DATE OF DELIVERY SPECIFIED*

📶 USPS TRACKING™ INCLUDED*

💲 INSURANCE INCLUDED*

🚗 PICKUP AVAILABLE

\* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP14B July 2013  OD: 10 x 6



PS00001000012

**FROM:**

Norma Rodríguez Centrón
I-8 Calle 4 Urb Los Flores
Juana Díaz, P.R. 00295



**TO:**

Secretaría (Clerk's Office
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan P.R., 00918-1767

**FOR DOMESTIC AND INTERNATIONAL USE**

VISIT US AT USPS.COM®   ★ ORDER FREE SUPPLIES ONLINE

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14B © U.S. Postal Service; July 2013; All rights reserved.