Proof of Claim: <CLAIM NUMBER>
Claimant: >CLAIMANT NAME< Genous Rosario Santiago

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide **more** information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

   ☐ A pending or closed legal actions with or against the Puerto Rico goverment

   ☑ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)
   _____

2. What is the amount of your claim (how much money do you claim to be owed):

   98,400.00

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ☑ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:

Dept of Policia de Puerto Rico - ELA

3(b). Identify the dates of your employment related to your claim:

Desde 3 de Julio de 1986 hasta 30 de noviembre 2018

3(c). Last four digits of your social security number: 7189

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_____

4. Legal Action  Does your claim relate to a pending or closed legal action?
- ☒ No
- ☐ Yes

4(a). Identify the department or agency that is a party to the action.
_____

4(b). Identify the name and address of the court or agency where the action is pending:
N/A

4(c). Case number: N/A

4(d). Title, Caption, or Name of Case: N/A

4(e). Status of the case (pending, on appeal, or concluded): N/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? N/A

Reclamante: Genoves Rosario Santiago
Número de Procedimiento: 17 BK 3283 - LTS
Número de Reclamación: _____

Reclamación de dinero adeudado por leyes aprobadas que me competen por mis años de servicio desde el 3 de julio de 1986 hasta el 30 de noviembre de 2018 como Policía Sargento en el Departamento de la Policía de ELA, Puerto Rico

| | | Cantidad Adeudada |
|---|---|---|
| ① | Ley 89 - Julio 1995 - El Romerazo | 10,800.00 |
| ② | Ley 96 - Julio 2002 - Aumento de Sueldo | 19,200.00 |
| ③ | Ley 164 - Julio 2003 - Aumento de Sueldo | 20,400.00 |
| ④ | Ley 164 - Enero 2004 - Sila M. Calderón | 21,600.00 |
| ⑤ | Ley 109 - Junio 2008 - Escala Salarial - Pasos | 26,400.00 |
| | | $98,400.00 |

Así como otras leyes que me apliquen y no se me otorgó la compensación correspondiente.

Le agradezco la atención sobre el asunto.

Atentamente
Genoves Rosario Santiago
Genoves Rosario Santiago

Genovés Rosario Santiago
HC 3 Box 16018
Yauco, Puerto Rico 00698

Teléfono: 787-633-1069
Número de Reclamación: _____
Fecha de Presentación: 27 de julio de 2020
Deudor: Commonwealth of Puerto Rico

Por este medio le estoy incluyendo mi reclamación y evidencia presentada el 27 de julio de 2020 lo siguiente:

(1) Evidencia de certificación que trabajé para la Policía del ELA de Puerto Rico como Sargento en Guayanilla Puerto Rico (adjunto evidencia)

(2) El monto adeudado en mi reclamación es de: 98,400.00

Gracias por toda la atención prestada.

Atentamente,
Genovés Rosario Santiago
Genovés Rosario Santiago
27- Julio 2020