

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE SEGURIDAD PÚBLICA

Héctor M. Pesquera

Henry Escalera Rivera

## CERTIFICACION

Certifico que **Genovés Rosario Santiago**, seguro social **XXX-XX-0189**, fue empleado de la Policía de Puerto Rico, ocupó un puesto como **Sargento** con número de placa o serie asignado **8-13411**.

Ingresó a la Agencia el **3 de julio de 1986** y renunció el **30 de noviembre de 2018**, para acogerse a los beneficios de Pensión por años de Servicios de la Administración de los Sistemas de Retiro.

Esta información fue corroborada por el **Sistema de Nómina del Negociado Policía. (ADP/PAYROLL)**.

Dada hoy 30 de noviembre de 2018, en San Juan, Puerto Rico.

Griselle Rodríguez Merced
Auxiliar En Sistema De Oficina II
Sección Servicios al Empleado
División Nombramientos y Cambios

P.O. Box 70166, San Juan, PR 00936-8156   787.781.0060   787.775.1234   787.343.2020   dsp.pr.gov

# REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre: Genovés Rosario Santiago

Dirección Postal: HC3 Box 16018
Yauco Puerto Rico 00698

Teléfono de contacto res. _____ cel. 787-633-1069

**II. Epígrafe**

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo:

#49762 (1) - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

#94057 (2) Ley 109 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

#96621 (3) Ley #96 (2002) del Dr. Pedro Roselló – efectivo julio de 2002

(4) Ley #164 (2004) de la Sra. Sila Calderón

(5) Ley 164 (2003) Aumento Sueldo

**III.** El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

### IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Depto de la Policia , Puerto Rico desde el 3 de Julio de 1986 hasta el 30 de noviembre de 2010. Culmine mi laborar como Sargento en la Policia de Puerto Rico ELA en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

Genovés Rosario Santiago
Nombre en letra de molde

_Genovés Rosario Santiago_
Firma