Genovés Rosario Santiago
HC-3 Box 16018
Yauco, Puerto Rico
00698



RECEIVED & FILED
2020 AUG -4 AM 7:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767