# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre: Antonia Hernandez Herrera_____

Dirección Postal   S-13 calle Francisco Lugo, Nueva Vida, El Tuque. Ponce P.R 00728

Teléfono de contacto res. _____ cel. _787-202-3468

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

   17 BK-03566 -LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   Ley de Escala Salarial - Pasos, del 6 de junio de 2008
   Ley 447 de Sistemas de Retiro, Ley 3 enmienda a la Ley 443 (2013)
   - Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

**III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:**

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

**IV. Documentación Justificativa**

Se incluyen documentos que evidencian los años de servicio con DEPARTAMENTO DE LA FAMILA, Ponce, Puerto Rico desde el 14 DE MAYO DE 1993 hasta el _15 DE DICIEMBRE DE 2017. Finalice mi laborar como TAS 2- Tecnico de asistencia y servicio a la familia 2.
en Departamento de la Familia, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por huracanes, terremotos y COVID-19 en Puerto Rico,
se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

___Antonia Hernandez Herrera__
Nombre en letra de molde

_____
Firma

RECLAMANTE_____Antonia Hernández Herrera _____

DIRECCION ___S13 C/Francisco Lugo_____
_Nueva Vida_____
_Ponce P.R 00728_____

Numero Reclamación __23293, 23462 Y OTRAS_____

Fecha de presentación (envío) 20/ 07 /2020_____

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el ___20__ de ___julio__ de 2020 lo siguiente:

1. Evidencia de trabajo de Departamento de la Familia en Ponce, Puerto Rico – ELA, como: TAS 2- Tecnico de asistencia y servicio a la familia 2.
desde el __14_ de __mayo___ de _1993__ hasta el  15___ de _diciembre____ de __2017__. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $_____100,000_____.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,


_____Antonia Hernandez Herrera_____
Nombre en letra de molde

_____ 20/julio/2020
Firma y fecha

RECLAMANTE: _____ ANTONIA HERNANDEZ HERRERA _____

NUMERO DE PROCEDIMIENTO <u>17 BK 3283 - LTS</u>  17 BK-03566 -LTS

NUMERO DE RECLAMACION: <u>23293, 23462 Y OTROS RELACIONADOS</u>

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el <u>14</u> de <u>MAYO</u> t~~exto~~<del>de</del> <u>1993</u> hasta el <u>15</u> de <u>DICIEMBRE</u> de <u>2017</u> como _____Departamento de la Familia de Puerto Rico - ELA.

1. Ley 89 – julio 1995 – ROMERAZO     CANTIDAD $ <u>$100,000.00</u>

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,


ANTONIO HERNANDEZ HERRERA
Nombre en letra de molde

_(firma)_  20/JULIO/2020
Firma y fecha

NOTA AL CALCE:
OTRAS LEYES APLICABLES:
Ley 89 Romerazo – Efectiva en 1 de julio de 1995
Ley de Escala Salarial – Pasos del 6 de junio de 2008
Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004
Ley 447 de Sistemas de Retiro, Ley 3 enmienda a la Ley 443 (2013)