| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago: SM -Quincenal<br>Desde: 01/01/2017<br>Hasta: 01/15/2017 | Aviso #: 5618186<br>Fecha Aviso: 01/13/2017 |
|---|---|---|---|
| ANTONIA HERNANDEZ HERRERA<br>BO. EL TUQUE SECT NUEVA VIDA<br>S13 CALLE L<br>PONCE, PR 00728<br>SS: XXX-XX-6836 | # Empleado: XXXXX6836<br>Dept: 127100-Ponce<br>Lugar: Ponce 3<br>Titulo: Tecnico Asist Soc y Fam III<br>Sueldo: $2,434.00 Monthly | | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0+6<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,217.00 | 75.00 | 1,217.00 |
| **Total:** | | | 1,217.00 | 75.00 | 1,217.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 17.65 | 17.65 |
| Fed OASDI/Disability - EE | 75.45 | 75.45 |
| PR Withholding | 23.51 | 23.51 |
| **Total:** | 116.61 | 116.61 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 121.70 | 121.70 |
| **Total:** | 121.70 | 121.70 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| St-Seg Incap. Obligatorio | 3.04 | 3.04 |
| SM-First Medical Health Plan | 5.25 | 5.25 |
| DM-FONDOS UNIDOS | 1.00 | 1.00 |
| SC-TRANS OCEANIC LIFE | 16.73 | 16.73 |
| RC-Pres Pers Ret Cen-E Clasif | 131.52 | 131.52 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 1.09 |
| OS-SERV PUBLICOS 009 B | 18.00 | 18.00 |
| Ahorros-AEELA | 36.51 | 36.51 |
| **Total:** | 213.14 | 213.14 * Tributable |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 188.94 | 188.94 |
| FSED Disability Plan | 40.77 | 40.77 |
| SM-First Medical Health Plan | 0.00 | 0.00 |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Total Bruto | 1,217.00 | 1,217.00 |
| Bruto Tribut. Fed | 0.00 | 0.00 |
| Total Impuestos | 116.61 | 116.61 |
| Deducciones Totales | 334.84 | 334.84 |
| Paga Neta | 765.55 | 765.55 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5618186 | 765.55 |
| **Total:** | 765.55 |

Los balances de licencias corresponden al período de:

**MENSAJE:**

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
01/13/2017

Aviso No.
5618186

Cant. Deposito: $765.55

A la
Cuenta(s) De

ANTONIA HERNANDEZ HERRERA
BO. EL TUQUE SECT NUEVA VIDA
S13 CALLE L
PONCE, PR 00728
Localizacion: Ponce 3

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 765.55 |
| **Total:** | | 765.55 |

## NO-NEGOCIABLE

Escaneado con CamScanner

| Adm. Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>01/16/2017<br>01/31/2017 | Aviso #:<br>Fecha Aviso: | 5895472<br>01/30/2017 |
|---|---|---|---|---|---|
| ANTONIA HERNANDEZ HERRERA<br>BO. EL TUQUE SECT NUEVA VIDA<br>S13 CALLE L<br>PONCE, PR 00728<br>SS: XXX-XX-6836 | | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | XXXXX6836<br>127100-Ponce<br>Ponce 3<br>Tecnico Asist Soc y Fam I01<br>$2,434.00 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal  PR<br>Single  Single<br>0  0+6 |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,217.00 | 165.00 | 2,434.00 | Fed FICA Med Hospital Ins / EE | 17.64 | 35.29 |
| | | | | | | Fed OASDI/Disability - EE | 75.46 | 150.91 |
| | | | | | | PR Withholding | 23.51 | 47.02 |
| Total: | | | 1,217.00 | 165.00 | 2,434.00 | Total: | 116.61 | 233.22 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Retiro Hibrido | 121.70 | 243.40 | SI-Seg Incap. Obligatorio | 3.04 | 6.08 | SM-First Medical Health Plan | 180.00 | 180.00 |
| | | | SM-First Medical Health Plan | 5.25 | 10.50 | GPR Retiro Hibrido | 188.94 | 377.88 |
| | | | DM-FONDOS UNIDOS | 1.00 | 2.00 | FSED Disability Plan | 40.77 | 81.54 |
| | | | SC-TRANS OCEANIC LIFE | 16.73 | 33.46 | | | |
| | | | RC-Pres Pers Ret Cen-E Clasif | 131.52 | 263.04 | | | |
| | | | DM-GOB SEG SOC CHOFERES | 1.09 | 2.18 | | | |
| | | | OS-SERV PUBLICOS 009 B | 18.00 | 36.00 | | | |
| | | | Ahorros-AEELA | 36.51 | 73.02 | | | |
| Total: | 121.70 | 243.40 | Total: | 213.14 | 426.28 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 1,217.00 | 0.00 | 116.61 | 334.84 | 765.55 |
| Acumulado: | 2,434.00 | 0.00 | 233.22 | 669.68 | 1,531.10 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #5895472 | 765.55 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 765.55 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm. Desarrollo Socio Economico  
PO BOX 8000  
SAN JUAN, PR 00910-0800

Fecha  
01/30/2017

Aviso No.  
5895472

Cant. Deposito: $765.55

A la  
Cuenta(s) De

ANTONIA HERNANDEZ HERRERA  
BO. EL TUQUE SECT NUEVA VIDA  
S13 CALLE L  
PONCE, PR 00728  
Localizacion: Ponce 3

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 765.55 |
| Total: | | 765.55 |

Escaneado con CamScanner

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>02/01/2017<br>02/15/2017 | Aviso #:<br>Fecha Aviso: | 6324215<br>02/14/2017 |
|---|---|---|---|---|---|
| ANTONIA HERNANDEZ HERRERA<br>BO. EL TUQUE SECT NUEVA VIDA<br>S13 CALLE L<br>PONCE, PR 00728<br>SS: XXX-XX-6836 | | # Empleado: XXXXX6836<br>Dept: 127100-Ponce<br>Lugar: Ponce 3<br>Titulo: Tecnico Asist Soc y Fam III<br>Sueldo: $2,434.00 Monthly | | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0+6<br>Pct. Adcl.:<br>Cant. Adcl.: | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | 1,217.00 | 247.50 | | 3,651.00 | |
| Total: | | 1,217.00 | 247.50 | 3,651.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 17.65 | 52.94 |
| Fed OASDI/Disability - EE | 75.45 | 226.36 |
| PR Withholding | 23.51 | 70.53 |
| Total: | 116.61 | 349.83 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 121.70 | 365.10 |
| Total: | 121.70 | 365.10 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.04 | 9.12 |
| SM-First Medical Health Plan | 5.25 | 15.75 |
| DM-FONDOS UNIDOS | 1.00 | 3.00 |
| SC-TRANS OCEANIC LIFE | 16.73 | 50.19 |
| RC-Pres Pers Ret Cen-E Clasif | 131.52 | 394.56 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 3.27 |
| OS-SERV PUBLICOS 009 B | 18.00 | 54.00 |
| Ahorros-AEELA | 36.51 | 109.53 |
| Total: | 213.14 | 639.42 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 188.94 | 566.82 |
| FSED Disability Plan | 40.77 | 122.31 |
| SM-First Medical Health Plan | 0.00 | 180.00 |

* Tributable

### TOTALES

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,217.00 | 0.00 | 116.61 | 334.84 | 765.55 |
| Acumulado: | 3,651.00 | 0.00 | 349.83 | 1,004.52 | 2,296.65 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #6324215 | 765.55 |
|---|---|
| Total: | 765.55 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
02/14/2017

Aviso No.
6324215

Cant. Deposito: $765.55

A la
Cuenta(s) De

ANTONIA HERNANDEZ HERRERA
BO. EL TUQUE SECT NUEVA VIDA
S13 CALLE L
PONCE, PR 00728
Localizacion: Ponce 3

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 765.55 |
| Total: | | 765.55 |

# NO-NEGOCIABLE

Escaneado con CamScanner

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago: SM -Quincenal<br>Desde: 02/16/2017<br>Hasta: 02/28/2017 | Aviso #: 6593064<br>Fecha Aviso: 02/28/2017 |
|---|---|---|---|

| ANTONIA HERNANDEZ HERRERA<br>BO. EL TUQUE SECT NUEVA VIDA<br>S13 CALLE L<br>PONCE, PR 00728<br>SS: XXX-XX-6836 | # Empleado: XXXXX6836<br>Dept: 127100-Ponce<br>Lugar: Ponce 3<br>Titulo: Tecnico Asist Soc y Fam III<br>Sueldo: $2,434.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0+6<br>Pct. Adcl.:<br>Cant. Adcl.: |
|---|---|---|

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 1,217.00 | 315.00 | 4,868.00 | | Fed FICA Med Hospital Ins / EE | 17.65 | 70.59 |
| | | | | | | Fed OASDI/Disability - EE | 75.46 | 301.82 |
| | | | | | | PR Withholding | 23.51 | 94.04 |
| Total: | | 1,217.00 | 315.00 | 4,868.00 | | Total: | 116.62 | 466.45 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Retiro Hibrido | 121.70 | 486.80 | SI-Seg Incap. Obligatorio | 3.04 | 12.16 | SM-First Medical Health Plan | 180.00 | 360.00 |
| | | | SM-First Medical Health Plan | 5.25 | 21.00 | GPR Retiro Hibrido | 188.94 | 755.76 |
| | | | DM-FONDOS UNIDOS | 1.00 | 4.00 | FSED Disability Plan | 40.77 | 163.08 |
| | | | SC-TRANS OCEANIC LIFE | 16.73 | 66.92 | | | |
| | | | RC-Pres Pers Ret Cen-E Clasif | 131.52 | 526.08 | | | |
| | | | DM-GOB SEG SOC CHOFERES | 1.09 | 4.36 | | | |
| | | | OS-SERV PUBLICOS 009 B | 18.00 | 72.00 | | | |
| | | | Ahorros-AEELA | 36.51 | 146.04 | | | |
| Total: | 121.70 | 486.80 | Total: | 213.14 | 852.56 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 1,217.00 | 0.00 | 116.62 | 334.84 | 765.54 |
| Acumulado: | 4,868.00 | 0.00 | 466.45 | 1,339.36 | 3,062.19 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #6593064 | 765.54 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 765.54 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico  
PO BOX 8000  
SAN JUAN, PR 00910-0800

Fecha  
02/28/2017

Aviso No.  
6593064

Cant. Deposito: $765.54

A la  
Cuenta(s) De

ANTONIA HERNANDEZ HERRERA  
BO. EL TUQUE SECT NUEVA VIDA  
S13 CALLE L  
PONCE, PR 00728  
Localizacion: Ponce 3

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 765.54 |
| | Total: | 765.54 |

## NO-NEGOCIABLE

Escaneado con CamScanner

**127 Adm. Desarrollo Socio Economico**
PO BOX 8000
SAN JUAN, PR 00910-0800

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/01/2017 |
| Hasta: | 03/15/2017 |

Aviso #: 6823985
Fecha Aviso: 03/15/2017

| | |
|---|---|
| ANTONIA HERNANDEZ HERRERA | |
| BO. EL TUQUE SECT NUEVA VIDA | |
| S13 CALLE L | |
| PONCE, PR 00728 | |
| SS: XXX-XX-6836 | |

| | |
|---|---|
| # Empleado: | XXXXX6836 |
| Dept: | 127100-Ponce |
| Lugar: | Ponce 3 |
| Titulo: | Tecnico Asist Soc y Fam III |
| Sueldo: | $2,434.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0+6 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 1,217.00 | | 397.50 | | 6,085.00 |
| Total: | | | 1,217.00 | 397.50 | 6,085.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 17.64 | 88.23 |
| Fed OASDI/Disability - EE | 75.45 | 377.27 |
| PR Withholding | 23.51 | 117.55 |
| Total: | 116.60 | 583.05 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 121.70 | 608.50 |
| Total: | 121.70 | 608.50 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.04 | 15.20 |
| SM-First Medical Health Plan | 5.25 | 26.25 |
| DM-FONDOS UNIDOS | 1.00 | 5.00 |
| SC-TRANS OCEANIC LIFE | 18.16 | 85.08 |
| RC-Pres Pers Ret Cen-E Clasif | 131.52 | 657.60 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 5.45 |
| OS-SERV PUBLICOS 009 B | 18.00 | 90.00 |
| Ahorros-AEELA | 36.51 | 182.55 |
| Total: | 214.57 | 1,067.13 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 188.94 | 944.70 |
| FSED Disability Plan | 40.77 | 203.85 |
| SM-First Medical Health Plan | 0.00 | 360.00 |

\* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,217.00 | 0.00 | 116.60 | 336.27 | 764.13 |
| Acumulado: | 6,085.00 | 0.00 | 583.05 | 1,675.63 | 3,826.32 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6823985 | 764.13 |
| Total: | 764.13 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm. Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha 03/15/2017

Aviso No. 6823985

Cant. Deposito: $764.13

A la Cuenta(s) De

ANTONIA HERNANDEZ HERRERA
BO. EL TUQUE SECT NUEVA VIDA
S13 CALLE L
PONCE, PR 00728
Localizacion: Ponce 3

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 764.13 |
| Total: | | 764.13 |

## NO-NEGOCIABLE

Escaneado con CamScanner

Adm. Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Aviso #: 7074771 |
| Desde: | 03/16/2017 | Fecha Aviso: 03/30/2017 |
| Hasta: | 03/31/2017 | |

ANTONIA HERNANDEZ HERRERA
BO. EL TUQUE SECT NUEVA VIDA
S13 CALLE L
PONCE, PR 00728
SS: XXX-XX-6836

| | |
|---|---|
| # Empleado: | XXXXX6836 |
| Dept: | 127100-Ponce |
| Lugar: | Ponce 3 |
| Titulo: | Tecnico Asist Soc y Fam III |
| Sueldo: | $2,434.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0+6 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,217.00 | 487.50 | 7,302.00 |
| Total: | | | 1,217.00 | 487.50 | 7,302.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 17.65 | 105.88 |
| Fed OASDI/Disability - EE | 75.45 | 452.72 |
| PR Withholding | 23.51 | 141.06 |
| Total: | 116.61 | 699.66 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 121.70 | 730.20 |
| Total: | 121.70 | 730.20 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.04 | 18.24 |
| SM-First Medical Health Plan | 5.25 | 31.50 |
| DM-FONDOS UNIDOS | 1.00 | 6.00 |
| SC-TRANS OCEANIC LIFE | 18.16 | 103.24 |
| RC-Pres Pers Ret Cen-E Clasif | 131.52 | 789.12 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 6.54 |
| OS-SERV PUBLICOS 009 B | 18.00 | 108.00 |
| Ahorros-AEELA | 36.51 | 219.06 |
| Total: | 214.57 | 1,281.70 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 540.00 |
| GPR Retiro Hibrido | 188.94 | 1,133.64 |
| FSED Disability Plan | 40.77 | 244.62 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED. | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,217.00 | 0.00 | 116.61 | 336.27 | 764.12 |
| Acumulado: | 7,302.00 | 0.00 | 699.66 | 2,011.90 | 4,590.44 |

| Vacacion | Horas | Enfermedad | Horas | Rason Comp | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #7074771 | 764.12 |
| Total: | 764.12 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm. Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
03/30/2017

Aviso No.
7074771

Cant. Deposito: $764.12

A la
Cuenta(s) De

ANTONIA HERNANDEZ HERRERA
BO. EL TUQUE SECT NUEVA VIDA
S13 CALLE L
PONCE, PR 00728
Localizacion: Ponce 3

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 764.12 |
| Total: | | 764.12 |

## NO-NEGOCIABLE

Escaneado con CamScanner

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago: SM -Quincenal<br>Desde: 04/01/2017<br>Hasta: 04/15/2017 | Aviso #: 7363420<br>Fecha Aviso: 04/13/2017 |
|---|---|---|---|
| ANTONIA HERNANDEZ HERRERA<br>BO. EL TUQUE SECT NUEVA VIDA<br>S13 CALLE L<br>PONCE, PR 00728<br>SS: XXX-XX-6836 | # Empleado: XXXXX6836<br>Dept: 127100-Ponce<br>Lugar: Ponce 3<br>Titulo: Tecnico Asist Soc y Fam III<br>Sueldo: $2,434.00 Monthly | | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0+6<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,217.00 | 562.50 | 8,519.00 |
| Total: | | | 1,217.00 | 562.50 | 8,519.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 17.65 | 123.53 |
| Fed OASDI/Disability - EE | 75.46 | 528.18 |
| PR Withholding | 23.51 | 164.57 |
| Total: | 116.62 | 816.28 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 121.70 | 851.90 |
| Total: | 121.70 | 851.90 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.04 | 21.28 |
| SM-First Medical Health Plan | 5.25 | 36.75 |
| DM-FONDOS UNIDOS | 1.00 | 7.00 |
| SC-TRANS OCEANIC LIFE | 18.16 | 121.40 |
| RC-Pres Pers Ret Cen-E Clasif | 131.52 | 920.64 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 7.63 |
| OS-SERV PUBLICOS 009 B | 18.00 | 126.00 |
| Ahorros-AEELA | 36.51 | 255.57 |
| Total: | 214.57 | 1,496.27 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 188.94 | 1,322.58 |
| FSED Disability Plan | 40.77 | 285.39 |
| SM-First Medical Health Plan | 0.00 | 540.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,217.00 | 0.00 | 116.62 | 336.27 | 764.11 |
| Acumulado: | 8,519.00 | 0.00 | 816.28 | 2,348.17 | 5,354.55 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #7363420 | 764.11 |
|---|---|
| Total: | 764.11 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha 04/13/2017

Aviso No. 7363420

Cant. Deposito: $764.11

A la Cuenta(s) De

ANTONIA HERNANDEZ HERRERA
BO. EL TUQUE SECT NUEVA VIDA
S13 CALLE L
PONCE, PR 00728
Localizacion: Ponce 3

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 764.11 |
| Total: | | 764.11 |

## NO-NEGOCIABLE

Escaneado con CamScanner

**127 Adm. Desarrollo Socio Economico**
PO BOX 8000
SAN JUAN, PR 00910-0800

ANTONIA HERNANDEZ HERRERA
BO. EL TUQUE SECT NUEVA VIDA
S13 CALLE L
PONCE, PR 00728
SS: XXX-XX-6836

| | |
|---|---|
| Grupo de Pago: | SM - Quincenal |
| Desde: | 04/16/2017 |
| Hasta: | 04/30/2017 |

Aviso #: 7611142
Fecha Aviso: 04/28/2017

| # Empleado: | XXXXX6836 |
|---|---|
| Dept: | 127100-Ponce |
| Lugar: | Ponce 3 |
| Titulo: | Tecnico Asist Soc y Fam 9II |
| Sueldo: | $2,434.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 + 6 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | Corriente | | Acumulado | |
|---|---|---|---|---|
| Descripcion | Sueldo Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | 1,217.00 | 637.50 | 9,736.00 | |
| Total: | 1,217.00 | 637.50 | 9,736.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 17.64 | 141.17 |
| Fed OASDI/Disability - EE | 75.45 | 603.63 |
| PR Withholding | 23.51 | 188.08 |
| Total: | 116.60 | 932.88 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 121.70 | 973.60 |
| Total: | 121.70 | 973.60 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.04 | 24.32 |
| SM-First Medical Health Plan | 5.25 | 42.00 |
| DM-FONDOS UNIDOS | 1.00 | 8.00 |
| SC-TRANS OCEANIC LIFE | 18.16 | 139.56 |
| RC-Pres Pers Ret Cen-E Clasif | 131.52 | 1,052.16 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 8.72 |
| OS-SERV PUBLICOS 009 B | 18.00 | 144.00 |
| Ahorros-AEELA | 36.51 | 292.08 |
| Total: | 214.57 | 1,710.84 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 720.00 |
| GPR Retiro Hibrido | 188.94 | 1,511.52 |
| FSED Disability Plan | 40.77 | 326.16 |

\* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,217.00 | 0.00 | 116.60 | 336.27 | 764.13 |
| Acumulado: | 9,736.00 | 0.00 | 932.88 | 2,684.44 | 6,118.68 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #7611142 | 764.13 |
| Total: | 764.13 |

| | Vacacion Horas | Enfermedad Horas | Tiempo Comp. Horas |
|---|---|---|---|
| Balance Previo: | 0.00 | 0.00 | 0.00 |
| + Acumulado: | 0.00 | 0.00 | 0.00 |
| - Utilizado: | 0.00 | 0.00 | 0.00 |
| Balance Final: | 0.00 | 0.00 | 0.00 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm. Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha 04/28/2017

Aviso No. 7611142

Cant. Deposito: $764.13

A la
Cuenta(s) De

ANTONIA HERNANDEZ HERRERA
BO. EL TUQUE SECT NUEVA VIDA
S13 CALLE L
PONCE, PR 00728
Localizacion: Ponce 3

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 764.13 |
| Total: | | 764.13 |

## NO-NEGOCIABLE

Escaneado con CamScanner

| | | |
|---|---|---|
| 127 Adm. Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | Grupo de Pago: SM-Quincenal<br>Desde: 05/01/2017<br>Hasta: 05/15/2017 | Aviso #: 7890083<br>Fecha Aviso: 05/15/2017 |
| ANTONIA HERNANDEZ HERRERA<br>BO. EL TUQUE SECT NUEVA VIDA<br>S13 CALLE L<br>PONCE, PR 00728<br>SS: XXX-XX-6836 | # Empleado: XXXXX6836<br>Dept: 127100-Ponce<br>Lugar: Ponce 3<br>Titulo: Tecnico Asist Soc y Fam III<br>Sueldo: $2,434.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0+6<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 1,217.00 | 720.00 | 10,953.00 | Fed FICA Med Hospital Ins / EE | 17.65 | 158.82 |
| | | | | | Fed OASDI/Disability - EE | 75.46 | 679.09 |
| | | | | | PR Withholding | 23.51 | 211.59 |
| Total: | | 1,217.00 | 720.00 | 10,953.00 | Total: | 116.62 | 1,049.50 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Retiro Hibrido | 121.70 | 1,095.30 | SI-Seg Incap. Obligatorio | 3.04 | 27.36 | GPR Retiro Hibrido | 188.94 | 1,700.46 |
| | | | SM-First Medical Health Plan | 5.25 | 47.25 | FSED Disability Plan | 40.77 | 366.93 |
| | | | DM-FONDOS UNIDOS | 1.00 | 9.00 | SM-First Medical Health Plan | 0.00 | 720.00 |
| | | | SC-TRANS OCEANIC LIFE | 18.16 | 157.72 | | | |
| | | | RC-Pres Pers Ret Cen-E Clasif | 131.52 | 1,983.68 | | | |
| | | | DM-GOB SEG SOC CHOFERES | 1.09 | 9.81 | | | |
| | | | OS-SERV PUBLICOS 009 B | 18.00 | 162.00 | | | |
| | | | Ahorros-AEELA | 36.51 | 328.59 | | | |
| Total: | 121.70 | 1,095.30 | Total: | 214.57 | 1,925.41 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: 1,217.00 | 0.00 | 116.62 | 336.27 | 764.11 |
| Acumulado: 10,953.00 | 0.00 | 1,049.50 | 3,020.71 | 6,882.79 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #7890083 | 764.11 |
| Total: | 764.11 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm. Desarrollo Socio Economico  
PO BOX 8000  
SAN JUAN, PR 00910-0800

Fecha 05/15/2017

Aviso No. 7890083

Cant. Deposito: $764.11

A la  
Cuenta(s) De

ANTONIA HERNANDEZ HERRERA  
BO. EL TUQUE SECT NUEVA VIDA  
S13 CALLE L  
PONCE, PR 00728  
Localizacion: Ponce 3

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 764.11 |
| Total: | | 764.11 |

## NO-NEGOCIABLE

Escaneado con CamScanner

**127 Adm. Desarrollo Socio Economico**
PO BOX 8000
SAN JUAN, PR 00910-0800

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 05/16/2017 |
| Hasta: | 05/31/2017 |

Aviso #: 8156929
Fecha Aviso: 05/30/2017

ANTONIA HERNANDEZ HERRERA
BO. EL TUQUE SECT NUEVA VIDA
S13 CALLE L
PONCE, PR 00728
SS: XXX-XX-6836

| | |
|---|---|
| # Empleado: | XXXXX6836 |
| Dept: | 127100-Ponce |
| Lugar: | Ponce 3 |
| Titulo: | Tecnico Asist Soc y Fam III |
| Sueldo: | $2,434.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0+6 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 1,217.00 | 810.00 | 12,170.00 | |

| Total: | | 1,217.00 | 810.00 | | 12,970.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 17.65 | 176.47 |
| Fed OASDI/Disability - EE | 75.45 | 754.54 |
| PR Withholding | 23.51 | 235.10 |

| Total: | 116.61 | 1,166.11 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 121.70 | 1,217.00 |

| Total: | 121.70 | 1,217.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.04 | 30.40 |
| SM-First Medical Health Plan | 5.25 | 52.50 |
| DM-FONDOS UNIDOS | 1.00 | 10.00 |
| SC-TRANS OCEANIC LIFE | 18.16 | 175.88 |
| RC-Pres Pers Ret Cen-E Clasif | 131.52 | 1,315.20 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 10.90 |
| OS-SERV PUBLICOS 009 B | 18.00 | 180.00 |
| Ahorros-AEELA | 36.51 | 365.10 |

| Total: | 214.57 | 2,139.98 |

* Tributable

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 900.00 |
| GPR Retiro Hibrido | 188.94 | 1,889.40 |
| FSED Disability Plan | 40.77 | 407.70 |

### TOTAL BRUTO / BRUTO TRIBUT FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,217.00 | 0.00 | 116.61 | 336.27 | 764.12 |
| Acumulado: | 12,170.00 | 0.00 | 1,166.11 | 3,356.98 | 7,646.91 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8156929 | 764.12 |
| Total: | 764.12 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm. Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
05/30/2017

Aviso No.
8156929

Cant. Deposito: $764.12

A la
Cuenta(s) De

ANTONIA HERNANDEZ HERRERA
BO. EL TUQUE SECT NUEVA VIDA
S13 CALLE L
PONCE, PR 00728
Localizacion: Ponce 3

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 764.12 |
| Total: | | 764.12 |

## NO-NEGOCIABLE

Escaneado con CamScanner

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago: SM -Quincenal<br>Desde: 06/01/2017<br>Hasta: 06/15/2017 | Aviso #: 8475605<br>Fecha Aviso: 06/15/2017 |
|---|---|---|---|

| ANTONIA HERNANDEZ HERRERA<br>BO. EL TUQUE SECT NUEVA VIDA<br>S13 CALLE L<br>PONCE, PR 00728<br>SS: XXX-XX-6836 | # Empleado: XXXXX6836<br>Dept: 127100-Ponce<br>Lugar: Ponce 3<br>Titulo: Tecnico Asist Soc y Fam III<br>Sueldo: $2,434.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0+6<br>Pct. Adcl.:<br>Cant. Adcl.: |
|---|---|---|

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| | | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 1,217.00 | 892.50 | 13,387.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 17.64 | 194.11 |
| Fed OASDI/Disability - EE | 75.45 | 829.99 |
| PR Withholding | 23.51 | 258.61 |

| Total: | | 1,217.00 | 892.50 | 13,387.00 | Total: | 116.60 | 1,282.71 |
|---|---|---|---|---|---|---|---|

### DEDUCCIONES | DEDUCCIONES GENERALES | BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Retiro Hibrido | 121.70 | 1,338.70 | SI-Seg Incap. Obligatorio | 3.04 | 33.44 | GPR Retiro Hibrido | 188.94 | 2,078.34 |
| | | | SM-First Medical Health Plan | 5.25 | 57.75 | FSED Disability Plan | 40.77 | 448.47 |
| | | | DM-FONDOS UNIDOS | 1.00 | 11.00 | SM-First Medical Health Plan | 0.00 | 900.00 |
| | | | SC-TRANS OCEANIC LIFE | 18.16 | 194.04 | | | |
| | | | RC-Pres Pers Ret Cen-E Clasif | 131.52 | 1,446.72 | | | |
| | | | DM-GOB SEG SOC CHOFERES | 1.09 | 11.99 | | | |
| | | | OS-SERV PUBLICOS 009.B | 18.00 | 198.00 | | | |
| | | | Ahorros-AEELA | 36.51 | 401.61 | | | |

| Total: | 121.70 | 1,338.70 | Total: | 214.57 | 2,354.55 | * Tributable | | |
|---|---|---|---|---|---|---|---|---|

### TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | Corriente: | 1,217.00 | 0.00 | 116.60 | 336.27 | 764.13 |
|---|---|---|---|---|---|---|
| | Acumulado: | 13,387.00 | 0.00 | 1,282.71 | 3,693.25 | 8,411.04 |

### DISTRIBUCION PAGA NETA

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #8475605 | 764.13 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 764.13 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

| Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | Fecha<br>06/15/2017 | Aviso No.<br>8475605 |
|---|---|---|

Cant. Deposito: $764.13

A la
Cuenta(s) De

ANTONIA HERNANDEZ HERRERA
BO. EL TUQUE SECT NUEVA VIDA
S13 CALLE L
PONCE, PR 00728
Localizacion: Ponce 3

### DISTRIBUCION DE PAGOS DIRECTOS

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 764.13 |
| Total: | | 764.13 |

## NO-NEGOCIABLE

Escaneado con CamScanner

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago: SM -Quincenal<br>Desde: 11/01/2017<br>Hasta: 11/15/2017 | | Aviso #: 1392904<br>Fecha Aviso: 11/14/2017 |

| ANTONIA HERNANDEZ HERRERA<br>BO. EL TUQUE SECT NUEVA VIDA<br>S13 CALLE L<br>PONCE, PR 00728<br>SS: XXX-XX-6836 | # Empleado: XXXXX6836<br>Dept: 127100-Ponce<br>Lugar: Ponce 3<br>Titulo: Tecnico Asist Soc y Fam III<br>Sueldo: $2,434.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0+6<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,217.00 | 1,710.00 | 25,557.00 |
| Total: | | | 1,217.00 | 1,710.00 | 25,557.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 17.65 | 370.58 |
| Fed OASDI/Disability - EE | 75.45 | 1,584.53 |
| PR Withholding | 24.79 | 496.27 |
| Total: | 117.89 | 2,451.38 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 103.45 | 2,519.20 |
| Total: | 103.45 | 2,519.20 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.04 | 63.84 |
| SM-First Medical Health Plan | 5.25 | 110.25 |
| DM-FONDOS UNIDOS | 1.00 | 21.00 |
| SC-TRANS OCEANIC LIFE | 18.16 | 375.64 |
| RC-Pres Pers Ret Cen-E Clasif | 131.52 | 2,761.92 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 22.89 |
| OS-SERV PUBLICOS 009 B | 18.00 | 378.00 |
| Ahorros-AEELA | 36.51 | 766.71 |
| Total: | 214.57 | 4,500.25 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 40.77 | 856.17 |
| SM-First Medical Health Plan | 0.00 | 1,800.00 |
| GPR Plan Aport. Definidas | 0.00 | 2,675.58 |

*Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,217.00 | 0.00 | 117.89 | 318.02 | 781.09 |
| Acumulado: | 25,557.00 | 0.00 | 2,451.38 | 7,019.45 | 16,086.17 |

| Vacaciones Horas | Enfermedad Horas | Tiempo Comp. Horas |
|---|---|---|
| Balance Previo: 0.00 | Balance Previo: 0.00 | Balance Previo: 0.00 |
| + Acumulado: 0.00 | + Acumulado: 0.00 | + Acumulado: 0.00 |
| - Utilizado: 0.00 | - Utilizado: 0.00 | - Utilizado: 0.00 |
| Balance Final: 0.00 | Balance Final: 0.00 | Balance Final: 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #1392904 | 781.09 |
|---|---|
| Total: | 781.09 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
11/14/2017

Aviso No.
1392904

Cant. Deposito: $781.09

A la
Cuenta(s) De

ANTONIA HERNANDEZ HERRERA
BO. EL TUQUE SECT NUEVA VIDA
S13 CALLE L
PONCE, PR 00728
Localizacion: Ponce 3

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 781.09 |
| Total: | | 781.09 |

## NO-NEGOCIABLE

Escaneado con CamScanner



Escaneado con CamScanner

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

Grupo de Pago: SM -Quincenal
Desde: 12/01/2018
Hasta: 12/15/2018

Business Unit: PUERT
Aviso #: 8699877
Fecha Aviso: 12/14/2018

ANTONIA HERNANDEZ HERRERA
PARC NUEVA VIDA
S13 CALLE FRANCISCO LUGO
PONCE PR 00728-6793
SS: XXX-XX-6836

# Empleado: P584676836
Dept: 530500-Anualidad Híbrida Ley 3
Lugar: LEY 3- 07-01-2013
Título: Pensionado
Sueldo: $675.35 Monthly

DATA IMP: Federal PR
Estado Civil: Single Single
Concesiones: 0 0
Pct. Adcl.:
Cant. Adcl.:

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 337.68 | 1,792.50 | | 7,428.96 |
| Pago Retro Pensionados | | 0.00 | | | 686.24 |
| Total: | | 337.68 | 1,792.50 | | 8,115.20 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AS-ASOC PENSIONADOS | 1.00 | 15.00 |
| Ahorros-AEELA | 10.13 | 40.52 |
| Total: | 11.13 | 55.52 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 337.68 | 0.00 | 11.13 | 326.55 |
| Acumulado: | 8,115.20 | 0.00 | 55.52 | 8,059.68 |

### DISTRIBUCION PAGA NETA

| | | |
|---|---|---|
| Aviso #8699877 | | 326.55 |
| Total: | | 326.55 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

**¡Atención Pensionados!**

Solicitamos a todos los Pensionados que tenían cuentas en los bancos: Doral, Westernbank, RG y Bilbao Vizcaya a realizar los cambios de ruta y tránsito correspondientes con el propósito de que sus depósitos directos no se vean afectados próximamente.

Para información llame al 787-777-1500

---

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

Fecha: 12/14/2018

Aviso No. 8699877

Cant. Deposito: $326.55

TRAY 88 SQ 21734**************SCH 5-DIGIT 00730    21734 2 AV 0.383
ANTONIA HERNANDEZ HERRERA
PARC NUEVA VIDA
S13 CALLE FRANCISCO LUGO
PONCE PR 00728-6793

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $326.55 |
| Total: | | $326.55 |

**NO-NEGOCIABLE**

Escaneado con CamScanner

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN

Certificamos que ANTONIA HERNANDEZ HERRERA, disfruta beneficios de PENSION LEY 3 de este Sistema de Retiro. La misma fue efectiva el 16 de diciembre de 2017. En la actualidad, recibe una anualidad ascendente a $8,104.32 pagadera en mensualidades de $675.36.

Esta certificación se expide hoy 17 de julio de 2020, en San Juan, Puerto Rico.

Certifico correcto,

Marlisa Marrero Negron
Gerente Auxiliar
División de Asuntos de Pensionados

EESTR01



437 Ave. Ponce de León San Juan, P.R. 00917-3711 · PO Box 42003 San Juan, P.R. 00940-2203
787.777.1500 · 787.767.1108 · www.retiro.pr.gov