Antonia Hernández Herrera
S-13 c/ Francisco Lugo
Nueva Vida
Ponce PR 00728

#3



U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00717
JUL 27, 20
AMOUNT
**$2.20**
R2303S102801-05

1000      00918

RECEIVED
2020 AUG -4  AM 7:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Tribunal de Distrito
Room 150 Federal Building
San Juan P. R. 00918-1767