# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre: Nelson G. Jiménez Rodríguez

Dirección Postal: P.O Box 1845 Juana Díaz, Puerto Rico 00795

Teléfono de contacto res. — cel. 787-643-9522

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial Pasos, del 6 de junio de 2008

   Ley 164 2003 Aumento Sueldo Julio 2003

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 2003 Aumento Sueldo Julio 2003

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los anos de servicio con ~~Puerto Rico Telephone Company, Ponce,~~ Municipio Juana Diaz Puerto Rico desde el __1__ de __Junio__ de __1983__ hasta el __30__ de __Junio__ de __2013__. Culmine mi laborar como _Ayudante - Alcalde en Obras Publicas, en Municipio de J.D._ ~~en Puerto Rico Telephone Company, Ponce~~, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Nelson G. Jimenez Rodriguez_
Nombre en letra de molde

_[signature]_ 7/05/2020
Firma

Proof of Claim: <CLAIM NUMBER> 172880 ¢ 80131
Claimant: >CLAIMANT NAME< Nelsón G. Jimenez Rodríguez

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

## Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide more information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

RECEIVED & FILED 2020 AUG -4 AM 7:34

## Questionnaire

1. **What is the basis of your claim?**

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ■ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)
    _____

2. **What is the amount of your claim (how much money do you claim to be owed):**
    _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
Municipio Juana Díaz - Ayudante Alcalde Obras Públicas

3(b). Identify the dates of your employment related to your claim:
Desde 1 de Junio de 1983 hasta el 30 de Junio de 2013

3(c). Last four digits of your social security number: 9575

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ■ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

Ley 89-1995, Ley 96-2002, Ley 164-2003, Ley 164-2004, Ley 109-2008

4. **Legal Action** Does your claim relate to a pending or closed legal action?

- ■ No
- ☐ Yes

4(a). Identify the department or agency that is a party to the action.

N/A

4(b). Identify the name and address of the court or agency where the action is pending:

N/A

4(c). Case number: N/A

4(d). Title, Caption, or Name of Case: N/A

4(e). Status of the case (pending, on appeal, or concluded): N/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? N/A

RECLAMANTE: Nelson G. Jimenez Rodriguez

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 172880 & 80131
Numero de Celular : 787-643-9532

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 1 de Junio de 1983 hasta el 30 de Junio de 2013 como Ayudante de Alcalde en Dpto. Obras Publicas en Municipio de Juana Diaz, P.R. ~~de la Puerto Rico Telephone Company~~ - ELA.

*1. Ley 89 – julio 1995 – ROMERAZO       CANTIDAD $ 21,600.00

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Nelson G. Jimenez Rodriguez
Nombre en letra de molde

_Nelson G Jimenez Rodriguez_ 24/07/2020
Firma y fecha

Cantidad

2. Ley 96 - Julio 2002 Aumento Sueldo        $13,200.00
3. Ley 164 Julio 2003 Aumento Sueldo        $12,000.00
4. Ley 164 enero 2004 Sila M. Calderón      $10,800.00
5. Ley 109 - Junio 2008 Esc. Sal. Pasos      $ 6,000.00

                                            $42,000.00
                              Ley 89 - Romerazo  + $ 21,600.00
                                     Total  =  63,600.00

RECLAMANTE Nelson G. Jimenez

DIRECCIÓN P.O Box 1845
Juana Díaz, Puerto Rico
00795

Numero Reclamación 17288 & 80131

Fecha de presentación (envío) 24 de Julio de 2020

Deudor <u>Commonwealth of Puerto Rico</u>

Por este medio incluyo con mi reclamación presentada el 24 de Julio de 2020 lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce~~ Municipio de Juana Díaz, Puerto Rico – ELA, como Ayudante Alcalde en Obras Públicas desde el 1 de Junio de 1983 hasta el 30 de Junio de 2013. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 63,600.00.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Nelson G. Jimenez Rodriguez
Nombre en letra de molde

_[signature]_ 7/24/2020
Firma y fecha