Nelson G. Jiménez Rodriguez
P.O. Box 1845
Juana Díaz, Puerto Rico
 00795




U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
JUL 27, 20
AMOUNT
$1.40
R2305M147983-03

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 AUG -4 AM 7:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.