Febrero 18 2020

Tribunal de Distrito de los Estados Unidos

Para el Distrito de Puerto Rico (el Tribunal)

Como es de su conocimiento en Puerto Rico desde el 28 de diciembre de 2019 hemos estado siendo afectados por una serie de terremotos y pandemia.

El Presidente de Estados Unidos Donald Trump ha declarado a Puerto Rico zona de desastre.

Por tal motivo tuve inconvenientes para recopilar y hacer llegar toda la evidencia necesaria de reclamación, debido a que las Oficinas y Dependencias del Gobierno de Puerto Rico permanecieron cerradas por un extenso periodo de tiempo; reanudando sus labores u gestiones al público recientemente.

Mi reclamación Núm. _173236_ -Deudor: El Estado Libre Asociado de Puerto Rico- Número de caso 178K 03283-LTS y Núm. De reclamación _____ Deudor Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico-Numero de caso _____. Ambos fueron presentados el día 2 de febrero de 2020.

Solicito una extensión de la gestión y justificación que les estoy presentando por escrito y tomen en consideración dicha causa y precedan a validar mis evidencias enviadas.

Sin nada más queda de ustedes:

Pedro J. Rivera Viera

Urb. Rio Grande Estate

Calle 27 Bloq. X17

Rio Grande PR 00745



## GOBIERNO DE PUERTO RICO

Departamento de Salud
Oficina Recursos Humanos y Relaciones Laborales

### CERTIFICACION

Certifico de acuerdo a Expediente Inactivo de Personal del Señor Pedro J. Rivera Viera, seguro social XXX-XX-2112, presto servicios en el Departamento de Salud según detallamos a continuación:

| CLASIFICACION | PERIODO | UBICACIÓN | SUELDO |
|---|---|---|---|
| Oficinista I Transitorio | 6-abril-1981 al 31-mayo-1982 | WIC Nivel Central | $409.00 |
| Oficinista II Transitorio | 1-junio-1982 al 15-febrero-1984 | WIC Nivel Central | $421.00 |
| Oficinista III Transitorio | 16-febrero-1984 al 15-septiembre-1986 | WIC Nivel Central | $475.00 |
| Agente Comprador I Transitorio | 16-septiembre-1986 al 30-junio-1989 | WIC Nivel Central | $551.00 |
| Agente Comprador I Regular | 1-julio-1989 Al 29-febrero-1992 | WIC Nivel Central | $681.00 |

| | | | |
|---|---|---|---|
| Agente Comprador II Regular | 1-marzo-1992 al 15-septiembre-2001 | WIC Nivel Central | $884.00 |
| Agente Comprador III Regular | 16-septiembre-2001 al 30-junio-2007 | Secretaria Auxiliar de Administración Oficina de Compra | $1,466.00 |
| Especialista en Compras y Subastas Regular | 1-julio-2007 al 30-septiembre-2019 Renuncia para Acogerse al Programa de Pre-Retiro Voluntario (Ley Núm. 211) | Secretaria Auxiliar de Administración Oficina de Compra | $2,341.00 $141.00 |

Cualquier información adicional favor de comunicarse a los siguientes números telefónicos: (787) 765-2929 (4232).

Lo que informo es a petición del empleado.

CERTIFICO CORRECTO:

*Celia Pérez-Sepúlveda*
Celia Pérez Sepúlveda
Secretaria Auxiliar
Secretaría Auxiliar de
Recursos Humanos y
Relaciones Laborales

Dada en San Juan, Puerto Rico
Hoy 3 de julio de 2020

LRP/jva
**NOTA: LA MISMA NO ES VALIDA SI TIENE ALTERACIONES**