Pedro J. Rivera Viera
Urb. Rio Grande Estate
Calle 27 Bq. X-17
Rio Grande P.R. 00745



Clerk's Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

RECEIVED & FILED
2020 AUG -4 AM 7:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.