

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

5 de marzo de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | NEREIDA GOMEZ ORTIZ |
| Seguro Social | : | 1596 |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | RIO GRANDE_ |
| Sueldo Mensual | : | $2,705.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 31 de mayo de 2016 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (28) años, (6) meses, (1) semana y (2) días. Nuestro sistema de Recursos Humanos refleja su nombramiento desde 08/29/1987 hasta 05/31/2016. |

*[firma]*

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Nereida Gomez Ortiz**, con número de seguro social que termina en **1596**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 1 de junio de 2016 |
| Tiempo Cotizado para la Pensión | 28 años, 0 meses, 2 semanas, .69 días |
| Pensión Mensual Inicial | $1,365.27 |
| Pensión Mensual Actual | $1,365.27 |

Esta certificación se expide hoy, **5 de marzo de 2020** en **San Juan, Puerto Rico**.

**Edgardo J. Negrón Ramírez**
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov