Nereida Gómez Ortiz
Calle 27 Bloque X-17
Urb. Rio Grande Estate
Rio Grande, P.R. 00745



Clerk's Office
United State District Court
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

RECEIVED & FILED
2020 AUG -4 AM 7:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.