**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante<br><br>DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, la ACT y el SRE.** |

## RÉPLICA DE LA DEMANDANTE A LA DUCENTÉSIMA QUINTA OBJECIÓN GLOBAL

**Introducciones**

1. Solo debe cumplimentar y radicar el presente formulario de réplica si su reclamación guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico, o si su reclamación guarda relación con una acción judicial pendiente de resolución o finalizada. Si su reclamación no surge de empleo actual o anterior en el Gobierno de Puerto Rico o si su reclamación no guarda relación con una acción judicial pendiente de resolución o finalizada, su réplica debe ser radicada de conformidad con los procedimientos detallados en las páginas 3 a 4 de la Notificación que acompaña a la Ducentésima quinta objeción global.

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

2. Rogamos radique formularios de réplica separados por cada evidencia de reclamaciones a la que los Deudores se hayan opuesto. No radique un único formulario de réplica que aborde más de una evidencia de reclamaciones.

3. Rogamos conteste a todas las preguntas y a cada una de las subpreguntas aplicables.

4. Incluya tantos detalles como pueda en sus réplicas.

    a. **Sus respuestas deben proporcionar más información que la contenida en la evidencia de reclamaciones inicial.** Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamación, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamación.

    b. Si está disponible y se aplica a su reclamación, rogamos proporcione, asimismo, lo siguiente:

        • Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
        • Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
        • Notificación por escrito de la intención de radicar una reclamación acompañada de un comprobante de envío; y
        • Toda la documentación que a su criterio justifica su reclamación.

5. Si no dispone de una copia de su reclamación, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción global a su reclamación.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, la ACT o el SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

    ▫ **Nombre:** William Vega Martinez
    ▫ **Dirección:** Urb. Turabo Gardens Calle 33 R6-17 Caguas, P.R. 00727
    ▫ **Número de teléfono:** 787-360-7938

2

☐ **Dirección de correo electrónico:** _Nvega11@yahoo.com_

2. **Número de su evidencia de reclamaciones:** _____

3. Los Deudores se han opuesto a su Evidencia de reclamaciones porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamación. Marque la casilla con la que guarde relación su Evidencia de reclamaciones y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamación. Adjunte páginas adicionales si fuera necesario.

☐ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

☒ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico
_Departamento de Educación de Puerto Rico_

_____

_____

_____

**Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamación.**

4. ¿Cuál es el monto de su reclamación (cuánto alega que se le adeuda)?:
_52,670_

5. **Empleo.** ¿Su reclamación guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?
   ☐ No. *Siga con la Pregunta 6.*
   ☒ Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:
_Departamento de Educación de Puerto Rico_

5(b). Indique las fechas de su empleo relativo con su reclamación:
_1989-2014_

5(c). Últimos cuatro dígitos de su número del Seguro Social:
_4771_

5(d). ¿Cuál es la naturaleza de sus reclamaciones relativas al empleo (marque todas las casillas aplicables)?:
   ☒ Pensión
   ☒ Salarios no pagados
   ☐ Días de licencia por enfermedad

3

☐ Quejas con sindicato

☑ Vacaciones

☑ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

_Años por experiencia_

**6. Acción judicial.** ¿Su reclamación guarda relación con una acción judicial pendiente de resolución o finalizada?

☐ No.

☑ Sí. **Responda a las Preguntas 6(a) a (f).**

6(a). Indique el departamento o la agencia que sean parte en la acción.
_Departamento de Educación de Puerto Rico_

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.

6(c). Caso núm.: _17 3/35_

6(d). Título, epígrafe o nombre del caso:
_Francesca Frat c/ Claims_

6(e). Estado del caso (pendiente de resolución, apelado o finalizado):
_Pendiente de Resolución_

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí / No (marque su respuesta con un círculo)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?

**FIRME ABAJO SU RÉPLICA**

_W. Vega_
**Firma**

_William Vega Martinez_
**Nombre en letra de molde**

_[fecha]_
**Fecha**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☑ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   *150,000*

Batch 13



99012340076022

Número de Evidencia de Reclamación: 173135
Reclamante: Vega Martinez, William

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐ No. *Pase a la Pregunta 4.*

   ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
_Departamento de Educacion de Puerto Rico_

3(b). Identifique las fechas de su empleo con relación a su reclamación:
_1989 - 2018_

3(c). Últimos cuatro dígitos de su número de seguro social: _4771_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☒ Jubilación

   ☒ Salarios impagos

   ☐ Días por enfermedad

   ☐ Queja con el sindicato

   ☐ Vacaciones

   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
   _Peticion de pasos por años de experiencia_

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☐ No.

   ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción:
_Departamento de Educacion de Puerto Rico_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
_Commonwealth of Puerto Rico Supplemental_

4(c). Número de caso: _173135_

4(d). Título, epígrafe, o nombre del caso:
_Promesa Proof of Claims_

Batch 13

2

*Número de Evidencia de Reclamación*: 173135
*Reclamante*: **Vega Martinez, William**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

Pendiente de Resolución

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

UTILIZO ESTE MELTO PARA [...] DE LA LEY Y PROMESA DEL ESTADO LIBRE ASOCIADO DE PUERTO RCO,

ACTUALMENTE ME ENCUENTRO RESIDIENDO EN LA FLORIDA A CONSECUENCIA DE LA PANDEMIA DEL CORONAVIRUS ATENDIENDO A MI FAMILIA Y MI MADRE. POR TAL RAZON NO HABIA PODIDO DEVOLVER LOS DOCUMENTOS.

TRABAJE 6 AÑOS EN EL DEPARTAMENTO DE AGRICULTURA Y 24 AÑOS EN EL DEPARTAMENTO DE EDUCACION. ACTUALMENTE ESTOY RETIRADO DESDE EL 2014.

MI RECLAMACION ESTA BASADA EN QUE MIENTRAS TRABAJE EN EL DEPARTAMENTO DE EDUCACION EJERCIENDO COMO MAESTRO DE EDUCACION FISICA TUVE QUE AFRONTAR LOS SIGUIENTES HECHOS:

1. TENIA QUE VISITAR 2 (DOS) ESCUELAS EL MISMO DIA, UNA BASTANTE DISTANTE DE LA OTRA, PUEDO DECIR QUE NO TENIA HORA DE ALMUERZO PORQUE LLEGARIA TARDE.
2. NO PAGABAN GASOLINA.
3. ELIMINARON LOS PASOS POR AÑOS DE EXPERIENCIA.
4. NO HUBO AUMENTO EN 9 AÑOS CONSECUTIVOS.
5. DEBIDO A QUE NO HUBO AUMENTO AL RETIRARME LA PENSION FUE BASTANTE MENOR A LA QUE TENIA DERECHO.
6. EN MUCHAS DE LAS ESCUELAS QUE TENIA QUE ATENDER A MIS ESTUDIANTES NO TENIAN FACILIDADES DEPORTIVAS.
7. AL EJERCER COMO COORDINADOR DE EDUCACION FISICA NO TENIA PAGO POR ELLO, ERA ADICIONAL A MI TRABAJO DE MAESTRO.
8. EN MUCHAS OCASIONES TENIA QUE COMPRAR MATERIALES PARA MIS ESTUDIANTES DE MI BOLSILLO PARA PODER DAR LA CLASE, ADICIONAL AL PAPEL Y PAGAR POR LAS COPIAS NECESARIAS.

LES SOLICITO CINSIDEREN MI CASO POR SI TENGO DERECHO ALGUNA REMUNERACION ECONOMICA.

GRACIAS.

WILLIAM VEGA MARTINEZ
(787) 360-7928