THIS NOTICE RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.

IF YOU ARE RECEIVING THIS NOTICE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

DOCUMENTS RELATING TO THIS CLAIM OBJECTION WERE MAILED TO YOU ON JUNE 12, 2020. PURSUANT TO DETAILS SET FORTH IN EXHIBIT "C" TO THE OBJECTION, THE DEADLINE TO RESPOND IS JULY 14, 2020. PLEASE CHECK YOUR MAIL BOX. IF YOU FAIL TO PROPERLY RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE GOVERNMENT WITHOUT FURTHER NOTICE OR HEARING.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Vega Martinez, William | 173135 | 02/04/2020 | Commonwealth of Puerto Rico | $0.00 |
| Docket Number | 13415 | Objection Title | Debtors' Two Hundred and Fifth Omnibus Objection | |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

LA PRESENTE NOTIFICACIÓN ESTÁ RELACIONADA CON UNA EVIDENCIA DE RECLAMO QUE USTED PRESENTÓ CONTRA EL GOBIERNO DE PUERTO RICO EN EL PROCESO QUE SE SUSTANCIA EN VIRTUD DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD FINANCIERA DE PUERTO RICO.

SI USTED RECIBE ESTA NOTIFICACIÓN ES PORQUE UNO O MÁS DE LOS DEUDORES PRETENDEN DESESTIMAR SU RECLAMO POR LA RAZÓN EXPUESTA A CONTINUACIÓN.

LOS DOCUMENTOS RELACIONADOS CON ESTA OBJECIÓN DE RECLAMO LE FUERON ENVIADOS A USTED POR CORREO EL DÍA 12 DE JUNIO DE 2020. DE ACUERDO CON LOS DATOS ESTABLECIDOS EN EL ANEXO "C" A LA OBJECIÓN, LA FECHA LÍMITE PARA RESPONDER ES EL 14 DE JULIO DE 2020. SÍRVASE POR FAVOR VERIFICAR SU CASILLA DE CORREO. SI NO RESPONDE APROPIADAMENTE A LA OBJECIÓN, EL TRIBUNAL PODRÍA OTORGAR LA REPARACIÓN SOLICITADA POR EL GOBIERNO SIN PREVIO AVISO NI AUDIENCIA.

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Vega Martinez, William | 173135 | 02/04/2020 | Commonwealth of Puerto Rico | $0.00 |
| Número de registro de actos procesales | 13415 | Título de la objeción | Debtors' Two Hundred and Fifth Omnibus Objection | |
| Base para: | La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | |

Form. 4 Rev.

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

### INFORME DE CAMBIO - PERSONAL DOCENTE

Pagarle por vacaciones regulares en julio

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | Vega Martínez, William | |
| 2 Núm. Seg. Social | ███-4771 | |
| 3 Sexo | M | |
| 4 Estado Civil | Soltero | |
| 5 Prep. Académica | BA | |
| 6 Experiencia | 0 | |
| 7 Status Empleado (Contrato) | Trans. Elegible | |
| 8 Sueldo Bruto | $1,000.00 | |
| 9 Núm. de la Plaza | 0706-T | |
| 10 Categoría de la Plaza | M. Educ. Física | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | Estatal | |
| 13 Cifra Cuenta | 90-111-081-01-001 | |
| 14 Fecha de Efectividad | 10 de agosto de 1989 | |
| 15 Acción y Duración | Nombramiento Bruto año | |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | Educación Física | |
| 20 Turno en Registro | 0042 | |
| 21 Distrito Escolar | San Lorenzo | |

**LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA**

| 22 Desde | 23 Hasta |
|---|---|
| 24 Observaciones (Antes del Cambio) Nuevo. | 25 Observaciones (Después del Cambio) Descuento Medicare Ley -99-272 |

26 _____ Fecha
Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso

27 Deseo: ☐ Acogerme ☐ No acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

_____ _____
Firma del Empleado    Fecha

28 Recomendado _____ 10/agosto/1989
Superintendente de Escuelas  Fecha

29 Recomendado _____ _____
Superintendente de Escuelas  Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

_____       _____
FIRMA                             FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

ESTADO LIBRE ASOCIADO DE PUERTO RICO

*Departamento de Agricultura*

SAN JUAN, PUERTO RICO 00908

18 de octubre de 1990

Sr. William Vega Martínez
Calle 33 R6-17 - Turabo Gardens
Caguas, Puerto Rico 00625

    Recibimos su comunicación del 10 de octubre de 1990, en la que presenta su renuncia al puesto de Mensajero II, adscrito al Programa Servicios Especiales para el Desarrollo Agropecuario, del Departamento de Agricultura.

    Conforme a sus deseos aceptamos la misma para ser efectiva el 13 de agosto de 1990.

    Le agradecemos los servicios prestados al Departamento y le deseamos mucho éxito en sus futuras actividades.

Angeles Lara de la Torre
Secretaria Auxiliar de Administración, Interina

"AL SERVICIO DEL AGRICULTOR PARA LA REHABILITACION DE LA AGRICULTURA DE PUERTO RICO"

FSE - 373 Rev. Feb/90

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**FONDO DEL SEGURO DEL ESTADO**
GPO BOX 5028 • SAN JUAN, PUERTO RICO 00936

**INFORME PATRONAL**

USO EXCLUSIVO DE LA AGENCIA

92-13-01137-4
WILLIAM VEGA MARTINEZ
04 CAGUAS
21 AGO 91   30 DIC 59
-4771

### NO ESCRIBA EN ESTE ESPACIO – USO EXCLUSIVO DE LA AGENCIA

| NUMERO DE CASO – FSE | | | D/C | BATCH | FECHA RADICACION | | | ENV CHQ | CLAVE DE COMPENSACION | | | REG Y DISP TRAT | P E | FECHA ALTA TRABAJAR | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AÑO | DISP | NUMERO | | | AÑO | MES | DIA | | COMP | DISP | PAT | | | AÑO | MES | DIA |
| 92 | 13 | 01137 | 4 | 1 | | | | | | | | | | | | |

| FECHA ALTA DEFINITIVA | | | DIAS | JORNAL DIARIO | COMPENSACION SEMANAL | REGION ANATOMICA | NAT LESION | NUMERO DE POLIZA | | | | RIESGO | GRUPO | STATUS POLIZA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AÑO | MES | DIA | | | | | | AÑO | T | R | O | | | |

### PARTE A – INFORMACION DEL PATRONO

**1. NOMBRE DEL PATRONO (SEGUN POLIZA):** Departamento de Educación
**2. TIENE POLIZA:** ☐ NO INDIQUE  ☒ SI NUMERO  AÑO T R O NUMERO
**3. SEGURO SOCIAL PATRONAL:** 6 9 0 6 6 0 0 0 1
**4. DIRECCION POSTAL:** Box 1281
**5. CLASE DE PATRONO:** ☐ IND ☐ SOC ☐ CORP ☐ COOP ☐ ASOC ☐ SINDICO ☐ SUCESION ☐ ALBACEA ☒ OTROS
**CLASE DE NEGOCIO:** Educación
**6. PUEBLO:** San Lorenzo, Puerto Rico  **ZIP CODE:** 00754
**7. NOMBRE Y SITIO DE NEGOCIO (CALLE, NUMERO, BARRIO, PUEBLO):** Depto. Educación - San Lorenzo, P. R.
**8. TELEFONO:** 736-2361

### PARTE B – INFORMACION SOBRE EL LESIONADO

**9. NOMBRE DEL LESIONADO – INICIAL – APELLIDO PATERNO – APELLIDO MATERNO:** William Vega Martínez
**10. NUMERO SEGURO SOCIAL:** ___-4771
**11. SEXO:** ☒ M ☐ F
**12. TELEFONO:** 744-2512
**13. ESTADO CIVIL:** ☒ SOLTERO ☐ CASADO ☐ VIUDO ☐ DIVORCIADO
**14. DIRECCION:** Calle 33 - R6-17 Turabo Gardens
**15. NUMERO DE DEPENDIENTES:** HIJOS 0  NO HIJOS
**16. TRABAJA EL CONYUGE:** ☐ SI ☒ N/A ☐ NO
**17. URBANIZACION:** Caguas, Puerto Rico  **PUEBLO / ZIP CODE:** 00725
**18. NOMBRES DE PADRE Y MADRE:** William y Gloria
**LUGAR:** New York  **FECHA NACIMIENTO MES/DIA/AÑO:** 12 30 59  **19. EDAD:** 31
**20. DIRECCION POSTAL EN LA QUE INTERESARIA RECIBIR LOS CHEQUES DE COMPENSACION (SI ALGUNO):** Calle 33 - R6-17 - Turabo Gardens - Caguas, Puerto Rico 00725
**21. FAMILIAR MAS CERCANO QUE NO RESIDE CON EL LESIONADO:** Helen Vega Martínez
**22. TELEFONO:** 748-5315
**23. DIRECCION:** Haciendas Carraízo- Calle 5 Casa H-8, Trujillo Alto, P. R.
**24. DEPARTAMENTO O UNIDAD QUE TRABAJA EL EMPLEADO:** Depto. de Educación
**25. OCUPACION HABITUAL:** Maestro Educ. Física
**26. TIEMPO QUE LLEVA REALIZANDO SU OCUPACION HABITUAL CON PATRONO ACTUAL:** AÑOS 2  MESES 2  DIAS 6
**27. FECHA DE POSIBLE JUBILACION:** MES DIA AÑO
**28. CANTIDAD Y FORMA DE PAGO:** $1,050.00  ☐ POR HORA ☐ DIARIO ☐ SEMANAL ☐ QUINCENAL ☐ BISEMANAL ☒ MENSUAL
**29. INDIQUE EL NUMERO DE DIAS Y/O HORAS QUE TRABAJABA EN LA SEMANA:** HORAS ___ DIAS 5
**30. TIENE USTED CONTRATO DE APARCERIA:** ☐ SI ☒ NO
**31. INDIQUE LA LABOR QUE REALIZABA EL LESIONADO CUANDO OCURRIO EL ACCIDENTE:** Dar clase de Educación Física
**ESTABA EN GESTIONES OFICIALES:** ☒ SI ☐ NO
**32. OCURRIO EL ACCIDENTE DENTRO DE LOS PREDIOS DEL PATRONO:** ☒ SI ☐ NO
**33. FECHA Y HORA DEL ACCIDENTE O ENFERMEDAD OCUPACIONAL:** MES 08 DIA 21 AÑO 91  HORA 2:00 ☐ AM ☒ PM
**34. HORA QUE COMENZO A TRABAJAR EL DIA DEL ACCIDENTE:** HORA 8:00 ☒ AM ☐ PM
**35. FECHA EN QUE SUSPENDIO SU LABOR:** No  MES DIA AÑO
**36. LUGAR EXACTO DEL ACCIDENTE (SITIO, BARRIO, PUEBLO) – EN CASO CONSTRUCCION SEÑALE ADEMAS, NOMBRE DEL PROYECTO:** Esc. S.U. Quebrada Honda, San Lorenzo, Puerto Rico
**37. MURIO EL LESIONADO:** ☐ SI ☒ NO
**38. SUFRIERON OTROS EMPLEADOS LESIONES COMO CONSECUENCIA DEL ACCIDENTE:** ☐ SI ☒ NO  NUM ___  MURIERON ☐ SI ☒ NO  NUM ___

**39. DESCRIBA DETALLADAMENTE COMO OCURRIO EL ACCIDENTE O LA ALEGADA ENFERMEDAD OCUPACIONAL INDIQUE EL VEHICULO, HERRAMIENTA, SUSTANCIA, O EL NOMBRE Y DIRECCION DE LA PERSONA QUE CAUSO EL ACCIDENTE (ESPECIFIQUE LA RELACION DE ESA PERSONA CON EL PATRONO):**

Alega el profesor Vega que: desde el comienzo del curso escolar 1991 - 92 ha venido confrontando problemas con la garganta, sintiendo mucho ardor y dolor a medida que va transcurriendo el día de clases. Siente que durante la mañana se le oye la voz bastante clara y cuando llega la tarde está ronco.

**40. OBSERVACIONES QUE ESTIME PERTINENTE HACER:**

**41. ¿TRABAJA EL LESIONADO TAMBIEN PARA OTRO PATRONO?** ☒ NO ☐ SI (INCLUYA EL NOMBRE DE LA EMPRESA)
**TIEMPO:** ☐ AÑOS ☐ MESES
**SALARIO:** ☐ SEMANAL ☐ MENSUAL

**42. TESTIGOS QUE PRESENCIARON EL ACCIDENTE SEGUN INVESTIGACION DEL PATRONO:**
**NOMBRE:** Rosa Borges - Secretaria  **DIRECCION:** Bo. Quebrada Honda - San Lorenzo, P. R.
**NOMBRE:** Antonia Díaz - Directora  **DIRECCION:** San Lorenzo, Puerto Rico

**43. ¿HA RADICADO RECLAMACION EN OTRAS AGENCIAS?** ☐ SI ☐ SINOT ☐ ACAA ☐ SEGURO SOCIAL ☐ BEN. POR  **NUMERO RECLAMACION:** ___  **FECHA DE LA RECLAMACION:** MES DIA AÑO
**44. SI HA RADICADO AL LESIONADO UN CASO ANTERIOR EN FSE INDIQUE FECHA RADICACION MES DIA AÑO  NUMERO DEL CASO**

FSE - 33.1...88

ESTADO LIBRE ASOCIADO DE PUERTO RICO
FONDO DEL SEGURO DEL ESTADO
Caguas, PUERTO RICO
DECISION DEL ADMINISTRADOR
(CON HONORARIOS DE ABOGADOS)

NOMBRE Y DIRECCION

LESIONADO:
William Vega Martínez
Calle 33 R-6 -17
Turabo Gardens
Caguas, PR  00725

NOMBRE Y DIRECCION

PATRONO:
Departamento de Educación
Box 1281
San Lorenzo, PR  00754

CASO NUMERO   IPP
Año Fiscal   Disp. Número
92--  13-01137-   4

☐ SUBROGACION
☐ MENOR*

| Fecha del Accidente | Jornal Diario | Días de la Semana | Jornal Semanal | Sitio del Accidente | Número de Seguro Social | Clave Seguro |
|---|---|---|---|---|---|---|
| 21/AGOSTO/91 | 47.73 | 5 | 65.00 | San Lorenzo | ###-##-4771 | 2 |

Descripción del Accidente
Alega el lesionado que esta confrontando problemas con la garganta, sintiendo mucho ardor y dolor a medida que va transcurriendo del día de trabajo.

Lesión Sufrida
DX:  LARINGITIS OPERADO

| ALTA DEFINITIVA | Fecha | Médico Informante |
|---|---|---|
| | 9/abril/92 | DRA. IRMA C. SANTOS/DR. RAFAEL TORO VELEZ |

Incapacidad Resultante   ☒ 1ra. Condición   ☐ 2da. Condición

PERDIDA 20% FUNCIONES FISIOLOGICAS POR PERDIDA COMPLETA DE LA VOZ.

Estudiado el expediente del caso, el Administrador del Fondo del Seguro del Estado resuelve que el accidente es uno de los protegidos por la Ley de Compensaciones por Accidentes del Trabajo, Ley Núm. 45 aprobada el 18 de abril de 1935, según ha sido posteriormente enmendada. Habiéndosele reconocido al lesionado la incapacidad parcial permanente antes expresada, el Administrador resuelve que el mismo tiene derecho a recibir en la forma que determina la Ley una compensación adicional equivalente al __66 2/3__ % a base del jornal diario que ganaba el día del accidente.

De acuerdo con el expediente de este caso deberá pagársele una compensación computada a base del jornal semanal arriba indicado durante un período de __40__ semanas la que asciende a la suma de    $ __2,600.00__

De esta cantidad se le descontará por concepto de
A- Dietas Pagadas en Exceso    $ _____
B- Compensación Otorgada y/o Pagada por Incapacidad
   1-en este Accidente    $ _____
   2-en Accidente anterior    $ _____
C- Otros Descuentos    $ _____
TOTAL A DESCONTARSE    $ _____

Una vez realizados los descuentos antes mencionados, si los hubiere, el lesionado recibirá la cantidad de    $ __2,600.00__

En los casos de incapacidad inicial, si esta cantidad es de $1,000.00 ó menos, se le pagará en total y de una sola vez. Si dicha cantidad es mayor de $1,000.00 se hará un pago inicial de $1,000.00 como anticipo y el balance le será pagado en plazos de $ _____ mensuales con efecto retroactivo a la fecha de alta definitiva. (VEASE CLAUSULA A-3 AL DORSO).

CERTIFICO:   QUE LOS COMPUTOS ESTAN CORRECTOS Y QUE PROCEDE EL PAGO POR LA CANTIDAD ARRIBA INDICADA.

6 de mayo de 1992
Fecha

ROSA M. RODRIGUEZ RAMOS
Jefe, Sección de Reclamaciones o su Representante Autorizado

* PARA CASO DE MENOR   ESTE PAGO SE HARA A TRAVES DE _____

CERTIFICO:   QUE ESTE PAGO ESTA A TONO CON LA LEY DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO.

Dado en __CAGUAS__, Puerto Rico a __6/MAYO/92__

ALBERTO O. BACO
Administrador

| TELEPROCESADO POR (FIRMA) | FECHA |
| --- | --- |
| | DIA  MES  AÑO |
| CODIFICADO (FIRMA OCS) | FECHA |
| | DIA  MES  AÑO |

**92-13-01137-4**

WILLIAM VEGA MARTINEZ

04    CAGUAS

21 AGO 91     30 DIC 59     M

-4771

### GOBIERNO DEL ESTADO LIBRE ASOCIADO de Puerto Rico FONDO DEL SEGURO DEL ESTADO

### DECISION DEL ADMINISTRADOR SOBRE TRATAMIENTO MEDICO

**PARA USO DE LOS OFICIALES DE COMPENSACIONES**

| BATCH | CASO NUMERO | | C/D | CLAVE TRANS. | TARJ. NUM. |
| --- | --- | --- | --- | --- | --- |
| | AÑO | DISP. | NUMERO | | | |
| 1 | 3 | 4 | | 12 | 13 14 15 | 16 |

| CLAVE DE COMP. | | ALTA TRABAJAR | | | ALTA DEFINITIVA | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| COMP. | DISP. | PAT. | AÑO | MES | DIA | AÑO | MES | DIA |
| 17 | | 22 | 27 | | 32 | 39 | | 44 |

**PARA SER CUMPLIMENTADO POR EL MEDICO O ENCARGADO DE DISPENSARIO O CLINICA**

L  WILLIAM VEGA MARTINEZ
E  CALLE 33 R-6-17 TURABO GARDENS
S  CAGUAS.            PR   00725
I
O
N  DEPTO. DE EDUCACION
A  APARTADO 1281
D  SNA LORENZO         PR   00754
O

| CLAVE DISP. | FECHA DE ACC. AÑO MES DIA | ☐ FONDO DE ANTICIPO | ☐ SUBROGACION | ☐ OBRERO MIGRANTE |
| --- | --- | --- | --- | --- |
| 33 | | | | |

REGION ANATOMICA AFECTADA O CONDICION TRATADA POR LA CUAL ES DADO DE ALTA. (VEASE INSTRUCCIONES AL DORSO)

1RA.  Laringitis       CODIGO DE DIAGNOSTICO

2DA.

POR LA PRESENTE, Y DE ACUERDO CON LA LEY DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO (LEY NUM. 45 DEL 18 DE ABRIL DE 1935) SEGUN HA SIDO SUBSIGUIENTEMENTE ENMENDADA, SE DETERMINA SOBRE EL ASPECTO MEDICO DE ESTE CASO LA SIGUIENTE DECISION:

☐ 1. EL LESIONADO FUE EXAMINADO POR PRIMERA VEZ:              DE              DE 19
    ☐ a. CONTINUARA RECIBIENDO TRATAMIENTO MEDICO EN  ☐ DESCANSO  ☐ C.T. (MIENTRAS TRABAJA)
    ☐ b. SE DETERMINA DARLO DE ALTA DEFINITIVA EFECTIVA EL     DE              DE 19
    ☐ c. VEASE ALTERNATIVA NUMERO _____

☒ 2. HABIENDO EL LESIONADO RECIBIDO EL MAXIMO BENEFICIO DE TRATAMIENTO, SE DETERMINA DARLO DE ALTA DEFINITIVA EL DIA 9
    DE  abril  DE 19 92  CURADO  ☐ SIN INCAPACIDAD  ☒ CON INCAPACIDAD
    (La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente).

☐ 3. EL LESIONADO FUE EXAMINADO EN EL DIA DE HOY, A PARTIR DEL     DE              DE 19     SE
    AUTORIZA CAMBIO PARA CONTINUAR RECIBIENDO TRATAMIENTO MEDICO EN  ☐ DESCANSO  ☐ C.T. (MIENTRAS TRABAJA).

☐ 4. LUEGO DE EVALUADO EL CASO SE DETERMINA DARLO DE ALTA DE TRATAMIENTO MEDICO EFECTIVO EN
    DE              DE 19           LA DECISION FINAL DEL ADMINISTRADOR SOBRE NO RELACION LE SERA NOTIFICADA
    OPORTUNAMENTE. EL LESIONADO PODRA CONTINUAR TRATAMIENTO MEDICO EN FACILIDADES FUERA DEL FONDO DEL SEGURO DEL ESTADO.

☐ 5. EL LESIONADO HABIA SIDO DADO DE ALTA EL     DE              DE 19     LUEGO DE LA
    REEVALUACION MEDICA PRACTICADA SE DETERMINA:
    ☐ a. DARLO DE ALTA DEFINITIVA: EL DIA     DE              DE 19     ☐ CON INCAPACIDAD
         (La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente)
    ☐ b. CONFIRMAR LA DECISION DADA: EL     DE              DE 19

☐ 6. EL CASO FUE DEVUELTO POR LA HON. COMISION INDUSTRIAL A LA JURISDICCION DEL FONDO DEL SEGURO DEL ESTADO. LUEGO
    DE EXAMINADO EL MISMO SE DETERMINA EL SIGUIENTE STATUS:
    ☐ a. ☐ DESCANSO                ☐ C.T. (MIENTRAS TRABAJA) A PARTIR DEL     DE              DE 19
         ☐ EVALUACION  ☐ EN TRATAMIENTO  ☐ MIENTRAS SE EFECTUA EVALUACION     ☐ EN TRATAMIENTO
    ☐ b. DARLO DE ALTA DEFINITIVA: EL DIA     DE              DE 19     ☐ SIN INCAPACIDAD  ☐ CON INCAPACIDAD
         (La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente)
    ☐ c. CONFIRMAR LA DECISION DADA: EL     DE              DE 19

☐ 7. LUEGO DE LA EVALUACION MEDICA PRACTICADA SE DETERMINA QUE NO HAY EVIDENCIA DE LESION O ENFERMEDAD OCUPACIONAL.
    POR LO CUAL SE DA DE ALTA A PARTIR DEL     DE              DE 19     LA DECISION FINAL DEL
    ADMINISTRADOR SOBRE NO COMPENSABILIDAD LE SERA NOTIFICADA OPORTUNAMENTE.

☐ 8. HABIENDO EL LESIONADO RECIBIDO EL MAXIMO BENEFICIO DE TRATAMIENTO SE DA DE ALTA SIN INCAPACIDAD A
    PARTIR DEL              DE              DE 19     LA DECISION FINAL DEL
    ADMINISTRADOR SOBRE NO COMPENSABILIDAD LE SERA NOTIFICADA OPORTUNAMENTE.

☐ 9. ES UN OBRERO MIGRANTE BAJO CONTRATO DE EMPLEO APROBADO POR EL SECRETARIO DEL TRABAJO DE PUERTO RICO, ACOGIDO
    A LOS BENEFICIOS DE LA LEY NUM. 77 DEL 23 DE JUNIO DE 1958 Y DEL ARTICULO 1 DE LA LEY 54 DEL 13 DE JULIO DE 1978.
    HA SIDO DADO DE ALTA DE TRATAMIENTO MEDICO EL     DE              DE 19     . (NOTIFIQUESE CON COPIA
    DE ESTA DECISION AL DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS).
    OBSERVACIONES:

SR. ALBERTO O. BACO                              DRA. IRMA C. SANTOS
      Administrador                        Firma del Médico o Funcionario Autorizado
                                                      CAGUAS

CERTIFICO: Que en el día de hoy he entregado y notificado con copia de esta Decisión al Lesionado, en              , Puerto Rico.

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA

Tribunal __DISTRITO__ Sala __S.L.__

Oficina de Juez Municipal o de Paz ____

Querella de la Policía Núm. **9 4 6 0 6 7 0 2929**

☐ sin hoja de continuación
☐ incluye hoja de continuación

# DENUNCIA

Con Fecha __23-6-94__

Denuncia Núm. __94-1214__

FORMULADA POR EL PUEBLO DE PUERTO RICO CONTRA:

Nombre __MILAGROS MOYET ROSARIO__ Alias ____ Fecha nac. __15-9-57__ Lugar __S.L.__ Sexo __H__
S.S. # ~~[redacted]~~ Dirección __CARR. 181 Km9 RES. BO. QDA. HONDA__
Lic. Cond. # ____ Señas ____

Nombre ____ Alias ____ Fecha nac. ____ Lugar ____ Sexo ____
S.S. # ____ Dirección ____
Lic. Cond. # ____ Señas ____

Por el Delito de __ARTICULO 260 C.P. ALTERACION A LA PAZ__  ☐ Grave  ☐ Menos Grave
Cometido en __BO. QDA. HONDA S.L.__ el __9__ de __junio__ de __94__ a las __8.45am__ de la siguiente manera:

El referido acusado, __MILAGROS MOYET ROSARIO__, allí y entonces, ilegal, voluntario, malicioso y a sabiendas, violó lo dispuesto en el artículo 260 C.P., consistente que en fecha, hora y sitio antes indicados y en ocasión en que le alteró la paz y la tranquilidad a la ó el __William Vega Martínez__, usando un lenguaje grosero, profano e indecoroso con palabras obscena tales como: estupido que te pasa con mi hijo, maesttro sangano, estupido, yo me pongos unos pantalones y me atrevo darte una galleta y si no mi marido te la da.

## HECHOS CONTRARIOS A LA LEY

Presentada por: __GDTA. ETANISLAO VAZQUEZ 9629__
☐ Propio Conocimiento  ☒ Información y Creencia
Dirección __CTEL. POL S.L__ Cargo-Ocupación __GDIA__

Jurada y Suscrita ante mí, en ____, P.R., hoy __ de ____ de __ a las __

Vista señalada para el __ de ____ de 19____ ☐ Vista Preliminar ☐ Lectura de Acusación ☐ Juicio en su fondo
en la Sala de ____ ☐ Superior ☒ Distrito a las ____

Nombre y Firma del Magistrado o Secretario

| NOMBRE DE TESTIGOS | EDAD | DIRECCION | Examen de los Testigos | | | |
|---|---|---|---|---|---|---|
| | | | Conocimiento Propio | | Información o Creencia | |
| | | | Bajo Juramento | Declaración Jurada | Bajo Juramento | Declaración Jurada |
| WILLIAM VEGA MARTINEZ | M | CALLE 33 R 6 17 URB. TURABO GARDEN CAGUAS | | | | |

INFORMACION SOBRE EL IMPUTADO:
☐ No estuvo presente
☐ Traído sin Orden de Arresto
☐ Compareció por Citación
☐ Le fueron hechas las advertencias legales
☐ Estuvo acompañado por ____
☐ Abogado ☐ Familiar ☐ ____



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**CORPORACION**
**FONDO DEL SEGURO DEL ESTADO**
PO BOX 365028 • SAN JUAN, PUERTO RICO 00936-5028

**INFORME PATRONAL**
VEA INSTRUCCIONES AL DORSO

---

**NO ESCRIBA EN ESTE ESPACIO — USO EXCLUSIVO DE LA CORPORACION**

NUMERO DE CASO - CFSE: AÑO / DISP / NUMERO / D/C | Batch | FECHA RADICACION: AÑO / MES / DIA | CLAVE DE COMPENSABILIDAD | REG. Y DISP. TRAT. | FECHA ALTA (CT): AÑO / MES / DIA

FECHA ALTA DEFINITIVA | JORNAL DIARIO | COMPENSACION SEMANAL | NUMERO DE POLIZA | CLAVE | GRUPO | Stat Pat | Proc Por

---

### PARTE A - INFORMACION DEL PATRONO

**1. NOMBRE DEL PATRONO (SEGUN POLIZA):** Departamento de Educación
**2. NUMERO DE POLIZA:** AÑO / T / R / O / NUMERO / Año Fact. / AMP.
**3. SEGURO SOCIAL PATRONAL:** 6 9 0 6 6 0 0 0 1

**DIRECCION POSTAL:** P. O. Box 1281
**4. CLASE DE PATRONO:** ☐ Industria ☐ Sociedad ☐ Corporación ☐ Cooperativa ☐ Asociación ☐ Síndico ☐ Sucesión ☐ Albacea ☒ Otros
**5. CLASE DE NEGOCIO:** Educación

**NUMERO, CALLE, MUNICIPIO, O PAIS:** San Lorenzo, Puerto Rico 00754
**6. NOMBRE Y SITIO DE NEGOCIO:** Esc. S.U. Quebrada Honda - San Lorenzo
**7. TELEFONO:** 736-8989

---

### PARTE B - INFORMACION SOBRE EL LESIONADO

**8. NUMERO SEGURO SOCIAL:** ___-__-4771
**9. APELLIDO PATERNO:** Vega
**APELLIDO MATERNO:** Martínez
**NOMBRE 1:** William
**NOMBRE 2:**

**10. DIRECCION RESIDENCIAL:** Calle 33 R-6-17 - Urb. Turabo Gardens - Caguas, Puerto Rico
**CODIGO POSTAL:** 00725

**11. DIRECCION EN LA QUE INTERESA RECIBIR LOS CHEQUES DE DIETAS O COMPENSACION:** Calle 33 R-6-17 - Urb. Turabo Gardens - Caguas, Puerto Rico  00725

**12. SEXO:** ☐F ☒M
**13. TELEFONO:** 744-2512
**14. ESTADO CIVIL:** ☒ SOLTERO ☐ VIUDO ☐ CASADO ☐ DIVORCIADO
**15. NUM. DEPENDIENTES:** HIJOS ___ NO HIJOS 1
**16. TRABAJA EL CONYUGE:** N/A ☐ SI ☐ NO
**17. NOMBRES DE PADRE Y MADRE:** (Q.D.E.P.) William y Gloria

**18. FECHA NACIMIENTO:** AÑO 59 / MES 12 / DIA 30
**19. EDAD:** 35
**20. PUEBLO DE NACIMIENTO:** New York
**21. GRADO ESCOLARIDAD:** BA
**22. OCUPACION HABITUAL:** Maestro de Educ. Física
**23. MANO HABIL:** ☐ DER. ☒ IZQ.

**24. FAMILIAR MAS CERCANO QUE NO RESIDA CON LESIONADO:** Helen Vega Martínez
**25. TELEFONO:** ---
**26. DIRECCION:** Haciendas Carraizo - Calle 5 - Casa H-8, Trujillo Alto, P.R.
**27. FECHA ACCIDENTE:** AÑO / MES / DIA

**28. HORA DEL ACCIDENTE:** 8:00 ☒ A.M. ☐ P.M.
**29. HORA COMENZO TRABAJAR EL DIA DEL ACCIDENTE:**
**30. FECHA EN QUE SUSPENDIO SU LABOR:** AÑO / MES / DIA
**31. PUEBLO DE ACCIDENTE:** San Lorenzo

**32. ACCIDENTE AUTO:** ☐ SI ☒ NO
**33. FECHA DE LA MUERTE:** N/A
**34. SI EL LESIONADO ES MENOR DE EDAD, INDIQUE SI TIENE PERMISO:** N/A ☐ SI ☐ NO
**35. SUELDO:** $1,375.00
**36. FRECUENCIA:** ☐ POR HORA ☐ QUINCENAL ☐ SEMANAL ☐ DIARIO ☐ BISEMANAL ☒ MENSUAL

**37. NUMERO DE DIAS Y/O HORAS QUE TRABAJA EN LA SEMANA:** Días 5  Horas 30
**38. DEPARTAMENTO O UNIDAD QUE TRABAJA EL EMPLEADO:** Educación
**39. TIEMPO QUE LLEVA REALIZANDO SU OCUPACION HABITUAL CON PATRONO ACTUAL:** 6 años
**40. FECHA DE POSIBLE JUBILACION:** AÑO / MES / DIA

**41. OCURRIO EL ACCIDENTE DENTRO DE LOS PREDIOS DEL PATRONO:** ☒ SI ☐ NO
**42. TIENE USTED CONTRATO DE APARCERIA:** ☐ SI ☒ NO
**43. INDIQUE LA LABOR QUE REALIZABA EL LESIONADO CUANDO OCURRIO EL ACCIDENTE:** Dar la clase de Educ. Física
**44. ESTABA EN GESTIONES OFICIALES:** ☒ SI ☐ NO

**45. LUGAR EXACTO DEL ACCIDENTE:** Esc. S.U. Quebrada Honda - San Lorenzo, P.R.
**46. SUFRIERON OTROS EMPLEADOS LESIONES COMO CONSECUENCIA DEL ACCIDENTE:** ☐ SI ☒ NO  NUM. ___  MURIERON ☐ SI ☒ NO  NUM. ___

**47. DESCRIBA DETALLADAMENTE COMO OCURRIO EL ACCIDENTE O LA ALEGADA ENFERMEDAD OCUPACIONAL:**

Alega el profesor Vega que: desde el mes de enero de 1995 viene padeciendo de fuertes dolores de cabeza, dolor constante en los ojos, congestión de las fosas nasales y fuertes dolores de garganta. Alega además que en el área de juegos de la escuela hay un polvorín contínuo a consecuencia de la ubicación de la cancha.

**48. OBSERVACIONES QUE ESTIME PERTINENTE HACER:**

**49. TRABAJA EL LESIONADO TAMBIEN PARA OTRO PATRONO?** ☒ NO ☐ SI (INCLUYA EL NOMBRE DE LA EMPRESA)
**50. TIEMPO:** ☐ AÑOS ___ ☐ MESES ___
**SALARIO:** ☐ SEMANAL ___ ☐ MENSUAL ___

**51. TESTIGOS QUE PRESENCIARON EL ACCIDENTE SEGUN INVESTIGACION DEL PATRONO:**

NOMBRE: Rosa Borges - Secretaria    DIRECCION: Bo. Cerro Gordo - San Lorenzo, P.R.

NOMBRE: Antonia Díaz - Directora    DIRECCION: San Lorenzo, Puerto Rico

**CORPORACION DEL FONDO DEL SEGURO DEL ESTADO**

**DECISION DEL ADMINISTRADOR SOBRE TRATAMIENTO MEDICO**

WILLIAM VEGA MARTINEZ
CALLE 33 R 6-17
TURABO GARDENS CAGUAS PR
98 13 00719 5
08
19 AGO 97   30 DIC 59   M
4771

LESIONADO:
URB TURABO GARDENS
R 6 17 CALLE 33
CAGUAS PR 00727

PATRONO:
DEPARTAMENTO DE EDUCACION
PO BOX 759
HATO REY PR 00919

CLAVE DISP: 83

REGION ANATOMICA AFECTADA O CONDICION TRATADA POR LA CUAL ES DADO DE ALTA:
1RA HNP L4-L5 & L5-S1   88.080   OSR
    Radiculopatia L5    86.074   OSR

POR LA PRESENTE, Y DE ACUERDO CON LA LEY DEL SISTEMA DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO (LEY NUM. 45 DEL 18 DE ABRIL DE 1935) SEGUN HA SIDO SUBSIGUIENTEMENTE ENMENDADA, SE DETERMINA SOBRE EL ASPECTO MEDICO DE ESTE CASO LA SIGUIENTE DECISION:

1. EL LESIONADO FUE EXAMINADO POR PRIMERA VEZ: DE ___ DE ___
   a. CONTINUARA RECIBIENDO TRATAMIENTO MEDICO EN ☐ DESCANSO  ☐ C.T (MIENTRAS TRABAJA)
   b. SE DETERMINA DARLO DE ALTA DEFINITIVA EFECTIVA EL ___ DE ___ DE ___
   c. VEASE ALTERNATIVA NUMERO

2. HABIENDO EL LESIONADO RECIBIDO EL MAXIMO BENEFICIO DE TRATAMIENTO, SE DETERMINA DARLO DE ALTA DEFINITIVA EL DIA ___ DE ___ DE ___ CURADO ☐ SIN INCAPACIDAD  ☐ CON INCAPACIDAD
   (La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente).

3. EL LESIONADO FUE EXAMINADO EN EL DIA DE HOY, A PARTIR DEL ___ DE ___ DE ___ SE AUTORIZA CAMBIO PARA CONTINUAR RECIBIENDO TRATAMIENTO MEDICO EN ☐ DESCANSO  ☐ C.T (MIENTRAS TRABAJA)

4. LUEGO DE EVALUADO EL CASO SE DETERMINA DARLO DE ALTA DE TRATAMIENTO MEDICO EFECTIVO EN ___ DE ___ DE ___ LA DECISION FINAL DEL ADMINISTRADOR SOBRE NO RELACION LE SERA NOTIFICADA OPORTUNAMENTE. EL LESIONADO PODRA CONTINUAR TRATAMIENTO MEDICO EN FACILIDADES FUERA DEL FONDO DEL SEGURO DEL ESTADO.

5. EL LESIONADO HABIA SIDO DADO DEL ALTA EL ___ DE ___ DE ___ LUEGO DE LA REEVALUACION MEDICA PRACTICADA SE DETERMINA:
   a. DARLO DE ALTA DEFINITIVA: EL DIA ___ DE ___ DE ___ ☐ CON INCAPACIDAD
   (La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente)
   b. CONFIRMAR LA DECISION DADA: EL ___ DE ___ DE ___

☒ 6. EL CASO FUE DEVUELTO POR LA HON. COMISION INDUSTRIAL A LA JURISDICCION DEL FONDO DEL SEGURO DEL ESTADO. LUEGO DE EXAMINADO EL MISMO SE DETERMINA EL SIGUIENTE STATUS:
   a. ☐ DESCANSO  ☐ C.T. (MIENTRAS TRABAJA) A PARTIR DEL ___ DE ___ DE ___ ☐ EN TRATAMIENTO
      ☐ EVALUACION  ☐ EN TRATAMIENTO  ☐ MIENTRAS SE EFECTUA EVALUACION
   b. DARLO DE ALTA DEFINITIVA: EL DIA ___ DE ___ DE ___ ☐ SIN INCAPACIDAD  ☐ CON INCAPACIDAD
   (La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente)
   ☒ c. CONFIRMAR LA DECISION DADA: EL **10** DE **SEPTIEMBRE** DE **98**

7. LUEGO DE LA EVALUACION MEDICA PRACTICADA SE DETERMINA QUE NO HAY EVIDENCIA DE LESION O ENFERMEDAD OCUPACIONAL POR LO CUAL SE DA DE ALTA A PARTIR DEL ___ DE ___ DE ___ LA DECISION FINAL DEL ADMINISTRADOR SOBRE NO COMPENSABILIDAD LE SERA NOTIFICADA OPORTUNAMENTE.

8. HABIENDO EL LESIONADO RECIBIDO EL MAXIMO BENEFICIO DE TRATAMIENTO SE DA DE ALTA SIN INCAPACIDAD A PARTIR DEL ___ DE ___ DE ___ LA DECISION FINAL DEL ADMINISTRADOR SOBRE NO COMPENSABILIDAD LE SERA NOTIFICADA OPORTUNAMENTE.

9. ES UN OBRERO MIGRANTE BAJO CONTRATO DE EMPLEO APROBADO POR EL SECRETARIO DEL TRABAJO DE PUERTO RICO, ACOGIDO A LOS BENEFICIOS DE LA LEY NUM. 77 DEL 23 DE JUNIO DE 1958 Y DEL ARTICULO 1 DE LA LEY 54 DEL 13 DE JULIO DE ___ HA SIDO DADO DE ALTA DE TRATAMIENTO MEDICO EL ___ DE ___ DE ___ (NOTIFIQUESE CON COPIA DE ESTA DECISION AL DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS).

OBSERVACIONES:

LCDO NICOLAS LOPEZ PEÑA
Administrador

DR VICTOR BERIOS
Firma del Médico o Funcionario Autorizado

CERTIFICO: Que en el día de hoy he entregado y notificado con copia de esta Decisión al Lesionado, en



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**CORPORACION FONDO DEL SEGURO DEL ESTADO**
PO BOX 365028 • SAN JUAN, PUERTO RICO 00936-5028
**INFORME PATRONAL**
VEA INSTRUCCIONES AL DORSO

## NO ESCRIBA EN ESTE ESPACIO - USO EXCLUSIVO DE LA CORPORACION

(Form fields blank)

## PARTE A - INFORMACION DEL PATRONO

1. NOMBRE DEL PATRONO (SEGUN POLIZA): Departamento de Educación
   DIRECCION POSTAL: P. O. Box 1281
   NUMERO CALLE, MUNICIPIO: San Lorenzo, Puerto Rico 00754
4. CLASE DE PATRONO: XX Otros
5. CLASE DE NEGOCIO: Educación
6. NOMBRE Y SITIO DE NEGOCIO: Esc. María T. Delgado - San Lorenzo
7. TELEFONO: 736-0470

## PARTE B - INFORMACION SOBRE EL LESIONADO

8. NUMERO SEGURO SOCIAL: ___-4-7-7-1
9. APELLIDO PATERNO: Vega
   APELLIDO MATERNO: Martínez
   NOMBRE 1: William
10. DIRECCION RESIDENCIAL: Calle 33 R-6 17 Urb. Turabo Gardens - Caguas, Puerto Rico 00725
    CODIGO POSTAL: 00725
11. DIRECCION EN LA QUE INTERESA RECIBIR LOS CHEQUES: Calle 33 R-6 17 Urb. Turabo Gardens - Caguas, Puerto Rico 00725
12. SEXO: X M
13. TELEFONO: 744-2512
14. ESTADO CIVIL: X SOLTERO
15. NUM. DEPENDIENTES: HIJOS 0, NO HIJOS 1
16. TRABAJA EL CONYUGE: N/A
17. NOMBRES DE PADRE Y MADRE: William y Gloria
18. FECHA NACIMIENTO: AÑO 59, MES 12, DIA 30
19. EDAD: 39
20. PUEBLO DE NACIMIENTO: New York
21. GRADO ESCOLARIDAD: BA
22. OCUPACION HABITUAL: Maestro de Educ. Física
23. MANO HABIL: X IZQ.
24. FAMILIAR MAS CERCANO: Helen Vega Martínez
26. DIRECCION: Haciendas Carraízo - Calle 5 - Casa __ Trujillo Alto, P. R.
27. FECHA ACCIDENTE: AÑO 99, MES 03, DIA 08
28. HORA DEL ACCIDENTE: 1:50 P.M.
29. HORA COMENZO A TRABAJAR EL DIA DEL ACCIDENTE: 8:00 A.M.
31. PUEBLO DE ACCIDENTE: San Lorenzo
32. ACCIDENTE AUTO: X NO
33. FECHA DE LA MUERTE: N/A
34. SI EL LESIONADO ES MENOR DE EDAD: N/A
35. SUELDO: $1,750.00
36. FRECUENCIA: X MENSUAL
37. NUMERO DE DIAS/HORAS QUE TRABAJA EN LA SEMANA: Días 5, Horas 6
38. DEPARTAMENTO O UNIDAD: Educación
39. TIEMPO QUE LLEVA REALIZANDO SU OCUPACION: 9 años
41. ¿OCURRIO EL ACCIDENTE DENTRO DE LOS PREDIOS DEL PATRONO?: X SI
42. ¿TIENE USTED CONTRATO DE APARCERIA?: X NO
43. INDIQUE LA LABOR QUE REALIZABA EL LESIONADO CUANDO OCURRIO EL ACCIDENTE: Dar clase de Educación Física
44. ¿ESTABA EN GESTIONES OFICIALES?: X SI
45. LUGAR EXACTO DEL ACCIDENTE: Escuela Dra. María T. Delgado de Marcano, San Lorenzo, Puerto Rico
46. ¿SUFRIERON OTROS EMPLEADOS LESIONES?: NO N/A
47. DESCRIBA DETALLADAMENTE COMO OCURRIO EL ACCIDENTE: Alega el profesor Vega que hace alrededor de una semana se está sintiendo con mucha congestión nasal, presión en los ojos, dolor en la cabeza y en la frente a causa del polvorín en el salón y en el área de trabajo.
49. ¿TRABAJA EL LESIONADO TAMBIEN PARA OTRO PATRONO?: X NO
51. TESTIGOS: NOMBRE: Daris D. Gómez González, DIRECCION: Jard. de San Lorenzo - San Lorenzo, P. R.



CFSE-373 Rev. AGOSTO/99

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**CORPORACION FONDO DEL SEGURO DEL ESTADO**
PO BOX 365028 • SAN JUAN, PUERTO RICO 00936-5028

**INFORME PATRONAL**
VEA INSTRUCCIONES AL DORSO

CORPORACION DEL FONDO DEL SEGURO DEL ESTADO

**NO ESCRIBA EN ESTE ESPACIO - USO EXCLUSIVO DE LA CORPORACION**

NUMERO DE CASO - CFSE | FECHA RADICACION | CLAVE DE COMPENSABILIDAD | REG. Y DISP. TRAT. | FECHA ALTA
FECHA ALTA DEFINITIVA | JORNAL DIARIO | COMPENSACION SEMANAL | NUMERO DE POLIZA | CLAVE | GRUPO | STAT. PAT.

## PARTE A - INFORMACION DEL PATRONO

1. NOMBRE DEL PATRONO (SEGUN POLIZA): Departamento de Educación
2. NUMERO DE POLIZA:
3. SEGURO SOCIAL PATRONAL: 6 9 0 6 6 0 0
4. CLASE DE PATRONO: ☒ Otros
5. CLASE DE NEGOCIO: Educación

DIRECCION POSTAL: P. O. Box 190759
NUMERO CALLE, MUNICIPIO, O PAIS, (CODIGO POSTAL + 4): San Juan, Puerto Rico 00919
6. NOMBRE Y SITIO DE NEGOCIO: Esc. Dra. María T. Delgado de Marcano
7. TELEFONO: 736-0470

## PARTE B - INFORMACION SOBRE EL LESIONADO

8. NUMERO SEGURO SOCIAL: [redacted] 4 7 7 1
9. APELLIDO PATERNO: Vega
APELLIDO MATERNO: Martínez
NOMBRE 1: William
10. DIRECCION RESIDENCIAL (FISICA): Calle 33 R-6 17 - Urb. Turabo Gardens - Caguas, Puerto Rico
11. DIRECCION POSTAL: Calle 33 R-6 17 - Urb. Turabo Gardens - Caguas, Puerto Rico
CODIGO POSTAL + FDUR: 00725
12. SEXO: ☒ M
13. TELEFONO: 744-2512
14. ESTADO CIVIL: ☒ SOLTERO
15. NUM. DEPENDIENTES: HIJOS 0 / NO HIJOS
16. TRABAJA EL CONYUGE: N/A
17. NOMBRES DE PADRE Y MADRE: William y Gloria
18. FECHA NACIMIENTO: AÑO 59 MES 12 DIA 30
19. EDAD: 43
20. PUEBLO DE NACIMIENTO: New York
21. GRADO ESCOLARIDAD: B.A.
22. OCUPACION HABITUAL: Maestro Educación Física
23. MANO HABIL: ☒ IZQ.
24. FAMILIAR MAS CERCANO QUE NO RESIDA CON LESIONADO: Helen Vega Martínez
25. TELEFONO: --------
26. DIRECCION: Haciendas Carraízo - Calle 5 Casa H-8, Trujillo Alto, P.R.
27. FECHA ACCIDENTE: AÑO 03 MES 10 DIA 3
28. HORA DEL ACCIDENTE: 9:30 A.M.
29. HORA COMENZO A TRABAJAR EL DIA DEL ACCIDENTE: 8:00 A.M.
30. FECHA EN QUE SUSPENDIO SU LABOR: N/A
31. PUEBLO DE ACCIDENTE: San Lorenzo
32. ACCIDENTE AUTO: ☒ NO
33. FECHA DE LA MUERTE: N/A
34. SI EL LESIONADO ES MENOR DE EDAD INDIQUE SI TIENE PERMISO: N/A
35. SUELDO: $2,205.00
36. FRECUENCIA: ☒ MENSUAL
37. NUMERO DE DIAS/U HORAS QUE TRABAJA EN LA SEMANA: 5 / 30 Horas
38. DEPARTAMENTO O UNIDAD QUE TRABAJA EL EMPLEADO: Educación
39. TIEMPO QUE LLEVA REALIZANDO SU OCUPACION HABITUAL CON PATRONO ACTUAL: 14 años
40. FECHA DE POSIBLE JUBILACION:
41. ¿OCURRIO EL ACCIDENTE DENTRO DE LOS PREDIOS DEL PATRONO?: ☒ SI
42. ¿TIENE USTED CONTRATO DE APARCERIA?: ☒ NO
43. INDIQUE LA LABOR QUE REALIZABA EL LESIONADO CUANDO OCURRIO EL ACCIDENTE: Levantándose de la silla.
44. ¿ESTABA EN GESTIONES OFICIALES?: ☒ SI
45. LUGAR EXACTO DEL ACCIDENTE: Salón de Educación Física - Esc. Dra. María T. Delgado de Marcano
46. ¿SUFRIERON OTROS EMPLEADOS LESIONES COMO CONSECUENCIA DEL ACCIDENTE?: ☒ NO / MURIERON ☒ NO

47. DESCRIBA DETALLADAMENTE COMO OCURRIO EL ACCIDENTE O LA ALEGADA ENFERMEDAD OCUPACIONAL:

Alega el profesor Vega que el 31 de octubre de 2003 mientras ofrecía su clase, levantarse de la silla de su salón sintió un fuerte dolor en la parte baja de la espalda; esto acompañado de ardor. Le molesta mucho estar de pie al igual que sentado.

48. OBSERVACIONES QUE ESTIME PERTINENTE:

49. ¿TRABAJA EL LESIONADO TAMBIEN PARA OTRO PATRONO?: ☒ NO
50. TIEMPO / SALARIO:

51. TESTIGOS QUE PRESENCIARON EL ACCIDENTE SEGUN INVESTIGACION DEL PATRONO:
NOMBRE: | DIRECCION: