Form. 4 Rev.

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

## INFORME DE CAMBIO - PERSONAL DOCENTE

Pagarle por vacaciones regulares en julio
Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | Vega Martínez, William | |
| 2 Núm. Seg. Social | ███-██-4771 | |
| 3 Sexo | M | |
| 4 Estado Civil | Soltero | |
| 5 Prep. Académica | BA | |
| 6 Experiencia | 0 | |
| 7 Status Empleado (Contrato) | Trans. Elegible | |
| 8 Sueldo Bruto | $1,000.00 | |
| 9 Núm. de la Plaza | 0706-T | |
| 10 Categoría de la Plaza | M. Educ. Física | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | Estatal | |
| 13 Cifra Cuenta | 90-111-081-01-001 | |
| 14 Fecha de Efectividad | 10 de agosto de 1989 | |
| 15 Acción y Duración | Nombramiento Hasta año | |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | Educación Física | |
| 20 Turno en Registro | 0042 | |
| 21 Distrito Escolar | San Lorenzo | |

### LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| 22 Desde | 23 Hasta |
|---|---|
| 24 Observaciones (Antes del Cambio) Nuevo. | 25 Observaciones (Después del Cambio) Descuento Medicare Ley -99-272 |

26 _____ Fecha
Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso

27 Deseo: ☐ Acogerme ☐ No acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

_____ _____
Firma del Empleado Fecha

28 Recomendado _____ 10/agosto/1989
Superintendente de Escuelas Fecha

29 Recomendado _____
Superintendente de Escuelas Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCIÓN PUBLICA

_____ _____
FIRMA FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

ESTADO LIBRE ASOCIADO DE PUERTO RICO

*Departamento de Agricultura*

SAN JUAN, PUERTO RICO 00908

18 de octubre de 1990

Sr. William Vega Martínez
Calle 33 R6-17 – Turabo Gardens
Caguas, Puerto Rico 00625

  Recibimos su comunicación del 10 de octubre de 1990, en la que presenta su renuncia al puesto de Mensajero II, adscrito al Programa Servicios Especiales para el Desarrollo Agropecuario, del Departamento de Agricultura.

  Conforme a sus deseos aceptamos la misma para ser efectiva el 13 de agosto de 1990.

  Le agradecemos los servicios prestados al Departamento y le deseamos mucho éxito en sus futuras actividades.

Angeles Lara de la Torre
Secretaria Auxiliar de Administración, Interina

"AL SERVICIO DEL AGRICULTOR PARA LA REHABILITACION DE LA AGRICULTURA DE PUERTO RICO"

FSE - 373 Rev. Feb/90

USO EXCLUSIVO DE LA AGENCIA

92-13-01137-4
WILLIAM VEGA MARTINEZ
04 CAGUAS
21 AGO 91    30 DIC 59
-4771



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**FONDO DEL SEGURO DEL ESTADO**
GPO BOX 5028 • SAN JUAN, PUERTO RICO 00936

**INFORME PATRONAL**

## NO ESCRIBA EN ESTE ESPACIO – USO EXCLUSIVO DE LA AGENCIA

| NUMERO DE CASO – FSE | D/C | BATCH | FECHA RADICACION | ENV CHQ | CLAVE DE COMPENSACION | REG Y DISP TRAT | P E | FECHA ALTA TRABAJAR |
|---|---|---|---|---|---|---|---|---|
| AÑO DISP NUMERO | | | AÑO MES DIA | | COMP DISP PAT | | | AÑO MES DIA |
| 92 13 01137 4 | 1 | | | | | | | |

| FECHA ALTA DEFINITIVA | DIAS | JORNAL DIARIO | COMPENSACION SEMANAL | REGION ANATOMICA | NAT LESION | NUMERO DE POLIZA | RIESGO | GRUPO | STATUS POLIZA |
|---|---|---|---|---|---|---|---|---|---|
| AÑO MES DIA | | | | | | AÑO T R O | | | |

### PARTE A – INFORMACION DEL PATRONO

**1. NOMBRE DEL PATRONO (SEGUN POLIZA):** Departamento de Educación
**2. TIENE POLIZA:** ☐ NO INDIQUE ☐ SI NUMERO   AÑO T R O NUMERO 6 9066 001
**3. SEGURO SOCIAL PATRONAL:**
**4. DIRECCION POSTAL:** Box 1281
**5. CLASE DE PATRONO:** ☐ IND ☐ SOC ☐ CORP ☐ COOP ☐ ASOC ☐ SINDICO ☐ SUCESION ☐ ALBACEA ☒ OTROS
**CLASE DE NEGOCIO:** Educación
**6. PUEBLO:** San Lorenzo, Puerto Rico  **ZIP CODE:** 00754
**7. NOMBRE Y SITIO DE NEGOCIO (CALLE, NUMERO, BARRIO, PUEBLO):** Depto. Educación – San Lorenzo, P.R.
**8. TELEFONO:** 736-2361

### PARTE B – INFORMACION SOBRE EL LESIONADO

**9. NOMBRE DEL LESIONADO – INICIAL – APELLIDO PATERNO – APELLIDO MATERNO:** William Vega Martínez
**10. NUMERO SEGURO SOCIAL:** ███-██-4771
**11. SEXO:** ☒ M ☐ F
**12. TELEFONO:** 744-2512
**13. ESTADO CIVIL:** ☒ SOLTERO ☐ CASADO ☐ VIUDO ☐ DIVORCIADO
**14. DIRECCION:** Calle 33 – R6-17 Turabo Gardens
**15. NUMERO DE DEPENDIENTES:** HIJOS 0   NO HIJOS
**16. TRABAJA EL CONYUGE:** ☐ SI N/A ☐ NO
**17. URBANIZACION:** Caguas, Puerto Rico   **PUEBLO / ZIP CODE:** 00725
**18. NOMBRES DE PADRE Y MADRE:** William y Gloria
**LUGAR Y FECHA NACIMIENTO MES DIA AÑO:** New York 12 30 59
**19. EDAD:** 31
**20. DIRECCION POSTAL EN LA QUE INTERESARIA RECIBIR LOS CHEQUES DE COMPENSACION (SI ALGUNO):** Calle 33 – R6-17 – Turabo Gardens – Caguas, Puerto Rico 00725
**21. FAMILIAR MAS CERCANO QUE NO RESIDE CON EL LESIONADO:** Helen Vega Martínez
**22. TELEFONO:** 748-5315
**23. DIRECCION:** Haciendas Carraizo – Calle 5 Casa H-8, Trujillo Alto, P.R.
**24. DEPARTAMENTO O UNIDAD QUE TRABAJA EL EMPLEADO:** Depto. de Educación
**25. OCUPACION HABITUAL:** Maestro Educ. Física
**26. TIEMPO QUE LLEVA REALIZANDO SU OCUPACION HABITUAL CON PATRONO ACTUAL:** AÑOS 2 MESES 2 DIAS
**27. FECHA DE POSIBLE JUBILACION:** MES DIA AÑO
**28. CANTIDAD Y FORMA DE PAGO:** $1,050.00 ☐ POR HORA ☐ DIARIO ☐ SEMANAL ☐ QUINCENAL ☐ BISEMANAL ☒ MENSUAL
**29. INDIQUE EL NUMERO DE DIAS Y/O HORAS QUE TRABAJABA EN LA SEMANA:** 6 HORAS   5 DIAS
**30. TIENE USTED CONTRATO DE APARCERIA:** ☐ SI ☒ NO
**31. INDIQUE LA LABOR QUE REALIZABA EL LESIONADO CUANDO OCURRIO EL ACCIDENTE:** Dar clase de Educación Física
**ESTABA EN GESTIONES OFICIALES:** ☒ SI ☐ NO
**32. OCURRIO EL ACCIDENTE DENTRO DE LOS PREDIOS DEL PATRONO:** ☒ SI ☐ NO
**33. FECHA Y HORA DEL ACCIDENTE O ENFERMEDAD OCUPACIONAL:** MES 30 DIA 8 AÑO 91  HORA 2:00 PM
**34. HORA QUE COMENZO A TRABAJAR EL DIA DEL ACCIDENTE:** 8:00 AM
**35. FECHA EN QUE SUSPENDIO SU LABOR:** No  MES DIA AÑO
**36. LUGAR EXACTO DEL ACCIDENTE (SITIO, BARRIO, PUEBLO) – EN CASO CONSTRUCCION SEÑALE ADEMAS, NOMBRE DEL PROYECTO:** Esc. S.U. Quebrada Honda, San Lorenzo, Puerto Rico
**37. MURIO EL LESIONADO:** ☐ SI ☒ NO
**38. SUFRIERON OTROS EMPLEADOS LESIONES COMO CONSECUENCIA DEL ACCIDENTE:** ☒ NO   MURIERON ☐ SI ☒ NO  NUM___

**39. DESCRIBA DETALLADAMENTE COMO OCURRIO EL ACCIDENTE O LA ALEGADA ENFERMEDAD OCUPACIONAL. INDIQUE EL VEHICULO, HERRAMIENTA, SUSTANCIA, O EL NOMBRE Y DIRECCION DE LA PERSONA QUE CAUSO EL ACCIDENTE (ESPECIFIQUE LA RELACION DE ESA PERSONA CON EL PATRONO):**
Alega el profesor Vega que: desde el comienzo del curso escolar 1991 – 92 ha venido confrontando problemas con la garganta, sintiendo mucho ardor y dolor a medida que va transcurriendo el día de clases. Siente que durante la mañana se le oye la voz bastante clara y cuando llega la tarde está ronco.

**40. OBSERVACIONES QUE ESTIME PERTINENTE HACER:**

**41. ¿TRABAJA EL LESIONADO TAMBIEN PARA OTRO PATRONO?** ☒ NO ☐ SI (INCLUYA EL NOMBRE DE LA EMPRESA)
**TIEMPO:** ☐ AÑOS ☐ MESES   **SALARIO:** ☐ SEMANAL ☐ MENSUAL

**42. TESTIGOS QUE PRESENCIARON EL ACCIDENTE SEGUN INVESTIGACION DEL PATRONO:**
NOMBRE: Rosa Borges – Secretaria   DIRECCION: Bo. Quebrada Honda – San Lorenzo, P.R.
NOMBRE: Antonia Díaz – Directora   DIRECCION: San Lorenzo, Puerto Rico

**43. ¿HA RADICADO RECLAMACION EN OTRAS AGENCIAS?** ☐ SI ☐ SINOT ☐ ACAA ☐ SEGURO SOCIAL ☐ BEN. POR   NUMERO RECLAMACION   FECHA DE LA RECLAMACION MES DIA AÑO
**44. SI HA RADICADO AL LESIONADO UN CASO ANTERIOR EN FSE INDIQUE:** FECHA RADICACION MES DIA AÑO   NUMERO DEL CASO

FSE - 33.1 [...] 88

Estado Libre Asociado de Puerto Rico
FONDO DEL SEGURO DEL ESTADO
Caguas, PUERTO RICO

### DECISION DEL ADMINISTRADOR
(CON HONORARIOS DE ABOGADOS)

**LESIONADO**
NOMBRE Y DIRECCION
William Vega Martínez
Calle 33 R-6 -17
Turabo Gardens
Caguas, PR 00725

**PATRONO**
NOMBRE Y DIRECCION
Departamento de Educación
Box 1281
San Lorenzo, PR 00754

| CASO NUMERO | | IPP |
|---|---|---|
| Año Fiscal | Disp. Número | |
| 92- | 13-01137- | 4 |

☐ SUBROGACION
☐ MENOR*

| Fecha del Accidente | Jornal Diario | Días de la Semana | Jornal Semanal | Sitio del Accidente | Número de Seguro Social | Clave Seguro |
|---|---|---|---|---|---|---|
| 21/AGOSTO/91 | 47.73 | 5 | 65.00 | San Lorenzo | ███-██-4771 | 2 |

**Descripción del Accidente**
Alega el lesionado que esta confrontando problemas con la garganta, sintiendo mucho ardor y dolor a medida que va transcurriendo del día de trabajo.

**Lesión Sufrida**
DX: LARINGITIS OPERADO

| ALTA DEFINITIVA | Fecha | Médico Informante |
|---|---|---|
| | 9/abril/92 | DRA. IRMA C. SANTOS/DR. RAFAEL TORO VELEZ |

**Incapacidad Resultante**  ☒ 1a. Condición  ☐ 2da. Condición

PERDIDA 20% FUNCIONES FISIOLOGICAS POR PERDIDA COMPLETA DE LA VOZ.

Estudiado el expediente del caso, el Administrador del Fondo del Seguro del Estado resuelve que el accidente es uno de los protegidos por la Ley de Compensaciones por Accidentes del Trabajo, Ley Núm. 45 aprobada el 18 de abril de 1935, según ha sido posteriormente enmendada. Habiéndosele reconocido al lesionado la incapacidad parcial permanente antes expresada, el Administrador resuelve que el mismo tiene derecho a recibir en la forma que determina la Ley una compensación adicional equivalente al **66 2/3** % a base del jornal diario que ganaba el día del accidente.

De acuerdo con el expediente de este caso deberá pagársele una compensación computada a base del jornal semanal arriba indicado durante un período de **40** semanas la que asciende a la suma de  $ **2,600.00**

De esta cantidad se le descontará por concepto de
- A- Dietas Pagadas en Exceso ........................ $ _____
- B- Compensación Otorgada y/o Pagada por Incapacidad
  - 1-en este Accidente ............................. $ _____
  - 2-en Accidente anterior ......................... $ _____
- C- Otros Descuentos ................................ $ _____

TOTAL A DESCONTARSE  $ _____

Una vez realizados los descuentos antes mencionados, si los hubiere, el lesionado recibirá la cantidad de  $ **2,600.00**

En los casos de incapacidad inicial, si esta cantidad es de $1,000.00 ó menos, se le pagará en total y de una sola vez. Si dicha cantidad es mayor de $1,000.00 se hará un pago inicial de $1,000.00 como anticipo y el balance le será pagado en plazos de $ _____ mensuales con efecto retroactivo a la fecha de alta definitiva. (VEASE CLAUSULA A-3 AL DORSO).

CERTIFICO: QUE LOS COMPUTOS ESTAN CORRECTOS Y QUE PROCEDE EL PAGO POR LA CANTIDAD ARRIBA INDICADA.

**6 de mayo de 1992**
Fecha

ROSA M. RODRIGUEZ RAMOS
Jefe, Sección de Reclamaciones o su Representante Autorizado

* PARA CASO DE MENOR        ESTE PAGO SE HARA A TRAVES DE _____

CERTIFICO: QUE ESTE PAGO ESTA A TONO CON LA LEY DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO.

Dado en **CAGUAS**, Puerto Rico a **6/MAYO/92**        ALBERTO O. BACO
Administrador

**FONDO DEL SEGURO DEL ESTADO**
**Estado Libre Asociado de Puerto Rico**

**DECISION DEL ADMINISTRADOR SOBRE TRATAMIENTO MEDICO**

92-13-01137-4
WILLIAM VEGA MARTINEZ
04  CAGUAS
21 AGO 91     30 DIC 59      M
-4771

| TELEPROCESADO POR (FIRMA) | FECHA DIA MES AÑO |
|---|---|
| CODIFICADO (FIRMA OCS) | FECHA DIA MES AÑO |

**PARA USO DE LOS OFICIALES DE COMPENSACIONES**

| BATCH | CASO NUMERO AÑO DISP. NUMERO | C/D | CLAVE TRANS. | TARJ. NUM. |
|---|---|---|---|---|
| | 1  3  4 | | 12  13  14  15 | 16 |

| CLAVE DE COMP. | ALTA TRABAJAR | ALTA DEFINITIVA |
|---|---|---|
| COMP. DISP. PAT. | AÑO MES DIA | AÑO MES DIA |
| 17 | 22  27       32 | 39       44 |

**PARA SER CUMPLIMENTADO POR EL MEDICO O ENCARGADO DE DISPENSARIO O CLINICA**

LESIONADO:
WILLIAM VEGA MARTINEZ
CALLE 33 R-6-17 TURABO GARDENS
CAGUAS.          PR  00725

PATRONO:
DEPTO. DE EDUCACION
APARTADO 1291
SAN LORENZO      PR  00754

CLAVE DISP: 33
FECHA DE ACC. AÑO MES DIA
☐ FONDO DE ANTICIPO   ☐ SUBROGACION   ☐ OBRERO MIGRANTE

REGION ANATOMICA AFECTADA O CONDICION TRATADA POR LA CUAL ES DADO DE ALTA. (VEASE INSTRUCCIONES AL DORSO)

1RA.  Laringitis

CODIGO DE DIAGNOSTICO

2DA.

POR LA PRESENTE, Y DE ACUERDO CON LA LEY DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO (LEY NUM. 45 DEL 18 DE ABRIL DE 1935) SEGUN HA SIDO SUBSIGUIENTEMENTE ENMENDADA, SE DETERMINA SOBRE EL ASPECTO MEDICO DE ESTE CASO LA SIGUIENTE DECISION:

☐ 1. EL LESIONADO FUE EXAMINADO POR PRIMERA VEZ: _____ DE _____ DE 19 ___
   ☐ a. CONTINUARA RECIBIENDO TRATAMIENTO MEDICO EN  ☐ DESCANSO  ☐ C.T. (MIENTRAS TRABAJA)
   ☐ b. SE DETERMINA DARLO DE ALTA DEFINITIVA EFECTIVA EL _____ DE _____ DE 19 ___
   ☐ c. VEASE ALTERNATIVA NUMERO _____

☒ 2. HABIENDO EL LESIONADO RECIBIDO EL MAXIMO BENEFICIO DE TRATAMIENTO, SE DETERMINA DARLO DE ALTA DEFINITIVA EL DIA 9 DE abril DE 19 92  ☐ CURADO  ☐ SIN INCAPACIDAD  ☒ CON INCAPACIDAD
   (La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente).

☐ 3. EL LESIONADO FUE EXAMINADO EN EL DIA DE HOY, A PARTIR DEL _____ DE _____ DE 19 ___ SE AUTORIZA CAMBIO PARA CONTINUAR RECIBIENDO TRATAMIENTO MEDICO EN  ☐ DESCANSO  ☐ C.T. (MIENTRAS TRABAJA).

☐ 4. LUEGO DE EVALUADO EL CASO SE DETERMINA DARLO DE ALTA DE TRATAMIENTO MEDICO EFECTIVO EN _____ DE _____ DE 19 ___ LA DECISION FINAL DEL ADMINISTRADOR SOBRE NO RELACION LE SERA NOTIFICADA OPORTUNAMENTE. EL LESIONADO PODRA CONTINUAR TRATAMIENTO MEDICO EN FACILIDADES FUERA DEL FONDO DEL SEGURO DEL ESTADO.

☐ 5. EL LESIONADO HABIA SIDO DADO DE ALTA EL _____ DE _____ DE 19 ___ LUEGO DE LA REEVALUACION MEDICA PRACTICADA SE DETERMINA:
   ☐ a. DARLO DE ALTA DEFINITIVA: EL DIA _____ DE _____ DE 19 ___  ☐ CON INCAPACIDAD
      (La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente)
   ☐ b. CONFIRMAR LA DECISION DADA: EL _____ DE _____ DE 19 ___

☐ 6. EL CASO FUE DEVUELTO POR LA HON. COMISION INDUSTRIAL A LA JURISDICCION DEL FONDO DEL SEGURO DEL ESTADO. LUEGO DE EXAMINADO EL MISMO SE DETERMINA EL SIGUIENTE STATUS:
   ☐ a. ☐ DESCANSO   ☐ C.T. (MIENTRAS TRABAJA) A PARTIR DEL _____ DE _____ DE 19 ___
        ☐ EVALUACION   ☐ EN TRATAMIENTO   ☐ MIENTRAS SE EFECTUA EVALUACION   ☐ EN TRATAMIENTO
   ☐ b. DARLO DE ALTA DEFINITIVA: EL DIA _____ DE _____ DE 19 ___  ☐ SIN INCAPACIDAD  ☐ CON INCAPACIDAD
      (La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente)
   ☐ c. CONFIRMAR LA DECISION DADA: EL _____ DE _____ DE 19 ___

☐ 7. LUEGO DE LA EVALUACION MEDICA PRACTICADA SE DETERMINA QUE NO HAY EVIDENCIA DE LESION O ENFERMEDAD OCUPACIONAL, POR LO CUAL SE DA DE ALTA A PARTIR DEL _____ DE _____ DE 19 ___ LA DECISION FINAL DEL ADMINISTRADOR SOBRE NO COMPENSABILIDAD LE SERA NOTIFICADA OPORTUNAMENTE.

☐ 8. HABIENDO EL LESIONADO RECIBIDO EL MAXIMO BENEFICIO DE TRATAMIENTO SE DA DE ALTA SIN INCAPACIDAD A PARTIR DEL _____ DE _____ DE 19 ___ LA DECISION FINAL DEL ADMINISTRADOR SOBRE NO COMPENSABILIDAD LE SERA NOTIFICADA OPORTUNAMENTE.

☐ 9. ES UN OBRERO MIGRANTE BAJO CONTRATO DE EMPLEO APROBADO POR EL SECRETARIO DEL TRABAJO DE PUERTO RICO, ACOGIDO A LOS BENEFICIOS DE LA LEY NUM. 77 DEL 23 DE JUNIO DE 1958 Y DEL ARTICULO 1 DE LA LEY 54 DEL 13 DE JULIO DE 1978. HA SIDO DADO DE ALTA DE TRATAMIENTO MEDICO EL _____ DE _____ DE 19 ___ (NOTIFIQUESE CON COPIA DE ESTA DECISION AL DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS).

OBSERVACIONES:

SR. ALBERTO O. BACO
Administrador

DRA. IRMA C. SANTOS
Firma del Médico o Funcionario Autorizado
CAGUAS                          , Puerto Rico

CERTIFICO: Que en el día de hoy he entregado y notificado con copia de esta Decisión al Lesionado, en

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA

Tribunal **DISTRITO**, Sala **S.L.**
Oficina de Juez Municipal o de Paz _____

☐ sin hoja de continuación

Querella de la Policía Núm. **9 4 6 0 6 7 0 2929**

# DENUNCIA

☐ incluye hoja de continuación

Con Fecha **23-6-94**   Denuncia Núm. **94-1214**

FORMULADA POR EL PUEBLO DE PUERTO RICO   CONTRA:

Nombre **MILAGROS MOYET ROSARIO** Alias _____ Fecha nac. **15-9-57** Lugar **S.L.** Sexo **H**
S.S. # ~~[redacted]~~ Dirección **CARR. 181 Km9 RES. BO. QDA. HONDA**
Lic. Cond. # _____ Señas _____

Nombre _____ Alias _____ Fecha nac. _____ Lugar _____ Sexo _____
S.S. # _____ Dirección _____
Lic. Cond. # _____ Señas _____

Por el Delito de **ARTICULO 260 C.P. ALTERACION A LA PAZ**   ☐ Grave   ☐ Menos Grave
Cometido en **BO. QDA. HONDA S.L.** el **9** de **junio** de **94** a las **8:45am** de la siguiente manera:

El referido acusado, **MILAGROS MOYET ROSARIO**, allí y entonces, ilegal, voluntario, malicioso y a sabiendas, violó lo dispuesto en el artículo 260 C.P., consistente que en fecha, hora y sitio antes indicados y en ocasión en que le alteró la paz y la tranquilidad a la ó el **William Vega Martínez**, usando un lenguaje grosero, profano e indecoroso con palabras obscena tales como: estupido que te pasa con mi hijo, maesttro sangano, estupido, yo me pongos unos pantalones y me atrevo darte una galleta y si no mi marido te la da.

## HECHOS CONTRARIOS A LA LEY

Presentada por: **GDIA. ETANISLAO VAZQUEZ 9629**
☐ Propio Conocimiento   ☒ Información y Creencia
**CTEL. POL S.L**   **GDIA**

Jurada y Suscrita ante mí, en _____, P.R., hoy ___ de _____ de ___ a las _____
Vista señalada para el ___ de _____ de 19___   ☐ Vista Preliminar   ☐ Lectura de Acusación   ☐ Juicio en su fondo
en la Sala de _____   ☐ Superior   ☒ Distrito a las _____

| NOMBRE DE TESTIGOS | EDAD | DIRECCION | Examen de los Testigos |||| 
|---|---|---|---|---|---|---|
| | | | Conocimiento Propio || Información o Creencia ||
| | | | Bajo Juramento | Declaración Jurada | Bajo Juramento | Declaración Jurada |
| WILLIAM VEGA MARTINEZ | M | CALLE 33 R 6 17 URB. TURABO GARDEN CAGUAS | | | | |

INFORMACION SOBRE EL IMPUTADO:
☐ No estuvo presente
☐ Traído sin Orden de Arresto
☐ Compareció por Citación
☐ Le fueron hechas las advertencias legales
☐ Estuvo acompañado por _____
☐ Abogado  ☐ Familiar



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**CORPORACION**
**FONDO DEL SEGURO DEL ESTADO**
PO BOX 365028 • SAN JUAN, PUERTO RICO 00936-5028

**INFORME PATRONAL**
VEA INSTRUCCIONES AL DORSO

---

**NO ESCRIBA EN ESTE ESPACIO — USO EXCLUSIVO DE LA CORPORACION**

NUMERO DE CASO - CFSE | Batch | FECHA RADICACION | CLAVE DE COMPENSABILIDAD | REG. Y DISP. TRAT. | FECHA ALTA (CT)
FECHA ALTA DEFINITIVA | JORNAL DIARIO | COMPENSACION SEMANAL | NUMERO DE POLIZA | CLAVE | GRUPO | Stat Pat | Prod Por

---

**PARTE A - INFORMACION DEL PATRONO**

1. NOMBRE DEL PATRONO (SEGUN POLIZA): Departamento de Educación
2. NUMERO DE POLIZA:
3. SEGURO SOCIAL PATRONAL: 6 9 0 6 6 0 0 0 1
DIRECCION POSTAL: P. O. Box 1281
4. CLASE DE PATRONO: ☒ Otros
5. CLASE DE NEGOCIO: Educación
NUMERO CALLE, MUNICIPIO, O PAIS, (CODIGO POSTAL + 4): San Lorenzo, Puerto Rico 00754
6. NOMBRE Y SITIO DE NEGOCIO: Esc. S.U. Quebrada Honda - San Lorenzo
7. TELEFONO: 736-8989

**PARTE B - INFORMACION SOBRE EL LESIONADO**

8. NUMERO SEGURO SOCIAL: ___-__-4771
9. APELLIDO PATERNO: Vega
APELLIDO MATERNO: Martínez
NOMBRE 1: William
NOMBRE 2:
10. DIRECCION RESIDENCIAL: Calle 33 R-6-17 - Urb. Turabo Gardens - Caguas, Puerto Rico
CODIGO POSTAL: 00725
11. DIRECCION EN LA QUE INTERESA RECIBIR LOS CHEQUES DE DIETAS O COMPENSACION: Calle 33 R-6-17 - Urb. Turabo Gardens - Caguas, Puerto Rico 00725
12. SEXO: ☒ M
13. TELEFONO: 744-2512
14. ESTADO CIVIL: ☒ SOLTERO
15. NUM. DEPENDIENTES: HIJOS ___ NO HIJOS 1
16. TRABAJA EL CONYUGE: N/A
17. NOMBRES DE PADRE Y MADRE: (Q.D.E.P.) William y Gloria
18. FECHA NACIMIENTO: AÑO 59 MES 12 DIA 30
19. EDAD: 35
20. PUEBLO DE NACIMIENTO: New York
21. GRADO ESCOLARIDAD: BA
22. OCUPACION HABITUAL: Maestro de Educ. Física
23. MANO HABIL: ☒ IZQ.
24. FAMILIAR MAS CERCANO QUE NO RESIDA CON LESIONADO: Helen Vega Martínez
25. TELEFONO:
26. DIRECCION: Haciendas Carraízo - Calle 5 - Casa H-8, Trujillo Alto, P.R.
27. FECHA ACCIDENTE:
28. HORA DEL ACCIDENTE: 8:00 ☒ A.M.
29. HORA COMENZO TRABAJAR EL DIA DEL ACCIDENTE:
30. FECHA EN QUE SUSPENDIO SU LABOR:
31. PUEBLO DE ACCIDENTE: San Lorenzo
32. ACCIDENTE AUTO: ☒ NO
33. FECHA DE LA MUERTE: N/A
34. SI EL LESIONADO ES MENOR DE EDAD, INDIQUE SI TIENE PERMISO: N/A
35. SUELDO: $1,375.00
36. FRECUENCIA: ☒ MENSUAL
37. NUMERO DE DIAS Y/O HORAS QUE TRABAJA EN LA SEMANA: Días 5 Horas 30
38. DEPARTAMENTO O UNIDAD QUE TRABAJA EL EMPLEADO: Educación
39. TIEMPO QUE LLEVA REALIZANDO SU OCUPACION HABITUAL CON PATRONO ACTUAL: 6 años
40. FECHA DE POSIBLE JUBILACION:
41. OCURRIO EL ACCIDENTE DENTRO DE LOS PREDIOS DEL PATRONO: ☒ SI
42. TIENE USTED CONTRATO DE APARCERIA: ☒ NO
43. INDIQUE LA LABOR QUE REALIZABA EL LESIONADO CUANDO OCURRIO EL ACCIDENTE: Dar la clase de Educ. Física
44. ESTABA EN GESTIONES OFICIALES: ☒ SI
45. LUGAR EXACTO DEL ACCIDENTE: Esc. S.U. Quebrada Honda - San Lorenzo, P.R.
46. SUFRIERON OTROS EMPLEADOS LESIONES COMO CONSECUENCIA DEL ACCIDENTE: ☒ NO    MURIERON ☒ NO

47. DESCRIBA DETALLADAMENTE COMO OCURRIO EL ACCIDENTE O LA ALEGADA ENFERMEDAD OCUPACIONAL: Alega el profesor Vega que: desde el mes de enero de 1995 viene padeciendo de fuertes dolores de cabeza, dolor constante en los ojos, congestión de las fosas nasales y fuertes dolores de garganta. Alega además que en el área de juegos de la escuela hay un polvorín contínuo a consecuencia de la ubicación de la cancha.

48. OBSERVACIONES QUE ESTIME PERTINENTE HACER:

49. TRABAJA EL LESIONADO TAMBIEN PARA OTRO PATRONO? ☒ NO
50. TIEMPO:
SALARIO:

51. TESTIGOS QUE PRESENCIARON EL ACCIDENTE SEGUN INVESTIGACION DEL PATRONO:
NOMBRE: Rosa Borges - Secretaria    DIRECCION: Bo. Cerro Gordo - San Lorenzo, P.R.
NOMBRE: Antonia Díaz - Directora    DIRECCION: San Lorenzo, Puerto Rico

**Estado Libre Asociado**
**CORPORACION DEL FONDO DEL**
**SEGURO DEL ESTADO**

WILLIAM VEGA MARTINEZ
CALLE 33 R 6-17
TURABO GARDENS CAGUAS PR

98 13 00719 5
08

19 AGO 97   30 DIC 59   M

4771

TELEPROCESADO POR (FIRMA)
CODIFICADO (FIRMA OCS)

**DECISION DEL ADMINISTRADOR SOBRE TRATAMIENTO MEDICO**

PARA USO DE LOS OFICIALES DE COMPENSACIONES

| BATCH | CASO NUMERO | | | C/D | CLAVE TRANS | TARJ. NUM |
|---|---|---|---|---|---|---|
| | AÑO | DISP. | NUMERO | | | |

| CLAVE DE COMP. | | | ALTA TRABAJAR | | | ALTA DEFINITIVA | | |
|---|---|---|---|---|---|---|---|---|
| COMP. | DISP. | PAT | AÑO | MES | DIA | AÑO | MES | DIA |

PARA SER CUMPLIMENTADO POR EL MEDICO O ENCARGADO DE DISPENSARIO O CLINICA

**LESIONADO** ▶
URB TURABO GARDENS
R 6 17 CALLE 33
CAGUAS PR 00727

**PATRONO** ▶
DEPARTAMENTO DE EDUCACION
PO BOX 759
HATO REY PR 00919

CLAVE DISP: 83
FECHA DE ACC. AÑO MES DIA
☐ FONDO DE ANTICIPO  ☐ SUBROGACION  ☐ OBRERO MIGRANTE

REGION ANATOMICA AFECTADA O CONDICION TRATADA POR LA CUAL ES DADO DE ALTA (VEASE INSTRUCCIONES AL DORSO)

1RA  HNP L4-L5 & L5-S1   88.080  OSR
     Radiculopatia L5    86.074  OSR

CODIGO DE DIAGNOSTICO

POR LA PRESENTE, Y DE ACUERDO CON LA LEY DEL SISTEMA DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO (LEY NUM. 45 DEL 18 DE ABRIL DE 1935) SEGUN HA SIDO SUBSIGUIENTEMENTE ENMENDADA, SE DETERMINA SOBRE EL ASPECTO MEDICO DE ESTE CASO LA SIGUIENTE DECISION

☐ 1. EL LESIONADO FUE EXAMINADO POR PRIMERA VEZ:         DE         DE
   ☐ a. CONTINUARA RECIBIENDO TRATAMIENTO MEDICO EN   ☐ DESCANSO   ☐ C.T. (MIENTRAS TRABAJA)
   ☐ b. SE DETERMINA DARLO DE ALTA DEFINITIVA EFECTIVA EL    DE        DE
   ☐ c. VEASE ALTERNATIVA NUMERO

☐ 2. HABIENDO EL LESIONADO RECIBIDO EL MAXIMO BENEFICIO DE TRATAMIENTO, SE DETERMINA DARLO DE ALTA DEFINITIVA EL DIA
   DE         DE     CURADO   ☐ SIN INCAPACIDAD   ☐ CON INCAPACIDAD
   (La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente).

☐ 3. EL LESIONADO FUE EXAMINADO EN EL DIA DE HOY, A PARTIR DEL       DE       DE      SE
   AUTORIZA CAMBIO PARA CONTINUAR RECIBIENDO TRATAMIENTO MEDICO EN   ☐ DESCANSO   ☐ C.T (MIENTRAS TRABAJA)

☐ 4. LUEGO DE EVALUADO EL CASO SE DETERMINA DARLO DE ALTA DE TRATAMIENTO MEDICO EFECTIVO EN
   DE       DE      LA DECISION FINAL DEL ADMINISTRADOR SOBRE NO RELACION LE SERA NOTIFICADA
   OPORTUNAMENTE. EL LESIONADO PODRA CONTINUAR TRATAMIENTO MEDICO EN FACILIDADES FUERA DEL FONDO DEL SEGURO DEL ESTADO

☐ 5. EL LESIONADO HABIA SIDO DADO DEL ALTA EL       DE       DE      LUEGO DE LA
   REEVALUACION MEDICA PRACTICADA SE DETERMINA:
   ☐ a. DARLO DE ALTA DEFINITIVA: EL DIA      DE       DE      ☐ CON INCAPACIDAD
   (La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente)
   ☐ b. CONFIRMAR LA DECISION DADA: EL      DE       DE

☒ 6. EL CASO FUE DEVUELTO POR LA HON. COMISION INDUSTRIAL A LA JURISDICCION DEL FONDO DEL SEGURO DEL ESTADO. LUEGO
   DE EXAMINADO EL MISMO SE DETERMINA EL SIGUIENTE STATUS:
   ☐ a. ☐ DESCANSO        ☐ C.T. (MIENTRAS TRABAJA) A PARTIR DEL     DE       DE
         ☐ EVALUACION   ☐ EN TRATAMIENTO   ☐ MIENTRAS SE EFECTUA EVALUACION   ☐ EN TRATAMIENTO
   ☐ b. DARLO DE ALTA DEFINITIVA: EL DIA      DE       DE      ☐ SIN INCAPACIDAD   ☐ CON INCAPACIDAD
   (La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente)
   ☒ c. CONFIRMAR LA DECISION DADA: EL  10  DE  SEPTIEMBRE  DE  98

☐ 7. LUEGO DE LA EVALUACION MEDICA PRACTICADA SE DETERMINA QUE NO HAY EVIDENCIA DE LESION O ENFERMEDAD OCUPACIONAL
   POR LO CUAL SE DA DE ALTA A PARTIR DEL      DE       DE      LA DECISION FINAL DEL
   ADMINISTRADOR SOBRE NO COMPENSABILIDAD LE SERA NOTIFICADA OPORTUNAMENTE.

☐ 8. HABIENDO EL LESIONADO RECIBIDO EL MAXIMO BENEFICIO DE TRATAMIENTO SE DA DE ALTA SIN INCAPACIDAD A
   PARTIR DEL      DE       DE      LA DECISION FINAL DEL
   ADMINISTRADOR SOBRE NO COMPENSABILIDAD LE SERA NOTIFICADA OPORTUNAMENTE.

☐ 9. ES UN OBRERO MIGRANTE BAJO CONTRATO DE EMPLEO APROBADO POR EL SECRETARIO DEL TRABAJO DE PUERTO RICO, ACOGIDO A
   BENEFICIOS DE LA LEY NUM. 77 DEL 23 DE JUNIO DE 1958 Y DEL ARTICULO 1 DE LA LEY 54 DEL 13 DE JULIO DE
   HA SIDO DADO DE ALTA DE TRATAMIENTO MEDICO EL      DE       DE      (NOTIFIQUESE CON COPIA
   DE ESTA DECISION AL DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS).

OBSERVACIONES:

LCDO NICOLAS LOPEZ PEÑA
Administrador

DR VICTOR BERIOS
Firma del Médico o Funcionario Autorizado

CERTIFICO: Que en el día de hoy he entregado y notificado con copia de esta Decisión al Lesionado, en



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**CORPORACION FONDO DEL SEGURO DEL ESTADO**
PO BOX 365028 • SAN JUAN, PUERTO RICO 00936-5028
**INFORME PATRONAL**
VEA INSTRUCCIONES AL DORSO

### NO ESCRIBA EN ESTE ESPACIO - USO EXCLUSIVO DE LA CORPORACION

### PARTE A - INFORMACION DEL PATRONO

**1. NOMBRE DEL PATRONO (SEGUN POLIZA):** Departamento de Educación
**DIRECCION POSTAL:** P. O. Box 1281
**NUMERO CALLE, MUNICIPIO, O PAIS, (CODIGO POSTAL + 4):** San Lorenzo, Puerto Rico 00754
**4. CLASE DE PATRONO:** X Otros
**5. CLASE DE NEGOCIO:** Educación
**6. NOMBRE Y SITIO DE NEGOCIO:** Esc. María T. Delgado - San Lorenzo
**7. TELEFONO:** 736-0470

### PARTE B - INFORMACION SOBRE EL LESIONADO

**8. NUMERO SEGURO SOCIAL:** ___-_4-711 (partially redacted)
**9. APELLIDO PATERNO:** Vega
**APELLIDO MATERNO:** Martínez
**NOMBRE 1:** William
**10. DIRECCION RESIDENCIAL:** Calle 33 R-6 17 Urb. Turabo Gardens - Caguas, Puerto Rico 00725
**CODIGO POSTAL:** 00725
**11. DIRECCION EN LA QUE INTERESA RECIBIR LOS CHEQUES:** Calle 33 R-6 17 Urb. Turabo Gardens - Caguas, Puerto Rico 00725

**12. SEXO:** X M
**13. TELEFONO:** 744-2512
**14. ESTADO CIVIL:** X SOLTERO
**15. NUM. DEPENDIENTES:** HIJOS 0 NO HIJOS 1
**16. TRABAJA EL CONYUGE:** N/A
**17. NOMBRES DE PADRE Y MADRE:** William y Gloria
**18. FECHA NACIMIENTO:** AÑO 59 MES 12 DIA 30
**19. EDAD:** 39
**20. PUEBLO DE NACIMIENTO:** New York
**21. GRADO ESCOLARIDAD:** BA
**22. OCUPACION HABITUAL:** Maestro de Educ. Física
**23. MANO HABIL:** X IZQ.
**24. FAMILIAR MAS CERCANO QUE NO RESIDA CON LESIONADO:** Helen Vega Martínez
**25. TELEFONO:** ———
**26. DIRECCION:** Haciendas Carraizo - Calle 5 - Casa Trujillo Alto, P. R.
**27. FECHA ACCIDENTE:** AÑO 99 MES 03 DIA 08
**28. HORA DEL ACCIDENTE:** 1:50 P.M.
**29. HORA COMENZO A TRABAJAR EL DIA DEL ACCIDENTE:** 8:00 A.M.
**30. FECHA EN QUE SUSPENDIO SU LABOR:** —
**31. PUEBLO DE ACCIDENTE:** San Lorenzo
**32. ACCIDENTE AUTO:** X NO
**33. FECHA DE LA MUERTE:** N/A
**34. SI EL LESIONADO ES MENOR DE EDAD:** N/A
**35. SUELDO:** $1,750.00
**36. FRECUENCIA:** X MENSUAL
**37. NUMERO DE DIAS/U HORAS QUE TRABAJA EN LA SEMANA:** Días 5 Horas 6
**38. DEPARTAMENTO O UNIDAD QUE TRABAJA EL EMPLEADO:** Educación
**39. TIEMPO QUE LLEVA REALIZANDO SU OCUPACION:** 9 años
**40. FECHA DE POSIBLE JUBILACION:** —
**41. ¿OCURRIO EL ACCIDENTE DENTRO DE LOS PREDIOS DEL PATRONO?** X SI
**42. ¿TIENE USTED CONTRATO DE APARCERIA?** X NO
**43. INDIQUE LA LABOR QUE REALIZABA EL LESIONADO CUANDO OCURRIO EL ACCIDENTE:** Dar clase de Educación Física
**44. ¿ESTABA EN GESTIONES OFICIALES?** X SI
**45. LUGAR EXACTO DEL ACCIDENTE:** Escuela Dra. María T. Delgado de Marcano, San Lorenzo, Puerto Rico
**46. ¿SUFRIERON OTROS EMPLEADOS LESIONES COMO CONSECUENCIA DEL ACCIDENTE?** NO N/A

**47. DESCRIBA DETALLADAMENTE COMO OCURRIO EL ACCIDENTE O LA ALEGADA ENFERMEDAD OCUPACIONAL:** Alega el profesor Vega que hace alrededor de una semana se está sintiendo con mucha congestión nasal, presión en los ojos, dolor en la cabeza y en la frente a causa del polvorín en el salón y en el área de trabajo.

**48. OBSERVACIONES QUE ESTIME PERTINENTE HACER:** —

**49. ¿TRABAJA EL LESIONADO TAMBIEN PARA OTRO PATRONO?** X NO

**51. TESTIGOS QUE PRESENCIARON EL ACCIDENTE:**
**NOMBRE:** Daris D. Gómez González
**DIRECCION:** Jard. de San Lorenzo - San Lorenzo, P. R.

**52. ¿HA RADICADO RECLAMACION EN OTRAS AGENCIAS?**
**53. NUMERO DE RECLAMACION**
**FECHA DE RECLAMACION**
**54. SI HA RADICADO EL LESIONADO UN CASO ANTERIOR EN CFSE INDIQUE**

CFSE-373 Rev. AGOSTO/99



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**CORPORACION FONDO DEL SEGURO DEL ESTADO**
PO BOX 365028 • SAN JUAN, PUERTO RICO 00936-5028
**INFORME PATRONAL**
VEA INSTRUCCIONES AL DORSO

CORPORACION DEL FONDO DEL SEGURO DEL ESTADO

## NO ESCRIBA EN ESTE ESPACIO - USO EXCLUSIVO DE LA CORPORACION

| NUMERO DE CASO - CFSE | | | | | FECHA RADICACION | | | CLAVE DE COMPENSABILIDAD | REG. Y DISP. TRAT. | FECHA ALTA (C) |
|---|---|---|---|---|---|---|---|---|---|---|
| AÑO | DISP | NUMERO | D/C | Batch | AÑO | MES | DIA | | | AÑO MES |

| FECHA ALTA DEFINITIVA | | | | JORNAL DIARIO | COMPENSACION SEMANAL | NUMERO DE POLIZA | | | | | | CLAVE | GRUPO | STAT. PAT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AÑO | MES | DIA | DIAS | | | AÑO | T | R | O | AÑO FACT. | AMP. | | | |

### PARTE A - INFORMACION DEL PATRONO

**1. NOMBRE DEL PATRONO (SEGUN POLIZA):** Departamento de Educación

**2. NUMERO DE POLIZA:** AÑO / T / R / O / NUMERO / Año Fact. / AMP.

**3. SEGURO SOCIAL PATRONAL:** 6 9 0 6 6 0 0

**DIRECCION POSTAL:** P. O. Box 190759

**4. CLASE DE PATRONO:** ☐ Industria ☐ Sociedad ☐ Corporación ☐ Cooperativa ☐ Asociación ☐ Síndico ☐ Sucesión ☐ Albacea ☒ Otros

**5. CLASE DE NEGOCIO:** Educación

**NUMERO CALLE, MUNICIPIO, O PAIS, (CODIGO POSTAL + 4):** San Juan, Puerto Rico 00919

**6. NOMBRE Y SITIO DE NEGOCIO:** Esc. Dra. María T. Delgado de Marcano

**7. TELEFONO:** 736-0470

### PARTE B - INFORMACION SOBRE EL LESIONADO

**8. NUMERO SEGURO SOCIAL:** ███-4771
**9. APELLIDO PATERNO:** Vega
**APELLIDO MATERNO:** Martínez
**NOMBRE 1:** William
**NOMBRE 2:**

**10. DIRECCION RESIDENCIAL (FISICA):** Calle 33 R-6 17 - Urb. Turabo Gardens - Caguas, Puerto Rico

**11. DIRECCION POSTAL EN LA QUE INTERESA RECIBIR LOS CHEQUES DE DIETAS O COMPENSACION, SI ALGUNO:** Calle 33 R-6 17 - Urb. Turabo Gardens - Caguas, Puerto Rico

**CODIGO POSTAL + FDUR:** 00725

**12. SEXO:** ☒ M ☐ F
**13. TELEFONO:** 744-2512
**14. ESTADO CIVIL:** ☒ SOLTERO ☐ CASADO ☐ VIUDO ☐ DIVORCIADO
**15. NUM. DEPENDIENTES:** HIJOS 0 / NO HIJOS
**16. TRABAJA EL CONYUGE:** ☐ SI ☐ NO N/A
**17. NOMBRES DE PADRE Y MADRE:** William y Gloria

**18. FECHA NACIMIENTO:** AÑO 59 / MES 12 / DIA 30
**19. EDAD:** 43
**20. PUEBLO DE NACIMIENTO:** New York
**21. GRADO ESCOLARIDAD:** B.A.
**22. OCUPACION HABITUAL:** Maestro Educación Física
**23. MANO HABIL:** ☐ DER. ☒ IZQ.

**24. FAMILIAR MAS CERCANO QUE NO RESIDA CON LESIONADO:** Helen Vega Martínez
**25. TELEFONO:** ----
**26. DIRECCION:** Haciendas Carraízo - Calle 5 Casa H-8 Trujillo Alto, P.R.
**27. FECHA ACCIDENTE:** AÑO 03 / MES 10 / DIA 3

**28. HORA DEL ACCIDENTE:** 9:30 A.M.
**29. HORA COMENZO A TRABAJAR EL DIA DEL ACCIDENTE:** 8:00 ☒ A.M. ☐ P.M.
**30. FECHA EN QUE SUSPENDIO SU LABOR:** N/A
**31. PUEBLO DE ACCIDENTE:** San Lorenzo

**32. ACCIDENTE AUTO:** ☐ SI ☒ NO
**33. FECHA DE LA MUERTE:** N/A
**34. SI EL LESIONADO ES MENOR DE EDAD INDIQUE SI TIENE PERMISO:** N/A ☐ SI ☐ NO
**35. SUELDO:** $2,205.00
**36. FRECUENCIA:** ☐ POR HORA ☐ DIARIO ☐ QUINCENAL ☐ BISEMANAL ☐ SEMANAL ☒ MENSUAL

**37. NUMERO DE DIAS U HORAS QUE TRABAJA EN LA SEMANA:** 5 / Horas 30
**38. DEPARTAMENTO O UNIDAD QUE TRABAJA EL EMPLEADO:** Educación
**39. TIEMPO QUE LLEVA REALIZANDO SU OCUPACION HABITUAL CON PATRONO ACTUAL:** 14 años
**40. FECHA DE POSIBLE JUBILACION:** AÑO / MES / D

**41. ¿OCURRIO EL ACCIDENTE DENTRO DE LOS PREDIOS DEL PATRONO?:** ☒ SI ☐ NO
**42. ¿TIENE USTED CONTRATO DE APARCERIA?:** ☐ SI ☒ NO
**43. INDIQUE LA LABOR QUE REALIZABA EL LESIONADO CUANDO OCURRIO EL ACCIDENTE:** Levantándose de la silla.
**44. ¿ESTABA EN GESTIONES OFICIALES?:** ☒ SI ☐ NO

**45. LUGAR EXACTO DEL ACCIDENTE:** Salón de Educación Física - Esc. Dra. María T. Delgado de Marcano
**46. ¿SUFRIERON OTROS EMPLEADOS LESIONES COMO CONSECUENCIA DEL ACCIDENTE?:** ☐ SI NUM.___ ☒ NO    MURIERON ☐ SI NUM.___ ☒ NO

**47. DESCRIBA DETALLADAMENTE COMO OCURRIO EL ACCIDENTE O LA ALEGADA ENFERMEDAD OCUPACIONAL. INDIQUE EL VEHICULO, HERRAMIENTA, SUSTANCIA O EL NOMBRE Y DIRECCION DE LA PERSONA QUE CAUSO EL ACCIDENTE (ESPECIFIQUE LA RELACION DE ESA PERSONA CON EL PATRONO):**

Alega el profesor Vega que el 31 de octubre de 2003 mientras ofrecía su clase, levantarse de la silla de su salón sintió un fuerte dolor en la parte baja de la espalda; esto acompañado de ardor. Le molesta mucho estar de pie al igual que sentado.

**48. OBSERVACIONES QUE ESTIME PERTINENTE:**

**49. ¿TRABAJA EL LESIONADO TAMBIEN PARA OTRO PATRONO?:** ☐ SI ☒ NO (INCLUYA EL NOMBRE DE LA EMPRESA)
**50. TIEMPO:** ☐ AÑOS____ ☐ MESES____
**SALARIO:** ☐ SEMANAL ☐ MENSUAL

**51. TESTIGOS QUE PRESENCIARON EL ACCIDENTE SEGUN INVESTIGACION DEL PATRONO:**

NOMBRE                                                                  DIRECCION