Form. 40-6 5-77

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

Desc. por vacaciones
regulares en julio

Descontarle ⬭_____ días por
ausencias

## INFORME DE CAMBIO - PERSONAL DOCENTE

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | Vega Martínez, William | |
| 2 Núm. Seg. Social | ████-4771 | |
| 3 Sexo | M | |
| 4 Estado Civil | Soltero | |
| 5 Prep. Académica | BA | |
| 6 Experiencia | 0 | |
| 7 Status Empleado (Contrato) | Trans. Elegible | |
| 8 Sueldo Bruto | $1,000.00 | |
| 9 Núm. de la Plaza | 0706-T | |
| 10 Categoría de la Plaza | M. Educ. Física | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | Estatal | |
| 13 Cifra Cuenta | 96-111-081-01-001 | |
| 14 Fecha de Efectividad | 10 de agosto de 1989 | |
| 15 Acción y Duración | Nombramiento por Resto año | |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | Educación Física | |
| 20 Turno en Registro | 0042 | |
| 21 Distrito Escolar | San Lorenzo | |

### LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| 22 Desde | 23 Hasta |
|---|---|
| 24 Observaciones (Antes del Cambio) Nuevo. | 25 Observaciones (Después del Cambio) |
| | Descuento Medicare Ley -99-272 |

26 _____ Fecha
Firma Empleado en caso de cambio de contrato a pro-
batorio, traslado, reasignación permanente o descenso

27 Deseo:
☐ Acogerme      ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el
Fondo de Ahorro y Préstamo de la Asociación de Emplea-
dos ELA de P.R. en caso de cambio de contrato de
sustituto a probatorio o de sustituto a permanente.

_____
Firma del Empleado        Fecha

28 Recomendado

_____ 10/agosto/1989
Superintendente de Escuelas    Fecha

29 Recomendado

_____
Superintendente de Escuelas    Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

_____        _____
FIRMA                     FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

ESTADO LIBRE ASOCIADO DE PUERTO RICO

*Departamento de Agricultura*

SAN JUAN, PUERTO RICO 00908

18 de octubre de 1990

Sr. William Vega Martínez
Calle 33 R6-17 - Turabo Gardens
Caguas, Puerto Rico  00625

    Recibimos su comunicación del 10 de octubre de  1990, en la que presenta su renuncia al puesto de  Mensajero II, adscrito al Programa Servicios Especiales para el Desarrollo Agropecuario, del Departamento de Agricultura.

    Conforme a sus deseos aceptamos la misma para ser efectiva el 13 de agosto de 1990.

    Le agradecemos los servicios prestados al Departamento y le deseamos mucho éxito en sus futuras actividades.

Ángeles Lara de la Torre
Secretaria Auxiliar de Administración, Interina

**'AL SERVICIO DEL AGRICULTOR PARA LA REHABILITACION DE LA AGRICULTURA DE PUERTO RICO"**

92-13-01137-4

WILLIAM VEGA MARTINEZ

04   CAGUAS

21 AGO 91      30 DIC 59   M

4771

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**FONDO DEL SEGURO DEL ESTADO**
GPO BOX 5028 • SAN JUAN, PUERTO RICO 00936

**INFORME PATRONAL**

## NO ESCRIBA EN ESTE ESPACIO – USO EXCLUSIVO DE LA AGENCIA

| NUMERO DE CASO – FSE | | | | BATCH | FECHA RADICACION | | | ENV CHQ | CLAVE DE COMPENSACION | | | REG Y DISP TRAT | P E | FECHA ALTA TRABAJAR | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AÑO | DISP | NUMERO | O C | | AÑO | MES | DIA | | COMP. | DISP. | PAT. | | | AÑO | MES | DIA |
| 92 | 13 | 01137 4 | | 1 | | | | | | | | | | | | |

| FECHA ALTA DEFINITIVA | | | O C | JORNAL DIARIO | COMPENSACION SEMANAL | REGION ANATOMICA | NAT LESION | NUMERO DE POLIZA | | | | RIESGO | | GRUPO | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AÑO | MES | DIA | | | | | | AÑO | T | R | O | | | | |

## PARTE A – INFORMACION DEL PATRONO

1 NOMBRE DEL PATRONO (SEGUN POLIZA)
Departamento de Educación

2 TIENE POLIZA  ☐ NO INDIQUE  ☐ SI NUMERO   AÑO T R O NUMERO  6 9 0 6 6 0 0 01

3 SEGURO SOCIAL PATRONAL

4 DIRECCION POSTAL
Box 1281

5 CLASE DE PATRONO ☐ IND ☐ SOC ☐ CORP ☐ COOP ☐ ASOC ☐ SINDICO ☐ SUCESION ☐ ALBACEA ☒ OTROS   CLASE DE NEGOCIO  Educación

6 PUEBLO
San Lorenzo, Puerto Rico   ZIP CODE 00754

7 NOMBRE Y SITIO DEL ACCIDENTE (CALLE, NUMERO, BARRIO, PUEBLO)
Depto. Educación – San Lorenzo, P. R.

8 TELEFONO  736-2361

## PARTE B – INFORMACION SOBRE EL LESIONADO

9 NOMBRE DEL LESIONADO – INICIAL – APELLIDO PATERNO – APELLIDO MATERNO
William   Vega   Martínez

10 NUMERO SEGURO SOCIAL  4 7 1

11 SEXO ☐ M ☒ F

12 TELEFONO  744-2512

13 ESTADO CIVIL ☐ SOLTERO ☐ CASADO ☐ VIUDO ☐ DIVORCIADO

14 DIRECCION
Calle 33 – R6-17 Turabo Gardens

15 NUMERO DE DEPENDIENTES  0  ☐ HIJOS ☐ NO HIJOS

16 TRABAJA EL CONYUGE ☐ SI ☐ N/A ☐ NO

17 URBANIZACION   PUEBLO Caguas, Puerto Rico   ZIP CODE 00725

18 NOMBRES DE PADRE Y MADRE  William y Gloria

LUGAR Y  New York

19 EDAD 33 1

FECHA NACIMIENTO

20 DIRECCION POSTAL EN LA QUE INTERESARIA RECIBIR LOS CHEQUES DE COMPENSACION (SI ALGUNO)
Calle 33 – R6-17 – Turabo Gardens – Caguas, Puerto Rico   00725

21 FAMILIAR MAS CERCANO QUE NO RESIDE CON EL LESIONADO
Helen Vega Martínez

22 TELEFONO  748-5315

23 Haciendas Carraízo- Calle 5 Casa H-8   Trujillo Alto, P. R.

24 DEPARTAMENTO O UNIDAD QUE TRABAJA EL EMPLEADO
Depto. de Educación

25 OCUPACION HABITUAL
Maestro Educ. Física

26 TIEMPO QUE LLEVA REALIZANDO SU OCUPACION HABITUAL CON PATRONO ACTUAL
AÑOS 2   MESES 2   DIAS

27 FECHA DE POSIBLE JUBILACION  MES DIA AÑO

28 CANTIDAD Y FORMA DE PAGO
$1,050.00  ☐ POR HORA ☐ DIARIO ☐ SEMANAL ☐ QUINCENAL ☐ BISEMANAL ☒ MENSUAL

29 INDIQUE EL NUMERO DE DIAS Y/O HORAS QUE TRABAJABA EN LA SEMANA  6 HORAS  5 DIAS

30 TIENE USTED CONTRATO DE APARCERIA ☐ SI ☒ NO

31 INDIQUE LA LABOR QUE REALIZABA EL LESIONADO CUANDO OCURRIO EL ACCIDENTE
Dar clase de Educación Física

ESTABA EN GESTIONES OFICIALES ☐ SI ☐ NO

32 OCURRIO EL ACCIDENTE DENTRO DE LOS PREDIOS DEL PATRONO ☒ SI ☐ NO

33 FECHA Y HORA DEL ACCIDENTE O ENFERMEDAD OCUPACIONAL  MES 08 DIA 21 AÑO 91  HORA 2:00

34 HORA QUE COMENZO A TRABAJAR EL DIA DEL ACCIDENTE  HORA 8:00

35 FECHA EN QUE SUSPENDIO SU LABOR  MES DIA AÑO

36 LUGAR EXACTO DEL ACCIDENTE (SITIO, BARRIO, PUEBLO) – EN CASO CONSTRUCCION SEÑALE ADEMAS, NOMBRE DEL PROYECTO
Esc. S.U. Quebrada Honda
San Lorenzo, Puerto Rico

37 MURIO EL LESIONADO ☐ SI ☒ NO

38 SUFRIERON OTROS EMPLEADOS LESIONES COMO CONSECUENCIA DEL ACCIDENTE ☐ SI NUM. ☒ NO   ☐ MURIERON SI NUM. ☐ NO

39 DESCRIBA DETALLADAMENTE COMO OCURRIO EL ACCIDENTE O LA ALEGADA ENFERMEDAD OCUPACIONAL

INDIQUE EL VEHICULO, HERRAMIENTA, SUSTANCIA O EL NOMBRE Y DIRECCION DE LA PERSONA QUE CAUSO EL ACCIDENTE (ESPECIFIQUE LA RELACION) DE ESA PERSONA CON EL PATRONO)

Alega el profesor Vega que: desde el comienzo del curso escolar 1991 – 92 ha venido confrontando problemas con la garganta, sintiendo mucho ardor y dolor a medida que va transcurriendo el día de clases.  Siente que durante la mañana se le oye la voz bastante clara y cuando llega la tarde está ronco.

40 OBSERVACIONES QUE ESTIME PERTINENTE HACER

41 ¿TRABAJA EL LESIONADO TAMBIEN PARA OTRO PATRONO? ☒ NO ☐ SI (INCLUYA EL NOMBRE DE LA EMPRESA)

TIEMPO ☐ AÑOS ☐ MESES   SALARIO ☐ SEMANAL ☐ MENSUAL

42 TESTIGOS QUE PRESENCIARON EL ACCIDENTE SEGUN INVESTIGACION DEL PATRONO
NOMBRE Rosa Borges – Secretaria   DIRECCION Bo. Quebrada Honda – San Lorenzo, P. R.
NOMBRE Antonia Díaz – Directora   DIRECCION San Lorenzo, Puerto Rico

43 ¿HA RADICADO RECLAMACION EN OTRAS AGENCIAS? ☐ SI ☐ SINOT ☐ ACAA ☐ SEGURO SOCIAL ☐ BEN POR   NUMERO RECLAMACION   FECHA DE LA RECLAMACION MES DIA AÑO

44 SI HA RADICADO EL LESIONADO UN CASO ANTERIOR EN FSE INDIQUE   FECHA RADICACION MES DIA AÑO   NUMERO DEL CASO

Caguas , PUERTO RICO

## DECISIÓN DEL ADMINISTRADOR
### (CON HONORARIOS DE ABOGADOS)

| | NOMBRE Y DIRECCION | | | | | | |
|---|---|---|---|---|---|---|---|

**L E S I O N A D O**

NOMBRE Y DIRECCION

William Vega Martínez
Calle 33 R-6 -17
Turabo Gardens
Caguas, PR 00725

| | CASO NUMERO | | IPP |
|---|---|---|---|
| Año Fiscal | Disp. Número | | |
| 92- | 13-01137- | | 4 |

**P A T R O N O**

NOMBRE Y DIRECCION

Departamento de Educación
Box 1281
San Lorenzo, PR 00754

☐ SUBROGACION
☐ MENOR*

| Fecha del Accidente | Jornal Diario | Días de la Semana | Jornal Semanal | Sitio del Accidente | Número de Seguro Social | Clave Seguro |
|---|---|---|---|---|---|---|
| 21/AGOSTO/91 | 47.73 | 5 | 65.00 | San Lorenzo | ■■■-■■-4771 | 2 |

Descripción del Accidente

**Alega el lesionado que esta confrontando problemas con la garganta, sintiendo mucho ardor y dolor a medida que va transcurriendo del día de trabajo.**

Lesión Sufrida

**DX: LARINGITIS OPERADO**

| ALTA DEFINITIVA | Fecha | Médico Informante |
|---|---|---|
| | 9/abril/92 | DRA. IRMA C. SANTOS/DR. RAFAEL TORO VELEZ |

Incapacidad Resultante   ☒ 1a. Condición   ☐ 2da. Condición

**PERDIDA 20% FUNCIONES FISIOLOGICAS POR PERDIDA COMPLETA DE LA VOZ.**

Estudiado el expediente del caso, el Administrador del Fondo del Seguro del Estado resuelve que el accidente es uno de los protegidos por la Ley de Compensaciones por Accidentes del Trabajo, Ley Núm. 45 aprobada el 18 de abril de 1935, según ha sido posteriormente enmendada. Habiéndosele reconocido al lesionado la incapacidad parcial permanente antes expresada, el Administrador resuelve que el mismo tiene derecho a recibir en la forma que determina la Ley una

compensación adicional equivalente al **66 2/3** % a base del jornal diario que ganaba el día del accidente.

De acuerdo con el expediente de este caso deberá pagársele una compensación computada a base del jornal semanal arriba indicado durante un período de **40** semanas la que asciende a la suma de ............................................. $ **2,600.00**

De esta cantidad se le descontará por concepto de

A- Dietas Pagadas en Exceso ........................................ $ _____

B- Compensación Otorgada y/o Pagada por Incapacidad

    1-en este Accidente ........................................ $ _____

    2-en Accidente anterior ........................................ $ _____

C- Otros Descuentos ........................................ $ _____

TOTAL A DESCONTARSE ........................................ $ _____

Una vez realizados los descuentos antes mencionados, si los hubiere, el lesionado recibirá la cantidad de $ **2,600.00**

En los casos de incapacidad inicial, si esta cantidad es de $1,000.00 ó menos, se le pagará en total y de una sola vez. Si dicha cantidad es mayor de $1,000.00 se hará un pago inicial de $1,000.00 como anticipo y el balance le será pagado en plazos de $ _____ mensuales con efecto retroactivo a la fecha de alta definitiva. (VEASE CLAUSULA A-3 AL DORSO).

CERTIFICO:   QUE LOS COMPUTOS ESTAN CORRECTOS Y QUE PROCEDE EL PAGO POR LA CANTIDAD ARRIBA INDICADA.

**6 de mayo de 1992**
Fecha

_(firma)_
ROSA M. RODRIGUEZ RAMOS
Jefe, Sección de Reclamaciones o su Representante Autorizado

☐ PARA CASO DE MENOR   ESTE PAGO SE HARA A TRAVES DE _____

CERTIFICO:   QUE ESTE PAGO ESTA A TONO CON LA LEY DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO.

Dado en CAGUAS , Puerto Rico a 6/MAYO/92

_(firma)_ ALBERTO O. BACO
Administrador

de Puerto Rico

| TELEPROCESADO POR (FIRMA) | | FECHA | | |
|---|---|---|---|---|
| | | DIA | MES | AÑO |
| CODIFICADO (FIRMA OCS) | | FECHA | | |
| | | DIA | MES | AÑO |

**SEGURO DEL ESTADO**

92-13-01137-4

WILLIAM VEGA MARTINEZ

04   CAGUAS

21 AGO 91   30 DIC 59   M

-4771

**DECISION DEL ADMINISTRADOR SOBRE TRATAMIENTO MEDICO**

**PARA USO DE LOS OFICIALES DE COMPENSACIONES**

| BATCH | CASO NUMERO | | | C/D | CLAVE TRANS. | TARJ. NUM. |
|---|---|---|---|---|---|---|
| | AÑO | DISP. | NUMERO | | | |
| 1 | 3 | 4 | | 12 | 13  14  15 | 16 |

| CLAVE DE COMP. | | | ALTA TRABAJAR | | | ALTA DEFINITIVA | | |
|---|---|---|---|---|---|---|---|---|
| COMP. | DISP. | PAT. | AÑO | MES | DIA | AÑO | MES | DIA |
| 17 | | | 22  27 | | 32 | 39 | | 44 |

**PARA SER CUMPLIMENTADO POR EL MEDICO O ENCARGADO DE DISPENSARIO O CLINICA**

LESIONADO O PATRONO

WILLIAM VEGA MARTINEZ
CALLE 33 R-6-17  TURABO GARDENS
CAGUAS.          PR   00725

DEPTO. DE EDUCACION
APARTADO 1281
SNA LORENZO        PR   00754

| CLAVE DISP. 33 | FECHA DE ACC. AÑO  MES  DIA | ☐ FONDO DE ANTICIPO | ☐ SUBROGACION | ☐ OBRERO MIGRANTE |
|---|---|---|---|---|

REGION ANATOMICA O CONDICION TRATADA POR LA CUAL ES DADO DE ALTA. (VEASE INSTRUCCIONES AL DORSO)

1RA.   Laringitis

2DA.

CODIGO DE DIAGNOSTICO

POR LA PRESENTE, Y DE ACUERDO CON LA LEY DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO (LEY NUM. 45 DEL 18 DE ABRIL DE 1935) SEGUN HA SIDO SUBSIGUIENTEMENTE ENMENDADA, SE DETERMINA SOBRE EL ASPECTO MEDICO DE ESTE CASO LA SIGUIENTE DECISION:

☐ 1.   EL LESIONADO FUE EXAMINADO POR PRIMERA VEZ:                        DE                        DE 19

    ☐ a.   CONTINUARA RECIBIENDO TRATAMIENTO MEDICO EN   ☐ DESCANSO   ☐ C.T. (MIENTRAS TRABAJA)

    ☐ b.   SE DETERMINA DARLO DE ALTA DEFINITIVA EFECTIVA EL            DE                        DE 19

    ☐ c.   VEASE ALTERNATIVA NUMERO _____

☒ 2.   HABIENDO EL LESIONADO RECIBIDO EL MAXIMO BENEFICIO DE TRATAMIENTO, SE DETERMINA DARLO DE ALTA DEFINITIVA EL DIA   9
DE   abril   DE 19 92   CURADO   ☐ SIN INCAPACIDAD   ☒ CON INCAPACIDAD
(La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente).

☐ 3.   EL LESIONADO FUE EXAMINADO EN EL DIA DE HOY, A PARTIR DEL                        DE                        DE 19                        SE
AUTORIZA CAMBIO PARA CONTINUAR RECIBIENDO TRATAMIENTO MEDICO EN   ☐ DESCANSO   ☐ C.T. (MIENTRAS TRABAJA).

☐ 4.   LUEGO DE EVALUADO EL CASO SE DETERMINA DARLO DE ALTA DE TRATAMIENTO MEDICO EFECTIVO EN
DE                        DE 19                        LA DECISION FINAL DEL ADMINISTRADOR SOBRE NO RELACION LE SERA NOTIFICADA
OPORTUNAMENTE. EL LESIONADO PODRA CONTINUAR TRATAMIENTO MEDICO EN FACILIDADES FUERA DEL FONDO DEL SEGURO DEL ESTADO.

☐ 5.   EL LESIONADO HABIA SIDO DADO DE ALTA EL                        DE                        DE 19                        LUEGO DE LA
REEVALUACION MEDICA PRACTICADA SE DETERMINA:

    ☐ a.   DARLO DE ALTA DEFINITIVA: EL DIA            DE                        DE 19   ☐ CON INCAPACIDAD
    (La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente)

    ☐ b.   CONFIRMAR LA DECISION DADA: EL                        DE                        DE 19

☐ 6.   EL CASO FUE DEVUELTO POR LA HON. COMISION INDUSTRIAL A LA JURISDICCION DEL FONDO DEL SEGURO DEL ESTADO. LUEGO
DE EXAMINADO EL MISMO SE DETERMINA EL SIGUIENTE STATUS:

    ☐ a.   ☐ DESCANSO                        ☐ C.T. (MIENTRAS TRABAJA) A PARTIR DEL            DE                        DE 19
        ☐ EVALUACION   ☐ EN TRATAMIENTO   ☐ MIENTRAS SE EFECTUA EVALUACION   ☐ EN TRATAMIENTO

    ☐ b.   DARLO DE ALTA DEFINITIVA: EL DIA            DE                        DE 19   ☐ SIN INCAPACIDAD   ☐ CON INCAPACIDAD
    (La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente)

    ☐ c.   CONFIRMAR LA DECISION DADA: EL                        DE                        DE 19

☐ 7.   LUEGO DE LA EVALUACION MEDICA PRACTICADA SE DETERMINA QUE NO HAY EVIDENCIA DE LESION O ENFERMEDAD OCUPACIONAL,
POR LO CUAL SE DA DE ALTA A PARTIR DEL                        DE                        DE 19                        LA DECISION FINAL DEL
ADMINISTRADOR SOBRE NO COMPENSABILIDAD LE SERA NOTIFICADA OPORTUNAMENTE.

☐ 8.   HABIENDO EL LESIONADO RECIBIDO EL MAXIMO BENEFICIO DE TRATAMIENTO SE DA DE ALTA SIN INCAPACIDAD A
PARTIR DEL                        DE                        DE 19                        LA DECISION FINAL DEL
ADMINISTRADOR SOBRE NO COMPENSABILIDAD LE SERA NOTIFICADA OPORTUNAMENTE.

☐ 9.   ES UN OBRERO MIGRANTE BAJO CONTRATO DE EMPLEO APROBADO POR EL SECRETARIO DEL TRABAJO DE PUERTO RICO, ACOGIDO
A LOS BENEFICIOS DE LA LEY NUM. 77 DEL 23 DE JUNIO DE 1958 Y DEL ARTICULO 1 DE LA LEY 54 DEL 13 DE JULIO DE 1978
HA SIDO DADO DE ALTA DE TRATAMIENTO MEDICO EL            DE                        DE 19   . (NOTIFIQUESE CON COPIA
DE ESTA DECISION AL DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS).

OBSERVACIONES:

SR. ALBERTO O. BACO
Administrador

DRA. IRMA C. SANTOS
Firma Médico o Funcionario Autorizado

CERTIFICO: Que en el día de hoy he entregado y notificado con copia de esta Decisión al Lesionado, en _____, Puerto Rico.

Estado Libre Asociado de Puerto Rico

TRIBUNAL GENERAL DE JUSTICIA

Tribunal ___ DISTRITO ___ , Sala ___ S.L. ___

Oficina de Juez Municipal o de Paz _____     ☐ sin hoja de continuación

Querella de la Policía Núm.

| 9 | 4 | 6 | 0 | 6 | 7 | 0 | 2929 |

☐ incluye hoja de continuación

# DENUNCIA

Con Fecha __ 23-6-94 __                                                                 Denuncia Núm. __ 94-1214 __

FORMULADA POR EL PUEBLO DE PUERTO RICO                          CONTRA:

Nombre __ MILAGROS MOYET ROSARIO __ Alias _____ Fecha nac. __ 15-9-57 __ Lugar __ S.L. __ Sexo __ H

S.S. # _____ Dirección __ CARR. 181 Km9 RES. __

BO. QDA. HONDA

Nombre _____ Alias _____ Fecha nac. _____ Lugar _____ Sexo ____

S.S. # _____ Dirección _____

Lic. Cond. # _____ Señas _____

Por el Delito de __ ARTICULO 260 C.P. ALTERACION A LA PAZ __          ☐ Grave     ☐ Menos Grave

Cometido en __ BO. QDA. HONDA S.L. __

_____ el __ 9 __ de __ junio __ de __ 94 __ a las __ 8.45am __ de la siguiente manera:

El referido acusado, __ MILAGROS MOYET ROSARIO __ , allí y entonces, ilegal, voluntario, malicioso y a sabiendas, violó lo dispuesto en el artículo 260 C.P., consistente que en fecha, hora y sitio antes indicados y en ocasión en que le alteró la paz y la tranquilidad a la ó el __ William Vega Martínez __ , usando un lenguaje grosero, profano e indecoroso con palabras obscena tales como: estupido que te pasa con mi hijo, maesttro sangano, estupido, yo me pongos unos pantalones y me atrevo darte una galleta y si no mí marido te la da.

## HECHOS CONTRARIOS A LA LEY

Presentada por:                          ☐ Propio Conocimiento          ☒ Información y Creencia
__ GDTA. ESTANISLAO VAZQUEZ 9629 __          CTEL. POL  S.L.          GDIA
Nombre y firma del Denunciante               Dirección               Cargo - Ocupación

Jurada y Suscrita ante mí, en _____ , P.R. , hoy __ de _____ de ____ a las

Vista señalada para el ___ de _____ de 19____ ☐ Vista Preliminar  ☐ Lectura de Acusación  ☐ Juicio en su fondo

en la Sala de _____          ☐ Superior  ☒ Distrito a las _____

Nombre y Firma del Magistrado o Secretario

| NOMBRE DE TESTIGOS | EDAD | DIRECCION | Examen de los Testigos | | | |
|---|---|---|---|---|---|---|
| | | | Conocimiento Propio | | Información o Creencia | |
| | | | Bajo Juramento | Declaración Jurada | Bajo Juramento | Declaración Jurada |
| WILLIAM VEGA MARTINEZ | M | CALLE 33 R 6 17 URB. TURABO GARDEN CAGUAS | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

INFORMACION SOBRE EL IMPUTADO:
☐ No estuvo presente               ☐ Le fueron hechas las advertencias legales
☐ Traído sin Orden de Arresto      ☐ Estuvo acompañado por _____
☐ Compareció por Citación          ☐ Abogado   ☐ Familiar   ☐



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**CORPORACION**
**FONDO DEL SEGURO DEL ESTADO**
PO BOX 365028 • SAN JUAN, PUERTO RICO 00936-5028

**INFORME PATRONAL**
VEA INSTRUCCIONES AL DORSO

## NO ESCRIBA EN ESTE ESPACIO — USO EXCLUSIVO DE LA CORPORACION

| NUMERO DE CASO - CFSE | | | | Batch | FECHA RADICACION | | | CLAVE DE COMPENSABILIDAD | REG. Y DISP. TRAT. | FECHA ALTA (CT) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AÑO | DISP. | NUMERO | D/C | | AÑO | MES | DIA | | | AÑO | MES | DIA |

| FECHA ALTA DEFINITIVA | | | | JORNAL DIARIO | COMPENSACION SEMANAL | NUMERO DE POLIZA | | | | | CLAVE | GRUPO | Stat Pat | Proc Por |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AÑO | MES | DIA | DIAS | | | AÑO | T | R | O | Año Fact. | AMP. | | | | |

## PARTE A — INFORMACION DEL PATRONO

**1 NOMBRE DEL PATRONO (SEGUN POLIZA)**
*Departamento de Educación*

| 2 NUMERO DE POLIZA | AÑO | T | R | O | NUMERO | Año Fact. | AMP. | 3 | SEGURO SOCIAL PATRONAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 6 9 0 6 6 0 0 0 1 |

**DIRECCION POSTAL - URB. O COND. O BARRIO, CARR. KM. HM.**
*P. O. Box 1281*

**4. CLASE DE PATRONO:** ☐ Industria ☐ Sociadad ☐ Corporación ☐ Cooperativa ☐ Asociación ☐ Sindico ☐ Sucesión ☐ Albacea ☒ Otros

**5 CLASE DE NEGOCIO**
*Educación*

**NUMERO CALLE, MUNICIPIO, O PAIS, (CODIGO POSTAL + 4)**
*San Lorenzo, Puerto Rico   00754*

**6 NOMBRE Y SITIO DE NEGOCIO (Urb., Calle, Num., Barrio, Carr., Km., Hm., Pueblo)**
*Esc. S.U. Quebrada Honda - San Lorenzo*

**7 TELEFONO**
*736-8989*

## PARTE B — INFORMACION SOBRE EL LESIONADO

| 8 NUMERO SEGURO SOCIAL | 9. APELLIDO PATERNO | APELLIDO MATERNO | NOMBRE 1 | NOMBRE 2 |
|---|---|---|---|---|
| 4 7 1 | Vega | Martínez | William | |

**10. DIRECCION RESIDENCIAL**
*Calle 33 R-6-17 - Urb. Turabo Gardens - Caguas, Puerto Rico*
**CODIGO POSTAL** *00725*

**11. DIRECCION EN LA QUE INTERESA RECIBIR LOS CHEQUES DE DIETAS O COMPENSACION, SI ALGUNO**
*Calle 33 R-6-17 - Urb. Turabo Gardens - Caguas, Puerto Rico        00725*

| 12 SEXO | 13. TELEFONO | 14. ESTADO CIVIL | 15. NUM. DEPENDIENTES | 16. DEPENDIENTES CONYUGE | 17. NOMBRES DE PADRE Y MADRE |
|---|---|---|---|---|---|
| ☐ F ☒ M | 744-2512 | ☒ SOLTERO ☐ VIUDO ☐ CASADO ☐ DIVORCIADO | HIJOS ___ NO HIJOS _1_ | N/A ☐ SI ☐ NO | (Q.D.E.P.) William y Gloria |

| 18. FECHA NACIMIENTO | | | 19. EDAD | 20. PUEBLO DE NACIMIENTO | 21. GRADO ESCOLARIDAD | 22. OCUPACION HABITUAL | 23. MANO HABIL |
|---|---|---|---|---|---|---|---|
| AÑO | MES | DIA | 35 | New York | BA | Maestro de Educ. Física | ☐ DER. ☒ IZQ. |
| 59 | 12 | 30 | | | | | |

| 24. FAMILIAR MAS CERCANO QUE NO RESIDA CON LESIONADO | 25. TELEFONO | 26. DIRECCION | 27. FECHA ACCIDENTE | | |
|---|---|---|---|---|---|
| Helen Vega Martínez | | Haciendas Carraizo - Calle 5 - Casa Trujillo Alto, P. R.  H-8 | AÑO | MES | DIA |

| 28. HORA DEL ACCIDENTE | 29. HORA COMENZO TRABAJAR EL DIA DEL ACCIDENTE | 30. FECHA EN QUE SUSPENDIO SU LABOR | | | 31 PUEBLO DE ACCIDENTE |
|---|---|---|---|---|---|
| | 8:00 ☒ A.M. ☐ P.M. | AÑO | MES | DIA | San Lorenzo |

| 32 ACCIDENTE AUTO | 33. FECHA DE LA MUERTE | | | 34. SI EL LESIONADO ES MENOR DE EDAD, INDIQUE SI TIENE PERMISO | 35 SUELDO | 36 FRECUENCIA |
|---|---|---|---|---|---|---|
| ☐ SI ☒ NO | DIA | MES | AÑO | N/A ☐ SI ☐ NO | $1,375.00 | ☐ POR HORA ☐ QUINCENAL ☐ SEMANAL ☐ DIARIO ☐ BISEMANAL ☒ MENSUAL |
| | N/A | | | | | |

| 37. NUMERO DE DIAS Y/U HORAS QUE TRABAJA EN LA SEMANA | 38 DEPARTAMENTO O UNIDAD QUE TRABAJA EL EMPLEADO | 39 TIEMPO QUE LLEVA REALIZANDO SU OCUPACION HABITUAL CON PATRONO ACTUAL | 40 FECHA DE POSIBLE JUBILACION |
|---|---|---|---|---|
| Dias 5   Horas 30 | Educación | 6 años | AÑO MES DIA |

| 41 OCURRIO EL ACCIDENTE DENTRO DE LOS PREDIOS DEL PATRONO | 42 TIENE USTED CONTRATO DE APARCERIA | 43 INDIQUE LA LABOR QUE REALIZABA EL LESIONADO CUANDO OCURRIO EL ACCIDENTE | 44 ESTABA EN GESTIONES OFICIALES |
|---|---|---|---|
| ☒ SI ☐ NO | ☐ SI ☒ NO | Dar la clase de Educ. Física | ☒ SI ☐ NO |

| 45 LUGAR EXACTO DEL ACCIDENTE (SITIO, BARRIO, PUEBLO) - EN CASO CONSTRUCCION SEÑALE ADEMAS, NOMBRE DEL PROYECTO | 46 SUFRIERON OTROS EMPLEADOS LESIONES COMO CONSECUENCIA DEL ACCIDENTE |
|---|---|
| Esc. S.U. Quebrada Honda - San Lorenzo, P. R. | ☐ SI NUM. _____ MURIERON ☐ SI NUM. _____ ☒ NO                                      ☐ NO |

**47. DESCRIBA DETALLADAMENTE COMO OCURRIO EL ACCIDENTE O LA ALEGADA ENFERMEDAD OCUPACIONAL. INDIQUE EL VEHICULO HERRAMIENTA, SUSTANCIA O EL NOMBRE Y DIRECCION DE LA PERSONA QUE CAUSO EL ACCIDENTE (ESPECIFIQUE LA RELACION) DE ESA PERSONA CON EL PATRONO)**

*Alega el profesor Vega que: desde el mes de enero de 1995 viene padeciendo de fuertes dolores de cabeza, dolor constante en los ojos, congestión de las fosas nasales y fuertes dolores de garganta. Alega además que en el área de juegos de la escuela hay un polvorín continuo a consecuencia de la ubicación de la cancha.*

**48. OBSERVACIONES QUE ESTIME PERTINENTE HACER**

| 49 TRABAJA EL LESIONADO TAMBIEN PARA OTRO PATRONO? | 50. TIEMPO | SALARIO |
|---|---|---|
| ☒ NO ☐ SI (INCLUYA EL NOMBRE DE LA EMPRESA) | ☐ AÑOS _____ ☐ MESES _____ | ☐ SEMANAL _____ ☐ MENSUAL _____ |

**51 TESTIGOS QUE PRESENCIARON EL ACCIDENTE SEGUN INVESTIGACION DEL PATRONO**

NOMBRE *Rosa Borges - Secretaria*          DIRECCION *Bo. Cerro Gordo - San Lorenzo, P. R.*

NOMBRE *Antonia Díaz - Directora*          DIRECCION *San Lorenzo, Puerto Rico*

CORPORACIÓN DEL FONDO DEL
SEGURO DEL ESTADO

WILLIAM VEGA.MARTINEZ
CALLE 33 R 6-17
TURABO GARDENS CAGUAS PR
98 13 00719 5
08
19 AGO 97   10 DIC 59   M
4771

**DECISION DEL ADMINISTRADOR SOBRE TRATAMIENTO MEDICO**

PARA USO DE LOS OFICIALES DE COMPENSACIONES

PARA SER CUMPLIMENTADO POR EL MEDICO O ENCARGADO DE DISPENSARIO O CLINICA

URB TURABO GARDENS
R 6 17 CALLE 33
CAGUAS PR  00727

DEPARTAMENTO DE EDUCACION
PO BOX 759
HATO REY PR 00919

CLAVE DISP. 83

HNP L4-L5 & L5-S1  88.080  OSR
Radiculopatia L5  86.074  OSR

POR LA PRESENTE, Y DE ACUERDO CON LA LEY DEL SISTEMA DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO (LEY NUM. 45 DEL 18 DE ABRIL DE 1935) SEGUN HA SIDO SUBSIGUIENTEMENTE ENMENDADA, SE DETERMINA SOBRE EL ASPECTO MEDICO DE ESTE CASO LA SIGUIENTE DECISION

1. EL LESIONADO FUE EXAMINADO POR PRIMERA VEZ:
   a. CONTINUARA RECIBIENDO TRATAMIENTO MEDICO EN
   b. SE DETERMINA DARLO DE ALTA DEFINITIVA EFECTIVA EL
   c. VEASE ALTERNATIVA NUMERO

2. HABIENDO EL LESIONADO RECIBIDO EL MAXIMO BENEFICIO DE TRATAMIENTO, SE DETERMINA DARLO DE ALTA DEFINITIVA EL DIA ... CURADO / SIN INCAPACIDAD / CON INCAPACIDAD

3. EL LESIONADO FUE EXAMINADO EN EL DIA DE HOY, A PARTIR DEL ...

4. LUEGO DE EVALUADO EL CASO SE DETERMINA DARLO DE ALTA DE TRATAMIENTO MEDICO EFECTIVO EN ...

5. EL LESIONADO HABIA SIDO DADO DEL ALTA EL ...

6. EL CASO FUE DEVUELTO POR LA HON. COMISION INDUSTRIAL A LA JURISDICCION DEL FONDO DEL SEGURO DEL ESTADO. LUEGO DE EXAMINADO EL MISMO SE DETERMINA EL SIGUIENTE STATUS:
   c. CONFIRMAR LA DECISION DADA: EL **10** DE **SEPTIEMBRE** DE **98**

7. LUEGO DE LA EVALUACION MEDICA PRACTICADA SE DETERMINA QUE NO HAY EVIDENCIA DE LESION O ENFERMEDAD OCUPACIONAL

8. HABIENDO EL LESIONADO RECIBIDO EL MAXIMO BENEFICIO DE TRATAMIENTO SE DA DE ALTA SIN INCAPACIDAD

9. ES UN OBRERO MIGRANTE BAJO CONTRATO DE EMPLEO...

OBSERVACIONES:

LCDO NICOLAS LOPEZ PEÑA
Administrador

DR VICTOR BERIOS
Firma del Médico o Funcionario Autorizado

CERTIFICO: Que en el día de hoy he entregado y notificado con copia de esta Decisión al Lesionado, en



ESTADO LIBRE ASOCIADO DE PUERTO RICO

**CORPORACION**
**FONDO DEL SEGURO DEL ESTADO**
PO BOX 365028 • SAN JUAN, PUERTO RICO 00936-5028

**INFORME PATRONAL**
VEA INSTRUCCIONES AL DORSO

**CORPORACION DEL FONDO DEL SEGURO DEL ESTADO**

## NO ESCRIBA EN ESTE ESPACIO - USO EXCLUSIVO DE LA CORPORACION

(Espacio de uso exclusivo de la Corporación — campos en blanco)

## PARTE A - INFORMACION DEL PATRONO

1. NOMBRE DEL PATRONO (SEGUN POLIZA): *Departamento de Educación*

DIRECCION POSTAL - URB. O COND. O BARRIO, CARR. KM. H.: *P. O. Box 1281*

4. CLASE DE PATRONO: ☐ Industria ☐ Sociedad ☐ Corporación ☐ Cooperativa ☐ Asociación ☐ Sindico ☐ Sucesión ☐ Albacea ☒ Otros

5. CLASE DE NEGOCIO: *Educación*

NUMERO CALLE, MUNICIPIO, O PAIS, (CODIGO POSTAL + 4): *San Lorenzo, Puerto Rico 00754*

6. NOMBRE Y SITIO DE NEGOCIO: *Esc. María T. Delgado - San Lorenzo*

7. TELEFONO: *736-0470*

## PARTE B - INFORMACION SOBRE EL LESIONADO

8. NUMERO SEGURO SOCIAL: ___ 4 7 7 1
9. APELLIDO PATERNO: *Vega* — APELLIDO MATERNO: *Martínez* — NOMBRE 1: *William* — NOMBRE 2:

10. DIRECCION RESIDENCIAL: *Calle 33 R-6 17 Urb. Turabo Gardens - Caguas, Puerto Rico 00725* — CODIGO POSTAL: *00725*

11. DIRECCION EN LA QUE INTERESA RECIBIR LOS CHEQUES DE DIETAS O COMPENSACION, SI ALGUNO: *Calle 33 R-6 17 Urb. Turabo Gardens - Caguas, Puerto Rico 00725*

12. SEXO: ☐ F ☒ M
13. TELEFONO: *744-2512*
14. ESTADO CIVIL: ☒ SOLTERO ☐ CASADO ☐ VIUDO ☐ DIVORCIADO
15. NUM. DEPENDIENTES: HIJOS *0* NO HIJOS *1*
16. TRABAJA EL CONYUGE: ☐ N/A ☐ SI ☐ NO
17. NOMBRES DE PADRE Y MADRE: *William y Gloria*

18. FECHA NACIMIENTO: AÑO *5* MES *9* DIA *23*
19. EDAD: *30*
20. PUEBLO DE NACIMIENTO: *New York*
21. GRADO ESCOLARIDAD: *BA*
22. OCUPACION HABITUAL: *Maestro de Educ. Física*
23. MANO HABIL: ☐ DER. ☒ IZQ.

24. FAMILIAR MAS CERCANO QUE NO RESIDA CON LESIONADO: *Helen Vega Martínez*
25. TELEFONO: _____
26. DIRECCION: *Haciendas Carraizo - Calle 5 - Casa Trujillo Alto, P. R.*
27. FECHA ACCIDENTE: AÑO *9* MES *03* DIA *08*

28. HORA DEL ACCIDENTE: *1:50 P.M.*
29. HORA COMENZO A TRABAJAR EL DIA DEL ACCIDENTE: *8:00* ☐ A.M. ☒ P.M.
30. FECHA EN QUE SUSPENDIO SU LABOR: AÑO MES DIA
31. PUEBLO DE ACCIDENTE: *San Lorenzo*

32. ACCIDENTE AUTO: ☐ SI ☒ NO
33. FECHA DE LA MUERTE: DIA MES AÑO *N/A*
34. SI EL LESIONADO ES MENOR DE EDAD INDIQUE SI TIENE PERMISO: *N/A* ☐ SI ☐ NO
35. SUELDO: *$1,750.00*
36. FRECUENCIA: ☐ POR HORA ☐ DIARIO ☐ QUINCENAL ☐ BISEMANAL ☐ SEMANAL ☒ MENSUAL

37. NUMERO DE DIAS U HORAS QUE TRABAJA EN LA SEMANA: Dias *5* Horas *6*
38. DEPARTAMENTO O UNIDAD QUE TRABAJA EL EMPLEADO: *Educación*
39. TIEMPO QUE LLEVA REALIZANDO SU OCUPACION HABITUAL CON PATRONO ACTUAL: *9 años*
40. FECHA DE POSIBLE JUBILACION: AÑO MES DIA

41. ¿OCURRIO EL ACCIDENTE DENTRO DE LOS PREDIOS DEL PATRONO?: ☒ SI ☐ NO
42. ¿TIENE USTED CONTRATO DE APARCERIA?: ☐ SI ☒ NO
43. INDIQUE LA LABOR QUE REALIZABA EL LESIONADO CUANDO OCURRIO EL ACCIDENTE: *Dar clase de Educación Física*
44. ¿ESTABA EN GESTIONES OFICIALES?: ☒ SI ☐ NO

45. LUGAR EXACTO DEL ACCIDENTE (SITIO, BARRIO, PUEBLO) - EN CASO CONSTRUCCIÓN SEÑALE ADEMAS, NOMBRE DEL PROYECTO: *Escuela Dra. María T. Delgado de Marcano San Lorenzo, Puerto Rico*

46. ¿SUFRIERON OTROS EMPLEADOS LESIONES COMO CONSECUENCIA DEL ACCIDENTE?: ☐ SI NUM.____ ☐ NO MURIERON ☐ SI ☐ NO NUM.____ *N/A*

47. DESCRIBA DETALLADAMENTE COMO OCURRIO EL ACCIDENTE O LA ALEGADA ENFERMEDAD OCUPACIONAL. INDIQUE EL VENICULO HERRAMIENTA, SUSTANCIA O EL NOMBRE Y DIRECCION DE LA PERSONA QUE CAUSO EL ACCIDENTE (ESPECIFIQUE LA RELACION DE ESA PERSONA CON EL PATRONO):

*Alega el profesor Vega que hace alrededor de una semana se está sintiendo con mucha congestión nasal, presión en los ojos, dolor en la cabeza y en la frente a causa del polvorín en el salón y en el área de trabajo.*

48. OBSERVACIONES QUE ESTIME PERTINENTE HACER:

49. ¿TRABAJA EL LESIONADO TAMBIEN PARA OTRO PATRONO?: ☐ SI ☒ NO (INCLUYA EL NOMBRE DE LA EMPRESA)
50. TIEMPO: ☐ AÑOS____ ☐ MESES____ SALARIO: ☐ SEMANAL ☐ MENSUAL

51. TESTIGOS QUE PRESENCIARON EL ACCIDENTE SEGUN INVESTIGACION DEL PATRONO:
NOMBRE: *Daris D. Gómez González* DIRECCION: *Jard. de San Lorenzo - San Lorenzo, P. R.*
NOMBRE: DIRECCION:

52. ¿HA RADICADO RECLAMACION EN OTRAS AGENCIAS?
53. NUMERO DE RECLAMACION — FECHA DE RECLAMACIÓN
54. SI HA RADICADO EL LESIONADO UN CASO ANTERIOR EN CFSE INDIQUE

CFSE-373 Rev. AGOSTO/99

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**CORPORACION**
**FONDO DEL SEGURO DEL ESTADO**
PO BOX 365028 • SAN JUAN, PUERTO RICO 00936-5028

**INFORME PATRONAL**
**VEA INSTRUCCIONES AL DORSO**

**CORPORACION DEL FONDO DEL SEGURO DEL ESTADO**

## NO ESCRIBA EN ESTE ESPACIO - USO EXCLUSIVO DE LA CORPORACION

| NUMERO DE CASO - CFSE | | | | FECHA RADICACION | | | CLAVE DE COMPENSABILIDAD | REG.Y DISP. TRA. | FECHA ALTA (C |
|---|---|---|---|---|---|---|---|---|---|
| AÑO | DISP | NUMERO | D/C | Batch | AÑO | MES | DIA | | AÑO | MES |

| FECHA ALTA DEFINITIVA | | | | JORNAL DIARIO | COMPENSACION SEMANAL | NUMERO DE POLIZA | | | | | | CLAVE | GRUPO | STAT. PAT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AÑO | MES | DIA | DIAS | | | AÑO | T | R | O | AÑO FACT. | AMP. | | | |

## PARTE A - INFORMACION DEL PATRONO

1. NOMBRE DEL PATRONO (SEGUN POLIZA)

Departamento de Educación

2. NUMERO DE POLIZA

| AÑO | T | R | O | NUMERO | Año Fact. | AMP. |
|---|---|---|---|---|---|---|

DIRECCION POSTAL - URB. O COND. O BARRIO, CARR. KM. H.

P. O. Box 190759

4. CLASE DE PATRONO: ☐ Industria ☐ Sociedad ☐ Corporación ☐ Cooperativa ☐ Asociación ☐ Sindico ☐ Sucesión ☐ Albacea ☒ Otros

3. SEGURO SOCIAL PATRONAL
6 9 0 6 6 0 0

5. CLASE DE NEGOCIO
Educación

NUMERO CALLE, MUNICIPIO, O PAIS, (CODIGO POSTAL + 4)

San Juan, Puerto Rico   00919

6. NOMBRE Y SITIO DE NEGOCIO (Urb., Calle, Núm., Barrio, Carr., Km., Hm., Pueblo)

Esc. Dra. María T. Delgado de Marcano

7. TELEFONO
736-0470

## PARTE B - INFORMACION SOBRE EL LESIONADO

8. NUMERO SEGURO SOCIAL
4 7 7 1

9. APELLIDO PATERNO
Vega

APELLIDO MATERNO
Martínez

NOMBRE 1
William

NOMBRE 2

10. DIRECCION RESIDENCIAL (FISICA)

Calle 33 R-6 17 - Urb. Turabo Gardens - Caguas, Puerto Rico

11. DIRECCION POSTAL EN LA QUE INTERESA RECIBIR LOS CHEQUES DE DIETAS O COMPENSACION, SI ALGUNO

Calle 33 R-6 17 - Urb. Turabo Gardens - Caguas, Puerto Rico

CODIGO POSTAL + FDUR
00725

| 12. SEXO | 13. TELEFONO | 14. ESTADO CIVIL | 15. NUM. DEPENDIENTES | 16. TRABAJA EL CONYUGE | 17. NOMBRES DE PADRE Y MADRE |
|---|---|---|---|---|---|
| ☐ F ☒ M | 744-2512 | ☒ SOLTERO ☐ VIUDO ☐ CASADO ☐ DIVORCIADO | HIJOS_0_ NO HIJOS_ | ☐ N/A ☐ SI ☐ No | William y Gloria |

| 18. FECHA NACIMIENTO | | | 19. EDAD | 20. PUEBLO DE NACIMIENTO | 21. GRADO ESCOLARIDAD | 22. OCUPACION HABITUAL | 23. MANO HABIL |
|---|---|---|---|---|---|---|---|
| AÑO | MES | DIA | | | | | ☐ DER. ☒ IZQ. |
| 5 9 | 1 2 | 3 0 | 43 | New York | B.A. | Maestro Educación Física | |

| 24. FAMILIAR MAS CERCANO QUE NO RESIDA CON LESIONADO | 25. TELEFONO | 26. DIRECCION | 27. FECHA ACCIDENTE | | |
|---|---|---|---|---|---|
| Helen Vega Martínez | -------- | Haciendas Carraízo - Calle 5 Casa Trujillo Alto, P.R.   H-8 | AÑO | MES | DI |
| | | | 0 3 | 1 0 | 3 |

| 28. HORA DEL ACCIDENTE | 29. HORA COMENZO A TRABAJAR EL DIA DEL ACCIDENTE | 30. FECHA EN QUE SUSPENDIO SU LABOR | | | 31. PUEBLO DE ACCIDENTE |
|---|---|---|---|---|---|
| 9:30 A.M. | 8:00 ☒ A.M. ☐ P.M. | AÑO | MES | DIA | San Lorenzo |
| | | N/A | | | |

| 32. ACCIDENTE AUTO | 33. FECHA DE LA MUERTE | | | 34. SI EL LESIONADO ES MENOR DE EDAD INDIQUE SI TIENE PERMISO | 35. SUELDO | 36. FRECUENCIA |
|---|---|---|---|---|---|---|
| ☐ SI ☒ NO | DIA | MES | AÑO | N/A ☐ SI ☐ NO | $2,205.00 | ☐ POR HORA ☐ QUINCENAL ☐ SEMANAL ☐ DIARIO ☐ MENSUAL |

| 37. NUMERO DE DIAS Y HORAS QUE TRABAJA EN LA SEMANA | 38. DEPARTAMENTO O UNIDAD QUE TRABAJA EL EMPLEADO | 39. TIEMPO QUE LLEVA REALIZANDO SU OCUPACION HABITUAL CON PATRONO ACTUAL | 40. FECHA DE POSIBLE JUBILACION |
|---|---|---|---|
| 30 | Educación | 14 años | AÑO | MES | D |

| 41. ¿OCURRIO EL ACCIDENTE DENTRO DE LOS PREDIOS DEL PATRONO? | 42. ¿TIENE USTED CONTRATO DE APARCERIA? | 43. INDIQUE LA LABOR QUE REALIZABA EL LESIONADO CUANDO OCURRIO EL ACCIDENTE | 44. ¿ESTABA EN GESTIONES OFICIALES? |
|---|---|---|---|
| ☒ SI ☐ NO | ☐ SI ☒ NO | Levantándose de la silla. | ☐ SI ☒ NO |

45. LUGAR EXACTO DEL ACCIDENTE (SITIO, BARRIO, PUEBLO) - EN CASO CONSTRUCCION SEÑALE ADEMAS, NOMBRE DEL PROYECTO

Salón de Educación Física - Esc. Dra. María T. Delgado de Marcano

46. ¿SUFRIERON OTROS EMPLEADOS LESIONES COMO CONSECUENCIA DEL ACCIDENTE?
☐ SI NUM._____ ☒ NO
MURIERON ☐ SI NUM._____ ☒ NO

47. DESCRIBA DETALLADAMENTE COMO OCURRIO EL ACCIDENTE O LA ALEGADA ENFERMEDAD OCUPACIONAL

INDIQUE EL VEHICULO HERRAMIENTA, SUSTANCIA O EL NOMBRE Y DIRECCION DE LA PERSONA QUE CAUSO EL ACCIDENTE (ESPECIFIQUE LA RELACION DE ESA PERSONA CON EL PATRONO)

Alega el profesor Vega que el 31 de octubre de 2003 mientras ofrecía su clase, levantarse de la silla de su salón sintió un fuerte dolor en la parte baja de la espalda; esto acompañado de ardor. Le molesta mucho estar de pie al igual que sentado.

48. OBSERVACIONES QUE ESTIME PERTINENTE

49. ¿TRABAJA EL LESIONADO TAMBIEN PARA OTRO PATRONO?
☐ SI ☒ NO (INCLUYA EL NOMBRE DE LA EMPRESA)

| 50. TIEMPO | SALARIO |
|---|---|
| ☐ AÑOS_____ | ☐ SEMANAL |
| ☐ MESES_____ | ☐ MENSUAL |

51. TESTIGOS QUE PRESENCIARON EL ACCIDENTE SEGUN INVESTIGACION DEL PATRONO

NOMBRE                                                      DIRECCION