UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| María A. Clemente Rosa<br>PETICIONARIA<br>V.<br><br>El Estado Libre Asociado<br>De P.R., El Sistema De<br>Retiro De Los Empleados Del Gobierno<br>de Puerto Rico<br>Y De La Autoridad De Edificios<br>Públicos de Puerto Rico | 29 de julio de 2020<br><br>PROMESA<br>TITLE III<br>No. 17 BK 3283- LTS<br>CLAIM # Núm. 150849,    Del Estado Libre Asociado<br><br>(Jointly Administered)<br>This filing relates to the Commonwealth,<br>HTA and ERS. |

TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al., Debtors:

**HONORABLE JUEZ: Del Tribunal de Distrito de Estados Unidos Hon. Laura Taylor Swain.**

**UNITED STATES DITRIT COURT FOR THE DISTRICT OF PUERTO RICO/ TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

**REPETUOSAMENTE SOLICITO**

**MOCIÓN PARA QUE SE ME GARANTICE EL PAGO DE MI RETIRO EN SU TOTALIDAD, DE ACUERDO A LAS RECLAMACIONES SOMETIDAS A LA LEY PROMESA III EL 29 DE JUNIO DE 2018,** CLAIM NÚM. 150849. CASE NUMBER: 17BK 03283-LTS  - POR EL MONTO DE LA RECLAMACIÓN DE 70,000.00: **CUANDO LLEGUE EL MOMENTO DEL DICTAMEN DECLARADO POR LA HON. JUEZ. Del Tribunal de Distrito de Estados Unidos Hon. Laura Taylor Swain.**

Comparece María A. Clemente Rosa, PETICIONARIA, CLAIM NÚM. 150849. CASE NUMBER: 17BK 03283-LTS  se dirige  muy respetuosamente,  expone, alega y solicita:

HECHOS

DATOS AFIRMATIVOS

1. Que desde el 1985 soy maestra del Departamento de Educación de Puerto Rico, en la Categoría de Artes Industriales Certificado Núm. 1662 y Núm. de Puesto R 16045. Que me he desempeñado por más de 34 años de maestra.

2. Que durante 34 años he cotizado para el Sistema de Retiro para Maestros.

3. Actualmente la cotización aportada está en pleito, ya que el gobierno de Puerto Rico y la Junta Fiscal de la Ley Promesa que representa los Deudores de la Ley Promesa III, desean descontar $200.00 de dicho retiro. Lo que sería discriminatorio e inconstitucional.

4. Cuando firme mi contrato de maestra para el Sistema de Educación se me garantizo un Retiro de un 75% de mi salario.

5. Que actualmente con mi salario estoy viviendo en condiciones paupérrimas, que apenas puedo costearme mis gastos de supervivencia.

6. He recurrido a las Agencias Federales como FEMA, para solicitar asistencia y/o préstamo y me lo han denegado; porque entienden que soy una persona insolvente por mis ingresos y mis gastos. (INSOLVENTE).

7. En otras palabras que no cualifico para ningún préstamo por las deudas y el ingreso paupérrimo que recibo.

8. RESPETUOSAMENTE HONORABLE JUEZ, **Laura Taylor Swain,** CONSIDERO QUE MI PETICIÓN ES JUSTAS, ADECUADA Y RAZONABLE, YA QUE PARA LA FECHA DEL 21 DE FEBRERO DE 2020, LA DIRECTORA EJECUTIVA DE LA JSF, NATALIE KARESKO, INDICO AL DIRECTOR EJECUTIVO DE LA AUTORIDAD DE ASESORIA FINANCIERA Y AGENCIA FISCAL (Aafaf) OMAR MARRERO Y CITO: "que en o antes de la semana próxima se asegure de enviar a la ASR, el dinero retenido a los empleados que trabajan." LA CANTIDAD INDICADA POR LA DIRECTORA DE JSF ES POR UNOS $21.9 MILLONES.

9. AL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, LE ASIGNARON $21.9 MILLONES, PARA NUESTRO RETIRO Y NO LO QUIEREN DESEMBOLSAR. Y ESE DINERO ESTA DESTINADO PARA PAGAR DICHA RECLAMACIÓN. O SEA EL DINERO ESTA DESTINADO PARA PAGAR MI RETIRO.

Acudo a usted, Honorable, **Hon. Laura Taylor Swain. Juez, Del Tribunal de Distrito de Estados Unidos and** TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT

BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al ., Debtors:

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO porque entiendo que tienen el fundamento principal de la jurisdicción primaria de mi reclamación.

10. Reconociendo dicho acto solicito a este honorable foro que imponga un remedio legal dirigido a indemnizar daños y perjuicios causados por la parte querellada Estado Libre Asociado De Puerto Rico, Gobierno de Puerto Rico y su Dependencia Sistema de Retiro Para Maestros y que se me otorgue un resarcimiento de daños y abono de intereses por la cantidad de $ 70,000.00. y el pago de costas y honorarios de abogados.

POR TODO LO CUAL, la parte peticionaria muy respetuosamente solicita al **Hon. Laura Taylor Swain. Juez, Del Tribunal de Distrito de Estados Unidos and** TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al ., Debtors: que tome conocimiento de lo anterior, declare con lugar la moción de: PARA QUE SE ME GARANTICE EL PAGO DE MI RETIRO EN SU TOTALIDAD, CUANDO LLEGUE EL MOMENTO DEL DICTAMEN . DECLARADO POR LA HON. JUEZ. **Laura Taylor Swain.**

RECLAMACIÓN: CLAIM NÚM: 150849..

RESPETUOSAMENTE SOLICITADO.

CERTIFICO que en esta misma fecha he enviado por correo CERTIFICADO copia fiel y exacta del presente TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al ., Debtors:

En Carolina, Puerto Rico hoy 29 de julio de 2020

*[signature]*

María A. Clemente Rosa
Condominio Astralis 9546
Calle Díaz Way, Apt 311
Torre # 6 Carolina, P.R. 00979
Tel. (787)385-2906

Date Filed: 6/29/2018
Case Number: 17 BK 03283- LTS
DEBTOR: Commonwealth of Puerto Rico
CLAIM: **NÚM: 150849.**
ASSERTED CLAIM AMOUNT: 70,000.00