CLEMENTE ROSA, MARIA A.
CONDOMINIO ASTRALIS 9546
CALLE DIAZ WAY APT. 311 TORRE # 6
CAROLINA, PUERTO RICO 00979

CLAIM: 150849




U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
JUL 29, 20
AMOUNT
$2.20
R2304M113553-09

1000    00918



RECEIVED & FILED
2020 AUG -4 AM 7:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)

Tribunal de Distrito de los Estado Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767