William Vega Martinez
Urb. Turabo Gardens
Calle 33 R6-17
Caguas, P.R. 00727



U.S. POSTAGE PAID
FCM LG ENV
SAN LORENZO, PR
00754
JUL 28, 20
AMOUNT
$2.80
R2304M113445-8

1000  00918

RECEIVED & FILED
2020 AUG -4 AM 7:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos (*United States District Court*)
#150 Avenida Chardón
Edificio Federal
San Juan (Puerto Rico) 00918