UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2020 AUG -4 AM 7: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

| | |
|---|---|
| María A. Clemente Rosa<br>PETICIONARIA<br>V.<br><br>ESTADO LIBRE ASOCIADO<br>De PUERTO RICO | 29 de julio DE 2020<br><br>PROMESA<br>TITLE III<br><br>No. 17 BK 3283- LTS<br>CLAIM # 92159<br><br>(Jointly Administered)<br>This filing relates to the Commonwealth, HTA and ERS. |

TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al., Debtors:

**HONORABLE JUEZ:** Del Tribunal de Distrito de Estados Unidos Hon. Laura Taylor Swain.

**UNITED STATES DITRIT COURT FOR THE DISTRICT OF PUERTO RICO/ TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

**REPETUOSAMENTE SOLICITO**

1. **MOCIÓN PARA QUE SE ME** SE ME GARANTICE EL PAGO DE CARRERA MAGISTERIAL Y SU RETROACTIVO, EN SU TOTALIDAD, DE ACUERDO A LA Ley 158. Y LA RECLAMAION NÚM. 92159 - $20,000.00. DE ACUERDO AL **DICTAMEN DECLARADO POR LA HON. JUEZ.** Del **Tribunal de Distrito de Estados Unidos Hon. Laura Taylor Swain.**

Comparece María A. Clemente Rosa, PETICIONARIA, CLAIM: NÚM. 92159, CASE NUMBER: 17BK 03283-LTS se dirige muy respetuosamente, expone, alega y solicita:

**HECHOS**

DATOS AFIRMATIVOS

2. Que desde el 1985 soy maestra del Departamento de Educación de Puerto Rico, en la Categoría de Artes Industriales Certificado Núm. 1662 y Núm. de Puesto R 16045. Que me he desempeñado por más de 34 años de maestra.

3. Que poseo un Bachillerato en esa Categoría de Artes Industriales, en el área Vocacional. Que esa categoría recibía una indemnización aparte de $25.00 por ser área vocacional. Y nunca el Departamento de Educación del Gobierno de Puerto Rico, me la remunero.

4. Que luego participe en la Ley de Carrera Magisterial y realice una Maestría en Administración y Supervisión, y obtuve el paso que otorgaba el Departamento de Educación, para todos los maestros que poseíamos la maestría.

5. **Para Junio de 1999, surge la Ley Núm. 158, conocida como la Ley de Carrera Magisterial,** La misma presentaba: " Para establecer la "Ley de la Carrera Magisterial"; disponer sobre el sistema de rangos magisteriales; establecer procedimientos para ascensos y revisión de salarios; y disponer sobre el Plan Individual de Mejoramiento Profesional y los programas de educación continua."

## EXPOSICIÓN DE MOTIVOS: LEY NÚM. 158

El lugar educativo para el desarrollo del proceso de enseñanza-aprendizaje por excelencia es la escuela. Educar es guiar a la vida al educando. El logro de la excelencia académica es la meta de todo sistema educativo. Esta efectividad reflejada en la escuela, es indicativo del sistema para el estudiante alcance los objetivos de cada nivel y domine los conocimientos necesarios para el próximo nivel de enseñanza.

6. ESTA LEY 158, le daba la oportunidad y las expectativas al maestro/a de tener un salario digno, al mismo tiempo que te capacitabas profesionalmente.

7. En el 2009, me fui a estudiar mi Doctorado para obtener el grado de MAESTRO, en el Departamento de Educación con las expectativas de que me ofrecieran un salario digno de acuerdo a mi preparación con un aumento salarial de $600.00.

8. Comencé el Plan Educativo establecido por el Departamento de Educación y su área de Recursos Humanos.

9. En la Primera Fase, me otorgaron un aumento de $120.00 por haber iniciado El Plan de Carrera Magisterial.

10. Cada año sometí las diferentes etapas requeridas, y me iban aprobando los créditos, pero no me otorgaban el aumento salarial.

11. Finalmente termino mi Doctorado, someto toda la información requerida y pasaron 3 años para indicarme que no me podían pagar por la LEY PROMESA III. Que el Gobierno estaba en Quiebra.

12. Entiendo Honorable Board, que si soy candidata a mi reclamación Núm. 92159, sometida el 29 de junio de 2018, bajo la cantidad de $20,000.00.

13. Entiendo que el Gobierno de Puerto Rico, bajo su dependencia del Sistema de Educación, Publica, ha creado daños y perjuicios a mi persona como maestra y a otros maestros/@ del Sistema Público. Me ha creado danos de angustias emocionales, daños físicos enfermedad, depresión, visitas a médicos, falsas expectativa de aumento de salario, gastos de abogados, gastos de estudios ascendentes a $18,000.00, pague por mi Doctorado, y mi edición de la Tesis Doctoral. El caso Legal en Tribunal de Puerto Rico, del 6 de mayo de 2016, TSPR 76 195 DPR, es un buen ejemplo de los daños que me ha ocasionado el Sistema de Educación Pública, a mi persona.

14. El Gobierno de Puerto Rico, bajo la dependencia del Sistema de Educación publica, al no pagarme mis aumentos salariales, para las cuales trabaje y sometí bajo la Carrera Magisterial Ley Núm. 158, los pagos por ser maestra Vocacional, ha contribuido grandemente a socavar mi bienestar de vida emocional y físico.

15. Desde el año 2012, estoy reclamando Justicia Salaria, bajo la LEY 158 CARRERA MAGISTERIAL, LLEVO 7 AÑOS, EN ESE RECLAMO Y NO ME HAN PAGADO NADA.

16. Que en marzo 22 de 2019, sometí información que sustenta mi reclamo al Gobierno de Puerto Rico, por los daños ocasionados a travez del Departamento de Educación.

17. Que estoy viviendo en condiciones paupérrimas y FEMA, me ha declarado INSOLVENTE, que no cualifico para ningún préstamo por las deudas y el ingreso paupérrimo que recibo.

18. Acudo a usted, Honorable , **TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al ., Debtors:** UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO porque entiendo que tienen el fundamento principal de la jurisdicción primaria de mi reclamación.

19. Reconociendo dicho acto solicito a este honorable foro que imponga un remedio legal dirigido a indemnizar daños y perjuicios causados por la parte querellada Gobierno de Puerto Rico y su Dependencia Sistema de Educación Pública y que se me otorgue un resarcimiento de daños y abono de intereses por la cantidad de $ 20,000.00. y el pago de costas y honorarios de abogados.

Acudo a usted, Honorable, **Hon. Laura Taylor Swain. Juez, Del Tribunal de Distrito de Estados Unidos and** TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al ., **Debtors:** UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO porque entiendo que tienen el fundamento principal de la jurisdicción primaria de mi reclamación.

20. Reconociendo dicho acto solicito a este honorable foro que imponga un remedio legal dirigido a indemnizar daños y perjuicios causados por la parte querellada Estado Libre Asociado De Puerto Rico, Gobierno de Puerto Rico y su Dependencia Sistema de Retiro Para Maestros y que se me otorgue un resarcimiento de daños y abono de intereses por la cantidad de $ 20,000.00. y el pago de costas y honorarios de abogados.

21. **POR TODO LO CUAL**, la parte peticionaria muy respetuosamente solicita al **Hon. Laura Taylor Swain. Juez, Del Tribunal de Distrito de Estados Unidos and** TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al ., **Debtors:** que tome conocimiento de lo anterior, declare con lugar la moción de: **SE ME GARANTICE EL PAGO DE CARRERA MAGISTERIAL Y SU RETRACTIVO, EN SU TOTALIDAD, DE ACUERDO A LA Ley 158.** La cual se presentó a la Hon. Corte el 29 de junio de 2018. Bajo el Numero de caso: 17 BK 03283-LTS, Deudor: Estado Libre Asociado de Puerto Rico. Por la cantidad de $ 20,000.00).

RECLAMACIÓN: CLAIM NÚM.: 92159.

RESPETUOSAMENTE SOLICITADO.

CERTIFICO que en esta misma fecha he enviado por correo CERTIFICADO copia fiel y exacta del presente **TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al ., Debtors:**

En Carolina, Puerto Rico hoy 29 de julio 2020.

*[signature]*

María A. Clemente Rosa
Condominio Astralis 9546
Calle Díaz Way, Apt 311
Torre # 6 Carolina, P.R. 00979
Tel. (787)385-2906

Date Filed: 6/29/2018
Case Number: 17 BK 03283- LTS
DEBTOR: Commonwealth of Puerto Rico
CLAIM: 92159
ASSERTED CLAIM AMOUNT: 20,000.00