

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaria Auxiliar de Recursos Humanos

OCM-11A

Programa de Carrera Magisterial

## RECOMENDACIÓN DE RECONOCIMIENTO DE NIVEL

Certifico que se ha revisado y analizado la "Certificación de Radicación y Aprobación del Plan de Mejoramiento Profesional" (OCMO6) de:

Nombre              :      María A. Clemente Rosa

Seguro Social       :      **REDACTED**7909

Escuela             :      Intermedia Sana Llana

Distrito Escolar    :      San Juan II

Región Educativa    :      San Juan

La misma cumple con las disposiciones de Ley establecidas en los artículos 2.02 *"Miembros de la Carrera Magisterial"*, 2.06 *"Activación a la Carrera Magisterial"* 2.07 *"Formularios"*, por lo cual se recomienda que se le otorgue el **Nivel I** con un aumento salarial de **$122.50** por concepto de haber completado exitosamente con éstos. La vigencia de su plan es desde abril 2012 hasta abril 2017.

Certifico Correcto:

_____
Milagros Rohena Rivera, Ed. D.
Directora

_____
Fecha

Nota: Este formato es para uso oficial.



ESTADO LIBRE ASOCIADO DE
PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN

## OFICINA DE CARRERA MAGISTERIAL

25 de septiembre de 2014

Nombre    : María A. Clemente Rosa          Especialidad: Educación Tecnológica
Escuela   : Int. Sabana Llana               Región:      San Juan
Distrito  : San Juan II

Estimada profesora:

De acuerdo a la evaluación realizada a su trascripción de créditos de estudios graduados y de conformidad con los artículos 5.04 y 6.08 del Reglamento de la Carrera Magisterial, se le reconocerá para el cumplimiento de su Plan de Mejoramiento Profesional, los siguientes cursos universitarios:

Educación General: 18 créditos
- HIST   1417 (Centro Estudios Avanzados de P.R.)
- HIST   1307 (Centro Estudios Avanzados de P.R.)
- HIST   1305 (Centro Estudios Avanzados de P.R.)
- HIST   1310 (Centro Estudios Avanzados de P.R.)
- LITE   1704 (Centro Estudios Avanzados de P.R.)

Créditos reconocidos (18)

Especialidad: 27 créditos

Créditos reconocidos (0)

Usted deberá aprobar seis (6) créditos universitarios graduados en cursos relacionados a la categoría docente donde posee su nombramiento permanente (**Educación Tecnológica**), o Currículo y Enseñanza o Tecnología Educativa.

Además, deberá presentar esta carta en cada proceso que realice en la Carrera Magisterial, incluyendo los procesos de revisión de salario y nivel, para evitar confusiones con el técnico que evalúe su caso.

Cordialmente,

Edgardo Feliciano Sánchez
Especialista de Recursos Humanos

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 773-2448



UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | | | |
|---|---|---|---|
| ☐ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

JUN 2 9 REC'D

## Modified Official Form 410 / Formulario Oficial 410 Modificado
# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. Who is the current creditor?

   ¿Quién es el acreedor actual?

   _Maria H- Clemente Rosa_
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

DF-415

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## COMISIÓN APELATIVA DEL SERVICIO PÚBLICO

| | |
|---|---|
| DEPARTAMENTO DE EDUCACIÓN<br>AGENCIA<br><br>Y<br><br>MARÍA CLEMENTE ROSA<br>QUERELLANTE | CASO NÚM.: AQ-14-___ _____<br>(radicado el 26 de agosto de 2014)<br><br>MATERIA:<br><br>CARRERA MAGISTERIAL |

### MOCIÓN ASUMIENDO REPRESENTACIÓN LEGAL

A LA HONORABLE COMISIÓN:

COMPARECE el Departamento de Educación de Puerto Rico, representada por sus abogados, uno de los cuales suscribe y, muy respetuosamente EXPONE y SOLICITA:

1) El Departamento de Educación ha contratado los servicios legales del bufete que subscribe para asumir representación en el presente caso por lo cual solicitamos que se admita al bufete a representar al Departamento de Educación de Puerto Rico y que todas las notificaciones relacionadas a este caso se envíen a nuestra dirección provista.

POR TODO LO CUAL, se solicita, muy respetuosamente, a esa Honorable Comisión que acepte nuestra comparecencia como representante legal del Departamento de Educación.

RESPETUOSAMENTE SOMETIDA.

En San Juan, Puerto Rico, a ___16___ de septiembre de 2014.

25 de agosto de 2014

María A. Clemente Rosa
Maestra de Educación Tecnológica
(Artes Industriales)
Escuela Intermedia Sabana Llana
QUERELLANTE

VS.

Departamento De Educación
Oficina Del Secretario
Oficina de Carrera Magisterial
Dra. Milagros Rohena Rivera
INDUSTRIALES
Oficina de Recursos Humanos
Distrito Escolar San Juan II
Dra. Lydia Báez
Superintendente Auxiliar
QUERELLADOS

QUERELLA POR NEGLIGENCIA
Y DE DISCRIMEN PARA LA
MAESTRA DE ARTES

A PARTICIPAR EN LA
CARRERA MAGISTERIAL
VIOLACION DE LEY 158
CARRERA MAGISTERIAL
VIOLACION ARTÍCULO 3.05-
EL RANGO DE MAESTRO
VIOLACION ARTÍCULO 4.01 -
NATURALEZA DEL ASCENSO

A LA HONORABLE COMISIÓN APELATIVA DEL SERVICIO PÚBLICO:

Comparece María A. Clemente Rosa, querellante, se dirige muy respetuosamente, expone, alega y solicita:

EXPOSICIÓN DE MOTIVOS

La Ley 158 Ley de Carrera Magisterial, establece en su Artículo 4.01 – Naturaleza del ascenso

Los ascensos en rango constituyen reconocimientos al esfuerzo consecuente de los miembros de la Carrera magisterial que cumplen con su Plan de mejoramiento profesional. Ningún funcionario, Consejo, o Comité del Departamento o de una escuela podrá negarse a reconocer el rango que hubiese alcanzado un miembro de la Carrera Magisterial al concluir su Plan de mejoramiento Profesional si su desempeño docente hubiese obtenido evaluaciones satisfactorias consistentemente. (Historia De la Reforma Educativa. 393).

"REGLAMENTO DE LA CARRERA MAGISTERIAL QUE DEROGA EL REGLAMENTO NÚM. 6068 DE 28 DE DICIEMBRE DE 1999, SEGÚN ENMENDADO", lo establece en el artículo 6.09 "Reconocimiento de cursos en Áreas Relacionadas con la Especialidad que estas era

Miércoles 15 de junio de 2016

DEPARTAMENTO DE EDUCACIÓN
(PETICIONADO)
V

MARÍA A. CLEMENTE ROSA
(PETICIONARIA)

CASO NúM: AQ-14-0730
SOBRE: CARRERA MAGISTERIAL

**Objetivo de Petición entre otros**: Violación de mis derechos constitucionales a la igual protección de las leyes y a la igual paga por igual trabajo.

Asunto: Se dirige a usted muy respetuosamente para solicitar a la Honorable COMISIÓN APELATIVA DEL SERVICIO PúBLICO Y A SU HONORABLE, Juez representante Sra. Ruth Vázquez Juan, que se declare el CASONUM AQ-14-0730 como: UN PLEITO DE CLASE. De acuerdo a que la peticionaria ha cumplido con toda la información y proyectos requeridos por la Ley de Carrera Magisterial, para competir por ascender al Rango de "Maestro" de igual forma cumple con los dos requisitos que presenta o solicita el documento de Opción 45 créditos. Aun así el Departamento de Educación y el Secretario de Educación Hon. Rafael Román y otros, han actuado de manera arbitraria, caprichosa e irrazonablemente, discriminando y excluyendo a la peticionaria de recibir el derecho de los beneficios concedidos a la Profesión Magisterial por la Ley de Carrera Magisterial. Ante lo cual Hon. Juez Ruth Vázquez Juan, solicito se declare inconstitucional el Artículo 1.03- "Miembros de la Carrera Magisterial" y el artículo 3.05. —" El Rango de Maestro", el cual se han negado a reconocerlo. Llevando su acción a un proceso de daños y perjuicios hacia la persona de María A. Clemente Rosa, (Peticionaria), maestra certificada en Artes Industriales (Educación en Tecnología).

Nuestra base Legal para la petición está en el caso: CC-2006-746 172 DPR ____ 2007 DTS 227 MATIAS LEBRON V DEPARTAMENTO DE EDUCACION 2007 SPR 227.

"Materia: Inconstitucionalidad de Ley; Sentencia Declaratoria; Pleito de Clase, Regla 20.1 de Procedimiento Civil, para la certificación de un pleito de clase. Procede la certificación del pleito de clase para adjudicar, exclusivamente, la controversia relativa a la retroactividad de los beneficios de la Ley de la Carrera Magisterial. Ahora bien, la clase sólo incluirá a aquellos trabajadores sociales y maestros orientadores escolares que actualmente son miembros de la carrera profesional, porque presentaron su solicitud y planes de mejoramiento profesional al amparo de la referida Ley, y éstos fueron aprobados debidamente por el Secretario de Educación."[1]

Ante esa situación de aparente discrimen a la cual he sido víctima de parte del Departamento de Educación, del Hon. Secretario de Educación, Sr. Rafael Román y otros, voy ante ustedes en su auxilio y en busca de un remedio, Honorable COMISIÓN APELATIVA DEL SERVICIO PÚBLICO Y A SU HONORABLE, Juez representante Sra. Ruth Vázquez Juan. Para que se resarza por los daños y perjuicios y daños emocionales causados por los peticionados, a lo cual respetuosamente solicito una indemnización por la cantidad de $200,000.00, y que se reconozca mi participación en su totalidad de la carrera profesional magisterial, a la luz de la Ley de Carrera Magisterial. Que se me otorgue el dinero a un 40% del salario del maestro instructor desde que radique (en retroactivo) la primera fase del Plan el día 15 de febrero de 2013. Que se me acepte mi Plan de Mejoramiento, que se me acepte los documentos que también he sometido bajo la Opción 45 créditos. Que se me pague el proyecto de las 100 horas, que se me convalide los cursos de Educación Continua por los créditos según la Ley 158 de Carrera Magisterial.

RESPETUOSAMENTE FIRMA,

Cordialmente,

María A. Clemente Rosa
Maestra de Artes Industriales
(Educación en Tecnología)
Tel 939-216-3308

---

1 . Tribuna Supremo de Puerto Rico. 2007 DTS 227 MATIAS LEBRON V. DEPARTAMENTO DE EDUCACION 2007TSPR227



CENTRO DE
ESTUDIOS
AVANZADOS

DE PUERTO RICO
Y EL CARIBE

Calle Cristo Núm. 52, Viejo San Juan
Apartado 9023970
San Juan, PR 00902-3970
Tel. 787-723-4481
Fax 787-723-1023

## CERTIFICACIÓN DE GRADUACIÓN

Certifico que **María Clemente Rosa**, con número de estudiante, D0901-0011, completó los requisitos para obtener el grado de,

**Doctorado en Filosofía y Letras, con especialidad en Historia de Puerto Rico y del Caribe en enero de 2018.**

El grado correspondiente ya le fue otorgado. El diploma le será entregado en la próxima colación de grados, a celebrarse en junio 2018.

Expedida en San Juan, Puerto Rico, el 9 de febrero de 2018.

Cordialmente,

Mayra Ramírez Valdejulli
Registradora

SELLO OFICIAL

**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
División de Certificaciones Docentes

# CERTIFICACIÓN

Certifico que la profesora MARIA A. CLEMENTE ROSA, s.s. xxx-xx-7909, posee el siguiente certificado vitalicio:

- **MAESTRA DE ARTES INDUSTRIALES,** núm. 1662, expedido el 26 de octubre de 1992.

Al momento de esta comunicación, el certificado en cuestión no ha sido cancelado ni anulado por el personal de esta División.

Para que así conste se expide esta certificación hoy 21 de febrero de 2018, en San Juan, Puerto Rico.

Briseida Sánchez
Auxiliar Administrativo

P.O. Box 190759, San Juan, PR 00919-0759 · Tel.: (787)773-2465/6286/6285
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

DE DEPARTAMENTO DE EDUCACIÓN



OCH-2

Departamento de Educación
Secretaria de Recursos Humanos
Oficina de Desarrollo del Capital Humano
Fax- 787-756-8028

*Programa de Carrera Magisterial*

Solicitud de Evaluación de Créditos Graduados para Opció 45

Nombre María A. Clemente Rosa  Puesto/Categoria Maestra d Educación en Tecnol
Escuela Int. Sabana Llana  Distrito San Juan II  (Artes Industriales,
Región San Juan  Fecha  R16045

Estimada Sra _____

Solicito autorización para acogerme a la alternativa "Opción 45" (Artículo 5.04, Reglamento de Carrera Magisterial, Num.6761).
Seleccione una de las dos alternativas y marque con una (X)

     A.
Estoy activo(a) en Carrera Magisterial     ( X )
Mi (maestría /doctorado):
     No es en mi especialidad     (  )
     No se ofrece en Puerto Rico     ( X )
     B.
Me activo por primera vez     (  )
Mi (maestría /doctorado):
     No es en mi especialidad     (  )

Someto transcripción copia de estudiante del grado de (o cursos graduados doctorado de la
Universidad de Centro de en Hist. PR y(Especialidad) para evaluac n. y del Caribe.
   Estudios Avanzados de PR y del Caribe
Mi correo electrónico es____ ____
Mi dirección postal es _____
  Condominio Astralis 9546 Calle Díaz Way Apt. 311 Torre 6 Norte
    Carolina, P.R. 00979
Atentamente,

_____

Firma

Nota: Asegúrese que la copia de la transcripción está legible.

15 de junio de 2016

María A. Clemente rosa

Peticionaria

CASO: Núm. AQ-14-0730

ASUNTO: "DOCUMENTO OFICIAL OPCIÓN 45 CRÉDITO"

DOCUMENTO QUE INDUCE A ERROR AL DEPARTAMENTO DE EDUCACIÓN, MEDIANTE UN ERROR EN LA REDACCIÓN, EL CUAL AFECTA LA RAZÓN DE JUICIO.

El Documento Opción 45 crédito, es un documento oficial de la Oficina de Carrera Magisterial. El cual me fue provisto por la Dra. Milagros Rohena Rivera, ex directora de la Oficina de Carrera Magisterial y quien me instó para que yo lo usara y participara en dicho proceso por que cumplía con los requisitos. El documento opción 45 créditos, este documento ofrece dos alternativas para participar en la Carrera Magisterial para los maestros que tiene el Doctorado en áreas diferentes a su especialidad, y que su especialidad no la ofrecen en Puerto Rico. Este documento el cual al inicio denota una oportunidad para el maestro carece de transparencia en No obstante el mismo documento carece de transparencia en su propósito, porque tiene unas irregularidades en su escritura. El proveer este tipo de documento con esta  información contribuye de manera directa a nublar la transparencia y confianza de los procesos de la Carrera Magisterial, y que los maestros que participan en dicho procesos de la Carrera Magisterial, buscan en esa rama del Gobierno de Puerto Rico, representado por el Departamento de Educación.  A tal error  solicito respetuosamente que se me reconozca el Rango de Maestro, de la Carrera Magisterial y se me otorgue una retribución de salario desde que radique la participación en la Carrera Magisterial. Ver Caso oficial Núm: AQ 14-0730

Cordialmente

María A. Clemente Rosa

Maria A. Clemente Rosa
Condominio Astralis 9546
Calle Diaz Way Apt. 311 Torre # 6
Carolina, P.R. 00979
787 597-6267

# Hoja de Tramite

A:   Sr. Eric Pérez
     Director Ejecutivo
     Oficina De La Carrera Magisterial
     Departamento De Educación

     ATN. Sr. Ángel  Sánchez
     Analista
     Programa de Carrera Magisterial
     Fax. (787) 756-8028

De:   María Clemente Rosa            Date: 20 de Mayo de 2014

      Tel. (787) 597-6276, (787) 257-7921

☐ Urgent     X For Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

1. Entrega de la Alieación de los cursos de Hist. con
   los Cursos del Programa de Artes Industriales.
2. Entrega Referencias.