CLEMENTE ROSA, MARIA A.
CONDOMINIO ASTRALIS 9546
CALLE DIAZ WAY APT. 311 TORRE # 6
CAROLINA, PUERTO RICO 00979
CLAIM # 92159

 

U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
JUL 29, 20
AMOUNT
**$1.60**
R2304M113553-09

1000   00918

RECEIVED & FILED
2020 AUG -4 AM 7:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estado Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767
CLAIM # 92159
Secretaria (Clerk's Office)
Tribunal de Distrito de los Estado Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767
CLAIM # 92159