# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre: Janice Velez Reyes

Dirección Postal: 2da Ext. El Valle
Calle Amapola 550
Lajas PR 00667

Teléfono de contacto res. 939-881-1910   cel. _____

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los anos de servicio con **Departamento de Educación**, Puerto Rico desde el **19** de **noviembre** de **1999** hasta el _____ de **presente (27 julio 20)** de _____. Culmine mi laborar como _____ en **Departamento de Educación de** , Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Janice Vélez Reyes_
Nombre en letra de molde

_[signature]_
Firma

Proof of Claim: &lt;CLAIM NUMBER&gt; _____

Claimant: &gt;CLAIMANT NAME&lt; _Janice Velez Reyes_

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ■ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

    _Lo justo de acuerdo a las leyes que me corresponden._

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ■ Yes, **Answer Questions 3(a) – (d).**

3(a). Identify the specific agency or department where you were or are employed:

_Departamento de Educación de Puerto Rico - ELA - (Docente)_

3(b). Identify the dates of your employment related to your claim:

_19 de noviembre de 1999 hasta el presente (julio 2020)_

3(c). Last four digits of your social security number: ____7894____

3(d). What is the nature of your employment claims (select all applicable):
  ☐ Pension
  ■ Unpaid Wages
  ☐ Sick Days
  ☐ Union Grievance
  ☐ Vacation
  ☑ Other (Provide as much detail as possible. Attach additional pages if necessary).
  _Ley de escala salarial - Pasos 6 de junio 2008 — Ley #96 efectiva_
  _julio 2002 - ley #164 (Sila Calderón) efectiva enero 2004_

4. **Legal Action** Does your claim relate to a pending or closed legal action?

  ■ No
  ☐ Yes

4(a). Identify the department or agency that is a party to the action.
  ____N-A____

4(b). Identify the name and address of the court or agency where the action is pending:
  ____N-A____

4(c). Case number: ____N-A____

4(d). Title, Caption, or Name of Case: ____N-A____

4(e). Status of the case (pending, on appeal, or concluded):
  ____N-A____

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

  ____N-A.____ If yes, what is the date and amount of the judgment?

RECLAMANTE: Janice Vélez Reyes
cel 939-881-1910

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: _____

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el _19_ de _noviembre_ de _1999_ hasta el ____ de _presente_ de _____ como _Maestra (docente) Departamento de Educacion de Puerto Rico. ELA_

1. Ley 89 – julio 1995 – ROMERAZO     CANTIDAD $ _lo justo según la ley_

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

_Janice Vélez Reyes_
Nombre en letra de molde

_[signature]_ 27 julio 2020
Firma y fecha

RECLAMANTE Janice Vélez Reyes

DIRECCION 2da Ext El Valle
Calle Amapola 550
Lajas P.R. 00667

Numero Reclamación _____

Fecha de presentación (envío) 27 de julio 2020

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el 27 de julio de 2020 lo siguiente:

1. Evidencia de trabajo de Departamento de Educación de Puerto Rico – ELA, como maestra (docente) Nivel Elemental desde el 19 de noviembre de 1999 hasta el ___ de presente de _____. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ cantidad justa según las leyes que me aplican.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Janice Vélez Reyes
Nombre en letra de molde

[firma] 27 julio 2020
Firma y fecha