**GOVERNMENT OF PUERTO RICO**

DEPARTMENT OF EDUCATION
Subsecretary of Human Resources
File Unit

# CERTIFICATION

I hereby certify that **Janice Vélez Reyes**, with social security number -7894, works for the *Department of Education of the Government of Puerto Rico*; and as it appears in the employee's file and in the Human Resources Information System, has held the positions detailed below:

| | POSITION HISTORY | FROM MM-DD-YY | TO MM-DD-YY |
|---|---|---|---|
| Category | **Elementary School Teacher** | 02/16/99 | 05/28/99 |
| Status | Transitory eligible | | |
| Location | Arturo Lluberas School | | |
| District | Yauco | | |
| Category | **Elementary School Teacher** | 11/18/99 | |
| Status | Transitory eligible | | |
| | Probatory | 03/31/00 | 05/31/00 |
| Location | José R. Gaztambide School | | |
| District | Sabana Grande | | |
| Category | **Elementary School Teacher** | 08/01/00 | 05/31/01 |
| Status | Probatory | | |
| Location | José R. Gaztambide School | | |
| District | Sabana Grande | | |
| Category | **Elementary School Teacher** | 08/01/01 | |
| Status | Probatory | | |
| | Regular | 04/01/02 | 05/28/04 |
| Location | José R. Gaztambide School | | |
| District | Sabana Grande | | |
| Category | **Early Childhood Education Teacher (K-3)** | 08/02/04 | 05/30/07 |
| Status | Regular | | |
| Location | José R. Gaztambide School | | |
| District | Sabana Grande | | |
| Category | **Early Childhood Education Teacher (K-3)** | 08/01/08 | 05/29/09 |
| Status | Transitory eligible | | |
| Location | Elemental Urbana Nueva School | | |
| District | Lajas | | |

P.O. Box 190759, San Juan, PR 00919-0759 Tel.: (787)773-3074


DEPARTAMENTO DE EDUCACIÓN

Page 2 of 2
Janice Vélez Olivares
SS 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

| POSITION HISTORY | | FROM MM-DD-YY | TO MM-DD-YY |
|---|---|---|---|
| Category | Early Childhood Education Teacher (K-3) | 08/03/09 | 06/06/18 |
| Status | Regular | | |
| Location | Mario F. Pagán School | | |
| District | Lajas | | |
| Category | Early Childhood Education Teacher (K-3) | 08/06/18 | Present |
| Status | Regular | | |
| Location | Ramón Olivares School | | |
| District | Cabo Rojo | | |

Certification given in San Juan, Puerto Rico, today October 18, 2018.

Cándida R. Chico Montañez
Supervisor
File Unit

Sello

CRC/xdg

5120
04/25/2018
$1.50
Sello de Rentas Internas
80172-2018-0425-39795017

271-2-18-0202