Janice Velez Reyes
2da Ext. El Valle
Calle Amapola 550
Lajas PR 00667



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

RECEIVED & FILED
2020 AUG -4 PM 4:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR