28 de julio de 2020.

Secretario ( Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan., Puerto Rico 00918-1767

RE: Caso:17 BK 3283
Reclamacion # 31858
Santa Iris Lopez Perez
Direccion postal: PO Box 17 25 Yauco, Puertto Rico 00698
Direccion fisica y postal: Urb. Estancias de Yauco, Rubi B-39 Yauco, PR 00698
Telefono: 787-603-0607
Email: siri77@live.com

Se solicita se reconsidere la reclamacion #31858, por lo siguiente, entiendo que cualifico para la reclamacion de salarios no pagados.referente al las leyes #89 del 1 de julio de 1995, Ley #96 de julio 2002, Ley# 164 de julio 2003, Ley # 164 de enero 2004 y Ley #109 de junio 2008.

Trabaje en Gobierno de Puerto Rico,(Departamento de la Familia) desde el 21 de agosto de 1980 hasta el 31 de julio del 2017, fecha en que me jubile.

Adjunto los siguientes documentos: Evidencia de comienzo de nombramiento como empleada del Departamento de la Familiael 21 de agosto del 1980), carta de renuncia al puesto en el Departamento de la Familia(31 de julio de 2017,. Se incluyen otros documentos.

Existen casos en el Tribunal de Puerto Rico. Estos son KAC 2012-1259 y KLCE 2014-00045 a nombre de Andino Rodriguez,Ada y otros vs ELA Departamento de la Familia y otros.

Atentamente,

Santa Iris Lopez Perez