OCAP-11
Rev. 9/78

| 1. SIMBOLOS DE CONTABILIDAD | | | | | | | Estado Libre Asociado de Puerto Rico OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL Apartado 8476, Estación Fernandez Juncos Santurce, Puerto Rico 00910 | 2. Certificación Nú |
|---|---|---|---|---|---|---|---|---|
| A.F. | Fondo | Agencia | Div. | Sub. Div. | Asig. | Objeto | | 3. Fecha de la Certifi |
| 73 | 278 | 77 | 01 | -- | 75 | 112 | NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO | |

INSTRUCCIONES: Use este formulario para todo nombramiento en el Servicio de Carrera y en el Servicio de Confianza. Use un formulario para nombramiento. La Agencia utilizará este formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no ser sometido antes de la persona empezar a trabajar. El apartado 20 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Acom este documento con el Historial Personal (OCAP-1), Examen Médico (OCAP12)Certificación de Verificación de Requisitos (OCAP-29), Declaración In dual y Certificado de Nacimiento. Distribución: Original será retenido por la agencia, primera y segunda copia la O.C.A.P.,tercera copia Departamen Hacienda (Contaduría), cuarta copia Asociación de Empleados, quinta copia a Sistemas de Retiro, sexta copia al empleado.

4. Nombre del Empleado:
Lopez     Perez,     Santa I.
(Apellido Paterno) (Apellido Materno) (Nombre)

Si se trata de una mujer casada siga este orden:
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

5. Nombre según aparece en el Seguro Social
Santa I. Lopez Perez

6. Sexo ☐ M ☒ F

7. Número del Seguro Social
REDACTED 5126

8. Dirección del empleado
Calle 21 AB-4
Urb. Villa Universitaria, Humacao

9. Agencia, Negociado o División, Sección o Unidad y Pueblo
Departamento de Servicios Sociales, Sec
Serv. a la Fam. Ley Seg. Social Título
Oficina Regional de Humacao

10. Título de Clasificación del Puesto
Tecnico Servicios Sociales I

11. Número de Clase
1505

12. Número del Puesto
XXX-4X   563

13. Clase de Nombramiento
☐ Regular    ☐ Probatorio    ☒ Transitorio
☐ En el Servicio de Confianza _____
(indique disposición legal que incluye el puesto en el servicio de confianza)

14. Sueldo Mensual $
Diferencial _____
Total $ _____

15. Fecha de efectividad del Nombramiento
AUG 21 1980

16. Fecha en que expira el período probatorio o el nombramiento
En o antes 30/junio/

17. Anterior Incumbente
Vacante

18. Título de Clasificación del Puesto
Tecnico Servicios Sociales I

19. Firma de la autoridad nominadora o su representante autorizado:
[signature]     Secr. Aux. de Adm.     14/agosto/80
Firma                 Título              Fecha

20. JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO

Yo, Santa I. Lopez Perez    de mayor    casada    Tecnico Servicios Sociales
(Nombre del Funcionario o Empleado)  (Edad)  (Soltero o Casado)  (Nombre del cargo o empleo)

vecino de Humacao (Pueblo), juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitu

y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que as esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy p mo a ejercer. Así me ayude Dios.

21 agosto 1980
(Fecha)

[signature] Santa I. Lopez Perez
(Firma del Empleado o Funcionario)

AFFIDAVIT NUM. 1892

Suscrito y jurado ante mí por _____ Santa I. Lopez Perez , de las circunstan
(Nombre)

personales antes expresadas y a quien doy fe de conocer personalmente en _____ San Juan _____, Puerto R
hoy 21 de agosto de 80    (Pueblo)

[signature] Josephine Hernandez Peña
Firma y Dirección del Notario Público
o del Funcionario Autorizado que toma
el Juramento

APROBADO

PARA USO EXCLUSIVO DE OCAP

| 21. Recibido en OCAP: | 22. Nombramiento aprobado registrado por: | 23. Fecha |
|---|---|---|
| | DEPARTAMENTO DE SERVICIOS SOCIALES | |

OCAP 15
Especial
10-A

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Santurce, Puerto Rico

INFORME DE CAMBIO ESPECIAL NUMERO _____

Cifra de Cuenta __09-213-77-01-75-112__     Símbolo __1505__

__Servicios Sociales__                       __TEK Local Tasco__
DEPARTAMENTO O AGENCIA                       UNIDAD DE TRABAJO

Se notifica el siguiente cambio en el sueldo de este empleado, a virtud de lo dispuesto por la Ley 90 del 9 de julio de 1986, la cual provee un aumento de sueldo de carácter general para los empleados públicos a partir del primero de octubre de 1986.

__López Pérez Santo I.__
NOMBRE DEL EMPLEADO

REDACTED -3125                               __Transitorio__
NUMERO DE SEGURO SOCIAL                      STATUS DEL EMPLEADO

__TEK 496__                                  __Técnico Servicios Sociales I__
Número del Puesto                            Título de Clasificación

__15__                                       $624.00            $841.00
Escala de Retribución                        Minimo             Máximo

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| Sueldo Mensual (sin diferencial)   $624.00 | $679.00 |

Observaciones: _____

Carmen L. González, Ayudante Esp.
del Secr. Aux. de Pers. y Rec. Humanos

_____
Firma de la Autoridad Nominadora o su
Representante Autorizado

APROBADO 11 de Junio 1987
DIVISION DE PERSONAL
AUG 13 1987
DEPARTAMENTO DE
SERVICIOS SOCIALES

mm/emm/sm

Rev. 10/78

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

**INFORME DE CAMBIO**

1. [illegible]
2. Número de Seguro Social del Empleado: **REDACTED** 5126

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm. TKX-494 | Puesto Núm. |
| 3. Nombre del Empleado | López Pérez, Santa I. | |
| 4. Estado Civil | | |
| 5. Departamento o Agencia | Servicios Sociales | |
| 6. División | Secret. Aux. Serv. a la Fam. | |
| 7. Unidad o Sección | Ley Seguridad Social TKX | |
| 8. Ubicación geográfica del puesto | Oficina Local Yauco | |
| 9. Categoría del Empleado | | |
| 10. Status del Empleado | Transitorio | En o antes 30/junio/87 |
| 11. Título de Clasificación | Técnico Servicios Soc. I | |
| 12. Sueldo | $684.00  679.00 | |
| 12a. Diferencial | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | | |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Otros Descuentos | | |
| 20. Fecha de Efectividad | | 1ro. de enero de 1987 |

21. SIMBOLOS DE CONTABILIDAD

| A.F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto | A.F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Obj |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 815 | 77 | 01 | — | 13 | 118 | | | | | | | |

22. Indique si se trata de: ☐ Ascenso  ☐ Cambio de Categoría  ☐ Cambio de Status  ☐ Ascenso o Traslado Transitorio
☐ Descenso  ☐ Reclasificación  ☐ Reinstalación  ☐ Reubicación  ☐ Traslado  ☐ Nuevo Nombramiento  ☐ Aumento de Sue[ldo]

23. En caso de cambio a otra agencia indique — Licencia a acreditarse: Compensatorio _____ días.
Licencia Enfermedad _____ días, Concedida _____ días, Licencia Regular _____ días, Concedida _____ días.

| | Fecha de Separación (Último día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separac[ión] |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Suspensión de Empleo y Sueldo: Duración: _____ De _____ A _____
29. Muerte: Fecha _____ Hora _____ Último día de pago _____    Participante de Retiro ☐ Sí  ☐ No
30. Clase de Licencia: ☐ Para estudio  ☐ Especial con paga  ☐ Maternidad
    ☐ Militar sin Sueldo  ☐ Sin Sueldo
Duración: _____ DE _____ A _____

31. Comentarios y Explicaciones (si necesita más espacio use el dorso) *Enmienda a la fecha de terminación del nombramiento original.*

32. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm. _____
Si el cambio es a otro puesto, indique el nombre del anterior incumbente: _____

33. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí.
34. Firma del empleado en casos que fuere necesario.

35. Aprobado por: Carmen Luz González Sand., Esp. de Personal, Aux. de Serv. y Rec. Hum.
Jefe de la Agencia o su Representante Autorizado

APROBADO
DIVISION DE PERSONAL
AUG 13 1987
Fecha en que se preparó: 11 de agosto de 19[87]

PARA USO EXCLUSIVO DE LA OCAP   DEPARTAMENTO DE SERVICIOS SOCIALES

Revisado o Aprobado por: _____  Fecha: _____

—41—IGPR

Rev. 10/76

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

**INFORME DE CAMBIO**

1. Número de Registro del Empleado: 55342

2. Número de Seguro Social del Empleado: REDACTED 5184

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm. 7XX-### | Puesto Núm. |
| 3. Nombre del Empleado | López Pérez, Santa I. | |
| 4. Estado Civil | | |
| 5. Departamento o Agencia | Servicios Sociales | |
| 6. División | Secret. Aux. Serv. a la Fam. | |
| 7. Unidad o Sección | Ley Seguridad Social TXX | |
| 8. Ubicación geográfica del puesto | Oficina Local Ponce | |
| 9. Categoría del Empleado | | |
| 10. Status del Empleado | Transitorio | En # meses 31/diciembre/ |
| 11. Título de Clasificación | Técnico Servicios Soc. I | |
| 12. Sueldo | ~~$651.00~~ 679.00 | |
| 12a. Diferencial | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | | |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Otros Descuentos | | |
| 20. Fecha de Efectividad | | 1ro. de julio de 1987 |

21. SIMBOLOS DE CONTABILIDAD

| A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 | 819 | 77 | M | 04 | 73 | 112 | | | | | | |

22. Indique si se trata de: ☐ Ascenso  ☐ Cambio de Categoría  ☐ Cambio de Status  ☐ Ascenso o Traslado Transitorio  ☐ Descenso  ☐ Reclasificación  ☐ Reinstalación  ☐ Reubicación  ☐ Traslado  ☐ Nuevo Nombramiento  ☐ Aumento de S

23. En caso de cambio a otra agencia indique — Licencia a acreditarse: Compensatorio _____ días.
Licencia Enfermedad _____ días,  Concedida _____ días,  Licencia Regular _____ días,  Concedida _____ días.

| | Fecha de Separación (Ultimo día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separ. |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Suspensión de Empleo y Sueldo: Duración: De _____ A _____

29. Muerte: Fecha _____ Hora _____ Último día de pago: _____  Participante de Retiro ☐ Sí ☐ No

30. Clase de Licencia: ☐ Para estudio  ☐ Especial con paga  ☐ Maternidad  ☐ Militar sin Sueldo  ☐ Sin Sueldo
Duración: _____ DE _____

31. Comentarios y Aclaraciones (si necesita más espacio use el dorso)

32. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm. _____
Si el cambio es a otro puesto, indique el nombre del anterior incumbente: _____

33. Si el cambio es a otra agencia el jefe de la agencia de origine el cambio o su representante autorizado firmará aquí: _____

34. Firma del empleado si fuere necesario: _____

35. Aprobado por: _____ Jefe, la Agencia o su Representante Autorizado

APROBADO
DIVISION DE PERSONAL
AUG 13 1987
Fecha en que se permite 1 de agosto de 1987
DEPARTAMENTO DE
SERVICIOS SOCIALES

PARA USO EXCLUSIVO DE LA OCAP
Revisado o Aprobado por: _____ Fecha: _____

41-IGP®

OCAP-15
Rev. 10/78

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

**INFORME DE CAMBIO**

1. Número del Cambio: 10385
2. Número de Seguro Social del Empleado: REDACTED 5126

| | Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|---|
| | | Puesto Núm. 12986 | Puesto Núm. |
| 3. | Nombre del Empleado | Santa I. López Pérez | |
| 4. | Estado Civil | | |
| 5. | Departamento o Agencia | Servicios Sociales | |
| 6. | División | Sec. Aux. Serv. a la Familia | |
| 7. | Unidad o Sección | Ley Seg. Soc. T-XX | |
| 8. | Ubicación geográfica del puesto | Oficina Local - Yauco | |
| 9. | Categoría del Empleado | De Carrera | |
| 10. | Status del Empleado | Regular | |
| 11. | Título de Clasificación | Técnico Serv. Soc. I | Técnico Servicios Sociales II |
| 12. | Sueldo | $769.00 | $799.00 |

12a. Diferencial
13. Descuento para Contribución sobre Ingresos
14. Descuento para Seguro Social
15. Descuento para Aportación Sistema de Retiro
16. Descuento para Servicios Médicos
17. Descuento para Ahorros (A.E.E.L.A.)
18. Descuento para Seguro (A.E.E.L.A.)
19. Otros Descuentos

#Escala 18
#Clase 1506

20. Fecha de Efectividad: 1 noviembre 1990

21. SIMBOLOS DE CONTABILIDAD: A.F. 90 | Fondo 111 | Agencia 077 | Div. 04 | Sub.Div. 4- | Asignación 075 | Objeto 1110

22. Indique si se trata de: ☐ Ascenso ☐ Cambio de Categoría ☐ Cambio de Status ☐ Ascenso o Traslado Transitorio
☐ Descenso ☒ Reclasificación ☐ Reinstalación ☐ Reubicación ☐ Traslado ☐ Nuevo Nombramiento ☐ Aumento de Sueldo

23. En caso de cambio a otra agencia indique — Licencia a acreditarse: Compensatorio _____ días.
Licencia Enfermedad _____ días, Concedida _____ días, Licencia Regular _____ días, Concedida _____ días.

| | Fecha de Separación (Último día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Suspensión de Empleo y Sueldo: Duración: De _____ A _____
29. Muerte: Fecha _____ Hora _____ Último día de pago: _____ Participante de Retiro ☐ Sí ☐ No

30. Clase de Licencia: ☐ Para estudio ☐ Especial con paga ☐ Maternidad
☐ Militar sin Sueldo ☐ Sin Sueldo
Duración: _____ DE _____ A _____

31. Comentarios y Explicaciones (si necesita más espacio use el dorso) Reclasificación por Circular - 2-90 Anexo 88-027 Página 22, Línea 4A. Autorizado en carta de Oficina de Presupuesto y Gerencia del 3 oct. 1989

32. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm. _____
Si el cambio es a otro puesto, indique el nombre del anterior incumbente:

33. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí:

34. Firma del empleado en casos de _____

**APROBADO**
Depto. Servicios Sociales

35. Aprobado por _____ Sec. Aux. de
Personal y Recursos Humanos
Jefe de la Agencia o su Representante Autorizado

Fecha en que se preparó 30 noviembre 1990

M.A./wmd

PARA USO EXCLUSIVO DE LA OCAP
Revisado o Aprobado por: _____ Fecha: _____

Secretaría Auxiliar de Personal y Recursos Humanos



# GOBIERNO DE PUERTO RICO
Departamento de la Familia

2 de marzo de 2017

Lcda. Glorimar Andujar Matos
Secretaria Departamento de la Familia
San Juan, Puerto Rico

Sra. Marilyn Ponce, Directora
Oficina Regional Departamento de la Familia
Ponce, Puerto Rico

*(firma)*
Sr. Israel Burgos Velez
Director Centro Servicios Integrados
Yauco, P.R.

*(firma)*
Sra. Naimi Mattei Santiago
Supervisora Local ADFAN

*(firma)*
Santa Iris Lopez Perez
TSFIII ADFAN

## RENUNCIA AL PUESTO DE TECNICA SERVICIOS A FAMILIAS III

Someto mi renuncia al puesto de Tecnica Servicios a Familias III, correspondiente a la Oficina Local de Yauco, Region de Ponce para acogerme a la Pension por edad y años de servicios efectivo al 31 de julio de 2017.

Ha sido para mi de mucha satisfaccion haber trabajado en el Departamento de la Familia y haber aportado a mejorar la calidada de vida de muchas familias puertorriqueñas.

CENTRO DE SERVICIOS INTEGRADOS DE YAUCO
Carr 127 Km. 2.3 Interior • PO Box 444, Yauco, PR 00698 • 787.492-6792 • Fax: 787-267-6798



# Prime Clerk | A Division of DUFF & PHELPS

## Creditor Data Details – Claim # 31858

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| IRIS LOPEZ PEREZ, SANTA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 31858 |
| | **Date Filed** | **Schedule Number** |
| | 06/25/2018 | 1207717 |

### Claim Amounts

| Claim Nature | Schedule Amount | C* U* D* | Asserted Claim Amount | C* U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured Priority | Undetermined | C U | | | | |
| Secured | | | Unliquidated | C U | $0.00 | Pending Objection |
| 503(b)(9) Admin Priority | | | Unliquidated | C U | $0.00 | Pending Objection |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | **$0.00** | | **$0.00** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Objection History

| Date Filed | Objection Motion | Date Filed | Objection Order | Basis | Status |
|---|---|---|---|---|---|
| 12/12/2019 | Debtor's Omnibus Objection to Claims - One Hundr... | | | Deficient | Pending |

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We