Santa Cruz
P.O. Box 1725
Yauco, P.R 00698

 

U.S. POSTAGE PAID
FCM LG ENV
YAUCO, PR
00698
JUL 28, 20
AMOUNT
$1.20
R2305M146741-07

RECEIVED
2020 AUG -4 PM 4:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk Office)
Tribunal de Distrito de los Estados Un
Room 150 Federal Building
San Juan, P.R. 00918-1767