28 de julio de 2020

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Buiding
San Juan, P.R. 00918-1767

**RE:** Caso: 17 BK 3283
Reclamación # 32141
María del Pilar Torres Rivera
Dirección postal: HC 1 Box 6234 Yauco, P.R. 00698
Dirección residencial: Barrio Algarrobos Carr. 128 Km. 7.1 Yauco, P. R. 00698
Teléfonos: Celular 787 212-9546 Casa: 939 415-6261
E-mail: torres.maria43@yahoo.com

Se solicita se reconsidere nuevamente la reclamación # 32141, por lo siguiente, entiendo que cualifico para la reclamación de salarios no pagados. Que sea referente a las leyes: Ley #89 del 1 de julio de 1995, Ley Escala Salarial del 6 de junio de 2008, Ley # 96 de julio de 2002 y Ley #164 de enero de 2004. Y lo referente al Salario Mínimo Federal.

Soy empleada activa al presente en la agencia del Departamento de la Familia en Yauco, desde el 1 de septiembre de 1994. Mi puesto es Trabajadora Social I.

Adjunto los siguientes documentos: Información de empleada del Estado Libre Asociado, Evidencia de Reclamación al Tribunal federal radicada el 25 de mayo de 2018, Notificación de nombramiento, Plan de Clasificación de puesto, Informe de Cambio especial y Certificación de empleo.

Existe un caso en el Tribunal de Puerto Rico, los casos: KAC 2012-1259 y KLCE 2014-00045 a nombre de Andino Rodríguez, Ada y otros vs ELA, Departamento de la Familia y otros.

Atte,

*María del Pilar Torres Rivera*
María del Pilar Torres Rivera