Commonwealth of Puerto Rico Employee Information Questionnaire
Cuestionario de Información de los Empleados del Estado Libre Asociado de Puerto Rico

**Part 1:** Employee Contact Information: Is your name and address, listed above, correct?
Información de Contacto del Empleado: ¿Su nombre y dirección están correctos según aparecen en la sección anterior?

If YES, please skip to Part 2. Si contestó SÍ, pase a la pregunta 3.

If NO, please complete Part 1 (Items 1 and 2) below. Si contestó NO, completar preguntas 1 y 2.

1. Employee Name / Nombre del Empleado: Maria del Pilar Torres Rivera
2. Employee Address / Dirección del Empleado: HC 1 BOX 6234 Yauco P.R. 00698

**Part 2:** Email Address: If you have an email address, please provide it below.
Correo Electrónico: Si tiene una dirección de correo electrónico, por favor proveerla en esta sección.

3. Email Address / Correo Electrónico: torres.maria43@yahoo.com

**Part 3:** Demographic Information: Please complete the section below.
Información demográfica: Por favor completar la siguiente sección.

4. Birth Date and Year / Fecha y Año de Nacimiento: 27/04/1968
5. Gender: Male / Female / Género: Masculino / Femenino: Femenino

**Part 4:** Identification information: Please complete the section below.
Información de Identidad: Por favor completar la siguiente sección.

6. Last Four Digits of Your Social Security Number / Los últimos cuatro dígitos de su número de seguro social: 1615

**Part 5:** Employment Information: If you were, or currently are, an employee of any Agency, Department, Public Corporation, Municipality, or other Public Employer of the Commonwealth of Puerto Rico, please provide the following (attach additional pages if necessary):

Información de Empleo: Si usted fue, o actualmente es, empleado de cualquier agencia, departamento, corporación pública, municipio u otro empleador público del Estado Libre Asociado de Puerto Rico, proporcione lo siguiente (adjunte páginas adicionales si es necesario):

| Employer / Empleador | Hire Date(s) / Fecha(s) de Contratación | Termination Date(s) (if currently employed by such employer, write "Active") / Fecha(s) de terminación (Si está empleado actualmente por ELA, escriba "Activo") |
|---|---|---|
| Departamento de la Familia | 1/09/1994 | activo |

**Part 6: Sign**

Check the appropriate box:
☒ I am the respondent.
☐ I am the respondent's attorney or authorized agent.

Executed on date 07/24/2020 (mm/dd/yyyy)

Signature: Maria del Pilar Torres Rivera

Print the name of the person who is completing and signing this form:
Name: Maria del Pilar Torres Rivera
        First name / Middle name / Last name

*Maria del Pilar Torres Rivera*

RECEIVED
2020 AUG [?] PM 4:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Del Pilar Torres Rivera, Maria | 32141 | 5/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Del Pilar Torres Rivera, Maria | 32141 | 5/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

000886

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

MMLID: 711237
EPOC ID: 170328301199945

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

RECEIVED 2018 MAY 25 P 2:00

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule D -- Trade Vendor Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule D -- Obligaciones Comerciales como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1       Identify the Claim / Identificar la reclamación

1. **Who is the current creditor?**

   **¿Quién es el acreedor actual?**

   MARIA DEL PILAR TORRES RIVERA
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____



Modified Official Form 410     Proof of Claim     170328301199945     page 1

| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else?<br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ | |

| | | |
|---|---|---|
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>MARIA DEL PILAR TORRES RIVERA<br>HC 01 BOX 6234<br>YAUCO PR 00698<br><br><br><br><br>Contact phone / Teléfono de contacto<br><br><br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>Maria del Pilar Torres Rivera<br>Name / Nombre<br><br>HC 01 BOX 6234<br>Number / Número     Street / Calle<br><br>Yauco, P.R.     00698<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>787 212-9546<br>Contact phone / Teléfono de contacto<br><br>torres.maria43@yahoo.com<br>Contact email / Correo electrónico de contacto |

| | | |
|---|---|---|
| 4. Does this claim amend one already filed?<br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☐ No / No<br>☒ Yes. Claim number on court claims registry (if known) KLCE 2014-00045<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) KAC 2012-1259  2016-05-1340<br>Filed on / Presentada el 01-06-1995 – 01-06-2017 (MM/DD/YYYY) / (DD/MM/AAAA)<br>Caso: Madelline Acevedo Camacho | |

| | | |
|---|---|---|
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☐ No / No<br>☒ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? Lic. Ivonne Bonzeles Morales<br>Lic. Madelline Acevedo Colón | |

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br>Estado Libre Asociado y Departamento de la Familia |

| | |
|---|---|
| 7. Do you supply goods and / or services to the government?<br>¿Proporciona bienes y / o servicios al gobierno? | ☐ No / No<br>☒ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: Soy empleada<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ Se desconoce |

Modified Official Form 410   Proof of Claim   page 2

| | | |
|---|---|---|
| 8. How much is the claim?<br>¿Cuál es el importe de la reclamación? | $ _Se desconoce_ . | Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☒ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>_Salario Minimo Federal_ | |
| 10. Is all or part of the claim secured?<br>¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>    Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>    Nature of property / Naturaleza del bien:<br>    ☐ Motor vehicle / Vehículos<br><br>    ☐ Other. Describe:<br>      Otro. Describir: _____<br><br>    Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br>    _____<br><br>    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>    Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>    Value of property / Valor del bien:    $_____<br>    Amount of the claim that is secured /<br>    Importe de la reclamación que está garantizado: $_____<br><br>    Amount of the claim that is unsecured /<br>    Importe de la reclamación que no está garantizado: $_____<br>    (The sum of the secured and unsecured amounts should match the amount in line 7.)<br>    (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>    Amount necessary to cure any default as of the Petition Date /<br>    Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br><br>    Annual Interest Rate (on the Petition Date)<br>    Tasa de interés anual (cuando se presentó el caso)_____%<br>    ☐ Fixed / Fija<br>    ☐ Variable / Variable | |
| 11. Is this claim based on a lease?<br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>    Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____ | |

Modified Official Form 410                          Proof of Claim                          page 3

| | |
|---|---|
| 12. Is this claim subject to a right of setoff? / ¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☒ Yes. Identify the property / Sí. Identifique el bien: _Material de Retribucion, Salario Minimo Federal_ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.    $ _____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:** Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _05/24/2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Maria del Pilar Torres Aguilera_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _____
        First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
        Number / Número    Street / Calle

_____
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _____ Email / Correo electrónico _____

Modified Official Form 410

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

MMLID: 711237
EPOC ID: 170328301199945

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☒ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

RECEIVED 2018 MAY 25 PM

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule D -- Trade Vendor Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule D -- Obligaciones Comerciales como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1    Identify the Claim / Identificar la reclamación

1. **Who is the current creditor?**

   ¿Quién es el acreedor actual?

   MARIA DEL PILAR TORRES RIVERA

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor _____
   Otros nombres que el acreedor usó con el deudor



Modified Official Form 410                    Proof of Claim                    170328301199945                    page 1

| | | | |
|---|---|---|---|
| 2. | Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ | |

| | | | |
|---|---|---|---|
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>MARIA DEL PILAR TORRES RIVERA<br>HC 01 BOX 6234<br>YAUCO PR 00698<br><br><br><br>_____<br>Contact phone / Teléfono de contacto<br><br>_____<br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>Maria del Pilar Torres Rivera<br>Name / Nombre<br><br>HC 01 BOX 6234<br>Number / Número   Street / Calle<br><br>Yauco P.R.   00698<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>(787) 212-9546<br>Contact phone / Teléfono de contacto<br><br>torres.maria43@yahoo.com<br>Contact email / Correo electrónico de contacto | |

| | | |
|---|---|---|
| 4. | Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☐ No / No<br>☒ Yes. Claim number on court claims registry (if known) Sistema de Retiro<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)<br>Filed on / Presentada el  01/01/2007 — (MM/DD/YYYY) / (DD/MM/AAAA)<br>01/06/2017 |
| 5. | Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? _____ |

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | | |
|---|---|---|
| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Estado Libre Asociado y Departamento de la Familia |
| 7. | Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☐ No / No<br>☒ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: Soy empleado<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ Se desconoce |

| | | |
|---|---|---|
| 8. How much is the claim?<br>¿Cuál es el importe de la reclamación? | $ _Se desconoce._ | . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☒ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>_Aportaciones al Sistema de Retiro_ | |
| 10. Is all or part of the claim secured?<br>¿La reclamación está garantizada de manera total o parcial? | ☐ No / No<br>☒ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>☐ Motor vehicle / Vehículos<br><br>☒ Other. Describe:<br>Otro. Describir: _Descuentos mensuales aportaciones al Sistema de Retiro_<br>Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>Value of property / Valor del bien: $_____<br><br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $_____<br><br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable | |
| 11. Is this claim based on a lease?<br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br><br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$_____ | |

Modified Official Form 410        Proof of Claim        page 3

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☒ Yes. Identify the property / Sí. Identifique el bien: _Descuentos mensuales de aportaciones al Sistema de Retiro_ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br>☒ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.  $ _____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _05/24/2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Maria del Pilar Torres Rivera_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _____
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
Number / Número    Street / Calle

_____
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _____    Email / Correo electrónico _____

Modified Official Form 410    Proof of Claim

| OCAP-11A | | | | | | | Estado Libre Asociado de Puerto Rico | 2. FECHA AUTORIZACION O.P.C. |
|---|---|---|---|---|---|---|---|---|
| REV. AGOSTO 1989 | | | | | | | OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL | Desde 1 julio 1994 |
| SIMBOLOS DE CONTABILIDAD | | | | | | | | Hasta 31 junio 1995 |
| F | Fondo | Agencia | Div | S | Dn | Ang | Objeto | NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO DE EMPLEADOS TRANSITORIOS | |
| 94 | 141 | 077 | 02 | -- | | 08 | 1120 | | |

3. ADVERTENCIA AL EMPLEADO: Escala 15

El Nombramiento transitorio no le otorga derecho a ser nombrado en un puesto en el servicio de carrera con status probatorio o regular, a menos que cumpla con el procedimiento de reclutamiento y selección establecido en la Sección 4.3 de la Ley de Personal del Servicio Público, enmendada, para cubrir puestos en el Servicio de Carrera. El nombramiento transitorio tampoco le permite ser participante del Sistema de Retiro de los Empleados del Gobierno y la Judicatura. Este nombramiento transitorio se efectua para atender una necesidad temporera, de emergencia, imprevista o de duración determinada y terminará cuando desaparezca la necesidad que dio origen al mismo.

Autorizado en Hoja de eval. de costos y disp. de fondos # 1412 y 2633 del 28 junio /94

4. Nombre del Empleado:
Torres Rivera, María del P.
(Apellido Paterno) (Apellido Materno) (Nombre)

Si se trata de una mujer casada siga este orden:
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

5. Número de Seguro Social: ___-__-1615

6. Dirección del empleado
HC-01 Buzón 6234 Yauco, P.R. 00698

7. Agencia, Negociado o División, Sección o Unidad y Pueblo Servicios Sociales/Servicios a la Familia/Centro de Protección / Ponce (Yauco)

8. Título de Clasificación del Puesto Transitorio: Técnico Servicios Sociales I
9. Número de Clase: 1505
10. Número del Puesto: 94-576

11. Clase de nombramiento:
X En puesto de duración fija
___ En puesto permanente
___ con funciones de carrera
___ con funciones de confianza

12. Sueldo mensual: $691.00  Diferencial: $_____

13. Duración del Nombramiento Transitorio
De SEP. 0 1 1994  Hasta 31 dic./94

14. CERTIFICACION DEL EMPLEADO:

Certifico que no he ocupado un puesto permanente o de duración fija con status transitorio en el Servicio Público durante el período de un (1) año anterior a la fecha de efectividad de este nombramiento. Certifico además, que estoy física y mentalmente capacitado para desempeñar las funciones del puesto en el que se me nombra; que no he sido destituido del servicio público; que no he incurrido en conducta deshonrosa; no he resultado convicto por delito grave o por cualquier delito que implique depravación moral; y que no soy adicto al uso habitual y excesivo de sustancias controladas o bebidas alcohólicas. Declaro que esta información es exacta y verídica y que tengo conocimiento que de descubrirse falsedad en la misma seré separado del puesto en el que se me nombra.

_María del Pilar Torres Rivera_
Firma del empleado

15. Certificación de la agencia
Certifico que el puesto número 94-576, clasificado como Técnico Servicios Sociales I en el cual se nombra a María del P. Torres Rivera
X atenderá funciones de naturaleza temporera, de emergencia, imprevistas o de duración determinada.
___ atenderá funciones permanentes o recurrentes mientras se crea el puesto permanente necesario.
___ responde a las circunstancias enumeradas en la Sección 4.3 Inciso 12 de la Ley Núm. 5 del 14 de octubre de 1975, enmendada.
Especifique:

16. _Enrique González Polanco_, Sec. Aux. de Personal y Rec. Humanos  29 agosto 1994
Firma de la autoridad nominadora o su representante autorizado  Título  Fecha

17. JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO

Yo, María del P. Torres Rivera, Seguro Social Núm. ___-__-1615 de 26 Soltera
(Nombre del funcionario o empleado)  (Edad) (Soltero o Casado)
Técnico Servicios Sociales I y vecino de Yauco juro solemnemente que mantendré y defenderé la
(Nombre del Cargo o Empleo)  (Pueblo)
Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior, que prestaré fidelidad y adhesión a las mismas; que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

31 de agosto de 1994  _María del Pilar Torres Rivera_ APROBADO
(Fecha)  (Firma del empleado o funcionario) Depto. Servicios Sociales
OCT 19 1994

Declaración Jurada Número: 846

Suscrito y Jurado ante mí por Miguel Barreras P. Torres Rivera, de las circunstancias antes expresadas.
a quien doy fe de conocer personalmente o identificado mediante _____
Secretaría Auxiliar de Personal y Recursos Humanos

En San Juan _____ de agosto de año 1994

_Miguel Barreras del Río_
Firma, Sello Dirección del Notario Público o del Funcionario Autorizado que toma el Juramento

NOV. 23 1994

Gobierno de Puerto Rico
# DEPARTAMENTO DE LA FAMILIA
San Juan, Puerto Rico

9 de septiembre de 1996

María del Pilar Torres Rivera
Administración de Familias y Niños
Local de Yauco
Región de Ponce

**PLAN DE CLASIFICACION DE PUESTOS Y RETRIBUCION DEPARTAMENTO DE LA FAMILIA**

La Secretaría Auxiliar de Personal y Recursos Humanos recibió el Formulario Descripción de Puesto sometido por usted recientemente.

A tenor con el mismo, su puesto ha sido clasificado como **Técnico de Servicios a la Familia III**. Sueldo mensual será de **$1227** efectivo al 1ro de marzo de 1996, fecha en que fuera implantado el Plan de Clasificación.

Conforme a las disposiciones de la Sección 6.4 Inciso (4), del Reglamento de Personal: Areas Esenciales al Principio del Mérito, de usted no estar de acuerdo con esta acción tendrá derecho a solicitar, por escrito, revisión ante el Comité Revisor nombrado a esos efectos, el cual pasará juicio sobre las solicitudes que se reciban dentro del término de treinta (30) días a partir del recibo de esta comunicación.

SEP 1 8 1996

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE LA FAMILIA

INFORME DE CAMBIO ESPECIAL NÚMERO    10-0493

Cifra de Cuenta    E1110-111-1230000-1078-001-2009    Símbolo G-320-0

Unidad Apropiada  ☐ A  ☒ B

**ADMINISTRACION DE FAMILIAS Y NIÑOS
SERVICIOS A FAMILIAS CON NIÑOS
YAUCO - REGION PONCE**
Unidad de Trabajo

Se notifica el siguiente aumento en sueldo a empleados(as) que al primero de julio de 2008 estén en servicio activo, comprendidos en las Unidades Apropiadas A y B, conforme a las disposiciones de los Convenios Colectivos vigentes del 20 de julio de 2007 al 20 de julio de 2010, Artículo XLIX, Sección 1 y Artículo L, Sección 1, respectivamente; equivalente a $100.00 mensuales. Este aumento es efectivo el primero de julio de 2008.

**TORRES RIVERA, MARIA DEL PILAR**
Nombre del(de la) Empleado(a)

1615
Número de Seguro Social

**DE CARRERA-REGULAR**
Status del(de la) Empleado(a)

12301646
Número del Puesto

**TRABAJADOR SOCIAL I**
Título de Clasificación

13
Escala de Retribución

$1,344.00
Mínimo

$2,102.00
Máximo

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| Sueldo Mensual (sin diferencial)    $2,684.00 | $2,784.00 |

Observaciones: _____

MARIA LUISA TORRES COLON
ADMINISTRADORA AUXILIAR
INTERINA DE RECURSOS HUMANOS
Firma de la Autoridad Nominadora o su Representante Autorizado

APROBADO
OFICINA DE RECURSOS HUMANOS
02 SEP 2010
DEPARTAMENTO DE LA FAMILIA

11 DE MARZO DE 2010
Fecha

FAMILIA

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE LA FAMILIA

ADMINISTRACIÓN DE FAMILIAS Y NIÑOS

## CERTIFICACIÓN

Certifico que la Sra. María del P. Torres Rivera, ocupa un puesto regular de Trabajador Social I en la Administración de Familias y Niños desde el 1 de noviembre de 2007 al presente.

Conforme a documentos de expediente de personal de la empleada: esta certificación se expide a petición de la señora Torres Rivera, hoy 7 de octubre de 2011.

María Luisa Torres Colón
Administradora Auxiliar Interina
Oficina de Recursos Humanos- ADFAN

/jco