Maria del Pilar Torres
HC1 Box 6234
Yauco, P.R. 00698




U.S. POSTAGE PAID
FCM LG ENV
YAUCO, PR
00698
JUL 28, 20
AMOUNT
$1.40
R2305M146741-07

RECEIVED & FILED
2020 AUG -4 PM 4:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los EU
Room 150 Federal Building
San Juan, P.R. 00918-1767