# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre: Mirta I. Soto Echevarria

Dirección Postal: 310 Stafford St. Apt 910
Springfield, MA 01104

Teléfono de contacto res. _____ cel. 413-328-4790

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

RECLAMANTE: Mirta I. Soto Echevarria

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: _____

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el ____ de _____ de 1976 hasta el ____ de _____ de 2006 como Maestra elemental education Departamento de educación de P.R. de la ~~Puerto Rico Telephone Company~~ - ELA.

1. Ley 89 – julio 1995 – ROMERAZO          CANTIDAD $ 5,500.00
   Ley 89 - Julio 1979 Retribucion Uniforme   25,200.00

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Mirta I. Soto Echevarria
Nombre en letra de molde

_Mirta Soto Echevarria_
Firma y fecha
7/23/20

Proof of Claim: <CLAIM NUMBER> ___2020 AUG -4 PM 4:49___
Claimant: >CLAIMANT NAME<
___Mirta I. Soto Echevarría___

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

   ☐ A pending or closed legal actions with or against the Puerto Rico goverment

   ■ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)
   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**
   _____

3. **Employment. Does your claim relate to current or former employment with the Government of Puerto Rico?**

   ☐ No, Please continue to Question 4.
   ■ Yes, Answer Questions 3(a) – (d).

   3(a). Identify the specific agency or department where you were or are employed:
   ___Maestra educacion elemental departamento de educación Ponce, P.R.___

   3(b). Identify the dates of your employment related to your claim:
   ___Aprox. 1976-77 a 2006___

3(c). Last four digits of your social security number: __1628__

3(d). What is the nature of your employment claims (select all applicable):
  ☐ Pension
  ■ Unpaid Wages
  ☐ Sick Days
  ☐ Union Grievance
  ☐ Vacation
  ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).
  __Ley 89    Retribucion Uniforme__
  __Ley 89    El Romerazo__

4. **Legal Action** Does your claim relate to a pending or closed legal action?

  ■ No
  ☐ Yes

4(a). Identify the department or agency that is a party to the action.
__n/a__

4(b). Identify the name and address of the court or agency where the action is pending:
__n/a__

4(c). Case number: __n/a__

4(d). Title, Caption, or Name of Case: __n/a__

4(e). Status of the case (pending, on appeal, or concluded): __n/a__

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? __n/a__

RECLAMANTE Mirta I. Soto Echevarria

DIRECCION 310 Stafford St. Apt 910
Springfield MA 01104

Numero Reclamación _____

Fecha de presentación (envío) 7/23/20

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el 23 de Julio de 2020 lo siguiente:

1. Evidencia de trabajo de Puerto Rico School Department Ponce, Puerto Rico – ELA, como Maestra educación elemental desde el ___ de _____ de 1976 hasta el ___ de _____ de 2006. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 25,200.00.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Mirta I. Soto Echevarria
Nombre en letra de molde

Mirta Soto Echevarria
Firma y fecha 7/23/20

**IV. Documentación Justificativa**

Se incluyen documentos que evidencian los anos de servicio con Puerto Rico School Department, Ponce, Puerto Rico desde el _____ de _____ de __1976__ hasta el _____ de _____ de __2006__. Culmine mi laborar como __Maestra educación elemental__ en Puerto Rico School Department Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Mirta I. Soto Echevarria_
Nombre en letra de molde

_Mirta I. Soto Echevarria_
Firma
7/23/20

7/23/20

A quien pueda interesar:

Yo, Mirta I. Soto Echevarria, solicité al Departamento de Educación de Puerto Rico y al retiro de Maestros mi certificado de empleo. Ya enviaron la confirmación via Email notificando que estaba en proceso que por razones de la Pandemia estaban atrazados.

Adjunto envie certificación del Email y la persona encargada al caso.

Gracias,

Att.
Mirta I. Soto Echevarria