Gmail

Mirta Soto <soto.echevarria.m@gmail.com>

---

## Referido al Área de Retiro/ Reactivación de cuenta Mirta Soto Echevarría
3 messages

---

**Zuleika Figueroa Nieves** <zfigueroa@srm.pr.gov>  Tue, Jul 21, 2020 at 8:16 PM
To: Mirta Soto <soto.echevarria.m@gmail.com>
Cc: SRM_AsistenciaTecnicaOSI <srm_asistenciatecnicaosi@srm.pr.gov>, Evelyn Vazquez Velazquez <Evazquez@srm.pr.gov>

Buenas Noches,

Gracias por contactar el Área de Sistemas de Información del Sistema de Retiro para Maestros. Su petición necesita ser trabajada por el Área de Retiro del Sistema de Retiro para Maestros. Estamos refiriendo la misma desde nuestra área.

Durante el periodo de esta emergencia el centro de llamadas puede experimentar alto volumen de llamadas. Personal del Área de Retiro se comunicará con usted a la mayor brevedad posible.

Usted envió la siguiente información que será referida al Área de Retiro:

*Buenas trades*

*Recibi su email Gracias*

*Estoy interesada si es posible a una carta donde verifique la fecha cuando yo comence y cuando me retire del departamento de educación de Ponce Puerto Rico.*

*Agradecere su cooperacion*

*Muchas Gracias*

*Mirta I Soto Echevarria*

Estamos para servirle siempre.

Cordialmente,

*Zuleika Figueroa Nieves*

*Asistente de Servicios Administrativos*

*Oficina de Sistemas de Información*



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

235 Ave. Arterial Hostos, Edif. Capital Center,

Torre Norte, Hato Rey

PO Box 191879, San Juan, PR 00919-1879

www.srm.pr.gov

**From:** Mirta Soto <soto.echevarria.m@gmail.com>
**Sent:** Friday, July 17, 2020 2:03 PM
**To:** Zuleika Figueroa Nieves <zfigueroa@srm.pr.gov>
**Subject:** Re: Reactivación de cuenta Mirta Soto Echevarría

Buenas trades

Recibi su email Gracias

Estoy interesada si es posible a una carta donde verifique la fecha cuando yo comence y cuando me retire del departamento de educación de Ponce Puerto Rico.

Agradecere su cooperacion

Muchas Gracias

Mirta I Soto Echevarria



GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

SOTO ECHEVARRIA, MIRTA
VILLA DEL CARMEN
3060 PASEO SAURI
PONCE PR 00716-2249

Certifico que SOTO ECHEVARRIA, MIRTA recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $995.90 equivalente a $11,950.80 anual. Luego de las deducciones recibe la cantidad de $995.90 mensual, equivalente a $11,950.80 anual.

Esta certificación se expide hoy 14 de julio de 2020.



Número de Certificación: SRM03P2003100

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

☎ 787.777.1414    📠 787.759.2883    www.srm.pr.gov





**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-023
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN CON DEDUCCIONES

Certifico que SOTO ECHEVARRIA,MIRTA con número de Seguro Social XXX-XX-1628 es pensionado(a) del Sistema de Retiro para Maestros. Recibe una pensión mensual de $995.90, equivalente a $11,950.80 anual. Luego de las deducciones recibe una pensión neta de $995.90, equivalente a $11,950.80 anual. A Continuación se detallan los descuentos mensuales.

| NOMBRE DE LA ENTIDAD | CANTIDAD | | | |
|---|---|---|---|---|
| | Mayo de 2020 2da. Quincena | Junio de 2020 1er. Quincena | Junio de 2020 2da. Quincena | Julio de 2020 1er. Quincena |
| | 0.00 | 0.00 | 0.00 | 0.00 |
| Total de descuentos | ($0.00) | ($0.00) | ($0.00) | ($0.00) |

Esta certificación se expide hoy 16 de julio de 2020.



Número de Certificación: SRM04P2002138

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



787.777.1414     787.759.2883     www.srm.pr.gov