Mirta Soto
310 Stafford St. Apt 910
Springfield, MA 01104



Clerk's Office
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767