TRIBUNAL DE DISTRITO DE LO ESTADOS UNIDOS
PARA EL DISRITO DE PUERTO RICO

En el asunto de:

JUNTA DE SUPERVISION Y ADMINISRACION FINANCIERA PARA PUERTO RICO,

Como representante de

ESTADO LIBRE ASOCIADO DE PERTO RICO y Otros,

Deudores.

PROMESA, Título III

Num. 17 BK 3283-LTS

(Administrada conjuntamente)

**La presente radicación guarda relación con el ELA, la ACT y el SRE.**

Réplica a Objeción Global de parte Demandada

Al Honorable Tribunal:

Comparece:

Natalia Rodríguez Santiago, mayor de edad, parte demandante y con interés en la Reclamación 74240 radicada el 6/8/2018 contra el Estado Libre Asociado de Puerto Rico como deudor y por la suma reclamada de $18,000.00.

1. Mis datos de contacto son:
   Natalia Rodríguez Santiago, con dirección postal HC 3 Box 10523, San Germán, P.R., teléfono (787)486-8386 y correo electrónico yasiro.ayala@hotmail.com.

2. Ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico y en el asunto de epígrafe se ha presentado objeción global circunscrita a lo siguiente: CENTESIMA CUADRAGESIMA OCTAVA OBJECION GLOBAL (N0 SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIROS DE LOS EMPLEADOS A RECLAMOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.

3. Que presento objeción, total y absoluta a dicha alegación y replico la misma en virtud de que trabaje en el Departamento de Educación por espacio de 30 años con dos meses ininterrumpidamente desde el 4 de noviembre de 1987 hasta el 8 de junio del 2018. por lo que entiendo procede mi reclamación así que soy parte con interés y tengo derecho a la concesión del remedio solicitado que es el pago de la suma

reclamada porque de lo contrario el estado se estaría enriqueciendo injustamente con lo que legalmente me corresponde.

4. Para probar mi reclamo acompaño como prueba o documentación justificativa lo siguiente:

   a. Certificación de Sistema de Retiro de Maestros- 8-junio-2018
   b. Certificación del Departamento de Educación- 26-junio-2018
   c. Certificación de Radicación de Planillas

Por lo que, de este Tribunal solicito declare NO HA LUGAR la objeción global presentada por la parte demandante en cuanto a mi reclamación por lo aquí expuesto.

En San Germán, Puerto Rico a 5 de junio de 2020.

Natalia Rodríguez Santiago
HC3 Box 10523
San Germán, P.R. 00683
Tel. 787-486-8386
c-e  yasiro.ayala@hotmail.com

Certifico haber enviado el presente escrito por correo y copia certificada a:

Secretaría ( Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan Puerto Rico 00918

Abogados de la Junta de Supervisión (Councel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, NY 10036-8299
A/A Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores (Councel for the Creditors' Committee)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Wortington
G. Alesander Bongartz

Natalia Rodriguez Santiago