

# DEPARTAMENTO DE EDUCACION

### Estado Libre Asociado de Puerto Rico

### Secretaría Auxiliar de Recursos Humanos

ATT: DEPARTAMENTO EDUCACIÓN

26 de junio de 2018

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | NATALIA RODRIGUEZ SANTIAGO |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. NIVEL ELEMENTAL (4-6) |
| Distrito Escolar | : | CABO ROJO |
| Sueldo Mensual | : | $2,705.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 4 de noviembre de 1987 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para este Departamento en un periodo de (30) años, (2) meses, (1) semana y (1) día. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

04 de diciembre de 2018

DEPARTAMENTO DE EDUCACION
SECCIÓN DE NOMBRAMIENTOS Y CAMBIOS
APARTADO 190759

| | |
|---|---|
| Solicitud No: | 939950 |
| Radicada en: | 08 jun 2018 |

SAN JUAN PR 00919 0759

Atención: Sr. Enoch González Vélez

El(la) profesor(a) NATALIA RODRIGUEZ SANTIAGO                    ha radicado una Solicitud de Retiro
en nuestro Sistema.  Al 30 de julio de 2018, fecha de su última aportación recibida,

[ X]cualifica [ ]no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

  30 Años,    2 Meses,    0 Semanas,   .00 Dias y su edad es 54 años.

Los pagos pendientes no están considerados en esta certificación.  Los mismos son:

[ ]Reconocimiento de Tiempo
[ ]Diferencia en % por transferencia recibida
[ ]Reembolso de Cuotas
[X]No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Atentamente,

Ivonne L. Ortíz Valladares
Area de Servicios de Retiro

c:     NATALIA RODRIGUEZ SANTIAGO                              XXX-XX-1829
       HC 3 BOX 10523

       SAN GERMAN, PR 00683

235 Avenida Arterial Hostos, Edificio Capital Center , Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879
srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414   http://www.srm.pr.gov

SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico

```
MODELO SC 6088              GOBIERNO DE PUERTO RICO
REV.15 OCT 04              DEPARTAMENTO DE HACIENDA
OA 04-18                   AREA DE RENTAS INTERNAS

                    CERTIFICACION DE RADICACION DE PLANILLAS DE
                          CONTRIBUCION SOBRE INGRESOS

NUM.CUENTA :        EQE41UBI RODRIGUEZ SANTIAGO NATALIA

HC 1 BOX 10523
SAN GERMAN PR 00683-9727
```

| PERIODO CONTRIBUTIVO | INFORMACION SEGUN SISTEMA |
|---|---|
| 2018 | RINDIO PLANILLA |
| 2017 | RINDIO PLANILLA |
| 2016 | RINDIO PLANILLA |
| 2015 | RINDIO PLANILLA |
| 2014 | RINDIO PLANILLA |

```
I N F O R M A C I O N   A L   C O N T R I B U Y E N T E

DE NO ESTAR DE ACUERDO  CON  LA  INFORMACION  CONTENIDA EN  ESTA CERTIFICACION DEBERA  PRESENTAR SU
RECLAMACION CON  LA  EVIDENCIA  DE  RADICACION EN CUALQUIERA DE  LOS  CENTROS   DE   SERVICIOS  AL
CONTRIBUYENTE.

DE NO ESTAR  OBLIGADO POR LA LEY A RENDIR UNA PLANILLA (APLICA SOLO A INDIVIDUOS) DEBERA LLENAR  EL
MODELO SC 2781, CERTIFICACION  DE  RAZONES  POR  LAS  CUALES  EL CONTRIBUYENTE NO ESTA OBLIGADO POR
LEY A  RENDIR  UNA  PLANILLA  DE  CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS, EN CUALQUIERA  DE  LOS
CENTROS DE  SERVICIO  AL  CONTRIBUYENTE (CENTROS) Y PRESENTAR LA  EVIDENCIA SOLICITADA.

PARA LA UBICACION DE LOS CENTROS, PUEDE COMUNICARSE A LOS SIGUIENTES TELEFONOS:

SAN JUAN (787) 723-5556 / 1-877-684-3422 -   CAGUAS (787) 258-5272 / (787) 745-0666
PONCE    (787) 844-8800              -   MAYAGUEZ (787) 265-5200
BAYAMON  (787) 778-4949 / (787) 778-4973 / (787) 778-4974
```

Sello

```
LISA V. RODRIGUEZ MORALE - (LRM5174)          15-May-2019 02:00 PM
------------------------------------          ------------------          ----------
SECRETARIO AUXILIAR DE RENTAS INTERNAS         FECHA Y HORA  DE          SELLO DE R
O SU REPRESENTANTE AUTORIZADO                  EMISION                   SELLO O
```

```
                                                      5120
                                                   05/15/2019
                                                      $5.00
                                              Sello de Rentas Internas
                                              00029-2019-0515-89115003
```

```
A D V E R T E N C I A

ESTA CERTIFICACION  ES VALIDA,  SI CONTIENE  EL SELLO DE RENTAS INTERNAS, EL  SELLO  OFICIAL  DEL
DEPARTAMENTO Y LA FIRMA  AUTORIZADA.
```