Natalia Rodriguez Santiago
HC 3 Box 10523
San German PR 00683



7017 1070 0000 3045 8883





U.S. POSTAGE PAID
FCM LG ENV
SAN GERMAN, PR
00683
JUL 27, 20
AMOUNT
$7.60
R2305K134612-06

RECEIVED & FILED
2020 AUG -4 PM 4:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Federal Building
Chardon Avenue
San Juan, Puerto Rico 00918