20 de julio de 2020

Centésima cuadragésima octava objeción global relacionada con Prime Clerk # caso 17BK03566 LTS, número de reclamación

Distrito Federal de E.U. para distrito Estado Libre Asociado de P.R.

Soy la Sra. Helen González Ruiz. Mi dirección postal es Calle 4 F-4, Villas de Castro, Caguas, P.R. 00725. Mi teléfono es 787-403-6173.

Durante 14 años trabajé como personal docente para el Departamento de Educación de P.R., desde 1993 hasta 2014, fecha en la que me acogí al Seguro Social.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los años correspondientes a la ley 89, ley 96 y ley 164.

Adjunto le envío copias de la evidencia que me confirman dichas alegaciones ( número de reclamación ( 152474 ).

De necesitar alguna otra evidencia favor de comunicarse conmigo.

Atentamente,

Helen González Ruiz

20 de julio de 2020

Centésima cuadragésima octava objeción global relacionada con Prime Clerk # caso 17BK03566 LTS, número de reclamación

Distrito Federal de E.U. para distrito Estado Libre Asociado de P.R.

Soy la Sra. Helen González Ruiz. Mi dirección postal es Calle 4 F-4, Villas de Castro, Caguas, P.R 00725. Mi teléfono es 787-403-6173.

Durante 14 años trabajé como personal docente para el Departamento de Educación de P.R., desde 1993 hasta 2014, fecha en la que me acogí al Seguro Social.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los años correspondientes a la ley 89, ley 96 y ley 164.

Adjunto le envío copias de la evidencia que me confirman dichas alegaciones ( número de reclamación ( 139009 ).

De necesitar alguna otra evidencia favor de comunicarse conmigo.

Atentamente,

Helen González Ruiz

20 de julio de 2020

Centésima cuadragésima octava objeción global relacionada con Prime Clerk # caso 17BK03566 LTS, número de reclamación

Distrito Federal de E.U. para distrito Estado Libre Asociado de P.R.

Soy la Sra. Helen González Ruiz. Mi dirección postal es calle 4 F-4, Villas de Castro, Caguas, P.R. 00725. Mi teléfono es 787-403-6173.

Durante 14 años trabajé como personal docente para el Departamento de Educación de P.R., desde 1993 hasta 2014, fecha en la que me acogí al Seguro Social.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los años correspondientes a la ley 89, ley 96 y ley 164.

Adjunto le envío copias de la evidencia que me confirman dichas alegaciones ( número de reclamación ( 132173 ).

De necesitar alguna otra evidencia favor de comunicarse conmigo.

Atentamente,

Helen González Ruiz

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

20 de julio de 2020

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educacion

No. 178 K 3283-LTS

One hundred twenty –seventh OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of claim- 152474

Name and Address

Helen Gonzalez Ruiz
Calle 4 F-4, Villas de Castro
Caguas, Puerto Rico 00725-4614

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico y al Departamento de Educacion de Puerto Rico.

Ley 89 de 1984- Romerazo

Años reclamados _____

Cantidad reclamada- la que me corresponda.

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

20 de julio de 2020

**Debtors: Estado Libre Asociado de Puerto Rico**

**Gobierno de Puerto Rico**

**Departamento de Educacion**

**No. 178 K 3283-LTS**

One hundred twenty –seventh OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

**DOC 8978-4**

Proof of claim- _139 009_

**Name and Address**

_Helen Gonzalez Ruiz_
_Calle 4 F-4, Villas de Castro_
_Caguas, Puerto Rico 00725-4614_

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico y al Departamento de Educacion de Puerto Rico.

**Ley 89 de 1984- Romerazo**

**Años reclamados** _____

Cantidad reclamada- _la que me corresponda_.

20 de julio de 2020

Tribunal de Distrito de los Estados Unidos

Para el Distrito de Puerto Rico (el Tribunal)

Como es de su conocimiento en Puerto Rico desde el 28 de Diciembre de 2019 hemos estado siendo afectados por una serie de terremotos.

El Presidente de Estados Unidos Donald Trump declaro a Puerto Rico zona de desastre. Por tal motivo tuve incovenientes para recopilar y hacerles llegar toda la evidencia necesaria de reclamación, debido a que las oficinas y dependencias del Gobierno de Puerto Rico permanecieron cerradas por un extenso periodo de tiempo. Fueron abiertas durante un corto tiempo, pero actualmente permanecen cerradas, debido a la pandemia del coronavirus.

Los casos reclamados son los siguientes:

1-Deudor el Estado Libre Asociado de Puerto Rico-ley 89- número de reclamación 152474

2-Deudor Sistema de Retiro de los emplados del Gobierno del Estado Libre Asociado de Puerto Rico Ley 96 número de reclamación 139009.

Todos fueron presentados el 28 de junio de 2018.

Solicito una extensión de la gestión y justificación que les estoy presentando por escrito y tomen en consideración dicha causa y procedan a validar mis evidencias enviadas.

Sin más nada queda de ustedes:

Helen González Ruiz
Calle 4 F-4, Villas de Castro
Caguas, Puerto Rico 00725-4614

*Helen González Ruiz*                               787-403-6173
*Calle 4 F-4 Villas de Castro, Caguas, Puerto Rico 00725*

20 de julio de 2020

**EXPERIENCIAS**

| | | |
|---|---|---|
| 2014-2010 | Tutorías en Español-Compañía Coses Yabucoa, Puerto Rico — Estudiantes de 1ro. a 6to. Grado | Caguas, P.R. |
| 2010-2008 | Centro Educativo Jóvenes y Adultos — Prof. Bellas Artes | Caguas, P.R. |
| 2004-2000 | Institución Correccional Wakenhutt 501 — Prof. Vocacional y Dir. Teatro | Bayamón, P.R. |
| 1997-1993 | Centro Educativo Joaquina de Vedruna — Prof. Bellas Artes en General y Reciclaje — Matrícula Jóvenes Hogares Crea | Guaynabo, P.R. |
| 1996-97 | Centro Península de Cantera — Prof. Bellas Artes y Reciclaje | Santurce, P.R. |
| 1985-2014 | Esc. Privada Montesorri — Niñ@s Uniendo al Mundo — 1 día a la Semana x 27 años — Bellas Artes, Reciclaje y Asistente Montesorri | Caguas, P.R. |

## CONTRATO DE EMPLEADO

En la ciudad de San Juan, Puerto Rico hoy día __17__ del mes de __septiembre__ de 19__96__.

**Comparecen**

De la primera parte: Centro Educativo Joaquina de Vedruna, Inc. (en lo sucesivo denominado el "patrono"), una institución registrada en el Departamento de Estado del Estado Libre Asociado de Puerto Rico, como institución sin fines de lucro, con oficinas principales en la Carr. #1 Ramal 838 Km. 3 Hm.4 Ave. Lomas Verdes, Río Piedras, P.R.

De la segunda parte: __HELEN GONZALEZ RUIZ__
(en lo sucesivo denominado como el "empleado"), de las circunstancias personales declaradas en su solicitud de empleo y que forma parte de su expediente personal de trabajo con el patrono libremente exponen y **CONVIENEN** ;

1. Que el empleado acepta voluntariamente trabajar por un período de __10 meses__ desde el __12 de agosto__ de __1996__, hasta el __30 de mayo__ de 19__97__ como __Maestra de Artesanía__

---

comunicando que me contrataron este día, 17 de septiembre de 1996, pero me dejaron hasta el 2000, que solicité en WCC Bayamón y estuve hasta el 2004.

Helen Gonzalez Ruiz
Calle 4 F-4
Villas de Castro
Caguas, Puerto Rico
00725-4614

*Contrato de Empleado*

En la ciudad de SAN JUAN, Puerto Rico, hoy día __1__ del mes ____octubre____ de 19 __96__.

## Comparecen

DE LA PRIMERA PARTE: __CENTRO CULTURAL Y DE SERVICIOS DE CANTERA__
( en lo sucesivo denominado como el "Patrono" ), una institución registrada bajo las Leyes del Estado Libre Asociado de Puerto Rico, con oficinas principales en __CALLE SANTA ELENA #2406, CANTERA, BARRIO OBRERO, SANTURCE, PUERTO RICO.__

DE LA SEGUNDA PARTE: _____Helen González Ruiz_____

( en lo sucesivo denominado como el "empleado" ), de las circunstancia personales declaradas en su Solicitud de Empleo que pasa a formar parte de su expediente personal de trabajo con el patrono, y libremente expone y _____.

## Convienen

1. Que el empleado acepta voluntariamente trabajar por un período de ____9 meses____ desde el ____1 de octubre____ de 19 __96__, hasta el ____30 de junio____ de 19 __97__ desempañandose como: _____Encargado Club de Dibujo_____

2. Que el patrono se compromete a pagar al empleado la suma de $ ____15.00 por hora____ mensual por concepto de sueldo por los servicios que presta a la institución, pagadero quincenalmente y hechas las debidas deduciones. Fondos de __Departamento de Educación (Drug Free)__.

3. El empleado se compromete a asumir y cumplir las responsabilidades de acuerdo con las tareas convenidas y las normas de personal.

4. Convienen además, ambas partes, que en caso de que el patrono no esté enteramente satisfecho con los servicios prestados por el empleado durante el período acordado en la cláusula número uno (1) de este contrato, el patrono podrá prescindir de los servicios del empleado con previa notificación escrita con un mes de anticipación.

5. De igual forma el empleado podrá renunciar a la labor que desempeña y a los servicios que presta al patrono, con previa notificación con un mes de anticipación.

Y PARA QUE ASI CONSTE: Las partes envueltas firman el presente acuerdo en el sitio y fecha anteriormente indicados.

Horario de Trabajo:   __CENTRO CULTURAL Y DE SERVICIOS DE CANTERA, INC.__
3 hrs. semanales                    PATRONO

_Helen González Ruiz_                _Isabel Pérez Calderón_
EMPLEADO                              DIRECTOR

Rev. 1991



**CENTRO DE SERVICIOS EDUCATIVOS PARA ADULTOS**
**PLAZA DEGETAU ALTOS**
**CALLE DEGETAU**
**CAGUAS, PUERTO RICO 00725**
**TELEFONOS/746-1966/746-5685**

Fecha: <u>10 DE SEPTIEMBRE DE 2009</u>

A quien pueda interesar:

Certifico que el/la Sr.(a) <u>HELEN GONZALEZ RUIZ</u> trabaja en nuestras facilidades del Centro de Servicios Educativos para Adultos en calidad de <u>MAESTRA DE BELLAS ARTES</u>. El/La Sr.(a) <u>GONZALEZ</u> ocupa una <u>POSICIÓN DE JORNADA PARCIAL.</u> El/La Sr.(a) <u>GONZALEZ</u> comenzó a trabajar el día <u>24 DE AGOSTO DE 2009 HASTA EL 18 DE MAYO DE 2010.</u> Empleada trabaja seis horas semanales y devenga un sueldo de <u>$17.50</u> por hora.

Para más información al respecto puede comunicarse al teléfono (787) 746-1966 o 746-5685.

Cordialmente,

_[firma]_
Directora

Sello de la Escuela



Comentarios:

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2019**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| HELEN GONZALEZ RUIZ | 3133 |

| Box 3. Benefits Paid in 2019 | Box 4. Benefits Repaid to SSA in 2019 | Box 5. Net Benefits for 2019 *(Box 3 minus Box 4)* |
|---|---|---|
| $5,970.00 | NONE | $5,970.00 |

| DESCRIPTION OF AMOUNT IN BOX 3 | | DESCRIPTION OF AMOUNT IN BOX 4 |
|---|---|---|
| Paid by check or direct deposit | $4,860.00 | NONE |
| Medicare Part B premiums deducted from your benefits | $1,156.00 | |
| Total Additions | $6,016.00 | |
| Subtract | | |
| Non-taxable payments | $46.00 | |
| Benefits for 2019 | $5,970.00 | |

**Box 6. Voluntary Federal Income Tax Withheld**

NONE

**Box 7. Address**

HELEN GONZALEZ RUIZ
URB VILLAS DE CASTRO
F4 CALLE 4
CAGUAS PR 00725-4614

**Box 8. Claim Number** *(Use this number if you need to contact SSA.)*

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A

Form SSA-1099-SM (1-2020)     DO NOT RETURN THIS FORM TO SSA OR IRS