Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 AUG -4 PM 4: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Debtors: Estado Libre Asociado de Puerto Rico

    Gobierno de Puerto Rico

    Departamento de Educación

    No. 178 K 3283-LTS

One hundred twenty –seventh OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of claim- 135948    141644

Name and Address __Zoraida M. Miranda Cartagena

    Chalets de Bairoa calle Colibrí 98

    Caguas, Puerto Rico 00727 - 1272

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico y al Departamento de Educación de Puerto Rico.

Ley 89 de 1984- Romerazo

Años reclamados _1984 a 1996_

Cantidad reclamada- _Cantidad que ustedes determinen me corresponda_

Ley 9 del año 2007

Años reclamados- _1996 - 2020_

Cantidad reclamada- _Cantidad que ustedes determinen me corresponde_

Adjunto evidencia en réplica a la información solicitada

1-certificación de la Junta de Retiro para maestros de Puerto Rico

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente especificadas.

Nombre: _ZORAIDA M. MIRANDA CARTAGENA_

Firma: _Zoraida M. Miranda Cartagena_    Fecha: _20 de julio de 2020_

Tribunal de Distrito de los Estados Unidos

Para el Distrito de Puerto Rico (el Tribunal)

Como es de su conocimiento en Puerto Rico desde el 28 de Diciembre de 2019 hemos estado siendo afectados por una serie de terremotos.

El Presidente de Estados Unidos Donald Trump declaro a Puerto Rico zona de desastre. Por tal motivo tuve incovenientes para recopilar y hacerles llegar toda la evidencia necesaria de reclamación, debido a que las oficinas y dependencias del Gobierno de Puerto Rico permanecieron cerradas por un extenso periodo de tiempo. Fueron abiertas durante un corto tiempo, pero actualmente permanecen cerradas, debido a la pandemia del coronavirus.

Los casos reclamados son los siguientes:

1-Deudor el Estado Libre Asociado de Puerto Rico-ley 89- numero de reclamación 135948

2-Deudor Sistema de Retiro de los emplados del Gobierno del Estado Libre Asociado de Puerto Rico Ley 9 numero de reclamacion 141644

Todos fueron presentados el 28 de junio de 2018.

Solicito una extensión de la gestión y justificación que les estoy presentando por escrito y tomen en consideración dicha causa y procedan a validar mis evidencias enviadas.

Sin más nada queda de ustedes:

ZORAIDA M. MIRANDA CARTAGENA

*Zoraida M. Miranda Cartagena*

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-023
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN CON DEDUCCIONES

MIRANDA CARTAGEN,ZORAIDA M
CHALETS DE BAIROA
98 CALLE COLIBRI
CAGUAS PR 00727-1272

Certifico que MIRANDA CARTAGEN,ZORAIDA M con número de Seguro Social XXX-XX-0235 es pensionado(a) del Sistema de Retiro para Maestros. Recibe una pensión mensual de $1,550.06, equivalente a $18,600.72 anual. Luego de las deducciones recibe una pensión neta de $802.20, equivalente a $9,626.40 anual. A Continuación se detallan los descuentos mensuales.

| NOMBRE DE LA ENTIDAD | CANTIDAD | | | |
|---|---|---|---|---|
| | Mayo de 2020 2da. Quincena | Junio de 2020 1er. Quincena | Junio de 2020 2da. Quincena | Julio de 2020 1er. Quincena |
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 53.48 | 53.48 | 53.48 |
| CO-COOP MAESTRO PR | 302.62 | 302.62 | 302.62 | 302.62 |
| SC-NATIONAL LIFE INS. | 9.33 | 9.33 | 9.33 | 9.33 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 8.50 | 8.50 | 8.50 |
| **Total de descuentos** | ($373.93) | ($373.93) | ($373.93) | ($373.93) |

Esta certificación se expide hoy 21 de julio de 2020.



Número de Certificación: SRM04P2002172

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



787 777 1414    787 759 2883    www.srm.pr.gov