20 de julio de 2020

Centésima cuadragésima octava objeción global relacionada con Prime Clerk # caso 17BK03566 LTS, número de reclamación

Distrito Federal de E.U. para distrito Estado Libre Asociado de P.R.

Soy la Sra. Helen González Ruiz. Mi dirección postal es Calle 4 F-4, Villas de Castro, Caguas, P.R. 00725. Mi teléfono es 787-403-6173.

Durante 14 años trabajé como personal docente para el Departamento de Educación de P.R., desde 1993 hasta 2014, fecha en la que me acogí al Seguro Social.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los años correspondientes a la ley 89, ley 96 y ley 164.

Adjunto le envío copias de la evidencia que me confirman dichas alegaciones ( número de reclamación ( 150186 ).

De necesitar alguna otra evidencia favor de comunicarse conmigo.

Atentamente,

Helen González Ruiz