Helen González Ruiz
Calle 4 F-4, Villas de Castro
Caguas, Puerto Rico 00725-4614




TO: Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

