FROM: ZORAIDA M. MIRANDA CARRASQUILLO
Chalets De Bairoa
Colibrí 98, Caguas, P.R. 00727-1272



CERTIFIED MAIL

7020 1290 0000 9220 3977

  

U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
JUL 27, 20
AMOUNT
$7.80
1000  00918  R2304E106576-26

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767



RECEIVED & FILED
2020 AUG -4 PM 4: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR