Fecha: 20 de julio del 2020

Centésima cuadragésima octava objeción global relacionada con Prime Clerk # caso 17BK03566 LTS, número de reclamación

Distrito Federal de E.U. para distrito Estado Libre Asociado de P.R.

Soy la Sra. ZORAIDA M. MIRANDA CARTAGENA. Mi dirección postal es Urb. Chalets De Bairoa, Colibrí 98 Caguas, P.R. 00727-1272. Mi teléfono es 787-399-9596 y 787-743-8708

Durante 35 años (treinta y cinco años) trabajé como personal docente para el Departamento de Educación de P.R., desde Agosto de 1961 hasta mayo de 1996, fecha en la que me acogí al retiro.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los años correspondientes a la ley 89, ley 96 y ley 164.

Adjunto le envío copias de la evidencia que me confirman dichas alegaciones ( número de reclamación ( 127 778 )

De necesitar alguna otra evidencia favor de comunicarse conmigo.

Atentamente,

ZORAIDA M. MIRANDA CARTAGENA

*Zoraida M. Miranda Cartagena*

RECEIVED & FILED
CLERK'S OFFICE
AUG / 4 2020
US DISTRICT COURT
SAN JUAN, PR