FROM: ZORAIDA ~~M. MIRANDA CARRASQUILLO~~
Chalets De Bairoa
Colibrí 98, Caguas, P.R. 00727-1272



7020 1290 0000 9220 3977





U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
JUL 27, 20
AMOUNT
1000   00918   $7.80
R2304E106576-26

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767



RECEIVED & FILED
2020 AUG -4 PM 4: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.