UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2020 AUG -4  AM 7: 01

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

María A. Clemente Rosa
PETICIONARIA

V.

Estado Libre Asociado

De Puerto Rico

29 de JULIO DE 2020

PROMESA
TITLE III
No. 17 BK 3283- LTS
CLAIM. Num. 139834

(Jointly Administered)
This filing relates to the Commonwealth,
HTA and ERS.

TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al., Debtors:

**HONORABLE JUEZ: Del Tribunal de Distrito de Estados Unidos Hon. Laura Taylor Swain.**

**UNITED STATES DITRIT COURT FOR THE DISTRICT OF PUERTO RICO/ TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

**REPETUOSAMENTE SOLICITO**

**MOCIÓN PARA QUE SE ME GARANTICE EL PAGO POR LOS DAÑOS CREADOS POR EL DEUDOR: EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EN SU TOTALIDAD. DE ACUERDO A LAS RECLAMACIONES SOMETIDAS A LA LEY PROMESA III EL 29 DE JUNIO DE 2018,** CLAIM NUM. 139834. CASE NUMBER: 17BK 03283-LTS - POR EL MONTO DE LA RECLAMACIÓN DE 50,400.00: CUANDO LLEGUE EL MOMENTO DEL DICTAMEN DECLARADO POR LA HON. JUEZ. Del Tribunal de Distrito de Estados Unidos Hon. Laura Taylor Swain.

Comparece María A. Clemente Rosa, PETICIONARIA, CLAIM NÚM. 139834. CASE NUMBER: 17BK 03283-LTS se dirige muy respetuosamente, expone, alega y solicita:

HECHOS

**DATOS AFIRMATIVOS**

1. Para el año 1985, firme contrato como maestra con el Sistema de Educación Publica de Puerto Rico, en la Categoría de Artes Industriales, actualmente Maestra de Tecnología,  Certificado Núm. 1662 y Núm. de Puesto R 16045. Que me he desempeñado por más de 34 años de maestra.

2. Durante 34 años de servicio público, me he desempeñado como maestra de excelencia y he adquirido una preparación Doctoral, en el área de la educación. He participado en diferentes competencias de tecnología, llevando a los estudiantes a obtener premios.

3. Como parte de mi pensión  he cotizado para el Sistema de Retiro para Maestros.

4. Que durante 34 años de servicio público, se me ha violado los derechos de recibir los beneficios por la Ley 96, la cual establece aumentos no otorgados por capacitación profesional, nivel "Maestro".

5. Violación a la Ley 96, aumento no otorgados por la Ex. Gobernadora Hon. Sila María Calderón.

6. Violación a la Ley 89, pasos no otorgados a los maestros del Sistema Público de Educación.

7. Violación a la Ley 96, Violación de no pagar los derechos adquiridos, por la Ley de Quiebra. Violación a la Constitución de Puerto Rico.

8. Violación a la Ley 164, descuentos indebidos, por el Sistema de Retiro para Maestros y empleados públicos.

9. Violación a la Ley 158, aumento no otorgados por la Ley de Carrera Magisterial, violación a la Ley 158, a la Constitución y engaño bajo Dolo, al maestro.

10. RESPETUOSAMENTE HONORABLE JUEZ, **Laura Taylor Swain,** CONSIDERO QUE MI PETICIÓN DE QUE SE ME OTORGUE EL PAGO DE AUERDO A LA RECLAMACION HECHA EL 29 DE JUNIO DE 2018, ES JUSTAS, ADECUADA Y RAZONABLE.

Acudo a usted, Honorable, **Hon. Laura Taylor Swain. Juez, Del Tribunal de Distrito de Estados Unidos and**   TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al ., **Debtors:** UNITED STATES DISTRICT COURT FOR  THE DISTRICT OF PUERTO RICO porque entiendo que tienen el fundamento principal de la jurisdicción primaria  de mi reclamación.

11. Reconociendo dicho acto  solicito a este honorable foro que imponga un remedio legal  dirigido a indemnizar daños y perjuicios causados por la parte DEUDORA, EL  Estado Libre Asociado De Puerto Rico, Gobierno de Puerto Rico y su Dependencias y  que se me otorgue un resarcimiento de daños y abono de intereses  por la cantidad de $ 50,400.00 según lo estipulado en la reclamación y el pago de costas y honorarios de abogados.

POR TODO LO CUAL, la parte peticionaria muy respetuosamente solicita al **Hon. Laura Taylor Swain.**

**Juez, Del Tribunal de Distrito de Estados Unidos and**   TO THE HONORABLE BOARD THE

FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, **as representative of** THE

COMMONWEALTH PF PUERTO RICO, et al ., **Debtors:** que tome conocimiento de lo anterior, declare con

lugar la moción de: **(PARA QUE SE ME GARANTICE EL PAGO POR LOS DAÑOS CREADOS POR**

**L DEUDOR  EL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN SU TOTALIDAD, DE**

**ACUERDO A LAS RECLAMACIONES SOMETIDAS A LA LEY PROMESA III EL 29 DE JUNIO DE**

**2018,** CLAIM NUM. 139834. CASE NUMBER: 17BK 03283-LTS  - POR EL MONTO DE LA

RECLAMAION DE 50,400.00. EN SU TOTALIDAD, CUANDO LLEGUE EL MOMENTO DEL DICTAMEN

DECLARADO POR LA HON. JUEZ. **Laura Taylor Swain.**

RECLAMACION: CLAIM NUM.: 139834.

RESPETUOSAMENTE SOLICITADO.

CERTIFICO que en esta misma fecha he enviado por correo CERTIFICADO copia fiel y exacta del presente
TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
**as representative of** THE COMMONWEALTH PF PUERTO RICO, et al ., **Debtors:**

En Carolina, Puerto Rico hoy 29 de julio de 2020

María A. Clemente Rosa
Condominio Astralis 9546
Calle Díaz Way, Apt 311
Torre # 6 Carolina, P.R. 00979
Tel. (787)385-2906

Date Filed: 6/29/2018
Case Number: 17 BK 03283- LTS
DEBTOR: Commonwealth of Puerto Rico
CLAIM: **NUM.: 139834**

ASSERTED CLAIM AMOUNT: 50,400.00

SHR_INOM_SRM

**SISTEMA DE RETIRO PARA MAESTROS**
Sistema de Aportaciones y Beneficios Integrados
PAGO DE PENSION INGRESO A NOMINA

30-08-2019
01:53:01 PM
Página:    1

| | | |
|---|---|---|
| SEGURO SOCIAL | --- --- --- | NUMERO CASO 877 |
| NOMBRE | MARIA CLEMENTE ROSA | NUMERO SOLICITUD 969395 |
| DIRECCIÓN | COND ASTRALIS TORRE 6 | FECHA RADICACION 26-08-2019 |
| | 9546 C/A DIAZ WAY APT 311 | PENSION AÑOS DE SERVICIO 230 |
| | SAN JUAN, PR         00979 | FECHA NACIMIENTO 17-01-1962    EDAD  57.54    SEXO  F |

|  |  | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|---|
| INGRESO A NOMINA: 30-09-2019 | | | | |
| FECHA EFECTIVIDAD: 01-08-2019 | | | | |
| SERVICIOS ACREDITADOS:    33    5    2    3.5 | | $3,472.11 | $2,314.74 | |
| Años Meses Sem Días | | | $0.00 | |
| COSTO ANUALIDAD:  $97,348.06 | | | | |
| SALARIO PROMEDIO:  $3,086.32 | | | | |
| | AUMENTO POR LEY: | | $2,314.74 | |
| RETROACTIVO:   01-08-2019 AL  15-09-2019 | | | | |
| IMPORTE TOTAL (BRUTO) | | $3,472.11 | | $27,776.88 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO |
|---|---|---|---|
| PENSION PAGADA | | $0.00 | $0.00 |
| PRESTAMOS: PERSONAL (PP  ) | 47-000 | $0.00 | $0.00 |
| CULTURAL (PC  ) | 45-000 | $0.00 | $0.00 |
| HIPOTECARIO (PH  ) | 36-000 | $0.00 | $0.00 |
| FINANZAS | 67-059 | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION | | $0.00 | $0.00 |
| APORT. IND. 9%  Cese:_____ | 26-001 | $0.00 | $0.00 |
| OTROS | | $0.00 | $0.00 |
| TOTAL DESCUENTO | | $0.00 | $0.00 |
| NETO | | $3,472.11 | $2,314.74 |

**BONOS**    NAVIDAD (BNP): $0.00        VERANO (PBV): $0.00        MEDICAMENTO (PBM): $0.00

| | | FECHA: |
|---|---|---|
| COMPUTADO POR: | wm | 8/30/19 |
| INTERVENIDO POR: | | |
| SUPERVISOR (PENSIONES) | | 3/sept/19 |
| DIRECTOR : | | |
| INGRESADO A NOMINA POR: | | |
| Mes:_____  ☐ 1ra  ☑ 2da | | |
| PAGO GLOBAL POR: | | 11/6/19 |
| Mes:_____  ☐ 1ra  ☑ 2da  ☐ Off Cycle  ☑ Pay Line | | |
| SUPERVISOR (NOMINA): | | 26-9-19 |

SEP 03 2019

**GOBIERNO DE PUERTO RICO**

Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. María A. Clemente Rosa**, con número de seguro social que termina en 7909.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 1 de agosto de 2019 |
| Tiempo Cotizado para la Pensión | 33 años, 5 mes, 2 mes., 3.5 días |
| Pensión mensual Inicial | $2,314.74 |
| Pensión Mensual Actual | $2,314.74 |

Esta certificación se expide hoy, 3 **de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



☎ 787.777.1414      ✉ 787.764.6910      www.srm.pr.gov

**MARIA A. CLEMENTE ROSA**
92-15-00613-6

**ACC-8/7/91**

**SS**   J909

Estado Libre Asociado
de Puerto Rico
CORPORACION DEL FONDO DEL
SEGURO DEL ESTADO

DECISION DEL
ADMINISTRADOR
SOBRE
TRATAMIENTO
MEDICO

**PARA USO DE LOS OFICIALES DE COMPENSA**

**PARA SER CUMPLIMENTADO POR EL MEDICO O ENCARGADO DE DISPENSARIO O CLINICA**

**MARIA A. CLEMENTE ROSA**
**PO BOX 7103**
**SAN JUAN, P.R. 00916**

**DEPTO DE EDUCACION**
**PO BOX 190-759**
**SAN JUAN, P.R. 00919**

SEGUN ANATOMICA AFECTADA O CONDICION TRATADA POR LA CUAL ES DADO D
(VEASE INSTRUCCIONES AL DORSO)

1RA.   **TAR FUMES EXPOSSURE**   *507*
**RINOSINUSITIS , REL. 477**

2DA.   **PHARINGITIS, REL. 462**

POR LA PRESENTE, Y DE ACUERDO CON LA LEY DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO (LEY NUM. 45 DEL 18 DE ABRIL DE 1935) SEGUN H.
SUBSIGUIENTEMENTE ENMENDADA, SE DETERMINA SOBRE EL ASPECTO MEDICO DE ESTE CASO LA SIGUIENTE DECISION:

☐ 1. EL LESIONADO FUE EXAMINADO POR PRIMERA VEZ:    DE    DE 19
   ☐ a. CONTINUARA RECIBIENDO TRATAMIENTO MEDICO EN   ☐ DESCANSO   ☐ C.T. (MIENTRAS TRABAJA)
   ☐ b. SE DETERMINA DARLO DE ALTA DEFINITIVA EFECTIVA EL    DE    DE 19
   ☐ c. VEASE ALTERNATIVA NUMERO

☐ 2. HABIENDO EL LESIONADO RECIBIDO EL MAXIMO BENEFICIO DE TRATAMIENTO, SE DETERMINA DARLO DE ALTA DEFINITIVA EL DIA
   DE    DE 19   ☐ CURADO   ☐ SIN INCAPACIDAD   ☐ CON INCAPACIDAD
   (La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente)

☐ 3. EL LESIONADO FUE EXAMINADO EN EL DIA DE HOY, A PARTIR DEL    DE    DE 19   SE
   AUTORIZA CAMBIO PARA CONTINUAR RECIBIENDO TRATAMIENTO MEDICO EN   ☐ DESCANSO   ☐ C.T. (MIENTRAS TRABAJA)

☐ 4. LUEGO DE EVALUADO EL CASO SE DETERMINA DARLO DE ALTA DE TRATAMIENTO MEDICO EFECTIVO EN
   DE    DE 19   LA DECISION FINAL DEL ADMINISTRADOR SOBRE NO RELACION LE SERA NOTIFIC
   OPORTUNAMENTE. EL LESIONADO PODRA CONTINUAR TRATAMIENTO MEDICO EN FACILIDADES FUERA DEL FONDO DEL SEGURO DEL EST

☐ 5. EL LESIONADO HABIA SIDO DADO DE ALTA EL    DE    DE 19   LUEGO DE
   REEVALUACION MEDICA PRACTICADA SE DETERMINA:
   ☐ a. DARLO DE ALTA DEFINITIVA: EL DIA    DE    DE 19   ☐ CON INCAPACIDAD
      (La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente)
   ☐ b. CONFIRMAR LA DECISION DADA: EL    DE    DE 19

☒ 6. EL CASO FUE DEVUELTO POR LA HON. COMISION INDUSTRIAL A LA JURISDICCION DEL FONDO DEL SEGURO DEL ESTADO, LUE
   DE EXAMINADO EL MISMO SE DETERMINA EL SIGUIENTE STATUS:
   ☐ a. ☐ DESCANSO   ☒ C.T. (MIENTRAS TRABAJA) A PARTIR DEL    DE    DE 19
      ☐ EVALUACION   ☐ EN TRATAMIENTO   ☐ MIENTRAS SE EFECTUA EVALUACION   ☐ EN TRATAMIENTO
   ☐ b. DARLO DE ALTA DEFINITIVA: EL DIA    DE    DE 19   ☐ SIN INCAPACIDAD   ☐ CON INCAPACID
      (La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente)
   ☐ c. CONFIRMAR LA DECISION DADA: EL    DE    DE 19

☐ 7. LUEGO DE LA EVALUACION MEDICA PRACTICADA SE DETERMINA QUE NO HAY EVIDENCIA DE LESION O ENFERMEDAD OCUPACION
   POR LO CUAL SE DA DE ALTA A PARTIR DEL    DE    DE 19   LA DECISION FINAL D
   ADMINISTRADOR SOBRE NO COMPENSABILIDAD LE SERA NOTIFICADA OPORTUNAMENTE.

☐ 8. HABIENDO EL LESIONADO RECIBIDO EL MAXIMO BENEFICIO DE TRATAMIENTO SE DA DE ALTA SIN INCAPACIDAD A
   PARTIR DEL    DE    DE 19   LA DECISION FINAL D
   ADMINISTRADOR SOBRE NO COMPENSABILIDAD LE SERA NOTIFICADA OPORTUNAMENTE.

☐ 9. ES UN OBRERO MIGRANTE BAJO CONTRATO DE EMPLEO APROBADO POR EL SECRETARIO DEL TRABAJO DE PUERTO RICO, ACOGI
   A LOS BENEFICIOS DE LA LEY NUM. 77 DEL 23 DE JUNIO DE 1958 Y DEL ARTICULO 1 DE LA LEY 54 DEL 13 DE JULIO DE 19
   HA SIDO DADO DE ALTA DE TRATAMIENTO MEDICO EL    DE    DE 19   (NOTIFIQUESE CON COF
   DE ESTA DECISION AL DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS).
   OBSERVACIONES:

**OSCAR L. RAMOS MELENDEZ**
Administrador

CERTIFICO: Que en el día de hoy he entregado y notificado con copia de esta Decisión al Lesionado, en **CAROLINA**   , Puerto Ric

**SRA. MARTA RAMOS DE MORALES-OSM841**
Nombre y Cargo Oficial

CERTIFICO: QUE HE ENVIADO COPIA DE ESTA DECISION AL
   ABOGADO LIC. **PEDRO M. ORTIZ UBIÑAS**
   DIRECCION EN: **PO BOX 940**
   **GUAYNABO, P.R. 00970**

**DR. WALTER F. RAMOS-JEF INT. CONTROL MEDICO**
Firma del Médico o Funcionario Autorizado

Firma del Lesionado
**3/3/97**

NOTIFICACION
☐ LESIONADO   ☐ PATRONO A LA DIRECCION ARRIBA INDICADA Y A SU

Fecha de Notificación

**LIC. LUIS OCASIO RIVERA**
Secretario
**EMILIO DIAZ AYALA**
Secretario Auxiliar

ADVERTENCIA: EL PATRONO DEBERA ACTUAR A TENOR CON LO INDICADO EN ESTE FORMULARIO UNA VEZ LO RECIBA O EL LESIONADO LE PRESENTE COPIA DE ESTA DECISIC
PATRONO:   EL OBRERO O EMPLEADO PODRA REQUERIR DE SU PATRONO LA REINSTALACION EN SU TRABAJO A TENOR CON LO PROVISTO EN EL ARTICULO 5A DE LA LI
   DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO.
LESIONADO:   LA LEY DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO EN EL ARTICULO 10, DISPONE QUE TODA DECISION DEL ADMINISTRADOR PODRA APELARSE ANTE I
   COMISION INDUSTRIAL DENTRO DE LOS TREINTA (30) DIAS DESPUES DE NOTIFICADA, LOS ...

92-15-00613-6

RIA CLEMENTE ROSA

07 CAROLINA

08 JUL 91   17 ENE 62   F

**Estado Libre Asociado**
**de Puerto Rico**
**CORPORACION DEL FONDO DEL**
**SEGURO DEL ESTADO**

**DECISION DEL**
**ADMINISTRADOR**
**SOBRE**
**TRATAMIENTO**
**MEDICO**

| TELEPROCESADO POR (FIRMA) | | FECHA MES |
|---|---|---|
| CODIFICADO (FIRMA OCS) | | FECHA MES |

**PARA USO DE LOS OFICIALES DE COMPENSACIONES**

| CASO NUMERO | | | | | | |
|---|---|---|---|---|---|---|
| BATCH | AÑO | DISP. | NUMERO | | C/D CLAVE TRANS. | TAR NU |

| CLAVE DE COMP. | | | | ALTA TRABAJAR | | | ALTA DEFINITIVA | | |
|---|---|---|---|---|---|---|---|---|---|
| COMP | INDEM | PAT.? | | AÑO | MES | DIA | AÑO | MES | DIA |

**PARA SER CUMPLIMENTADO POR EL MEDICO O ENCARGADO DE DISPENSARIO O CLINICA**

MARIA CLEMENTE ROSA
► PO BOX 7103
SAN JUAN, PR 00916

DEPTO- DE EDUCACION
► PO BOX 190-0759
SAN JUAN   PR 00919

| CLAVE DISP. | FECHA DE ACC AÑO MES DIA | □ FONDO DE ANTICIPO | □ SUBROGACION | □ OBRERO MIGRANTE |
|---|---|---|---|---|

REGION ANATOMICA AFECTADA O CONDICION TRATADA POR LA CUAL SE DIO DE ALTA
(VEASE INSTRUCCIONES AL DORSO)

1RA   **EXPOSICION ABREA**
**RINOSINOSITIS**
2DA

POR LA PRESENTE, Y DE ACUERDO CON LA LEY DEL SISTEMA DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO (LEY NUM. 45 DEL 18 DE ABRIL DE 1935 SEGUN HA SIDO SUBSIGUIENTEMENTE ENMENDADA, SE DETERMINA SOBRE EL ASPECTO MEDICO DE ESTE CASO LA SIGUIENTE DECISION

□ 1.   EL LESIONADO FUE EXAMINADO POR PRIMERA VEZ:                    DE                    DE
  □ a.   CONTINUARA RECIBIENDO TRATAMIENTO MEDICO EN:   □ DESCANSO   □ C.I. (MIENTRAS TRABAJA)
  □ b.   SE DETERMINA DARLO DE ALTA DEFINITIVA EFECTIVA EL        DE        DE
  □ c.   VEASE ALTERNATIVA NUMERO

□ 2.   HABIENDO EL LESIONADO RECIBIDO EL MAXIMO BENEFICIO DE TRATAMIENTO, SE DETERMINA DARLO DE ALTA DEFINITIVA EL DIA
  DE        DE   CURADO,   □ SIN INCAPACIDAD   □ CON INCAPACIDAD
  **(La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente)**

□ 3.   EL LESIONADO FUE EXAMINADO EN EL DIA DE HOY, A PARTIR DEL        DE        SI
  AUTORIZA CAMBIO PARA CONTINUAR RECIBIENDO TRATAMIENTO MEDICO EN   □ DESCANSO   □ C.I. (MIENTRAS TRABAJA).

□ 4.   LUEGO DE EVALUADO EL CASO SE DETERMINA DARLO DE ALTA DE TRATAMIENTO MEDICO EFECTIVO EN
  DE        DE        LA DECISION FINAL DEL ADMINISTRADOR SOBRE NO RELACION LE SERA NOTIFICADA
  OPORTUNAMENTE. EL LESIONADO PODRA CONTINUAR TRATAMIENTO MEDICO EN FACILIDADES FUERA DEL FONDO DEL SEGURO DEL ESTADO.

□ 5.   EL LESIONADO HABIA SIDO DADO DEL ALTA EL        DE        DE   LUEGO DE LA
  REFEVALUACION MEDICA PRACTICADA SE DETERMINA:
  □ a.   DARLO DE ALTA DEFINITIVA EL DIA        DE        DE   □ CON INCAPACIDAD
     **(La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente)**
  □ b.   CONFIRMAR LA DECISION DADA: EL        DE        DE

XXX 6.   EL CASO FUE DEVUELTO POR LA HON. COMISION INDUSTRIAL A LA JURISDICCION DEL FONDO DEL SEGURO DEL ESTADO. LUEGO
  DE EXAMINADO EL MISMO SE DETERMINA EL SIGUIENTE STATUS:
  □ a.   □ DESCANSO        □ C.T. (MIENTRAS TRABAJA) A PARTIR DEL        DE        DE
     □ EVALUACION   □ EN TRATAMIENTO   □ MIENTRAS SE EFECTUA EVALUACION   □ EN TRATAMIENTO
  □ b.   DARLO DE ALTA DEFINITIVA: EL DIA **15** DE **FEBRERO** DE **2001** XXX □ SIN INCAPACIDAD   □ CON INCAPACIDAD
     **(La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente)**
  □ c.   CONFIRMAR LA DECISION DADA: EL        DE        DE

□ 7.   LUEGO DE LA EVALUACION MEDICA PRACTICADA SE DETERMINA QUE NO HAY EVIDENCIA DE LESION O ENFERMEDAD OCUPACIONAL,
  POR LO CUAL SE DA DE ALTA A PARTIR DEL        DE        DE   LA DECISION FINAL DEL
  ADMINISTRADOR SOBRE NO COMPENSABILIDAD LE SERA NOTIFICADA OPORTUNAMENTE.

□ 8.   HABIENDO EL LESIONADO RECIBIDO EL MAXIMO BENEFICIO DE TRATAMIENTO SE DA DE ALTA SIN INCAPACIDAD A
  PARTIR DEL        DE        DE   LA DECISION FINAL DEL
  ADMINISTRADOR SOBRE NO COMPENSABILIDAD LE SERA NOTIFICADA OPORTUNAMENTE.

□ 9.   ES UN OBRERO MIGRANTE BAJO CONTRATO DE EMPLEO APROBADO POR EL SECRETARIO DEL TRABAJO DE PUERTO RICO, ACOGIDO A LOS
  BENEFICIOS DE LA LEY NUM. 77 DEL 23 DE JUNIO DE 1956 Y DEL ARTICULO 1 DE LA LEY 54 DEL 13 DE JULIO DE 1978.
  HA SIDO DADO DE ALTA DE TRATAMIENTO MEDICO EL        DE        DE   (NOTIFIQUESE CON COPIA
  DE ESTA DECISION AL DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS).
  OBSERVACIONES:

LCDO= NICOLAS LOPEZ PEÑA, ADM=              DR= RAFAEL A ROSA, M=I=
_____              _____
Administrador                                Firma del Médico o Encargado Autorizado

CERTIFICO: Que en el día de hoy he entregado y notificado con copia de esta Decisión al Lesionado, en        , Puerto Rico
CARMEN IRIS ORTIZ
S-M¶L                                         _____
_____             Firma del Lesionado
Nombre y Cargo Oficial                        **15 FEBRERO 2001**
CERTIFICO: QUE HE ENVIADO COPIA DE ESTA DECISION AL        NOTIFICACION   Fecha
  ABOGADO LIC.                                □ LESIONADO   □ PATRONO A LA DIRECCION ARRIBA INDICADA Y A SU
  DIRECCION EN:

ADVERTENCIA: EL PATRONO DEBERA ACTUAR A TENOR CON LO INDICADO EN ESTE FORMULARIO UNA VEZ LO RECIBA O EL LESIONADO LE PRESENTE COPIA DE ESTA DECISION. EL
OBRERO O EMPLEADO PODRA REQUERIR DE SU PATRONO LA REINSTALACION EN SU TRABAJO A TENOR CON LO PROVISTO EN EL ARTICULO 5A DE LA LEY DEL
SISTEMA DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO

LA LEY DEL SISTEMA DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO EN EL ARTICULO 10, DISPONE QUE TODA DECISION DEL ADMINISTRADOR PODRA APELARSE
ANTE LA COMISION INDUSTRIAL DENTRO DE LOS TREINTA DIAS DESPUES DE NOTIFICADA, LOS HONORARIOS QUE FIJE LA HON. COMISION INDUSTRIAL SERAN

Estado Libre Asociado
de Puerto Rico
**CORPORACION DEL FONDO DEL
SEGURO DEL ESTADO**

YZ-15-00613-6

ACC-8/7/91

DECISION DEL
ADMINISTRADOR
SOBRE
TRATAMIENTO
MEDICO

PARA USO DE LOS OFICIALES DE COMPENSACIONES

| TELEPROGRESADO POR (FIRMA) | FECHA |
| CODIFICADO (FIRMA OCS) | FECHA |

CLAVE DE COMP. | ALTA TRABAJA | ALTA DEFINITIVA

**PARA SER CUMPLIMENTADO POR EL MEDICO O ENCARGADO DE DISPENSARIO O CLINICA**

LESIONADO / PATRONO

MARIA CLEMENTE ROSA
PO BOX 7188 BO. OBRERO STATION
SAN JUAN PR 00916

DEPTO DE EDUCACION
PO BOX 190-0759
SAN JUAN PR 00919

CLAVE DISP. | FECHA DE ACC. AÑO MES DIA | FECHA DE ANTICIPO | SUBROGACION | OBRERO MIGRANTE

REGION ANATOMICA AFECTADA O CONDICION TRATADA POR LA CUAL ES DADO DE ALTA (VEASE INSTRUCCIONES AL DORSO)

1RA. TAR JUNES EXPOSURE 75.024
RINOSINUSITIS ,REL. 80.057

POR LA PRESENTE, Y DE ACUERDO CON LA LEY DEL SISTEMA DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO (LEY NUM. 45 DEL 18 DE ABRIL DE 1935 SEGUN HA SIDO SUBSIGUIENTEMENTE ENMENDADA, SE DETERMINA SOBRE EL ASPECTO MEDICO DE ESTE CASO LA SIGUIENTE DECISION

1. EL LESIONADO FUE EXAMINADO POR PRIMERA VEZ: DE DE
   a. CONTINUARA RECIBIENDO TRATAMIENTO MEDICO EN DESCANSO C.T. (MIENTRAS TRABAJA)
   b. SE DETERMINA DARLO DE ALTA DEFINITIVA EFECTIVA EL DE DE
   c. VEASE ALTERNATIVA NUMERO

2. HABIENDO EL LESIONADO RECIBIDO EL MAXIMO BENEFICIO DE TRATAMIENTO, SE DETERMINA DARLO DE ALTA DEFINITIVA EL DIA DE DE CURADO SIN INCAPACIDAD CON INCAPACIDAD
   (La Decisión del Administrador con el grado de incapacidad para este caso le será notificado oportunamente).

3. EL LESIONADO FUE EXAMINADO EN EL DIA DE HOY, A PARTIR DEL DE DE SE AUTORIZA CAMBIO PARA CONTINUAR RECIBIENDO TRATAMIENTO MEDICO EN DESCANSO C.T. (MIENTRAS TRABAJA).

4. LUEGO DE EVALUADO EL CASO SE DETERMINA DARLO DE ALTA DE TRATAMIENTO MEDICO EFECTIVO EN DE DE LA DECISION FINAL DEL ADMINISTRADOR SOBRE NO RELACION LE SERA NOTIFICADA OPORTUNAMENTE, EL LESIONADO PODRA CONTINUAR TRATAMIENTO MEDICO EN FACILIDADES FUERA DEL FONDO DEL SEGURO DEL ESTADO.

5. EL LESIONADO HABIA SIDO DADO DEL ALTA EL DE LUEGO DE LA REEVALUACION MEDICA PRACTICADA SE DETERMINA:
   a. DARLO DE ALTA DEFINITIVA: EL DIA DE DE CON INCAPACIDAD
      (La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente)
   b. CONFIRMAR LA DECISION DADA: EL DE DE

XX 6. EL CASO FUE DEVUELTO POR LA HON. COMISION INDUSTRIAL A LA JURISDICCION DEL FONDO DEL SEGURO DEL ESTADO, LUEGO DE EXAMINADO EL MISMO SE DETERMINA EL SIGUIENTE STATUS:
   a. DESCANSO XX C.T. (MIENTRAS TRABAJA) A PARTIR DEL 19 DE SEPT. DE 00
      EVALUACION EN TRATAMIENTO MIENTRAS SE EFECTUA EVALUACION EN TRATAMIENTO
   b. DARLO DE ALTA DEFINITIVA: EL DIA DE DE SIN INCAPACIDAD CON INCAPACIDAD
      (La Decisión del Administrador con el grado de incapacidad para este caso le será notificado oportunamente)
   c. CONFIRMAR LA DECISION DADA: EL DE DE

7. LUEGO DE LA EVALUACION MEDICA PRACTICADA SE DETERMINA QUE NO HAY EVIDENCIA DE LESION O ENFERMEDAD OCUPACIONAL, POR LO CUAL SE DA DE ALTA A PARTIR DEL DE DE LA DECISION FINAL DEL ADMINISTRADOR SOBRE NO COMPENSABILIDAD LE SERA NOTIFICADA OPORTUNAMENTE.

8. HABIENDO EL LESIONADO RECIBIDO EL MAXIMO BENEFICIO DE TRATAMIENTO SE DA DE ALTA SIN INCAPACIDAD A PARTIR DEL DE DE LA DECISION FINAL DEL ADMINISTRADOR SOBRE NO COMPENSABILIDAD LE SERA NOTIFICADA OPORTUNAMENTE.

9. ES UN OBRERO MIGRANTE BAJO CONTRATO DE EMPLEO APROBADO POR EL SECRETARIO DEL TRABAJO DE PUERTO RICO, ACOGIDO A LOS BENEFICIOS DE LA LEY NUM. 77 DEL 23 DE JUNIO DE 1956 Y DEL ARTICULO 1 DE LA LEY 54 DEL 13 DE JULIO DE 1978 HA SIDO DADO DE ALTA DE TRATAMIENTO MEDICO EL DE (NOTIFIQUESE CON COPIA DE ESTA DECISION AL DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS).
   OBSERVACIONES:

SR. JUAN A. MARTINEZ CINTRON
Administrador
CERTIFICO: Que en el día de hoy he entregado y notificado con copia de esta Decisión al Lesionado, en CAROLINA

DR. EDGARDO LLORENS CONTROL MEDICO
Firma del Médico o Funcionario Autorizado , Puerto Rico

SRA. MARIA RAMOS GONZALEZ-SEC. MED./LEGAL
Nombre y Cargo Oficial

19/9/00
Fecha

NOTIFICACION
CERTIFICO: QUE HE ENVIADO COPIA DE ESTA DECISION AL LESIONADO PATRONO A LA DIRECCION ARRIBA INDICADA Y A SU
ABOGADO LIC. PEDRO M. ORTIZ UBIÑAS
DIRECCION EN: PO BOX 940
GUAYNABO PR 00970

Fecha de Notificación:

ANA SANCHEZ ORTEGA
MARIA JUDITH MORALES
Secretaria Auxiliar

ADVERTENCIA PATRONO: EL PATRONO DEBERA ACTUAR A TENOR CON LO INDICADO EN ESTE FORMULARIO UNA VEZ LO RECIBA O EL LESIONADO, EL OBRERO O EMPLEADO PODRA REQUERIR DE SU PATRONO LA REINSTALACION EN SU TRABAJO A TENOR CON LO PROVISTO EN EL ARTICULO 5A DE LA LEY DEL SISTEMA DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO.

ESTADO LIBRE ASOCIADO DE PUERTO RICO

**OFICINA DEL PROCURADOR DE LAS PERSONAS CON IMPEDIMENTOS**
Edificio Caribbean Office Plaza • Ave. Ponce de León 670 • Miramar, Puerto Rico

*OFICINA CENTRAL*

"LOGRANDO UN PUERTO RICO SIN BARRERAS"

8 de octubre de 2003

CARMEN I. ESTEVA
DIRECTORA
ESC INTERMEDIA SABANA LLANA
CALLE JUAN PEÑA REYES ESQ AVE DE DIEGO
RÍO PIEDRAS PR 00924

**MARÍA CLEMENETE ROSA**
**PAIR SJ-2002-08-0502**

Estimada señora Esteva:

La Oficina del Procurador de las Personas con Impedimentos (OPPI), administra el Programa de Protección y Defensa de los Derechos de las Personas con Impedimentos (PAIR). En nuestra oficina estamos trabajando el caso número **SJ-2002-08-0502**, radicado por María Clemente Rosa. El mismo expresa que solicitó un acomodo razonable al Departamento de Educación que consiste en quipo de asistencia y el mismo no ha sido concedido.

En consecuencia, le estamos citando a una Reunión de Mediación a efectuarse el día 23 de octubre de 2003, a las 9:30 AM en nuestra Oficina Central, localizada en el Edificio Caribbean Office Plaza, en la avenida Ponce de León, 670, en Miramar.

Debo recordarle que su asistencia a la reunión es compulsoria, ya que, la Sección 532h(e) de la Ley número 2 de 27 de septiembre de 1985, según enmendada, indica que "ninguna persona natural o jurídica podrá negarse a cumplir con una citación expedida por el Procurador o representante autorizado, no podrá negarse a reproducir la evidencia que le hubiere sido requerida, ni podrá rehusarse a contestar cualquier pregunta en relación con algún asunto bajo la investigación del Procurador" por lo que esperamos su asistencia a la misma.

Deberá traer la evidencia o documentación relacionada al asunto antes referido. Cualquier duda o pregunta puede comunicarse con nuestra oficina al teléfono número 787-725-3333, al número libre de cargos 1-800-981-4125, extensiones: 2106 y 2112, al correo electrónico brivera1@oppi.gobierno.pr.

Cordialmente,

Braulio Rivera Ruiz
Intercesor I PAIR

Madelisa Monroig López
Coordinadora PAIR

Apartado 41309 • San Juan, Puerto Rico 00940-1309
**Tels. (787) 725-2333 cuadro • TDD (787) 725-4014 • 1 (800) 981-4125 (libre de costo) • Fax (787) 721-2455**
**www.oppi.gobierno.pr**

DEPARTAMENTO DE EDUCACION
PROGRAMA DESARROLLO INTEGRAL
SECRETARIA AUXILIAR RECURSOS HUMANOS
TEL. 759-9688

REV. 2 98

ACOMODO RAZONABLE LEY ADA · FECHA **24/05/2001**
(SUPERVISOR)   LUGAR **San Juan III**

REFERIDO POR: _____

Nombre del Empleado:   **María A. Clemente Rosa**

Puesto que ocupa:   **Maestra de Artes Industriales**

Funciones esenciales del puesto que ocupa el empleado:   **Docente**

_____

_____

Identifique el tipo de impedimento y diagnóstico alegado por el solicitante:   **Sinositis y**

**Faringitis Crónica**

_____

¿Cuál fue la evidencia médica presentada?  (Incluya las mismas con este informe)

**Carta de médico del CFSE certificando condición.**

**Copia de los formularios CFSE-395**

Tipo de limitación funcional observada:  Marque la categoría que corresponda:

| | | |
|---|---|---|
| **X** Dificultad para hablar | ____ Escritura | |
| **X** Pérdida parcial de voz | ____ Lectura | |
| ____ Pérdida total de voz | ____ Pérdida de memoria | |
| ____ Pérdida parcial de la visión | ____ Aprendizaje | |
| ____ Pérdida total de la visión | ____ Ambulación | |
| ____ Audición | ____ Otros (cual (es) ) | |

Comentarios Adicionales (Alternativas de Acomodo) **Suplir de los equipos necesarios**

**y mejorar las condiciones del salón** _____

_____

Firma del Supervisor _____

Nombre en letra de molde   **Carmen Iris Esteva** _____

**Ro berto Martinez Quintana, M.D.**

Torre Auxilio Mutuo Oficina 101  Hato Rey, PR 00918
Tel.: 764-3843

| | | | | |
|---|---|---|---|---|
| PATIENT: | CLEMENTE ROSA, MARIA A  10658    0 | | AGE: 44 | 07/21/2006    p. 1 |
| ADDRESS: | COND. ASTRALIS 9546 CALLE DIAZ WAY | | | |
| | APT 311 N TORRE 6 | | | |
| | CAROLINA,  PR    00979 | | | |

## ADDITIONAL NOTES

07/21/2006

**To whom it may concern :**

 Above named person has had episodes of shortness of breath and chest tightness since
June 2006. She was initially evaluated by us on 07/07/06 with worsening of her
respiratory symptoms on medications. She was started on antiinflamatory/ allergic
respiratory treatment to which she is having an excellent response. On her evaluation
it was evidenced that she was exposed to a noxious enviroment on her home by a
humid enviroment which brought mold to her home. This respiratory exposure can be
ascribed as an etiologic factor which caused her respiratory condition. She is expected
to continue on treatment for at least three months to follow her progress.

**END OF ADDITIONAL NOTES**

_____

**Roberto Martinez Quintana, M.D.**

Copyright 1999 Medici Corporation

# Roberto Martinez Quintana, M.D.

Torre Médica Auxilio Mutuo Suite 501 Hato Rey, PR 00917
Tel. (787) 756-8480 Fax (787) 764-3843 NPI: 1023007523

| | | | |
|---|---|---|---|
| PATIENT: | CLEMENTE ROSA, MARIA A 10658 0 | AGE: 45 | 07/19/2007 p. 1 |
| ADDRESS: | COND. ASTRALIS 9546 CALLE DIAZ WAY | | |
| | APT 311 N TORRE 6 | | |
| | CAROLINA, PR 00979 | | |

## ADDITIONAL NOTES

**07/19/2007**

**Above named person has Asthma condition which will benefit from avoiding exposure
to dust, solvents, fumes, paint , spores, detergents, and humid enviroment.**

**END OF ADDITIONAL NOTES**

_____
**Roberto Martinez Quintana, M.D.**

Copyright 1999 Medic Corporation

MARIA CLEMENTE ROSA
F/N: 67283
D/B: 01/17/62
EXAM/DATE: 05/26/07
DR JOSE LOZADA COSTAS

**MRI OF THE BRAIN/GAD**

**INDICATIONS:**
MR examination of the brain was performed on this 45-year-old female patient. Elevated prolactin levels.  Possible adenoma of the pituitary gland.

**TECHNIQUE:**
Sagittal T1, coronal T1, axial FLAIR, axial T2, and coronal thin T1 weighted images through the sella, axial T1 post, coronal thin T1 weighted images through the sella post and sagittal thin T1 weighted images through the sella post.

**FINDINGS:**
Comparison: None.
The brain architecture is normal. There is no mass effect, midline shift or evidence of intracranial fluid collections. The ventricles are of normal size and configuration. No areas of abnormal signal are identified in the brain. After infusion of IV contrast, no areas of abnormal enhancement are identified in the brain. There is a well-defined area of differential enhancement noted in the right anterior lobe or the pituitary measuring approximately 2 mm in size, most likely representing a microadenoma.  The suprasellar cistern and infundibulum, optic chiasm and cavernous sinuses are normal. The paranasal sinuses and mastoid air cells are clear. It is noted that the evaluation of the lower of the paranasal sinuses is somewhat degraded by a metallic artifact in the region of the nose. The bone marrow signal is normal. The vascular flow voids are patent and unremarkable.

**IMPRESSION:**
**THERE IS EVIDENCE OF A SMALL MICROADENOMA ON THE LEFT ANTERIOR LOBE OF THE PITUITARY GLAND AS DESCRIBED. NO OTHER SIGNIFICANT INTRACRANIAL ABNORMALITY IS IDENTIFIED. EVALUATION OF THE PARANASAL SINUSES IS SUBOPTIMAL SECONDARY TO THE PRESENCE OF METALLIC ARTIFACT IN THE REGION OF THE NOSE. HOWEVER, THEY APPEAR TO BE CLEAR.**

Horacio Colón Esteva, M. D.
Neuroradiologist

SAN **JUAN**
**MRI**
**& CT**



1448 AVE. FERNANDEZ JUNCOS, SANTURCE  PUERTO RICO 00909 TEL. (787) 721-7776  (787) 721-7884 FAX. (787) 721-7774
www.sanjuanmri.com

DRA. ROSELYNN L. MARTINEZ OLIVIERI

MEDICINA INTERNA

NAME: MARIA CLEMENTE ROSA

EVALUATION DATE: 3-29-19

CI NUM: 17-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-01

CFSE NUM: 15-15-30917-0

PRESENT ILLNESS

FEMALE PTE REFERRED REPORTED ACCIDENT AT CFSE DUE EXPOSURE TO "DIRTY ENVIROMENT' AT WORK.

(+) CURRENT CHEST TIGHTNESS, SENSITIVITY TO ODORS, DUST EXPOSURE , (+) NASAL CONGESTION, (+) POST NASAL DRIP AND VOICE CHANGES .

PTE USING BRONCHODILATOR > 2 TIMES/ WEEK.

NO RECENT ER SERVICE EVALUATION OR HOSPITAL ADMISSION.

STUDIES

CXR- 2-24-15- NO FOCAL CONSOLIDATIONS

PFT- 2-27-2015- FEV1- 85%

PFT- DONE TODAY –FEV1- 79%

CURRENT TX- ALBUTEROL FFT, FLONASE ( NASAL) , ADVAIR DISKUS 250/50MG

MEDICAL HX- BA

SOCIAL HX- NO SMOKER

ALLERGY- BENADRYL

ROS

HEENT- SEE HPI

RESP- SEE HPI

EXAM

GNL- ALERT, ACTIVE, NO RESPIRATORY DISTRESS

HEENT- SUPPLE NECK, POST NASAL DRIP, PALLOR OF NASAL MUCOSAS , NO NASAL BLEEDING, NO OBSTRUCTION

LUNG- CTA

HEART- RRR

EXT-NO CYANOSIS

NEURO- NO FOCALIZED MOTOR DEFICIT


ASSESSMENT

FEMALE PTE EVALUATED FOR DECISIONS OF TREATMENT/ DISABILITY FOR "EPISODIO DE BRONCOESPASMO".

EVALUATED PROVIDED INFORMATION FROM CI RECORD INCLUDING PFT AND CFSE ENT EVALUATION.

DONE PFT TODAY AND COMPARED WITH PFT DONE AT CFSE.

CFSE CITED PATIENT HX OF BA,  AND DG OF CHRONIC LARYNGITIS AND ALLERGIC RHINITIS SINCE REPORTED AT CFSE.

ACCORDING TO PFT,  PTE COMPLAINTS, CURRENT TX , AND BASED ON PROVIDED INFORMATION, IS NECESSARY TO RELATE DG OF BRONCHIAL ASTHMA EXACERBATION WITH 5% DISABILITY AS SEQUELAE FOR THE REPORTED ACCIDENT AT CFSE.

WILL VERIFY AT PUBLIC HEARING IF CFSE RELATED ALLERGIC RHINITIS DIAGNOSIS .

**ROSELYNN L. MARTINEZ**
SANTA MARIA MALL  11A-3
GUAYNABO, PR
TEL. 787.708.4300 / 787.708.4301



## Visit date 3/29/2019

| | | | |
|---|---|---|---|
| Patient code | 17-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-01 | Age | 57 |
| Surname | CLEMENTE | Gender | Female |
| Name | MARIA A. | Height, in | 63 |
| Date of birth | 1/17/1962 | Weight, lb | 119 |
| Ethnic group | Others | BMI | 21.09 |
| Smoke | No smoker | Pack-Year | |
| Patient group | | | |

## Interpretation

FVC          FEV1          FEV1%

Moderate Restriction

## Best values from all loops

| Parameters | | LLN | ULN | PRE | %Pred | Z-score | POST | %Chg |
|---|---|---|---|---|---|---|---|---|
| FVC | L | 2.59 | 3.93 | **2.00** | 61 | -3.10 | | |
| FEV1 | L | 1.97 | 3.11 | 2.00 | 79 | -1.57 | | |
| FEV1% | % | 68.9 | 88.5 | 100.00 | 127 | 3.58 | | |
| PEF | L/s | 4.64 | 7.95 | 6.02 | 96 | -0.27 | | |

## PRE Trial date 3/29/2019   11:57:52 AM

| Parameters | | LLN | ULN | Pred | PRE # 1 | %Pred | Z-score | PRE # 2 | PRE # 3 | POST#1 | %Pred | %Chg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FVC | L | 2.59 | 3.93 | 3.26 | **2.00** | 61 | -3.10 | | | | | |
| FEV1 | L | 1.97 | 3.11 | 2.54 | 2.00 | 79 | -1.57 | | | | | |
| FEV1/FVC | % | 68.9 | 88.5 | 78.7 | 100.0 | 127 | | | | | | |
| PEF | L/s | 4.64 | 7.95 | 6.29 | 6.02 | 96 | 3.58 | | | | | |
| ELA | Years | | | | | | -0.27 | | | | | |
| FEF2575 | L/s | 1.22 | 3.62 | 2.42 | 57 | 132 | | | | | | |
| FET | s | | | | 3.48 | 75 | 144 | | | | | |
| FIVC | L | 2.59 | 3.93 | 3.26 | 6.00 | 17 | 1.46 | | | | | |
| FEV1/VC | % | 68.9 | 88.5 | 78.7 | 0.99 | 17 | | | | | | |
| | | | | | **1.96** | 60 | -3.19 | | | | | |

BTPS  1.078  28 °C  82.4 °F

## Conclusion / Medical report

Fev1 s 79%

Signature       13353

Instrument used
Spirobank II new S/N Y00125

CIPR CORRECTED MAY 13 '19 PM 02:03

Case:17-03283-LTS   Doc#:13987-1   Filed:08/05/20   Entered:08/05/20 13:52:46   Desc:
Defective Filing re: Maria A. Clemente Rosa   Page 18 of 21

# CITACION A VISTA MEDICA

Conforme a las disposiciones de la Ley del Sistema de Compensaciones por Accidentes del Trabajo, Ley 45 del 18 de abril de 1935, según enmendada, Ley 170 del 12 de agosto de 1988, conocida como Ley de Procedimiento Administrativo Uniforme, y las Reglas de Procedimientos de la Comisión Industrial se notifica para que comparezca:

**Lesionado:**
MARIA A CLEMENTE ROSA
COND ASTRALIS
9546 CALLE DIAZ WAY
APT 311
CAROLINA PR 00979-1464

**Representante Legal:**
LUIS VIDAL ARBONA
PO BOX 192845
SAN JUAN PR 00919-2845

---

**VISTA:**                    **DIRECCION:**   **COMISION INDUSTRIAL (SAN JUAN)**
                                               677 CALLE TENIENTE CESAR L. GONZALEZ
FECHA: 22 de octubre de 2019                   (ANTIGUO TRIBUNAL DE APELACIONES)
HORA: 8:00 AM                                  SAN JUAN PR 00918
SALA: 2
PISO: 2

EXPEDIDA EN San Juan, Puerto Rico, a 13 de septiembre de 2019

Asegurador: CFSE: PO Box 5028 - Santurce PR 00936       **SUBSECRETARIO EJECUTIVO**

---

CASO NUM. CI: 17-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-01            PETICIONARIO:
NUM. CASO CFSE: 15-15-30917-0                MARIA A CLEMENTE ROSA
CAUSAL: TRATAMIENTO E INCAPACIDAD    (CONDICION      PATRONO:
ORGANICA).                                   DEPARTAMENTO DE EDUCACION

---

**Mensajes:** INFORME MEDICO

LA COMISION INDUSTRIAL DE P.R. TIENE NUEVAS FACILIDADES:
AVE. TENIENTE CESAR GONZALEZ #677 HATO REY PR

---

-» La Vista Pública o Médica señalada no se suspenderá, a no ser por justa causa y de no comparecer a la misma, la Comisión Industrial, podrá ORDENAR el archivo del recurso apelativo o fallar el caso en REBELDIA de acuerdo a las disposiciones de Ley. Tiene derecho a estar representado por un abogado de su selección o a comparecer por Derecho Propio, si ello fuere su deseo.
-» De no comparecer al Especialista, la Comisión Industrial podrá ordenar el ARCHIVO de su recurso apelativo por falta de interés.
-» Si se le cita como testigo y no comparece, se le considerará culpable de DESACATO.
-» Traer identificación con foto junto a este original.
-» No se permite traer niños a la Agencia.
-» Toda solicitud para citar testigos (incluyendo los periciales) se radicará por escrito, con no menos de treinta (30) días con antelación a la Vista. El caso no será suspendido por incomparecencia de testigos.
-» Deberá informar cualquier cambio de dirección residencial, postal y número de teléfono.
-» La CIPR es un Tribunal Administrativo use vestimenta adecuada. No podrá entrar a Sala en pantalones cortos o camisas sin mangas.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*USO EXCLUSIVO DE SECCION DE PAGADURIA*

Compareciente:                              CASO C.I. NUM.:17-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-01
MARIA A CLEMENTE ROSA
COND ASTRALIS                               Hora de Entrada:            Hora de Salida:
9546 CALLE DIAZ WAY
APT 311                                     Certificación Ponente:_____
CAROLINA PR 00979-1464
                                            Acompañante/Justificación:_____

Fecha: 22 de octubre de 2019

                                            Firma Autorizada:_____

MARÍA A. CLEMENTE ROSA

CASOS EN EL FONDO: BAJO:(*LA LEY DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO, LEY DE COMPENSACIONES A OBREROS Núm. 45 DE 1935*((1) pág. 251), enmendada por la Núm. 74 de 1940 (pág. 531).

CERTIFICO: YO, MARÍA CLEMENTE ROSA CERTIFICO QUE BAJO (*LA LEY DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO*) (BIGAS vs. COMISIÓN INDUSTRIAL 71 D.P.R. 336), NO HE RECIBIDO COMPENSACIÓN ALGUNA DE PARTE DE (CFSE) POR ESTE CASO, NI POR NINGÚN OTRO CASO DE LA (CFSE).



DIA   MES
MODIFICADO (FIRMA OCS)
FECHA
DIA   MES

AC-45   5031-0
SEGURO DEL ESTADO

MARIA CLEMENTE ROSA

07 CAROLINA

DECISION DEL
ADMINISTRADOR
SOBRE
TRATAMIENTO
MEDICO

**PARA USO DE LOS OFICIALES DE COMPENSACION**

| BATCH | | CASO NUMERO | | | | | d/b | CLAVE T. | |
|---|---|---|---|---|---|---|---|---|---|
| | AÑO | DISF. | NUMERO | | | | | TRANS. | |

ABR-09-90      ENE-17-62

F

CLAVE DE COMP. | ALTA TRABAJAR | | RECIDIVA | | | ALTA DEFINITIV
COMP. DISF. PAT. | AÑO MES DIA | | AÑO MES DIA | | AÑO MES

**PARA SER CUMPLIMENTADO POR EL MEDICO O ENCARGADO DE DISPENSARIO O CLINICA**

L
E
S
I
O
N
A
D
O

CALLE 4-BLOQ. D-13-QUINTAS DE
CANOVANAS,P.R.00629

DISP.   FECHA DE ACC.   ☐ FONDO DE   ☐ SUBROGACION   ☐ OBRER
AÑO MES DIA   ANTICIPO   MIGRA

REGION ANATOMICA AFECTADA O CONDICION TRATADA POR LA CUAL ES DADO DE ALT
(VEASE INSTRUCCIONES AL DORSO)

P
A
T
R
O
N
O

DEPTO. DE INST. PUB.
HATO REY,P.R. BOX 759

IRA.   hearing LOOSINGRELACIONADO

2DA.

POR LA PRESENTE, Y DE ACUERDO CON LA LEY DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO (LEY NUM. 45 DEL 18 DE ABRIL DE 1935) SEGUN HA SIDO
SUBSIGUIENTEMENTE ENMENDADA, SE DETERMINA SOBRE EL ASPECTO MEDICO DE ESTE CASO LA SIGUIENTE DECISION:

☒ 1. EL LESIONADO FUE EXAMINADO POR PRIMERA VEZ EN EL DIA DE HOY **10** DE **ABRIL** DE 19 **90**
   ☒ a.   CONTINUARA RECIBIENDO TRATAMIENTO MEDICO EN   ☐ DESCANSO   ☒ C.T. (MIENTRAS TRABAJA)
   ☐ b.   SE DETERMINA DARLO DE ALTA DEFINITIVA EFECTIVA EL   DE   DE 19
   ☐ c.   VEASE ALTERNATIVA NUMERO

☐ 2. HABIENDO EL LESIONADO RECIBIDO EL MAXIMO BENEFICIO DE TRATAMIENTO, SE DETERMINA DARLO DE ALTA DEFINITIVA EL DIA
   DE   DE 19   ☐ CURADO   ☐ SIN INCAPACIDAD   ☐ CON INCAPACIDAD
   (La Decisión del Administrador con el grado de Incapacidad para este caso le será notificada oportunamente).

☐ 3. EL LESIONADO FUE EXAMINADO EN EL DIA DE HOY, A PARTIR DEL   DE   DE 19   SE
   AUTORIZA CAMBIO PARA CONTINUAR RECIBIENDO TRATAMIENTO MEDICO EN   ☐ DESCANSO   ☐ C.T. (MIENTRAS TRABAJA).

☐ 4. LUEGO DE EVALUADO EL CASO SE DETERMINA DARLO DE ALTA DE TRATAMIENTO MEDICO EFECTIVO EN
   DE   DE 19   LA DECISION FINAL DEL ADMINISTRADOR SOBRE NO RELACION LE SERA NOTIFICADA
   OPORTUNAMENTE. EL LESIONADO PODRA CONTINUAR TRATAMIENTO MEDICO EN FACILIDADES FUERA DEL FONDO DEL SEGURO DEL ESTADO.

☐ 5. EL LESIONADO HABIA SIDO DADO DE ALTA EL   DE   DE 19   LUEGO DE LA
   REEVALUACION MEDICA PRACTICADA SE DETERMINA:
   ☐ a.   NO SE JUSTIFICA EL REANUDAR EL TRATAMIENTO MEDICO (RECIDIVA)
   ☐ b.   REANUDAR TRATAMIENTO MEDICO (RECIDIVA) EN   ☐ DESCANSO   ☐ C.T. (MIENTRAS TRABAJA) A
      PARTIR DEL   DE 19
   ☐ c.   DARLO DE ALTA DEFINITIVA: EL DIA   DE   DE 19   ☐ SIN INCAPACIDAD   ☐ CON INCAPACIDAD
      (La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente).
   ☐ d.   CONFIRMAR LA DECISION DADA ANTERIORMENTE

☐ 6. EL CASO FUE DEVUELTO POR LA HON. COMISION INDUSTRIAL A LA JURISDICCION DEL FONDO DEL SEGURO DEL ESTADO. LUEGO DE
   EXAMINADO EL MISMO SE DETERMINA EL SIGUIENTE STATUS:
   ☐ a.   ☐ DESCANSO   ☐ C.T. (MIENTRAS TRABAJA) A PARTIR DEL   DE   DE 19
      ☐ EVALUACION   ☐ EN TRATAMIENTO   ☐ MIENTRAS SE EFECTUA EVALUACION   ☐ EN TRATAMIENTO
   ☐ b.   DARLO DE ALTA DEFINITIVA: EL DIA   DE   DE 19   ☐ SIN INCAPACIDAD   ☐ CON INCAPACIDAD
      (La Decisión del Administrador con el grado de Incapacidad para este caso le será notificado oportunamente).
   ☐ c.   CONFIRMAR LA DECISION DADA ANTERIORMENTE

☐ 7. LUEGO DE LA EVALUACION MEDICA PRACTICADA SE DETERMINA QUE NO HAY EVIDENCIA DE LESION O ENFERMEDAD OCUPACIONAL, POR LO CUAL
   SE DA DE ALTA A PARTIR DEL   DE   DE 19   LA DECISION FINAL DEL
   ADMINISTRADOR SOBRE NO COMPENSABILIDAD LE SERA NOTIFICADA OPORTUNAMENTE.

☐ 8. ES UN OBRERO MIGRANTE BAJO CONTRATO DE EMPLEO APROBADO POR EL SECRETARIO DEL TRABAJO DE PUERTO RICO, ACOGIDO A LOS
   BENEFICIOS DE LA LEY NUM. 77 DEL 23 DE JUNIO DE 1958 Y DEL ARTICULO 1 DE LA LEY 54 DEL 13 DE JULIO DE 1978. HA SIDO DADO DE ALTA DE
   TRATAMIENTO MEDICO EL   DE   DE 19   (NOTIFIQUESE CON COPIA DE ESTA DECISION AL
   DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS).
   OBSERVACIONES:

SR. ALBERTO O. BACO                                DR. WALTER RAMOS
_____                        _____
Administrador                                       Firma del Médico o Funcionario Autorizado

CERTIFICO: Que en el día de hoy he entregado y notificado con copia de esta Decisión al Lesionado, en _____, Puerto Rico.

_____                        _____
Firma del Funcionario                               Firma del Lesionado

CERTIFICO: QUE HE ENVIADO COPIA DE ESTA DECISION AL   NOTIFICACION   4-5-90
_____ ABOGADO LIC.            ☐ LESIONADO   Fecha   ☐ PATRONO A LA DIRECCION ARRIBA INDICADA Y A SU
Nombre y Cargo Oficial                                              DIRECCION EN:
                                                    _____
_____                         Secretario
Fecha de Notificación                               _____
                                                    Secretario Auxiliar

ADVERTENCIA: EL PATRONO DEBERA ACTUAR A TENOR CON LO INDICADO EN ESTE FORMULARIO UNA VEZ LO RECIBA O EL LESIONADO LE PRESENTE COPIA DE ESTA DECISION.
PATRONO:   EL OBRERO O EMPLEADO PODRA REQUERIR DE SU PATRONO LA REINSTALACION EN SU TRABAJO A TENOR CON LO PROVISTO EN EL ARTICULO 5A DE LA LEY
           DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO.

LESIONADO:   LA LEY DE COMPENSACIONES POR ACCIDENTES DEL TRABAJO EN EL ARTICULO 10, DISPONE QUE TODA DECISION DEL ADMINISTRADOR PODRA APELARSE ANTE LA
             COMISION INDUSTRIAL DENTRO DE LOS TREINTA (30) DIAS DESPUES DE NOTIFICADA. LOS HONORARIOS QUE FIJE LA HON. COMISION INDUSTRIAL SERAN LOS
             UNICOS QUE PODRIA PERCIBIR EL ABOGADO DEL APELANTE POR PRESTAR SUS SERVICIOS Y LOS MISMOS SERAN PAGADOS POR EL FONDO DEL SEGURO DEL ESTADO.

LESIONADO

CLEMENTE ROSA, MARIA A.

CONDOMINIO ASTRALIS 9546

CALLE DIAZ WAY APT. 311 TORRE # 6

CAROLINA, PUERTO RICO 00979

CLAIM # 139834

 

U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
JUL 29, 20
AMOUNT

**$2.20**

1000        00918        R2304M113553-09

RECEIVED & FILED
2020 AUG -4  AM 7: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria (Clerk's Office)

Tribunal de Distrito de los Estado Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

CLAIM # 139834