UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

In re:

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | (Jointly Administered) |
| Debtor. | |

-------------------------------------------------------------x

| | |
|---|---|
| CORTLAND CAPITAL MARKET SERVICES LLC et al., | Adv. Proc. No. 19-396-LTS |
| Plaintiffs, | |
| -v- | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO | |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

et al.,

       Defendants.

-------------------------------------------------------------x

SISTEMA DE RETIRO DE LOS EMPLEADOS
DE LA AUTORIDAD DE ENERGIA
ELECTRICA,              Adv. Proc. No. 19-405-LTS

       Plaintiff,

  -v-

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO
RICO et al.,

       Defendants.

-------------------------------------------------------------x

### ORDER SETTING DEADLINE FOR FURTHER STATUS REPORT
### REGARDING THE COVID-19 PANDEMIC AND THE 9019 MOTION

    The Court has received and reviewed the *Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion* (Docket Entry No. 2111 in Case No. 17-4780, the "Status Report"), wherein the Government Parties,[2] inter alia, request permission to provide the Court an updated status report on or before September 25, 2020.

    The Government Parties' request is granted as set forth herein.  The Government Parties shall file a further status report providing an update on PREPA's financial condition and proposing next steps with respect to the 9019 Motion and the Adversary Proceedings on or before September 25, 2020.

    SO ORDERED.

Dated: August 5, 2020

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                    United States District Judge

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Status Report.