UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

**DECLARATION OF ATARA MILLER IN SUPPORT OF MOVANTS'
CONSOLIDATED SUPPLEMENTAL REPLY IN SUPPORT OF
MOVANTS' REVENUE BOND LIFT STAY MOTIONS**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- 2 -

I, Atara Miller, hereby declare, pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm Milbank LLP, counsel to Ambac in the above-captioned proceedings. I am admitted *pro hac vice* to practice before this Court in the Proceedings.

2. I submit this declaration in support of *Movants' Consolidated Supplemental Reply in Support of Movants' Revenue Bond Lift Stay Motions*.

3. Attached hereto as Exhibit 62 is a true and correct copy of the Reorg Research article titled, "Vázquez Proposes Constitutional Referendum in November to Prioritize Pension Payments; Measure One of Several Bills to Be Considered During Special Session," Reorg.com, July 20, 2020.

I declare, under penalty of perjury, that the foregoing statements are true and correct.

Executed:    New York, New York
                  August 5, 2020

                                         /s/ *Atara Miller*