# **EXHIBIT A**

# FY2021 General Fund Submission to the Legislature

June 10, 2020



# FY21 Budget highlights

- Budget is consistent with the Certified 2020 Fiscal Plan per PROMESA Section 202 (c)

- One-year delay of most agency rightsizing measures in order to focus on efficiencies and cost reduction through agency consolidation, creation of the Office of the Chief Financial Officer (OCFO), Medicaid reform, enhancing tax compliance and optimizing taxes/fees, and reforming the Island's pension systems

- Provides budget incentives tied to the achievement of certain critical milestones

- Improves the capacity of the government through targeted investments in Health, Education, and technology as well as strategic capital investments in hospitals, correctional intuitions, ports, public safety equipment, and other infrastructure

- Maintains funding of critical services such as Education, Health, Public Safety, Corrections, Economic Development, and Social Welfare

- Prioritizes implementation of reforms designed to promote focus of finite Government resources on front-line service delivery including Education, Health, Public Safety, Corrections and Rehabilitation, and Economic Development and Commerce

- Delays previously scheduled reductions in subsidy levels to University of Puerto Rico (UPR) and municipalities

- Adequately meets requirements for consent decrees for Police, Corrections, ASSMCA, Education, and Clean Water Act

# FY21 General Fund Budget increases primarily due to targeted investments and items previously classified as Special Revenue Funds ("SRF")



1. In December 2019, the Further Consolidated Appropriations Act was passed, which provided supplemental federal funding to Puerto Rico's Medicaid program. The additional federal funds reduced the Commonwealth's Medicaid obligation in FY21
2. In FY20, the Commonwealth repaid Federal Funds that were deposited at GDB
3. In FY20, these items were included in the Special Revenue Funds

# 71% of the General Fund Budget is allocated to Education, Public Safety, Health, Economic Development and Pension payments

| Other | |
|---|---|
| Municipalities | $228 |
| Independent Agencies | 180 |
| Public Works | 114 |
| Justice | 89 |
| Environmental | 66 |
| FOMB | 58 |
| Transparency & Control | 46 |
| Other | 156 |
| **Total Other** | **$937** |

| Economic Development | |
|---|---|
| Tech Investment | $450 |
| HTA appropriations | 281 |
| Rum Distribution | 212 |
| Economic Incentives | 86 |
| Agriculture | 78 |
| Econ. Dev. Agencies | 33 |
| **Total Econ Dev** | **$1,140** |

| Individual Appropriations | |
|---|---|
| FEMA Cost Share | $213 |
| Emergency Reserve | 130 |
| Title III Legal Fees | 88 |
| Unallocated CapEx | 20 |
| Other | 40 |
| **Total Approp.** | **$491** |

### FY21 Expenditures in General Fund Budget [1,2]
$ in millions

**Total Expenses = $10.05 Billion**



Pie chart: Education 20%, Health 10%, Public Safety 11%, Individual Appropriations 5%, Courts 4%, Corrections 4%, OCFO 3%, Families 3%, Economic Development 11%, Paygo 20%, Other 9%

1. Amounts in Hacienda and OMB Custody were reclassified into their respective agencies for presentation purposes. See page 15 for detail on the Custody accounts
2. Budgets are shown net of PayGo pension costs which are allocated to each agency in the budget resolutions
3. An additional $15m for public school nurses is included in Education
4. Healthcare investment also includes a $20 scholarship fund for healthcare students

| Education | |
|---|---|
| K-12 Education | $1,383 |
| UPR Subsidy | 560 |
| UPR Scholarship | 43 |
| DOE Backpay | 23 |
| Budget Incentives | 17 |
| Other Universities | 7 |
| **Total Education** | **$2,033** |

| Health | |
|---|---|
| Dept. of Health | $210 |
| Healthcare Invest.[3,4] | 210 |
| Mental Health | 83 |
| Other | 35 |
| **Subtotal** | **$638** |
| Medicaid Contribution | 324 |
| **Total Health** | **$962** |

| Public Safety | |
|---|---|
| Police Department | $971 |
| Fire Department | 64 |
| Dept. of Public Safety | 22 |
| Emergency Medical Corp | 21 |
| Forensic Sciences | 14 |
| Emergency & Disaster | 6 |
| Special Investigations | 4 |
| **Total Public Safety** | **$1,102** |

# The FY21 Budget Resolution was submitted to the Legislature on June 10, 2021

| Status | Next Steps | Responsibility | Provide to | Date |
|---|---|---|---|---|
| ✓ | Oversight Board submits Budget Notice of Violation to the Governor | Oversight Board | Governor | June 1 |
| ✓ | Government to provide revised Commonwealth budgets | Governor | Oversight Board | June 7 |
| ✓ | Oversight Board submits General Fund budget resolution to Legislature<br><br>Oversight Board submits non-General Fund budget to Governor | Oversight Board | Legislature Governor | June 10 |
| | Legislature submits proposed General Fund budget | Legislature | Oversight Board | June 24 |
| | Oversight Board approves General Fund budget or issues Notice of Violation to Legislature | Oversight Board | Legislature | June 26 |
| | Legislature submits revised General Fund budget to Oversight Board | Legislature | Oversight Board | June 28 |
| | Oversight Board issues compliance certificate to Governor/Legislature or Oversight Board submits compliant budget to Governor/Legislature | Oversight Board | Legislature/Governor | June 30 |