# EXHIBIT 1

## TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS
## FROM JUNE 3 THROUGH JULY 31, 2020

|  | **CASE INFORMATION** | **MOVANT** | **DEBTOR** | **BRIEF DESCRIPTION OF THE MODIFICATION** | **STIPULATION DATE** |
|---|---|---|---|---|---|
| 1. | *Delfina López Rosario et als. v. Policía de Puerto Rico et als.*<br><br>Puerto Rico Commission for Appeals of Public Service<br><br>Case No. 2001-10-0372<br><br>Employment action | Plaintiffs in Delfina López Rosario et als. v. Policía de Puerto Rico et als. | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to final judgment before CASP, the Puerto Rico Court of Appeals, and the Supreme Court of Puerto Rico; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages, backpay, and provisional remedies against the Commonwealth or any other Title III Debtor. | June 9, 2020 |
| 2. | *Pedro Acevedo Estrada v. Director Administrativo de los Tribunales*<br><br>Personnel Board of the Judicial Branch<br><br>Case No. A-17-08<br><br>Employment action | Pedro Acevedo Estrada | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to the entry of an administrative judgment or resolution before the Personnel Board, including the final resolution of any appeal thereof, and for the enforcement of any judgment or order reinstating Movant to his prior employment; provided, however, that the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment or resolution and for any claims for back pay, money damages and provisional remedies against the Commonwealth or any other Title III Debtor. | June 23, 2020 |

1