# EXHIBIT 2

# TITLE III STAY MODIFICATIONS AGREED TO BY PBA

A. <u>Description of Title III Stay Modification</u>[1]

As of July 31, 2020, the Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed before the Appellate Board of PBA (Junta de Apelaciones de la Autoridad de Edificios Públicos), through final resolution or judgment, including any appeal rights parties may have (a "<u>Disposition</u>"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement and reclassification, it shall not be subject to any challenge based on the application of the automatic stay; <u>provided</u>, <u>however</u>, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against PBA or any other Title III Debtor.

|   | **PREPETITION ACTION** | **MOVANT** | **DEBTOR** |
|---|---|---|---|
| 1 | *Cedonio Crespo Sepúlveda v. PBA*<br><br>Case No. (consolidated) JA-12-022, JA-12-023, JA-12-034, JA-13-002, JA-13-005, JA-16-001<br><br>Appellate Board of PBA | Cedonio Crespo Sepúlveda | PBA |
| 2 | *Martiza Resto Cruz v. PBA*<br><br>Case No. JA-12-031<br><br>Appellate Board of PBA | Martiza Resto Cruz | PBA |
| 3 | *Antonio Hernández Mercado v. PBA*<br><br>Case No. JA-15-10<br><br>Appellate Board of PBA | Antonio Hernández Mercado | PBA |
| 4 | *Héctor R. Martínez Solís v. PBA*<br><br>Case No. JA-08-21<br><br>Appellate Board of PBA | Héctor R. Martínez Solís | PBA |
| 5 | *Luz C. Delia Cruz v. PBA*<br><br>Case No. JA-13-003<br><br>Appellate Board of PBA | Luz C. Delia Cruz | PBA |

---

[1] Capitalized terms used herein that are not otherwise defined shall have the meaning given to them in the *Debtors' Seventeenth Omnibus Motion for Approval of Modifications to the Automatic Stay*.

"Prepetition Action" shall mean the action identified in the column, "Prepetition Action."

1

| | PREPETITION ACTION | MOVANT | DEBTOR |
|---|---|---|---|
| 6 | *Anderson González Contreras v. PBA* <br><br> Case No. JA-17-001 <br><br> Appellate Board of PBA | Anderson González Contreras | PBA |
| 7 | *Gloria Martínez Calderón v. PBA* <br><br> Case No. JA-12-028 <br><br> Appellate Board of PBA | Gloria Martínez Calderón | PBA |
| 8 | *Karen E. López Pérez v. PBA* <br><br> Case No. JA-19-001 <br><br> Appellate Board of PBA | Karen E. López Pérez | PBA |
| 9 | *Luz C. Deliz Cruz v. PBA* <br><br> Case No. JA-15-017 <br><br> Appellate Board of PBA | Luz C. Deliz Cruz | PBA |
| 10 | *Nilsa Cotto Ramos v. PBA* <br><br> Case No. JA-15-006 <br><br> Appellate Board of PBA | Nilsa Cotto Ramos | PBA |
| 11 | *Miguel González Vargas v. PBA* <br><br> Case No. JA-12-021 <br><br> Appellate Board of PBA | Miguel González Vargas | PBA |
| 12 | *Alberto Quirós Gómez v. PBA* <br><br> Case No. JA-12-026 <br><br> Appellate Board of PBA | Alberto Quirós Gómez | PBA |
| 13 | *Rubén García Acevedo v. PBA* <br><br> Case No. JA-15-011 <br><br> Appellate Board of PBA | Rubén García Acevedo | PBA |
| 14 | *Víctor de la Cruz Castellanos v. PBA* <br><br> Case No. JA-17-002 <br><br> Appellate Board of PBA | Víctor de la Cruz Castellanos | PBA |
| 15 | *Vivian Rosario Guzmán v. PBA* <br><br> Case No. (consolidated) JA-15-004, JA-15-005, JA-15-007 <br><br> Appellate Board of PBA | Vivian Rosario Guzmán | PBA |