Replica Objeción Global

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 AUG -7 PM 5: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Re: Reclamación de Objeción Global establecida por el Tribunal el 12 de diciembre del 2019, referente a la solicitud de dinero no pagado por el Estado Libre Asociado de Puerto Rico.

\# caso 17 BK 03283-LTS
Deudor: Commonwealth of Puerto Rico
\# reclamación 46685 – Monto de reclamación alegado $20,000

Además de esta reclamación (46685), también hago referencia a otras leyes aprobadas relacionadas a alzas salariales a empleados públicos, en mi caso, Departamento de Educación de Puerto Rico, que no me fueron otorgadas y que, junto a los intereses devengados, de dicha alza salarial, hubieran repercutidos en el porciento de mi pensión de jubilación, la cual sería más alta que la otorgada actualmente. Leyes tales como: ley 96 del 1 de junio del 2002, ley 164 del 22 de julio de 2003, Demanda de clase 1703283, ley 34-180- 3 porciento del costo de vida anual (Roselló), y PASOS Escala Salarial (Programa de Consejería Escolar del Departamento de Educación de Puerto Rico).

Nombre: Lorraine Colón Cruz
Nueva Dirección: 3 Villa Frances, Juana Díaz, Puerto Rico 00795
Numero de Seguro Social: xxx-xx-2278

Secretaría (*Clerk's Office*):

El tribunal no puede declarar a lugar la Objeción Global en relación con mis reclamos, con base al derecho y hechos de dinero no pagado por el Estado Libre Asociado de Puerto Rico, mientras era empleada del Sistema de Educación Pública de Puerto Rico durante los años en que se firmaron dichas leyes.

Me opongo a dicha objeción de la Ley PROMESA. Evidencia del derecho son los años trabajados durante las fechas en que fueron efectivas dichas leyes y que mi cobijaban desde ese entonces, hasta la fecha de mi jubilación (diciembre 2019).

Quisiera expresar que la evidencia para mi reclamo, y derecho, de ser amparada bajo la ley PROMESA no pudo ser sustentada antes debido a cambio de dirección residencial, afectando que pudiera recibir los documentos necesarios para llevar a cabo los procesos de objeción, añadido a los sismos ocurridos en Puerto Rico, seguido de la pandemia del COVID-19, y el cierre de las dependencias gubernamentales de la isla, por orden de la Gobernadora Wanda Vázquez Garced. Esto limitó sustancialmente que pudiera completar este proceso, antes de esta fecha. Aún hoy, continúo afectada por temor a un contagio de COVID-19, en mi carácter personal y familiar. Gracias a que pude comunicarme con *Prime Clerk,* pude orientarme y llevar a cabo todo este proceso aquí expuesto.

Adjunto los siguientes documentos que evidencian estos reclamos:

1. Certificación expedida por la Junta de Maestros de Puerto Rico
2. Certificación de Tiempo y Valor Monetario Sistema de Retiro para Maestros

Comencé a trabajar en el Departamento de Educación de Puerto Rico desde octubre del 1988 hasta diciembre del 2019. Favor de enmendar mis reclamaciones con la evidencia aquí presentada.

De necesitar información adicional, favor de comunicarse con la que suscribe al 787-370-3313 o por correo electrónico a lorrainecc@yahoo.com.

Con gracias anticipadas,

*[signature]*

Lorraine Colón Cruz
787-370-3313
lorrainecc@yahoo.com