

GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de **Lorraine Colon Cruz**, con número de seguro social que termina en **2278**

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **21 de diciembre de 2019** |
| **Tiempo Cotizado para la Pensión** | **30 años, 1 mes** |
| **Pensión Mensual Inicial** | **$2,460.01** |
| **Pensión Mensual Actual** | **$2,460.01** |

Esta certificación se expide hoy, **3 de agosto de 2020** en **San Juan, Puerto Rico**.

*Cynthia Sanjurjo Santos*
**Supervisora**
**Centro de Contacto**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787 777 1414    787 764 6910    www.srm.pr.gov



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

# GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

JAN 13 2020

## CERTIFICACION DE TIEMPO Y VALOR MONETARIO

| Nombre del Participante | LORRAINE COLON CRUZ |
|---|---|
| Seguro Social | XXX-XX-2278 |

### ANALISIS

Fecha tentativo de Retiro: 31 de diciembre de 2019

**ENMENDADA**

Sueldo: $ 3,336.67

| | |
|---|---|
| Tiempo acreditado noviembre 2019: | 29 años, 2 meses, 0 semanas 4 días |
| Tiempo que cotizará a diciembre 2019: | 1 meses |
| Total de tiempo cotizado a diciembre 2019 | 29 años, 3 meses, 0 semanas 4 días |

Tiempo necesario para acogerse a los beneficios de Retiro: 10 meses 0 semanas, 0 días

Costo mensual aportación de retiro basado en el sueldo del empleado: $ 300.30
Valor monetario: $3,003.00

### Observación:
Participante solicitó comprar tiempo con el balance de sus vacaciones a diciembre de 2019

A diciembre 2019 con la compra de tiempo tendrá 30 años, 1 meses, 4 días.

### Pensión aproximada al 75% $2,460.18

| Preparado por: | Aprobado por: |
|---|---|
| Yolanda Pérez Colón<br>Supervisora Trámite de Pensiones<br>Área de Servicios de Retiro 13/enero/20 | Evelyn Vazquez Velázquez<br>Directora<br>Área de Servicios de Retiro |

Fecha: 09 de enero de 2020

Yesenia Y. Nieves Sierra

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

☎ 787.777.1414     🖷 787.759.2883     www.srm.pr.gov

