Lowraine Colón Cruz
Villa Frances #3
Juana Díaz, Puerto Rico
00795



RECEIVED & FILED
2020 AUG -7 PM 5:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

U.S. POSTAGE PAID
FCM LETTER
JUANA DIAZ, PR
00795
AUG 04, 20
AMOUNT
$6.95
R2303S104071-05

00918



7019 1120 0001 1728 7155

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico, 00918-1767