Replica Objeción Global

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 AUG -7 PM 5:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Re: Reclamación de Objeción Global establecida por el Tribunal el 12 de diciembre del 2019, referente a la solicitud de dinero no pagado por el Estado Libre Asociado de Puerto Rico.

# caso 17 BK 03283-LTS
Deudor: Commonwealth of Puerto Rico
# reclamación ~~46685~~ 46708 – Monto de reclamación alegado $20,000

Nombre: Gladys Cruz García
Dirección: Urbanización Jacaguax, calle 2 número 11, Juana Díaz, Puerto Rico 00795
Numero de Seguro Social: xxx-xx-6441

Secretaría (*Clerk's Office*):

El tribunal no puede declarar a lugar la Objeción Global en relación con mis reclamos, con base al derecho y hechos de dinero no pagado por el Estado Libre Asociado de Puerto Rico, mientras era empleada del Sistema de Educación Pública de Puerto Rico durante los años en que se firmaron dichas leyes.

Me opongo a dicha objeción de la Ley PROMESA. Evidencia del derecho son los años trabajados durante las fechas en que fueron efectivas dichas leyes y que mi cobijaban desde ese entonces, hasta la fecha de mi jubilación (enero 1990).

Quisiera expresar que la evidencia para mi reclamo, y derecho, de ser amparada bajo la ley PROMESA no pudo ser sustentada antes debido a no recibí por correo parte de la información y los documentos necesarios para llevar a cabo los procesos de objeción, añadido a los sismos ocurridos en Puerto Rico, seguido de la pandemia del COVID-19, y el cierre de las dependencias gubernamentales de la isla, por orden de la Gobernadora Wanda Vázquez Garced. Esto limitó sustancialmente que pudiera completar este proceso, antes de esta fecha. Aún hoy, continúo afectada por temor a un contagio de COVID-19, en mi carácter personal y familiar.

Gracias a que pude comunicarme con *Prime Clerk,* pude orientarme y llevar a cabo todo este proceso aquí expuesto.

Adjunto el siguiente documento que evidencian estos reclamos:

1. Certificación expedida por la Junta de Maestros de Puerto Rico

Comencé a trabajar en el Departamento de Salud de Puerto Rico en el 1958 aproximadamente, y luego en el Educación de Puerto Rico desde hasta enero del 1990, fecha de mi jubilación. Favor de enmendar mis reclamaciones con la evidencia aquí presentada.

De necesitar información adicional, favor de comunicarse con la que suscribe al 787-837-4671 o por correo electrónico a lorrainecc@yahoo.com.

Con gracias anticipadas,

*Gladys Cruz García*
Gladys Cruz García
787-837-4671
lorrainecc@yahoo.com