# GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de **Gladys Cruz Garcia**, con número de seguro social que termina en **6441**

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **18 de enero de 1990** |
| **Tiempo Cotizado para la Pensión** | **31 años, 10 meses** |
| **Pensión Mensual Inicial** | **$919.84** |
| **Pensión Mensual Actual** | **$1,132.91** |

Esta certificación se expide hoy, **3 de agosto de 2020** en **San Juan**, **Puerto Rico**.

*Cynthia Sanjurjo Santos*
**Supervisora**
**Centro de Contacto**



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

( 787.777.1414      787.764.6910     www.srm.pr.gov