Gladys Cruz Varela
Urb. Jacaguax C-2 #11
Juana Diaz, Puerto Rico
00795-1503

RECEIVED & FILED
2020 AUG -7 PM 5: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

U.S. POSTAGE PAID
FCM LETTER
JUANA DIAZ, PR
00795
AUG 04, 20
AMOUNT
$6.95
R2303S104071-05



CERTIFIED MAIL
7019 1120 0001 1728 7131

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico, 00918-1767