

Ms. Irma Soto
PO Box 2517
oca, PR 00676-2517

**CERTIFIED MAIL**™

7012 1010 0000 4991 8760



2020 AUG -7 PM 5:23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerks Office
U.S. District Court - Puerto Rico
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767