28 de julio de 2010

RECEIVED & FILED
2020 AUG -7 PM 5: 26
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

A: Secretaría del Tribunal de Distrito de los Estados Unidos,

a la Junta de Supervisión

y al Comité de Acreedores.

Caso: 17 BK 03283-LTS Ley Promesa

DE: Reclamante Leila W. Rodriguez Olivo

Numero de reclamante: 101422

Asunto: Actualización de la información requerida a esta suscriptora en relacionada al "Claim Proof" en los casos del Título III.

Estimados señores(as),

Con relación a la reclamación, por parte de la suscribiente, en el caso numero 17 BK 03283-LTS:

Informo lo siguiente, trabaje por más de 19 años para la Policía de Puerto Rico, como agente del orden público. El día 26 de julio del 2020, recibí a través de un correo electrónico enviado a mi cuenta en el portal de la Administración de los Sistemas de Retiro, "Mi Retiro", dos documentos con los nombres de: "ESTADO DE CUENTA ESTIMADO", y "CERTIFICACION DE BALANCE DE APORTACIONES ESTIMADO," estos documentos habían sido requeridos por mí en el pasado por más de una ocasión.

Al revisar dichos documentos, los que esperaba para adjuntarlos a mi información que ya posee Prime Clerk, me percate de que la información contenida en estos era incorrecta.

Luego de haber realizado varios intentos de comunicarme con la Administración de los Sistemas de Retiro, el lunes 27 de julio del 2020 a los teléfonos 787-777-1700, 787-777-1500, y al 787-722-0101, no me pude comunicar.

Ese mismo día 27 de julio del 2020, le envié, a la Administración de los Sistemas de Retiro, una "solicitud de servicios", a través de su dirección electrónica para este fin a: https://retiro.pr.gov, en el enlace "Ayuda para Servicio en Línea".

Allí escribí una breve explicación de lo ocurrido con los dos documentos, junto a mi número de teléfono, y copia de una identificación con foto. Al momento en que transmití la información, recibí un mensaje de este sistema que leía: "La solicitud ha sido enviada" "En breve su solicitud será atendida".

28 de julio de 2020- Recibí a través de email respuesta a mi "solicitud de servicio".

En este email, indica la Sra. Elba Rivera Estrada, que dicho balance, (el cual indique que estaba erróneo), no me correspondía porque yo ya estaba disfrutando de mi pensión.

Le he enviado otro email pidiéndole la oportunidad de comunicarme con ella vía teléfono y poder aclarar todo lo relacionado a la "Carta de certificación de balance", ya que mi pensión es por "Ley 70 del 2010", Ley del Programa de Incentivos, Retiro y Readiestramiento" y no por Retiro regular.

Al momento del envío de esta carta, aún no he recibido respuesta por parte de la Administración de los Sistemas de Retiro a esta petición.

Quiero hacer constar que, debido a mis serios problemas de salud, la situación con el Covid-19 y por encontrarme residiendo en el Estado de la Florida, se me hace imposible trasladarme hasta Puerto Rico.

Por esta razón, y preocupada por no poder conseguir la información que Prime Clerk me solicita, le solicite a una amiga que reside en Puerto Rico que fuera a las oficinas de la Administración de los Sistemas de Retiro, y que, en mi representación, y debidamente identificada, tratara de conseguir la información que necesito.

El día 20 de julio de 2020, mi representante se presenta a dichas oficinas.

Me narra que luego de esperar por algún empleado que le atendiera en las afueras del edificio, (por el Covid-19), se presentó una dama, quien se identificó como empleada de ese lugar y que su nombre era María Jiménez. Esta persona le indico a mi representante, al ella tratar de explicarle su situación, (lo que nunca pudo hacer), que "ellos" se encontraban trabajando "remoto", y que toda duda o situación tenía que ser realizada a través del portal de la administración o por teléfono.

Por estas razones no he podido enviar los documentos solicitados y necesito saber que curso de acción tomar y si se me puede ofrecer más tiempo para que la Administración de Retiro me facilite dicha documentación. Cualquier duda o pregunta al respecto se pueden comunicar conmigo al (352) 426-142

Cordialmente,

*[firma]*

Leila W. Rodriguez Olivo

PO Box 771371

Ocala, FL, 34477