Leila W. Rodriguez
P.O. Box 771371
Ocala Fl 34477

Secretaria (clerk's office)
Tribunal de Distrito de los EE.UU.
Room 150 Federal Building
San Juan Puerto Rico 00918-1767
A/A: Martin J. Bienenstock