Reynaldo Saldaña Gonzalez
HC05 Box 5957
Juana Diaz, Puerto Rico
00795



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767