Proof of Claim: <CLAIM NUMBER> 22835 / 126954
Claimant: >CLAIMANT NAME< Theresa Muñoz Colon

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide <u>more</u> information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ☒ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

    _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ☒ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
Departamento de Educacion - Ma. ingles nivel Elem. K-6 en su Zuilo Gracia, ofic Regional Educ. Ponce P.R. ELA.

3(b). Identify the dates of your employment related to your claim:
Desde el 13 de agosto de 1992 hasta el Presente

3(c). Last four digits of your social security number: 0797

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary). Ley 89-1995, Ley 134-1996, Ley 96-2002, Ley 164-2003, Ley 164-2004, Ley 109-2005

4. Legal Action  Does your claim relate to a pending or closed legal action?
- ☒ No
- ☐ Yes

4(a). Identify the department or agency that is a party to the action. ___D/A___

4(b). Identify the name and address of the court or agency where the action is pending: ___D/A___

4(c). Case number: ___D/A___

4(d). Title, Caption, or Name of Case: ___D/A___

4(e). Status of the case (pending, on appeal, or concluded): ___D/A___

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? ___D/A___

RECLAMANTE: Theresa Muñoz Colón

NÚMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NÚMERO DE RECLAMACION: 82283 & 126954

Numero de celular: 787-487-9363

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 13 de Agosto de 1992 hasta el Presente de ___ de ___ como MA. Inglés - Nivel Elemental K-6 en su Zoilo Gracia Ofic. Reg. Educativa de Ponce, P.R. ~~de la Puerto Rico Telephone Company~~ - ELA.

~~1. Ley 89 – julio 1995 – ROMERAZO    CANTIDAD $~~

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Theresa Muñoz Colón
Nombre en letra de molde

Theresa Muñoz Colón
Firma y fecha

Cantidad Adeudada

① Ley 89 - Julio 1995 - Romerazo — $30,000.00
② Ley 134 - 1996 - Aport. Acum. Retiro — $28,000.00
③ Ley 96 - Julio 2002 - Aumento Sueldo — $21,600.00
④ Ley 164 - Julio 2003 - Aumento Sueldo — $20,400.00
⑤ Ley 164 - Enero 2004 - Sila M. Calderon — $19,200.00
⑥ Ley 109 Junio 2008 - Esc. Sal. Pasos — $14,400.00

Total = $133,600.00

RECLAMANTE Theresa Muñoz Colón

DIRECCION P.O. Box 800647
Coto Laurel, Puerto Rico
00780

Numero Reclamación 82283 & 126954

Fecha de presentación (envío) 5 de agosto de 2020

Deudor <u>Commonwealth of Puerto Rico</u>

Por este medio incluyo con mi reclamación presentada el 5 de agosto de 2020 lo siguiente:

1. Evidencia de trabajo Depto. Educ. Esc. Zoilo Gracia ~~de Puerto Rico Telephone Company~~ en Ponce, Puerto Rico – ELA, como Ma. ingles N. Elementa K-6 - Esc. Zoil, Gracia Reg. Ponce desde el 13 de agosto de 1992 hasta el ___ de presente de _____. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 133,600.00.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Theresa Muñoz Colón
Nombre en letra de molde

Theresa Muñoz Colón
Firma y fecha

# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre _Theresa Muñoz Colón_

Dirección Postal _P.O Box 800147_
_Coto Laurel, Puerto Rico_
_00780_

Teléfono de contacto res. _—_ cel. _787-487-9363_

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo:

#49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
_Ley 134 - Aport. Acum Retir_     _1996_
#94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
_Ley 164 Aumento Sueldo_     _Julio de 2003_
#96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995
_Ley 134 Aport Acum Retiro_     _1996_
Ley de Escala Salarial – Pasos del 6 de junio de 2008
_Ley 164 Aumento Sueldo_     _Julio de 2003_
Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los anos de servicio con ~~Puerto Rico Telephone Company~~ *Dpto de Educación*, Ponce, Puerto Rico desde el _13_ de _Agosto_ de _1992_ hasta el _Presente_ de _____. Culmine mi laborar como _Ma. Ingles Nivel Elementa K-6 Zoilo Gracia, Rey Ponce_ en ~~Puerto Rico Telephone Company~~, Ponce, Puerto Rico, ELA. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Theresa Muñoz Colón_
Nombre en letra de molde

_Theresa Muñoz Colón_
Firma