Theresa Muñoz Colón
P.O. Box 800147
Coto Laurel, Puerto Rico,
00780



Clerk's office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767