| | | | | |
|---|---|---|---|---|
| **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.** | | | | |

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| SALDAQA GONZALEZ, LUZGARDY | 80998 | 6/25/2018 | Commonwealth of Puerto Rico | $16,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| SALDAQA GONZALEZ, LUZGARDY | 80998 | 6/25/2018 | Commonwealth of Puerto Rico | $16,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

RECLAMANTE Luz giardy Saldaña Gonzalez

DIRECCION HC 05 Box 5841
Juana Díaz, Puerto Rico
00795

Numero Reclamación 80998

Fecha de presentación (envío) 6 de agosto de 2020

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el 6 de agosto de 2020 lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce~~, Puerto Rico – ELA, Departamento de Salud-Correccional y Departamento de Educación como Tec. Trat. Psicosocial II y Maestra Educación Especial desde el 1 de abril de 1987 hasta el 31 de agosto de 2018. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 120,000.00.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Luz giardy Saldaña González
Nombre en letra de molde

_(firma)_
Firma y fecha



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE SALUD**
PROGRAMA SERVICIOS SALUD CORRECCIONAL

## CERTIFICACION DE EMPLEO Y SUELDO

Por la presente certificamos que la persona a continuación es empleada del Programa de Servicios de Salud Correccional:

NOMBRE : LUZGARDY SALDAÑA GONZALEZ

SEGURO SOCIAL : REDACTED 6443

PUESTO : TEC. TRAT. PSICOSOCIAL II

SUELDO MENSUAL : $1,177.00 DIFERENCIAL $284.00

STATUS : REGULAR

FECHA DE NOMBRAMIENTO : 1 de abril de 1987

SRA. LOURDES M. ECHEVARRIA
DIRECTORA
OFICINA DE RECURSOS HUMANOS

Dado en Rio Piedras, Puerto Rico
hoy 15 de noviembre de 1999

NO TIENE BORRONES, CORRECCIONES O TACHADURAS

LME/jrp

Sent from my T-Mobile 4G LTE Device
Obtener Outlook para Android



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**ADMINISTRACIÓN DE CORRECCIÓN**
PROGRAMA SERVICIOS SALUD CORRECCIONAL

1 de mayo de 2009

A quien concierna:

Certifico que **Luzgardy Saldaña González**, con Seguro Social XXX-XX-**6443** laboró para el Programa de Servicios de Salud Correccional desde el **1 de julio de 1994 hasta el 15 de marzo de 2002**.

De acuerdo a los documentos obran en la copia del expediente de personal que custodia la Oficina de Recursos Humanos, la señora Saldaña ocupó en el servicio público los siguientes puestos:

1. Técnico de Tratamiento Psicosocial I            1/abril/87 al 30/junio/89
   Transitorio
   Departamento de Salud
   Secretaría Auxiliar de Salud Mental, Retardación Mental

2. Técnico de Tratamiento Psicosocial I            1/julio/89 al 31/agosto/91
   Regular
   Departamento de Salud
   Secretaría Auxiliar de Salud Mental, Retardación Mental

3. Técnico de Tratamiento Psicosocial I            1/septiembre/91 al 15/octubre/91
   Regular
   Departamento de Salud
   Secretaría de Aux. Med. Prev. y Fam., Prog. Retardación Mental

4. Técnico de Tratamiento Psicosocial II           16/octubre/91 al 30/junio/94
   Regular
   Departamento de Salud
   Secretaría Auxiliar de Salud Mental, Prog. Salud Mental Correccional

5. Técnico de Tratamiento Psicosocial II           1/julio/94 al 15/marzo/02
   Regular
   Departamento de Salud
   Programa Salud de Salud Correccional

De necesitar información adicional favor de comunicarse con la que suscribe al teléfono (787) 774-3344, extensión 6411.

Dada en Guaynabo, Puerto Rico hoy 1 de mayo de 2009, a petición de la señora Saldaña

Cordialmente,

*Isa Y. Mercado Rodríguez*
Isa Y. Mercado Rodríguez
Oficial de Personal

IMR/

PMB #314 • P.O. Box 70344 • San Juan, Puerto Rico 00936-8344 • Tel. (787) 758-8019
Calle Teniente César González #1106 • Río Piedras, Puerto Rico 00928

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

28 de diciembre de 2018

LUZGARDY SALDANA GONZALEZ     XXX-XX-6443     Solicitud No:     951303
HC 5 BOX 5841                                                                                    Radicada en:     30 nov 2018

JUANA DIAZ, PR 00795

Señor(a): Saldana Gonzalez           CASO: 676

Deseamos informarle que su Pension Años De Servicio ha sido aprobada. Su retiro fue efectivo el 31 de agosto de 2018 y su renta mensual será de $1,959.98. Recibirá un pago retroactivo desde la fecha de efectividad de su pensión hasta el ingreso a nómina.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 20 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Reconsideración ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, San Juan, PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que dispone para ejercer su derecho de apelación.

Atentamente,


Nonne L. Ortiz Valladares
Area de Servicios de Retiro

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879
srm_correspondenciaconsulta@rm.pr.gov    (787) 777-1414    http://www.srm.pr.gov


SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico

# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre _Luz gardy Saldaña González_

Dirección Postal _HC 05 Box 5841_
_Juana Díaz, Puerto Rico_
_00795_

Teléfono de contacto res. ___—___ cel. _787-533-4494_

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
   _Ley 134 Aport. Acum. Retiro         1996_
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
   _Ley 164 Aumento Sueldo       Julio 2003_
   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
          Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995
   _Ley 134 Aport Acum. Retiro           1996_
   Ley de Escala Salarial – Pasos del 6 de junio de 2008
   _Ley 164 Aumento Sueldo       Julio 2003_
   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Departamento de Salud & Departamento de Educación

Se incluyen documentos que evidencian los anos de servicio con ~~Puerto Rico Telephone Company, Ponce,~~ Puerto Rico desde el _1_ de _abril_ de _1987_ hasta el _31_ de _agosto_ de _2018_. Culmine mi laborar, como _Tec. Prof. Psicosocial II y Ma. Educación Especial · Dpto Salud & Dpto. Educ_ en ~~Puerto Rico Telephone Company, Ponce~~, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Luz giardy Saldaña Gonzalez_
Nombre en letra de molde

_[signature]_
Firma