uz Gardy Saldaña Gonzalez
HC 05 Box 5841
Juana Díaz, Puerto Rico
00795




U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
AUG 05, 20
AMOUNT
$1.40
R2305M147983-03

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767