**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>      as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>      as representative of<br><br>The Puerto Rico Electric Power Authority,<br><br>             Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 04780-LTS |

**ORDER GRANTING MOTION TO SEAL FOR LIMITED DURATION AND
FOR SUPPLEMENTAL BRIEFING**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This matter is before the Court on *Whitefish Energy Holdings, LLC's, Motion for Leave to File Limited Objection to PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy Under Seal* (Dkt. No. 14024 in 17-BK-3283 and Dkt. No. 2131 in 17-BK-4780) (the "Motion to Seal").  Through the Motion to Seal, WEH[2] seeks to file under seal its Limited Objection to the LUMA Motion (Dkt. No. 13583 in 17-BK-3283 and Dkt. No. 2053 in 17-BK-4780)*.*  WEH seeks to maintain the confidentiality certain "facts or information" contained in the Limited Objection that may have been designated "Confidential" by the Protective Order Parties pursuant to the Protective Order (Dkt. No. 13941 in 17-BK-3283; Dkt. No. 2110 in 17-BK-4780).

The Motion to Seal does not include sufficient information to justify sealing of the Limited Objection.  Thus, the Court will only permit the Limited Objection to be filed under seal for a limited duration, during which time the Protective Order Parties may submit briefing to the Court explaining why continued sealing is appropriate.  Accordingly:

1. WEH is entitled to file the full, unredacted version of the Limited Objection under seal.
2. The Clerk of Court shall allow access to the Limited Objection to those parties who have signed the Protective Order (Dkt. No. 13941 in 17-BK-3283; Dkt. No. 2110 in 17-BK-4780).
3. Any of the Protective Order Parties may file with the Court a short brief justifying the continued sealing of the Limited Objection, or redaction of certain information in the

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion to Seal.

2

Limited Objection by **September 2, 2020**.

4. The Court will thereafter take any requests for continued sealing on submission.

5. This Order is without prejudice to the rights of any party in interest to seek to unseal the document or any part thereof.

SO ORDERED.

Dated: August 13, 2020

/s/ Judith G. Dein
HONORABLE JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE