UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## **CERTIFICATE OF RADIO ADVERTISEMENTS**

    I, Rachel O'Connor, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    This Certificate of Radio Advertisements includes invoices verifying that the *July 6-12 Puerto Rico Radio Campaign*, as conformed for radio, was aired on July 6-12, 2020 on WKAQ AM and WMEG FM as described in **Exhibit A**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: August 6, 2020

                                                                                      */s/ Rachel O'Connor*
                                                                                         Rachel O'Connor

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 6, 2020, by Rachel O'Connor, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ Kelsey Lynne Gordon*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

**Exhibit A**



Page 1 of 3

# INVOICE

MEGANET-WMEG-WEGM
Frances St.
Lot 42 Amelia Industrial Park
Guaynabo, PR 00968
Main: (787)622-9700
Billing: (305)441-6901 ext 1599

Billing Address:

Media Financial Services
Attention: Accounts Payable
1655 Palm Beach Lakes Blvd. # 903
West Palm Beach, FL 33401

Send Payment To:

MEGANET-WMEG-WEGM
SBS Holding Co.
Attention: Lockbox - City National Bank
PO Box 527943
Miami, FL 33152-7943

| Property | MEGANET | | |
|---|---|---|---|
| Invoice # | | Order # | 574839 |
| Invoice Date | 07/26/20 | Alt Order # | |
| Invoice Month | July 2020 | Deal # | |
| Invoice Period | 06/29/20 - 07/12/20 | Flight Dates | 07/06/20 - 07/12/20 |
| Advertiser | Prime Clerk | | |
| Product | Miller Adv-Puerto est 24059 | | |
| Estimate # | 24059 | | |
| Account Executive | | | |
| Sales Office | Puerto Rico National Sales | | |
| Sales Region | National | | |
| Agency Code | 10263 | | |
| Advertiser Code | | | |
| Billing Calendar | Broadcast | | |
| Billing Type | Cash | | |
| Special Handling | | | |
| Agency Ref | | | |
| Advertiser Ref | | | |
| Product 1 | | | |
| Product 2 | | | |

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 07/10/20 | 07/10/20 | 6-9AM M-F | 6-9AM | ----1-- | 1:00 | 1 | | NM |

| Weeks: | Start Date 07/06/20 | End Date 07/12/20 | MTWTFSS ----1-- | Spots/Week 1 | Rate | | | | |
| Spots: # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
| 1 | All | F | 07/10/20 | 8:49 AM | 6-9AM M-F | 6-9AM | 1:00 | PRIMER CLERK | | NM |

| 2 | 07/06/20 | 07/06/20 | 6-9AM M-F | 6-9AM | 1------ | 1:00 | 1 | | NM |

| Weeks: | Start Date 07/06/20 | End Date 07/12/20 | MTWTFSS 1------ | Spots/Week 1 | Rate | | | | |
| Spots: # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
| 1 | All | M | 07/06/20 | 7:21 AM | 6-9AM M-F | 6-9AM | 1:00 | PRIMER CLERK | | NM |

| 3 | 07/07/20 | 07/07/20 | 6-9AM M-F | 6-9AM | -1----- | 1:00 | 1 | | NM |

| Weeks: | Start Date 07/06/20 | End Date 07/12/20 | MTWTFSS -1----- | Spots/Week 1 | Rate | | | | |
| Spots: # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
| 1 | All | Tu | 07/07/20 | 8:21 AM | 6-9AM M-F | 6-9AM | 1:00 | PRIMER CLERK | | NM |

| 4 | 07/08/20 | 07/08/20 | 6-9AM M-F | 6-9AM | --1---- | 1:00 | 1 | | NM |

| Weeks: | Start Date 07/06/20 | End Date 07/12/20 | MTWTFSS --1---- | Spots/Week 1 | Rate | | | | |
| Spots: # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
| 1 | All | W | 07/08/20 | 6:21 AM | 6-9AM M-F | 6-9AM | 1:00 | PRIMER CLERK | | NM |

| 5 | 07/09/20 | 07/09/20 | 6-9AM M-F | 6-9AM | ---1--- | 1:00 | 1 | | NM |

| Weeks: | Start Date 07/06/20 | End Date 07/12/20 | MTWTFSS ---1--- | Spots/Week 1 | Rate | | | | |
| Spots: # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
| 1 | All | Th | 07/09/20 | 6:48 AM | 6-9AM M-F | 6-9AM | 1:00 | PRIMER CLERK | | NM |

| 6 | 07/06/20 | 07/09/20 | 11A-3P M-F | 11A-3P | ---1--- | 1:00 | 1 | | NM |

| Weeks: | Start Date 07/06/20 | End Date 07/12/20 | MTWTFSS ---1--- | Spots/Week 1 | Rate | | | | |

We warrant that the actual broadcast information shown on this Invoice was taken from the program log.

powered by WideOrbit

# INVOICE

Page 2 of 3



Send Payment To:
**MEGANET-WMEG-WEGM**
**SBS Holding Co.**
**Attention: Lockbox - City National Bank**
**PO Box 527943**
**Miami, FL 33152-7943**

| Invoice # |  | Invoice Month | July 2020 |
|---|---|---|---|
| Invoice Date | 07/26/20 | Invoice Period | 06/29/20 - 07/12/20 |
| Advertiser | Prime Clerk | | |
| Product | Miller Adv-Puerto est 24059 | | |
| Estimate # | 24059 | | |

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 07/06/20 | 07/09/20 | 11A-3P M-F | 11A-3P | ---1--- | 1:00 | 1 | | NM |

| Spots: | # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | All | Th | 07/09/20 | 11:48 AM | 11A-3P M-F | 11A-3P | 1:00 | PRIMER CLERK | | NM |

| 7 | 07/10/20 | 07/10/20 | 3P-6P M-F | 3P-6P | ----1-- | 1:00 | 1 | | NM |

Weeks:
| Start Date | End Date | MTWTFSS | Spots/Week |
|---|---|---|---|
| 07/06/20 | 07/12/20 | ----1-- | 1 |

Rate

| Spots: | # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | All | F | 07/10/20 | 4:48 PM | 3P-6P M-F | 3P-6P | 1:00 | PRIMER CLERK | | NM |

| 8 | 07/06/20 | 07/06/20 | 3P-6P M-F | 3P-6P | 2------ | 1:00 | 2 | | NM |

Weeks:
| Start Date | End Date | MTWTFSS | Spots/Week |
|---|---|---|---|
| 07/06/20 | 07/12/20 | 2------ | 2 |

Rate

| Spots: | # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | All | M | 07/06/20 | 3:50 PM | 3P-6P M-F | 3P-6P | 1:00 | PRIMER CLERK | | NM |
| | 1 | All | M | 07/06/20 | 4:50 PM | 3P-6P M-F | 3P-6P | 1:00 | PRIMER CLERK | | NM |

| 9 | 07/07/20 | 07/07/20 | 3P-6P M-F | 3P-6P | -1----- | 1:00 | 1 | | NM |

Weeks:
| Start Date | End Date | MTWTFSS | Spots/Week |
|---|---|---|---|
| 07/06/20 | 07/12/20 | -1----- | 1 |

Rate

| Spots: | # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | All | Tu | 07/07/20 | 3:26 PM | 3P-6P M-F | 3P-6P | 1:00 | PRIMER CLERK | | NM |

| 10 | 07/08/20 | 07/08/20 | 3P-6P M-F | 3P-6P | --2---- | 1:00 | 2 | $500.00 | NM |

Weeks:
| Start Date | End Date | MTWTFSS | Spots/Week |
|---|---|---|---|
| 07/06/20 | 07/12/20 | --2---- | 2 |

Rate

| Spots: | # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | All | W | 07/08/20 | 4:26 PM | 3P-6P M-F | 3P-6P | 1:00 | PRIMER CLERK | | NM |
| | 1 | All | W | 07/08/20 | 5:24 PM | 3P-6P M-F | 3P-6P | 1:00 | PRIMER CLERK | | NM |

| 11 | 07/09/20 | 07/09/20 | 3P-6P M-F | 3P-6P | ---2--- | 1:00 | 2 | $500.00 | NM |

Weeks:
| Start Date | End Date | MTWTFSS | Spots/Week |
|---|---|---|---|
| 07/06/20 | 07/12/20 | ---2--- | 2 |

Rate

| Spots: | # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | All | Th | 07/09/20 | 3:52 PM | 3P-6P M-F | 3P-6P | 1:00 | PRIMER CLERK | | NM |
| | 2 | All | Th | 07/09/20 | 5:52 PM | 3P-6P M-F | 3P-6P | 1:00 | PRIMER CLERK | | NM |

| 12 | 07/11/20 | 07/11/20 | 10A-3P S,SU | 10A-3P | -----1- | 1:00 | 1 | | NM |

Weeks:
| Start Date | End Date | MTWTFSS | Spots/Week |
|---|---|---|---|
| 07/06/20 | 07/12/20 | -----1- | 1 |

Rate

| Spots: | # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | All | Sa | 07/11/20 | 3:21 PM | 10A-3P S,SU | 10A-3P | 1:00 | PRIMER CLERK | | NM |

| 13 | 07/12/20 | 07/12/20 | 10A-3P S,SU | 10A-3P | ------1 | 1:00 | 1 | | NM |

Weeks:
| Start Date | End Date | MTWTFSS | Spots/Week |
|---|---|---|---|
| 07/06/20 | 07/12/20 | ------1 | 1 |

Rate

| Spots: | # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | All | Su | 07/12/20 | 4:18 PM | 10A-3P S,SU | 10A-3P | 1:00 | PRIMER CLERK | | NM |

We warrant that the actual broadcast information shown on this invoice was taken from the program log.

powered by WideOrbit

# INVOICE

Page 3 of 3



Send Payment To:
**MEGANET-WMEG-WEGM**
**SBS Holding Co.**
**Attention: Lockbox - City National Bank**
**PO Box 527943**
**Miami, FL 33152-7943**

| Invoice # |  | Invoice Month | July 2020 |
|---|---|---|---|
| Invoice Date | 07/26/20 | Invoice Period | 06/29/20 - 07/12/20 |
| Advertiser | Prime Clerk | | |
| Product | Miller Adv-Puerto est 24059 | | |
| Estimate # | 24059 | | |

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Spots | | 16 | | |

**Payment Terms 30 Days**

Gross Total

Agency Commission

Net Amount Due

We warrant that the actual broadcast information shown on this invoice was taken from the program log.

powered by WideOrbit

WKAQ-AM - PR0051450 - 202007 / Page 1 of 2

# WKAQ-AM
# INVOICE

**Bill To:**
JL Media, Inc.
1600 Route 22 East
Jeff Greenberg
2nd Floor
Union, NJ 07083

**Please Remit To:**
Univision Receivables Co LLC
P.O. Box 740721
Los Angeles, CA 90074-0721

Due Date: 08/25/20

| Invoice # | Broadcast Month 202007 | Invoice Date 07/12/20 | Flight 06/29/20-07/12/20 |
|---|---|---|---|
| Account Executive | Advertiser Miller Advertising (A) | Product PUERTO RICO | Order Type CASH |
| Representative | Rep Order # 34079695 | Total Spots: | 16 |
| | Client Code: | Actual Gross Billing: | |
| | Product Code: | State Tax: | |
| | Estimate Code: 24059 | Local Tax: | |
| | | Agency Commission: | |
| | | Net Due: | |

**Comments:**
This radio station warrants that the program/announcements indicated above were broadcast in accordance with the official station log. All times are approximate within 15 minutes and are within the time classification ordered. Univision and its stations do not discriminate in advertising contracts on the basis of race or ethnicity. Any provision in any order or agreement for advertising that purports to discriminate on the basis of race or ethnicity, even if handwritten, typed or otherwise made part of a particular contract, is hereby rejected. To ensure proper credit please include invoice number on check/remittance.

**Billing Instructions:**

| Line 1 | Start | End | Days M | Spots/Week 1 | Rate |
|---|---|---|---|---|---|

Description: 7:00 AM-10:00 AM, 7:00 AM-10:00 AM

| # | Day | Date | Time | Length | Rate | Copy | Program Description | Class | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | M | 07/06/20 | 10:00 A | 60 | | EDIFICIOS P?BLICOS | | NM | |

| Line 2 | Start | End | Days T | Spots/Week 1 | Rate |
|---|---|---|---|---|---|

Description: 7:00 AM-10:00 AM, 7:00 AM-10:00 AM

| # | Day | Date | Time | Length | Rate | Copy | Program Description | Class | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 2 | Tu | 07/07/20 | 09:58 A | 60 | | EDIFICIOS P?BLICOS | | NM | |

| Line 3 | Start | End | Days W | Spots/Week 1 | Rate |
|---|---|---|---|---|---|

Description: 7:00 AM-10:00 AM, 7:00 AM-10:00 AM

| # | Day | Date | Time | Length | Rate | Copy | Program Description | Class | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 3 | W | 07/08/20 | 08:59 A | 60 | | EDIFICIOS P?BLICOS | | NM | |

| Line 4 | Start | End | Days T | Spots/Week 1 | Rate |
|---|---|---|---|---|---|

Description: 7:00 AM-10:00 AM, 7:00 AM-10:00 AM

| # | Day | Date | Time | Length | Rate | Copy | Program Description | Class | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 4 | Th | 07/09/20 | 08:02 A | 60 | | EDIFICIOS P?BLICOS | | NM | |

| Line 5 | Start | End | Days F | Spots/Week 1 | Rate |
|---|---|---|---|---|---|

Description: 7:00 AM-10:00 AM, 7:00 AM-10:00 AM

| # | Day | Date | Time | Length | Rate | Copy | Program Description | Class | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 5 | F | 07/10/20 | 08:32 A | 60 | | EDIFICIOS P?BLICOS | | NM | |

| Line 6 | Start | End | Days F | Spots/Week 2 | Rate |
|---|---|---|---|---|---|

Description: M-F 3p-7p, 3:00 PM-7:00 PM

| # | Day | Date | Time | Length | Rate | Copy | Program Description | Class | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 6 | F | 07/10/20 | 03:29 P | 60 | | EDIFICIOS P?BLICOS | | NM | |
| 6 | F | 07/10/20 | 06:28 P | 60 | | EDIFICIOS P?BLICOS | | NM | |

WKAQ-AM - PR0051450 - 202007 / Page 2 of 2

| | | | | Line | Start | End | Days | Spots/Week | Rate | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 7 | | | M | 1 | | | |
| Description: M-F 3p-7p, 3:00 PM-7:00 PM | | | | | | | | | | | |
| # | Day | Date | Time | Length | Rate | Copy | | Program Description | | Class | Remarks |
| 7 | M | 07/06/20 | 06:53 P | 60 | | EDIFICIOS P?BLICOS | | | | NM | |

| | | | | Line | Start | End | Days | Spots/Week | Rate | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 8 | | | T | 2 | | | |
| Description: M-F 3p-7p, 3p-7p | | | | | | | | | | | |
| # | Day | Date | Time | Length | Rate | Copy | | Program Description | | Class | Remarks |
| 8 | Tu | 07/07/20 | 03:31 P | 60 | | EDIFICIOS P?BLICOS | | | | NM | |
| 8 | Tu | 07/07/20 | 04:35 P | 60 | | EDIFICIOS P?BLICOS | | | | NM | |

| | | | | Line | Start | End | Days | Spots/Week | Rate | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 9 | | | W | 2 | | | |
| Description: M-F 3p-7p, 3p-7p | | | | | | | | | | | |
| # | Day | Date | Time | Length | Rate | Copy | | Program Description | | Class | Remarks |
| 9 | W | 07/08/20 | 03:56 P | 60 | | EDIFICIOS P?BLICOS | | | | NM | |
| 9 | W | 07/08/20 | 04:57 P | 60 | | EDIFICIOS P?BLICOS | | | | NM | |

| | | | | Line | Start | End | Days | Spots/Week | Rate | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 10 | | | T | 2 | | | |
| Description: M-F 3p-7p, 3:00 PM-7:00 PM | | | | | | | | | | | |
| # | Day | Date | Time | Length | Rate | Copy | | Program Description | | Class | Remarks |
| 10 | Th | 07/09/20 | 05:01 P | 60 | | EDIFICIOS P?BLICOS | | | | NM | |
| 10 | Th | 07/09/20 | 05:58 P | 60 | | EDIFICIOS P?BLICOS | | | | NM | |

| | | | | Line | Start | End | Days | Spots/Week | Rate | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 11 | | | S | 1 | | | |
| Description: Sa-Su 10a-3p, 10:00 AM-3:00 PM | | | | | | | | | | | |
| # | Day | Date | Time | Length | Rate | Copy | | Program Description | | Class | Remarks |
| 11 | Sa | 07/11/20 | 10:30 A | 60 | | EDIFICIOS P?BLICOS | | | | NM | |

| | | | | Line | Start | End | Days | Spots/Week | Rate | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 12 | | | S | 1 | | | |
| Description: Sa-Su 10a-3p, 10:00 AM-3:00 PM | | | | | | | | | | | |
| # | Day | Date | Time | Length | Rate | Copy | | Program Description | | Class | Remarks |
| 12 | Su | 07/12/20 | 10:59 A | 60 | ) | EDIFICIOS P?BLICOS | | | | NM | |

**Additional Comments:**

Total Spots: 16
Actual Gross Billing:
State Tax:
Local Tax:
Agency Commission:
Net Due: