## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- x

| | |
|---|---|
| In re: | : |
| | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
| | : |
| as representative of | : Case No. 17-BK-3283 (LTS) |
| | : |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | : (Jointly Administered) |
| | : |
| Debtors.[1] | : |

---------------------------------------------------------------------- x

## FIFTH INTERIM FEE APPLICATION OF ESTRELLA, LLC, LOCAL COUNSEL TO SPECIAL CLAIMS COMMITTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM JANUARY 1, 2020 THROUGH APRIL 30, 2020

### COVER SHEET[2]

Name of Applicant:  Estrella, LLC

Authorized to Provide Professional Services to:  Special Claims Committee of all Title III Debtors (other than COFINA) (the "Committee")

---

[1]   The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a   bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last  Four Digits of Federal Tax ID: 3747).

[2]    This form has been designed to incorporate many of the requirements of PROMESA §316 and ¶ C.2.1   and   Exhibit E to the Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases (the "**U.S. Trustee Guidelines**").

Date of Retention:  <u>January 1, 2020</u>

Period for which compensation and reimbursement is sought is <u>January 1, 2020 through April 30, 2020 </u>(*Retention Date through end of Interim Fee Period as defined in the Interim Compensation Order currently in effect*)

Amount of interim compensation sought as actual, reasonable, and necessary: <u>$ 391,386.50</u>

Amount of interim expense reimbursement sought as actual, reasonable, and  necessary: <u>$3,593.22 </u>

Are your fee or expense totals different from the sum of previously served monthly statements?

<u>    </u> Yes        <u>X </u>No     If there is any discrepancy, please explain it in the text of the attached  fee application or in a footnote to this cover sheet.

Blended rate in this application for all attorneys:  <u>$225.71/ hour</u>

Blended rate in this application for all timekeepers:  <u>$196.67/ hour</u>

This is an *interim* application.

The total time expended for fee application preparation for the Interim Fee Period is approximately <u>8 hours</u> and the corresponding compensation requested is approximately <u>$ 2,240.00</u>.

| PRIOR INTERIM FEE APPLICATIONS & ADJUSTMENTS: | | | | | |
|---|---|---|---|---|---|
| Date | Interim Fee Period | Requested | | Approved | |
| | | Fees | Expenses | Fees | Expenses |
| 3/22/2019 | 10/01/2019 – 01/31/2019 | $  21,876.00 | $    1,208.26 | $   21,521.00 | $ 1,208.26 |
| 11/2/2019 | 02/01/2019- 05/01/2019 | $ 176,076.00 | $    1,403.00 | $ 169,481.95 | $ 1,033.00 |
| 1/31/2020 | 06/01/2019- 08/31/2019 | $ 218,625.50 | $    2,417.77 | $ 211,130.07 | $ 2,417.77 |
| Not Applicable | | | | | |
| **Total fees and expenses approved by interim orders to date:** | | | | $ 402,133.02 | $ 4,659.03 |

| PRIOR INTERIM OR MONTHLY FEE PAYMENTS TO DATE: Approved but Payment Pending | | | | | |
|---|---|---|---|---|---|
| Date | Interim Fee Period | Requested | | Approved | |
| | | Fees | Expenses | Fees | Expenses |
| 3/20/2020 | 09/01/2019- 12/31/2019 | $281,666.09 | $9,605.09 | $261,993.59 | $9,605.09 |
| Not Applicable | | | | | |
| **Total fees and expenses approved by interim orders to date:** | | | | $261,993.59 | $9,605.09 |

Number of professionals with time included in this application:  9


If applicable, number of professionals in this application not included in a staffing plan approved by the client:  N/A

If applicable, difference between fees budgeted and compensation sought for this period: N/A

Are any timekeeper's hourly rates higher than those charged and approved upon retention:[3]

No.

---

[3] If any timekeeper's hourly rate has changed since your firm's retention, the narrative portion of your fee application should identify each timekeeper with an adjusted rate, the date and amount of the rate change, the reason for the change, and a statement that the client was notified and approved the rate change.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------- x
|  |  |
|---|---|
| In re: | : |
|  | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
|  | : |
| as representative of | : Case No. 17-BK-3283 (LTS) |
|  | : |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | : (Jointly Administered) |
|  | : |
| Debtors.[4] | : |

------------------------------------------------------------------------- x

## FIFTH INTERIM FEE APPLICATION OF ESTRELLA, LLC, LOCAL COUNSEL TO SPECIAL CLAIMS COMMITTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM <u>JANUARY 1, 2020 THROUGH APRIL 30, 2020</u>

### TABLE OF CONTENTS

Preliminary Statement...................................................................................................................3

Background ....................................................................................................................................5

Compensation and Reimbursement Request..................................................................................7

Summary of Services .....................................................................................................................9

---

[4]   The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a   bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last  Four Digits of Federal Tax ID: 3747).

Actual and Necessary Disbursements ............................................................................15

The Requested Compensation Should be Allowed.......................................................16

Conclusion......................................................................................................................18

EXHIBITS

A. Summary of Timekeepers included in this Application for Fee Period

B. Summary of Compensation during Fee Period by Project Category and by Matter

C. Summary of Expenses by Category

D. List of Professionals by Matter

E. List of Matter by Professional

F. Monthly Statements for January 2020, February 2020, March 2020, and April 2020.

    F-1.  January 2020

    F-2. February 2020

    F-3. March 2020

    F-4. April 2020

G. LED File of Monthly Invoices for January 2020, February 2020, March 2020, and April 2020.

    G- 1. January 2020- 505163

    G-2. February 2020- 505131

    G-3. March 2020- 505440

    G-4. April 2020- 505446

**To the Honorable United States District Court Judge Laura Taylor Swain:**

Estrella, LLC ("Estrella"), Local Counsel to the Special Claims Committee of all title III Debtors (other than COFINA) (the "Committee"), for its third application (the "Application"), pursuant to sections 316 and 317 of the Puerto Rico Oversight, Management and Economic Stability Act of 2016 ("PROMESA"),[5] section 503(b) of title 11, United States Code (the "Bankruptcy Code") as made applicable to these cases by section 301(a) of PROMESA, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"), for the interim allowance of compensation for professional services performed by Estrella for the period from January 1, 2020 through and including April 31, 2020 (the "Interim Fee Period"), and for reimbursement of its actual and necessary expenses incurred during the Interim Fee Period, respectfully represents:

## **PRELIMINARY STATEMENT**

Estrella respectfully submits that the services for which it seeks compensation in this Application were necessary for and beneficial to the Committee, the Debtors, and their stakeholders, and were rendered to protect, preserve, and maximize the value for unsecured creditors during the pendency of these Title III cases. The results obtained to date have benefited not only the Committee but also the Debtors and their creditors. Accordingly, considering the nature and complexity of the Title III Cases, Estrella's charges for professional services performed and expenses incurred are reasonable under applicable standards. For all these reasons, Estrella respectfully requests that the Court grant the Application and allow interim compensation for professional services performed and reimbursement for expenses as requested.

---

[5]   References to PROMESA are references to 48 U.S.C. §§ 2101 *et. seq.*

This Application is consistent with the Interim Compensation Order (as defined below),

Local Rule 2016-1, and *Appendix B of the United States Trustee's Guidelines for Reviewing*

*Applications for Compensation and Reimbursement of Expenses Filed under 11§330 by*

*Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines"), except that, in accordance

with the instructions of the Fee Examiner appointed in these cases, no budgets were prepared with

respect to the Interim Fee Period.[6] To the extent necessary, Estrella requests a waiver for cause

shown of any such requirement not met by this Application.[7]

In accordance with the U.S. Trustee Guidelines, at the end of this Application are the

following Exhibits:

- Exhibit A contains a summary of Estrella's timekeepers included in this Application.

- Exhibit B contains a summary of the compensation requested by project category and matter number.

- Exhibit C contains a summary of requested expense reimbursements by category. An itemized schedule of all such expenses is included in Estrella's monthly statements.

- Exhibit D contains a list of professionals by matter.

- Exhibit E contains a list of matters by professional.

- Exhibit F contains copy of the monthly statements for Estrella's services during the Interim Fee Period, which include detailed time records and narrative descriptions of the services rendered by each timekeeper. Exhibit F also provides a detailed summary of the fees and expenses requested for services rendered during the Interim Fee Period of February through April 2019, amounts paid to date, and the balance for which interim allowance and payment is requested in this Application.

- Exhibit G contains monthly invoices in LED format.

---

[6]   The Fee Examiner has only required professionals to provide budgets beginning with January 2018.

[7]   The Committee and Estrella reserve all rights as to the relevance and substantive legal effect of the U.S. Trustee Guidelines with respect to any application for compensation in these cases.

## BACKGROUND

On May 3, 2017, the Oversight Board commenced a title III case for the Commonwealth of Puerto Rico by filing a voluntary petition for relief pursuant to section 304 (a) of  PROMESA (the "Commonwealth   Title III   Case").  Thereafter, the Oversight Board commenced a title III case for each of COFINA, the Employees Retirement System of the Government  of  the  Commonwealth  of Puerto  Rico ("ERS  Title III  Case"),  the  Puerto Rico Highways  and  Transportation  Authority ("HTA  Title III  Case"),  and  the  Puerto  Rico  Electric Power Authority ("PREPA Title III Case") (and together with the Commonwealth Title III Case, the  "Title III Cases").[8]  By orders  dated  June 29, 2017 [Docket No. 537] and October 6, 2017 [Docket No. 1417], the Court approved the joint administration of the Title III Cases.

On December 21, 2018, the Debtor issues a request for Proposals for Local Counsel for the Committee.  On December 26, 2018, Estrella, LLC filed a Proposal for Legal Services as Local Counsel for the Committee.  On January 1, 2019, the Committee selected Estrella as local counsel to the Committee, thus retaining Estrella on that date.

On August 23, 2017, the Court entered the *Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (as amended, the "Interim Compensation Order").[7]

---

[8]  Unless otherwise indicated, references to docket numbers shall be to the docket of the Commonwealth Title III Case.

On October 6, 2017, the Court entered the *Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) Appointing A Fee Examiner and Related Relief* (the "Fee Examiner Order") [Docket No. 1416]. The Court appointed Brady Williamson as the Fee Examiner in the Title III Cases.

This is Estrella's fifth interim fee application, covering the period from January 1, 2020 through April 30, 2020. All services for which compensation is requested were performed for or on behalf of the Committee.

## COMPENSATION AND REIMBURSEMENT REQUEST

By this Application, Estrella seeks from the Debtors (a) compensation for professional services rendered to the Committee during the Interim Fee Period in the aggregate amount of $391,386.50; and (b) expense reimbursements in the aggregate amount of $3,593.22.

The Committee has approved the amounts requested by Estrella for services performed and expenses incurred in each of the monthly statements submitted to, among others, the Oversight Board, AAFAF, the Fee Examiner, and the U.S. Trustee, during the Interim Fee Period.

As of today, Estrella has not been paid any amounts for which it requests payment pursuant to this Fee Application.

By this Application, Estrella requests payment of all outstanding fees and expenses for services rendered during the Interim Fee Period.

There is no agreement or understanding between Estrella and any other person other than the attorneys, employees, and staff of Estrella, for the sharing of compensation to be received for services rendered in these cases.

Estrella maintains computerized records, in the form of monthly statements, of the time spent by all of Estrella's attorneys and paraprofessionals in connection with its representation of the Committee. The monthly statements are in the same form regularly used by Estrella to bill its clients for services rendered, and include the date that the services were rendered, a detailed,

contemporaneous narrative description of the services provided, the amount of time spent for each service, and the designation of the professional who performed the service.

The fees charged by Estrella in the Title III Cases are billed in accordance with its existing billing rates and procedures in effect during the Interim Fee Period. The rates Estrella charges for the services rendered by its professionals and paraprofessionals in the Title III Cases are comparable to the rates Estrella charges for professional and paraprofessional services rendered in comparable nonbankruptcy related matters. Moreover, when Estrella's professionals and paraprofessionals work on nonbankruptcy matters, the firm generally charges their standard rate. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in the Puerto Rico legal market.

Estrella's rates are set at a level designed to fairly compensate Estrella for the work of its attorneys and paraprofessionals to cover fixed and routine overhead expense. Estrella operates in the Puerto Rico legal services market in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance and reputation, the nature of the work  involved,  and  other  factors.  Accordingly, Estrella set its rates for attorneys and paraprofessionals within the firm by reference to market information and market adjustments by firms considered to be industry peers. Based on this and the reviews of contemporaneous time records and fee applications filed in other cases, Estrella endeavors to set the hourly rates for its attorneys and paraprofessionals at levels comparable to those of its principal competitor firms.

Estrella's professional services during the Interim Fee Period required an aggregate expenditure of 1,697.90 recorded hours by Estrella's attorneys and paraprofessionals, broken down as follows: partners (502.9 hours), associates (1,127.9 hours), and paraprofessionals (67.1 hours). During the Interim Fee Period, Estrella's billing rates for attorneys rendering services in this matter ranged from $160.00 to $280.00 per hour.  During the same Interim Fee Period, Estrella's billing rates for paraprofessionals rendering services in this matter was $95.00 per hour.

To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Interim Fee Period, but were not processed before the preparation of this

Application, or Estrella has for any other reason not sought compensation or reimbursement with respect to such services or expenses, Estrella reserves the right to request additional compensation for such services, and reimbursement of such expenses, in a supplemental or future application.

## SUMMARY OF SERVICES

During the Interim Fee Period, Estrella assisted and advised the Committee on a regular basis regarding legal matters relating to the restructuring of the Debtors, including related adversary proceedings, and all other matters arising in the performance of the Committee's duties. In addition, Estrella has prepared various motions, applications, proposed orders, and other pleadings submitted to the Court for consideration, and has performed the necessary professional services that are described below and in the monthly statements attached hereto as Exhibit F. For ease of reference and transparency purposes, Estrella created Task Codes for its representation of the Committee, as follows:

I.    **Tasks Codes**

(a)    Case Administration (Task Code B 110)

Fees:  $30,579.50     Total Hours:  145.8

During the Application Period, Estrella advised the Committee on general case administration. To efficiently track deadlines, organize documents, and manage workstreams, Estrella also prepared a task list per requests from Brown Rudnick attorneys and maintained a case calendar. To minimize duplication of services, Estrella developed procedures for allocating responsibilities among various Estrella lawyers.

(b)    Pleading Reviews (Task Code B113)

Fees:  $27,052.00     Total Hours:  108.9

During the Application Period, Estrella has reviewed various pleadings submitted and accompanying orders to be adequately prepared to provide services to the Committee.

(c)    Asset Analysis Recovery (Task Code B120)

Fees: $308.00        Total Hours:   1.1

During the Application Period, Estrella advised the Committee on prospective defendants and together with the retained experts, evaluated and recommended pursuing recovery proceedings such as mediations, preliminary discovery and ultimately filings adversary proceedings, if no recovery could be acquired.  Similarly, if the factual circumstances required, voluntary discontinuance of proceedings or negotiations to avoid unnecessary expenditures by the client.

    (d)    <u>Asset Disposition (Task Code B130)</u>

Fees:        $168.00     Total Hours:        0.6

During the Application Period, Estrella has reviewed sales, abandonment and transactions work related to asset disposition, as well as the possibility of a situation of sales, abandonment and transaction work related to asset disposition by some defendants in claiming bankruptcy themselves, and scenarios under which these may come to fruition in Puerto Rico.

    (e)    <u>Relief from Stay/Adequate Protection (Task Code B140)</u>

Fees:  $17,606.00        Total Hours:   67.4

During the Application Period, Estrella advised the Committee on filings for relief of the automatic bankruptcy stay and its local effect.

    (f)    <u>Meeting of and Communications with Creditors (Task Code B150)</u>

Fees:  $10,710.50        Total Hours:   65.9

During the Application Period, Estrella prepared various documents to keep the Committee apprised of relevant developments in the Title III Cases, related adversary proceedings, and the mediation process. Also, Estrella participated in various telephone conferences and communications with the Committee.

    (g)  <u>Court Hearings (Task Code B155)</u>

Fees:  $84.00        Total Hours:   0.3

During the Application Period, Estrella attended as local counsel to hearings that Brown

Rudnick attended. To minimize costs, only one Estrella attorney appeared in the hearings.

    (h)    <u>Fee/Employment Application (Task Code B160)</u>

      Fees:  $7,960.00     Total Hours:  30.6

During the Application Period, Estrella drafted and provided to the client its monthly interim

compensation report as well as its Fifth Interim Compensation Report.  It also prepared the instant

report, which will be invoiced in the Third Compensation Request.

    (d)    <u>Fee/Employment Objections (Task Code B170)</u>

      Fees:     $2,408.00     Total Hours:  8.6

During the Application Period, Estrella reviewed the Confidential Reports of the Fee

Examiner on possible objections and concerns that he may have so that we may adjust future fee

applications resolving issues to be avoided.

    (e)    <u>Avoidance Action Analysis (Task Code B180)</u>

      Fees:  $82,708.50     Total Hours:  365.1

During the Application Period, Estrella advised the Committee on Avoidance Actions causes

of action to be included in the Adversary Proceedings actions.  Multiple Memoranda of law were

provided in support of the various causes of action.  Estrella also verified compliance with the Local

Civil and Bankruptcy Rules as well as compliance with the legal requirements of the local causes of

action.  Estrella also verified each filing, amendment to the filings and other motions and

amendments thereto that needed to be filed.  We also maintained the communications open with the

Clerk of the court's office to facilitated resolution of problems.

    (f)    <u>Assumption/ Rejection of Leases (Task Code B185)</u>

      Fees:     $626.00     Total Hours:  2.3

During the Application Period, Estrella analyzed motions and applications that may affect the administration of the adversary proceedings and the tolling agreements considering existing leases and executory contracts and study motions specially to assume or reject.

(g)  Other Contested Matters (Task Code B190)

Fees:  $532.00          Total Hours:  1.9

During the Application Period, Estrella handled and advised stateside counsel on other contested matters involving the Client.

(h)  General Litigation (Task Code B191)

Fees:  $ 96,522.00          Total Hours:  418.7

During the Application Period, Estrella advised the Committee on local litigation practice and in form language for pleadings as well as how to handle relation back situations in pleadings. We also filed multiple motions and responses thereto in the litigation of the general cases.  Estella also efficiently tracked deadlines, organize documents, and maintained a case calendar. To minimize duplication of services, Estrella implemented procedures for allocating responsibilities among various Estrella lawyers.

(i)  Claims Administration and Objections (Task Code B310)

Fees:  $111,436.00          Total Hours:  468.7

During the Application Period, Estrella advised the Committee on general case administration. To efficiently track deadlines, organize documents, and manage workstreams, Estrella also prepared a task list per requests from Brown Rudnick attorneys and maintained a case calendar. To minimize duplication of services, Estrella developed procedures for allocating responsibilities among various Estrella lawyers.

(j)  Plan and Disclosure Statement (Task Code B320)

Fees:  $2,686.00          Total Hours:  12.0

During the Application Period, Estrella provided general bankruptcy advise on local matters to promote a prompt handling of the matters that were done in throughout the handling of the claims

and specifically on issues pertaining the handling of government contracts during the claims period
for filing the proceedings against third parties.

The foregoing professional services were necessary and appropriate to the administration of
the Title III Cases and were incurred upon in the best interests of the Committee, the Debtors, the
creditors, and other parties in interest.

## ACTUAL AND NECESSARY DISBURSEMENTS

As set forth in Exhibit D annexed hereto, Estrella disbursed $3,593.22 as  expenses incurred in
providing professional services during the Interim Fee Period.

Because Estrella believes that online legal research (e.g., LEXIS and WESTLAW) is far more
cost-efficient than manual research using hard-bound volumes, Estrella encourages computerized
legal research even though it is not a profit center for Estrella.

The constraints imposed by the circumstances of the matters handled by Estrella during the
Interim Fee Period required its attorneys and other employees, at times, to devote substantial time
during the evenings and on weekends to perform legal services on behalf of the Committee. These
extraordinary services were essential to meet deadlines, timely respond to daily inquiries, and
satisfy the Committee's needs and demands. Attorneys and other Estrella employees who worked
late in the evenings or on weekends were reimbursed for their reasonable meal and transportation
costs in accordance with the Local Rules and firm policy. Estrella's regular practice is not to include
components for those charges in overhead when establishing billing rates, but rather to charge its
clients for these and all other out-of-pocket disbursements incurred during the regular course of the
provision of legal services.

Estrella believes the rates for charges incurred are the market rates that most law firms
charge clients for such services. In addition, Estrella believes that such charges are in accordance
with the American Bar Association's ("ABA") guidelines, as set forth in the   ABA's Statement of
Principles dated January 12, 1995, regarding billing for disbursements and other charges.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

Section 316 provides for the compensation of professionals.  Specifically, section 316

provides that a court may award a professional employed by a committee under section 1103 of the

Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and

reimbursement for actual, necessary expenses." PROMESA §316(a). Section 316 of PROMESA

also sets forth the criteria for the award of such compensation and reimbursement:

(a)   In determining the amount of reasonable compensation to be awarded
to a professional person, the court shall consider the nature, the extent,
and the value of such services, taking into account all relevant factors,
including:

(i)   the time spent on such services;

(ii)   the rates charged for such services;

(iii)   whether the services were necessary to the administration of, or
beneficial at the time at which the service was rendered toward
the completion of, a case under this chapter;

(iv)   whether the services were performed within a reasonable
amount of time commensurate with the complexity, importance,
and nature of the problem, issue, or task addressed;

(v)   with respect to a professional person, whether the person is
board certified or otherwise has demonstrated skill and
experience in the restructuring field; and

(vi)   whether the compensation is reasonable based on the customary
compensation charged by comparably skilled practitioners in
cases other than cases under this title or title 11, United States
Code.

See, PROMESA § 316(c). Further, section 317 of PROMESA provides that "a committee . . .

may apply to the court not more than once every 120 days . . . for such compensation for services

rendered . . .."

In the instant case, Estrella respectfully submits that the services for which it seeks

compensation in this Application were, at the time rendered, believed to be necessary for and

beneficial to the Committee, the Debtors, and their stakeholders and were rendered  to protect,

preserve, and maximize the value for unsecured creditors during the pendency of the Title III Cases. The services rendered to the Committee were performed in an economic, effective, and efficient manner commensurate with the complexity and importance of the issues involved. The results obtained to date have benefited not only the Committee but also the Debtors and their stakeholders. Accordingly, the compensation requested herein is reasonable considering the nature, extent, and value of such services to the Committee, the Debtors, and all parties in interest.

The work conducted was carefully assigned to appropriate professionals or paraprofessionals according to the experience and level of expertise required for each task. Whenever possible, Estrella sought to minimize the costs of Estrella's services to the Committee by utilizing talented junior attorneys and paraprofessionals to handle the more routine aspects of the assignments. A small group of the same Estrella attorneys was utilized for most of the work in this case, to minimize the costs of intra-Estrella communication and education about the Title III Cases. As demonstrated by this Application, Estrella spent its time economically and without unnecessary duplication. Accordingly, approval of the compensation sought herein is warranted.

## **CONCLUSION**

WHEREFORE, Estrella respectfully requests entry of an order (i) allowing interim compensation for professional services rendered during the Interim Fee Period in the amount    of $391,386.50 and expense reimbursements in the amount of $3,593.22; (ii) directing the Debtors' payment of the amounts allowed and (iii) granting Estrella such other and further relief as is just.

CERTIFICATE OF SERVICE: I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record, as well as serve the standard parties pursuant to the requirements set forth in the Order Further Amending Case Management Procedures at Docket No. 13512 and the Thirteenth Amended Notice, Case Management and Administrative Procedures.

*s/ Kenneth C. Suria, Esq.*
Kenneth C. Suria, Esq.



ESTRELLA, LLC
Alberto G. Estrella, Esq., USDC - PR 209804
Kenneth C. Suria, Esq., USDC - PR 213302
P.O. Box 9023596
San Juan, Puerto Rico 00901-3596
Telephone: (787) 977-5050
agestrella@estrellallc.com
kcsuria@estrellallc.com

**Hearing Date**: 09/16/2020 at 8:30 a.m. (ET) / 9:30 a.m. (AST)

**Objection Deadline**: 09/04/2020 at 3:00 p.m. (ET) / 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[9]

:
:
:
:
:
:
:
:
:
:
:
:
:

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

-------------------------------------------------------------------- x

## DECLARATION OF ALBERTO G. ESTRELLA, ESQ. IN SUPPORT OF FIFTH INTERIM FEE APPLICATION OF ESTRELLA, LLC, AS LOCAL COUNSEL TO SPECIAL CLAIMS COMMITTEE, FOR SERVICES RENDEREDAND REIMBURSEMENT OF EXPENSES FOR PERIOD <u>FROM JANUARY 1, 2020 THROUGH APRIL 30, 2019</u>

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), I, Alberto G. Estrella, declare that the following is true to the best of my knowledge, information, and belief:

l.      I am an attorney admitted and in good standing to practice in the Commonwealth of Puerto Rico. I am the Managing Partner at the law firm of Estrella, LLC ("Estrella"), located at, 150 Tetuan Street, San Juan, PR 00902, and am duly authorized to make this Declaration on behalf of Estrella. I make this Declaration in support of the *Fifth Interim Application of Estrella,*

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a   bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780) (Last  Four Digits of Federal Tax ID: 3747).

*LLC, Local Counsel to Special Claims Committee, for Services Rendered and Reimbursement of*

*Expenses for the Period from January 1, 2020 through April 30, 2020* (the "Application").

     2.     The facts set forth in this Declaration are based upon my personal knowledge,

discussions with other Estrella attorneys, and the firm's client/matter records that were reviewed

by me or other Estrella attorneys acting under my supervision and direction.

     3.     I hereby certify that I have read the Application and, to the best of my knowledge,

information, and belief, formed after reasonable inquiry, (a) the compensation and

reimbursement of expenses sought in the Application conform with the Bankruptcy Code, the

Bankruptcy Rules, the U.S. Trustee Guidelines, and the Local Rules, and (b) the compensation

and reimbursement of expenses are billed at rates no less favorable to the Debtors than those

customarily employed by Estrella generally.

     4.     Estrella provides the following response to the request for information set forth in

the U.S. Trustee Guidelines:

| | |
|---|---|
| Question: | Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees, or terms for services pertaining to this engagement that were provided during the Interim Fee Period? |
| Response: | No. |
| Question: | If the fees sought in this application as compared to the fees budgeted for the Interim Fee Period are higher by 10% or more, did you discuss the reasons for the variation with the client? |
| Response: | Does not apply, Estrella's fees sought are and have been consistently below the budgets submitted during the Interim Fee Period. |
| Question: | Have any of the professionals included in this application varied their hourly rate based on the geographic location of the bankruptcy case? |
| Response: | No. |
| Question: | Does the application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees. |
| Response: | This application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices |

<u>Question</u>:        Does this application include time or fees for reviewing time records to
                      redact any privileged or other confidential information? If so, please
                      quantify by hours and fees.

<u>Response</u>:        This application does not include time or fees for reviewing time records
                      to redact any privileged or other confidential information

<u>Question</u>:        If the application includes any rate increases since retention: (i) Did your
                      client review and approve those rate increases in advance? (ii) Did your
                      client agree when retaining the law firm to accept all future rates
                      increases? If not, did you inform your client that they need not agree to
                      modified rates or terms in order to have you continue the representation
                      consistent with ABA Formal Ethics Opinion 11-458?

Response:             This application does not include any rate increase since retention.


5.        I declare under penalty of perjury that, to the best of my knowledge and after

reasonable inquiry, the foregoing is true and correct.

Executed on August 17, 2020



                                          <u>*s/ Alberto G. Estrella, Esq.*</u>
                                          Alberto G. Estrella, Esq.

### Exhibit A

Summary of Timekeepers included in this Application for Fee Period

| Summary of Hours and Fees by Professional | | | | |
|---|---|---|---|---|
| **Attorney** | **Position; Year(s) Admitted to Bar; Specialty** | **Rate** | **Hours** | **Amount** |
| Alberto G. Estrella | Partner; Admitted in 1994; Litigation | $280.00 | 75.0 | $21,000.00 |
| Kenneth C. Suria | Partner; Admitted in 1985; Litigation | $280.00 | 427.9 | $119,812.00 |
| Francisco Ojeda | Associate; Admitted in 1995; Litigation | $220.00 | 216.3 | $47,586.00 |
| Carlos Infante | Associate; Admitted in 2012; Restructuring and Bankruptcy | $220.00 | 484.5 | $106,590.00 |
| Yasthel Gonzalez | Associate; Admitted in 2006; Litigation and Labor. | $220.00 | 230.6 | $50,732.00 |
| Neyla Ortiz | Associate; Admitted in 2008; Civil Litigation | $200.00 | 196.3 | $39,260.00 |
| Enrique Enriquez | Associate; Admitted in 2017; Litigation | $160.00 | 0.2 | $32.00 |
| **TOTAL** | | | **1630.8** | **$385,012.00** |

| **Paralegals** | **Year(s) Admitted to Bar; Position; Specialty** | **Rate** | | **Amount** |
|---|---|---|---|---|
| Yarimel Viera | Head Paralegal;19 years of experience; Litigation | $95.00 | 65.1 | $6,184.50 |
| Carolina Bonilla | Paralegal ; 7 years of experience; Compliance and Litigation. | $95.00 | 2.0 | $190.00 |
| **TOTAL** | | | **67.1** | **$6,374.50** |

| **GRAND TOTAL** | | | **1697.9** | **$391,386.50** |
|---|---|---|---|---|

**Exhibit B**

Summary of Compensation during Fee Periods by Project Category and by Matter

| Summary of Fees and Costs by Task Code | | | | |
|---|---|---|---|---|
| **Task Code** | **Hours** | **Fees** | **Costs** | **Total Amount** |
| Costs | 0 | $0.00 | $3,593.22 | $3,593.22 |
| Asset Analysis Recovery | 1.1 | $308.00 | $0.00 | $308.00 |
| Asset Disposition | 0.6 | $168.00 | $0.00 | $168.00 |
| Assumtion/ Rejection of Leases | 2.3 | $626.00 | $0.00 | $626.00 |
| Avoidance Action Analysis | 365.1 | $82,708.50 | $0.00 | $82,708.50 |
| Case Administration | 145.8 | $30,579.50 | $0.00 | $30,579.50 |
| Claims Administration and Objections | 468.7 | $111,436.00 | $0.00 | $111,436.00 |
| Court Hearings | 0.3 | $84.00 | $0.00 | $84.00 |
| Fee/ Employment Applications | 30.6 | $7,960.00 | $0.00 | $7,960.00 |
| Fee/ Employment Objections | 8.6 | $2,408.00 | | $2,408.00 |
| General Litigation | 418.7 | $96,522.00 | $0.00 | $96,522.00 |
| Meetings and Communications | 65.9 | $10,710.50 | $0.00 | $10,710.50 |
| Other Contested Matters | 1.9 | $532.00 | $0.00 | $532.00 |
| Plan and Disclosure Statement | 12.0 | $2,686.00 | $0.00 | $2,686.00 |
| Pleading Reviews | 108.9 | $27,052.00 | $0.00 | $27,052.00 |
| Relief from Stay/ Adequate Protection Proceedings | 67.4 | $17,606.00 | $0.00 | $17,606.00 |
| **TOTAL** | **1697.9** | **$391,386.50** | **$3,593.22** | **$394,979.72** |

**Exhibit C**

Summary of Expenses by Category

| Costs | |
|---|---|
| **Service** | **Cost** |
| 1. Photocopy (In-house) (pages x 10¢) | $ - |
| 2. Research (On-line Actual Costs) – Westlaw | $ - |
| 3. PACER / Court Drive | $ 1,508.50 |
| 4. Telephone | $ - |
| 5. Teleconferencing | $ - |
| 6. Binding | $ - |
| 7. Meals | $ 273.78 |
| 8. Travel - Hotel | $ 602.42 |
| 9. Travel - Airfare | $ 256.00 |
| 10. Travel- out of Town | $ 176.77 |
| 11. Travel- Local | $ 26.05 |
| 12. Postage | $ - |
| 13. Court Fees | $ 600.00 |
| 14. Delivery Services | $ 149.70 |
| 15. Professional Services | $ - |
| **TOTAL** | **$ 3,593.22** |

**Exhibit D**

**List of Professionals by Matter**

| Case Administration | | | | | | | |
|---|---|---|---|---|---|---|---|
| Professional | Position | Task Code | Task Code Description | Hours | Rate | | Value |
| Alberto Estrella | Partner | B110 | Case Administration | 15.5 | $280.00 | $ | 4,340.00 |
| Kenneth Suria | Partner | B110 | Case Administration | 36.6 | $280.00 | $ | 10,248.00 |
| Carlos Infante | Associate | B110 | Case Administration | 35.9 | $220.00 | $ | 7,898.00 |
| Francisco Ojeda | Associate | B110 | Case Administration | 13.1 | $220.00 | $ | 2,882.00 |
| Yasthel Gonzalez | Associate | B110 | Case Administration | 5.6 | $220.00 | $ | 1,232.00 |
| Neyla Ortiz | Associate | B110 | Pleading Reviews | 2.4 | $200.00 | $ | 480.00 |
| Enrique Enríquez | Associate | B110 | Case Administration | 0.2 | $160.00 | $ | 32.00 |
| Yarimel Viera | Paralegal | B110 | Case Administration | 34.5 | $ 95.00 | $ | 3,277.50 |
| Carolina Bonilla | Paralegal | B110 | Case Administration | 2.0 | $ 95.00 | $ | 190.00 |
| **Case Administration Total** | | | | **145.8** | | **$** | **30,579.50** |
| Pleading Reviews | | | | | | | |
| Professional | Position | Task Code | Task Code Description | Hours | Rate | | Value |
| Alberto Estrella | Partner | B113 | Pleading Reviews | 29.2 | $280.00 | $ | 8,176.00 |
| Kenneth Suria | Partner | B113 | Pleading Reviews | 23 | $280.00 | $ | 6,440.00 |
| Carlos Infante | Associate | B113 | Pleading Reviews | 35.1 | $220.00 | $ | 7,722.00 |
| Francisco Ojeda | Associate | B113 | Pleading Reviews | 0.9 | $220.00 | $ | 198.00 |
| Yasthel Gonzalez | Associate | B113 | Pleading Reviews | 18.8 | $220.00 | $ | 4,136.00 |
| Neyla Ortiz | Associate | B113 | Pleading Reviews | 1.9 | $200.00 | $ | 380.00 |
| **Pleading Reviews Total** | | | | **108.9** | | **$** | **27,052.00** |
| Asset Analysis Recovery | | | | | | | |
| Professional | Position | Task Code | Task Code Description | Hours | Rate | | Value |
| Kenneth Suria | Partner | B120 | Asset Analysis Recovery | 1.1 | $280.00 | $ | 308.00 |
| **Asset Analysis Recoverys Total** | | | | **1.1** | | **$** | **308.00** |
| Asset Disposition | | | | | | | |
| Professional | Position | Task Code | Task Code Description | Hours | Rate | | Value |
| Kenneth Suria | Partner | B130 | Asset Disposition | 0.6 | $280.00 | $ | 168.00 |
| **Asset Disposition Total** | | | | **0.6** | | **$** | **168.00** |
| Relief from Stay/ Adequate Protection Proceedings | | | | | | | |
| Professional | Position | Task Code | Task Code Description | Hours | Rate | | Value |
| Alberto Estrella | Partner | B140 | Relief from Stay/ Adequate Protection Proceedings | 0.5 | $280.00 | $ | 140.00 |
| Kenneth Suria | Partner | B140 | Relief from Stay/ Adequate Protection Proceedings | 46.1 | $280.00 | $ | 12,908.00 |
| Carlos Infante | Associate | B140 | Relief from Stay/ Adequate Protection Proceedings | 7.0 | $220.00 | $ | 1,540.00 |
| Francisco Ojeda | Associate | B140 | Relief from Stay/ Adequate Protection Proceedings | 12.8 | $220.00 | $ | 2,816.00 |
| Yasthel Gonzalez | Associate | B140 | Relief from Stay/ Adequate Protection Proceedings | 0.1 | $220.00 | $ | 22.00 |
| Neyla Ortiz | Associate | B140 | Relief from Stay/ Adequate Protection Proceedings | 0.9 | $200.00 | $ | 180.00 |
| **Relief from Stay/ Adequate Protection Proceedings Total** | | | | **67.4** | | **$** | **17,606.00** |

| Meetings and Communications | | | | | | | |
|---|---|---|---|---|---|---|---|
| Professional | Position | Task Code | Task Code Description | Hours | Rate | | Value |
| Carlos Infante | Associate | B150 | Meetings and Communications | 35.6 | $220.00 | $ | 7,832.00 |
| Yarimel Viera | Paralegal | B150 | Meetings and Communications | 30.3 | $ 95.00 | $ | 2,878.50 |
| **Meetings and Communications Total** | | | | **65.9** | | **$** | **10,710.50** |
| Court Hearings | | | | | | | |
| Professional | Position | Task Code | Task Code Description | Hours | Rate | | Value |
| Alberto Estrella | Partner | B155 | Court Hearings | 0.3 | $280.00 | $ | 84.00 |
| **Court Hearings Total** | | | | **0.3** | | **$** | **84.00** |
| Fee/ Employment Applications | | | | | | | |
| Professional | Position | Task Code | Task Code Description | Hours | Rate | | Value |
| Kenneth Suria | Partner | B160 | Fee/ Employment Applications | 20.5 | $280.00 | $ | 5,740.00 |
| Carlos Infante | Associate | B160 | Fee/ Employment Applications | 10.0 | $220.00 | $ | 2,200.00 |
| Neyla Ortiz | Associate | B160 | Fee/ Employment Applications | 0.1 | $200.00 | $ | 20.00 |
| **Fee/ Employment Applications Total** | | | | **30.6** | | **$** | **7,960.00** |
| Fee/ Employment Objections | | | | | | | |
| Professional | Position | Task Code | Task Code Description | Hours | Rate | | Value |
| Kenneth Suria | Partner | B170 | Fee/ Employment Objections | 8.6 | $280.00 | $ | 2,408.00 |
| **Fee/ Employment Objections Total** | | | | **8.6** | | **$** | **2,408.00** |
| Avoidance Action Analysis | | | | | | | |
| Professional | Position | Task Code | Task Code Description | Hours | Rate | | Value |
| Alberto Estrella | Partner | B180 | Avoidance Action Analysis | 29.5 | $280.00 | $ | 8,260.00 |
| Kenneth Suria | Partner | B180 | Avoidance Action Analysis | 11.4 | $280.00 | $ | 3,192.00 |
| Carlos Infante | Associate | B180 | Avoidance Action Analysis | 322.4 | $220.00 | $ | 70,928.00 |
| Neyla Ortiz | Associate | B180 | Avoidance Action Analysis | 1.5 | $200.00 | $ | 300.00 |
| Yarimel Viera | Paralegal | B180 | Avoidance Action Analysis | 0.3 | $ 95.00 | $ | 28.50 |
| **Avoidance Action Analysis Total** | | | | **365.1** | | **$** | **82,708.50** |
| Assumption/ Rejection of Leases | | | | | | | |
| Professional | Position | Task Code | Task Code Description | Hours | Rate | | Value |
| Kenneth Suria | Partner | B185 | Assumption/ Rejection of Leases | 2.0 | $280.00 | $ | 560.00 |
| Carlos Infante | Associate | B185 | Assumption/ Rejection of Leases | 0.2 | $220.00 | $ | 44.00 |
| Francisco Ojeda | Associate | B185 | Assumption/ Rejection of Leases | 0.1 | $220.00 | $ | 22.00 |
| **Assumption/ Rejection of Leases Total** | | | | **2.3** | | **$** | **626.00** |
| Other Contested Matters | | | | | | | |
| Professional | Position | Task Code | Task Code Description | Hours | Rate | | Value |
| Kenneth Suria | Partner | B190 | Other Contested Matters | 1.9 | $280.00 | $ | 532.00 |
| **Other Contested Matters Total** | | | | **1.9** | | **$** | **532.00** |
| General Litigation | | | | | | | |
| Professional | Position | Task Code | Task Code Description | Hours | Rate | | Value |
| Kenneth Suria | Partner | B191 | General Litigation | 97 | $280.00 | $ | 27,160.00 |
| Carlos Infante | Associate | B191 | General Litigation | 31.1 | $220.00 | $ | 6,842.00 |
| Francisco Ojeda | Associate | B191 | General Litigation | 180.6 | $220.00 | $ | 39,732.00 |
| Yasthel Gonzalez | Associate | B191 | General Litigation | 39.4 | $220.00 | $ | 8,668.00 |
| Neyla Ortiz | Associate | B191 | General Litigation | 70.6 | $200.00 | $ | 14,120.00 |
| **General Litigation Total** | | | | **418.7** | | **$** | **96,522.00** |

| Claims Administration and Objections | | | | | | | |
|---|---|---|---|---|---|---|---|
| Professional | Position | Task Code | Task Code Description | Hours | Rate | | Value |
| Kenneth Suria | Partner | B310 | Claims Administration and Objections | 177.3 | $280.00 | $ | 49,644.00 |
| Carlos Infante | Associate | B310 | Claims Administration and Objections | 0.2 | $220.00 | $ | 44.00 |
| Francisco Ojeda | Associate | B310 | Claims Administration and Objections | 8.8 | $220.00 | $ | 1,936.00 |
| Yasthel Gonzalez | Associate | B310 | Claims Administration and Objections | 166.6 | $220.00 | $ | 36,652.00 |
| Neyla Ortiz | Associate | B310 | Claims Administration and Objections | 115.8 | $200.00 | $ | 23,160.00 |
| **Claims Administration and Objections Total** | | | | **468.7** | | | **$ 111,436.00** |
| Plan and Disclosure Statement | | | | | | | |
| Professional | Position | Task Code | Task Code Description | Hours | Rate | | Value |
| Kenneth Suria | Partner | B320 | Plan and Disclosure Statement | 1.8 | $280.00 | $ | 504.00 |
| Carlos Infante | Associate | B320 | Plan and Disclosure Statement | 7.0 | $220.00 | $ | 1,540.00 |
| Yasthel Gonzalez | Associate | B320 | Plan and Disclosure Statement | 0.1 | $220.00 | $ | 22.00 |
| Neyla Ortiz | Associate | B320 | Plan and Disclosure Statement | 3.1 | $200.00 | $ | 620.00 |
| **Plan and Disclosure Statement Total** | | | | **12.0** | | | **$ 2,686.00** |
| **GRAND TOTAL** | | | | **1697.9** | | | **$ 391,386.50** |

## Exhibit E

### List of Matters by Professional

| Task Code | Task Code Description | Hours | Rate | Value |
|---|---|---|---|---|
| Alberto Estrella<br>Partner | | | | |
| B110 | Case Administration | 15.5 | $ 280.00 | $4,340.00 |
| B113 | Pleading Reviews | 29.2 | $ 280.00 | $8,176.00 |
| B140 | Relief from Stay/ Adequate Protection Proceedings | 0.5 | $ 280.00 | $140.00 |
| B155 | Court Hearings | 0.3 | $ 280.00 | $84.00 |
| B180 | Avoidance Action Analysis | 29.5 | $ 280.00 | $8,260.00 |
| | | **75.0** | | **$21,000.00** |

| Task Code | Task Code Description | Hours | Rate | Value |
|---|---|---|---|---|
| Kenneth Suria<br>Partner | | | | |
| B110 | Case Administration | 36.6 | $ 280.00 | $10,248.00 |
| B113 | Pleading Reviews | 23.0 | $ 280.00 | $6,440.00 |
| B120 | Asset Analysis Recovery | 1.1 | $ 280.00 | $308.00 |
| B130 | Asset Disposition | 0.6 | $ 280.00 | $168.00 |
| B140 | Relief from Stay/ Adequate Protection Proceedings | 46.1 | $ 280.00 | $12,908.00 |
| B160 | Fee/ Employment Applications | 20.5 | $ 280.00 | $5,740.00 |
| B170 | Fee/ Employment Objections | 8.6 | $ 280.00 | $2,408.00 |
| B180 | Avoidance Action Analysis | 11.4 | $ 280.00 | $3,192.00 |
| B185 | Assumption/ Rejection of Leases | 2.0 | $ 280.00 | $560.00 |
| B190 | Other Contested Matters | 1.9 | $ 280.00 | $532.00 |
| B191 | General Litigation | 97.0 | $ 280.00 | $27,160.00 |
| B310 | Claims Administration and Objections | 177.3 | $ 280.00 | $49,644.00 |
| B320 | Plan and Disclosure Statement | 1.8 | $ 280.00 | $504.00 |
| | | **427.9** | | **$119,812.00** |

| Task Code | Task Code Description | Hours | Rate | Value |
|---|---|---|---|---|
| Carlos Infante<br>Associate | | | | |
| B110 | Case Administration | 35.9 | $ 220.00 | $7,898.00 |
| B113 | Pleading Reviews | 35.1 | $ 220.00 | $7,722.00 |
| B120 | Asset Analysis Recovery | 7.0 | $ 220.00 | $1,540.00 |
| B150 | Meetings and Communications | 35.6 | $ 220.00 | $7,832.00 |
| B160 | Fee/ Employment Applications | 10.0 | $ 220.00 | $2,200.00 |
| B180 | Avoidance Action Analysis | 322.4 | $ 220.00 | $70,928.00 |
| B185 | Assumption/ Rejection of Leases | 0.2 | $ 220.00 | $44.00 |
| B191 | General Litigation | 31.1 | $ 220.00 | $6,842.00 |
| B310 | Claims Administration and Objections | 0.2 | $ 220.00 | $44.00 |
| B320 | Plan and Disclosure Statement | 7.0 | $ 220.00 | $1,540.00 |
| | | **484.5** | | **$106,590.00** |

| Francisco Ojeda Associate | | | | |
|---|---|---|---|---|
| Task Code | Task Code Description | Hours | Rate | Value |
| B110 | Case Administration | 13.1 | $  220.00 | $2,882.00 |
| B140 | Relief from Stay/ Adequate Protection Proceedings | 0.9 | $  220.00 | $198.00 |
| B113 | Pleading Reviews | 12.8 | $  220.00 | $2,816.00 |
| B185 | Assumption/ Rejection of Leases | 0.1 | $  220.00 | $22.00 |
| B191 | General Litigation | 180.6 | $  220.00 | $39,732.00 |
| B310 | Claims Administration and Objections | 8.8 | $  220.00 | $1,936.00 |
| | | **216.3** | | **$47,586.00** |

| Yasthel Gonzalez Associate | | | | |
|---|---|---|---|---|
| Task Code | Task Code Description | Hours | Rate | Value |
| B110 | Case Administration | 5.6 | $  220.00 | $1,232.00 |
| B113 | Pleading Reviews | 18.8 | $  220.00 | $4,136.00 |
| B140 | Relief from Stay/ Adequate Protection Proceedings | 0.1 | $  220.00 | $22.00 |
| B191 | General Litigation | 39.4 | $  220.00 | $8,668.00 |
| B310 | Claims Administration and Objections | 166.6 | $  220.00 | $36,652.00 |
| B320 | Plan and Disclosure Statement | 0.1 | $  220.00 | $22.00 |
| | | **230.6** | | **$50,732.00** |

| Neyla Ortiz Associate | | | | |
|---|---|---|---|---|
| Task Code | Task Code Description | Hours | Rate | Value |
| B110 | Case Administration | 2.4 | $  200.00 | $480.00 |
| B113 | Pleading Reviews | 1.9 | $  200.00 | $380.00 |
| B140 | Relief from Stay/ Adequate Protection Proceedings | 0.9 | $  200.00 | $180.00 |
| B160 | Fee/ Employment Applications | 0.1 | $  200.00 | $20.00 |
| B180 | Avoidance Action Analysis | 1.5 | $  200.00 | $300.00 |
| B191 | General Litigation | 70.6 | $  200.00 | $14,120.00 |
| B310 | Claims Administration and Objections | 115.8 | $  200.00 | $23,160.00 |
| B320 | Plan and Disclosure Statement | 3.1 | $  200.00 | $620.00 |
| | | **196.3** | | **$39,260.00** |

| Enrique Enriquez Associate | | | | |
|---|---|---|---|---|
| Task Code | Task Code Description | Hours | Rate | Value |
| B110 | Case Administration | 0.2 | $  160.00 | $32.00 |
| | | **0.2** | | **$32.00** |

| Yarimel Viera Paralegal | | | | |
|---|---|---|---|---|
| Task Code | Task Code Description | Hours | Rate | Value |
| B110 | Case Administration | 34.5 | $ 95.00 | $3,277.50 |
| B150 | Meetings and Communications | 30.3 | $ 95.00 | $2,878.50 |
| B180 | Avoidance Action Analysis | 0.3 | $ 95.00 | $28.50 |
| | | **65.1** | | **$6,184.50** |

| Carolina Bonilla Paralegal | | | | |
|---|---|---|---|---|
| Task Code | Task Code Description | Hours | Rate | Value |
| B110 | Case Administration | 2.0 | $ 95.00 | $190.00 |
| | | **2.0** | | **$190.00** |

|  | | | | |
|---|---|---|---|---|
| | **GRAND TOTAL** | **1697.9** | | **$391,386.50** |

**<u>Exhibit F</u>**

Monthly Statements for January 2020, February 2020, March 2020, and April 2020.

**<u>Exhibit G</u>**

LED File of Monthly Invoices for January 2020, February 2020, March 2020, and April 2020.