Exhibit G-1 January 2020- 505163.TXT

```
LEDES1998B[]
INVOICE_DATE|INVOICE_NUMBER|CLIENT_ID|LAW_FIRM_MATTER_ID|INVOICE_TOTAL|BILLING_START
_DATE|BILLING_END_DATE|INVOICE_DESCRIPTION|LINE_ITEM_NUMBER|EXP/FEE/INV_ADJ_TYPE|LIN
E_ITEM_NUMBER_OF_UNITS|LINE_ITEM_ADJUSTMENT_AMOUNT|LINE_ITEM_TOTAL|LINE_ITEM_DATE|LI
NE_ITEM_TASK_CODE|LINE_ITEM_EXPENSE_CODE|LINE_ITEM_ACTIVITY_CODE|TIMEKEEPER_ID|LINE_
ITEM_DESCRIPTION|LAW_FIRM_ID|LINE_ITEM_UNIT_COST|TIMEKEEPER_NAME|TIMEKEEPER_CLASSIFI
CATION|CLIENT_MATTER_ID[]
20200131|505163|1600|01001|104516.50|20200101|20200131||3|F|0.20||19.00|20200116|B11
0||A104|YV|Secure communications with Mr. Jose Luis Rivero regarding the second
amendment of the tolling agreement for Multisystems, Inc.|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||4|F|0.40||88.00|20200102|B11
0||A104|CIG|Review and analyze week's business bankruptcy reports to confirm if any
adversary or tolling vendor have filed for bankruptcy
relief.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||5|F|0.10||9.50|20200108|B110
||A104|YV|Receive, review and secure the certificate of service issued for
Enterprise Services Caribe, LLC, vendor with adversary proceeding
filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||6|F|0.10||9.50|20200108|B110
||A104|YV|Receive, review and secure the certificate of service issued for A C R
Systems, vendor with adversary proceeding filed.|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||7|F|0.10||9.50|20200108|B110
||A104|YV|Receive, review and secure the certificate of service issued for America
Aponte & Assoc. Corp., vendor with adversary proceeding
filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||8|F|0.10||9.50|20200108|B110
||A104|YV|Receive, review and secure the certificate of service issued for Next
Level Learning, Inc., vendor with adversary proceeding
filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||9|F|0.10||9.50|20200108|B110
||A104|YV|Receive, review and secure the certificate of service issued for Trinity
Metal Roof and Steel, vendor with adversary proceeding
filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||10|F|0.10||9.50|20200108|B11
0||A104|YV|Receive, review and secure the certificate of service issued for Oracle
Caribbean, Inc., vendor with adversary proceeding filed.|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||11|F|0.10||9.50|20200108|B11
0||A104|YV|Receive, review and secure the certificate of service issued for Postage
By Phone Reserve Account, vendor with adversary proceeding
filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||12|F|0.30||66.00|20200108|B1
10||A104|CIG|Review and analyze communication sent by Kenneth Suria to provide
instructions regarding assignment and management of case
17-3566.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||13|F|0.30||84.00|20200109|B1
```

Exhibit G-1 January 2020- 505163.TXT

10||A107|KCS|Telephone conference with  Joshua Ciccione, Esq., counsel for Avanza
Tech, LLC regarding the status of the claim.|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||14|F|0.20||56.00|20200110|B1
10||A103|KCS|Draft email to Joshua Ciccione, Esq., counsel for Avanza Tech, LLC
regarding the status of the claim.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||15|F|0.20||56.00|20200110|B1
10||A104|KCS|Receive and analyze email from Bob Wexler to Yarimel Viera informing of
the status of Avanza Tech, LLC matter.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||16|F|0.10||28.00|20200110|B1
10||A104|KCS|Receive and analyze email from Danielle D'Aquilla of Brown Rudnick
advising that the depositions scheduled to be taken in Puerto Rico next week have
been adjourned without a date. Reply to the same.|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||17|F|0.10||9.50|20200110|B11
0||A104|YV|Review and secured electronic summons issued for America Aponte &
Associates, vendor with adversary proceeding filed.|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||18|F|0.10||9.50|20200110|B11
0||A104|YV|Review and secured electronic summons issued for Bianca Convention
Center, vendor with adversary proceeding filed.|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||19|F|0.10||9.50|20200110|B11
0||A104|YV|Review and secured electronic summons issued for Amar Educational
Services, Inc., vendor with adversary proceeding filed.|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||20|F|0.10||9.50|20200110|B11
0||A104|YV|Review and secured electronic summons issued for A New Vision in
Educational Services, vendor with adversary proceeding
filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||21|F|0.10||9.50|20200110|B11
0||A104|YV|Review and secured electronic summons issued for Enterprise Services
Caribe, LLC., vendor with adversary proceeding filed.|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||22|F|0.10||9.50|20200110|B11
0||A104|YV|Review and secured electronic summons issued for A C R  Systems, vendor
with adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||23|F|0.10||9.50|20200110|B11
0||A104|YV|Review and secured electronic summons issued for Centro de Desarrollo
Academico, Inc., vendor with adversary proceeding filed.|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||24|F|0.10||9.50|20200110|B11
0||A104|YV|Review and secured electronic summons issued for Caribe Grolier, Inc.,
vendor with adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||25|F|0.20||19.00|20200110|B1
10||A108|YV|Review file and call attorney Ricardo Diaz, legal representative of ACR
Systems, vendor with adversary proceeding filed, to follow up on the status of the
information exchange request modifications.|66-0554116|95.00|Viera, Yarimel|OT|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||26|F|0.40||88.00|20200113|B1
10||A104|CIG|Review and analyze business bankruptcy reports for the prior week's
bankruptcy filings to determine whether and adversary tolling vendors have filed for
bankruptcy relief.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||27|F|0.30||66.00|20200114|B1
10||A104|CIG|Review and analyze communication sent by Robert Wexler to coordinate
telephone conference with representatives of Banco
Popular.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||28|F|0.20||19.00|20200115|B1
10||A108|YV|Email to DGC including copy of the NDA fully executed by all parties in
the following matter: Special Claims Committee v. Bristol-Myers Squibb Puerto Rico,
Inc.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||29|F|0.20||19.00|20200115|B1
10||A104|YV|Receive and secure copy of the NDA fully executed by Bristol-Myers
Squibb Puerto Rico, Inc., vendor with adversary proceeding
filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||30|F|0.20||19.00|20200115|B1
10||A108|YV|Receive and secure communication between Mr. Robert Wexler from DGC and
attorney Arturo Bauermeister, legal representation of Computer Learning Centers,
Inc., vendor with adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||31|F|0.20||19.00|20200116|B1
10||A104|YV|Email to attorney Joshua A Ciccone including copy of the motion of
voluntary dismissal with prejudice filed for  Avanzatec LLC and providing notice of
closure of this matter.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||32|F|0.20||19.00|20200116|B1
10||A104|YV|Process motion of voluntary dismissal with prejudice filed for Centro
Medico del Turabo.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||33|F|0.20||19.00|20200116|B1
10||A104|YV|Email to attorney Guillermo A Baralt Miro including copy of the motion
of voluntary dismissal with prejudice filed for  Centro Medico del Turabo, Inc., and
providing notice of closure of this matter.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||34|F|0.20||19.00|20200116|B1
10||A104|YV|Process motion of voluntary dismissal with prejudice filed for America
Aponte & Assoc. Corp.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||35|F|0.20||19.00|20200116|B1
10||A104|YV|Email to attorney Roberto Negron including copy of the motion of
voluntary dismissal with prejudice filed for  Arcos Dorados Puerto Rico,
LLC.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||36|F|0.20||19.00|20200116|B1
10||A104|YV|Process motion of voluntary dismissal with prejudice filed for Arcos
Dorados Puerto Rico, LLC.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||37|F|0.20||19.00|20200116|B1
10||A104|YV|Process motion of voluntary dismissal with prejudice filed for
Comprehensive Health Services, Inc.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||38|F|0.20||19.00|20200116|B1
10||A104|YV|Process motion of voluntary dismissal with prejudice filed for
Asociacion Azucarera Cooperativa Lafayette.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||39|F|0.20||19.00|20200116|B1

Exhibit G-1 January 2020- 505163.TXT

10||A104|YV|Email to attorney Osvaldo Carlo Linares including copy of the motion of voluntary dismissal with prejudice filed for Amar Educational Services and providing notice of closure of this matter.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||40|F|0.20||19.00|20200116|B1
10||A104|YV|Process motion of voluntary dismissal with prejudice filed for Comprehensive Health Services, Inc.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||41|F|0.20||19.00|20200116|B1
10||A108|YV|Communication with Karla Rosa, from Didacticos, Inc., vendor with adversary proceeding filed, to confirm DGC confirmed they will be providing the letter certifying they are participating form the informal resolution process.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200131||42|F|0.20||19.00|20200116|B1
10||A104|YV|Receive and secure communications between DGC and attorney Nayuan Zouairabani Trinidad regarding the status of the production of documents of Evertec, Inc., vendor with adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||43|F|0.20||19.00|20200116|B1
10||A104|YV|Update adversary records to include attorney Maria Alvarez Santos as a new contact for Banco Popular of Puerto Rico, vendor with tolling agreement executed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||44|F|0.20||19.00|20200116|B1
10||A104|YV|Receive and secure communication between attorney Rosa Sierra and Mr. Jose Luis Rivero regarding the status of the production of documents of Multisystems, Inc., vendor with adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||45|F|0.40||88.00|20200116|B1
10||A104|CIG|Review and analyze business bankruptcy reports to confirm if any vendor has filed for bankruptcy relief.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||46|F|0.10||9.50|20200117|B11
0||A104|YV|Review and secure communication from attorney Joshua A. Ciccone, legal representative of Avanzatec, LLC, acknowledging the filing regarding dismissal of the adversary proceeding.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||47|F|0.60||57.00|20200118|B1
10||A104|YV|Review and gather recent communication with Apex General Contractos, LLC., vendor with adversary proceeding filed in order to provide status to DGC team and attorney Rosa Sierra.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||48|F|0.20||19.00|20200118|B1
10||A108|YV|Email to DGC Team and attorney Rosa Sierra providing status of communications with Apex General Contractors LLC., vendor with adersary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||49|F|0.30||28.50|20200119|B1
10||A104|YV|Review report of recommendation and date dismissal files provided by Mr. Robert Wexler and update records for  CC Psycological & Consulting Group Corp., vendor with tolling agreement executed. Proceed to close matter.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||50|F|0.30||28.50|20200119|B1
10||A104|YV|Review report of recommendation and date dismissal files provided by Mr. Robert Wexler and update records for  Centrop Terapia Amor., vendor with tolling agreement executed. Proceed to close matter.|66-0554116|95.00|Viera, Yarimel|OT|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||51|F|0.30||28.50|20200119|B1
10||A104|YV|Review report of recommendation and date dismissal files provided by Mr.
Robert Wexler and update records for  Centro de Evaluacion y Terapia del Sureste,
vendor with tolling agreement executed. Proceed to close
matter.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||52|F|0.30||28.50|20200119|B1
10||A104|YV|Review report of recommendation and date dismissal files provided by Mr.
Robert Wexler and update records for Del Mar Events, vendor with tolling agreement
executed. Proceed to close matter.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||53|F|0.30||28.50|20200119|B1
10||A104|YV|Review report of recommendation and date dismissal files provided by Mr.
Robert Wexler and update records for  F & J Carreram, Inc., vendor with tolling
agreement executed. Proceed to close matter.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||54|F|0.30||28.50|20200119|B1
10||A104|YV|Review report of recommendation and date dismissal files provided by Mr.
Robert Wexler and update records for  Holsum de Puerto Rico, Inc., vendor with
tolling agreement executed. Proceed to close matter.|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||55|F|0.30||28.50|20200119|B1
10||A104|YV|Review report of recommendation and date dismissal files provided by Mr.
Robert Wexler and update records for  Ikon Solutions, Inc., vendor with tolling
agreement executed. Proceed to close matter.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||56|F|0.30||28.50|20200119|B1
10||A104|YV|Review report of recommendation and date dismissal files provided by Mr.
Robert Wexler and update records for  Jose Rivera Perez, vendor with tolling
agreement executed. Proceed to close matter.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||57|F|0.30||28.50|20200119|B1
10||A104|YV|Review report of recommendation and date dismissal files provided by Mr.
Robert Wexler and update records for  Reality Development Corp., vendor with tolling
agreement executed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||58|F|0.30||28.50|20200119|B1
10||A104|YV|Review report of recommendation and date dismissal files provided by Mr.
Robert Wexler and update records for Camera Mundi, Inc., vendor with tolling
agreement executed. Proceed to close matter.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||59|F|0.30||28.50|20200119|B1
10||A104|YV|Review report of recommendation and date dismissal files provided by Mr.
Robert Wexler and update records for Gomez Bus Line, vendor with tolling agreement
executed. Proceed to close matter.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||60|F|0.30||28.50|20200119|B1
10||A104|YV|Review report of recommendation and date dismissal files provided by Mr.
Robert Wexler and update records for  Industrial Fire Products Corp, vendor with
tolling agreement executed. Proceed to close matter.|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||61|F|0.60||168.00|20200120|B
110||A104|KCS|Draft monthly budget for the fee examiner.  Draft email an forward the
same to the Fee Examiner, received reply acknowledging
receipt.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||62|F|0.20||19.00|20200120|B1

Exhibit G-1 January 2020- 505163.TXT

10||A108|YV|Telephone call from Rocio Cabrera Velazquez paralegal from MConnell Valdez, attorneys of Bristol-Myers Squibb Puerto Rico, Inc., vendor with adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||63|F|0.20||19.00|20200121|B1
10||A108|YV|Second telephone call from Mr. Hector Laboy, President of Centro Avanzado Patologia & Terapia del Habla, vendor with adversary proceeding filed, to validate next steps to follow.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||64|F|0.20||19.00|20200121|B1
10||A108|YV|Communication from Mr. Osvaldo Rivera, requesting orientation regarding how to proceed with the correspondence received by him regarding to Adversary Proceeding No. 19-00296-LTS.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||65|F|0.20||19.00|20200121|B1
10||A108|YV|Telephone call from Mr. Hector Laboy, President of Centro Avanzado Patologia & Terapia del Habla to request an explanation regarding why is he receving documents if he was informed there was a voluntary dismssal filed in his case.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||66|F|0.30||28.50|20200121|B1
10||A108|YV|Review the Prime Clerk website, validate the status of proceeding in the matter of The Special Claims Committee v. Centro Avanzado Patologia & Terapia del Habla, secured copy of the notice of voluntary dismissal and send it by email to Mr. Hector Laboy, President of the company.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||67|F|0.20||19.00|20200121|B1
10||A108|YV|Email to DGC, including a link with the production of documents submitted by Bristol-Myers Squibb, vendor with adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||68|F|0.50||110.00|20200121|B
110||A107|CIG|Coordinate meetings for February 6, 2020, with DGC and adversary and tolling vendors.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||69|F|2.50||550.00|20200123|B
110||A104|CIG|Review and analyze preliminary interim fee application for september 2019 and propose relevant revisions and edits.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||70|F|0.30||28.50|20200124|B1
10||A108|YV|Receive and process evidence submitted by Bio-Medical Application of Puerto Rico|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||71|F|0.40||88.00|20200128|B1
10||A103|CIG|Draft communication for Alberto Estrella and Yarimel Viera to provide final letter for missing data vendors, obtain final approval and provide instructions for delivery of same.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||72|F|0.60||57.00|20200129|B1
10||A104|YV|Receive and secure production of documents sumbitted by  Armada Productions Corp., vendor with adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||73|F|1.50||142.50|20200129|B
110||A104|YV|Review and edit template of letters to vendors with no contact or not activity in the production of documents, English version.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||74|F|0.60||57.00|20200129|B1

Exhibit G-1 January 2020- 505163.TXT

10||A104|YV|Receive and secure production of documents submitted by Pitney Bowes Puerto Rico, vendor with tolling agreement executed.|66-0554116|95.00|Viera, Yarimel|OT|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||75|F|0.30||66.00|20200129|B1
10||A104|CIG|Review and analyze communication sent by Bob Wexler to provide schedule for meetings between Estrella, DGC and certain vendors to discuss their adversary cases and preference analysis.|66-0554116|220.00|Infante , Carlos|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||76|F|0.30||66.00|20200129|B1
10||A104|CIG|Meeting with Yarimel Viera to discuss communications to be sent to missing data and no action vendors.|66-0554116|220.00|Infante , Carlos|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||77|F|0.30||28.50|20200116|B1
10||A108|YV|Telephone call from from Distribuidora Lebron, vendor with adversary proceeding filed, to follow up their request of additional information to complete the exchange of information process.|66-0554116|95.00|Viera, Yarimel|OT|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||78|F|0.30||28.50|20200124|B1
10||A106|YV|Communication from paralegal Rocio Cabrera requesting a link to upload the production of documents for Bio-Medical Application of Puerto Rico. Prepare a link and send them an email providing access.|66-0554116|95.00|Viera, Yarimel|OT|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||79|F|0.20||32.00|20200111|B1
10||A105|ESE|Exchange of electronic communication with attorney Kenneth Suria regarding updated list of arbitrators and mediators certified by the Puerto Rico Supreme Court.|66-0554116|160.00|Enriquez, Enrique S.|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||80|F|1.00||95.00|20200115|B1
10||A112|CB|Round trip travel time to the Clerks office in the United States District Court in order to submit the apperance of Danielle A. D'Aquila.|66-0554116|95.00|Bonilla, Carolina|OT|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||81|F|1.00||95.00|20200115|B1
10||A109|CB|Visit the Clerks office in the United States District Court in order to submit the apperance of Danielle A. D'Aquila.|66-0554116|95.00|Bonilla, Carolina|OT|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||82|F|1.80||504.00|20200103|B
113||A103|AGE|Receive and analyze draft of URGENT MOTION OF COMMITTEES AND GOVERNMENT PARTIES TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO REQUESTS FOR ADMISSION FROM ERS BONDHOLDERS (28 pages). Approve for our signature.|66-0554116|280.00|Estrella, Alberto G.|PT|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||83|F|0.60||168.00|20200106|B
113||A103|AGE|Receive and reply to email from Tristan Axelrod regarding objection to ERS bondholders proof of claims. Read objection and approved the inclusion of our signatures.|66-0554116|280.00|Estrella, Alberto G.|PT|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||84|F|0.40||112.00|20200107|B
113||A107|AGE|Receive and reply to email from Danielle A. D'Aquila regarding Urgent Motion Proposing Deadlines regarding the Motions to Compel. Read the motion and approve for filing with our signature.|66-0554116|280.00|Estrella, Alberto G.|PT|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||85|F|0.30||66.00|20200107|B1
13||A104|CIG|Receive and analyze communications sent by Kenneth Suria and Alberto Estrella to discuss need to open certain cases to manage adversary proceedings.|66-0554116|220.00|Infante , Carlos|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||86|F|1.20||264.00|20200108|B

Exhibit G-1 January 2020- 505163.TXT

113||A103|CIG|Review and analyze Stipulation and Order for the Production and Exchange of Confidential Information including supplementary attachments.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||87|F|0.30||66.00|20200108|B1
13||A103|CIG|Review and analyze urgent motion Urgent Joint Motion Proposing Objection Deadlines and Hearing Date for Motions to Compel and Quash|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||88|F|1.80||396.00|20200108|B
113||A103|CIG|Review and analyze motion to compel ERS certain Commonwealth employees to provide complete answers to interrogatories along with relevant attachments.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||89|F|0.20||44.00|20200110|B1
13||A104|CIG|Review and analyze ORDER GRANTING IN Part and DENYING in Part. regarding Motion for Issuance of Summons /Urgent Omnibus Motion for Authorization of Service by Publication or Alternative Request for Order to (I) Make Service Within a Specified Time or (II) Extend Time for Service issued for adversary proceeding no. 19-00066.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||90|F|0.20||44.00|20200110|B1
13||A104|CIG|Review and analyze ORDER GRANTING IN Part and DENYING in Part. regarding Motion for Issuance of Summons /Urgent Omnibus Motion for Authorization of Service by Publication or Alternative Request for Order to (I) Make Service Within a Specified Time or (II) Extend Time for Service issued for adversary proceeding no. 19-00061.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||91|F|0.20||44.00|20200110|B1
13||A104|CIG|Review and analyze ORDER GRANTING IN Part and DENYING in Part. regarding Motion for Issuance of Summons /Urgent Omnibus Motion for Authorization of Service by Publication or Alternative Request for Order to (I) Make Service Within a Specified Time or (II) Extend Time for Service issued for adversary proceeding no. 19-00060.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||92|F|0.20||44.00|20200110|B1
13||A104|CIG|Review and analyze ORDER GRANTING IN Part and DENYING in Part. regarding Motion for Issuance of Summons /Urgent Omnibus Motion for Authorization of Service by Publication or Alternative Request for Order to (I) Make Service Within a Specified Time or (II) Extend Time for Service issued for adversary proceeding no. 19-00072|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||93|F|0.20||44.00|20200110|B1
13||A104|CIG|Review and analyze ORDER GRANTING IN Part and DENYING in Part. regarding Motion for Issuance of Summons /Urgent Omnibus Motion for Re-issuance of Summons and/or Authorization of Service by Publication or Alternative Request for Order to (I) Make Service Within a Specified Time or (II) Extend Time for Service issued for adversary proceeding no. 19-00077|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||94|F|0.20||44.00|20200110|B1
13||A104|CIG|Review and analyze ORDER GRANTING IN Part and DENYING in Part. regarding Urgent Omnibus Motion for Re-issuance of Summons and/or Authorization of Service by Publication or Alternative Request for Order to (I) Make Service Within a Specified Time or (II) Extend Time for Service issued for adversary proceeding no. 19-00069.|66-0554116|220.00|Infante , Carlos|AS|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||95|F|0.20||44.00|20200110|B1
13||A104|CIG|Review and analyze ORDER GRANTING IN Part and DENYING in Part.
regarding Urgent Omnibus Motion for Re-issuance of Summons and/or Authorization of
Service by Publication or Alternative Request for Order to (I) Make Service Within a
Specified Time or (II) Extend Time for Service issued for adversary proceeding no.
19-00057.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||96|F|0.20||44.00|20200110|B1
13||A104|CIG|Review and analyze ORDER GRANTING IN Part and DENYING in Part.
regarding Urgent Omnibus Motion for Re-issuance of Summons and/or Authorization of
Service by Publication or Alternative Request for Order to (I) Make Service Within a
Specified Time or (II) Extend Time for Service issued for adversary proceeding no.
19-00053|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||97|F|0.20||44.00|20200110|B1
13||A104|CIG|Review and analyze ORDER GRANTING IN Part and DENYING in Part regarding
Urgent Omnibus Motion for Re-issuance of Summons and/or Authorization of Service by
Publication or Alternative Request for Order to (I) Make Service Within a Specified
Time or (II) Extend Time for Service issued for adversary proceeding no.
19-00080.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||98|F|0.70||154.00|20200114|B
113||A104|CIG|Review and analyze Debtor's Omnibus Objection to Claims One Hundred
Fortieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transpiration Authority, and Employees Retirement System of
the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
Interests Based Upon Unspecified Puerto Rico Statuses DKT
9936|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||99|F|0.70||154.00|20200114|B
113||A104|CIG|Review and analyze Debtor's Omnibus Objection to Claims One Hundred
Fortieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transpiration Authority, and Employees Retirement System of
the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
Interests Based Upon Unspecified Puerto Rico Statuses DKT
9935|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||100|F|0.70||154.00|20200114|
B113||A104|CIG|Review and analyze Debtor's Omnibus Objection to Claims One Hundred
Fortieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transpiration Authority, and Employees Retirement System of
the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
Interests Based Upon Unspecified Puerto Rico Statuses DKT.
9938|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||101|F|0.70||154.00|20200114|
B113||A104|CIG|Review and analyze Debtor's Omnibus Objection to Claims One Hundred
Fortieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transpiration Authority, and Employees Retirement System of
the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
Interests Based Upon Unspecified Puerto Rico Statuses DKT.
9939|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||102|F|0.70||154.00|20200114|
B113||A104|CIG|Review and analyze reply to Response to Motion Reply in Support of

Exhibit G-1 January 2020- 505163.TXT

Motion of Certain ERS Bondholders to Compel the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Provide Complete Answers to Interrogatories. DKT 9930|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||103|F|0.70||154.00|20200114|B113||A104|CIG|Review and analyze Debtor's Omnibus Objection to Claims One Hundred Fortieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transpiration Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statuses DKT.
9940|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||104|F|0.70||154.00|20200114|B113||A104|CIG|Review and analyze Debtor's Omnibus Objection to Claims One Hundred Fortieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transpiration Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statuses DKT
9934|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||105|F|1.50||330.00|20200114|B113||A104|CIG|Review and analyze Debtor's Omnibus Objection to Claims One Hundred Fortieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transpiration Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statuses DKT.
9933|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||106|F|0.70||154.00|20200115|B113||A104|CIG|Review and analyze Debtor's Omnibus Objection to Claims One Hundred Fortieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transpiration Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statuses DKT.
9943|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||107|F|0.70||154.00|20200115|B113||A104|CIG|Review and analyze Debtor's Omnibus Objection to Claims One Hundred Fortieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transpiration Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statuses DKT.
9945|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||108|F|0.70||154.00|20200115|B113||A104|CIG|Review and analyze Debtor's Omnibus Objection to Claims One Hundred Fortieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transpiration Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statuses DKT.
9946|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||109|F|0.70||154.00|20200115|B113||A104|CIG|Review and analyze Debtor's Omnibus Objection to Claims One Hundred Fortieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,

Exhibit G-1 January 2020- 505163.TXT

Puerto Rico Highways and Transpiration Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statuses DKT.
9944|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||110|F|0.70||154.00|20200115|B113||A104|CIG|Review and analyze Debtor's Omnibus Objection to Claims One Hundred Fortieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transpiration Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statuses DKT.
9941|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||111|F|0.70||154.00|20200115|B113||A104|CIG|Review and analyze Debtor's Omnibus Objection to Claims One Hundred Fortieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transpiration Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statuses DKT.
9942|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||112|F|0.70||154.00|20200130|B113||A104|CIG|Review and analyze REPLY to Response to Motion Regarding [9719] Urgent motion for a Protective Order Quashing the Deposition Subpoena Served on Retiree Committee's Counsel filed by Official Committee of Retired Employees of Puerto Rico. DKT 9932|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||113|F|0.10||22.00|20200122|B 113||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 68341) [9569] Debtor's Omnibus Objection to Claims. Docket 10230.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||114|F|0.10||22.00|20200123|B 113||A104|YG|Analyze Notice of Defective Pleading filed on January 13, 2020 by Javier Irizarry Vargas (01/21/2020) (Attachments: # (1) Restricted Defective Filing with personal identifiers LCv Rule 5.2. Docket 10242.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||115|F|0.10||22.00|20200123|B 113||A104|YG|Analyze Notice of Defective Pleading submitted on 01/16/2020 by Beatriz Rodríguez Vales. Docket 10245.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||116|F|0.10||22.00|20200123|B 113||A104|YG|Analyze Notice of Defective Pleading submitted on 01/16/2020 by Maria Luisa Ortiz Lopez and Evelyn Rodriguez Cruz. (Signed by Clerk on 01/21/2020) (Attachments: # (1) Restricted Defective Filing with personal identifiers LCv Rule 5.2) Docket 10247.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||117|F|0.20||44.00|20200123|B 113||A104|YG|Analyze notice of Defective Pleading submitted on 01/17/2020 by Kany Segarra Toro, Yolanda Hernandez Rodriguez, Juan J. Cortes Ocasio.otice of Defective Pleading submitted on 01/17/2020 by Kany Segarra Toro, Yolanda Hernandez Rodriguez, Juan J. Cortes Ocasio. Docket 10248.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||118|F|0.10||22.00|20200123|B 113||A104|YG|Analyze Notice of Defective Pleading submitted on 01/17/2020 by Nydia Class Candelaria, Ivelisse Roman Roman.  Docket 10250.|66-0554116|220.00|González,

Exhibit G-1 January 2020- 505163.TXT

Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||119|F|0.30||66.00|20200123|B
113||A104|YG|Analyze Notice MASTER SERVICE LIST AS OF JANUARY 21, 2020 [9721] Notice
filed by Prime Clerk LLC filed by HERMANN D BAUER ALVAREZ on behalf of Prime Clerk
LLC. Docket 10246.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||120|F|0.10||22.00|20200124|B
113||A104|YG|Analyze Notice of Defective Pleading submitted. Docket
10286.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||121|F|0.30||66.00|20200124|B
113||A104|YG|Analyze Notice of Defective Pleading submitted. Docket
10285.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||122|F|0.10||22.00|20200124|B
113||A104|YG|Analyze Notice of Defective Pleading submitted. Docket
10287.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||123|F|0.10||22.00|20200124|B
113||A104|YG|Analyze Ambac Assurance Corporation's MOTION to inform Regarding
Appearance at the January 29-30, 2020. Docket 10296.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||124|F|0.10||22.00|20200124|B
113||A104|YG|Analyze Response to Omnibus Objection. Docket
10308.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||125|F|0.10||22.00|20200124|B
113||A104|YG|Analyze Notice of Defective Pleading. Docket
10333.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||126|F|0.10||22.00|20200124|B
113||A104|YG|Analyze Response to Motion to inform Appearance of Cantor Katz
Collateral Monitor, LLC. Docket 10318.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||127|F|0.10||22.00|20200124|B
113||A104|YG|Analyze Motion to inform Appearance at January 29 Hearing filed by
Servicios Integrales de la Montana. Docket 10335.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||128|F|0.10||22.00|20200124|B
113||A104|YG|Analyze Motion to inform Appearance Destilerias Serralles, Inc. Docket
10336.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||129|F|0.10||22.00|20200124|B
113||A104|YG|Analyze Motion to inform U.S. Bank Trust National Association's
Appearance at the January 29-30, 2020 Omnibus Hearing. Docket
10337.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||130|F|0.10||22.00|20200124|B
113||A104|YG|Analyze Motion to inform Informative Motion Regarding Appearance at the
January 29-30, 2020 Omnibus Hearing. Docket 10342.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||131|F|0.10||22.00|20200127|B
113||A104|YG|Analyze Motion to inform Regarding January 29-30, 2020 Omnibus Hearing.
Docket 10374.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||132|F|0.10||22.00|20200127|B
113||A104|YG|Analyze Motion to inform appearance at Hearing filed by Cooperativa de
Ahorro y Credito. Docket 10377.|66-0554116|220.00|González, Yasthel|AS|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||133|F|0.10||22.00|20200127|B
113||A104|YG|Analyze Motion to inform appearance at January 29-30, 2020 Omnibus
Hearing filed by QTCB Noteholder Group. Docket 10343.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||134|F|0.10||22.00|20200127|B
113||A104|YG|Analyze Motion to inform informative motion filed by Ad Hoc Group of
PREPA Bondholders. Docket 10351.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||135|F|0.10||22.00|20200127|B
113||A104|YG|Analyze Motion to inform Informative Motion filed by Invesco Funds.
Docket 10353.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||136|F|0.10||22.00|20200127|B
113||A104|YG|Analyze Motion to inform / Informative Motion of Official Committee of
Unsecured Creditors Regarding January 29-30, 2020 Hearing Docket
10355.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||137|F|0.10||22.00|20200127|B
113||A104|YG|Analyze Motion to inform U.S. Bank National Association's Appearance at
the January 29-30, 2020 Omnibus Hearing Docket 1876.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||138|F|0.10||22.00|20200127|B
113||A104|YG|Analyze Amended Motion to inform appearance at January 29-30, 2020
Omnibus Hearing filed by filed by QTCB Noteholder Group. Docket
10364.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||139|F|0.10||22.00|20200127|B
113||A104|YG|Analyze Motion to inform the Lawful Constitutional Debt Coalition's
Request to be Heard at the January 29-30, 2020 Omnibus Hearing. Docket
10370.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||140|F|0.10||22.00|20200127|B
113||A104|YG|Analyze Motion to inform Cobra Acquisitions LLC's Request to be Heard
at the January 29-30, 2020 Omnibus Hearing. Docket
10371.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||141|F|0.10||22.00|20200127|B
113||A104|YG|Response to Debtor's Objection to Claims (Number(s): 101536) [9550]
Debtor's Omnibus Objection to Claims - One Hundredth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit # (2) Notice of Defective Pleading) Marilu Gonzalez Diaz, pro se and in
the Spanish language Docket 10361.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||142|F|0.10||22.00|20200127|B
113||A104|YG|Analyze Informative Motion to inform / Informative Motion of Assured
Guaranty Corp. and Assured Guaranty Municipal Corp. Regarding the January 29-30,
2020 Omnibus Hearing. Docket 10372.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||143|F|0.10||22.00|20200128|B
113||A104|YG|Analyze Notice of Presentment by Puerto Rico Electric Power Authority
of Revised Proposed Order for Undisputed Payment and Release of Insurance Proceeds.
Docket 10383.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||144|F|0.30||66.00|20200129|B

Exhibit G-1 January 2020- 505163.TXT

113||A104|YG|Analyze Motion to inform / Second Supplemental Informative Motion
Regarding Notices of Participation and Notices of Appearance Filed in Connection
with Objections to ERS Bond Claims [8818] Order filed by Official Committee of
Unsecured Creditos. Docket 10430.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||145|F|0.10||22.00|20200129|B
113||A104|YG|Analyze Amended Informative Motion to inform / Amended Informative
Motion of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. Regarding the
January 29-30, 2020 Omnibus Hearing Docket 10426.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||146|F|0.10||22.00|20200129|B
113||A104|YG|Analyze Notice of Defective Pleading submitted on 1/27/2020 by Alvin R.
Rivera Guardiola. Docket 10478.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||147|F|0.10||22.00|20200129|B
113||A104|YG|Analyze Notice of Defective Pleading Notice of Defective Pleading filed
by Marelyn Gonzalez Rosado. Docket 10484.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||148|F|0.10||22.00|20200129|B
113||A104|YG|Analyze Motion to inform Informative Motion of the Puerto Rico Electric
Power Authority Regarding January 29-30, 2020 Omnibus Hearing MOTION to inform
Informative Motion of the Puerto Rico Electric Power Authority Regarding January
29-30, 2020 Omnibus Hearing. Docket 10498.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||149|F|0.10||22.00|20200131|B
113||A104|YG|Analyze Notice of Defective Pleading filed on 1/30/2020 by Wanda L.
Cruz Rosario. (Signed by Clerk on 01/31/2020) . Docket
10600.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||150|F|0.10||22.00|20200131|B
113||A104|YG|Analyze Notice of Defective Pleading filed by by Melisa Gonzalez
Garcia, Jorge Rios Molina, Carlos J. Cordero Rosa. (Signed by Clerk on 01/31/2020).
Docket 10598.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||151|F|0.70||196.00|20200113|
B113||A104|KCS|Receive and analyze notices of voluntary dismissal in adversary
proceeding cases nos.: 19-ap-66, 19-ap-69, 19-ap-70, 19-ap-77, 19-ap-80, 19-ap-82,
19-ap-113, 19-ap-132, 19-ap-135, 19-ap-136, 19-ap-193, 19-ap-195, 19-ap-196,
19-ap-203, 19-ap-226, 19-ap-246, 19-ap-252, 19-ap-260, 19-ap-272, 19-ap-274 and
19-351.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||152|F|0.10||28.00|20200114|B
113||A104|KCS|Receive and analyze Motion to Inform Regarding Appearances at the
January 15, 2020 Hearing on Discovery Motions for Certain ERS Bondholders Related to
document: [9823] Order filed by Altair Global Credit Opportunities Fund (A), Et al.
[DE 9867]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||153|F|0.10||28.00|20200114|B
113||A104|KCS|Receive and analyze Notice of Withdrawal of Document relative to
document:[9664] Motion for Relief From Stay Under 362 [e]. filed by FDR 1500, CORP.
filed by ROSENDO E MIRANDA LOPEZ on behalf of FDR 1500, CORP. [DEs 9873, 9875 and
9877]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||154|F|0.10||28.00|20200131|B
113||A104|KCS|Receive and analyze ORDER GRANTING SIXTEENTH URGENT CONSENTED MOTION
FOR EXTENSION OF DEADLINES relative to: 7449 MOTION Motion for Payment of
Administrative Expense Claim of Post Petition Executory Contract Payments filed by

Exhibit G-1 January 2020- 505163.TXT

NextGen Healthcare Inc., Quality Systems, Inc. Resolving 10553 Urgent motion SIXTEENTH URGENT CONSENTED MOTION FOR EXTENSION OF DEADLINES Relative to: 9671 Order Granting Motion filed by PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY. Deadline to inform status of settlement negotiations, file a settlement agreement or to respond: 2/28/2020 . Reply due by: 3/6/2020 . [DE# 10590]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||155|F|0.10||28.00|20200131|B 113||A104|KCS|Receive and analyze Minute Entry for proceedings held before Judge Laura Taylor Swain and Magistrate Judge Judith G. Dein. Omnibus Hearing held on 01/29/2020. Relative to: [8789], [8961], [9546], [9547], [9548], [9549], [9550], [9551], [9552], [9553], [9554], [9555], [9556], [9557], [9558], [9559], [9560], [9561], [9562], [9563], [9564], [9565], [9566], [9567], [9568], [9569], [9570], [9572], [9574], [9639], [9653], [9718], [10109]. [DE# 10596]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||156|F|0.10||28.00|20200131|B 130||A104|KCS|Receive and analyze MOTION for Joinder of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corp. to Ambac Assurance Corporations Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Commonwealth Assets (ECF No 9022) and Cash Restriction Analysis (ECF No 9023) Relative to: 9022 MOTION for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Commonwealth Assets filed by AMBAC ASSURANCE CORPORATION, 9023 MOTION for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Commonwealth Cash Restriction Analysis filed by AMBAC Assurance Corporation, 10332 Memorandum Order filed by Assured Guaranty Corp. et al. [DE# 10593]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||157|F|2.40||672.00|20200131| B140||A104|KCS|Receive and analyze Amended Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds (Attachments: # 1 Exhibit Proposed Order # 2 Exhibit Trust Agreement # 3 Exhibit Email from J. Spina to A. Miller (Sept 12, 2019) # 4 Exhibit Administrative Bulletin OE-2015-046 # 5 Exhibit Moratorium Act § 201(a) # 6 Exhibit Administrative Bulletin OE-2016-14 # 7 Exhibit Administrative Bulletin EO-2016-30 # 8 Exhibit Administrative Bulletin EO-2016-31 # 9 Exhibit Amended Moratorium Act # 10 Exhibit Lockbox Agreement # 11 Exhibit Bacardi Agreement # 12 Exhibit Complaint in Assured Guar. Corp. v. Garca-Padilla, No. 3:16-cv-01037 (D.P.R., filed Jan. 7, 2016) # 13 Exhibit Complaint in Ambac Assurance Corp. v. Rossell Nevares, No. 3:17-cv-01568 (D.P.R., filed May 2, 2017) # 14 Exhibit Complaint in Ambac Assurance Corp. v. U.S. Dept of Treasury, No. 1:17-cv-00809 (D.D.C., filed May 2, 2017) # 15 Exhibit Puerto Rico Fiscal Agency and Financial Advisory Authority, Press Release, Government Has Earned $49 Million in Interest Fiscal Year-to-Date # 16 Exhibit UCC-1 STATEMENT # 17 Exhibit Official Statement, PRIFA Series 2005 Bonds # 18 Exhibit Puerto Rico Legislature Passes $8.78B Fiscal 2017 General Fund Budget (July 1, 2016) # 19 Exhibit FOMB, FY18 Budget (June 30, 2017) # 20 Exhibit Exhibit FOMB, Press Release: Oversight Board Submits FY19 Commonwealth Compliant Budget Certified by Unanimous Written Consent (June 30, 2018) # 21 Exhibit FY20 Certified Budget for the Commonwealth of Puerto Rico # 22 Exhibit 2017 Fiscal Plan # 23 Exhibit 2019 Fiscal Plan # 24 Exhibit Overview of FY20

Exhibit G-1 January 2020- 505163.TXT

Certified Budget for the Commonwealth of Puerto Rico) filed by AMBAC ASSURANCE
CORPORATION, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial
Guaranty Insurance Company, US Bank Trust National Association. [DE# 10602, 1,216
pgs., study main document and proposed order, cursory review of the
exhibits]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||158|F|0.10||28.00|20200131|B
140||A104|KCS|Receive and analyze Notice of Filing of Amended Motion of Ambac
Assurance Corporation, Financial Guaranty Company, Assured Guaranty Corp., Assured
Guaranty Municipal Corp., and U.S. Bank Trust National Association, Concerning
Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds/
Notice of Motion Relative to: 10602 MOTION /Amended Motion of Ambac Assurance
Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured
Guaranty Municipal Corp., and U.S. Bank Trust National Association, Concerning
Application of the Automatic Stay to the Revenu filed by AMBAC ASSURANCE
CORPORATION, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured
Guaranty Municipal Corp., US Bank Trust National Association filed by  AMBAC
ASSURANCE CORPORATION. [DE# 10603]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||159|F|0.10||28.00|20200128|B
140||A104|KCS|Receive and analyze MOTION Order to allow Modification of Automatic
Stay Order to proceed on collection at local court until judgment as consent with
Commonwealth of Puerto Rico and set aside hearing relative to:[9677] Motion for
Relief From Stay Under 362 [e]. filed by Centro de Orientacion y Ayuda Psiquiatrica,
Inc. filed by ADA M CONDE on behalf of Centro de Orientacion y Ayuda Psiquiatrica,
Inc. [DE 10423]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||160|F|0.40||112.00|20200128|
B140||A104|KCS|Receive and analyze Response of Financial Oversight and Management
Board to (A) Objection of Assured Guaranty Corp., Assured Guaranty Municipal Corp.,
National Public Finance Guarantee Corporation, Ambac Assurance Corporation, and
Financial Guaranty Insurance Company to (I) Response of the Financial Oversight and
Management Board for Puerto Rico to Interim Report and Recommendation of the
Mediation Team (ECF No. 9493), as Incorporated in (II) Interim Case Management Order
for Revenue Bonds (ECF No. 9620), and (B) Limited Response of Official Committee of
Unsecured Creditors to Interim Case Management Order for Revenue Bonds Related to:
[9365] Motion Submitting Interim Report and Recommendation of the Mediation Team
Related to: [8244] Order, [9016] Order Granting Motion, filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE 10424]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||161|F|0.10||28.00|20200128|B
140||A104|KCS|Receive and analyze Joinder of Official Committee of Unsecured
Creditors in Ambac Assurance Corporations Motions for Rule 2004 Discovery Concerning
Commonwealth Assets [ECf No. 9022] and Commonwealth Cash Restriction Analysis [ECF
No. 9023] Relative to: [9022] MOTION for Entry of Order Authorizing Discovery Under
Bankruptcy Rule 2004 Concerning Commonwealth Assets filed by AMBAC ASSURANCE
CORPORATION, [9023] MOTION for Entry of Order Authorizing Discovery Under Bankruptcy
Rule 2004 Concerning Commonwealth Cash Restriction Analysis filed by AMBAC ASSURANCE
CORPORATION filed by Official Committee of Unsecured Creditors. [DE
10425]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||162|F|0.70||196.00|20200128|
B140||A104|KCS|Receive and analyze Notice of Agenda of Matters Scheduled for the
Hearing On January 29-30 at 9:30 A.M. AST Relative to: [10254] Order filed by  The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE 10428]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||163|F|0.10||28.00|20200128|B
140||A104|KCS|Receive and analyze Urgent motion SECOND URGENT CONSENTED MOTION FOR
EXTENSION OF DEADLINES Relative to: [9845] MOTION for Allowance and Payment of
Administrative Expense Claim filed by CONSUL-TECH CARIBE INC., [9920] Urgent motion
URGENT CONSENTED MOTION FOR EXTENSION OF DEADLINES Relative to: [9845] MOTION for
Allowance and Payment of Administrative Expense Claim filed by CONSUL-TECH CARIBE
INC. filed by PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, [9925]
Order Setting Briefing Schedule (Attachments: # (1) Exhibit A - Proposed Order)
filed by PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY. [DE
10432]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||164|F|0.10||28.00|20200130|B
140||A104|KCS|Receive and analyze Motion for Relief From Stay Under 362 [e].
(Attachments: # (1) Envelope # (2) Order DE #12 filed in 3:19-CV-1795 (JAG)) filed
by Jose L. Hernandez Compres, pro se. [DE 10512.)|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||165|F|0.20||56.00|20200110|B
140||A104|KCS|Receive and analyze Urgent Joint Motion for Leave to Exceed Page Limit
with Respect to Proposed Amended PRIFA Lift Stay Motion, Amended HTA Lift Stay
Motion, and CCDA Lift Stay Motion (Attachments: # (1) Proposed Order) filed by AMBAC
ASSURANCE CORPORATION, Et al. . [DE 9791]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||166|F|0.10||28.00|20200116|B
140||A104|KCS|Receive and analyze Urgent motion Requesting Extension of Time (7
days) to File Response to Movant's Request for Relief from Automatic Stay Related
to: [9686] Order Setting Briefing Schedule (Attachments: # (1) Proposed Order
Exhibit A) filed by the COMMONWEALTH OF PUERTO RICO. [DE
10014]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||167|F|1.70||476.00|20200117|
B140||A104|KCS|Receive and analyze Affidavit Submitting Documents / Declaration Of
William J. Natbony In Support Of Motion Of Assured Guaranty Corp., Assured Guaranty
Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee
Corporation, And Financial Guaranty Insurance Company For Relief From The Automatic
Stay, Or, In The Alternative, Adequate Protection Related to: [10102] Motion for
Relief From Stay Under 362 [e]. filed by AMBAC ASSURANCE CORPORATION, NATIONAL
PUBLIC FINANCE GUARANTEE CORPORATION, Financial Guaranty Insurance Company, Assured
Guaranty Corp., Assured Guaranty Municipal Corp. (Attachments: # (1) Exhibit B # (2)
Exhibit C # (3) Exhibit D # (4) Exhibit E # (5) Exhibit F # (6) Exhibit G # (7)
Exhibit H # (8) Exhibit I # (9) Exhibit J # (10) Exhibit K # (11) Exhibit L # (12)
Exhibit M # (13) Exhibit N1 # (14) Exhibit N2 # (15) Exhibit O # (16) Exhibit P #
(17) Exhibit Q # (18) Exhibit R # (19) Exhibit S # (20) Exhibit T # (21) Exhibit U #
(22) Exhibit V # (23) Exhibit W # (24) Exhibit X # (25) Exhibit Y # (26) Exhibit Z #
(27) Exhibit AA # (28) Exhibit BB PART 1 # (29) Exhibit BB PART 2 # (30) Exhibit CC
# (31) Exhibit DD # (32) Exhibit EE # (33) Exhibit FF # (34) Exhibit GG # (35)

Exhibit G-1 January 2020- 505163.TXT

Exhibit HH # (36) Exhibit II # (37) Exhibit JJ # (38) Exhibit KK) filed by f AMBAC ASSURANCE CORPORATION, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company, NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION. [DE 10107, 1890 pgs., read the affidavit and cursory review of the exhibits annexed]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||168|F|0.10||28.00|20200117|B 140||A104|KCS|Receive and analyze Notice of Filing of Motion of Assured Guaranty Corp., et al. for Relief from the Automatic Stay, or, In the Alternative, Adequate Protection Notice / Relative to: [10102] Motion for Relief From Stay Under 362 [e]. filed by AMBAC ASSURANCE CORPORATION, NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp. filed by AMBAC ASSURANCE CORPORATION, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company, NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION. [DE 10108]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||169|F|0.10||28.00|20200122|B 140||A104|KCS|Receive and analyze RESPONSE to Motion for Relief from Automatic Stay Related to: [9677] Motion for Relief From Stay Under 362 [e]. filed by Centro de Orientacion y Ayuda Psiquiatrica, Inc. filed by the COMMONWEALTH OF PUERTO RICO [DE 10297]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||170|F|1.20||336.00|20200117|B140||A104|KCS|Receive and analyze Motion for Relief From Stay Under 362 [e], filed by AMBAC ASSURANCE CORPORATION, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company, NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION. [DE 10102, 80 pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||171|F|0.40||88.00|20200108|B 150||A107|CIG|Several meetings and communications with Francisco Ojeda to discuss certain adversary proceedings and strategy to manage and address relevant matters in said cases.|66-0554116|220.00|Infante , Carlos|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||172|F|0.20||19.00|20200109|B 150||A108|YV|Telephone call to Josue David Rodriguez from Wal-Smart, vendor with tolling agreement executed to schedule a conference call to DGC to discuss payments.|66-0554116|95.00|Viera, Yarimel|OT|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||173|F|0.60||57.00|20200109|B 150||A104|YV|Review matter and communicate with Mr. Robert Wexler to request status of the communications with Mr. Milton Fajardo Matilla, President of Avanzatec, LLC., vendor with adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||174|F|0.30||66.00|20200110|B 150||A104|CIG|Review and analyze communication sent by Rosa Sierra to provide the final executed tolling agreement for Computer Expert Group, Inc.  Review signed agreement and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||175|F|0.40||88.00|20200110|B 150||A104|CIG|Review and analyze communication sent by Nayuan Zouairabani to provide signed copy of NDA for Bio-Medical Applications of Puerto Rico, Inc.  Review signed agreement and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||176|F|0.30||66.00|20200110|B

Exhibit G-1 January 2020- 505163.TXT

150||A104|CIG|Review and analyze communication sent by Phyllis Lengle to Nayuan Zouariabani to request additional information from vendor Evertec Inc.  Review attached document with requested documentation and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||177|F|0.30||66.00|20200110|B 150||A104|CIG|Review and analyze communications sent by Bob Wexler, Juan Nieves and Luis Llach to discuss strategy for no action vendors and coordinate telephone conference to discuss matter.|66-0554116|220.00|Infante , Carlos|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||178|F|0.30||66.00|20200110|B 150||A104|CIG|Review and analyze communication sent by Rosa Sierra to Bob Wexler to request execution of NDA Addendum for DGC.  Review related communications and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||179|F|0.80||176.00|20200110| B150||A103|CIG|Consider new information made available by Wal Smart's representatives and draft communication for DGC, CST, Estrella, Brown Rudnick and Paul Hastings working groups to summarize information provided by vendor, explain "open market" bidding process and provide additional input regarding recommended actions. Review relevant responses from Luis Llach, Nicholas Basset, Scott Martinez and Rosa Sierra.  Update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||180|F|0.30||66.00|20200110|B 150||A104|CIG|Draft communication for AT&T legal representatives regarding extension of tolling period.|66-0554116|220.00|Infante , Carlos|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||181|F|0.30||66.00|20200110|B 150||A104|CIG|Review and analyze relevant documents and communications to prepare for telephone conference with Wal Smart Inc. representatives.|66-0554116|220.00|Infante , Carlos|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||182|F|0.30||66.00|20200110|B 150||A104|CIG|Review and analyze communications sent by Yarimel Viera and Robert Wexler regarding status of data analysis and recommendation of Avanzatec LLC. Update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||183|F|0.60||132.00|20200110| B150||A104|CIG|Telephone conference with Josue Rodriguez representative of Wal Smart Inc., to discuss relationship with Commonwealth, RFQ process and additional information to be provided as part of informal resolution process.|66-0554116|220.00|Infante , Carlos|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||184|F|0.30||66.00|20200110|B 150||A104|CIG|Review and analyze communication sent by Rosa Sierra to provide the final executed tolling agreement for McGraw Hill Interamericana.  Review signed agreement and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||185|F|0.40||88.00|20200110|B 150||A104|CIG|Review and analyze communication sent by Simone Cataldi to provide further information to support its position regarding Carlos Oyola's preference claims.  Consider information provided and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||186|F|0.30||66.00|20200110|B 150||A104|CIG|Review and analyze ORDER GRANTING IN Part and DENYING in Part

Exhibit G-1 January 2020- 505163.TXT

regarding Urgent Omnibus Motion for Re-issuance of Summons and/or Authorization of
Service by Publication or Alternative Request for Order to (I) Make Service Within a
Specified Time or (II) Extend Time for Service issued for adversary proceeding no.
19-00051.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||187|F|0.30||28.50|20200113|B
150||A104|YV|Review file and request status to DGC team regarding the request of
additional information made by Distribuidora Lebron, vendor with adversary
proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||188|F|0.40||88.00|20200113|B
150||A107|CIG|Telephone conference with Fransheska Pabon, representative of
Desarrollo Comunitario de Arecibo, to discuss informal exchange of information
process, information provided and expected timeline for review of
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||189|F|0.20||44.00|20200114|B
150||A104|CIG|Review and analyze communication sent by Rosa Sierra to representative
of Cabrera Auto to inquire about intent to extend tolling
agreement.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||190|F|0.20||44.00|20200114|B
150||A104|CIG|Review and analyze communication sent by Rosa Sierra to representative
of Allied Waste to inquire about intent to extend tolling
agreement.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||191|F|0.20||44.00|20200114|B
150||A104|CIG|Review and analyze communication sent by Rosa Sierra to representative
of Office Gallery to inquire about intent to extend tolling
agreement.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||192|F|0.20||44.00|20200114|B
150||A104|CIG|Review and analyze communication sent by Rosa Sierra to representative
of Airborne to inquire about intent to extend tolling
agreement.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||193|F|0.40||88.00|20200114|B
150||A104|CIG|Review and analyze communication sent by Rosa Sierra to Luis Pabon, to
inquire about intent to participate in informal resolution process for Apex General
contractors.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||194|F|0.50||110.00|20200114|
B150||A107|CIG|Telephone conference with DGC, CST, and Estrella working group to
discuss missing data vendors.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||195|F|0.20||19.00|20200115|B
150||A108|YV|Communication with Mr. Robert Wexler from DGC regarding an email
received from Ms. Karla Rosa, representative of Didacticos, Inc., vendor with
adversary proceeding filed, following up their request of a letter confirming they
are currently participating from a voluntary exchange of information
process.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||196|F|0.20||19.00|20200115|B
150||A108|YV|Receive and reviewed email from Ms. Karla Rosa, representative of
Didacticos, Inc., vendor with adversary proceeding filed, following up their request
of a letter confirming they are currently participating from a voluntary exchange of
information process.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||197|F|0.20||19.00|20200116|B

Exhibit G-1 January 2020- 505163.TXT

150||A108|YV|Email to DCG team regarding the telephone we received from Mr. Bracero from Centro de Servicios Terapeuticos, vendor with tolling agreement executed, requesting a status of the review of documents submitted by them as part of the informal resolution process.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||198|F|0.30||28.50|20200116|B 150||A108|YV|Telephone call from Mr. Bracero from Centro de Servicios Terapeuticos, vendor with tolling agreement executed, requesting a status of the review of documents submitted by them as part of the informal resolution process.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||199|F|0.50||47.50|20200116|B 150||A104|YV|Review of the Missing Data Vendor Report sumbitted by DCG and compare it to our records.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|1001|104516.50|20200101|20200131||200|F|0.40||88.00|20200116|B 150||A104|CIG|Review and analyze communication sent by Rosa Sierra to provide executed NDA for Bristol Myers Squibb.  Review document and update case management informatin|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||201|F|0.30||66.00|20200116|B 150||A104|CIG|Review and analyze communication sent by Pedro Benitez to provide signed tolling agreement extension for North Janitorial Services.  Review signed tolling agreement and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||202|F|0.60||132.00|20200116|B150||A104|CIG|Review and analyze communication sent by Robert Wexler to Scott Williams representative of the UCC, to provide vendors that have not provided information as part of informal resolution process.  Review attached document and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||203|F|0.30||66.00|20200116|B 150||A104|CIG|Review and analyze communication sent by Roberto Morales to confirm information provided by Genesis Security.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||204|F|0.30||66.00|20200116|B 150||A104|CIG|Review and analyze communication sent by Rosa Sierra to representative of Bristol Myers Squibb to provide executed NDA.  Update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||205|F|0.30||66.00|20200116|B 150||A104|CIG|Review and analyze communication sent by Rosa Sierra to representative of North Janitorial Services to provide executed tolling agreement extension.  Update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||206|F|0.50||110.00|20200117|B150||A103|CIG|Review information provided by Sunni Beville regarding ERS meeting to be held at Brown Rudnick's NYC offices. Coordinate travel and longing arrangements with Margarita Torres.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||207|F|0.40||88.00|20200117|B 150||A107|CIG|Telephone conference with David Rosenzweig, representative of AT&T to discuss matters pertaining to informal exchange of information and need to execute tolling agreement extension.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||208|F|0.10||22.00|20200120|B 150||A107|CIG|Review and analyze communication sent by Robert Wexler regarding need for additional time to schedule more meetings with vendors during his visit to

Exhibit G-1 January 2020- 505163.TXT

Puerto Rico.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||209|F|0.30||66.00|20200120|B
150||A109|CIG|Meeting with Kenneth Suria to discuss potential vendor meetings with
Bob Wexler during his visit to Puerto Rico in February 3,
2020.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||210|F|0.30||66.00|20200120|B
150||A103|CIG|Review and analyze communication sent by Draft communications to
Margarita Torres and Yarimel Viera to coordinate meetings with Bob Wexler, Estrella
LLC and several tolling and adversary vendors (Merck Sharp & Dohme, Computer
Learning Center,  on February 3, 2020.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||211|F|0.20||19.00|20200124|B
150||A108|YV|Send an email to DGC team informing about the production of documents
submitted by Bio-Medical Application of Puerto RicoBio-Medical Application of Puerto
Rico.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||212|F|0.20||19.00|20200125|B
150||A104|YV|Receive and review email from Mr. Robert Wexler, requesting a
conference call with a representative from Didacticos, Inc., vendor with adversary
proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||213|F|0.30||28.50|20200125|B
150||A108|YV|Telephone call from Romy Ochoa representative of Didacticos, Inc.,
regarding the production of documents as part of the informal resolution
process.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||214|F|0.50||110.00|20200126|
B150||A104|CIG|Review and analyze communication sent by Robert Wexler to Nayuan
Zouairabani, representative of The College Board, to provide preliminary preference
analysis and provide related memorandum.  Review memorandum and coordinate meeting
with DGC and vendor representatives during week of February 3, 2020.  Review related
response from Nayuan Zouairabani  Update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||215|F|0.40||88.00|20200126|B
150||A104|CIG|Review and analyze internal memorandum regarding The College Board's
90 day preference analysis and consider effect on tolling case.  Update case
management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||216|F|0.30||28.50|20200127|B
150||A108|YV|Telephone call from Romy Ochoa, representative of  Didacticos, Inc., to
clarify email from DGC and schedule a conference call.|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||217|F|0.30||66.00|20200127|B
150||A107|CIG|Telephone conference with Bob Wexler to discuss commnuication to be
sent to vendors that have not provided information requested and timeline to
complete data evaluation in accordance with the Court imposed litigation
deadline.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||218|F|0.50||110.00|20200127|
B150||A107|CIG|Telephone conference with Jose Molina Cacho, representative of
Distribuidora Blanco, to discuss informal resolution process, additional information
requested from vendor and necessary steps to conclude data evaluation
process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||219|F|0.40||88.00|20200127|B

Exhibit G-1 January 2020- 505163.TXT

150||A107|CIG|Telephone conference with Rosa Sierra, Bob Wexler, Rebecca Saunders, Juan Nieves and Joelie Perez to discuss proposed actions and materials prepared for vendors that have not provided information as part of the informal resolution process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||220|F|0.30||66.00|20200127|B 150||A109|CIG|Meeting with Yarimel Viera to discuss information to be delivered to vendors that have not completed informal resolution process and provide instructions regarding same.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||221|F|0.20||19.00|20200128|B 150||A108|YV|Telephone call from attorney Kartiza Alonso Rivera, Representative of Armada Productions, to povide status of their production of documents.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||222|F|0.20||19.00|20200128|B 150||A108|YV|Email to Kartiza Alonso Rivera, Representative of Armada Productions, vendor with adversary proceeding filed, including her a link to faciliate the production of documents.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||223|F|0.20||19.00|20200128|B 150||A104|YV|Receive and review an email from Mr. Robert Wexler regarding his visit to Puerto Rico and meetings schedule.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||224|F|0.30||66.00|20200128|B 150||A104|CIG|Review and respond to communication sent by representative of Crist & John Recycling to inform that they are ready to submit information requested as part of informal resolution process.  Draft communication to Yarimel Viera to request that a Box link be provided to vendor in order to upload relevant information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||225|F|0.60||57.00|20200129|B 150||A103|YV|Prepare letter in English and Spanish to ACR Systems, vendor with adversary proceeding filed, regarding deadlines to concluded the production of documents as part of the informal resolution process.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||226|F|0.20||19.00|20200129|B 150||A108|YV|Email to DGC confirming the availability of Didacticos, Inc., vendor with adversary proceeding filed, for a conference call to discuss the potential preferential payments.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||227|F|0.60||57.00|20200129|B 150||A108|YV|Communications with attorney Karitza Alonso Rivera, regarding the production of documents of Armada Productions Corp, vendor with Adversary Proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||228|F|0.20||19.00|20200129|B 150||A104|YV|Review and secured copy  of Evertec's communications regarding production of documents as part of the informal resolution process.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||229|F|2.00||190.00|20200129|B150||A103|YV|Working on drafts of letters in Spanish to vendors with no contact or not activity in the production of documents.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||230|F|0.20||19.00|20200129|B 150||A108|YV|Email to DGC including copy of the link with access to the production of documents submitted by Pitney Bowes Puerto Rico, vendor with tolling agreement

Exhibit G-1 January 2020- 505163.TXT

executed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||231|F|0.30||66.00|20200129|B
150||A107|CIG|Telephone conference with Bob Wexler to discuss information relevant
to Didacticos Inc. and Cardinal Health cases.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||232|F|0.30||66.00|20200129|B
150||A109|CIG|Meeting with Yarimel Viera to discuss matters related to the Armada
Productions adversary case.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||233|F|0.30||28.50|20200130|B
150||A108|YV|Receive email from Cristina Morales Acevedo, representative of Crist
and John Recycling, Inc., gather information and reply confirming we have receive
their production of documents as part of the informal resolution
process.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||234|F|0.20||19.00|20200130|B
150||A108|YV|Email to DGC team confirming we have receive documents from Crist and
John Recycling, Inc., as part of the informal resolution
process.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||235|F|0.60||57.00|20200131|B
150||A108|YV|Prepare final notice for vendor, Caribbean Educational Services, Inc.
and send it via Fedex to 3 different addresses available.
|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||236|F|0.60||57.00|20200131|B
150||A108|YV|Prepare final notice for vendor, Corporate Research and Training, Inc.
and send it via fedex to 3 different addresses available.
|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||237|F|0.60||57.00|20200131|B
150||A108|YV|Prepare letter informing about deadlines to complete the production of
documents as part of the informal resolution process and send it by email to A New
Vision In Educational Services.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||238|F|0.60||57.00|20200131|B
150||A108|YV|Prepare letter informing about deadlines to complete the production of
documents as part of the informal resolution process and send it by email to
Ambassador Veterans Services of Puerto Rico LLC.|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||239|F|0.60||57.00|20200131|B
150||A108|YV|Prepare letter informing about deadlines to complete the production of
documents as part of the informal resolution process and send it by email to Apex
General Contractors LLC.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||240|F|0.60||57.00|20200131|B
150||A108|YV|Prepare letter informing about deadlines to complete the production of
documents as part of the informal resolution process and send it by email to
Caribbean Temporary Services, Inc.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||241|F|0.60||57.00|20200131|B
150||A108|YV|Prepare letter informing about deadlines to complete the production of
documents as part of the informal resolution process and send it by email to
Bio-Nuclear of Puerto Rico, Inc.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||242|F|0.20||19.00|20200131|B
150||A108|YV|Email to Mr. Trixtan Axelrod requesting to update the contact

Exhibit G-1 January 2020- 505163.TXT

information for Avoidance Action Litigation No. 19-00287.|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||243|F|1.00||220.00|20200131|
B150||A109|CIG|Participate in meeting with Sunni Beville, Tristan Axelrod and
Danielle D'Aquilla to discuss ERS litigations and related strategy for related
clawback actions.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||244|F|1.50||330.00|20200131|
B150||A109|CIG|Participate in meeting with ERS representatives Harold Vicente,
Harold Vicente Jr., Francisco Pujol, Federico Hernandez Denton and Brown Rudnick's
Tristan Axelrod, Sunni Beville and Danielle D'Aquila.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||245|F|0.10||28.00|20200110|B
160||A104|KCS|Receive and analyze Notice of Zolfo Cooper, LLC, as Financial Advisor
to the Official Committee of Unsecured Creditors of Rate Increases Effective January
1, 2020 Relative to document: [7678] Order (Attachments: # (1) Exhibit A) filed by
the Official Committee of Unsecured Creditors. [DE 9804]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||246|F|0.40||112.00|20200113|
B160||A104|KCS|Receive and analyze MOTION for Allowance and Payment of
Administrative Expense Claim (Attachments: # (1) Exhibit Account Statement # (2)
Proposed Order Proposed Order) filed by Alana M. Vizcarrondo- Santana on behalf of
CONSUL-TECH CARIBE INC. [DE 9845]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||247|F|0.10||28.00|20200113|B
160||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 7942) Related to document: [9569] Debtor's Omnibus Objection to Claims -
One Hundred Nineteenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) filed by Efrain O.
Cornier Lancara, pro se (in the Spanish Language). [DE
9856]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||248|F|0.20||56.00|20200113|B
160||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 70933) Related to document: [9553] Debtor's Omnibus Objection to Claims
One Hundred and Third Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Rosa
E. Perez Agosto, pro se and in the Spanish language. [DE
9855]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||249|F|0.10||28.00|20200113|B
160||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 230) Related to document: [9548] Debtor's Omnibus Objection to Claims
Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and

Exhibit G-1 January 2020- 505163.TXT

Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) filed by ROBERT CRUZ SOTO, pro se. [DE
9854]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||250|F|0.20||56.00|20200113|B
160||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 109125 & 110723) Related to document: [9565] Debtor's Omnibus Objection
to Claims One Hundred and Fifteenth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) filed by Jacob
Rivera Concepcion, pro se. [DE 9853]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||251|F|0.10||28.00|20200113|B
160||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 107235) Related to document: [9562] Debtor's Omnibus Objection to Claims
One Hundred and Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) filed by Maritza
Lopez Perez, pro se. [DE 9852]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||252|F|0.10||28.00|20200113|B
160||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 28370) Relative to document: [9549] Debtor's Omnibus Objection to Claims
Ninety-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth of Pue filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) filed by ALBERTO FELICIANO
VARELA, pro se. [DE 9861]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||253|F|0.10||28.00|20200113|B
160||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 28370) Relative to document: [9549] Debtor's Omnibus Objection to Claims
Ninety-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) filed by ALBERTO FELICIANO
VARELA, pro se. [DE 9861]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||254|F|0.10||20.00|20200113|B
160||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 104930 and 101579) Relative to document: [9556] Debtor's Omnibus
Objection to Claims - One Hundred and Sixth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [9566] Debtor's Omnibus Objection to Claims -
One Hundred Sixteenth Omnibus Objection (Non-Substantive) of the Commonwealth of

Exhibit G-1 January 2020- 505163.TXT

Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonw filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Zoraida Saavedra
Barreto, pro se and in the Spanish language. [DE 9865]|66-0554116|200.00|Ortiz,
Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||255|F|0.30||84.00|20200113|B
160||A104|KCS|Receive from Brown Rudnick and analyze base motion for voluntary
dismissal for compliance with local rules.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||256|F|0.40||112.00|20200128|
B160||A103|KCS|Receive and finalize Final Third Interim Application of Estrella, LLC
and its notice of hearing. Draft email to required parties with application and
exhibits.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||257|F|2.20||484.00|20200130|
B160||A104|CIG|Review and analyze preliminary fee application draft for October 2019
and make relevant edits and revisions.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||258|F|2.20||484.00|20200131|
B160||A104|CIG|Review and analyze preliminary fee application draft for November
2019 and make relevant edits and revisions.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||259|F|2.50||550.00|20200131|
B160||A104|CIG|Review and analyze preliminary fee application draft for December
2019 and make relevant edits and revisions.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||260|F|0.60||168.00|20200109|
B170||A104|KCS|Receive and analyze Limited Response of Official Committee of
Unsecured Creditors to Urgent Motion of Lawful Constitutional Debt Coalition Under
Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007 for Entry of an
Order Approving Notice Procedures with Respect to Omnibus Objection to Claims Filed
or Asserted by Holders of Certain Bonds Issued or Guaranteed by the Commonwealth
Related to document [9731] Urgent motion for for Entry of an Order Approving Notice
Procedures with Respect to Omnibus Objection to Claims Filed or Asserted by Holders
of Certain Bonds Issued or Guaranteed by the Commonwealth Related to document:
[9730] Omnibus Objection of the Lawful C filed by Lawful Constitutional Debt
Coalition (Attachments: # (1) Proposed Order - Clean # (2) Proposed Order -
Blackline) filed by Luc A. Despins on behalf of Official Committee of Unsecured
Creditors. [9753]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||261|F|0.10||28.00|20200109|B
170||A104|KCS|Receive and analyze Supplemental Objection to Related document:[9626]
Motion for Interim Compensation - Seventh Interim Fee Application of Proskauer Rose
LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as
Attorneys for the Financial Oversight and Management Board for Puerto Rico, as filed
by The Financial Oversight and Management Board for Puerto Rico, as Representative
of the Commonwealth of Puerto Rico, et al. filed by Cobra Acquisitions LLC.
[9752]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||262|F|0.10||28.00|20200109|B
170||A104|KCS|Receive and analyze Order Granting in Part and Denying in Part.
related to document: [9545] Motion for Issuance of Summons /Urgent Omnibus Motion
for Re-issuance of Summons and/or Authorization of Service by Publication or
Alternative Request for Order to (I) Make Service Within a Specified Time or (II)

Exhibit G-1 January 2020- 505163.TXT
Extend Time for Service for an Approp filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. Related document: [9594] Order to Show Cause. Signed by Magistrate
Judge Judith G. Dein on 01/09/2020. (Attachments: # (1) Attachment 1).
[9755]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||263|F|0.10||28.00|20200109|B
170||A104|KCS|Receive and analyze ORDER SETTING BRIEFING SCHEDULE related to
document:[9731] Urgent motion for for Entry of an Order Approving Notice Procedures
with Respect to Omnibus Objection to Claims Filed or Asserted by Holders of Certain
Bonds Issued or Guaranteed by the Commonwealth Related to document: [9730] Omnibus
Objection of the Lawful C filed by Lawful Constitutional Debt Coalition. Responses
due by 1/16/2020 at 5:00 PM (AST). Reply due by: 1/20/2020 at 5:00 PM (AST).
[9757]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||264|F|0.10||28.00|20200109|B
170||A104|KCS|Receive and analyze ORDER ADJOURNING HEARING ON FEE EXAMINER'S
OBJECTION TO AMENDED FIRST INTERIM FEE APPLICATION OF DUFF & PHELPS, LLC. Related
documents: [8862], [9170], [9188], [9726]. [DE 9758]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||265|F|0.40||112.00|20200109|
B170||A104|KCS|Receive and analyze Second Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Seventy-Eighth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth of Puerto Rico Relative to document: [8964] Debtor's Omnibus
Objection to Claims Seventy-Eighth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth of P filed by
PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY (Attachments: # (1) Exhibit # (2)
Proposed Order) filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE
9759]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||266|F|0.40||112.00|20200109|
B170||A104|KCS|Receive and analyze  Second Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Eightieth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico Related to document: [8967] Debtor's Omnibus Objection
to Claims Eightieth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth of Puerto filed by
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
(Attachments: # (1) Exhibit 1 # (2) Proposed Order) filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. [DE 9761]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||267|F|0.40||112.00|20200109|
B170||A104|KCS|Receive and analyze Second Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Seventy-Ninth Omnibus

Exhibit G-1 January 2020- 505163.TXT

Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico Relative to document: [9458] Notice filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit 1 # (2) Proposed Order) filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE 9760]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||268|F|0.40||112.00|20200109|B170||A104|KCS|Receive and analyze  Second Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico Relative to document: [9461] Notice filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit 1 # (2) Proposed Order) filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE 9762]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||269|F|0.40||112.00|20200109|B170||A104|KCS|Receive and analyze  Second Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico Related to document: [8969] Debtor's Omnibus Objection to Claims Eighty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of PR filed by COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY (Attachments: # (1) Exhibit 1 # (2) Proposed Order) filed The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE 9763]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||270|F|0.40||112.00|20200109|B170||A104|KCS|Receive and analyze  Notice Second Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico Relative to document: [9464] Notice filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit 1 # (2) Proposed Order) filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE 9764]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||271|F|0.40||112.00|20200109|B170||A104|KCS|Receive and analyze  Second Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways

Exhibit G-1 January 2020- 505163.TXT

and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth of Puerto Rico Relative to document: [8971] Debtor's Omnibus
Objection to Claims - Eighty-Fourth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth of filed by
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
(Attachments: # (1) Exhibit # (2) Proposed Order) filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. [DE 9765]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||272|F|0.40||112.00|20200109|
B170||A104|KCS|Receive and analyze  Second Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Eighty-Fifth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico Relative to document: [9471] Notice filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit 1 # (2) Proposed
Order) filed by  The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al.  [DE
9768]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||273|F|0.40||112.00|20200109|
B170||A104|KCS|Receive and analyze  Second Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Eighty-Fifth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico. Relative to document: [9469] Notice filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit 1 # (2) Proposed
Order) filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al.   [DE
9767]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||274|F|0.40||112.00|20200109|
B170||A104|KCS|Receive and analyze  Second Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Eighty-Fifth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico. Relative to document: [9469] Notice filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit 1 # (2) Proposed
Order) filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al.  [DE
9766]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||275|F|0.40||112.00|20200109|
B170||A104|KCS|Receive and analyze  Second Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Eighty-Eighth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of

Exhibit G-1 January 2020- 505163.TXT

the Commonwealth of Puerto Rico Relative to document: [8977] Debtor's Omnibus
Objection to Claims Eighty-Eighth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth of Pu filed by
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
(Attachments: # (1) Exhibit # (2) Proposed Order) filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al.  [DE 9769]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||276|F|0.40||112.00|20200109|
B170||A104|KCS|Receive and analyze  Second Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Eighty-Ninth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico Relative to document: [9474] Notice filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit 1 # (2) Proposed
Order) filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE
9770]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||277|F|0.40||112.00|20200109|
B170||A104|KCS|Receive and analyze Second Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Ninetieth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico Relative to document: [8979] Debtor's Omnibus Objection
to Claims Ninetieth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth of Puerto filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Proposed
Order) filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE
9771]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||278|F|0.40||112.00|20200109|
B170||A104|KCS|Receive and analyze Second Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Ninety-First Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System
of the Government of the Commonwealth of Puerto Rico Relative to document: [9477]
Notice filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit 1 # (2) Proposed Order) filed by The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
[DE 9772]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||279|F|0.40||112.00|20200109|
B170||A104|KCS|Receive and analyze Second Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Ninety-Second Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees

Exhibit G-1 January 2020- 505163.TXT

Retirement System of the Government of the Commonwealth of Puerto Rico Relative to
document: [8981] Debtor's Omnibus Objection to Claims Ninety-Second Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees
Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient
Claims Asserting Interests Ba filed by COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO (Attachments:
# (1) Exhibit # (2) Proposed Order) filed by The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
[DE 9773]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||280|F|0.20||56.00|20200109|B
170||A104|KCS|Receive and analyze Second Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Ninety-Third Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System
of the Government of the Commonwealth of Puerto Rico Relative to: [9479] Notice
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit 1 # (2) Proposed Order) filed by The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
[DE 9774]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||281|F|0.40||112.00|20200109|
B170||A104|KCS|Receive and analyze Second Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Ninety-Fifth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico Relative to document: [8984] Debtor's Omnibus Objection
to Claims - Ninety-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth of filed by COMMONWEALTH OF
PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH
OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY (Attachments: #
(1) Exhibit # (2) Proposed Order # (3) Exhibit) filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. [DE 9775]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||282|F|0.20||56.00|20200110|B
170||A104|KCS|Receive and analyze Notice of Defective Pleadings (Signed by Clerk on
01/09/2020). Relative to: Ana Lourdes Torres Delgado, Astrid M. Ayala Baez, Eladia
Ayala Garcia, Gisela Santos Ortiz, Jacqueline Rodriguez Colon, Jo Ann Calderon
Rivera, Juan B. Muniz Suarez, Nitza Gotay Hays, Quetcy Ann Cedeno Rodriguez.
(Attachments: # (1) Defective Pleading # (2) Defective Pleading # (3) Defective
Pleading # (4) Defective Pleading # (5) Defective Pleading # (6) Defective Pleading
# (7) Defective Pleading # (8) Defective Pleading # (9) Defective Pleading). [DE
9779]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||283|F|0.10||28.00|20200110|B
170||A104|KCS|Receive and analyze ORDER SETTING HEARING DATE relative to: Discovery
Motions [9697] and [9698]. Resolving [9717]. Hearing on Motions set for 1/15/2020
03:30 PM (AST) [2:30 PM EST] in US District of Massachusetts (VTC - USDC Puerto
Rico) before Magistrate Judge Judith Gail Dein. Signed by Magistrate Judge Judith G.
Dein on 01/10/2020. [DE 9780]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||284|F|0.60||168.00|20200110|
B170||A104|KCS|Receive and analyze ORDER APPROVING STIPULATION relative to
document:[9720] STIPULATION [Proposed] Stipulation and Order for the Production and
Exchange of Confidential Information Relative to document: [8962] Order filed by
PUERTO RICO AAA PORTFOLIO BOND FUND INC. [DE 9797]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||285|F|0.10||28.00|20200110|B
170||A104|KCS|Receive and analyze Notice of Defective Pleading (Signed by Clerk on
01/10/2020). Relative to: Teofilo Colon Jimenez and Grace Vazquez. (Attachments: #
(1) Defective Pleading # (2) Defective Pleading). [DE 9801]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||286|F|0.20||56.00|20200127|B
180||A104|KCS|Receive and analyze email from Angelo Castaldi at Genovese to Tristan
Axelrod at Brown Rudnick relative to propriety of dismissal of matter against
Sculptor. Receive and analyze reply agreeing to dismissal in
19-ap-355|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||287|F|0.60||168.00|20200102|
B180||A104|AGE|Receive and analyze Notice of Appearance of Counsel for First Bank in
THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Desarrollo Comunicologico de
Arecibo Inc., 19-00158-LTS.  Update our records.  Task C. Infante with handling
recent communications from counsel for FirstBank.|66-0554116|280.00|Estrella,
Alberto G.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||288|F|0.60||132.00|20200102|
B180||A104|CIG|Review and analyze communications sent by Alberto Estrella and
Yarimel Viera regarding adversary proceeding for Desarrollo Comunologico de Arecibo
Inc.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||289|F|1.50||330.00|20200102|
B180||A104|CIG|Review communications and documents sent by representatives of
Desarrollo Comunologico de Arecibo inc.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||290|F|0.40||88.00|20200102|B
180||A104|CIG|Receive and analyze communication sent by Nayuan Zouairabani to
provide signed tolling agreement extension for the College Board.  Review signed
agreement and update case management information.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||291|F|0.40||88.00|20200102|B
180||A104|CIG|Receive and analyze communication sent by Jose Romero, representative
of Codecom to provide the signed tolling agreement extension and discuss status of
data evaluation process.  Review attached agreement and update case management
information|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||292|F|0.40||88.00|20200102|
B180||A104|CIG|Receive and analyze communications sent by Nayuan Zouairabani and Rosa
Sierra regarding final draft of tolling agreement extension and status of
information provided by tolling vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||293|F|0.30||84.00|20200103|B
180||A107|AGE|Receive and analyze email from counsel for tolling agreement vendor B.
Fernandez & Hnos., Inc. regarding status of case
analysis.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||294|F|0.30||84.00|20200106|B

Exhibit G-1 January 2020- 505163.TXT

180||A107|AGE|Receive and analyze email from Rosa Sierra to counsel for tolling agreement vendor B. Fernández about closing.  Update matter and process for closing.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||295|F|0.20||56.00|20200106|B 180||A107|AGE|Receive and analyze email from Rosa Sierra to tolling agreement vendor Cardinal Health P.R. 120, Inc. following up on email from last week.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||296|F|0.30||84.00|20200107|B 180||A107|AGE|Receive and analyze email from counsel for tolling agreement vendor Houghton Mifflin Harcourt Publishing Company forwarding executed second extension to tolling agreement.  Update records.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||297|F|0.30||66.00|20200107|B 180||A104|CIG|Review and analyze communication sent by Rosa Sierra to Fernando Van Derdys, representative of Droguería Betances Inc. to follow up on the extension of the tolling agreement for said tolling vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||298|F|0.50||110.00|20200107| B180||A104|CIG|Review and analyze communication sent by Robert Wexler to Rosamar García to request the status of the information to be provided by her clients as part of the informal resolution process and to inform about the applicable deadlines to resolve all related matters.  Review attached table with additional relevant information concerning said cases.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||299|F|0.40||88.00|20200107|B 180||A104|CIG|Review and analyze communication sent by Robert Wexler to Leslie Flores to request the status of the information to be provided by her clients as part of the informal resolution process and to inform about the applicable deadlines to resolve all related matters.  Review attached table with additional relevant information concerning said cases.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||300|F|0.40||88.00|20200107|B 180||A104|CIG|Review and analyze communication sent by Robert Wexler to Arturo Garcia to request the status of the information to be provided by her clients as part of the informal resolution process and to inform about the applicable deadlines to resolve all related matters.  Review attached table with additional relevant information concerning said cases.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||301|F|0.50||110.00|20200107| B180||A104|CIG|Review and analyze communication sent by Alexis Beachdell, representative of National Building Maintenance Corp., to provide revised draft of tolling agreement extension and to inquire about the status of the data evaluation process for information submitted by her client.  Review agreement with proposed revisions and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||302|F|0.40||88.00|20200107|B 180||A104|CIG|Review and analyze communication sent by Ken Leonetti to provide signed tolling agreement extension and provide an update on the information provided by vendor.  Review attached agreement and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||303|F|0.80||176.00|20200107| B180||A104|CIG|Review and analyze communication sent by Bob Wexler to discuss Banco

Exhibit G-1 January 2020- 505163.TXT

Popular cases including pending matters, prior evaluations and next steps to resolve this case.  Review attached memorandum and draft communication to provide input and suggest telephone conference with vendor representatives.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||304|F|0.40||88.00|20200107|B 180||A104|CIG|Review and analyze communication sent by Rosa Sierra to Pedro Benitez and Jorge Lopez, representatives of North Janitorial Services to follow up on the extension of the tolling agreement for said tolling vendor.  Review response by Mr. Lopez informing timeline for execution of document.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||305|F|0.30||66.00|20200107|B 180||A104|CIG|Review and analyze communication sent by Rosa Sierra to Jose Lugo, representative of Oil Energy Systems to follow up on the extension of the tolling agreement for said tolling vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||306|F|0.40||88.00|20200107|B 180||A104|CIG|Review and analyze communication sent by Rosa Sierra to Brian Guiney, representative of McGraw Hill to follow up on the extension of the tolling agreement for said tolling vendor.  Review response sent by Mr. Guiney informing they need additional time to execute document.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||307|F|0.30||66.00|20200107|B 180||A104|CIG|Review and analyze communication sent by Robert Wexler to Brian Guiney to provide status of the data evaluatino process and provide an estimated timeline for the final resolution of this case.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||308|F|0.30||66.00|20200107|B 180||A104|CIG|Review and analyze communication sent by Rosa Sierra to Jorge Baco and Vivian Perez, representative of Global Insurance to follow up on the extension of the tolling agreement for said tolling vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||309|F|0.30||66.00|20200107|B 180||A104|CIG|Review communication sent by Carla Ocasio to assigning case of First Hospital Panamericano, Inc. and providing additional information regarding said case.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||310|F|0.30||66.00|20200107|B 180||A104|CIG|Review and analyze communication sent by Rosa Sierra to Sharlene Malave, representative of Cabrera Auto to follow up on the extension of the tolling agreement for said tolling vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||311|F|0.20||44.00|20200107|B 180||A104|CIG|Review and analyze communication sent by Ivan Castro requesting additional information to provide to his client Carlos Oyola to facilitate compliance with informal resolution process requirements.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||312|F|0.30||66.00|20200107|B 180||A104|CIG|Review and analyze communication sent by Rosa Sierra to Carlos Padin, representative of Airborne to follow up on the extension of the tolling agreement for said tolling vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||313|F|0.30||66.00|20200107|B 180||A104|CIG|Review communication sent by Carla Ocasio to assigning adversary case of Ecolift Corporation and providing additional information regarding said

Exhibit G-1 January 2020- 505163.TXT

case.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||314|F|0.20||44.00|20200107|B
180||A104|CIG|Review and analyze communication sent by Leslie Flores to provide a
timeline to provide information for Bristol Myers Squibb, MMM and
Populicom.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||315|F|0.30||66.00|20200107|B
180||A104|CIG|Review and analyze communication sent by Robert Wexler to discuss
pending matters regarding case of RSM Roc.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||316|F|0.40||88.00|20200107|B
180||A104|CIG|Review and analyze communication sent by Robert Wexler to discuss next
steps with regards to the Ecolift adversary proceeding.  Consider ongoing criminal
cases and additional considerations to move forward with
recommendation.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||317|F|0.30||66.00|20200107|B
180||A104|CIG|Review and analyze communication sent by Rosa Sierra to Alfredo
Fernandez to inform that no further actions will be taken with regards to the
tolling case of B. Fernandez & Co.  Update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||318|F|0.30||66.00|20200107|B
180||A104|CIG|Review and analyze communication sent by Rosa Sierra to Gerardo
Morera, representative of Olein Recovery Corporation to follow up on the extension
of the tolling agreement for said tolling vendor.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||319|F|0.30||66.00|20200107|B
180||A104|CIG|Review and analyze communication sent by Alfredo Fernandez regarding
status of data evaluation process for B. Fernandez Hnos.
case.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||320|F|1.00||220.00|20200107|
B180||A104|CIG|Review and analyze communication sent by Robert Wexler and Luis Llach
regarding recommended actions with regards to Wal Smart Inc.'s tolling case.  Review
attached status spreadsheet, memorandum and additional supporting
documents.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||321|F|0.40||88.00|20200107|B
180||A104|CIG|Review and analyze communication sent by Rosa Sierra to attorney Jose
Romero to provide final executed tolling agreement for Codecom.  Review final
executed agreement and update case management information.|66-0554116|220.00|Infante
, Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||322|F|0.40||88.00|20200107|B
180||A104|CIG|Review and analyze communication sent by Robert Wexler to Nayuan
Zouairabani to request the status of the information to be provided by her clients
as part of the informal resolution process and to inform about the applicable
deadlines to resolve all related matters.  Review attached table with additional
relevant information concerning said cases.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||323|F|0.40||88.00|20200107|B
180||A104|CIG|Review and analyze communication sent by Rosa Sierra to attorneys from
McConnell Valdes to provide final executed tolling agreement of the College Board.
Review final executed agreement and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||324|F|0.40||88.00|20200107|B
180||A104|CIG|Review communication sent by Yarimel Viera to discuss information
regarding no contact vendor S&L Development.  Review attachments documenting efforts
made to locate premises of vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||325|F|0.30||84.00|20200108|B
180||A108|AGE|Receive and analyze email from Rosa Sierra to tolling agreement vendor
Houghton Mifflin Harcourt with duly executed Second Extension of Tolling Agreement.
Update records.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||326|F|0.50||140.00|20200108|
B180||A108|AGE|Receive and analyze email from tolling agreement vendor Computer
Expert Group, Inc. with duly executed Second Extension of Tolling Agreement.  Update
records.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||327|F|0.20||44.00|20200108|B
180||A104|CIG|Review and analyze communication sent by Rosa Sierra to Fernando Van
Derdys to discuss execution of tolling extension.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||328|F|0.50||110.00|20200108|
B180||A104|CIG|Review and analyze communication sent by Robert Wexler regarding
Crist & John Recycling to request assistance to clarify informal resolution process
and exchange of information to vendor representatives.  Consider information
provided and coordinate telephone conference with vendor
representatives.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||329|F|0.20||44.00|20200108|
180||A104|CIG|Review and analyze communication sent by Rosa Sierra to discuss status
of data analysis for IBM's adversary case.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||330|F|0.30||66.00|20200108|B
180||A104|CIG|Review and analyze communication sent by Rosa Sierra to Ken Leonetti,
to provide the final executed version of the tolling agreement extension with
Houghton Mifflin Harcourt.  Review attached agreement and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||331|F|0.30||66.00|20200108|B
180||A104|CIG|Review and analyze communication sent by Rosa Sierra to Alexis
Beachdell, to provide the final executed version of the tolling agreement extension
with National Building Maintenance Corp.  Review attached agreement and update case
management information.  Review related communication from attorney Beachdell
acknowledging receipt of executed agreement.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||332|F|0.30||66.00|20200108|B
180||A104|CIG|Several communications with Juan Nieves to discuss issues regarding
case of Wal Smart and to coordinate telephone conference with DGC, Paul Hastings,
Estrella and DGC to discuss said case and other matters.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||333|F|0.30||66.00|20200108|B
180||A104|CIG|Review and analyze communication sent by Wilneida Castro to provide
the signed tolling agreement extension for Computer Expert Group and to provide
status of information requested from said tolling vendor.|66-0554116|220.00|Infante
, Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||334|F|0.30||66.00|20200108|B

Exhibit G-1 January 2020- 505163.TXT

180||A104|CIG|Review and analyze communication sent by Brian guiney to provide
signed tolling agreement extension for McGraw Hill Interamericana.  Review attached
agreement and update case management information.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||335|F|0.20||44.00|20200108|B
180||A104|CIG|Review and analyze communication sent by Rosamar García to provide
status of compilation of data for cases managed by her as part of the informal
exchange of information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||336|F|0.40||88.00|20200108|B
180||A104|CIG|Review and analyze several communications sent by Nayuan Zouairabani
and Rosa Sierra regarding the final version of the College Board Tolling Agreement
Extension executed by all parties.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||337|F|0.30||66.00|20200108|B
180||A108|CIG|Several communications with Robert Wexler regarding ongoing matters
related to second outreach and informal resolution
process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||338|F|0.40||88.00|20200108|B
180||A103|CIG|Draft communication for Carmen Conde and William Alemañy to inform
them that the SCC will not be taking further actions against tolling vendor RSM Roc.
 Review related communications and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||339|F|0.40||88.00|20200109|B
180||A107|CIG|Telephone conference with Robert Wexler to discuss the status of
several adversary and tolling cases, the evaluation of data and execution of
necessary agreements.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||340|F|0.40||88.00|20200109|B
180||A104|CIG|Telephone conference with Cristina Morales, representative of Crist &
John Recycling to discuss all matters pertaining to their tolling case, their
intention to participate in the informal resolution process and information
requested from vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||341|F|0.70||154.00|20200109|
B180||A104|CIG|Review and analyze communications and documents related to the
adversary and tolling cases of WEG, CTS, Humana and related to Second Outreach for
no contact vendors to prepare for telephone conference with Robert
Wexler.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||342|F|0.50||110.00|20200109|
B180||A104|CIG|Telephone conference with Samuel Morales, representative of Crist &
John Recycling to discuss informal resolution process, modified request for
information and obtain clarification as to relationship with
Commonwealth.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||343|F|0.60||132.00|20200109|
B180||A104|CIG|Review and analyze relevant documents and communications to prepare
for telephone conference with representatives of Crist & John
Recycling.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||344|F|0.90||198.00|20200109|
B180||A104|CIG|Review and analyze relevant documents and communications to prepare
for telephone conference with Bob Wexler and representatives of the Law Offices of
Wolf Popper.|66-0554116|220.00|Infante , Carlos|AS|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||345|F|0.40||88.00|20200109|B
180||A107|CIG|Telephone conference with Bob Wexler, Vilma Peña and Lilly Diaz from
the Law Offices of Wolf Popper to discuss preliminary preference
analysis.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||346|F|0.50||110.00|20200109|
B180||A107|CIG|Telephone conference with Juan Nieves, Bob Wexler, Scott Martinez and
Nicholas Basset to discuss Wal Smart Tolling case and other matters regarding the
data review process for adversary and tolling vendors.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||347|F|0.50||110.00|20200109|
B180||A104|CIG|Review and analyze relevant documents and communications to prepare
for telephone conference with DGC, CST and Paul Hastings to discuss the the case of
tolling vendor Wal Smart.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||348|F|0.60||132.00|20200109|
B180||A104|CIG|Review and analyze communication sent by Robert Wexler with the
revised recommendation for WEG Electric's case.  review recommended action
memorandum and update case management information.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||349|F|0.80||176.00|20200109|
B180||A104|CIG|Review and analyze communication and memorandum sent by Simone
Cataldi to address matter regarding preference payments received by vendor Carlos
Oyola. Review and analyze attached documentation to support their position.  Update
case management information and consider follow up telephone conference with vendor
representatives and DGC to discuss issues in further
detail.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||350|F|0.20||44.00|20200109|B
180||A104|CIG|Review and analyze communication sent by Rosamar García to discuss
expected timeline to provide information requested from Pitney
Bowes.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||351|F|0.60||132.00|20200109|
B180||A104|CIG|Review and analyze communication and "missing vendor report" provided
by Bob Wexler to address strategy for final outreach to vendors that have not
provided information as part of informal resolution process. Review and consider
information provided and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||352|F|0.80||176.00|20200109|
B180||A104|CIG|Review and analyze communication sent by Robert Wexler to provide 90
day preference report of tolling vendor Carlos Oyola. Review related communications
sent by Ivan Castro and Simone Cataldi to clarify information included in DGC
report. Consider updated preference analysis, additional information provided by
tolling vendor and update case management information.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||353|F|0.70||154.00|20200109|
B180||A104|CIG|Review and analyze communication sent by Juan Fortuño, representative
of Humana Health Plans for PR, to provide revised NDA agreement with additional
proposed edits. Review revised NDA agreement and draft communication for Robert
Wexler to provide status of case.  Review related communications sent by Robert
Wexler and Rosa Sierra.|66-0554116|220.00|Infante , Carlos|AS|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||354|F|0.20||44.00|20200109|B
180||A104|CIG|Review and analyze communication sent by Luisa Valle, representative
of RSM Roc, regarding recommended action for said case.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||355|F|0.20||44.00|20200109|B
180||A104|CIG|Meeting with Yarimel Viera to discuss Wal Smart tolling case and
coordinate telephone conference with vendor
representative.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||356|F|0.20||44.00|20200109|B
180||A104|CIG|Review and analyze Joint Motion to Inform Regarding Hearing Date on
Discovery Motions Regarding [70] Order Setting Briefing Schedule for case No.
19-00357|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||357|F|0.30||66.00|20200109|B
180||A104|CIG|Review and analyze communication sent by Sharlene Malave,
representative of Cabrera Auto, to provide estimated timeline for execution of
tolling agreement extension. Review related communication sent by Rosa Sierra to
provide additional information regarding informal exchange of
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||358|F|0.80||176.00|20200110|
B180||A104|CIG|Review and analyze documents sent by Wal Smart representative Josue
Rodriguez in several e-mail communications including certificates of eligibility
from 2013-2017 and several RFQ process and adjudication samples.  Consider
information provided and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||359|F|0.40||88.00|20200113|B
180||A104|CIG|Review and analyze communication sent by Bob Wexler to provide
internal memorandum regarding Trinity Services preference analysis.  Update case
management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||360|F|0.60||132.00|20200113|
B180||A104|CIG|Review and analyze communication sent by Bob Wexler to Arturo
Bauermeister, representative of Computer Learning Center, to follow up on pending
matters pursuant to discussions held with regards to preliminary preference
analysis.  Review attached documents and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||361|F|0.20||44.00|20200113|B
180||A104|CIG|Review and analyze communication sent by Ivan Castro to request an
update on the status of cases managed by ALB law firm.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||362|F|0.40||88.00|20200113|B
180||A104|CIG|Review and analyze letter sent by Distribuidora Lebron to confirm
intention to participate in informal resolution process.  Update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||363|F|0.70||154.00|20200113|
B180||A104|CIG|Review and analyze communication sent by Bob Wexler to representative
of Trinity Servcies to provide preliminary assesment including preference analysis
regarding case.  Review attached preference memorandum and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||364|F|0.40||88.00|20200113|B

Exhibit G-1 January 2020- 505163.TXT

180||A104|CIG|Review and analyze communications sent by Rosa Sierra and Nayuan Zouairabani to provide signed NDA for Bio-Medical Services. Review NDA and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||365|F|0.30||66.00|20200113|B180||A104|CIG|Review and analyze communication sent by Robert Wexler and Rosa Sierra to discuss matters pertaining to case of Trinity Services.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||366|F|1.00||220.00|20200113|B180||A104|CIG|Review and analyze communication sent by Bob Wexler to provide information regarding tolling cases of Banco Popular. Review information provided and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||367|F|0.30||66.00|20200113|B180||A104|CIG|Review communications from Rosa Sierra and Miguel Nazario to discuss matters related to Trinity Services.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||368|F|0.30||66.00|20200113|B180||A104|CIG|Review and analyze communication sent by Simone Cataldi requesting letter for tolling vendors represented by ALB law firm whose actions will not be pursued.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||369|F|0.20||44.00|20200113|B180||A104|CIG|Review and analyze communication sent by Miguel Nazario, representative of Trinity Services regarding intention to extend tolling agreement.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||370|F|0.40||88.00|20200113|B180||A104|CIG|Review and analyze communication sent by Robert Wexler to discuss recommended actions on hold by UCC. Review attached document and review relevant discussions.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||371|F|0.80||176.00|20200113|B180||A104|CIG|Review and analyze communication sent by Alberto Estrella regarding answers due in certain adversary proceedings. Review case dockets, omnibus order extending litigation deadlines and draft response communication with applicable deadlines and status as to informal resolution on each case.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||372|F|0.30||66.00|20200113|B180||A104|CIG|Review and analyze communication sent by Bob Wexler to Wilma Rodriguez to coordinate telephone conference to discuss case of Office Gallery.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||373|F|1.00||220.00|20200114|B180||A104|CIG|Review and analyze communication sent by Rosa Sierra to provide Notices of Voluntary Dismissals and no action recommendations related to the sixth batch of approved recommendations. Review dismissals/no action recommendations related to cases assigned to Estrella and coordinate to inform relevant parties of final case recommendations.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||374|F|0.20||44.00|20200114|B180||A104|CIG|Review and analyze communication sent by Miguel Nazario to confirm information received related to Trinity Services.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||375|F|0.50||110.00|20200114|B180||A104|CIG|Review and analyze communication sent by Rosa Sierra to Juan Fortuno,

Exhibit G-1 January 2020- 505163.TXT

representative of Humana Health Plans to provide revised NDA with proposed revisions.  Review edited NDA and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||376|F|1.00||220.00|20200114|B180||A104|CIG|Review and analyze communication sent by Rosa Sierra to discuss answer to complaint filed by Apex General Contractors and provide action plan to handle case.  Review answer to complaint and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||377|F|0.50||110.00|20200114|B180||A103|CIG|Draft communication to provide news article regarding Rocket Learning.  Review news article and revise related responses from Kenneth Suria and Alberto Estrella.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||378|F|0.30||66.00|20200114|B180||A104|CIG|Review and analyze communication sent by Gerardo Carlo to provide Tolling Extension Agreement.  Review document and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||379|F|0.20||44.00|20200115|B180||A104|CIG|Review and analyze communication sent by Rosa Sierra to representative of Transporte Papo Alvy to inquire about intent to extend tolling agreement.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||380|F|0.20||44.00|20200115|B180||A104|CIG|Review and analyze communication sent by Rosa Sierra to representative of Wilfredo Cotto to inquire about intent to extend tolling agreement.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||381|F|0.20||44.00|20200115|B180||A104|CIG|Review and analyze communication sent by Rosa Sierra to representative of Oil Energy Systems, Inc. to inquire about intent to extend tolling agreement.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||382|F|0.20||44.00|20200115|B180||A104|CIG|Review and analyze communication sent by Bob Wexler to Erin Grapinski to coordinate telephone conference to discuss preference analysis for Cardinal Health.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||383|F|0.20||44.00|20200115|B180||A104|CIG|Review and analyze communication sent by Rosa Sierra to Gerardo Carlo to provide tolling agreement revisions.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||384|F|0.20||44.00|20200115|B180||A104|CIG|Review and analyze communication sent by Rosa Sierra to representative of Genesis Security to inquire about intent to extend tolling agreement.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||385|F|0.40||88.00|20200115|B180||A104|CIG|Review and analyze communication sent by Rosa Sierra to provide position regarding negative news related to Ecolift.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||386|F|1.00||220.00|20200115|B180||A104|CIG|Review and analyze communication sent by Robert Wexler to provide recommended actions for relevant cases.  Review recommendatin memorandum and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||387|F|0.30||66.00|20200115|B

Exhibit G-1 January 2020- 505163.TXT

180||A104|CIG|Review and analyze communication sent by Robert Wexler to provide preliminary meeting schedule for his February visit to PR.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||388|F|0.20||44.00|20200115|B 180||A104|CIG|Review and analyze communication sent by Rosa Sierra to representative of Multisystems Inc. to inquire about intent to extend tolling agreement.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||389|F|0.20||44.00|20200115|B 180||A104|CIG|Review and analyze communication sent by Rosa Sierra to representative of Global Insurance to inquire about intent to extend tolling agreement.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||390|F|0.50||110.00|20200115| B180||A104|CIG|Review and analyze communication sent by Arturo Bauermeister to discuss necessary information for Computer Learning Center.  Review related response from Bob Wexler and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||391|F|0.50||110.00|20200115| B180||A104|CIG|Review and analyze communication sent by Robert Wexler to Manuel Rivera, representative of Clinica de Terapias Pediatricas to provide preliminary preference analysis regarding said case.  Review attached information and update case managent information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||392|F|0.40||88.00|20200115|B 180||A104|CIG|Review and analyze communication sent by Bob Wexler to Alicia Lavergne, representative of Merck, Sharp & Dohme, to provide additional information and set up follow up call to continue to discuss issues related to preference analysis.  Update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||393|F|0.40||88.00|20200115|B 180||A104|CIG|Review and analyze Priscilla Quiles to provide signed tolling agreement extension for Genesis Security.  Review attached document and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||394|F|0.20||56.00|20200116|B 180||A107|AGE|Receive and reply to email exchange between Rosa Sierra and counsel for tolling agreement Bristol Mayer regarding NDA and information exchange.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||395|F|0.30||84.00|20200116|B 180||A107|AGE|Receive and reply finalized NDA with tolling agreement Bristol Mayer. Update records and notify all relevant parties.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||396|F|0.40||88.00|20200116|B 180||A104|CIG|Review and analyze communication sent by Sharlene Malave to provide executed tolling agreement.  Review signed tolling agreement and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||397|F|0.50||110.00|20200116| B180||A104|CIG|Review and analyze communication sent by Juan Fortuno to provide latest revised version of NDA for Humana Health Plans of PR.  Review revised NDA and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||398|F|0.30||84.00|20200117|B

Exhibit G-1 January 2020- 505163.TXT

180||A107|AGE|Receive and reply finalized extended tolling agreement with tolling
agreement vendor North Janitorial Services Inc.  Update records and notify all
relevant parties.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||399|F|0.40||88.00|20200117|B
180||A104|CIG|Review case docket and relevant motions, prepare notice of appearance
and request for notice and file in bankruptcy court portal for Case No.
19-00060|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||400|F|0.40||88.00|20200117|B
180||A104|CIG|Review case docket and relevant motions, prepare notice of appearance
and request for notice and file in bankruptcy court portal for Case No.
19-00061|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600||104516.50|20200101|20200131||401|F|0.40||88.00|20200117|B
180||A104|CIG|Review case docket and relevant motions, prepare notice of appearance
and request for notice and file in bankruptcy court portal for Case No.
19-00053|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||402|F|0.40||88.00|20200117|B
180||A104|CIG|Review case docket and relevant motions, prepare notice of appearance
and request for notice and file in bankruptcy court portal for Case No.
19-00057|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||403|F|0.40||88.00|20200117|B
180||A104|CIG|Review case docket and relevant motions, prepare notice of appearance
and request for notice and file in bankruptcy court portal for Case No.
19-00072|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||404|F|0.40||88.00|20200117|B
180||A104|CIG|Review case docket and relevant motions, and confirm voluntary
dismissal of Case No. 19-00077|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||405|F|0.40||88.00|20200117|B
180||A104|CIG|Review case docket and relevant motions, and confirm voluntary
dismissal of Case No. 19-00066|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||406|F|0.40||88.00|20200117|B
180||A104|CIG|Review case docket and relevant motions, and confirm voluntary
dismissal of Case No. 19-00069|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||407|F|0.50||110.00|20200117|
B180||A104|CIG|Review case docket and relevant motions, prepare notice of appearance
and request for notice and file in bankruptcy court portal for Case No.
19-00051|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||408|F|0.60||132.00|20200117|
B180||A104|CIG|Review and analyze certain communications sent by Rosa Sierra and
Robert Wexler regarding the evaluation of Ecolift's adversary proceeding and
possible need to extend time stipulated to conclude case evaluation and
recommendation.  Update case management information.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||409|F|0.80||176.00|20200117|
B180||A104|CIG|Review and analyze communication and memorandum sent by Rosa Sierra
to provide recommendation regarding vendors and negative news related to said
vendors.  Review and analyze memorandum and update case management information.
Review related communications with UCC's input sent by Nicholas
Bassett.|66-0554116|220.00|Infante , Carlos|AS|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||410|F|0.30||66.00|20200117|B
180||A104|CIG|Review and analyze business bankruptcy reports to confirm whether any
adversary vendors have filed for bankruptcy relief.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||411|F|0.40||88.00|20200117|B
180||A104|CIG|Review and analyze relevant documents and communications to prepare
for telephone conference with David Rosenzweig, representative of AT&T, to discuss
matters pertaining to informal exchange of information and need to execute tolling
agreement extension.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||412|F|0.30||66.00|20200117|B
180||A104|CIG|Draft communication for David Rosenzweig, to provide tolling agreement
extension draft and provide additional information requested by
counsel.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||413|F|0.40||88.00|20200117|B
180||A104|CIG|Review case docket and relevant motions, and confirm voluntary
dismissal of Case No. 19-00080|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||414|F|0.30||84.00|20200119|B
180||A108|AGE|Receive and analyze email from tolling agreement vendor Office Gallery
with duly executed Extension of Tolling Agreement. Update our
records.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||415|F|0.40||112.00|20200120|
B180||A108|AGE|Receive and analyze email exchange with Robert Wexler (DGC) regarding
Action Plan for Missing Data Vendors.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||416|F|0.20||56.00|20200120|B
180||A108|AGE|Receive and analyze additional email exchanges regarding Extension of
Tolling agreement for tolling agreement vendor Office
Gallery.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||417|F|0.20||44.00|20200120|B
180||A104|CIG|Review and analyze communication sent by Yarimel Viera assigning
Adversary Case No. 19-00276.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||418|F|0.70||154.00|20200120|
B180||A104|CIG|Review and analyze communication sent by Ivan Castro representative
of Carlos Oyola to summarize position regarding lump sum payments allegedly received
by vendor for multiple invoices and effect on the preference analysis for said
claim. Review related communications and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||419|F|0.20||44.00|20200120|B
180||A104|CIG|Review and analyze communication sent by Rosa Sierra to request the
signed tolling agreement extension from representative of Global Insurance. Review
attached tolling agreement extension and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||420|F|0.30||66.00|20200120|B
180||A104|CIG|Review and analyze communication sent by Robert Wexler to Carmen Conde
to discuss status of Huellas Therapy and Ecolift adversary and tolling cases and the
need to extend the stipulation filed to extend relevant terms to conclude infomal
resolution process. Update case management information.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||421|F|0.20||44.00|20200120|B

Exhibit G-1 January 2020- 505163.TXT

180||A104|CIG|Review and analyze communication sent by Yarimel Viera assigning
Adversary Case No. 19-00236.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||422|F|0.20||44.00|20200120|B
180||A104|CIG|Review and analyze communication sent by Yarimel Viera assigning
Adversary Case No. 19-00150.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||423|F|0.20||44.00|20200120|B
180||A104|CIG|Review and analyze communication sent by Rosa Sierra to request the
signed tolling agreement extension from counsel for Trinity. Review attached tolling
agreement extension and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||424|F|0.20||44.00|20200120|B
180||A104|CIG|Review and analyze communication sent by Rosa Sierra to request the
signed tolling agreement extension from counsel for Oil Energy System, Inc. Review
attached tolling agreement extension and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||425|F|0.30||66.00|20200120|B
180||A104|CIG|Review and analyze communication sent by Rosa Sierra to request the
signed tolling agreement extension from counsel for Transporte Papo Alvy. Review
attached tolling agreement extension and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||426|F|0.30||66.00|20200120|B
180||A104|CIG|Review and analyze communication sent by Rosa Sierra to request a
revised Tolling Agreement extension for tolling vendor Office
Gallery.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||427|F|1.00||220.00|20200120|
B180||A104|CIG|Review and analyze communication and documents sent by Robert Wexler
regarding missing data vendor agreements and pending matters.  Review attached
memorandum and consider assigned tasks for Estrella LLC and execution deadlines.
Review related communications sent by Rosa Sierra and Robert Wexler with revisions
and edits to proposed information and further tasks that need to be
performed.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||428|F|0.30||66.00|20200120|B
180||A104|CIG|Review and analyze communication sent by Nayuan Zouairabani to request
a modified information request for adversary vendor Valmont Industries, inform
intent to participate in informal resolution process and expected timeline to
produce information. Review related communication sent by Rosa Sierra. Update case
management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||429|F|0.30||66.00|20200120|B
180||A103|CIG|Draft communication for Bob Wexler to discuss vendor candidates for
meetings during his visit to Puerto Rico and availability of Estrella
attorneys.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||430|F|0.40||88.00|20200120|B
180||A104|CIG|Review and analyze communication and documents sent by Robert Wexler
to provide summary and supporting documentation regarding data analysis and research
conducted for vendor Apex General Contractors, LLC. Update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||431|F|0.30||66.00|20200120|B
180||A104|CIG|Review and analyze communication sent by José Lugo representative of

Exhibit G-1 January 2020- 505163.TXT
Oil Energy Systems to provide the signed tolling agreement extension.  Review signed
agreement and update case management information.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||432|F|0.30||66.00|20200120|B
180||A104|CIG|Review and analyze communication sent by Gerardo Carlo, representative
of GFR Media, to inform about the status of the information requested from
vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||433|F|0.40||88.00|20200120|B
180||A107|CIG|Telephone conference with Robert Wexler to discuss potential meeting
schedule for upcomming visit to Puerto Rico and discuss ongoing matters related to
the informal resolution process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||434|F|0.30||66.00|20200120|B
180||A104|CIG|Review and analyze communication sent by Alicia Lavergne, to provide
Merck, Sharp & Dohme's position regarding preferential claims.  Review related
communications sent by Counsel Lavergne and Mr. Wexler to coordinate meeting in
February 3, 2020 at Estrella's offices.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||435|F|0.30||66.00|20200120|B
180||A104|CIG|Review and analyze communications sent by Robert Wexler and Erin
Grapinski to exchange information regarding tolling vendor, Cardinal Health, and
coordinate telephone conference to discuss preference
analysis.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||436|F|0.40||88.00|20200120|B
180||A104|CIG|Review and analyze communication sent by Robert Wexler to provide
analysis of regarding additional payment information provided by Huellas Therapy.
Review analysis of comparison of invoices and payment information and consider next
steps in preference analysis.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||437|F|0.30||66.00|20200120|B
180||A104|CIG|Review and analyze communication sent by Wilma Rodriguez,
representative of Office Gallery, to provide signed extension to the tolling
agreement.  Review signed agreement and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||438|F|0.40||88.00|20200120|B
180||A104|CIG|Review and analyze communication sent by Arturo Bauermeister, to
discuss preference analysis for Computer Learning Center.  Review related
communications sent by Mr. Wexler and Bauermeister to coordinate meeting in February
3, 2020 at Estrella's offices.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||439|F|1.00||280.00|20200121|
B180||A101|AGE|Meet with C. Infante and N. Ortiz to discuss upcoming meeting with
ERS state court counsel at Brown Rudnick's NY office. Facilitate records to C.
Infante, as he will be attending.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||440|F|0.40||112.00|20200121|
B180||A108|AGE|Receive and analyze email exchange with adversary proceeding
defendant Law Offices of Wolf Popper (19-ap-00236).|66-0554116|280.00|Estrella,
Alberto G.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||441|F|0.50||100.00|20200121|
B180||A105|NLO|Meeting with Mr. Alberto Estrella and Mr. Carlos Infante to discuss
the status of the state court case in preparation for the upcoming Meeting ERS / UBS
Financial litigation.|66-0554116|200.00|Ortiz, Neyla L|AS|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||442|F|0.50||110.00|20200121|
B180||A104|CIG|Review and analyze communication sent by Robert Wexler with
information to be reviewed in telephone conference with representatives of Banco
Popular.  Coordinate telephone conference with Mr. Wexler to prepare for telephone
conference with Banco Popular.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||443|F|0.80||176.00|20200121|
B180||A103|CIG|Draft communication for counsels for Crist & John Recycling, to
summarize agreements with vendor principals regarding informal resolution process,
modified information request and tolling agreement extension.  Review and respond to
related communications sent by Robert Wexler and Rosa Sierra update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||444|F|0.30||66.00|20200121|B
180||A104|CIG|Review and analyze communication sent by Robert Wexler to Alejandro
Febres, representative of Banco Popular de Puerto Rico, regarding informal
resolution process and exchange of information.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||445|F|0.50||110.00|20200121|
B180||A104|CIG|Review and analyze relevant information and documents to prepare for
telephone conference with Robert Wexler and representatives of Banco Popular de
Puerto Rico.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||446|F|0.40||88.00|20200121|B
180||A104|CIG|Review and analyze communication and document sent by Robert Wexler to
Nayuan Zouairabani to provide Modified information Request for Valmont Industries.
Review modified request for information document and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||447|F|0.50||110.00|20200121|
B180||A104|CIG|Review and analyze communication sent by William Alemañy to provide
draft of second stipulation to amend litigation deadlines.  Review stipulation draft
and consider new deadlines proposed to resolve matters related to Huellas Therapy
and Ecolift.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||448|F|0.50||110.00|20200121|
B180||A104|CIG|Participate in telephone conference with representatives of Banco
Popular de Puerto Rico, Alejandro Febres and Robert Wexler to discuss pending
matters to regarding informal exchange of information.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||449|F|0.40||88.00|20200121|B
180||A104|CIG|Telephone conference with Bob Wexler to discuss information regarding
Banco Popular de Puerto Rico's case, the information exchanged as of this date and
matters pending to finalize analysis in this case.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||450|F|0.20||44.00|20200121|B
180||A104|CIG|Review and analyze communication sent by Rosa Sierra to representative
of Oil Energy System, Inc., Jose Lugo, regarding extension of tolling
agreement.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||451|F|0.40||88.00|20200121|B
180||A104|CIG|Review and analyze communications from Bob Wexler, Vilma Peña and
Alberto Estrella regarding potential meeting between Estrella, DCG and Law Offices
of Wolf Popper. Confirm tentative meeting schedule and respond to related

Exhibit G-1 January 2020- 505163.TXT

communications.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||452|F|0.30||66.00|20200121|B
180||A104|CIG|Review and analyze communication sent by Rosa Sierra to representative
of Global Insurance to provide the fully executed tolling agreement extension.
Update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||453|F|0.70||154.00|20200121|
B180||A107|CIG|Telephone conference with Bob Wexler and Alejandro Febres,
representative of Banco Popular, to discuss all matters pertaining to tolling
vendor's potential claims.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||454|F|0.30||66.00|20200121|B
180||A104|CIG|Review and respond to communication sent by Vilma Peña and related
communications sent by Alberto Estrella to coordinate meeting with DGC and the Law
Offices of Wolf Popper at Estrella LLC's offices in Old San Juan for february 3,
2020.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||455|F|0.20||44.00|20200121|
B180||A104|CIG|Review and analyze communication sent by Ivan Castro to inform about
Albizael Rodriguez' intention to extend tolling agreement.|66-0554116|220.00|Infante
, Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||456|F|0.50||110.00|20200121|
B180||A104|CIG|Meeting with Alberto Estrella and Neyla Ortiz to discuss status of
UBS/ERS state court action, position as to relation to PROMESA proceedings and
strategy regarding relevant issues regarding said
proceedings.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||457|F|0.40||88.00|20200121|B
180||A104|CIG|Review communication and documents sent by Carmen Conde,
representative of Huellas Therapy, to provide documentation to support its position
regarding preference analysis for said case.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||458|F|0.40||88.00|20200121|
B180||A104|CIG|Review and analyze communication sent by Rosa Sierra to Clarisa Sola
Gomez, representative of Apex General Contractors, LLC, to summarize agreements
regarding litigation actions to continue to participate in informal resolution
process. Update case management information process.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||459|F|0.30||66.00|20200121|B
180||A104|CIG|Review and analyze communication sent by Vivian Perez  to provide
signed Tolling Agreement Extension.  Review signed agreement and update case
management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||460|F|1.20||264.00|20200122|
B180||A104|CIG|Conduct relevant research regarding negative news for Carnegie
Learning and send communication regarding same.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||461|F|0.40||88.00|20200122|
B180||A104|CIG|Review and analyze communication sent by Vivian Perez to discuss
necessary information needed for Global Insurance to match transactions and related
documentation requested from said vendor. Review related communications sent by Bob
Wexler.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||462|F|0.40||88.00|20200122|B

Exhibit G-1 January 2020- 505163.TXT
180||A104|CIG|Review and analyze communication sent by Rosa Sierra and Bob Wexler to discuss need to conduct additional research regarding certain negative news vendors to conclude analysis and provide final recommendation regarding said cases.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||463|F|0.30||66.00|20200122|B180||A104|CIG|Review and analyze communication sent by  Lizzie Portela to provide executed NDA for Macam, SE.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||464|F|0.30||66.00|20200122|B180||A104|CIG|Review and analyze communication sent by Robert Wexler to provide preliminary meeting schedule for his February visit to Puerto Rico.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||465|F|0.40||88.00|20200122|B180||A104|CIG|Review and analyze communication sent by Rosa Sierra to William Alemañy to provide revised motion to extend settlement deadlines for the cases of Ecolift and Huellas Therapy.  Review attached documents and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||466|F|0.40||88.00|20200122|B180||A104|CIG|Review and analyze Informative Motion regarding stipulation and order for production of information and consider effect on related ERS cases. DKT. 9839|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||467|F|0.60||132.00|20200122|B180||A104|CIG|Review and analyze communications sent by Kenneth Suria to summarize information discussed with Attorney Harold Vicente regarding ERS claims and requesting that certain matters be incorporated into the meeting agenda for the 1/31/20 meeting at Brow Rudnick's offices. Review related communications from meeting participants.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||468|F|1.00||220.00|20200122|B180||A104|CIG|Review and analyze stipulation and order for the production and exchange of confidential information. DKT. 9797|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||469|F|0.30||66.00|20200122|B180||A104|CIG|Review and analyze communication sent by Sunni Beville to discuss details regarding meeting to be held at Brown RUdnick's office to discuss ERS clawback actions.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||470|F|0.50||110.00|20200122|B180||A104|CIG|Review and analyze communication sent by Rosa Sierra to representatives of AICA School Transport and Yabucoa Bus Line to provide tolling extension draft to vendors' representatives.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||471|F|0.30||66.00|20200122|B180||A104|CIG|Review and analyze communication sent by Nayda Perez, representative of IBM, to inquire about the status of the data evaluation for said vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||472|F|0.40||112.00|20200123|B180||A104|AGE|Receive and analyze Joint Motion Second Supplement Litigation Schedule in THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Huellas Therapy Corp. 19-00065-LTS. Update our records.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||473|F|0.40||112.00|20200123|

Exhibit G-1 January 2020- 505163.TXT

B180||A103|AGE|Receive and analyze Joint Motion Second Supplement Litigation
Schedule in THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Ecolift
Corporation 19-00172-LTS. Update our records.|66-0554116|280.00|Estrella, Alberto
G.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||474|F|0.60||132.00|20200123|
B180||A104|CIG|Review and analyze communication sent by William Alemañy to provide
motions to extend settlement deadlines for the cases of Huellas Therapy and Ecolift.
 Review attached motions and related communications sent by Rosa Sierra.  Update
case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||475|F|0.30||66.00|20200123|B
180||A104|CIG|Review and analyze communication sent by Miguel Nazario,
representative of Trinity Services, to provide timeline for return of signed amended
tolling agreement.  Review related communications sent by Rosa
Sierra.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||476|F|0.40||88.00|20200123|B
180||A104|CIG|Review and analyze communication sent by Robert Wexler to coordinate
meeting with representatives of Clinica de Terapias Pediatricas to discuss
preliminary preference analysis for said vendor.  Review related
communications.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||477|F|0.90||198.00|20200123|
B180||A104|CIG|Review and analyze communication sent by Rosa Sierra to provide
revised NDA to Juan Fortuño, representative of Humana Health Plans of Puerto Rico.
Review attached document and proposed revisions and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||478|F|0.20||44.00|20200123|B
180||A104|CIG|Review and analyze communication sent by Rosa Sierra to Wilma
Rodriguez to request the singed tolling extension agreement from Office Gallery
Inc.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||479|F|0.40||88.00|20200123|B
180||A104|CIG|Review and analyze communication sent by Rosa Sierra to provide the
final executed version of the tolling agreement amendment for Transporte Papo Alvy.
Review attached document and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||480|F|0.60||132.00|20200123|
B180||A107|CIG|Telephone conference with Ivan Castro and Alberto Rodriguez
representative of Yabucoa Bus Lines, to discuss status of case and need for tolling
agreement extension.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||481|F|0.30||66.00|20200123|B
180||A104|CIG|Review and analyze communication sent by  Robert Wexler to coordinate
meeting with representatives of Office Gallery to discuss preliminary preference
analysis for said vendor.  Review related communications.|66-0554116|220.00|Infante
, Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||482|F|0.50||110.00|20200123|
B180||A107|CIG|Telephone conference with Simone Cataldi to discuss case of Yabucoa
Bus Line and coordinat follow up call with vendor's in house
counsel.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||483|F|0.30||84.00|20200124|B
180||A104|AGE|Receive and analyze Order approving stipulation on schedule in THE

Exhibit G-1 January 2020- 505163.TXT
SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Ecolift Corporation,
19-00172-LTS.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||484|F|0.40||88.00|20200124|B
180||A104|CIG|Review and respond to communication sent by Bob Wexler regarding open
items including WEG case recommendation and letter to be sent to missing data
vendors.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||485|F|0.20||44.00|20200124|B
180||A104|CIG|Review and analyze communication sent by Bob Wexler to coordinate a
telephone conference with representatives of Genesis Security
Services.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||486|F|0.30||66.00|20200124|B
180||A104|CIG|Review and analyze communication sent by Nayuan Zouairabani to provide
status of information requested from Fast Enterprises.  Review related response from
Robert Wexler.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||487|F|0.40||88.00|20200124|B
180||A104|CIG|Review and analyze communication sent by Bob Wexler regarding negative
information for several vendors including CSA Architects and Carnegie Learning.
Review summary of negative news included in communication and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||488|F|0.20||44.00|20200124|B
180||A104|CIG|Review and analyze communication sent by Rosamar García to provide
update on status of information requested for clients represented by her firm
McConnell Valdes and request an extension of time to provide said
documents.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||489|F|0.40||88.00|20200124|B
180||A104|CIG|Telephone conference with Simone Cataldi to discuss tolling cases
represented by vendors including Yabucoa Bus Line and AICA School
Transport.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||490|F|0.40||88.00|20200124|B
180||A104|CIG|Review and analyze  communication sent by Bob Wexler to provide status
on data evaluation for Carnegie Learning.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||491|F|0.30||66.00|20200125|B
180||A104|CIG|Review and analyze communication sent by Bob Wexler to coordinate
meeting with Nayuan Zouairabani to schedule meeting during his February visit to
Puerto Rico to discuss status of cases handled by McConnell
Valdes.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||492|F|0.30||66.00|20200125|B
180||A104|CIG|Review and analyze communication sent by Bob Wexler to representatives
of Didacticos to provide external preference analysis for said vendor.  Review
attached memorandum and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||493|F|0.20||44.00|20200125|B
180||A104|CIG|Review and analyze communication sent by Bob Wexler to schedule
meeting with Wilma Rodriguez during his February 2020 visit to Puerto Rico to
discuss preference analys.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||494|F|0.50||110.00|20200125|
B180||A104|CIG|Review and analyze communication sent by Bob Wexler to provide
internal memorandum for the preference analysis of adversary vendor Didacticos, Inc.

Exhibit G-1 January 2020- 505163.TXT
 Review attached memorandum and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||495|F|0.40||88.00|20200125|B
180||A104|CIG|Review and analyze communication sent by Bob Wexler to Carmen Conde to
provide information regarding preferential payments received by Huellas Therapy
Corp.  Review attached information and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||496|F|0.30||66.00|20200125|B
180||A104|CIG|Review and analyze communication sent by Bob Wexler to representatives
of Community Cornerstone Inc. to follow up on information requested from vendor.
Review attached modified request for information and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||497|F|0.40||88.00|20200125|B
180||A104|CIG|Review and analyze communication sent by Bob Wexler to Arturo
Bauermeister to provide preference analysis calculations based on a median approach.
 Review attached document and related response from Mr. Bauermeister and update case
management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||498|F|0.30||66.00|20200127|B
180||A104|CIG|Review and analyze communication sent by Maria Figueroa,
representative of GFR Media and Rocket Learning, to discuss pending matters
regarding said cases.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||499|F|0.20||44.00|20200127|B
180||A104|CIG|Review communication sent by Bob Wexler to Maria Figueroa to schedule
potential meeting to discuss GFR Media case on February 6,
2020.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||500|F|0.50||110.00|20200127|
B180||A103|CIG|Review and analyze relevant documents regarding data review and
recommendation for WEG Electric Corp.'s adversary case and draft communication for
DGC, Estrella, CST and representatives of the UCC with amended recommendation
pertaining to said case.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||501|F|1.50||330.00|20200127|
B180||A103|CIG|Review and analyze relevant documents and prepare draft letter to be
sent to missing data vendors in order to compel information requested as part of
informal resolution process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||502|F|0.80||176.00|20200127|
B180||A103|CIG|Review and analyze communication sent by Bob Wexler to provide
suggested edits to communication to be sent to missing data adversary and tolling
vendors.  Review proposed edits and create final version of letter to be sent to
vendors.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||503|F|0.40||88.00|20200127|B
180||A104|CIG|Review and analyze communication sent by Robert Wexler to provide
additional insight and information regarding missing data vendors.  Update case
management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||504|F|0.20||44.00|20200127|B
180||A104|CIG|Review and analyze communication sent by Bob Wexler in response to
prior communication sent by Ivan Castro related to Carlos Oyola
case.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||505|F|0.30||66.00|20200127|B

Exhibit G-1 January 2020- 505163.TXT

180||A104|CIG|Review and analyze communication sent by Bob Wexler to representative of Distribuidora Blanco, Jose Molina Cacho, to follow up on additional request for information regarding bids and awards information and coordinate telephone conference with vendor representative. Update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||506|F|0.40||88.00|20200127|B
180||A104|CIG|Review and analyze relevant information to prepare for telephone conference with DGC, Brown Rudnick and CST to discuss proposed actions for vendors that have not provided all information requested and those that have not provided any information as part of the informal resolution process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||507|F|0.40||88.00|20200127|B
180||A104|CIG|Review and analyze communication and information sent by Bob Wexler to Leslie Flores, representative of Bristol Myers Squibb, to request additional information necessary to complete informal resolution process. Update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||508|F|0.80||176.00|20200127|
B180||A104|CIG|Prepare revised draft of Tolling Agreement for AT&T.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||509|F|0.40||88.00|20200127|B
180||A104|CIG|Review and analyze communication sent by Ivan castro, AICA School Transport and Yabucoa Bus Line to provide signed tolling agreement extension. Review signed extension and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||510|F|0.60||132.00|20200127|
B180||A104|CIG|Review and analyze communication sent by David Rosenzweig, including Tolling Agreement extension revisions.  Draft communication for Mr. Rosenzweig to coordinate a telephone call to discuss said edits.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||511|F|0.40||88.00|20200127|B
180||A104|CIG|Review and analyze communication sent by Wilma Rodriguez to provide signed tolling agreement extension for Office Gallery.  Review signed extension and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||512|F|0.30||66.00|20200127|B
180||A104|CIG|Review and analyze communication sent by Robert Wexler to representatives of Office Gallery to schedule a meeting for February 6, 2020. Review related responses from vendor representatives.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||513|F|0.20||44.00|20200127|B
180||A104|CIG|Review and analyze communication sent by Nayuan Zouairabani to schedule meeting with Estrella and DGC on February 5, 2020.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||514|F|0.80||176.00|20200128|
B180||A104|CIG|Review and analyze notice of Presentment - Notice of Filing of Revised Proposed Order and Amended Schedules for One Hundred and Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on

Exhibit G-1 January 2020- 505163.TXT

Salary Demands, Employment or Services Provided regarding [10306] Notice filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. DKT. 10462.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||515|F|0.40||88.00|20200128|B
180||A103|CIG|Review and analyze relevant information and draft letter for
Transporte Rosado Inc. to inform that no further action will be taken against
tolling vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||516|F|0.30||66.00|20200128|B
180||A104|CIG|Draft communication for Yarimel Viera to provide letter to be sent to
non-responsive vendors and provide instructions regarding delivery of
same.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||517|F|0.40||88.00|20200128|B
180||A103|CIG|Review and analyze communication sent by Nayuan Zouairabani,
representative of Evertec, Inc. to provide additional information requested from
vendor as part of informal resolution process.  Review information provided and
update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||518|F|0.30||66.00|20200128|B
180||A104|CIG|Telephone conference with attorney Enrique Almeida to discuss status
of informal resolution process and modified exchange of information for Caribbean
Temporary Services.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||519|F|0.20||44.00|20200128|B
180||A104|CIG|Review and analyze communications sent by Bob Wexler and Erin Grapiski
to confirm the telephone conference to be held on 1/29/20, to discuss preliminary
preference analysis for Cardinal Health.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||520|F|0.30||66.00|20200128|B
180||A104|CIG|Review and analyze letter to be sent to non-responsive vendors.  Final
review and edit of letter and prepare final version.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||521|F|0.40||88.00|20200128|B
180||A103|CIG|Review and analyze relevant information and draft letter for Santiago
Bus Line Inc., to inform that no further action will be taken against tolling
vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||522|F|1.00||220.00|20200128|
B180||A104|CIG|Review and analyze relevant information and draft letter for Arenas
Bus Line to inform that no further action will be taken against tolling
vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||523|F|0.30||66.00|20200128|B
180||A104|CIG|Conference with Carlota Mendez to clarify certain information included
in revised application for compensation.  Corroborate and edit information to
clarify duties performed.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||524|F|0.80||176.00|20200128|
B180||A104|CIG|Review and edit Tolling Agreement draft for AT&T and draft
communication for its representative David Rosenzweig with proposed
edits.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||525|F|0.60||132.00|20200128|
B180||A103|CIG|Review and analyze revised letter to be sent to missing data vendors,
sent by Robert Wexler.  Conduct final review and edit of letter and finalize

Exhibit G-1 January 2020- 505163.TXT

letter.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||526|F|0.40||88.00|20200128|B
180||A103|CIG|Review and analyze relevant information and draft letter for Gomez Bus
Line to inform that no further action will be taken against tolling
vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||527|F|0.40||88.00|20200128|B
180||A103|CIG|Review and analyze relevant information and draft letter for Maura
Martinez Torres to inform that no further action will be taken against tolling
vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||528|F|0.40||88.00|20200128|B
180||A103|CIG|Review and analyze relevant information and draft letter for José A.
Rivera Inc. to inform that no further action will be taken against tolling
vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||529|F|0.40||88.00|20200128|B
180||A103|CIG|Review and analyze relevant information and draft letter for Luisito's
Omnibus Inc. to inform that no further action will be taken against tolling
vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||530|F|0.40||88.00|20200128|B
180||A103|CIG|Review and analyze relevant information and draft letter for Naldito's
Bus Line Inc. to inform that no further action will be taken against tolling
vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||531|F|0.40||88.00|20200128|B
180||A103|CIG|Review and analyze relevant information and draft letter for Mejia
School Bus Inc. to inform that no further action will be taken against tolling
vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||532|F|0.80||176.00|20200128|
B180||A104|CIG|Review and analyze Notice of Presentment Notice of Filing of Revised
Proposed Order and Amended Schedules for One Hundred and Third Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary
Demands, Employment or Services Provided at DKT. 10464|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||533|F|2.20||484.00|20200128|
B180||A104|CIG|Review and analyze pleadings summaries prepared by attorney Neyla
Ortiz, regarding ERS claims (including the answer to complaints, motion for summary
judgement and opposition thereto, and court hearings) against UBS Puerto
Rico.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||534|F|0.40||88.00|20200128|B
180||A103|CIG|Review and analyze relevant information and draft letter for Lugo Bus
Line to inform that no further action will be taken against tolling
vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||535|F|0.40||88.00|20200128|B
180||A104|CIG|Review and analyze Response to Debtor's Objection to Claims
(Number(s): 46988) Regarding [9569] Debtor's Omnibus Objection to Claims - One
Hundred Nineteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Common filed by The Financial Oversight and

Exhibit G-1 January 2020- 505163.TXT

Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||536|F|0.80||176.00|20200128|B180||A104|CIG|Review and analyze Notice of Presentment - Notice of Filing of Revised Proposed Order and Amended Schedules for One Hundred and Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided at DKT.
10466|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||537|F|2.00||560.00|20200129|B180||A103|AGE|Receive and analyze final drafts on letter and notice to vendors that never responded.  Also reviewed and approved translated version in Spanish.  Meet with Y. Viera to discuss next steps in notification of these and instruct accordingly.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||538|F|1.30||364.00|20200129|B180||A105|AGE|Meet with C. Infante in anticipation to his participation in ERS litigation meeting at Brown Rudnick.  Receive and analyze related emails.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||539|F|0.50||110.00|20200129|B180||A104|CIG|Review and analyze relevant documents to prepare for telephone conference with representatives of Cardinal Health.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||540|F|0.30||66.00|20200129|B180||A104|CIG|Review and analyze communication sent by Rosa Sierra to provide executed tolling agreement extension for Office Gallery.  Review executed document and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||541|F|0.30||66.00|20200129|B180||A104|CIG|Review and analyze communication sent by Miguel Nazario, representative of Trinity Services I, LLC to provide signed tolling agreement extension.  Review signed agreement and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||542|F|0.30||66.00|20200129|B180||A104|CIG|Review and analyze communication sent by Rosa Sierra to representatives of Oil Energy Systems, Inc. to request signed tolling agreement extension.  Update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||543|F|0.30||66.00|20200129|B180||A104|CIG|Review and analyze communication sent by Rosa Sierra to Ivan Castro to acknowledge receipt of tolling agreement extension for AICA School Transport and request the signed tolling agreement extension for Yabucoa Bus Line.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||544|F|0.40||88.00|20200129|B180||A104|CIG|Telephone conference with David Rosenzweig to discuss intent to extend tolling agreement and informal resolution process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||545|F|0.40||88.00|20200129|B180||A104|CIG|Review and analyze relevant documents to prepare for telephone

Exhibit G-1 January 2020- 505163.TXT

conference with representatives of Didacticos Inc.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||546|F|0.50||110.00|20200129|B180||A104|CIG|Review and analyze communication sent by Erin, Gapinski, to provide Cardinal Health's position regarding preliminary preference analysis.  Review attached documents and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||547|F|0.40||88.00|20200129|B180||A104|CIG|Review and analyze communication sent by Robert Wexler regarding internal preference analysis for Cardinal Health.  Review documents attached to e-mail and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||548|F|0.40||88.00|20200129|B180||A104|CIG|Telephone conference with Harold Vicente Jr. to discuss matters related to meeting to be held at Brown Rudnick's offices in NYC on 1/31/20.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||549|F|0.60||132.00|20200129|B180||A104|CIG|Review and analyze communication sent by Rosamar García, representative of Pitney Bowes, to provide letter and information associated with the informal resolution process. Review attached documents and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||550|F|0.40||88.00|20200129|B180||A104|CIG|Review and analyze communication sent by Ivan Castro to provide the signed tolling agreement extension for Yabucoa Bus Line. Review tolling agreement extension and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||551|F|0.30||66.00|20200129|B180||A104|CIG|Review and analyze communications sent by Yarimel Viera and Robert Wexler to coordinate telephone conference with representatives of Didacticos, Inc. to discuss preliminary preference analysis.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||552|F|0.50||110.00|20200129|B180||A104|CIG|Review and analyze communication sent by Robert Wexler to representatives of the Unsecured Creditors Committee to provide avoidance claim breakdown by debtor and status.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||553|F|0.50||110.00|20200129|B180||A107|CIG|Telephone conference with Bob Wexler and Erin Grapinski, to discuss preliminary preference analysis for Tolling Vendor Cardinal Health.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||554|F|0.30||66.00|20200129|B180||A104|CIG|Review and analyze communication sent by Arturo Bauermeister, representative of  Computer Learning Center requesting information related to the preliminary preference analysis provided to adversary vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||555|F|0.10||28.00|20200128|B190||A104|KCS|Receive and analyze DRA Parties Joinder and Reservation of Rights in Support of the Objection of Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, Ambac Assurance Corporation, and Financial Guaranty Insurance Company to (I) Response of the Financial Oversight

Exhibit G-1 January 2020- 505163.TXT

and Management Board for Puerto Rico to Interim Report and Recommendation of the
Mediation Team (ECF No. 9493), as Incorporated in (II) Interim Case Management Order
for Revenue Bonds (ECF No. 9620) Relative to: [10251] Objection filed by AMBAC
ASSURANCE CORPORATION, et al., filed by AmeriNational Community Services, LLC,
Cantor-Katz Collateral Monitor LLC. [DE 10421]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||556|F|0.10||28.00|20200128|B
190||A104|KCS|Receive and analyze Transmittal of ROA Sent to USCA as to [10412]
Notice of Appeal filed by Official Committee of Unsecured Creditors. [DE
10419]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||557|F|0.30||84.00|20200131|B
191||A104|KCS|Receive and analyze Urgent motion (REPLY IN SUPPORT OF URGENT MOTION)
Relative to: 10597 Urgent motion FOR AN ORDER IN LIMINE PRECLUDING THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FROM ENTERING EXPERT REPORT INTO EVIDENCE AT THE
9019 MOTION HEARING filed by PUERTO RICO ELECTRIC POWER AUTHORITY, PUERTO RICO
FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. filed by PUERTO RICO ELECTRIC POWER AUTHORITY, PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY, The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
[DE# 10599]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||558|F|0.10||28.00|20200131|B
191||A104|KCS|Receive and analyze Urgent motion (Consented) for Extension of Time
until February 14, 2020 Relative to: 9650 Joint motion Submitting Status Report in
Compliance with Court Order Relative to: 9530 Memorandum Order filed by COMMONWEALTH
OF PUERTO RICO (Attachments: # 1 Proposed Order Exhibit A) filed by Juan Carlos
Ramirez-Ortiz on behalf of COMMONWEALTH OF PUERTO RICO. [DE#
10601]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||559|F|0.10||28.00|20200102|B
191||A104|KCS|Receive and analyze Notice of Participation (Employees Retirement
System) Related documents: [5580], [5586]. (Attachments: # (1) Envelope) filed by
Ernesto L. Ramirez Torres, pro se. [9679]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||560|F|0.10||28.00|20200102|B
191||A104|KCS|Receive and analyze ORDER GRANTING [9667] URGENT JOINT MOTION TO
MODIFY ORDER REGARDING STAY AND MANDATORY MEDIATION WITH RESPECT TO MOTIONS OF ERS
BONDHOLDERS AND FISCAL AGENT FOR ALLOWANCE AND PAYMENT OF POST-PETITION
ADMINISTRATIVE EXPENSE CLAIMS. VACATING [9322] Order Setting Briefing Schedule.
Related documents: [9285], [9294], [9299]. [DE 9688]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||561|F|0.10||28.00|20200102|B
191||A104|KCS|Receive and analyze Supplemental ROA Sent to USCA as to [9537] Amended
Notice of Appeal filed by Jorge Arturo Diaz Mayoral, Juan Antonio Frau Escudero. [DE
9689]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||562|F|0.10||28.00|20200102|B
191||A104|KCS|Receive and analyze Notice of Motion Related to: [9653] Renewed Motion
of Puerto Rico Electric Power Authority for Undisputed Payment and Release of
Insurance Proceeds filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. filed by PUERTO

Page 59

Exhibit G-1 January 2020- 505163.TXT
RICO ELECTRIC POWER AUTHORITY. [DE 9690]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||563|F|0.80||224.00|20200102|
B191||A104|KCS|Receive and analyze Motion for Relief From Stay Under 362 [e].
(Attachments: # (1) Exhibit Cotract, # (2) Exhibit Administrative Order, # (3)
Exhibit Lift of Stay Notice, # (4) Exhibit D- Letter Declining Modification of Stay)
filed by Centro de Orientación y Ayuda Psiquiátrica, Inc. ("COPA").
[9677]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||564|F|0.10||22.00|20200102|B
191||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 75907) Regarding document [8981] Debtor's Omnibus Objection to Claims
Ninety-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico
and Employees Retirement System of the Government of the Commonwealth of Puerto Rico
to Deficient Claims Asserting Interests filed by COMMONWEALTH OF PUERTO RICO, THE
EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
(Attachments: # (1) Envelope) RAMONA VELEZ PEREZ, pro se.
[9678]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||565|F|0.20||44.00|20200102|B
191||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 1674) Related document [9556] Debtor's Omnibus Objection to Claims - One
Hundred and Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonw filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) Zahira Rodriguez Walker, pro se (in
Spanish). [9679]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||566|F|0.20||56.00|20200102|B
191||A104|KCS|Receive and analyze Notice Response of Individual Bondholder to Order
Partially Amending Order Addressing the Filing of an Amended Report by the Mediation
Team Related to document [9638] Urgent motion Continuance of Amended Report Deadline
and Related Deadlines Related to documents: [9618] Order, [9639] Order (Attachments:
# (1) Certificate of Service # (2) Envelope) filed by Peter C. Hein, pro se.
[9679]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||567|F|0.10||28.00|20200102|B
191||A104|KCS|Receive and analyze Order Setting Briefing Schedule related to
document [9677] Motion for Relief From Stay Under 362 [e]. filed by Centro de
Orientacion y Ayuda Psiquiatrica, Inc. Responses due by 1/15/2020. Reply due by:
1/22/2020. [9686]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||568|F|0.10||28.00|20200102|B
191||A104|KCS|Receive and analyze Order Second Supplemental Omnibus Order Awarding
Interim Allowance of Compensation for Professional Services Rendered and
Reimbursement of Expenses for the Sixth Interim Compensation Period From February 1,
2019 Through May 31, 2019. Related documents: [8004], [8177]. [DE
9687]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||569|F|2.30||506.00|20200102|
B191||A104|FOD|Read co-defendants Altair Global Credit Opportunities, Glendon
Opportunities and SV Credit's Answer and Counterclaim, including exhibits. [in case
19-ap-00361, D.E. #30].|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||570|F|0.40||88.00|20200102|B

Exhibit G-1 January 2020- 505163.TXT

191||A104|FOD|Read SCC's Answer to Counterclaims.  [In case No. 19-ap-00361, D.E. #32].|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||571|F|1.70||476.00|20200103|
B191||A104|KCS|Receive and analyze filings of orders in 51 open adversary proceeding cases, verify each case for appearances of attorneys, and assigned the cases to associates for handling.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||572|F|0.10||28.00|20200103|B
191||A104|KCS|Receive and analyze MEMORANDUM ORDER TERMINATING 9060 OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO PROOF OF CLAIM NUMBER 18499 FILED BY U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE FOR NON-RECOURSE PREPA BONDS. Related document: 9060, 9425. Signed by Judge Laura Taylor Swain on 1/3/2020. [9695]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||573|F|0.10||28.00|20200103|B
191||A104|KCS|Receive and analyze ORDER SCHEDULING BRIEFING OF 9666 MOTION To Lift Stay filed by Windmar Renewable Energy, Inc. Oppositions due by 1/13/2020 . Reply due by: 1/21/2020.[9694]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||574|F|0.30||84.00|20200103|B
191||A104|KCS|Receive and analyze Urgent motion ENTRY OF AN ORDER APPROVING SECOND AMENDED STIPULATION BETWEEN THE COMMONWEALTH OF PUERTO RICO AND THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY REGARDING THE TOLLING OF STATUTE OF LIMITATIONS filed by LUIS C MARINI BIAGGI on behalf of PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY. [9696]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||575|F|1.30||364.00|20200103|
B191||A104|KCS|Receive and analyze Motion Of Certain ERS Bondholders To Compel The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Provide Complete Answers To Interrogatories (Attachments: # 1 Declaration # 2 Proposed Order) filed by GEOFFREY S. STEWART on behalf of Altair Global Credit Opportunities Fund (A), LLC, Et al. [9697, 114  pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||576|F|1.20||336.00|20200103|
B191||A104|KCS|Receive and analyze Urgent Motion of Committees and Government Parties to Compel Production of Documents from ERS Bondholders (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit) filed by LUIS F DEL VALLE EMMANUELLI on behalf of The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [9698, 105 pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||577|F|0.20||56.00|20200107|B
191||A104|KCS|Receive and analyze MEMORANDUM OPINION AND ORDER DENYING [9260] Renewed Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Appointment as Trustees Under 11 U.S.C. § 926.  [9712]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||578|F|0.40||112.00|20200108|
B191||A104|KCS|Receive and analyze Omnibus Objection of the Lawful Constitutional Debt Coalition, pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Bonds Issued or Guaranteed by the Commonwealth (Attachments: # (1) Proposed Order) filed by the Lawful Constitutional Debt Coalition.  [9730]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||579|F|0.10||28.00|20200108|B

Exhibit G-1 January 2020- 505163.TXT

191||A104|KCS|Receive and analyze Order of reference to Magistrate Judge related to documents: [8818] Order, [8962] Order.  [9729]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||580|F|0.10||28.00|20200108|B
191||A104|KCS|Receive and analyze Motion to inform Fourth Supplemental Verified Statement of the Lawful Constitutional Debt Coalition pursuant to Federal Rule of Bankruptcy Procedure 2019 filed by the Lawful Constitutional Debt Coalition. [9732]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||581|F|0.30||66.00|20200108|B
191||A104|YG|Receive and analyze Notice Master Service List as of January 8, 2020 Related to document: [9588] Notice filed by Prime Clerk LLC filed by Prime Clerk LLC .  [9720]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||582|F|0.60||168.00|20200108|B191||A104|KCS|Receive and analyze STIPULATION [Proposed] Stipulation and Order for the Production and Exchange of Confidential Information Related to document: [8962] Order (Attachments: # (1) Exhibit A) filed by Altair Global Credit Opportunities Fund (A), Et al.  [9720]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||583|F|0.10||28.00|20200108|B
191||A104|KCS|Receive and analyze ORDER APPROVING STIPULATION relative to document: [9696] Urgent motion ENTRY OF AN ORDER APPROVING SECOND AMENDED STIPULATION BETWEEN THE COMMONWEALTH OF PUERTO RICO AND THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY REGARDING THE TOLLING OF STATUTE OF LIMITATIONS. [9722]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||584|F|0.10||28.00|20200108|B
191||A104|KCS|Receive and analyze Joint motion FOR ADJOURNMENT OF DUFF & PHELPS FEE OBJECTION TO THE MARCH 4, 2020 OMNIBUS HEARING filed by Brady C. Williamson [9726]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||585|F|0.40||112.00|20200108|B191||A104|KCS|Receive and analyze NOTICE OF APPEAL as to [9712] Memorandum Opinion and Order. filed by Andalusian Global Designated Activity Company, Et al. [9723]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||586|F|0.80||176.00|20200108|B191||A103|FOD|Docket review on new assigned matter and draft and file notice of appearance [In case No. 19-ap-0187, D.E #16]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||587|F|0.80||176.00|20200108|B191||A103|FOD|Docket review on new assigned matter and draft and file notice of appearance [In case No. 19-ap-0181, D.E #14]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||588|F|0.80||176.00|20200108|B191||A103|FOD|Docket review  on new assigned matter and draft and and file notice of appearance [In case No. 19-ap-0168, D.E #14]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||589|F|0.80||176.00|20200108|B191||A103|FOD|Docket review on new assigned matter and draft and file notice of appearance [IN case No. 19-ap-0160, D.E #17]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||590|F|0.80||176.00|20200108|

Exhibit G-1 January 2020- 505163.TXT

B191||A103|FOD|Docket review on new assigned matter and draft and file notice of
appearance [In case No. 19-ap-0151, D.E #17]|66-0554116|220.00|Ojeda Diez,
Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||591|F|0.80||176.00|20200108
B191||A103|FOD|Docket review on new assigned matter and draft and file notice of
appearance [In case No. 19-ap-0148, D.E #15]|66-0554116|220.00|Ojeda Diez,
Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||592|F|0.80||176.00|20200108
B191||A103|FOD|Docket review on new assigned matter and draft and file notice of
appearance [In case No. 19-ap-0146, D.E #15]|66-0554116|220.00|Ojeda Diez,
Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||593|F|0.80||176.00|20200108
B191||A103|FOD|Docket review on new assigned matter and draft and file notice of
appearance [In case No. 19-ap-0129, D.E #16]|66-0554116|220.00|Ojeda Diez,
Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||594|F|0.80||176.00|20200108
B191||A103|FOD|Docket review on new assigned matter and draftand file notice of
appearance [In case No. 19-ap-0128, D.E #16]|66-0554116|220.00|Ojeda Diez,
Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||595|F|0.80||176.00|20200108
B191||A103|FOD|Docket review on new assigned matter and draft and file notice of
appearance [In case No. 19-ap-0112, D.E #16]|66-0554116|220.00|Ojeda Diez,
Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||596|F|0.80||176.00|20200108
B191||A103|FOD|Docket review on new assigned matter and draft and file notice of
appearance [In case No. 19-ap-0090, D.E #16]|66-0554116|220.00|Ojeda Diez,
Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||597|F|0.20||56.00|20200109|B
191||A104|KCS|Receive and analyze motion informing the court of the agreed upon date
for the hearing (January 15) for the motions to compel and motion to quash.  Reply
advising that we agree with the filing.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||598|F|0.10||28.00|20200109|B
191||A104|KCS|Receive and analyze transmittal ROA Sent to USCA as to [9723] Notice
of Appeal filed by PUERTO RICO AAA PORTFOLIO BOND FUND INC, Et al.
[9747]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||599|F|0.20||56.00|20200109|B
191||A104|KCS|Receive and analyze Joint Motion to Inform Regarding Hearing Date on
Discovery Motions Related to Document: [9734] Order Setting Briefing Schedule filed
by GEOFFREY S. STEWART on behalf of Altair Global Credit Opportunities Fund (A), Et
al. [9746]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||600|F|0.10||28.00|20200109|B
191||A104|KCS|Receive and analyze MOTION to inform - Sixth Joint Status Report of
UAW, SEIU and AAFAF with Respect to the Processing of Grievances and Arbitrations
filed by the PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, Service
Employees International Union, United Auto Workers International Union.
[9748]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||601|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of notice of appearance.

Exhibit G-1 January 2020- 505163.TXT
[In case No. 19-ap-0090, DE #16]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||602|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of notice of appearance.
[In case No. 19-ap-0112, DE #16]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||603|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of notice of appearance.
[In case No. 19-ap-0128, DE #16]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||604|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of notice of appearance.
[In case No. 19-ap-0129, DE #16]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||605|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of notice of appearance.
[In case No. 19-ap-0146, DE #15]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||606|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of notice of appearance.
[In case No. 19-ap-0148, DE #15]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||607|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of notice of appearance.
[In case No. 19-ap-0151, DE #17]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||608|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of notice of appearance.
[In case No. 19-ap-0160, DE #17]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||609|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of notice of appearance.
[In case No. 19-ap-0168, DE #14]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||610|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of notice of appearance.
[In case No. 19-ap-0181, DE #14]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||611|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of notice of appearance.
[In case No. 19-ap-0187, DE #16]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||612|F|0.60||132.00|20200109|
B191||A103|FOD|Draft and file notice of appearance [In case No.
19-ap-0356]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||613|F|0.60||132.00|20200109|
B191||A103|FOD|Draft and file notice of appearance [In case No.
19-ap-0359]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||614|F|0.60||132.00|20200109|
B191||A103|FOD|Draft and file notice of appearance [In case No.
19-ap-0361]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||615|F|0.60||132.00|20200109|
B191||A103|FOD|Draft and file notice of appearance [In case No.
17-bk-3283]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||616|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of notice of appearance.
[In case No. 19-ap-0356, DE #69]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||617|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of notice of appearance on

Page 64

Exhibit G-1 January 2020- 505163.TXT

behalf of defendant Oaktree-Forrest Multi-Strategy LLC.  [In case No. 19-ap-0356, DE
#63]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||618|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of Motion of Certain ERS
Bondholder to compel filed by Oaktree-Forrest Multi-Strategy, LLC.  [In case No.
19-ap-0356, DE #64]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||619|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of Urgent Joint Motion
proposing objection deadlines and hearing dates.  [In case No. 19-ap-0356, DE
#65]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||620|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of Stipulation and Order
for the Production and Exchange of Confidential Information.  [In case No.
19-ap-0356, DE #66]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||621|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of notice of appearance.
[In case No. 19-ap-0359, DE #45]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||622|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of notice of appearance by
Mason Capital Master Fund LP.  [In case No. 19-ap-0359, DE
#39].|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||623|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of Motion of certain ERS
bondholders to compel.  [In case No. 19-ap-0359, DE #40].|66-0554116|220.00|Ojeda
Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||624|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of Urgent Joint Motion
proposing objection deadlines and hearing date for mtions to compel.  [In case No.
19-ap-0359, DE #41].|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||625|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of Proposed Stipulation and
Order for the Production adn Exchange of Confidential Information.  [In case No.
19-ap-0359, DE #42].|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||626|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of notice of appearance by
Altair Global Credit Opportunities Fund (A), LLC.  [In case No. 19-ap-0361, DE
#50].|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||627|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of notice of appearance.
[In case No. 19-ap-0361, DE #56].|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||628|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of Motion of certain ERS
bondholders to compel.  [In case No. 19-ap-0361, DE #51].|66-0554116|220.00|Ojeda
Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||629|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of Urgent Joint Motion
proposing deadlines and hearing date for motions to compel and quash.  [In case No.
19-ap-0361, DE #52].|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||630|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of Proposed stipulation and
order for the production and exchange of confidential information.  [In case No.
19-ap-0361, DE #53].|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||631|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification of joint motion to inform regarding hearing
date on discovery motion.  [In case No. 19-ap-00365, DE #
70]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||632|F|0.20||44.00|20200109|B
191||A104|FOD|Read Joint Motion to inform regarding hearing date on discovery
motions.  [In case No. 19-ap-356, D.E. #70].|66-0554116|220.00|Ojeda Diez,
Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||633|F|0.20||44.00|20200109|B
191||A104|FOD|Read Joint Motion to inform regarding hearing date on discovery
motions.  [In case No. 19-ap-361, D.E. #57].|66-0554116|220.00|Ojeda Diez,
Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||634|F|0.20||44.00|20200109|B
191||A104|FOD|Read Joint Motion to inform regarding hearing date on discovery
motions.  [In case No. 19-ap-359, D.E. #46].|66-0554116|220.00|Ojeda Diez,
Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||635|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification of joint motion to inform regarding hearing
date on discovery motion.  [In case No. 19-ap-00359, DE #46]|66-0554116|220.00|Ojeda
Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||636|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification of joint motion to inform regarding hearing
date on discovery motion.  [In case No. 19-ap-00361, DE #57]|66-0554116|220.00|Ojeda
Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||637|F|0.10||22.00|20200109|B
191||A104|FOD|Electronic communication from defendant's counsel regarding service
copy of Joint Motion to inform regarding hearing date on discovery motions. [In case
No. 19-ap-00356, DE #70]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||638|F|0.10||22.00|20200109|B
191||A104|FOD|Electronic communication from defendant's counsel regarding service
copy of Joint Motion to inform regarding hearing date on discovery motions. [In case
No. 19-ap-00359, DE #46]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||639|F|0.10||22.00|20200109|B
191||A104|FOD|Electronic communication from defendant's counsel regarding service
copy of Joint Motion to inform regarding hearing date on discovery motions. [In case
No. 19-ap-00361, DE #57]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||640|F|0.10||22.00|20200109|B
191||A104|FOD|Read Court's notification regarding filing of notice of appearance.
[In case No. 17-bk-3283, DE #9756]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||641|F|0.20||44.00|20200110|B
191||A104|YG|Receive and analyze Pro Se Notices of Participation Received by the
Court (ERS) Relative to: [5580], [5586]. (Attachments: # (1) Pro Se Notices of
Participation). Filed by : Elba E. Melendez Rodriguez, Ruth M. Lopez Ortiz, Lyda
Marta Rivera Rivera, Ada Ivette Ortiz Rivera. [DE 9785]|66-0554116|220.00|González,

Exhibit G-1 January 2020- 505163.TXT

Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||642|F|0.60||168.00|20200110|
B191||A104|KCS|Receive and analyze RESPONSE to Motion Opposition to Urgent Motion of
the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for a
Protective Order Quashing the Subpoena Ad Testificandum Served Upon Hector Mayol
Kauffmann Relative to: [9719] Urgent motion for a Protective Order Quashing the
Deposition Subpoena Served on Retiree Committee's Counsel filed by Official
Committee of Retired Employees of Puerto Rico (Attachments: # (1) Declaration) filed
by GEOFFREY S. STEWART on behalf of Altair Global Credit Opportunities Fund (A),
LLC, Et al. [DE 9803]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||643|F|0.90||252.00|20200110|
B191||A104|KCS|Receive and analyze RESPONSE to Motion Opposition to Urgent Motion of
Committees and Government Parties to Compel Production of Documents From ERS
Bondholders Relative to document: [9698] Urgent motion Urgent Motion of Committees
and Government Parties to Compel Production of Documents from ERS Bondholders filed
by The Financial Oversight and Management Board for Puerto Rico, as Representative
of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Declaration) filed by
Altair Global Credit Opportunities Fund (A), LLC, Et al. [DE
9806]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||644|F|0.30||84.00|20200110|B
191||A104|KCS|Receive and analyze MOTION Opposition of Financial Oversight and
Management Board, as Representative of Debtor, to Motion of Certain ERS Bondholders
to Compel the Employees Retirement System of the Government of the Commonwealth of
Puerto Rico to Provide Complete Answers to Interrogatories filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. l. [DE 980]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||645|F|0.10||22.00|20200110|B
191||A104|FOD|Read Court's Order approving stipulation for the production of
confidential information. [In case no. 19-ap-00361, D.E.
#59]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||646|F|0.10||22.00|20200110|B
191||A104|FOD|Read Court's Order approving stipulation for the production of
confidential information. [In case no. 19-ap-00359, D.E.
#48]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||647|F|0.10||22.00|20200110|B
191||A104|FOD|Read Court's Order Granting in Part and Denying in Part motion for
issuance of summons.  [In case No. 19-ap-00112, DE #17]|66-0554116|220.00|Ojeda
Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||648|F|0.10||22.00|20200110|B
191||A104|FOD|Read Court's Order Granting in Part and Denying in Part motion for
issuance of summons.  [In case No. 19-ap-00090, DE #17]|66-0554116|220.00|Ojeda
Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||649|F|0.10||22.00|20200110|B
191||A104|FOD|Read Court's Order Granting in Part and Denying in Part motion for
issuance of summons.  [In case No. 19-ap-00128, DE #17]|66-0554116|220.00|Ojeda
Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||650|F|0.10||22.00|20200110|B

Exhibit G-1 January 2020- 505163.TXT

191||A104|FOD|Read Court's Order Granting in Part and Denying in Part motion for issuance of summons. [In case No. 19-ap-00129, DE #17]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||651|F|0.10||22.00|20200110|B
191||A104|FOD|Read Court's Order Granting in Part and Denying in Part motion for issuance of summons. [In case No. 19-ap-00146, DE #16]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||652|F|0.10||22.00|20200110|B
191||A104|FOD|Read Court's Order Granting in Part and Denying in Part motion for issuance of summons. [In case No. 19-ap-00148, DE #16]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||653|F|0.10||22.00|20200110|B
191||A104|FOD|Read Court's  Order Granting in Part and Denying in Part motion for issuance of summons. [In case No. 19-ap-00151, DE #18]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||654|F|0.10||22.00|20200110|B
191||A104|FOD|Read Court's  Order Granting in Part and Denying in Part motion for issuance of summons. [In case No. 19-ap-00168, DE #15]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||655|F|0.10||22.00|20200110|B
191||A104|FOD|Read Court's Order Granting in Part and Denying in Part motion for issuance of summons. [In case No. 19-ap-00181, DE #15]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||656|F|0.10||22.00|20200110|B
191||A104|FOD|Read Court's Order Granting in Part and Denying in Part motion for issuance of summons. [In case No. 19-ap-00187, DE #17]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||657|F|0.10||22.00|20200110|B
191||A104|FOD|Read Court's Order setting heariing date regarding discovery motion. [In case No. 19-ap-00356, DE #71]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||658|F|0.10||22.00|20200110|B
191||A104|FOD|Read Court's Order setting heariing date regarding discovery motion. [In case No. 19-ap-00359, DE #47]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||659|F|0.10||22.00|20200110|B
191||A104|FOD|Read Court's Order setting heariing date regarding discovery motion. [In case No. 19-ap-00361, DE #58]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||660|F|0.40||88.00|20200110|B
191||A104|FOD|Read and analyzed summons issued by Clerk as to each proper defendant. [case No. 19-ap-00187, DE #18] [case No. 19-ap-00181, DE #16] [case No. 19-ap-00168, DE #16] [case No. 19-ap-00151, DE #19] [case No. 19-ap-00148, DE #17] [case No. 19-ap-00146, DE #17] [case No. 19-ap-00129, DE #18] [case No. 19-ap-00128, DE #18] [case No. 19-ap-00112, DE #18] [case No. 19-ap-00112, DE #18].|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||661|F|0.10||28.00|20200113|B
191||A104|KCS|Receive and analyze Order Setting Procedures for January 15, 2020 hearing. [DE 9823]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||662|F|0.10||28.00|20200113|B
191||A104|KCS|Receive and analyze Order Granting [9791] Urgent Joint Motion for

Exhibit G-1 January 2020- 505163.TXT

Leave to Exceed Page Limit with Respect to Proposed Amended PRIFA Lift Stay Motion,
Amended HTA Lift Stay Motion, and CCDA Lift Stay Motion filed by AMBAC ASSURANCE
CORPORATION, et al.  Related document: [9620] Scheduling Order. Signed by Judge
Laura Taylor Swain on 01/13/2020.  [DE 9822]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||663|F|0.10||28.00|20200113|B
191|A104|KCS|Receive and analyze Informative Motion of the Official Committee of
Retired Employees of the Commonwealth of Puerto Rico Regarding Attendance and
Participation of January 15, 2020 Hearing Related to document: [9823] Order filed by
the Official Committee of Retired Employees of Puerto Rico. [DE
9824]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||664|F|0.10||28.00|20200113|B
191||A104|KCS|Receive and analyze Limited Response of Official Committee of
Unsecured Creditors to Motions for Relief from Automatic Stay Filed by FDR 1,500
Corp., S.E. [Docket No. 9664] and Centro De Orientacin Y Ayuda Psiquitrica, Inc.
[Docket No. 9677] Relative to document: [9664] Motion for Relief From Stay Under 362
[e]. filed by FDR 1500, CORP., [9677] Motion for Relief From Stay Under 362 [e].
filed by Centro de Orientacion y Ayuda Psiquiatrica, Inc. filed by the Official
Committee of Unsecured Creditors. [DE 9832]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||665|F|0.10||28.00|20200113|B
191||A104|KCS|Receive and analyze Motion to inform regarding the Stipulation and
Order for the Production and Exchange of Information Related to document: [9797]
Order Approving Stipulation filed by UBS Financial Services Incorporated of Puerto
Rico. [DE 9839]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||666|F|0.10||28.00|20200113|B
191||A104|KCS|Receive and analyze Motion seeking Authorization to Withdraw Motionto
lift the automatic stay without prejudice, filed by Windmar Renewable Energy, Inc.
[DE 9840]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||667|F|0.10||22.00|20200113|B
191||A104|YG|Receive and analyze Notice of Defective Pleading (Signed by Clerk on
01/13/2020) (Attachments: # (1) Myrna Acosta Cruz # (2) Mayra Cancel Sanchez). [DE
9836]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||668|F|0.20||44.00|20200113|B
191||A104|FOD|Read Court's Order setting procedures for the January 15, 2020
hearing. [In case no. 19-ap-361, D.E. #60]|66-0554116|220.00|Ojeda Diez,
Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||669|F|0.20||44.00|20200113|B
191||A104|FOD|Read Court's Order setting procedures for the January 15, 2020
hearing. [In case no. 19-ap-359, D.E. #49]|66-0554116|220.00|Ojeda Diez,
Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||670|F|0.20||44.00|20200113|B
191||A104|FOD|Read Court's Order setting procedures for the January 15, 2020
hearing. [In case no. 19-ap-356, D.E. #73]|66-0554116|220.00|Ojeda Diez,
Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||671|F|0.40||112.00|20200114|
B191||A104|KCS|Receive and analyze notices of closing adversary proceeding cases
nos.: 19-ap-66, 19-ap-69, 19-ap-70, 19-ap-77, 19-ap-80, 19-ap-82, 19-ap-113,

Exhibit G-1 January 2020- 505163.TXT

19-ap-132, 19-ap-135, 19-ap-136, 19-189, 19-ap-193, 19-ap-195, 19-ap-196, 19-ap-203, 19-ap-226, 19-ap-246, 19-ap-252, 19-ap-260, 19-ap-272, 19-ap-274 and 19-351.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||672|F|0.10||28.00|20200114|B191||A104|KCS|Receive and analyze Informative Motion of Official Committee of Unsecured Creditors Regarding January 15, 2020 Hearing Relative to document: [9823] Order filed by the Official Committee of Unsecured Creditors. [DE 9882]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||673|F|0.60||168.00|20200114|B191||A104|KCS|Receive and analyze Answer to the adversary proceeding complaint in case no 19-ap-0062. Draft email to Rosa Sierra at Brown Rudnick referring the same.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||674|F|0.10||28.00|20200114|B191||A104|KCS|Receive and analyze Puerto Rico Funds' Informative Motion Regarding January 15, 2020 Hearing Relative to document: [9697]  Motion Of Certain ERS Bondholders To Compel The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Provide Complete Answers To Interrogatories filed by PUERTO RICO AAA PORTFOLIO BOND FUND INC., Et al. [DE 9896]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||675|F|0.10||28.00|20200114|B191||A104|KCS|Receive and analyze ORDER SETTING BRIEFING SCHEDULE related to:[9845] MOTION for Allowance and Payment of Administrative Expense Claim filed by CONSUL-TECH CARIBE INC. Related document: [9920] Urgent motion URGENT CONSENTED MOTION FOR EXTENSION OF DEADLINES Related to: [9845] MOTION for Allowance and Payment of Administrative Expense Claim filed by CONSUL-TECH CARIBE INC. filed by PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY. Responses to [9845] due by 1/28/2020. Reply due by: 2/4/2020. The Motion will be heard in connection with the Omnibus Hearing scheduled for March 4, 2020, at 9:30 a.m. (Atlantic Standard Time). [DE 9922]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||676|F|0.10||28.00|20200114|B191||A104|KCS|Receive and analyze Informative Motion of the Financial Oversight and Management Board for Puerto Rico, Acting by and through it's Special Claims Committee, Regarding Order on Procedures for Attendance, Participation and Observation of the January 15, 2020 Hearing Related document: [9823] Order filed by Edward S. Weisfelner on behalf of The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE 9926]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||677|F|0.10||22.00|20200114|B191||A104|YG|Receive and analyze Pro Se Notices of Participation Received by the Court (ERS) Related to [5580], [5586]. (Attachments: # (1) Pro se Notices of Participation) Filed by: Pedro Rodriguez Hernandez, Rosa V. Dorbatt Quinones, Victor M. Vazquez Vega. [DE 9927]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||678|F|0.10||28.00|20200114|B191||A104|KCS|Receive and analyze MOTION to inform Informative Motion of Financial Oversight and Management Board Regarding January 15, 2020 Hearing Related document: [9823] Order filed by LUIS F DEL VALLE EMMANUELLI on behalf of The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE 9881]|66-0554116|280.00|Suria, Kenneth

Exhibit G-1 January 2020- 505163.TXT

C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||679|F|0.10||22.00|20200114|B
191||A104|FOD|Read motion to inform regarding appearance at January 15, 2020
hearing.  [In case no. 19-ap-359, D.E. # 51]|66-0554116|220.00|Ojeda Diez,
Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||680|F|0.10||22.00|20200114|B
191||A104|FOD|Read motion to inform regarding appearance at January 15, 2020
hearing.  [In case no. 19-ap-356, D.E. # 75]|66-0554116|220.00|Ojeda Diez,
Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||681|F|0.10||22.00|20200114|B
191||A104|FOD|Read motion to inform regarding appearance at January 15, 2020
hearing.  [In case no. 19-ap-361, D.E. # 62]|66-0554116|220.00|Ojeda Diez,
Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||682|F|0.30||66.00|20200114|B
191||A104|FOD|Read Reply in support of motion of certain ERS bondholders to compel
the ERS to provide complete answers to interrogatories. [In case no. 19-ap-00356,
D.E. # 76].|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||683|F|0.10||22.00|20200114|B
191||A104|FOD|Revise Reply in support of motion of certain ERS bondholders to compel
the ERS to provide complete answers to interrogatories to verify parties involved.
[In case no. 19-ap-00359, D.E. # 52].|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||684|F|0.10||22.00|20200114|B
191||A104|FOD|Revise Reply in support of motion of certain ERS bondholders to compel
the ERS to provide complete answers to interrogatories to verify parties involved.
[In case no. 19-ap-00361, D.E. # 63].|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||685|F|0.10||22.00|20200114|B
191||A104|FOD|Read Court's notification regarding Reply in support of motion of
certain ERS bondholders to compel the ERS to provide complete answers to
interrogatories. [In case no. 19-ap-00356, D.E. # 76][In case no. 19-ap-00359, D.E.
# 52][In case no. 19-ap-00361, D.E. # 63].|66-0554116|220.00|Ojeda Diez,
Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||686|F|0.10||28.00|20200115|B
191||A104|KCS|Receive and analyze Urgent Consented Motion for Extension of Dealines
Related to: [9845] MOTION for Allowance and Payment of Administrative Expense Claim
filed by CONSUL-TECH CARIBE INC. (Attachments: # (1) Exhibit A - Proposed Order)
filed by PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITYl. [DE
9920]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||687|F|0.60||132.00|20200115|
B191||A104|FOD|Draft and file notice of appearance [In case No. 19-ap-00062, D.E.
#12]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||688|F|0.30||84.00|20200116|B
191||A104|KCS|Receive and analyze Motion Reply in Support of Urgent Motion of
Committees and Government Parties to Compel Production of Documents from ERS
Bondholders filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. [DE
9947]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||689|F|0.20||44.00|20200116|B
191||A104|FOD|Read Court's Order regarding January 15, 2020 hearing.  [In case no.

Exhibit G-1 January 2020- 505163.TXT

19-ap-00361, D.E. #66][In case no. 19-ap-00359, D.E. #55][In case no. 19-ap-00356,
D.E. #79] [In case no. 19-ap-00361, D.E. #67][In case no. 19-ap-00359, D.E. #56][In
case no. 19-ap-00356, D.E. #80]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||690|F|0.10||28.00|20200117|B
191||A104|KCS|Receive and analyze order on discovery motions. [DE
10049]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||691|F|0.10||28.00|20200117|B
191||A104|KCS|Receive and analyze ORDER ON MOTIONS TO SEAL relative to:[9259]
Urgent Motion to File Under Seal Official Committee of Unsecured Creditors' Motion
in Limine to Strike and Exclude Improper Lay Opinion Testimony of Frederic Chapados
Regarding Alleged Effect of 9019 Settlement o filed by Official Committee of
Unsecured Creditors, [9395] Urgent Motion to Seal Document / Urgent Motion to File
Under Seal Official Committee of Unsecured Creditors' Reply in Support of Motion in
Limine to Strike and Exclude Improper Lay Opinion Testimony of Frederic Chapados
Regarding Alleged Effect filed by Official Committee of Unsecured Creditors. [DE
10069]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||692|F|1.90||532.00|20200117|
B191||A104|KCS|Receive and analyze Adversary case 20-00003. 21 (Validity, priority
or extent of lien or other interest in property): Complaint by The Financial
Oversight and Management Board for Puerto Rico against Ambac Assurance Corporation,
Assured Guaranty Corp., Financial Guaranty Insurance Company, U.S. Bank Trust, N.A..
Complaint Objecting to Defendants' Claims and Seeking Related Relief. (Attachments:
# (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Exhibit E #
(6) Exhibit F # (7) Exhibit G # (8) Exhibit H # (9) Exhibit I # (10) Exhibit J #
(11) Exhibit K # (12) Appendix Category Sheet # (13) Exhibit Cover Sheet # (14)
Exhibit Summons of Ambac Assurance Corp. # (15) Exhibit Summons of Assured Guaranty
Corp. # (16) Exhibit Summons of Financial Guaranty Insurance Company # (17) Exhibit
U.S. Bank Trust National Association). [DE 10071, 896 pgs., read main document and
cursory review of exhibits]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||693|F|1.80||504.00|20200117|
B191||A104|KCS|Receive and analyze Adversary case 20-00004. 21 (Validity, priority
or extent of lien or other interest in property): Complaint by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. against AMBAC ASSURANCE CORPORATION, ASSURED
GUARANTY CORP, Financial Guaranty Insurance Company, THE BANK OF NEW YORK MELLON. -
Complaint Objecting to Defendants' Claims and Seeking Related Relief (Attachments: #
(1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Exhibit E # (6)
Exhibit F # (7) Exhibit G # (8) Exhibit H # (9) Exhibit I # (10) Exhibit J # (11)
Exhibit K # (12) Category Sheet # (13) Civil Cover Sheet # (14) Summons of AMBAC #
(15) Summons of Assured # (16) Summons of Financial Guaranty # (17) Summons of
BNYM). [DE 10079, 474 pgs., read main document and cursory review of
exhibits]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||694|F|0.30||84.00|20200117|B
191||A104|KCS|Receive and analyze Urgent motion Notice of Urgent Motion for Entry of
Supplemental Stipulation Between the Commonwealth of Puerto Rico and the Employees
Retirement System of the Government of the Commonwealth of Puerto Rico Regarding the
Tolling of Statute of Limitations and [Proposed] Order filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the

Exhibit G-1 January 2020- 505163.TXT
Commonwealth of Puerto Rico, et al. [DE 10098]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||695|F|0.10||28.00|20200117|B
191||A104|KCS|Receive and analyze Notice of Paul Hastings LLP, Counsel to Official
Committee of Unsecured Creditors, of Rate Adjustments Effective February 1, 2020
Relative to: [7678] Order (Attachments: # (1) Exhibit A - Certification) filed by
Luc A. Despins on behalf of Official Committee of Unsecured Creditors. [DE
10099]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||696|F|0.20||56.00|20200117|B
191||A104|KCS|Receive and analyze MEMORANDUM ORDER GRANTING IN PART OFFICIAL
COMMITTEE OF UNSECURED CREDITORS' MOTION IN LIMINE TO STRIKE AND EXCLUDE IMPROPER
LAY OPINION TESTIMONY OF FREDRIC CHAPADOS REGARDING ALLEGED EFFECT OF 9019
SETTLEMENT ON PREPA TRANSFORMATION relative to:[9258]. [DE
10084]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||697|F|1.90||532.00|20200117|
B191||A104|KCS|Receive and analyze Adversary case 20-00005. 21 (Validity, priority
or extent of lien or other interest in property): Complaint by The Financial
Oversight and Management Board for Puerto Rico against Ambac Assurance Corporation,
Assured Guaranty Corp., Assured Guaranty Municipal Corp., NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION, Financial Guaranty Insurance Company, Peaje Investments LLC,
The Bank Of New York Mellon. Complaint Objecting to Defendants' Claims and Seeking
Related Relief. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4)
Exhibit D # (5) Exhibit E # (6) Exhibit F # (7) Exhibit G # (8) Exhibit H # (9)
Exhibit I # (10) Exhibit J # (11) Exhibit K # (12) Exhibit Category Sheet # (13)
Exhibit PROMESA Cover Sheet # (14) Exhibit Summons of Ambac Assurance Corp. # (15)
Exhibit Summons of Assured Guaranty Corp. # (16) Exhibit Summons of Assured Guaranty
Municipal Corp. # (17) Exhibit Summons of Financial Guaranty Insurance Company. #
(18) Exhibit Summons of National Public Finance Guarantee Corporation. # (19)
Exhibit Summons of Peaje Investments LLC. # (20) Exhibit Summons of The Bank of New
York Mellon.). [DE 10100, 636 pgs., read main document and cursory review of
exhibits]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||698|F|1.70||476.00|20200117|
B191||A104|KCS|Receive and analyze Joint motion of Ambac Assurance Corporation,
Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty
Municipal Corp., and the Bank of New York Mellon Concerning Application of the
Automatic Stay to the Revenues Securing the CCDA Bonds (Attachments: # (1) Proposed
Order # (2) Exhibit CCDA Complaint # (3) Exhibit Assignment Agreement # (4) Exhibit
Pledge Agreement # (5) Exhibit Trust Agreement # (6) Exhibit CCDA UCC Financing
Statement - Declaracin 2016001827 # (7) Exhibit Administrative Bulletin OE-2015-046
# (8) Exhibit Moratorium Act # (9) Exhibit Administrative Bulletin EO-2016-31 # (10)
Exhibit Amended Moratorium Act # (11) Exhibit Fiscal Plan Compliance Act # (12)
Exhibit Press Release, Puerto Rico Fiscal Agency and Financial Advisory Authority,
Government Has Earned $49 Million in Interest Fiscal Year-to-Date (Dec. 5, 2019) #
(13) Exhibit Reorg Research, Puerto Rico Legislature Passes $8.78B Fiscal 2017
General Fund Budget (July 1, 2016) # (14) Exhibit FOMB, FY18 Budget # (15) Exhibit
FOMB, Press Release: Oversight Board Submits FY19 Commonwealth Compliant Budget
Certified by Unanimous Written Consent (June 30, 2018) # (16) Exhibit FOMB, FY20
Certified Budget for the Commonwealth of Puerto Rico (June 30, 2019)) # (17) Exhibit

Exhibit G-1 January 2020- 505163.TXT

March 13, 2017 CW Fiscal Plan # (18) Exhibit May 9, 2019 CW Fiscal Plan # (19)
Exhibit Puerto Rico Department of Treasury: Treasury Single Account (TSA) FY 2020
Cash Flow, as of Dec. 27, 2019, at 5) filed by AMBAC ASSURANCE CORPORATION, et al.
[DE 10104, 885, read main document and cursory review of exhibits
pages.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||699|F|0.10||28.00|20200117|B
191||A104|KCS|Receive and analyze Notice Certificate of No Objection Regarding
Motion for Entry of Eight Order Extending Time to Assume or Reject Unexpired Leases
of Nonresidential Real Property under which the Puerto Rico Public Buildings
Authority is the Lessor Pursuant to Bankruptcy Code Section 365(d)(4) Relative to:
[9714] MOTION Motion for Entry of an Eighth Order Extending Time to Assume or Reject
Unexpired Leases of Nonresidential Real Property Under Which the Puerto Rico Public
Buildings Authority is the Lessor Pursuant to Bankruptcy Code Section 365(d)(4)
relative to:[994] filed by COMMONWEALTH OF PUERTO RICO, PUERTO RICO ELECTRIC POWER
AUTHORITY, PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA), THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO
HIGHWAYS AND TRANSPORTATION AUTHORITY filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. [DE 10106]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||700|F|0.10||28.00|20200117|B
191||A104|KCS|Receive and analyze Notice of Motion Related to: [10104] Joint motion
of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured
Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon
Concerning Application of the Automatic Stay to the Revenues Securing the CCD filed
by THE BANK OF NEW YORK MELLON, AMBAC ASSURANCE CORPORATION, Financial Guaranty
Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp. filed by
 AMBAC ASSURANCE CORPORATION. [DE 10105]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||701|F|1.60||448.00|20200117|
B191||A104|KCS|Receive and analyze MOTION for Leave to Amend Motion of Ambac
Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and
Financial Guaranty Insurance Company Concerning Application of the Automatic Stay to
the Revenues Securing PRIFA Rum Tax Bonds relative to:[7176] MOTION and Memorandum
of Law in Support of Motion Concerning Application of the Automatic Stay to the
Revenues Securing PRIFA Rum Tax Bonds filed by AMBAC ASSURANCE CORPORATION
(Attachments: # (1) Proposed Order  # (2) Exhibit B-Amended Motion of Ambac
Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp.,
Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association,
Concerning Application of the Automatic Stay to the Revenues # (3) Amended Motion
Exhibit 1-Proposed Order # (4) Amended Motion Exhibit 2- Trust Agreement # (5)
Amended Motion Exhibit 3-Email from J. Spina to A. Miller (Sept 12, 2019) # (6)
Amended Motion Exhibit 4-Administrative Bulletin OE-2015-046 # (7) Amended Motion
Exhibit 5-Moratorium Act § 201(a) # (8) Amended Motion Exhibit 6-Administrative
Bulletin OE-2016-14 # (9) Amended Motion Exhibit 7-Administrative Bulletin
EO-2016-30 # (10) Amended Motion Exhibit 8-Administrative Bulletin EO-2016-31 # (11)
Amended Motion Exhibit 9-Amended Moratorium Act # (12) Amended Motion Exhibit
10-Lockbox Agreement # (13) Amended Motion Exhibit 11-Bacardi Agreement # (14)
Amended Motion Exhibit 12-Complaint in Assured Guar. Corp. v. Garca-Padilla, No.
3:16-cv-01037 (D.P.R., filed Jan. 7, 2016) # (15) Amended Motion Exhibit

Exhibit G-1 January 2020- 505163.TXT

13-Complaint in Ambac Assurance Corp. v. Rossell Nevares, No. 3:17-cv-01568 (D.P.R.,
filed May 2, 2017) # (16) Amended Motion Exhibit 14-Complaint in Ambac Assurance
Corp. v. U.S. Dept of Treasury, No. 1:17-cv-00809 (D.D.C., filed May 2, 2017) # (17)
Amended Motion Exhibit 15- Puerto Rico Fiscal Agency and Financial Advisory
Authority, Press Release, Government Has Earned $49 Million in Interest Fiscal
Year-to-Date # (18) Amended Motion Exhibit 16- UCC-1 STATEMENT # (19) Amended Motion
Exhibit 17- Official Statement, PRIFA Series 2005 Bonds # (20) Amended Motion
Exhibit 18-Puerto Rico Legislature Passes $8.78B Fiscal 2017 General Fund Budget
(July 1, 2016) # (21) Amended Motion Exhibit 19-FOMB, FY18 Budget (June 30, 2017) #
(22) Amended Motion Exhibit 20-Exhibit FOMB, Press Release: Oversight Board Submits
FY19 Commonwealth Compliant Budget Certified by Unanimous Written Consent (June 30,
2018) # (23) Amended Motion Exhibit 21-FY20 Certified Budget for the Commonwealth of
Puerto Rico # (24) Amended Motion Exhibit 22-2017 Fiscal Plan # (25) Amended Motion
Exhibit 23-2019 Fiscal Plan # (26) Amended Motion Exhibit 24-Overview of FY20
Certified Budget for the Commonwealth of Puerto Rico # (27) Exhibit C-Redline # (28)
Exhibit D- Transcript of December 11, 2019 Omnibus Hearing # (29) Exhibit E-Email
from J. Spina to A. Miller (Sept 12, 2019) # (30) Exhibit F-Exhibit Press Release,
Puerto Rico Fiscal Agency and Financial Advisory Authority, Government Has Earned
$49 Million in Interest Fiscal Year-to-Date (Dec. 5, 2019)) filed by AMBAC ASSURANCE
CORPORATION. [DE 10109, 1574 pgs., read the main document, proposed order, amended
motion and cursory review of the annexed exhibits]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||702|F|0.10||28.00|20200117|B
191||A104|KCS|Receive and analyze Notice of Filing of Motion for Leave to Amend
Motion of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty
Municipal Corp., and Financial Guaranty Insurance Company Concerning Application of
the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds/ Notice of Motion
Relative to: [10109] MOTION for Leave to Amend Motion of Ambac Assurance
Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Financial
Guaranty Insurance Company Concerning Application of the Automatic Stay to the
Revenues Securing PRIFA Rum Tax Bo filed by AMBAC ASSURANCE CORPORATION. [DE
10110]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||703|F|0.10||28.00|20200120|B
191||A104|KCS|Receive and analyze ORDER SETTING BRIEFING SCHEDULE related to: 10098
Urgent motion Notice of Urgent Motion for Entry of Supplemental Stipulation Between
the Commonwealth of Puerto Rico and the Employees Retirement System of the
Government of the Commonwealth of Puerto Rico Regarding the Tolling of Statute of
Limitations. Responses due by 1/21/2020 at 4:00 p.m. (AST). Reply due by 1/23/2020
at 4:00 p.m. (AST). [DE 10140]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||704|F|0.20||56.00|20200120|B
191||A104|KCS|Receive and analyze Notice of Presentment - Certificate of No
Objection Regarding Renewed Motion of Puerto Rico Electric Power Authority for
Undisputed Payment and Release of Insurance Proceeds relative to: 32 MOTION Renewed
Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of
Insurance Proceeds relative to: 9653 MOTION Renewed Motion of Puerto Rico Electric
Power Authority for Undisputed Payment and Release of Insurance Proceeds filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. filed by PUERTO RICO ELECTRIC POWER

Exhibit G-1 January 2020- 505163.TXT

AUTHORITY, The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE
10171]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||705|F|2.20||616.00|20200121|
B191||A104|KCS|Receive and analyze Adversary case 20-00005. 21 (Validity, priority
or extent of lien or other interest in property): Complaint by The Financial
Oversight and Management Board for Puerto Rico against Ambac Assurance Corporation,
Assured Guaranty Corp., Assured Guaranty Municipal Corp., NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION, Financial Guaranty Insurance Company, Peaje Investments LLC,
The Bank Of New York Mellon. Complaint Objecting to Defendants' Claims and Seeking
Related Relief. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4)
Exhibit D # (5) Exhibit E # (6) Exhibit F # (7) Exhibit G # (8) Exhibit H # (9)
Exhibit I # (10) Exhibit J # (11) Exhibit K # (12) Exhibit Category Sheet # (13)
Exhibit PROMESA Cover Sheet # (14) Exhibit Summons of Ambac Assurance Corp. # (15)
Exhibit Summons of Assured Guaranty Corp. # (16) Exhibit Summons of Assured Guaranty
Municipal Corp. # (17) Exhibit Summons of Financial Guaranty Insurance Company. #
(18) Exhibit Summons of National Public Finance Guarantee Corporation. # (19)
Exhibit Summons of Peaje Investments LLC. # (20) Exhibit Summons of The Bank of New
York Mellon.). [DE 10079, 636 pgs., read main document (206 pgs.) and cursory review
of exhibits] [DE 10100]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||706|F|0.20||56.00|20200121|B
191||A104|KCS|Receive and analyze REPLY to Response to Motion Relative to: [9731]
Urgent motion for for Entry of an Order Approving Notice Procedures with Respect to
Omnibus Objection to Claims Filed or Asserted by Holders of Certain Bonds Issued or
Guaranteed by the Commonwealth Relative to: [9730] MOTION Omnibus Objection of the
Lawful C filed by Lawful Constitutional Debt Coalition filed by the Lawful
Constitutional Debt Coalition. [DE 10222]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||707|F|0.70||196.00|20200121|
B191||A104|KCS|Receive and analyze Notice of Filing of Further Revised Order
Approving Notice Procedures with Respect to Omnibus Objections to Claims Filed or
Asserted by Holders of Certain Bonds Issued or Guaranteed by the Commonwealth
Relative to: [9753] Response to Motion filed by Official Committee of Unsecured
Creditors (Attachments: # (1) Proposed Order - Revised Proposed Order # (2) Proposed
Order - Blackline) filed by the Official Committee of Unsecured Creditors. [DE
10223]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||708|F|0.10||28.00|20200121|B
191||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 68536) Relative to: [9547] Debtor's Omnibus Objection to Claims
Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Copy of Notice of Defective Pleading # (2)
Restricted Exhibit - personal identifiers included (LCv Rule 5.2)) Mayra Cancel
Sanchez, pro se. [DE 10224]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||709|F|0.10||28.00|20200121|B
191||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 83721) Relative to: [9561] Debtor's Omnibus Objection to Claims One

Exhibit G-1 January 2020- 505163.TXT

Hundred and Eleventh Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Restricted Exhibit -
personal identifiers included (LCv Rule 5.2)) Wanda I. Figueroa Torres, pro se and
in the Spanish language. [DE 10225]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||710|F|0.10||28.00|20200121|B
191||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 102206, 107924, 50386, 50545) Relative to: [9562] Debtor's Omnibus
Objection to Claims One Hundred and Twelfth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwe filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [9570] Debtor's Omnibus Objection to Claims -
One Hundred Twentieth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Restricted Exhibit -
includes personal identifiers (LCv Rule 5.2)) Katherine Hargrove Cordero, pro se and
in the Spanish language. [DE 10226]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||711|F|0.20||56.00|20200121|B
191||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 91334, 97063) Relative to: [9567] Debtor's Omnibus Objection to Claims -
One Hundred Seventeenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Virgen Santiago Andujar, pro se and in the Spanish language. [DE
10227]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||712|F|0.10||22.00|20200121|B
191||A104|FOD|Read Court's notification regarding filing of notice of apperance on
behalf of defendants 55H and 56H. [In case no. 19-ap-00359, D.E.
#58]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||713|F|0.10||22.00|20200121|B
191||A104|FOD|Read notice of appearance filed on behalf of defendants 55H and 56H.
[In case no. 19-ap-00359, D.E. #58]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||714|F|0.10||22.00|20200121|B
191||A104|FOD|Read Informative motion regarding the stipulation and order for the
production and exchange of information by defendants 55H and 56H. [In case no.
19-ap-00359, D.E. #57]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||715|F|0.10||22.00|20200121|B
191||A104|FOD|Read Court's notification regarding filing of Informative motion
regarding the stipulation and order for the production and exchange of information
by defendants 55H and 56H. [In case no. 19-ap-00359, D.E.
#57]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||716|F|1.60||352.00|20200121| B191||A104|CIG|Review and analyze communications and memorandums sent by Neyla Ortiz regarding ERS/UBS state court action, status of limited stay, and other related matters.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||717|F|0.10||28.00|20200122|B 191||A104|KCS|Receive and analyze Limited Response of Official Committee of Unsecured Creditors to Interim Case Management Order for Revenue Bonds Relative to: [9620] Scheduling Order - Case Management Order filed by Luc A. Despins on behalf of Official Committee of Unsecured Creditors. [DE 10228]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||718|F|0.90||252.00|20200122| B191||A104|KCS|Receive and analyze Objection of Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, Ambac Assurance Corporation, And Financial Guaranty Insurance Company to (I) Response of the Financial Oversight and Management Board for Puerto Rico to Interim Report and Recommendation of the Mediation Team (ECF No. 9493), as Incorporated in (II) Interim Case Management Order For Revenue Bonds (ECF No. 9620) Related document:[9620] Scheduling Order - Case Management Order (Attachments: # (1) Exhibit A - Proposed Order # (2) Exhibit B - Comparison) filed by AMBAC ASSURANCE CORPORATION, et al. [DE 10251]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||719|F|0.80||224.00|20200122| B191||A104|KCS|Receive and analyze Official Committee of Unsecured Creditors' Motion in Limine to Strike and Exclude Improper Lay Opinion Testimony of Frederic Chapados Regarding Alleged Effect of 9019 Settlement on PREPA Transformation relative to:[10069] Order Granting in Part and Denying in Part (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by Luc A. Despins on behalf of Official Committee of Unsecured Creditors. [DE 10252]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||720|F|0.10||28.00|20200122|B 191||A104|KCS|Receive and analyze ORDER relative to:[9653] MOTION Renewed Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al., [10171] Notice of Presentment - Certificate of No Objection Regarding Renewed Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds filed by PUERTO RICO ELECTRIC POWER AUTHORITY, The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. Signed by Judge Laura Taylor Swain on 01/21/2020 [DE 10253]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||721|F|0.10||28.00|20200122|B 191||A104|KCS|Receive and analyze ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF JANUARY 29-30, 2020 OMNIBUS HEARING. [DE 10254]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||722|F|0.40||112.00|20200122| B191||A104|KCS|Receive and analyze ORDER REGARDING ADJOURNMENT OF HEARING, AND TRANSLATION AND INTERPRETATION SERVICES, IN CONNECTION WITH CERTAIN RESPONSES TO OMNIBUS OBJECTIONS TO CLAIMS. Related documents: [10031], [10032], [10038], [10039], [10040], [10042], [10044], [10046], [10047], [10048], [10050], [10051], [10052],

Exhibit G-1 January 2020- 505163.TXT
[10053], [10054], [10056], [10057], [10058], [10059], [10060], [10061], [10062],
[10063], [10064], [10066], [10067], [10068], [10070], [10073], [10074], [10075],
[10076], [10078], [10080], [10081], [10082], [10083], [10085], [10086], [10091],
[10092], [10093], [10095], [10096], [10097], [10111], [10112], [10113], [10114],
[10115], [10120][10121], [10122], [10123], [10124], [10125], [10126], [10127],
[10128], [10129], [10130], [10131], [10132], [10133], [10134], [10135], [10136],
[10137], [10138], [10139], [10141], [10142], [10143], [10144], [10145], [10147],
[10148], [10149], [10150], [10151], [10152], [10153], [10154], [10155], [10156].
Signed by Judge Laura Taylor Swain on 01/21/2020. [DE
10256]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||723|F|0.40||112.00|20200122|
B191||A104|KCS|Receive and analyze Official Committee of Unsecured Creditors' Reply
in Support of Motion in Limine to Strike and Exclude Improper Lay Opinion Testimony
of Frederic Chapados Regarding Alleged Effect of 9019 Settlement on PREPA
Transformation Relative to: [10252] Official Committee of Unsecured Creditors'
Motion in Limine to Strike and Exclude Improper Lay Opinion Testimony of Frederic
Chapados Regarding Alleged Effect of 9019 Settlement on PREPA Transformation
relative to:[10069] Order Granting in Part filed by Official Committee of Unsecured
Creditors (Attachments: # (1) Exhibit C) filed by the Official Committee of
Unsecured Creditors. [DE 10255]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||724|F|0.10||28.00|20200122|B
191||A104|KCS|Receive and analyze Notice of Presentment Certificate of No Objection
Regarding PBA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal
Rules of Bankruptcy Procedure Enlarging the Time Within Which to File Notices of
Removal Pursuant To Bankruptcy Rule 9027. relative to:[9641] MOTION PBA's Motion for
Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure
Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy
Rule 9027 filed by PUBLIC BUILDINGS AUTHORITY OF PUERTO RICO, The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. filed by The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
[DE 10257]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||725|F|0.10||28.00|20200122|B
191||A104|KCS|Receive and analyze Motion Submitting Tenth Supplemental Verified
Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of
Bankruptcy Procedure 2019 filed by the Ad Hoc Group of PREPA Bondholders. [DE
10259]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||726|F|0.10||28.00|20200122|B
191||A104|KCS|Receive and analyze MOTION to inform Joinder to the Stipulation and
Order for the Production and Exchange for Information filed by Defendant 55H,
Defendant 56H. [DE 10228]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||727|F|0.60||168.00|20200122|
B191||A104|KCS|Receive and analyze Objection to Opposition of the Commonwealth of
Puerto Rico to Motion to Amend PRIFA Bondholder Lift Stay Motion [ECF No. 10109]
Related document:[10109] MOTION for Leave to Amend Motion of Ambac Assurance
Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Financial
Guaranty Insurance Company Concerning Application of the Automatic Stay to the
Revenues Securing PRIFA Rum Tax Bo filed by AMBAC ASSURANCE CORPORATION filed by the

Exhibit G-1 January 2020- 505163.TXT

COMMONWEALTH OF PUERTO RICO, The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE
10274]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||728|F|0.10||28.00|20200122|B
191||A104|KCS|Receive and analyze MOTION for LIMITED JOINDER AND STATEMENT IN
SUPPORT OF THE OPPOSITION OF THE COMMONWEALTH OF PUERTO RICO TO MOTION TO AMEND
PRIFA BONDHOLDER LIFT STAY MOTION Relative to: [10109] MOTION for Leave to Amend
Motion of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty
Municipal Corp., and Financial Guaranty Insurance Company Concerning Application of
the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bo filed by AMBAC
ASSURANCE CORPORATION, [10274] Objection filed by COMMONWEALTH OF PUERTO RICO, The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. filed by LUIS C MARINI BIAGGI on behalf of
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY. [DE
10277]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||729|F|0.10||28.00|20200122|B
191||A104|KCS|Receive and analyze MOTION to inform to Participation and Observation
of January 29-30, 2020, Omnibus Hearing Rellative to: [10254] Order filed by Sistema
de Retiro de los Empleados de la Autoridad de Energia Electrica (SREAEE), Union de
Trabajadores de la Industria Electrica y Riego (UTIER). [DE
10277]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||730|F|0.40||112.00|20200122|
B191||A107|KCS|Telephone call with opposing counsel realtive to placing items on the
agenda for the NYC meeting at the end of the month.  Draft email to Brown Rudnick
relative to the same and receive positive response to the
same.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||731|F|0.10||28.00|20200122|B
191||A104|KCS|Receive and analyze ORDER PURSUANT TO RULE 9006(B) OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE ENLARGING THE TIME WITHIN WHICH PBA MAY FILE NOTICES
OF REMOVAL PURSUANT TO BANKRUPTCY RULE 9027. Related document:[9641] MOTION PBA's
Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of
Bankruptcy Procedure Enlarging the Time Within Which to File Notices of Removal
Pursuant to Bankruptcy Rule 9027 filed by PUBLIC BUILDINGS AUTHORITY OF PUERTO RICO,
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al.. [DE 10288]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||732|F|0.10||28.00|20200122|B
191||A104|KCS|Receive and analyze MOTION for Joinder by Serralles to the Oversight
Boards Opposition to Motion to Amend PRIFA Bondholder Lift Stay Motion Relative to:
[10274] Objection filed by COMMONWEALTH OF PUERTO RICO, The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. filed by Destilerias Serralles, Inc. [DE
10275]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||733|F|0.10||28.00|20200122|B
191||A104|KCS|Receive and analyze Debtor's Reply to Objection to Claims Relative to:
[9963] Response to Debtor's Objection to Claims (Number(s): 11823) Relative to:
[9552] Debtor's Omnibus Objection to Claims - One Hundred and Second Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways

Exhibit G-1 January 2020- 505163.TXT

and Transportation Au filed by Aracelis Nazario Torres, Aracelis Nazario Torres
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al.|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||734|F|0.10||28.00|20200122|B
191||A104|KCS|Receive and analyze ORDER GRANTING MOTION FOR ENTRY OF AN EIGHTH ORDER
EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
UNDER WHICH THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY IS THE LESSOR PURSUANT TO
BANKRUPTCY CODE SECTION 365(D)(4). Related document:[9714]. [DE
10290]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||735|F|0.10||28.00|20200122|B
191||A104|KCS|Receive and analyze MOTION to inform Appearance at January 29-30, 2020
Omnibus Hearing Relative to: [10254] Order filed by Financial Guaranty Insurance
Company. [DE 10291]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||736|F|0.10||28.00|20200122|B
191||A104|KCS|Receive and analyze ORDER SETTING BRIEFING SCHEDULE relative to:
[10243] Urgent motion URGENT MOTION FOR ENTRY OF AN ORDER APPROVING FIRST AMENDED
STIPULATION AND CONSENT ORDER BETWEEN TITLE III DEBTORS (OTHER THAN COFINA) AND THE
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY ACTING ON BEHALF OF THE
GOVERNMENTAL filed by PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY.
Related document:[6812] Order Approving Stipulation. Responses due by 1/28/2020 at
5:00 PM (AST). Reply due by: 2/4/2020 at 5:00 PM (AST). [DE
10292]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||737|F|0.10||28.00|20200122|B
191||A104|KCS|Receive and analyze ORDER APPROVING STIPULATION relative to:[10098]
Urgent motion Notice of Urgent Motion for Entry of Supplemental Stipulation Between
the Commonwealth of Puerto Rico and the Employees Retirement System of the
Government of the Commonwealth of Puerto Rico Regarding the Tolling of Statute of
Limitations filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. [DE
10293]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||738|F|0.90||252.00|20200122|
B191||A104|KCS|Receive and analyze Reply in Support of Amended Motion for Entry of
an Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving
Additional Forms of Notice, and (C) Granting Related Relief. Relative to: [9718]
MOTION - Amended Motion For Entry Of An Order (A) Authorizing Alternative Dispute
Resolution Procedures, (B) Approving Additional Forms of Notice, and (C) Granting
Related Relief relative to:[7224] MOTION for Entry of an Order (A) Authorizing
Alternative Dispute Di filed by COMMONWEALTH OF PUERTO RICO, PUERTO RICO ELECTRIC POWER
AUTHORITY, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, PUBLIC BUILDINGS
AUTHORITY OF PUERTO RICO, The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit A # (2) Exhibit B) filed by  The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
[DE 10295, 63 pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||739|F|0.10||28.00|20200122|B
191||A104|KCS|Receive and analyze MOTION to inform by U.S. Bank Trust National

Page 81

Exhibit G-1 January 2020- 505163.TXT

Association, regarding appearance at January 29-30, 2020 Omni Hearing filed by U.S.
BANK NATIONAL ASSOCIATION, AS TRUSTEE. [DE 10298]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||740|F|0.20||56.00|20200122|B
191||A104|KCS|Receive and analyze Joint Status Report Regarding the Retiree
Committee's Motion to Quash the Deposition of Hector Mayol Kauffman Relative to:
[9719] Urgent motion for a Protective Order Quashing the Deposition Subpoena Served
on Retiree Committee's Counsel filed by Official Committee of Retired Employees of
Puerto Rico filed by the Official Committee of Retired Employees of Puerto Rico. [DE
10299]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||741|F|0.20||56.00|20200122|B
191||A104|KCS|Receive and analyze JOINT MOTION to inform Joint Informative Motion
Pursuant to Order of October 17, 2019 Regarding Cobra Acquisition LLC's Motion for
Allowance and Payment of Administrative Expense Claims. Relative to: [8789] MOTION
Allowance and Payment of Administrative Expense Claims filed by Cobra Acquisitions
LLC, [8886] Order Granting Motion filed by The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
[DE 10307]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||742|F|0.10||28.00|20200122|B
191||A104|KCS|Receive and analyze Notice of Adjournment as to Certain Claims Subject
to Omnibus Objections (Non-Substantive) of the Commonwealth of Puerto Rico and
Employees Retirement System of the Government of the Commonwealth of Puerto Rico
Relative to: [10045] Order, [10256] Order filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. [DE 10306]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||743|F|0.10||22.00|20200122|B
191||A108|FOD|Electronic correspondence from defendant's counsel regarding status of
case and communications with counsel from Brown Rudnick. [In case No.
19-ap-00062]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||744|F|0.20||44.00|20200122|B
191||A108|FOD|Electronic correspondence to defendant's counsel answering defendant's
questions regarding status of case and communications with counsel from Brown
Rudnick.|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||745|F|3.20||704.00|20200122|
B191||A104|FOD|Read and analyze Complaint Objecting to Defendants' Claims and
Seeking Related Relief and review (Attachments: # 1 Exhibit A # 2 Exhibit B # 3
Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9
Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Exhibit M # 14 Category
Sheet # 15 Civil Cover Sheet # 16 Summons of AMBAC ASSURANCE CORPORATION # 17
summons of ASSURED GUARANTY CORP. # 18 Summons of ASSURED GUARANTY MUNICIPAL CORP. #
19 Summons of NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION # 20 Summons of
FINANCIAL GUARANTY INSURANCE COMPANY # 21 Summons of PEAJE INVESTMENTS LLC # 22
Summons of THE BANK OF NEW YORK MELLON, as Fiscal Agent). [In case 17-bk-3567, D.E.
# 672]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||746|F|0.10||28.00|20200123|B
191||A103|KCS|Receive and analyze Fifth Joint Status Report of Movant Ambac
Assurance Corporation and Respondents The Financial Oversight and Management Board
for Puerto Rico, the Commonwealth of Puerto Rico, and The Puerto Rico Fiscal Agency

Exhibit G-1 January 2020- 505163.TXT

and Financial Advisory Authority with Respect to the Pensions Discovery Motions
Relative to: [9518] Order filed by AMBAC ASSURANCE CORPORATION, Et al. [DE
10325]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200131|20200131||747|F|0.20||56.00|20200123|B
191||A103|KCS|Receive and analyze URGENT Joint Motion by Ambac Assurance
Corporation, The Financial Oversight and Management Board for Puerto Rico, the
Commonwealth of Puerto Rico, and The Puerto Rico Fiscal Agency and Financial
Advisory Authority, Seeking an Order Granting an Adjournment of The Hearing on the
Pensions Discovery Motions Relative to: [7505] MOTION to Compel Compliance with the
Courts December 15, 2017 and February 26, 2018 Orders Regarding the Urgent Renewed
Joint Motion of the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance
Corporation, Assured Guaranty Corp., Assured Gu filed by AMBAC ASSURANCE
CORPORATION, [7507] MOTION for Entry of Order Authorizing Discovery Under Bankruptcy
Rule 2004 Concerning Pension Liabilities filed by AMBAC ASSURANCE CORPORATION
(Attachments: # (1) Proposed Order) filed by AMBAC ASSURANCE CORPORATION, et al. [DE
10327]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||748|F|0.10||28.00|20200123|B
191||A103|KCS|Receive and analyze ORDER REGARDING ADJOURNMENT OF HEARING, AND
TRANSLATION AND INTERPRETATION SERVICES, IN CONNECTION WITH CERTAIN RESPONSES TO
OMNIBUS OBJECTIONS TO CLAIMS. Relative to: [10157], [10158], [10159], [10160],
[10161], [10163], [10164], [10165], [10167], [10168], [10170], [10172], [10173],
[10175], [10177], [10178], [10179], [10180], [10181], [10182], [10183], [10184],
[10185], [10186], [10187], [10188], [10189], [10190], [10191], [10192], [10193],
[10194], [10195], [10196], [10197], [10198], [10199], [10200], [10203], [10206],
[10207], [10208], [10210], [10211], [10212], [10213], [10214], [10215], [10217],
[10218], [10219], [10220], [10224], [10225], [10226], [10227], [10229], [10230],
[10231], [10232], [10233], [10234], [10235], [10236], [10237], [10238], [10239],
[10240], [10260], [10261], [10262], [10264], [10266], [10267], [10268], [10269],
[10270], [10271], [10272], [10273], [10276], [10278], [10280], [10281], [10282],
[10283]. The hearing on each of the Objections was adjourned from January 29, 2020,
to March 4, 2020, at 9:30 a.m.  [DE 10331]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||749|F|0.10||28.00|20200123|B
191||A103|KCS|Receive and analyze MEMORANDUM ORDER DENYING [9131] MOTION TO STRIKE
CERTAIN RULE 2004 APPLICATIONS relative to:[9022] MOTION for Entry of Order
Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Commonwealth Assets
filed by AMBAC ASSURANCE CORPORATION, [9023] MOTION for Entry of Order Authorizing
Discovery Under Bankruptcy Rule 2004 Concerning Commonwealth Cash Restriction
Analysis filed by AMBAC ASSURANCE CORPORATION. Related document: [9147] Order
Setting Briefing Schedule. Joint Status Report due by 2/12/2020. [DE
10332]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||750|F|0.20||56.00|20200123|B
191||A103|KCS|Draft email to Sunni Beville relative to appearance at hearing next
week.  Receive reply that they will not be appearing but will hear it via
telephone.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||751|F|0.10||28.00|20200124|B
191||A104|KCS|Receive and analyze ORDER REGARDING ADJOURNMENT OF HEARING, AND
TRANSLATION AND INTERPRETATION SERVICES, IN CONNECTION WITH CERTAIN RESPONSES TO
OMNIBUS OBJECTIONS TO CLAIMS. Relative to: [10309], [10310], [10311], [10312],

Exhibit G-1 January 2020- 505163.TXT

[10313], [10315], [10316], [10317], [10319], [10320], [10321], [10324], [10326], [10328], [10329], [10330], [10341], [10349], [10350], [10352], [10354], [10356], [10359], [10360], [10361], [10362], [10363], [10366], [10367], [10368]. The hearing on each of the Objections is adjourned from January 29, 2020 to March 4, 2020, at 9:30 a.m. (Atlantic Standard Time). [DE 10378]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||752|F|0.10||28.00|20200124|B 191||A104|KCS|Receive and analyze ORDER ADJOURNING HEARING ON PENSIONS DISCOVERY MOTIONS relative to:[7505] MOTION to Compel Compliance with the Courts December 15, 2017 and February 26, 2018 Orders Regarding the Urgent Renewed Joint Motion of the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Et al., [7507] MOTION for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Pension Liabilities filed by AMBAC ASSURANCE CORPORATION, [10325] Motion to Inform filed by COMMONWEALTH OF PUERTO RICO, AMBAC ASSURANCE CORPORATION, PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al., [10327] URGENT Joint Motion by Ambac Assurance Corporation, The Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and The Puerto Rico Fiscal Agency and Financial Advisory Authority, Seeking an Order Granting an Adjournment filed by COMMONWEALTH OF PUERTO RICO, AMBAC ASSURANCE CORPORATION, PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. Joint Status Report due by 2/27/2020 at 5:00 PM (AST). Hearing on Pension Discovery Motions originally set for 01/29/2020 is hereby reset for 3/4/2020 09:30 AM in Clemente Ruiz-Nazario Courthouse before Magistrate Judge Judith Gail Dein. [DE 10376]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||753|F|0.10||22.00|20200124|B 191||A104|FOD|Read motion to withdraw document filed by Apex General Contractors LLC [In case no. 19-ap-00062, D.E. #13]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||754|F|0.20||44.00|20200124|B 191||A104|FOD|Read Court's notification of Transcript of Motion Hearing held on January 15, 2020. [In case No. 19-ap-00356, D.E. # 81] [In case No. 19-ap-00359, D.E. # 59] [In case No. 19-ap-00361, D.E. # 68]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||755|F|0.30||84.00|20200127|B 191||A104|KCS|Receive and analyze Notice Regarding Affidavits of Publication of Notice of (I) Objection of Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to (A) Claims Filed or Asserted by Holders of Certain 2011 Commonwealth General Obligation Bonds and (B) Claims Filed or Asserted Against Commonwealth by Holders of Certain Puerto Rico Public Buildings Authority Bonds and (II) Briefing Schedule Regarding Motions to Dismiss with Respect to Objections to (A) Claims Filed or Asserted by Holders of Certain 2011 Commonwealth General Obligation Bonds, (B) Claims Filed or Asserted Against Commonwealth by Holders of Certain Puerto Rico Public Buildings Authority Bonds, and (C) Claims Filed or Asserted by Holders of 2012 and 2014 Commonwealth General Obligation Bonds Relative to: [9619] Scheduling Order - Case Management Order (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Exhibit E) filed by the Official Committee of Unsecured Creditors. [DE

Exhibit G-1 January 2020- 505163.TXT

10344]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||756|F|0.10||28.00|20200127|B
191||A104|KCS|Receive and analyze Notice ORDER APPROVING STIPULATION relative
to:[21] Joint motion SUBMITTING SECOND SUPPLEMENT TO STIPULATION ESTABLISHING
LITIGATION SCHEDULE FOR ADVERSARY PROCEEDINGS NOS.: 19-00065 AND 19-00172 Relative
to [15] Order Approving Stipulation filed by THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS
MEMBERS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO
RICO, Ecolift Corporation. The Information Exchange Deadline shall be extended to
April 30, 2020. [19-ap-172]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||757|F|0.30||84.00|20200127|B
191||A104|KCS|Receive and analyze REPLY to Response to Motion in Further Support of
the Motion for Leave to Amend the Motion Concerning Application of the Automatic
Stay to the Revenues Securing PRIFA Rum Tax Bonds Relative to: [10109] MOTION for
Leave to Amend Motion of Ambac Assurance Corporation, Assured Guaranty Corp.,
Assured Guaranty Municipal Corp., and Financial Guaranty Insurance Company
Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax
Bo filed by AMBAC ASSURANCE CORPORATION filed by AMBAC ASSURANCE CORPORATION, et al.
[DE 10400]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||758|F|0.20||56.00|20200127|B
191||A104|KCS|Receive and analyze Unopposed Urgent Motion of the Financial Oversight
and Management Board for Leave to Exceed Page Limit for Oppositions to the Proposed
Amended PRIFA Lift Stay Motion, Amended HTA Lift Stay Motion, and CCDA Lift Stay
Motion Relative to: [10102] Motion for Relief From Stay Under 362 [e]. filed by
AMBAC ASSURANCE CORPORATION, NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION,
Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty
Municipal Corp., [10104] Joint motion of Ambac Assurance Corporation, et al., filed
by AMBAC ASSURANCE CORPORATION filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE
10399]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||759|F|0.10||28.00|20200127|B
191||A104|KCS|Receive and analyze MOTION Join Meet and Confer in Ambac 2004 Motion
relaive to:[10332] Memorandum Order filed by Servicios Integrales de la Montana. [DE
10401]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||760|F|0.10||28.00|20200127|B
191||A104|KCS|Receive and analyze ORDER GRANTING [10399] UNOPPOSED URGENT MOTION OF
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR LEAVE TO EXCEED PAGE LIMIT FOR
OPPOSITIONS TO THE PROPOSED AMENDED PRIFA LIFT STAY MOTION, AMENDED HTA LIFT STAY
MOTION, AND CCDA LIFT STAY MOTION. [DE 10418]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||761|F|0.40||112.00|20200127|
B191||A104|KCS|Receive and analyze ORDER APPROVING NOTICE PROCEDURES WITH RESPECT TO
OMNIBUS OBJECTIONS TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN BONDS ISSUED OR
GUARANTEED BY THE COMMONWEALTH. Related document:[9731] Urgent Motion of Lawful
Constitutional Debt Coalition Under Bankruptcy Code Sections 105(a) and 502 and
Bankruptcy Rule 3007, for Entry of an Order Approving Notice Procedures With Respect
to Omnibus Objection to Claims Filed or Asserted by Holders of Certain Bonds Issued
or Guaranteed by the Commonwealth, [10223] Notice of Filing of Further Revised Order

Exhibit G-1 January 2020- 505163.TXT

Approving Notice Procedures with Respect to Omnibus Objections to Claims Filed or
Asserted. Signed by Judge Laura Taylor Swain on 1/27/2020. (Attachments: # (1) Annex
A # (2) Annex B). [DE 10417]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||762|F|1.70||374.00|20200127|
B191||A104|CIG|Review and analyze pleadings summaries prepared by attorney Neyla
Ortiz, regarding ERS claims (including the original claim and subsequent amended
claims) against UBS Puerto Rico.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||763|F|7.00||1540.00|20200130
|B191||A112|CIG|Ground and air transportation for ERS meeting at Brown Rudnick's NYC
offices.|66-0554116|220.00|Infante , Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||764|F|2.00||440.00|20200131|
B191||A101|CIG|Review relevant information and documents to prepare for meetings to
bbe held at Brown Rudnick's offices regarding ERS.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||765|F|0.10||22.00|20200113|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 64424) Related to document: [9574] Debtor's Omnibus Objection to Claims
One Hundred Twenty-Second Omnibus Objection (Non-Substantive) of the Commonwealth
of Puerto Rico, Puerto Rico Highway and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by COMMONWEALTH OF
PUERTO RICO (Attachments: # (1) Exhibit # (2) Envelope) Angel L. Rivera Maldonado,
pro se and in the Spanish language. [DE 9858]|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||766|F|0.40||112.00|20200113|
B310||A104|KCS|Receive and analyze Debtor's Omnibus Objection to Claims 9658 filed
by Milagros Acevedo Colon on behalf of ANA COLON ARROYO. [DE
9846]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||767|F|0.40||112.00|20200113|
B310||A104|KCS|Receive and analyze Debtor's Omnibus Objection to Claims 11329 filed
by JOSE G DIAZ RAMOS. [DE 9847]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||768|F|0.10||28.00|20200113|B
310||A104|KCS|Receive and analyze Debtor's Omnibus Objection to Claims 7551 filed by
JOSE EMILIO FIGUEROA AYALA. [DE 9848]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||769|F|0.40||112.00|20200113|
B310||A104|KCS|Receive and analyze Debtor's Omnibus Objection to Claims 8867 filed
by AGUSTIN FIGUEROA PEREZ. [DE 9849]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||770|F|0.40||112.00|20200113|
B310||A104|KCS|Receive and analyze Supplemental Debtor's Omnibus Objection to Claims
9333 filed by CATALINA VEGA MIRANDA. [DE 9850]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||771|F|0.10||20.00|20200123|B
310||A104|NLO|Analyze Response to Omnibus Objection (No Objection on File) - Claims
Number(s): 87954 Alberto Leon ColonResponse to Omnibus Objection (No Objection on
File) - Claims Number(s): 87954 Alberto Leon Colon Docket
10263.|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||772|F|0.10||20.00|20200123|B
310||A104|NLO|Analyze Response to Debtor's Objection to Claims (Number(s): 78114)
[9552] Debtor's Omnibus Objection to Claims - One Hundred and Second Omnibus

Exhibit G-1 January 2020- 505163.TXT

Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Common filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.  Docket 10262.|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||773|F|0.10||20.00|20200123|B 310||A104|NLO|Analyze Response to Debtor's Objection to Claims (Number(s): 34155) [9569] Debtor's Omnibus Objection to Claims - One Hundred Nineteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Common filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.  Docket 10261.|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||774|F|0.10||20.00|20200116|B 310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 90690) Related to: [9562] Debtor's Omnibus Objection to Claims - One Hundred and Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Carmen Irizarry Valentin, pro se and in the Spanish language. [DE 9990]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||775|F|0.10||22.00|20200114|B 310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 99623) Relative to document: [9561] Debtor's Omnibus Objection to Claims - One Hundredth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Jesus M. Georgi Rodriguez, pro se (in the Spanish Language). [DE 9887]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||776|F|0.20||56.00|20200107|B 310||A104|KCS|Receive and analyze Objection of Financial Oversight and Management Board, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted Against ERS by The Bank Of New York Mellon, as Fiscal Agent (Claim No. 16777) filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [9701]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||777|F|0.20||56.00|20200107|B 310||A104|KCS|Receive and analyze Debtor's Omnibus Objection to Claims - One Hundred and Fifty-Second Omnibus Objection of Financial Oversight and Management Board, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Proofs Of Claim Against ERS By The Andalusian Claimants filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.  [9703]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||778|F|0.30||84.00|20200107|B 310||A104|KCS|Receive and analyze Debtor's One Hundred and Fifty-First Omnibus

Exhibit G-1 January 2020- 505163.TXT

Objection of Financial Oversight and Management Board, Pursuant to Bankruptcy Code
Section 502 and Bankruptcy Rule 3007, to Proofs Of Claim Against The Commonwealth By
The Andalusian Claimants filed by The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
[9702]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||779|F|0.30||84.00|20200107|B
310||A104|KCS|Receive and analyze Debtor's Omnibus Objection to Claims - One Hundred
and Fifty-Third Omnibus Objection of Financial Oversight and Management Board,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Proofs Of Claim
Against The Commonwealth By The Puerto Rico Funds Claimants filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al.  [9704]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||780|F|0.30||84.00|20200107|B
310||A104|KCS|Receive and analyze Debtor's Omnibus Objection to Claims - One Hundred
and Fifty-Fourth Omnibus Objection of Financial Oversight and Management Board,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Proofs Of Claim
Against ERS By The Puerto Rico Funds Claimants filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.  [9705]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||781|F|0.30||84.00|20200107|B
310||A104|KCS|Receive and analyze Additional Omnibus Objection of Official Committee
of Unsecured Creditors to Claims Asserted by Holders of Bonds Issued by Employees
Retirement System of Government of Puerto Rico related to document: [8818] Order
(Attachments: # (1) Proposed Order) filed by the Official Committee of Unsecured
Creditors.  [9708]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||782|F|0.10||28.00|20200107|B
310||A104|KCS|Receive and analyze MOTION Additional Objection of Official Committee
of Unsecured Creditors to Claims Asserted by Oaktree Funds that Holds Bonds Issued
by Employees Retirement System of Government of Puerto Rico related to
document:[8818] Order (Attachments: # (1) Proposed Order) filed by the Official
Committee of Unsecured Creditors.  [9709]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||783|F|0.10||28.00|20200107|B
310||A104|KCS|Receive and analyze MOTION for Joinder of Retiree Committee to Claim
Objections Filed or Asserted by The Bank of New York Mellon as Fiscal Agent (Claim
Nos. 16775, 16777) Related to documents: [7075] MOTION OBJECTION OF FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND
BANKRUPTCY RULE 3007, TO CLAIMS FILED OR ASSERTED AGAINST THE COMMONWEALTH BY THE
BANK OF NEW YORK MELLON, AS FISCAL AGENT (CLAIM NO. 16775) filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [9700] Supplemental MOTION Supplemental
Objection of Financial Oversight and Management Board, Pursuant to Bankruptcy Code
Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted Against The
Commonwealth by The Bank Of New York Mellon, as Fiscal Age filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [9701] MOTION Objection of Financial Oversight
and Management Board, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule
3007, to Claims Filed or Asserted Against ERS by The Bank Of New York Mellon, as

Page 88

Exhibit G-1 January 2020- 505163.TXT
Fiscal Agent (CLAIM NO. 16777) filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. filed
by the Official Committee of Retired Employees of Puerto Rico.
[9710]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||784|F|0.10||28.00|20200107|B
310||A104|KCS|Receive and analyze Ninth Revised Order extending and establishing
deadlines applicable to the Joint Motion of PREPA and AAFAF pursuant to Bankruptcy
CODE SECTIONS 362, 502, 922, AND 928, AND BANKRUPTCY RULES 3012(A)(1) AND 9019 FOR
ORDER APPROVING SETTLEMENTS EMBODIED IN THE RESTRUCTURING SUPPORT AGREEMENT [ECF NO.
1235]. Related documents: [ECF No. 1235 in Case No. 17-4780], [ECF No. 9659 in Case
No. 17-3283]. Hearing on Motion set for 3/31/2020 at 9:30 AM in Clemente
Ruiz-Nazario Courthouse before Judge LAURA TAYLOR SWAIN.
[9711]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||785|F|0.30||84.00|20200107|B
310||A104|KCS|Receive and analyze Motion for Entry of an Eighth Order Extending Time
to Assume or Reject Unexpired Leases of Nonresidential Real Property Under Which the
Puerto Rico Public Buildings Authority is the Lessor Pursuant to Bankruptcy Code
Section 365(d)(4) related to documents:[994] Order Granting Motion (Generic), [8152]
Order Granting Motion filed by the COMMONWEALTH OF PUERTO RICO, PREPA, PRHTA,
COFINA, THE ERS OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO.
[9714]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||786|F|0.30||84.00|20200107|B
310||A104|KCS|Receive and analyze Urgent Motion of The Puerto Rico Buildings
Authority for an Order (1) Further Extending The Date to File Creditor Matrix and
(2) Extending the Date to File Creditor List Related to document: [9403] Order filed
by the PUBLIC BUILDINGS AUTHORITY OF PUERTO RICO, The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. [9715]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||787|F|0.10||28.00|20200107|B
310||A104|KCS|Receive and analyze ORDER SETTING BRIEFING SCHEDULE related to
document: [9715] Urgent Motion of The Puerto Rico Buildings Authority for an Order
(1) Further Extending The Date to File Creditor Matrix and (2) Extending the Date to
File Creditor List. Opposition papers to the Motion, if any, must be filed by
January 14, 2020 at 5:00 p.m. (Atlantic Standard Time). PBA's reply papers must be
filed by January 17, 2020 at 5:00 p.m. (Atlantic Standard Time).
[9716]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||788|F|0.30||84.00|20200107|B
310||A104|KCS|Receive and analyze URGENT Joint Motion Proposing Objection Deadlines
and Hearing Date for Motions to Compel and Quash Related to document: [9697] Motion
Of Certain ERS Bondholders To Compel The Employees Retirement System Of The
Government Of The Commonwealth Of Puerto Rico To Provide Complete Answers To
Interrogatories filed by PUERTO RICO AAA PORTFOLIO BOND FUND INC., Et al.
[9717]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||789|F|0.90||252.00|20200107|
B310||A104|KCS|Receive and analyze  Amended Motion For Entry Of An Order (A)
Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional
Forms of Notice, and (C) Granting Related Relief related to documents: [7224] MOTION
for Entry of an Order (A) Authorizing Alternative Dispute Resolution Procedures, (B)

Exhibit G-1 January 2020- 505163.TXT

Approving Additional Forms of Notice, (C) Approving Proposed Mailing, and (D)
Granting Related Relief. filed by COMMONWEALTH OF PUERTO RICO, PUERTO RICO ELECTRIC
POWER AUTHORITY, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [8453] Order filed by The COMMONWEALTH OF
PUERTO RICO, PBA OF PUERTO RICO, PREPA, PRHTA, THE ERS OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO, The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al.
[9718]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||790|F|0.90||252.00|20200107|
B310||A104|KCS|Receive and analyze Urgent motion for a Protective Order Quashing the
Deposition Subpoena Served on Retiree Committee's Counsel (Attachments: # (1)
Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Exhibit E # (6)
Exhibit F) filed by the Official Committee of Retired Employees of Puerto Rico.
[9720]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||791|F|0.10||28.00|20200108|B
310||A104|KCS|Receive and analyze MOTION for Joinder of Retiree Committee to Claim
Objections as to Holders of Certain GO Bonds and PBA Bonds related to documents:
[4784] Omnibus Objection of (I) Financial Oversight and Management Board, Acting
Through Its Special Claims Committee, and (II) Official Committee of Unsecured
Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007 filed by
Official Committee of Unsecured Creditors, [7057] Omnibus Objection of Official
Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and
Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain 2011
Commonwealth General Obligation Bonds filed by Official Committee of Unsecured
Creditors, [8141] Omnibus Objection of Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or
Asserted Against Commonwealth by Holders of Certain Puerto Rico Public Buildings
Authority filed by Official Committee of Unsecured Creditors filed by the Official
Committee of Retired Employees of Puerto Rico.  [9733]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||792|F|0.40||88.00|20200108|B
310||A104|YG|Receive and analyze Urgent motion for for Entry of an Order Approving
Notice Procedures with Respect to Omnibus Objection to Claims Filed or Asserted by
Holders of Certain Bonds Issued or Guaranteed by the Commonwealth related to
document: [9730] Omnibus Objection of the Lawful Constitutional Debt Coalition,
pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or
Asserted by Holders of Certain Bonds Issued or Guaranteed by the Commonwealth filed
by Lawful Constitutional Debt Coalition (Attachments: # (1) Proposed Order) filed by
the Lawful Constitutional Debt Coalition.  [9731]|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||793|F|0.10||22.00|20200108|B
310||A104|YG|Receive and analyze Order setting Briefing Schedule relative to
documents: [9697] Motion Of Certain ERS Bondholders To Compel The Employees
Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Provide
Complete Answers To Interrogatories, [9698] Urgent Motion of Committees and
Government Parties to Compel Production of Documents from ERS Bondholders, [9719]

Exhibit G-1 January 2020- 505163.TXT
Urgent motion for a Protective Order Quashing the Deposition Subpoena Served on
Retiree Committee's Counsel. Related documents: [9717] Urgent Joint Motion Proposing
Objection Deadlines and Hearing Date for Motions to Compel and Quash. Oppositions
due by 1/10/2020 . Replies due by 1/14/2020.    [9734]|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||794|F|0.10||20.00|20200108|B
310||A104|NLO|Receive and analyze Official Committee of Unsecured Creditors' Omnibus
Objection on Constitutional Debt Limit Grounds to (I) Claim of Government
Development Bank for Puerto Rico [Claim Number 29485] Based on Certain
Commonwealth-Issued Notes and on Commonwealth Guaranty of Certain Bond Issued by
Port of Americas Authority, (II) Claim of Scotiabank de Puerto Rico [Claim Number
47658] Based on Full Faith and Credit Note Issued by Puerto Rico General Services
Administration, and (III) Claims Filed or Asserted Against Commonwealth Based on
Commonwealth Guaranty of Certain Notes Issued by Puerto Rico Infrastructure
Authority (Attachments: # (1) Proposed Order) filed by the Official Committee of
Unsecured Creditors. [9735]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||795|F|0.10||22.00|20200109|B
310||A104|YG|Claims Administration and Objections-Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 50248) related to document [8976] Debtor's
Omnibus Objection to Claims Eighty-Seventh Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth of filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) Ivett S.
Matos, pro se and in the Spanish language. [9736]|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||796|F|0.10||20.00|20200109|B
310||A104|NLO|Claims Administration and Objections-Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 31902, 25158) related to document: [9550]
Debtor's Omnibus Objection to Claims - One Hundredth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit # (2) Envelope) Alma Irizarry Torres, pro se and in the Spanish
language. [9737]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||797|F|0.10||28.00|20200109|B
310||A104|KCS|Claims Administration and Objections-Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 109956) relative to document: [9552]
Debtor's Omnibus Objection to Claims - One Hundred and Second Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Osvaldo Merced Clemente, pro se and in the Spanish language.
[9738]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||798|F|0.10||28.00|20200109|B
310||A104|KCS|Claims Administration and Objections-Receive and analyze Response to

Exhibit G-1 January 2020- 505163.TXT
Debtor's Objection to Claims (Number(s): 69110) relative to document: [9566]
Debtor's Omnibus Objection to Claims - One Hundred Sixteenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonw filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Mildred Rosado Sanchez, pro se and in the Spanish language.
[9739]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||799|F|0.10||28.00|20200109|B
310||A104|KCS|Claims Administration and Objections-Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 67886) relative to document: [9566]
Debtor's Omnibus Objection to Claims - One Hundred Sixteenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonw filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Mildred Rosado Sanchez, pro se and in the Spanish language.
[9740]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||800|F|0.20||40.00|20200109|B
310||A104|NLO|Claims Administration and Objections-Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 1120, 3624) related to document [9572]
Debtor's Omnibus Objection to Claims - One Hundred Twenty-First Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Comm filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit 1 # (2) Exhibit 2 # (3) Exhibit 3 # (4) Exhibit 4 # (5) Exhibit 5 # (6)
Envelope) Luis S. Montanez Reyes, pro se and in the Spanish language.
[9741]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||801|F|0.10||22.00|20200109|B
310||A104|YG|Claims Administration and Objections-Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 29577) related to documents: [9550]
Debtor's Omnibus Objection to Claims - One Hundredth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit # (2) Envelope) Yisette Gonzalez Ortiz, pro se and in the Spanish
language. [9742]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||802|F|0.10||20.00|20200109|B
310||A104|NLO|Claims Administration and Objections-Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 92487) related to document: [9565] Debtor's
Omnibus Objection to Claims One Hundred and Fifteenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Marta Renta Vargas, pro se and in the Spanish language.

Exhibit G-1 January 2020- 505163.TXT

[9743]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||803|F|0.10||22.00|20200109|B
310||A104|YG|Claims Administration and Objections-Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 15774) related to document: [9547] Debtor's
Omnibus Objection to Claims Ninety-Seventh Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth of P filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Rafael A. Carrasquillo Nieves, pro se and in the Spanish language.
[9744]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||804|F|0.10||20.00|20200110|B
310||A104|NLO|Receive and analyze notice of defective pleading relative to the pro
se filings of January 9, 2020.|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||805|F|0.10||22.00|20200110|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 72311) Relative to document: [9548] Debtor's Omnibus Objection to Claims
Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth of Pu filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Amalia Correa
Fonseca, pro se and in the Spanish language. [DE 9800]|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||806|F|0.10||20.00|20200110|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 94630) Relative to: [9547] Debtor's Omnibus Objection to Claims
Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth of PR filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Byviannette Camacho
Arocho, pro se and in the Spanish language. [DE 9799]|66-0554116|200.00|Ortiz, Neyla
L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||807|F|0.10||28.00|20200110|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 106859) Relative to docoument: [9547] Debtor's Omnibus Objection to
Claims Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth of P filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Juan
Camacho Pacheco, pro se and in the Spanish language. [DE
9798]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||808|F|0.20||56.00|20200110|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 105628) Releative to document: [9565] Debtor's Omnibus Objection to
Claims One Hundred and Fifteenth Omnibus Objection (Non-Substantive) of the

Exhibit G-1 January 2020- 505163.TXT

Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Common filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Constancia Rivera Acosta, pro se and in the Spanish language. [DE
9796]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||809|F|0.20||56.00|20200110|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 87871, 42855) Relative to document: [9548] Debtor's Omnibus Objection to
Claims Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth of Pu filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Margarita De Jesus Ayala, pro se and in the Spanish language. [DE
9795]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||810|F|0.10||20.00|20200110|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 32137) Relative to: [9572] Debtor's Omnibus Objection to Claims - One
Hundred Twenty-First Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Comm filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Anibal Miranda Diaz, pro se
and in the Spanish language. [DE 9794]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||811|F|0.10||20.00|20200110|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 77973) Related to document : [9562] Debtor's Omnibus Objection to Claims
One Hundred and Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwe filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Envelope) Lucermina Lopez Cortes, pro se and
in the Spanish language. [DE 9793]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||812|F|0.10||22.00|20200110|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 87005) Relative to: [9564] Debtor's Omnibus Objection to Claims One
Hundred and Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government oftPR filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) OCTAVIA ORTIZ ORTIZ, pro se
and in the Spanish language. [DE 9792]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||813|F|0.20||44.00|20200110|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 6890) Relative to document: [9556] Debtor's Omnibus Objection to Claims
- One Hundred and Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees

Exhibit G-1 January 2020- 505163.TXT

Retirement System of the Government of the Commonw filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Emma A. Rosa Rodriguez, pro se and in the Spanish language. [DE 9790]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||814|F|0.10||22.00|20200110|B 310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 52012) Relative to: [9561] Debtor's Omnibus Objection to Claims One Hundred and Eleventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of PR filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Marta R. Garcia Cruz, pro se and in the Spanish language. [DE 9788]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||815|F|0.10||22.00|20200110|B 310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 88739) Relative to document: [9564] Debtor's Omnibus Objection to Claims One Hundred and Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of PR filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Luz S. Ortiz Molina, pro se and in the Spanish language. [DE 9787]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||816|F|0.10||20.00|20200110|B 310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 85481) Relative to document: [9561] Debtor's Omnibus Objection to Claims One Hundred and Eleventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of PR filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Carlos J. Garcia Cruz, pro se and in the Spanish language. [DE 9786]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||817|F|0.10||20.00|20200110|B 310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 2313) Relative to: [9569] Debtor's Omnibus Objection to Claims - One Hundred Nineteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of PR filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Raquel A. Belvis Vazquez, pro se and in the Spanish language. [DE 9784]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||818|F|0.10||20.00|20200110|B 310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 96966) Relative to document: [9561] Debtor's Omnibus Objection to Claims One Hundred and Eleventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of PR filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto

Exhibit G-1 January 2020- 505163.TXT

Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Eva L. Dones Aponte, pro se
and in the Spanish language. [DE 9783]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||819|F|0.10||20.00|20200110|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 65247) Relative to document: [9551] Debtor's Omnibus Objection to Claims
One Hundred and First Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonweal filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) FREDITA LUGO RUIZ,
pro se and in the Spanish language. [DE 9782]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||820|F|0.10||20.00|20200110|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 66515) Relative to document: [9551] Debtor's Omnibus Objection to Claims
One Hundred and First Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonweal filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) Lourdes M. Lazaney
Medina, pro se and in the Spanish language. [DE 9781]|66-0554116|200.00|Ortiz, Neyla
L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||821|F|0.10||20.00|20200110|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 110338) Related to document: [9561] Debtor's Omnibus Objection to Claims
One Hundred and Eleventh Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonw filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Alfredo Garcia Cruz,
pro se and in the Spanish language. [DE 9789]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||822|F|0.40||80.00|20200110|B
310||A104|NLO|Receive and analyze Second Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Eighty-Second Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth of Puerto Rico Related to Document: [8969] Debtor's Omnibus
Objection to Claims Eighty-Second Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth of Pu filed by
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
(Attachments: # (1) Exhibit # (2) Proposed Order) filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. [DE 9776]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||823|F|0.40||88.00|20200110|B
310||A104|YG|Receive and analyze Second Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Ninety-Fourth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways

Exhibit G-1 January 2020- 505163.TXT

and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth of Puerto Rico Related to Document: [9481] Notice filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B #
(3) Proposed Order) filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE
9778]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||824|F|0.10||22.00|20200110|B
310||A104|YG|Receive and Response to Debtor's Objection to Claims (Number(s): 48085)
Related to document: [9551] Debtor's Omnibus Objection to Claims One Hundred and
First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto
Rico Highways and Transportation Authority, and Employees Retirement System of the
Government of the Commonwealth filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit) Dianne Martinez Rivera, pro se. [DE
9802]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||825|F|0.10||22.00|20200110|B
310||A104|YG|Receive and analyze Notice of Adjournment of Hearing on the
Fifty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico
with Respect to Proofs of Claim of Davidson Kempner Distressed Opportunities
International LTD. (Claim No. 147091) and Sculptor Credit Opportunities Master Fund,
LTD. (Claim No. 136008) Related to document: [7284] Debtor's Omnibus Objection to
Claims Fifty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico to Duplicate Claims of PBA Bondholders. filed by COMMONWEALTH OF PUERTO
RICO, The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. filed by  The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE 9807]|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||826|F|0.10||28.00|20200113|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 85472) Related to document: [9550] Debtor's Omnibus Objection to Claims
- One Hundredth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth of filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) Ruperta Pizarro Gonzalez, pro se and in
the Spanish language. [DE 9811]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||827|F|0.10||28.00|20200113|B
310||A104|KCS|Receive and analyze Notice of Participation (Employees Retirement
System) Related to document: [5580] MOTION / Omnibus Objection of Official Committee
of Unsecured Creditors to Claims Asserted By Holders of Bonds Issued By Employees
Retirement System of Government of Puerto Rico filed by Official Committee of
Unsecured Creditors, [5586] MOTION Objection of Official Committee of Unsecured
Creditors to Claims Asserted by Oaktree Funds that Hold Bonds Issued by Employees
Retirement System of Government of Puerto Rico filed by Official Committee of
Unsecured Creditors (Attachments: # (1) Letter in Spanish) filed by Samuel Padua
Flores. [DE 9810]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||828|F|0.10||28.00|20200113|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 3447 and 49920) Relative to: [9550] Debtor's Omnibus Objection to Claims
- One Hundredth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth of filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit - in Spanish # (2) Envelope) Carmen Maria
Guadarrama Camacho, pro se. [DE 9812]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||829|F|0.10||28.00|20200113|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 30082) Related to document: [9558] Debtor's Omnibus Objection to Claims
- One Hundred and Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
VILMA YOLANDA GONZALEZ VELEZ, pro se and in the Spanish language. [DE
9816]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||830|F|0.10||28.00|20200113|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 110338) Related to document: [9561] Debtor's Omnibus Objection to Claims
One Hundred and Eleventh Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Alfredo Garcia Cruz, pro se and in the Spanish language. [DE
9815]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||831|F|0.10||28.00|20200113|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 85530) Related to document: [9567] Debtor's Omnibus Objection to Claims
- One Hundred Seventeenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Iris
E. Santiago Hernandez, pro se and in the Spanish language. [DE
9814]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||832|F|0.10||28.00|20200113|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 7612) Related to document: [9548] Debtor's Omnibus Objection to Claims
Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit - in Spanish # (2) Envelope) Juan M. Cruz
Santana, pro se. [DE 9813]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||833|F|0.10||28.00|20200113|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 52239) Related to document: [8969] Debtor's Omnibus Objection to Claims
Eighty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by COMMONWEALTH OF PUERTO RICO,
THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO
RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY (Attachments: # (1) Exhibit
# (2) Envelope) Lourdes C. Rodriguez Lugo, pro se and in the Spanish language. [DE
9818]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||834|F|0.10||28.00|20200113|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 5089) Related to: [9550] Debtor's Omnibus Objection to Claims - One
Hundredth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth of filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Wilda Hernandez Crespo, pro
se and in the Spanish language. [DE 9819]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||835|F|0.20||56.00|20200113|B
310||A104|KCS|Receive and analyze Supplemental Response to Debtor's Objection to
Claims (Number(s): 6890) Relative to: [9566] Debtor's Omnibus Objection to Claims -
One Hundred Sixteenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonw filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Emma A. Rosa
Rodriguez, pro se and in the Spanish language. [DE 9820]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||836|F|0.10||28.00|20200113|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 90738) Related to document: [9562] Debtor's Omnibus Objection to Claims
One Hundred and Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwe filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Maria E. Gonzalez
Gonzalez, pro se and in the Spanish language. [DE 9826]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||837|F|0.10||20.00|20200113|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 96339) Relative to document: [9567] Debtor's Omnibus Objection to Claims
- One Hundred Seventeenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Common filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) JOSE A SANTIAGO
HERNANDEZ, pro se and in the Spanish language. [DE 9822]|66-0554116|200.00|Ortiz,

Exhibit G-1 January 2020- 505163.TXT

Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||838|F|0.10||20.00|20200113|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 51061) Related to document: [9567] Debtor's Omnibus Objection to Claims
- One Hundred Seventeenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Common filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) JOSE A SANTIAGO
HERNANDEZ, pro se and in the Spanish language. [DE 9821]|66-0554116|200.00|Ortiz,
Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||839|F|0.20||40.00|20200113|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 57682) Related to document: [9566] Debtor's Omnibus Objection to Claims
- One Hundred Sixteenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonw filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Nilda Colon Rivera,
pro se and in the Spanish language. [DE 9828]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||840|F|0.10||22.00|20200113|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 56057) Related to document: [9562] Debtor's Omnibus Objection to Claims
One Hundred and Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwe filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Maria E. Gonzalez
Gonzalez, pro se and in the Spanish language. [DE 9827]|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||841|F|0.20||44.00|20200113|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 94278) Related to document: [9560] Debtor's Omnibus Objection to Claims
- One Hundred Tenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealt filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Nilda Colon Rivera, pro se and in the Spanish language. [DE
9829]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||842|F|0.20||44.00|20200113|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 57682) Related to document: [9566] Debtor's Omnibus Objection to Claims
- One Hundred Sixteenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonw filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Nilda Colon Rivera,

Exhibit G-1 January 2020- 505163.TXT

pro se and in the Spanish language. [DE 9828]|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||843|F|0.10||28.00|20200113|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 50918) Relative to document: [9564] Debtor's Omnibus Objection to Claims
One Hundred and Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth
of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commo filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Migdalia Ortiz
Rosado, pro se and in the Spanish language. [DE 9830]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||844|F|0.10||28.00|20200113|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 95648) Relative to document: [9564] Debtor's Omnibus Objection to Claims
One Hundred and Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth
of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commo filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Migdalia Ortiz
Rosado, pro se and in the Spanish language. [DE 9831]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||845|F|0.10||28.00|20200113|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 44006) Related to document: [9553] Debtor's Omnibus Objection to Claims
One Hundred and Third Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonweal filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Hector Pellot Cruz, pro se and in the Spanish language. [DE
9833]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||846|F|0.10||20.00|20200113|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 27736) Relative to: [9574] Debtor's Omnibus Objection to Claims One
Hundred Twenty-Second Omnibues Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highway and Transportation Authority, and Employees
Retirement System of the Government of the Common filed by COMMONWEALTH OF PUERTO
RICO (Attachments: # (1) Exhibit # (2) Envelope) Hector Pellot Cruz, pro se and in
the Spanish language. [DE 9835]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||847|F|0.10||20.00|20200114|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 230) Related to document: [9548] Debtor's Omnibus Objection to Claims
Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) filed by ROBERT CRUZ SOTO, pro se (in the

Exhibit G-1 January 2020- 505163.TXT

Spanish Language). [DE 9854]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||848|F|0.10||20.00|20200114|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 109125 & 110723) Relative to document: [9565] Debtor's Omnibus Objection
to Claims One Hundred and Fifteenth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) filed by Jacob
Rivera Concepcion, pro se (in the Spanish Language). [DE
9853]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||849|F|0.10||22.00|20200114|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 70933) Relative to document: [9553] Debtor's Omnibus Objection to Claims
One Hundred and Third Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Rosa
E. Perez Agosto, pro se and in the Spanish language. [DE
9855]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||850|F|0.10||22.00|20200114|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 7942) Relative to: [9569] Debtor's Omnibus Objection to Claims - One
Hundred Nineteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) filed by Efrain O. Cornier Lancara, pro se
(in the Spanish Language). [DE 9856]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||851|F|0.10||22.00|20200114|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 46256) Related to document: [9563] Debtor's Omnibus Objection to Claims
One Hundred and Thirteenth Omnibus Objection (Non-Substantive) of the Commonwealth
of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commnwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Luz Y. Castro
Estrada, pro se and in the Spanish language. [DE 9857]|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||852|F|0.10||28.00|20200114|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 88131) Related to document: [9565] Debtor's Omnibus Objection to Claims
One Hundred and Fifteenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)

Exhibit G-1 January 2020- 505163.TXT

Angelica Rivera Irizarry, pro se and in the Spanish language. [DE
9859]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||853|F|0.10||22.00|20200114|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 1045) Related to document: [9547] Debtor's Omnibus Objection to Claims
Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth  filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Envelope) Pedro A. Casiano, pro se. [DE
9860]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||854|F|0.10||28.00|20200114|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 28370) Related to document: [9549] Debtor's Omnibus Objection to Claims
Ninety-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) filed by ALBERTO FELICIANO
VARELA, pro se (in the Spanish Language). [DE 9861]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||855|F|0.30||84.00|20200114|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 90617) Relative to document: [9554] Debtor's Omnibus Objection to Claims
- One Hundred and Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico and Employees Retirement System of the Government of the Commonwealth of
Puerto Rico to Deficient Claims Asserting filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) filed by Rosa Esther
Ramirez Miranda , pro se (in the Spanish Language). [DE
9882]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||856|F|0.10||28.00|20200114|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 103481) Relative to document: [9561] Debtor's Omnibus Objection to
Claims One Hundred and Eleventh Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Jesus M. Georgi Rodriguez, pro se and in the Spanish language. [DE
9883]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||857|F|0.10||20.00|20200114|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 91482) Related to document: [9561] Debtor's Omnibus Objection to Claims
One Hundred and Eleventh Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the

Exhibit G-1 January 2020- 505163.TXT

Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Jesus M. Georgi Rodriguez, pro se and in the Spanish language. [DE
9884]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||858|F|0.10||20.00|20200114|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 96662) Relative to document: [9561] Debtor's Omnibus Objection to Claims
One Hundred and Eleventh Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Jesus M. Georgi Rodriguez, pro se and in the Spanish language. [DE
9885]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||859|F|0.20||40.00|20200114|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 106655) Relative to document: [9550] Debtor's Omnibus Objection to
Claims - One Hundredth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth of filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by Migdalia Gonzalez Vega, pro se (in the Spanish Language). [DE
9886]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||860|F|0.10||28.00|20200114|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 91482) Related to document: [9561] Debtor's Omnibus Objection to Claims
One Hundred and Eleventh Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Jesus M. Georgi Rodriguez, pro se and in the Spanish language. [DE
9884]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||861|F|0.10||22.00|20200114|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 76629) Relative to document: [9548] Debtor's Omnibus Objection to Claims
Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Judith Del C. Guzman
Nogueras, pro se and in the Spanish language. [DE 9888]|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||862|F|0.10||22.00|20200114|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 16333) Relative to document: [9554] Debtor's Omnibus Objection to Claims
- One Hundred and Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico and Employees Retirement System of the Government of the Commonwealth of

Exhibit G-1 January 2020- 505163.TXT

Puerto Rico to Deficient Claims Asserting filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) filed by Maria V. Perez
Rodriguez, pro se (in the Spanish Language). [DE 9876]|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||863|F|0.10||28.00|20200114|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 79884) Relative to document: [9553] Debtor's Omnibus Objection to Claims
One Hundred and Third Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by Tomas Ortiz Rosado, pro se (in the Spanish Language). [DE
9874]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||864|F|0.10||28.00|20200114|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 86474, 87677, 98817, 99074 and 105528, 103262) Relative to document:
[9565] Debtor's Omnibus Objection to Claims One Hundred and Fifteenth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit # (2) Envelope) Madeline Rivera Rodriguez, pro se and in the Spanish
language. [DE 9878]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||865|F|0.20||44.00|20200114|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 43868) Relative to document: [8983] Debtor's Omnibus Objection to Claims
Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by COMMONWEALTH OF PUERTO RICO,
THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO
RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY (Attachments: # (1) Exhibit
# (2) Envelope) filed by Blanca M. Cubero Vega, pro se (in the Spanish Language).
[DE 9879]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||866|F|0.10||20.00|20200114|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 96454) Relative to document: [9563] Debtor's Omnibus Objection to Claims
One Hundred and Thirteenth Omnibus Objection (Non-Substantive) of the Commonwealth
of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Carmen Montes Monsegur, pro se. [DE 9862]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||867|F|0.10||20.00|20200114|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 30439) Relative to document: [9572] Debtor's Omnibus Objection to Claims
- One Hundred Twenty-First Omnibus Objection (Non-Substantive) of the Commonwealth

Exhibit G-1 January 2020- 505163.TXT

of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) Elisa Morales
Morales, pro se and in the Spanish language. [DE 9863]|66-0554116|200.00|Ortiz,
Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||868|F|0.10||20.00|20200114|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 32733) Relative to document: [9550] Debtor's Omnibus Objection to Claims
- One Hundredth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth of filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) filed by CARLOS E. IRIZARRY
RIVERA, pro se (in the Spanish Language). [DE 9864]|66-0554116|200.00|Ortiz, Neyla
L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||869|F|0.10||20.00|20200114|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 104930 and 101579) Relative to document: [9556] Debtor's Omnibus
Objection to Claims - One Hundred and Sixth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonw filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [9566] Debtor's Omnibus Objection to Claims -
One Hundred Sixteenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonw filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Zoraida Saavedra
Barreto, pro se and in the Spanish language. [DE 9865]|66-0554116|200.00|Ortiz,
Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||870|F|0.10||20.00|20200114|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 83900) Related to document: [9563] Debtor's Omnibus Objection to Claims
One Hundred and Thirteenth Omnibus Objection (Non-Substantive) of the Commonwealth
of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) Mercedes Martinez
Santiago, pro se and in the Spanish language. [DE 9867]|66-0554116|200.00|Ortiz,
Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||871|F|0.10||20.00|20200114|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 84455) Relative to document: [9565] Debtor's Omnibus Objection to Claims
One Hundred and Fifteenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the

Exhibit G-1 January 2020- 505163.TXT

Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) Julio Rivera
Martinez, pro se and in the Spanish languagee. [DE 9868]|66-0554116|200.00|Ortiz,
Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||872|F|0.10||22.00|20200114|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 43794) Related to document: [8980] Debtor's Omnibus Objection to Claims
Ninety-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico
and Employees Retirement System of the Government of the Commonwealth of Puerto Rico
to Deficient Claims Asserting Interests Bas filed by COMMONWEALTH OF PUERTO RICO,
THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
(Attachments: # (1) Exhibit # (2) Envelope) filed by Hilda L. Soberal Perez, pro se
(in the Spanish Language). [DE 9869]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||873|F|0.10||22.00|20200114|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 57605) Related to document: [9549] Debtor's Omnibus Objection to Claims
Ninety-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Jeannette Falcon Ayala, pro
se and in the Spanish language. [DE 9870]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||874|F|0.10||22.00|20200114|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 97912) Related to document [9563] Debtor's Omnibus Objection to Claims
One Hundred and Thirteenth Omnibus Objection (Non-Substantive) of the Commonwealth
of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by Maria I. Montes Monsegur, pro se. [DE 9871]|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||875|F|0.20||40.00|20200114|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 88652) Related to document: [9563] Debtor's Omnibus Objection to Claims
One Hundred and Thirteenth Omnibus Objection (Non-Substantive) of the Commonwealth
of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Ramon Medina Galindo, pro se and in the Spanish language. [DE
9871]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||876|F|0.10||20.00|20200114|B
310||A104|NLO|Receive and analyze Supplemental Objection to Related document:[9718]
MOTION - Amended Motion For Entry Of An Order (A) Authorizing Alternative Dispute
Resolution Procedures, (B) Approving Additional Forms of Notice, and (C) Granting
Related Relief relative to:[7224] MOTION for Entry of an Order (A) Authorizing
Alternative Di filed by COMMONWEALTH OF PUERTO RICO, PUERTO RICO ELECTRIC POWER
AUTHORITY, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF

Page 107

Exhibit G-1 January 2020- 505163.TXT

PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, PUBLIC BUILDINGS
AUTHORITY OF PUERTO RICO, The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. filed by
Servicios Integrales de la Montana. [DE 9880]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||877|F|1.40||308.00|20200114|
B310||A104|YG|Receive and analyze Debtor's Omnibus Objection to Claims One Hundred
Twenty-Eight Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transpiration Authority, and Employees Retirement System of
the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
Interests Based on Salary Demands, Employment or Services Provided (Attachments: #
(1) Exhibit A # (2) Exhibit Anexo A # (3) Exhibit B # (4) Exhibit C # (5) Exhibit D)
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE 9900, 386
pgs.]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||878|F|1.40||308.00|20200114|
B310||A104|YG|Receive and analyze Debtor's Omnibus Objection to Claims One Hundred
Twenty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico and Employees Retirement System of the Government of the Commonwealth of Puerto
Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or
Services Provided (Attachments: # (1) Exhibit A # (2) Exhibit Anexo A # (3) Exhibit
B # (4) Exhibit C # (5) Exhibit D) filed by The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
[DE 9897, 388 pgs.]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||879|F|1.40||308.00|20200114|
B310||A104|YG|Receive and analyze Debtor's Omnibus Objection to Claims One Hundred
Twenty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
Interests Based on Salary Demands, Employment or Services Provided (Attachments: #
(1) Exhibit A # (2) Exhibit Anexo A # (3) Exhibit B # (4) Exhibit C # (5) Exhibit D)
filed by  The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE 9894, 387
pgs.]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||880|F|1.40||308.00|20200114|
B310||A104|YG|Receive and analyze Debtor's Omnibus Objection to Claims One Hundred
Twenty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
Interests Based on Salary Demands, Employment or Services Provided (Attachments: #
(1) Exhibit A # (2) Exhibit Anexo A # (3) Exhibit B # (4) Exhibit C # (5) Exhibit D)
filed by  The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE 9893, 387
pgs.]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||881|F|1.40||280.00|20200114|
B310||A104|NLO|Receive and analyze Debtor's Omnibus Objection to Claims One Hundred
Twenty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth of Puerto Rico to Deficient Claims

Exhibit G-1 January 2020- 505163.TXT
Asserting Interests Based on Salary Demands, Employment or Services Provided.
(Attachments: # (1) Exhibit A # (2) Exhibit Anexo A # (3) Exhibit B # (4) Exhibit C
# (5) Proposed Notice D) filed by The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE 9892,
387 pgs.]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||882|F|0.10||20.00|20200114|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 69934) Related to document: [9555] Debtor's Omnibus Objection to Claims
One Hundred and Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Israel Rivera Medina, pro se and in the Spanish language. [DE
9904]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||883|F|0.10||28.00|20200114|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 96969) Relative to document: [9561] Debtor's Omnibus Objection to Claims
One Hundred and Eleventh Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by MARIA DEL CARMEN FUENTES ORTIZ, pro se (in the Spanish Language). [DE
9902]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||884|F|0.20||56.00|20200114|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 62344) Related to document: [9564] Debtor's Omnibus Objection to Claims
One Hundred and Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth
of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commoonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Iris
Benita Pacheco Calderon, pro se and in the Spanish language. [DE
9909]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||885|F|0.30||84.00|20200114|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 2183) Relative to document: [9569] Debtor's Omnibus Objection to Claims
- One Hundred Nineteenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by Carmen Rosa Carrillo Rodriguez, pro se. [DE 9910]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||886|F|0.30||84.00|20200114|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 85446) Related to document: [9566] Debtor's Omnibus Objection to Claims

Exhibit G-1 January 2020- 505163.TXT

- One Hundred Sixteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Gloria M. Rivera Villalobos, pro se and in the Spanish language. [DE 9913]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||887|F|0.10||28.00|20200114|B 310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 81529) Related document: [9556] Debtor's Omnibus Objection to Claims - One Hundred and Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) filed by Blanca E. Rosario Sotomayor, pro se (in the Spanish Language). [DE 9914]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200131||888|F|0.10||28.00|20200114|B 310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 38417) Related document: [9576] Debtor's Omnibus Objection to Claims One Hundred Twenty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Sandra G. Torres Serrano, pro se and in the Spanish language. [DE 9916]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||889|F|0.10||22.00|20200114|B 310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 92470) Relative to document: [9566] Debtor's Omnibus Objection to Claims - One Hundred Sixteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) filed by Marta Rodriguez Sanchez, pro se (in the Spanish Language). [DE 9918]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||890|F|0.10||22.00|20200114|B 310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 33060) Related document: [9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Angelica Carrasco Santos, pro se and in the Spanish language. [DE 9919]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||891|F|0.10||22.00|20200114|B

Exhibit G-1 January 2020- 505163.TXT

310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 18398) Related document [9572] Debtor's Omnibus Objection to Claims -
One Hundred Twenty-First Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) filed by Elisa
Morales Morales, pro se (in the Spanish Language). [DE
9922]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||892|F|0.10||20.00|20200114|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 67474) Related to: [9561] Debtor's Omnibus Objection to Claims One
Hundred and Eleventh Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. filed by ISABEL M FULLANA on behalf of Francisco
Diaz- Lopez. [DE 9924]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||893|F|1.30||260.00|20200115|
B310||A104|NLO|Receive and analyze Debtor's Omnibus Objection to Claims One Hundred
Thirtieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transpiration Authority, and Employees Retirement System of
the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
Interests Based on Salary Demands, Employment or Services Provided (Attachments: #
(1) Exhibit A # (2) Exhibit Anexo A # (3) Exhibit B # (4) Exhibit C # (5) Exhibit D)
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE 9903, 385
pgs.]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||894|F|1.30||260.00|20200115|
B310||A104|NLO|Receive and analyze Debtor's Omnibus Objection to Claims One Hundred
Thirty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
Interests Based on Salary Demands, Employment or Services Provided (Attachments: #
(1) Exhibit A # (2) Anexo A # (3) Exhibit B # (4) Exhibit C # (5) Exhibit D) filed
by The Financial Oversight and Management Board for Puerto Rico, as Representative
of the Commonwealth of Puerto Rico, et al. [DE 9905, 385
pgs.]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||895|F|1.30||364.00|20200115|
B310||A104|KCS|Receive and analyze Debtor's Omnibus Objection to Claims One Hundred
Thirty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
Interests Based on Salary Demands, Employment or Services Provided (Attachments: #
(1) Exhibit A # (2) Anexo A # (3) Exhibit B # (4) Exhibit C # (5) Proposed Order)
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE 9907, 385
pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

Exhibit G-1 January 2020- 505163.TXT
20200131|505163|1600|01001|104516.50|20200101|20200131||896|F|1.30||364.00|20200115|
B310||A104|KCS|Receive and analyze Debtor's Omnibus Objection to Claims One Hundred
Thirty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth of Puerto Rico to Deficient Claims
Asserting Interests Based on Salary Demands, Employment or Services Provided
(Attachments: # (1) Exhibit A # (2) Anexo A # (3) Exhibit B # (4) Exhibit C # (5)
Proposed Order) filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE 9906, 386
pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||897|F|1.30||364.00|20200115|
B310||A104|KCS|Receive and analyze Debtor's Omnibus Objection to Claims One Hundred
Thirty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth of Puerto Rico to Deficient Claims
Asserting Interests Based on Salary Demands, Employment or Services Provided
(Attachments: # (1) Exhibit A # (2) Anexo A # (3) Exhibit B # (4) Exhibit C # (5)
Proposed Order) filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE 9908, 385
pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||898|F|1.30||364.00|20200115|
B310||A104|KCS|Receive and analyze Debtor's Omnibus Objection to Claims One Hundred
Thirty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
Interests Based Upon Unspecified Puerto Rico Statutes (Attachments: # (1) Exhibit A
# (2) Anexo A # (3) Exhibit B # (4) Exhibit C # (5) Proposed Order) filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE 9911, 378 pgs.]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||899|F|1.30||364.00|20200115|
B310||A104|KCS|Receive and analyze Debtor's Omnibus Objection to Claims One Hundred
Thirty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
Interests Based Upon Unspecified Puerto Rico Statutes (Attachments: # (1) Exhibit A
# (2) Anexo A # (3) Exhibit B # (4) Exhibit C # (5) Proposed Order) filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE 9921, 378 pgs.]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||900|F|1.30||364.00|20200115|
B310||A104|KCS|Receive and analyze Debtor's Omnibus Objection to Claims One Hundred
Thirty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth of Puerto Rico to Deficient Claims
Asserting Interests Based Upon Unspecified Puerto Rico Statutes (Attachments: # (1)
Exhibit A # (2) Anexo A # (3) Exhibit B # (4) Exhibit C # (5) Proposed Order) filed
by The Financial Oversight and Management Board for Puerto Rico, as Representative

Exhibit G-1 January 2020- 505163.TXT
of the Commonwealth of Puerto Rico, et al. [DE 9917, 379
pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||901|F|1.30||286.00|20200115|
B310||A104|YG|Receive and analyze Debtor's Omnibus Objection to Claims One Hundred
Thirty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth of Puerto Rico to Deficient Claims
Asserting Interests Based Upon Unspecified Puerto Rico Statutes (Attachments: # (1)
Exhibit A # (2) Anexo A # (3) Exhibit B # (4) Exhibit C # (5) Proposed Order) filed
by The Financial Oversight and Management Board for Puerto Rico, as Representative
of the Commonwealth of Puerto Rico, et al. [DE 9913, 376
pgs.]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||902|F|1.30||286.00|20200115|
B310||A104|YG|Receive and analyze Debtor's Omnibus Objection to Claims One Hundred
Thirty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
Interests Based Upon Unspecified Puerto Rico Statutes (Attachments: # (1) Exhibit A
# (2) Anexo A # (3) Exhibit B # (4) Exhibit C # (5) Proposed Order) filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE 9912, 377 pgs.]|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||903|F|0.10||22.00|20200115|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 69934) Related to: [9555] Debtor's Omnibus Objection to Claims One
Hundred and Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Israel Rivera Medina, pro
se and in the Spanish language. [DE 9904]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||904|F|0.10||22.00|20200115|B
310||A104|YG|Receive and analyze ORDER related to: [9840] MOTION Authorization to
Withdraw Motion filed by Windmar Renewable Energy, Inc. The Motion to Lift of Stay
(Docket Entry No. [9666]) filed by Windmar Renewable Energy SE is withdrawn. [DE
9923]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||905|F|0.10||20.00|20200116|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 40207) Related to: [9576] Debtor's Omnibus Objection to Claims One
Hundred Twenty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) filed by Mildred
Vazquez Diaz, pro se. [DE 9948]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||906|F|0.20||40.00|20200116|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 72232) Related to: [9550] Debtor's Omnibus Objection to Claims - One

Exhibit G-1 January 2020- 505163.TXT
Hundredth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth of filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) filed by Maria M. Jimenez Padro, pro se
[DE 9949]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||907|F|0.10||20.00|20200116|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 39373) Related to: [8969] Debtor's Omnibus Objection to Claims
Eighty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by COMMONWEALTH OF PUERTO RICO,
THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO
RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY (Attachments: # (1) Exhibit)
filed by Zaida Rossy Padilla, pro se (in the Spanish Language). [DE
9950]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||908|F|0.40||112.00|20200116|
B310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 1881) Related to: [9555] Debtor's Omnibus Objection to Claims One
Hundred and Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) MARIA RODRIGUEZ RODRIGUEZ, pro se and in
the Spanish language. [DE 9951]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||909|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 101330) Related to: [9564] Debtor's Omnibus Objection to Claims One
Hundred and Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) filed by Olga Ortiz
Rivera, pro se (in the Spanish Language). [DE 9952]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||910|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 98462) Related to: [9564] Debtor's Omnibus Objection to Claims One
Hundred and Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Dinah E. Cardona
Ortiz, pro se and in the Spanish language. [DE 9956]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||911|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 109340) Related to: [9567] Debtor's Omnibus Objection to Claims - One

Exhibit G-1 January 2020- 505163.TXT

Hundred Seventeenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Maria V. Toro Sola,
pro se and in the Spanish language. [DE 9955]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||912|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 109346) Related to: [9564] Debtor's Omnibus Objection to Claims One
Hundred and Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) filed by Ada E.
Moura Gracia, pro se (in the Spanish Language). [DE 9954]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||913|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 108780) Related to: [9561] Debtor's Omnibus Objection to Claims One
Hundred and Eleventh Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Israel Franco
Sanchez, pro se and in the Spanish language. [DE 9953]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||914|F|0.40||112.00|20200116|
B310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 6531) Related to: [9547] Debtor's Omnibus Objection to Claims
Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) filed by Claudio Burgos Maldonado, pro se.
[DE 9957]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||915|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 106325) Related to: [9563] Debtor's Omnibus Objection to Claims One
Hundred and Thirteenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Dora Montanez
Rivera, pro se and in the Spanish language. [DE 9958]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||916|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims

Exhibit G-1 January 2020- 505163.TXT

(Number(s): 32208) Related to: [9569] Debtor's Omnibus Objection to Claims - One
Hundred Nineteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) filed by Ilka J. Ayala Baez, pro se (in
the Spanish Language). [DE 9959]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||917|F|0.10||20.00|20200116|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 23362) Related to: [9566] Debtor's Omnibus Objection to Claims - One
Hundred Sixteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) Gladys Ana Roman Miro, pro se and in the
Spanish language. [DE 9960]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||918|F|0.10||20.00|20200116|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 102047) Related to: [9572] Debtor's Omnibus Objection to Claims - One
Hundred Twenty-First Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. filed by Luz Minerva Carmona Marquez, pro se (in
the Spanish language). [DE 9961]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||919|F|0.10||20.00|20200116|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 88743) Related to: [9572] Debtor's Omnibus Objection to Claims - One
Hundred Twenty-First Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Emilio Melia
Rodriguez, pro se. [DE 9962]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||920|F|0.10||20.00|20200116|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 46722) Related to: [9554] Debtor's Omnibus Objection to Claims - One
Hundred and Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico and Employees Retirement System of the Government of the Commonwealth of Puerto
Rico to Deficient Claims Asserting filed by The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit) Jesus Rabell Mendez, pro se. [DE
9964]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||921|F|0.10||22.00|20200116|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 109353) Related to: [9565] Debtor's Omnibus Objection to Claims One
Hundred and Fifteenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees

Exhibit G-1 January 2020- 505163.TXT

Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) filed by Alda C.
Redinger, pro se (in the Spanish Language). [DE 9965]|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||922|F|0.10||22.00|20200116|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 9148) Related to: [9570] Debtor's Omnibus Objection to Claims - One
Hundred Twentieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) filed by Raquel Gonzalez Rivera, pro se.
[DE 9967]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||923|F|0.10||22.00|20200116|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 9837) Related toe: [9547] Debtor's Omnibus Objection to Claims
Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Proposed Order # (2) Exhibit) Margarita Clemente
Tapia, pro se. [DE 9966]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||924|F|0.10||22.00|20200116|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 28243) Related to: [9550] Debtor's Omnibus Objection to Claims - One
Hundredth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth of filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) filed by Felix Ivan Pena, pro se (in the
Spanish Language). [DE 9968]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||925|F|0.10||22.00|20200116|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 11823) Related to: [9552] Debtor's Omnibus Objection to Claims - One
Hundred and Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) filed by Aracelis Nazario Torres, pro se.
[DE 9963]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||926|F|0.20||44.00|20200116|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 22062) Related to: [9547] Debtor's Omnibus Objection to Claims
Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth of P filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of

Exhibit G-1 January 2020- 505163.TXT

Puerto Rico, et al. (Attachments: # (1) Exhibit) filed by Mayra Luz Colon Garcia, pro se (in the Spanish Language). [DE 9969]  And motion for leave to file docuemtn in Spanish. [DE 9970]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||927|F|0.10||20.00|20200116|B 310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 106251) Related to: [9564] Debtor's Omnibus Objection to Claims One Hundred and Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) filed by Mayra Pagan Lopez, pro se (in the Spanish Language) [DE 9972]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||928|F|0.10||20.00|20200116|B 310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 55490) Related to: [9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Juan C. Calderon Miranda, pro se and in the Spanish language. [DE 9973]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||929|F|0.10||20.00|20200116|B 310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 51157) Related to: [9576] Debtor's Omnibus Objection to Claims One Hundred Twenty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) filed by Angel L. Santiago Hernandez, pro se (in the Spanish Language). [DE 9974]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||930|F|0.10||28.00|20200116|B 310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 30990) Related to: [9576] Debtor's Omnibus Objection to Claims One Hundred Twenty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Zaida Ramos Clemente, pro se and in the Spanish language. [DE 9975]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||931|F|0.10||28.00|20200116|B 310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 107382) Related to: [9563] Debtor's Omnibus Objection to Claims One Hundred and Thirteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial

Exhibit G-1 January 2020- 505163.TXT

Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Noemi Martinez
Rivera, pro se and in the Spanish language. [DE 9976]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||932|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 104697) Related to: [9564] Debtor's Omnibus Objection to Claims One
Hundred and Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by Marta Perez Ruiz, pro se. [DE 9977]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||933|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 41051/41566) Related to: [9558] Debtor's Omnibus Objection to Claims -
One Hundred and Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Common filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al., [9576] Debtor's Omnibus Objection to Claims One Hundred
Twenty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Envelope) filed by Hector Francisco Vallejo Moreno,
pro se (in the Spanish Language). [DE 9978]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||934|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 108897) Relative to: [9560] Debtor's Omnibus Objection to Claims - One
Hundred Tenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) Nancy R. Colon Vazquez, pro se and in the
Spanish language. [DE 9979]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||935|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 34060/34862/31627) Relative to: [9546] Debtor's Omnibus Objection to
Claims - Ninety-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth of filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [9569] Debtor's Omnibus Objection to Claims -
One Hundred Nineteenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees

Exhibit G-1 January 2020- 505163.TXT

Retirement System of the Government of the Common filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) filed by Maricelis Baez Lopez, pro se (in the Spanish Language) [DE 9982]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||936|F|0.10||28.00|20200116|B 310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 54126) Related to: [9553] Debtor's Omnibus Objection to Claims One Hundred and Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) filed by Yolanda Ocasio, pro se (in the Spanish Language). [DE 9980]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||937|F|0.10||28.00|20200116|B 310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 92336) Related to: [9567] Debtor's Omnibus Objection to Claims - One Hundred Seventeenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Magda L. Santana Rodriguez, pro se and in the Spanish language. [DE 9981]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||938|F|0.10||28.00|20200116|B 310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 101190) Related to: [9564] Debtor's Omnibus Objection to Claims One Hundred and Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Raquel A. Pagani Padilla, pro se and in the Spanish language. [DE 9983]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||939|F|0.10||22.00|20200116|B 310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 76378) Related to: [9551] Debtor's Omnibus Objection to Claims One Hundred and First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) filed by Luis Alberto Lopez Rodriguez, pro se (in the Spanish Language). [DE 9984]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||940|F|0.10||22.00|20200116|B 310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 88030) Related to: [9559] Debtor's Omnibus Objection to Claims One Hundred and Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto

Exhibit G-1 January 2020- 505163.TXT

Rico and Employees Retirement System of the Government of the Commonwealth of Puerto
Rico to Deficient Claims Asserting Inte filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) Blanca I. Baez Salas, pro se and in the
Spanish language. [DE 9986]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||941|F|0.10||22.00|20200116|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 26956/26403/40832) Related to: [9552] Debtor's Omnibus Objection to
Claims - One Hundred and Second Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by Marisela Muriel Sustache, pro se (in the Spanish Language). [DE
9987]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||942|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 76378) Related to: [9551] Debtor's Omnibus Objection to Claims One
Hundred and First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) filed by Luis Alberto Lopez
Rodriguez, pro se (in the Spanish Language). [DE 9984]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||943|F|0.10||20.00|20200116|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 105363) Related to: [9552] Debtor's Omnibus Objection to Claims - One
Hundred and Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) MADELINE MEDINA DURAN, pro
se and in the Spanish language. [DE 9991]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||944|F|0.10||20.00|20200116|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 91026) Related to: [9560] Debtor's Omnibus Objection to Claims - One
Hundred Tenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Nilda Cruz Santiago, pro se
and in the Spanish language. [DE 9992]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||945|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 97435) Related to: [9567] Debtor's Omnibus Objection to Claims One
Hundred Seventeenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees

Exhibit G-1 January 2020- 505163.TXT

Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Luis
Alfredo Sanchez Ojeda, pro se and in the Spanish language. [DE
9994]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||946|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 83646) Related to: [9572] Debtor's Omnibus Objection to Claims - One
Hundred Twenty-First Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Mildred Pacheco Troche, pro se and in the Spanish language. [DE
9995]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||947|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 79641) Related to: [9568] Debtor's Omnibus Objection to Claims - One
Hundred Eighteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) filed by Rita M. Torres
Ortiz, pro se and in the Spanish Language. [DE 9997]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||948|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 39412) Related to: [9569] Debtor's Omnibus Objection to Claims - One
Hundred Nineteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) filed by Maribel Cruz
Acevedo, pro se and in the Spanish Language. [DE 10000]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||949|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 99265) Related to: [8976] Debtor's Omnibus Objection to Claims
Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) Elba Iris Martinez Arroyo, pro se and in
Spanish. [DE 10002]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||950|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 44594) Related to: [9558] Debtor's Omnibus Objection to Claims - One
Hundred and Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto

Exhibit G-1 January 2020- 505163.TXT

Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) LISANDRA VALENTIN VILLEGAS, pro se and in Spanish. [DE 10003]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||951|F|0.10||22.00|20200116|B 310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 1702) Related to: [9562] Debtor's Omnibus Objection to Claims One Hundred and Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. ZAIDA HERNANDEZ JIRAU, pro se and in Spanish. [DE 10005]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||952|F|0.10||22.00|20200116|B 310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 94602/99734/104746) Related to: [9561] Debtor's Omnibus Objection to Claims One Hundred and Eleventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) filed by Haydee Georgi Rodriguez , pro se and in the Spanish Language. [DE 10004]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||953|F|0.10||22.00|20200116|B 310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 61003) Related to: [9549] Debtor's Omnibus Objection to Claims Ninety-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Hermes R. Garcia Lozada, pro se and in Spanish. [DE 10006]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||954|F|0.10||22.00|20200116|B 310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 4570) Related to: [9551] Debtor's Omnibus Objection to Claims One Hundred and First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Elva I. Lorenzo Alers, pro se and in Spanish. [DE 10007]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||955|F|0.10||22.00|20200116|B 310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 101203) Related to: [9556] Debtor's Omnibus Objection to Claims - One Hundred and Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and

Exhibit G-1 January 2020- 505163.TXT

Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) filed by Brunilda Roman
Acosta, pro se and in the Spanish Language. [DE 10008]|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||956|F|0.10||22.00|20200116|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 84268) Related to: [9552] Debtor's Omnibus Objection to Claims - One
Hundred and Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) Eddier J. Muriel Lopez, pro se. [DE
10009]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||957|F|0.10||22.00|20200116|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 43360) Rlative toe: [9551] Debtor's Omnibus Objection to Claims One
Hundred and First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) Marilyn J. Lopez Burgos, pro se and in
Spanish. [DE 10010]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||958|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 49106) Related to: [9549] Debtor's Omnibus Objection to Claims
Ninety-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) Ana R. Figueroa Rivera, pro se and in
Spanish. [DE 10011]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||959|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 44461) Related to: [9549] Debtor's Omnibus Objection to Claims
Ninety-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) Ana R. Figueroa Rivera, pro se and in
Spanish. [DE 10012]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||960|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 47701) Related to: [9550] Debtor's Omnibus Objection to Claims - One
Hundredth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth of filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) filed by Maria A. Hernandez Jimenez, pro

Exhibit G-1 January 2020- 505163.TXT

se and in Spanish. [DE 10013]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||961|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 78057) Related to: [8976] Debtor's Omnibus Objection to Claims
Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) Nelly R. Lopez Marquez, pro se and in the
Spanish language. [DE 10016]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||962|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Motion Submitting Response to Debtor's Objection
(No Objection Appears on File) (Attachments: # (1) Proof of Claim) filed by Maria
Mabel Cardona Sierra, pro se and in the Spanish language. [DE
10015]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||963|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 83300) Related to: [9567] Debtor's Omnibus Objection to Claims - One
Hundred Seventeenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Carmen S. Santiago Hernandez, pro se and in the Spanish language. [DE
10017]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||964|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Motion Submitting Response to Debtor's Objection
(No Objection on File) (Attachments: # (1) Exhibit) filed by Juan R. Martinez
Garcia, pro se and in the Spanish language. [DE 10018]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||965|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Motion Submitting Response to Debtor's Objection
(No Objection on File) filed by Gloria Ramirez Diaz, pro se and in the Spanish
language. [DE 10019]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||966|F|0.10||22.00|20200116|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 68147) Related to: [9548] Debtor's Omnibus Objection to Claims
Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) Viviana Diaz Mulero, pro se and in the
Spanish language. [DE 10020]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||967|F|0.10||22.00|20200116|B
310||A104|YG|Receive and analyze Informative Motion Regarding Adjournment of Hearing
on COFINA'S Objection to the IRS POCs (ECF NO. 7419) Related to: [7419] Debtor's
Individual Objection of PUERTO RICO SALES TAX FINANCING CORPORATION to POCs of the
U.S. IRS (CLAIM NOS. 168648 AND 168885) filed by PUERTO RICO FISCAL AGENCY AND

Exhibit G-1 January 2020- 505163.TXT

FINANCIAL ADVISORY AUTHORITY filed by thw PUERTO RICO FISCAL AGENCY AND FINANCIAL
ADVISORY AUTHORITY. [DE 10021]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||968|F|0.60||132.00|20200116|
B310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 29049) Relative to: [9548] Debtor's Omnibus Objection to Claims
Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) Maria E. Cruz Lopez, in the Spanish
language. [DE 10022, 36 pages]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||969|F|0.10||22.00|20200116|B
310||A104|YG|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 4981) Relative to: [9552] Debtor's Omnibus Objection to Claims - One
Hundred and Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Juan B. Muniz Acevedo, pro
se and in the Spanish language. [DE 10023]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||970|F|0.20||40.00|20200116|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 40907) Related to: [9547] Debtor's Omnibus Objection to Claims
Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Florentina Borres Otero,
pro se and in the Spanish language. [DE 10024]|66-0554116|200.00|Ortiz, Neyla
L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||971|F|0.10||20.00|20200116|B
310||A104|NLO|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 77147) Related to: [9563] Debtor's Omnibus Objection to Claims One
Hundred and Thirteenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) DARCY R MARQUEZ
CORTES, pro se and in the Spanish language. [DE 10025]|66-0554116|200.00|Ortiz,
Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||972|F|1.10||220.00|20200116|
B310||A104|NLO|Receive and analyze Response and Objection to Related document:
[9731] Urgent motion for for Entry of an Order Approving Notice Procedures with
Respect to Omnibus Objection to Claims Filed or Asserted by Holders of Certain Bonds
Issued or Guaranteed by the Commonwealth Relative to: [9730] MOTION Omnibus
Objection of the Lawful C filed by Lawful Constitutional Debt Coalition, [9753]
Response to Motion filed by Official Committee of Unsecured Creditors (Attachments:
# (1) Declaration # (2) Exhibit A # (3) Exhibit B # (4) Exhibit C # (5) Exhibit D #

Exhibit G-1 January 2020- 505163.TXT

(6) Certificate of Service # (7) Envelope) filed by Peter C. Hein, pro se. [DE
10029, 85 pgs.]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||973|F|1.10||308.00|20200116|
B310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 16361, 19863, 30855) Related to: [9572] Debtor's Omnibus Objection to
Claims - One Hundred Twenty-First Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Magda I. Pacheco Rivera, pro se and in the Spanish language. [DE
10031]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||974|F|1.10||308.00|20200116|
B310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 27337) Related to: [9557] Debtor's Omnibus Objection to Claims One
Hundred and Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) Gladys E. Santiago
Rivera, pro se and in the Spanish language. [DE 10032]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||975|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Omnibus Objection (No Objection on
File) filed by Alberto Leon Colon (Attachments: # (1) Envelope) Alberto Leon Colon,
pro se and in the Spanish language. [DE 10030]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||976|F|1.10||308.00|20200116|
B310||A104|KCS|Receive and analyze Minute Entry for proceedings held before
Magistrate Judge Judith G. Dein. Motion Hearing held on 01/15/2020 Relative to:
[9698], [9719]. Court Reporter: Liza Marzilli. [DE 10033]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||977|F|0.60||168.00|20200116|
B310||A104|KCS|Receive and analyze Notice of Defective Pleading (Signed by Clerk on
1/16/2020 ) (Attachments: # (1) Defective Pleadings) filed by: Carmen S. Robles
Nieves, Gladyvel Rivera Marrero, Ivelisse Velez Melon, Sheila Cartagena Cartagena,
David Martinez Perez, Marilu Gonzalez Diaz, Gisela Oferrall Irizarry, Luz Ortiz
Ortiz, Elizabeth Pagan Velazquez, Esther M Carrero Rivera, Julia Medina Nunez, Ana
E. Cancel Torres, Victor Lugo Beauchamp, Elga I. Mattei Saez, Glenda Perez Perez,
Ada Nataes Salas, Iris N. Hicks Vazquez, Jose Peterson Laureano, Raquel Santiago
Cortes, Luz I. Rodriguez Burgos. [DE 10034, 107 pages]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||978|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze ORDER GRANTING [10014] Urgent motion Requesting
Extension of Time (7 days) to File Response to Movant's Request for Relief from
Automatic Stay Related to: [9686] Order Setting Briefing Schedule filed by
COMMONWEALTH OF PUERTO RICO. Related document: [9677] Motion for Relief From Stay
Under 362 [e]. filed by Centro de Orientacion y Ayuda Psiquiatrica, Inc. Responses

Exhibit G-1 January 2020- 505163.TXT

due by 1/22/2020 at 5:00 PM (AST). Reply due by: 1/27/2020 at 5:00 PM (AST).
Preliminary hearing on the Lift Stay Motion at the Omnibus Hearing scheduled for
January 29, 2020 at 9:30 a.m. (Atlantic Standard Time).  [DE
10035]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||979|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Notice of Defective Pleading (Signed by Clerk on
1/16/2020) (Attachments: # (1) Restricted Defective Filings with personal
identifiers LCv Rule 5.2) Filed by: Myrna Rivera Garcia, Zoraida Hernandez Mendoza,
Maria M. Martinez Ortiz, Kariam S. Vazquez Reyes, Kariam S. Vazquez Reyes, Wanda
Ivette Abril Leon, Jorge Ramos de Jesus. [DE 10035]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||980|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze ORDER (1) FURTHER EXTENDING THE DATE FOR THE
PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO FILE CREDITOR MATRIX AND (2) EXTENDING THE
DATE TO FILE CREDITOR LIST relative to:[9715] Urgent motion - Urgent Motion of The
Puerto Rico Buildings Authority for an Order (1) Further Extending The Date to File
Creditor Matrix and (2) Extending the Date to File Creditor List Relative to [9403]
Order filed by PUBLIC BUILDINGS AUTHORITY OF PUERTO RICO, The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. Signed by Judge Laura Taylor Swain on 01/16/2020.  [DE
10036]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||981|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 109555) Relative to: [9564] Debtor's Omnibus Objection to Claims One
Hundred and Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by Nilsa Ivette Ortiz Baez, pro se and in the Spanish Language.  [DE
10038]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||982|F|0.20||56.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 34107) Relative to: [9548] Debtor's Omnibus Objection to Claims
Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Moraima L. Cruz Barrientos,
pro se and in the Spanish language.  [DE 10039]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||983|F|0.10||28.00|20200116|B
310||A104|KCS|Receive and analyze ORDER GRANTING [9970] MOTION for Leave to File
Document in Spanish related to:[9966] Response to Debtor's Objection to Claims
(Number(s): 9837) Relative to: [9547] Debtor's Omnibus Objection to Claims
Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Ric
filed by Margarita Clemente Tapia. Translation due by 1/24/2020.  [DE
10041]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||984|F|0.20||56.00|20200116|B
310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 80639) Relative to: [9551] Debtor's Omnibus Objection to Claims One
Hundred and First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonweal filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) filed by Maritza Maldonado
Fontanez, pro se and in the Spanish Language.  [DE 10042]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||985|F|0.10||28.00|20200117|B
310||A104|KCS|Claims Administration and Objections - Receive and analyze ORDER
REGARDING ADJOURNMENT OF HEARING, AND TRANSLATION AND INTERPRETATION SERVICES, IN
CONNECTION WITH CERTAIN RESPONSES TO OMNIBUS OBJECTIONS TO CLAIMS relative to
documents: [9678], [9679], [9736], [9737], [9738], [9739], [9740], [9741], [9742],
[9743], [9744], [9749], [9750], [9751], [9754], [9781], [9782], [9783], [9784],
[9786], [9787], [9788], [9789], [9790], [9792], [9793], [9794], [9795], [9796],
[9798], [9799], [9800], [9802], [9811], [9812], [9813], [9814], [9815], [9816],
[9818], [9819], [9820], [9821], [9825], [9826], [9827], [9828], [9829], [9830],
[9831], [9833], [9834], [9835], [9852, [9853], [9854], [9855], [9856], [9857],
[9858], [9859], [9861], [9862], [9863], [9864], [9865], [9866], [9868], [9869],
[9870], [9871], [9872], [9874], [9876], [9878], [9879], [9882], [9883], [9884],
[9885], [9886], [9887], [9889], [9893], [9898], [9899], [9902], [9904], [9909],
[9910], [9913], [9914], [9916], [9918], [9919], [9922], [9948], [9949], [9950],
[9951], [9952], [9953], [9954], [9955], [9956], [9957], [9958], [9959], [9960],
[9961], [9962], [9965], [9967], [9968], [9969], [9972], [9973], [9974], [9975],
[9976], [9977], [9978], [9979], [9980], [9981], [9982], [9983], [9984], [9986],
[9987], [9989], [9990], [9991], [9992], [9994], [9995], [9997], [10000], [10002],
[10003], [10004], [10005], [10006], [10007], [10008], [10009], [10010], [10011],
[10012], [10013], [10016], [10017], [10020], [10022], [10023], [10024], [10025]. The
hearing on each of the Objections is adjourned to March 4, 2020, at 9:30 a.m.
(Atlantic Standard Time). [DE 1045]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||986|F|0.10||28.00|20200117|B
310||A104|KCS|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 79129/84934) Related to: [9563] Debtor's
Omnibus Objection to Claims One Hundred and Thirteenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) filed by Aurea E. Martinez Perez, pro se and in the Spanish Language. [DE
1044]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||987|F|0.10||20.00|20200117|B
310||A104|NLO|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 56720) Related to: [9548] Debtor's Omnibus
Objection to Claims Ninety-Eighth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth filed by The

Exhibit G-1 January 2020- 505163.TXT

Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) filed by Wilda
Corchado Torres, pro se and in the Spanish Language. [DE
1048]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||988|F|0.10||20.00|20200117|B
310||A104|NLO|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 78370) Related to: [9550] Debtor's Omnibus
Objection to Claims - One Hundredth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by Maribel Hernandez Torres, pro se and in the Spanish Language. [DE
1047]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||989|F|0.10||20.00|20200117|B
310||A104|NLO|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 29656) Relative to: [9558] Debtor's Omnibus
Objection to Claims - One Hundred and Eighth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by Benigno Vera Perez pro se and in the Spanish Language. [DE
1046]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||990|F|0.10||22.00|20200117|B
310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 99065) Relative to: [9576] Debtor's Omnibus
Objection to Claims One Hundred Twenty-Third Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by Elsa E. Torres Vazquez, pro se and in the Spanish Language. [DE
10050]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||991|F|0.10||22.00|20200117|B
310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 103321/130316/93720) Relative to : [8973]
Debtor's Omnibus Objection to Claims Eighty-Fifth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY, [9560] Debtor's Omnibus Objection to Claims - One Hundred
Tenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto
Rico Highways and Transportation Authority, and Employees Retirement System of the
Government of the Commonwealt filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Envelope) filed by Carlota Colon Negron, pro se and in the

Exhibit G-1 January 2020- 505163.TXT
Spanish Language. [DE 10051]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||992|F|0.10||22.00|20200117|B
310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 48093) Relative to: [9553] Debtor's Omnibus
Objection to Claims One Hundred and Third Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Lydia E. Perez Figueroa, pro se and in the Spanish language. [DE
10052]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||993|F|0.20||56.00|20200117|B
310||A104|KCS|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 34072) Relative to: [9558] Debtor's Omnibus
Objection to Claims - One Hundred and Eighth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Linette Vazquez Gonzalez. [DE 10053]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||994|F|0.20||56.00|20200117|B
310||A104|KCS|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 75648) Relative to: [9561] Debtor's Omnibus
Objection to Claims One Hundred and Eleventh Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by Pedro A. Diaz Camacho, pro se and in the Spanish Language. [DE
10054]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||995|F|0.40||112.00|20200117|
B310||A104|KCS|Claims Administration and Objections - Receive and analyze Response
to Omnibus Objection (No Objection on File) -Claim #34622- filed by Maritza Batista
Ocasio (Attachments: # (1) Exhibit # (2) Envelope) Maritza Batista Ocasio, pro se
and in the Spanish language. [DE 10055]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||996|F|0.10||28.00|20200117|B
310||A104|KCS|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 86074) Relative to: [9562] Debtor's Omnibus
Objection to Claims One Hundred and Twelfth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by Carmen Ana Lopez Ayala, pro se and in the Spanish Language. [DE
10056]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||997|F|0.10||28.00|20200117|B
310||A104|KCS|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 32866) Relative to: [9546] Debtor's Omnibus

Exhibit G-1 January 2020- 505163.TXT

Objection to Claims - Ninety-Sixth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth of filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by Yomaira Alvarez Panelli, pro se and in the Spanish Language. [DE
10057]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||998|F|0.10||28.00|20200117|B
310||A104|KCS|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 81574) Relative to: [9548] Debtor's Omnibus
Objection to Claims Ninety-Eighth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by Ana M. Cruz Morales, pro se and in the Spanish Language. [DE
10058]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||999|F|0.10||28.00|20200117|B
310||A104|KCS|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 43093) Related to : [9547] Debtor's Omnibus
Objection to Claims Ninety-Seventh Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth of filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by Elsie Carlo Soto, pro se. [DE 10059]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1000|F|0.20||44.00|20200117|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 32304) Relative to: [9548] Debtor's Omnibus
Objection to Claims Ninety-Eighth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Orlando Diaz Aviles, pro se and in the Spanish language. [DE
10060]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1001|F|0.10||22.00|20200117|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 8279) Relative to: [8969] Debtor's Omnibus
Objection to Claims Eighty-Second Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth filed by
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
(Attachments: # (1) Envelope) filed by Saira Rosa Bravo, pro se and in
the Spanish Language. [DE 10061]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1002|F|0.20||44.00|20200117|

Exhibit G-1 January 2020- 505163.TXT

B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to Omnibus Objection (No Objection on File) Claims # 35580 and 155387 filed by Norma Matos Perez (Attachments: # (1) Exhibit # (2) Envelope) Norma Matos Perez, pro se and in the Spanish language. [DE 10062]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1003|F|0.10||22.00|20200117|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to Debtor's Objection to Claims (Number(s): 77280) Relative to: [9558] Debtor's Omnibus Objection to Claims - One Hundred and Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) filed by Carlos Vargas Barreto, pro se and in the Spanish Language. [DE 10064]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1004|F|0.20||40.00|20200117|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response to Debtor's Objection to Claims (Number(s): 5610) Related to: [9557] Debtor's Omnibus Objection to Claims One Hundred and Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) filed by Carlos J. Santiago Rosario, pro se and in the Spanish Language. [DE 10063]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1005|F|0.30||60.00|20200117|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response to Omnibus Objection (No Objection on File) -Claims #145415 and 43598- filed by Yolanda Ortiz Vargas (Attachments: # (1) Envelope) Yolanda Ortiz Vargas, pro se and in the Spanish language. [DE 10065]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1006|F|0.10||20.00|20200117|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response to Debtor's Objection to Claims (Number(s): 105724) Relative to: [9568] Debtor's Omnibus Objection to Claims - One Hundred Eighteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) filed by Gloria Esther Velez Rodriguez, pro se and in the Spanish Language. [DE 10066]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1007|F|0.20||40.00|20200117|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response to Debtor's Objection to Claims (Number(s): 35758) Relative to: [9550] Debtor's Omnibus Objection to Claims - One Hundredth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Anette Hernandez Rodriguez, pro se and in the Spanish language. [DE

Exhibit G-1 January 2020- 505163.TXT

10067]||66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1008|F|0.10||28.00|20200117|
B310||A104|KCS|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 98837) Related to: [9548] Debtor's
Omnibus Objection to Claims Ninety-Eighth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) filed by Ricardo
Diaz Gomez, pro se and in the Spanish language. [DE 10068]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1009|F|0.10||28.00|20200117|
B310||A104|KCS|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 87980) Relative to: [9570] Debtor's
Omnibus Objection to Claims - One Hundred Twentieth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) filed by Maria De los Angeles Guzman Olivo, pero se and in
the Spanish Language. [DE 10070]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1010|F|0.20||56.00|20200117|
B310||A104|KCS|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 99379) Relative to: [9563] Debtor's
Omnibus Objection to Claims One Hundred and Thirteenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) filed by Carmen D. Morales Colon, pro se and in the Spanish
Language. [DE 10073]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1011|F|0.10||28.00|20200117|
B310||A104|KCS|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 3050) Relative to: [9555] Debtor's
Omnibus Objection to Claims One Hundred and Fifth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) filed by Aida Robledo Vazquez, pro se and in the Spanish
Language. [DE 10074]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1012|F|0.10||28.00|20200117|
B310||A104|KCS|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 41523) Relative to: [9546] Debtor's
Omnibus Objection to Claims - Ninety-Sixth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the

Exhibit G-1 January 2020- 505163.TXT

Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Viviana Berrios Lozada, pro se and in the Spanish language. [DE
10075]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1013|F|0.10||28.00|20200117|
B310||A104|KCS|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 29321) Relative to: [9576] Debtor's
Omnibus Objection to Claims One Hundred Twenty-Third Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) filed by Johanna Ross Nieves, pro se and in the Spanish
Language. [DE 10076]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1014|F|0.10||28.00|20200117|
B310||A104|KCS|Claims Administration and Objections - Receive and analyze Response
to Omnibus Objection (No Objection on File) filed by Carmen M. Rodriguez Lopez
(Attachments: # (1) Envelope) Carmen M. Rodriguez Lopez, pro se and in the Spanish
language. [DE 10077]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1015|F|0.10||20.00|20200117|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 27862) Relative to: [9576] Debtor's
Omnibus Objection to Claims One Hundred Twenty-Third Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonw filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) filed by Johanna Ross Nieves, pro se and in the Spanish
Language. [DE 10078]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1016|F|0.20||40.00|20200117|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 57164) Relative to: [9551] Debtor's
Omnibus Objection to Claims One Hundred and First Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Carlos L. Lopez Padilla, pro se and in the Spanish language.
[DE 10080]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1017|F|0.10||20.00|20200117|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 25957) Relative to: [9556] Debtor's
Omnibus Objection to Claims - One Hundred and Sixth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Yvonne Roldan Flores, pro se and in the Spanish language.
[DE 10081]|66-0554116|200.00|Ortiz, Neyla L|AS|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||1018|F|0.20||44.00|20200117|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 46187) Relative to: [9556] Debtor's Omnibus
Objection to Claims - One Hundred and Sixth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by Jasmine Saldivar Alejandro, pro se and in the Spanish Language. [DE
10082]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1019|F|0.10||22.00|20200117|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 60520) Relative to: [9548] Debtor's Omnibus
Objection to Claims Ninety-Eighth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by Madelyn Cruz Valentin, pro se and in the Spanish Language. [DE
10083]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1020|F|0.20||44.00|20200117|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 41376) Relative to: [9546] Debtor's Omnibus
Objection to Claims - Ninety-Sixth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by Rosa B. Berrios Santiago, pro se and in the Spanish Language. [DE
10085]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1021|F|0.10||22.00|20200117|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 35232) Related to: [9553] Debtor's Omnibus
Objection to Claims One Hundred and Third Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Edith Nieves Charriez, pro se and in the Spanish language. [DE
10086]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1022|F|0.20||44.00|20200117|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Omnibus Objection (No Objection on File) filed by Aitza Nieves Rivera (Attachments:
# (1) Envelope) Aitza Nieves Rivera, pro se and in the Spanish language. [DE
10088]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1023|F|0.10||22.00|20200117|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Omnibus Objection (No Objection on File) Claim #32984/105918 filed by Mari Liis

Exhibit G-1 January 2020- 505163.TXT

Melendez Rivera, pro se and in the Spanish Language. [DE
10089]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1024|F|0.20||44.00|20200117|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Omnibus Objection (No Objection on File) - Claim # 123361- filed by Ana A. Silva
Luciano, pro se and in the Spanish language. (Attachments: # (1) Envelope) Ana A.
Silva Luciano. [DE 10090]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1025|F|0.20||44.00|20200117|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 31054) Relative to: [9569] Debtor's Omnibus
Objection to Claims - One Hundred Nineteenth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by Mayra I. Chacon Rodriguez, pro se and in the Spanish Language. [DE
10091]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1026|F|0.10||22.00|20200117|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 91318) Relative to: [9567] Debtor's Omnibus
Objection to Claims - One Hundred Seventeenth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Ana
A. Silva Luciano, pro se and in the Spanish language. [DE
10092]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1027|F|0.10||22.00|20200117|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 72153) Relative to: [9567] Debtor's Omnibus
Objection to Claims - One Hundred Seventeenth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Ana
A. Silva Luciano, pro se and in the Spanish language. [DE
10093]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1028|F|0.20||44.00|20200117|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Omnibus Objection (No Objection on File) Claim #80833 filed by Migdalia Gonzalez
Santiago, pro se and in the Spanish Language. [DE 10094]|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1029|F|0.10||22.00|20200117|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 93244) Related to: [6276] Debtor's Omnibus
Objection to Claims TWENTY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE
COMMONWEALTH OF PUERTO RICO TO EXACT DUPLICATE CLAIMS filed by Debtor COMMONWEALTH
OF PUERTO RICO. (Attachments: # (1) Exhibit # (2) Envelope) Ana A. Silva Luciano,

Exhibit G-1 January 2020- 505163.TXT

pro se and in the Spanish language. [ct]. Related document(s) Modified on 1/16/2020
to correct linked debtor's objection. [DE 10095]|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1030|F|0.20||40.00|20200117|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 88548) Relative to: [9562] Debtor's
Omnibus Objection to Claims One Hundred and Twelfth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) filed by Migdalia Gonzalez Santiago, pro se and in the
Spanish Language. [DE 10096]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1031|F|0.10||20.00|20200117|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 79684) Relative to: [9567] Debtor's
Omnibus Objection to Claims - One Hundred Seventeenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) filed by Miriam M. Santiago Hernandez, pro se and in the
Spanish Language. [DE 10097]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1032|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 79162) Relarive to: [9553] Debtor's
Omnibus Objection to Claims One Hundred and Third Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonweal filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Luis D. Nieves Nieves, pro se and in the Spanish language.
[DE 10111]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1033|F|0.30||84.00|20200120|
B310||A104|KCS|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 23025/34059) Relative to: [9574]
Debtor's Omnibus Objection to Claims One Hundred Twenty-Second Omnibues Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highway and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by COMMONWEALTH OF PUERTO RICO (Attachments: # (1) Exhibit # (2)
Envelope) filed by Yahaira Y. Rosado Mendez, pro se and in the Spanish Language. [DE
10112]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1034|F|0.10||28.00|20200120|
B310||A104|KCS|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 49365, 60261, 49820) Relative to: [9556]
Debtor's Omnibus Objection to Claims - One Hundred and Sixth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the

Exhibit G-1 January 2020- 505163.TXT

Commonw filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al., [9574] Debtor's Omnibus
Objection to Claims One Hundred Twenty-Second Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority,
and Employees Retirement System of the Government of the Common filed by
COMMONWEALTH OF PUERTO RICO, [9576] Debtor's Omnibus Objection to Claims One Hundred
Twenty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit - in Spanish # (2) Envelope) Maribelle Ruiz
Torres, pro se. [DE 10113]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1035|F|0.10||28.00|20200120|
B310||A104|KCS|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 32718) Relative to: [8978] Debtor's
Omnibus Objection to Claims - Eighty-Ninth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth of filed by
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
(Attachments: # (1) Exhibit # (2) Envelope) filed by Cristina Perez Aviles, pro se
and in the Spanish Language. [DE 10114]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1036|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 31216) Relative to: [9574] Debtor's
Omnibus Objection to Claims One Hundred Twenty-Second Omnibues Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highway and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by COMMONWEALTH OF PUERTO RICO (Attachments: # (1) Exhibit # (2)
Envelope) filed by Cristina Perez Aviles, pro se and in the Spanish Language. [DE
10115]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1037|F|0.20||40.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Omnibus Objection (No Objection on File) - Claims Number(s): 49078, 160275 filed
by Marilisette Perez Rivera (Attachments: # (1) Envelope) Marilisette Perez Rivera,
pro se and in the Spanish language. [DE 10116]|66-0554116|200.00|Ortiz, Neyla
L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1038|F|0.20||40.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Omnibus Objection (No Objection on File) - Claims Number(s): 58934, 158493 filed
by Jose L. Cordova Gonzalez (Attachments: # (1) Exhibit # (2) Envelope) Jose L.
Cordova Gonzalez, pro se and in the Spanish language. [DE
10117]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1039|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Omnibus Objection (No Objection on File) - Claims Number(s): 49570 filed by
Moraima Alvarado Figueroa (Attachments: # (1) Envelope) Moraima Alvarado Figueroa,
pro se and in the Spanish language. [DE 10118]|66-0554116|200.00|Ortiz, Neyla

Exhibit G-1 January 2020- 505163.TXT

L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1040|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Omnibus Objection (No Objection on File) - Claims Number(s): 138871/160971
(Attachments: # (1) Exhibit # (2) Envelope) Gretchen E. Valle Riefkohl, pro se and
in the Spanish Language. [DE 10119]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1041|F|0.40||80.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 44053) Relative to: [9572] Debtor's
Omnibus Objection to Claims - One Hundred Twenty-First Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) CARMEN J ORTA PEREZ, pro se and in the Spanish language. [DE
10120]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1042|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 82372/94805/97842) Relative to: [9568]
Debtor's Omnibus Objection to Claims - One Hundred Eighteenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) filed by CRUCITA TORRES NICOT, pro se and in the Spanish Language. [DE
10121]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1043|F|0.10||22.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 91626) Relative to: [9566] Debtor's Omnibus
Objection to Claims - One Hundred Sixteenth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Sonia S. Roman Ramos, pro se and in the Spanish language. [DE
10122]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1044|F|0.10||22.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 40201/40194) Relative to: [9551] Debtor's
Omnibus Objection to Claims One Hundred and First Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) filed by Rey F. Marte Castro, pro se and in the Spanish
Language. [DE 10123]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1045|F|0.20||44.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to

Exhibit G-1 January 2020- 505163.TXT

Debtor's Objection to Claims (Number(s): 36029, 36036, 36039) Relative to: [9550]
Debtor's Omnibus Objection to Claims - One Hundredth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit # (2) Envelope) Yanitza Hernandez Ruiz, pro se and in the Spanish
language. [DE 10124]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1046|F|0.10||22.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 55609) Relative to: [9569] Debtor's Omnibus
Objection to Claims - One Hundred Nineteenth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Common filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Carmen I. Cubero Rodriguez, pro se and in the Spanish language. [DE
10126]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1047|F|0.10||22.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 44102) Relative to: [9550] Debtor's Omnibus
Objection to Claims - One Hundredth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth of filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by Maribel Hernandez Torres, pro se and in the Spanish Language. [DE
10125]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1048|F|0.10||22.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 61421, 61222) Relative to: [9574] Debtor's
Omnibus Objection to Claims One Hundred Twenty-Second Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highway and
Transportation Authority, and Employees Retirement System of the Government of the
Common filed by COMMONWEALTH OF PUERTO RICO (Attachments: # (1) Envelope) Luz A.
Perez Nieves, pro se and in the Spanish language. [DE
10126]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1049|F|0.10||22.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 40271/40332) Relative to: [9570] Debtor's
Omnibus Objection to Claims - One Hundred Twentieth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) filed by Jessica J. Fernandez Hernandez, pro se and in the
Spanish Language. [DE 10127]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1050|F|0.10||22.00|20200120|

Exhibit G-1 January 2020- 505163.TXT

B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 67849, 90227) Relative: [9562] Debtor's
Omnibus Objection to Claims One Hundred and Twelfth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Nidza Cecilia Henriquez Velazquez, pro se and in the Spanish language. [DE
10129]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1051|F|0.10||22.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 95164) Relative to: [9560] Debtor's Omnibus
Objection to Claims - One Hundred Tenth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Affidavit # (2) Envelope)
Johnny Cintron Rosario, pro se and in the Spanish Language. [DE
10130]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1052|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 67849, 90227) Relative to: [9562]
Debtor's Omnibus Objection to Claims One Hundred and Twelfth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Nidza Cecilia Henriquez Velazquez, pro se and in the Spanish language. [DE
10128]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1053|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 105016/100547) Relative to: [9568]
Debtor's Omnibus Objection to Claims - One Hundred Eighteenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Virgen Milagros Velez Torres, pro se and in the Spanish Language. [DE
10131]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1054|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 101788, 104306, 104450, 17722) Relative
to: [9568] Debtor's Omnibus Objection to Claims - One Hundred Eighteenth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Envelope) Virgen Adria Velez Torres, pro se and in the Spanish language. [DE

Exhibit G-1 January 2020- 505163.TXT

10132||66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1055|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 79693) Relative to: [9557] Debtor's
Omnibus Objection to Claims One Hundred and Seventh Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Anthony Toro Lopez, pro se and in the Spanish language. [DE
10133]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1056|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 34991) Relative to: [9558] Debtor's
Omnibus Objection to Claims - One Hundred and Eighth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Maximo Valle Santiago, pro se and in the Spanish language.
[DE 10134]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1057|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 7797/7755) Relative to: [9574] Debtor's
Omnibus Objection to Claims One Hundred Twenty-Second Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highway and
Transportation Authority, and Employees Retirement System of the Government of the
COMMONWEALTH filed by COMMONWEALTH OF PUERTO RICO (Attachments: # (1) Envelope)
Amparo Rodriguez Ramos, pro se and in the Spanish Language. [DE
10135]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1058|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 77736) Relative to: [9555] Debtor's
Omnibus Objection to Claims One Hundred and Fifth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Luissette M. Rodriguez Bernier, pro se and in the Spanish
Language. [DE 10136]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1059|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 81640) Relative to: [9550] Debtor's
Omnibus Objection to Claims - One Hundredth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth of filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)

Exhibit G-1 January 2020- 505163.TXT
Rosael Gonzalez Gonzalez, pro se and in the Spanish language. [DE
10137]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1060|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 79487) Relative to: [9552] Debtor's
Omnibus Objection to Claims - One Hundred and Second Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonweatl filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Alma N. Mercado Beniquez, pro se and in the Spanish
language. [DE 10138]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1061|F|0.40||80.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 30453) Relative to: [9547] Debtor's
Omnibus Objection to Claims Ninety-Seventh Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Maria M. Calderin Garcia, pro se and in the Spanish Language. [DE
10139]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1062|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 108351, 99079, 103648) Relative to:
[9563] Debtor's Omnibus Objection to Claims One Hundred and Thirteenth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit # (2) Envelope) Wanda I. Morales Colon, pro se and in the Spanish
language. [DE 10141]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1063|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 111007) Relative to: [9568] Debtor's
Omnibus Objection to Claims - One Hundred Eighteenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Rainier M. Torres Rivera, pro se and in the Spanish
Language. [DE 10142]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1064|F|0.10||22.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 82416, 38102, 37992) Relative to: [9550]
Debtor's Omnibus Objection to Claims - One Hundredth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the

Exhibit G-1 January 2020- 505163.TXT

Commonwealth of filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Jorge L. Haddock Sanchez, pro se and in the Spanish language. [DE 10143]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1065|F|0.10||22.00|20200120| B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to Debtor's Objection to Claims (Number(s): 60515) Relative to: [9556] Debtor's Omnibus Objection to Claims - One Hundred and Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Alex J. Santana Nevarez, pro se and in the Spanish language. [DE 10145]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1066|F|0.10||22.00|20200120| B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to Debtor's Objection to Claims (Number(s): 64387) Relatve to: [9561] Debtor's Omnibus Objection to Claims One Hundred and Eleventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) James L. Galarza Cruz, pro se and in the Spanish Language. [DE 10144]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1067|F|0.10||22.00|20200120| B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to Debtor's Objection to Claims (Number(s): 60515) Relative to: [9556] Debtor's Omnibus Objection to Claims - One Hundred and Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Alex J. Santana Nevarez, pro se and in the Spanish language. [DE 10145]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1068|F|0.10||22.00|20200120| B310||A104|YG|Receive and analyze Limited Response of Official Committee of Unsecured Creditors to Debtors Amended Motion for Entry of an Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Forms of Notice, and (C) Granting Related Relief Relative to: 9718 MOTION - Amended Motion For Entry Of An Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Forms of Notice, and (C) Granting Related Relief relative to: 7224 MOTION for Entry of an Order (A) Authorizing Alternative Di filed by COMMONWEALTH OF PUERTO RICO, PUERTO RICO ELECTRIC POWER AUTHORITY, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, PUBLIC BUILDINGS AUTHORITY OF PUERTO RICO, The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. filed by the Official Committee of Unsecured Creditors. [DE 10146]|66-0554116|220.00|González, Yasthel|AS|[]

Page 145

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||1069|F|0.40||88.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 82474, 89567) Relative to: [9561] Debtor's
Omnibus Objection to Claims One Hundred and Eleventh Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Sandra I. Echevarria Abreu, pro se and in the Spanish
language. [DE 10147]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1070|F|0.10||22.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 97339, 101398, 101162, 111044, 104949)
Rlative e: [9560] Debtor's Omnibus Objection to Claims - One Hundred Tenth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Envelope) Josefina Colon Negron, pro se and in the Spanish language. [DE
10148]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1071|F|0.10||22.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 81552) Relative to: [9554] Debtor's Omnibus
Objection to Claims - One Hundred and Fourth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico and Employees Retirement System of the Government of
the Commonwealth of Puerto Rico to Deficient Claims Asserting filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Sonia I. Reyes Rivera, pro se and in the Spanish Language. [DE
10149]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1072|F|0.10||22.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 80763) Relative to: [9565] Debtor's Omnibus
Objection to Claims One Hundred and Fifteenth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
filed by Sonia I. Reyes Rivera, pro se and in the Spanish Language. [DE
10150]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1073|F|0.10||22.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 15214) Relative to: [9564] Debtor's Omnibus
Objection to Claims One Hundred and Fourteenth Omnibus Objection (Non-Substantive)
of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation
Authority, and Employees Retirement System of the Government of the Commonwealth
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)

Exhibit G-1 January 2020- 505163.TXT

Exhibit # (2) Envelope) Manolin Nelson Rodriguez, pro se and in the Spanish Language. [DE 10154]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1074|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response to Debtor's Objection to Claims (Number(s): 42139) Relative to: [9546] Debtor's Omnibus Objection to Claims - Ninety-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Restricted Exhibits with personal identifiers LCv Rule 5.2 # (2) Envelope) Maria De los Angeles Ateca Mulero, pro se and in the Spanish language. [DE 10155]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1075|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response to Debtor's Objection to Claims (Number(s): 35361) Related to: [9560] Debtor's Omnibus Objection to Claims - One Hundred Tenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Nitza Gotay Hays, pro se and in the Spanish Language. [DE 10153]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1076|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response to Debtor's Objection to Claims (Number(s): 89930) Relative to: [9565] Debtor's Omnibus Objection to Claims One Hundred and Fifteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Common filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Sonia I. Reyes Rivera, pro se and in the Spanish Language. [DE 10152]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1077|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response to Debtor's Objection to Claims (Number(s): 109814) Relative to: [9565] Debtor's Omnibus Objection to Claims One Hundred and Fifteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Common filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Sonia I. Reyes Rivera, pro se and in the Spanish Language. [DE 10151]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1078|F|0.20||44.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to Debtor's Objection to Claims (Number(s): 33770) Rellative to: [9546] Debtor's Omnibus Objection to Claims - Ninety-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,

Exhibit G-1 January 2020- 505163.TXT

and Employees Retirement System of the Government of the Commonwealth of filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
ALFREDO BENITEZ DELGADO, pro se and in the Spanish Language. [DE
10156]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1079|F|0.10||22.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 42624) Relative to: [9548] Debtor's Omnibus
Objection to Claims Ninety-Eighth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Maria M. Cruz Pitre, pro se and in the Spanish Language. [DE
10157]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1080|F|0.10||22.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 20064) Relative to: [9552] Debtor's Omnibus
Objection to Claims - One Hundred and Second Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) MARIA DE LOS
ANGELES MUNOZ PEREZ, pro se and in the Spanish language. [DE
10158]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1081|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 59392) Relative to: [9548] Debtor's
Omnibus Objection to Claims Ninety-Eighth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Maria De los Angeles Montalvo La Fontaine, pro se and in the Spanish Language. [DE
10159]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1082|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 40114/25180) Relative to: [9556]
Debtor's Omnibus Objection to Claims - One Hundred and Sixth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Awilda Roman Adames, pro se and in the Spanish Language. [DE
10160]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1083|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 42873) Relative to: 9554 Debtor's

Exhibit G-1 January 2020- 505163.TXT

Omnibus Objection to Claims - One Hundred and Fourth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System
of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # 1 Exhibit
# 2 Envelope) Ruth E. Pizarro Caraballo, pro se and in the Spanish Language. [DE
10161]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1084|F|0.10||28.00|20200120|
B310||A104|KCS|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 66263/22008/22011) Relative to: [9547]
Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Marietta L. Collazo Leon, pro se and in the Spanish
Language. [DE 10163]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1085|F|0.10||28.00|20200120|
B310||A104|KCS|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 37190) Relative to: [9551] Debtor's
Omnibus Objection to Claims One Hundred and First Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonweathl filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Belmaris Lopez Cartagena, pro se and in the Spanish
Language. [DE 10164]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1086|F|0.10||28.00|20200120|
B310||A104|KCS|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 110613) Relative to: [9568] Debtor's
Omnibus Objection to Claims - One Hundred Eighteenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al., (Attachments: # (1)
Exhibit) Dora M. Torres Velez pro se and in the Spanish Language. [DE
10165]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1087|F|0.60||120.00|20200120
|B310||A104|NLO|Claims Administration and Objections - Notice of Defective Pleading
filed on 01/15/2020 by: Maribel S. Mercado Vargas, Sonia I. Rodriguez Medina, Juan
J. Rivera Rosado, Javier Mendez Pagan, Elaine Torres Perez, Milagros Corchado Cruz,
Janet Estrada Del Valle, Claribel W. Mercado Vargas, Hilda Mercado Nieves, Limary
Lopez Santiago, William Castro Hernandez, Miguel Burgos Nieves, Sonia I. Reyes
Ortiz, Justina Contreras Lopez, Ivette Melendez Rivera, Amarilys Carbo Fernandez,
Karla M. Vazquez Melendez, Nelson Cintron Rodriguez, Elizabeth Santiago Ramirez,
Carlos J. Cordero Rosa. (Signed by Clerk on 01/17/2020) (Attachments: # 1 Defective
Pleadings # 2 Defective Pleadings). [DE 10162, 188 pages, read main document and
cursory review of the balance of the exhibits.]   Also for Juan L. Santiago Collet,

Page 149

Exhibit G-1 January 2020- 505163.TXT
Fernando Perez Torres. (Signed by Clerk on 01/17/2020) (Attachments: # 1 Restricted
Defective Filings with personal identifiers LCv Rule 5.2) [10166], and, Alma M.
Arvelo Plumey. (Signed by Clerk on 01/17/2020 ) (Attachments: # 1 Restricted -
Defective Filing with personal identifiers LCv Rule 5.2)
[10169]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1088|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 91528) Relative to: [9554] Debtor's
Omnibus Objection to Claims - One Hundred and Fourth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System
of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Jose Ramon Perez Torrellas, pro se and in the Matter of the Search of One
USPS First Class Parcel bearing tracking Spanish Language. [DE
10167]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1089|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 105378) Relative to: [9568] Debtor's
Omnibus Objection to Claims - One Hundred Eighteenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Gloria I. Torres Suarez, pro se and in the Spanish Language. [DE
10168]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1090|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 106211) Relative to: [9567] Debtor's
Omnibus Objection to Claims - One Hundred Seventeenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Index # (2) Envelope) Gisela Santos Ortiz, pro se. [DE
10170]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1091|F|0.20||40.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 47909) Relative to: [9555] Debtor's
Omnibus Objection to Claims One Hundred and Fifth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Darynel Rivera Landron, pro se and in the Spanish Language.
[DE 10172]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1092|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response

Exhibit G-1 January 2020- 505163.TXT

to Debtor's Objection to Claims (Number(s): 70866) Relative to: [9553] Debtor's
Omnibus Objection to Claims One Hundred and Third Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Enrique Ortiz Carrero, pro se and in the Spanish language.
[DE 10173]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1093|F|0.10||20.00|20200120|
B310||A104|NLO|Claims Administration and Objections - Receive and analyze Response
to Omnibus Objection (No Objection on File) - Claims Number(s): 102013 Maria N.
Vendrell Mantilla, pro se and in the Spanish Language. [DE
10174]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1094|F|0.10||22.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 41564) Relative to: [9574] Debtor's Omnibus
Objection to Claims One Hundred Twenty-Second Omnibues Objection (Non-Substantive)
of the Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation
Authority, and Employees Retirement System of the Government of the Commonwealth
filed by COMMONWEALTH OF PUERTO RICO (Attachments: # (1) Exhibit # (2) Envelope)
Ruth E. Pizarro Caraballo, pro se and in the Spanish Language. [DE
10175]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1095|F|0.20||44.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Omnibus Objection (No Objection on File) - Claims Number(s): 155181, 154944
(Attachments: # (1) Envelope) Marieli Ferrao Ayala, pro se and in the Spanish
language. [DE 10176]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1096|F|0.10||22.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 94954) Relative to: [9554] Debtor's Omnibus
Objection to Claims - One Hundred and Fourth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico and Employees Retirement System of the Government of
the Commonwealth of Puerto Rico to Deficient Claims Asserting filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Luz
L. Perez Torres, pro se and in the Spanish Language. [DE
10178]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1097|F|0.10||22.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to
Debtor's Objection to Claims (Number(s): 30439) Relative to: [9572] Debtor's Omnibus
Objection to Claims - One Hundred Twenty-First Omnibus Objection (Non-Substantive)
of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation
Authority, and Employees Retirement System of the Government of the Commonwealth
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Elsie Morales Morales, pro se and in the Spanish language.
[DE 10179]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1098|F|0.10||22.00|20200120|

Exhibit G-1 January 2020- 505163.TXT

B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to Debtor's Objection to Claims (Number(s): 105735) Relative to: [9562] Debtor's Omnibus Objection to Claims One Hundred and Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Gloria E. Irizarry Rivera, pro se and in the Spanish Language. [DE 10180]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1099|F|0.10||22.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to Debtor's Objection to Claims (Number(s): 33235) Relative to: [9557] Debtor's Omnibus Objection to Claims One Hundred and Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Vanessa Tacoronte Bonilla, pro se and in the Spanish language. [DE 10181]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1100|F|0.10||22.00|20200120|
B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to Debtor's Objection to Claims (Number(s): 101463) Relative to: [9560] Debtor's Omnibus Objection to Claims - One Hundred Tenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Leonarda Cuascut Cordero, pro se and in the Spanish language. [DE 10182]|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1101|F|0.10||28.00|20200120|
B310||A104|KCS|Claims Administration and Objections - Receive and analyze Response to Debtor's Objection to Claims (Number(s): 41537) Relative to: [9554] Debtor's Omnibus Objection to Claims - One Hundred and Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Ruth E. Pizarro Caraballo, pro se and in the Spanish Language. [DE 10183]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1102|F|0.10||28.00|20200120|
B310||A104|KCS|Claims Administration and Objections - Receive and analyze Response to Debtor's Objection to Claims (Number(s): 73270) Relative to: [9572] Debtor's Omnibus Objection to Claims - One Hundred Twenty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Arlene I. Morales Sanchez, pro se and in the Spanish

Exhibit G-1 January 2020- 505163.TXT
language. [DE 10184]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1103|F|0.10||28.00|20200120|
B310||A104|KCS|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 110744) Relative to: [9566] Debtor's
Omnibus Objection to Claims - One Hundred Sixteenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Angela Sanabria Rivera, pro se and in the Spanish Language.
[DE 10185]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1104|F|0.10||28.00|20200120|
B310||A104|KCS|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 33400) Rlative toe: [9546] Debtor's
Omnibus Objection to Claims - Ninety-Sixth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth of filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) Victor Berrios
Mercado. [DE 10186]  Response to Debtor's Objection to Claims (Number(s): 33230)
Relative to: [9546] Debtor's Omnibus Objection to Claims - Ninety-Sixth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth of filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Envelope) Victor Berrios Mercado, pro se and in the Spanish language. [DE
10187]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1105|F|0.10||28.00|20200120|
B310||A104|KCS|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 4020/2049) Relative to: [9570] Debtor's
Omnibus Objection to Claims - One Hundred Twentieth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Luz Laboy Rivera, pro se and In the Spanish Language. [DE
10188]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1106|F|0.40||112.00|20200120
|B310||A104|KCS|Claims Administration and Objections - Receive and analyze Response
to Debtor's Objection to Claims (Number(s): 39654) Relative to: [9576] Debtor's
Omnibus Objection to Claims One Hundred Twenty-Third Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Marisol Soto Corchado, pro se and in the Spanish language.
[DE 10189]  Also, Response to Debtor's Objection to Claims (Number(s): 37017)
Relative to: [9557] Debtor's Omnibus Objection to Claims One Hundred and Seventh

Exhibit G-1 January 2020- 505163.TXT

Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
Highways and Transportation Authority, and Employees Retirement System of the
Government of the Commonwe filed by The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit # (2) Envelope) Marisol Soto Corchado, pro se and in the
Spanish language. [DE 10190]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1107|F|0.10||22.00|20200121|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 46461)
Regarding [9548] Debtor's Omnibus Objection to Claims Ninety-Eighth Omnibus
Objection  of the Commonwealth of Puerto Rico and attachments filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Denise E. Delgado Alicea, pro se and in the Spanish Language. Docket number
10192.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1108|F|0.20||44.00|20200121|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 99079)
Regarding [9563] Debtor's Omnibus Objection to Claims One Hundred and Thirteenth
Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
Highways and Transportation Authority, and Employees Retirement System of the
Government of the Commo filed by The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico filed by Wanda I.
Morales Colon, pro se . Docket 10191.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1109|F|0.10||22.00|20200121|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 73656)
Regarding [9552] Debtor's Omnibus Objection to Claims - One Hundred and Second
Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
Highways and Transportation Authority, and Employees Retirement System of the
Government of the Common filed by The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. filed by
Wanda I. Monge Reyes, pro se. Docket 10193.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1110|F|0.20||44.00|20200121|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 108351)
Regarding  [9563] Debtor's Omnibus Objection to Claims One Hundred and Thirteenth
Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
Highways and Transportation Authority, and Employees Retirement System of the
Government of the Commo filed by The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. filed by
Wanda I. Morales Colon, pro se.  Docket 10194.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1111|F|0.10||22.00|20200121|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 32813,
33333) Regarding [9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth of P filed by The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. filed by
Jannette M. Brito Nunez, pro se  Docket 10195.|66-0554116|220.00|González,

Exhibit G-1 January 2020- 505163.TXT

Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1112|F|0.10||22.00|20200121|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 81662)
[9546] Debtor's Omnibus Objection to Claims - Ninety-Sixth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al filed by Astrid M.
Ayala Baez, pro se Docket 10196.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1113|F|0.10||22.00|20200121|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 49942)
[9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of P filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al filed by Carmen T.
Camacho Andujar, pro se . Docket 10197.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1114|F|0.10||22.00|20200121|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 91058)
[9559] Debtor's Omnibus Objection to Claims One Hundred and Ninth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System
of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
Inte filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al filed by Astrid M. Ayala
Baez, pro se. Docket 10198.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1115|F|0.10||22.00|20200121|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
37867/47623)  [9553] Debtor's Omnibus Objection to Claims One Hundred and Third
Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
Highways and Transportation Authority, and Employees Retirement System of the
Government of the Commonweal filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al filed
by Yadira I. Passapera Sepulveda, pro se . Docket 10199.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1116|F|0.20||44.00|20200121|
B310||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) - Claims
Number(s): 80237 filed by Olga Lugo Damiani, pro se. Docket
10201.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1117|F|0.10||22.00|20200121|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 80924)
[9560] Debtor's Omnibus Objection to Claims - One Hundred Tenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealt filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. filed by Olga Lugo
Damiani, pro se. Docket 10200.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1118|F|0.20||44.00|20200121|
B310||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) - Claims

Exhibit G-1 January 2020- 505163.TXT

Number(s): 21147/26253 Eufemia Rivera Rivera, pro se and in the Spanish Language. Docket 10202.|66-0554116|220.00|González, Yasthel|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||1119|F|0.10||22.00|20200121| B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 11823) [9552] Debtor's Omnibus Objection to Claims filed by Aracelis Nazario Torres, pro se. Docket 10203.|66-0554116|220.00|González, Yasthel|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||1120|F|0.10||22.00|20200122| B310||A104|YG|Claims Administration and Objections - Receive and analyze Response to Debtor's Objection to Claims (Number(s): 39299) Reelative to: [9572] Debtor's Omnibus Objection to Claims - One Hundred Twenty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Comm filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Isamarys Mercado Canals, pro se and in the Spanish language. [DE 10229]|66-0554116|220.00|González, Yasthel|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||1121|F|0.10||22.00|20200122| B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 91584, 94640, 92983, 104956)  [9560] Debtor's Omnibus Objection to Claims - One Hundred Tenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealt filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. filed by Sylvia Castillo Lopez pro se. Docket 10231.|66-0554116|220.00|González, Yasthel|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||1122|F|0.10||22.00|20200122| B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 96198) [9562] Debtor's Omnibus Objection to Claims One Hundred and Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwe filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. filed by Carmen Leonor Jimenez Gonzalez, pro se Docket 10233.|66-0554116|220.00|González, Yasthel|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||1123|F|0.10||22.00|20200122| B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 97711)[9562] Debtor's Omnibus Objection to Claims One Hundred and Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwe filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al filed by Edwin Alberto De Armas Soto, pro se.  Docket 10234.|66-0554116|220.00|González, Yasthel|AS|[]

20200131|505163|1600|01001|104516.50|20200101|20200131||1124|F|0.10||22.00|20200122| B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 97155) [9562] Debtor's Omnibus Objection to Claims One Hundred and Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwe filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al filed by Carmen Leonor

Exhibit G-1 January 2020- 505163.TXT

Jimenez Gonzalez, pro se . Docket 10235.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1125|F|0.10||22.00|20200122|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 86370)
[9562] Debtor's Omnibus Objection to Claims One Hundred and Twelfth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwe filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. filed by Ivette Lopez
Ayala, pro se  Docket 10236.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1126|F|0.10||22.00|20200122|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 86370)
[9562] Debtor's Omnibus Objection to Claims One Hundred and Twelfth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwe filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. filed by NEREIDA RIVERA
FELICIANO, pro se. Docket 10237.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1127|F|0.10||22.00|20200122|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 42190)
[9574] Debtor's Omnibus Objection to Claims One Hundred Twenty-Second Omnibues
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highway
and Transportation Authority, and Employees Retirement System of the Government of
the Common filed by COMMONWEALTH OF PUERTO RICO filed by NEREIDA RIVERA FELICIANO,
pro se.Docket 10238.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1128|F|0.10||22.00|20200122|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 42190)
[9574] Debtor's Omnibus Objection to Claims One Hundred Twenty-Second Omnibues
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highway
and Transportation Authority, and Employees Retirement System of the Government of
the Common filed by COMMONWEALTH OF PUERTO RICO filed by Jo-Ann Calderon Rivera, pro
se. Docket 10239.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1129|F|0.20||44.00|20200122|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 83024)
[9564] Debtor's Omnibus Objection to Claims One Hundred and Fourteenth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commo filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al filed by Milagros Ortiz
Bonilla Docket 10240.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1130|F|0.60||120.00|20200122
|B310||A104|NLO|Analyze Notice of Defective Pleading filed on January 16, 2020 by
Sandra Maldonado Gonzalez, Francis Velez Jimenez, Jorge L. Perez Salas, Ivan Sanchez
Perez, Myriam I. Acevedo Mesonero, Mayra G. Cardona Flores, Marvin Santiago Perez,
Jose Raul Ocasio Vargas, Maria T. Baerga Valle, Irene Feliciano Velez, Ivonne Reyes
Alvarez, Luz N. Nieves Cardona, Yadira Enit Nieves Sifre, Walter Izquierdo
Rodriguez, Radames Cintron Morales, Sylvia Milagros Torres Delgado, Isabel Aviles
Mojica, Alex Javier Valdivia Hernandez. Docket 10244. 86 pages including
attachments.|66-0554116|200.00|Ortiz, Neyla L|AS|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||1131|F|0.10||20.00|20200122|
B310||A104|NLO|Analyze Response to Debtor's Objection to Claims (Number(s): 86370)
[9562] Debtor's Omnibus Objection to Claims One Hundred and Twelfth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwe filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. Docket
10237.|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1132|F|0.10||20.00|20200122|
B310||A104|NLO|Analyze Response to Debtor's Objection to Claims (Number(s): 83235)
[9565] Debtor's Omnibus Objection to Claims One Hundred and Fifteenth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Docket
10212.|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1133|F|0.10||20.00|20200122|
B310||A104|NLO|Analyze Response to Omnibus Objection (No Objection on File) - Claims
Number(s): 160062 Zairy Martinez Martinez, pro se. Docket No.
10205.|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1134|F|0.10||20.00|20200122|
B310||A104|NLO|Analyze Response to Debtor's Objection to Claims (Number(s): 105240,
105506, 101160, 101171, 109839) [9560] Debtor's Omnibus Objection to Claims. Docket
10206.|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1135|F|0.20||44.00|20200122|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 67953)
[9546] Debtor's Omnibus Objection to Claims filed by Rosa J. Alvarado Torres, pro se
. Docket 10207.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1136|F|0.10||22.00|20200122|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 60530)
[9570] Debtor's Omnibus Objection to Claims - One Hundred Twentieth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonw filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al filed by Leticia
Hernandez Caban, pro se . Docket 10208.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1137|F|0.10||22.00|20200122|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 42035)
[9551] Debtor's Omnibus Objection to Claims One Hundred and First Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonweal filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. filed by Sandra Maldonado
Gonzalez, pro se.  Docket 10210.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1138|F|0.10||22.00|20200122|
B310||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) filed by
Luz C. Ortiz Lopez. Docket 10209.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1139|F|0.10||20.00|20200122|

Exhibit G-1 January 2020- 505163.TXT

B310||A104|NLO|Analyze Response to Debtor's Objection to Claims (Number(s): 50530)
Re: [9560] Debtor's Omnibus Objection to Claims - One Hundred Tenth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. Docket
10211.|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1140|F|0.10||20.00|20200122|
B310||A104|NLO|Analyze Response to Debtor's Objection to Claims (Number(s): 96887)
Re: [9565] Debtor's Omnibus Objection to Claims One Hundred and Fifteenth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Docket
10213.|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1141|F|0.10||20.00|20200122|
B310||A104|NLO|Analyze Response to Debtor's Objection to Claims (Number(s): 46264)
Re: [9552] Debtor's Omnibus Objection to Claims - One Hundred and Second Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Docket
10214.|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1142|F|0.30||60.00|20200122|
B310||A104|NLO|Analyze Response to Debtor's Objection to Claims (Number(s): 88674)
Re: [9561] Debtor's Omnibus Objection to Claims One Hundred and Eleventh Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al Docket
10215.|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1143|F|0.20||40.00|20200122|
B310||A104|NLO|Analyze Response to Omnibus Objection (No Objection on File) Docket
10216.|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1144|F|0.30||66.00|20200122|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 82509)
[9549] Debtor's Omnibus Objection to Claims Ninety-Ninth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Pue filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. Docket
10217.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1145|F|0.30||66.00|20200122|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 86488)
[9561] Debtor's Omnibus Objection to Claims One Hundred and Eleventh Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonw filed by The Financial Oversight and Management Board for Puerto Rico,

Exhibit G-1 January 2020- 505163.TXT
as Representative of the Commonwealth of Puerto Rico, et al. Docket
10218.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1146|F|0.30||66.00|20200122|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 82482)
[9549] Debtor's Omnibus Objection to Claims Ninety-Ninth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Pue filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. Docket
10219.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1147|F|0.20||44.00|20200122|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 97102)
[9565] Debtor's Omnibus Objection to Claims One Hundred and Fifteenth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Docket
10220.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1148|F|0.10||20.00|20200123|
B310||A104|NLO|Analyze Response to Debtor's Objection to Claims (Number(s): 41626)
[9546] Debtor's Omnibus Objection to Claims - Ninety-Sixth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al.  Docket
10260.|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1149|F|0.10||22.00|20200123|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 70770)
[9553] Debtor's Omnibus Objection to Claims One Hundred and Third Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonweal filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al.  Docket
10264.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1150|F|0.10||22.00|20200123|
B310||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims
(Number(s): 60515)  [9556] Debtor's Omnibus Objection to Claims - One Hundred and
Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto
Rico Highways and Transportation Authority, and Employees Retirement System of the
Government of the Commonw filed by The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. Docket
10266.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1151|F|0.10||22.00|20200123|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 40173)
[9546] Debtor's Omnibus Objection to Claims - Ninety-Sixth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of filed by The Financial Oversight and Management Board for Puerto

Exhibit G-1 January 2020- 505163.TXT

Rico, as Representative of the Commonwealth of Puerto Rico, et al. Docket
10267.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1152|F|0.10||22.00|20200123|
B310||A104|YG|Analyze Motion to inform Regarding Motion Requesting Relief of Stay
Under 362(D)(1) of the Bankruptcy Code [2434] Motion for Relief From Stay Under 362
[e]. filed by Gladys Garcia-Rubiera, [8890] Order Setting Briefing Schedule, [9389]
Order filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al.  Docket
10265.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1153|F|0.10||22.00|20200123|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 29575)
[9557] Debtor's Omnibus Objection to Claims One Hundred and Seventh Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwe filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al.  Docket
10268.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1154|F|0.10||22.00|20200123|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 96617)
[9553] Debtor's Omnibus Objection to Claims One Hundred and Third Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonweal filed by The Financial Oversight and Management Board for Puerto Rico,
Representative of the Commonwealth of Puerto Rico, et al. Docket
10269.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1155|F|0.10||22.00|20200123|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 46298)
[9570] Debtor's Omnibus Objection to Claims - One Hundred Twentieth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonw filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al.  Docket
10270.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1156|F|0.10||22.00|20200123|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 48302,
49312)  [9556] Debtor's Omnibus Objection to Claims - One Hundred and Sixth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonw filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al.  Docket
10272.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1157|F|0.10||22.00|20200123|
B310||A104|YG|Analyze Commonwealth of Puerto Rico and Employees Retirement System of
the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al., [9564] Debtor's Omnibus
Objection to Claims One Hundred and Fourteenth Omnibus Objection (Non-Substantive)
of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation

Exhibit G-1 January 2020- 505163.TXT

Authority, and Employees Retirement System of the Government of the Commo filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al.  Docket 10271.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1158|F|0.20||44.00|20200123|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 51947,
51999, 97559) [8981] Debtor's Omnibus Objection to Claims Ninety-Second Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees
Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient
Claims Asserting Interests Ba Response to Debtor's Objection to Claims (Number(s):
51947, 51999, 97559) [8981] Debtor's Omnibus Objection to Claims Ninety-Second
Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees
Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient
Claims Asserting Interests. Docket 10276.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1159|F|0.10||22.00|20200123|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 29790)
[9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Response to Debtor's Objection to Claims (Number(s): 29790) [9547]
Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico Docket 10283.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1160|F|0.10||22.00|20200123|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 110962)
[9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of P Response to Debtor's Objection to Claims (Number(s): 110962)
[9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of P  Docket 10282.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1161|F|0.10||22.00|20200123|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 107065)
[9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of P filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. Response to
Debtor's Objection to Claims (Number(s): 107065)  [9547] Debtor's Omnibus Objection
to Claims Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth of P filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. Docket 10281.|66-0554116|220.00|González,
Yasthel|AS|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||1162|F|0.20||44.00|20200123|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 25052)
[9546] Debtor's Omnibus Objection to Claims - Ninety-Sixth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. Response to
Debtor's Objection to Claims (Number(s): 25052) [9546] Debtor's Omnibus Objection
to Claims - Ninety-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth of filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. Docket 10280.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1163|F|0.10||22.00|20200123|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 59023,
62371) [9576] Debtor's Omnibus Objection to Claims One Hundred Twenty-Third Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonw filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. Response to Debtor's
Objection to Claims (Number(s): 59023, 62371)  [9576] Debtor's Omnibus Objection to
Claims One Hundred Twenty-Third Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonw filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al.  Docket 10278.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1164|F|0.30||66.00|20200123|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 51947,
51999, 97559)  [8981] Debtor's Omnibus Objection to Claims Ninety-Second Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees
Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient
Claims Asserting Interests. Docket 10276.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1165|F|1.30||364.00|20200124
|B310||A104|KCS|Receive and analyze Third Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Eighty-Third Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico Relative to: [9464] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [9764] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed
Order) filed by  The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE
10385]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1166|F|1.30||364.00|20200124

Exhibit G-1 January 2020- 505163.TXT

|B310||A104|KCS|Receive and analyze Third Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Eighty-Fourth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth of Puerto Rico Relative to: [9468] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [9765] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed
Order) filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE
10386]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1167|F|1.30||364.00|20200124
|B310||A104|KCS|Receive and analyze Third Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Eighty-Sixth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico Relative to: [9470] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [9767] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed
Order) filed The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE
10388]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1168|F|1.30||364.00|20200124
|B310||A104|KCS|Receive and analyze Third Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Eighty-Five Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico Relative to: [9469] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [9766] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed
Order) filed by  The Financial Oversight and Management Board for Puerto Rico, as
Representative of  the Commonwealth of Puerto Rico, et al. [DE
10387]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1169|F|0.20||56.00|20200124|
B310||A104|KCS|Receive and analyze Notice of Presentment by Puerto Rico Electric
Power Authority of Revised Proposed Order for Undisputed Payment and Release of
Insurance Proceeds. filed by CARLA GARCIA BENITEZ on behalf of PUERTO RICO ELECTRIC
POWER AUTHORITY, The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE
10383]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1170|F|1.40||392.00|20200124
|B310||A104|KCS|Receive and analyze Third Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Eighty-First Omnibus Objection

Exhibit G-1 January 2020- 505163.TXT

(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico Relative to: [9461] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [9762] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed
Order) filed by  The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE
10382]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1171|F|1.40||392.00|20200124
|B310||A104|KCS|Receive and analyze Third Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Eightieth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico Relative to: [9459] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [9761] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed
Order) filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE
10381]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1172|F|1.40||392.00|20200124
|B310||A104|KCS|Receive and analyze Third Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Eighty-Second Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth of Puerto Rico Relative to: [9463] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [9777] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed
Order) filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al.[DE
10384]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1173|F|1.30||364.00|20200124
|B310||A104|KCS|Receive and analyze Third Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Eighty-Ninth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico Relativr to: [9474] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [9770] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed
Order) filed by The Financial Oversight and Management Board for Puerto Rico, et al. [DE

Exhibit G-1 January 2020- 505163.TXT

10391||66-0554116|280.00|Suria, Kenneth C.|PT||[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1174|F|1.30||364.00|20200124
|B310||A104|KCS|Receive and analyze Third Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Eighty-Eight Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico highways and
Transportation Authority, and Employment Retirement System of the Government of the
Commonwealth of Puerto Rico. Relative to: [9472] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B #
(3) Proposed Order) filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE
10390]|66-0554116|280.00|Suria, Kenneth C.|PT||[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1175|F|0.10||28.00|20200124|
B310||A104|KCS|Receive and analyze Third Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Eighty-Seventh Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico highways
and Transportation Authority, and Employment Retirement System of the Government of
the Commonwealth of Puerto Rico. Relative to: [9471] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. filed by The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
[DE 10389]|66-0554116|280.00|Suria, Kenneth C.|PT||[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1176|F|0.10||22.00|20200124|
B310||A104|YG|Analyze Response to Omnibus ObjectionResponse to Omnibus Objection.
Docket 10279. Claims Administration and Objections.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1177|F|0.20||44.00|20200124|
B310||A104|YG|Analyze response to Debtor's Objection to Claims (Number(s): 51947,
51999, 97559) [8981] Debtor's Omnibus Objection to Claims Ninety-Second Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees
Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient
Claims Asserting Interests ] Docket 10276. Claims Administration and
Objections.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1178|F|0.10||22.00|20200124|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 63987)
[8975] Debtor's Omnibus Objection to Claims Eighty-Sixth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth Puerto Rico. Docket 10310. Claims Administration and
Objections.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1179|F|0.10||22.00|20200124|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 65313)
[8975] Debtor's Omnibus Objection to Claims Eighty-Sixth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico.  Docket 10311. Claims Administration and
Objections.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1180|F|0.10||22.00|20200124|

Exhibit G-1 January 2020- 505163.TXT

B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 64484)
[9553] Debtor's Omnibus Objection to Claims One Hundred and Third Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonweal filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Docket 10312. Claims
Administration and Objections.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1181|F|0.10||22.00|20200124|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 33767)
[9567] Debtor's Omnibus Objection to Claims - One Hundred Seventeenth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Docket 10313. Claims
Administration and Objections.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1182|F|0.10||22.00|20200124|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 108256)
[9552] Debtor's Omnibus Objection to Claims - One Hundred and Second Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al.  Docket 10314. Claims
Administration and Objections.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1183|F|0.10||22.00|20200124|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 59289)
[9559] Debtor's Omnibus Objection to Claims One Hundred and Ninth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System
of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
Inte filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Docket 10315. Claims
Administration and Objections.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1184|F|0.20||44.00|20200124|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 61018)
[9553] Debtor's Omnibus Objection to Claims One Hundred and Third Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonweal filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Docket 10316. Claims
Administration and Objections.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1185|F|0.20||44.00|20200124|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 56056)
[8980] Debtor's Omnibus Objection to Claims Ninety-First Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System
of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
Interests . Docket 10319. Claims Administration and
Objections.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1186|F|0.10||22.00|20200124|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 65313)

Exhibit G-1 January 2020- 505163.TXT

[8975] Debtor's Omnibus Objection to Claims Eighty-Sixth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico.  Docket 10311. Claims Administration and
Objections.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1187|F|0.20||44.00|20200124|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 79250)
[9558] Debtor's Omnibus Objection to Claims - One Hundred and Eighth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al.  Docket 10320. Claims
Administration and Objections.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1188|F|0.30||66.00|20200124|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 98792,
84203, 75326) [9558] Debtor's Omnibus Objection to Claims - One Hundred and Eighth
Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
Highways and Transportation Authority, and Employees Retirement System of the
Government of the Common filed by The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al., [9568]
Debtor's Omnibus Objection to Claims - One Hundred Eighteenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Docket 10328. Claims
Administration and Objections.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1189|F|0.10||22.00|20200124|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 87846)
[9564] Debtor's Omnibus Objection to Claims One Hundred and Fourteenth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commo filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Docket 10326. Claims
Administration and Objections.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1190|F|0.10||22.00|20200124|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 87846)
[9574] Debtor's Omnibus Objection to Claims One Hundred Twenty-Second Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highway
and Transportation Authority, and Employees Retirement System of the Government.
Docket 10324. Claims Administration and Objections.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1191|F|0.10||22.00|20200124|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 87846)
[9574] Debtor's Omnibus Objection to Claims One Hundred Twenty-Second Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highway
and Transportation Authority, and Employees Retirement System of the Government.
Docket 10321. Claims Administration and Objections.|66-0554116|220.00|González,
Yasthel|AS|[]

Exhibit G-1 January 2020- 505163.TXT
20200131|505163|1600|01001|104516.50|20200101|20200131||1192|F|0.10||22.00|20200124|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 87846)
[9564] Debtor's Omnibus Objection to Claims One Hundred and Fourteenth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commo filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Docket
10326.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1193|F|0.10||22.00|20200124|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 20288)
[9564] Debtor's Omnibus Objection to Claims One Hundred and Fourteenth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commo filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Docket
10329.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1194|F|0.20||44.00|20200124|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 32211)
[9558] Debtor's Omnibus Objection to Claims - One Hundred and Eighth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Docket
10330.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1195|F|0.10||22.00|20200124|
B310||A104|YG|Analyze Motion to inform /Informative Motion of the Official Committee
of Retired Employees of the Commonwealth of Puerto Rico Regarding Attendance and
Participation in January 29-30, 2020 Omnibus Hearing. Docket
10334.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1196|F|0.10||22.00|20200124|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 73623)
[9557] Debtor's Omnibus Objection to Claims One Hundred and Seventh Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwe filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. Docket
10341.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1197|F|0.40||112.00|20200127
|B310||A104|KCS|Receive and analyze Motion Submitting Certified Translations
Rerlative to: [9736] Response to Debtor's Objection to Claims (Number(s): 50248)
Relative to: [8976] Debtor's Omnibus Objection to Claims Eighty-Seventh Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, an filed by Ivett S. Matos, [9787] Response to
Debtor's Objection to Claims (Number(s): 88739) Relative to: [9564] Debtor's Omnibus
Objection to Claims One Hundred and Fourteenth Omnibus Objection (Non-Substantive)
of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation A filed
by Luz S. Ortiz Molina, [9978] Response to Debtor's Objection to Claims (Number(s):
41051/41566) Relative to: [9558] Debtor's Omnibus Objection to Claims - One Hundred

Exhibit G-1 January 2020- 505163.TXT

and Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportat filed by Hector Francisco Vallejo Moreno,
[10045] Order, [10230] Response to Debtor's Objection to Claims (Number(s): 68341)
Relative to: [9569] Debtor's Omnibus Objection to Claims - One Hundred Nineteenth
Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
Highways and Transportation Au filed by Quetcy Ann Cedeno Rodriguez, [10239]
Response to Debtor's Objection to Claims (Number(s): 85203) Relative to: [9569]
Debtor's Omnibus Objection to Claims - One Hundred Nineteenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Au filed by Jo-Ann Calderon Rivera, [10331] Order, [10378] Order
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE#
11789]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1198|F|1.30||364.00|20200127
|B310||A104|KCS|Receive and analyze Third Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Eighty-Ninth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico Relative to: [9474] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [9770] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed
Order) filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE
10391]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1199|F|1.30||364.00|20200127
|B310||A104|KCS|Receive and analyze Third Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Ninety-First Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, and Employment Retirement
System of the Government of the Commonwealth of Puerto Rico. Relative to: [9477]
Notice filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. [DE 10393]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1200|F|1.30||364.00|20200127
|B310||A104|KCS|Receive and analyze Third Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Ninety-Second Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees
Retirement System of the Government of the Commonwealth of Puerto Rico Relative to:
[9478] Notice filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al., [9773] Notice filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit
B # (3) Proposed Order) filed by The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE
10394]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||1201|F|1.40||392.00|20200127
|B310||A104|KCS|Receive and analyze Third Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Ninety-Fourth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth of Puerto Rico Relative to: [9481] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [9778] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed
Order) filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE
10396]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1202|F|0.40||112.00|20200127
|B310||A104|KCS|Receive and analyze Third Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Ninety-Third Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico highways and
Transportation Authority, and Employment Retirement System of the Government of the
Commonwealth of Puerto Rico. Relative to: [9479] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B #
(3) Proposed Order) filed by CARLA GARCIA BENITEZ on behalf of The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE 10395]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1203|F|0.90||252.00|20200127
|B310||A104|KCS|Receive and analyze Third Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Ninety-Fifth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico highways and
Transportation Authority, and Employment Retirement System of the Government of the
Commonwealth of Puerto Rico. Relative to: [9482] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B #
(3) Proposed Order) filed by CARLA GARCIA BENITEZ on behalf of The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE 10397]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1204|F|0.10||28.00|20200127|
B310||A104|KCS|Receive and analyze Notice of Adjournment as to Certain Claims
Subject to Omnibus Objections (Non-Substantive) of the Commonwealth of Puerto Rico
and Employees Retirement System of the Government of the Commonwealth of Puerto Rico
Relative to: [10045] Order, [10256] Order, [10331] Order, [10378] Order filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. [DE 10397]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1205|F|1.40||308.00|20200127
|B310||A104|YG|Analyze Notice Third notice of (A) Adjournment as to Certain Claims
and (B) Submission of Amended Schedule for the Seventy-Eighth Omnibus Objection

Exhibit G-1 January 2020- 505163.TXT

(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportaion Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico [9457] Notice filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al., Notice Third notice of (A) Adjournment as to Certain Claims and (B)
Submission of Amended Schedule for the Seventy-Eighth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportaion Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico. Docket 10379. (172 pages including
exhibits)|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1206|F|0.10||22.00|20200127|
B310||A104|YG|Analyze Motion to inform National Public Finance Guarantee
Corporations Appearance at January 29, 2020 Omnibus Finance Guarantee Corporations.
Docket 10375.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1207|F|1.50||330.00|20200127
|B310||A104|YG|Analyze Third Notice of (A) Adjournment as to Certain Claims and (B)
Submission of Amended Schedule for the Seventy-Ninth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico  [9458] Notice filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al., [9760] Docket 10380. (170 pages including
exhibits)|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1208|F|0.10||22.00|20200127|
B310||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) - Claims
Number(s): 128952 filed by Maritza Cruz Rosado, pro se . Docket
10346.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1209|F|0.10||22.00|20200127|
B310||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) filed by
Maritza Cruz Rosado, pro se . Docket 10345.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1210|F|0.10||22.00|20200127|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 104451)
[9569] Debtor's Omnibus Objection to Claims - One Hundred Nineteenth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Docket
10349.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1211|F|0.10||22.00|20200127|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 85291)
[9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of P filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al.Docket
10350.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1212|F|0.10||22.00|20200127|

Exhibit G-1 January 2020- 505163.TXT

B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 35147)
[9553] Debtor's Omnibus Objection to Claims One Hundred and Third Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonweal filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al.Docket.
10352.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1213|F|0.10||22.00|20200127|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 76464,
63107) [9552] Debtor's Omnibus Objection to Claims - One Hundred and Second Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Docket
10354.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1214|F|0.30||66.00|20200127|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 34197)
[9549] Debtor's Omnibus Objection to Claims Ninety-Ninth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Pue filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. Docket
10356.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1215|F|0.10||22.00|20200127|
B310||A104|YG|Analyze Motion to inform and Notice of Request to Be Heard at the
January 29-30, 2020 Omnibus Hearing filed by Davidson Kempner Capital Management LP,
PEAJE INVESTMENTS LLC. Docket 10358.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1216|F|0.10||22.00|20200127|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 7401)
[9576] Debtor's Omnibus Objection to Claims One Hundred Twenty-Third Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonw filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. Docket
10359.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1217|F|0.30||66.00|20200127|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 33898)
[9550] Debtor's Omnibus Objection to Claims - One Hundredth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. Docket
10360.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1218|F|0.10||22.00|20200127|
B310||A104|YG|Analyze Hundredth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth of filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the

Exhibit G-1 January 2020- 505163.TXT

Commonwealth of Puerto Rico, et al. Docket 10361.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1219|F|0.10||22.00|20200127|B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 36415) [9555] Debtor's Omnibus Objection to Claims One Hundred and Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonweal filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. Docket 10362.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1220|F|0.10||22.00|20200127|B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 29760) [9551] Debtor's Omnibus Objection to Claims One Hundred and First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonweal filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. Docket 10366.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1221|F|0.20||44.00|20200127|B310||A104|YG|Analyze Hundred Twenty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority. Docket 10367.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1222|F|0.20||44.00|20200127|B310||A104|YG|Analyze Notice of Defective Pleading submitted on 01/23/2020 by Vilmarie Morales Colon, Rosana Morales Colon, Maria M. Torres Rodriguez and Francisca Rolon Cosme.  Docket 10369.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1223|F|0.10||22.00|20200127|B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 115613) [8976] Debtor's Omnibus Objection to Claims >Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of P filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. Docket 10368.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1224|F|1.40||392.00|20200128|B310||A104|KCS|Receive and analyze Notice of Filing of Revised Proposed Order and Amended Schedules for Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided relative to:[10306] Notice filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al., [10398] Notice filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The Financial Oversight and Management Board for Puerto Rico, et al. [DE 10457, 170 pgs.)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1225|F|1.40||392.00|20200128

Exhibit G-1 January 2020- 505163.TXT

|B310||A104|KCS|Receive and analyze Notice of Filing of Revised Proposed Order and
Amended Schedules for Ninety-Seventh Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth of Puerto Rico to
Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services
Provided relative to:[9547] Debtor's Omnibus Objection to Claims Ninety-Seventh
Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
Highways and Transportation Authority, and Employees Retirement System of the
Government of the Commonwealth filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by CARLA
GARCIA BENITEZ on behalf of The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE 10456, 171
pgs.)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1226|F|1.40||392.00|20200128
|B310||A104|KCS|Receive and analyze Notice of Filing of Revised Proposed Order and
Amended Schedules for Ninety-Sixth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth of Puerto Rico to
Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services
Provided relative to:[10306] Notice filed by The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.,
[10398] Notice filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. [DE 10454, 170 pgs.)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1227|F|1.40||392.00|20200128
|B310||A104|KCS|Receive and analyze Notice of Filing of Revised Proposed Order and
Amended Schedules for Ninety-Ninth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth of Puerto Rico to
Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services
Provided relative to:[10306] Notice filed by The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.,
[10398] Notice filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. [DE 10458, 171 pgs.)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1228|F|1.40||392.00|20200128
|B310||A104|KCS|Receive and analyze Notice of Filing of Revised Proposed Order and
Amended Schedules for One Hundredth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government on the Commonwealth of Puerto Rico to
Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services
Provided relative to:[10306] Notice filed by The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.,

Exhibit G-1 January 2020- 505163.TXT

[10398] Notice filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. [DE 10460, 170 pgs.)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1229|F|1.40||392.00|20200128
|B310||A104|KCS|Receive and analyze Notice of Filing of Revised Proposed Order and
Amended Schedules for One Hundred and First Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth of Puerto Rico
to Deficient Claims Asserting Interests Based on Salary Demands, Employment or
Services Provided relative to:[10306] Notice filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al., [10398] Notice filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE 10461, 172 pgs.)|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1230|F|1.40||392.00|20200128
|B310||A104|KCS|Receive and analyze Notice of Filing of Revised Proposed Order and
Amended Schedules for One Hundred and Seventh Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth of Puerto Rico
to Deficient Claims Asserting Interests Based on Salary Demands, Employment or
Services Provided relative to:[10306] Notice filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al., [10398] Notice filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE 10470, 170 pgs.)|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1231|F|0.10||28.00|20200128|
B310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims
(Number(s): 101034, 123152) Relative to: [9565] Debtor's Omnibus Objection to Claims
One Hundred and Fifteenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Common filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al., [9905] Debtor's Omnibus Objection to Claims One Hundred
Thirty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonw filed by The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Envelope) CARMEN RIVERA MARTINEZ, pro se and in the Spanish
language. [DE 10475)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1232|F|0.10||28.00|20200128|

Exhibit G-1 January 2020- 505163.TXT

B310||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims (Number(s): 81334) Relative to: [9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of P filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Notice of Defective Pleading # (3) Envelope) Esther M. Carrero Rivera, pro se and in the Spanish language. [DE 10474)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1233|F|1.20||264.00|20200128|B310||A104|YG|Analyze Third Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Ninetieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico  [9475] Notice filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. Docket 10392. (158 pages including attachments)|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1234|F|0.10||22.00|20200128|B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 88002) [9567] Debtor's Omnibus Objection to Claims - One Hundred Seventeenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth. Docket 10402.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1235|F|0.10||22.00|20200128|B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 16128, 28547) [9570] Debtor's Omnibus Objection to Claims - One Hundred Twentieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonw filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al Docket 10403.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1236|F|0.10||22.00|20200128|B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 101019, 99337, 110193, 50908) [8978] Debtor's Omnibus Objection to Claims - Eighty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth. Docket 10404.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1237|F|0.20||44.00|20200128|B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 132377, 107369) [9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of P filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al., Docket 10405.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1238|F|0.20||44.00|20200128|B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 44433)

Exhibit G-1 January 2020- 505163.TXT

[9556] Debtor's Omnibus Objection to Claims - One Hundred and Sixth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Common Docket 10406.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|001|104516.50|20200101|20200131||1239|F|0.10||22.00|20200128|
B310||A104|YG|Analyze response to Omnibus Objection filed by Luis A. Faris Elba, pro
se . Docket 10407.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1240|F|0.10||22.00|20200128|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 82872)
[9551] Debtor's Omnibus Objection to Claims One Hundred and First Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonweal filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Docket
10408.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1241|F|0.10||22.00|20200128|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 31350,
35478) [9550] Debtor's Omnibus Objection to Claims - One Hundredth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. Docket
10409.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1242|F|1.30||364.00|20200129
|B310||A104|KCS|Receive and analyze Notice of Filing of Revised Proposed Order and
Amended Schedules for One Hundred and Eighth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth of Puerto Rico
to Deficient Claims Asserting Interests Based on Salary Demands, Employment or
Services Provided relative to:[10306] Notice filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al., [10398] Notice filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by  The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE 10479, 165 pgs.)|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1243|F|1.30||364.00|20200129
|B310||A104|KCS|Receive and analyzeNotice of Filing of Revised Proposed Order and
Amended Schedules for One Hundred and Ninth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth of Puerto Rico
to Deficient Claims Asserting Interests Based on Salary Demands, Employment or
Services Provided relative to:[10306] Notice filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al., [10398] Notice filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The

Exhibit G-1 January 2020- 505163.TXT

Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE 10480, 157 pgs.)|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1244|F|1.30||364.00|20200129
|B310||A104|KCS|Receive and analyze Notice of Filing of Revised Proposed Order and
Amended Schedules for One Hundred and Tenth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth of Puerto Rico
to Deficient Claims Asserting Interests Based on Salary Demands, Employment or
Services Provided relative to:[10306] Notice filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al., [10398] Notice filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by  The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE 10481, 158 pgs.)|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1245|F|1.30||364.00|20200129
|B310||A104|KCS|Receive and analyze Notice of Filing of Revised Proposed Order and
Amended Schedules for One Hundred and Tenth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth of Puerto Rico
to Deficient Claims Asserting Interests Based on Salary Demands, Employment or
Services Provided relative to:[10306] Notice filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al., [10398] Notice filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE 10482, 158 pgs.)|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1246|F|1.30||364.00|20200129
|B310||A104|KCS|Receive and analyze Notice of Filing of Revised Proposed Order and
Amended Schedules for One Hundred and Thirteenth Omnibus Objection (Non-Substantive)
of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation
Authority, and Employees Retirement System of the Government of the Commonwealth of
Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands,
Employment or Services Provided relative to:[10306] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [10398] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed
Order) filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE 10485, 161
pgs.)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1247|F|1.30||364.00|20200129
|B310||A104|KCS|Receive and analyze Notice of Filing of Revised Proposed Order and
Amended Schedules for One Hundred and Twelfth Omnibus Objection (Non-Substantive) of

Exhibit G-1 January 2020- 505163.TXT
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth of Puerto Rico
to Deficient Claims Asserting Interests Based on Salary Demands, Employment or
Services Provided relative to:[10306] Notice filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al., [10398] Notice filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE 10483, 159 pgs.)|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1248|F|1.30||364.00|20200129
|B310||A104|KCS|Receive and analyze Notice of Filing of Revised Proposed Order and
Amended Schedules for One Hundred and Fourteenth Omnibus Objection (Non-Substantive)
of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation
Authority, and Employees Retirement System of the Government of the Commonwealth of
Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands,
Employment or Services Provided relative to:[10306] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [10398] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed
Order) filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE 10486, 157
pgs.)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1249|F|1.30||286.00|20200129
|B310||A104|YG|Receive and analyze Notice of Filing of Revised Proposed Order and
Amended Schedules for One Hundred and Fifteenth Omnibus Objection (Non-Substantive)
of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation
Authority, and Employees Retirement System of the Government of the Commonwealth of
Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands,
Employment or Services Provided relative to:[10306] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [10398] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed
Order) filed byThe Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE 10487, 159
pgs.)|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1250|F|1.30||286.00|20200129
|B310||A104|YG|Receive and analyze Notice of Filing of Revised Proposed Order and
Amended Schedules for One Hundred and Sixteenth Omnibus Objection (Non-Substantive)
of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation
Authority, and Employees Retirement System of the Government of the Commonwealth of
Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands,
Employment or Services Provided relative to:[10306] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [10398] Notice filed by The Financial Oversight

Exhibit G-1 January 2020- 505163.TXT

and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Proposed Notice B # (3)
Proposed Order) filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE 10488, 158
pgs.)|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1251|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 73517)
[9552] Debtor's Omnibus Objection to Claims filed by Hilda L. Mercado Nieves, pro
se. Docket 10436.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1252|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Amended Notice of Participation (Employees Retirement System)
filed by Nestor A. Rodriguez Marty, pro se. . Docket
10439.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1253|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 31789)
[9552] Debtor's Omnibus Objection to Claims filed by Claribel W Mercado Vargas, pro
se . Docket 10440.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1254|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Motion to inform regarding January 29, 2020 hearing filed by
Peter C. Hein, pro se. [ct] . Docket 10438.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1255|F|0.10||22.00|20200129|
B310||A104|YG|Analyze response to Debtor's Objection to Claims (Number(s): 32026)
[9552] Debtor's Omnibus Objection to Claims filed by Maribel S Mercado Vargas, pro
se . Docket 10441.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1256|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 74697)
[9550] Debtor's Omnibus Objection to Claims filed by Javier A. Irizarry Vargas, pro
se . Docket 10442.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1257|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 43863)
[9558] Debtor's Omnibus Objection filed by Myriam I Acevedo Mesonero. Docket
10435.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1258|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 42820)
[9556] Debtor's Omnibus Objection to Claims filed by SONIA DIAZ SUAREZ, pro se.
Docket 10434.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1259|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 42235)
[9557] Debtor's Omnibus Objection to Claims filed by Elaine Torres Perez, pro se .
Docket 10443.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1260|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 160091)
[9895] Debtor's Omnibus Objection to Claims One Hundred Twenty-Sixth Omnibus
Objection. Docket 10446.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1261|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 81765)
[9555] Debtor's Omnibus Objection to Claims One Hundred and Fifth Omnibus Objection.

Exhibit G-1 January 2020- 505163.TXT

Docket 10447.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1262|F|0.20||44.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 82541)
[9555] Debtor's Omnibus Objection to Claims One Hundred and Fifth Omnibus Objection
filed by EVELYN R RODRIGUEZ CRUZ, pro se . Docket 10448.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1263|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 28211)
[9546] Debtor's Omnibus Objection to Claims filed by Bernardo Acevedo Gonzalez, pro
se . Docket 10449.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1264|F|0.10||22.00|20200129|
B310||A104|YG|Analyze response to Debtor's Objection to Claims (Number(s): 81832)
[9566] Debtor's Omnibus Objection to Claims filed by EVELYN R RODRIGUEZ CRUZ, pro se
. Docket 10450.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1265|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 27280)
[9576] Debtor's Omnibus Objection to Claims filed by Mayra E. Torres Ramos, pro se .
Docket 10451.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1266|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 28179)
[9557] filed by Mayra E. Torres Ramos, pro se . Docket
10452.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1267|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 29152)
Regarding [9552] filed by Mayra E. Torres Ramos, pro se . Docket
10453.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1268|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 48233)
[9548] Debtor's Omnibus Objection to Claims Ninety-Eighth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico filed by Juan J. Cortes Ocasio,
pro se . Docket 10455.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1269|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 73958)
Regarding [9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by Carlos J
Cintron Rodriguez . Docket 10468.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1270|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
46955/46995) Regarding [9556] Debtor's Omnibus Objection to Claims - One Hundred and
Sixth Omnibus Objection of the Commonwealth of Puerto Rico filed by Arnaldo Ruiz
Lopez, pro se . Docket 10465.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1271|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 45916)
[9552] Debtor's Omnibus Objection to Claims filed by Ada M. Matias Salas, pro se.
Docket 10463.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1272|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 47381)
Regarding [9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus

Exhibit G-1 January 2020- 505163.TXT

Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by MIGUEL A
BURGOS NIEVES, pro se. Docket 10472.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1273|F|0.20||44.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 28413)
[9553] Debtor's Omnibus Objection filed by Julio Padilla Rivera, pro se . Docket
10473.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1274|F|0.20||44.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 87443)
[9559] Debtor's Omnibus Objection to Claims One Hundred and Ninth Omnibus Objection
filed by BETTY ALVALLE ALVARADO, pro se. Docket 10410.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1275|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 83352)
[9558] Debtor's Omnibus Objection to Claims filed by Grace Vazquez, pro se. Docket
10414.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1276|F|0.10||22.00|20200129|
B310||A104|YG|Analyze response to Debtor's Objection to Claims (Number(s): 28069)
[9558] Debtor's Omnibus Objection to Claims filed by Ivelisse Velez Melon, pro se .
Docket 10415.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1277|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Motion Submitting Spanish Translation [9966] Response to
Debtor's Objection to Claims (Number(s): 9837) [9547] Debtor's Omnibus Objection to
Claims filed by Margarita Clemente Tapia, pro se. Docket
10413.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1278|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 83889)
[9569] Debtor's Omnibus Objection to Claims filed by Wanda Ivette Abril Lebron, pro
se . Docket 10416.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1279|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) filed by
SONIA DIAZ SUAREZ, pro se. Docket 10434.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1280|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 32741)
[9546] Debtor's Omnibus Objection to Claims filed by Myriam I Acevedo Mesonero, pro
se.  Docket 10435.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1281|F|1.40||308.00|20200129
|B310||A104|YG|Analyze Notice of Presentment - Notice of Filing of Revised Proposed
Order and Amended Schedules for One Hundred and Sixth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary
Demands, Employment or Services Provided [10306] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [10398] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. Docket 10469. (170 pages)|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1282|F|1.40||308.00|20200129

Exhibit G-1 January 2020- 505163.TXT

|B310||A104|YG|Analyze Notice of Presentment Notice of Filing of Revised Proposed
Order and Amended Schedules for One Hundred and Fifth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary
Demands, Employment or Services Provided [10306] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [10398] Docket 10467. (170
pages)|66-0554116|220.00|González, Yasthel|AS||[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1283|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Amended Motion to inform Amended Informative Motion filed by
Ad Hoc Group of PREPA Bondholders. Docket 10476.|66-0554116|220.00|González,
Yasthel|AS||[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1284|F|0.10||22.00|20200129|
B310||A104|YG|Analyze response to Debtor's Objection to Claims (Number(s): 61643)
filed by Maria Isabel Vazquez Mojica, pro se. Docket
10505.|66-0554116|220.00|González, Yasthel|AS||[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1285|F|0.20||44.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 28763)
[9572] Debtor's Omnibus Objection to Claims - One Hundred Twenty-First Omnibus
Objection filed by Wilma Ortiz Rivera, pro se. Docket
10509.|66-0554116|220.00|González, Yasthel|AS||[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1286|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 48617)
filed by Maribel Pizarro Castro, pro se . Docket 10506.|66-0554116|220.00|González,
Yasthel|AS||[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1287|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 92673)
filed by Angel M Nieves Rivera, pro se . Docket 10507.|66-0554116|220.00|González,
Yasthel|AS||[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1288|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 24009)
filed by ) Wilma Ortiz Rivera, pro se. Docket 10508.|66-0554116|220.00|González,
Yasthel|AS||[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1289|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 97605)
[9560] Debtor's Omnibus Objection to Claims - One Hundred Tenth filed by ) Maria M.
Mateo Torres, pro se . Docket 10514.|66-0554116|220.00|González, Yasthel|AS||[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1290|F|0.10||22.00|20200129|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 122917)
filed by Yolanda Colon Torres, pro se . Docket 10511.|66-0554116|220.00|González,
Yasthel|AS||[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1291|F|1.30||364.00|20200130
|B310||A104|KCS|Receive and analyze Notice of Filing of Revised Proposed Order and
Amended Schedules for One Hundred and Seventeenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary

Exhibit G-1 January 2020- 505163.TXT
Demands, Employment or Services Provided relative to:[10306] Notice filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [10398] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed
Order) filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE 10489, 157
pgs.)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1292|F|1.20||336.00|20200130
|B310||A104|KCS|Receive and analyze Notice of Filing of Revised Proposed Order and
Amended Schedules for One Hundred and Eighteenth Omnibus Objection (Non-Substantive)
of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation
Authority, and Employees Retirement System of the Government of the Commonwealth of
Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands,
Employment or Services Provided relative to:[10306] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [10398] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as resentative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order)
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE 10490, 152
pgs.)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1293|F|1.40||392.00|20200130
|B310||A104|KCS|Receive and analyze Notice of Filing of Revised Proposed Order and
Amended Schedules for One Hundred and Nineteenth Omnibus Objection (Non-Substantive)
of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation
Authority, and Employees Retirement System of the Government of the Commonwealth of
Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands,
Employment or Services Provided relative to:[10306] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [10398] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed
Order) filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE 10491, 170
pgs.)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1294|F|1.40||392.00|20200130
|B310||A104|KCS|Receive and analyze Notice of Filing of Revised Proposed Order and
Amended Schedules for One Hundred and Twenty-First Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary
Demands, Employment or Services Provided relative to:[10306] Notice filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [10398] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed
Order) filed by The Financial Oversight and Management Board for Puerto Rico, as

Exhibit G-1 January 2020- 505163.TXT
Representative of the Commonwealth of Puerto Rico, et al. [DE 10493, 169
pgs.)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1295|F|1.40||392.00|20200130
|B310||A104|KCS|Receive and analyze Notice of Filing of Revised Proposed Order and
Amended Schedules for One Hundred and Twentieth Omnibus Objection (Non-Substantive)
of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation
Authority, and Employees Retirement System of the Government of the Commonwealth of
Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands,
Employment or Services Provided relative to:[10306] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [10398] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed
Order) filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE 10492, 169
pgs.)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1296|F|1.40||392.00|20200130
|B310||A104|KCS|Receive and analyze Notice of Filing of Revised Proposed Order and
Amended Schedules for One Hundred and Twenty-Third Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary
Demands, Employment or Services Provided relative to:[10306] Notice filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [10398] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed
Order) filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE 10494, 169
pgs.)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1297|F|1.30||364.00|20200130
|B310||A104|KCS|Receive and analyze Notice of Filing of Revised Proposed Order and
Amended Schedules for One Hundred and Twenty-Third Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary
Demands, Employment or Services Provided relative to:[10306] Notice filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [10398] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed
Order) filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE 10495, 157
pgs.)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1298|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 97765)
filed by Yolanda Colon Torres, pro se . Docket 10510.|66-0554116|220.00|González,
Yasthel|AS|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||1299|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 87568)
[9569] Debtor's Omnibus Objection to Claims filed by Genaro M Cedeno Rodriguez, pro
se . Docket 10516.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1300|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 144890)
[9897] Debtor's Omnibus Objection to Claims One Hundred Twenty-Seventh Omnibus
Objection filed by Jackeline Gonzalez Castillo, pro se . Docket
10517.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1301|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 92673)
[9553] Debtor's Omnibus Objection to Claims One Hundred and Third Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority filed by Angel M Nieves Rivera, pro se. Docket
10507.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1302|F|0.20||44.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 24009)
filed by Wilma Ortiz Rivera, pro se. Docket 10508.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1303|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Motion for Relief From Stay Under 362 [e] filed by Jose L.
Hernandez Compres, pro se.  Docket 10512.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1304|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 87568)
[9569] Debtor's Omnibus Objection to Claims - One Hundred Nineteenth Omnibus
Objection filed by Genaro M Cedeno Rodriguez, pro se . Docket
10516.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1305|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 144890)
[9897] Debtor's Omnibus Objection to Claims One Hundred Twenty-Seventh Omnibus
Objection filed by Jackeline Gonzalez Castillo. Docket
10517.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1306|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 59260)
[9554] Debtor's Omnibus Objection to Claims filed by Hector Rios Guadarrama, pro se
. Docket 10518.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1307|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 61672)
[9565] Debtor's Omnibus Objection to Claims One Hundred and Fifteenth Omnibus
Objection filed by Hector Rios Guadarrama, pro se . Docket
10519.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1308|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 75243)
[9567] Debtor's Omnibus Objection to Claims filed by MARVIN SANTIAGO PEREZ, pro se.
Docket 10520.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1309|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 48264)
[9574] Debtor's Omnibus Objection to Claims One Hundred Twenty-Second Omnibues

Exhibit G-1 January 2020- 505163.TXT

Objection filed by Melendez-Torra) Ivelisse Perez Talavera. Docket
10521.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1310|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 131327)
[9912] Debtor's Omnibus Objection to Claims One Hundred Thirty-Sixth Omnibus
Objection filed by William Castro Hernandez. Docket
10522.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1311|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims
(Number(s): 35758) [9550] Debtor's Omnibus Objection to Claims filed by Anette
Hernandez Rodriguez. Docket 10523.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1312|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims
(Number(s): 70866) [9553] Debtor's Omnibus Objection to Claims One Hundred and Third
Omnibus Objection filed by Enrique Ortiz Carrero. Docket
10524.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1313|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Notice of Defective Pleading submitted on 1/28/2020 filed by
Enrique Ortiz Carrero. Docket 10525.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1314|F|0.20||44.00|20200130|
B310||A104|YG|Analyze Urgent Informative Motion regarding: Urgent Informative Motion
of Government Parties for Tenth Revised Order Modifying Certain Deadlines Applicable
to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to
Bankruptcy Code Sections 362, 502, 922, and 928, And Bankruptcy Rules 3012(A)(1) and
9019 for Order Approving Settlements Embodied in The Restructuring Support
Agreement. Docket 1885.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1315|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 27189)
[9558] Debtor's Omnibus Objection to Claims filed by Eduardo Velez Crespo. Docket
10534.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1316|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) filed by
Samuel Huertas Mojica. Docket 10533.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1317|F|0.10||22.00|20200130|
B310||A104|YG|Analyze response to Debtor's Objection to Claims (Number(s): 28616)
[9547] Debtor's Omnibus Objection to Claims filed by NATALIA COLON AGOSTO. Docket
10532.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1318|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 47375)
[9548] Debtor's Omnibus Objection to Claims Ninety-Eighth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation filed by Cruz I. De Jesus Morales. Docket
10531.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1319|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 14321)
[9572] Debtor's Omnibus Objection to Claims filed byWanda Ortiz Rivera, pro se  .
Docket 10535.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1320|F|0.10||22.00|20200130|

Exhibit G-1 January 2020- 505163.TXT

B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 21746,
18470) [9556] Debtor's Omnibus Objection to Claims filed by Ana Wilda Perez Diaz.
Docket 10536.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1321|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 113549)
[9892] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fourth Omnibus
Objection filed by Edmee Alicea Nieto. Docket 10537.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1322|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 119032)
[9936] Debtor's Omnibus Objection to Claims One Hundred Forty-Third Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by Luz M.
Pantoja Gonzalez, pro se. Docket 10538.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1323|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 123202)
[9906] Debtor's Omnibus Objection to Claims One Hundred Thirty-Second Omnibus
Objection filed by Carmen G. Ruiz Lebron, pro se.  Docket
10539.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1324|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) - Claims
Number(s): 46503 filed by Maria Luisa Ortiz Lopez . Docket
10541.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1325|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 126696)
[9900] Debtor's Omnibus Objection to Claims One Hundred Twenty-Eight Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by Virgen
Santiago Andujar. Docket 10540.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1326|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
97852)[9565] Debtor's Omnibus Objection to Claims One Hundred and Fifteenth filed by
ANABEL RAMOS RODRIGUEZ. Docket 10542.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1327|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Notice of Defective Pleading Notice of Defective Pleading
filed by Virgen Santiago Andujar. Docket 10549.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1328|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 38695)
[9547] Debtor's Omnibus Objection to Claims filed by Joel Chevere Santos.  Docket
10545.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1329|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 84189)
[9565] Debtor's Omnibus Objection to Claims One Hundred and Fifteenth Omnibus
Objection filed by ANABEL RAMOS RODRIGUEZ. Docket 10544.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1330|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 56197)
[9565] Debtor's Omnibus Objection to Claims filed by ANABEL RAMOS RODRIGUEZ. Docket
10543.|66-0554116|220.00|González, Yasthel|AS|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||1331|F|0.10||22.00|20200130|
B310||A104|YG|Analyze Motion Submitting evidence [9966] Response to Debtor's
Objection to Claims (Number(s): 9837) filed by Margarita Clemente Tapia. Docket
10548.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1332|F|0.30||66.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 154978)
[9940] Debtor's Omnibus Objection to Claims filed by Marie C. Santiago Vazquez.
Docket 10559.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1333|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 80811)
[9567] Debtor's Omnibus Objection to Claims - One Hundred Seventeenth Omnibus
Objection filed by Norma I. Tirado Rodriguez. Docket
10558.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1334|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 102274)
[9561] Debtor's Omnibus Objection to Claims One Hundred and Eleventh Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by Wanda L.
Diaz Reyes. Docket 10557.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1335|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 38263)
[9546] Debtor's Omnibus Objection to Claims filed by Ivelisse Berrios Torres. Docket
10561.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1336|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 40355)
[9546] Debtor's Omnibus Objection to Claims filed by Belen E. Arrieta Ortiz. Docket
10562.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1337|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 35019)
[9557] Debtor's Omnibus Objection to Claims filed by Carmen I. Santiago Rodriguez.
Docket 10563.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1338|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 35019)
[9557] Debtor's Omnibus Objection to Claims One Hundred and Seventh Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by Sonia
Sanchez Ramos. Docket 10564.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1339|F|0.20||44.00|20200131|
B310||A104|YG|Analyze Response to Omnibus Objection filed by Gisela O'Ferrall
Irizarry. Docket 10560.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1340|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) filed by
Luz Ivette Rodriguez . Docket 10566.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1341|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) filed by
Reinaldo Rodriguez Aponte. Docket 10567.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1342|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) filed by
Waleska L. Rivera Aponte. Docket 10568.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1343|F|0.10||22.00|20200131|

Exhibit G-1 January 2020- 505163.TXT

B310||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) filed by
Antonio Otero Morales. Docket 10569.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1344|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
22449)[8968] Debtor's Omnibus Objection to Claims filed by Gladys M. Olivero
Rodriguez. Docket 10571.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1345|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) filed by
Nylvia Grant Allende. Docket 10574.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1346|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 40648)
[9572] Debtor's Omnibus Objection to Claims - One Hundred Twenty-First Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Comm filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al.  Docket
10572.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1347|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 38699)
[9548] Debtor's Omnibus Objection to Claims Ninety-Eighth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority filed by Gisela J. Cordero Mendez. Docket
10580.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1348|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 38699)
[9548] Debtor's Omnibus Objection to Claims Docket filed by Gisela J. Cordero
Mendez. DE 10581.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1349|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 64782)
[9549] Debtor's Omnibus Objection to Claims Ninety-Ninth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Pue filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. Docket
10578.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1350|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Omnibus Objection filed by Prime Clerk LLC.
Docket 10577.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1351|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 33364)
[8983] Debtor's Omnibus Objection to Claims Ninety-Fourth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico filed by Virgen Santiago
Andujar.  Docket 10576.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1352|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 74603)
[9549] Debtor's Omnibus Objection to Claims Ninety-Ninth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways filed by
JOSEFINA GARAY ROJAS .  Docket 10575.|66-0554116|220.00|González, Yasthel|AS|[]

Exhibit G-1 January 2020- 505163.TXT

20200131|505163|1600|01001|104516.50|20200101|20200131||1353|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 60462,
60514) [9553] Debtor's Omnibus Objection to Claims One Hundred and Third Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by Luz N.
Nievez Cardona. Docket 10581.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1354|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 90568,
110608) [9559] Debtor's Omnibus Objection to Claims filed by Ana Arbona Quinones.
Docket 10582.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1355|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 64765)
[9555] Debtor's Omnibus Objection to Claims One Hundred and Fifth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico filed by Ana Arbona Quinones.
Docket 10583.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1356|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 63955)
[9553] Debtor's Omnibus Objection to Claims One Hundred and Third Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico filed by Hilda Penaloza
Clemente, pro se . Docket 10588.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1357|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 41228)
[9552] Debtor's Omnibus Objection to Claims - One Hundred and Second Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by Maria
Santiago Gonzalez. Docket 10584.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1358|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 60675)
[8979] Debtor's Omnibus Objection to Claims Ninetieth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways filed by
Justina Rodriguez Otero. Docket 10585.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1359|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 32812,
29848, 28814) [9546] Debtor's Omnibus Objection to Claims - Ninety-Sixth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico. Ninetieth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
filed by Maria T. Baerga Valle, pro se. Docket 10586.|66-0554116|220.00|González,
Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1360|F|0.10||22.00|20200131|
B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 85126,
97563, 150533) [9561] Debtor's Omnibus Objection to Claims One Hundred and Eleventh
Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by
Lydia H. Figueroa Correa . Docket 10587.|66-0554116|220.00|González, Yasthel|AS|[]
20200131|505163|1600|01001|104516.50|20200101|20200131||1361|E|300.00||300.00|202001
14||E112||KCS|Clerk U.S. District Court; Invoice # 160001001; Court Fees. For
Danielle A. D'Aquila to appear pro hac vice filed by KENNETH C SURIA RIVERA on
behalf of The Financial Oversight and Management Board for Puerto
Rico.|66-0554116|1.00|Suria, Kenneth C.|PT|[]