**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------------------- X
                                    :
In re:                               :
                                    :
THE FINANCIAL OVERSIGHT AND       :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :   Title III
                                    :
      as representative of              :   Case No. 17-BK-3283 (LTS)
                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :   (Jointly Administered)
                                    :
      Debtors.[1]                          :
------------------------------------------------------------------------- X

**NOTICE OF FILING OF THE FIFTH INTERIM FEE APPLICATION OF ESTRELLA,
LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS LOCAL COUNSEL FOR BROWN RUDNICK, LLP AS
ADVISOR FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, AS REPRESENTATIVE OF THE DEBTOR, THE PUERTO RICO
HIGHWAYS AND TRANSPORTATION AUTHORITY FOR THE
PERIOD FROM JANUARY 1, 2020 THROUGH APRIL 30, 2020**

PLEASE TAKE NOTICE that on August 17, 2020, pursuant to this Court's Second

Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses

of Professionals [ECF No. 3269] (the "Interim Compensation Order"), Estrella LLC as Local

Counsel to Brown Rudnick, LLP, Special Claims Counsel for the Financial Oversight and

Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, the

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case
No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last
Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy
Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

Puerto Rico Sales Tax Financing Corporation, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Electric Power Authority (collectively, the "Debtors"), filed the Second Interim Fee Application of Estrella, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor for the Financial Oversight and Management Board for Puerto Rico, for the Period January 1, 2020 through April 30, 2020 (the "Application").

PLEASE TAKE FURTHER NOTICE that any response or objection to the Application by any party other than the Fee Examiner must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Interim Compensation Order, the Fourth Amended Case Management Procedures [ECF No. 2839], and the Order Further Amending Case Management Procedures [ECF No. 13512] (the "Case Management Procedures"), (and (c) be filed with the Court and served on the entities below, so as to be received on or before **August 24, 2020 at 4:00 p.m. (AST)** (the "Objection Deadline"):

    i.      the Financial Oversight and Management Board, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, Attn:  Martin J. Bienenstock, Esq., (mbienenstock@proskauer.com), Brian Rosen, Esq. (brosen@proskauer.com), Ehud Barak, Esq. (ebarak@proskauer.com), Paul V. Possinger, Esq. (ppossinger@proskauer.com) and Maja Zerjal, Esq. (mzerjal@proskauer.com);

    ii.     attorneys for the Financial Oversight and Management Board as representative of The Commonwealth of Puerto Rico, O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918-1813, Attn: Hermann D. Bauer, Esq. (Hermann.bauer@oneillborges.com);

    iii.    the Puerto Rico Fiscal Agency and Financial Advisory Authority, Roberto Sanchez Vilella (Minillas) Government Center De Diego Avenue, Stop 22, San Juan, PR 00907, Attn.: Carlos Saavedra, Esq. (Carlos.Saavedra@aafaf.pr.gov)  and Rocio Valentin (Rocio.Valentin@aafaf.pr.gov);

iv.  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Time Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzanne Uhland, Esq. (suhland@omm.com), Peter Friedman, Esq. (pfriemand@omm.com), Nancy A. Mitchell, Esq. (mitchelln@omm.com), and Maria J. DiConza, Esq. (mdiconza@omm.com);

v.  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muniz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave., San Juan P.R. 00917, Attn.: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com), Carolina Velaz Rivero Esq. (cvelaz@mpmlawpr.com); and Ivan Garau-Gonzalez (igarau@mpmlawpr.com);

vi.  the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico);

vii.  attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com), James Bliss (jamesbliss@paulhastings.com), James Worthington, Esq. (jamesworthington@paulhastings.com) and G. Alexander Bongartz, Esq. (alexbongartz@paulhastings.com);

viii.  attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlaw.com), Diana M. Batlle-Barasorda, Esq. (dbatlle@cstlaw.com), Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com) and Ericka C. Montull-Novoa, Esq. (emontull@cstlaw.com);

ix.  attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com) and Catherine Steege, Esq. (csteege@jenner.com).

x.  attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar Zequeira, Esq. (ajb@bennazar.org);

xi.  the Puerto Rico Department of Treasury, P.O. Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L.

Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary of Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov ; and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

xii.     counsel to any other statutory committee appointed;

xiii.    attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

xiv.    attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@gklaw.com).

PLEASE TAKE FURTHER NOTICE that if (a) no objection is timely filed and served in accordance with the Interim Compensation Order and Case Management Procedures, and (b) all issues raised by the Fee Examiner are consensually resolved, the relief requested may be granted without a hearing.

PLEASE TAKE FURTHER NOTICE that copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at https://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

WHEREFORE, counsel for the Oversight Board respectfully requests that the Court take notice of the foregoing.

CERTIFICATE OF SERVICE: I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record, as well as served the standard parties

pursuant to the requirements set forth in the Order Further Amending Case Management

Procedures at Docket No. 13512 and the Thirteenth Amended Notice, Case Management and

Administrative Procedures.

Dated: August 17, 2020        */s/ Kenneth C. Suria*
         ESTRELLA, LLC
         Alberto Estrella (USDC-PR 209804)
         Kenneth C. Suria (USDC-PR 213302)
         P. O. Box 9023596
         San Juan, Puerto Rico 00902–3596
         Tel.: (787) 977-5050
         Fax: (787) 977-5090

         *Local Counsel to the Financial Oversight and Management
         Board, acting through the Special Claims Committee*