# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BAORD OF PUERTO RICO | PROMESA Tittle III |
| As representative of | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

**COMES NOW,** Industria Lechera de Puerto Rico, Inc. ("Indulac"), without submitting to this Honorable Court's jurisdiction, hereby enter its appearance through the Law Firm of **Marichal, Hernández, Santiago & Juarbe, LLC** and the undersigned consuls, José R. Negrón-Fernández and Rafael M. Santiago-Rosa pursuant to Rules 9010(b) of the Federal Rules of Bankruptcy Procedures and Rule 83(d) of the Local District Court Rules for the District of Puerto Rico, which apply pursuant to section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("Promesa"), 48 U.S.C. §2170. The undersigned respectfully request

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Puerto rico Sales tax financing Corporation ("COFINA") Rico (Bankruptcy Case No. 17-BK-3284 (LTS) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

00053092/

Industria Lechera de Puerto Rico, Inc.
*Notice of Appearance*
Page **2** of **3**

that all notices given or required to be given in this action and all related actions, be given and served upon as set forth below:

José Negrón-Fernández, Esq.
Rafael M. Santiago-Rosa, Esq.
Marichal, Hernández, Santiago & Juarbe, LLC
PO BOX 190095
San Juan, PR 00919-0095
Tel: (787) 753-1565/(787) 758-8029
Fax: (787) 763-1704/(787) 754-0109
E-mail: jnegron@mhlex.com
E-mail: rsantiago@mhlex.com

**PLEASE TAKE NOTICE** that the foregoing request includes, but is not limited to orders, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telex, facsimile or otherwise filed pursuant to section 1109(b) of the bankruptcy Code.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, on this 17th day of August 2020.

**WE HEREBY CERTIFY** that on the same date, a copy of this Notice was filed through the Court's CM/ECF System, which sends notifications of such filing to all counsels of record who have registered for receipt of notice by electronic mail.

Industria Lechera de Puerto Rico, Inc.
*Notice of Appearance*
Page **3** of **3**

## MARICHAL, HERNANDEZ, SANTIAGO & JUARBE, LLC
Triple S Plaza
1510 F.D. Roosevelt Ave.
9th Floor, Suite 9 B1
Guaynabo, Puerto Rico 00968
P.O. Box 190095
San Juan, Puerto Rico 00919-0095
Phone: (787) 753-1565
Fax: (787) 763-1404

/s/ *Rafael M. Santiago-Rosa*          /s / *José R. Negrón Fernández*
**Rafael M. Santiago-Rosa**          **José R. Negrón-Fernández**
USDC P.R. No.211705          USDC P.R. No. 212713
E-Mail: rsantiago@mhlex.com          E-mail: jnegron@mhlex.com