UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

          Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING COMMONWEALTH OF PUERTO RICO'S URGENT CONSENTED MOTION FOR
EXTENSION OF DEADLINES IN CONNECTION WITH URGENT MOTION REQUESTING COMFORT ORDER

        The Court has received and reviewed the *Commonwealth of Puerto Rico's Urgent Consented Motion for Extension of Deadlines in Connection with Urgent Motion Requesting Comfort Order* (Docket Entry No. 14046 in Case No. 17-3283, the "Extension Motion"). The Extension Motion is granted to the extent provided herein. Opposition papers to the *Urgent Motion Requesting a Ruling or Entry of Comfort Order as to the Non-Applicability of the Automatic Stay to a Limited Controversy with the Commonwealth of Puerto Rico Arising Post-Petition and Having Post-Petition Effects but Partially Based on a Pre-Petition Judgment Incorporating Milk Regulations Established by the United States District Court for the District of Puerto Rico and Not Involving Property of the Debtor or Its Estate* (Docket Entry No. 13938 in Case No. 17-3283, the "Motion") must be filed by **August 27, 2020, at 5:00 p.m. (Atlantic Standard Time)**. Reply papers must be filed by **September 10, 2020, at 5:00 p.m. (Atlantic**

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Standard Time)**.  The Court will thereafter take the Motion on submission, unless the Court orders otherwise.

This Order resolves Docket Entry No. 14046 in Case No. 17-3283.

SO ORDERED.

Dated: August 17, 2020

                                                       /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              United States District Judge