## Exhibit A

**Proposed Termination Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- X
:
In re:                                                                :
:
THE FINANCIAL OVERSIGHT AND                                           : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                     : Title III
:
    as representative of                           : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,*                             : (Jointly Administered)
:
    Debtors.[1]                                    :
---------------------------------------------------------------------- X
:
In re:                                                                :
:
THE FINANCIAL OVERSIGHT AND                                           : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                     : Title III
:
    as representative of                           : Case No. 17-BK-4780 (LTS)
:
PUERTO RICO ELECTRIC POWER AUTHORITY                                  :
:
    Debtor.                                        :
---------------------------------------------------------------------- X

**ORDER GRANTING MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO TERMINATE BANKRUPTCY RULE 9019 MOTION**

The Court, having considered the Official Committee of Unsecured Creditors' Motion to Terminate 9019 Motion (the "Motion to Terminate"),[2] the accompanying papers and pleadings,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

any oppositions thereto, and argument thereon, and good cause having been shown, it is hereby

ORDERED that:

    1.    The relief requested in the Motion to Terminate is GRANTED.

    2.    The 9019 Motion is terminated, effective immediately, without prejudice to its renewal.

    3.    The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2020

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion to Terminate.