**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------------x

## ORDER

This matter is before the Court on the *Omnibus Motion to Extend Deadline for Motion for Default Judgement in Standing Order Regarding Procedures for Default Motion Practice and Clerk's Entries of Default* (Dkt. No. 14036 in 17-BK-3283) (the "Motion"). Taking notice of the lack of objection and finding good cause for the requested relief, the Court hereby ALLOWS the motion. The deadline to file and serve motions for judgment by default established in the *Standing Order Regarding Procedures for Default Judgment Motion Practice* (Dkt. No. 13421 in 17-BK-3283) and all entries of default shall be extended by sixty days, to **October 17, 2020,** for the defendants listed in the Supplemental Appendix.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves Dkt. No. 14036.

SO ORDERED.

                                                      / s / Judith Gail Dein  
                                                      Judith Gail Dein  
                                                      United States Magistrate Judge

DATED: August 18, 2020

**SUPPLEMENTAL APPENDIX**

| Defendant | Adversary Proceeding No. |
|---|---|
| Avant Technologies of Puerto Rico, Inc. | 19-00079 |
| Caribbean Educational Services, Inc. | 19-00098 |
| Carrasquillo Flores | 19-00124 |
| Centro Psicologicos del Sur Este P.S.C | 19-00140 |
| Estrada Bus Line | 19-00090 |
| Estrada Maisonet | 19-00059 |
| Forcelink, Corp. | 19-00096 |
| Fridma Corporation | 19-00100 |
| Hernandez Barreras | 19-00201 |
| L.L.A.C. | 19-00122 |
| Postage by Phone | 19-00181 |
| Puerto Nuevo Security Guards, Inc. | 19-00384 |
| Service Group Consultant Inc. | 19-00204 |
| Servicios Profesionales Integrados a la Salud, Inc | 19-00207 |
| Tatito Transport Service Inc | 19-00224 |
| Trinity Metal Roof | 19-00187 |
| Vazquez y Pagan Bus Line | 19-00197 |
| WF Computer Services, Inc. | 19-00200 |
| William Rivera Transport Service Inc. | 19-00209 |