

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

**CARMEN MARIA MENDEZ**
XXX-XX-7478

Para la ex empleada de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 11 de febrero de 1976.

- Trabajó como empleada regular hasta el 4 de septiembre de 1999.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a martes, 28 de julio de 2020.

*Abigail Alejandro González*

Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords