From: Carmen María Méndez
Cond. River Park Edif K Apt 203
Bayamón P.R. 00961




U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
AUG 07, 20
AMOUNT
$0.70
R2305H128939-27

1000    00918



To: Secretaria (Clerk's office)
Tribunal de Distrito de los EE.UU.
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 AUG 14 AM 8:01

ReadyPost
Document Mailer



UNITED STATES
POSTAL SERVICE®

93300006
6" x 9" Envelope

1PJE2150 • AIC-093
Product Code 93300006
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.

00

0 15645 72738 0