Proof of Claim: <CLAIM NUMBER> 88349
Claimant: >CLAIMANT NAME< Alex Rodríguez Ramos

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide more information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

   ☐ A pending or closed legal actions with or against the Puerto Rico goverment

   ■ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

   _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
   Guardia Nacional de Puerto Rico, ELA.

3(b). Identify the dates of your employment related to your claim:
   Desde el 7 de junio de 2000 hasta el presente

3(c). Last four digits of your social security number: 1904

3(d). What is the nature of your employment claims (select all applicable):
  ▢ Pension
  ■ Unpaid Wages
  ▢ Sick Days
  ▢ Union Grievance
  ▢ Vacation
  ▢ Other (Provide as much detail as possible. Attach additional pages if necessary).
  Ley 96-2002, Ley 164-2003, Ley 164 enero 2004 y Ley 109 Junio 2008.

4. Legal Action Does your claim relate to a pending or closed legal action?
  ■ No
  ▢ Yes

4(a). Identify the department or agency that is a party to the action.
  D/A

4(b). Identify the name and address of the court or agency where the action is pending:
  N/A

4(c). Case number: N/A

4(d). Title, Caption, or Name of Case: D/A

4(e). Status of the case (pending, on appeal, or concluded): N/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)
  If yes, what is the date and amount of the judgment? D/A

# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre  Alex Rodríguez Ramos

Dirección Postal  Calle Candido Pagán 186
Bo. Coco Nuevo
Salinas, Puerto Rico  00751

Teléfono de contacto res.  —  cel. 787-595-9213

## II. Epígrafe

A.  Secretaria (Clerk's Office)
    Tribunal de Distrito de los Estados Unidos
    Room 150 Federal Building
    San Juan Puerto Rico 00918-1767

B.  Estado Libre Asociado de Puerto Rico y otros (Deudores)

C.  Número de Procedimiento: 17 BK 3283 – LTS

D.  Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
   Ley 164 (2003 Aumento Sueldo Julio 2003
   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
           Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2003) Aumento Sueldo  y Julio de 2003
   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company, Ponce,~~ *Guardia Nacional*, Puerto Rico desde el __7__ de __Junio__ de __2000__ hasta el _____ de __Presente__ de _____. Culmine mi laborar como __Operador de equipo pesado en Guardia Nacional__ ~~en Puerto Rico Telephone Company, Ponce,~~ Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educative~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Alex Rodríguez Ramos_
Nombre en letra de molde

_[signature]_
Firma

RECLAMANTE: Alex Rodríguez Ramos

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 88349

Numero de célular: 787-595-9213

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 7 de Junio de 2000 hasta el presente de _____ de _____ como Operador de Equipo Pesado de la ~~Puerto Rico Telephone Company~~ Guardia Nacional, PR ELA.

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Alex Rodríguez Ramos
Nombre en letra de molde

_Firma_ 5/08/2020
Firma y fecha

① Ley 96 Julio - 2002 Aumento Sueldo            $24,600.00
② Ley 164 Julio 2003 Aumento Sueldo             $20,400.00
③ Ley 164 enero 2004 Sila M. Calderón           $19,200.00
④ Ley 109 Junio 2008 Esc. Sal. Pasos            $14,400.00
                                                _____
                                                $75,600.00

RECLAMANTE Alex Rodriguez Ramos

DIRECCION Calle Candido Pagan 186
Bo Coco. Nuevo
Salinas, P.R. 00751

Numero Reclamación 88349

Fecha de presentación (envío) 27 de julio de 2020

Deudor <u>Commonwealth of Puerto Rico</u>

    Por este medio incluyo con mi reclamación presentada el 27 de Julio de 2020 lo siguiente:

1. ~~Evidencia de trabajo de Puerto Rico Telephone Company en Ponce,~~ Guardia Nacional de Puerto Rico – ELA, como Operador de Equipo Pesado desde el 7 de Junio de 200 hasta el Presente de _____. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 75,600-00.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Alex Rodriguez Ramos
Nombre en letra de molde

_[firma]_ 5/08/2020
Firma y fecha