Alex Rodriguez Ramos
Calle Candido Pagan 186
Bo: Coco Nueva
Salinas, Puerto Rico,
  00795



Secretaria (Clerk's office)
Tribunal de Distrito de los Estados
                                 unidos)
Room 150 Federal Building
San Juan, Puerto Rico
              00918-1767

RECEIVED & FILED
2020 AUG 11 A 8:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR