Proof of Claim: &lt;CLAIM NUMBER&gt; 11499

Claimant: &gt;CLAIMANT NAME&lt; _Enid I. Pérez Ortiz_

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide <u>more</u> information than the initial proof of claim. For example, if you previously wrote as the basis for your claim, "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

**1. What is the basis of your claim?**

☐ A pending or closed legal actions with or against the Puerto Rico goverment

■ Current or former employment with the Government of Puerto Rico

☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

_____

**2. What is the amount of your claim (how much money do you claim to be owed):**

_____

**3. Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

☐ No, Please continue to Question 4.
■ Yes, Answer Questions 3(a) – (d).

**3(a).** Identify the specific agency or department where you were or are employed:

_Departamento de Educación. Esc. Manuel Fernandez Juncos, Ofic. Reg. Educ. Ponce. Ma Inglés Nivel Elem. K-6_

**3(b).** Identify the dates of your employment related to your claim:

_Desde el 22 de abril de 1993 hasta el presente._

**3(c).** Last four digits of your social security number: _7183_

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ■ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

Ley 89-1995, Ley 134-1996, Ley 96-2002, Ley 164 Julio 2003, Ley 164-2004, Ley 109 Julio 2008.

4. Legal Action Does your claim relate to a pending or closed legal action?

- ■ No
- ☐ Yes

4(a). Identify the department or agency that is a party to the action.

N/A

4(b). Identify the name and address of the court or agency where the action is pending:

N/A

4(c). Case number: N/A

4(d). Title, Caption, or Name of Case: N/A

4(e). Status of the case (pending, on appeal, or concluded): N/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? N/A

RECLAMANTE: Enid I. Pérez Ortiz

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 114899

Número de Teléfono: 787-328-0594

Reclamación de dinero adeudado de leyes aprobadas que me compéten por mis años de servicio desde el 22 de abril de 1993 hasta el Presente de ____ de ____ como MA. Inglés Nivel Elementa K-6 Esc. Manuel Fernández Juncos, Ofic. Reg. Educ. Ponce, PR de la ~~Puerto Rico Telephone Company~~ - ELA.

~~1. Ley 89 julio 1995 ROMERAZO CANTIDAD $~~

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Enid I. Pérez Ortiz
Nombre en letra de molde

Enid I. Pérez Ortiz   6 de agosto de 2020
Firma y fecha

Cantidad Adeudada

(1) Ley 89 - Julio 1995 - Romerazo               $ 30,000.00
(2) Ley 134 -        1996 - Aport. Acum. Retiro  $ 28,800.00
(3) Ley 96 - Julio 2002 Aumento Sueldo            $ 21,600.00
(4) Ley 164 Julio 2003 Aumento Sueldo             $ 20,400.00
(5) Ley 164 enero 2004 Sila M. Calderón           $ 19,200.00
(6) Ley 109 Julio 2008 Esc. Sal. Pasos            $ 14,400.00

                                         Total = $ 134,400.00

RECLAMANTE __Enid I. Pérez Ortiz__

DIRECCION __Urb. Praderas del Sur__
__1008 Calle Almendro__
__Santa Isabel, Puerto Rico__
__00757-2043__

Numero Reclamación __114899__

Fecha de presentación (envío) __6 de agosto de 2020__

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el __6__ de __agosto__ de __2020__ lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce,~~ __Departamento de Educación__ Puerto Rico – ELA, como __Ma. Ingles Nivel Elem. K-6 Esc. Manuel Fernandez Juncos__ desde el __22__ de __abril__ de __1993__ hasta el ____ de __presente__ de ____. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ __134,400.00__

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

__Enid I. Pérez Ortiz__
Nombre en letra de molde

__Enid I. Pérez Ortiz    6 de agosto de 2020__
Firma y fecha

# REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre _Enid I. Pérez Ortiz_

Dirección Postal _Urb. Praderas del Sur_
_1008 Calle Almendro_
_Santa Isabel, Puerto Rico 00757-2043_

Teléfono de contacto res. _—_   cel. _787-328-0594_

**II. Epígrafe**

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
   _Ley 134 Aport Acum Retiro         1996_
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
      Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004
      _Ley 164 2003 Aumento Sueldo      Julio 2003_

**III.** El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995
_Ley 134 Aport Acum. Retir         1996_
Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
_Ley 164 2003 Aumento Sueldo        Julio 2003_
Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los anos de servicio con ~~Puerto Rico Telephone Company, Ponce~~, Puerto Rico desde el __22__ de __abril__ de __1993__ hasta el __Presente__ de _____ de _____. Culmine mi laborar como __MA. Ingles nivel Elemental K-6 Esc. Manuel Fernandez Juncos__ en ~~Puerto Rico Telephone Company, Ponce~~, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

__Enid J. Pérez Ortiz__
Nombre en letra de molde


__[signature: Enid J. Pérez Ortiz]__
Firma