**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

24 de julio de 2020

A quien pueda interesar:

Certifico que **ENID I. PEREZ ORTIZ**, número de seguro social **XXX-XX-7183** labora en nuestra Agencia desde **22 de abril de 1993** al **Presente**.

Actualmente, ocupa puesto en calidad de **MA. INGLES NIVEL ELEMENTAL (K-6)** en **MANUEL FERNANDEZ JUNCOS, Oficina Regional Educativa de PONCE** y devenga un salario de **$3,071.67** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Carlos M. Rivera Montañez
Secretario Auxiliar de Recursos Humanos

La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.

P.O. Box 190759, San Juan PR 00919-0759

**DEPARTAMENTO DE EDUCACIÓN**
GOBIERNO DE PUERTO RICO

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.