Enid I. Pérez Ortiz
Urb. Praderas del Sur
1008 Calle Almendro
Santa Isabel, Puerto Rico
00757-2043



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

RECEIVED & FILED
2020 AUG 14 AM 8:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR