Juan T. Borges Godineaux
Villa Jauca A-41
Santa Isabel, P.R. 00757

Correo electrónico:
    josewalberto2008@hotmail.com
Teléfonos: 407-520-8071     787-219-5811

Junta De Supervición y Administración
Financiera para Puerto Rico.
Corporación Azucarera
caso # 17BK-03283-LTS

Notificación de la Centésima
Quincuagécima obtava objeción global del
Estado Libre Asociado de Puerto Rico
Número de reclamación = 168650

Por este medio Notifico que estoy
en contra de la objeción global.
    Estoy reclamando el salario que dejé
de devengar desde la ley del 1980
llamada la ley del Romerazo hasta el
1994.

Salarios de Zafra, bonos, emfermedad, vacaciones.

Además en el 1994 estuve reportado al Fondo del Seguro del Estado, por un accidente laboral y se me negaron las pagas de emfermedad y vacaciones a las cuales yo tenía derecho.

Por ésta razón creo que mi reclamación # 168650 es válida y me opongo a la objeción global y pido una cantidad de $15,000 dólares como compensación.

Yo laboré desde el 1956 hasta 1994, de los cuales del 1980 al 1994 fué con la Corporación Azucarera.

Por motivos de la Pandemia (Covid-19) y el encierro que declaró el gobierno no había podido contestar mi reclamo.

Pido, se me dé la oportunidad y tomen en consideración.

Sin mas nada.

Juan Brget Godinez

8/06/2020