Juan T. Borges Godineaux
Villa Jauca A-41
Santa Isabel P.R.
00759

U.S. POSTAGE PAID
SANTA ISABEL, PR
00757
AUG 06, 20
AMOUNT
$6.95
R2305K135432-04

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

7019 2970 0001 6130 9012

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United State District Court)
Room 150 Federal Building
San Juan (Puerto Rico)
00918-1767