# REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre: IVETTE M. IRIZARRY ROSARIO

Dirección Postal: #190 CAlle Juan L Ramos Urb Fronteras Bayamon PR 00961

Teléfono de contacto res. 939-239-6398 cel. 939-239-6398

**II. Epígrafe**

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo – Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón – efectiva enero 2004

**III.** El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el __26__ de __Agosto__ de __1986__ hasta el ____ de _____ de _____. Culmine mi laborar como _____ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

__Ivette Irizarry Rosario__
Nombre en letra de molde

__[signature]__
Firma

RECLAMANTE: _Ivette M. Irizarry Rosario_

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: ~~49762~~

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el ____ de _8-26-1986_ de ____ hasta el _Al_ de _Presente_ de ____ como _Oficinista centro de despacho 026 Servicios corporativos_ de la Puerto Rico Telephone Company - ELA.

1. Ley 89 – julio 1995 – ROMERAZO      CANTIDAD $ _15,600.00_

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

_Ivette M. Irizarry Rosario_
Nombre en letra de molde

_Ivette Irizarry   8-12-2020_
Firma y fecha

Proof of Claim: &lt;CLAIM NUMBER&gt; __49742__
Claimant: &gt;CLAIMANT NAME&lt; __Evette M. Irizarry Rosario__

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide more information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:
- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

    ☐ A pending or closed legal actions with or against the Puerto Rico government

    ☒ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2. What is the amount of your claim (how much money do you claim to be owed):

    __15,600.00__

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ☒ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
__Puerto Rico telephone Company__

3(b). Identify the dates of your employment related to your claim:
__8-26-1986 Hasta 8-26-1999__

3(c). Last four digits of your social security number: __#0880__

3(d). What is the nature of your employment claims (select all applicable):
  ☐ Pension
  ☒ Unpaid Wages
  ☐ Sick Days
  ☐ Union Grievance
  ☐ Vacation
  ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

4. Legal Action Does your claim relate to a pending or closed legal action?
  ☒ No
  ☐ Yes

4(a). Identify the department or agency that is a party to the action.
__Tribunal de Distrito de los Estados unidos__

4(b). Identify the name and address of the court or agency where the action is pending:

4(c). Case number: __49762__

4(d). Title, Caption, or Name of Case: __Bonee Razo__

4(e). Status of the case (pending, on appeal, or concluded): __Pending__

4(f). Do you have an unpaid judgment? Yes/(No) (Circle one)

If yes, what is the date and amount of the judgment?

RECLAMANTE Ivette M. Irizarry Rosario
DIRECCION #190 Juan L Ramos urb Fronteras Bayamon P.R. 00961

Numero Reclamación 49762

Fecha de presentación (envío) 8-12-2020

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el 12 de Agosto de 2020 lo siguiente:

1. Evidencia de trabajo de Puerto Rico Telephone Company en Ponce, Puerto Rico – ELA, como Oficina centro de despacho 026 servicios corporativos desde el ___ de _____ de ___ hasta el ___ de _____ de ___. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 15,600.00

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Ivette M. Irizarry Rosario
Nombre en letra de molde

Ivette Irizarry 8-12-2020
Firma y fecha