Ivette Irizarry
#190 Juan L. Ramos
Urb Fronteras
Bayamón P.R. 00961

SHIP TO:
San Juan PR 00918

USPS TRACKING® NUMBER

9500 1114 5582 0225 2804 55

Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building San Juan PR 00918-1787

RECEIVED
2020 AUG 14 PM 5:44
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, PR



UNITED STATES POSTAL SERVICE. — Retail

US POSTAGE PAID
$3.80
Origin: 00949
08/12/20
4289100950-22

FIRST-CLASS PKG SVC - RTL™

0 Lb 1.70 Oz

1005