

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

**ANA E. IRIZARRY ROSARIO**
XXX-XX-7952

Para el empleado de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 07/19/1995.
- Al presente trabaja como empleado regular activo.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a lunes, 03 de agosto de 2020.

Víctor Morales Santos
Oficial de Compensación
Compensación y Récords