Ana E. Irizarry Rosario
192 Calle Juan Lines Ramos, Bayamon, PR 00961

FIRST-CLASS PKG SVC - RTL™

0 Lb 1.60 Oz

1005

SHIP TO:
San Juan PR 00918



USPS TRACKING® NUMBER

9500 1114 5582 0225 2804 48

Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building San Juan PR 00918-1787

RECEIVED & FILED
2020 AUG 14 PM 5:45
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, PR



UNITED STATES POSTAL SERVICE.

Retail

US POSTAGE PAID
$3.80
Origin: 00949
08/12/20
4289100950-22