

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

### LUIS JIMENEZ MORALES
### XXX-XX-0338

Para el empleado de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 10/07/1991.
- Al presente trabaja como empleado regular activo.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a miércoles, 29 de julio de 2020.

_____

Víctor Morales Santos
Oficial de Compensación
Compensación y Récords