Luis Jiménez Moraba
P.O. Box 1226
Gurabo, P.R. 00778



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estado Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 AUG 18 PM 5:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR