CLEMENTE ROSA, MARIA A.
CONDOMINIO ASTRALIS 9546
CALLE DIAZ WAY APT. 311 TORRE # 6
CAROLINA, PUERTO RICO 00979
CLAIM # 139834





U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
JUL 29, 20
AMOUNT
$2.20
R2304M113553-09

RECEIVED & FILED
2020 AUG -4 AM 7:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estado Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767
CLAIM # 139834

CLEMENTE ROSA, MARIA A.

CONDOMINIO ASTRALIS 9546

CALLE DIAZ WAY APT. 311 TORRE # 6

CAROLINA, PUERTO RICO 00979

CLAIM # 139834

RECEIVED & FILED
2020 AUG 18 PM 5: 21
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.



**USPS TRACKING® NUMBER**

9500 1162 0951 0228 1411 02

U.S. POSTAGE PAID
FC PKG RTL
SAN JUAN, PR
00936
AUG 15, 20
AMOUNT
**$5.30**
R2305H129083-17

1005   00918

Clerk's Office
U.S. District Court - Puerto Rico
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767