

PRT/CLARO
P.O. Box 360998
San Juan, PR 00936-0998

CERTIFICACION

CARMEN MEDRANO PAGAN
XXX-XX-5097

Para el empleado de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 09/08/1988.
- Al presente trabaja como empleado regular activo.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a lunes, 03 de agosto de 2020.

_____
Victor Morales Santos
Oficial de Compensación
Compensación y Récords