**FROM:**
Carmen Medrano
100 Calle Dr. Veve
Cond. Parque 228
apto. 2312
Bayamón, PR 00961



**TO:**
Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767