**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of THE COMMONWEALTH OF PUERTO RICO, *et al.* | No. 17 BK 3283-LTS (Jointly Administered) |
| Debtors. [1] | |

**ORDER ON SUIZA DAIRY CORP.'S OPPOSITION TO MOTION FOR LEAVE TO APPEAR AND BE HEARD AS PARTY IN INTEREST FILED BY INDUSTRIA LECHERA DE PUERTO RICO, INC. (INDULAC) UNDER FED. R. BANKR. P. 2018(a)**

Upon consideration of Suiza Dairy Corp.s' ("Suiza Dairy") "Opposition to Motion for Leave to Appear and be Heard as Party in Interest Filed by Industria Lechera de Puerto Rico, Inc. (INDULAC) Under Fed. R. Bankr. P. 2018 (a)" (the "Opposition") at Docket No.____; and the Court having (i) found and determined that the Court has jurisdiction over this proceeding and the Opposition; (ii) found and determined that venue of this proceeding and the Opposition is proper;

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

and (iii) reviewed and considered the Opposition and the filings and arguments submitted in response thereto; it is HEREBY ORDERED THAT:

1. The Opposition is granted as set forth herein.

2. The Court expressly finds that Indulac has failed to show the required cause to appear and be heard in this matter under Fed. R. Bankr. P. 2018(a). The issue raised by Suiza Dairy before this Court is limited to the question of the non-applicability of the automatic stay under 11 U.S.C §362(a) as it regards Suiza Dairy's proposed course of action in Civil Case No. 04-1840 involving the validity of Administrative Order 2020-22 issued by Mr. Jorge A. Campos Merced, as Administrator of the Office of Regulation of the Milk Industry.

3. The Motion for Comfort Order before this Court does not involve a challenge by Suiza Dairy to the validity of Administrative Order 2020-22. Moreover, Indulac has not shown, by its own admissions, any economic interest in the matter before this Court as it concerns Suiza Dairy's Motion for Comfort Order.

4. Furthermore, any potential interests of Indulac regarding Administrative Order 2020-22 may be raised in Civil Case No. 04-1840 before the US District Court for Puerto Rico.

5. As a result of this Order, Indulac's filing at D.E. 14050 is declared moot.

6. The Court shall retain exclusive jurisdiction to hear and determine any and all disputes related to or arising from the implementation, interpretation, and enforcement of this Order.

7. This Order resolves Docket Entries Nos. 14049, 14050,___ and ___ in Case No. 17-3283 (LTS).

IT SO ORDERED.

Dated: _____

LAURA TAYLOR SWAIN
United States District Judge