**EXHIBIT 1**



Schwab One® Account of
**BIBLIOTECA Y CENTRO DE ESTUDIO**

## Investment Detail - Fixed Income

| Municipal Bonds | Par Units Purchased |
|---|---|
| EMPLY RETRMT SYS 6.15%38 | 50,000.0000 |
| GP DUE 07/01/38 TAXBL CALLABLE 07/01/18 AT 100.00000 CUSIP: 29216MAC4 MOODY'S: C   S&P: CC | 50,000.0000 |
| **Total Municipal Bonds** | 50,000.0000 |