# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------- X
                                                                    :
In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   :  Title III
                                                                    :
       as representative of                                         :  Case No. 17-BK-3283 (LTS)
                                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,                             :  (Jointly Administered)
                                                                    :
       Debtors.¹                                                    :
------------------------------------------------------------------- X
```

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PLEADINGS AND PAPERS

**TO THE HONORABLE COURT:**

NOW comes creditor PUERTO RICO INDUSTRIAL DEVELOPMENT COMPANY (PRIDCO), represented by the undersigned attorney, to state as follows:

That pursuant to provisions of Rule 9010(b) of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. § 2170, the undersigned counsel very respectfully requests that any orders, notices, pleadings, judgements entered, and other court papers filed in these case be served upon the appearing party whose name and contact information is hereinafter disclosed:

Luis R. Ramos-Cartagena, Esq.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS)(Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808);(iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS")(Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS)(Last Four Digits of Federal Tax ID: 3801).

>53 Palmeras St., PH1
>San Juan, Puerto Rico 00901-2407
>Tel. (787) 523-3483
>E-mail: lramos@plclawpr.com

WHEREFORE, the appearing party respectfully prays that the Clerk of the Court to take notice of the above and to notify the undersigned attorney of all the proceedings in this case, including but not limited to copies of the petition, schedules, motions, and statements filed or to be filed in the above-referenced case and further prays that the name and address be added to the Master Address List kept in the above-captioned case.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date this document was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification to all interested parties of record.

In San Juan, Puerto Rico, this 21st day of August, 2020.

>*Counsel for PRIDCO*
>
>**PLC**
>PROFESSIONAL | LEGAL | COUNSELS
>
>53 Palmeras St., PH1
>San Juan, PR 00901-2407
>Tel.: (787) 523-3483
>Fax: (787) 523-3433
>lramos@plclawpr.com
>
>*F/LUIS R. RAMOS CARTAGENA*
>**LUIS R. RAMOS CARTAGENA**
>USDC-PR No. 220310