**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

--------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

      Debtors.[1]

--------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

     I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On August 20, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Luz Garcia Marrero (MMLID#186090), 710 Dorchester Road, Cantonsville, MD, 21228:

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Fifty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12335]

     On August 20, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on (1) Helen Davila Caro (MMLID#125169), Urb Los Arboles 137, Calle Grosella, Rio Grande, PR, 00745; (2) on Juan Cuadrado Del Valle (MMLID#121048), 400 Treasure Cay Dr., Apt. 306, Fort Pierce, FL, 34947-

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

5349; and on (3) Nancy Muniz Maldonado (MMLID#351272), 1303 N Main St., #314, Jacksonville, FL, 33206-4921:

- One Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims [Docket No. 12865]

On August 20, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Aglae Tellado Garcia (MMLID#545100), 132 N Braddock St., Apt 201, Winchester, VA, 22601-3900:

- One Hundred Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims [Docket No. 12867]

On August 20, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Marijke A Knipscheer (MMLID#1436838), 309-13 St NW, Calgary, AB, T2N 1Z3, Canada:

- One Hundred Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Duplicative Claims Asserted by Certain HTA Bondholders [Docket No. 13406]

On August 20, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Omni Notice Parties Service List attached hereto as **Exhibit A:**

- Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the July 29, 2020 Omnibus Hearing to the September 16, 2020 Omnibus Hearing [Docket No. 13702]

Dated: August 24, 2020

*/s/ Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 24, 2020, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ KELSEY LYNNE GORDON*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 45321

## Exhibit A

Exhibit A

Omni Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1170716 | TORRES ORTIZ, ARLENE | 11 Meeting Grove Lane | | Norwalk | CT | 06850-2205 |
| 1471400 | VALIENTE CANEVARO, GRETCHEN | Jard Fagot | R4 Calle Malva | PONCE | PR | 00716-4011 |
| 2063104 | MUNIZ ALMESTICA, HELIALUZ | Vista Alegre | 2265 Calle Igualdo | PONCE | PR | 00717-2309 |
| 1740697 | Samot, Jose R | 210 CITRUS POINTE DR | | HAINES CITY | FL | 33844-9519 |
| 1872802 | Santiago-Padilla, Gilberto | 2778 CHADDSFORD CIRCLE | APT. 104 | OVIEDO | FL | 32765-7237 |
| 1569903 | RODRIGUEZ PACHECO, HEIDA | 440 APACHE TRL | | MULBERRY | FL | 33860-3406 |
| 1639705 | Rodríguez Diaz, Migdalia | 500 Carr 861 Ste 6 | | Toa Alta | PR | 00953-7968 |
| 1487701 | Vega Castillo, Ricardo A. | PO Box 243 | | Urbana | IL | 61803 |
| 2049942 | Marin Perez, Rosa M. | HC 5 Box 5283 | | Adjuntas | PR | 00601-9348 |
| 1775095 | Díaz Pagan, Moisés | 15 Tamiami Way | | Kissimmee | FL | 34758-4019 |
| 54135 | Bonano Rexach, Oscar | 104 Parkview Cir | | Cache | OK | 73527-9787 |
| 1439987 | TORRES, LUIS A | 7009 TOWERING SPRUCE DR | | RIVERVIEW | FL | 33578-8957 |
| 1524960 | RAMOS SANCHEZ, LUIS DANIEL | PO Box 995 | | NAGUABO | PR | 00718-0995 |
| 1793979 | QUINONES SOTO, NORMA  I | HC 3 BOX 33586 | | HATILLO | PR | 00659-7834 |
| 940228 | RODRIGUEZ PEREZ, WANDA | RR 4 BOX 5831 | | ANASCO | PR | 00610-9065 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)