# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

I, Natasha Otton, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On August 11, 2020, at my direction and under my supervision, employees of Prime Clerk caused a customized request for an omnibus objection response, in the form of the notice attached hereto as **Exhibit A**; to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit B**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: August 25, 2020

                                                                */s/ Natasha Otton*
                                                                Natasha Otton

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 25, 2020, by Natasha Otton, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2020

**Exhibit A**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Name | ClaimNumber | Date Filed | Debtor | Asserted Claim Amount |
| Reason: | OMNI Reason | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Name | ClaimNumber | Date Filed | Debtor | Asserted Claim Amount |
| Base para: | Spanish Reason | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**Static Line**
**Name**
**Address1**
**Address2**
**Address3**
**Address4**
**City, State PostalCode**
**Country**

2

**<u>Exhibit B</u>**

Exhibit B

Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 1911625 | Quinones Escalera, Luz Celenia | Carr 187 Km 4.7 | | | | Loiza | PR | 00772 |
| 834238 | 65 INFANTERIA SHOPPING CENTER, LLC | P.O. BOX 195582 | | | | SAN JUAN | PR | 00949 |
| 2180435 | ABREU LABOY, MARTIZA | HC 3 BOX 12155 | | | | YABUCOA | PR | 00767 |
| 1495 | ACCEPTANCE INDEMNITY INSURANCE COMPANY | 1314 DOUGLAS ST | | | | OMAHA | NE | 68102 |
| 1390142 | ACCURATE CALIBRATION SERVICES | 32 ELYCROFT AVENUE | | | | ROCKAWAY | NJ | 07866 |
| 1730710 | ACEVEDO ALBANESE, ROSIE | HC 03 BOX 12200 | | | | CAMUY | PR | 00627 |
| 1505037 | Aclara Technologies LLC | McConnell Valdes LLC | c/o Nayuan Zouairabani | PO Box 364225 | | San Juan | PR | 00936-4225 |
| 1505037 | Aclara Technologies LLC | MCCONNELL VALDÉS LLC | 270 Muñoz Rivera Avenue, Suite 7 | | | Hato Rey | PR | 00918 |
| 1505037 | Aclara Technologies LLC | c/o Robert O. Enyard Jr. | 77 Westport Plaza, Suite 500 | | | St. Louis | MO | 63146 |
| 2182025 | ACOSTA RODRIGUEZ, JOSELYN | B42 CALLE 4 URB. RIO GRANDE STATES | | | | RIO GRANDE | PR | 00745 |
| 2179250 | AMARO FIGEROA, ANGEL LUIS | BDA. BLONDET CALLE - F - 145 | | | | GUAYAMA | PR | 00784 |
| 997261 | AMARO RAMOS, GENARO | HC 1 BOX 2267 | | | | MAUNABO | PR | 00707-7583 |
| 21573 | AMERICAN MODERN HOME INSURANCE COMPANY | ATTN: KENNETH KUHN, VICE PRESIDENT | PO BOX 5323 | | | CINCINNATI | OH | 45201-5323 |
| 1438629 | Andrew P. Davis & Jessica G. Davis, Trustees V/A 8/18/15: Andrew P. Davis 2015 Grat 1 | 333 West End Ave (#4B) | | | | New York | NY | 10023 |
| 1438629 | Andrew P. Davis & Jessica G. Davis, Trustees V/A 8/18/15: Andrew P. Davis 2015 Grat 1 | 333 West End Ave (#4B) | | | | New York | NY | 10023 |
| 1442504 | ANNE M. SMITH EXECUTRIX ESTATE OF THOMAS H.F. SMITH (DECEASED) | 392 HOLLY DRIVE | | | | WYCKOFF | NJ | 07481-1607 |
| 1595648 | APONTE MARTINEZ, LYDIANA | 500 BLVD DEL RIO | CONDOMINIO PASEO DEL RIO APT 4902 | | | HUMACAO | PR | 00791 |
| 2182926 | APONTE URBINA, LUIS O. | URB. CAGUAX L22 CALLE COA | | | | CAGUAS | PR | 00725 |
| 2182929 | APONTE URBINA, LUIS O. | URB. CAGUAX L22 CALLE COA | | | | CAGUAS | PR | 00725 |
| 2183034 | APONTE URBINA, LUIS O. | URB CAGUAX L22 CALLE COA | | | | CAGUAS | PR | 00725 |
| 2187144 | BAEZ AMARO, ROBERTO | HC 02 - BOX 3493 | | | | MAUNABO | PR | 00707 |
| 1379370 | BANKRUPTCY ESTATE OF FIDDLER GONZALEZ AND RODRIGUEZ PSC | PMB 136 | 400 CALLE JUAN CALAF | | | SAN JUAN | PR | 00918-1314 |
| 1379370 | BANKRUPTCY ESTATE OF FIDDLER GONZALEZ AND RODRIGUEZ PSC | c/o Noreen Wiscovitch-Rentas - Trustee | PMB 136/ 400 Juan Calaf Street | | | San Juan | PR | 00918 |
| 1645186 | BELLA EXPORT CORPORATION | PO BOX 190816 | | | | GUAYNABO | PR | 00919 |
| 2181108 | BERRIOS TORRES, CARMEN D | HC 02 BOX 3690 | | | | SANTA ISABEL | PR | 00757 |
| 1450623 | BIBLIOTECA Y CENTRO DE ESTUDIOS DE PUERTO RICO INC | LUIS P. COSTAS ELENA, ESQ | URB SANTA MARIA 34 CALLE | ORQUIDIA | | SAN JUAN | PR | 00927 |
| 2181808 | BLONDET SANTIAGO, CARLOS | PARCELAS LOS MACHOS 50 | CALLE APT 114 | | | CEIBA | PR | 00735 |
| 2145005 | BOBE COLLAZO, IVAN MANUEL | PO BOX 345 | | | | SANTA ISABEL | PR | 00757 |
| 1587535 | BONILLA SOTO, LOURDES M. | PARQUE SAN RAMON APT 503 | 3415 AVE ALEJANDRINO | | | GUAYNABO | PR | 00969 |
| 1539699 | Bonnin, Jose M | 2815 El Monte St. | Urb. El Monte | | | Ponce | PR | 00717-1308 |
| 1548900 | Boonin, Jose M. | 2815 El Monte Street Urb. El Monte | | | | Ponce | PR | 00716-4837 |
| 1475745 | Buono Albarran, Ivelisse | PO Box 7293 | | | | Ponce | PR | 00732-7293 |
| 1565198 | BUSIGO CIFRE, DONALD | HC 8 BOX 2551 | | | | SABANA GRANDE | PR | 00637 |
| 1565198 | BUSIGO CIFRE, DONALD | HC 8 BOX 2551 | | | | SABANA GRANDE | PR | 00637 |
| 60778 | BUSO TORRES, MARIA | URB. OLYMPIC PARK 105 CALLE ATENAS | | | | LAS PIEDRAS | PR | 00771 |
| 1464810 | Camara Weinrich , Eugene | Urb Buena Vista Aloia St # 1433 | | | | Ponce | PR | 00717 |
| 1464810 | Camara Weinrich , Eugene | Urb Buena Vista Aloia St # 1433 | | | | Ponce | PR | 00717 |
| 1464810 | Camara Weinrich , Eugene | Urb Buena Vista Aloia St # 1433 | | | | Ponce | PR | 00717 |
| 1435997 | Caraballo, Marcia Gil | Gonzalez Munoz Law Offices, PSC | PO Box 9024055 | | | San Juan | PR | 00902-4055 |
| 1465134 | CARLOS M. FLORES LABAULT DBA C.E.& L.F | CARLOS LABAULT D B A C E & L FIRE EXTING | PO BOX 3092 | | | BAYAMON | PR | 00960 |
| 1465134 | CARLOS M. FLORES LABAULT DBA C.E.& L.F | J5 AVE. BETANCES URB. HNAS. DAVILA | | | | BAYAMON | PR | 00959 |
| 1441305 | CASTILLO-RIVERA, WILSON | 147 URB PARAISO DE MAYAGUEZ | | | | MAYAGUEZ | PR | 00680 |
| 2181064 | CASTRELO DIAZ, JUAN JOSE | HC 04 - BOX 4446 | | | | HUMACAO | PR | 00791 |
| 2169039 | CASTRO SOTO, ANTONIO | HC 2 BOX 8157 | | | | YABUCOA | PR | 00767 |
| 1479870 | Chinea Bonila, Eugenio | Urb. Pinero | Calle Alhambra #109 | | | San Juan | PR | 00917-3129 |
| 1479870 | Chinea Bonila, Eugenio | Urb. Pinero | Calle Alhambra #109 | | | San Juan | PR | 00917-3129 |
| 1479870 | Chinea Bonila, Eugenio | Urb. Pinero | Calle Alhambra #109 | | | San Juan | PR | 00917-3129 |
| 1917812 | CINTRON VILLARONGA, JOSE R | 605 CONDADO,STE 602 | | | | SANTURCE | PR | 00907 |
| 1917812 | CINTRON VILLARONGA, JOSE R | 605 CONDADO,STE 602 | | | | SANTURCE | PR | 00907 |
| 1917812 | CINTRON VILLARONGA, JOSE R | 605 CONDADO,STE 602 | | | | SANTURCE | PR | 00907 |
| 2188461 | CLAUSELL CARRION, JOSE LUIS | EXTENSION VILLA NAVARRO | D-33 | | | MAUNABO | PR | 00707 |
| 988357 | COLON BURGOS, ENRIQUE | PO BOX 1511 | | | | YABUCOA | PR | 00767-1511 |
| 2182009 | COLON GONZALEZ, CONSUELO | 8561 SOUTHWESTERN BLVD, APT 2220 | | | | DALLAS | TX | 75206 |
| 2179061 | COLON MORALES, FELIX | URB. VIVES CALLE 9 #294 | | | | GUAYAMA | PR | 00784 |
| 102209 | COLON VELAZQUEZ, NIVIA M | URB. VILLA DEL RIO | C/ COAYUCO #C6 | | | GUAYANILLA | PR | 00656 |
| 860483 | COLON-HERNANDEZ, AIDA L | HC-02 BOX 9512 | | | | GUAYNABO | PR | 00971 |
| 1478171 | Conjugal Partnership of Rolando Martinez and Lauren de Pablo | James Law Offices | Attn: Glenn Carl James | PMB 501 | 1353 Rd. 19 | Guaynabo | PR | 00966-2700 |
| 1819169 | CONSULTING GROUP, INC. | URB. EL MONTANA 3015 CELLE CERO PUN | | | | PONCE | PR | 00716 |
| 2182187 | CORREA ORTIZ, ROBERTO | URB CITY PALACE | 402 CALLE LA MAESTRA | | | NAGUABO | PR | 00718 |
| 2178639 | CRUZ CRUZ, VENTURA | HC # 8165 | | | | YABUCOA | PR | 00767 |
| 2178645 | CRUZ CRUZ, VENTURA | HC # 8165 | | | | YABUCOA | PR | 00767-9505 |
| 2181839 | CRUZ CUMBA, MARIO | PO BOX 515 | | | | HUMACAO | PR | 00792 |
| 2181786 | CRUZ CUMBA, MARIO | PO BOX 515 | | | | HUMACAO | PR | 00792 |

Exhibit B
Notice Parties Service List
Served via first class mail

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2181287 | CRUZ HERNANDEZ, LUIS A. | URB VILLA TABAIBON | G231 CALLE CAGUARA | | | PONCE | PR | 00716 |
| 2179514 | CRUZ MARTINEZ, NATANAEL | HC 02- BOX 8905 | | | | YABUCOA | PR | 00767 |
| 2179502 | CRUZ MARTINEZ, NATANEL | HC 02 BOX 8905 | | | | YABUCOA | PR | 00767 |
| 2188459 | CRUZ RODIGUEZ, CARLOS | URB VILLA NAVARRO | #69 | | | MAUNABO | PR | 00707 |
| 2182099 | CUADRADO, JOSE RAMON | HC03 BOX 6007 | | | | HUMACAO | PR | 00791 |
| 2180433 | DANZOT VIROLA, SATUENINO | HC #1 BOX 4160 | | | | YABUCOA | PR | 00767 |
| 2188849 | DE JESUS RUIZ, EUSEBIO | HC #3 BOX 12205 | | | | YABUCOA | PR | 00767 |
| 1477843 | De Pablo, Lauren | James Law Offices | Attn: Glen Carl James | PMB 501 | 1353 Rd. 19 | Guaynabo | PR | 00966-2700 |
| 2179553 | DELEON, EDUARDO | 25 LA MARICUTANA #25 | | | | HUMACAO | PR | 00791 |
| 2180996 | DELGADO RIVERA, JOSÉ VICENTE | CALLE D-E-3 URB. SAN PEDRO | | | | MAUNABO | PR | 00707 |
| 2178754 | DEPARTAMENDO DE EDUCACION DE PUERTO RICO | NOEL O. RIVERA ROSA | 752 URB LAS TRINITANES | | | AGUIRRE | PR | 00704 |
| 1489174 | Department of Treasury - Internal Revenue Service | PO Box 7346 | | | | Philadelphia | PA | 19101-7346 |
| 1489174 | Department of Treasury - Internal Revenue Service | Ward W. Benson | U.S. Department of Justice | Post Office Box 227 | | Washington | DC | 20044 |
| 1489174 | Department of Treasury - Internal Revenue Service | 1500 Pennsylvania Ave., N.W. | | | | Washington | DC | 20220 |
| 1489174 | Department of Treasury - Internal Revenue Service | City View Plaza II, 48 Carr 165 Suite 2000 | | | | Guaynabo | PR | 00969 |
| 1489174 | Department of Treasury - Internal Revenue Service | PO Box 7346 | | | | Philadelphia | PA | 19101-7346 |
| 1489174 | Department of Treasury - Internal Revenue Service | Ward W. Benson | U.S. Department of Justice | Post Office Box 227 | | Washington | DC | 20044 |
| 1489174 | Department of Treasury - Internal Revenue Service | 1500 Pennsylvania Ave., N.W. | | | | Washington | DC | 20220 |
| 1489174 | Department of Treasury - Internal Revenue Service | City View Plaza II, 48 Carr 165 Suite 2000 | | | | Guaynabo | PR | 00969 |
| 1453472 | Dhein, Irene A | 940 Polk Lane | | | | Cleveland | WI | 53015 |
| 1453472 | Dhein, Irene A | 940 Polk Lane | | | | Cleveland | WI | 53015 |
| 2181058 | DIAZ BERRIOS, MANUEL | HC4 BOX 4423 | | | | HUMACAO | PR | 00791 |
| 2179067 | DIAZ RODRIGUEZ, LUIS A. | HC 2 BOX 11866 | | | | HUMACAO | PR | 00791 |
| 2181377 | DOMINGUEZ MORALES, LUIS HERNAN | HC-04 BOX 4053 | | | | HUMACAO | PR | 00791 |
| 2179205 | DONOTO RODRIGUEZ, JUAN A. | HC 04 BOX 7263 | | | | YABUCOA | PR | 00767 |
| 1448848 | DSP Properties Partnership | 6345 Smith Rd | | | | Bellville | TX | 77418-8304 |
| 1436375 | Edelstein, Hanna | 9425 Clublands Drive | | | | Johns Creek | GA | 30022 |
| 1436375 | Edelstein, Hanna | 302 Fox Chapel Road, Apt 201 | | | | Pittsburgh | PA | 15238 |
| 1436375 | Edelstein, Hanna | 9425 Clublands Drive | | | | Johns Creek | GA | 30022 |
| 1436375 | Edelstein, Hanna | 9425 Clublands Drive | | | | Johns Creek | GA | 30022 |
| 1538120 | EDUCON MANAGEMENT | PO BOX 1322 | | | | GURABO | PR | 00778 |
| 1561601 | Edward F. Aul, Jr. & Margaret A. Deutsch (JT TEN) | 2407 Honeysuckle Road | | | | Chapel Hill | NC | 27514 |
| 1561601 | Edward F. Aul, Jr. & Margaret A. Deutsch (JT TEN) | 2407 Honeysuckle Road | | | | Chapel Hill | NC | 27514 |
| 1561601 | Edward F. Aul, Jr. & Margaret A. Deutsch (JT TEN) | 2407 Honeysuckle Road | | | | Chapel Hill | NC | 27514 |
| 2181773 | ESPINOSA AYALA, SELSO | PO BOX 599 | PUNTA SANTIAGO | | | HUMACAO | PR | 00741 |
| 2178736 | ESPINOSA DIAZ, CESAR | PO BOX 1711 | | | | YABUCOA | PR | 00767 |
| 1455541 | EST Electrical Contractors & Engineers Corp | PO Box 739 | | | | Mercedita | PR | 00715 |
| 1455541 | EST Electrical Contractors & Engineers Corp | Emanuelli LLC | William Emanuelli, Attorney | PO Box 32270 | | Ponce | PR | 00732-2270 |
| 1455541 | EST Electrical Contractors & Engineers Corp | PO Box 739 | | | | Mercedita | PR | 00715 |
| 1455541 | EST Electrical Contractors & Engineers Corp | PO Box 739 | | | | Mercedita | PR | 00715 |
| 1455541 | EST Electrical Contractors & Engineers Corp | Emanuelli LLC | William Emanuelli, Attorney | PO Box 32270 | | Ponce | PR | 00732-2270 |
| 1576488 | EST Electrical Contractors & Engineers Corp. | PO BOX 32270 | | | | Ponce | PR | 00732-2270 |
| 1637763 | EST Electrical Contractors & Engineers Corp. | PO Box 739 | | | | Mercedita | PR | 00715 |
| 1637763 | EST Electrical Contractors & Engineers Corp. | William Emanuelli-Oliver | Emanuelli LLC | PO Box 32270 | | Ponce | PR | 00732-2270 |
| 1637740 | EST Electrical Contractors & Engineers Corp. | PO Box 739 | | | | Mercedita | PR | 00715 |
| 1637740 | EST Electrical Contractors & Engineers Corp. | Wiliam Emanuelli-Oliver | Emanuelli LLC | PO Box 32270 | | Ponce | PR | 00732-2270 |
| 1528610 | Estate of Carlos A. Quilichini Roig | PO Box 9020895 | | | | San Juan | PR | 00902-0895 |
| 1528610 | Estate of Carlos A. Quilichini Roig | PO Box 9020895 | | | | San Juan | PR | 00902-0895 |
| 1528610 | Estate of Carlos A. Quilichini Roig | PO Box 9020895 | | | | San Juan | PR | 00902-0895 |
| 2021662 | ESTATE OF JOSE A. MENDEZ LOPEZ | BIRD BIRD & HESTRES,P.S.C. | ATTN: EUGENE F.HESTRES VELEZ, ESQ. | P.O. BOX 9024040 | | SAN JUAN | PR | 00902-4040 |
| 1479785 | FELICIANO DELEON, JENIFFER A. | RESD. SAN FERNANDO EDIF 3 | APART 64 | | | SAN JUAN | PR | 00927 |
| 2116816 | FERDINAND MARTINEZ SOTOMAYOR Y OTROS (VEASE ANEJO A) | GUILLERMO MOJICA MALDONADO | 894 AVE. MUNOZ RIVERA | STE. 210 | | SAN JUAN | PR | 00927 |
| 2186896 | FIGUEROA RUIZ, AMPARO | HC 57 BOX 15612 | | | | AGUADA | PR | 00602 |
| 2186889 | FIGUEROA RUIZ, AMPARO | HC 57 BOX 15612 | | | | AGUADA | PR | 00602 |
| 2186902 | FIGUEROA RUIZ, AMPARO | HC 57 BOX 15612 | | | | AGUADA | PR | 00602 |
| 2187182 | FIGUEROA RUIZ, AMPARO | HC 57 BOX 15612 | | | | AGUADA | PR | 00602 |
| 2186928 | FIGUEROA RUIZ, AMPARO | HC 57 BOX 15612 | | | | AGUADA | PR | 00602 |
| 1548523 | FIGUEROA VELAZQEZ, WANDA I | CALLE ANTONIO ROBLES VEGA | DD22 URB. LAS VEGAS | | | CATANO | PR | 00962 |
| 2179252 | FLORES SANTIAGO, LYDIA M | URB. PASEO REAL | CALLE IMPERIO D-14 | | | COAMO | PR | 00769 |
| 2179096 | FLORES SANTIAGO, LYDIA M. | URB. PASCO REAL | CALLE IMPERIO D-14 | | | COAMO | PR | 00769 |
| 1458258 | FLORIDA HOSPITAL EAST ORLANDO | C/O MAUREEN A. PATEMAN | PO BOX 3068 | | | ORLANDO | FL | 32802-3068 |
| 2181248 | FONTANEZ GARCIA, CARLOS | HC 4 - BOX 4319 | | | | LAS PIEDRAS | PR | 00771 |
| 2181367 | FONTANEZ, TEOFILO SANTANA | HC 4 BOX 4308 | | | | LAS PIEDRAS | PR | 00771-9843 |

Exhibit B
Notice Parties Service List
Served via first class mail

| ID | Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| 1485811 | GARCIA FIGUEROA, CARLOS RUBEN | SECTOR MONTE CRISTO | CARR 344 KM 0.6 INT | | | HORMIGUEROS | PR | 00660 |
| 2181133 | GARCÍA, ESPERANZA ORTIZ | HC1 BOX 4060 | | | | NAGUABO | PR | 00718 |
| 1467642 | Goldstein, Sylvia | 8 East Normandy Drive | | | | West Hartford | CT | 06107 |
| 1691963 | GONZALEZ MORALES, SANTOS | COOPERATIVA DE AHORRO Y CREDITO CUPEY ALTO | RR 17 | BOX 11100 | | SAN JUAN | PR | 00926-9483 |
| 1691963 | GONZALEZ MORALES, SANTOS | Nelson Robles Diaz | Attorney | Nelson Robles Diaz Law Offices PSC | P.O Box 192302 | San Juan | PR | 00919-2302 |
| 1930936 | GONZALEZ RAMOS, MARIA TERESA | 3642 CALLE HIDRA | URB STARLIGHT | | | PONCE | PR | 00717-1467 |
| 2179033 | GONZALEZ VELAZQUEZ, HERMENEGILDO | URB. BRISAS DEL MAR CALLE CAPITAN I-12 | | | | GUAYAMA | PR | 00784 |
| 2179470 | GUTIERREZ BURGOS, JUSTINO | HC #2 BOX 8566 | | | | YABUCOA | PR | 00767-9506 |
| 2181403 | GUZMAN AMARO, WILSON | SEC. PLAYA K.M 3.5 | | | | MAUNABO | PR | 00707 |
| 2144290 | GUZMAN MUNIZ, HECTOR MANUEL | URB GLENVIEW GORDENS V34 CALLE FUERTE | | | | PONCE | PR | 00730 |
| 1424172 | GYC, LLC | MARIA F. VELEZ-PASTRANA, ESQ. | PO BOX 195582 | | | SAN JUAN | PR | 00919-5582 |
| 2045596 | HADDOCK BELMONTE, EDWIN RAFAEL | URB. LLANOS STA. ISABEL | CALLE 2 #D-5 | | | SANTA ISABEL | PR | 00757 |
| 2045596 | HADDOCK BELMONTE, EDWIN RAFAEL | URB. LLANOS STA. ISABEL | CALLE 2 #D-5 | | | SANTA ISABEL | PR | 00757 |
| 1394866 | HEALTH & SAFETY EYE CONCEPT | PO BOX 8953 | | | | CAGUAS | PR | 00726-8953 |
| 1627700 | HERNANDEZ AVILES, MARIA M | 456 CALLE SANTO DOMINGO | | | | VEGA ALTA | PR | 00692 |
| 1562168 | HERNANDEZ MOLINA, IRIS L. | P.O. BOX 1166 | | | | JAYUYA | PR | 00664 |
| 1478337 | HERNANDEZ PEREZ, JORGE F. | PO BOX 143895 | | | | ARECIBO | PR | 00614 |
| 1478337 | Hernandez Perez, Jorge F. | Autoridad de Energia Electrica | 1110 Ave Ponce de Leon, Pda. 16 1/2 | | | San Juan | PR | 00907 |
| 1442225 | HOWARD BALGLEY & PAULA BALGLEY TR. UAD 2-19-14 | 7742 SPRINGWATER PL | | | | BOYNTON BEACH | FL | 33437-5428 |
| 1442225 | Howard Balgley & Paula Balgley TR. UAD 2-19-14 | C/O Materetsky | 2240 Woolbright Rd. | Ste 354 | | Boynton Beach | FL | 33426 |
| 1437691 | Jessica G. Davis & Andrew P. Davis, Trustees U/A 8/18/15: Jessica G. Davis 2015 Grat 1 | 333 West End Ave (#4B) | | | | New York | NY | 10023 |
| 1437691 | Jessica G. Davis & Andrew P. Davis, Trustees U/A 8/18/15: Jessica G. Davis 2015 Grat 1 | 333 West End Ave (#4B) | | | | New York | NY | 10023 |
| 685542 | JOSE LUIS VERA RAMOS / ALICIA MIRO SOTOMAYOR ALICIA | VALLE REAL | 1716 MARQUESA | | | PONCE | PR | 00716-0513 |
| 1506490 | LABOY PAGAN, AWILDA | PO BOX 84 | | | | YABUCOA | PR | 00767 |
| 2181389 | LAO GARCIA, JOSE | HC-3 BOX 5969 | | | | HUMACAO | PR | 00791 |
| 2155382 | LAPORTE CADIZ, EBENEZER | COM MIRAMAR GIRASOL 759-58 | | | | GUAYAMA | PR | 00784 |
| 2181250 | LEBRON LOPEZ, FREDDIE | 82 WATKIN TERR | | | | ROCHESTER | NY | 14605 |
| 2179029 | LEBRON LOPEZ, LUIS M. | P.O. BOX 8296 | | | | HUMACAO | PR | 00791 |
| 2181054 | LEBRON SANTANA, MODESTO | HC4 BOX 4107 | | | | HUMACAO | PR | 00791 |
| 1511185 | Llompart, Sucesion Juan | Ext Villa Caparra | D22 Calle Roma | | | Guaynabo | PR | 00969 |
| 1511185 | Llompart, Sucesion Juan | Isabel Llompart-Zeno | Urb. Prado Alto | L42 Calle 7 | | Guaynabo | PR | 00966 |
| 2181333 | LOPEZ MALDONADO, DOMINGO | HC04 BOX 4296 | | | | HUMACAO | PR | 00791 |
| 2178867 | LOPEZ MARTINEZ, JOSE MANUEL | HC11 BOX 126285 | | | | HUMACAO | PR | 00791 |
| 2179272 | LOPEZ TOLENTINO, HUMBERTO | PO BOX 681 | | | | TOA ALTA | PR | 00954 |
| 2179088 | LÓPEZ TORRES, EULALIA | HC #1 BOX 4160 | | | | YABUCOA | PR | 00767 |
| 2181047 | LOZADA VELÁZQUEZ, CARMEN | HC 01 BOX 17341 | | | | HUMACAO | PR | 00791 |
| 2180939 | LOZADA VELAZQUEZ, LUCIANO | HC 01 - BOX 17341 | | | | HUMACAO | PR | 00791 |
| 2178764 | LUIS ORTIZ, CARLOS | JARDINES DE GUAMANI CALLE 13-F14 | | | | GUAYAMA | PR | 00784 |
| 2178785 | LUNA TORRES, NILDA L. | HC-44 BOX-12941 | | | | CAYEY | PR | 00736 |
| 2181135 | LUZUNARIS HERNANDEZ, ELIAS | HC04 BOX 4671 | | | | HUMACAO | PR | 00791 |
| 2180896 | MANUEL OQUENDO, HECTOR | PO BOX 372 | | | | HUMACAO | PR | 00791 |
| 2179478 | MARCANO CENTENO, ISMAEL | PO BOX 8462 | | | | HUMACAO | PR | 00792-8162 |
| 2171015 | Maria Antonucci, Shirley | 1172 Via Della Costrella | | | | Henderson | NV | 89011 |
| 2171015 | Maria Antonucci, Shirley | 1172 Via Della Costrella | | | | Henderson | NV | 89011 |
| 1525059 | Maria Davila, Carmen | PO Box 801221 | | | | Coto Laurel | PR | 00780-1221 |
| 2133987 | MARIA L. ANDINO AND SENTELL J. FELTON, MARIA L. | 1017 SW 124 CT | | | | MIAMI | FL | 33184 |
| 2181796 | MARIANO NIEVES, JESUS | PO BOX 204 | | | | PUNTA SANTIAGO | PR | 00741 |
| 1524173 | Maristany, Josefina | P.O. Box 330185 | | | | Ponce | PR | 00733 |
| 2179100 | MARQUEZ LUZUNARIS, ANDRES | HC2 BOX 12332 | | | | VIQUES | PR | 00765-9456 |
| 1856113 | MARRERO SEDA, AXEL M. | CARACOLES III | 821 BZN 1264 | | | PENUELAS | PR | 00624 |
| 178333 | MARTINEZ CONTRERAS, FRANCISCO | HC 12 BOX 5658 | | | | HUMACAO | PR | 00791 |
| 1477741 | Martinez De Pablo, Deianeira | Glenn Carl James, Esq | Luis Vigoreaux | PMB 501, 1353 Ave. | | Guaynabo | PR | 00966 |
| 1403479 | MARTINEZ FINALE, ROLANDO | C/O JORGE L. GONZALEZ BURGOS | PMB 501 1353 RD. 19 | | | GUAYNABO | PR | 00966-2700 |
| 1403479 | MARTINEZ FINALE, ROLANDO | C/O GLENN CARL JAMES | PMB 501, 1353 AVE. LUIS VIGOREAUX | | | GUAYNABO | PR | 00966-2700 |
| 1403479 | MARTINEZ FINALE, ROLANDO | C/O GLENN CARL JAMES | PMB 501, 1353 AVE. LUIS VIGOREAUX | | | GUAYNABO | PR | 00966-2700 |
| 2179254 | MARTINEZ NEGRON, NESTOR IVAN | HC-4 BOX 4269 | | | | HUMACAO | PR | 00791-8915 |
| 961968 | MARTINO VIERA, AWILDA | PO BOX 30027 | | | | SAN JUAN | PR | 00929-1027 |
| 961968 | MARTINO VIERA, AWILDA | CIUDAD EL RETIRO APT 709 | | | | SAN JUAN | PR | 00970 |
| 2184380 | MEDINA SERRANO, RAUL | HC-2 BOX 115431 | | | | HUMACAO | PR | 00791 |
| 878873 | MELENDEZ DIAZ, MARIO E | LA TORRECILLA J 28 | URB LOMAS DE CAROLINA | | | CAROLINA | PR | 00987 |
| 2070411 | MELENDEZ GONZALEZ, ALMA T. | P.O. BOX 31170 | | | | SAN JUAN | PR | 00929-2170 |
| 2141783 | MELÉNDEZ PÉREZ, JUAN A. | JOSEY ANN RODRÍGUEZ TORRES | PMB 504 609 AVENIDA TITO CASTRO | SUITE 102 | | PONCE | PR | 00716-0211 |
| 2141783 | MELÉNDEZ PÉREZ, JUAN A. | P.O. BOX 310121 | | | | MIAMI | FL | 33231 |

Exhibit B
Notice Parties Service List
Served via first class mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2178744 | MELO GOMEZ, LEONIRDA | HC # 1 BOX 3981 | | | | YABUCOA | PR | 00767 |
| 2180998 | MENDOZA CRUZ, JELSON | BO BUENA VISTA | HC-11 BOX 12160 | | | HUMACAO | PR | 00791 |
| 2148938 | MERCED ROSA, JUAN | 875 CENTRAL MERCEDITA | | | | PONCE | PR | 00715-1307 |
| 1542012 | MONCLOVA LEBRON, IDALIA | RR7 BOX 6852 | | | | SAN JUAN | PR | 00926 |
| 2179292 | MONTES ALAMO, NANCYVETT | HC - 764 BOX 65711 | | | | PATILLAS | PR | 00723 |
| 437699 | MORALES CRUZ, RICHARD | HC 05 BOX 13059 | | | | JUANA DIAZ | PR | 00795 |
| 1964252 | MORALES RIVERA, AURA M. | 1783 CARR 21 | APT 802 | | | SAN JUAN | PR | 00921-3315 |
| 1964252 | MORALES RIVERA, AURA M. | Municipio de San Juan | Psicologa-Especialista Salud Mental | 161 Ave. Carlos Chardon | | San Juan | PR | 00918-1712 |
| 2155249 | MORALES, MAYDA | 2195 WALTON AVE. APT. 6G | | | | BRONX | NY | 10453 |
| 2181770 | MORANT TORRES, JUAN | HC03 BOX 5904 | | | | HUMACAO | PR | 00791 |
| 1478803 | Moret Rivera, Adalberto E. | 88 CALLE COLON | | | | AGUADA | PR | 00602 |
| 1478803 | Moret Rivera, Adalberto E. | 88 CALLE COLON | | | | AGUADA | PR | 00602 |
| 1478803 | Moret Rivera, Adalberto E. | 88 CALLE COLON | | | | AGUADA | PR | 00602 |
| 1478803 | Moret Rivera, Adalberto E. | 88 CALLE COLON | | | | AGUADA | PR | 00602 |
| 1478803 | Moret Rivera, Adalberto E. | 88 CALLE COLON | | | | AGUADA | PR | 00602 |
| 349209 | MORETA, MIGUEL | URB VILLA FONTANA | 2PL242 VIA 8 | | | CAROLINA | PR | 00983 |
| 2111865 | MUNOZ-DIAZ, VILMA S. | 5 TOPACIO VILLA BLANCO | | | | CAGUAS | PR | 00725 |
| 1051097 | NEGRON FLORES, MARIA D | HC6 BOX 6658 | | | | GUAYNABO | PR | 00971 |
| 1459674 | NETWAVE EQUIPMENT CO. | HÉCTOR FIGUEROA-VINCENTY, ESQ. | 310 CALLE SAN FRANCISCO SUITE 32 | | | SAN JUAN | PR | 00901 |
| 1459930 | NETWAVE EQUIPMENT CO. | HÉCTOR FIGUEROA-VINCENTY, ESQ. | 310 CALLE SAN FRANCISCO | SUITE 32 | | SAN JUAN | PR | 00901 |
| 1459674 | Netwave Equipment Co. | 316 Avenida De La Constitución | | | | San Juan | PR | 00901 |
| 1459930 | Netwave Equipment Co. | 316 Avenida De La Constitución | | | | San Juan | Puerto Rico | 00901 |
| 1460306 | NETWAVES EQUIPMENTO CO. | HÉCTOR FIGUEROA-VINCENTY, ESQ. | 310 CALLE SAN FRANCISCO | SUITE 32 | | SAN JUAN | PR | 00901 |
| 1460306 | Netwaves Equipmento Co. | 316 Avenida De La Constitución | | | | San Juan | PR | 00901 |
| 1531635 | NIGAGLIONI MIGNUCCI, RUBEN T. | P.O BOX 9023865 | | | | SAN JUAN | PR | 00902 |
| 1531635 | NIGAGLIONI MIGNUCCI, RUBEN T. | NIGAGLIONI LAW OFFICES, PSC | 255 RECINTO SUR, SECOND FLOOR | | | SAN JUAN | PR | 00901 |
| 1437781 | Novo Porto LLC | 342 Calle San Luis, Ste 201 | | | | San Juan | PR | 00920 |
| 1437781 | Novo Porto LLC | 342 Calle San Luis, Ste 201 | | | | San Juan | PR | 00920 |
| 1437781 | Novo Porto LLC | 342 Calle San Luis, Ste 201 | | | | San Juan | PR | 00920 |
| 1568611 | OCASIO-ESTEBAN, RAFAEL | 185 CANDELERO DR. APT 613 | | | | HUMACAO | PR | 00791 |
| 1568611 | OCASIO-ESTEBAN, RAFAEL | 185 CANDELERO DR. APT 613 | | | | HUMACAO | PR | 00791 |
| 1568611 | OCASIO-ESTEBAN, RAFAEL | 185 CANDELERO DR. APT 613 | | | | HUMACAO | PR | 00791 |
| 1568611 | OCASIO-ESTEBAN, RAFAEL | 185 CANDELERO DR. APT 613 | | | | HUMACAO | PR | 00791 |
| 1477801 | Olga Martinez Finale as inheritor of Ondina Finale Cardenas | Glenn Carl James, Esq. | Luis Vigoreaux | PMB 501, 1353 Ave. | | Guaynabo | PR | 00966 |
| 1517260 | Olsen, James E. | Pilar Olsen Maristany | Executrix of James' Olsen Estate | 8169 Calle Concordia Ste. 404 | | Ponce | PR | 00717 |
| 2178775 | OPPENHEIMER GARAY, PRISCILLA | P.O. BOX 1373 | | | | SANTA ISABEL | PR | 00737 |
| 944841 | ORTIZ DIAZ, ABIGAIL | HC 2 BOX 11659 | | | | HUMACAO | PR | 00791 |
| 2181150 | ORTIZ GARCIA, GUILLERMO | HC-1 BOX 4060 | BARRIO RIO SECTOR BRAZO SECO | | | NAGUABO | PR | 00718 |
| 2181277 | ORTIZ GARCIA, LEON | HC01-BOX 4061 | | | | NAGUABO | PR | 00718 |
| 2181119 | ORTIZ GARCIA, RUDULFO | HC 1 BOX 4060 | | | | NAGUABO | PR | 00718 |
| 2028420 | ORTIZ NEGRON, FELIX L | HC-03 BOX 12534 | | | | JUANA DIAZ | PR | 00795 |
| 2178760 | ORTIZ ORTIZ, UBALDO | BDA STA ANA #236 CALLE-C | | | | GUAYAMA | PR | 00784 |
| 2181115 | ORTIZ PASTRANA, VALENTIN | HC04 BOX 4178 | | | | HUMACAO | PR | 00791 |
| 2148857 | ORTIZ QUIROS, HIRAM | 1414 N WARDELL ST APT 201 | | | | MOUNT DORA | FL | 32757 |
| 1848448 | ORTIZ, MARTA I | 28 CALLE ILLESCAS | ESTANCIAS DE COAMO | | | COAMO | PR | 00769 |
| 1523475 | P.D.C.M. ASSOCIATES, S.E. | ATTN: ROSENDO E. MIRANDA LOPEZ | PO BOX 190858 | | | SAN JUAN | PR | 00919-0858 |
| 1844990 | PACHECO ORTIZ, CARMELITA | SITIOS | 4 ROBERTO SANTANA | | | GUAYANILLA | PR | 00656 |
| 2126614 | PACHECO-ROMERO, PEDRO L. | CIUDAD JARDIN | 137 CALLE AZUCENA | | | CAROLINA | PR | 00987 |
| 1933216 | PADILLA MUNIZ, ZAIDA | HC 37 BOX 3621 | | | | GUANICA | PR | 00653 |
| 1433567 | Patti, Anthony | 1108 Lakefield Walk | | | | Marietta | GA | 30064 |
| 1477710 | Pedro Rolando Martinez Torres as inheritor of Olga Finale | James Law Offices | Attn: Glenn Carl James | PMB 501, 1353 Rd. 19 | | Guaynabo | PR | 00966-2700 |
| 1480256 | Pedro Rolando Martinez Torres by him | and as inheritor of Ondina Finale Cardenas | Glenn Carl James, Esq | Luis Vigoreaux | PMB 501, 1353 Ave. | Guaynabo | PR | 00966 |
| 2179193 | PEREZ CASANOVA, RAMON | HC04 BOX 4381 | | | | HUMACAO | PR | 00791 |
| 889695 | PEREZ CORDERO, CARMEN M. | PO BOX 1535 | | | | SANTA ISABEL | PR | 00757 |
| 839614 | PEREZ PADIN, JOSE LUIS | HC-01 BOX 3370 | | | | CAMUY | PR | 00627 |
| 627051 | PEREZ PEREZ, CARMEN L | PO BOX 147 | | | | ISABELA | PR | 00662 |
| 831554 | Perfect Cleaning Services Inc. | 100 Grand Boulevard | Los Paseos 112 MCS 115 | | | San Juan | PR | 00926 |
| 831554 | Perfect Cleaning Services Inc. | Hector Luis Velez Torres | 100 Grand Blvd Los Paseos 112 MSC 115 | | | San Juan | PR | 00924 |
| 1514659 | Quality Equipment, Inc | Carr 872, Km 0.8 | Rio Plantation | | | Bayamon | PR | 00961 |
| 1514659 | Quality Equipment, Inc | PO Box 10455 | | | | San Juan | PR | 00922-0455 |
| 1911625 | QUINONES ESCALERA, LUZ CELENIA | HC01 BOX 7343 | | | | LOIZA | PR | 00772 |
| 2179172 | QUINONES, JOSE L | HC-01 BOX 17168 | | | | HUMACAO | PR | 00791-9034 |
| 2181062 | RAMON CASTENEDA, JUAN | EXTENCION VERDEMON | CALLE PIEDRA LUNA CASA 933 | | | PUNTA SANTIAGO | PR | 00741 |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 4 of 6

Exhibit B
Notice Parties Service List
Served via first class mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 866179 | RAMOS AGUIAR, GLORIA CONSUELO | C/O CHARLES M BRIERE BELLO | BRIERE LAW OFFICES | PO BOX 10360 | | PONCE | PR | 00732-0360 |
| 1727964 | RC LEGAL & LITIGATION, ROBERTO | CORPORATE OFFICE CENTER | SUITE 801 | 33 RESOLUCION ST | | SAN JUAN | PR | 00920 |
| 2178913 | RESTO DEJESUS, LEONARDO | P.O. BOX 2421 | | | | GUAYAMA | PR | 00785 |
| 1648345 | REYES RIOS, ELSA L | PO BOX 592 | | | | RIO GRANDE | PR | 00745 |
| 590517 | RIOS FERRER, WALESKA | URB BRISAS DEL MAR | B 39 CALLE 5 | | | LUQUILLO | PR | 00773 |
| 2189210 | RIOS ORTIZ, JESUS | 112 JEDI LANE | | | | SUMMERVILLE | SC | 29485 |
| 2184439 | RIOS RODRIGUEZ, ELIZABETH | HC 3 BOX 6242 | | | | HUMACAO | PR | 00791 |
| 353387 | RIVERA AMEZQUITA, MYRNA L. | HC 01 BOX 6138 | PAJAROS | | | TOA BAJA | PR | 00949 |
| 2131193 | RIVERA COSTAS, MONSERRATE | PENUELAS ALTURAS I | CALLE 4-F16 | | | PENUELAS | PR | 00624 |
| 1090951 | RIVERA CRUZ, SAMUEL | HC 1 BOX 4052 | | | | NAGUABO | PR | 00718 |
| 2059032 | RIVERA DE BAEZ, MILAGROS | URB. LAS DELICIAS | 2156 J. CORTADA QUINTANA | | | PONCE | PR | 00728-3829 |
| 1936487 | RIVERA LEON, MARIANO | CRUZ RODRIGUEZ, MARTA | PO BOX-90 BO CAMARONES | | | VILLALBA | PR | 00766 |
| 1375573 | RIVERA MIRANDA, WILVARDO | 1033 ADELINE ST. | | | | TRENTON | NJ | 08610 |
| 1155304 | RIVERA MORALES, YOLANDA | PO BOX 895 | | | | BAYAMON | PR | 00960-0895 |
| 2180453 | RIVERA SULIVIAN, CECILIA | URB HACIENDA C 46 A5-27 | | | | YABUCOA | PR | 00784 |
| 2181413 | RIVERA, BENITO MONCLOVA | BO. CALZADA APT 704 | | | | MAUNABO | PR | 00707 |
| 843206 | RIVERA, ELDA ALBINO | QUINTAVALLE SUR 112 CALLE ACUARELLA APT 125 | | | | GUAYNABO | PR | 00969-3588 |
| 2179482 | RIVERA, ISRAEL | BO CANDELERO ARRIBA | | | | HUMACAO | PR | 00791-9999 |
| 1462838 | RIVERO BETANCOURT, EDUARDO | HC 645 BOX 8012 | | | | TRUJILLO ALTO | PR | 00976 |
| 1485660 | RODRIGUEZ ALBELO, ALMARYS | PO BOX 181 | | | | HORMIGUEROS | PR | 00660 |
| 2182934 | RODRIGUEZ FLECHA, JUAN | HC 03 BOX 5889 | | | | HUMACAO | PR | 00791 |
| 470429 | RODRIGUEZ FLORES, ZORAIDA | HC 1 BOX 5712 | | | | YABUCOA | PR | 00767-9803 |
| 470429 | RODRIGUEZ FLORES, ZORAIDA | HC5 BOX 5712 | | | | YABUCOA | PR | 00767-9685 |
| 2189338 | RODRIGUEZ GARCIA, FELIX MANUEL | BARRIO PALO SECO | BUZON 202 | | | MAUNABO | PR | 00707 |
| 2189214 | RODRIGUEZ MORALES, LUIS ANGEL | HC - 01 - BOX 2262 | | | | MAUNABO | PR | 00707 |
| 1542231 | RODRIGUEZ RODRIGUEZ, MARIA DE J. | C/ PROGRESO 37 | | | | PONCE | PR | 00730 |
| 1547281 | RODRIGUEZ RODRIGUEZ, MARIA DE J. | C/ PROGRESO 37 | | | | PONCE | PR | 00730 |
| 2158357 | RODRIGUEZ SANCHEZ, MARIA ESTHER | HC#5 - BOX 5888 | | | | YABUCOA | PR | 00767-9699 |
| 1494864 | RODRIGUEZ, ROSA M. | CALLE VICTORIA BZN.116 | SECTOR LAVADERO #1 | | | HORMIGUEROS | PR | 00660 |
| 1006762 | RODRIGUEZ RAMOS, ILUMINADO | 8509 JUDY DR | | | | MIDVALE | UT | 84047 |
| 1006762 | RODRIQUEZ RAMOS, ILUMINADO | 9075 S. 700 E. APT #132 | | | | SANDY | UT | 84070 |
| 1260320 | Rolando Martinez Finale as inheritor of Ondina Finale Cardenas | Glenn Carl James, Esq | PMB 501, 1353 Ave. Luis Vigoreaux | | | Guaynabo | PR | 00966 |
| 1059678 | ROSADO RIVERA, MAYDA | HC01 BOX 5826 | | | | SAN GERMAN | PR | 00683 |
| 2189170 | ROSARIO TORRES, ISRAEL | HC03 BOX 5972 | | | | HUMACAO | PR | 00791-9568 |
| 1941535 | ROSAS VELEZ, OLGA B. | MANS DE VISTAMAR MARINA | 1226 CALLE MARBELLA | | | CAROLINA | PR | 00983-1594 |
| 2006084 | Rovira, Gilda P. | Urb. El Monde. Calle Cumbre 3647 | | | | Ponce | PR | 00716 |
| 2179084 | RUFFAT FONTANEZ, JUAN M | HC 04 BOX 5092 BARRIO JUANITO | SECTOR EL PUERTO | | | HUMACAO | PR | 00791 |
| 504010 | S O P INC D/B/A SPECIALTY OFFICE PRODUCT | P O BOX 1914 | | | | GUAYNABO | PR | 00970-1914 |
| 504032 | S.O.P. INC. | PO BOX 1914 | | | | GUAYNABO | PR | 00970-1914 |
| 1727631 | Saavedra Castro, PSC, Bufete Juan H. | PO Box 9021782 | | | | San Juan | PR | 00902-1782 |
| 1989851 | SALAS PAGAN, LOYDA | P.O. BOX 8049 | | | | TOA BAJA | PR | 00949 |
| 1765062 | SANCHEZ CARMONA, MARIA M. | PO BOX 502 | GUADIANA | | | NARANJITO | PR | 00719 |
| 2179010 | SANCHEZ CASTRO, VICTOR MANUEL | HC-2 BOX 7919 | | | | YABUCOA | PR | 00767 |
| 2181079 | SANCHEZ GONZALEZ, JOSE RAMON | HC1 BOX 4314 | | | | NAGUABO | PR | 00718 |
| 2179104 | SANCHEZ IRIZARRY, RAMONA DEL R. | 257 17 URB LA ARBOLEDA | | | | SALINAS | PR | 00751 |
| 2178662 | SANCHEZ ORTIZ, MANUEL | HC # 5 BOX 5887 | | | | YABUCOA | PR | 00767 |
| 1531291 | SANCHEZ SERRANO, DALY C. | JOSE A. GARCIA RODRIGUEZ | APARTADO 9831 SANTURCE STATION | | | SANTURCE | PR | 00908 |
| 1531291 | Sanchez Serrano, Daly C. | 47 Calle 1890 Terrazas de Fairview | | | | San Juan | PR | 00926 |
| 2181005 | SANTANA OQUENDO, HECTOR LUIS | PO BOX 467 | | | | PUNTA SANTIAGO | PR | 00741 |
| 2179127 | SANTIAGO MILLELEBRON, JUAN | EGIDA DE MAURABO | PO BOX 101 | | | MAUNABO | PR | 00707 |
| 1983375 | SANTIAGO ORTIZ, EDELMIO | URB JARDINES DE GUAMANI C/3 G-9 | | | | GUAYAMA | PR | 00784 |
| 1455459 | Santos Mulero Sierra and Elizabeth Gonzalez | Santos Mulero Sierra | PO Box 1143 | | | Juncos | PR | 00777 |
| 1677165 | SEGARRA RIVERA, JORGE | PO BOX 931 | | | | PENUELAS | PR | 00624 |
| 2178696 | SERRANO VAZQUEZ, PEDRO LUIS | APARTADO 612 | | | | YABUCOA | PR | 00767 |
| 1077868 | SIERRA SANCHEZ, PEDRO M | URB PARKVILLE | M14 AVE LINCOLN | | | LARES | PR | 00969-3948 |
| 1077868 | SIERRA SANCHEZ, PEDRO M | URB. MUNOZ RIVERA | CALLE PARENTESIS #20 | | | GUAYNABO | PR | 00969 |
| 1468254 | SNYDER DE LA VEGA, ERIC | COND LAS OLAS 1503 | AVE ASHFORD APT 15 A | | | SAN JUAN | PR | 00911-1136 |
| 1455946 | SOFTEK INC. | MARIA R LONDONO | 650 MUNOZ RIVERA AVE. SUITE 601 | | | SAN JUAN | PR | 00918 |
| 1515662 | Sonuvac Corporation | PO Box 6960 | | | | Caguas | PR | 00726-6960 |
| 2178923 | SOTO SANCHEZ, JUAN ANGEL | APT. 1480 | | | | COAMO | PR | 00769 |
| 1500520 | STILLMAN, ROBERT | RAFAEL OJEDA-DIEZ ESQ. | PO BOX 9023392 | | | SAN JUAN | PR | 00902-3392 |
| 1575257 | TEC CONTRACTOR LLC/DBA UNITED SURETY & | INDEMNITY CO. | 1554 CALLE LOPEZ LANDRON PH 1 | | | SAN JUAN | PR | 00911 |
| 1527529 | Technical Power Services | PO Box 3826 | | | | Guaynabo | PR | 00970 |

Exhibit B
Notice Parties Service List
Served via first class mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2181580 | TIRADO FLECHA, CARLOS MANUEL | HC 2 BOX 11630 | | | HUMACO | PR | 00791-9340 |
| 1920466 | TORRES DE LEON , ZAIDA | 66 HACIENDA PARQUE | | | SAN LORENZO | PR | 00754-9633 |
| 1920439 | TORRES DE LEON, ZAIDA | 66 HACIENDA PARQUE | | | SAN LORENZO | PR | 00754-9633 |
| 1402441 | TORRES NAVEIRA, MANUEL BISMARCK | DBA MBT ASSOCIATES | PO BOX 8642 | | SAN JUAN | PR | 00910-0642 |
| 1976857 | TORRES RODRIGUEZ, MIRIAM | EDF23 APT 183 URDIALES | | | SAN JUAN | PR | 00923 |
| 831704 | UNIVERSAL CARE CORPORATION | PO BOX 1051 | | | SABANA SECA | PR | 00952-1051 |
| 2179241 | VALAZGUEZ RIVERA, MARIO E. | HC-01 BOX 17164 | | | HUMACAO | PR | 00791-9034 |
| 2081370 | VALENTIN DE JESUS, ROSA | PO BOX 1025 | | | AGUADA | PR | 00602 |
| 1217024 | VARGAS CORTES, HUMBERTO | HC 06 BOX 45033 | | | COTO LAUREL | PR | 00780 |
| 2181112 | VASQUEZ SALOME, CARMEN M | HC-01 BOX 3404 | | | VILLALBA | PR | 00766 |
| 1588458 | VAZQUEZ MARRERO , LINDA L. | 5406 CHAMOIS DRIVE | | | COLUMBIA | MO | 65203 |
| 1588458 | Vazquez Marrero , Linda L. | P.O. Box 362 | | | Columbia | MO | 65205 |
| 1491489 | Vazquez Olivencia, Wilfredo | 2225 Ponce Bypass #909 | | | Ponce | PR | 00717 |
| 1491489 | Vazquez Olivencia, Wilfredo | 2225 Ponce Bypass #909 | | | Ponce | PR | 00717 |
| 2179195 | VEGA RODRIQUEZ, ANASTACIO | HC2 BOX 7608 | | | YABUCOA | PR | 00767 |
| 2184450 | VEGA SANCHEZ, SANDRA | P.O. BOX 552 | | | ARROYO | PR | 00714 |
| 2180974 | VELASQUEZ RODRIGUEZ, OBDULIA | HC01 BOX 17341 | | | HUMACAO | PR | 00791 |
| 2179082 | VELAZQUEZ RIVERA, MOISES | HC-04 BOX 7232 | | | YABUCOA | PR | 00767 |
| 859493 | VERTECH INC. | PO BOX 193009 | | | SAN JUAN | PR | 00919-3009 |
| 859493 | VERTECH INC. | JUAN R. COSTA | MANAGER | PO BOX 3009 | SAN JUAN | PR | 00919 |
| 2184419 | VILLODAS GERENA, ARCELIO | ESIDA AVE PPR | 2680 CALLE COROZAL APT 220 | | MAUNABO | PR | 00707 |
| 1455781 | William Shakin Irrevocable Trust | Jeffery L Shakin | 9 Tatem Way | | Old Westbury | NY | 11568 |
| 1455781 | William Shakin Irrevocable Trust | Jeffery L Shakin | 9 Tatem Way | | Old Westbury | NY | 11568 |