# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre: Francisca Colón Torres

Dirección Postal: HC 05 Box 5828 Juana Díaz, Puerto Rico 00795

Teléfono de contacto res. ___—___ cel. 787-613 5849

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
       Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

**IV. Documentación Justificativa**

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company, Ponce~~, Puerto Rico desde el <u>28</u> de <u>enero</u> de <u>1979</u> hasta el <u>28</u> de <u>Junio</u> de <u>1988 y</u>. Culmine mi laborar como <u>Maestra Elemental K-3 desde agosto 2004 hasta agosto 2005</u> en ~~Puerto Rico Telephone Company, Ponce~~, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

[margin note: Departamento de Educación]

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

*Francisca Colón Torres*
Nombre en letra de molde

*[signature]* 8/17/20
Firma

Proof of Claim: <CLAIM NUMBER>
Claimant: >CLAIMANT NAME< Francisca Colón Torres

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ■ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2. What is the amount of your claim (how much money do you claim to be owed):

    _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
Departamento de Educación, ELA, P.R.

3(b). Identify the dates of your employment related to your claim:
Desde el 28 de enero de 1979 hasta 28 junio de 1988 and agosto-2004 hasta agosto 2cc

3(c). Last four digits of your social security number: 3859

3(d). What is the nature of your employment claims (select all applicable):
    ☐ Pension
    ■ Unpaid Wages
    ☐ Sick Days
    ☐ Union Grievance
    ☐ Vacation
    ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).
    _Ley 89-1979, Ley 164-2004_

4. Legal Action  Does your claim relate to a pending or closed legal action?

    ■ No
    ☐ Yes

4(a). Identify the department or agency that is a party to the action.
    _D/A_

4(b). Identify the name and address of the court or agency where the action is pending:
    _D/A_

4(c). Case number: _D/A_

4(d). Title, Caption, or Name of Case: _D/A_

4(e). Status of the case (pending, on appeal, or concluded): _D/A_

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

    If yes, what is the date and amount of the judgment? _D/A_

RECLAMANTE: Francisca Colón Torres

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 50491, 132697 Y 140807

Numero DE Celular: 787-613-5849

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 28 de enero de 1979 hasta el 28 de junio de 2004 y desde agosto 2004 hasta agosto 2005, 1988 como Maestra Elemental K-3 2005 Departamento de Educación de la Puerto Rico Telephone Company ELA.

~~1. Ley 89 - julio 1995 - ROMERAZO~~     ~~CANTIDAD $~~

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Francisca Colón Torres
Nombre en letra de molde

Francisca Colón Torres  8/17/20
Firma y fecha

Cantidad Adeudada

① Ley 89 Julio-1979 Retribución uniforme     $10,800.00
② Ley 164 enero 2004 Sila Ma. Calderon       +1,200.00

total = 12,000.00

RECLAMANTE _Francisca Colón Torres_

DIRECCION _HC05 Box 5825_
_Juana Díaz, PR 00795_

Numero Reclamación _50491, 132697 y 140807_

Fecha de presentación (envío) _15 de agosto de 2020_

Deudor <u>Commonwealth of Puerto Rico</u>

    Por este medio incluyo con mi reclamación presentada el _15_ de _agosto_ de _2020_ lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce~~ _Departamento de Educación_, Puerto Rico – ELA, como _Maestra Elemental K-3_ desde el _28_ de _enero_ de _1974_ hasta el _28_ de _junio_ de _1988_. (ver evidencia adjunta) _y desde agosto 2004 hasta agosto 2005_

2. El monto adeudado en mi reclamación es de $ _12,000.00_.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

_Francisca Colón Torres_
Nombre en letra de molde

_Francisca Colón Torres  8/17/20_
Firma y fecha