Francisca Colón Torres
HC 05 Box 5828
Juana Díaz, Puerto Rico
00795

U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
AUG 18, 20
AMOUNT
$1.40

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

RECEIVED & FILED
2020 AUG 21   AM 8:01
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.