

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

### ELENA LABOY CHRISTIAN
### XXX-XX-7077

Para el empleado de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 08/01/1988.
- Al presente trabaja como empleado regular activo.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a miércoles, 05 de agosto de 2020.

_____
Víctor Morales Santos
Oficial de Compensación
Compensación y Récords