Elena Laboy Christian
Urb. Glenview Gardens
Calle Elba #K-11
Ponce, Puerto Rico 00730

RECEIVED & FILED
2020 AUG 21 AM 7:59
CLERK'S OFFICE
U.S. DISTRICT COURT



U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
AUG 14, 20
AMOUNT
$1.20
R2305M147983-8

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767