21/Julio/20

A: Secretaría (Clerk's Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan P.R. 00918-1767

De: Néstor González González
#S.S. - 5093

# de CASO 31917
705094

Objetando cantidad de dinero de $36,518.88

Se envia evidencia.

Email yortiz33@hotmail.com

Eliminar objecion