

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

29 de agosto de 2017

**Agencia: 201 - A.A.A.**

NESTOR GONZALEZ GONZALEZ
PO BOX 1534
TRUJILLO ALTO, PR 00977

**Seguro Social: XXX-XX-5093**

A base de la información en nuestros registros, al 29 de agosto de 2017 usted posee:

**Fecha de Nacimiento:** 1977  **Género: Masculino**

**Fecha de Ingreso al Servicio Público: 16 de noviembre de 2000**

**Fecha de Comienzo de Cotización: 16 de noviembre de 2000**

| Ley R2000 al 30 de junio de 2013 | | Ley 3 al 31 de diciembre de 2016 | |
|---|---|---|---|
| Años Acreditados: | 12.04 | Años Acreditados: | 16.05 |
| Aportaciones: | $19,464.89 | Aportaciones: | $31,478.06 |
| Intereses: | $1,509.85 | Intereses: | $5,040.82 |
| Gastos Teneduría: | ($73.95) | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $20,974.74 | Total Aportaciones: | $36,518.88 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov

