Néstor González González
PO Box 1534, Trujillo Alto,
P.R. 00977.

SAN JUAN PR 009
19 AUG 2020 PM 1 L

Secretaría (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos Room 150
Federal Building
San Juan, P.R. 00918—
1767

00918-133999