Secretaria Clerks Office
Tribunal de Distrito de
Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVER & FILED
2020 AUG 21 PM 5:1[?]

Ariel Rosado Rivera
Cond. Plaza del Parque apt-505
San Juan, P.R. 00912