Proof of Claim: &lt;CLAIM NUMBER&gt; _____
Claimant: &gt;CLAIMANT NAME&lt;
_Orlando Rivera Rosado_

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**Questionnaire**

1. **What is the basis of your claim?**

   ☐ A pending or closed legal actions with or against the Puerto Rico goverment

   ☑ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

   _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ☑ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
_Puerto Rico Telephone Company / Frame Worker_

3(b). Identify the dates of your employment related to your claim:
_06/marzo/1989 @ 01/enero/2020_

3(c). Last four digits of your social security number: __7853__

3(d). What is the nature of your employment claims (select all applicable):
 ☐ Pension
 ☑ Unpaid Wages
 ☐ Sick Days
 ☐ Union Grievance
 ☐ Vacation
 ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

__Ley 89 - Julio 1995 (El Pomerazo)__

4. **Legal Action Does your claim relate to a pending or closed legal action?**

 ☑ No
 ☐ Yes

4(a). Identify the department or agency that is a party to the action.

__N/A__

4(b). Identify the name and address of the court or agency where the action is pending:

__N/A__

4(c). Case number: __N/A__

4(d). Title, Caption, or Name of Case: __N/A__

4(e). Status of the case (pending, on appeal, or concluded):
__N/A__

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

__N/A__ If yes, what is the date and amount of the judgment?

RECLAMANTE _Orlando Rivera Rosado_

DIRECCION _2829 Calle Cojoba_
_Urb. Los Caobos_
_Ponce, Puerto Rico 00716_

Numero Reclamación _O.R.R_

Fecha de presentación (envío) _15/agosto/2020_

Deudor <u>Commonwealth of Puerto Rico</u>

Por este medio incluyo con mi reclamación presentada el _15_ de _agosto_ de _2020_ lo siguiente:

1. Evidencia de trabajo de Puerto Rico Telephone Company en Ponce, Puerto Rico – ELA, como _Frame Worker_ desde el _6_ de _marzo_ de _1989_ hasta el _01_ de _enero_ de _2020_. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ _4,800.00_ .

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

_Orlando Rivera Rosado_
Nombre en letra de molde

_[signature]_  _8-15-2020_
Firma y fecha

_(787) 546-6154_

RECLAMANTE: Orlando Rivera Rosado

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: _____

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 06 de marzo de 1989 hasta el 01 de enero de 2020 como Frame Worker de la Puerto Rico Telephone Company - ELA.

1. Ley 89 – julio 1995 – ROMERAZO      CANTIDAD $ 4,800.00

Así como otras leyes que me apliquen y no se me otorgó la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Orlando Rivera Rosado
Nombre en letra de molde

[firma]   8-15-2020
Firma y fecha

(787) 546-6154

# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre _Orlando Rivera Rosado_

Dirección Postal _2829 Calle Cotoba_
_Urb. Los Caobos_
_Ponce, Puerto Rico 00716_

Teléfono de contacto res. _____ cel. _(787) 546-6154_

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
        Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los anos de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el __6__ de __marzo__ de __1989__ hasta el __01__ de __enero__ de __2020__. Culmine mi laborar como __Frame Worker__ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Orlando Rivera Rosado_
Nombre en letra de molde

_[signature]_ 8-15-2020
Firma

(787) 546-6154