

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

### ORLANDO RIVERA
### XXX-XX-7853

Para el ex empleado de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 06 de marzo de 1989.
- Trabajó como empleado regular hasta el 01 de enero de 2020.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a lunes, 20 de julio de 2020.

*Abigail Alejandro González*

Abigail Alejandro González
Oficial de Compensación
Compensación y Récords