Orlando Rivera Rosado
2829 Calle Cojoba
Urb. Los Caobos
Ponce, Puerto Rico  00716



7020 0090 0000 8281 3204

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7020 0090 0000 8281 3204



UNITED STATES
POSTAL SERVICE®

1000          00918

U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
AUG 15, 20
AMOUNT
**$4.75**
R2304M113158-08

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767



RECEIVED & FILED
2020 AUG 21  PM 5: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.