Proof of Claim: <CLAIM NUMBER>
Claimant: >CLAIMANT NAME< Arelis Rodriguez Lugo

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**
Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide **more** information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:
- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**Questionnaire**

1. What is the basis of your claim?

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ✓ ■ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)
    _____

2. What is the amount of your claim (how much money do you claim to be owed):

    $67,600

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ✓ ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:

Departamento De La Familia

3(b). Identify the dates of your employment related to your claim:

3 de febrero de 1967 hasta 30 de Abril 2000

3(c). Last four digits of your social security number: 9595

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_____

4. Legal Action Does your claim relate to a pending or closed legal action?
- ☒ No
- ☐ Yes

4(a). Identify the department or agency that is a party to the action.
    no aplica

4(b). Identify the name and address of the court or agency where the action is pending:
    no aplica

4(c). Case number: no aplica

4(d). Title, Caption, or Name of Case: no aplica

4(e). Status of the case (pending, on appeal, or concluded): no aplica

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? no aplica

Scanned by TapScanner

# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre _Arelis Rodriguez Lugo_

Dirección Postal _Colinas de Yauco_
_calle Prado G 25_
_Yauco Puerto Rico 00698_

Teléfono de contacto res. _____ cel. _787-300-9225_

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   1. #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
   2. Ley 89 – Julio 1979 Retribución Uniforme
   ~~#94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008~~
   3. Ley 124 – Julio 1973 Aumento de sueldo

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

Scanned by TapScanner

IV: Documentación Justificativa

Se incluyen documentos que evidencian los anos de servicio con Depto de Familia desde el  3  de  febrero  de  1967  hasta el  30  de  Abril  de  2000 . Culmine mi laborar como _____ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Arelis Rodriguez Lugo_
Nombre en letra de molde

_Arelis Rodríguez Lugo_
Firma

5

RECLAMANTE: Arelis Rodriguez Lugo

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: _____

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el ___ de Enero de 1969 hasta el 31 de mayo de 2000 como Tecnica de Servicio Depto Familia de la ~~Puerto Rico Telephone Company~~ - ELA.

Ley 134 Julio 1973 - Aumento Sueldo  32,400
1. Ley 89 – julio 1995 – ROMERAZO,  CANTIDAD $ 10,000
Ley 89 - Julio 1979 Retribución de Sueldo   25,200

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.
$67,600.00

Le agradezco la atención sobre este asunto.

Atentamente,

Arelis Rodriguez Lugo
Nombre en letra de molde

Arelis Rodriguez Lugo
Firma y fecha

RECEIVED & FILED
2020 AUG 25 PM 2:45