

**GOBIERNO DE PUERTO RICO**
Departamento de la Familia
Administración de Familias y Niños

## CERTIFICACIÓN

Certifico que la Sra. Arelys Rodríguez Lugo, con seguro social número XXX-XX-9595, fue empleada de la Administración de Familias y Niños, desde el 3 de febrero de 1967 hasta el 30 de abril de 2000. La Sra. Rodríguez ocupó un puesto regular de Técnico de Servicios a la Familia III en la Región de Ponce.

Esta certificación se expide hoy 17 de agosto de 2020, conforme a información de Sistema Mecanizado de Recursos Humanos a petición de la Sra. Rodríguez.

Glenda Gerena Ríos
Administradora