Avelis Rodriguez Lugo
G 25 Calle Prado
Urb Colinas de Yauco
Yauco P.R. 00698

RECEIVED & FILED
2020 AUG 25 PM 2: 45
CLERK'S OFFICE
DISTRICT COURT

 

U.S. POSTAGE PAID
FCM LG ENV
GUAYANILLA, PR
00656
AUG 20, 20
AMOUNT
$1.20
R2305K134660-04

1000   00918

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767