# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre: Paulette Casiano Rodríguez

Dirección Postal: Urb. Santa Teresita 3506 Calle Santa Juanita Ponce, Puerto Rico 00730

Teléfono de contacto res. — cel. 787-436-3464

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company, Ponce,~~ *Departamento de Educación* Puerto Rico desde el _1_ de _agosto_ de _2006_ hasta el _presente_ de ____. Culmine mi laborar como _Trabajadora Social Escolar S.U. Zoilo Gracia - Ofic. Reg. Educ._ Ponce, en ~~Puerto Rico Telephone Company, Ponce,~~ Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Paulette Casiano Rodríguez_
Nombre en letra de molde

_[signature]_
Firma

Proof of Claim: <CLAIM NUMBER> 13960
Claimant: >CLAIMANT NAME< Paulette Casiano Rodriguez

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide **more** information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

   ☐ A pending or closed legal actions with or against the Puerto Rico goverment

   ■ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

   _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ■ Yes, Answer Questions 3(a) – (d).

   3(a). Identify the specific agency or department where you were or are employed:
   Departamento de Educación

   3(b). Identify the dates of your employment related to your claim:
   Desde el 1 de agosto de 2006 hasta el presente

   3(c). Last four digits of your social security number: 1822

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ■ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

Ley 109 - Junio - 2008 - Ley Escala Salarial Pasos

4. Legal Action  Does your claim relate to a pending or closed legal action?
- ■ No
- ☐ Yes

4(a). Identify the department or agency that is a party to the action.
D/A

4(b). Identify the name and address of the court or agency where the action is pending:
D/A

4(c). Case number: D/A

4(d). Title, Caption, or Name of Case: D/A

4(e). Status of the case (pending, on appeal, or concluded): D/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? D/A

RECLAMANTE: Paulette Casiano Rodriguez

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 43960

Numero de celular: 787-436-3464

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 1 de agosto de 2006 hasta el Presente de _____ de _____ como Trabajadora Social Escolar

Sy Zoila Gracia, ofic. Reg. Educ. Ponce, P.R.
de la ~~Puerto Rico Telephone Company~~ ELA.

1. Ley 109 - Junio - 2008 - Esc. Sal. Pases
1. ~~Ley 89 - julio 1995 - ROMERAZO~~  CANTIDAD $ 14,400.00

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Paulette Casiano Rodriguez
Nombre en letra de molde

Paulette Casiano Rodriguez
Firma y fecha

RECLAMANTE: Paulette Casiano Rodríguez

DIRECCION: Urb. Santa Teresita
3506 Calle Santa Juanita
Ponce, Puerto Rico 00730

Numero Reclamación: 43960

Fecha de presentación (envío): 19 de agosto de 2020

Deudor: Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el 19 de agosto de 2020 lo siguiente:

1. Evidencia de ~~trabajo de Puerto Rico Telephone Company en Ponce~~ Departamento de Educación en J.D, Puerto Rico – ELA, como Trabajadora Social Escolar desde el 1 de agosto de 2006 hasta el 1 de Presente de _____. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 14,400.00.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

_Paulette Casiano Rodríguez_
Nombre en letra de molde

_Paulette Casiano Rodríguez_
Firma y fecha