Urb. Santa Teresita
3506 Calle Santa Juanita
Ponce, Puerto Rico 00730

RECEIVED & FILED
2020 AUG 25 PM 2:42
CLERK'S OFFICE



Clerk's office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767