# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre **Arnaldo Nieves Burgos**

Dirección Postal **HC 37 Box 7451
Guánica, Puerto Rico
00653**

Teléfono de contacto res. — cel. **787-383-0350**

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
           Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

**IV. Documentación Justificativa**

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el _12_ de _Diciembre_ de _1985_ hasta el _1_ de _Julio_ de _2016_. Culmine mi laborar como _Empalmador III_ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo.~~

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Arnaldo Nieves Burgos_
Nombre en letra de molde

_[signature] 19-8-2020_
Firma

Proof of Claim: <CLAIM NUMBER>
Claimant: >CLAIMANT NAME< Arnaldo Nieves Burgos

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide <u>more</u> information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

   ☐ A pending or closed legal actions with or against the Puerto Rico goverment

   ■ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

   _____

3. <u>**Employment**</u>. **Does your claim relate to current or former employment with the Government of Puerto Rico?**

   ☐ No, Please continue to Question 4.
   ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
Puerto Rico Telephone Co., E.L.A.

3(b). Identify the dates of your employment related to your claim:
Desde el 12 de diciembre de 1985 hasta 1 de Julio de 2016.

3(c). Last four digits of your social security number: 3731

3(d). What is the nature of your employment claims (select all applicable):
    ☐ Pension
    ■ Unpaid Wages
    ☐ Sick Days
    ☐ Union Grievance
    ☐ Vacation
    ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).
    _Ley 89-1995-El Romerazo_

4. **Legal Action** Does your claim relate to a pending or closed legal action?

    ■ No
    ☐ Yes

4(a). Identify the department or agency that is a party to the action.
    D/A

4(b). Identify the name and address of the court or agency where the action is pending:
    D/A

4(c). Case number: D/A

4(d). Title, Caption, or Name of Case: D/A

4(e). Status of the case (pending, on appeal, or concluded): D/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

    If yes, what is the date and amount of the judgment? D/A

RECLAMANTE: Arnaldo Nieves Burgos

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: _____

Número de celular: 787-383-0350

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 12 de diciembre de 1985 hasta el 1 de Julio de 2016 como Empalmador III de la Puerto Rico Telephone Company - ELA.

1. Ley 89 – julio 1995 – ROMERAZO    CANTIDAD $ 4,800.00

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Arnaldo Nieves Burgos
Nombre en letra de molde

_____ 19-8-2020
Firma y fecha

RECLAMANTE Arnaldo Nieves Burgos

DIRECCIÓN HC 37 Box 7451
Guánica, Puerto Rico 00653

Numero Reclamación _____

Fecha de presentación (envío) 19 de agosto de 2020

Deudor <u>Commonwealth of Puerto Rico</u>

    Por este medio incluyo con mi reclamación presentada el 19 de agosto de 2020 lo siguiente:

1. Evidencia de trabajo de Puerto Rico Telephone Company en Ponce, Puerto Rico – ELA, como Empalmador III desde el 12 de diciembre de 1985 hasta el 1 de Julio de 2016. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 4,800.00.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Arnaldo Nieves Burgos
Nombre en letra de molde

_[firma]_ 19-8-2020
Firma y fecha