Arnaldo Nieves Burgos
HC 37 Box 7451
Guánica, Puerto Rico
00653

RECEIVED & FILED
2020 AUG 25 PM 2:41
CLERK'S OFFICE
U.S DISTRICT COURT



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767