Mayra Rivera Borrero
AC 37 Box 7451
Guánica, Puerto Rico
00653

RECEIVED & FILED
2020 AUG 25 PM 2:41
CLERK'S OFFICE




U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
AUG 20, 20
AMOUNT
$1.20
R2303S101370-03

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767