16 de agosto de 2020

Secretaria Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan. Puerto Rico 00918-1767

Honorable Secretaria::

Le detallo mi información básica: Sra. Elena Toro Pérez, con seguro social -6839, Dirección residencial Carretera 344 Km. 1.2, Dirección postal HC-2 Box 8986 Hormigueros, PR 00660, Teléfono 787-212-2971, correo electrónico elenajulio1957@yahoo.com

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

EN EL ASUNTO DE JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO como representante de ESTADO LIBRE ASOCIADO DE PUERTO RICO Y otros.

PROMESA TITULO III NUM. DE PROCEDIMIENTO: 17 BK 3283-LTS

NO. DE RECLAMACION 81587, NOTIFICACION DE LA CENTESIMA DECIMA SEPTIMA OBJECION GLOBAL DEL ESTADO LIBRE Y ASOCIADO DE PUERTO RICO DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE Y ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES.

Con mucho respeto le expongo mi oposición a la Objeción Global. Me he mantenido en espera durante todos estos años con la esperanza de recuperación de lo que con sacrificio aporte. Estoy en la mejor disposición de presentar la información y documentación que se requiera. Se incluye copias de documentos laborales del Depto. de Recursos Humanos que respaldan y evidencian mis años de servicio en el Depto. de Educación. Trabaje por más de 21 años en dos instituciones del Gobierno. Desde el 15 de agosto de 1978 hasta el 28 de agosto de 2006. De los cuales 11 años trabaje en el Distrito Escolar, Oficina Superintendente Escuelas de Hormigueros, Puerto Rico y 10 años con el Distrito Escolar, Oficina Superintendente de Escuelas de Mayagüez, Puerto Rico.

Las copias de documentos serían los siguientes:

Certificación de empleo por la Secretaria Auxiliar de Recursos Humanos, 16 de diciembre de 2019.

Carta sobre revisión en clase del puesto y retribución correspondiente, 23 de junio de 1998, de la Secretaria Auxiliar de Recursos Humanos, Departamento de Educación, Gobierno de Puerto Rico.

Informe de Cambio especial de sueldos, del 29 de febrero de 2000, de la Secretaria Auxiliar de Recursos Humanos, Departamento de Educación, Estado Libre Asociado de Puerto Rico.

Informe de Nombramientos y Cambios, 3 de noviembre de 2006, Secretaria Auxiliar de Recursos Humanos, Departamento de Educación, Estado Libre Asociado de Puerto Rico,

Copia Formulario Oficial 410 Modificado, Evidencia de reclamación, sellada como recibida el 13 de junio de 2013.

Sin nada mas sobre el particular,

*[firma]*

Sra. Elena Toro Pérez