

## GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

# CERTIFICACIÓN

Certifico que, **Elena Toro Pérez**, seguro social **XXX-XX-6839**, ocupó un puesto **Regular** de **Secretaria Administrativa II** en la Oficina del Superintendente de Mayagüez. Comenzó a prestar servicios el **15 de agosto de 1978** hasta el **28 de agosto de 2006** y devengó un salario de **$1,017.00** mensuales.

Certificación dada en San Juan, Puerto Rico, hoy, 16 de diciembre de 2019 según solicitada por la empleada.

*Marieliz D. Arroyo Figueroa*
Supervisora



P.O. Box 190759, San Juan, PR 00919-0759 Tel.: (787)773-3025 ó 3051

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

## DEPARTAMENTO DE EDUCACIÓN
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos
Division de Personal No Docente

## INFORME DE NOMBRAMIENTOS Y CAMBIOS

Expediente: 24434　　　　　　　　　　　　　　　　　　　　　　　Número del Cambio: 3889

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | ELENA TORO PEREZ | |
| 2. Seguro Social | -6839 | |
| 3. Número de Puesto | C10165 | |
| 4. Cifra de Cuenta | E1110-11100-0810000-1008-00100-2007- | |
| 5. Status | REGULAR | |
| 6. Escala de Retribución | 05 | |
| 7. Clasificación y Número de Clase | SECRETARIA(O) ADMINISTRATIVA(O) II 11502 (7.30) | |
| 8. Sueldo | SIN SUELDO | |
| 9. Diferencial | | |
| 10. División o Escuela | OFICINA DEL SUPERINTENDENTE 93302 | |
| 11. Programa | ESCUELAS DE LA COMUNIDAD 2007 | |
| 12. Ubicación | HORMIGUEROS 033 | |
| 13. Acción y Duración | SEPARACION PUESTO | |
| 14. Aportación a Retiro | N/C | |
| 15. Último Día de Pago | 24/DICIEMBRE/1999 09:57 AM | |
| 16. Fecha de Efectividad | 28/AGOSTO/2006 | |
| 17. Comentarios y Explicaciones | | |
| LICENCIA SIN SUELDO 24/DIC./1999 A LAS 9:58 A.M. HASTA 6/ENERO/2003. A.S.A. DESDE 7/ENERO/2003 HASTA 28/AGOSTO/2006 PAGO GLOBAL: AGOTO BALANCES. | | |

Rafael Sifonte
18. Firma del Jefe de Agencia o Representante Autorizado

NOV 03 2006

Fecha de Preparado:　03/NOVIEMBRE/2006
Preparado Por:　DVA



# DEPARTAMENTO DE EDUCACIÓN
## GOBIERNO DE PUERTO RICO

OFICINA DEL SECRETARIO

30 DE SEPTIEMBRE DE 1997

ELENA TORO PEREZ

ESTIMADO (A) SEÑOR (A):

MEDIANTE AUTORIZACION DEL GOBERNADOR DE PUERTO RICO, HON. PEDRO ROSSELLO, EFECTIVO EL 1RO DE JULIO DE 1997 EL DEPARTAMENTO DE EDUCACION IMPLANTO LOS PLANES DE CLASIFICACION Y RETRIBUCION PARA LOS EMPLEADOS NO DOCENTES DE LA AGENCIA. ESTOS PLANES SON DE VITAL IMPORTANCIA A LOS FINES DE PROMOVER UNA SANA ADMINISTRACION PUBLICA RELACIONADA CON EL PRINCIPIO DE MERITO DENTRO DEL AREA DE RECURSOS HUMANOS.

EL PLAN DE RETRIBUCION SE IMPLANTARA POR ETAPAS. CONFORME A NUESTRO RECORD Y SUJETO A LA REVISION DE SU EXPEDIENTE, USTED RECIBIRA UNA RETRIBUCION DE $ 923.00 MENSUAL AL FINALIZAR LA IMPLANTACION DEL PLAN. ADEMAS, SE OTORGARA AL EMPLEADO QUE APLIQUE Y EN LAS RESTANTES ETAPAS, LOS AUMENTOS QUE CORRESPONDAN POR AÑOS DE SERVICIOS. ESTE BENEFICIO RECONOCERA UN (1) PASO A TODO EMPLEADO QUE AL 1 DE JULIO DE 1997 TENGA DE 5 A 15 AÑOS DE SERVICIOS ININTERRUMPIDOS EN EL DEPARTAMENTO DE EDUCACION Y DOS (2) PASOS A LOS QUE TENGAN MAS DE QUINCE (15) AÑOS DE SERVICIOS ININTERRUMPIDOS EN EL DEPARTAMENTO DE EDUCACION. EL TITULO DE LA CLASE DEL PUESTO QUE USTED OCUPA SERA **OFICINISTA MECANOGRAFO II**.

LUEGO DE LA EVALUACION, SURGE QUE EN LA IMPLANTACION DE LA PRIMERA FASE USTED RECIBIRA UNA RETRIBUCION DE $ 922.00 RETROACTIVO AL 1RO DE JULIO DE 1997. EL RESTANTE DE LA RETRIBUCION, SI APLICA, LA RECIBIRA EN LAS SUBSIGUIENTES ETAPAS.

DE NO ESTAR DE ACUERDO CON LO ANTERIOR, LE NOTIFICAMOS QUE TIENE DERECHO A SOLICITAR POR ESCRITO RECONSIDERACION DENTRO DE LOS PROXIMOS DIEZ (10) DIAS LABORABLES CONTADOS A PARTIR DEL RECIBO DE LA PRESENTE COMUNICACION. DICHA RECONSIDERACION DEBERA INCLUIR LOS HECHOS Y DOCUMENTOS EN QUE SE FUNDAMENTA. LA SOLICITUD DEBE ENVIARSE A: SRA. IRMA A. GIMENEZ LOPEZ, SECRETARIA AUXILIAR DE RECURSOS HUMANOS, DEPARTAMENTO DE EDUCACION, PO BOX 190759, SAN JUAN, PUERTO RICO 00919-0759.

CORDIALMENTE,

VICTOR FAJARDO
SECRETARIO

"FORMANDO LA GENERACIÓN DEL FUTURO: NUESTROS NIÑOS PRIMERO"

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 • TEL.: (787) 759-2000, EXTS.: 2404, 4404 • FAX: (787) 250-0275

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# DEPARTAMENTO DE EDUCACIÓN
## GOBIERNO DE PUERTO RICO
### SECRETARÍA AUXILIAR RECURSOS HUMANOS

23 de junio de 1998

Sra. Elena Toro Pérez
6839
Distrito Escolar de Hormigueros

Estimada señora Toro Pérez:

La Secretaría Auxiliar de Recursos Humanos recibió comunicación solicitando la revisión de la clase del puesto que ocupa, conforme a la aplicación del Plan de Clasificación y Retribución que entró en vigor el 1ro. de julio de 1997.

El Comité de Revisión designado por el Secretario de Educación revisó su caso a tenor con su reclamación. En su comunicación usted objeta lo siguiente:

La clasificación otorgada a tenor con el Plan de Clasificación y Retribución vigente.

Luego del análisis y estudio correspondiente se resuelve lo siguiente:

Procede. Se clasifica como Secretaria Administrativa II de acuerdo con el Plan de Clasificación y Retribución.

Se le advierte que la Ley Núm. 115 del 30 de junio de 1965, según enmendada, le concede el derecho de apelar esta acción ante la Junta de Apelaciones del Sistema de Educación dentro de un término de treinta (30) días, contados a partir de la fecha de la notificación de la misma.

Usted podrá comparecer ante la Junta de Apelaciones del Sistema de Educación por derecho propio o asistido por su abogado.

"FORMANDO LA GENERACIÓN DEL FUTURO"

NUESTROS NIÑOS
Primero

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 • TEL.: (787) 759-2000, EXTS.: 2164, 2165, 4165 • FAX: (787) 765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
SECRETARIA AUXILIAR DE RECURSOS HUMANOS
DIVISION DE PERSONAL NO DOCENTE

INFORME DE CAMBIO ESPECIAL NUMERO 15769

SE NOTIFICA EL SIGUIENTE CAMBIO EN EL SUELDO CONFORME A LA LEY NUM. 169 DE 29 DE JULIO DE 1999, PARA LA CONCESION DE AUMENTO DE SUELDO GENERAL DE $100.00 MENSUALES PARA LOS EMPLEADOS A PARTIR DEL 1 DE ENERO DE 2000.

TORO PEREZ, ELENA
NOMBRE DEL EMPLEADO

-6839
SEGURO SOCIAL

REGULAR
STATUS

C10165
NUMERO DE PUESTO

SEC ADMINISTRATIVA II
CLASE

E1110-11100-0810000-1006-00100-2000-
CIFRA DE CUENTA

HORAS

93302-OFICINA DEL SUPERINTENDENTE
UNIDAD DE TRABAJO

HORMIGUEROS
DISTRITO

| | ANTES DEL CAMBIO | $ | DESPUES DEL CAMBIO |
|---|---|---|---|
| SUELDO | $ 1,017.00 | $ | $ 1,117.00 |

OBSERVACIONES:

RAFAEL SIFONTE, DIRECTOR
DIVISION DE PERSONAL NO DOCENTE

29 de febrero de 2000
FECHA