Sra. Elena Toro Pérez
HC. 2 Box 8986
Hormigueros, P.R. 00660




7020 0090 0002 1231 8630

U.S. POSTAGE PAID
FCM LG ENV
HORMIGUEROS, PR
00660
AUG 19, 20
AMOUNT
$7.60
R2306Y152053-05

Secretaria
Tribunal de Distrito de E.U.
Room 150 Federal Building
San Juan P.R. 00918-1767

RECEIVED & FILED
2020 AUG 25 PM 2:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR