UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

               Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING JOINT URGENT MOTION OF AMBAC ASSURANCE
CORPORATION AND THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR A SECOND
ADJOURNMENT OF AMBAC'S MOTION TO STRIKE CERTAIN PROVISIONS OF THE AMENDED PSA

Upon consideration of the *Joint Urgent Motion of Ambac Assurance Corporation and the Financial Oversight and Management Board for a Second Adjournment of Ambac's Motion to Strike Certain Provisions of the Amended PSA* (Docket Entry No. 14094 in Case No. 17-3283, the "Joint Motion"),[2] and the Court having reviewed the Joint Motion and the relief

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used not defined in this Order shall have the meanings given to them in the Joint Motion.

requested; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); the Court determining that venue of this proceeding and the Joint Motion in this District is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); notice of the Joint Motion being adequate and proper under the circumstances; and after due deliberation and sufficient cause appearing; therefore, it is HEREBY ORDERED THAT:

1. The Joint Motion is GRANTED as set forth herein.

2. Opposition papers to the Motion to Strike must be filed by **October 6, 2020, at 5:00 p.m. (Atlantic Standard Time)**. Reply papers must be filed by **October 20, 2020, at 5:00 p.m. (Atlantic Standard Time)**.

3. The relief granted herein is without prejudice to the Parties seeking a further extension of the periods to submit opposition and reply pleadings and an adjournment of the Court's consideration of the Motion to Strike and the relief requested therein.

4. This Order resolves Docket Entry No. 14094 in Case No. 17-3283.

SO ORDERED.

Dated: August 26, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge