# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Record to the Court of Appeals

**DATE: August 26, 2020**

Case Number: 17-3567 LTS
Related Case Number: 17-3283 LTS

**APPEAL FEE PAID ($505):  YES _____   NO _____   PENDING _X__**

**CASE CAPTION:** In re: **Puerto Rico Highways and Transportation Authority**

**IN FORMA PAUPERIS:      YES ____   NO _X_**

**MOTIONS PENDING:       YES ____   NO _X_**

**NOTICE OF APPEAL FILED BY:** Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, the Financial Guaranty Insurance Company, and National Public Finance Guarantee Corporation.

**APPEAL FROM:**     Memorandum Opinion and Order entered on 8/11/2020.

**SPECIAL COMMENTS:      Copies of original documents.**

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**Docket Entries: 871, 912, 914 (case 17-3567 LTS)**
          **13708, 14012, 14096 (case 17-3283 LTS)**

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____   s/c:  CM/ECF Parties, Appeals Clerk