PAG. 01

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE SAN JUAN

EFRON DORADO, S. E.
    DEMANDANTE
    VS.
AUT ENERGIA ELECTRICA DE PR
    DEMANDADO

CASO:K PE2010-2408
SALON:0904

PROCEDIMIENTOS ESPECIALES
INJUNCTION - CLASICO
CAUSAL/DELITO

LIC. CUEVAS SEGARRA JOSE A
PO BOX 191735

SAN JUAN,PR 00919-1735

NOTIFICACION DE SENTENCIA

    EL SECRETARIO QUE SUSCRIBE NOTIFICA A USTED QUE ESTE TRIBUNAL HA DICTADO SENTENCIA EN EL CASO DE EPIGRAFE CON FECHA 06 DE JULIO DE 2010 , QUE HA SIDO DEBIDAMENTE REGISTRADA Y ARCHIVADA EN LOS AUTOS DE ESTE CASO, DONDE PODRA USTED ENTERARSE DETALLADAMENTE DE LOS TERMINOS DE LA MISMA.

    Y, SIENDO O REPRESENTANDO USTED LA PARTE PERJUDICADA POR LA SENTENCIA, DE LA CUAL PUEDE ESTABLECERSE RECURSO DE APELACION, DIRIJO A USTED ESTA NOTIFICACION, HABIENDO ARCHIVADO EN LOS AUTOS DE ESTE CASO COPIA DE ELLA CON FECHA DE 13 DE JULIO DE 2010 .

ALIFF ORTIZ CLAUDIO
EDIF ALB PLAZA     16 CARR 199 SUITE 400
GUAYNABO,PR 00969

SAN JUAN, PUERTO RICO, A 13 DE JULIO DE 2010

                                      LCDA. REBECCA RIVERA TORRES
                                                      SECRETARIO
                            POR: CLARIBEL RIVERA ZABALA
                                                  SECRETARIO AUXILIAR

O.A.T.704-NOTIFICACION DE SENTENCIA
TELETRIBUNALES:(787)759-1888/ISLA, LIBRE DE COSTO(787)1-877-759-1888

EN EL TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| EFRON DORADO, S.E.<br>DEMANDANTE | CIVIL NUM.: KPE10-2408 |
| VS. | SALA : 904 |
| AUTORIDAD DE ENERGIA<br>ELECTRICA DE PUERTO RICO,<br>ET ALS<br>DEMANDADOS | SOBRE: INJUNCTION |

# SENTENCIA

A la vista de *Injunction* señalada para hoy, viernes 2 de julio de 2010, comparecieron los licenciados José Cuevas Segarra y Hatvey Infante Castellanos, en representación de la parte demandante; en representación de la parte demandada compareció el Lcdo. Claudio Aliff Ortiz.

Las partes informan haber logrado los siguientes acuerdos, poniendo fin al pleito:

1. Se reactivará el proceso de Ley 33, correspondiente a la cuenta número 025-0430581-001 prosiguiendo al tercer nivel. Se designará dentro de los próximos sesenta días a partir del día de hoy el árbitro que atenderá la reclamación.
2. El demandante pagará la cantidad de $2,743.87, según requerido por el Reglamento, previo a que se comience el proceso al que se hace referencia en el inciso 1, preferiblemente dentro de los próximos diez días calendarios.
3. El demandante desiste con perjuicio de la totalidad de la reclamación identificada con el número civil KPE2010-2408.
4. El demandante se compromete a brindar acceso a la Autoridad de Energía Eléctrica para la lectura de los contadores que ubican en Paseo del Plata Shopping Village.
5. La Autoridad de Energía Eléctrica restablecerá el servicio de energía interrumpido, sin perjuicio de que una vez resuelto el proceso de

2

objeción, se recurra a este mecanismo para hacer cumplir la resolución que en su día emita el árbitro, de ser ésta favorable a la Autoridad de Energía Eléctrica.[1]

Atendido lo anterior, el Tribunal acepta los acuerdos informados por las partes y dicta Sentencia de desestimación por transacción, con perjuicio. No se imponen costas, ni honorarios de abogado.

REGISTRESE Y NOTIFIQUESE.

En San Juan, Puerto Rico, a 6 de julio de 2010.

OLGA GARCIA VINCENTY
JUEZ SUPERIOR

CERTIFICO.
Lic. R******* ******* *****
Secretaría Regional

Por: CLARIBEL M. RIVERA ZABALA
Secretaría Auxiliar

---

[1] Al momento en que fueron presentados los acuerdos al Tribunal, el servicio de energía ya había sido restablecido.

[CERTIFIED TRANSLATION]

PAGE 01

COMMONWEALTH OF PUERTO RICO
COURT OF FIRST INSTANCE
SAN JUAN PART

EFRON DORADO, S. E.
        PLAINTIFF
        VS
PR ELECTRIC POWER AUTHORITY
        DEFENDANT

CASE: K PE2010-2408
COURTROOM: 0904

SPECIAL PROCEEDINGS
INJUNCTION - CLASSIC
GROUNDS/OFFENSE

ATTY. CUEVAS SEGARRA JOSE A.
PO BOX 191735

SAN JUAN PR    00919-1735

NOTIFICATION OF JUDGMENT

     THE UNDERSIGNED CLERK HEREBY NOTIFIES YOU THAT THIS COURT ENTERED JUDGMENT IN THE ABOVE-CAPTIONED CASE ON JULY 6, 2010; THAT THE JUDGMENT WAS DULY REGISTERED AND FILED IN THE RECORDS OF THIS CASE, WHERE YOU MAY INQUIRE DETAILS OF THE TERMS THEREOF.

     AND YOU, BEING, OR REPRESENTING, THE PARTY AGGRIEVED BY THIS JUDGMENT, WHICH CAN BE APPEALED, I ADDRESS THIS NOTIFICATION TO YOU, HAVING FILED A COPY HEREOF IN THE RECORDS OF THIS CASE ON JULY 13, 2010.

ALIFF ORTIZ CLAUDIO
ALB PLAZA BLDG.           RD 16 199 SUITE 400
GUAYNABO, PR  00969

SAN JUAN, PUERTO RICO, ON JULY 13, 2010

                     ATTY. REBECCA RIVERA TORRES
                - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                              CLERK

            BY:  CLARIBEL RIVERA ZABALA  (illegible scribble)
                - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                          DEPUTY CLERK

OAT 704 – NOTIFICATION OF JUDGMENT
TELETRIBUNALES: (787) 759-1888/OUTSIDE METRO AREA, TOLL FREE (787) 1-877-759-1888

[CERTIFIED TRANSLATION]

IN THE GENERAL COURT OF JUSTICE
COURT OF FIRST INSTANCE
SUPERIOR COURT, SAN JUAN PART

| EFRON DORADO, S.E. PLAINTIFF VS. PUERTO RICO ELECTRIC POWER AUTHORITY, ET AL. DEFENDANTS | CIVIL NO.: KPE10-2408 COURTROOM: 904 RE: INJUNCTION |
|---|---|

# JUDGMENT

The Injunction hearing scheduled for today, Friday, July 2, 2010, was attended by Attorneys José Cuevas Segarra and Hatvey Infante Castellanos, on behalf of the plaintiff, and Mr. Claudio Aliff Ortiz, on behalf of the defendants.

The parties inform that they were able to reach the following agreements to put an end to this claim:

1. The Act 33 process will be reactivated in relation to account number 025-0430581-001 to continue on to the third level. The arbitrator who will address the claim shall be designated within the next sixty days.

2. The plaintiff shall pay the sum of $2,743.87, as required by the Regulations, before the process referred to in paragraph 1 commences, preferably within the next ten calendar days.

3. The plaintiff voluntarily dismisses with prejudice the totality of the claim identified as civil claim number KPE2010-2408.

4. The plaintiff agrees to give access to the Electric Power Authority to read the meters located at the Paseo del Plata Shopping Village.

5. The Electric Power Authority shall reestablish the electrical power that was cut off, without prejudice so that once the objection process is resolved, this mechanism can

be used to enforce the resolution issued in due course by the arbitrator, in the event that same is in favor of the Electric Power Authority.[1]

Having addressed the foregoing, the Court accepts the agreements informed by the parties and enters Judgment dismissing the matter due to settlement, with prejudice. Neither costs nor attorneys' fees are imposed hereunder.

REGISTER AND NOTIFY.

In San Juan, Puerto Rico, on July 6, 2010.

[illegible signature]<br>
OLGA GARCIA VINCENTY<br>
SUPERIOR COURT JUDGE

CERTIFIED BY:

Atty. [illegible]
Regional Clerk
By: CLARIBEL M. RIVERA ZABALA
Deputy Clerk   (illegible scribble)

---

CERTIFICATION OF TRANSLATION

I, Carol G. Terry, a US-Court-Certified-Interpreter, Certificate No. 03-001, and translator with an MA in Translation from the University of Puerto Rico, do hereby certify that, to the best of my knowledge and abilities, the foregoing THREE (3) PAGES are a true and correct translation of the original document in Spanish.

[signature] Carol Terry

Carol G. Terry

---

[1] When the agreements were presented to the Court, electrical power had already been restored.