**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
-------------------------------------------------------------------  X
                                                                    :
In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   :   Title III
                                                                    :
           as representative of                                     :   Case No. 17-BK-3283 (LTS)
                                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,                             :   (Jointly Administered)
                                                                    :
           Debtors.¹                                                :
-------------------------------------------------------------------  X
                                                                    :
In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   :   Title III
                                                                    :
           as representative of                                     :   Case No. 17-BK-4780 (LTS)
                                                                    :
PUERTO RICO ELECTRIC POWER AUTHORITY,                               :   This filing relates only to
                                                                    :   Case No. 17-BK-4780 (LTS)
                                                                    :
           Debtor.                                                  :
-------------------------------------------------------------------  X
```

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**UNOPPOSED URGENT MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO SET BRIEFING SCHEDULE AND HEARING ON OFFICIAL COMMITTEE OF UNSECURED CREDITORS' URGENT MOTION TO COMPEL DISCOVERY IN CONNECTION WITH MOTION TO TERMINATE BANKRUPTCY RULE 9019 MOTION**

To the Honorable United States Magistrate Judge Judith Gail Dein:

The Official Committee of Unsecured Creditors (the "Committee")[2] hereby files this unopposed urgent motion (the "Urgent Motion") requesting entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), setting a briefing schedule and hearing on the *Official Committee of Unsecured Creditors' Urgent Motion to Compel Discovery in Connection with Motion to Terminate Bankruptcy Rule 9019 Motion* (the "Motion to Compel").[3] In support of this Urgent Motion, the Committee respectfully represents as follows:

**JURISDICTION AND VENUE**

1. The United States District Court for the District of Puerto Rico has subject matter jurisdiction over this matter pursuant to section 306(a) of PROMESA.[4]

2. Venue is proper pursuant to section 307(a) of PROMESA.

3. The statutory bases for the relief requested herein are section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006, made applicable to these Title III cases by sections 301(a) and 310 of PROMESA, Rule 9013-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"), and the *Thirteenth Amended Notice, Case Management and Administrative Procedures* [Docket No. 13512-1] (the "Case Management Procedures").

---

[2] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

[3] All capitalized terms used but not defined herein have the meanings ascribed to such terms in the Motion to Compel.

[4] References to PROMESA are references to 48 U.S.C. §§ 2101 *et. seq.*

2

## RELIEF REQUESTED

4.      By this Urgent Motion, the Committee respectfully requests entry of the Proposed

Order: (a) setting the deadline to respond to the Motion to Compel for **September 1, 2020**; and

(b) setting the Committee's deadline to reply to any response for **September 3, 2020**.  As

detailed below, the Committee believes that the proposed expedited schedule is appropriate

under the circumstances.

## BASIS FOR RELIEF REQUESTED

5.      Bankruptcy Rule 9006(c)(1) provides that "the court for cause shown may in its

discretion with or without motion or notice order the period [for notice] reduced."  Further, Local

Rule 9013-1(a) allows a party to request that a court "consider a motion on an expedited basis."

Cause exists to schedule the Motion to Compel on an expedited basis.

6.      Expedited consideration of the Motion to Compel is appropriate under the

circumstances.  The Committee filed the *Motion of Official Committee of Unsecured Creditors to*

*Terminate Bankruptcy Rule 9019 Motion* [Case No. 17-BK-4780-LTS, Dkt. No. 2144] (the

"Motion to Dismiss") on August 18, 2020.  The following day, on August 19, 2020, the

Committee served certain discovery requests, seeking a narrow category of documents and

deposition testimony (the "Discovery Requests").  Over the last nine days, the Committee and

the Government Parties have engaged in email correspondence regarding the Discovery Requests

and held a telephonic meet and confer on August 24, 2020.  On August 27, 2020, the

Government Parties confirmed that they would not be responding to any of the Discovery

Requests.  The Committee filed this Urgent Motion shortly thereafter.

7.      The proposed briefing schedule on for the Motion to Compel is reasonable under

the circumstances, given the narrowness of the Discovery Requests and the limited time

3

available to conduct discovery.  The hearing on the Motion to Dismiss has been set for the

omnibus hearing on September 16, 2020 on regular notice in accordance with the Court's case

management procedures.  The Committee needs to obtain responses to its discovery sufficiently

in advance of the scheduled hearing to adequately prepare for argument on the Motion to

Dismiss.  Accordingly, the Committee proposes that responses to the Motion to Compel be filed

by Tuesday, September 1, 2020 and that the Committee's reply in support of the Motion to

Compel be filed by Thursday, September 3, 2020.

8.        Pursuant to Section I.H. of the Case Management Procedures, undersigned

counsel certifies that it has engaged in reasonable, good-faith communications with counsel to

the Government Parties regarding the relief requested herein.  The Government Parties have said

that they consent to the Committee's proposed briefing schedule.  Moreover, in accordance with

Local Bankruptcy Rule 9013-1(a)(2), undersigned counsel certifies that counsel has carefully

examined the matter and concluded that there is a true need for an urgent hearing, and that the

movant has not created the urgency through lack of due diligence on its part.  The undersigned

further certifies that movant made a bona fide and good faith effort to resolve the matter without

a hearing.

## NOTICE

9.        Notice of this Urgent Motion has been provided to the following entities, or their

counsel, if known: (i) the U.S. Trustee; (ii) the Office of the United State Attorney for the

District of Puerto Rico; (iii) the Oversight Board; (iv) the Puerto Rico Fiscal Agency and

Financial Advisory Authority; (v) the Official Committee of Retirees; (vi) the insurers of the

bonds issued or guaranteed by the Debtors; (vii) counsel to certain ad hoc groups of holders of

4

bonds issued or guaranteed by the Debtors; and (viii) all parties that have filed a notice of

appearance in these Title III cases.

## <u>NO PRIOR REQUEST</u>

10.     No previous request for the relief requested herein has been made to this or any

other court.


[*Remainder of page intentionally left blank.*]

5

WHEREFORE, the Committee respectfully requests that the Court enter the proposed

order attached hereto as **Exhibit A** expediting consideration of the Motion to Compel and

granting such other relief as the Court deems just and proper.

Dated: August 28, 2020

By: _/s/ Luc A. Despins_

PAUL HASTINGS LLP
Luc A. Despins, Esq. *(Pro Hac Vice)*
Nicholas A. Bassett, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

By: _/s/ Juan J. Casillas Ayala_

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*