# EXHIBIT A

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ------------------------------------------------------------------ X : | |
| In re: : | |
| : | |
| THE FINANCIAL OVERSIGHT AND : | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, : | Title III |
| : | |
| as representative of : | Case No. 17-BK-3283 (LTS) |
| : | |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* : | (Jointly Administered) |
| : | |
| Debtors.[1] : | |
| ------------------------------------------------------------------ X | |
| : | |
| In re: : | |
| : | |
| THE FINANCIAL OVERSIGHT AND : | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, : | Title III |
| : | |
| as representative of : | Case No. 17-BK-4780 (LTS) |
| : | |
| PUERTO RICO ELECTRIC POWER AUTHORITY, : | **This filing relates only to** |
| : | **Case No. 17-BK-4780 (LTS)** |
| : | |
| Debtor. : | |
| ------------------------------------------------------------------ X | |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING ON OFFICIAL COMMITTEE OF UNSECURED CREDITORS' URGENT MOTION TO COMPEL DISCOVERY IN CONNECTION WITH MOTION TO TERMINATE BANKRUPTCY RULE 9019 MOTION**

Upon the *Unopposed Urgent Motion of Official Committee of Unsecured Creditors to Set Briefing Schedule and Hearing on Official Committee of Unsecured Creditors' Urgent Motion to Compel Discovery in Connection with Motion to Terminate Bankruptcy Rule 9019 Motion* (the "Urgent Motion");[2] and the Court having found and determined that: (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) cause exists to shorten the notice period as requested in the Urgent Motion; (iv) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided; (v) any objections to the relief requested in the Urgent Motion having been withdrawn or overruled; and (vi) after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. Objections or responses, if any, to the Motion to Compel must be filed and served (in accordance with the Case Management Procedures) by **September 1, 2020**.

3. Replies, if any, to any objections or responses must be filed and served (in accordance with the Case Management Procedures) by **September 3, 2020**.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Urgent Motion.

2

5. The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. The Court retains jurisdiction over any disputes relating to the interpretation or implementation of this Order.

Dated: August __, 2020

_____
Hon. Judith G. Dein
UNITED STATES MAGISTRATE JUDGE

3