Prime Clerk LLC
Commonwealth of Puerto Rico Supplemental Information Processing Center
850 3rd Avenue, Suite 412
Brooklyn, NY 11232
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

*** **Response Required** ***

January 23, 2019

Re:   PROMESA Proof of Claim
      In re Commonwealth of Puerto Rico, Case No. 17-03283
      United States District Court for the District of Puerto Rico

Dear Sir or Madam:

THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER PROMESA.

PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE WITH THE INSTRUCTIONS BELOW.

FAILURE TO RESPOND TO THIS NOTICE MAY RESULT IN LEGAL ACTION TO FULLY OR PARTIALLY DISALLOW YOUR CLAIM.

Prime Clerk maintains the Court's official claims register in the PROMESA cases and is reaching out to you at this time to obtain important additional information about your claim, docketed at Claim Number 6790 (viewable on Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo). Specifically, Prime Clerk is reaching out to you because, although you indicated on your claim that your claim was filed in connection with your ownership of and/or interest in bonds issued by the Government of Puerto Rico or one of its affiliated debtors (the "Debtors"), you did not provide the Debtors with enough information or documentation to assess the basis or validity of your claim. For this reason, the Debtors are requesting that you **respond to this letter on or before February 22, 2019,** by completing the attached form (in English or Spanish) and providing the following information and documents:

- The bonds' CUSIP Number(s);
- The amount claimed per CUSIP;
- The total dollar amount of your claim; and
- To the extent you have any documentation in support of your claim, such as brokerage account statements, please include those documents in your response.

If your claim does not relate to your ownership of or interest in bonds, please provide information and documentation detailing the basis for and amount of your claim.

You may respond to this letter with the requested information and documentation via email to PRClaimsInfo@primeclerk.com **OR** by mail, hand delivery or overnight mail to the following address:

>Commonwealth of Puerto Rico Supplemental Information Processing Center
>850 3rd Avenue, Suite 412
>Brooklyn, NY 11232

All supplemental information which you provide will be appended to your claim and appear on the official claims register. Failure to respond to this notice may result in legal action to fully or partially disallow your claim.

If you have any questions about this letter or your claim, please call: 844-822-9231 or email PRClaimsInfo@primeclerk.com.

PLEASE NOTE: Prime Clerk LLC is the claims and noticing agent in the government of Puerto Rico's cases, brought pursuant to Title III of the Puerto Rico Oversight, Management, and Economic Stability Act. As such, we cannot provide legal or financial advice.

Thank you.

Prime Clerk



Prime Clerk LLC
(844) 822-9231·PRClaimsInfo@primeclerk.com

**\*\*\* Response Required \*\*\***

PROMESA PROOF OF CLAIM NUMBER: **6790**
Claimant Name: **American Modern Home Insurance Company**

**Please complete and return this form on or before February 22, 2019,** via email to PRClaimsInfo@primeclerk.com **OR** by mail, hand delivery, or overnight mail to the following address:

    Commonwealth of Puerto Rico Supplemental Information Processing Center
    850 3rd Avenue, Suite 412
    Brooklyn, NY 11232

All supplemental information which you provide will be appended to your claim and appear on the official claims register.

BASIS OF CLAIM:

    ☐ Ownership of Bonds
    ☐ Other (describe):

FOR OWNERSHIP OF BONDS:

Bonds' CUSIP Numbers and amount claimer per CUSIP (if more space is needed, please attach an additional sheet):

|   | **CUSIP** | **Amount Claimed** |
|---|-----------|--------------------|
| 1 |           |                    |
| 2 |           |                    |
| 3 |           |                    |
| 4 |           |                    |

The total amount of your claim:

To the extent you have any documentation in support of your claim, such as brokerage account statements, please include those documents in your response.

FOR OTHER TYPE OF CLAIM:

The amount of your claim:

Please describe the basis for your claim:

To the extent you have any documentation in support of your claim, please include those documents in your response.

Prime Clerk LLC
Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
850 3rd Avenue, Suite 412
Brooklyn, NY 11232
Tel.: (844) 822-9231
PRClaimsInfo@primeclerk.com

*** **Se requiere respuesta** ***

23 de enero de 2019

Asunto: Evidencia de reclamación en virtud de la ley PROMESA
En el caso No. 17-03283 del Estado Libre Asociado de Puerto Rico,
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Estimado/a:

ESTA CARTA SE RELACIONA CON UNA EVIDENCIA DE RECLAMACIÓN QUE PRESENTÓ CONTRA EL GOBIERNO DE PUERTO RICO EN LOS PROCESOS QUE TRAMITAN EN VIRTUD DE LA LEY PROMESA.

LEA ATENTAMENTE ESTA CARTA Y RESPONDA DE ACUERDO CON LAS INSTRUCCIONES QUE SE INCLUYEN A CONTINUACIÓN.

SI NO RESPONDE A ESTA NOTIFICACIÓN, ES POSIBLE QUE SE INICIEN ACCIONES PARA QUE SE DESESTIME PARCIAL O TOTALMENTE SU RECLAMACIÓN.

Prime Clerk mantiene el registro oficial de reclamaciones del tribunal en los casos al amparo de la ley PROMESA y se comunica con usted en esta oportunidad para obtener información adicional importante sobre su reclamación, registrada bajo el Número de reclamación 6790 (la cual puede verse en el sitio web de Prime Clerk en: https://cases.primeclerk.com/puertorico/Home-ClaimInfo). Específicamente, Prime Clerk se comunica con usted porque, si bien usted indicó en su reclamación que esta se presentaba en relación con su propiedad y/o derecho en bonos emitidos por el Gobierno de Puerto Rico o uno de sus deudores afiliados (los "Deudores"), usted omitió proporcionar a los Deudores información o documentación suficiente para evaluar los fundamentos o la validez de su reclamación. Por este motivo, los Deudores solicitan que usted **responda a esta carta hasta el 22 de febrero de 2019 inclusive,** completando el formulario adjunto (en inglés o español) y proporcionando la siguiente información y documentación:

- Número(s) CUSIP de los bonos;
- El monto reclamado por CUSIP;
- El monto total en dólares de su reclamación; y
- En la medida que posea documentación para respaldar su reclamación, como estados de cuenta de corretaje, incluya dichos documentos en su respuesta.

Si su reclamación no se relaciona con su propiedad o derecho en bonos, proporcione información y documentación en la que conste en detalle el fundamento y el monto de su reclamación.

Responda esta carta de inmediatocon la información y la documentación solicitadas por correo electrónico a PRClaimsInfo@primeclerk.com **O BIEN** por correo postal, entrega en mano o correo con entrega en 24 horas a la siguiente dirección:

Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Toda la información complementaria que proporcione se adjuntará a su reclamación y aparecerá en el registro oficial de reclamaciones. Si no responde a esta notificación, es posible que se inicien acciones legales para que se desestime total o parcialmente su reclamación.

Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al 844-822-9231 o envíe un mensaje de correo electrónico a PRClaimsInfo@primeclerk.com.

NOTA: Prime Clerk LLC es el agente de reclamaciones y avisos en los casos del gobierno de Puerto Rico, iniciados de conformidad con el Título III de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico. Por lo tanto, no podemos brindar asesoramiento legal ni financiero.

Muchas gracias.

Prime Clerk



Prime Clerk LLC
(844) 822-9231·PRClaimsInfo@primeclerk.com

**\*\*\* Se requiere respuesta \*\*\***

NÚMERO DE EVIDENCIA DE RECLAMACIÓN EN VIRTUD DE LA LEY PROMESA: **6790**
Nombre del demandante: **American Modern Home Insurance Company**

**Complete y envíe este formulario hasta el 22 de febrero de 2019 inclusive**, por correo electrónico a PRClaimsInfo@primeclerk.com **O** por correo postal, entrega en mano o correo con entrega en 24 horas a la siguiente dirección:

Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Toda la información complementaria que proporcione se adjuntará a su reclamación y aparecerá en el registro oficial de reclamaciones.

FUNDAMENTO DE LA RECLAMACIÓN:

- ☐ Titularidad de bonos
- ☐ Otro (describir):

PARA LA TITULARIDAD DE BONOS:

Números CUSIP de los bonos y monto reclamado por CUSIP (si se necesita más espacio, adjunte una hoja adicional):

| | CUSIP | Monto reclamado |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

El monto total de su reclamación:

En la medida que posea documentación para respaldar su reclamación, como estados de cuenta de corretaje, incluya dichos documentos en su respuesta.

PARA OTRO TIPO DE RECLAMACIÓN:

El monto de su reclamación:

Describa el fundamento de su reclamación:

En la medida que posea documentación de respaldo de su reclamación, incluya dichos documentos en su respuesta.

***CUST Puerto Rico 1845 SRF 30338 PackID: 43 MMLID: 1454314 Svc: Bond - 6790
American Modern Home Insurance Company
Steve Mackie
Chief Compliance & Ethics Officer
7000 Midland Blvd.
Amelia OH 45102

If you have questions about this notice, please call (844) 822-9231 (US toll free), (646) 486-7944 (international), email PuertoRicoInfo@primeclerk.com, or visit https://cases.primeclerk.com/puertorico

Si tiene preguntas acerca de este aviso, llame al (844) 822-9231 (local), (646) 486-7944 (internacional), envíe un correo electrónico a PuertoRicoInfo@PrimeClerk.com, o visite https://cases.primeclerk.com /puertorico

