# Javier Inclan

| | |
|---|---|
| **From:** | Gray Jayme - Cincinnati-AMIG <jgray@amig.com> |
| **Sent:** | Thursday, February 21, 2019 10:03 AM |
| **To:** | PRClaimsInfo@primeclerk.com |
| **Subject:** | PROMESA Proof of Claim - Claim number 6790 - Additional Information Response |
| **Attachments:** | PR 745291DF8 Holdings as of Feb 4th.pdf; PR 745291DF8 Purchase and Sales.pdf; PROMESA additional information RESPONSE 2.21.19.pdf |
| **Importance:** | High |

This message is in response to the additional information request, dated January 23, 2019. Please find the supplemental questionnaire and supporting documentation regarding the PROMESA Proof of Claim for American Modern Insurance Group, Claim number 6790. I have attached the following items for your review:

- The Holdings Statement as of February 4, 2019
- The purchase and sales invoice
- PROMESA additional information questionnaire response

If you have any questions or need additional information, please contact me at 1-800-759-9008 Extension 6715 or via email at Jgray@amig.com.

Kind Regards,
Jayme Gray

Jayme Gray
Compliance Project Manager

American Modern Insurance Group
Phone: 513-947-6715




AMIG.COM

C3 - confidential

1