Prime Clerk LLC
Commonwealth of Puerto Rico Supplemental Information Processing Center
850 3rd Avenue, Suite 412
Brooklyn, NY 11232
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

*** **Response Required** ***

January 23, 2019

Re:   PROMESA Proof of Claim
      In re Commonwealth of Puerto Rico, Case No. 17-03283
      United States District Court for the District of Puerto Rico

Dear Sir or Madam:

THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER PROMESA.

PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE WITH THE INSTRUCTIONS BELOW.

FAILURE TO RESPOND TO THIS NOTICE MAY RESULT IN LEGAL ACTION TO FULLY OR PARTIALLY DISALLOW YOUR CLAIM.

Prime Clerk maintains the Court's official claims register in the PROMESA cases and is reaching out to you at this time to obtain important additional information about your claim, docketed at Claim Number 6790 (viewable on Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo).  Specifically, Prime Clerk is reaching out to you because, although you indicated on your claim that your claim was filed in connection with your ownership of and/or interest in bonds issued by the Government of Puerto Rico or one of its affiliated debtors (the "Debtors"), you did not provide the Debtors with enough information or documentation to assess the basis or validity of your claim.  For this reason, the Debtors are requesting that you **respond to this letter on or before February 22, 2019,** by completing the attached form (in English or Spanish) and providing the following information and documents:

- The bonds' CUSIP Number(s);
- The amount claimed per CUSIP;
- The total dollar amount of your claim; and
- To the extent you have any documentation in support of your claim, such as brokerage account statements, please include those documents in your response.

If your claim does not relate to your ownership of or interest in bonds, please provide information and documentation detailing the basis for and amount of your claim.

You may respond to this letter with the requested information and documentation via email to PRClaimsInfo@primeclerk.com **OR** by mail, hand delivery or overnight mail to the following address:

>   Commonwealth of Puerto Rico Supplemental Information Processing Center
>   850 3rd Avenue, Suite 412
>   Brooklyn, NY 11232

All supplemental information which you provide will be appended to your claim and appear on the official claims register. Failure to respond to this notice may result in legal action to fully or partially disallow your claim.

If you have any questions about this letter or your claim, please call: 844-822-9231 or email PRClaimsInfo@primeclerk.com.

PLEASE NOTE: Prime Clerk LLC is the claims and noticing agent in the government of Puerto Rico's cases, brought pursuant to Title III of the Puerto Rico Oversight, Management, and Economic Stability Act. As such, we cannot provide legal or financial advice.

Thank you.

Prime Clerk



Prime Clerk LLC
(844) 822-9231 · PRClaimsInfo@primeclerk.com

*** Response Required ***

PROMESA PROOF OF CLAIM NUMBER: **6790**
Claimant Name: **American Modern Home Insurance Company**

**Please complete and return this form on or before February 22, 2019,** via email to PRClaimsInfo@primeclerk.com **OR** by mail, hand delivery, or overnight mail to the following address:

> Commonwealth of Puerto Rico Supplemental Information Processing Center
> 850 3rd Avenue, Suite 412
> Brooklyn, NY 11232

All supplemental information which you provide will be appended to your claim and appear on the official claims register.

BASIS OF CLAIM:

- [X] Ownership of Bonds
- [ ] Other (describe):

FOR OWNERSHIP OF BONDS:

Bonds' CUSIP Numbers and amount claimer per CUSIP (if more space is needed, please attach an additional sheet):

|   | CUSIP | Amount Claimed |
|---|---|---|
| 1 | 745291DF8 | $1,039,275.20 |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |

The total amount of your claim:

$1,039,275.20 This was based on the carrying value when the claim was originally submitted.

To the extent you have any documentation in support of your claim, such as brokerage account statements, please include those documents in your response.

FOR OTHER TYPE OF CLAIM:

The amount of your claim:

Please describe the basis for your claim:

Bond Holder

To the extent you have any documentation in support of your claim, please include those documents in your response.