Purchase Report by Report Date

AMERICAN MODERN HOME INSTI
MEAG NY

FUND: EQEA

June 30, 2014 to February 1, 2019

View Date: February 5, 2019



STATE STREET.

**Base Currency: USD - US DOLLAR**

| Asset ID | Security Name/Description | | Trd Date | Stl Date | Fail Days | Broker Name | | Stl Cur/Loc | Comm Per Shr |
|---|---|---|---|---|---|---|---|---|---|
| | Shares/Par/Contracts | Exchange Rate | Price | | Interest | | Commissions | Taxes/Fees/Other | Net Cost |
| | Units/Original Face | | | | | | | | |

### FIXED INCOME

**US DOLLAR**

| 745291DF8 | PUERTO RICO PUBLIC FIN CORP | | 5.125% 01 Jun 2024 | 09 Jul 2014 | 14 Jul 2014 | | BONY MELLON/BMO CAP MKTS GKST INC | USD/DTC | |
|---|---|---|---|---|---|---|---|---|---|
| | 920,000.000 | 1.000000 | Local | 119.500000 | | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |
| | 920,000.000 | | Base | 119.500000 | | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |

**US DOLLAR Total**

| | 920,000.000 | | Local | | | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |
|---|---|---|---|---|---|---|---|---|---|
| | 920,000.000 | | Base | | | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |

**FIXED INCOME Total**

| | 920,000.000 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 920,000.000 | | Base | | | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |

---

**PURCHASE Total**

| | 920,000.000 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 920,000.000 | | Base | | | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |

Sales Report by Report Date

AMERICAN MODERN HOME INS TI
MEAG NY
FUND: EQEA



🚢 **STATE STREET.**

June 30, 2014  to  February 1, 2019

View Date: February 5, 2019

**Base Currency: USD - US DOLLAR**

| Asset ID | Security Name/Description | | Trd Date | Stl Date | Fail Days | Broker Name | | Stl Cur/Loc | Comm Per Shr |
|---|---|---|---|---|---|---|---|---|---|
| | Shares/Par/Contracts | Exchange Rate | Price | | Interest | | Commissions | Taxes/Fees/Other | Net Proceeds |
| | Units/Original Face | | | | | | | | |

### FIXED INCOME

**US DOLLAR**

| 745291DF8 | PUERTO RICO PUBLIC FIN CORP | | 5.125%  01 Jun 2024 | 14 Jul 2014 | 14 Jul 2014 | | ASSET TRANSFER NON CASH | USD/DTC | |
| | 920,000.000 | 1.000000 | Local | 120.112153 | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | 920,000.000 | | Base | 120.112153 | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |

**US DOLLAR Total**

| | 920,000.000 | | Local | | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | 920,000.000 | | Base | | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |

**FIXED INCOME  Total**

| | 920,000.000 | | | | | | | | |
| | 920,000.000 | | Base | | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |

**SALES Total**

| | 920,000.000 | | | | | | | | |
| | 920,000.000 | | Base | | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |

| Purchase Report by Report Date | | | | | | AMERICAN MODERN-PUERTO RICO MEAG NY FUND: EQFO | |  STATE STREET. |
|---|---|---|---|---|---|---|---|---|
| June 30, 2014 to February 1, 2019 | | | | | | View Date: February 5, 2019 | | |

**Base Currency: USD - US DOLLAR**

| Asset ID | Security Name/Description | Exchange Rate | | Trd Date Price | Stl Date | Fail Days Interest | Broker Name Commissions | Stl Cur/Loc Taxes/Fees/Other | Comm Per Shr Net Cost |
|---|---|---|---|---|---|---|---|---|---|
| | Shares/Par/Contracts Units/Original Face | | | | | | | | |

### FIXED INCOME

#### US DOLLAR

| 745291DF8 | PUERTO RICO PUBLIC FIN CORP | | 5.125% 01 Jun 2024 | | 14 Jul 2014 | 14 Jul 2014 | ASSET TRANSFER NON CASH | USD/DTC | |
| | 920,000.000 | 1.000000 | Local | 120.112153 | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | 920,000.000 | | Base | 120.112153 | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |

**US DOLLAR Total**

| | 920,000.000 | | Local | | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | 920,000.000 | | Base | | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |

**FIXED INCOME Total**

| | 920,000.000 | | | | | | | | |
| | 920,000.000 | | Base | | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |

**PURCHASE Total**

| | 920,000.000 | | | | | | | | |
| | 920,000.000 | | Base | | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |

# Purchase Report by Report Date

## Currency Summary

*June 30, 2014 to February 1, 2019*

AMERICAN MODERN HOME INS H
MEAG NY
FUND: EQEA

View Date: February 5, 2019



STATE STREET

**Base Currency: USD - US DOLLAR**

| Shares/Par/Contracts Units/Original Face | # of Trades | | Interest | Commissions | Taxes/Fees/Other | Net Cost |
|---|---|---|---|---|---|---|
| **US DOLLAR** | | | | | | |
| **FIXED INCOME** | | | | | | |
| 920,000.000 | | Local | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |
| 920,000.000 | | Base | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |
| | TRADES: | 1 | | | | |
| | CANCELS: | 0 | | | | |
| **US DOLLAR Total** | | | | | | |
| Long 920,000.000 | | Local | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |
| 920,000.000 | | Base | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |
| | TRADES: | 1 | | | | |
| | CANCELS: | 0 | | | | |
| **PURCHASE Total** | | | | | | |
| Long 920,000.000 | | Base | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |
| 920,000.000 | TRADES: | 1 | | | | |
| | CANCELS: | 0 | | | | |

# Sales Report by Report Date
## Currency Summary
*June 30, 2014* to *February 1, 2019*

AMERICAN MODERN HOME INSTI
MEAG NY
FUND: EQEA

View Date: February 5, 2019



# STATE STREET.

**Base Currency: USD - US DOLLAR**

| Shares/Par/Contracts Units/Original Face | | # of Trades | | Interest | Commissions | Taxes/Fees/Other | Net Proceeds |
|---|---|---|---|---|---|---|---|
| **US DOLLAR** | | | | | | | |
| **FIXED INCOME** | | | | | | | |
| 920,000.000 | | | Local | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| 920,000.000 | | | Base | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | TRADES: | 1 | | | | | |
| | CANCELS: | 0 | | | | | |
| **US DOLLAR Total** | | | | | | | |
| Long | 920,000.000 | | Local | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | 920,000.000 | | Base | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | TRADES: | 1 | | | | | |
| | CANCELS: | 0 | | | | | |
| **SALES Total** | | | | | | | |
| Long | 920,000.000 | | Base | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | 920,000.000 | TRADES: | 1 | | | | |
| | CANCELS: | 0 | | | | | |

| Purchase Report by Report Date Currency Summary | | AMERICAN MODERN-PUERTO RICO MEAG NY |
|---|---|---|
| | | FUND: EQFO |
| June 30, 2014  to  February 1, 2019 | | View Date:  February 5, 2019 |



# STATE STREET.

**Base Currency: USD - US DOLLAR**

| Shares/Par/Contracts Units/Original Face | # of Trades | | Interest | Commissions | Taxes/Fees/Other | Net Cost |
|---|---|---|---|---|---|---|
| **US DOLLAR** | | | | | | |
| **FIXED INCOME** | | | | | | |
| 920,000.000 | | Local | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| 920,000.000 | | Base | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | TRADES: | 1 | | | | |
| | CANCELS: | 0 | | | | |
| **US DOLLAR  Total** | | | | | | |
| Long      920,000.000 | | Local | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| 920,000.000 | | Base | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | TRADES: | 1 | | | | |
| | CANCELS: | 0 | | | | |
| **PURCHASE Total** | | | | | | |
| Long      920,000.000 | | Base | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| 920,000.000 | TRADES: | 1 | | | | |
| | CANCELS: | 0 | | | | |

| Purchase Report by Report Date | | | | AMERICAN MODERN HOME INS H | |
|---|---|---|---|---|---|
| Fund Summary | | | | MEAG NY | |
| June 30, 2014 to February 1, 2019 | | | View Date: | FUND: EQEA February 5, 2019 | |



**STATE STREET.**

**Base Currency: USD - US DOLLAR**

| Shares/Par/Contracts Units/Original Face | # of Trades | | Interest | Commissions | Taxes/Fees/Other | Net Cost |
|---|---|---|---|---|---|---|
| **FIXED INCOME** | | | | | | |
| 920,000.000 | | Base | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |
| 920,000.000 | TRADES: | 1 | | | | |
| | CANCELS: | 0 | | | | |

**PURCHASE Total**

| | | | | | | |
|---|---|---|---|---|---|---|
| Long | 920,000.000 | | Base | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |
| | 920,000.000 | TRADES: | 1 | | | |
| | | CANCELS: | 0 | | | |

# Sales Report by Report Date
## Fund Summary
*June 30, 2014  to  February 1, 2019*

AMERICAN MODERN HOME INS FI
MEAG NY
FUND:    EQEA
View Date:    February 5, 2019

 **STATE STREET.**

**Base Currency: USD - US DOLLAR**

| Shares/Par/Contracts Units/Original Face | | # of Trades | | Interest | Commissions | Taxes/Fees/Other | Net Proceeds |
|---|---|---|---|---|---|---|---|
| **FIXED INCOME** | | | | | | | |
| | 920,000.000 | | Base | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | 920,000.000 | TRADES: | 1 | | | | |
| | | CANCELS: | 0 | | | | |
| **SALES Total** | | | | | | | |
| Long | 920,000.000 | | Base | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | 920,000.000 | TRADES: | 1 | | | | |
| | | CANCELS: | 0 | | | | |

# Purchase Report by Report Date
## Fund Summary
*June 30, 2014 to February 1, 2019*

AMERICAN MODERN-PUERTO RICO
MEAG NY
FUND: EQFO
View Date: February 5, 2019

**STATE STREET.**

**Base Currency: USD - US DOLLAR**

| Shares/Par/Contracts Units/Original Face | | # of Trades | Interest | Commissions | Taxes/Fees/Other | Net Cost |
|---|---|---|---|---|---|---|
| **FIXED INCOME** | | | | | | |
| 920,000.000 | | Base | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| 920,000.000 | TRADES: | 1 | | | | |
| | CANCELS: | 0 | | | | |

---

**PURCHASE Total**

| | | | | | | |
|---|---|---|---|---|---|---|
| Long | 920,000.000 | | Base | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | 920,000.000 | TRADES: | 1 | | | | |
| | | CANCELS: | 0 | | | | |