# Holdings

**AMERICAN MODERN-PUERTO RICO**
MEAG NY
FUND:    EQFO



**STATE STREET**

*As of:*     February 4, 2019                                                   *View Date:*     February 5, 2019

**Base Currency: USD - US DOLLAR**

| Asset ID | Asset Description | | | Rate | Maturity Date | | % Curr |
|---|---|---|---|---|---|---|---|
| | | Units | Unit Cost | Total Cost | Unit Price | Market Value | Unrealized Gn/Ls | % Fund |

### FIXED INCOME

**US DOLLAR**                                                                                                                Exchange Rate:          1.000000

| 745291DF8 | PUERTO RICO PUBLIC FIN CORP PRCGEN 06/24 FIXED 5.125 | | | | 5.125 | 01 Jun 2024 | | |
|---|---|---|---|---|---|---|---|---|
| | | 920,000.000 | Local | 120.112153 | 1,105,031.81 | 109.420000 | 1,006,664.00 | -98,367.81 | 100.00 |
| | | | Base | 120.112153 | 1,105,031.81 | 109.420000 | 1,006,664.00 | -98,367.81 | 100.00 |

**US DOLLAR  Total**

| | 920,000.000 | Local | | 1,105,031.81 | | 1,006,664.00 | -98,367.81 | 100.00 |
| | | Base | | 1,105,031.81 | | 1,006,664.00 | -98,367.81 | 100.00 |

**FIXED INCOME Total**

| | 920,000.000 | Base | | 1,105,031.81 | | 1,006,664.00 | -98,367.81 | 100.00 |

| Holdings | | | | | AMERICAN MODERN-PUERTO RICO MEAG NY FUND: EQFO | |  STATE STREET. |
|---|---|---|---|---|---|---|---|
| As of: February 4, 2019 | | | | | View Date: February 5, 2019 | | |

**Base Currency: USD - US DOLLAR**

| Asset ID | Asset Description | Units | Unit Cost | Total Cost | Rate Unit Price | Maturity Date Market Value | Unrealized Gn/Ls | % Curr % Fund |
|---|---|---|---|---|---|---|---|---|
| **FUND Total** | | | | | | | | |
| | | 920,000.000 | Base | 1,105,031.81 | | 1,006,664.00 | -98,367.81 | 100.00 |

   & Issue has redenominated but Local is not converted
   # Issue has not been redenominated but Local is converted

# Holdings
## Currency Summary

*As of:* February 4, 2019

AMERICAN MODERN-PUERTO RICO MEAG NY
FUND: EQFO

View Date: February 5, 2019



**STATE STREET**

**Base Currency:USD - US DOLLAR**

| | Units | | Total Cost | Market Value | % Currency % Fund | Unreal Sec Gn/Ls | Unreal Curr Gn/Ls | Total Unreal Gn/Ls |
|---|---|---|---|---|---|---|---|---|
| **US DOLLAR** | | | | | | Exchange Rate: | | 1.000000 |
| **FIXED INCOME** | | | | | | | | |
| | 920,000.000 | Local | 1,105,031.81 | 1,006,664.00 | 100.00 | -98,367.81 | | -98,367.81 |
| | | Base | 1,105,031.81 | 1,006,664.00 | 100.00 | -98,367.81 | 0.00 | -98,367.81 |
| **US DOLLAR Total** | | | | | | | | |
| | 920,000.000 | Local | 1,105,031.81 | 1,006,664.00 | 100.00 | -98,367.81 | | -98,367.81 |
| | | Base | 1,105,031.81 | 1,006,664.00 | 100.00 | -98,367.81 | 0.00 | -98,367.81 |
| **FUND Total** | | | | | | | | |
| | 920,000.000 | Base | 1,105,031.81 | 1,006,664.00 | 100.00 | -98,367.81 | 0.00 | -98,367.81 |

| Holdings Asset Summary | | | AMERICAN MODERN-PUERTO RICO MEAG NY FUND: EQFO | | | | |
|---|---|---|---|---|---|---|---|
| As of: February 4, 2019 | | | View Date: February 5, 2019 | | | | |

**Base Currency: USD - US DOLLAR**

| | Units | Total Cost | Market Value | % Fund | Unreal Sec Gn/Ls | Unreal Curr Gn/Ls | Total Unreal Gn/Ls |
|---|---|---|---|---|---|---|---|
| **FIXED INCOME** | | | | | | | |
| US DOLLAR | 920,000.000 | 1,105,031.81 | 1,006,664.00 | 100.00 | -98,367.81 | 0.00 | -98,367.81 |
| **FIXED INCOME Total** | 920,000.000 | 1,105,031.81 | 1,006,664.00 | 100.00 | -98,367.81 | 0.00 | -98,367.81 |

# Holdings
## Asset Summary

*As of:* *February 4, 2019*

AMERICAN MODERN-PUERTO RICO MEAG NY
FUND: EQFO

*View Date:* *February 5, 2019*

**STATE STREET.**

**Base Currency: USD - US DOLLAR**

| | Units | Total Cost | Market Value | % Fund | Unreal Sec Gn/Ls | Unreal Curr Gn/Ls | Total Unreal Gn/Ls |
|---|---|---|---|---|---|---|---|
| **FUND Total** | 920,000.000 | 1,105,031.81 | 1,006,664.00 | 100.00 | -98,367.81 | 0.00 | -98,367.81 |

| Holdings Fund Summary | | | | AMERICAN MODERN-PUERTO RICO MEAG NY | | | | |
|---|---|---|---|---|---|---|---|---|
| As of: February 4, 2019 | | | | View Date: | February 5, 2019 FUND: EQFO | | | |

**Base Currency: USD - US DOLLAR**

| Notional Par | Units | Total Cost | Market Value | % Fund | Unreal Sec Gn/Ls | Unreal Curr Gn/Ls | Total Unreal Gn/Ls |
|---|---|---|---|---|---|---|---|
| FIXED INCOME | | | | | | | |
| | 920,000.000 | 1,105,031.81 | 1,006,664.00 | 100.00 | -98,367.81 | 0.00 | -98,367.81 |
| | | | | | 0.00 GN | 0.00 GN | 0.00 GN |
| | | | | | -98,367.81 LS | 0.00 LS | -98,367.81 LS |
| **FUND Total** | | | | | | | |
| 0.000 | 920,000.000 | 1,105,031.81 | 1,006,664.00 | 100.00 | -98,367.81 | 0.00 | -98,367.81 |
| | | | | | 0.00 GN | 0.00 GN | 0.00 GN |
| | | | | | -98,367.81 LS | 0.00 LS | -98,367.81 LS |