## Javier Inclan

| | |
|---|---|
| **From:** | PR Claims Info <prclaimsinfo@primeclerk.com> |
| **Sent:** | Thursday, February 21, 2019 3:05 PM |
| **To:** | Gray Jayme - Cincinnati-AMIG |
| **Subject:** | RE: PROMESA Proof of Claim - Claim number 6790 - Additional Information Response |

Thank you for contacting Prime Clerk, the Claims and Noticing agent appointed in the Title III cases of the Commonwealth of Puerto Rico and the affiliated Debtors.

Please allow this email to confirm that we have received your form and any supporting documentation, and will process same accordingly.

Regards,


Prime Clerk Inquiries
Prime Clerk
830 Third Avenue, 9th Floor
New York, NY 10022
primeclerk.com
The highest level of professionalism, innovation and transparency in bankruptcy administration.
For more information click here: http://primeclerk.com/raising-the-bar/


--------------- Original Message ---------------
**From:** Gray Jayme - Cincinnati-AMIG [jgray@amig.com]
**Sent:** 2/21/2019 9:02 AM
**To:** prclaimsinfo@primeclerk.com
**Subject:** PROMESA Proof of Claim - Claim number 6790 - Additional Information Response


This message is in response to the additional information request, dated January 23, 2019. Please find the supplemental questionnaire and supporting documentation regarding the PROMESA Proof of Claim for American Modern Insurance Group, Claim number 6790. I have attached the following items for your review:

• The Holdings Statement as of February 4, 2019

• The purchase and sales invoice

• PROMESA additional information questionnaire response

If you have any questions or need additional information, please contact me at 1-800-759-9008 Extension 6715 or via email at Jgray@amig.com.

Kind Regards,

Jayme Gray

1

Jayme Gray
Compliance Project Manager

**American Modern Insurance Group**

Phone: 513-947-6715





AMIG.COM

C3 - confidential



ref:_00D1N1uIqY._5001NoICqd:ref