# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>      as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>      Debtors[1]. | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>      as representative of<br><br>The Puerto Rico Electric Power Authority,<br><br>      Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-4780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

# **ORDER**

This matter is before the Court on the *Urgent Unopposed Motion of the Government Parties for Leave to Exceed Page Limit for Omnibus Reply in Further Support of PREPA'S Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services Under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy* (Dkt. No. 14125 in Case No. 17-BK-3283; Dkt. No. 2154 in 17-BK-4780) (the "Urgent Motion").

Taking note of the lack of objection and finding good cause for the requested relief, the Court hereby ALLOWS the Urgent Motion. The Government Parties may file an Omnibus Reply of no more than thirty-five (35) pages, exclusive of the cover page, tables of contents and authorities, signature page, exhibits, and the certificate of service.

This Order resolves Dkt. No. 14125 in 17-BK-3283 and Dkt. No. 2154 in 17-BK-4780.

SO ORDERED.

/s/ Judith Gail Dein
HONORABLE JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

Dated: September 1, 2020