

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

**CARLOS M. RIVERA ESTRELLA**
XXX-XX-5523

Para el ex empleado de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 18 de agosto de 1986.
- Trabajó como empleado regular hasta el 1 de enero de 2018.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a jueves, 06 de agosto de 2020.

*Abigaíl Alejandro González*
Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords