Carlos M. Rivera Estrella
Via Azure MM-21
Mansion del Mar
Toa Baja, PR 00949



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Fedelal Building
San Juan, PR
00918-1767

RECEIVED
2020 AUG 28 AM 7:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR