*Ada Ivette Ortiz Rivera   No. de Reclamación 95031*
*Caso Num. 17 BK 3283-LTS*

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

In re:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,

como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO,
et al.,

Deudores.[1]

PROMESA,
Título III

Núm. 17 BK 3283-LTS

(Administrada Conjuntamente)

**La presente radicación guarda relación con el ELA, la ACT y el SRE.**

## RÉPLICA DE LA DEMANDANTE A LA CENTÉSIMA SEXAGÉSIMA TERCERA OBJECIÓN GLOBAL

**Introducciones**



1. Solo debe cumplimentar y radicar el presente formulario de réplica si su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico, o si su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada. Si su reclamo no surge de empleo actual o anterior en el Gobierno de Puerto Rico o si su reclamo no guarda relación con una acción judicial pendiente de resolución o finalizada, su réplica debe ser radicada de conformidad con los procedimientos detallados en las páginas 3 a 4 de la Notificación que acompaña a la Centésima sexagésima tercera objeción global.

2. Rogamos radique formularios de réplica separados por cada evidencia de reclamo a la que los Deudores se hayan opuesto. No radique un único formulario de réplica que aborde más de una evidencia de reclamo.

3. Rogamos conteste a todas las preguntas y a cada una de las subpreguntas aplicables.

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19-BK-5532-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

 *Ada Ivette Ortiz Rivera*
Firma

*[Handwritten at top: Caso Núm. 17 BK 3283 LIS    No. Reclamación 95031]*
*[Handwritten: Ada Ivette Ortiz Rivera]*

4. Incluya tantos detalles como pueda en sus réplicas.

   a. Sus respuestas deben proporcionar **más** información que la contenida en la evidencia de reclamos inicial. Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamo, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamo.

   b. Si está disponible y se aplica a su reclamo, rogamos proporcione, asimismo, lo siguiente:
      - Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
      - Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
      - Notificación por escrito de la intención de radicar un reclamo acompañada de un comprobante de envío; y
      - Toda la documentación que a su criterio justifica su reclamo.

5. Si no dispone de una copia de su reclamo, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción global a su reclamo.

## Cuestionario



1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

   ☐ Nombre: *Ada Ivette Ortiz Rivera*

   ☐ Dirección: *H.C. 73 Box. 5950 Cayey P.R. 00736*

   ☐ Número de teléfono: *1-939-415-3298*

   ☐ Dirección de correo electrónico: *adaivette25@gmail.com*

2. Número de su evidencia de reclamos: *135170-144774-120123-95031-0(94738)*

3. Los Deudores se han opuesto a su Evidencia de reclamos porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamo. Marque la casilla con la que guarde relación su Evidencia de reclamos y explique el

(2)

*[Signature: Ada Ivette Ortiz Rivera]*
Firma

Caso Num. 17 BK 3283  No. de Reclamación: 95031
Ada Ivette Ortiz Rivera

motivo por el que se opone a la objeción indicando así el fundamento de su reclamo. Adjunte páginas adicionales si fuera necesario.

☑ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

☑ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

_Me opongo a la objeción de parte de los deudores por las siguientes razones: Si poseemos derechos de beneficios como acreedores y hay leyes que sustentan nuestros reclamos pedimos oportunidad para evidenciar los mismos. Gracias anticipadas. AIOR_

Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamo. _Fueron enviados por Correo Electrónico a prinfo@primeclerk.com puertoricoinfo@gmail.com_

4. ¿Cuál es el monto de su reclamo (cuánto alega que se le adeuda)?:
_$500,000 aproximadamente_

5. **Empleo.** ¿Su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?
☐ No. *Siga con la Pregunta 6.*
☑ Sí. Responda a las Preguntas 5(a) a (d).

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:
_Departamento de Educación de Puerto Rico gob._

5(b). Indique las fechas de su empleo relativo con su reclamo:
_Años: 1978 - 2013_

5(c). Últimos cuatro dígitos de su número del Seguridad Social: _8471_

5(d). ¿Cuál es la naturaleza de sus reclamos relativos al empleo (márque todas las casillas aplicables)?:

☐ Pensión
☑ Salarios no pagados
☐ Días de licencia por enfermedad
☐ Quejas con sindicato
☐ Vacaciones
☐ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

_Adjunto páginas adicionales relacionadas al dorso. Gracias._

③

_Ada Ivette Ortiz Rivera_
Firma.

Caso Núm. 17-BK 3283-LTS
Num. de Reclamación 95031

Ada Ivette Ortiz Rivera     No. de Reclamación 95031
Caso Núm. 17-BK 3283 LTS

El motivo por el cual me opongo a la objeción es el siguiente:

Durante el tiempo que fui Empleada del Estado Libre Asociado de Puerto Rico, para los años: (1978 - 2013) sirviendo como maestra del Departamento de Educación pública de Escuela Elemental. Hubo muchas deferencias, dificultades y misiones sin llegar a los acuerdos necesarios de resolver en cuanto al Salario se refiera para los maestros.

Personalmente hablando cadesí de un salario Digno según lo estipula la ley de La Carrera Magisterial. De acuerdo al Artículo 9.01 de dicha ley para asegurar un aumento de sueldo automático de acuerdo al rango que el maestro tuviera derecho. En el Sistema Antiguo de Educación Pública todos los maestros tenían el mismo rango independientemente de sus grados académicos o de el tiempo que llevaran en su profesión. Los aumentos de sueldo se otorgaban por otros atributos para entonces tomar en cuenta los años de servicio. Esa forma de parte del Sistema nos perjudicó y nos laceró grandemente y de forma notable y persistente como trabajadores públicos ya que desmerecía la función magisterial en la sala de clases; debido a que al premiar con salarios más altos a maestros

(4) Firma: Ada Ivette Ortiz Rivera

5

<u>No. De Reclamación</u> - 95031

Ada Ivette Ortiz Rivera  Caso Núm. 17 BK 3283. LTS que se desempeñaban en posiciones administrativas promoviendo la fuga del mejor talento magisterial hacia posiciones no relacionadas con la enseñanza. En otras palabras; si el maestro quería obtener mejor salario debía abandonar el aula y buscar una posición administrativa. Para los años: 1980-1989 aproximadamente esta servidora (yo) Ada Ivette Ortiz me consideraba Económicamente señalando, en un Nivel de Pobreza extremo. Me encontraba muy necesitada de los recursos básicos necesarios Tanto en el Salón de Clases, como en mi propio hogar. Siendo la madre de tres niñas menores de edad y esposa de un marido impedido a causa de un accidente de auto que lamentablemente sufrió. Asumiendo así el lugar de jefa del hogar y maestra de salón de clases que sobrepasaban los 28-30 niños por cada grupo. Pero no sin antes mencionar que todo esto con mucho amor de mi parte ya que siempre he amado la labor encomendada por Dios., aún en el presente siento el mismo respeto y orgullo, especialmente por los niños. Retomando el Tema: Me encontré asumiendo de esa manera las responsabilidades básicas existentes de todo trabajador como: deudas con vivienda, transportación, vestimenta y alimentación, no cualificando para Asistencia Nutricional del gobierno.

(5)   Firma: Ada Ivette Ortiz Rivera

No. de Reclamación:
No. de Reclamacion- 95031

Ada Ivette Ortiz Rivera   Caso Núm. 17 BK 3283 LTS

Cabe señalar que no se le dió seguimiento a:
El Proceso de adquirir membresía por todos los años trabajados al (Prof.) durante el mes de abril de cada año para reclamación de los beneficios que establece la ley de La Carrera Magisterial a la mayoría de los maestros del Sistema para ese entonces. La (C.M.) fué diseñada para atender necesidades de los maestros en las escuelas Públicas del país; si no en todos sus Artículos; (en su mayoría) de los mismos estipulados.

Los Recursos Profesionales para el mejoramiento profecional en nuestra carrera o profeción no eran suficientes como lo son en el Presente. Eso también dependía de quién estuviera en el cargo de Secretario de Educación Pública y el Ofrecimiento de sus Servicios y Técnicas Especiales como tal de Todos y para Todos en general. Para el Mejoramiento Tanto de los maestros como de los alumnos.

También cabe señalar que siempre recibí ayuda de mis amados padres para poder subsistir y cumplir con todas mis responsabilidades Económicas.

Firma: Ada Ivette Ortiz Rivera

6

Caso Núm. 17 BK 3283 LTS
No. de Reclamación: 75031
Ada Ivette Ortiz Rivera

He enviado a los deudores más de 300 documentos aproximadamente que incluyen Certificados por Talleres los cuales son parte de la acumulación de puntos obtenidos por los mismos. Además les proveí por medio de Correo Electrónico (prinfo@primeclerk.com) y al otro correo (puertoricoinfo@primeclerk.com) donde también he incluido evidencia de Estudios Continuados en tres (3) Universidades Prestigiosas. Estas son las sigtes. La Universidad Interamericana de Barranquitas P.R.; La Universidad de Puerto Rico en Cayey y la Universidad Metropolitana en San Juan. En donde adquirí el Título de Altamente Cualificada con Concentración en Física, Química y Biología en las Ciencias de las cuales envié evidencia y puntuaciones al correo electrónico de Prime Clerk. Además de fotos dónde se evidencian la participación de Actividades como Excursiones, Proyectos dentro y fuera del horario regular. También sirvieron de Evidencia los Certificados de Reconocimiento de Parte del Departamento de Educación por mi labor sobresaliente con mis estudiantes. De acuerdo a mi conocimiento propio, creo que sumando las puntuaciones sobrepasan los 200 puntos exigidos por los

Firma: Ada Ivette Ortiz Rivera

8

Caso Núm. 17 BK 3283 LTS
No. de Reclamación: 95031
Ada Ivette Ortiz Rivera

deudores a los cuales les envío mis más ginseros respetos y admiración. Reconozco que son Seres Humanos Sumamente Profecionales, Respetuosos, Responsables y Considerados. De mi parte les envío las más Expresivas Gracias por su Sobresaliente Labor y Consistencia para con los Acreedores. y Exigencias a Corde con La Ley y El Orden de Los Estados Unidos, por los cuales siento mucha pasión y orgullo de Ser o considerarme parte de Ustedes. Ya que me han brindado un Trato Respetuoso y Digno, Lo cual me hace sentir Un Ser Importante sin importar la Edad, Raza, Nacionalidad, Color, Lengua y Otros.
Gracias de Nuevo, Un abrazo a miembros del Sistema participante.
Ha sido para mi Sinceramente un Honor. Tratar con ustedes. Estos Asuntos de Sumo Interes para todos.

Ada Ivette Ortiz Rivera
Firma

(8)

Caso Num. 17 BK 3283 LTS          No. de Reclamación: 95931
Ada Ivette Ortiz Rivera

Case:17-03283-LTS Doc#:14152 Filed:08/28/20 Entered:09/02/20 10:00:18 Desc. Main
Document Page 9 of 9

6. <u>Acción judicial</u>. ¿Su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada?

☐ No.

☑ Sí. **Responda a las Preguntas 6(a) a (f).**

6(a). Indique el departamento o la agencia que sean parte en la acción.

Junta De Supervición y Administración Financiera para Puerto Rico

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.

Tribunal de Distrito de Los Estados Unidos para El Distrito de Puerto Rico

6(c). Número del caso:

Núm. 17 BK 3283-LTS  PROMESA TIT III

6(d). Título, epígrafe o nombre del caso:

COFINA Corporación del Fondo de Interés Apremiante

6(e). Estado del caso (<u>pendiente</u> <u>de</u> <u>resolución</u>, apelado o <u>finalizado</u>):

_____

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí (No) (rodee la opción que proceda)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?

_____

**FIRME ABAJO SU RÉPLICA**

*Ada Ivette Ortiz Rivera*
**Firma**

ADA IVETTE ORTIZ RIVERA
**Deletree su nombre**

17 de agosto de 2020
**Fecha**



(9)