Caso Num. 17 BK 3283 LTS

Ada Ivette Ortiz Rivera
H. C - 73 Box 5950
Cayey Puerto Rico 00736

U.S. POSTAGE PAID
FCM LG ENV
CAYEY, PR
00736
AUG 25, 20
AMOUNT
$1.20
R2305K134228-11

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
United States District Court)
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767