24 de Agosto de 2020

A quien pueda interesar :

    Yo Félix Danzot López, hijo de Sr Saturnino Danzot Virola, informo por este medio que estoy reclamando en representación de mi padre Sr. Saturnino Danzot Virola el cual falleció el día 21 de Agosto de 2005. Información brindada cuando le envié la Reclamación inicialmente. Le informo que tengo dos números de Reclamación a saber el número 173490 y el número 173661 pero la Reclamación es la misma porque llené una y la envié por correo postal y me llenaron otra por internet. Mi dirección postal es: HC #1 Box 4160 Yabucoa Puerto Rico 00767, mi dirección física es Carretera 901 Km 3.6 Barrio Camino Nuevo Yabucoa , mis números de teléfonos son (787)893-1865, (939)275-0807 el celular y (787)266-1676. Mi dirección de correo electrónico es tutikpbd20042018@gmail.com.

    El nombre del Tribunal es el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, el deudor es el Estado Libre Asociado de Puerto Rico, con el número de procedimiento Núm. 17 BK 3283- LTS, el Título de la Objeción Global con lo que guarda relación la réplica es : NOTIFICACIÓN DE LA DUCENTÉSIMA TRIGÉSIMA SEGUNDA OBJECIÓN GLOBAL(NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A VARIAS RECLAMACIONES DEFICIENTES. Mis dos números de las evidencias de Reclamaciónes de Prime Clerk son 173490 y 173661 pero informo que pertenecen a una sola y la misma Reclamación.

    Yo Félix Danzot López en representación de mi señor padre, Sr.Saturnino Danzot Virola (falleció) les notifico por este medio que estoy en contra de la Objeción Global porque alego que mi papá trabajó por más de 27 años como obrero en la Corporación Azucarera y no le pagaron los Salarios Impagos basados en la Ley de Romerazo y le adeudan cerca de $60,000.00 aproximadamente.

    Gracias mil por su atención,

ATT. Félix Danzot López  (Hijo Reclamante)
Firma: *Félix Danzot López*

Sr. Saturnino Danzot Virola (QEPD) (Falleció el 21 de Agosto de 2005)