Félix Danzot López
HC #1 Box 4160
Yabucoa, Puerto Rico 00767

RECEIVED
2020 AUG 28 AM 8:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Ave. Carlos Chardón
Sala 150 Edificio Federal
San Juan (Puerto Rico) 00918-1767

7019 0700 0000 8217 9267