24 de Agosto de 2020

A quien pueda interesar :

RECEIVED & FILED
2020 AUG 28  PM 4:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

    Yo Sra. Eulalia López Torres, informo por este medio que tengo dos números de Reclamación a saber el número 173511 y el número 173462 pero la Reclamación es la misma porque llené una y la envié por correo postal y me llenaron otra por internet. Mi dirección postal es:  HC #1 Box 4160 Yabucoa Puerto Rico 00767, mi dirección física es Carretera 901 Km 3.6 Barrio Camino Nuevo Yabucoa , mis números de teléfonos son (787)893-1865, (787)266-1676 y el celular (939)275-0807. Mi dirección de correo electrónico es tutikpbd20042018@gmail.com.

    El nombre del Tribunal es el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, el deudor es el Estado Libre Asociado de Puerto Rico, con el número de procedimiento Núm. 17 BK 3283- LTS, el Título de la Objeción Global con lo que guarda relación la réplica es : NOTIFICACIÓN DE LA DUCENTÉSIMA TRIGÉSIMA SEGUNDA OBJECIÓN GLOBAL(NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE  CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A VARIAS RECLAMACIONES DEFICIENTES. Mis dos números de las evidencias de Reclamaciónes de Prime Clerk son 173511 y 173462 pero informo que pertenecen a una sola y la misma Reclamación.

    Yo Eulalia López Torres, les notifico por este medio que estoy en contra de la Objeción Global porque alego que trabajé por más de 22 años como obrero en la Corporación Azucarera y no me pagaron los Salarios Impagos basados en la Ley de Romerazo y que me adeudan cerca de $60,000.00 aproximadamente.

                                 Gracias mil por su atención,

                                   ATT. Eulalia López Torres

                                   Firma : _____

                                   Nota : (Hace una cruz porque no sabe leer ni firmar)