Eulalia Lopez Torres
HC #1 Box 4160
Yabucoa, Puerto Rico 00767

RECEIVED 2020 AUG 28 PM 4:50 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN P.R.

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Ave. Carlos Chardon
Sala 150 Edificio Federal
San Juan (Puerto Rico) 00918-1767

U.S. POSTAGE PAID
FCM LETTER
YABUCOA, PR
00767
AUG 25, 20
AMOUNT
**$3.55**
R2305K135340-18

00918