**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Aida M. Robles Machado**, con número de seguro social que termina en **6919**_____

_____

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 2 de enero de 2002 |
| Tiempo Cotizado para la Pensión | 33 años, 5 meses |
| Pensión Mensual Inicial | $1,694.17 |
| Pensión Mensual Actual | $1,745.00 |

Esta certificación se expide hoy, **8 de julio de 2020** en **San Juan, Puerto Rico**.

*Cynthia Sanjurjo Santos*
**Supervisora**
**Centro de Contacto**



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

Sistema de Retiro para Maestros
Gobierno de Puerto Rico

☏ 787.777.1414    📠 787.764.6910    www.srm.pr.gov

**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos

## Informe de Cambio - Personal Docente

Págale _____ días por vacaciones regulares
Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | Robles Machado, Aida M. | PARA LA JUNTA DE RETIRO Y ASOC. DE EMPLEADOS |
| 2. Número de Seguro Social | 6919 | |
| 3. Lugar y Fecha de Nacimiento | | |
| 4. Sexo | F | |
| 5. Estado Civil | | |
| 6. Preparación Académica | Mae    (21) | |
| 7. Experiencia | 33-0 | |
| 8. *Status* Empleado (Contrato) | Permanente    (01) | |
| 9. Sueldo Bruto | $2,345.00 | |
| 10. Número del Puesto | F00242 | |
| 11. Categoría del Puesto | Sup. General (Tecn.Educ.) V (8468) | |
| 12. Nivel del Puesto (Directivo) | V | |
| 13. Fondo | Federal | |
| 14. Cifra de Cuenta | E1110-22200-0810000-0000-08100-2002-S298A010039-06C | |
| 15. Fecha de Efectividad | 31 de diciembre de 2001 | |
| 16. Acción y Duración | Renuncia Jubilación Edad y Años de Serv. Ley 45 | |
| 17. Causa del Cese | | |
| 18. Último día de Trabajo | 28 de diciembre de 2001 | |
| 19. Último día de Pago | 10 de octubre de 2002 a las 4:25 PM | |
| 20. Programa Escolar, nivel y grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | Oficina Central    (078) | |
| 23. Escuela | | |

REGISTRADO JAN 24 2001 DIVISIÓN DE NÓMINAS SECCIÓN DE CORRESPONDENCIA

24. Dirección Postal y Residencial
25. Teléfono Residencial
26. En caso de otorgación de *status* probatorio o permanente
Deseo: ____ Afiliarme ____ No afiliarme a la organización sindical que representa a la unidad apropiada a la cual pertenece el puesto (Ley Número 45 de 25 de febrero de 1998).
Firma del empleado    Fecha

27. Observaciones: 29 y 30/dic/01 Sábado y Domingo- 31/dic/01 Vac.Reg. - 1/enero/02 Feriado Exc.Enf. 2/enero/02 al xx 25/enero/02 a las 3:00 PM (14 días 6hrs.) Exc.Vac.Reg. 25/enero/02 a las 3:00 PM al 4/marzo/02 a las 4:25 PM (25 días 1hr. 25min.) Pago Global Lic.Enf. 4/mar/02 a las 4:25 PM al 16/julio/02 a las 4:25 PM (90 días) Pago Global Vac.Reg. desde 16/julio/02 a las 4:25 PM al 10/octubre/02 a las 4:25 PM (60 días)

28. En caso de cambio de *status* a probatorio o permanente, traslado, reasignación permanente, reubicación o descenso.
Firma del empleado    Fecha

29. Deseo: ____ Acogerme ____ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asoc. de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente
Firma del empleado    Fecha

30. Recomendado
Director de Escuela    Fecha

31. Recomendado
Director de Escuela    Fecha

32. Aprobado: Por el Secretario de Educación o su Representante
Firma

Si el nombramiento es con *status* transitorio provisional el mismo constituye un CERTIFICADO PROVISIONAL DE MAESTRO.

Contact 844.822.9231    Client Login

# Commonwealth of Puerto Rico (17-03283)  CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Presentar un reclamo    Submit E-Ballot

Search Docket

Q Enter number or name

Select scope
Claims Only

| Sorted | Claim | Filed Date | Creditor Name | Debtor Name | Amount |
|---|---|---|---|---|---|
| | 123602 | 06/28/2018 | Robles Machado, Aida M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 0.00 |

Page 1 of ·    20 ∨    View 1 of ·

Claim Number(s)(e.g. 1,3,5-7)

Schedule Number

Creditor name

Debtor(s)
Commonwealth of Puerto Rico(17-03283)

Select Classification
Select an Option

Select Search Operator
Select an Option

Amount

Date from    Date to

Search