From:
Aida M. Robles Machado
1484, Ave. Roosevelt - Apt. 1106
San Juan, Puerto Rico, 00920-2723

CERTIFIED MAIL

7020 0090 0001 1943 4891



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
AUG 26, 20
AMOUNT
$4.95
R2303S101896-34

To:
Secretaría Tribunal de Distrito de E.U.
150, Ave. Carlos Chardón
Room 150, Federal Building
San Juan, P.R. 00918-1767

RECEIVED
2020 AUG 28 PM 4:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.