RECEIVED & FILED

2020 AUG 28 AM 7:35

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

SAN JUAN PR 009
26 AUG 2020 PM 1L