Caso: 17 BK 03283-LTS

Proof of Claim: &lt;CLAIM NUMBER&gt; 87259

Claimant: &gt;CLAIMANT NAME&lt; Nicolás Sonera Pérez

RECEIVED & FILED
2020 SEP -1 AM 11: 59
OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

## Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide **more** information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

## Questionnaire

1. **What is the basis of your claim?**

   ☐ A pending or closed legal actions with or against the Puerto Rico goverment

   ■ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

   _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:

Departamento de Educación de P.R.

3(b). Identify the dates of your employment related to your claim:

Desde 29 agosto 1980 hasta el 10 agosto 2005

3(c). Last four digits of your social security number: 2142

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

Ley 89-1995, Ley 134-1996, Ley 96-2002, Ley 164-2003, Ley 164-2004

4. **Legal Action** Does your claim relate to a pending or closed legal action?

- ☒ No
- ☐ Yes

4(a). Identify the department or agency that is a party to the action.

N/A

4(b). Identify the name and address of the court or agency where the action is pending:

N/A

4(c). Case number: N/A

4(d). Title, Caption, or Name of Case: N/A

4(e). Status of the case (pending, on appeal, or concluded): N/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? N/A

RECEIVED & FILED
2020 SEP -1 AM 11: 39
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

RECLAMANTE: Nicolás Sguera Pérez

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 87259

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 29 de agosto de 1980 hasta el 10 de agosto de 2005 como Conserje en el Distrito Escolar de Santa Isabel. Departamento de Educación de P.R. -ELA.

1. Ley 89 - julio 1995 - ROMERAZO      CANTIDAD $ ———

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Nicolás Sguera Pérez
Nombre en letra de molde

_[signature]_
Firma y fecha

| | | Cantidad Adeudada |
|---|---|---|
| ① | Ley 89 - julio 1995 - Romerazo | 12,000.00 |
| ② | Ley 134 - 1996 - Aport. Acum. Retiro | 10,800.00 |
| ③ | Ley 96 - julio 2002 - Aumento Sueldo | 3,600.00 |
| ④ | Ley 164 - julio 2003 - Aumento Sueldo | 2,400.00 |
| ⑤ | Ley 164 - enero 2004 - Sila M. Calderón | + 1,200.00 |
| | | 30,000.00 |

RECLAMANTE Nicolás Sonera Pérez

DIRECCIÓN HC-7 Box 4957
Juana Díaz, P.R. 00795-9712

Número Reclamación 87259

Fecha de presentación (envío) 28 de agosto de 2020

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el 28 de agosto de 2020, lo siguiente:

1. Evidencia de trabajo de Certificación años de Servicios Como Conserje en el Departamento de Educación de P.R. desde el 29 de agosto de 1980 hasta el 10 de agosto de 2005 (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 30,000.00

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Nicolás Sonera Pérez
Nombre en letra de molde

_[signature]_
Firma y fecha

# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre: Nicolás Sonera Pérez

Dirección Postal: HC-7 BOX 4957 Juana Díaz, P.R. 00795-9712

Teléfono de contacto res. _____ cel. 787-382-1662
787-484-6175

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS    # Reclamación 87259

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
   Ley 134 - Aport. Acum. Retiro  1996
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
   Ley 164 Aumento Sueldo  julio 2003
   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995
Ley 134 Aport. Acum. Retiro 1996
Ley de Escala Salarial – Pasos del 6 de junio de 2008
Ley 164 Aumento Sueldo  julio 2003
Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con _Departamento de Educación de PR_ o desde el _29_ de _agosto_ de _1980_ hasta el _10_ de _agosto_ de _2005_; Culmine mi laborar, como _Conserje en el Distrito Escolar de Santa Isabel - Departamento de Educación. De_ Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Nicolás Sonera Pérez_
Nombre en letra de molde

_[signature]_
Firma