Nicolás Sanera Pérez
HC 7 Box 4957
Juana Díaz, P.R. 00795-9712

Secretaría (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767