# CERTIFICACIÓN

Yo, ***Iván E Toro Torres***, en calidad de Oficial de Recursos Humanos Interino de la Región de Ponce, certifico que; ***Carmen A. Arroyo Díaz***, es empleada de esta Agencia desde el 7 de enero del 1994. La Sra. Arroyo ocupaba un puesto regular como Cocinera en la Administración para el cuidado y Desarrollo Del Niño, en la Oficina CEDEPRECO Juana Díaz.

Cabe señalar que la Sra. Arroyo se acogió a la jubilación efectivo al 31 de julio de 2020.

Certifico correcto hoy, 7 de agosto de 2020.

Iván E. Toro Torres
Oficial de Recursos Humanos Interino

/itt

Oficina de Recursos Humanos
Región de Ponce
PO Box 44, Mercedita, PR 00715-
Tel. 787.848.4520, extensión 8696