Carmen A. Arroyo Díaz
HC-1 BOX 4451
Juana Díaz, P.R. 00795



RECEIVED
2020 SEP -1 AM 11:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767