Proof of Claim: &lt;CLAIM NUMBER&gt;

Claimant: &gt;CLAIMANT NAME&lt; _Lucia Torres Delgado_

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide <u>more</u> information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ■ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

    _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ■ Yes, Answer Questions 3(a) – (d).

    3(a). Identify the specific agency or department where you were or are employed:
    _Puerto Rico Telephone Co. E.L.A._

    3(b). Identify the dates of your employment related to your claim:
    _Desde el 12 de julio de 1974 hasta el 1 de julio de 2004_

    3(c). Last four digits of your social security number: _4135_

3(d). What is the nature of your employment claims (select all applicable):
    ☐ Pension
    ■ Unpaid Wages
    ☐ Sick Days
    ☐ Union Grievance
    ☐ Vacation
    ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).
    Ley 89-1979 y Ley 89-1995

4. Legal Action  Does your claim relate to a pending or closed legal action?

    ■ No
    ☐ Yes

4(a). Identify the department or agency that is a party to the action.
    D/A

4(b). Identify the name and address of the court or agency where the action is pending:
    D/A

4(c). Case number: D/A

4(d). Title, Caption, or Name of Case: D/A

4(e). Status of the case (pending, on appeal, or concluded): D/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)
    If yes, what is the date and amount of the judgment? D/A

Document Page 3 of 6

RECLAMANTE: Lucia Torres Delgado

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: _____

Numero de celular: 787-391-3571

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 12 de Julio de 1979 hasta el 1 de Julio de 2004 como Representante 3

de la Puerto Rico Telephone Company - ELA.

1. Ley 89 - Julio 1979 - Ret. Unif     $24,000.00
2. Ley 89 – julio 1995 – ROMERAZO   CANTIDAD $ 4,800.00
                                    Total: $28,800.00

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Lucia Torres Delgado
Nombre en letra de molde

[signature]
Firma y fecha

RECLAMANTE _Lucia Torres Delgado_

DIRECCIÓN _Urb. Ext. Santa Teresita_
_3834 Calle Santa Alodia_
_Ponce, Puerto Rico_
_00730-4618_

Numero Reclamación _____

Fecha de presentación (envío) _27 de agosto de 2020_

Deudor <u>Commonwealth of Puerto Rico</u>

Por este medio incluyo con mi reclamación presentada el _27_ de _Agosto_ de _2020_ lo siguiente:

1. Evidencia de trabajo de Puerto Rico Telephone Company en Ponce, Puerto Rico – ELA, como _Representante 3_ desde el _12_ de _Julio_ de _1974_ hasta el _1_ de _Julio_ de _2004_ (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ _28,800.00_.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

_Lucia Torres Delgado_
Nombre en letra de molde

_Lucia Torres Delgado_
Firma y fecha

# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre _Lucia Torres Delgado_

Dirección Postal _Urb. Ext. Santa Teresita_
_3834 Calle Santa Aludia_
_Ponce, Puerto Rico 00730-4618_

Teléfono de contacto res. _—_  cel. _787-391-3571_

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:
   _Ley 89 - Retrib Unif   Julio 1979_
   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
            Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

_Ley 89 Retrib. Unif.   Julio 1979_
Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el __12__ de __Julio__ de __1974__ hasta el __1__ de __Julio__ de __2004__. Culmine mi laborar como __Representante 3__ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo.~~

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Lucia Torres Delgado_
Nombre en letra de molde

_Lucia Torres Delgado_
Firma