Lucia Torres Delgado
Urb. Ext. Santa Teresita
3834 Calle Santa Alodia
Ponce, Puerto Rico
00730-4618



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767