Proof of Claim: &lt;CLAIM NUMBER&gt; _16727_

Claimant: &gt;CLAIMANT NAME&lt; _María Del Pilar Torres Rivera_

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide <u>more</u> information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ■ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

    _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
_Departamento de Corrección y Departamento WIC ELA, PR_

3(b). Identify the dates of your employment related to your claim:
_Corrección desde 3 de Noviembre 2003 hasta 28 de Mayo 2010_
_WIC desde enero 2011 hasta el presente_

3(c). Last four digits of your social security number: _9678_

3(d). What is the nature of your employment claims (select all applicable):
    ☐ Pension
    ☒ Unpaid Wages
    ☐ Sick Days
    ☐ Union Grievance
    ☐ Vacation
    ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).
    _Ley 164- 2004 y Ley 109 - 2008_

4. **Legal Action** Does your claim relate to a pending or closed legal action?

    ☒ No
    ☐ Yes

4(a). Identify the department or agency that is a party to the action.
_D/A_

4(b). Identify the name and address of the court or agency where the action is pending:
_D/A_

4(c). Case number: _D/A_

4(d). Title, Caption, or Name of Case: _D/A_

4(e). Status of the case (pending, on appeal, or concluded): _D/A_

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

    If yes, what is the date and amount of the judgment? _D/A_

RECLAMANTE: Maria Del Pilar Torres Rivera

NUMERO DE PROCEDIMIENTO <u>17 BK 3283 - LTS</u>

NUMERO DE RECLAMACION: <u>167271</u>

Numero de celular: 787-466-1675

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el <u>3</u> de <u>Noviembre</u> de <u>2003</u> hasta el <u>28</u> de <u>Mayo</u> de <u>presente</u> de
Corrección = 3 Noviembre 2003    28 Mayo
WIC 2010         Auxiliar de Contabilidad
como <u>Oficinista</u>
Departamento de Corrección
Dept WIC
de ~~la Puerto Rico Telephone Company~~ ELA.
Ley 164 julio 2004 y Ley 109 Junio 2003

1. ~~Ley 89 julio 1995~~ ROMERAZO    CANTIDAD $ <u>9,600.00</u>

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

<u>Maria Del Pilar Torres Rivera</u>
Nombre en letra de molde

<u>Maria del Pilar Torres Rivera</u>   8-27-20
Firma y fecha

RECLAMANTE  María Del Pilar Torres Rivera

DIRECCIÓN  P.O. Box 75
Mercedita, Puerto Rico
00715

Numero Reclamación  167271

Fecha de presentación (envío)  25 de agosto de 2020

Deudor  Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el  25  de  agosto  de  2020  lo siguiente: Departamento de Corrección y Departamento WIC

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce,~~ Puerto Rico – ELA, como  Auxiliar de Contabilidad y Oficinista  desde el  3  de  Noviembre / enero  de  2003 / 2010  hasta el  28  de  Mayo / presente  de _____. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 9,600.00

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

María Del Pilar Torres Rivera
Nombre en letra de molde

María del Pilar Tor Riva  8-27-20
Firma y fecha

# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre *María Del Pilar Torres Rivera*

Dirección Postal *P.O. Box 75, Mercedita, Puerto Rico 00715*

Teléfono de contacto res. ____—____ cel. *787-466-1675*

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
       Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. **El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:**

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company, Ponce,~~ Puerto Rico desde el __3__ de __Noviembre__ de __2003__ hasta el __28__ de __Mayo / presente__ de __2010__. Culmine mi laborar como _Auxiliar de Contabilidad en Departamento de Comission y Oficinista Dept. WIC_ ~~en Puerto Rico Telephone Company, Ponce~~, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_María Del Pilar Torres Rivera_
Nombre en letra de molde

_María del Pilar Torr Rivera_  8-27-20
Firma