> **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Torres Rivera, Maria Del Pilar | 167271 | 6/30/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> **SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Torres Rivera, Maria Del Pilar | 167271 | 6/30/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000291

# Administración de Corrección



**Luis G. Fortuño**
Gobernador

**Agustín Montañez Allman**
Secretario Auxiliar Administración y Gerencia

27 de abril de 2009

A: TORRES RIVERA, MARIA DEL P.

## CERTIFICACIÓN DE FECHA DE ANTIGÜEDAD EN LA AGENCIA

Surge de los récords de esta Agencia que *TORRES RIVERA, MARIA DEL P.* cuyo número de empleado es \*\*\* - \*\* - 5847 y que ocupa el puesto *Auxiliar Contabilidad I* tiene una fecha de ingreso al servicio público de *11/3/2003* con una antigüedad total de 5 años 0 meses 0 días (la antigüedad total será la suma de todos los períodos trabajados en el servicio público según lo establecido en la Ley Núm. 7 de 9 de marzo de 2009 y la Carta Circular 2009-02 emitida por la Junta de Reestructuración y Estabilización Fiscal el 3 de abril de 2009)

En la eventualidad de que usted no esté de acuerdo con la antigüedad certificada, tiene derecho a presentar en la Oficina de Recursos Humanos de la Agencia un Formulario de Impugnación de Fecha de Antigüedad Notificada mediante la cual acompañará aquella evidencia documental oficial emitida por la autoridad o entidad gubernamental competente ("evidencia documental fehaciente") que sostenga su posición. Asimismo, tendrá derecho a exponer y fundamentar en dicho Formulario su versión en torno a la antigüedad alegada.

El término para que someta el Formulario de Impugnación de Fecha de Antigüedad y la evidencia documental oficial es de treinta (30) días calendario, a partir de la notificación de la presente. La fecha de notificación es la de la entrega, o de la fecha de envío por correo certificado con acuse de recibo de esta Certificación, según sea el caso.

De no presentar evidencia documental fehaciente, o no refutar dentro del término de treinta (30) días, la antigüedad aquí notificada, ésta será concluyente.

En caso de que presente, dentro del término de treinta (30) días el Formulario con evidencia fehaciente que controvierta la antigüedad notificada, la Agencia no tomará determinación final sobre la antigüedad sin antes darle oportunidad de tener una vista previa.

Atentamente,

*[firma]*
Agustín Montañez Allman
Secretario Auxiliar Administración y Gerencia

*Recibí original la certificación de la fecha de antigüedad de la agencia; hago constar que el tiempo exacto es de 5 años, 6 meses y 4 días.*

*Maria del P. Torres Riv.*
*5/7/09*

Estado Libre Asociado de Puerto Rico



Administración de Corrección

22 de abril de 2010

**POR CORREO CERTIFICADO
CON ACUSE DE RECIBO**

AC1070
MARIA DEL P. TORRES RIVERA
PO BOX 75
MERCEDITA   PR   00715-0075

Estimado(a) **MARIA DEL P. TORRES RIVERA** :

Se le notifica que de conformidad con el Plan de Cesantías dispuesto en el Capítulo III de la Ley Núm. 7 de 9 de marzo de 2009, según enmendada, conocida como *"Ley Especial Declarando Emergencia Fiscal y Estableciendo Plan Integral de Estabilización Fiscal para Salvar el Crédito de Puerto Rico"* (en adelante, Ley Núm. 7), usted quedará cesante del puesto clasificado como **Auxiliar de Contabilidad I** efectivo el **28 de mayo de 2010**.

Nuestra Oficina de Recursos Humanos tramitará la liquidación que le corresponda de sus balances de licencias de vacaciones, enfermedad y tiempo extraordinario acumulado, sujeto al cumplimiento con el procedimiento establecido, el cual incluirá la entrega de cualquier propiedad asignada y verificación negativa de deuda en el gobierno, entre otros. Podrá además solicitar aquellos beneficios de retiro dispuesto por la ley que regula su retiro, su reglamento y/o el plan correspondiente. Usted será además, elegible para recibir:

- ✓ El pago de la prima de cobertura médica del plan médico provisto por Triple-S Salud por un término ininterrumpido de seis (6) meses o hasta que usted sea elegible para cobertura de seguro de salud en otro empleo, lo que ocurra primero. Los términos y condiciones del referido Plan se aneja a esta comunicación. Deberá solicitar el formulario de inscripción en nuestro Departamento de Recursos Humanos y devolverlo una vez completado;

- ✓ Acogerse a una de las opciones contenidas en el Programa de Alternativas para Empleados Públicos, según definido en la Ley Núm. 7;

- ✓ Usted estará incluido en un registro de reingreso y contratación de empleados cesanteados por un término de un (1) año, a partir de la fecha de su cesantía.

De usted no estar de acuerdo con esta determinación de cesantía, tendrá derecho a solicitar revisión de la misma, por sí mismo o a través de UNECADC, ante la Comisión de Relaciones del Trabajo del Servicio Público dentro del término de treinta (30) días calendario a partir de la fecha del envío de esta notificación por correo certificado con acuse de recibo.

Para información sobre los beneficios del Programa de Alternativas para Empleados Públicos bajo la Ley Núm. 7, favor de llamar al 1-800-981-9108.

Le agradecemos los servicios prestados.

Atentamente,

*[firma]*

Carlos M. Molina Rodríguez
Secretario

c. **UNECADC** mediante entrega a la mano o correo certificado con acuse de recibo.



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
Departamento de Salud

29 de diciembre de 2016

**TORRES RIVERA, MARIA DEL P**
**Oficinista I**
**Programa WIC**
**PONCE**

Hermes Rivera Polanco
Secretario Auxiliar
de Recursos Humanos
y Relaciones Laborales

**NOTIFICACION NOMBRAMIENTO REGULAR**

La Ley Número 89-2016, conocida como "Ley de Empleo Temporal en el Servicio Público", aprobada el 25 de julio de 2016, concede el derecho a todo empleado transitorio de una agencia, que no sea corporación pública, a que se le cambie su estatus de transitorio a regular del Servicio de Carrera, si concurren con los requisitos establecidos en sus Artículos 9 y 11.

Conforme lo antes expuesto, la Oficina de Gerencia y Presupuesto (OGP), certifico que el Programa Especial de Nutrición Suplementaria para Mujeres Embarazadas, Lactantes Post-parto, Infantes y Niños, con sus siglas en inglés (WIC) cuenta con los Fondos recurrentes para asumir esta responsabilidad.

El puesto que usted ocupa pertenece a la unidad apropiada, es por eso que se le descontará $17.33 dólares mensuales por concepto de pago de cuota a la Unión de Trabajadores de la Salud (UGT), quien será su representante exclusivo.

Habiendo cumplido con todos los requisitos establecidos, mantendrá el mismo salario y los mismos beneficios marginales.

Esperamos continúe demostrando en todas sus funciones relacionadas a su cargo el mismo espíritu de servicio que hasta la fecha.

Éxitos.



OFICINA DE RECURSOS HUMANOS Y RELACIONES LABORALES
PO BOX 70184, SAN JUAN, PUERTO RICO 00936-8184 WWW.SALUD.GOV.PR, (787)765-2929



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Departamento de Salud

DSP-15

## Estado Libre Asociado de Puerto Rico
### Departamento de Salud
PO Box 70184 San Juan, Puerto Rico 00936-8184 – www.salud.gov.pr

### INFORME DE CAMBIO DE ESTATUS TRANSITORIO A REGULAR EN EL SERVICIO DE CARRERA POR LA LEY NÚM. 89-2016

| Nombre del Empleado(a) | MARIA DEL P. TORRES RIVERA | |
|---|---|---|
| Número de Seguro Social | 9678 | |
| Nombre de Agencia | DEPARTAMENTO DE SALUD | |
| Número de Cambio | P-466 B | |
| Fecha de Nombramiento de Empleo Transitorio | 29 DE AGOSTO DE 2012 | |
| Fecha de Efectividad de Cambio de Estatus | 25 DE JULIO DE 2016 | |
| Cifra de Cuenta | 2720710000-081-2016-162016W1003 | |
| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
| | Puesto Núm. WIC-750 07171759 | Puesto Núm. 7-02051 07101655 |
| Área u Oficina | PROGRAMA WIC | |
| Ubicación Geográfica del Puesto | PONCE | |
| Título de Clasificación del Puesto | OFICINISTA I | |
| Estatus | TRANSITORIO | REGULAR |
| Sueldo Mensual | $1,339.00 | $1,339.00 |
| Diferencial | 0.00 | 0.00 |

Consideradas y acatadas las disposiciones del Artículo 9 de la Ley Núm. 89-2016 y el Reglamento emitidos por la Oficina de Capacitación y Asesoramiento en Asuntos Laborales y Administración de Recursos Humanos, **CERTIFICO** que el precitado empleado cumple con todos los requisitos necesarios para el cambio de estatus transitorio al servicio de carrera.

| Nombre del Director(a) de Recursos Humanos | HERMES RIVERA POLANCO |
|---|---|
| Firma de Director(a) de Recursos Humanos | |
| Fecha 14 DEC 2016 | |

| Nombre de Autoridad Nominadora | ANA C. RIUS ARMENDARIZ, MD |
|---|---|
| Firma de Autoridad Nominadora | |
| Fecha 14 DEC 2016 | |

APROBADO
SECCION DE NOMBRAMIENTOS Y CAMBIOS
DEC 14 2016
OFICINA DE RECURSOS HUMANOS
DEPARTAMENTO DE SALUD