Maria Del Pilar Torres Rivera
P.O Box 75
Mercedita, Puerto Rico
00715



Clerk's office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767