August 31, 2020

RECEIVED & FILED
2020 SEP -1 AM 10: 49
CLERK'S OFFICE
SAN JUAN

To whom it may concern,

In relation to (i) NOTICE OF THE TWO HUNDRED AND TWENTY-EIGHTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN PRASA BONDS AND HTA BRIDGE BONDS, No. 17 BK 3283-LTS, PROMESA Title III, In Re: The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico; (ii) NOTICE OF THE TWO HUNDRED TWENTY-SEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO GDB BONDHOLDER CLAIMSFOR WHICH THE COMMONWEALTHIS NOT LIABLE, No. 17 BK 3283-LTS, PROMESA Title III, In Re: The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico; and (iii) NOTICE OF THE TWO HUNDRED TWENTY-FIFTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE BOND CLAIMS, No. 17 BK 3283-LTS, PROMESA Title III, In Re: The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico, by this mean I will like to communicate that I disagree with the amount stated in Exhibits A attached herein of the above mentioned Notices, under my name, Eugenio Chinea Bonilla, claim #12827. The Commonwealth of Puerto Rico should be fully liable for the amount stated in my claim #12827 and pay such amount as fully detailed and specified in Exhibit 1 attached herein.

Cordially,

Eugenio Chinea Bonilla
Urb. Pinero
Calle Alhambra 109
San Juan, PR 00917
(787) 586-7650