Exhibit 1

## PR Electric Power Authority

| | | | |
|---|---|---|---|
| Security Identifier | -5.40% | | |
| | adjusted cost basis | $ | 53,975.58 |
| | | | 45,504.20 |
| | | | 55,598.99 |
| | | | 10,119.53 |
| | | $ | 165,198.30 |
| Security Identifier | - 6.125% | | |
| | Original Cost Basis | $ | 40,509.88 |
| | | | 23,772.27 |
| | | $ | 64,282.15 |
| **Total Electric Power** | | $ | **229,480.45** |

Per HJ SIMS statement as of July 2017 pages 14, 15 & 17 / Acct. Q36-009605

## PR Highways and Transportation Authority

| | | | |
|---|---|---|---|
| Security Identifier | - 0% | | |
| Closing Balance (cb not provided) | | $ | 13,179.75 |
| SUBTOTAL | | $ | 13,179.75 |

Per HJ SIMS statement May, 2017 page 4 Acct. Q36-011742

CUSIP: 745185BF4 - 5.55%18

| | | | |
|---|---|---|---|
| | adjusted cost basis | $ | 15,042.69 |
| | | | 15,402.69 |
| | mktv (cb not provided) | | 10,000.00 |
| | SUBTOTAL | $ | 40,445.38 |

Per Charles Schwab May2017 page 5 and page 13 Acct. 4043-0565

| | | | |
|---|---|---|---|
| Security Identifier 7 | -5.85% | | |
| | Original Cost Basis | $ | 14,936.26 |
| Security Identifier | - 5.0% | | |
| | Original Cost Basis | $ | 29,972.00 |
| | SUBTOTAL | $ | 44,908.26 |
| **Total Highways and Transp.** | | $ | **98,533.39** |

Per HJ SIMS stament May 2017 page 12 and 13 Acct. Q36-009605

## Employees Retirement System of the Gov of PR

CUSIP: 29216MAF7 - 5.85%

| | | | |
|---|---|---|---|
| | adj cost basis | $ | 30,000.40 |
| | subTotal | $ | 30,000.40 |

Per Charles Schwab statement May 2017 page 7 Acct. 4043-0565

| | | | |
|---|---|---|---|
| Security Identifier | -5.85% | | |
| | adj cost basis | $ | 15,000.32 |

| | | |
|---|---|---:|
| **Total Empl. Retirem.** | $ | **45,000.72** |

Per HJ SIMS statement May 2017 page 10 Acct. Q36-009605

## PR Sales Tax Financing Corp (COFINA)

| | | |
|---|---|---:|
| Security Identifier | | |
| adj cost basis | $ | 30,478.72 |
| Security Identifier | | |
| adj cost basis | | 18,381.00 |
| Security Identifier | | |
| adj cost basis | | 64,857.42 |
| Security Identifier | | |
| adj cost basis | | 54,786.83 |
| SUBTOTAL | $ | 168,503.97 |

Per HJ SIMS statement May2017 page 14, 15 and 16 Acct. Q36-009605

| | | |
|---|---|---:|
| CUSIP: 74529JNL5 - 6.05%29 | $ | 5,135.76 |
| CUSIP: 74529JGR0 | | 21,406.08 |
| SUBTOTAL | $ | 26,541.84 |

PER Charles Schwab Statement May 2017 page 12 / Acct. 4043-0565

| | | |
|---|---|---:|
| Security Identifier | | |
| mkt value(cb not provided) | $ | 10,052.00 |
| Security Identifier 74529JGQ2 | | |
| adj cost basis | | 64,890.30 |
| | | 6,515.13 |
| SUBTOTAL | $ | 81,457.43 |
| **Total COFINA** | $ | **276,503.24** |

Per HJ SIMS statement May 2017 page 5 and 6 / Acct. Q36-011742

## Commonwealth of PR

| | | |
|---|---|---:|
| Security Identifier | | |
| adj cost basis | $ | 14,144.84 |

Per HJ SIMS stamenet May 2017 page 4 / Acct# Q36-011742

| | | |
|---|---|---:|
| Security Identifier ........ - 3.875% | | |
| adj cost basis | $ | 76,408.25 |

| | | |
|---|---|---:|
| security identifier | - 4.350% | |
| adj cost basis | | 55,379.82 |
| | | 25,173.67 |
| security identifier | -4.150% | |
| adj cost basis | | 15,000.33 |
| | | 75,001.67 |
| security identifier | - 5.500% | |
| adj cost basis | | 35,002.00 |
| security identifier | - 4.35% | |
| adj cost basis | | 100,002.00 |
| security identifier | ) - 5.0% | |
| adj cost basis | | 15,512.20 |
| security identifier | - 4.750% | |
| adj cost basis | | 14,830.40 |
| security identifier | 5.70% | |
| adj original cost basis | | 44,833.25 |
| | | 71,752.00 |
| security identifier | - 5.0% | |
| adj cost basis | | 45,677.00 |
| security identifier | - 5.20% | |
| adj cost basis | | 25,041.33 |
| security identifier | - 5.75% | |
| adj cost basis | | 10,002.00 |
| security identifier | -5% | |
| adj cost basis | | 49,966.78 |
| security identifier | -5.10% | |
| adj cost cost basis | | 45,002.00 |
| SUB TOTAL | | $ 704,584.70 |

Per HJ SIMS May 2017 pages 8,9,10,11,12 and 13 / acct. Q36-003605

| | |
|---|---:|
| CUSIP: 745177ET8 - 5.4% 19 | |
| adj cost basis | |
| | 29,000.00 |
| | 15,036.19 |
| CUSISP: 745291VD3 -4.15% 19 | |
| adj cost basis | 20,001.87 |
| mkt value | 38,500.00 |
| CUSIP 745177EN1 - 5.5% 20 | |
| adj cost basis | 20,000.00 |
| | 100,001.78 |
| | 10,031.96 |
| | 9,999.50 |
| | 17,605.25 |
| | 9,705.25 |

|  |  |
|---|---|
|  | 18,798.63 |
|  | 30,000.40 |
| CUSIP: 745177FD2 - 4.9% 21 |  |
| adj cost basis | 3,500.00 |
|  | 9,705.25 |
|  |  |
| cusip: 745160PP0 -5.8% 23 |  |
| adj cost basis | 10,005.25 |
|  |  |
| cusip 745160QD6 - 5.8%23 |  |
| adj cost basis | 14,335.00 |
|  |  |
| cusisp 745177FF7 - 5% 23 |  |
| adj cost basis | 9,955.25 |
|  |  |
| cusip 74514LSU2 - 5.9% 28 |  |
| adj cost basis | 20,761.62 |
|  |  |
| cusip 745211LJ9 - 5.2%28 |  |
| adj cost basis | 20,105.20 |
|  |  |
| cusip 745160QF1 - 6.1%34 |  |
| adj cost basis | 25,161.97 |
|  | $ 432,210.37 |
| **TOTAL COMMONWEALTH OF PR** | $ 1,150,939.91 |

Per Charles Schwab stament May 2017 pages 6, 7,8,11 and 12 Acct #4043-0565


**TOTAL PR BONDS -**           $ 1,800,457.71

**PROOF OF CLAIM FOR**
**EUGENIO CHINEA BONILLA**
**URB. PINERO**
**CALLE ALHAMBRA 109**
**SAN JUAN, PR 00969**

787-586-7650
marilynchinea@gmail.com

## Ducentésima Vigésima Quinta Objeción Global
### Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | ANDREW P. DAVIS & JESSICA G. DAVIS, TRUSTEES V/A8/18/15: ANDREW P. DAVIS2015 GRAT 1<br>333 WEST END AVE (#4B)<br>NEW YORK, NY 10023 | 3046^ | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* |
| | | | | No Garantizada | $160,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $95,000.00* |
| | | | | Subtotal | $160,000.00* | | Subtotal | $95,000.00* |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Cuarta Objeción Global

| 2 | CAMARA WEINRICH, EUGENE<br>URB BUENA VISTA ALOIA ST #1433<br>PONCE, PR 00717 | 11330^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $530,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $150,000.00 |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Asimismo, el reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por el ERS, que es un duplicado de la evidencia de reclamo maestra presentada por el fideicomisario de esos bonos, en el caso del Estado Libre Asociado. El reclamante también invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por e fideicomisario de estos bonos, en el caso del Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Sexta Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global

| 3 | CHINEA BONILA, EUGENIO<br>URB. PINERO<br>CALLE ALHAMBRA #109<br>SAN JUAN, PR 00917-3129 | 12827^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,150,939.91 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $683,841.27 |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamante también invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamante también invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Distrito del Centro de Convenciones de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamante también pretende invocar una obligación asociada a uno o más bonos emitidos por la Universidad de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Asimismo, el reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado.

^ El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Séptima Objeción Global
El reclamo también aparece en el "Anexo A: Titulares de bonos sin responsabilidad" de la Ducentésima Vigésima Octava Objeción Global

* Indica que la reclamación contiene montos por liquidar o indeterminados

Two Hundred and Twenty-Seventh Omnibus Objection
Exhibit A - Bondholder No Liability

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | CHINEA BONILA, EUGENIO<br>URB. PINERO<br>CALLE ALHAMBRA #109<br>SAN JUAN, PR 00917-3129 | 12827^ | Commonwealth of Puerto Rico | Unsecured | $683,841.27 | Commonwealth of Puerto Rico | Unsecured | $198,536.07 |

Reason: Claimant asserts liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| 2 | CINTRON VILLARONGA, JOSE R<br>605 CONDADO, STE 602<br>SANTURCE, PR 00907 | 121884^ | Commonwealth of Puerto Rico | Unsecured | $90,000.00 | Commonwealth of Puerto Rico | Unsecured | $45,000.00 |

Reason: Claimant asserts liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| 3 | ESTATE OF CARLOS A. QUILICHINI ROIG<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 23840^ | Commonwealth of Puerto Rico | Secured | $212,934.75 | Commonwealth of Puerto Rico | Secured | $20,000.00 |

Reason: Claimant asserts liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Fourth Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection

| 4 | NOVO PORTO LLC<br>342 CALLE SAN LUIS, STE 201<br>SAN JUAN, PR 00920 | 1992^ | Commonwealth of Puerto Rico | Unsecured | $35,000.00 | Commonwealth of Puerto Rico | Unsecured | $25,000.00 |

Reason: Claimant asserts liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Fourth Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection

Two Hundred and Twenty-Eighth Omnibus Objection
Exhibit A - Bondholder No Liability

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 6 | CHINEA BONILA, EUGENIO<br>URB. PINERO<br>CALLE ALHAMBRA #109<br>SAN JUAN, PR 00917-3129 | 12827^ | Commonwealth of Puerto Rico | Unsecured | $198,536.07 | Commonwealth of Puerto Rico | Unsecured | $152,859.07 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Seventh Omnibus Objection

| 7 | CINTRON VILLARONGA, JOSE R<br>605 CONDADO, STE 602<br>SANTURCE, PR 00907 | 121884^ | Commonwealth of Puerto Rico | Unsecured | $45,000.00 | Commonwealth of Puerto Rico | Unsecured | $40,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Seventh Omnibus Objection

| 8 | DHEIN, IRENE A<br>940 POLK LANE<br>CLEVELAND, WI 53015 | 5850^ | Commonwealth of Puerto Rico | Unsecured | $46,012.90 | Commonwealth of Puerto Rico | Unsecured | $36,012.90 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection

| 9 | DSP PROPERTIES PARTNERSHIP<br>6345 SMITH RD<br>BELLVILLE, TX 77418-8304 | 6545 | Commonwealth of Puerto Rico | Unsecured | $26,334.13 | Commonwealth of Puerto Rico | Unsecured | $21,074.95 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth.

| 10 | EDELSTEIN, HANNA<br>9425 CLUBLANDS DRIVE<br>JOHNS CREEK, GA 30022 | 3667^ | Commonwealth of Puerto Rico | Unsecured | $19,954.00* | Commonwealth of Puerto Rico | Unsecured | $18,579.00* |
| | | | Puerto Rico Electric Power Authority | Unsecured | $25,016.00* | Puerto Rico Electric Power Authority | Unsecured | $25,016.00* |
| | | | | Subtotal | $44,970.00* | | Subtotal | $43,595.00* |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Incorrect Debtor Bond Claims" of the Two Hundred and Twenty-Third Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Sixth Omnibus Objection

* Indicates claim contains unliquidated and/or undetermined amounts