Eugenio Chinea
Urb. Piñero
Calle Alhambra 109
San Juan, PR 00917

RECEIVED & FILED
2020 SEP -1 AM 10: 49
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767