# REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre: Amarilis Alicea Donato

Dirección Postal: Urb. Castellana Gardens
Calle Gerona Q-3
Carolina Puerto Rico 00983

Teléfono de contacto res. 787-946-3560 cel. 787-955-1980

**II. Epígrafe**

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

**III.** El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Roselló – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el __18__ de __Octubre__ de __1995__ hasta el _____ de __Presente__ de _____. Culmine mi laborar como _____ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Amarilis Alicea_
Nombre en letra de molde

_Amarilis Alicea_
Firma

RECLAMANTE: Amarilis Alicea Donato

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 49762

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 18 de Octubre de 1995 hasta el ___ de Presente de _____ como Oficinista del centro de Despacho (026) Servicios Corporativos de la Puerto Rico Telephone Company - ELA.

1. Ley 89 – julio 1995 – ROMERAZO    CANTIDAD $ 4,800.00

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Amarilis Alicea
Nombre en letra de molde

Amarilis Alicea
Firma y fecha

Proof of Claim: <CLAIM NUMBER> 49.762
Claimant: >CLAIMANT NAME< Amarilis Alicea Donato

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide more information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**Questionnaire**

1. What is the basis of your claim?

    ☐ A pending or closed legal actions with or against the Puerto Rico government

    ☒ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

2. What is the amount of your claim (how much money do you claim to be owed):

    $4,800.00

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ☒ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:

Puerto Rico telephone Company

3(b). Identify the dates of your employment related to your claim:

18 Octubre 1995 al 18 Octubre 1999

3(c). Last four digits of your social security number: __6382__

3(d). What is the nature of your employment claims (select all applicable):
    ☐ Pension
    ☒ Unpaid Wages
    ☐ Sick Days
    ☐ Union Grievance
    ☐ Vacation
    ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).
    _____

4. Legal Action Does your claim relate to a pending or closed legal action?
    ☒ No
    ☐ Yes

4(a). Identify the department or agency that is a party to the action.
__Tribunal de Distrito de los Estados Unidos__

4(b). Identify the name and address of the court or agency where the action is pending:
_____

4(c). Case number: __49762__

4(d). Title, Caption, or Name of Case: __Romerazo__

4(e). Status of the case (pending, on appeal, or concluded):
__Pending__

4(f). Do you have an unpaid judgment? Yes /(No)/ (Circle one)

    If yes, what is the date and amount of the judgment?
    _____

RECLAMANTE: Amarilis Alicea Donato
DIRECCION: Urb. Castellana Gardens
Calle Gerona D-3
Carolina P.R. 00983

Numero Reclamación: 49762

Fecha de presentación (envío): Agosto 31, 2020

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el 31 de Agosto de 2020 lo siguiente:

1. Evidencia de trabajo de Puerto Rico Telephone Company en Ponce, Puerto Rico – ELA, como Oficinista Centro de Despacho desde el 18 de Octubre de 1995 hasta el ___ de Presente de _____. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 4,800.00

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Amarilis Alicea
Nombre en letra de molde

Amarilis Alicea
Firma y fecha



PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

**AMARILIS ALICEA DONATO**
XXX-XX-6382

Para el empleado de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 10/18/1995.

- Al presente trabaja como empleado regular activo.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a viernes, 31 de julio de 2020.

_____
Víctor Morales Santos
Oficial de Compensación
Compensación y Récords