Amarilis Alicea
C/ Gerona Q·3
Castellana Gardens
Carolina P.R. 00983

Secretaria
Tribunal de Distrito de los Estado Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767



EXPECTED DELIVERY DAY: 09/01/20

USPS TRACKING® NUMBER

9505 5111 7497 0244 2674 61

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

2020 SEP -1   PM 5: 24

RECEIVED

This packaging is the property of the U.S. Postal Service  and is provided solely for use in sending Priority Mail  shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14W © U.S. Postal Service; Sept 2014; All rights reserved.

W Sept 2014
2.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



**UNITED STATES POSTAL SERVICE®**