August 25, 2020



Secretaría Tribunal de Distrito de EU,

A quien pueda interesar:

Se incluye información de las profesoras, Aida M. Robles Machado y María M. Robles Machado relacionadas con la Ley Promesa, Título III: Reclamación del 28 de junio de 2018, Certificaciones del Sistema de Retiro para Maestros e Informes de Cambio del Personal Docente del Departamento de Educación de Puerto Rico.

| **Aida M. Robles Machado** | **María M. Robles Machado** |
|---|---|
| <ul><li>Case number: 1703283</li><li>Claim number: 123602</li><li>Date claim: June 28, 2018</li><li>Last 4 number of SS: 6919</li><li>Celular number: 787-366-5124</li><li>Claim amount: $1,745.00 monthly, for life.</li></ul><br><br>BY:<br>Profesora, Aida M. Robles Machado | <ul><li>Case Number: 170328</li><li>Claim Number: 161640</li><li>Date Claim: July 25, 2018</li><li>Last 4 number of SS: 8670</li><li>Cellular number: 787-382-5131<br>  787- 366-5124</li><li>Basic of Claim<br>7. Current or former employment with the Government of Puerto Rico.<br>8. Claim Amount: $1,204.74 monthly, for life.<br>9. Pension Date: May 31, 1997.<br>3a. Specific Agency: Department of Education of Puerto Rico. Teacher in different elementary schools. Science Coordinator in Scholar Manatí District of P.R<br>3b. Dates of employment related to claim: September, 1965 to December, 1997<br>3c. Last 4 number of SS: 8670.<br>3d. Nature Employment Claims: Pension<br>3d. Pending of Legal Action: No</li></ul> |

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Maria M. Robles Machado**, con número de seguro social que termina en **8670**_____

_____

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 31 de mayo de 1997 |
| Tiempo Cotizado para la Pensión | 31 años, 5 meses |
| Pensión Mensual Inicial | $1,070.39 |
| Pensión Mensual Actual | $1,204.74 |

Esta certificación se expide hoy, **8 de julio de 2020** en **San Juan, Puerto Rico**.

*Cynthia Sanjurjo Santos*
Supervisora
Centro de Contacto

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



Sistema de Retiro para Maestros
Gobierno de Puerto Rico

( 787.777.1414   ✉ 787.764.6910   www.srm.pr.gov

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

## INFORME DE CAMBIO - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | Robles Machado, María M. | JUNTA DE RETIRO PARA MAESTROS Y ASOCIACION EMPLEADOS |
| 2 Núm. Seg. Social | | |
| 3 Sexo | F | |
| 4 Estado Civil | Casada | |
| 5 Prep. Académica | B.A. (15) | |
| 6 Experiencia | 32 años | |
| 7 Status Empleado (Contrato) | Permanente (01) | |
| 8 Sueldo Bruto | $1,800.00 | |
| 9 Núm. de la Plaza | R-05073 | |
| 10 Categoría de la Plaza | Elemental (9971) | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | Estatal 09-001 | |
| 13 Cifra Cuenta | 97-111-081-00-045-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-01-000045-0000 | |
| 14 Fecha de Efectividad | 30 de mayo de 1997 (a última hora laborable) | |
| 15 Acción y Duración | Cese | |
| 16 Causa del Cese | Jubilación por años de servicio | |
| 17 Ultimo Día Trabajo | 30 de mayo de 1997 | |
| 18 Ultimo Día de Pago | 5 diciembre de 1997 8:20 a.m. | |
| 19 Programa Escolar | | |
| 20 Turno en Registro | | |
| 21 Distrito Escolar | Manatí (045) | |

ESC. JOSE DE DIEGO

**LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA**

| 22 Desde Esc. de la Comunidad José de Diego | 23 Hasta |
|---|---|
| 24 Observaciones (Antes del Cambio) Se incluye carta de renuncia, aceptación de la misma, cómputo de paga, certificación del CRIM y Hacienda (deuda) | 25 Observaciones (Después del Cambio) Se ascoge a los beneficios de la ley 37 del 25 mayo/72. Pago global de 40 dias vac. reg. del 2 junio al 25 julio/97 Enf. 89 dias 20 min. del 1 agosto al |

26 _____ Fecha
Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso

27 Deseo: 5 diciembre /97 a las 8:20 a.m.
☐ Acogerme   ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

**CANCELA PAGO VAC. ENVIADO A NOMINAS**

Firma del Empleado         Fecha

28 Recomendado *Emma Ortiz Negrón* 5/30/97
Superintendente de Escuelas   Fecha
Emma Ortiz Negrón, Directora Esc. de la Comunidad

29 Recomendado
Superintendente de Escuelas   Fecha
CRIM y Hacienda incluido

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

From:
Aida M. Robles-Machado
1484, Ave. Roosevelt - Apt. 1106
San Juan, Puerto Rico, 00920-2723

USPS CERTIFIED MAIL
7020 0090 0001 1943 4891

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
AUG 26, 20
AMOUNT
$4.95
R2303S101896-34

To:
Secretaría Tribunal de Distrito de E.U.
150, Ave. Carlos Chardón
Room 150, Federal Building
San Juan, P.R. 00918-1767

RECEIVED
2020 AUG 28 PM 4:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.