# **EXHIBIT 6**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE LA VIVIENDA

4415

# PROCEDIMIENTO PARA ESTABLECER UN SISTEMA DE PRONTO PAGO EN EL DEPARTAMENTO DE LA VIVIENDA

\*\*\* I N D I C E \*\*\*

|       |                               | PAGINA |
|-------|-------------------------------|--------|
| I.    | BASE LEGAL                    | 1      |
| II.   | PROPOSITO                     | 1      |
| III.  | ALCANCE                       | 1      |
| IV.   | DEFINICIONES                  | 1      |
| V.    | RESPONSABILIDADES             | 2      |
| VI.   | DISPOSICIONES GENERALES       | 4      |
| VII.  | PROCEDIMIENTO                 | 6      |
| VIII. | ADJUDICACION DE CONTROVERSIAS | 11     |
| IX.   | FECHA DE EFECTIVIDAD          | 11     |

Núm. 4415
Fecha: 15 de mayo de 1991 11:15 a.m.

Aprobado: Antonio J. Colorado
Secretario de Estado

Por: _____
Secretario Auxiliar de Estado

DV-10.8-1

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE LA VIVIENDA
HATO REY, PUERTO RICO

PROCEDIMIENTO PARA ESTABLECER UN SISTEMA DE PRONTO PAGO EN EL DEPARTAMENTO DE LA VIVIENDA

I. **BASE LEGAL**

Este procedimiento se emite en armonía con la Ley 25 del 8 de diciembre de 1989, conocida como **"Ley para Establecer un Sistema de Pronto Pago para los Proveedores de Bienes y Servicios al Gobierno"**.

II. **PROPOSITO**

Establecer las normas que permitan al Departamento de la Vivienda tramitar los documentos de pago en el periodo de tiempo establecido en la Ley 25 del 8 de diciembre de 1989 y este procedimiento.

III. **ALCANCE**

Las disposiciones de este Procedimiento aplicarán a las operaciones de pago que realiza el Departamento de la Vivienda y la Administración de Vivienda Rural con los proveedores de bienes y servicios.

IV. **DEFINICIONES**

1. **Bienes** - Toda cosa que sea susceptible de moverse por sí o por otra fuerza o persona y que puede consumirse con el uso.

2. **Proveedor** - Persona natural o jurídica que esté dispuesta a servir un bien, prestar un servicio o ejecutar una obra.

-2-

3. <u>Servicios</u> - Todos los servicios no profesionales y aquellos servicios profesionales que para su prestación se requiera que quien lo preste tenga un título universitario y en ocasiones licencia para ejercer.

V. **RESPONSABILIDADES**

El Supervisor, jefe o persona autorizada de:

1. La unidad Administrativa que solicita los bienes o servicios es responsable de verificar que los mismos se recibieron de acuerdo a lo solicitado y certificar las facturas de éstos. En la Administración de Vivienda Rural, el ingeniero a cargo del proyecto verificará que la obra se esté realizando o se haya realizado de acuerdo al contrato, antes de dar su recomendación. De no recibir los mismos de acuerdo a lo solicitado, deberá notificar a la División de Compras no mas tarde del siguiente día en que fue a entregar u ofrecer el bien o servicio las razones por lo que no se recibió el mismo y la acción tomada.

2. La División de Compras deberá informar al proveedor de bienes o servicios, con anticipación y por escrito, si existe algún inconveniente que impida procesar el pago.

3. La División de Finanzas Departamentales deberá procesar los documentos necesarios y enviarlos al Departamento de Hacienda, para el trámite del pago dentro de las fechas establecidas en la Ley.

-3-

4. La Sección de Archivo y Correo es responsable de enviar a la División de Compras las facturas por concepto de bienes comprados y a la División de Servicios Generales los de servicios prestados.

5. La División de Servicios Generales es responsable de referir a las distintas Unidades Administrativas las facturas por concepto de servicios para que estos las certifiquen y luego de certificadas, referirlas a la División de Control de Fondos.

6. La División de Compras es responsable de referir a las distintas Unidades Administrativas las facturas por concepto de bienes, para certificar y luego referirlas a la División de Finanzas Departamentales para el pago correspondiente.

7. La Secretaria Auxiliar de Gerencia y Finanzas es responsable de :

   a. Coordinar con los supervisores de cada Unidad Administrativa envuelta en este procedimiento la cantidad aproximada de días que tendrá cada unidad para el trámite correspondiente.

   b. Velar porque cada unidad cumpla con el tiempo aproximado acordado y, de no ser así, establecer medidas disciplinarias a tales efectos, de ser necesario.


-4-

## VI. DISPOSICIONES GENERALES

1. Los pagos por concepto de bienes y servicios a proveedores se tramitarán en un término de 20 días laborables contados a partir de la fecha de recibo, en la Agencia, de los documentos que justifiquen la obligación, salvo en las circunstancias que se mencionan:

   a. Que exista alguna controversia en cuanto a la mercancía o servicios solicitados.
   b. Cuando el interés público requiera que se establezcan otras prioridades para efectuar el desembolso.
   c. Cuando por fuerza mayor o situaciones de emergencia se imposibilite el procesamiento de la transacción.
   d. Cuando al cierre del año fiscal el volumen de transacciones sea de tal magnitud que no pueda tramitarse los pagos en el término establecido.
   e. Cuando ocurra alguna situación inusitada que atrase el trámite normal de pago.

   En estos casos se deberá notificar al proveedor, con anticipación y por escrito, sobre la situación que ocasiona el atraso del pago y la fecha aproximada en que se efectuará el mismo.

2. En caso de no efectuarse el pago dentro del término establecido, el proveedor afectado podrá requerir por escrito, al Secretario de la Vivienda, el pago, en un término de 10 días laborables a partir de la fecha de radicación de tal requerimiento.

      El Secretario de la Vivienda o funcionario autorizado deberá contestar por escrito dicho requerimiento y expondrá si existe alguna controversia sobre la existencia de la obligación, la cuantía del pago, la entrega de los bienes o prestación de los servicios y la condición de los mismos, o sobre cualquier otro hecho que impida que el pago se haya procesado conforme a lo establecido en este procedimiento. De no existir controversia la Agencia deberá someter al Secretario de Hacienda o Pagador los documentos necesarios para procesar el pago en un término que no excederá de cinco (5) días laborables contados a partir de la fecha de radicación del requerimiento.

3. En los casos donde no haya controversia, el incumplimiento de pago dentro del término de 10 días laborables desde la radicación del requerimiento, conllevará la imposición y pago de intereses al tipo legal, según establece la Ley. Dichos intereses serían pagados por el Departamento, si el incumplimiento con dicho término fuese atribuido a éste.

4. El incumplimiento de lo antes establecido por funcionarios o empleados en quienes se haya delegado tramitar la documentación requerida para efectuar el pago conllevará la imposición de medidas disciplinarias de acuerdo al Artículo 9, Inciso 2 del Manual sobre Procedimientos

Disciplinarios para los Empleados del Departamento de la Vivienda, la Corporación de Renovación Urbana y Vivienda y la Administración de Vivienda Rural, de ser necesario.

VII. **PROCEDIMIENTO**

A. **Pago de Facturas de Bienes**

| Responsabilidad | Acción |
|---|---|
| Unidad Administrativa Supervisor, Director | 1. Recibe bienes de parte del proveedor. |
| | 2. Coteja que los bienes se hayan entregado de acuerdo a lo solicitado. |
| | 3. De estar de acuerdo con lo recibido firma el conduce. De haber alguna difencia en los bienes recibidos hace la anotación en el conduce y firma sí está de acuerdo con lo recibido. |
| | 4. Refiere conduce y cualquier otro documento |

|  |  |  |
|---|---|---|
|  |  | relacionado, a la División de Compras de la Secretaría Auxiliar de Gerencia y Finanzas. |
| Proveedor | 5. | Factura al Departamento de la Vivienda. |
| Sección de Archivo y Correo |  |  |
| Funcionario | 6. | Refiere facturas a la División de Compras. |
| División de Compras |  |  |
| Funcionario | 7. | Recibe Facturas. |
|  | 8. | Registra Facturas. |
|  | 9. | Localiza Orden de Compra y la une a factura y cualquier otro documento relacionado. |
|  | 10. | Verifica con la unidad que solicitó los bienes o servicios si recibió estos según solicitado. |
|  | 11. | Consigue firma de la factura en la Unidad que recibió bienes. |

-8-

|  |  |  |
|---|---|---|
|  |  | Si hay diferencia en la cantidad de la factura y la orden de compra, refiere a la División de Control de Fondos copia de la factura para que esa División ajuste la cantidad. |
|  | 12. | Refiere todos los documentos a la División de Finanzas Departamentales. |
| División de Finanzas Departamentales |  |  |
| Funcionario | 13. | Registra documentos de pago. |
|  | 14. | Prepara Comprobante de Pago Directo. |
|  | 15. | Refiere a la Sección de Pre-Intervención. |
| Sección de Pre-Intervención |  |  |
| Funcionario | 16. | Verifica documento de pago. |
|  | 17. | Registra transacción en Tarjeta de Cuentas a Pagar. |

|  |  |  |
|---|---|---|
|  | 18. | Refiere documentos de pago para firma del Director de Area de Finanzas Departamentales. |
| Director | 19. | Firma documentos. |
| Funcionario o Secretaria | 20. | Prepara "Hoja de Batch". |
|  | 21. | Desglosa los documentos. |
|  | 22. | Refiere documentos correspondientes al Departamento de Hacienda para pago. |

B. <u>Pagos de Facturas de Servicios</u>

| Proveedor | 1. | Factura al Departamento de la Vivienda por los sevicios prestados. |
|---|---|---|
| Sección de Archivo y Correo |  |  |
| Funcionario | 2. | Refiere facturas a la División de Servicios Generales. |
| División de Servicios Generales |  |  |
| Funcionario | 3. | Registra Facturas. |
|  | 4. | Refiere facturas a la Unidad Administrativa correspondiente para certificación. |

-10-

Unidad Administrativa

Supervisor

5. Coteja facturas.

6. Certifica facturas.

7. Refiere facturas a la División de Servicios Generales.

División Servicios Generales

Funcionario

8. Refiere facturas certificadas a la División de Control de Fondos.

Secretaría Auxiliar de Planificación y Servicios Técnicos

División de Control de Fondos

Técnico

9. Verifica si el contrato está vigente y si la factura está en armonía con este.

10. Codifica factura.

11. Refiere factura a la División de Finanzas Departamentales y procede de acuerdo a los pasos 13 al 22.

-11-

## VIII. ADJUDICACION DE CONTROVERSIAS

Toda persona que se considere afectada en sus derechos por las acciones tomadas por el Departamento de la Vivienda en la aplicación de este procedimiento podrá radicar una querella, la cual será adjudicada conforme al Reglamento para Regular los Procedimientos de Adjudicación Formal en el Departamento de la Vivienda y sus Agencias adscritas del 6 de febrero de 1989.

## XI. FECHA DE EFECTIVIDAD

Este procedimiento es efectivo el 12 de febrero de 1991.

RECOMENDADO POR:                         APROBADO POR:

_[signature]_                            _[signature]_

ALICIA MARTINEZ DE GARCIA                VYDIA GARCIA DE GOMEZ
SECRETARIA AUXILIAR                      SECRETARIA
GERENCIA Y FINANZAS                      DEPARTAMENTO DE LA
                                         VIVIENDA

Este Procedimiento tendrá vigencia (30) días después de radicado en el Departamento de Estado a tenor con lo dispuesto en la Ley 170 del 12 de agosto de 1988, según enmendada.