**Exhibit A**
***Proposed Order***

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of THE COMMONWEALTH OF PUERTO RICO, *et al.* | No. 17 BK 3283-LTS (Jointly Administered) |
| Debtors.[1] | |

**[PROPOSED] ORDER ON CONSUL-TECH CARIBE INC.'S MOTION FOR LEAVE TO
CITE SPANISH LANGUAGE DOCUMENTS AND FOR EXTENSION OF TIME TO
FILE CERTIFIED TRANSLATIONS**

Upon consideration of Consul-Tech's Motion for Leave to Cite Spanish Language Documents
and For Extension of Time to File a Certified Translations (the "Motion"), and the Court having
jurisdiction to consider the Motion and to grant the relief requested therein pursuant to PROMESA
section 306(a); and venue being proper pursuant to PROMESA section 307(a); and notice of the
Motion being adequate and proper under the circumstances, and no other or further notice being
required; and finding good cause for the requested relief, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.
2. Consul-Tech is permitted to cite the Spanish-language version of Act 57-2020,
   Regulation 4415 of the Department of Housing, Regulation 7040 of the Department of
   Education, and Puerto Rico Court of Appeals decision on *Octagon Consultant Group v.
   Municipio de Toa Baja*, 2019 WL 4417472 (TCA 2019).
3. Consul-Tech's certified English-language translation of the referenced documents shall
   be due on or before September 14, 2020.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last
four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax
Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:
8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS)
(Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax
ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last
Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

4.  The Court retains exclusive jurisdiction to hear and determine any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

Dated: _____

UNITED STATES DISTRICT JUDGE