# EXHIBIT A

Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL IV

| IN RE: CERTIFICATE ENERGY COMPLIANCE | KLRA202000170 | *Revisión Administrativa*<br><br>*Núm. Caso: NEPR-AP-2020-0002*<br><br>*Sobre: Denegatoria de Petición de Intervención y Solicitud de Acceso a la Información, Otorgamiento de Certificado de Cumplimiento de Energía* |
|---|---|---|

Panel integrado por su presidenta, la Jueza Colom García, el Juez Ramos Torres y la Jueza Soroeta Kodesh

## **RESOLUCIÓN**

En San Juan, Puerto Rico, a 3 de julio de 2020.

Atendida la "Moción Urgente de Auxilio de Jurisdicción" presentada por la UTIER se declara, No Ha Lugar.

Dispone la parte recurrida del término de 20 días para presentar alegato en oposición.

Notifíquese inmediatamente.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador

RES2020_____