IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>　　　　as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>　　　　　　Debtors[1]. | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS |

# **ORDER**

This matter is before the Court on *Consul-Tech Caribe, Inc.'s Motion for Leave to Cite Spanish Language Documents and for Extension of Time to File Certified Translations* (Dkt. No. 14169 in Case No. 17-BK-3283) (the "Motion"). Finding good cause for the requested relief, the Court hereby ALLOWS the Motion. Consul-Tech[2] may file the Spanish-Language documents in

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined herein shall have the meanings given to them in the Motion.

their original Spanish language, and it may submit certified English-language translations of the Spanish-Language documents by **September 14, 2020.**

    This Order resolves Dkt. No. 14169 in 17-BK-3283.

    SO ORDERED.

                                                        /s/ Judith Gail Dein
                                                        HONORABLE JUDITH GAIL DEIN
                                                        UNITED STATES MAGISTRATE JUDGE

Dated: September 3, 2020