UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

ORDER CONCERNING MOTION OF GS FAJARDO SOLAR LLC (DOCKET ENTRY NO. 2174)

    The Court has received and reviewed the *Motion of GS Fajardo Solar LLC (i) to Sever Proceedings and (ii) to Adjourn September 16, 2020 Hearing on Motion to Reject Fajardo PPOA* (Docket Entry No. 2174 in Case No. 17-4780, the "Severance Motion"), filed by GS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Fajardo Solar LLC ("GS Fajardo"), pursuant to which GS Fajardo seeks severance and adjournment of a portion of the *Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (a) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (b) Granting Related Relief* (Docket Entry No. 13579 in Case No. 17-3283 and Docket Entry No. 2050 in Case No. 17-4780, the "Rejection Motion").

The relevance of the factual issues described in the Severance Motion and the propriety of an evidentiary hearing concerning the Rejection Motion are the subjects of dispute in the briefing concerning the Rejection Motion. The Court will hear oral argument concerning the Rejection Motion at the September 16, 2020, omnibus hearing, and it will thereafter determine whether and to what extent further briefing or other proceedings concerning the Severance Motion are appropriate.

SO ORDERED.

Dated: September 8, 2020

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge