## EXHIBIT A

**First ADR Status Notice**

# Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| CONSOLIDATED WASTE SERVICES | 28144 | b | Trade Claim | | Offer and Exchange[2] |
| DOM-MART CORP. | 4769 | c | Trade Claim | | Offer and Exchange |
| GONZALEZ RIVERA, SANTIAGO | 34914 | c | Trade Claim | | Offer and Exchange |
| GRUPO EFEZETA | 29780 | c | Trade Claim | | Offer and Exchange |
| RODRIGUEZ NIEVES, ORLANDO | 1966 | c | Trade Claim | | Offer and Exchange |
| SUCN LUIS RODRIGUEZ VELEZ | 13346 | c | Trade Claim | | Offer and Exchange |
| WEST CORPORATION | 82579 | d | Trade Claim | | Offer and Exchange |

[1] For Claim Amount Ranges, please refer to the Claims Amount Key at the end of Exhibit A.
[2] "Offer and Exchange" refers to Section 2 of the ADR Procedures.

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)₁ | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| CARLOS J. PÉREZ MOLINA, ANA FIGUEROA COLÓN, AND THE CONJUGAL PARTNERSHIP BETWEEN THEM | 83932 | f | Disability Discrimination | 13CV01638SEC | Offer and Exchange |
| Carlos Pérez-Molina, Ana Figueroa, And The Conjugal Partnership Between Them | 75638 | f | Disability Discrimination | KDP20120297 | Offer and Exchange |
| HERNANDEZ JIMENEZ, CARLOS A. | 25510 | c | Electrical Contact | ABCI201000440 | Offer and Exchange |
| HERNANDEZ VILLANUEVA, CARLOS A. | 25830 | c | Electrical Contact | ABCI201000440 | Offer and Exchange |
| HERNANDEZ VILLANUEVA, JOSE C | 46868 | c | Electrical Contact | ABCI201000440 | Offer and Exchange |
| HERNANDEZ VILLANUEVA, YESENIA | 27276 | c | Electrical Contact | ABCI201000440 | Offer and Exchange |
| Villanueva Medina, Sara | 49894 | c | Electrical Contact | ABCI201000440 | Offer and Exchange |
| Izquierdo San Miguel Law Offices | 27538 | f | Electrical Contact | 15CV2217 ADC | Offer and Exchange |
| Janneffer Montalvo in representation of minor Naylef A Perez Montalvo | 167852 | f | Electrical Contact | 15CV2217 ADC | Offer and Exchange |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)₁ | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| MONTALVO DELGADO, JANNEFER | 167851 | f | Electrical Contact | 15CV2217 ADC | Offer and Exchange |
| LOPEZ GARCIA, MIRNA IRIS | 25378 | e | Electrical Contact | HSCI201300593 | Offer and Exchange |
| Martinez Torres, Jaime | 25838 | e | Electrical Contact | HSCI201300593 | Offer and Exchange |
| Torres Lopez, Michelle | 24925 | e | Electrical Contact | HSCI201300593 | Offer and Exchange |
| Torres Martinez, Edwin Ariel | 25846 | f | Electrical Contact | HSCI201300593 | Offer and Exchange |
| Yomaira Caraballo Nieves | 58229 | f | Tort Claim | Superior Court, San Sebastian Part/A2CI20160-0125 | Initial Transfer₃ (Offer Letter to be sent by 10/23) |
| Anthony José Torres Aguayo | 21798 | d | Tort Claim | Superior Court, Humacao Part/HSCI201300888 | Initial Transfer (Offer Letter to be sent by 10/23) |
| Daisy Aguayo Cuevas | 21736 | e | Tort Claim | Superior Court, Humacao Part/HSCI201300888 | Initial Transfer (Offer Letter to be sent by 10/23) |

₃ Claims designated as "Initial Transfer" were transferred into the ADR Procedures, pursuant to Section 1 thereof, by the *Second Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 14090] (the "Second ADR Transfer Notice"), dated August 24, 2020.  As set forth in the Second ADR Transfer Notice, offer letters will be sent to these claimants on or before October 23, 2020.

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)₁ | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| Erick Anthony Torres Aguayo | 27443 | d | Tort Claim | Superior Court, Humacao Part/HSCI201300888 | Initial Transfer (Offer Letter to be sent by 10/23) |
| John Manuel Torres Aguayo | 25304 | d | Tort Claim | Superior Court, Humacao Part/HSCI201300888 | Initial Transfer (Offer Letter to be sent by 10/23) |
| Tanisha Michelle Torres Aguayo | 26324 | d | Tort Claim | Superior Court, Humacao Part/HSCI201300888 | Initial Transfer (Offer Letter to be sent by 10/23) |

| Claim Amount Key |
|---|
| a: Unspecified |
| b: $1-$10,000 |
| c: $10,001-$100,000 |
| d: $100,001-$500,000 |
| e: $500,001-$1,000,000 |
| f: $1,000,001+ |