# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

*In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS

| | |
|---|---|
| CARMEN VÁZQUEZ SALOMÉ | PROMESA |
| HC-01 BOX 3404 | Título III |
| VILLALBA, PR 00766 | Núm. 17 BK 3283-LTS |
| (939) 238-0495 | No. de Reclamación: 173498 |
| ginnyjpl@gmail.com | |

RÉPLICA A LA **CENTÉSIMA** CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL INCENTIVO SALARIAL DE LA LEY 164.

En marzo de 2020, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como maestra en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, Sila María Calderón aprobó la Ley 164 que concedía un incentivo salarial de $25.00 mensuales a los empleados del Departamento de Educación (DE) de Puerto Rico. Este incentivo

nunca se pagó. Durante el término de esa ley (2001-2005), yo era empleada del Departamento de Educación (DE) del Gobierno de Puerto Rico. De acuerdo con mis cálculos, el período comprende 4 años (2001-2005) a $300.00 por año, lo que representa $1,200.00 a los que tengo derecho.

Este aumento nunca se pagó.

Se estima la siguiente cantidad adeudada:

$300.00 del año escolar 2001-2002

$300.00 del año escolar 2002-2003

$300.00 del año escolar 2003-2004

$300.00 del año escolar 2004-2005

Cantidad adeudada estimada: $1,200.00

Carmen Vázquez Salomé

*Carmen Vázquez Salomé*

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

*In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS

| | |
|---|---|
| CARMEN VÁZQUEZ SALOMÉ | PROMESA |
| HC-01 BOX 3404 | Título III |
| VILLALBA, PR 00766 | Núm. 17 BK 3283-LTS |
| (939) 238-0495 | No. de Reclamación: 173498 |
| ginnyjpl@gmail.com | |

RÉPLICA A LA *CENTÉSIMA* CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

En marzo 10 de 2020, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como empleada en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un

aumento salarial al personal del Departamento de Educación (DE) del Gobierno de Puerto Rico de $100.00 mensuales.

Este aumento nunca se pagó.

Durante el término de esa ley (1980-2006), yo era empleado del DE. De acuerdo con mis cálculos, el período comprende 9 años a $1,200.00 por año, lo que representa $10,800.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,200.00 del año escolar 1997-1998

$1,200.00 del año escolar 1998-1999

$1,200.00 del año escolar 1999-2000

$1,200.00 del año escolar 2000-2001

$1,200.00 del año escolar 2001-2002

$1,200.00 del año escolar 2002-2003

$1,200.00 del año escolar 2003-2004

$1,200.00 del año escolar 2004-2005

$1,200.00 del año escolar 2005-2006

Cantidad adeudada estimada: $10,800.00

Carmen Vázquez Salomé

*Carmen Vázquez Salomé* (signature)