# CARTA DE RENUNCIA AL DEPARTAMENTO DE EDUCACIÓN POR RETIRO POR EDAD

21 de mayo de 2013

Sra. Zulma Ortiz Burgos
Directora
Escuela Superior Lysander Borrero
Villalba, Puerto Rico

Estimada señora Ortiz:

Por la presente solicito se acepte mi RENUNCIA de la plaza de CONSERJE que ocupo en el distrito escolar de Santa Isabel, en la escuela que usted dirige para ser efectiva el día 30 de agosto de 2013.

Motiva esta petición de renuncia las razones expuestas a continuación:

Por edad (65 años).

Atentamente,

_____
Firma

Carmen Vázquez Salomé
Seguro Social    -5306
Plaza C-24351

# INFORME DEL NOMBRAMIENTO EN EL DEPARTAMENTO DE EDUCACIÓN



**DEPARTAMENTO DE EDUCACIÓN**
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
División de Personal No Docente

## INFORME DE NOMBRAMIENTOS Y CAMBIOS

Expediente: 30038  
Número del Cambio: 9074

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | CARMEN M VAZQUEZ SALAME | |
| 2. Seguro Social | -5306 | |
| 3. Número de Puesto | C24351 | |
| 4. Cifra de Cuenta | E1110-221-0810000-0000-08100-2014-SCHOOLWIDE14 | |
| 5. Cifra de Cuenta SIFDE | E1110 - 221 - 58180 - 01F - 2014 - SCHOOLWIDE14A - 58180 - 01F - 1110 | |
| 6. Status | REGULAR | |
| 7. Escala de Retribución | 01 | |
| 8. Clasificación y Número de Clase | CONSERJE 32101 (7.00) | |
| 9. Sueldo | $ 1,644.53 | |
| 10. Diferencial | | |
| 11. División o Escuela | LYSANDER BORRERO TERRY 58180 | |
| 12. Programa | SCHOOLWIDE14 ESCUELAS PUBLICAS | |
| 13. Ubicación | SANTA ISABEL 137 | |
| 14. Acción y Duración | PENSION POR EDAD Y AÑOS DE SERVICIO | |
| 15. Aportación a Retiro | 10% | |
| 16. Último Día de Trabajo | | |
| 17. Último Día de Pago | 30/AGOSTO/2013 04:00 PM | |
| 18. Fecha de Efectividad | 30/AGOSTO/2013 | |

19. Comentarios y Explicaciones
AGOTO BALANCES

20. Firma del Jefe de Agencia o Representante Autorizado
Dra. Julia Nazario Fuentes

Fecha de Preparado: 30/OCTUBRE/2013
Preparado Por: jlvh

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL (787)759-2000 EXTS 2219, 2223, 2227, 2229, 2224, 3461 FAX
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# TALONARIO DEL SISTEMA DE RETIRO CENTRAL PENSIONADOS

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | |
|---|---|
| Grupo de Pago: | SM - Quincenal |
| Desde: | 09/16/2018 |
| Hasta: | 09/30/2018 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 7016835 |
| Fecha Aviso: | 09/28/2018 |

**CARMEN VAZQUEZ SALOME**
HC 1 BOX 3404
VILLALBA PR 00766-9779

SS: XXX-XX-5306

| | |
|---|---|
| # Empleado: | P583285306 |
| Dept: | 530100-Merito-Edad-Svc-Opcional-001 |
| Lugar: | Ley 447 de 15 de mayo de 1951 |
| Título: | Pensionado |
| Sueldo: | $404.67 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripción | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 202.34 | 1,462.50 | 3,642.12 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| **Total:** | | | 202.34 | 1,462.50 | 3,742.12 |

## IMPUESTOS

| Descripción | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES

| Descripción | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripción | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripción | Corriente | Acumulado |
|---|---|---|

\* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 202.34 | 0.00 | 0.00 | 202.34 |
| Acumulado: | 3,742.12 | 0.00 | 0.00 | 3,742.12 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| - Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| - Ajustes: | |
| Balance Final: | 0.0 |

**DISTRIBUCION PAGA NETA**

| | |
|---|---|
| Aviso #7016835 | 202.34 |
| Total: | 202.34 |

**CONTACTOS:** CentroRetiro- San Juan, Caguas, Humacao, Mayagüez, Ponce
PO BOX 42003 San Juan, PR 00940-2203 * 437 Ave Ponce de León San Juan PR 00917-3711
Tel. 787-777-1500 * Fax 787-764-6058 * cesrosanjuan@retiro.pr.gov * www.retiro.pr.gov
ContactoRetiro 787-777-1500 * Isla 1-877-777-2020 * TelePréstamo 787-957-8181

MENSAJE:

---

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

Fecha: 09/28/2018

Aviso No. 7016835

Cant. Deposito: $202.34

TRAY 120 SQ 25349************SCH 5-DIGIT 00751   25349 2 AV 0.378
CARMEN VAZQUEZ SALOME
HC 1 BOX 3404
VILLALBA PR 00766-9779

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 7771 | $202.34 |
| Total: | | $202.34 |

**NO-NEGOCIABLE**