Sra. Carmen M. Vázquez Salomé
HC -01 Box 3404
Villalba, Puerto Rico  00766




U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
AUG 31 .20
AMOUNT
**$1.40**

1000          00918          R2305H127764-02

RECEIVED & FILED
2020 SEP -4  AM 8 36
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P.R.

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan (Puerto Rico) 00918 - 1767