Caso: 17 BK 03283-LTS

Proof of Claim: <CLAIM NUMBER> 146585
Claimant: >CLAIMANT NAME< José Rafael Alfonso Rodríguez

RECEIVED & FILED
SEP 04 AM 8:37
US DISTRICT OFFICE
SAN JUAN COURT

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide **more** information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

   ☐ A pending or closed legal actions with or against the Puerto Rico goverment

   ■ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)
   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**
   _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
Departamento de Educación de P.R.

3(b). Identify the dates of your employment related to your claim:
Desde 11 agosto 1986 hasta el 1 octubre 2003

3(c). Last four digits of your social security number: 4111

3(d). What is the nature of your employment claims (select all applicable):
  ☐ Pension
  ■ Unpaid Wages
  ☐ Sick Days
  ☐ Union Grievance
  ☐ Vacation
  ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).
  Ley 89-1995, Ley 134-1996, Ley 96-2002

4. **Legal Action** Does your claim relate to a pending or closed legal action?
  ■ No
  ☐ Yes

4(a). Identify the department or agency that is a party to the action.
  D/A

4(b). Identify the name and address of the court or agency where the action is pending:
  D/A

4(c). Case number: D/A

4(d). Title, Caption, or Name of Case: D/A

4(e). Status of the case (pending, on appeal, or concluded): D/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

  If yes, what is the date and amount of the judgment? D/A

RECLAMANTE: José R. Alfonso Rodriguez

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 146585

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 11 de agosto de 1986 hasta el 1 de octubre de 2003 como Conserje en el Distrito Escolar de Santa Isabel Departamento de Educación de P.R. -ELA.

1. Ley 89 - julio 1995 - ROMERAZO      CANTIDAD $

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

José Rafael Alfonso Rodriguez
Nombre en letra de molde

José R. Alfonso
Firma y fecha

① Ley 89 - julio 1995 - Romerazo
② Ley 134 - 1996 - Aport. Acum. Retiro
③ Ley 96 - julio 2002 - Aumento Sueldo

Cantidad Adeudada
9,600.00
8,400.00
+1,200.00
19,200.00

RECLAMANTE José Rafael Alfonso Rodriguez

DIRECCION HC 5 Box 5841
Juana Diaz, P.R. 00795

Número Reclamación 146585

Fecha de presentación (envío) 28 agosto 2020

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el 28 de agosto de 2020 lo siguiente:

1. Evidencia de trabajo de Certificación años de servicios como Conserje en el Departamento de Educación de P.R. desde el 11 de agosto de 1986 hasta el 1 de octubre de 2003 (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 19,200.00

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

José Rafael Alfonso Rodriguez
Nombre en letra de molde

José R. Alfonso
Firma y fecha

# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre: José Rafael Alfonso-Rodríguez

Dirección Postal: HC 5 Box 5841
Juana Díaz, P.R. 00795

Teléfono de contacto res. _____ cel. 787-349-9544 (hijo)

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS     # Reclamación = 146585

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
   Ley 134-1996 - Aportación Acumulación Retiro
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
       Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995
Ley 134-1996 - Aportación Acumulación Retiro
Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con <u>Departamento de Educación de P.R.</u> o desde el <u>11</u> de <u>agosto</u> de <u>1986</u> hasta el <u>1</u> de <u>octubre</u> de <u>2003</u>. Culmine mi laborar, como <u>Conserje en el Distrito Escolar de Santa Isabel - Departamento de Educación de</u>, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

<u>José Rafael Alfonso Rodríguez</u>
Nombre en letra de molde

<u>José R. Alfonso</u>
Firma

**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
*Archivo No Docente*

# CERTIFICACIÓN

Certifico que, **José R. Alfonso Rodríguez,** seguro social **XXX-XX-4111,** ocupó el puesto Regular de Conserje en el Distrito Escolar de Santa Isabel. Comenzó a prestar servicios en esta Agencia el 11 de agosto de 1986 hasta el 1 de octubre de 2003. Devengó un salario de $1,322.00 mensuales.

Dada en San Juan, Puerto Rico, el 11 de agosto de 2020 según solicitada por el empleado.

*Alfredo Rodríguez* /por: *mus*
Alfredo Rodríguez Leandry
Especialista de Recursos Humanos

P.O. Box 190759, San Juan, PR 00919-0759 • Tel.: (787)773-3025 ó 3051

DE DEPARTAMENTO DE EDUCACIÓN

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Alfonso Rodriguez, Jose R. | 146585 | 7/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Alfonso Rodriguez, Jose R. | 146585 | 7/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000