José R. Alfonso Rodríguez
HC 5 BOX 5841
Juana Díaz, P.R. 00795



RECEIVED & FILED
2020 SEP -4 AM 8:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767