2 de septiembre de 2020

**Saludos Cordiales.**

Dirigido a Secretaria, Tribunal de Distrito de los Estados Unidos.

## Datos del contacto

 **Nombre**: Carlos M. Pimentel Calderón

**Dirección Postal** - Urb Rio Grande Estate DD3 calle 29, Rio Grande P.R 00745-5074

**Números de teléfono**- (787) 463-1731  / (787) 321-4889

**Correo Electrónico ( Email)** -  carlypimen@gmail.com

Numero de reclamación - 75318

## Epígrafe

**Tribunal de Distrito de los Estados Unidos**

**Para el Distrito de Puerto Rico**

**En el asunto de:**

**Junta de supervisión y administración financiera para Puerto Rico**

**Como representante de**

**Estado Libre Asociado de Puerto Rico y otros, deudores.**

**PROMESA**

**Título 111**

**Num. 17 Bk 3283- LTS**

**( administrada conjuntamente)**

**La Presente Radicación guarda relación con el ELA, LA ACT Y EL SER.**

**Notificación de la octogésima novena objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y transportación de Puerto Rico y del Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de las leyes puertorriqueñas no especificadas.**

## Motivo para oponerse a la Objeción global.

El principal fundamento a la reclamación es;

Ley 89 Romerazo: Pasos por años de servicios y años acumulados en retiro. Ley 96 Sila.

Trabajo como maestro en el Departamento de Educación de Puerto Rico, 19 años de servicio y solicito
me cumplan con el estipendio justo y razonable a mi reclamación, por la Ley 89, pasos por años de
servicios y años acumulados en sistema de retiro que nos adeudan.

Certifico Correcta la información

*Carlos M. Pimentel Calderón*

Carlos M. Pimentel  Calderón.