U.S. POSTAGE PAID
FCM LETTER
PALMER, PR
00721
SEP 02 20
AMOUNT
**$6.40**
R2305K132249-06

00918

CERTIFIED MAIL

7018 1130 0000 2071 7075

Carlos M. Pimentel Calderon
Urb. Rio Grande Estate
DD3 calle 29, Rio Grande
P.R 00745 - 5074

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

CLERK'S OFFICE
DISTRICT COURT
2020 SEP -4 PM 12: 25