Caso: 17 BK 3283-LTS

Proof of Claim: &lt;CLAIM NUMBER&gt; 87187, 87145 y 106960.
Claimant: &gt;CLAIMANT NAME&lt; Iris María Bocachica Campos

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ■ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

    _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
Departamento de Educación de P.R.

3(b). Identify the dates of your employment related to your claim:
Desde 17 de diciembre de 1985 hasta 31 julio 2018

3(c). Last four digits of your social security number: 6209

3(d). What is the nature of your employment claims (select all applicable):
  ☐ Pension
  ☒ Unpaid Wages
  ☐ Sick Days
  ☐ Union Grievance
  ☐ Vacation
  ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).
  Ley 89-1995, Ley 134-1996; Ley 96-2002, Ley 164-2003, Ley 164-2004 y Ley 109-2008

4. **Legal Action** Does your claim relate to a pending or closed legal action?

  ☒ No
  ☐ Yes

4(a). Identify the department or agency that is a party to the action.
  _____ N/A _____

4(b). Identify the name and address of the court or agency where the action is pending:
  _____ N/A _____

4(c). Case number: _____ N/A _____

4(d). Title, Caption, or Name of Case: _____ N/A _____

4(e). Status of the case (pending, on appeal, or concluded): _____ N/A _____

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

  If yes, what is the date and amount of the judgment? _____ N/A _____

RECLAMANTE: Iris María Bocachica Campos

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 87187, 87145 y 106960

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 17 de diciembre de 1985 hasta el 31 de julio de 2018 como Maestra en el Departamento de Educación de P.R. -ELA.

1. Ley 89 julio 1995 ROMERAZO     CANTIDAD $ _____ (tachado)

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Iris María Bocachica Campos
Nombre en letra de molde

Iris Marie Bocachica Campos
Firma y fecha

Cantidad Adeudada

① Ley 89 - julio 1995 - Romerazo         27,600.00
② Ley 134 -              1996 - Aport. Acum. Retiro   26,400.00
③ Ley 96 - julio     2002 - Aumento Sueldo     19,200.00
④ Ley 164 - julio   2003 - Aumento Sueldo      18,000.00
⑤ Ley 164 - enero  2004 - Sila M. Calderón     16,800.00
⑥ Ley 109 - julio   2008 - Esc. Sal. Pasos   + 12,000.00
                                              $120,000.00

RECLAMANTE Iris Maria Bocachica Campos

DIRECCION Edificio Nicolás Buono 3305
Francisco Luzunaris apt. 2
Ponce, P.R. 00717-1781

Numero Reclamación 87187, 87145 y 106960

Fecha de presentación (envío) 31 agosto 2020

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el 31 de agosto de 2020, lo siguiente:

1. Evidencia de trabajo de Departamento de Educación de P.R. como maestra (Certificación años de servicios), desde el 17 de diciembre de 1985 hasta el 31 de julio de 2018 (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $120,000.00

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Iris Maria Bocachica Campos
Nombre en letra de molde

Iris Maria Bocachica Campos
Firma y fecha

# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre: Iris Maria Bocachica Campos

Dirección Postal: Edificio Nicolás Bueno 3305 Francisco Luzunaris apt. 2 Ponce, P.R. 00717-1781

Teléfono de contacto res. _____ cel. 787-392-1113

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

   # Reclamación: 87187, 87145 y 106960

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
   Ley 134 - Aport. Acum. Retiro 1996
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
   Ley 164 Aumento Sueldo - julio 2003
   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004
   Ley 109 - junio 2008 - Esc. Sal. Pasos

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995
Ley 134 Aport. Acum. Retiro 1996
Ley de Escala Salarial – Pasos del 6 de junio de 2008
Ley 164 Aumento Sueldo julio 2003
Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004
Ley 109 - junio 2008 - Esc. Sal. Pasos

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con _Departamento de Educación de P.R._ o desde el _17_ de _diciembre_ de _1985_ hasta el _31_ de _julio_ de _2018_. Culmine mi laborar, como _maestra en el Departamento de Educación de P.R._, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Iris Maria Bocachica Campos_
Nombre en letra de molde

_Iris Maria Bocachica Campos_
Firma