Iris M. Bocachica Camp[...]
Edificio Nicolás Buono 3305
Francisco Luminaris Apt. 2
Ponce, P.R. 00717-1781





Secretaría (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767