1 Sept 2020

Finalcial Oversight and
Management Board for
Puerto Rico

Ley Promesa III
No: 17 BK 3283 Lts

Rentas Elmy Figueroa M
Bda. Borinquen #36      129933
Villalba, P. R 00766
6/28/2018
17 BK 03566-Lts

Mediante la presente le envio evidencia
del sistema de los empleados de retiro
queme fee Deliatada Adjunto los documentos

Elmy M Figuera Rata
Jubilada de Rotiro



## GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

15 de enero de 2019

ERMI M FIGUEROA RENTAS
BDA BORINQUEN
NUM 36
VILLALBA PR 00766

Estimado (a) señor (a) FIGUEROA:

Deseamos informarle que su solicitud de **PENSION LEY 3** ha sido aprobada efectiva el **1 DE JULIO DE 2018**. La pensión que le corresponde de acuerdo con la legislación vigente es de **$400.00** mensuales y comenzará a recibir sus pagos en la **PRIMERA QUINCENA DE NOVIEMBRE DE 2018.** Si por cualquier razón se incurriera en una otorgacion de Pensión no correspondiente, la Administración (ASR) vendrá obligada al recobro y ajuste de pension, de ser necesario.

Los pensionados por edad y años de servicio o por mérito, podrán servir al Gobierno, sus instrumentalidades, municipios o corporaciones públicas, sin que se le suspendan sus pagos de pensión, en las siguientes circunstancias; prestar servicios profesionales y consultivos mediante contrato a base de honorarios; servir en puestos regulares con horario parcial que no exceda de la mitad de la jornada completa de trabajo y recibiendo una retribución que no exceda la mitad de lo que correspondería al mismo puesto si fuera a jornada completa.

Para obtener información adicional al respecto, puede comunicarse con nuestro Centro de Contacto a través del 787 / 777 - 1500.

Le extendemos el más sincero reconocimiento por su dedicación al servicio público.

Cordialmente,

Lcdo. Luis Collazo Rodríguez
Administrador

Maribel Martínez, Directora Auxiliar

Área de Servicios a Pensionados

BFELICIANO



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.722.0101 • www.retiro.pr.gov



# GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

18 de septiembre de 2018

Sra. Ermi Figueroa Rentas
Bda. Borinquen
Núm. 36
Villalba, PR 00766

**AGENCIA: MUNICIPIO DE VILLALBA**

Estimada señora Figueroa:

Nos referimos a su **Solicitud de Pensión (Ley 3)** radicada en este Sistema de Retiro.

De acuerdo al análisis de su expediente y la evidencia que consta en el mismo, al **30 de junio de 2013**, usted tenía acreditado en este Sistema de Retiro **16.00 años de servicios**, correspondiente al siguiente periodo:

- **1 de julio de 1997 al 30 de junio de 2013**

Le informamos que usted adeuda la cantidad de $671.36 por concepto de **insuficiencia aportación individual por reducción de jornada**, correspondiente al periodo de septiembre de 2009 al 30 de junio de 2013.

Para continuar con el trámite de la pensión, deberá efectuar el pago correspondiente mediante giro o cheque a favor del Secretario de Hacienda.

Atentamente,

**Dagmar Santiago Antony**
Directora
Área de Servicios a Participantes

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

mmr

**RETIRO**
GOBIERNO DE PUERTO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R
787.754.4545 • www.retiro.pr.gov

## Centésima trigésima primera Objeción Global
### Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 397 | RENTA RAMIREZ, JULLIE A<br>PO BOX 795<br>SAN GERMAN, PR 00683 | 7/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 160610 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 398 | RENTAS ELMY, FIGUEROA M<br>BDA BORINQUEN NUM 36<br>VILLALBA, PR 00766 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 129933 | $ 5,569.75 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 399 | RENTAS RIVERA, AWILDA<br>CR-15 STA SECC. DR. J. G.<br>DR. J. G. PADILLA LEVITTOWN<br>TOA BAJA, PR 00949 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 146235 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 400 | RENTAS RODRIGUEZ, LUIS A<br>AC3 CERA 29B<br>PONCE, PR 00728 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 142377 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 401 | RENTAS RODRIGUEZ, NELSON LUIS<br>HC 9 BOX 1424<br>PONCE, PR 00731-1491 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 156503 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 402 | RENTAS VALENTIN, MIRNALY<br>#4028 CALLE TORTOLA URB. LAUREL SUR<br>COTO LAUREL, PR 00780 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 147195 | $ 250.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación

## CERTIFICACIÓN DE ENTIDAD GUBERNAMENTAL

Complete todos los encasillados. Evite borrones o tachaduras en el documento; si ocurre, escriba las iniciales en el cambio realizado.

Nombre del Socio **Ermi M. Figueroa Puntas**           Seguro Social **5678**

Entidad Gubernamental en la que trabaja **Municipio Villalba**      Sistema de Retiro al que pertenece **Híbrido**

Fecha de efectividad del cese o renuncia **1- Julio- 2018**        Razón para el cese **Retiro / Jubilación**

Indique si estuvo en Licencia sin Sueldo

Desde _____ Hasta _____

Desde _____ Hasta _____

Desde _____ Hasta _____

LOS DESCUENTOS A CONTINUACIÓN SE REALIZARON PARA AEELA Y SE DESCONTARON DEL SUELDO O PENSIÓN MENSUAL DURANTE EL PERÍODO SIGUIENTE (incluya al menos últimos tres (3) descuentos):

CUANTÍA DE PAGO GLOBAL A REMITIRSE EN ESTE CASO:

| MES Y AÑO | AHORROS | SEGURO | PRÉSTAMO |
|---|---|---|---|
| Marzo 2018 | 28.32 | — | — |
| Abril 2018 | 28.32 | — | — |
| Mayo 2018 | 28.32 | — | — |
| Junio 2018 | 28.32 | — | |

$ _____

Certifico que he verificado la información ofrecida y la misma es correcta

**Joselyn J. Ortiz Torres**
Preparado por

Firma Director de Recursos Humanos o Representante Autorizado

**(787) 847- 2500**
Teléfono Funcionario Autorizado

**14 / Junio /2018**
Fecha de Certificación

---

## REQUISITOS

- Incluya una Certificación de ASUME que sea expedida dentro de un período de noventa (90) días.
- Incluya la Certificación del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico y la Judicatura, según aplique.
- La solicitud se puede enviar por correo o a través de la entidad gubernamental, siempre que se acompañe con todos los documentos e identificación que aquí se especifican; excepto la solicitud del socio que no sabe leer o escribir o que por incapacidad está bajo la responsabilidad de un tutor legal. Vea las instrucciones a continuación.

## INSTRUCCIONES PARA COMPLETAR LA SOLICITUD

1. Complete **todos** los encasillados y escriba en letra de molde.

2. El solicitante debe presentar una identificación que tenga foto y firma vigente. Las identificaciones consideradas aceptables son: licencia de conducir expedida por una autoridad de Puerto Rico, Estados Unidos o por uno de sus estado, pasaporte o identificación de empleo expedida por entidades gubernamentales. Se podrá aceptar la tarjeta electoral del solicitante, siempre y cuando éste la muestre voluntariamente.

3. Cuando el solicitante no sabe leer o escribir la solicitud la debe entregar personalmente en la oficina central o en una sucursal de AEELA. Debe comparecer acompañado de un testigo que lo identifique y que sepa leer y escribir. No se aceptarán solicitudes en las que se hayan impreso las huellas dactilares sin que estuviere presente un empleado o representante autorizado de AEELA.

4. Si al presentar esta solicitud el socio está incapacitado, la persona encargada debe presentar evidencia de que es el tutor legal autorizado por el tribunal. El tutor legal debe proveer toda la información que se le requiere en el espacio provisto en la solicitud.

5. Marque con una X en el espacio provisto para seleccionar la opción de continuidad de ahorro o de retiro.

6. Marque con una X en el espacio provisto el porciento que autoriza que el sistema de retiro descuente para ahorros.

7. El solicitante debe firmar en el espacio provisto e incluir la fecha en que firma la solicitud para evitar que le sea devuelta. Igualmente debe firmar el testigo o el tutor, en los casos que aplique.

8. Certifique la solicitud en la entidad gubernamental. Ésta es imprescindible para tramitar la solicitud. Asegúrese de que la entidad la completó en todas sus partes y que no contenga borrones o tachaduras.