Elmy M Figueroa Rodz
Bod. Borinquen #36
Villalba, Puerto Rico 00766




U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
SEP 01, 20
AMOUNT
$1.20
R2303S101580-08

1000   00918

RECEIVED
2020 SEP -4 AM 8:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Secretaria Clerk's office
tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918