UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. [1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## MOTION TO INFORM AMERINATIONAL COMMUNITY SERVICES, LLC'S APPEARANCE AT THE SEPTEMBER 16-17, 2020 OMNIBUS HEARING

**COMES NOW** AmeriNational Community Services, LLC (hereafter "AmeriNat") as servicer for the GDB Debt Recovery Authority (the "DRA") who is authorized to pursue and enforce the DRA's rights and remedies in any legal proceeding, including the DRA's participation as a creditor in the instant Title III case, and respectfully submits this motion in compliance with the Court's *Order Regarding Procedures for September 16-17, 2020 Omnibus Hearing* (the "Scheduling Order") [Docket No. 14202 of Case No. 17-03283 (LTS)]:

1. Please take notice that Nayuan Zouairabani Trinidad of McConnell Valdés LLC will appear on behalf of AmeriNat at the September 16-17, 2020 Omnibus Hearing (the "Omnibus

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

Hearing"), which will be conducted telephonically via CourtSolutions. Counsel Zouairabani reserves the right to be heard and present oral argument on any matter to be identified in the Agenda to be filed by the Oversight Board in connection with the Omnibus Hearing, or to address any issue that may be raised by any party at the Omnibus Hearing related to the Title III cases or any adversary proceeding, which may affect the interests of the DRA.

**WHEREFORE**, AmeriNat respectfully requests the Court to take note of the foregoing and deem it in compliance with the Scheduling Order.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, today September 10, 2020.

**CERTIFICATE OF SERVICE**: In accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Thirteenth Amended Notice, Case Management and Administrative Procedures Order* [Dkt. No. 13512-1] (the "CMP Order"), we hereby certify that a true and exact copy of the foregoing was sent by electronic mail upon all the parties listed in the Master Service List and by U.S. mail upon all the Standard Parties listed in the CMP Order.

*Attorneys for AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority*

**MCCONNELL VALDÉS LLC**
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
Telephone: 787-250-5632
Facsimile: 787-759-9225

By: */s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC No. 226411
Email: nzt@mcvpr.com