## **EXHIBIT A**

Case:17-03283-LTS Doc#:14208-1 Filed:09/10/20 Entered:09/10/20 16:06:10 Desc:
Exhibit A Page 1 of 9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03566 (LTS) |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | Adv. Proc. No. 19-00356 (LTS) |
| and | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | |
| as co-trustees of | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | |
| Plaintiff, | |
| v. | |
| DEFENDANT 1M, ET AL., | |
| Defendants. | |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | Adv. Proc. No. 19-00357 (LTS) |
| and | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | |
| as co-trustees of | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | |
| Plaintiff, | |
| v. | |
| STOEVER GLASS & CO., ET AL., | |
| Defendants. | |

| | |
|---|---|
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, </br></br> and </br></br> THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), </br></br>     as co-trustees of </br></br> THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, </br></br>     Plaintiff, </br></br> v. </br></br> DEFENDANT 1H-78H, </br></br>     Defendants. | Adv. Proc. No. 19-00359 (LTS) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, </br></br> and </br></br> THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), </br></br>     as co-trustees of </br></br> THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, </br></br>     Plaintiff, </br></br> v. | Adv. Proc. No. 19-00361 (LTS) |

3

| | |
|---|---|
| DEFENDANT 1G-50G, et al., )<br>)<br>    Defendants. )<br>)<br>_____ )<br>)<br>THE FINANCIAL OVERSIGHT AND )<br>MANAGEMENT BOARD FOR PUERTO RICO, )<br>)<br>    as representative of )<br>)<br>EMPLOYEES RETIREMENT SYSTEM OF THE )<br>GOVERNMENT OF THE COMMONWEALTH OF )<br>PUERTO RICO, )<br>)<br>    and )<br>)<br>THE OFFICIAL COMMITTEE OF UNSECURED )<br>CREDITORS OF ALL TITLE III DEBTORS (OTHER )<br>THAN COFINA), )<br>)<br>    as section 926 trustee of )<br>)<br>THE COMMONWEALTH OF PUERTO RICO )<br>)<br>    Plaintiffs,[2] )<br>)<br>v. )<br>)<br>ANDALUSIAN GLOBAL DESIGNATED ACTIVITY )<br>COMPANY; THE BANK OF NEW YORK MELLON; )<br>MASON CAPITAL MASTER FUND LP; OCHER )<br>ROSE, L.L.C.; SV CREDIT, L.P.; CROWN )<br>MANAGED ACCOUNTS FOR AND ON BEHALF )<br>OF CROWN/PW SP; LMA SPC FOR AND ON )<br>BEHALF OF MAP 98 SEGREGATED PORTFOLIO; )<br>OCEANA MASTER FUND LTD.; PENTWATER )<br>MERGER ARBITRAGE MASTER FUND LTD.; )<br>AND PWCM MASTER FUND LTD, )<br>)<br>    Defendants. )<br>_____ )<br>)<br>) | Adv. Proc. No. 19-00366 (LTS) |

---

[2] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

4

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>    as section 926 trustee of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>        Plaintiffs,³<br><br>v.<br><br>GLENDON OPPORTUNITIES FUND, L.P.; OAKTREE-FORREST MULTI-STRATEGY, LLC (SERIES B); OAKTREE OPPORTUNITIES FUND IX, L.P.; OAKTREE OPPORTUNITIES FUND IX (PARALLEL 2), L.P.; OAKTREE VALUE OPPORTUNITIES FUND, L.P.; PUERTO RICO AAA PORTFOLIO BOND FUND, INC.; PUERTO RICO AAA PORTFOLIO BOND FUND II, INC.; PUERTO RICO AAA PORTFOLIO TARGET MATURITY FUND, INC.; PUERTO RICO FIXED INCOME FUND, INC.; PUERTO RICO FIXED INCOME FUND II, INC.; PUERTO RICO FIXED INCOME FUND III, INC.; PUERTO RICO FIXED INCOME FUND IV, INC.; PUERTO RICO FIXED INCOME FUND V, INC.; PUERTO RICO GNMA & U.S. GOVERNMENT TARGET MATURITY FUND, INC.; PUERTO RICO INVESTORS BOND FUND I; PUERTO RICO INVESTORS TAX-FREE FUND, INC.; PUERTO RICO INVESTORS TAX-FREE FUND II, INC.; PUERTO RICO INVESTORS TAX- | Adv. Proc. No. 19-00367 (LTS) |

---

³ The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

5

|   |   |
|---|---|
| FREE FUND III, INC.; PUERTO RICO INVESTORS TAX-FREE FUND IV, INC.; PUERTO RICO INVESTORS TAX-FREE FUND V, INC.; PUERTO RICO INVESTORS TAX-FREE FUND VI, INC.; PUERTO RICO MORTGAGE-BACKED & U.S. GOVERNMENT SECURITIES FUND, INC.; TAX-FREE PUERTO RICO FUND, INC.; TAX-FREE PUERTO RICO FUND II, INC.; TAX-FREE PUERTO RICO TARGET MATURITY FUND, INC.; UBS IRA SELECT GROWTH & INCOME PUERTO RICO FUND, <br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**[PROPOSED] ORDER GRANTING URGENT JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR OPENING SUMMARY JUDGMENT BRIEFING WITH RESPECT TO CERTAIN ISSUES RAISED IN CERTAIN CONTESTED MATTERS AND ADVERSARY PROCEEDINGS RELATED TO THE BONDS ISSUED BY THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE <u>COMMONWEALTH OF PUERTO RICO</u>**

Upon consideration of the *Urgent Joint Motion for Leave to Exceed Page Limits for Opening Summary Judgment Briefing with Respect to Certain Issues Raised in Certain Contested Matters and Adversary Proceedings Related to the Bonds Issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico* (the "<u>Motion</u>"); it appearing that (i) the Court has jurisdiction over this Motion pursuant to 28 § 1331 and 48 U.S.C. § 2166(a); (ii) that venue of this proceeding and the Motion is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); (iii) that notice of the Motion was adequate and proper under the circumstances and that no further or other notice need be given; (iv) based on the statements and arguments made in the Motion, the relief requested in the Motion is in the best interest of the Commonwealth and its creditors; and (v) the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, it is hereby ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Parties may exceed the thirty-five (35) page limit set forth in the Case Management Procedures for opening summary judgment briefs as follows:

    a. The Committees and Government Parties may file (i) a memorandum of law in support of a motion for summary judgment in the Lien Scope Proceedings of no more than sixty (60) pages (exclusive of the cover page, table of contents and authorities, signature pages, exhibits, and certificate of service); and (ii) a memorandum of law in support of a motion for summary judgment in the Ultra Vires Proceedings of no more than sixty (60) pages (exclusive of the cover page, table of contents and authorities, signature pages, exhibits, and certificate of service).

    b. The ERS Bondholders may file (i) a memorandum of law in support of a motion for summary judgment in the Lien Scope Proceedings of no more than sixty (60) pages (exclusive of the cover page, table of contents and authorities, signature pages, exhibits, and certificate of service); and (ii) a memorandum of law in support of a motion for summary judgment in the Ultra Vires Proceedings of no more than sixty (60) pages (exclusive of the cover page, table of contents and authorities, signature pages, exhibits, and certificate of service).

    c. To the extent a Party seeks to file a joinder in support of a motion for summary judgment in addition to the main opening briefs noted above, any such joinders will comply with the thirty-five (35) page limit set by the Case Management Procedures.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____ 2020.

                                SO ORDERED:

                                _____
                                HONORABLE LAURA TAYLOR SWAIN
                                UNITED STATES DISTRICT JUDGE