**Exhibit A**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
------------------------------------------------------------------- X
                                                                    :
In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   :   Title III
                                                                    :
        as representative of                                        :   Case No. 17-BK-3283 (LTS)
                                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,                             :   (Jointly Administered)
                                                                    :
        Debtors.²²                                                  :
------------------------------------------------------------------- X
                                                                    :
In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   :   Title III
                                                                    :
        as representative of                                        :   Case No. 17-BK-4780 (LTS)
                                                                    :
PUERTO RICO ELECTRIC POWER AUTHORITY                                :   This filing relates only to
                                                                    :   Case No. 17-BK-4780 (LTS)
                                                                    :
        Debtor.                                                     :
------------------------------------------------------------------- X
```

**[PROPOSED] ORDER SUSTAINING OFFICIAL COMMITTEE OF UNSECURED
CREDITORS' URGENT OBJECTION TO MAGISTRATE JUDGE'S SEPTEMBER 5,
2020 ORDER ON MOTION TO COMPEL DISCOVERY IN CONNECTION WITH
<u>MOTION TO TERMINATE BANKRUPTCY RULE 9019 MOTION</u>**

---

[22] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of the *Official Committee of Unsecured Creditors' Urgent Objection to Magistrate Judge's September 5, 2020 Order on Motion to Compel Discovery in Connection With Motion to Terminate Bankruptcy Rule 9019 Motion* (the "Objection"), the Court having reviewed the Objection and the relief requested; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); the Court determining that venue of this proceeding and the Objection in this District is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); notice of the Objection being adequate and proper under the circumstances; and after due deliberation and sufficient cause appearing; therefore, it is hereby ORDERED that:

1. The Objection is GRANTED as set forth herein.

2. It is hereby ORDERED that the Government Parties[23] respond to the Document Request by searching the documents of Jose Ortiz, David Skeel, Natalie Jaresko, and David Brownstein from June 1, 2020 to the present pursuant to a search protocol to be agreed upon with the Committee.

3. It is hereby ORDERED that the Government Parties in responding to the Committee's requests are not entitled to assert a deliberative process privilege over any documents or communications concerning the RSA, other than those that relate to the Demand Protection Term Sheet or the development of the certified fiscal plan.

4. It is hereby ORDERED that Jose Ortiz and David Skeel sit for depositions as fact witnesses.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

---

[23] Capitalized terms not defined herein have the meaning ascribed to them in the Objection.

2

Dated: _____
New York, New York

_____
Hon. Laura Taylor Swain
UNITED STATES DISTRICT JUDGE