**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>**This Motion relates to PREPA and shall be filed in Lead Case No. 17 BK 3283-LTS and Case No. 17 BK 4780-LTS.** |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

("PREPA"),

    Movant,

v.

UNIÓN DE TRABAJADORES DE LA INDUSTRIA ELÉCTRICA Y RIEGO *et al.*

    Respondents.

**INFORMATIVE MOTION REGARDING SUBMISSION OF CERTIFIED TRANSLATION**

**To the Honorable United States District Judge Laura Taylor Swain:**

    The Puerto Rico Electric Power Authority ("PREPA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as PREPA's sole Title III representative pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"),[2] and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") (PREPA, the Oversight Board and AAFAF are referred to collectively as the "Government Parties"), in compliance with the Court's *Order* [ECF No. 2172][3] (the "Order") granting the Government Parties' *Motion of the Puerto Rico Electric Power Authority for Leave to Submit Spanish Language Exhibit and for Extension of Time to File Certified Translation* [ECF No. 2170] (the "Motion"), respectfully states as follows:

    1.    Attached hereto as Exhibit 1 is a certified English-language translation of a resolution entered in the matter of *Unión de Trabajadores de la Industria Eléctrica y Riego (UTIER) v. Autoridad de Alianzas Público-Privadas de Puerto Rico*, KLRA202000170 (P.R. Court of Appeals July 3, 2020) (Resolution) (the "Spanish Language Exhibit"), which was cited

---

[2]    PROMESA is codified at 48 U.S.C. §§ 2101-2241.
[3]    Unless otherwise stated, all ECF numbers shall refer to Case Number 17-bk-4780.

2

by the Government Parties in the *Omnibus Reply in Support of PREPA's Motion for Entry of Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy* [ECF No. 2169] (the "Reply"). The Spanish Language Exhibit in its original Spanish language is attached as Exhibit A to the Reply.

WHEREFORE, the Government Parties respectfully request that this Honorable Court take notice of the filing of a certified translation of the Spanish Language Exhibit in compliance with the Court's Order.

<table>
<tr><td>Dated: September 11, 2020<br>San Juan, Puerto Rico</td><td>Respectfully submitted,</td></tr>
<tr><td>**PROSKAUER ROSE LLP**</td><td>**O'NEILL & BORGES LLC**</td></tr>
<tr><td>*/s/ Paul V. Possinger*</td><td>*/s/ Hermann D. Bauer*</td></tr>
<tr><td>Martin J. Bienenstock (*pro hac vice*)<br>Ehud Barak (*pro hac vice*)<br>Margaret A. Dale (*pro hac vice*)<br>Daniel S. Desatnik *(pro hac vice)*<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>Paul V. Possinger (*pro hac vice*)<br>70 W. Madison St., Suite 3800<br>Chicago, IL 60602<br>Tel: (312) 962-3550<br>Fax: (312) 962-3551<br>ppossinger@proskauer.com<br><br>Jennifer L. Jones (*pro hac vice*)<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067-3010<br>Tel: (310) 284-4509<br>Fax: (310) 557-2193<br>jljones@proskauer.com<br><br>Laura E. Stafford (*pro hac vice*)<br>1 International Place<br>Boston, MA 02130<br>Tel: (617) 526-9714<br>Fax: (617) 526-9899<br>lstafford@proskauer.com<br><br>*Attorneys for the Financial Oversight and Management Board as representative for the Commonwealth of Puerto Rico and the Puerto Rico Electric Power Authority*</td><td>Hermann D. Bauer<br>USDC No. 215205<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br>*Co-Attorney for the Financial Oversight and Management Board as representative of the Debtor*</td></tr>
</table>

| | |
|---|---|
| **O'MELVENY & MYERS LLP** | **MARINI PIETRANTONI MUÑIZ LLC** |
| */s/ Elizabeth L. McKeen* | */s/ Luis C. Marini-Biaggi* |
| | Luis C. Marini-Biaggi |
| John J. Rapisardi | USDC No. 222301 |
| Nancy A. Mitchell | 250 Ponce de León Ave., Suite 900 |
| Maria J. DiConza | San Juan, Puerto Rico 00918 |
| 7 Times Square | Tel: (787) 705-2171 |
| New York, New York 10036 | Fax: (787) 936-7494 |
| Tel: (212) 326-2000 | |
| Fax: (212) 326-2061 | *Co-counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority* |

-and-

Peter Friedman
1625 Eye Street, NW
Washington, D.C. 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

-and-

Elizabeth L. McKeen
Ashley M. Pavel
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: (949) 823-6900
Fax: (949) 823-6994

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority and Puerto Rico Electric Power Authority*

**DÍAZ & VÁZQUEZ LAW FIRM, P.S.C**

*/s/ Katiuska Bolaños*

Katiuska Bolaños
USDC-PR No. 231812
290 Jesús T. Piñero Ave.
Oriental Tower, Suite 1105
San Juan, PR 00918
Tel.: (787) 395-7133
Fax: (787) 497-9664

*Counsel for Puerto Rico Electric Power Authority*

5

**CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/ Hermann D. Bauer*
Hermann D. Bauer