# EXHIBIT 1

Commonwealth of Puerto Rico

COURT OF APPEALS
PANEL IV

| IN RE: CERTIFICATE ENERGY COMPLIANCE | KLRA202000170 | *Administrative Review*<br><br>*Case No.: NEPR-AP-2020-0002*<br><br>*In Re: Denying Petition to Intervene and Request for Access to Information, Granting Compliance Energy Certificate* |
|---|---|---|

Panel comprised of Presiding Judge Colom García, Judge Ramos Torres, and Judge Soroeta Kodesh

## **RESOLUTION**

In San Juan, Puerto Rico, on July 3rd, 2020.

Having heard the "Emergency Motion for Order in Aid of Jurisdiction" filed by the UTIER, same is hereby Denied.

The appellee has 20 days to file an opposition.

It is hereby ordered that notice be sent immediately.

Entered and issued by the Court and certified by the Clerk of the Court of Appeals.

[*illeg. signature*]
Lilia M. Oquendo Solís
Clerk of the Court of Appeals

Identification number

RES2020 _____

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/SEPTEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

    the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Resolución TA 07-03-2020

Signed this 10th day of September 2020

_____
Andreea I. Boscor



