UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

    Debtor.

No. 17 BK 4780-LTS

------------------------------------------------------------------x

ORDER SETTING BRIEFING SCHEDULE ON
OFFICIAL COMMITTEE OF UNSECURED CREDITORS' URGENT OBJECTION TO
MAGISTRATE JUDGE'S SEPTEMBER 5, 2020 ORDER ON MOTION TO COMPEL

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

<u>Discovery in Connection With Motion to Terminate Bankruptcy Rule 9019 Motion</u>

Upon the *Urgent Motion of Official Committee of Unsecured Creditors to Set Briefing Schedule and Hearing on Urgent Objection to Magistrate Judge's September 5, 2020 Order on Motion to Compel Discovery in Connection with Motion to Terminate Bankruptcy Rule 9019 Motion* (Docket Entry 14211 in Case No. 17-3283 and Docket Entry 2185 in Case No. 17-4780, the "Urgent Motion"); and the Court having found and determined that: (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided; (iv) any objections to the relief requested in the Urgent Motion having been withdrawn or overruled; and (v) after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. Objections or responses, if any, to the Objection must be filed and served (in accordance with the Case Management Procedures) by **September 18, 2020 at 4:00 p.m. AST**.

3. Replies, if any, to any objections or responses must be filed and served (in accordance with the Case Management Procedures) by **September 25, 2020 at 4:00 p.m. AST**.

4. The motion will be taken on submission unless the Court schedules a hearing by further order.

5. The Court retains jurisdiction over any disputes relating to the interpretation or implementation of this Order.

6. This Order resolves Docket Entry 14211 in Case No. 17-3283 and Docket Entry 2185 in Case No. 17-4780.

SO ORDERED.

Dated: September 11, 2020

     /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge