# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima cuadragésima cuarta objeción global**

## Ducentésima Cuadragésima Cuarta Objeción Global
### Anexo A: Reclamos Modificados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | MORA VELAZQUEZ, CARMEN E. CALLE 7NDO. VELAZQUEZ #57 PO BOX 208 HATILLO, PR 00659 | 07/02/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 151986 | $ 75,000.00 | MORA VELAZQUEZ, CARMEN E. CALLE 7NDO. VELAZQUEZ #57 PO BOX 208 HATILLO, PR 00659 | 07/01/20 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 174130 | $ 20,361.60 |

Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PORTALATIN PEREZ, MILTON P.O. BOX 9021803 SAN JUAN, PR 00902-1803 | 05/25/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 32046 | $ 316,100.00* | PORTALATIN PEREZ, MILTON P.O. BOX 9021803 SAN JUAN, PR 00902-1803 | 06/23/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 174175 | $ 316,000.00 |

Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | ROSA DIAZ, RAFAEL P.O. BOX 310 PUNTA SANTIAGO, PR 00741 | 05/05/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 173887 | Indeterminado* | DIAZ, RAFAEL ROSA PO BOX 310 PUNTA SANTIAGO, PR 00741 | 06/30/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 174177 | $ 20,000.00 |

Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente.

\* Indica que la reclamación contiene montos por liquidar o indeterminados