## EXHIBIT A

**Schedule of Claims Subject to the Two Hundred Forty-Sixth Omnibus Objection**

Two Hundred and Forty-Sixth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO OLIVENCIA, EDGARDO<br>P.O. BOX 374<br>HORMIGUEROS, PR 00660 | 11/1/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172204 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | ANTONETTY ORTIZ, ELIUT P.<br>BOX COQUI AGUIRRE PR-CARPENTER #15<br>AGUIRRE, PR 00704 | 11/4/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172328 | $ 12,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | ARROYO MELENDEZ, OCTAVIA<br>URB ALTURAS DE RIO GRANDE<br>N 603 CALLE 10 B<br>RIO GRANDE, PR 00745 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3647 | $ 25,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | CARABALLO RAMIREZ, DANIEL<br>BO MAGINAS 162 CALLE ORQUIDEA<br>SABANA GRANDE, PR 00637 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34959 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | CLAUDIO JIMENEZ, JOSE J.<br>HC 03 BOX 37834<br>CAGUAS, PR 00725 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44714 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | EDWARDS-RODRIGUEZ, GEORGE LOUIS<br>HC02 BOX 21525<br>CABO ROJO, PR 00623 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45075 | $ 12,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | EDWARDS-RODRIGUEZ, GEORGE LOUIS<br>HC02 BOX 21525<br>CABO ROJO, PR 00623 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47339 | $ 1,700.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

Two Hundred and Forty-Sixth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | FERNANDEZ CORREA, ESTHER<br>HC 1 BOX 3041<br>YABUCOA, PR 00767 | 11/20/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172436 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | FIGUEROA DIAZ, ARCADIA<br>PO BOX 1287<br>PONCE, PR 00733 | 5/14/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 17504 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | GONZALEZ BOSQUES, OMAYRA<br>HC-04 BOX 14237<br>MOCA, PR 00676 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 148370 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | GONZALEZ OLIVER , NANCY<br>VIA ISABEL 4RN-30<br>VILLA FONTANA<br>CAROLINA, PR 00983 | 6/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80635 | $ 0.70* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | GONZALEZ RIVERA, ROSA E<br>PO BOX 3370<br>GUAYNABO, PR 00970-3370 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 71824 | $ 10,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | GUZMAN SILVA, MARIA M.<br>HC 11 BOX 12441<br>HUMACAO, PR 00791-9420 | 11/4/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172214 | $ 10,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | IBARRA, MARIBEL<br>PO BOX 932<br>VIEQUEZ, PR 00765 | 11/18/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172496 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Forty-Sixth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | LLANOS, ISIS ALTURAS DE RIO GRANDE J174 CALLE 141 RIO GRANDE, PR 00745 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 71359 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | MALDONADO FIGUEROA, JULIO CESAR HC 5 BOX 5741 JUANA DIAZ, PR 00795 | 11/5/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172254 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | MARTI PEREZ, YAMILETTE URB. SANTA MARIA CALLE6 #G-20 SAN GERMAN, PR 00683 | 6/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 74402 | $ 17,400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 18 | MARTINEZ VAZQUEZ, RAMON BOX 469 AGUIRRE, PR 00704 | 11/4/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172225 | $ 25,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | MATOS ARROYO, VICENTA PMB 376 BOX 1283 SAN LORENZO, PR 00754 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 110866 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | MEDINA, BETZAIDA 2986 MONTEREY PINE LANE LAKE WORTH, FL 33462 | 9/19/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170824 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | MERCADO CRUZ, MARGARITA URB LAGOS DE PLATA O-24 13 TOA BAJA, PR 00949 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 89752 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Forty-Sixth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | MIRO SOTOMAYOR, PEDRO A. 2201 CARR 14 APT 11501 COTO LAUREL, PR 00780-2320 | 5/2/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 11287 | $ 250,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | MOLINA RUIZ, OSVALDO A #1A CALLE EL SENORIAL SECTOR LAS CANITAS PONCE, PR 00730-1638 | 6/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 78250 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | MORALES GARCIA, HILDA HC 3 BOX 36661 MAYAGUEZ, PR00680 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25624 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | PENA RIVERA, DOLORES HN-83 DOMINGO DELGADO 7 MA SEC., LEVITTOWN TOA BAJA, PR 00949 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 120944 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | PEREZ SOTO, JUAN HC 01 BOX 7254 GUAYANILLA, PR00656 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 133103 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | PEREZ, EDITH I. 1440 SHERIDAN ST B6 CAMDEN, NJ 08104 | 11/15/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172487 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

## Two Hundred and Forty-Sixth Omnibus Objection
### Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | RIVERA ACEVEDO, RAMON L<br>5304 VISTAS DEL PINAR<br>TOA ALTA, PR 00953-5321 | 5/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9185 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | RIVERA COLON, OBED<br>BUZON 57-A PERABUEYON<br>CABO ROJO, PR 00623 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 132309 | $ 75,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 30 | RIVERA PEREZ, JUAN MARCOS<br>URB BUENOS AIRES<br>31 CALLE B<br>SANTA ISABEL, PR 00757 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 108592 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | RIVERA RAMOS, HEUMARA<br>URB. SANTA ROSA<br>C-8 CALLE RITA<br>CAGUAS, PR 00725 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39688 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | RIVERA SOTO, JORGE LUIS<br>HC 04 BOX 5931<br>COAMO, PR 00769 | 11/7/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172276 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 33 | RIVERA TORRES, EDWIN<br>HC 01 BOX 5411<br>VILLALBA, PR 00766 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80254 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 34 | RIVERA TORRES, JOSE<br>CALLE ECAUDOR D 46 BUZON 110<br>URB CIUDAD CRISTIANA<br>HUMACAO, PR 00791 | 11/12/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172367 | $ 40,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Forty-Sixth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 35 | RODRIGUEZ COLLAD, JANICCE E.<br>PO BOX 1722<br>LAJAS, PR 00667 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47192 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | RODRIGUEZ FRANCO, MIGUEL A.<br>3073 SAN JUDAS<br>URB. LA GUADALUDE<br>PONCE, PR 00730-4201 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 162547 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 37 | RODRIGUEZ LUGO, RAMON LUIS<br>HC 02 BOX 7932<br>SANTA ISABEL, PR 00757 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 167926 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 38 | RODRIGUEZ MORELL, RINA R.<br>HC-06 BOX 8590<br>JUANA DIAZ, PR 00795-9610 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 166594 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 39 | SANTANA AMARO, ANGEL<br>HC 4 BOX 6328<br>YABUCOA, PR 00767 | 11/15/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172472 | $ 50,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 40 | SANTANA RAMOS, CARMELO<br>HC 4 BOX 6328<br>YABUCOA, PR 00767 | 11/15/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172476 | $ 50,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | SCHROEDER ORTIZ, JOHN<br>PO BOX 1014<br>CAROLINA, PR 00987 | 3/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4344 | $ 1,792.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Forty-Sixth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 42 | TORRES MERCADO, GUMERSINDA EL TUQUE CALLE GA D20 PONCE, PR 00731 | 6/28/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 121466 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 43 | TORRES OQUENDO, DORA HC-02 BOX 6916 JAYUYA, PR00664 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 145467 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 579,892.70* |

* Indicates claim contains unliquidated and/or undetermined amounts