# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima cuadragésima sexta objeción global**

## Ducentésima Cuadragésima Sexta Objeción Global
### Anexo A: Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO OLIVENCIA, EDGARDO<br>P.O. BOX 374<br>HORMIGUEROS, PR 00660 | 11/1/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172204 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 2 | ANTONETTY ORTIZ, ELIUT P.<br>BOX COQUI AGUIRRE PR-CARPENTER #15<br>AGUIRRE, PR 00704 | 11/4/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172328 | $ 12,000.00* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 3 | ARROYO MELENDEZ, OCTAVIA<br>URB ALTURAS DE RIO GRANDE<br>N 603 CALLE 10 B<br>RIO GRANDE, PR 00745 | 3/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3647 | $ 25,000.00* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 4 | CARABALLO RAMIREZ, DANIEL<br>BO MAGINAS 162 CALLE ORQUIDEA<br>SABANA GRANDE, PR 00637 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34959 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 5 | CLAUDIO JIMENEZ, JOSE J.<br>HC 03 BOX 37834<br>CAGUAS, PR 00725 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44714 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 6 | EDWARDS-RODRIGUEZ, GEORGE LOUIS<br>HC02 BOX 21525<br>CABO ROJO, PR 00623 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 45075 | $ 12,000.00* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |

## Ducentésima Cuadragésima Sexta Objeción Global
### Anexo A: Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | EDWARDS-RODRIGUEZ, GEORGE LOUIS<br>HC02 BOX 21525<br>CABO ROJO, PR 00623 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47339 | $ 1,700.00* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | FERNANDEZ CORREA, ESTHER<br>HC 1 BOX 3041<br>YABUCOA, PR 00767 | 11/20/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172436 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | FIGUEROA DIAZ, ARCADIA<br>PO BOX 1287<br>PONCE, PR 00733 | 5/14/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 17504 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | GONZALEZ BOSQUES, OMAYRA<br>HC-04 BOX 14237<br>MOCA, PR 00676 | 7/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 148370 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 11 | GONZALEZ OLIVER, NANCY<br>VIA ISABEL 4RN-30<br>VILLA FONTANA<br>CAROLINA, PR 00983 | 6/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 80635 | $ 0.70* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | GONZALEZ RIVERA, ROSA E<br>PO BOX 3370<br>GUAYNABO, PR 00970-3370 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 71824 | $ 10,000.00 |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

## Ducentésima Cuadragésima Sexta Objeción Global
### Anexo A: Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | GUZMAN SILVA, MARIA M.<br>HC 11 BOX 12441<br>HUMACAO, PR 00791-9420 | 11/4/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172214 | $ 10,000.00* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | IBARRA, MARIBEL<br>PO BOX 932<br>VIEQUEZ, PR 00765 | 11/18/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172496 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | LLANOS, ISIS<br>ALTURAS DE RIO GRANDE J174<br>CALLE 141<br>RIO GRANDE, PR 00745 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 71359 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 16 | MALDONADO FIGUEROA, JULIO CESAR<br>HC 5 BOX 5741<br>JUANA DIAZ, PR 00795 | 11/5/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172254 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | MARTI PEREZ, YAMILETTE<br>URB. SANTA MARIA CALLE6 #G-20<br>SAN GERMAN, PR 00683 | 6/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 74402 | $ 17,400.00* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 18 | MARTINEZ VAZQUEZ, RAMON<br>BOX 469<br>AGUIRRE, PR 00704 | 11/4/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172225 | $ 25,000.00* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

## Ducentésima Cuadragésima Sexta Objeción Global
### Anexo A: Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | MATOS ARROYO, VICENTA<br>PMB 376 BOX 1283<br>SAN LORENZO, PR 00754 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 110866 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 20 | MEDINA, BETZAIDA<br>2986 MONTEREY PINE LANE<br>LAKE WORTH, FL 33462 | 9/19/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170824 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 21 | MERCADO CRUZ, MARGARITA<br>URB LAGOS DE PLATA<br>O-24 13<br>TOA BAJA, PR 00949 | 6/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 89752 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 22 | MIRO SOTOMAYOR, PEDRO A.<br>2201 CARR 14 APT 11501<br>COTO LAUREL, PR 00780-2320 | 5/2/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 11287 | $ 250,000.00 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 23 | MOLINA RUIZ, OSVALDO A<br>#1A CALLE EL SENORIAL<br>SECTOR LAS CANITAS<br>PONCE, PR 00730-1638 | 6/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 78250 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 24 | MORALES GARCIA, HILDA<br>HC 3 BOX 36661<br>MAYAGUEZ, PR00680 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25624 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Ducentésima Cuadragésima Sexta Objeción Global
### Anexo A: Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | PENA RIVERA, DOLORES<br>HN-83 DOMINGO DELGADO<br>7 MA SEC., LEVITTOWN<br>TOA BAJA, PR 00949 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 120944 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 26 | PEREZ SOTO, JUAN<br>HC 01 BOX 7254<br>GUAYANILLA, PR00656 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 133103 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 27 | PEREZ, EDITH I.<br>1440 SHERIDAN ST B6<br>CAMDEN, NJ 08104 | 11/15/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172487 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 28 | RIVERA ACEVEDO, RAMON L<br>5304 VISTAS DEL PINAR<br>TOA ALTA, PR00953-5321 | 5/1/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9185 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 29 | RIVERA COLON, OBED<br>BUZON 57-A PERABUEYON<br>CABO ROJO, PR 00623 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 132309 | $ 75,000.00* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 30 | RIVERA PEREZ, JUAN MARCOS<br>URB BUENOS AIRES<br>31 CALLE B<br>SANTA ISABEL, PR 00757 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 108592 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Ducentésima Cuadragésima Sexta Objeción Global
### Anexo A: Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 31 | RIVERA RAMOS, HEUMARA<br>URB. SANTA ROSA<br>C-8 CALLE RITA<br>CAGUAS, PR 00725 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 39688 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 32 | RIVERA SOTO, JORGE LUIS<br>HC 04 BOX 5931<br>COAMO, PR 00769 | 11/7/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172276 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 33 | RIVERA TORRES, EDWIN<br>HC 01 BOX 5411<br>VILLALBA, PR 00766 | 6/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 80254 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 34 | RIVERA TORRES, JOSE<br>CALLE ECAUDOR D 46 BUZON 110<br>URB CIUDAD CRISTIANA<br>HUMACAO, PR 00791 | 11/12/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172367 | $ 40,000.00* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 35 | RODRIGUEZ COLLAD, JANICCE E.<br>PO BOX 1722<br>LAJAS, PR 00667 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47192 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |

## Ducentésima Cuadragésima Sexta Objeción Global
### Anexo A: Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 36 | RODRIGUEZ FRANCO, MIGUEL A.<br>3073 SAN JUDAS<br>URB. LA GUADALUDE<br>PONCE, PR 00730-4201 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 162547 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 37 | RODRIGUEZ LUGO, RAMON LUIS<br>HC 02 BOX 7932<br>SANTA ISABEL, PR 00757 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 167926 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 38 | RODRIGUEZ MORELL, RINA R.<br>HC-06 BOX 8590<br>JUANA DIAZ, PR 00795-9610 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 166594 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 39 | SANTANA AMARO, ANGEL<br>HC 4 BOX 6328<br>YABUCOA, PR 00767 | 11/15/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172472 | $ 50,000.00* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 40 | SANTANA RAMOS, CARMELO<br>HC 4 BOX 6328<br>YABUCOA, PR 00767 | 11/15/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172476 | $ 50,000.00* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 41 | SCHROEDER ORTIZ, JOHN<br>PO BOX 1014<br>CAROLINA, PR 00987 | 3/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4344 | $ 1,792.00* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Ducentésima Cuadragésima Sexta Objeción Global
### Anexo A: Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 42 | TORRES MERCADO, GUMERSINDA<br>EL TUQUE CALLE GA D20<br>PONCE, PR 00731 | 6/28/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 121466 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a la Autoridad de Carreteras y Transportación de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra la Autoridad de Carreteras y Transportación de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 43 | TORRES OQUENDO, DORA<br>HC-02 BOX 6916<br>JAYUYA, PR00664 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 145467 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| | | | | | TOTAL | $ 579,892.70* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados