## ANEXO A

**Relación de reclamaciones objeto de la Ducentésima cuadragésima séptima objeción global**

## Ducentésima Cuadragésima Séptima Objeción Global
### Anexo A: Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | COND. VILLAS DEL SOL<br>840 AÑASCO<br>SAN JUAN, PR 00925 | 12/26/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172949 | $ 13,266.82* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 2 | DIAZ RODRIGUEZ, CYNTHIA ANN<br>FRANCIS VARGAS LEYRO<br>64 RIERA PALMER<br>MAYAGUEZ, PR00680 | 2/13/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 168133 | $ 18,000.00* |
| | Base para: El reclamo formulado no adjunta documentación que respalde la obligación contra los Deudores o el monto alegado en el reclamo. Además, tras una revisión razonable de los libros y registros de los Deudores y de la ley aplicable, se concluye que los Deudores no tienen ninguna obligación con respecto al reclamo. | | | | | |
| | | | | | TOTAL | $ 31,266.82* |