# EXHIBIT A

**Schedule of Claims Subject to the Two Hundred Forty-Eighth Omnibus Objection**

## Two Hundred and Forty-Eighth Omnibus Objection
## Exhibit A - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | INSYS, LLC<br>20 LUIS MUÑOZ RIVERA AVENUE<br>URB. VILLA BLANCA PMB 523<br>CAGUAS, PR 00725 | 5/1/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 8172 | $ 9,975.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against the Puerto Rico Highways and Transportation Authority. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Transporte Integrado (ATI), which is not part of the Title III proceedings. | | | | | |
| 2 | TANK MANAGEMENT SERVICES<br>RAFAEL TIMOTHÉE<br>TANK MANAGEMENT SERVICES<br>URB. MONTECARLO<br>1312 CALLE 25<br>SAN JUAN, PR 00924-5251 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43951 | $ 5,040.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the Metropolitan Bus Authority, which is not part of the Title III proceedings. | | | | | |
| | | | | | TOTAL | $ 15,015.00 |