# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima cuadragésima octava objeción global**

## Ducentésima Cuadragésima Octava Objeción Global
### Anexo A: Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | INSYS, LLC<br>20 LUIS MUÑOZ RIVERA AVENUE<br>URB. VILLA BLANCA PMB 523<br>CAGUAS, PR 00725 | 5/1/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 8172 | $ 9,975.00 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra la Autoridad de Carreteras y Transportación de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran una obligación entre el Reclamante y la Autoridad de Transporte Integrado (ATI), que no forma parte de los casos iniciados al amparo del Título III. | | | | | |
| 2 | TANK MANAGEMENT SERVICES<br>RAFAEL TIMOTHÉE<br>TANK MANAGEMENT SERVICES<br>URB. MONTECARLO<br>1312 CALLE 25<br>SAN JUAN, PR 00924-5251 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 43951 | $ 5,040.00 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo demuestran una obligación existente entre el Reclamante y la Autoridad Metropolitana de Autobuses, que no forma parte de los casos iniciados al amparo del Título III. | | | | | |
| | | | | | TOTAL | $ 15,015.00 |