# **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima cuadragésima novena objeción global**

Ducentésima Cuadragésima Novena Objeción Global

Anexo A: Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | BANCO POPULAR DE PUERTO RICO LEGAL DIVISION (745) PO BOX 362708 SAN JUAN, PR 00936 | 20267 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,921.84 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $30,921.84 |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 2 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 47142 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $18,366.88 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $18,366.88 |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 3 | DEYA ELEVATOR SERVICE GPO BOX 362411 SAN JUAN, PR 00936-2411 | 34133 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $48,433.39 | Autoridad de Energía Eléctrica de Puerto Rico | 503(b)(9) | $48,433.39 |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 4 | PHOENIX INDUSTRIAL SALES INC. PO BOX 363336 SAN JUAN, PR 00936-3336 | 3507 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $43,409.88* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $43,409.88* |
| | Base para: El Reclamante considera que la Autoridad de Carreteras y Transportación de Puerto Rico es deudora cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere, recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 5 | PRWG CORUJO INDUSTRIAL PARK ROAD 866 BAYAMON, PR00961 | 47482 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $477.01 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $477.01 |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 6 | PUERTO RICO WIRE PRODUCTS, INC. PO BOX 363167 SAN JUAN, PR 00936-3167 | 42618 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $505.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $505.00 |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Ducentésima Cuadragésima Novena Objeción Global

Anexo A: Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 7 | ROSARIO FELICIANO, SAMUEL<br>EL PLANTIO<br>L1A CALLE 9<br>TOA BAJA, PR 00949 | 6538 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $1,249.00 | Autoridad de Energía Eléctrica de Puerto Rico | 503(b)(9) | $1,249.00 |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,249.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $1,249.00 |
| | | | | Subtotal | $2,498.00 | | Subtotal | $2,498.00 |

Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 8 | WDC PUERTO RICO, INC.<br>PO BOX 309<br>CAGUAS, PR 00726 | 28682 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $8,563.32 | Autoridad de Energía Eléctrica de Puerto Rico | 503(b)(9) | $8,563.32 |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,489,076.71 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $2,489,076.71 |
| | | | | Subtotal | $2,497,640.03 | | Subtotal | $2,497,640.03 |

Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico.

| | | | | TOTAL | $ 2,642,252.03* | TOTAL | | $ 2,642,252.03* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados