## ANEXO A

**Relación de reclamaciones objeto de la Ducentésima quincuagésima objeción global**

## Ducentésima Quincuagésima Objeción Global
### Anexo A: Reclamos Pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | A DUIE PYLE INC<br>650 WESTTOWN ROAD<br>WEST CHESTER, PA 19382 | 3/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4735 | $ 3,100.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha completado totalmente mediante el Cheque n.° 90134790, de fecha 14 de febrero de 2018. | | | | | |
| 2 | ADIESTRAMIENTO Y DESAROLLO ORGANIZACIONAL INC<br>506-A CALLE JUAN JIMENEZ<br>SAN JUAN, PR 00918-2506 | 5/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14804 | $ 2,009.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha completado totalmente mediante el Cheque n.° 90140462, de fecha 20 de junio de 2018. | | | | | |
| 3 | GARCIA CASTRO, JOSE<br>PO BOX 11457<br>SAN JUAN, PR 00922 | 5/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11784 | $ 1,083.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha completado totalmente mediante un depósito directo de fecha 31 de julio de 2017. | | | | | |
| 4 | GARRASTEGUI MALDONADO, SHEILA<br>108 WEST MAIN ST JARDINES DEL CARIBE<br>PONCE, PR 00728 | 3/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2528 | $ 1,719.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha completado totalmente mediante un depósito directo de fecha 22 de mayo de 2017. | | | | | |
| 5 | HERNANDEZ BERRIOS, CHRISTOPHER<br>URB LOMAS VERDES<br>Z-6 CALLE DRAGON<br>BAYAMON, PR 00956 | 5/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8225 | $ 1,099.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha completado totalmente mediante el Cheque n.° 19279017, de fecha 24 de julio de 2017. | | | | | |
| 6 | LABORATORIO METABOLICO INC<br>757 CALLE HIPODROMO<br>SAN JUAN, PR 00909 | 3/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2264 | $ 3,022.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha completado totalmente mediante el Cheque n.° 90128436, de fecha 15 de septiembre de 2017. | | | | | |
| 7 | LEFFINGWELL INFORMATION ASSOCIATES INC<br>PO BOX 373067<br>CAYEY, PR 00737-3067 | 4/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8682 | $ 662.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha completado totalmente mediante el Cheque n.° 90129222, de fecha 15 de septiembre de 2017. | | | | | |

## Ducentésima Quincuagésima Objeción Global
### Anexo A: Reclamos Pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | RIVERA FERNANDEZ, ALLAN COND SANTA ANA 1026 AVE LUIS VIGOREAUX APT PHN GUAYNABO, PR 00966 | 4/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5211 | $ 2,137.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha completado totalmente mediante un depósito directo de fecha 24 de julio de 2017. | | | | | |
| 9 | RIVERA SIACA,  LUIS A. CHARLES A. CUPRILL P.S.C LAW OFFICES 356 FORTALEZA STREET2ND FLOOR SAN JUAN, PR 00901 | 6/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 50044 | $ 296,226.69 |
| | Base para: La Evidencia de Reclamo invoca una obligación con base en los números de facturas 1293C y DCAAA111.  Los registros del Departamento de Corrección y Rehabilitación indican que dichas facturas se pagaron en su totalidad mediante los cheques n.° 00301168 y 00296967, de fecha 23 de octubre de 2019 y 27 de septiembre de 2019. | | | | | |
| 10 | RODRIGUEZ CARRASQUILLO, DENISE HC 20 BOX 28435 SAN LORENZO, PR 00754 | 3/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3645 | $ 2,393.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha completado totalmente mediante un depósito directo de fecha 31 de julio de 2017. | | | | | |
| 11 | ROSADO & ORDONEZ LAW OFFICE, P S C PMB 165 #1353 RD. 19 GUAYNABO, PR 00966 | 3/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4568 | $ 867.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha completado totalmente mediante el Cheque n.° 90127741, de fecha 15 de septiembre de 2017. | | | | | |
| 12 | SANTANA GARCIA, ANGEL URB LA COLINA 35B CALLE B GUAYNABO, PR 00969 | 5/1/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8517 | $ 1,309.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha completado totalmente mediante un depósito directo de fecha 31 de julio de 2017. | | | | | |
| 13 | SARRO PEREZ-MORIS, JOSE M PO BOX 16023 SAN JUAN, PR 00908-6023 | 3/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4268 | $ 3,000.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha completado totalmente mediante el Cheque n.° 19292527, de fecha 31 de julio de 2017. | | | | | |
| | | | | TOTAL | | $ 318,626.69 |