# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima quincuagésima primera objeción global**

## Ducentésima Quincuagésima Primera Objeción Global
### Anexo A: Reclamos Sustantivos Duplicados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | ENVIRONICS RECYCLING SERVICES, INC. PO BOX 29535 SAN JUAN, PR 00929 | 06/12/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 50041 | $ 1,190,864.12 | ENVIRONICS ENGINEERING GROUP CORP P.O. BOX 29535 SAN JUAN, PR 00929 | 06/12/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 63950 | $ 1,190,864.12 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 2 | L B CONSTRUCTION LUIS O. BARRETO PEREZ HC 02 BOX 12335 MOCA, PR 00670 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 128681 | $ 34,406.00 | L B CONSTRUCTION HC 02 BOX 12335 MOCA, PR 00676 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 154783 | $ 34,406.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 3 | RODRIGUEZ RODRIGUEZ , FELIX CITY OFFICE SUPPLIES PO BOX 1669 BAYAMON, PR 00960 | 07/03/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 154483 | $ 1,061.71 | RODRIGUEZ RODRIGUEZ, FELIX CITY OFFICE SUPPLIES P.O. BOX 1669 BAYAMON, PR 00960 | 07/03/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 117782 | $ 1,061.71 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 4 | SALVA RODRIGUEZ, CANDIDO DOS PINOS TOWNHOUSES B12 CALLE 2 SAN JUAN, PR 00923 | 05/24/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 32284 | Indeterminado* | SALVA RODRIGUEZ, CANDIDO A CANDIDO A SALVA RODRIGUEZ DOS PINOS TOWNHOUSES B12 CALLE 2 SAN JUAN, PR 00923 | 05/24/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 30598 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados