# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima quincuagésima segunda objeción global**

## Ducentésima Quincuagésima Segunda Objeción Global
### Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | AVILA MEDINA, ANGEL G<br>CALLE LIRIO 2949<br>QUEBRADILLAS, PR 00678-2455 | 4/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8302 | $ 20,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. | | | | | |
| 2 | BANKRUPTCY ESTATE OF MARTA NYDIA TORRES ROSA, CASE NO18-02226<br>NOREEN WISCOVITCH-RENTAS, CHAP.7 TRUSTEE<br>PMB 136/ 400 CALLE JUAN CALAF<br>SAN JUAN, PR 00918 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 98853 | $ 101,959.50 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y están asociadas a una entidad, el Fideicomiso de Conservación de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 3 | COOPERATIVA DE AHORRO Y CREDITO AGUSTIN BURGOS RIVERA<br>APARTADO1554<br>VILLALBA, PR 00766 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17411 | $ 250,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. | | | | | |
| 4 | FUNERARIA SHALOM MEMORIAL INC.<br>1646 BARRIO SABANETAS, PASEO VILLA FLORES<br>PONCE, PR 00716 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 134533 | $ 55,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. | | | | | |
| 5 | GARDON MARTIN, HILDA M<br>URB. ALHAMBRA 2538 CALLE OBISPADO<br>PONCE, PR 00716-3643 | 5/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16420 | $ 8,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. | | | | | |
| 6 | GELFON, JEFFREY<br>2008 79TH ST. NW<br>BRADENTON, FL 34209 | 4/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4107 | $ 50,000.00* |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. | | | | | |

## Ducentésima Quincuagésima Segunda Objeción Global
### Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | GREGORY D. LEE AND CRISTINA VILLATE<br>90 REINA CATALINA<br>LA VILLA DE TORRIMAR<br>GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 137160 | $ 50,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. | | | | | |
| 8 | LOPEZ LOPEZ, SUC HECTOR<br>CONCHITA ORSINI<br>P.O BOX 192469<br>SAN JUAN, PR 00919-2469 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22035 | $ 20,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. | | | | | |
| 9 | LOPEZ PUMAREJO, HECTOR<br>FRANCISCO J. PERDOMO<br>PSV & CO, PSC<br>PO BOX 363247<br>SAN JUAN, PR 00936-3247 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19035 | $ 50,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. | | | | | |
| 10 | LUGO PAGAN, PABLO<br>PO BOX 771<br>HORMIGUEROS, PR 00660 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 96773 | $ 29,467.20 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. | | | | | |
| 11 | QUILICHINI PAZ, DELIA<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 46909 | $ 14,733.60 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. | | | | | |

## Ducentésima Quincuagésima Segunda Objeción Global
### Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | RAFAEL RIOS RODRIGUEZ & LYDIA MONTALVO<br>PO BOX 1961<br>CAROLINA, PR 00984 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35456 | $ 96,239.75 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. | | | | | |
| 13 | RAUL E. CASANOVAS BALADO & LOLITA GANDARILLA<br>356 FORTALEZA STREET SECOND FLOOR<br>CHARLES A. CUPRILL, ESQ.<br>SAN JUAN, PR 00901 | 8/4/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 64 | $ 40,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. | | | | | |
| 14 | RINCON, JOSE R.<br>URB EL ALAMO<br>A-2 LAREDO<br>GUAYNABO, PR 00969 | 5/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12983 | $ 50,004.50* |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. | | | | | |
| 15 | RIVERA TORRALES, ARTURO<br>COND HATO REY CENTRO<br>130 AVE ARTERIAL HOSTOS Q101<br>HOSTOS Q-101<br>SAN JUAN, PR 00918 | 6/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 80626 | $ 150,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. | | | | | |
| 16 | ROBLES BIDOT, JAIME<br>25 MUNOZ RIVERA AVE.<br>COND. BAHIA PLAZA 701<br>SAN JUAN, PR 00901 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31018 | $ 100,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. | | | | | |

## Ducentésima Quincuagésima Segunda Objeción Global
### Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | SUC. DE HECTOR LOPEZ LOPEZ<br>C/O CONCHITA ORSINI<br>PO BOX 192469<br>SAN JUAN, PR 00919-2469 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23557 | $ 15,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. | | | | | |
| 18 | SUC. HECTOR LOPEZ LOPEZ<br>C/O CONCHITA ORSINI<br>PO BOX 192469<br>SAN JUAN, PR 00919-2469 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23581 | $ 15,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. | | | | | |
| | | | | | TOTAL | $ 1,115,404.55* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados