# **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Fifty-Third Omnibus Objection**

## Two Hundred and Fifty-Third Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BOZZO NIEVES, VICTOR L.<br>URB FAIR VIEW 693 CALLE 44<br>SAN JUAN, PR 00926-7767 | 7/22/2020 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 174165 | Undetermined* |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 2 | HINCKLEY, RICHARD LEE<br>3085 ROSANNA ST.<br>LAS VEGAS, NV 89117 | 7/28/2020 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 174331 | $ 25,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 3 | RING, JOSEPH AND JOSEPHINE<br>10227 WINDSONG ROAD<br>PUNTA GORDA, FL 33955 | 4/20/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173743 | $ 100,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 4 | RING, JOSEPH AND JOSEPHINE<br>10227 WINDSONG ROAD<br>PUNTA GORDA, FL 33955 | 4/27/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173764 | $ 100,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 5 | RING, JOSEPH AND JOSEPHINE<br>10227 WINDSONG ROAD<br>PUNTA GORDA, FL 33955 | 6/29/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174156 | $ 101,288.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 6 | TEN BROECK, ROBERT H.<br>10179 ARROW HEAD DR<br>PUNTA GORDA, FL 33955 | 5/4/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173869 | $ 20,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| | | | | | TOTAL | $ 346,288.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts