# **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima quincuagésima tercera objeción global**

## Ducentésima Quincuagésima Tercera Objeción Global
### Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | BOZZO NIEVES, VICTOR L.<br>URB FAIR VIEW 693 CALLE 44<br>SAN JUAN, PR 00926-7767 | 7/22/2020 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 174165 | Indeterminado* |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 2 | HINCKLEY, RICHARD LEE<br>3085 ROSANNA ST.<br>LAS VEGAS, NV 89117 | 7/28/2020 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 174331 | $ 25,000.00 |
| | Base para: El reclamante invoca la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la ACT al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 3 | RING, JOSEPH AND JOSEPHINE<br>10227 WINDSONG ROAD<br>PUNTA GORDA, FL 33955 | 4/20/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 173743 | $ 100,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 4 | RING, JOSEPH AND JOSEPHINE<br>10227 WINDSONG ROAD<br>PUNTA GORDA, FL 33955 | 4/27/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 173764 | $ 100,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 5 | RING, JOSEPH AND JOSEPHINE<br>10227 WINDSONG ROAD<br>PUNTA GORDA, FL 33955 | 6/29/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174156 | $ 101,288.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 6 | TEN BROECK, ROBERT H.<br>10179 ARROW HEAD DR<br>PUNTA GORDA, FL 33955 | 5/4/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 173869 | $ 20,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| | | | | | TOTAL | $ 346,288.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados