# EXHIBIT A

**Schedule of Claims Subject to the Two Hundred Fifty-Fourth Omnibus Objection**

## Two Hundred and Fifty-Fourth Omnibus Objection
### Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | EICH, THOMAS J<br>302 E 88TH ST<br>APT 3J<br>NEW YORK, NY 10128-4930 | 4/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9576 | $ 40,000.00 |

Reason: Proof of Claim purports to assert liabilities associated with bonds issued by HTA, but the bonds claimant purports to hold have already been refunded, either through redemption or defeasance.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ESTATE OF JEREMIAH JOCHNOWITZ<br>C/O O'CONNELL AND ARONOWITZ<br>54 STATE STREET<br>ALBANY, NY 12207 | 10/11/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 224 | $ 10,000.00* |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interest in note(s) that are already matured, for which bondholders have received their payments in full.

| | | | | | TOTAL | $ 50,000.00* |
|---|---|---|---|---|---|---|