# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima quincuagésima cuarta objeción global**

Ducentésima Quincuagésima Cuarta Objeción Global
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | EICH, THOMAS J<br>302 E 88TH ST<br>APT 3J<br>NEW YORK, NY 10128-4930 | 4/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9576 | $ 40,000.00 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a bonos emitidos por la ACT, pero los bonos que el reclamante afirma tener ya han sido refinanciados mediante reembolso o anulación. | | | | | |
| 2 | ESTATE OF JEREMIAH JOCHNOWITZ<br>C/O O'CONNELL AND ARONOWITZ<br>54 STATE STREET<br>ALBANY, NY 12207 | 10/11/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 224 | $ 10,000.00* |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones ya vencidas y cuyos pagos los titulares de los bonos han recibido en su totalidad. | | | | | |
| | | | | | TOTAL | $ 50,000.00* |