# EXHIBIT A

**Schedule of Claims Subject to the Two Hundred Fifty-Fifth Omnibus Objection**

## Two Hundred and Fifty-Fifth Omnibus Objection
### Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COOPERATIVA DE A/C MOROVENA<br>COOP A/C MOROVENA<br>PO BOX 577<br>MOROVIS, PR 00687 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29387 | $ 200,032.50 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that are not guaranteed by the Commonwealth. | | | | | |
| 2 | OFICINA DENTAL DR. DAVID J. BUSQUETS<br>SUITE 810 LA TORRE DE PLAZA LAS AMERICAS<br>525 F.D. ROOSEVELT<br>SAN JUAN, PR 00918 | 5/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16782 | $ 5,000.00* |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that are not guaranteed by the Commonwealth. | | | | | |
| 3 | PICO, VIVIANNE M.<br>17709 GLOBE THEATRE DR<br>OLNEY, MD 20832 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50424 | $ 5,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that are not guaranteed by the Commonwealth. | | | | | |
| 4 | TORREGROSA , RENE & NOLLA & NECTAR DEL LA ROSA<br>TERRAZAS PAUQUE ESWRIAL<br>APT 1109<br>CAROLINA, PR 00987 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42047 | $ 150,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that are not guaranteed by the Commonwealth. | | | | | |
| | | | | | TOTAL | $ 360,032.50* |

\* Indicates claim contains unliquidated and/or undetermined amounts