# **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima quincuagésima quinta objeción global**

## Ducentésima Quincuagésima Quinta Objeción Global
## Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | COOPERATIVA DE A/C MOROVENA<br>COOP A/C MOROVENA<br>PO BOX 577<br>MOROVIS, PR 00687 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29387 | $ 200,032.50 |
| | Base para: La Evidencia de Reclamo también pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no han sido garantizadas por el Estado Libre Asociado. | | | | | |
| 2 | OFICINA DENTAL DR. DAVID J. BUSQUETS<br>SUITE 810 LA TORRE DE PLAZA LAS AMERICAS<br>525 F.D. ROOSEVELT<br>SAN JUAN, PR 00918 | 5/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16782 | $ 5,000.00* |
| | Base para: La Evidencia de Reclamo también pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no han sido garantizadas por el Estado Libre Asociado. | | | | | |
| 3 | PICO, VIVIANNE M.<br>17709 GLOBE THEATRE DR<br>OLNEY, MD 20832 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 50424 | $ 5,000.00 |
| | Base para: La Evidencia de Reclamo también pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no han sido garantizadas por el Estado Libre Asociado. | | | | | |
| 4 | TORREGROSA , RENE & NOLLA & NECTAR DEL LA ROSA<br>TERRAZAS PAUQUE ESWRIAL<br>APT 1109<br>CAROLINA, PR 00987 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 42047 | $ 150,000.00 |
| | Base para: La Evidencia de Reclamo también pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no han sido garantizadas por el Estado Libre Asociado. | | | | | |
| | | | | | TOTAL | $ 360,032.50* |