# **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Fifty-Sixth Omnibus Objection**

## Two Hundred and Fifty-Sixth Omnibus Objection
## Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | FERNANDEZ MINGUEZ, SERAPIO<br>130 CALLE COSTA RICA<br>COND. VERELES PLAZA B<br>APT. 304<br>SAN JUAN, PR 00917 | 5/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9836 | $ 390,000.00 |

Reason: Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant also asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that have not been guaranteed by the Commonwealth, for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | GARRIGA GIL, ZAIRA<br>FRANCISCO J. RIVERA ALVAREZ, ESQ.<br>P.O. BOX 33601<br>PONCE, PR 00733-6001 | 4/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6896 | $ 85,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and that are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | JUSTINIANO CUSTRO CARMEN GUEITS HEMA - ONCO DE ARECIBO<br>425 CARR 693<br>PMB 371 SUITE I<br>DORADO, PR 00646 | 4/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7352 | $ 208,264.25 |

Reason: Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant also asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | MULERO, RICARDO<br>PO BOX 614<br>CAGUAS, PR 00726 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34669 | $ 505,524.16 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant also asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interest in note(s) that have not been guaranteed by the Commonwealth, that are already matured, for which bondholders have received their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | QUESADA BRAVO, HELEN F.A.<br>EL REMANSO<br>E-2 CALLE CAUSE<br>SAN JUAN, PR 00926-6115 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101660 | $ 380,149.39 |

## Two Hundred and Fifty-Sixth Omnibus Objection
### Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| | Reason: Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant also asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and that are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. | | | | | |
| 6 | REXACH, HANS<br>PO BOX 191167<br>SAN JUAN, PR 00919-1167 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80625 | $ 732,890.18 |
| | Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and that are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. | | | | | |
| 7 | THE MCKENZIE FAMILY TRUST<br>4550 E. WILD COYOTE TRL.<br>TUCSON, AZ 85739 | 4/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6571 | $ 10,000.00 |
| | Reason: Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and that are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. | | | | | |
| | | | | | TOTAL | $ 2,311,827.98 |