# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima quincuagésima sexta objeción global**

Ducentésima Quincuagésima Sexta Objeción Global
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | FERNANDEZ MINGUEZ, SERAPIO<br>130 CALLE COSTA RICA<br>COND. VERELES PLAZA B<br>APT. 304<br>SAN JUAN, PR 00917 | 5/1/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9836 | $ 390,000.00 |

Base para: El reclamo pretende invocar, en parte, una obligación fundada en la presunta titularidad de Bonos de la Cooperación del Fondo de Interés Apremiante (COFINA) y, por tanto, pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Resolución y (2) se liquidaron y pagaron de conformidad con el Plan y la Orden Enmendada de Confirmación. El reclamante también invoca, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento (BGF) sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no han sido garantizadas por el Estado Libre Asociado y cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | GARRIGA GIL, ZAIRA<br>FRANCISCO J. RIVERA ALVAREZ, ESQ.<br>P.O. BOX 33601<br>PONCE, PR 00733-6001 | 4/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6896 | $ 85,000.00 |

Base para: El reclamante invoca, en parte, una obligación fundada en una supuesta titularidad de Bonos del BGF sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y que están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental (AFICA), que no es un Deudor al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | JUSTINIANO CUSTRO CARMEN GUEITS HEMA - ONCO DE ARECIBO<br>425 CARR 693<br>PMB 371 SUITE I<br>DORADO, PR 00646 | 4/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7352 | $ 208,264.25 |

Base para: El reclamo pretende invocar, en parte, una obligación basada en una presunta titularidad de los Bonos de la Cooperación del Fondo de Interés Apremiante (COFINA) y, por tanto, pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar en razón de que los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Resolución y (2) se liquidaron y pagaron de conformidad con el Plan y la Orden Enmendada de Confirmación. El reclamante también invoca, en parte, inversiones en uno o más fondos comunes, los cuales, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | MULERO, RICARDO<br>PO BOX 614<br>CAGUAS, PR 00726 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34669 | $ 505,524.16 |

Base para: El reclamante invoca, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. El reclamante también invoca, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento (BGF) sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no han sido garantizadas por el Estado Libre Asociado, que ya han vencido, cuyos pagos los titulares de los bonos han recibido en su totalidad y que están asociadas a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III.

## Ducentésima Quincuagésima Sexta Objeción Global
### Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | QUESADA BRAVO, HELEN F.A.<br>EL REMANSO<br>E-2 CALLE CAUSE<br>SAN JUAN, PR 00926-6115 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 101660 | $ 380,149.39 |
| | Base para: El reclamo pretende invocar, en parte, una obligación fundada en la presunta titularidad de Bonos de la Cooperación del Fondo de Interés Apremiante (COFINA) y, por tanto, pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Resolución y (2) se liquidaron y pagaron de conformidad con el Plan y la Orden Enmendada de Confirmación. El reclamante también invoca, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y que están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental (AFICA), que no es un Deudor al amparo del Título III. | | | | | |
| 6 | REXACH, HANS<br>PO BOX 191167<br>SAN JUAN, PR 00919-1167 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 80625 | $ 732,890.18 |
| | Base para: El reclamante invoca, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y que están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental (AFICA), que no es un Deudor al amparo del Título III. | | | | | |
| 7 | THE MCKENZIE FAMILY TRUST<br>4550 E. WILD COYOTE TRL.<br>TUCSON, AZ 85739 | 4/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6571 | $ 10,000.00 |
| | Base para: El reclamo pretende invocar, en parte, una obligación fundada en la presunta titularidad de Bonos de la Cooperación del Fondo de Interés Apremiante (COFINA) y, por tanto, pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Resolución y (2) se liquidaron y pagaron de conformidad con el Plan y la Orden Enmendada de Confirmación. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y que están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental (AFICA), que no es un Deudor al amparo del Título III. | | | | | |
| | | | | | TOTAL | $ 2,311,827.98 |