# **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima quincuagésima séptima objeción global**

Ducentésima Quincuagésima Séptima Objeción Global
Anexo A: Reclamos de Bonos de Deudores Incorrectos

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | CASTELLAR, ISABEL M. 2017 CALLE DUQUESA URB. VALLE REAL PONCE, PR 00716 | 9607 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $85,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $85,000.00 |
| | Base para: El reclamante identifica como deudor de los bonos reclamados al Sistema de Retiro de Empleados (ERS), cuando la Evidencia de Reclamo, la documentación de respaldo, el o los nombres del bono en disputa y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico. | | | | | | | |
| 2 | STRICKLAND, DAVID 2 CALLAHAN PLACE HINGHAM, MA 02043 | 4015 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $115,000.00 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $80,000.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $35,000.00 |
| | | | | | | | Subtotal | $115,000.00 |
| | Base para: El reclamante identifica, en parte, como deudor de los bonos reclamados a la ACT, cuando la Evidencia de Reclamo, la documentación de respaldo, el o los nombres del bono en disputa y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico. | | | | | | | |
| | | | TOTAL | | $ 200,000.00 | TOTAL | | $ 200,000.00 |