# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima quincuagésima octava objeción global**

## Ducentésima Quincuagésima Octava Objeción Global
### Anexo A: Reclamos de Bonos Duplicados y Reclamos de Bonos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALVAREZ MENDEZ, CARLOS<br>ATTN: JOSE E. ROSARIO<br>P.O. BOX 191089<br>SAN JUAN, PR 00919-1089 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 113246 | $ 560,078.00 |
| | Base para: El reclamo pretende invocar, en parte, una obligación fundada en la presunta titularidad de Bonos de la Cooperación del Fondo de Interés Apremiante (COFINA) y, por tanto, pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Resolución y (2) se liquidaron y pagaron de conformidad con el Plan y la Orden Enmendada de Confirmación. El reclamante también invoca, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento (BGF) sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. Asimismo, el reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por el ERS, que es un duplicado de la evidencia de reclamo maestra presentada por el fideicomisario de esos bonos, en el caso del Estado Libre Asociado. Asimismo, el reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. La Evidencia de Reclamo también pretende recuperar, er parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y que están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental (AFICA), que no es un Deudor al amparo del Título III. | | | | | |
| 2 | COOPERATIVA DE AHORRO Y CREDITO DE ISABELA<br>COOPERATIVA DE AHORRO Y CREDITO DE ISABELA<br>C/O EDGARDO MUNOZ PSC<br>364 LAFAYETTE<br>SAN JUAN, PR 00917-3113 | 6/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 46513 | $ 31,644,497.66* |
| | Base para: El reclamante invoca, en parte, una obligación fundada en una supuesta titularidad de Bonos del BGF sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no han sido garantizadas por el Estado Libre Asociado, que ya han vencido, cuyos pagos los titulares de los bonos han recibido en su totalidad y que están asociadas a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 3 | LEIBOWITZ, EDWARD<br>1019 WILLOWBROOK RD<br>STATEN ISALND, NY10314 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 39641 | $ 75,000.00 |
| | Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no han sido garantizadas por el Estado Libre Asociado y cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 4 | LOZADA MORALES, JUAN E.<br>URB CIUDAD JARDIN, 60 CALLE ALHELI<br>TOA ALTA, PR00953 | 6/12/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 78846 | $ 463,288.05 |

## Ducentésima Quincuagésima Octava Objeción Global
### Anexo A: Reclamos de Bonos Duplicados y Reclamos de Bonos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| | Base para: El reclamo pretende invocar, en parte, una obligación fundada en la presunta titularidad de Bonos de la Cooperación del Fondo de Interés Apremiante (COFINA) y, por tanto, pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Resolución y (2) se liquidaron y pagaron de conformidad con el Plan y la Orden Enmendada de Confirmación. El reclamante también invoca, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento (BGF) sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. Asimismo, el reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por el ERS, que es un duplicado de la evidencia de reclamo maestra presentada por el fideicomisario de esos bonos, en el caso del Estado Libre Asociado. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no han sido garantizadas por el Estado Libre Asociado, que ya han vencido, cuyos pagos los titulares de los bonos han recibido en su totalidad y que están asociadas a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 5 | MOLINA CAINS, SERGIO<br>PO BOX 9343<br>SAN JUAN, PR 00908 | 4/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5365 | $ 153,048.00* |
| | Base para: El reclamante invoca, en parte, una obligación fundada en una supuesta titularidad de Bonos del BGF sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. Asimismo, el reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por el ERS, que es un duplicado de la evidencia de reclamo maestra presentada por el fideicomisario de esos bonos, en el caso del Estado Libre Asociado. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Asimismo, el reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no han sido garantizadas por el Estado Libre Asociado y cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, y que están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 6 | OLAZAGASTI, JORGE<br>64 CORDERO ST.<br>SAN JUAN, PR 00911 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30635 | $ 124,180.00 |
| | Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no han sido garantizadas por el Estado Libre Asociado y cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, y que están asociadas a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Ducentésima Quincuagésima Octava Objeción Global
Anexo A: Reclamos de Bonos Duplicados y Reclamos de Bonos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | RIVERA, VICTOR M.<br>VICTOR M. RIVERA & ALIDA CASTRO<br>C/2 #14 PASEO ALTO<br>LOS PASEOS<br>SAN JUAN, PR 00976-5917 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 43660 | $ 555,000.00 |
| | Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y que están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental (AFICA), que no es un Deudor al amparo del Título III. | | | | | |
| 8 | UNIVERSAL INSURANCE COMPANY<br>MARITERE JIMÉNEZ, TREASURER<br>PO BOX 71338<br>SAN JUAN, PR 00936-8438 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 123577 | $ 3,500,000.00 |
| | Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones asociadas a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| | | | | | TOTAL | $ 37,075,091.71* |