## **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Fifty-Ninth Omnibus Objection**

Two Hundred and Fifty-Ninth Omnibus Objection
Exhibit A - Duplicate + Incorrect Debtor Bond Claims

|  | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | KALLINEY, ELIZABETH E.<br>15430 ALMACO CIR<br>BONITA SPRINGS, FL 34135-8391 | 6424 | Commonwealth of Puerto Rico | Unsecured | $45,000.00 | Puerto Rico Electric Power Authority | Unsecured | $20,000.00 |

Reason: Claimant asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the Commonwealth Title III Case by the fiscal agent or trustee of these bond(s). Claimant also purports to assert, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. For another portion of the claim, claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

|  | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | PERSAUD, RAJENDRA & SHARMILLA<br>126 AUDLEY STREET<br>KEW GARDENS, NY 11418 | 8780 | Commonwealth of Puerto Rico | Unsecured | $95,000.00 | Puerto Rico Electric Power Authority | Unsecured | $40,000.00 |

Reason: Claimant asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the Commonwealth Title III Case by the fiscal agent or trustee of these bond(s). Claimant also purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. For another portion of the claim, claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

|  | TOTAL | | TOTAL | |
|---|---|---|---|---|
|  | $140,000.00 | | $60,000.00 | |