## <u>ANEXO A</u>

**Relación de reclamaciones objeto de la Ducentésima quincuagésima novena objeción global**

Ducentésima Quincuagésima Novena Objeción Global
Anexo A: Reclamos de Bonos Duplicados y de Deudores Incorrectos

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | KALLINEY, ELIZABETH E. 15430 ALMACO CIR BONITA SPRINGS, FL 34135-8391 | 6424 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $45,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $20,000.00 |

Base para: El reclamante reclama, en parte, obligaciones aseguradas secundariamente, cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la ACT, que son duplicados de una o más Evidencias de Reclamo Maestras presentadas en el Caso del Estado Libre Asociado al amparo del Título III por el fideicomisario de este o estos bonos. Asimismo, el reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por el ERS, que es un duplicado de la evidencia de reclamo maestra presentada por el fideicomisario de esos bonos, en el caso del Estado Libre Asociado. Para otra parte del reclamo, el reclamante identifica como deudor al Estado Libre Asociado de Puerto Rico, cuando la Evidencia de Reclamo, la documentación de respaldo, el o los nombres del bono en disputa y/o la información del CUSIP señalan que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico.

| 2 | PERSAUD, RAJENDRA & SHARMILLA 126 AUDLEY STREET KEW GARDENS, NY 11418 | 8780 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $95,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $40,000.00 |

Base para: El reclamante reclama, en parte, obligaciones aseguradas secundariamente, cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la ACT, que son duplicados de una o más Evidencias de Reclamo Maestras presentadas en el Caso del Estado Libre Asociado al amparo del Título III por el agente fiscal o el fideicomisario de este o estos bonos. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Para otra parte del reclamo, el reclamante identifica como deudor al Estado Libre Asociado de Puerto Rico, cuando la Evidencia de Reclamo, la documentación de respaldo, el o los nombres del bono en disputa y/o la información del CUSIP señalan que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico.

| | | | TOTAL | | $ 140,000.00 | TOTAL | | $ 60,000.00 |