# EXHIBIT D

## Proposed Order

Case:17-03283-LTS   Doc#:14235-5   Filed:09/11/20   Entered:09/11/20 15:22:38   Desc:
Exhibit D   Page 1 of 9

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

<table>
<tr>
<td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

                     Debtors.[1]

</td>
<td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to the Commonwealth.**

</td>
</tr>
</table>

**ORDER GRANTING TWO HUNDRED FIFTY-NINTH OMNIBUS OBJECTION
(SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE
AND INCORRECT DEBTOR BONDHOLDER CLAIMS**

Upon the *Two Hundred Fifty-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Duplicate and Incorrect Debtor Bondholder Claims* (Docket Entry No. __, the "Two Hundred Fifty-Ninth Omnibus Objection")[2] filed by the Commonwealth

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Two Hundred Fifty-Ninth Omnibus Objection.

of Puerto Rico (the "Commonwealth," the "Debtor"), dated September 11, 2020, for entry of an order partially disallowing certain claims filed against the Commonwealth, as more fully set forth in the Two Hundred Fifty-Ninth Omnibus Objection and supporting exhibits thereto; and partially reclassifying certain claims filed against the Commonwealth, as more fully set forth in the Two Hundred Fifty-Ninth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Two Hundred Fifty-Ninth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Two Hundred Fifty-Ninth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that portions of the claims identified in Exhibit A to the Two Hundred Fifty-Ninth Omnibus Objection seek recovery of amounts that are duplicative, in part, of one or more Master Proofs of Claim filed in the Commonwealth's Title III Case; and portions of the claims identified in the column titled "Asserted" in Exhibit A to the Two Hundred Fifty-Ninth Omnibus Objection having improperly identified the Commonwealth as obligor, when such claims are properly asserted, if at all, against the Puerto Rico Electric Power Authority ("PREPA"), as identified in the column titled "Corrected" in Exhibit A to the Two Hundred Fifty-Ninth Omnibus Objection; and the Court having determined that the relief sought in the Two Hundred Fifty-Ninth Omnibus Objection is in the best interests of the Commonwealth and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Two Hundred-Fifty Ninth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

2

ORDERED that the Two Hundred Fifty-Ninth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the portions of the claims identified in Exhibit A to the Two Hundred Fifty-Ninth Omnibus Objection (the "Partially Duplicate Bond Claims") are hereby partially disallowed; and it is further

ORDERED that the claims identified in the column titled "Asserted" in Exhibit A to the Two Hundred Fifty-Ninth Omnibus Objection (the "Partially Reclassified Bond Claims") are hereby reclassified to be claims asserted against PREPA, as indicated in the column titled "Corrected" in Exhibit A; and it is further

ORDERED that the Debtors' right to object to the Partially Reclassified Bond Claims is reserved; and it is further

ORDERED that Prime Clerk is authorized and directed, in the official claims register in the PROMESA cases, to move the claims identified in the column titled "Asserted" in Exhibit A to the Two Hundred Fifty-Ninth Omnibus Objection from the Title III case for the debtor(s) identified in the column titled "Asserted" in Exhibit A to the Two Hundred Fifty-Ninth Omnibus Objection to PREPA's Title III Case (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747)); and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

## **ANEXO D**

**Orden propuesta**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br> como representante del <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*., <br><br> Deudores.[1] | PROMESA <br> Título III <br><br> Núm. 17 BK 3283-LTS <br><br> (Administrado Conjuntamente) <br><br> **La presente radicación guarda relación con el ELA.** |

**ORDEN POR LA QUE SE CONCEDE LA DUCENTÉSIMA QUINCUAGÉSIMA NOVENA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES DE LOS BONISTAS DUPLICADAS Y ALEGADAS CONTRA EL DEUDOR INCORRECTO**

Vista la *Ducentésima quincuagésima novena objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones de los bonistas duplicadas y alegadas contra el deudor incorrecto* (Expediente núm. __, la "Ducentésima quincuagésima novena

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de Casos de Quiebra debido a ciertas limitaciones en el programa informático).

objeción global") ² radicada por el Estado Libre Asociado de Puerto Rico (el "ELA" o el "Deudor"), de fecha 11 de septiembre de 2020, en la que se solicita que se dicte una orden que rechace, parcialmente, determinadas reclamaciones radicadas contra el ELA, según se establece con más detalle en la Ducentésima quincuagésima novena objeción global y en sus anexos justificativos; y que reclasifique parcialmente determinadas reclamaciones radicadas contra el ELA, según se establece con más detalle en la Ducentésima quincuagésima novena objeción global y en sus anexos justificativos; y al tener el Tribunal jurisdicción para atender la Ducentésima quincuagésima novena objeción global y para conceder el remedio en ella solicitado conforme a PROMESA, sección 306(a); y siendo la sede judicial competente conforme a PROMESA, sección 307(a); y habiéndose efectuado, en tiempo y forma, la notificación de la Ducentésima quincuagésima novena objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y habiendo determinado el Tribunal que partes de las reclamaciones identificadas en el Anexo A de la Ducentésima quincuagésima novena objeción global pretenden obtener la recuperación de los montos duplicado, en parte, con respecto a una o más Evidencias de reclamaciones principales radicadas en el marco del Caso de Título III del ELA; y partes de las reclamaciones identificadas en la columna titulada "Alegadas (*Asserted*)" en el Anexo A de la Ducentésima quincuagésima novena objeción global habiendo identificado incorrectamente al ELA como deudor, cuando lo correcto sería que tales reclamaciones se alegaran, en su caso, contra la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE"), conforme a lo identificado en la columna titulada "Corregidas (*Corrected*)" en el Anexo A de la Ducentésima quincuagésima novena objeción global; y habiendo determinado el Tribunal que el remedio

---

² Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Ducentésima quincuagésima novena objeción global.

2

solicitado en la Ducentésima quincuagésima novena objeción global redunda en el mejor interés del ELA y sus acreedores, y de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Ducentésima quincuagésima novena objeción global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio de la presente,

SE ORDENA que SE CONCEDA la Ducentésima quincuagésima novena objeción global, según se establece en el presente documento; además

SE ORDENA que las partes de las reclamaciones identificadas en el Anexo A de la Ducentésima quincuagésima novena objeción global (las "Reclamaciones parcialmente duplicadas por bonos") se rechacen parcialmente; asimismo

SE ORDENA que las reclamaciones identificadas en la columna titulada "Alegadas (*Asserted*)" en el Anexo A de la Ducentésima quincuagésima novena objeción global (las "Reclamaciones parcialmente reclasificadas por bonos") queden reclasificadas como reclamaciones alegadas contra la AEE, conforme a lo identificado en la columna titulada "Corregidas (*Corrected*)" en el Anexo A; también

SE ORDENA que el derecho que asiste a los Deudores a objetar a las Reclamaciones parcialmente reclasificadas por bonos quede reservado; además

SE ORDENA que Prime Clerk quede autorizada, y reciba instrucciones, para trasladar, en el registro oficial de reclamaciones relativo a los casos radicados conforme a PROMESA, las reclamaciones identificadas en la columna titulada "Alegadas (*Asserted*)" en el Anexo A de la Ducentésima quincuagésima novena objeción global del caso de Título III del/de los deudor(es) identificadas en la columna titulada "Alegadas (*Asserted*)" en el Anexo A de la Ducentésima quincuagésima novena objeción global al Caso de Título III de la AEE (Caso de

3

Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal:

3747)); y por último

       SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la

totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o

ejecución de la presente Orden.

       ASÍ SE ESTABLECE.

Fecha: _____

_____
Su señoría, la juez Laura Taylor Swain
Juez de Distrito de los Estados Unidos

4