## **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Sixtieth Omnibus Objection**

Two Hundred and Sixtieth Omnibus Objection
Exhibit A - Duplicate + No Liability Bond Claims

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | DAVIS, ANDREW P<br>333 WEST END AVE#4B<br>NEW YORK, NY 10023 | 3076 | Commonwealth of Puerto Rico | Secured | Undetermined* | Commonwealth of Puerto Rico | Secured | Undetermined* |
| | | | Commonwealth of Puerto Rico | Unsecured | $115,000.00* | Commonwealth of Puerto Rico | Unsecured | $10,000.00* |
| | | | | Subtotal | $115,000.00* | | Subtotal | $10,000.00* |

Reason: Claimant asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the Commonwealth Title III Case by the fiscal agent or trustee of these bond(s). Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and that are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | DAVIS, JESSSICA G<br>333 WEST END AVE (#4B)<br>NEW YORK, NY 10023 | 3064 | Commonwealth of Puerto Rico | Secured | Undetermined* | Commonwealth of Puerto Rico | Secured | Undetermined* |
| | | | Commonwealth of Puerto Rico | Unsecured | $190,000.00* | Commonwealth of Puerto Rico | Unsecured | $30,000.00* |
| | | | | Subtotal | $190,000.00* | | Subtotal | $30,000.00* |

Reason: Claimant asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the Commonwealth Title III Case by the fiscal agent or trustee of these bond(s). Claimant also purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and that are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against th Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | JAMES, RAYMOND<br>BARBARA J TUCKER<br>3668 APPLING LAKE DR<br>MEMPHIS, TN 38133 | 4300 | Commonwealth of Puerto Rico | Unsecured | $310,000.00 | Commonwealth of Puerto Rico | Unsecured | $135,000.00 |

Reason: Claimant asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the Commonwealth Title III Case by the fiscal agent or trustee of these bond(s). Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | JARRARD, JAMES<br>1595 MONTROSE TERRACE<br>DUBUQUE, IA 52001 | 2186 | Commonwealth of Puerto Rico | Unsecured | $125,000.00 | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |

Reason: Claimant asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the Commonwealth Title III Case by the fiscal agent or trustee of these bond(s). Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | | | TOTAL | | $ 740,000.00* | TOTAL | | $ 185,000.00* |

* Indicates claim contains unliquidated and/or undetermined amounts