# **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima sexagésima objeción global**

Ducentésima Sexagésima Objeción Global

Anexo A: Reclamos de Bonos Duplicados y Reclamos de Bonos Sin Responsabilidad

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | DAVIS, ANDREW P<br>333 WEST END AVE#4B<br>NEW YORK, NY 10023 | 3076 | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $115,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00* |
| | | | | Subtotal | $115,000.00* | | Subtotal | $10,000.00* |

Base para: El reclamante reclama, en parte, notas aseguradas secundariamente, cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la ACT, que son duplicados de una o más evidencias de reclamo maestras que se presentaron en el Caso del Estado Libre Asociado al amparo del Título III por el agente fiscal o por el fideicomisario de este o estos bonos. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y que están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental (AFICA), que no es un Deudor al amparo del Título III. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | DAVIS, JESSSICA G<br>333 WEST END AVE #4B)<br>NEW YORK, NY 10023 | 3064 | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $190,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00* |
| | | | | Subtotal | $190,000.00* | | Subtotal | $30,000.00* |

Base para: El reclamante reclama, en parte, notas aseguradas secundariamente, cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la ACT, que son duplicados de una o más evidencias de reclamo maestras que se presentaron en el Caso del Estado Libre Asociado al amparo del Título III por el agente fiscal o por el fideicomisario de este o estos bonos. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y que están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental (AFICA), que no es un Deudor al amparo del Título III. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | JAMES, RAYMOND<br>BARBARA J TUCKER<br>3668 APPLING LAKE DR<br>MEMPHIS, TN 38133 | 4300 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $310,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $135,000.00 |

Base para: El reclamante reclama, en parte, obligaciones aseguradas secundariamente, cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la ACT, que son duplicados de una o más Evidencias de Reclamo Maestras presentadas en el Caso del Estado Libre Asociado al amparo del Título III por el agente fiscal o el fideicomisario de este o estos bonos. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Ducentésima Sexagésima Objeción Global

Anexo A: Reclamos de Bonos Duplicados y Reclamos de Bonos Sin Responsabilidad

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 4 | JARRARD, JAMES 1595 MONTROSE TERRACE DUBUQUE, IA 52001 | 2186 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $125,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 |

Base para: El reclamante reclama, en parte, obligaciones aseguradas secundariamente, cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la ACT, que son duplicados de una o más Evidencias de Reclamo Maestras presentadas en el Caso del Estado Libre Asociado al amparo del Título III por el agente fiscal o el fideicomisario de este o estos bonos. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Otra parte del reclamo seguirá formulándose contra el Estado Libre Asociado.

| | | TOTAL | | | $ 740,000.00* | TOTAL | | $ 185,000.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados