**EXHIBIT B**

**PROPOSED FORM OF ORDER**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | PROMESA<br>Title III<br><br>Case No. 17-BK-03566 (LTS) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | ) ) ) ) ) | Adv. Proc. No. 19-00356 (LTS) |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK- 4780) (Last Four Digits of Federal Tax ID: 3747).

|  |  |
|---|---|
| and | ) |
|  | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | ) ) ) ) |
| as co-trustees of | ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | ) ) |
| Plaintiff, | ) |
| v. | ) |
| DEFENDANT 1M, *et al.*, | ) |
| Defendants. | ) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | ) ) ) ) ) |
| and | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | ) ) ) ) |
| as co-trustees of | ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | ) ) |
| Plaintiff, | ) |
| v. | ) |
| STOEVER GLASS & CO., *et al.*, | ) |

Adv. Proc. No. 19-00357 (LTS)

2

|  |  |
|---|---|
| Defendant. ) ) ) ) ) | |
| ──────────────────── ) ) | |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, ) ) ) ) ) ) | Adv. Proc. No. 19-00359 (LTS) |
| and ) ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), ) ) ) ) | |
| as co-trustees of ) ) | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| DEFENDANT 1H-78H, ) ) | |
| Defendants. ) ) ) ) | |
| ──────────────────── ) ) | |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, ) ) ) ) ) ) | Adv. Proc. No. 19-00361 (LTS) |
| and ) ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), ) ) ) ) | |
| as co-trustees of ) ) ) | |

3

```
THE EMPLOYEES RETIREMENT SYSTEM OF THE  )
GOVERNMENT OF PUERTO RICO,               )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )
                                         )
DEFENDANT 1G-50G, et al.,                )
                                         )
        Defendants.                      )

------------------------------------------------------------------ X
```

## ORDER GRANTING ERS BONDHOLDERS' MOTION FOR PARTIAL SUMMARY JUDGEMENT ON <u>*ULTRA VIRES* ISSUES AND PROCEEDINGS</u>

Upon consideration of *ERS Bondholders' Motion for Partial Summary Judgment on Ultra Vires Issues and Proceedings* (the "Motion")[2] filed by Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf of Crown/PW SP, Glendon Opportunities Fund, L.P., LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., Puerto Rico AAA Portfolio Bond Fund, Inc.; Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc.; Puerto Rico Fixed Income Fund, Inc.; Puerto Rico Fixed Income Fund II, Inc.; Puerto Rico Fixed Income Fund III, Inc.; Puerto Rico Fixed Income Fund

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

4

IV, Inc.; Puerto Rico Fixed Income Fund V, Inc.; Puerto Rico Fixed Income Fund VI, Inc.; Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.; Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.; PWCM Master Fund Ltd., Redwood Master Fund, Ltd, S.V. Credit, L.P., Tax-Free Puerto Rico Fund, Inc.; Tax-Free Puerto Rico Fund II, Inc.; Tax-Free Puerto Rico Target Maturity Fund, Inc.; and UBS IRA Select Growth & Income Puerto Rico Fund (collectively, "ERS Bondholders"), for an order granting partial summary with respect to: those portions of claim objections by the Unsecured Creditors Committee (the "Creditors' Committee"), ECF No. 5580 in Case No. 17-bk-03283, and the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "Retiree Committee" and, together with the UCC, the "Committees"), ECF No. 6482 in Case No. 17-bk-03283, contending that the ERS Bonds are invalid and unenforceable because ERS lacked statutory authority to issue them, together with the joinder of the Financial Oversight and Management Board (the "Oversight Board," and, together with the Creditors Committee and the Retiree Committee, the "Committees and Government Parties") in those claim objections, *see* ECF No. 757 in Case No. 17-bk-03566, ¶ 11 (collectively, the "Claim Objections"); and Count I and Counterclaim Counts I to IV of adversary proceedings captioned 19-ap-356, 19-ap-357, 19-ap-359, and 19-ap-361 (collectively, the "Clawback Actions"); and it appearing (i) that the Court has jurisdiction over these matters pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); (ii) that venue of these proceedings and the Motion in this District is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167; and (iii) that notice of the Motion was adequate and proper under the circumstances and that no further or other notice be given; and after due deliberation and sufficient cause appearing thereto, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. The Court shall enter judgment for the ERS Bondholders on those portions of the Committees and Government Parties' Claim Objections contending that the ERS Bonds are invalid and unenforceable because ERS lacked statutory authority to issue them and dismiss those portions of the Committees and Government Parties' Claim Objections with prejudice; and

3. The Court shall enter judgment for ERS Bondholders on Count I and Counterclaim Counts I to IV of the Clawback Actions and dismiss those counts and counterclaims with prejudice.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____
San Juan, Puerto Rico

_____
UNITED STATES DISTRICT JUDGE