# Exhibit 46

9/9/2020    Case:17-03283-LTS    Doc#:14243-8    Filed:09/11/20    Entered:09/11/20 18:03:00    Desc: BrokerCheck Report - UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO

Exhibit 46 to 58    Page 2 of 66

# UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO

(PAINE WEBBER JACKSON & CURTIS INCORPORATED OF PUERTO RICO,PAINEWEBBER INCORPORATED OF PUERTO RICO,UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO,UBS PAINEWEBBER INCORPORATED OF PUERTO RICO)

**CRD#: 13042/SEC#: 8-28475**

(B)   Brokerage Firm *Regulated by* **FINRA** *(Woodbridge district office)*

**MAIN ADDRESS**
250 MUNOZ RIVERA AVENUE
HATO REY, PR 00918 UNITED STATES

Relationship Summary



**50**
Disclosures



Approved
**11/12/1982**
SEC Registration Status



Corporation
Company Type



SEC
**2** Self-Regulatory Orgs
**1** U.S. State & Territory

Disclosures (i)



**50** Total Disclosures



Regulatory Event    8

Arbitration    42



For details of these disclosures refer to the Detailed Report.

General Information

Main Office Location      250 MUNOZ RIVERA AVENUE
HATO REY, PR 00918 UNITED STATES

| | |
|---|---|
| Mailing Address | 1000 HARBOR BLVD<br>8TH FLOOR, COMPLIANCE DEPARTMENT<br>WEEHAWKEN, NJ 07086 UNITED STATES |
| Phone | 787-250-3681 |
| Established in | Puerto Rico since 04/05/1978 |
| Type | Corporation |
| Fiscal Year End | December |

## Direct Owners and Executive Officers

UBS FINANCIAL SERVICES INC. (CRD#:8174)
OWNER

---

GONZALEZ, RICARDO ALBERTO JR (CRD#:1460620)
DIRECTOR

---

GRAU BRULL, JOSE H (CRD#:2479941)
CFO

---

MANZ, ALEXANDRE CYRIL (CRD#:5214595)
GENERAL COUNSEL, EXECUTIVE DIRECTOR

---

SERRANO, RAUL (CRD#:6608747)
CHIEF COMPLIANCE OFFICER

---

UBINAS TAYLOR, CARLOS VERNER (CRD#:1985568)
CHAIRMAN, PRESIDENT

---

Licenses

## 1 U.S. State and Territory

 Puerto Rico

## Other Registrations

**Federal**

- ■ SEC

**Self-Regulatory Organizations**

- ■ FINRA

- ■ And 1 other. See **Detailed Report.**

---

This firm conducts 19 types of business

---

This firm is affiliated with financial and investment institutions

---

This firm does have referral or financial arrangements with other brokers or dealers

---

**Additional Information**

The content of this summary, and the available detailed report, is governed by FINRA Rule 8312, and is primarily based on information filed on **uniform registration forms**. Rule 8312, amendments to the rule and notices related to U.S. Securities and Exchange Commission approval orders, can be viewed **here**.

State regulators are governed by their public records laws (not FINRA Rule 8312), and may provide information not in BrokerCheck, including information no longer required to be reported or updated on uniform registration forms due, for example, to its age or final disposition. You may **contact your state regulator** to request this additional information.

Click **here** for more information about how to check on an investment professional.

---

 Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.
Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

 Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.
It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the **SEC's Investment Adviser Public Disclosure (IAPD) website** so you can research further.

 Previously Registered

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

Use of the BrokerCheck site is subject to
BrokerCheck Terms of Use



**Privacy**  |  **Legal**

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

# Exhibit 47



## POPULAR SECURITIES, LLC  Show All (6) ⌄

(BP CAPITAL MARKETS, INC.,CS FIRST BOSTON (PUERTO RICO), INC.,FIRST BOSTON
(PUERTO RICO), INC.,POPULAR ONE,POPULAR SECURITIES, INC....)

**CRD#: 8096/SEC#: 801-57928,8-24216**

(B)  Brokerage Firm *Regulated by FINRA (Florida district office)*

(IA)  Investment Adviser Firm ⓘ  ☐ Visit SEC

**MAIN ADDRESS**
208 AVENUE PONCE DE LEON
POPULAR CENTER SUITE 1200
SAN JUAN, PR 00918-1035 UNITED STATES

[ Relationship Summary ]

| **11** Disclosures » | **Approved** 11/16/1979 SEC Registration Status » |
|---|---|

| **Limited Liability Company** Company Type » | **SEC** 1 Self-Regulatory Org 36 U.S. States & Territories » |
|---|---|

## Disclosures ⓘ

**11** **Total Disclosures**

| Regulatory Event | 6 |
|---|---|
| Arbitration | 5 |

For details of these disclosures refer to the Detailed Report.

## General Information

Main Office Location          208 AVENUE PONCE DE LEON
                              POPULAR CENTER SUITE 1200

SAN JUAN, PR 00918-1035 UNITED STATES

| | |
|---|---|
| Mailing Address | 208 AVENUE PONCE DE LEON |
| | POPULAR CENTER SUITE 1200 |
| | SAN JUAN, PR 00918-1035 UNITED STATES |
| | |
| Phone | (787)766-4200 |
| | |
| Established in | Puerto Rico since 01/01/2014 |
| | |
| Type | Limited Liability Company |
| | |
| Fiscal Year End | December |

## Direct Owners and Executive Officers

POPULAR, INC.
HOLDING COMPANY

---

ACOSTA-ASHBY, MARLA MARIE (CRD#:3256258)
CHIEF OPERATING OFFICER AND ELECTED MANAGER

---

ALVAREZ ZATARAIN, IGNACIO (CRD#:7031136)
ELECTED MANAGER

---

CARRION, RICHARD L
ELECTED MANAGER

---

COLON ORTIZ, ROSA ANGELA (CRD#:4202101)
CHIEF COMPLIANCE OFFICER

---

DIAZ DEL LLANO, BEATRIZ L
PRINCIPAL FINANCIAL OFFICER

---

GUERRERO PRESTON, JUAN O
ELECTED MANAGER

---

MERHEB-EMANUELLI, JOSE ALFREDO (CRD#:5435788)
BRANCH MANAGER

---

TORO LAVERGNE, JAIME ANTONIO (CRD#:5984147)
PRESIDENT AND ELECTED MANAGER

---

TORRES RAMOS, JOSE JOAQUIN (CRD#:1684523)
PRINCIPAL OPERATIONS OFFICER

---

VAZQUEZ CAMUNAS, CARLOS JOSE
ELECTED MANAGER

---

Licenses

## 36 U.S. States and Territories

| | | | |
|---|---|---|---|
| B | Alabama | B | Minnesota |
| B | Arizona | B | Mississippi |
| B | Arkansas | B | Nevada |
| B | California | B | New Jersey |
| B | Colorado | B | New Mexico |
| B | Connecticut | B | New York |
| B | Delaware | B | North Carolina |
| B | District of Columbia | B | Ohio |
| B | Florida | B | Oregon |
| B | Georgia | B | Pennsylvania |
| B | Illinois | B | Puerto Rico |
| B | Indiana | B | South Carolina |

| | |
|---|---|
| Ⓑ Iowa | Ⓑ Tennessee |
| Ⓑ Kansas | Ⓑ Texas |
| Ⓑ Louisiana | Ⓑ Virgin Islands |
| Ⓑ Maryland | Ⓑ Virginia |
| Ⓑ Massachusetts | Ⓑ Washington |
| Ⓑ Michigan | Ⓑ Wisconsin |

## Other Registrations

### Federal

- ■ SEC

### Self-Regulatory Organizations

- ■ FINRA

This firm conducts 22 types of business

This firm is affiliated with financial and investment institutions

This firm does have referral or financial arrangements with other brokers or dealers

---

### Additional Information

The content of this summary, and the available detailed report, is governed by FINRA Rule 8312, and is primarily based on information filed on uniform registration forms. Rule 8312, amendments to the rule and notices related to U.S. Securities and Exchange Commission approval orders, can be viewed here.

State regulators are governed by their public records laws (not FINRA Rule 8312), and may provide information not in BrokerCheck, including information no longer required to be reported or updated on uniform registration forms due, for example, to its age or final disposition. You may contact your state regulator to request this additional information.

Click here for more information about how to check on an investment professional.

 Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.

Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

 Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.

It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.

 Previously Registered

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

 Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

Use of the BrokerCheck site is subject to
BrokerCheck Terms of Use

---

Privacy  |  Legal

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

# Exhibit 48

# SANTANDER SECURITIES LLC

(SANTANDER INVESTMENT SERVICES,SANTANDER SECURITIES,SANTANDER SECURITIES CORPORATION,SANTANDER SECURITIES CORPORATION OF PUERTO RICO,SANTANDER SECURITIES LLC)

**CRD#: 41791/SEC#: 801-56796,8-49571**

(B) Brokerage Firm *Regulated by **FINRA** (Boston district office)*

(IA) Investment Adviser Firm ⓘ  ⧉ Visit SEC

**MAIN ADDRESS**
2 MORRISSEY BOULEVARD
MAIL CODE: MA1-MB2-03-17
DORCHESTER, MA 02125 UNITED STATES

Relationship Summary



**20**
Disclosures »



Approved
**12/03/1996**
SEC Registration Status »



Limited Liability
Company
Company Type »



**SEC**
**1** Self-Regulatory Org
**53** U.S. States &
Territories »

Disclosures ⓘ



**20** Total Disclosures



| | | |
|---|---|---|
| Regulatory Event | ▬▬▬▬▬▬▬▬▬▬▬ | 12 |
| Civil Event | ▬ | 1 |
| Arbitration | ▬▬▬▬▬▬ | 7 |

For details of these disclosures refer to the Detailed Report.

General Information

| Main Office Location | 2 MORRISSEY BOULEVARD |
| | MAIL CODE: MA1-MB2-03-17 |
| | DORCHESTER, MA 02125 UNITED STATES |

| Mailing Address | 2 MORRISSEY BOULEVARD |
| | MAIL CODE: MA1-MB2-03-17 |
| | DORCHESTER, MA 02125 UNITED STATES |

| Phone | 866-736-6475 |

| Established in | Puerto Rico since 11/03/2011 |

| Type | Limited Liability Company |

| Fiscal Year End | December |

## Direct Owners and Executive Officers

SANTANDER HOLDINGS USA, INC.
DIRECT OWNER

ALVAREZ DE SOTO, JUAN CARLOS (CRD#:2589842)
DIRECTOR

CANNY, COLLEEN (CRD#:6533423)
DIRECTOR

CARTER, LAWRENCE ANDREW (CRD#:2113682)
CHIEF COMPLIANCE OFFICER

DRAGO, FRANK P (CRD#:1488658)
DIRECTOR

FAIRBANKS, MAURA KEEGAN (CRD#:5738071)
CHIEF OPERATIONS OFFICER

CHIEF FINANCIAL OFFICER

---

VANNAH, JAMES (CRD#:5679595)
CHIEF LEGAL OFFICER & SECRETARY

---

WEINER, JEFFREY STEPHEN (CRD#:2323856)
PRESIDENT & CEO

---

Licenses

## **53** U.S. States and Territories

| | | | |
|---|---|---|---|
| (B) | Alabama | (B) | Nebraska |
| (B) | Alaska | (B) | Nevada |
| (B) | Arizona | (B) | New Hampshire |
| (B) | Arkansas | (B) | New Jersey |
| (B) | California | (B) | New Mexico |
| (B) | Colorado | (B) | New York |
| (B) | Connecticut | (B) | North Carolina |
| (B) | Delaware | (B) | North Dakota |
| (B) | District of Columbia | (B) | Ohio |
| (B) | Florida | (B) | Oklahoma |
| (B) | Georgia | (B) | Oregon |
| (B) | Hawaii | (B) | Pennsylvania |



| Idaho | Puerto Rico |
| Illinois | Rhode Island |
| Indiana | South Carolina |
| Iowa | South Dakota |
| Kansas | Tennessee |
| Kentucky | Texas |
| Louisiana | Utah |
| Maine | Vermont |
| Maryland | Virgin Islands |
| Massachusetts | Virginia |
| Michigan | Washington |
| Minnesota | West Virginia |
| Mississippi | Wisconsin |
| Missouri | Wyoming |
| Montana | |

## Other Registrations

### Federal

◾ SEC

### Self-Regulatory Organizations

◾ FINRA

This firm conducts 21 types of business

This firm is affiliated with financial and investment institutions

This firm does have referral or financial arrangements with other brokers or dealers

---

**Additional Information**

The content of this summary, and the available detailed report, is governed by FINRA Rule 8312, and is primarily based on information filed on uniform registration forms. Rule 8312, amendments to the rule and notices related to U.S. Securities and Exchange Commission approval orders, can be viewed here.

State regulators are governed by their public records laws (not FINRA Rule 8312), and may provide information not in BrokerCheck, including information no longer required to be reported or updated on uniform registration forms due, for example, to its age or final disposition. You may contact your state regulator to request this additional information.

Click here for more information about how to check on an investment professional.

---

 Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.
Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

 Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.
It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.

PR  Previously Registered

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

Use of the BrokerCheck site is subject to

BrokerCheck Terms of Use

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

Privacy    |    Legal

# Exhibit 49



| Banks | Reports & Analysis | Reference Tables | Data Download | Help ▾ |
| --- | --- | --- | --- | --- |

FDIC.gov > Industry Analysis > Bank Data & Statistics > Banks > BankFind > Bank Information

**Return to BankFind Results**

# Banco Bilbao Vizcaya Argentaria Puerto Rico(FDIC # 19919)

Inactive as of December 18, 2012

Merged or acquired without government assistance

**Data as of:** August 23, 2020

**Banco Bilbao Vizcaya Argentaria Puerto Rico** is no longer doing business under that name because it has been merged or acquired without government assistance. See the successor institution, Oriental Bank (FDIC #: 31469)

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| **FDIC Certificate#:** | 19919 | **Established:** | February 25, 1969 | **Contact the FDIC about:** | |
| **Headquarters:** | Torre Bbva, Avenida 254 Munoz Rivera Avenue, 15th Floor San Juan, PR 00918 San Juan County | **Insured:** | March 20, 1969 | Banco Bilbao Vizcaya Argentaria Puerto Rico or Oriental Bank | |
| | | **Bank Charter Class:** | Non-member of the Federal Reserve System | | |

| Locations | History | Identifications | Financials | Other Names / Websites |
| --- | --- | --- | --- | --- |

Location information is not available for inactive or renamed banks

POLICIES   HELP   FOIA   EN ESPAÑOL   ACCESSIBILITY   OPEN GOVERNMENT   SITE MAP   USA.GOV   CONTACT US

# Exhibit 50

## CITIGROUP GLOBAL MARKETS INC. Show All (35) ⌄

(CAPITAL MANAGEMENT DIVISION,CITI INSTITUTIONAL CONSULTING,CITI INVESTMENT
MANAGEMENT,CITI PERSONAL INVESTMENTS INTERNATIONAL,CITI PERSONAL WEALTH
MANAGEMENT...)

**CRD#: 7059/SEC#: 801-3387,8-8177**

(B) Brokerage Firm *Regulated by* **FINRA** *(New York district office)*

(IA) Investment Adviser Firm ⓘ    ↗ Visit SEC

**MAIN ADDRESS**
388 GREENWICH STREET
TOWER BUILDING
NEW YORK, NY 10013 UNITED STATES

Relationship Summary


**1184**
Disclosures »


Approved
01/25/1960
SEC Registration Status »


Corporation
Company Type »


SEC
**24** Self-Regulatory Orgs
**53** U.S. States &
Territories »

## Disclosures ⓘ

**1184** Total Disclosures



| | | |
|---|---|---|
| Regulatory Event | | 541 |
| Civil Event | | 4 |
| Arbitration | | 639 |

For details of these disclosures refer to the Detailed Report.

General Information

| | |
|---|---|
| Main Office Location | 388 GREENWICH STREET<br>TOWER BUILDING<br>NEW YORK, NY 10013 UNITED STATES |
| Mailing Address | REGISTRATION DEPARTMENT<br>540 CROSSPOINT PARKWAY<br>GETZVILLE, NY 14068 UNITED STATES |
| Phone | 212-816-6000 |
| Established in | New York since 10/15/1998 |
| Type | Corporation |
| Fiscal Year End | December |

## Direct Owners and Executive Officers

CITIGROUP FINANCIAL PRODUCTS INC.
100% SHAREHOLDER

ARNOLD, EDWARD RAYMOND (CRD#:1876464)
CHIEF COMPLIANCE OFFICER - EQUITIES AND EQUITIES DERIVATIVES

CUMMINGS, JOHN W (CRD#:2729018)
DIRECTOR

DUNN, DEIRDRE KATHLEEN (CRD#:3265777)
DIRECTOR

FLOOD, SCOTT LEROY
CO-GENERAL COUNSEL

KEEGAN, DANIEL LAURENCE (CRD#:2756125)
DIRECTOR

KEEGAN, DANIEL LAURENCE (CRD#:2756125)
CEO/CHAIRMAN/PRESIDENT

KURSMAN, SCOTT CHARLES (CRD#:2590327)
CHIEF COMPLIANCE OFFICER

LEACH, JONATHAN (CRD#:4317415)
DIRECTOR

MESHEL, ADAM REID (CRD#:3101145)
CO-GENERAL COUNSEL

PALOMAKI, DANIEL SCOTT (CRD#:6817317)
PRINCIPAL FINANCIAL OFFICER

PLATT, DANA LYNN (CRD#:6123347)
CHIEF COMPLIANCE OFFICER - INVESTMENT ADVISORY BUSINESSES

TROMBETTA, SANTO VITO (CRD#:2068210)
PRINCIPAL OPERATIONS OFFICERS (FINOP)

YARBROUGH, TED KIRK (CRD#:2086078)
DIRECTOR

Licenses

# 53 U.S. States and Territories

| | | | | |
|---|---|---|---|---|
| B | Alabama | | B | Nebraska |
| B | Alaska | | B | Nevada |
| B | Arizona | | B | New Hampshire |
| B | Arkansas | | B | New Jersey |
| B | California | | B | New Mexico |



| | Colorado | | New York |
|---|---|---|---|
| B | Connecticut | B | North Carolina |
| B | Delaware | B | North Dakota |
| B | District of Columbia | B | Ohio |
| B | Florida | B | Oklahoma |
| B | Georgia | B | Oregon |
| B | Hawaii | B | Pennsylvania |
| B | Idaho | B | Puerto Rico |
| B | Illinois | B | Rhode Island |
| B | Indiana | B | South Carolina |
| B | Iowa | B | South Dakota |
| B | Kansas | B | Tennessee |
| B | Kentucky | B | Texas |
| B | Louisiana | B | Utah |
| B | Maine | B | Vermont |
| B | Maryland | B | Virgin Islands |
| B | Massachusetts | B | Virginia |
| B | Michigan | B | Washington |
| B | Minnesota | B | West Virginia |
| B | Mississippi | B | Wisconsin |

| | | | | |
|---|---|---|---|---|
| Ⓑ | Missouri | | Ⓑ | Wyoming |
| Ⓑ | Montana | | | |

## Other Registrations

### Federal

- SEC

### Self-Regulatory Organizations

- FINRA

- And 23 others. See **Detailed Report.**

---

This firm conducts 25 types of business

---

This firm is affiliated with financial and investment institutions

---

This firm does have referral or financial arrangements with other brokers or dealers

---

**Additional Information**

The content of this summary, and the available detailed report, is governed by FINRA Rule 8312, and is primarily based on information filed on uniform registration forms. Rule 8312, amendments to the rule and notices related to U.S. Securities and Exchange Commission approval orders, can be viewed here.

State regulators are governed by their public records laws (not FINRA Rule 8312), and may provide information not in BrokerCheck, including information no longer required to be reported or updated on uniform registration forms due, for example, to its age or final disposition. You may contact your state regulator to request this additional information.

Click here for more information about how to check on an investment professional.

---

 Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.
Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

 Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.
It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.

 Previously Registered

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

 Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

Use of the BrokerCheck site is subject to
BrokerCheck Terms of Use

Privacy   |   Legal

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

# Exhibit 51

## LEHMAN BROTHERS INC. Show All (9) ⌄

(LEHMAN BROTHERS,LEHMAN BROTHERS INC.,LEHMAN BROTHERS MARKET MAKERS,LEHMAN BROTHERS, INC.,SHEARSON LEHMAN BROTHERS INC....)

**CRD#: 7506/SEC#: 801-3701,8-12324**

Ⓑ  Brokerage Firm *Regulated by* **FINRA** *(New York district office)*

⒫ⓡ  Previously Registered Investment Adviser Firm ⓘ  ⧉ Visit SEC

This firm is in receivership. In receivership, an individual is appointed by a court to wind down the business of a firm that cannot meet its financial obligations.

**MAIN ADDRESS**
100 WALL STREET
17TH FLOOR
NEW YORK, NY 10005 UNITED STATES

| 887 Disclosures » | Cancelled 12/07/2016 SEC Registration Status » |
|---|---|

| Corporation Company Type » | 1 Self-Regulatory Org<br>0 U.S. States & Territories » |
|---|---|

## Disclosures ⓘ



**887** Total Disclosures

| Regulatory Event | 359 |
|---|---|
| Civil Event | 1 |
| Arbitration | 527 |

For details of these disclosures refer to the Detailed Report.

## General Information

| Main Office Location | 100 WALL STREET |
|---|---|

17TH FLOOR
NEW YORK, NY 10005 UNITED STATES

| | |
|---|---|
| Mailing Address | 100 WALL STREET<br>17TH FLOOR<br>NEW YORK, NY 10005 UNITED STATES |
| Phone | 646-348-7100 |
| Established in | Delaware since 01/21/1965 |
| Type | Corporation |
| Fiscal Year End | November |

## Direct Owners and Executive Officers

LEHMAN BROTHERS HOLDINGS INC.
SOLE SHAREHOLDER

CLARK, HOWARD LONGSTRETH JR (CRD#:47587)
DIRECTOR

CRUIKSHANK, THOMAS HENRY (CRD#:4708135)
DIRECTOR

FREIDHEIM, SCOTT JON (CRD#:1766230)
CO-CHIEF ADMINISTRATIVE OFFICER

FULD, RICHARD SEVERIN JR (CRD#:215527)
DIRECTOR/CHAIRMAN AND CEO

LOWITT, IAN THEO (CRD#:4210205)
CO-CHIEF ADMINISTRATIVE OFFICER

MCDADE III, HERBERT H. (CRD#:1185218)
PRESIDENT AND CHIEF OPERATING OFFICER

RUSSO, THOMAS ANTHONY (CRD#:3188169)
CHIEF LEGAL OFFICER

Licenses

**Other Registrations**

**Self-Regulatory Organizations**

- FINRA

---

This firm conducts 22 types of business

---

This firm is affiliated with financial and investment institutions

---

This firm does not have referral or financial arrangements with other brokers or dealers

---

**Additional Information**

The content of this summary, and the available detailed report, is governed by FINRA Rule 8312, and is primarily based on information filed on uniform registration forms. Rule 8312, amendments to the rule and notices related to U.S. Securities and Exchange Commission approval orders, can be viewed here.

State regulators are governed by their public records laws (not FINRA Rule 8312), and may provide information not in BrokerCheck, including information no longer required to be reported or updated on uniform registration forms due, for example, to its age or final disposition. You may contact your state regulator to request this additional information.

Click here for more information about how to check on an investment professional.

---

 Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.
Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

 Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.
It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.

 Previously Registered

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

 Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

Use of the BrokerCheck site is subject to
BrokerCheck Terms of Use

Privacy  |  Legal

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

# Exhibit 52



# MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

(MERRILL LYNCH PIERCE FENNER & SMITH,MERRILL LYNCH PIERCE FENNER & SMITH INC.,MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED)

**CRD#: 7691/SEC#: 801-14235,8-7221**

B Brokerage Firm *Regulated by **FINRA** (New York district office)*

IA Investment Adviser Firm Visit SEC

**MAIN ADDRESS**
ONE BRYANT PARK
NEW YORK, NY 10036 UNITED STATES

Relationship Summary

**1452**
**Disclosures**

**Approved**
**03/12/1959**
**SEC Registration Status**

**Corporation**
**Company Type**

**SEC**
**10** Self-Regulatory Orgs
**53** U.S. States & Territories

## Disclosures

**1452 Total Disclosures**

| | |
|---|---|
| Regulatory Event | 574 |
| Civil Event | 5 |
| Arbitration | 873 |

For details of these disclosures refer to the Detailed Report.

## General Information

Main Office Location ONE BRYANT PARK

NEW YORK, NY 10036 UNITED STATES

| | |
|---|---|
| Mailing Address | 222 BROADWAY<br>NY3-222-12-05<br>NEW YORK, NY 10038 UNITED STATES |
| Phone | 800-637-7455 |
| Established in | Delaware since 11/10/1958 |
| Type | Corporation |
| Fiscal Year End | December |

## Direct Owners and Executive Officers

BAC NORTH AMERICA HOLDING COMPANY
SHAREHOLDER

ALAM, SYED FARUQE (CRD#:2394838)
CHIEF FINANCIAL OFFICER

BANKS, KEITH THOMAS (CRD#:2460880)
DIRECTOR

GRECO, GLORIA REGINA (CRD#:4795234)
CHIEF COMPLIANCE OFFICER

GUARDINO, JOSEPH ANTHONY JR (CRD#:2907957)
CHIEF OPERATIONS OFFICER & FINOP

HANS, LINDSAY DENARDO (CRD#:4429443)
STATE DESIGNATED PRINCIPAL

HEATON, DAVID CARLETON JR (CRD#:5972432)
CHIEF LEGAL OFFICER

HILL, KIRSTIN NILSSON (CRD#:3276506)
STATE DESIGNATED PRINCIPAL

DIRECTOR

---

SABBIA, LORNA ROSE (CRD#:1873495)
DIRECTOR

---

SIEG, ANDREW MASON (CRD#:4218535)
DIRECTOR; CHIEF EXECUTIVE OFFICER; STATE DESIGNATED PRINCIPAL

---

Licenses

## 53 U.S. States and Territories

| | | | | |
|---|---|---|---|---|
| Ⓑ | Alabama | | Ⓑ | Nebraska |
| Ⓑ | Alaska | | Ⓑ | Nevada |
| Ⓑ | Arizona | | Ⓑ | New Hampshire |
| Ⓑ | Arkansas | | Ⓑ | New Jersey |
| Ⓑ | California | | Ⓑ | New Mexico |
| Ⓑ | Colorado | | Ⓑ | New York |
| Ⓑ | Connecticut | | Ⓑ | North Carolina |
| Ⓑ | Delaware | | Ⓑ | North Dakota |
| Ⓑ | District of Columbia | | Ⓑ | Ohio |
| Ⓑ | Florida | | Ⓑ | Oklahoma |
| Ⓑ | Georgia | | Ⓑ | Oregon |
| Ⓑ | Hawaii | | Ⓑ | Pennsylvania |



| | | | |
|---|---|---|---|
| B | Idaho | B | Puerto Rico |
| B | Illinois | B | Rhode Island |
| B | Indiana | B | South Carolina |
| B | Iowa | B | South Dakota |
| B | Kansas | B | Tennessee |
| B | Kentucky | B | Texas |
| B | Louisiana | B | Utah |
| B | Maine | B | Vermont |
| B | Maryland | B | Virgin Islands |
| B | Massachusetts | B | Virginia |
| B | Michigan | B | Washington |
| B | Minnesota | B | West Virginia |
| B | Mississippi | B | Wisconsin |
| B | Missouri | B | Wyoming |
| B | Montana | | |

## Other Registrations

### Federal

- ◼ SEC

### Self-Regulatory Organizations

- ◼ FINRA

- ◼ And 9 others. See **Detailed Report.**

This firm conducts 21 types of business

This firm is affiliated with financial and investment institutions

This firm does have referral or financial arrangements with other brokers or dealers

---

### Additional Information

The content of this summary, and the available detailed report, is governed by FINRA Rule 8312, and is primarily based on information filed on uniform registration forms. Rule 8312, amendments to the rule and notices related to U.S. Securities and Exchange Commission approval orders, can be viewed here.

State regulators are governed by their public records laws (not FINRA Rule 8312), and may provide information not in BrokerCheck, including information no longer required to be reported or updated on uniform registration forms due, for example, to its age or final disposition. You may contact your state regulator to request this additional information.

Click here for more information about how to check on an investment professional.

---

 **Broker**

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.
Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

 **Investment Adviser**

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.
It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.

 **Previously Registered**

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

 **Disclosures**

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

9/9/2020

Case:17-03283-LTS   Doc#:14243-8 PIERCE O'DONNELL SMITH O'DONNELL BrokerCheck 4:07:00   Desc:
Exhibit 46 to 58   Page 39 of 66

Use of the BrokerCheck site is subject to

BrokerCheck Terms of Use

Privacy   |   Legal

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

# Exhibit 53

# ORIENTAL FINANCIAL SERVICES LLC

(ORIENTAL FINANCIAL SERVICES,ORIENTAL FINANCIAL SERVICES CORP.,ORIENTAL FINANCIAL SERVICES LLC,ORIENTAL WEALTH MANAGEMENT)

**CRD#: 29753/SEC#: 801-88203,8-44516**

(B)  Brokerage Firm *Regulated by FINRA (Florida district office)*

(IA)  Investment Adviser Firm  (i)  ⧉ Visit SEC

## MAIN ADDRESS

254 MUNOZ RIVERA AVE 2ND FLOOR
ORIENTAL GROUP CENTER
SAN JUAN, PR 00918 UNITED STATES

Relationship Summary

| | |
|---|---|
| **9** Disclosures ⟫ | **Approved** 08/10/1992 SEC Registration Status ⟫ |
| **Limited Liability Company** Company Type ⟫ | **SEC** **1** Self-Regulatory Org **8** U.S. States & Territories ⟫ |

## Disclosures (i)

**9** **Total Disclosures**

| Regulatory Event | ████████████ | 5 |
|---|---|---|
| Arbitration | ██████████ | 4 |

For details of these disclosures refer to the Detailed Report.

## General Information

Main Office Location                 254 MUNOZ RIVERA AVE 2ND FLOOR
                                              ORIENTAL GROUP CENTER

SAN JUAN, PR 00918 UNITED STATES

| Mailing Address | P.O. BOX 195119 |
| | SAN JUAN, PR 00919-5119 UNITED STATES |

| Phone | 787-474-1993 |

| Established in | Puerto Rico since 12/30/2019 |

| Type | Limited Liability Company |

| Fiscal Year End | December |

## Direct Owners and Executive Officers

OFG BANCORP
PARENT COMPANY , MEMBER

FERNANDEZ MARTINEZ, JOSE RAFAEL (CRD#:1556546)
OPTIONS PRINCIPAL, AND DIRECTOR

KUMAR, GANESH (CRD#:6120016)
DIRECTOR

MARBARAK, SONIA EMILIA (CRD#:1498281)
CHIEF COMPLIANCE OFFICER

MILES BARBOSA, SEAN WARREN (CRD#:2340356)
PRESIDENT

MUNOZ GALARZA, GLENDA L. (CRD#:5037917)
FINANCIAL AND OPERATIONS MANAGER

SOUFFRONT, CARLOS O. ESQ. (CRD#:6272950)
DIRECTOR

Licenses

## 8 U.S. States and Territories

| | | | |
|---|---|---|---|
| (B) | District of Columbia | (B) | New York |
| (B) | Florida | (B) | Puerto Rico |
| (B) | Michigan | (B) | Texas |
| (B) | New Jersey | (B) | Virginia |

## Other Registrations

### Federal

- ▪ SEC

### Self-Regulatory Organizations

- ▪ FINRA

---

This firm conducts 19 types of business

---

This firm is affiliated with financial and investment institutions

---

This firm does not have referral or financial arrangements with other brokers or dealers

---

### Additional Information

The content of this summary, and the available detailed report, is governed by FINRA Rule 8312, and is primarily based on information filed on uniform registration forms. Rule 8312, amendments to the rule and notices related to U.S. Securities and Exchange Commission approval orders, can be viewed here.

State regulators are governed by their public records laws (not FINRA Rule 8312), and may provide information not in BrokerCheck, including information no longer required to be reported or updated on uniform registration forms due, for example, to its age or final disposition. You may contact your state regulator to request this additional information.

Click here for more information about how to check on an investment professional.

---

 Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its

bonds, mutual funds, and certain other securities on behalf of its customer (as broker), for its own bank (dealer), or both.

Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

 Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.
It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.

 Previously Registered

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

 Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

<div align="center">

Use of the BrokerCheck site is subject to
BrokerCheck Terms of Use

</div>

<div align="center">

Privacy  |  Legal

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

</div>

# Exhibit 54



**SAMUEL A RAMIREZ & CO., INC.** Show All (7) ⌄
(RAMIREZ,RAMIREZ & CO., INC,RAMIREZ & CO., INC.,SAMUEL A RAMIREZ & CO.,
INC.,SAMUEL A RAMIREZ & CO.,INC....)

**CRD#: 6963/SEC#: 8-19014**

Ⓑ  Brokerage Firm *Regulated by **FINRA** (New York district office)*

**MAIN ADDRESS**
61 BROADWAY 29 TH FLOOR
NEW YORK, NY 10006 UNITED STATES

Relationship Summary

| **7** Disclosures » | **Approved** 12/01/1975 SEC Registration Status » |
|---|---|
| **Corporation** Company Type » | **SEC** **1** Self-Regulatory Org **50** U.S. States & Territories » |

Disclosures ⓘ

**7** **Total Disclosures**

| Regulatory Event | ████████████████ | 5 |
| Arbitration | ██████ | 2 |

For details of these disclosures refer to the Detailed Report.

General Information

Main Office Location        61 BROADWAY 29 TH FLOOR
                            NEW YORK, NY 10006 UNITED STATES

Mailing Address             61 BROADWAY 29 TH FLOOR

NEW YORK, NY 10006 UNITED STATES

| Phone | 212-248-0500 |
|---|---|
| Established in | New York since 12/31/1971 |
| Type | Corporation |
| Fiscal Year End | September |

## Direct Owners and Executive Officers

SAR HOLDINGS, INC.
HOLDING COMPANY

GOLDMAN, LAWRENCE F (CRD#:1134640)
MANAGING DIRECTOR

KICK, MICHAEL J (CRD#:4480676)
SR. VP/ CFO/ FIN OP

KOFFER, JOSEPH (CRD#:6043686)
CHIEF COMPLIANCE OFFICER

MAZZARO, VINCENT ANTHONY (CRD#:2665339)
COO

MEYERS, MARY MARGARET (CRD#:333365)
MANAGING DIRECTOR

PERROTTA, THOMAS (CRD#:1864851)
MANAGING DIRECTOR

RAMIREZ, SAMUEL ALFRED (CRD#:827095)
PRESIDENT & DIRECTOR/SECRETARY

RAMIREZ,, SAMUEL ALFRED JR (CRD#:2261054)
MANAGING DIRECTOR

Licenses

## 50 U.S. States and Territories

| | | |
|---|---|---|
| Ⓑ Alaska | Ⓑ Montana |
| Ⓑ Arizona | Ⓑ Nebraska |
| Ⓑ Arkansas | Ⓑ Nevada |
| Ⓑ California | Ⓑ New Hampshire |
| Ⓑ Colorado | Ⓑ New Jersey |
| Ⓑ Connecticut | Ⓑ New Mexico |
| Ⓑ Delaware | Ⓑ New York |
| Ⓑ District of Columbia | Ⓑ North Carolina |
| Ⓑ Florida | Ⓑ Ohio |
| Ⓑ Georgia | Ⓑ Oklahoma |
| Ⓑ Hawaii | Ⓑ Oregon |
| Ⓑ Idaho | Ⓑ Pennsylvania |
| Ⓑ Illinois | Ⓑ Puerto Rico |
| Ⓑ Indiana | Ⓑ Rhode Island |
| Ⓑ Iowa | Ⓑ South Carolina |
| Ⓑ Kansas | Ⓑ South Dakota |
| Ⓑ Kentucky | Ⓑ Tennessee |
| Ⓑ Louisiana | Ⓑ Texas |



| | | | | |
|---|---|---|---|---|
| Ⓑ | Maine | | Ⓑ | Utah |
| Ⓑ | Maryland | | Ⓑ | Vermont |
| Ⓑ | Massachusetts | | Ⓑ | Virginia |
| Ⓑ | Michigan | | Ⓑ | Washington |
| Ⓑ | Minnesota | | Ⓑ | West Virginia |
| Ⓑ | Mississippi | | Ⓑ | Wisconsin |
| Ⓑ | Missouri | | Ⓑ | Wyoming |

**Other Registrations**

**Federal**

▪ SEC

**Self-Regulatory Organizations**

▪ FINRA

---

This firm conducts 17 types of business

---

This firm is affiliated with financial and investment institutions

---

This firm does have referral or financial arrangements with other brokers or dealers

**Additional Information**

The content of this summary, and the available detailed report, is governed by FINRA Rule 8312, and is primarily based on information filed on uniform registration forms. Rule 8312, amendments to the rule and notices related to U.S. Securities and Exchange Commission approval orders, can be viewed here.

State regulators are governed by their public records laws (not FINRA Rule 8312), and may provide information not in BrokerCheck, including information no longer required to be reported or updated on uniform registration forms due, for example, to its age or final disposition. You may contact your state regulator to request this additional information.

Click here for more information about how to check on an investment professional.

---

 Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.
Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

 Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.
It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.

 Previously Registered

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

 Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

Use of the BrokerCheck site is subject to
BrokerCheck Terms of Use

---

Privacy  |  Legal

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

# Exhibit 55



FEDERAL DEPOSIT INSURANCE CORPORATION

| Banks | Reports & Analysis | Reference Tables | Data Download | Help ▾ |

FDIC.gov > Industry Analysis > Bank Data & Statistics > Banks > BankFind > Bank Information

**Return to BankFind Results**

# Scotiabank de Puerto Rico (FDIC # 22946)

<span style="color:red">Inactive</span> as of December 31, 2019

Merged or acquired without government assistance

**Data as of:** August 23, 2020

Scotiabank de Puerto Rico is no longer doing business under that name because it has been merged or acquired without government assistance.
See the successor institution, Oriental Bank (FDIC # 31469)

| | | | | | |
|---|---|---|---|---|---|
| **FDIC Certificate#:** | 22946 | **Established:** | September 7, 1979 | **Contact the FDIC about:** | |
| **Headquarters:** | 290 Jesus T. Pinero Avenue San Juan, PR 00918 San Juan County | **Insured:** | September 7, 1979 | Scotiabank de Puerto Rico or Oriental Bank | |
| | | **Bank Charter Class:** | Non-member of the Federal Reserve System | | |

| **Locations** | History | Identifications | Financials | Other Names / Websites |

**Location information is not available for inactive or renamed banks**

POLICIES    HELP    FOIA    EN ESPAÑOL    ACCESSIBILITY    OPEN GOVERNMENT    SITE MAP    USA.GOV    CONTACT US

# Exhibit 56

# TCM CAPITAL, INC.
(TCM CAPITAL, INC.)

**CRD#: 129569/SEC#: 8-66232**

 PR  Previously Registered Brokerage Firm

**Not currently registered as broker**

---


**0**
Disclosures


**Terminated**
**07/12/2008**
SEC Registration Status  


**Corporation**
Company Type  »


**0**  Self-Regulatory Orgs

## General Information

| | |
|---|---|
| Established in | Puerto Rico since 05/08/2003 |
| Type | Corporation |
| Fiscal Year End | December |

## Direct Owners and Executive Officers

CANTERO-FRAU, RAMON (CRD#:850297)
OWNER/PRINCIPAL, CHIEF COMPLIANCE OFFICER, FINOP

---

SR. RAMON CANTERO FRAU RETIREMENT PLAN SERIES 95-1087
SHAREHOLDER

---

FIGUEROA, CESAR ANTONIO (CRD#:3176311)
SHAREHOLDER

PEREZ, JOSE ANTONIO (CRD#:2810599)
SHAREHOLDER

ALBANI, GUARDO MEDOLAGO (CRD#:2279)
PRINCIPAL, SROP, CROP

### Additional Information

The content of this summary, and the available detailed report, is governed by FINRA Rule 8312, and is primarily based on information filed on uniform registration forms. Rule 8312, amendments to the rule and notices related to U.S. Securities and Exchange Commission approval orders, can be viewed here.

State regulators are governed by their public records laws (not FINRA Rule 8312), and may provide information not in BrokerCheck, including information no longer required to be reported or updated on uniform registration forms due, for example, to its age or final disposition. You may contact your state regulator to request this additional information.

Click here for more information about how to check on an investment professional.

B Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.
Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

IA Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.
It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.

PR Previously Registered

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

Use of the BrokerCheck site is subject to
BrokerCheck Terms of Use



**Privacy**  |  **Legal**

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

# Exhibit 57



# WELLS FARGO SECURITIES, LLC

(WACHOVIA CAPITAL MARKETS, LLC,WACHOVIA CORPORATE & INVESTMENT BANKING, LLC,WELLS FARGO CORPORATE AND/& INVESTMENT BANKING,WELLS FARGO SECURITIES,WELLS FARGO SECURITIES, LLC)

**CRD#: 126292/SEC#: 8-65876**

(B) Brokerage Firm *Regulated by* **FINRA** *(Atlanta district office)*

**MAIN ADDRESS**
550 SOUTH TRYON STREET, 6TH FLOOR
D1086-060
CHARLOTTE, NC 28202 USA

Relationship Summary

 **142** Disclosures »

 **Approved** 05/29/2003 SEC Registration Status »

 **Limited Liability Company** Company Type »

 **SEC 24** Self-Regulatory Orgs **53** U.S. States & Territories »

## Disclosures 

**142** Total Disclosures

| | |
|---|---|
| Regulatory Event | 141 |
| Civil Event | 1 |

For details of these disclosures refer to the Detailed Report.

## General Information

Main Office Location         550 SOUTH TRYON STREET, 6TH FLOOR
                             D1086-060
                             CHARLOTTE, NC 28202 USA

| | |
|---|---|
| Mailing Address | 550 SOUTH TRYON STREET, 6TH FLOOR |
| | D1086-060 |
| | CHARLOTTE, NC 28202 USA |
| Phone | 704-410-1913 |
| Established in | Delaware since 03/05/2003 |
| Type | Limited Liability Company |
| Fiscal Year End | December |

## Direct Owners and Executive Officers

EVEREN CAPITAL CORPORATION
PARENT

ALLEN, RENEE MCLAUGHLIN (CRD#:1671337)
DEPUTY CHIEF COMPLIANCE OFFICER

CHURCH, DUANE (CRD#:7075686)
CHIEF FINANCIAL OFFICER

DOLHARE, WALTER ERNESTO (CRD#:2071314)
PRESIDENT/CEO/MANAGER

ENGEL, ROBERT ANDREW (CRD#:1972255)
DIRECTOR/MANAGER

KIKER, STEVEN MATTHEW (CRD#:5373298)
CHIEF OPERATING OFFICER/MANAGER

MCGEOUGH, LISA MARIE (CRD#:1296590)
DIRECTOR/MANAGER

MULLIGAN, ROBERT JOHN JR (CRD#:1584973)
CHIEF COMPLIANCE OFFICER/MANAGER

PINK, CHRISTOPHER WILLIAM (CRD#:4564921)
DIRECTOR/MANAGER

PRIMAVERA, TODD GERALD (CRD#:2416001)
CHIEF OPERATIONS OFFICER

---

SHREWSBERRY, JOHN RICHARD (CRD#:2264673)
DIRECTOR/MANAGER

---

SMITH, JEREMY B (CRD#:6288628)
DIRECTOR/MANAGER

---

THOMAS, DANIEL JEROME JR
DIRECTOR/MANAGER

---

Licenses

## 53 U.S. States and Territories

| | | | |
|---|---|---|---|
| B | Alabama | B | Nebraska |
| B | Alaska | B | Nevada |
| B | Arizona | B | New Hampshire |
| B | Arkansas | B | New Jersey |
| B | California | B | New Mexico |
| B | Colorado | B | New York |
| B | Connecticut | B | North Carolina |
| B | Delaware | B | North Dakota |
| B | District of Columbia | B | Ohio |
| B | Florida | B | Oklahoma |
| B | Georgia | B | Oregon |



| | | | | |
|---|---|---|---|---|
| B | Hawaii | | B | Pennsylvania |
| B | Idaho | | B | Puerto Rico |
| B | Illinois | | B | Rhode Island |
| B | Indiana | | B | South Carolina |
| B | Iowa | | B | South Dakota |
| B | Kansas | | B | Tennessee |
| B | Kentucky | | B | Texas |
| B | Louisiana | | B | Utah |
| B | Maine | | B | Vermont |
| B | Maryland | | B | Virgin Islands |
| B | Massachusetts | | B | Virginia |
| B | Michigan | | B | Washington |
| B | Minnesota | | B | West Virginia |
| B | Mississippi | | B | Wisconsin |
| B | Missouri | | B | Wyoming |
| B | Montana | | | |

## Other Registrations

### Federal

■ SEC

### Self-Regulatory Organizations

■ FINRA

- And 23 others. See Detailed Report.

---

This firm conducts 17 types of business

---

This firm is affiliated with financial and investment institutions

---

This firm does have referral or financial arrangements with other brokers or dealers

---

**Additional Information**

The content of this summary, and the available detailed report, is governed by FINRA Rule 8312, and is primarily based on information filed on uniform registration forms. Rule 8312, amendments to the rule and notices related to U.S. Securities and Exchange Commission approval orders, can be viewed here.

State regulators are governed by their public records laws (not FINRA Rule 8312), and may provide information not in BrokerCheck, including information no longer required to be reported or updated on uniform registration forms due, for example, to its age or final disposition. You may contact your state regulator to request this additional information.

Click here for more information about how to check on an investment professional.

---

 Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.
Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

 Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.
It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.

 Previously Registered

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

📄 Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

Use of the BrokerCheck site is subject to
BrokerCheck Terms of Use

---



**Privacy** | **Legal**

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

# Exhibit 58



| Banks | Reports & Analysis | Reference Tables | Data Download | Help ▾ |
|---|---|---|---|---|

FDIC.gov > Industry Analysis > Bank Data & Statistics > Banks > BankFind > Bank Information

**Return to BankFind Results**

# Eurobank(FDIC # 27150)

**Inactive** as of April 30, 2010

Acquired with government assistance

**Data as of:** August 23, 2020

Eurobank is no longer doing business under that name because it has been acquired with government assistance. See the successor institution, Oriental Bank (FDIC #: 31469)

| | | | | |
|---|---|---|---|---|
| **FDIC Certificate#:** | 27150 | **Established:** | June 1, 1980 | **Contact the FDIC about:** |
| **Headquarters:** | Quebrada Arena Road #1, Km 24.5 San Juan, PR 00926 San Juan County | **Insured:** | December 28, 1987 | Eurobank or Oriental Bank |
| | | **Bank Charter Class:** | Non-member of the Federal Reserve System | |

| Locations | History | Identifications | Financials | Other Names / Websites |
|---|---|---|---|---|

**Location information is not available for inactive or renamed banks**

| POLICIES | HELP | FOIA | EN ESPAÑOL | ACCESSIBILITY | OPEN GOVERNMENT | SITE MAP | USA.GOV | CONTACT US |
|---|---|---|---|---|---|---|---|---|