# Exhibit 59

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

_____

In Re:                              )

THE FINANCIAL OVERSIGHT AND         )   PROMESA TITLE III

MANAGEMENT BOARD FOR PUERTO RICO,  )   Case No.

       as representative of        )   17-BK-03283 (LTS)

THE COMMONWEALTH OF PUERTO RICO,   )

et. al,                             )

       Debtors.                     )

_____)

In Re:                              )   PROMESA Title III

THE FINANCIAL OVERSIGHT AND         )   Case No.

MANAGEMENT BOARD FOR PUERTO RICO   )   17-BK-03566 (LTS)

as representative of                )

THE EMPLOYEES RETIREMENT SYSTEM    )

OF THE GOVERNMENT OF THE           )

COMMONWEALTH OF PUERTO RICO,       )

       Debtor.                      )

_____)

DEPOSITION OF

LUIS MANUEL COLLAZO RODRIGUEZ

Monday, June 8, 2020, 10:00 a.m.

REPORTED BY: Dennis Zambataro, RPR and CCR

5  (Pages 14 to 17)

Page 14

1              (Interpreter first duly sworn.)
2              MR. HERNÁNDEZ:  Deponent, raise your
3    right hand and state your name.
4              THE WITNESS:  Luis Collazo
5    Rodríguez.
6              LUIS MANUEL COLLAZO RODRÍGUEZ,
7    having been first duly sworn, was examined and
8    testified as follows:
9              COURT REPORTER:  You should swear
10   the reporter, too.
11             MR. HERNÁNDEZ:  Please state your
12   name.
13             COURT REPORTER:  Dennis Zambataro.
14             (Court reporter sworn.)
15             MR. PAPEZ:  All right.
16                  EXAMINATION
17   BY MR. PAPEZ:
18        Q    Good morning, Mr. Collazo.
19        A    Good morning.
20        Q    We met about a year ago in New York
21   at a similar sort of deposition, but that one
22   was in person.
23             Do you recall that?
24        A    Yes, I remember.
25        Q    You and I haven't spoken since then,

Page 15

1    correct?
2         A    Correct.
3         Q    So I know you've been deposed
4    before, but because we are proceeding remotely
5    now, we're going to go over some additional
6    rules.
7         A    Very well.
8         Q    And I guess, first off, let's talk
9    about the translator.
10             I understand that you would like to
11   use the translator today for your deposition; is
12   that right?
13        A    That is correct.
14        Q    Okay.  You understand you're sworn
15   to tell the truth today, right?
16        A    I understand.
17        Q    All right.  I'm going to ask you a
18   series of questions, and after each question I'd
19   like you to answer the best you can, unless
20   you're instructed otherwise.
21        A    All right.
22        Q    If you cannot hear or you don't
23   understand the question that I ask, please just
24   let me know, and I'll try to ask it a different
25   way.

Page 16

1         A    All right.
2         Q    Because we're proceeding by video,
3    one of the unique rules here is that you have,
4    obviously, access to a computer there, and I
5    would ask you not to have any communications
6    over your computer while we're on the record.
7         A    That will be so.
8         Q    All right.  If you want to check
9    your email or text or whatever on a break,
10   that's fine.
11        A    All right.
12        Q    Now, I understand -- well, let me
13   back up.
14             You're here to testify in your --
15   partly in your personal capacity today, correct?
16        A    I am here to testify in my capacity
17   as administrator of the Employee Retirement
18   System.
19        Q    Okay.  That's fair.
20             You're also here to testify as a
21   30(b)(6) witness for ERS, correct?
22        A    That is correct.
23        Q    And you're also here to testify as a
24   30(b)(6) witness for the Commonwealth of
25   Puerto Rico, correct?

Page 17

1         A    That is correct.
2         Q    And you're also here to testify
3    today as a 30(b)(6) witness for AAFAF, correct?
4         A    Correct.
5         Q    What did you do to prepare for your
6    deposition today?
7         A    I reviewed many documents.  I met
8    with my internal legal counsel.  I met with my
9    lawyers.  My own experience in my formation as
10   an administrator.
11        Q    All right.  Let me ask you first
12   about your meetings with counsel.  I don't want
13   you to tell me what you talked about, and so I'm
14   not asking about that.  Okay?
15        A    All right.
16        Q    Who was the internal legal counsel
17   you met with?
18             THE INTERPRETER:  Can you repeat the
19   question.
20   BY MR. PAPEZ:
21        Q    Sure.  You mentioned, I believe,
22   that you met with internal legal counsel.
23             Are you referring to Ms. Rodríguez?
24        A    Yes.
25        Q    Any other internal legal counsel

37 (Pages 142 to 145)

Page 142

1    objection.
2        THE INTERPRETER: I'm sorry. I
3    jumped into it.
4        [Question interpreted.]
5        MR. SUSHON: Matt, objection.
6    That's attorney-client privilege. You
7    know you can't get that.
8        Mr. Collazo, I instruct you not to
9    answer that question on the basis of
10   attorney-client privilege and attorney
11   work product.
12       MR. PAPEZ: I was not asking for
13   that.
14       MR. SUSHON: You asked whether there
15   was a memo that gave specific legal
16   advice.
17       MR. PAPEZ: All right. He was
18   referring to a legal analysis. Let me
19   just ask a different question.
20   BY MR. PAPEZ:
21       Q    In this legal analysis that we have
22   been discussing between May and August of 2017,
23   was there ultimately a memo that discussed the
24   topic of whether the ERS Enabling Act authorized
25   the issuance of the ERS bonds?

Page 143

1        MR. SUSHON: Translate it and I'll
2    have a caution for the witness.
3        [Question interpreted.]
4        MR. SUSHON: Mr. Collazo, you may
5    answer that question yes or no as to
6    whether there was a memo or a written
7    work product prepared on that general
8    subject matter.
9        THE WITNESS: I'm trying to
10   remember. That was in 2017; we're in
11   2020. It's been three years. I have
12   seen so many documents and I have handled
13   so many important issues and documents.
14       But -- so remembering that, right, I
15   may have seen something written. But,
16   honestly -- so, honestly, I wouldn't be
17   able to specify that at this time. I
18   would have to go back and review. I
19   handle so much.
20   BY MR. PAPEZ:
21       Q    I should added, "I don't recall"
22   would be another acceptable answer.
23       A    Okay. Okay, yes.
24       Q    Okay. Mr. Collazo, was this
25   determination presented to the ERS board of

Page 144

1    trustees for approval?
2        A    All this occurs during the
3    transition from what was the board of trustees
4    to what was the new retirement board.
5        To the best of my recollection, an
6    understanding, I would say no.
7        But we were in that transition from
8    what had been the board of trustees to the
9    retirement board.
10       VIDEOGRAPHER: We are going off the
11   record at 4:32 p.m.

Page 145

1        [Whereupon, a recess transpired
2        from 4:32 p.m. until 4:50 p.m.]
3        Mr. Bassett. Chelsea and Tristan.
4        Masculinity from scad even.
5        Neil and Eric. Empty Vicente.
6        Mr. Mayol retiree committee, yes,
7    sir you green,. Giselle, (E L I S A, K L
8    E I N. He list a car Reno, E L I S A.
9    CA R I N O).
10       Chelsea M U LL A M E Y. Carl M A Z
11   U R E K (Anais Rodríguez, Giselle López.)
12       VIDEOGRAPHER: We are back on the
13   record at 4:50 p.m.
14   BY MR. PAPEZ:
15       Q    Okay. Mr. Collazo, before the
16   break, I asked you whether this determination
17   with regard to the ERS -- strike that.
18       Before the break, I asked you
19   whether the determination regarding whether the
20   ERS bonds were valid was presented to the ERS
21   board of trustees for approval. And you gave an
22   answer in saying to the best of your
23   recollection, your understanding was no.
24       A    That's correct.
25       Q    Okay. Was the determination

Case:17-03283-LTS  Doc#:14243-9  Filed:09/11/20  Entered:09/11/20 19:07:00  Desc:
Exhibit 59 to 69  Page 5 of 40
Luis Manuel Collazo Rodriguez - June 8, 2020

38 (Pages 146 to 149)

## Page 146

1    regarding whether the ERS bonds were valid ever
2    presented to the retirement board that would
3    have instituted the replacement of the ERS board
4    of trustees?
5             MR. SUSHON:  Objection to form.
6    BY MR. PAPEZ:
7         Q    I'll just rephrase the question so
8    I'm clear.
9             Based on earlier testimony, I
10   understand that in the summer of 2017, there was
11   a transition from the ERS board of trustees to
12   the retirement board; is that generally correct?
13            MR. SUSHON:  Objection to form.
14            THE WITNESS:  The retirement board
15            was established by Law 106 of
16            August 26 -- 23.  Before that, what had
17            existed was the board of trustees.  Okay?
18            If the -- it's a procedural issue,
19            but before August 23rd, what existed was
20            the board of trustees.
21            Okay.  That determination was not
22            taken to the board because ultimately,
23            the determination that would be brought
24            forth by our fiscal agent would not have
25            to be taken to the board of trustees, or

## Page 147

1             at that moment, the retirement board.
2    BY MR. PAPEZ:
3         Q    Okay.  Just so I'm clear, then, the
4    determination that was made in the summer of
5    2017 that the ERS bonds were not authorized by
6    the Enabling Act was not submitted for approval
7    to either the ERS board of trustees or to the
8    retirement board?
9             MR. SUSHON:  I object to the form.
10            THE WITNESS:  Okay.  Again, that
11            matter did not have to be taken before
12            the board because it was a determination
13            made jointly with the fiscal agent, the
14            government and fiscal hierarchy.
15            Because it's a determination taken
16            within the system along with the fiscal
17            agent, that determination did not have to
18            be taken to the board for approval.
19   BY MR. PAPEZ:
20        Q    Separate from whether the
21   determination had to be taken to the board for
22   approval, was determination submitted to either
23   the ERS board of trustees or the retirement
24   board for approval?
25        A    No.  It's important to mention that

## Page 148

1    the chairman of the board of trustees was AAFAF.
2    And the chairman of the new retirement board is
3    also the executive director of AAFAF and they
4    are our fiscal agent.
5         Q    Did AAFAF direct ERS to adopt this
6    determination?
7         A    Direct?  No.  In terms of tell, to
8    direct or give instructions to, the answer to
9    that is no.
10            Both AAFAF and the system were in
11   agreement as to what the legal conclusion was.
12            More so, when taking into
13   consideration the, clarity of the Law 447.
14        Q    Did AAFAF have a board of directors
15   or similar entity that oversees AAFAF?
16            MR. SUSHON:  Objection.  This is
17            outside the scope.
18            But you can answer.
19            THE WITNESS:  To the best of my
20            knowledge, I believe so.
21   BY MR. PAPEZ:
22        Q    Did AAFAF the submit the
23   determination that had been made with regard to
24   the ERS bonds in the summer of 2017 to its board
25   of directors for approval?

## Page 149

1             MR. SUSHON:  Objection.  That's also
2             outside the scope.
3             [Question interpreted.]
4             THE WITNESS:  To the best of my
5             knowledge, I could not answer that.  But
6             in order to read and understand the law,
7             that was not a necessity -- and comply
8             with the law.
9    BY MR. PAPEZ:
10        Q    Just for clarification, sir, are you
11   referring to the Enabling Act there in your
12   answer about reading and understanding the law?
13        A    Yes, in this case, I'm referring to
14   the Enabling Act.
15        Q    Okay.  Just so that I understand
16   your prior answer, to the best of your
17   knowledge, AAFAF did not submit the
18   determination that had been made with regard to
19   the ERS bonds to its board of directors for
20   approval; is that correct?
21            MR. SUSHON:  Objection.  Outside the
22            scope.  Mischaracterizes testimony.
23            THE WITNESS:  Your premise is that
24            it required the board's approval?  That's
25            your premise?  That's your premise, but,

# Exhibit 60



**Moody's Investors Service**

January 07, 2008

7 World Trade Center at 250 Greenwich Street
New York, NY 10007

Mr. Jorge Irizarry
Executive Vice President
Puerto Rico Government Development Bank
P.O. Box 42001
San Juan, PR 00940-2001

Dear Mr. Irizarry:

We wish to inform you that on January 02, 2008, Moody's Investors Service assigned a rating of **Baa3** to the Commonwealth of Puerto Rico's Senior Pension Funding Bonds, Series A issued through Puerto Rico Employees Retirement System. Moody's also assigned a rating of **A1** (Global Scale Rating) to the Commonwealth of Puerto Rico's Senior Pension Funding Bonds, Series A. The outlook for the municipal scale rating is stable.

In order for us to maintain the currency of our ratings, we request that you provide ongoing disclosure, including annual financial and statistical information.

Moody's will monitor this rating and reserves the right, at its sole discretion, to revise or withdraw this rating at any time in the future.

The rating, as well as any revisions or withdrawals thereof, will be publicly disseminated by Moody's through normal print and electronic media and in response to verbal requests to Moody's ratings desk.

Should you have any questions regarding the above, please do not hesitate to contact me or the analyst assigned to this transaction, Emily Raimes, at 212-553-7203.

Sincerely,

Nicole Johnson
Senior Vice President

NJ: km

cc:
John Hallacy
Merrill Lynch & Co.
4 World Financial Center
250 Vesey Street, 9th Floor
New York, NY 10080

# Exhibit 61



**Moody's Investors Service**

*7 World Trade Center at 250 Greenwich Street*
*New York, New York 10007*

May 23, 2008

Mr. Jorge Irizarry
Executive Vice President
Puerto Rico Government Development Bank
P.O. Box 42001
San Juan, PR 00940-2001

Dear Mr. Irizarry,

We wish to inform you that on May 19, 2008, Moody's Investors Service assigned a rating of Baa3 to the Senior Pension Funding Bonds, Series B, issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Moody's Investors Service also assigned a Global Scale Rating of A1 to the Puerto Rico Employees Retirement System Senior Pension Funding Bonds, Series B.

In order for us to maintain the currency of our ratings, we request that you provide ongoing disclosure, including annual financial and statistical information.

Moody's will monitor this rating and reserves the right, at its sole discretion, to revise or withdraw this rating at any time in the future.

The rating, as well as any revisions or withdrawals thereof, will be publicly disseminated by Moody's through normal print and electronic media and in response to verbal requests to Moody's ratings desk.

Should you have any questions regarding the above, please do not hesitate to contact me or the analyst assigned to this transaction, Emily Raimes, at 212-553-7203.

Sincerely,

*Edith F. Behr*

Edith F. Behr
Vice President / Senior Credit Officer

# Exhibit 62



**Moody's Investors Service**

7 World Trade Center at 250 Greenwich Street
New York, New York 10007

June 26, 2008

Mr. Jorge Irizarry
Executive Vice President
Puerto Rico Government Development
P.O. Box 42001
San Juan, PR 00940-2001

Dear Mr. Irizarry,

We wish to inform you that on June 20, 2008, Moody's Investors Service assigned a rating of Baa3 to the Senior Pension Funding Bonds, Series C, issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico.

In order for us to maintain the currency of our ratings, we request that you provide ongoing disclosure, including annual financial and statistical information.

Moody's will monitor this rating and reserves the right, at its sole discretion, to revise or withdraw this rating at any time in the future.

The rating, as well as any revisions or withdrawals thereof, will be publicly disseminated by Moody's through normal print and electronic media and in response to verbal requests to Moody's ratings desk.

Should you have any questions regarding the above, please do not hesitate to contact me or the analyst assigned to this transaction, Emily Raimes, at 212-553-7203.

Sincerely,

*Edith F. Behr*

Edith F. Behr
Vice President / Senior Credit Officer

PR-ERS-000005273

# Exhibit 63

# FitchRatings

One State Street Plaza
New York, NY 10004

T 212 908 0500 / 800 75 FITCH
www.fitchratings.com

January 14, 2008

Mr. Luis Alfaro-Martinez
Executive Vice President & Financing Director
Government Development Bank of Puerto Rico
Minillas Government Center
De Diego Ave, Stop 22
Santurce, PR 00940

Dear Mr. Alfaro-Martinez:

Fitch Ratings has assigned one or more ratings and/or otherwise taken rating action(s), as detailed on the attached Notice of Rating Action.

Ratings assigned by Fitch are based on documents and information provided to us by issuers, obligors, and/or their experts and agents, and are subject to receipt of the final closing documents. Fitch does not audit or verify the truth or accuracy of such information.

Ratings are not a recommendation or suggestion, directly or indirectly, to you or any other person, to buy, sell, make or hold any investment, loan or security or to undertake any investment strategy with respect to any investment, loan or security or any issuer. Ratings do not comment on the adequacy of market price, the suitability of any investment, loan or security for a particular investor (including without limitation, any accounting and/or regulatory treatment), or the tax-exempt nature or taxability of payments made in respect of any investment, loan or security. Fitch is not your advisor, nor is Fitch providing to you or any other party any financial advice, or any legal, auditing, accounting, appraisal, valuation or actuarial services. A rating should not be viewed as a replacement for such advice or services.

It is important that Fitch be provided with all information that may be material to its ratings so that they continue to accurately reflect the status of the rated issues. Ratings may be changed, withdrawn, suspended or placed on Rating Watch due to changes in, additions to or the inadequacy of information.

Ratings are not recommendations to buy, sell or hold securities. Ratings do not comment on the adequacy of market price, the suitability of any security for a particular investor, or the tax-exempt nature or taxability of payments made in respect of any security.

The assignment of a rating by Fitch shall not constitute a consent by Fitch to use its name as an expert in connection with any registration statement or other filing under U.S., U.K., or any other relevant securities laws.

We are pleased to have had the opportunity to be of service to you. If we can be of further assistance, please feel free to contact us at any time.

Sincerely,

David Litvack
Managing Director
U.S. Public Finance

DTL/m

Enc: Notice of Rating Action
     (Doc ID: 97326)

# Notice of Rating Action

| Bond Description | Rating Type | Action | Rating | Outlook/ Watch | Eff Date | Notes |
|---|---|---|---|---|---|---|
| Employees Retirement System of Puerto Rico (PR) senior pension funding bonds ser A | Long Term | New Rating | BBB- | RO:Sta | 11-Jan-2008 | |
| Employees Retirement System of Puerto Rico (PR) senior pension funding bonds ser B | Long Term | New Rating | BBB- | RO:Sta | 11-Jan-2008 | |

Key:      RO: Rating Outlook, RW: Rating Watch; Pos: Positive, Neg: Negative, Sta: Stable, Evo: Evolving

PR-ERS-000003797

# Exhibit 64

# FitchRatings

One State Street Plaza
New York, NY 10004

T 212 908 0500 / 800 75 FITCH
www.fitchratings.com

May 22, 2008

Mr. Luis Alfaro-Martinez
Executive Vice President & Financing Director
Government Development Bank of Puerto Rico
Minillas Government Center
De Diego Ave, Stop 22
Santurce, PR 00940

Dear Mr. Alfaro-Martinez:

Fitch Ratings has assigned one or more ratings and/or otherwise taken rating action(s), as detailed on the attached Notice of Rating Action.

Ratings assigned by Fitch are based on documents and information provided to us by issuers, obligors, and/or their experts and agents, and are subject to receipt of the final closing documents. Fitch does not audit or verify the truth or accuracy of such information.

Ratings are not a recommendation or suggestion, directly or indirectly, to you or any other person, to buy, sell, make or hold any investment, loan or security or to undertake any investment strategy with respect to any investment, loan or security or any issuer. Ratings do not comment on the adequacy of market price, the suitability of any investment, loan or security for a particular investor (including without limitation, any accounting and/or regulatory treatment), or the tax-exempt nature or taxability of payments made in respect of any investment, loan or security. Fitch is not your advisor, nor is Fitch providing to you or any other party any financial advice, or any legal, auditing, accounting, appraisal, valuation or actuarial services. A rating should not be viewed as a replacement for such advice or services.

It is important that Fitch be provided with all information that may be material to its ratings so that they continue to accurately reflect the status of the rated issues. Ratings may be changed, withdrawn, suspended or placed on Rating Watch due to changes in, additions to or the inadequacy of information.

Ratings are not recommendations to buy, sell or hold securities. Ratings do not comment on the adequacy of market price, the suitability of any security for a particular investor, or the tax-exempt nature or taxability of payments made in respect of any security.

The assignment of a rating by Fitch shall not constitute a consent by Fitch to use its name as an expert in connection with any registration statement or other filing under U.S., U.K., or any other relevant securities laws.

We are pleased to have had the opportunity to be of service to you. If we can be of further assistance, please feel free to contact us at any time.

Sincerely,

David Litvack
Managing Director
U.S. Public Finance

DTL/m

Enc: Notice of Rating Action
       (Doc ID: 97326 Rev 1)

PR-ERS-000004472

# Notice of Rating Action

| Bond Description | Rating Type | Action | Rating | Outlook/ Watch | Eff Date | Notes |
|---|---|---|---|---|---|---|
| Employees Retirement System of Puerto Rico (PR) senior pension funding bonds ser A | Long Term | New Rating | BBB- | RO:Sta | 11-Jan-2008 | |
| Employees Retirement System of Puerto Rico (PR) senior pension funding bonds ser B | Long Term | New Rating | BBB- | RO:Sta | 11-Jan-2008 | |

Key:    RO: Rating Outlook, RW: Rating Watch; Pos: Positive, Neg: Negative, Sta: Stable, Evo: Evolving

PR-ERS-000004473

# Exhibit 65

# FitchRatings

One State Street Plaza          T 212 908 0500 / 800 75 FITCH
New York, NY 10004              www.fitchratings.com

June 23, 2008

Hon. Jorge Irizarry Herrans
President
Government Development Bank of Puerto Rico
P.O. Box 42001
San Juan, PR 00940

Dear Hon. Irizarry Herrans:

Fitch Ratings has assigned one or more ratings and/or otherwise taken rating action(s), as detailed on the attached Notice of Rating Action.

Ratings assigned by Fitch are based on documents and information provided to us by issuers, obligors, and/or their experts and agents, and are subject to receipt of the final closing documents. Fitch does not audit or verify the truth or accuracy of such information.

Ratings are not a recommendation or suggestion, directly or indirectly, to you or any other person, to buy, sell, make or hold any investment, loan or security or to undertake any investment strategy with respect to any investment, loan or security or any issuer. Ratings do not comment on the adequacy of market price, the suitability of any investment, loan or security for a particular investor (including without limitation, any accounting and/or regulatory treatment), or the tax-exempt nature or taxability of payments made in respect of any investment, loan or security. Fitch is not your advisor, nor is Fitch providing to you or any other party any financial advice, or any legal, auditing, accounting, appraisal, valuation or actuarial services. A rating should not be viewed as a replacement for such advice or services.

It is important that Fitch be provided with all information that may be material to its ratings so that they continue to accurately reflect the status of the rated issues. Ratings may be changed, withdrawn, suspended or placed on Rating Watch due to changes in, additions to or the inadequacy of information.

Ratings are not recommendations to buy, sell or hold securities. Ratings do not comment on the adequacy of market price, the suitability of any security for a particular investor, or the tax-exempt nature or taxability of payments made in respect of any security.

The assignment of a rating by Fitch shall not constitute a consent by Fitch to use its name as an expert in connection with any registration statement or other filing under U.S., U.K., or any other relevant securities laws.

We are pleased to have had the opportunity to be of service to you. If we can be of further assistance, please feel free to contact us at any time.

Sincerely,

Amy R. Laskey
Managing Director
U.S. Public Finance

ARL/rn

Enc: Notice of Rating Action
     (Doc ID: 106867)

# Notice of Rating Action

| Bond Description | Rating Type | Action | Rating | Outlook/ Watch | Eff Date | Notes |
|---|---|---|---|---|---|---|
| Employees Retirement System of Puerto Rico (PR) senior pension funding bonds ser C | Long Term | New Rating | BBB- | RO:Sta | 23-Jun-2008 | |
| Employees Retirement System of Puerto Rico (PR) senior pension funding bonds ser A | Long Term | Affirmed | BBB- | RO:Sta | 23-Jun-2008 | |
| Employees Retirement System of Puerto Rico (PR) senior pension funding bonds ser B | Long Term | Affirmed | BBB- | RO:Sta | 23-Jun-2008 | |

Key:      RO: Rating Outlook, RW: Rating Watch; Pos: Positive, Neg: Negative, Sta: Stable, Evo: Evolving

(Doc ID: 106867)

Page 1 of 1

PR-ERS-000005280

# Exhibit 66

The McGraw-Hill Companies

# STANDARD &POOR'S

55 Water Street, 38th Floor
New York, NY 10041-0003
tel 212 438-2066
reference no.: 879125

January 14, 2008

Government Development Bank of Puerto Rico            ***Revised***
Minillas Government Center
De Diego Avenue, Stop 22
P.O. Box 42001
Santurce, PR 00940-2001
Attention: Mr. Jorge Irizarry, President

Re: ***US$1,588,810,799.60 Puerto Rico Employees Retirement System, Senior Pension Funding Bonds, Series A, dated: Date of Delivery, due: July 1, 2058***

Dear Mr. Irizarry:

Pursuant to your request for a Standard & Poor's rating on the above-referenced obligations, we have reviewed the information submitted to us and, subject to the enclosed *Terms and Conditions,* have assigned a rating of "BBB-". Standard & Poor's views the outlook for this rating as stable. A copy of the rationale supporting the rating is enclosed.

The rating is not investment, financial, or other advice and you should not and cannot rely upon the rating as such. The rating is based on information supplied to us by you or by your agents but does not represent an audit. We undertake no duty of due diligence or independent verification of any information. The assignment of a rating does not create a fiduciary relationship between us and you or between us and other recipients of the rating. We have not consented to and will not consent to being named an "expert" under the applicable securities laws, including without limitation, Section 7 of the Securities Act of 1933. The rating is not a "market rating" nor is it a recommendation to buy, hold, or sell the obligations.

This letter constitutes Standard & Poor's permission to you to disseminate the above-assigned rating to interested parties. Standard & Poor's reserves the right to inform its own clients, subscribers, and the public of the rating.

Standard & Poor's relies on the issuer/obligor and its counsel, accountants, and other experts for the accuracy and completeness of the information submitted in connection with the rating. This rating is based on financial information and documents we received prior to the issuance of this letter. Standard & Poor's assumes that the documents you have provided to us are final. If any subsequent changes were made in the final documents, you must notify us of such changes by sending us the revised final documents with the changes clearly marked.

To maintain the rating, Standard & Poor's must receive all relevant financial information as soon as such information is available. Placing us on a distribution list for this information would

Mr. Jorge Irizarry
Page 2
January 14, 2008

facilitate the process. You must promptly notify us of all material changes in the financial
information and the documents. Standard & Poor's may change, suspend, withdraw, or place on
CreditWatch the rating as a result of changes in, or unavailability of, such information. Standard
& Poor's reserves the right to request additional information if necessary to maintain the rating.

Please send all information to:
Standard & Poor's Ratings Services
Public Finance Department
55 Water Street
New York, NY 10041-0003

Standard & Poor's is pleased to be of service to you. For more information on Standard & Poor's,
please visit our website at www.standardandpoors.com. If we can be of help in any other way,
please call or contact us at nypublicfinance@standardandpoors.com. Thank you for choosing
Standard & Poor's and we look forward to working with you again.

Sincerely yours,

Standard & Poor's Ratings Services
a division of The McGraw-Hill Companies, Inc.

th
enclosures
cc:     Mr. John J. Hallacy
        Mr. Luis Alfaro Martinez

PR-ERS-000003799

# Exhibit 67


## STANDARD
## &POOR'S

55 Water Street, 38th Floor
New York, NY 10041-0003
tel 212 438-2066
reference no.: 830869

January 14, 2008

Government Development Bank of Puerto Rico          ***Revised***
Minillas Government Center
De Diego Avenue, Stop 22
P.O. Box 42001
Santurce, PR 00940-2001
Attention: Mr. Jorge Irizarry, President

Re: *US$1,055,534,348.80 Puerto Rico Employees Retirement System, Senior Pension Funding
Bonds, Series 2008B, dated: Date of Delivery, due: July 1, 2057*

Dear Mr. Irizarry:

Pursuant to your request for a Standard & Poor's rating on the above-referenced obligations, we
have reviewed the information submitted to us and, subject to the enclosed *Terms and Conditions*,
have assigned a rating of "BBB-". Standard & Poor's views the outlook for this rating as stable. A
copy of the rationale supporting the rating is enclosed.

The rating is not investment, financial, or other advice and you should not and cannot rely upon
the rating as such. The rating is based on information supplied to us by you or by your agents but
does not represent an audit. We undertake no duty of due diligence or independent verification of
any information. The assignment of a rating does not create a fiduciary relationship between us
and you or between us and other recipients of the rating. We have not consented to and will not
consent to being named an "expert" under the applicable securities laws, including without
limitation, Section 7 of the Securities Act of 1933. The rating is not a "market rating" nor is it a
recommendation to buy, hold, or sell the obligations.

This letter constitutes Standard & Poor's permission to you to disseminate the above-assigned
rating to interested parties. Standard & Poor's reserves the right to inform its own clients,
subscribers, and the public of the rating.

Standard & Poor's relies on the issuer/obligor and its counsel, accountants, and other experts for
the accuracy and completeness of the information submitted in connection with the rating. This
rating is based on financial information and documents we received prior to the issuance of this
letter. Standard & Poor's assumes that the documents you have provided to us are final. If any
subsequent changes were made in the final documents, you must notify us of such changes by
sending us the revised final documents with the changes clearly marked.

To maintain the rating, Standard & Poor's must receive all relevant financial information as soon
as such information is available. Placing us on a distribution list for this information would

PR-ERS-000004468

Mr. Jorge Irizarry
Page 2
January 14, 2008

facilitate the process.  You must promptly notify us of all material changes in the financial information and the documents.  Standard & Poor's may change, suspend, withdraw, or place on CreditWatch the rating as a result of changes in, or unavailability of, such information.  Standard & Poor's reserves the right to request additional information if necessary to maintain the rating.

Please send all information to:

    Standard & Poor's Ratings Services
    Public Finance Department
    55 Water Street
    New York, NY  10041-0003

Standard & Poor's is pleased to be of service to you.  For more information on Standard & Poor's, please visit our website at www.standardandpoors.com.  If we can be of help in any other way, please call or contact us at nypublicfinance@standardandpoors.com.  Thank you for choosing Standard & Poor's and we look forward to working with you again.

Sincerely yours,

Standard & Poor's Ratings Services
a division of The McGraw-Hill Companies, Inc.

th
enclosures
cc:    Mr. John J. Hallacy
       Mr. Luis Alfaro Martinez

# Exhibit 68

The McGraw Hill companies

# STANDARD &POOR'S

55 Water Street, 38th Floor
New York, NY 10041-0003
tel 212 438-2066
reference no.: 1016345

June 24, 2008

Government Development Bank of Puerto Rico
Minillas Government Center
De Diego Avenue, Stop 22
P.O. Box 42001
Santurce, PR 00940-2001
Attention: Mr. Jorge Irizarry, President

Re: *US$500,001,456 Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Senior Pension Funding Bonds, Series 2008C, dated: June 30, 2008, due: July 1, 2043*

Dear Mr. Irizarry:

Pursuant to your request for a Standard & Poor's rating on the above-referenced obligations, we have reviewed the information submitted to us and, subject to the enclosed *Terms and Conditions,* have assigned a rating of "BBB–". Standard & Poor's views the outlook for this rating as stable. A copy of the rationale supporting the rating is enclosed.

The rating is not investment, financial, or other advice and you should not and cannot rely upon the rating as such. The rating is based on information supplied to us by you or by your agents but does not represent an audit. We undertake no duty of due diligence or independent verification of any information. The assignment of a rating does not create a fiduciary relationship between us and you or between us and other recipients of the rating. We have not consented to and will not consent to being named an "expert" under the applicable securities laws, including without limitation, Section 7 of the Securities Act of 1933. The rating is not a "market rating" nor is it a recommendation to buy, hold, or sell the obligations.

This letter constitutes Standard & Poor's permission to you to disseminate the above-assigned rating to interested parties. Standard & Poor's reserves the right to inform its own clients, subscribers, and the public of the rating.

Standard & Poor's relies on the issuer/obligor and its counsel, accountants, and other experts for the accuracy and completeness of the information submitted in connection with the rating. This rating is based on financial information and documents we received prior to the issuance of this letter. Standard & Poor's assumes that the documents you have provided to us are final. If any subsequent changes were made in the final documents, you must notify us of such changes by sending us the revised final documents with the changes clearly marked.

PR-ERS-000005275

Mr. Jorge Irizarry
Page 2
June 24, 2008

To maintain the rating, Standard & Poor's must receive all relevant financial information as soon as such information is available. Placing us on a distribution list for this information would facilitate the process. You must promptly notify us of all material changes in the financial information and the documents. Standard & Poor's may change, suspend, withdraw, or place on CreditWatch the rating as a result of changes in, or unavailability of, such information. Standard & Poor's reserves the right to request additional information if necessary to maintain the rating.

Please send all information to:

Standard & Poor's Ratings Services
Public Finance Department
55 Water Street
New York, NY  10041-0003

Standard & Poor's is pleased to be of service to you. For more information on Standard & Poor's, please visit our website at www.standardandpoors.com. If we can be of help in any other way, please call or contact us at nypublicfinance@standardandpoors.com. Thank you for choosing Standard & Poor's and we look forward to working with you again.

Sincerely yours,

Standard & Poor's Ratings Services
a division of The McGraw-Hill Companies, Inc.

th
enclosures
cc:     Mr. John J. Hallacy
        Mr. Luis Alfaro Martinez

PR-ERS-000005276

# Exhibit 69

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re: | ) PROMESA |
|  | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO | ) Case No. 17-BK-03283 (LTS) |
|  | ) |
| as representative of | ) |
|  | ) |
|  | ) |
| THE COMMONWEALTH OF PUERTO RICO, ET | ) |
| AL., | ) |
|  | ) |
| Debtors.[1] | ) |
|  | ) |
| In re: | ) PROMESA |
|  | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO | ) Case No. 17-BK-03566 (LTS) |
|  | ) |
| as representative of | ) |
|  | ) |
|  | ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF | ) |
| THE GOVERNMENT OF THE COMMONWEALTH | ) |
| OF PUERTO RICO, | ) |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Debtor. )
)
)
THE SPECIAL CLAIMS COMMITTEE OF THE )
FINANCIAL OVERSIGHT AND MANAGEMENT )        Adv. Proc. No. 19-00356 (LTS)
BOARD FOR PUERTO RICO, ACTING BY AND )
THROUGH ITS MEMBERS, )
)
and )
)
THE OFFICIAL COMMITTEE OF UNSECURED )
CREDITORS OF ALL TITLE III DEBTORS )
(OTHER THAN COFINA), )
)
as co-trustees of )
)
THE EMPLOYEES RETIREMENT SYSTEM OF )
THE GOVERNMENT OF PUERTO RICO, )
)
Plaintiff, )
)
v. )
)
DEFENDANT 1M, ET AL., )
)
Defendants. )
)
THE SPECIAL CLAIMS COMMITTEE OF THE )        Adv. Proc. No. 19-00357 (LTS)
FINANCIAL OVERSIGHT AND MANAGEMENT )
BOARD FOR PUERTO RICO, ACTING BY AND )
THROUGH ITS MEMBERS, )
)
and )
)
THE OFFICIAL COMMITTEE OF UNSECURED )
CREDITORS OF ALL TITLE III DEBTORS )
(OTHER THAN COFINA), )
)
as co-trustees of )
)
THE EMPLOYEES RETIREMENT SYSTEM OF )
THE GOVERNMENT OF PUERTO RICO, )
)
Plaintiff, )
)
v. )
)
)
STOEVER GLASS & CO., ET AL., )

|  |  |
|---|---|
| Defendants. | ) |
|  | ) |
| | ) |
| THE SPECIAL CLAIMS COMMITTEE OF THE<br>FINANCIAL OVERSIGHT AND MANAGEMENT<br>BOARD FOR PUERTO RICO, ACTING BY AND<br>THROUGH ITS MEMBERS, | ) Adv. Proc. No. 19-00359 (LTS)<br>)<br>)<br>) |
| and | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF ALL TITLE III DEBTORS<br>(OTHER THAN COFINA), | )<br>)<br>) |
| as co-trustees of | ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF<br>THE GOVERNMENT OF PUERTO RICO, | )<br>) |
| Plaintiff, | ) |
| v. | ) |
| DEFENDANT 1H-78H, | ) |
| Defendants. | ) |
| | ) |
| THE SPECIAL CLAIMS COMMITTEE OF THE<br>FINANCIAL OVERSIGHT AND MANAGEMENT<br>BOARD FOR PUERTO RICO, ACTING BY AND<br>THROUGH ITS MEMBERS, | ) Adv. Proc. No. 19-00361 (LTS)<br>)<br>)<br>) |
| and | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF ALL TITLE III DEBTORS<br>(OTHER THAN COFINA), | )<br>)<br>) |
| as co-trustees of | ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF<br>THE GOVERNMENT OF PUERTO RICO, | )<br>) |
| Plaintiff, | ) |

<pre>
                                          )
v.                                        )
                                          )
DEFENDANT 1G-50G, et al.,                 )
                                          )
         Defendants.                      )
                                          )
                                          )
</pre>

## JOINT STIPULATION

The Bondholders[2]; The Bank of New York Mellon, as fiscal agent (the "Fiscal Agent");

the Committees and Government Parties[3]; and the Employees Retirement System of the

Government of the Commonwealth of Puerto Rico ("ERS"), by and through the Financial

Oversight and Management Board for Puerto Rico (the "Oversight Board"), as ERS's sole

representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and*

---

[2] The Bondholders are:  Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf of Crown/PW SP, Glendon Opportunities Fund, L.P., LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico Fixed Income Fund VI, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., PWCM Master Fund Ltd., Redwood Master Fund, Ltd, SV Credit, L.P., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc., and UBS IRA Select Growth & Income Puerto Rico Fund.

Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., and Oaktree Opportunities Fund IX (Parallel 2), L.P. hold through Opps Culebra Holdings, L.P. Oaktree Huntington Investment Fund II, L.P. holds through Oaktree Opportunities Fund X Holdings (Delaware), L.P. Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., and Oaktree Opportunities Fund X (Parallel 2), L.P. hold through Oaktree Opps X Holdco Ltd.

[3] The Committees and Government Parties are:  the Official Committee of Unsecured Creditors; the Official Committee of Retired Employees of the Commonwealth of Puerto Rico; the Financial Oversight and Management Board for Puerto Rico, as Debtors' sole representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"); the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico; and the Puerto Rico Fiscal Agency and Financial Advisory Authority.

*Economic Stability Act* ("PROMESA") (together with the Bondholders, the Fiscal Agent, and the Committees and Government Parties, the "Parties"), by and through their attorneys, hereby stipulate and agree as follows:

1.      In February 2012, the ERS Board of Trustees and the ERS Administrator[4] received legal advice from outside counsel concerning potential claims for breach of fiduciary duty against former government officials, which advice addressed the subject of the validity or invalidity of the ERS Bonds under the ERS Enabling Act's debt-authorizing language as it existed in 2008 and after it was amended in 2011.

2.      Before the May to August 2017 time period, ERS did not make any determination, nor contend, that the ERS Bonds were ultra vires, illegal, or invalid under the ERS Enabling Act's debt-authorizing language as it existed in 2008 and after it was amended in 2011.

3.      Before November 2017, ERS did not commence any legal challenge  to the validity of the ERS Bonds.

4.      ERS paid interest on the ERS Bonds without interruption from their issuance until June 2016, and continued to pay interest thereafter pursuant to stipulations between ERS and certain bondholders through May 2017.  *See* ECF No. 83 in Case No. 16-cv-2696 (D.P.R.); ECF No. 85 in Case No. 16-cv-2696 (D.P.R.); ECF No. 652 in Case No. 17-bk-3283 (D.P.R.)

5.      The Parties stipulate to the above regardless of whether there is any contrary evidence in the record.

---

[4] The ERS Administrator in 2012, Hector Mayol Kauffman, submitted a declaration in the above-captioned proceedings dated February 6, 2020. After he submitted that declaration, Mr. Kauffman—who left ERS in September 2013—learned of the parties' dispute concerning the memorandum described in this paragraph, which refreshed his recollection as to its existence.

6.     The Parties agree that (a) they will not use for any purpose in the above-captioned proceedings a certain February 2012 memorandum described by item number 57 on ERS's amended privilege log dated June 13, 2020, regardless of the disposition of the pending dispute concerning that memorandum in *Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura de Puerto Rico v. UBS Fin. Servs. Inc. of Puerto Rico*, Civ. No. KAC-2011-1067 (803); and (b) the Bondholders and Fiscal Agent shall delete all copies of that memorandum in their possession.  For the avoidance of doubt, this stipulation shall not prevent any Party from using any document, information, or other evidence produced in discovery in these proceedings or which is publicly available.

*[Remainder of Page Intentionally Left Blank]*

Dated: July 24, 2020
New York, NY

Respectfully submitted,

*/s/ Alfredo Fernández-Martínez*
Alfredo Fernández-Martínez
**DELGADO & FERNÁNDEZ, LLC**
PO Box 11750
Fernández Juncos Station
San Juan, Puerto Rico 00910-1750
Tel. (787) 274-1414
Fax: (787) 764-8241
afernandez@delgadofernandez.com
USDC-PR 210511

*/s/ Geoffrey S. Stewart*
Bruce Bennett (*pro hac vice*)
**JONES DAY**
555 South Flower Street Fiftieth Floor
Los Angeles, California 90071
Tel. (213) 489-3939
Fax: (213) 243-2539
bbennett@jonesday.com

Benjamin Rosenblum (*pro hac vice*)
**JONES DAY**
250 Vesey Street
New York, New York 10281
Tel. (212) 326-3939
Fax: (212) 755-7306
brosenblum@jonesday.com

Geoffrey S. Stewart (*pro hac vice*)
Matthew E. Papez (*pro hac vice*)
Beth Heifetz (*pro hac vice*)
Sparkle L. Sooknanan (*pro hac vice*)
**JONES DAY**
51 Louisiana Ave. N.W.
Washington, DC 20001
Tel. (202) 879-3939
Fax: (202) 626-1700
gstewart@jonesday.com
mpapez@jonesday.com
bheifetz@jonesday.com
ssooknanan@jonesday.com

Respectfully submitted,

*/s/ Margaret A. Dale*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Jeffrey W. Levitan (*pro hac vice*)
Margaret A. Dale (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900
Email: mbienenstock@proskauer.com
Email: brosen@proskauer.com
Email: jlevitan@proskauer.com
Email: mdale@proskauer.com
Luis F. del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.977.1932
Fax. 787.722.1932
dvelawoffices@gmail.com

OF COUNSEL FOR
A&S LEGAL STUDIO, PSC
434 Avenida Hostos
San Juan, PR 00918
Tel: (787) 751-6764/ 763-0565
Fax: (787) 763-8260

*Attorneys for the Financial Oversight and
Management Board for Puerto Rico, as
representative of the Employees Retirement
System of the Government of the
Commonwealth of Puerto Rico*

*/s/ Sunni P. Beville*
BROWN RUDNICK LLP
Edward S. Weisfelner, Esq. (Pro Hac Vice)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800

7

*Counsel for Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf of Crown/PW SP, Glendon Opportunities Fund, L.P., LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., Redwood Master Fund, Ltd., and SV Credit, L.P.*


/s/ Alicia I. Lavergne-Ramírez
José C. Sánchez-Castro
USDC-PR 213312
Alicia I. Lavergne-Ramírez
USDC-PR 215112
**SÁNCHEZ PIRILLO LLC**
270 Muñoz Rivera Avenue, Suite 1110
San Juan, PR 00918
Tel. (787) 522-6776
Fax: (787) 522-6777
jsanchez@sanpir.com
alavergne@sanpir.com


/s/ Jesse L. Green
Glenn M. Kurtz (*pro hac vice*)
John K. Cunningham (*pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10036
Tel. (212) 819-8200
Fax (212) 354-8113

eweisfelner@brownrudnick.com

Sunni P. Beville, Esq. (Pro Hac Vice)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@prownrudnick.com

*Counsel to the Special Claims Committee*

/s/ Alberto Estrella
ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P.O. Box 9023596
San Juan, Puerto Rico 00902-3596
Tel: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Special Claims Committee*

/s/ Catherine Steege
JENNER & BLOCK LLP
Robert Gordon (admitted pro hac vice)
Richard Levin (admitted pro hac vice)
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted pro hac vice)
Melissa Root (admitted pro hac vice)
Landon Raiford (admitted pro hac vice)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)
312-239-5199 (facsimile)

gkurtz@whitecase.com
jcunningham@whitecase.com

Jason N. Zakia (*pro hac vice*)
Cheryl T. Sloane (*pro hac vice*)
Jesse L. Green (*pro hac vice*)
**WHITE & CASE LLP**
200 S. Biscayne Blvd., Suite 4900
Miami, FL 33131
Tel. (305) 371-2700
Fax (305) 358-5744
jzakia@whitecase.com

*Counsel for Puerto Rico AAA Portfolio Bond Fund, Inc.; Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc.; Puerto Rico Fixed Income Fund, Inc.; Puerto Rico Fixed Income Fund II, Inc.; Puerto Rico Fixed Income Fund III, Inc.; Puerto Rico Fixed Income Fund IV, Inc.; Puerto Rico Fixed Income Fund V, Inc.; Puerto Rico Fixed Income Fund VI, Inc.; Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.; Puerto Rico Investors Bond Fund I; Puerto Rico Investors Tax-Free Fund, Inc.; Puerto Rico Investors Tax-Free Fund II, Inc.; Puerto Rico Investors Tax-Free Fund III, Inc.; Puerto Rico Investors Tax-Free Fund IV, Inc.; Puerto Rico Investors Tax-Free Fund V, Inc.; Puerto Rico Investors Tax-Free Fund VI, Inc.; Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.; Tax-Free Puerto Rico Fund, Inc.; Tax-Free Puerto Rico Fund II, Inc.; Tax-Free Puerto Rico Target Maturity Fund, Inc.; and UBS IRA Select Growth & Income Puerto Rico Fund*

SEPULVADO,     MALDONADO     &
COURET

*/s/ A.J. Bennazar-Zequeira*
BENNAZAR, GARCÍA & MILIÁN, C.S.P
A.J. Bennazar-Zequeira
Héctor M. Mayol Kauffmann
Francisco del Castillo Orozco
Edificio Union Plaza,
1701 Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
hector.mayol@bennazar.com
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for the Official Committee of Retired Employees of Puerto Rico*

*/s/ Luc A. Despins*
**PAUL HASTINGS LLP**
Luc A. Despins *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

*/s/ Juan J. Casillas Ayala*
**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq. (USDC – PR 218312)
Israel Fernández Rodrígues, Esq. (USDC – PR 22504)
Juan C. Nieves González, Esq. (USDC – PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC – PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075

/s/Albéniz Couret-Fuentes
Albéniz Couret-Fuentes
USDC-PR Bar No. 222207
304 Ponce de León Ave. – Suite 990
San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: acouret@smclawpr.com

REED SMITH LLP
Eric A. Schaffer (*Pro Hac Vice*)
Luke A. Sizemore (*Pro Hac Vice*)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: eschaffer@reedsmith.com
Email: lsizemore@reedsmith.com

/s/ C. Neil Gray
C. Neil Gray (*Pro Hac Vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: cgray@reedsmith.com

*Counsel to The Bank of New York Mellon,
as fiscal agent*

Telephone: (797) 523-3434
Fax: (797) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@ctslawpr.com

*Local Counsel to the Official Committee of
Unsecured Creditors*

/s/ John Arrastia
**GENOVESE JOBLOVE & BATTISTA, P.A.**
John Arrastia, Esq. (*Pro Hac Vice*)
John H. Genovese, Esq. (*Pro Hac Vice*)
Jesus M. Suarez, Esq. (*Pro Hac Vice*)
Mariaelena Gayo-Guitian, Esq. (*Pro Hac Vice*)
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Tel: 305-349-2300
jarrastia@gjb-law.com
jgenovese@gjb-law.com
jsuarez@gjb-law.com
mguitian@gjb-law.com

*Special Litigation Counsel to the
Official Committee of Unsecured Creditors*