# Exhibit 89

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
James Bolin — March 6, 2020

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF PUERTO RICO

 3

 4       _____

 5       In Re:                              )

 6       THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD   )   PROMESA TITLE III

 7       FOR PUERTO RICO                      )   Case No.

 8              as representative of          )   17-BK-03283 (LTS)

 9       THE COMMONWEALTH OF PUERTO RICO, et. al,   )

10              Debtors.                      )

11       _____)

12       In Re:                              )

13       THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD   )   PROMESA Title III

14       FOR PUERTO RICO                      )   Case No.

15              as representative of          )   17-BK-03566 (LTS)

16       THE EMPLOYEES RETIREMENT SYSTEM OF THE   )

17       GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, )

18              Debtor.                       )

19       _____)

20

21                    CONFIDENTIAL

22            Transcript of James Bolin

23

24       Reported by:

25       LORRAINE B. ABATE, CSR, RPR
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
James Bolin - March 6, 2020

Page 2

```
1    _____

2    THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL  )

3    OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)  ADV. PROC. NO.

4    ACTING BY AND THROUGH ITS MEMBERS,             )  19-00356 (LTS)

5                    and                            )
     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )
6    OF ALL TITLE III DEBTORS (OTHER THAN COFINA)   )
                     as co-trustees of              )
7    THE EMPLOYEES RETIREMENT SYSTEM OF THE         )
     GOVERNMENT OF PUERTO RICO,                     )
8                    Plaintiff,                     )

9                    vs.                            )

10   DEFENDANT IM, et al.,                          )
                     Defendants.                    
11   _____)

12   THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL  )

13   OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)  ADV. PROC. NO.

14   ACTING BY AND THROUGH ITS MEMBERS,             )  19-00357 (LTS)

15                   and                            )

16   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )

17   OF ALL TITLE III DEBTORS (OTHER THAN COFINA),  )

18                   as co-trustees of              )

19   THE EMPLOYERS RETIREMENT SYSTEM OF THE         )

20   GOVERNMENT OF PUERTO RICO,                     )

21                   Plaintiff,                     )

22        vs.                                       )

23   STOEVER GLASS & CO., et al.,                   )

24                   Defendants.                    )
     _____)
25
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
James Bolin — March 6, 2020

```
1    _____

2    THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL  )

3    OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)  ADV. PROC. NO.

4    ACTING BY AND THROUGH ITS MEMBERS,             )  19-00359 (LTS)

5                     and                           )

6    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )

7    OF ALL TITLE III DEBTORS (OTHER THAN COFINA),  )

8                  as co-trustees of                )

9    THE EMPLOYEES RETIREMENT SYSTEM OF THE         )

10   GOVERNMENT OF PUERTO RICO,                     )

11                  Plaintiff,                      )

12        vs.                                       )

13   DEFENDANT 1H-78H,                              )

14            Defendants                            )

15   _____)

16

17

18

19

20

21

22

23

24

25
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
James Bolin - March 6, 2020

Page 4

```
1    _____

2    THE SPECIAL CLAIMS COMMITTEE OF THE FINNCIAL  )

3    OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)  ADV. PROC. NO.

4    ACTING BY AND THROUGH ITS MEMBERS,            )  19-00361(LTS)

5                    and                          )

6    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS )

7    OF ALL TITLE III DEBTORS (OTHER THAN COFINA), )

8                    as co-trustees of            )

9    THE EMPLOYEES RETIREMENT SYSTEM OF THE        )

10   GOVERNMENT OF PUERTO RICO,                    )

11                   Plaintiff,                    )

12        vs.                                      )

13   DEFENDANT 1G-50G, et. al.,                    )

14                Defendants.                      )

15   _____)

16

17

18

19

20

21

22

23

24

25
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
James Bolin — March 6, 2020

1    _____

2    THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )

3    FOR PUERTO RICO,                              )   ADV. PROC. NO.

4              as representative of               )   19-00366(LTS)

5    EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT )

6    OF THE COMMONWEALTH OF PUERTO RICO,           )

7                      and                         )

8    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS )

9    OF ALL TITLE III DEBTORS (OTHER THAN COFINA), )

10         as Section 926 trustee of              )

11   THE COMMONWEALTH OF PUERTO RICO,              )

12              Plaintiffs,                        )

13        vs.                                      )

14   ANDALUSIAN GLOBAL DESIGNATED                  )

15   ACTIVITY COMPANY, et. al,                     )

16            Defendants.                          )

17   _____)

18

19

20

21

22

23

24

25

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
James Bolin — March 6, 2020

Page 6

```
 1    _____

 2    THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD   )

 3    FOR PUERTO RICO                                )   ADV. PROC. NO.

 4            as representative of                   )   19-00367 (LTS)

 5    EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT  )

 6    OF THE COMMONWEALTH OF PUERTO RICO,            )

 7                  and                              )

 8    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )

 9    OF ALL TITLE III DEBTORS (OTHER THAN COFINA),  )

10            as Section 926 trustee of              )

11    THE COMMONWEALTH OF PUERTO RICO,               )

12              Plaintiffs,                          )

13        vs.                                        )

14    GLENDON OPPORTUNITIES FUND, L.P., et. al,      )

15              Defendants.                          )

16    _____)

17

18

19

20         CONFIDENTIAL TRANSCRIPT of the stenographic
      notes of the deposition of James Bolin in the
      above-entitled matter, as taken by and before
21    LORRAINE B. ABATE, a Certified Shorthand Reporter and
      Notary Public of the State of New York and Registered
22    Professional Reporter, held at the offices of
      Proskauer & Rose, LLP, 11 Times Square, New York, New
23    York, on March 6, 2020, commencing at 1:03 p.m.,
      pursuant to Notice.

24

25
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
James Bolin — March 6, 2020

```
 1

 2      A P P E A R A N C E S:

 3

 4           PROSKAUER ROSE, LLP

 5           Attorneys for the Financial Oversight

 6           and Management Board for Puerto Rico

 7              One International Place

 8              Boston, Massachusetts 02110-2600

 9      BY: WILLIAM D. DALSEN, ESQ.

10         (617) 526-9429

11         wdalsen@proskauer.com

12              -and-

13      PROSKAUER ROSE, LLP

14         11 Times Square

15         New York, New York  10036

16      BY:  CARL MAZUREK, ESQ.

17         (212) 969-3539

18         cmazurek@proskauer.com

19

20

21

22

23

24

25
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
James Bolin - March 6, 2020

Page 8

```
 1

 2      A P P E A R A N C E S:

 3              PAUL HASTINGS, LLP

 4              Attorneys for the Official Committee

 5              of Unsecured Creditors of all Title III

 6              Debtors (other than COFINA)

 7               875 15th Street

 8               Washington, DC  20005

 9              BY: NICHOLAS A. BASSETT, ESQ.

10                  (202)551-1902

11              nicholasbassett@paulhastings.com

12

13              JENNER & BLOCK, LLP

14              Attorneys for the Retiree Committee

15               353 North Clark Street

16               Chicago, Illinois 60654-3456

17              BY:   LANDON S. RAIFORD, ESQ.

18                    LAURA E. PELANEK, ESQ.

19                    (312)222-9350

20                    lraiford@jenner.com

21                    lpelanek@jenner.com

22

23

24

25
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
James Bolin - March 6, 2020

```
 1

 2        A P P E A R A N C E S:

 3

 4              JONES DAY, LLP

 5              Attorneys for ERS Bondholders

 6              and the Witness

 7                51 Louisiana Avenue, NW

 8                Washington, DC  20001-2113

 9              BY:  MATTHEW E. PAPEZ, ESQ.

10                   (202) 879-3939

11                   mpapez@jonesday.com

12                   -and-

13              JONES DAY, LLP

14                100 High Street, 21st Floor

15                Boston, Massachusetts 02110-1781

16              BY:  SARAH PODMANICZKY McGONIGLE, ESQ.

17                   (617) 960-3939

18                   smcgonigle@jonesday.com

19

20

21

22

23

24

25
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
James Bolin — March 6, 2020

Page 10

```
 1

 2      A P P E A R A N C E S :

 3

 4              REED SMITH, LLP

 5              Attorneys for the Bank of

 6              New York Mellon, as Fiscal Agent

 7                599 Lexington Avenue

 8                New York, New York  10022

 9              BY:  C. NEIL GRAY, ESQ.

10                  (212) 231-2652

11                  cgray@reedsmith.com

12

13

14              O'MELVENY & MYERS, LLP

15              Attorneys for AAFAF as Fiscal Agent

16              For the Commonwealth of Puerto Rico

17              and ERS

18                7 Times Square

19                New York, New York  10036-6537

20              BY:  WILLIAM J. SUSHON, ESQ.

21                  (212) 728-5693

22                  wsushon@omm.com

23

24

25
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
James Bolin - March 6, 2020

Page 11

```
 1

 2      A P P E A R A N C E S :

 3

 4             BROWN RUDNICK, LLP

 5             Attorneys for the Special Claims

 6             Committee of the Financial Oversight

 7             and Management Board for Puerto Rico

 8             Acting by and through it's Members

 9                One Financial Center

10                Boston, Massachusetts  02111

11             BY:  TRISTAN G. AXELROD, ESQ.

12                (617) 856-8456

13             taxelrod@brownrudnick.com

14

15      A L S O   P R E S E N T :

16                Ken Maiman, Esq., Appaloosa

17                Steve Decanio, Videographer

18

19

20

21

22

23

24

25
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
James Bolin - March 6, 2020

Page 12

```
 1
 2                            I N D E X
 3
 4     WITNESS          EXAMINATION BY              PAGE
 5     James Bolin      Mr. Mazurek                 14
 6
 7                          E X H I B I T S
 8     BOLIN                                        PAGE
 9     1      Transcript of Testimony of
10            June 4, 2019                          16
11     2      Committees' and Government Parties'
12            Amended Notice of Rule 30(b)(6)
13            Deposition of Andalusian Global
14            Designated Activity Company          43
15     3      Notice of Videotaped Deposition
16            Of James Bolin                        43
17     4      Bondholders' Supplemental Response
18            To Interrogatory No. 17               59
19     5      E-Mail with Attachment                83
20     6      Bondholders' Responses and
21            Objections to the Committees and
22            Government Parties' First Set of
23            Interrogatories to the ERS Bondholder
24            Groups Related to the Lien Scope
25            Proceedings                           86
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
James Bolin - March 6, 2020

Page 13

```
 1

 2                    E X H I B I T S

 3     BOLIN                                    PAGE

 4     7    Bondholders' Supplemental Responses

 5          And Objections to the Committees

 6          And Government Parties' First Set of

 7          Interrogatories to the ERS Bondholder

 8          Groups Related to the Lien Scope

 9          Proceedings                         91

10     8    Bondholders' Responses and

11          Objections to the First Set of

12          Interrogatories of the Committees

13          And Government Parties to the ERS

14          Bondholder Groups Related to the

15          Ultra Vires Proceedings            102

16     9    Bondholders' Supplemental Responses

17          And Objections to the First Set of

18          Interrogatories of the Committees and

19          Government Parties to the ERS

20          Bondholder Groups Related to the

21          Ultra Vires Proceedings            108

22                    * * * * *

23

24

25
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
James Bolin - March 6, 2020

Page 14

```
1           CONFIDENTIAL - Bolin - March 6, 2020 - CONFIDENTIAL

2                       THE VIDEOGRAPHER:   Here begins media

3           unit 1, volume 1, in the video deposition of

4           Mr. James Bolin in re, the Financial Oversight &

5           Management Board for Puerto Rico, et al. versus

6           Defendant 1G-50G, et al. in the United States

7           District Court for the District of Puerto Rico,

8           case No. 17-BK-3283.

9                       Today's date is March 6, 2020.  The time

10          is approximately 1:03 p.m.  This deposition is

11          being held at Proskauer, 11 Times Square, New

12          York, New York 10036.

13                      My name is Steve Decanio.  I'm the legal

14          video specialist.  The court reporter today is

15          Lorraine Abate, and we're both from Gregory

16          Edwards LLC.  All attorneys appearances will be

17          noted on the stenographic record.

18                      At this time, the court reporter will

19          please swear in the witness so we may begin.

20          J A M E S   B O L I N,

21              Having been first duly sworn by a Notary

22              Public of the State of New York, was

23              examined and testified as follows:

24          EXAMINATION BY MAZUREK:

25                  Q.     Good afternoon, Mr. Bolin.  My name is
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
James Bolin — March 6, 2020

Page 27

```
 1        CONFIDENTIAL - Bolin - March 6, 2020 - CONFIDENTIAL
 2              So we've established that there's an
 3    indirect ownership relationship between Azteca and
 4    Palomino and Andalusian, and then if you turn one
 5    page over, on page 18, lines 9 to 14, you stated that
 6    Andalusian makes investment decisions on behalf of
 7    Andalusian.
 8              Is there any other entity that makes
 9    decisions for Andalusian?
10              MR. PAPEZ:  Object to the form of the
11        question, but you can answer.
12        A.    Appaloosa LP is the investment advisor
13    and Appaloosa LP makes the decisions for Andalusian.
14        Q.    When was Andalusian formed?
15        A.    2011.
16        Q.    And for what purpose was it formed?
17        A.    ███████████████████████████
      ████████████████████████████████████████
      ██████████████████████████████████████
      ████████████████████████████
21        Q.    Does Andalusian have a purpose other
22    than to make or hold investments?
23        A.    No.
24        Q.    Is there any particular kind of
25    investment that Andalusian focuses on?
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
James Bolin - March 6, 2020

Page 67

1          CONFIDENTIAL - Bolin - March 6, 2020 - CONFIDENTIAL

2     contribution of ERS bonds to Andalusian in ███?

3          A.      I don't know.

4          Q.      Were the -- strike that.

5               Are you aware of any purchases of bonds

6     by Andalusian other than those that occurred on the

7     four final dates listed in Exhibit B?

8          A.      No.

9          Q.      So it would be correct to say that

10    Exhibit B lists every date on which Andalusian

11    purchased ERS bonds?

12         A.      Correct.

13         Q.      The contribution of ERS bonds to

14    Andalusian in ███, was that pursuant to an

15    agreement?

16         A.      Appaloosa was acting as -- in the

17    capacity as investment advisor to all of the funds.

18         Q.      Was there a specific agreement, pursuant

19    to which, the contribution of ERS bonds to Andalusian

20    occurred?

21         A.      What do you mean?

22         Q.      What -- sorry.

23               What was the contribution made in

24    exchange for?

25         A.      It wasn't an exchange, per se.  The

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
James Bolin - March 6, 2020

```
1        CONFIDENTIAL - Bolin - March 6, 2020 - CONFIDENTIAL

2    bonds would have been contributed as capital into

3    Andalusian, and the ownership interests of the funds

4    in the -- I'll call it Andalusian, for the sake of

5    argument, excluded intermediary companies, but the

6    funds' investment in Andalusian would have increased

7    by a similar amount.

8        Q.    For the Andalusian purchases of ERS

9    bonds, were those made on the open market?

10       A.    What is the open market?

11       Q.    Do you have an understanding of the term

12   open market?

13       A.    I believe that means the street, what I

14   would call the street, secondary market.

15       Q.    Okay.  So were the Andalusian bonds

16   purchased on the open market, according to your

17   understanding of the term open market?

18       A.    They were purchased from brokerage

19   firms.

20       Q.    And were the previous -- strike that.

21             Were the purchases by -- of ERS bonds by

22   Appaloosa Funds other than Andalusian also purchased

23   on the open market, according to that definition that

24   you just gave?

25       A.    They were purchased from brokerage
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
James Bolin - March 6, 2020

1    CONFIDENTIAL - Bolin - March 6, 2020 - CONFIDENTIAL

2    firms.

3        Q.    Has Andalusian or any other Appaloosa

4    funds ever purchased ERS bonds except through

5    brokerage firms?

6        A.    No.

7        Q.    So we talked a little bit previously

8    about general processes for evaluating and making

9    decisions regarding investment.

10        I would like to delve a little more into

11   the specific decision to purchase ERS bonds at

12   Appaloosa.

13        You mentioned that Mr. Cole had his

14   initial interest in ERS sparked I believe in 2013 by

15   a Barron's article.

16       A.    No, I don't believe I testified to that.

17   Mr. Cole identified Puerto Rico itself as a potential

18   troubled situation based on a Barron's article that I

19   believe was run approximately at that time.

20       Q.    Okay.  When did Andalusian first

21   identify -- strike that.

22        When did Appaloosa first identify ERS

23   bonds as a potential investment?

24       A.    I believe I testified previously that I

25   became interested in the bonds after reading the

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

# Exhibit 90

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Christopher Delaney - May 29, 2020

Page 1

1  _____

2          IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF PUERTO RICO
3                PROMESA TITLE III
            CASE NO:  17-BK-03283 (LTS)
4
   IN RE:  THE FINANCIAL OVERSIGHT AND
5  MANAGEMENT BOARD FOR PUERTO RICO
              as representative of
6
   THE COMMONWEALTH OF PUERTO RICO, et al.,
7          Debtor(s).
   _____
8
          IN THE UNITED STATES DISTRICT COURT
9          FOR THE DISTRICT OF PUERTO RICO
                PROMESA TITLE III
10          CASE NO:  17-BK-03566 (LTS)

11  IN RE:  THE FINANCIAL OVERSIGHT AND
   MANAGEMENT BOARD FOR PUERTO RICO
12              as representative of

13  THE EMPLOYEES RETIREMENT SYSTEM OF THE
   GOVERNMENT OF THE COMMONWEALTH OF PUERTO
14  RICO,
              Debtor(s).
15  _____

16

17

18          C O N F I D E N T I A L

19

20

21    VIDEOTAPED DEPOSITION UNDER ORAL EXAMINATION OF

22          CHRISTOPHER DELANEY

23          DATE: May 29, 2020

24

25    REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Christopher Delaney - May 29, 2020

Page 12

```
 1              VIDEO OPERATOR:  This is the remote

 2     video recorded deposition of Christopher

 3     Delaney.

 4              Today is Friday, May 29, 2020.  The

 5     time is now 1:09 p.m., in the Eastern Time

 6     Zone.

 7              We're here in the matter of In Re:

 8     The Financial Oversight and Management Board

 9     for Puerto Rico as Representatives of The

10     Commonwealth of Puerto Rico, et al., Debtors.

11              All counsel have been noted on

12     record.

13              My name is Jose Rivera, remote

14     video technician on behalf of Gregory Edward,

15     LLC.

16              At this time, the reporter,

17     Charlene Friedman, on behalf of Gregory

18     Edwards, LLC, please enter the statement for

19     remote proceedings into the record.

20              THE COURT REPORTER:  My name is

21     Charlene Friedman.  I am a Certified Court

22     Reporter of the State of New Jersey and also

23     a Notary Public for the State of New Jersey.

24              This deposition is being held via

25     video teleconferencing equipment.  The
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Christopher Delaney - May 29, 2020

Page 13

```
 1    witness and the reporter are not in the same

 2    room.

 3              The witness will be sworn in

 4    remotely, pursuant to agreement of all

 5    parties.  The parties stipulate that the

 6    testimony is being given as if the witness

 7    was sworn in person.

 8              Mr. Delaney, please raise your

 9    right hand.

10

11    C H R I S T O P H E R   D E L A N E Y,

12              called as a witness, having been first duly

13    sworn according to law, testifies as follows:

14

15    EXAMINATION BY MR. RAIFORD:

16         Q    Good morning to you, Mr. Delaney.

17    Good afternoon to -- for most of us.

18              Could you please state your full

19    name and your current home address, for the

20    record?

21         A    Yes, Christopher Delaney.

22              My home address is ████████

      ████████████████████████████████

24         Q    My name is Landon Raiford.  I'm

25    with the firm of Jenner Block.  We represent
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Christopher Delaney - May 29, 2020

Page 20

```
 1        A     Correct.
 2        Q     And is Glendon Opportunities Fund,
 3   LP the only Glendon-related fund that
 4   invested in ERS bonds?
 5        A     I'm not sure I understand the
 6   question.
 7        Q     So Glendon Opportunities Fund, LP
 8   is a holder of ERS bonds, correct?
 9        A     Correct.
10        Q     Is there any other Glendon-related
11   entity that is also a holder of the ERS
12   bonds?
13        A     Currently, no.
14        Q     And where does Altair fit in the
15   structure of the Glendon family?
16        A     Altair is a fund of -- of which
17   Glendon Capital Management is the sub-advisor
18   for.
19        Q     And who -- so who is the -- I don't
20   know if primary is the right word, but if
21   it's the sub-advisor, who is the primary
22   advisor?
23        A     My understanding, and there's been
24   a lot of change in ownership across the
25   Altair complex, but Altair is the primary
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Christopher Delaney - May 29, 2020

```
 1      deposition notice for testimony as Chris

 2      Delaney, the person, as opposed to a

 3      corporate representative?

 4          A    Yes, I am.

 5          Q    And I know you're represented by

 6      Jones Day in your capacity as a 30(b)(6)

 7      witness.

 8               Is Jones Day also your counsel in

 9      your individual capacity today?

10          A    Yes.

11          Q    Now, how long have you been at

12      Glendon?

13          A    I've been at Glendon since its

14      formation.

15          Q    And when was Glendon formed?

16          A    2013.

17          Q    And for what purpose was Glendon

18      formed?

19          A    Glendon was formed for the purpose

20      of having a distress debt platform.

21          Q    So Glendon is only a distress debt

22      investor?

23          A    That's principally the strategy,

24      correct, but the -- the mandate is broader

25      than that, I guess.
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Christopher Delaney - May 29, 2020

Page 54

```
 1      Q    Yes, correct.

 2           Again, the language we talked about

 3      earlier says, on page 5, the ERS bonds that

 4      each bondholder presently holds were

 5      purchased, you know, on these dates.

 6           So my question is, on January 24,

 7      2020, did Altair presently hold the bonds

 8      listed on Exhibit A?

 9      A    My understanding is that they did

10      not.

11      Q    Okay.  Did they hold any bonds on

12      January 24th of 2020?

13      A    My understanding is that Altair did

14      not and that they had sold out of the

15      position sometime in ▮▮▮ entirely.

16      Q    Okay.  Altair was -- was holding

17      out of the ERS bond business, so to speak, in

18      2018?

19      A    Yeah, I -- it's not something that,

20      you know, I would have recalled, but I do

21      remember preparing in advance of the

22      deposition.

23           And I did ask our back office the

24      question of did we own any bonds in Altair,

25      and their answer was no.
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Christopher Delaney - May 29, 2020

Page 55

1              And I asked them when did we sell

2    out, and they replied that that was sometime

3    at the end of ███.

4        Q    Why did Altair sell its ERS bond

5    holdings in ████?

6        A    I don't recall exactly, you know,

7    that specific trade.  That was the last sale,

8    so they had been selling over the course of

9    some time.  And that particular date, I -- I

10   can't remember the exact reason.

11       Q    Now, you said, I believe, Glendon

12   Capital is a submanager for Altair, right?

13       A    Correct.

14       Q    So did Glendon Capital have some

15   say in the decision to sell Altair's holdings

16   in the ERS bonds?

17       A    Yes.

18       Q    And did you know -- so did Glendon

19   Capital recommend Altair sell its holdings in

20   the ERS bonds?

21       A    Yes, it did.

22       Q    Why did Glendon Capital recommend

23   that Altair sell its holdings in the ERS

24   bonds?

25       A    The main reason that we were

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com |  866-4Team GE

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Christopher Delaney - May 29, 2020

Page 56

1      selling or we were recommending selling

2      Glendon Capital Management, it coincided with

3      Hurricane Maria, which happened, to my

4      memory, sometime at the end of 2017.  And

5      that's when we started selling our ERS bonds

6      in Puerto Rico across most of our accounts.

7              The main reason for that being, you

8      know, it obviously had a profound impact to

9      the island and the financial prospects of the

10     island, of course.

11             And so it -- it changed our

12     underwriting, and we subsequently made a

13     decision to sell the bonds because of that.

14     Q     Was there any other reason that

15     supported the decision to sell other than

16     Hurricane Maria?

17     A     That was the primary reason.  I --

18     I can't recall any other reason specifically.

19     Q     Okay.  And were you involved in

20     those discussions to sell -- to recommend

21     that Altair sell those positions?

22     A     Yes, I was there.

23     Q     And you would have been part of the

24     team that would have made the recommendation

25     internally at Glendon for Altair -- to

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Christopher Delaney - May 29, 2020

Page 57

1    recommend to Altair that they sell those

2    positions?

3         A    Correct.

4         Q    And that recommendation would have

5    gone to the investment committee?

6         A    No.  Once the investment is

7    approved, it's -- the discretion to manage it

8    from that point in time is left to the

9    investment team, subject to portfolio

10   concentration limits that are established by

11   the investment committee when it's approved

12   initially.

13        Q    So, I guess, tell me if I'm wrong.

14             So based on the previous testimony

15   then, that would have been -- they would have

16   had the ultimate authority to sell Altair's

17   position in that response?

18        A    Correct.

19        Q    And to whom did Altair -- so there

20   may be lots of bonds.

21             I'm talking about the -- this

22   purchases listed on Exhibit A to Exhibit 3.

23             Who did Altair sell those bonds to?

24             MR. FOX:  Objection, foundation.

25        A    I would have no way of knowing

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Christopher Delaney - May 29, 2020

Page 58

1      that.

2          Q     Okay.   And if you -- if you wanted

3      to know, how would you go about doing that?

4          A     Well, we would have transacted them

5      through a broker dealer.   So I would have

6      known or I'd be able to find out that

7      counter-party.

8              Broker dealers often are purchasing

9      them for their own account, and I would have

10     no way of knowing if they did not buy it for

11     their own account, where it went, because

12     that's something that's not disclosed by

13     broker dealers.

14         Q     And do you -- I'm sorry, I

15     interrupted you.

16             Do you know who the broker dealer

17     you used in selling the bonds listed on

18     Exhibit A?

19         A     I do not.

20         Q     Okay.   So I think your testimony,

21     it's your understanding, that Altair

22     liquidated its ERS position in ███?

23         A     That's my understanding.

24         Q     But Altair is -- it has -- as of

25     today and since -- since ███, Altair has had

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

```
1        A    There could be.  I -- you know, I
2    think this is getting a little bit into the
3    territory of these aren't clearly defined
4    things in any universe, so I could, you know,
5    speculate about why one would be different
6    than the other, but I don't know that there's
7    a textbook that tells you that what one is or
8    what the other is.
9        Q    Let's try it this way.
10            You've given testimony on your
11   understanding of what a public bond issuance
12   is.
13            I'll ask the same question.
14            What's your general understanding
15   of what a public bond offering is?
16       A    I guess it would depend on the
17   context.
18       Q    In your opinion, is -- were the ERS
19   bonds a public bond offering?
20            MR. FOX:  Objection, calls for a
21   legal conclusion.
22       Q    Just based on your understanding of
23   that term.
24       A    Well, you know, because we had
25   bought them in the secondary market, you
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

1    know, I guess five years after they were

2    initially issued, I can't say that I studied

3    with enough clarity, you know, what exactly

4    to call it.

5              You know, to answer your question,

6    I don't know that I can give you a precise

7    answer.

8        Q    When you were investigating or

9    looking into purchasing ERS bonds, did you

10   look into the -- how the ERS bonds -- how the

11   issuance was structured at all?

12       A    I don't recall.

13       Q    And from your understanding, your

14   general understanding and the public bond

15   issuance, is the issuer borrowing from the

16   underwriter?

17       A    It would depend on how the

18   transaction was structured.

19       Q    Can you give me an example of a

20   transaction that would be structured in a way

21   so that the issuer is borrowing from the

22   underwriter?

23       A    Yeah.  I suppose if it was a

24   committed financing, whether it's a bond or a

25   loan or -- I guess both of those are -- are

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

# Exhibit 91

CONFIDENTIAL
Richard Engman - May 28, 2020

```
 1   _____

 2           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF PUERTO RICO
 3                 PROMESA TITLE III
               CASE NO:  17-BK-03283 (LTS)
 4
     IN RE:  THE FINANCIAL OVERSIGHT AND
 5   MANAGEMENT BOARD FOR PUERTO RICO
                 as representative of
 6
     THE COMMONWEALTH OF PUERTO RICO, et al.,
 7           Debtor(s).
     _____
 8
             IN THE UNITED STATES DISTRICT COURT
 9           FOR THE DISTRICT OF PUERTO RICO
                   PROMESA TITLE III
10             CASE NO:  17-BK-03566 (LTS)

11   IN RE:  THE FINANCIAL OVERSIGHT AND
     MANAGEMENT BOARD FOR PUERTO RICO
12                 as representative of

13   THE EMPLOYEES RETIREMENT SYSTEM OF THE
     GOVERNMENT OF THE COMMONWEALTH OF PUERTO
14   RICO,
               Debtor(s).
15   _____

16

17

18             C O N F I D E N T I A L

19

20

21      VIDEOTAPED DEPOSITION UNDER ORAL EXAMINATION OF

22                   RICHARD ENGMAN

23                 DATE: May 28, 2020

24

25      REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR
```

CONFIDENTIAL
Richard Engman - May 28, 2020

```
 1              VIDEO OPERATOR:  This is the remote

 2      video recorded deposition of Richard Engman.

 3              Today is Thursday, May 28, 2020.

 4      The time is now 9:34 a.m. in the Eastern Time

 5      Zone.

 6              We are here in the matter of In Re:

 7      The Financial Oversight and Management Board

 8      for Puerto Rico as Representative of The

 9      Commonwealth of Puerto Rico, et al.

10              All counsel have been noted on

11      record.

12              My name is Jose Rivera, remote

13      video technician on behalf of Gregory

14      Edwards, LLC.

15              At this time will the reporter,

16      Charlene Friedman, on behalf of Gregory

17      Edwards, LLC, please enter the statement for

18      remote proceedings into the record.

19              THE COURT REPORTER:  My name is

20      Charlene Friedman.  I am a Certified Court

21      Reporter of the State of New Jersey and a

22      Notary Public.  This video deposition is

23      being held remotely and the witness and the

24      reporter are not in the same room.

25              Mr. Engman, please raise your right
```

CONFIDENTIAL
Richard Engman - May 28, 2020

```
 1   hand.
 2          The witness will be sworn in
 3   remotely, pursuant to agreement of all
 4   parties.  The parties stipulate that the
 5   testimony is being given as if the witness
 6   was sworn in person.
 7
 8   R I C H A R D   E N G M A N,
 9          called as a witness, having been first duly
10   sworn according to law, testifies as follows:
11
12   EXAMINATION BY MR. DALSEN:
13      Q    Okay.  Good morning, Mr. Engman.
14      A    Good morning.
15      Q    Can you just state your full name
16   for the record, please.
17      A    Richard Hunter Engman.
18      Q    And Mr. Engman, we've met before,
19   but I'm William Dalsen from Proskauer, and I
20   represent the Oversight Board in these
21   proceedings.
22          You understand that you are here
23   today to testify as a witness in certain
24   litigation between ERS, certain ERS
25   bondholders, the various committees,
```

CONFIDENTIAL
Richard Engman - May 28, 2020

```
 1       Q    And do you have a sense of how much

 2   time in total you spent preparing for today's

 3   deposition?

 4       A    Five or six hours.

 5       Q    Okay.  Mr. Engman, let me just ask

 6   a few quick questions about Mason Capital.

 7            I know we covered some of this

 8   already in your prior transcript, which is an

 9   exhibit now at this deposition.

10            Mason Capital is a hedge fund.

11            Is that correct?

12       A    Correct.

13       Q    And you work for Mason Capital

14   Management, which makes investment decisions

15   for Mason Capital, Limited Partnership that

16   is a party to these proceedings.

17            Is that right?

18       A    Correct.

19       Q    Do you know when Mason Capital

20   Management was formed?

21       A    I believe in 2000 or 2001.  It's

22   about 20 years.

23            MR. PAPEZ:  And I'm just going to

24   object to that last question as beyond the

25   scope of the 30(b)(6), but obviously
```

CONFIDENTIAL
Richard Engman - May 28, 2020

1  would have been as significant.  For the most

2  part, our position has just grown.

3      Q    And when you say it's easy enough

4  for you to find out, would you just look at

5  the trade confirmation or trade blotter

6  documents that you referred to earlier to

7  find out whether you saw any?

8      A    Yes.  I would send an e-mail to ops

9  and ask that -- yes.  I don't have access to

10  the trade blotter myself, but I can get it,

11  so...

12      Q    Do you know from whom Mason Capital

13  Management Fund, LP purchased the ERS funds?

14      A    The -- the -- are you referring to

15  the broker/dealer?

16          I could find that information as

17  well.  It would have been the broker/dealer.

18          If you mean who was the underlying

19  beneficial owner that was the seller?  No.

20          We might have suspicions in certain

21  cases because you hear that somebody is

22  selling at the same time we're buying, but

23  I'm unaware of any direct trades with -- with

24  a principal.

25      Q    And is it your understanding that

# Exhibit 92

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Jordan Mikes, Esq. – March 5, 2020

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF PUERTO RICO

 3

 4     _____

 5     In Re:                                   )

 6     THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )   PROMESA TITLE III

 7     FOR PUERTO RICO                          )   Case No.

 8              as representative of            )   17-BK-03283 (LTS)

 9     THE COMMONWEALTH OF PUERTO RICO, et. al, )

10              Debtors.                        )

11     _____)

12     In Re:                                   )

13     THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )   PROMESA Title III

14     FOR PUERTO RICO                          )   Case No.

15              as representative of            )   17-BK-03566 (LTS)

16     THE EMPLOYEES RETIREMENT SYSTEM OF THE   )

17     GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, )

18              Debtor.                         )

19     _____)

20                     CONFIDENTIAL

21     VIDEOTAPED DEPOSITION UNDER ORAL EXAMINATION OF

22                   JORDAN MIKES, ESQ.

23                    March 5, 2020

24

25     REPORTED BY: MICHAEL FRIEDMAN, CCR
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 12

```
 1            THE VIDEOGRAPHER:  Please stand by.

 2       This begins Media unit 1 in Volume

 3  1 for the video deposition of Mr. Jordan

 4  Mikes, In Re:  The Financial Oversight

 5  and Management Board for Puerto Rico, et

 6  al., versus Defendant 1G-50G, et al.,

 7  defendants, in the United States

 8  District Court for the District of

 9  Puerto Rico, Case No:  17-BK-3283.

10       Today's date is March 5th, 2020.

11  The time is approximately 9:09 a.m.

12       This deposition is being taken at

13  Proskauer Rose, 11 Times Square, New

14  York, New York 10036.

15       My name is Steve Decaneo.  I'm the

16  legal video specialist.

17       The court reporter today is Mike

18  Friedman.  And we're both from Gregory

19  Edwards, LLC.

20       Attorney appearances will be noted

21  on the stenographic record.

22       At this time, will the court

23  reporter please swear in the witness so

24  we may begin.

25
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Jordan Mikes, Esq. – March 5, 2020

Page 13

```
 1      J O R D A N   M I K E S,   E S Q.,

 2              called as a witness, having been first

 3      duly sworn according to law, testifies as follows:

 4

 5

 6

 7      EXAMINATION BY MS. ROOT:

 8          Q    Good morning.

 9              Could you please state your full

10      name for the record?

11          A    Sure.

12              Jordan Mikes.

13          Q    Okay.  Mr. Mikes, I'm Melissa Root.

14      I'm one of the lawyers that represents the

15      Retiree Committee.

16              I will be taking your deposition

17      today.

18              Do you understand that you're here

19      today to testify as a witness in litigation

20      pending between ERS -- certain ERS

21      bondholders, the Retiree Committee, the

22      Creditors Committee, the Financial Oversight

23      and Management Board and the Special Claims

24      Committee?

25          A    Yes, I do.
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

```
 1        A    So the -- the legal department, we
 2    have roughly ten officer-level attorneys in
 3    the United States.
 4             We have three in Hong Kong, and we
 5    have two in London.
 6             And that's in the -- the legal
 7    group.
 8             We also have certain strategies
 9    that have lawyers that are in the investment
10    team that's not in that number, all in, and
11    that's probably another four or five
12    worldwide.
13        Q    Okay.  Let's talk a little bit
14    about the business of Oaktree Capital
15    Management.
16             How would you describe the
17    business?
18        A    Oaktree Capital Management is a
19    registered investment advisor, and advises
20    funds that it forms to make investment
21    decision -- decisions in a wide range of
22    asset types.  We have roughly $120 billion
23    under management.
24             And it's really advising on
25    investment decision making for the funds that
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 151

```
 1    point.

 2          Correct?

 3    A    Yes.

 4    Q    Do you know when that was?

 5    A    My understanding, again, is that it

 6    was in the ████████ vintage with the OPS IX

 7    Funds.

 8    Q    Okay.  And do you know when it sold

 9    ERS bonds?

10    A    I do not have that information

11    here.

12    Q    Is it accurate that the first time

13    any Oaktree entity purchased bonds was on

14    ████████████?

15    A    Yes.

16    Q    And is it accurate that the last

17    date on which any Oaktree Fund purchased

18    bonds was ██████████?

19    A    Yes.

20    Q    I will ask you a general question.

21    I can break it down if I need to.

22          But, how did Oaktree acquire the

23    bonds that it purchased, the ERS bonds that

24    it had purchased?

25          MR. PAPEZ:  Objection to form.
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

Page 152

```
 1            Go ahead.
 2       A    We bought in the market, so it
 3  would have been through a dealer.
 4            These were -- these were registered
 5  bonds that traded, so we would have purchased
 6  in the secondary market.
 7       Q    Okay.  Does Oaktree have an
 8  understanding of whether when it purchased
 9  ERS bonds in the open market, it received an
10  assignment of claims from the prior holders
11  of those bonds?
12       A    When you trade bonds, the
13  documentation is such that you acquire rates
14  and the typical obligations and rights that
15  go along with the ownership of the bonds, but
16  there was no separate transfer of claims or
17  anything that was broken all separate and
18  apart from the bonds.
19       Q    Okay.  We talked earlier, Mr. Mikes
20  about the documents that Oaktree reviewed in
21  its diligence before purchasing bonds in May
22  of 2014.
23            Do you recall that testimony?
24       A    Yes.
25       Q    And do you recall giving me a
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

# Exhibit 93

CONFIDENTIAL
Luke Corning - March 6, 2020

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF PUERTO RICO

 3

 4      _____

 5      In Re:                            )

 6      THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD   )   PROMESA TITLE III

 7      FOR PUERTO RICO                   )   Case No.

 8              as representative of      )   17-BK-03283 (LTS)

 9      THE COMMONWEALTH OF PUERTO RICO, et. al,   )

10              Debtors.                  )

11      _____)

12      In Re:                            )

13      THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD   )   PROMESA Title III

14      FOR PUERTO RICO                   )   Case No.

15              as representative of      )   17-BK-03566 (LTS)

16      THE EMPLOYEES RETIREMENT SYSTEM OF THE   )

17      GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, )

18              Debtor.                   )

19      _____)

20

21                      CONFIDENTIAL

22              Transcript of Luke Corning

23

24      Reported by:

25      LORRAINE B. ABATE, CSR, RPR
```

CONFIDENTIAL
Luke Corning — March 6, 2020

```
 1    CONFIDENTIAL — Corning — March 6, 2020 — CONFIDENTIAL
 2              THE VIDEOGRAPHER:  Here begins media
 3    unit 1, volume 1 in the video deposition of
 4    Mr. Luke Corning in re:  The Financial Oversight
 5    and Management Board for Puerto Rico, et al.
 6    versus defendant 1G-50G, et al. in the United
 7    States District Court for the District of Puerto
 8    Rico, case No. 17 BK-3283.
 9              Today's date is March 6, 2020.  The time
10    is approximately 9:03 a.m. This deposition is
11    being taken at Proskauer, 11 Times Square, New
12    York, New York 10036.
13              My name is Steve Decanio and I'm the
14    legal video specialist.  The court reporter
15    today is Lorraine Abate, and we're both from
16    Gregory Edwards, LLC.  All attorney appearances
17    will be noted on the stenographic record.
18              At this time, the court reporter will
19    please swear in the witness so we may begin.
20    L U K E   C O R N I N G,
21         Having been first duly sworn by a Notary
22         Public of the State of New York, was
23         examined and testified as follows:
24    EXAMINATION BY MR. RAIFORD:
25         Q.    Good morning, Mr. Corning.
```

CONFIDENTIAL
Luke Corning - March 6, 2020

1     CONFIDENTIAL - Corning - March 6, 2020 - CONFIDENTIAL

2     whether -- what was -- I'd have to spend some time on

3     that.

4          Q.    Now, I believe I saw in one of the

5     documents that your e-mail is at PWCM.com; is that

6     correct?

7          A.    That's correct.

8          Q.    Do you have any other work-related

9     e-mail address?

10         A.    No.

11         Q.    And at any point in time, have you

12    worked with any of the other Pentwater funds other

13    than your current employer?

14         A.    No.

15         Q.    So you have not been an employee with --

16    and how long have you been with, I guess, mother ship

17    Pentwater?

18         A.    I understand that question.  Since 2014.

19         Q.    Before that, where were you?

20         A.    Another family office in the area,

21    Chicago area.

22         Q.    And did that other family office in the

23    Chicago area have any business in Puerto Rico?

24         A.    They did not at all.

25         Q.    So now for the part I was least looking

CONFIDENTIAL
Luke Corning - March 6, 2020

Page 28

1      CONFIDENTIAL - Corning - March 6, 2020 - CONFIDENTIAL

2      forward to.  Let's unpack Pentwater, exactly how it's

3      structured, and I may regret this, but can you

4      generally describe for me the corporate structure of

5      Pentwater, at least as it relates to the funds at

6      issue here who hold ERS bonds?

7                    MS. PEREZ:  Objection, outside the

8            scope.

9            Q.     You can answer.

10           A.     Okay.  So I think it's -- it's actually

11     pretty simple.

12           Q.     Thank God.

13           A.     It's -- Pentwater Capital Management LP

14     is the investment manager of all of those funds.

15                  Sometimes funds have different tax and

16     legal structures based on their investors.  You could

17     have a single investor, they could have -- that's a

18     segregated account only for that investor.  Or they

19     could have multiple investors, and with slightly

20     variant investment strategies and guidelines.

21                  They're all treated the same as

22     Pentwater Capital Management LP would view them, but

23     for those mechanical allocations and decisions based

24     on their guidelines.

25                  So from -- from the standpoint of an

CONFIDENTIAL
Luke Corning - March 6, 2020

Page 29

```
 1     CONFIDENTIAL - Corning - March 6, 2020 - CONFIDENTIAL
 2     investment manager, their -- the differentiation
 3     between them is -- is none.  I don't focus or
 4     understand very much about the individual tax and
 5     legal structures of each.
 6          Q.     So I guess you have Pentwater Capital
 7     Management and then all the other Pentwater funds
 8     that are at least relevant today are kind of direct
 9     subsidiaries of Pentwater Capital Management; is
10     that --
11          A.     Not subsidiaries.  They're individual
12     entities that have entered an investment manager --
13     management agreement with Pentwater.  And in all
14     instances, if it's called an investment management
15     agreement, I'm not certain.  But they've all provided
16     investment authority to Pentwater Capital Management
17     LP to act on their behalf.
18          Q.     So does Pentwater Capital Management
19     make all the investment decisions for these funds?
20               MS. PEREZ:  Objection, outside the scope
21          of the 30(b)(6).
22          Q.     You can answer.  So in general, if they
23     don't -- they'll instruct you not to.  Otherwise,
24     they will put their objection on the record and that
25     is for us to fight about another day if we decide to.
```

CONFIDENTIAL
Luke Corning - March 6, 2020

1      CONFIDENTIAL - Corning - March 6, 2020 - CONFIDENTIAL

2          A.     Okay.   Whether it counts what I say or

3      not.  Okay.

4          Q.     It counts to me.

5          A.     I appreciate that.   Could you repeat the

6      question.  I'm sorry.

7          Q.     Sure.  Does Pentwater Capital Management

8      make all the investment decisions for these feeder

9      funds, if you will?

10             MS. PEREZ:   And again, objection,

11          outside the scope.

12             You can answer.

13         A.     As far as it operates within the

14     investment guidelines.

15         Q.     Let me ask you this, let's take Crown

16     Managed funds For and on Behalf of Crown/PWSP.   It

17     holds ERS bonds currently.

18             Did Crown-managed accounts make the

19     decision to purchase ERS bonds or did Pentwater

20     Capital Management make the decision to purchase ERS

21     bonds?

22         A.     Pentwater Capital Management.

23         Q.     And would that be the same answer for

24     LMA SPC For and on Behalf of Map 98 Segregated

25     Portfolio?

CONFIDENTIAL
Luke Corning - March 6, 2020

1       CONFIDENTIAL - Corning - March 6, 2020 - CONFIDENTIAL

2           A.      Yes, it would be the same for all.

3           Q.      Oceana?

4           A.      For all the Pentwater funds.

5           Q.      Thank you.

6                   And do the non-Pentwater Capital

7       Management Pentwater funds, do they have employees?

8                   MS. PEREZ:  Objection, outside the

9               scope.

10          A.      No.   To the extent that they have some

11      operational infrastructure behind them that accounts

12      for taxes and so forth, but no investment folks.

13          Q.      There's not a CFO of Oceana Master Fund

14      Ltd., I'm assuming?

15          A.      That's a difficult question in that I

16      believe that the Pentwater -- there are certain

17      officers of Pentwater that are often officers of

18      those funds.  I don't -- I'm not certain that there

19      is no CFO of that entity for whatever its tax

20      structure.

21                  But I think your question is saying --

22      there's no one additional to Pentwater Capital

23      Management that I'm aware of making any investment

24      decisions at those -- or giving input on investment

25      decisions at those funds.  There's no investment

CONFIDENTIAL
Luke Corning — March 6, 2020

```
 1      CONFIDENTIAL — Corning — March 6, 2020 — CONFIDENTIAL
 2    function at those funds.
 3           Q.     Understood.
 4                  When was Crown Managed Accounts formed,
 5    when was it created?
 6                  MS. PEREZ:  Objection.  Outside the
 7           scope.
 8           A.     I don't know.  Probably, it's probably
 9    created — the entity was probably created at the
10    time they signed Pentwater as an investment manager.
11    So it was probably — it's a separate account.
12                  So it was likely created for the
13    investment which Pentwater Capital Management signed
14    as an investment advisor, which is why I don't
15    believe that they have had any employees or
16    otherwise.  But that's — I don't know the date or
17    year of each of their formations.
18           Q.     Let me ask it this way, then; was Crown
19    Managed Accounts created solely to invest in ERS
20    bonds?
21           A.     No.
22           Q.     What about For and on Behalf of
23    Crown/PWSP, was Crown/PWSP created solely for the
24    purpose of investing in ERS bonds?
25           A.     No.
```

CONFIDENTIAL
Luke Corning - March 6, 2020

1    CONFIDENTIAL - Corning - March 6, 2020 - CONFIDENTIAL

2        Q.    So that entity was created prior to the

3    purchase of the ERS bonds?

4        A.    Definitely.

5        Q.    And does it hold -- this is the only

6    question I'll ask about this; does it hold presently

7    other assets other than ERS bonds?

8            MS. PEREZ:  Objection, outside the

9        scope.

10       A.    Yes.

11       Q.    So LMA SPC, For and on Behalf of Map 98

12   Segregated Portfolio, do you know when it entered

13   into its investment contract with Pentwater Capital

14   Management?

15           MS. PEREZ:  Objection, outside the

16       scope.

17       A.    I don't know for any of the Pentwater

18   funds, but I know that for none of them, were they

19   created for the purpose of investing in ERS bonds.

20       Q.    And they all existed prior to --

21       A.    Correct.

22       Q.    -- their purchase of ERS bonds?

23       A.    Correct.

24       Q.    You can put Exhibit 1 away, at least for

25   now.

CONFIDENTIAL
Luke Corning - March 6, 2020

1    CONFIDENTIAL - Corning - March 6, 2020 - CONFIDENTIAL

2    would in fact not answer; is that correct?

3         A.    Yes.

4              MR. RAIFORD:  And then I guess the last

5         thing is that we are all, both Jones Day, the

6         committees and the government parties, and

7         anybody else in the room, is hereby reserving

8         their rights on this issue to argue this later

9         in front of the Court.

10             MR. PAPEZ:  Yeah, that's fine.

11             MR. RAIFORD:  Thanks, Matt.  I

12        appreciate that.

13   BY MR. RAIFORD:

14        Q.    So backing up a little bit, when the

15   Pentwater funds purchased ERS bonds, did they

16   purchase the -- their interest in the bonds in the

17   open market?

18        A.    Yes.

19        Q.    And --

20        A.    As far as I understand the open market

21   just to be through trading desks.

22        Q.    -- can you go into a little more, for us

23   novices, exactly how that works in a little more

24   detail.

25        A.    There are financial institutions that

CONFIDENTIAL
Luke Corning - March 6, 2020

1    CONFIDENTIAL - Corning - March 6, 2020 - CONFIDENTIAL

2    buy and sell bonds, and it's the common place to

3    purchase a bond is through a bank, a trading bank, a

4    broker-dealer.

5          Q.     And as far as you know, all of the

6    interest in ERS bonds the Pentwater Funds purchased,

7    were purchased through that system on the open market

8    as you describe it?

9          A.     Correct.

10         Q.     And Pentwater, did they -- do they focus

11   on distressed debt situations as like a management

12   investment strategy?

13         A.     As a component of the investment focus.

14         Q.     How big of a component?  I get there's

15   some ballparking that goes on in that.

16         A.     I could say a quarter.

17         Q.     And what other types of components do

18   the Pentwater funds focus on?

19         A.     A variety of equity-focused strategies.

20         Q.     A quarter.  And is that true -- you said

21   about a quarter.  Is that true for all of the

22   Pentwater funds that we're talking about today?

23         A.     That can be a nuance to answer, but I

24   would say it's generally the case.

25         Q.     And of the Pentwater funds -- again, we

# Exhibit 94

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Justin Boyer — March 3, 2020

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF PUERTO RICO

 3

 4        _____

 5     In Re:                              )

 6   THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )   PROMESA TITLE III

 7   FOR PUERTO RICO                       )   Case No.

 8            as representative of         )   17-BK-03283 (LTS)

 9   THE COMMONWEALTH OF PUERTO RICO, et. al,  )

10            Debtors.                     )

11        _____)

12      In Re:                             )

13   THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )   PROMESA Title III

14   FOR PUERTO RICO                       )   Case No.

15            as representative of         )   17-BK-03566 (LTS)

16   THE EMPLOYEES RETIREMENT SYSTEM OF THE  )

17   GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, )

18            Debtor.                      )

19        _____)

20

21                  CONFIDENITAL

22          Transcript of JUSTIN BOYER

23

24   Reported by:

25   LORRAINE B. ABATE, CSR, RPR
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Justin Boyer — March 3, 2020

Page 15

```
 1      CONFIDENTIAL — Boyer — March 3, 2020 — CONFIDENTIAL
 2    J U S T I N   C H A R L E S   B O Y E R,
 3         Having been first duly sworn by a Notary
 4         Public of the State of New York, was
 5         examined and testified as follows:
 6    EXAMINATION BY MR. BASSETT
 7         Q.     Good afternoon, Mr. Boyer.  My name is
 8    Nick Bassett.  I'm a lawyer at Paul Hastings which
 9    represents the Official Committee of Unsecured
10    Creditors in the Title III cases for ERS and other
11    instrumentalities in the Commonwealth of Puerto Rico.
12              Have you ever been deposed before?
13         A.     No.
14         Q.     So —— and by the way, have you ever gone
15    by any other names currently or in the past?
16         A.     No.
17         Q.     Okay.  So just to give you a sense of
18    how today will proceed, I'm going to ask you a series
19    of questions.  I would just expect that your answers
20    be clear and audible for the court reporter to
21    understand.
22              I would ask that you please let me
23    finish asking my question before you respond to make
24    her job easier.  And then also, try to keep your
25    responses verbal instead of nodding or shaking of the
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Justin Boyer - March 3, 2020

```
 1       CONFIDENTIAL - Boyer - March 3, 2020 - CONFIDENTIAL
 2       A.      No.
 3       Q.      Do you speak any foreign languages?
 4       A.      No.
 5       Q.      You don't speak Spanish?
 6       A.      I do not.
 7       Q.      On any level at all?
 8       A.      There is a joke about how bad my Spanish
 9    is, is -- you know, I -- at Penn there is a language
10    requirement.  I had to start at the ground level.  It
11    was the hardest class I took in college, required the
12    most amount of effort.
13            I'm happy to say -- or actually,
14    unfortunately, I'm sad to say that I can't speak
15    Spanish.
16       Q.      Fair enough.
17            So what's the name of your current
18    employer?
19       A.      Redwood Capital Management, LLC.
20       Q.      And what does Redwood Capital
21    Management, LLC do?
22       A.      We're an investment firm.  We -- well, I
23    would say Redwood Capital Management is a -- is an
24    investment firm that manages funds.  There's
25    different fund names.  I could try to give you some
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Justin Boyer - March 3, 2020

```
1        CONFIDENTIAL - Boyer - March 3, 2020 - CONFIDENTIAL
2    of them to the best of my recollection.
3                But we oversee approximately I want to
4    say ███████████████████████████.  We have
5    approximately -- I want to say ten analysts and we do
6    mostly investing focused on credit and equity special
7    situations.
8        Q.    When you say special situations, what
9    does that mean?
10       A.    You know, things that have event risk or
11   we expect, you know -- for example, I'm the analyst
12   on Pacific Gas & Electric.  It's an equity that, you
13   know, unfortunately, had some fires that resulted in
14   a bankruptcy filing.  And so understanding I think
15   how the bankruptcy is going to work is very important
16   to the equity valuation.
17                And so we're trying to, you know, be
18   holders that could sort of shepherd the equity to the
19   process of its -- through its reorganization.
20       Q.    So within the special situations that
21   you described, that would include investing in
22   distressed companies?
23       A.    Distressed companies, yeah.
24       Q.    And then you said -- is it fair to
25   characterize Redwood Capital Management, LLC as an
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Justin Boyer — March 3, 2020

```
 1        CONFIDENTIAL — Boyer — March 3, 2020 — CONFIDENTIAL

 2    investment advisor?

 3        A.    I don't know if investment advisor has a

 4    particular legal term.  I mean colloquially, yes.

 5        Q.    Okay.  And then you said that you might

 6    be able to list off names of some of the funds.  I

 7    believe you said  ███  or so --

 8        A.    No, that was the AUM; ███████████████

 9  ███ ██████████.

10        Q.  ██████████.  I'm sorry.

11        How many funds --

12        A.    Those --

13        Q.    How many funds does Redwood Capital

14    Management advise for?

15        A.    So to the best of my knowledge I'm

16    giving you, so there's Redwood Master Fund which is

17    the main fund.  That -- there's Redwood Opportunity

18    Fund, which is mostly a high-yield product fund --

19    high-yield bonds and loans.

20        Then there's two drawdown vehicles;

21    Drawdown 1 and Drawdown 2.  Those are basically

22    designed that we're able to draw capital when we

23    think outside opportunities exist.

24        And then there's some managed accounts,

25    I think, for a few individuals.  And we used to have
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Justin Boyer — March 3, 2020

Page 20

```
1        CONFIDENTIAL — Boyer — March 3, 2020 — CONFIDENTIAL

2     an ████████ fund.

3        Q.      And does —— between the Master Fund and

4     the Opportunities Fund, do they each have separate

5     focuses?

6        A.      I would say the Opportunities Fund tend

7     to do safer credit.  It's sort of mandate is to

8     invest in more top of the capital structure credits

9     that are safer, and you know, that comes with less of

10    a potential return.

11            The fund does use a small amount of

12    leverage, maybe like 1.3 times leverage, to generate

13    a little extra for the investors.  It's also designed

14    to go a little bit more liquid.

15            And the Master Fund is really sort of

16    more of a multi—strategy hedge fund where we have,

17    you know, things from investing in, you know,

18    government securities, municipal securities, in the

19    case of Puerto Rico.  And you know, some special

20    situation securities; risk arbitrage, what we

21    consider undervalued credit, reorganizations.  I

22    mean, I could list a lot, but...

23       Q.      Okay.  You mentioned municipal

24    securities.

25            Can you give me a sense of the extent to
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Justin Boyer - March 3, 2020

Page 68

```
 1        CONFIDENTIAL - Boyer - March 3, 2020 - CONFIDENTIAL

 2              MS. McGONIGLE:  Objection.  Foundation.

 3        A.      To my knowledge, no.

 4        Q.      When you say to your knowledge, no, is

 5   that something that you inquired about in preparation

 6   for today's deposition?

 7        A.      Not specifically.  So no, I did not

 8   inquire about that.

 9        Q.      So you're not able to testify today on

10   behalf of Redwood that there were no ERS bond

11   purchases made on other dates?

12        A.      Is that a -- is that a question that you

13   submitted to us that we responded to?  Because our

14   accounting team produced this information.  I did not

15   produce this.

16        Q.      I'm just asking the question.

17        A.      No.  I cannot off the top of my head

18   represent that that is.

19        Q.      Do you know how Redwood acquired bonds

20   on each of these dates?

21        A.      Open market purchases in the secondary

22   market, through brokers.

23        Q.      So all bonds that --

24        A.      Arm's length transactions.

25        Q.      All bonds that Redwood acquired were
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

# Exhibit 95

CONFIDENTIAL
Ricardo Ramos — June 2, 2020

Page 1

1   _____

2            IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF PUERTO RICO
3                PROMESA TITLE III
             CASE NO:  17-BK-03283 (LTS)
4
     IN RE:  THE FINANCIAL OVERSIGHT AND
5    MANAGEMENT BOARD FOR PUERTO RICO
             as representative of
6
     THE COMMONWEALTH OF PUERTO RICO, et al.,
7            Debtor(s).
     _____
8
             IN THE UNITED STATES DISTRICT COURT
9        FOR THE DISTRICT OF PUERTO RICO
                 PROMESA TITLE III
10           CASE NO:  17-BK-03566 (LTS)

11   IN RE:  THE FINANCIAL OVERSIGHT AND
     MANAGEMENT BOARD FOR PUERTO RICO
12           as representative of

13   THE EMPLOYEES RETIREMENT SYSTEM OF THE
     GOVERNMENT OF THE COMMONWEALTH OF PUERTO
14   RICO,
             Debtor(s).
15   _____

16

17

18            C O N F I D E N T I A L

19

20

21     VIDEOTAPED DEPOSITION UNDER ORAL EXAMINATION OF

22                  RICARDO RAMOS

23               DATE: June 2, 2020

24

25         REPORTED BY:  MICHAEL FRIEDMAN, CCR

CONFIDENTIAL
Ricardo Ramos - June 2, 2020

Page 13

```
 1              THE COURT REPORTER:  Okay.  One
 2       moment.
 3              My name is Michael Friedman, a
 4       Certified Shorthand Reporter.  This
 5       deposition is being held via
 6       videoconferencing equipment.
 7              The witness and reporter are not in
 8       the same room.  The witness will be
 9       sworn in remotely, pursuant to agreement
10       of all parties.
11              The parties stipulate that the
12       testimony is being given as if the
13       witness was sworn in person.
14
15       R I C A R D O  R A M O S,
16              called as a witness, having been first
17       duly sworn according to law, testifies as follows:
18
19       EXAMINATION BY MR. DALSEN:
20       Q    Okay.  Good morning, Mr. Ramos.
21       A    Good morning.
22       Q    Could you please state your full
23       name for the record?
24       A    My name is Ricardo Ramos Luina,
25       L-U-I-N-A.
```

CONFIDENTIAL
Ricardo Ramos - June 2, 2020

Page 65

```
 1    conversations -- and we can break them out if
 2    we need to.  I'll just start with a general
 3    question.
 4             During the four telephone
 5    conversations that you had with your lawyer,
 6    was anybody other than your lawyer on the
 7    phone during those conversations?
 8        A    No, the lawyers.
 9        Q    How much time in total did you
10    spend preparing for today's deposition?
11        A    Let me think.
12             Five, six hours.
13        Q    Okay.  For the Puerto Rico Funds,
14    during your time at UBS Trust, what was the
15    investment strategy of the Puerto Rico Funds?
16             MR. GREEN:  Objection to form.
17        A    Well, let's start -- it is a broad
18    question.
19             Let me try to -- to break it down,
20    because there are different types of funds.
21             I mean -- what I mean, types,
22    they're all closed end, but they have
23    different investment objectives and different
24    rating guidelines.
25             So in general terms, it's just
```

CONFIDENTIAL
Ricardo Ramos - June 2, 2020

Page 66

```
1    follow the investment objectives and the

2    policies that are included in the offering

3    documents to -- to invest the -- the --

4    the -- the proceeds of the sale of the equity

5    of the fund in accordance with the prospectus

6    requirements, in its most general sense.

7         Q    So realizing that, among the Puerto

8    Rico Funds, there are different strategies,

9    do the strategies of the different Puerto

10   Rico Funds fall into different buckets,

11   different categories of the Puerto Rico Funds

12   that share investment strategy?

13        A    Well, the -- the -- the investment

14   objectives of the funds is -- is similar,

15   which is, you know, to maximize income

16   consistent with the preservation of capital.

17             That's the main investment

18   objective, so...

19             But under that, there are funds

20   that are target maturity funds, for example.

21             So they have a final maturity, so

22   those funds cannot be -- be invested past a

23   particular time frame.

24             There are other funds that are --

25   we call perpetual funds, so they have no
```

CONFIDENTIAL
Ricardo Ramos — June 2, 2020

Page 67

1     limitation on maturities and investment.

2          So taking into consideration those

3     kind of investment guidelines and policies,

4     and objectives of the funds, the strategy

5     is -- is fairly similar, which is maximizing

6     income consistent with the preservation of

7     capital.

8     Q     One thing that you had said was

9     the -- one of your answers just a bit ago,

10    was that the investment strategy included

11    investing the proceeds of the sale, the

12    equity of the respective fund in accordance

13    with the prospective requirements for those

14    funds.

15         Do you recall that?

16    A     Prospectus requirements, yes.

17    Q     Do any of the prospectus

18    requirements for the Puerto Rico Funds

19    include purchasing participation interests in

20    loans?

21         MR. GREEN:  Objection to form.

22    A     I -- you know, that -- that is --

23    that is a technical -- that is a technical

24    question.

25         I mean, loans, bonds, there's

CONFIDENTIAL
Ricardo Ramos - June 2, 2020

```
 1    evaluate the merits of the transaction, like

 2    any other transaction, and execute the

 3    transaction at the public offering price,

 4    essentially.

 5        Q    Just to make sure, I understand the

 6    procedures are to follow the same procedure

 7    that Puerto Rico Funds would ordinarily

 8    follow to evaluate an investment, and they

 9    are -- they must purchase the UBS

10    underwritten security at the public offering

11    price and not at some discount.

12             Is that correct?

13        A    Well, it's our premium.  They --

14    they buy it -- they buy at -- they buy at the

15    price that other institution, because we are

16    institutional purchasers or considered

17    institutional purchases for -- for these --

18    these -- for these and other bond offerings,

19    so it has to be at the public offering price,

20    with the same discounts as everybody else and

21    certainly not a premium to the price that's

22    paid by anybody else.

23        Q    And specifically for the initial

24    purchase of the ERS bonds by the Puerto Rico

25    Funds in the 2000 -- 2008, did the Puerto
```

CONFIDENTIAL
Ricardo Ramos - June 2, 2020

1      Rico Funds follow those procedures for

2      affiliate transactions?

3          A    Yes.

4          Q    For subsequent purchases of ERS

5      bonds after the initial purchases in some of

6      the funds in January of 2008, did the Puerto

7      Rico Funds continue to follow those affiliate

8      transaction procedures for their subsequent

9      purchases of ERS bonds?

10         A    Yes.

11         Q    For subsequent purchases of ERS

12     bonds, were those purchases made on the open

13     market?

14         A    You are just -- so I understand, I

15     believe I do, but let me rephrase just to

16     make sure.

17              You are now -- you're asking about

18     purchases in the secondary market, what we

19     call the secondary market after the bond

20     issues are issued and subsequent years, 2009,

21     2010, et cetera?

22         Q    That's correct.

23         A    Yes, those would be secondary

24     market purchases, and we would have to follow

25     the procedures for transactions with

CONFIDENTIAL
Ricardo Ramos - June 2, 2020

Page 87

1     affiliates, if we purchased them from UBS,

2     and we always would follow those procedures

3     for the secondary market transactions, yes.

4          Q    And how would the Puerto Rico Funds

5     know that they were purchasing ERS bonds from

6     a UBS affiliate on the secondary market?

7          A    Because the transaction would be

8     executed with UBS as a broker dealer in the

9     secondary market, so it's a reportable -- you

10    know, it's a transaction that's executed, and

11    we have to follow the procedures to be able

12    to execute a secondary market transaction

13    with an affiliate.

14         Q    I see.

15              And which UBS entities specifically

16    would be the broker dealer in that

17    transaction?

18         A    I believe -- my -- my best

19    recollection is that most of the

20    transactions -- are you referring just to

21    municipal bond transactions or all

22    transactions, including agencies and some of

23    the other securities that we can purchase?

24              Are you focusing just on Puerto

25    Rico municipals, so I can answer correct --

1    you know, properly?

2        Q    Yes, and specifically just the ERS

3    bonds.

4        A    Oh.   The ERS bonds, my -- my best

5    recollection is that the broker dealer that

6    executed their transaction would have been

7    UBS Financial Services of Puerto Rico, the

8    executing broker.

9        Q    Did any of the individuals who --

10   well, let me back up for a moment.

11           I believe -- I believe you

12   testified earlier that the ultimate authority

13   to decide to purchase ERS bonds rested with

14   Leslie HIghley for the Puerto Rico Funds

15   during your time at UBS Trust.

16           Is that correct?

17       A    The Puerto Rico Funds being defined

18   as the sole advised funds, right?

19       Q    That's correct.   Okay.

20       A    Yes.

21       Q    And then for the -- then for the

22   co-advised funds with Banco Popular, which

23   we've been calling the Puerto Rico Investors

24   Funds, that would be a -- a joint decision

25   between Mr. HIghley and somebody at Banco

Page 89

```
1      Popular.

2              Is that right?

3          A    Correct.

4          Q    For the UBS advised funds, the

5      Puerto Rico Funds, is there any written

6      agreement between the Puerto Rico Funds and

7      any UBS affiliate that pertains to the

8      purchase of ERS bonds?

9          A    Not that I'm aware.

10         Q    Is there any unwritten or informal

11     agreements between the Puerto Rico Funds and

12     any UBS affiliate pertaining to the purchase

13     of UBS bonds?

14         A    Not that I'm aware.

15         Q    Is there any understanding between

16     the Puerto Rico Funds and any UBS affiliate,

17     that you're aware of, concerning the purchase

18     of ERS bonds?

19         A    No.

20         Q    I just want to ask now about some

21     of the subsequent decisions to purchase, your

22     response being after the initial purchases,

23     that certain of the Puerto Rico Funds made in

24     2008, in January of 2008.

25              For the subsequent purchases of ERS
```

CONFIDENTIAL
Ricardo Ramos - June 2, 2020

1    bonds, did the Puerto Rico Funds, the Puerto

2    Rico Investors Funds, follow the same

3    processes as they did at the initial

4    purchase?

5        A    The process -- I think the answer

6    in general is, yes, but I'd just -- just like

7    to, you know, clarify so that we -- not

8    clarify, but expand a little bit on that.

9            In the second -- you know, in the

10   secondary market, the bonds have already been

11   trading, so the on -- on -- there's ongoing

12   due diligence or ongoing review of all -- of

13   all of the credits that the funds purchase,

14   including ERS.

15           So the answer is generally yes, but

16   it's -- you know, it's not a -- it's not as

17   focused as the initial purchase because the

18   bonds are trading, there's information.

19   There's ratings that come, you know,

20   periodically.  There's additional information

21   that becomes available.

22           And we -- we, by using the word we,

23   I mean the funds or the managers, that, you

24   know, follow publicly available information

25   in making investment decisions for all of

# Exhibit 96

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Elan Daniels - February 28, 2020

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF PUERTO RICO

 3

 4        _____

 5        In Re:                              )

 6        THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )   PROMESA TITLE III

 7        FOR PUERTO RICO                      )   Case No.

 8              as representative of           )   17-BK-03283 (LTS)

 9        THE COMMONWEALTH OF PUERTO RICO, et. al,  )

10              Debtors.                       )

11        _____)

12        In Re:                              )

13        THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )   PROMESA Title III

14        FOR PUERTO RICO                      )   Case No.

15              as representative of           )   17-BK-03566 (LTS)

16        THE EMPLOYEES RETIREMENT SYSTEM OF THE  )

17        GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, )

18              Debtor.                        )

19        _____)

20

21                  C O N F I D E N T I A L

22            Videotaped Deposition of Elan Daniels

23

24        Reported by:

25        LORRAINE B. ABATE, CSR, RPR
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Elan Daniels - February 28, 2020

```
 1                      Elan Daniels
 2            THE VIDEOGRAPHER:  Good morning.  We're
 3       on the record.  This is the beginning of DVD No.
 4       1, volume 1 in the 30(b)(6) deposition of Ocher
 5       Rose.  Representing the company is Elan Daniels.
 6            We're here in the matter of the
 7       Financial Oversight and Management Board for
 8       Puerto Rico as representative of the
 9       Commonwealth of Puerto Rico, et al.
10            Today's date is February 28th, 2020, and
11       the time is 10:03 a.m.  The deposition is being
12       taken at Proskauer, 11 Times Square, New York,
13       New York.  My name is Chris Martin.  I'm the
14       videographer.  The court reporter is
15       Lorraine Abate.  We're from Gregory Edwards,
16       LLC.  The appearances are being written on the
17       transcript.  So at this time, will the court
18       reporter please swear in the witness.
19  E L A N   D A N I E L S,
20       Having been first duly sworn by a Notary
21       Public of the State of New York, was
22       examined and testified as follows:
23  EXAMINATION BY MR. DALSEN:
24            Q.   Good morning, Mr. Daniels.
25            A.   Good morning.
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com |  866-4Team GE

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Elan Daniels - February 28, 2020

Page 21

```
1                          Elan Daniels

2          A.    Ocher Rose, yes.

3          Q.    Do you have any employment position at

4    Ocher Rose?

5          A.    No.

6          Q.    Do you have any position at all at Ocher

7    Rose?

8          A.    No.

9          Q.    Are you paid in any way by Ocher Rose?

10         A.    No.

11         Q.    We'll come back to that in a moment, but

12   let me just ask this; have you previously worked for

13   any ERS bondholders other than Ocher Rose?

14         A.    Not to my knowledge.

15         Q.    Let me just ask about Ocher Rose for a

16   minute.

17               Who is Ocher Rose, LLC?

18         A.    It's a special purpose entity that holds

19   ERS bonds.

20         Q.    And what is a special purpose entity?

21         A.    It means the sole purpose of the entity

22   is to hold the bonds.  So it does nothing else

23   besides hold the bonds in its name on a beneficial

24   basis.

25         Q.    When you say beneficial basis, what does
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Elan Daniels - February 28, 2020

```
1                    Elan Daniels
2    that mean?
3         A.    Distinguishing between a record holder
4    and a beneficial holder.  So it's a beneficial holder
5    of the bonds.
6         Q.    What is the difference between -- one
7    moment.  I'm sorry.
8              MR. DALSEN:  If you're on the phone
9         line, can you please mute.
10             MS. RIOS:  Yes.
11             MR. DALSEN:  Thank you.
12        Q.    Mr. Daniels, what is the difference
13   between a record holder and a beneficial holder of
14   bonds?
15        A.    As far as I know, there's only one
16   record holder, and that's CDN Co. which is a DTC
17   affiliate, and everyone else who holds the bonds is a
18   beneficial holder.
19        Q.    And what does it mean to be a beneficial
20   holder?
21        A.    It means you have the economic -- you
22   have the economic interest in the bonds as opposed to
23   having actual title which I think is in the record
24   holder's name.
25        Q.    Has -- I assume King Street Capital
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Elan Daniels - February 28, 2020

```
 1                        Elan Daniels
 2    Management has never been a record holder or a
 3    beneficial holder of ERS bonds?
 4          A.     Certain funds may have been record hold
 5    -- beneficial holders.
 6          Q.     But King Street Capital Management
 7    itself is not a beneficial holder or record holder,
 8    right?
 9          A.     Correct.
10          Q.     Which King Street funds, to your
11    knowledge, were beneficial holders of ERS bonds at
12    any time?
13               MR. FOX:  Objection.  Is this as a
14               30(b)(6) designee or is this just his personal
15               knowledge?
16               MR. DALSEN:  30(b)(6).
17               MR. FOX:  What's the topic?
18               MR. DALSEN:  Well, we're asking about
19               the ownership of the bonds, and what I'm being
20               told is that Ocher Rose is a special purpose
21               entity.  And I'm being told that the beneficial
22               holder is Ocher Rose, but that there are other
23               beneficiaries, including some King Street
24               affiliates that we're just asking about now.
25               MR. FOX:  Okay.  I'm not sure I agree
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Elan Daniels - February 28, 2020

1                          Elan Daniels

2          that this is within the topics, but you can ask

3          and we can see what he says.

4                  MR. DALSEN:  Can you repeat my question,

5          please.

6                  (The record was read.)

7          A.      Sitting here today, I don't know the

8      full names offhand.  But something -- I might be able

9      to check and confirm later.

10         Q.      Do you know if ███████████████████

11     was one of those beneficial owners?

12         A.      We have different ways of describing the

13     other funds, so I just don't know the definitive

14     official names.

15         Q.      Okay.  Do you know who the members of

16     Ocher Rose, LLC are?

17         A.      I suspect, but I don't know for sure,

18     that it's our flagship funds.

19         Q.      What are your flagship funds?

20         A.      Well, I think you may have named one.

21     I'm just not officially -- I don't know the official

22     name.

23         Q.      Okay.  Does Ocher Rose have any

24     employees?

25         A.      No.

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Elan Daniels - February 28, 2020

Page 25

```
1                        Elan Daniels
2          Q.      Does Ocher Rose have its own general
3   counsel?
4          A.      Not to my knowledge.
5          Q.      Does Ocher Rose have any legal
6   department of its own?
7          A.      No.
8          Q.      What is the relationship between Ocher
9   Rose and King Street Capital Management?
10         A.      The beneficial interests of -- the King
11  Street Capital Management are the investment manager.
12         Q.      And what does that mean?
13         A.      That's what -- can you rephrase the
14  question.  I'm not exactly sure what you're getting
15  at.
16         Q.      Sure.  So what I'm trying to understand
17  is the relationship between Ocher Rose and King
18  Street Capital Management, if any such relationship
19  exists.  So we'll start with that.
20                 Is there any kind of relationship at all
21  between Ocher Rose and King Street Capital
22  Management?
23         A.      I'm -- my understanding is that Ocher
24  Rose is an SPV that owns the bonds.  Those interests
25  are owned by flagship funds.  So I -- when you look
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Elan Daniels - February 28, 2020

Page 26

```
 1                        Elan Daniels

 2     at the investment manager, it's an investment manager

 3     for the flagship funds and an investment manager for

 4     Ocher Rose as the SPV that's owned by the flagship

 5     funds.

 6          Q.      And as an investment manager, what does

 7     King Street Capital do for Ocher Rose?

 8          A.      It manages Ocher Rose's investments.

 9          Q.      Does it make investment decisions for

10     Ocher Rose?

11          A.      Yes.

12          Q.      Do you know when Ocher Rose came into

13     existence?

14          A.      Not the exact date, no.

15          Q.      But you said it's a special purpose

16     entity solely to hold ERS bonds.

17               To your knowledge, did Ocher Rose exist

18     before it purchased ERS bonds?

19               MR. FOX:  Objection, form.

20               MR. DALSEN:  I could rephrase it

21          slightly.

22          Q.      When did Ocher Rose first purchase ERS

23     bonds?

24          A.      I believe it was in ▮▮▮▮.

25          Q.      Do you know if Ocher Rose existed prior
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Elan Daniels - February 28, 2020

```
 1                    Elan Daniels
 2     to ████?
 3          A.    I don't know the exact date it was
 4     formed.  It may be -- it may have.
 5          Q.    But it was formed specifically to hold
 6     ERS bonds and for no other purpose?
 7          A.    It was formed to be an SPV, and at some
 8     point, it acquired ERS bonds, and that's the only
 9     thing it does, holds them.
10          Q.    Who controls Ocher Rose?
11               MR. FOX:  Objection, form.
12               MR. DALSEN:  What's wrong with that?
13               MR. FOX:  Controls I think is ambiguous.
14          Q.    Do you understand the question?
15          A.    Can you try and rephrase it.
16          Q.    Who makes decisions for Ocher Rose, LLC?
17          A.    King Street Capital Management.
18          Q.    Does anybody other than King Street
19     Capital Management make decisions for Ocher Rose?
20          A.    Not to my knowledge.
21          Q.    Who makes decisions at King Street
22     Capital Management for Ocher Rose?
23          A.    We have a pretty robust investment
24     process, so I'm not sure what you're getting at.  I
25     mean, we have analysts and various investment
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

# Exhibit 97

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Shanshan Cao – March 4, 2020

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF PUERTO RICO

 3

 4       _____

 5       In Re:                               )

 6       THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )   PROMESA TITLE III

 7       FOR PUERTO RICO                      )   Case No.

 8                as representative of        )   17-BK-03283 (LTS)

 9       THE COMMONWEALTH OF PUERTO RICO, et. al,  )

10                Debtors.                    )

11       _____)

12       In Re:                               )

13       THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )   PROMESA Title III

14       FOR PUERTO RICO                      )   Case No.

15                as representative of        )   17-BK-03566 (LTS)

16       THE EMPLOYEES RETIREMENT SYSTEM OF THE  )

17       GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, )

18                Debtor.                     )

19       _____)

20

21              C O N F I D E N T I A L

22          Videotaped Deposition of Shanshan Cao

23

24       Reported by:

25       LORRAINE B. ABATE, CSR, RPR
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Shanshan Cao - March 4, 2020

Page 15

```
1                      Shanshan Cao
2              THE VIDEOGRAPHER:  Here begins media
3       unit 1, volume 1 for the video deposition of
4       Ms. Shanshan Cao in re:  The Financial Oversight
5       & Management Board for Puerto Rico, et al.
6       versus Defendant 1G-50G, et al. defendants in
7       the United States District Court for the
8       District of Puerto Rico, case No. 17-BK-3283.
9              Today's date is March 4, 2020.  The time
10      is approximately 9:10 a.m. This deposition is
11      being taken at Proskauer, 11 Times Square, New
12      York, New York 10036.
13             My name is Steve Decanio.  I'm the legal
14      video specialist.  The court reporter today is
15      Lorraine Abate.  We are both from Gregory
16      Edwards, LLC.  Attorney appearances will be
17      noted on the stenographic record.
18             At this time, the court reporter will
19      please swear in the witness so we may begin.
20      S H A N S H A N    C A O,
21             Having been first duly sworn by a Notary
22      Public of the State of New York, was
23      examined and testified as follows:
24      EXAMINATION BY MR. DALSEN:
25             Q.    Good morning, Ms. Cao.
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Shanshan Cao - March 4, 2020

```
 1                        Shanshan Cao

 2    degrees or certifications?

 3          A.      No.

 4          Q.      Are you currently employed?

 5          A.      Yes.

 6          Q.      And who is your employer?

 7          A.      Centerbridge Partners.

 8          Q.      And what is Centerbridge Partners?

 9          A.      It's an investment firm.

10          Q.      And what do they do as an investment

11    firm?

12          A.      We make investments across an array of

13    industry verticals ranging from private equity

14    investments to credit investments.

15          Q.      What was the last piece?  I'm sorry.

16          A.      Credit investments.

17          Q.      Credit investments.

18                  How long have you been at Centerbridge?

19          A.      I joined in the summer of 2007.

20          Q.      And what is your title there today?

21          A.      Managing director.

22          Q.      And what do you do as a managing

23    director today?

24          A.      I generate investment ideas and oversee

25    portfolio investments.
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.

CONFIDENTIAL
Shanshan Cao - March 4, 2020

```
 1                        Shanshan Cao
 2          Q.      Do you specifically oversee portfolio
 3  investments in Puerto Rico as part of your job
 4  responsibilities?
 5          A.      Correct.
 6          Q.      And as part of overseeing investments in
 7  Puerto Rico as part of your job responsibilities,
 8  does that include only investments that SV Credit has
 9  made or investments that other affiliates of
10  Centerbridge has made?
11          A.      My role includes overseeing investments
12  by all of the Centerbridge funds.  To the best of my
13  knowledge, I believe SV Credit is the only entity
14  that invested in Puerto Rico.
15          Q.      Okay.
16          A.      Muni bonds.
17          Q.      Okay.  Puerto Rico muni bonds, you said?
18          A.      Correct.
19          Q.      In which Puerto Rico muni bonds is SV
20  Credit invested in?
21          A.      The ERS bonds.
22          Q.      Any others?
23          A.      We owned ████ bonds, but we are no
24  longer invested in those.  And I don't recall which
25  entities of Centerbridge those were made out of.
```

This redacted filing will be the official record of the Court.
The redacted information has not been submitted for the Court's consideration.