## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | ) |
| | ) |
| THE FINANCIAL OVERSIGHT AND | ) PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO | ) Title III |
| | ) |
| as representative of | ) Case No. 17-BK-03283 (LTS) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) |
| | ) |
| Debtors.[1] | ) |
| | ) |
| In re: | ) |
| | ) PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) |
| | ) Case No. 17-BK-03566 (LTS) |
| as representative of | ) |
| | ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | ) |
| GOVERNMENT OF THE COMMONWEALTH OF | ) |
| PUERTO RICO, | ) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |
| THE SPECIAL CLAIMS COMMITTEE OF THE | ) |
| FINANCIAL OVERSIGHT AND MANAGEMENT | ) Adv. Proc. No. 19-00356 (LTS) |
| BOARD FOR PUERTO RICO, ACTING BY AND | ) |
| THROUGH ITS MEMBERS, | ) |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK- 4780) (Last Four Digits of Federal Tax ID: 3747).

and )
)
)
THE OFFICIAL COMMITTEE OF UNSECURED )
CREDITORS OF ALL TITLE III DEBTORS )
(OTHER THAN COFINA), )
)
as co-trustees of )
)
THE EMPLOYEES RETIREMENT SYSTEM OF THE )
GOVERNMENT OF PUERTO RICO, )
)
Plaintiff, )
)
v. )
)
DEFENDANT 1M, *et al.*, )
)
Defendants. )
)
_____ )
)
THE SPECIAL CLAIMS COMMITTEE OF THE )
FINANCIAL OVERSIGHT AND MANAGEMENT )   Adv. Proc. No. 19-00357 (LTS)
BOARD FOR PUERTO RICO, ACTING BY AND )
AND THROUGH ITS MEMBERS, )
)
)
and )
)
THE OFFICIAL COMMITTEE OF UNSECURED )
CREDITORS OF ALL TITLE III DEBTORS )
(OTHER THAN COFINA), )
)
as co-trustees of )
)
THE EMPLOYEES RETIREMENT SYSTEM OF THE )
GOVERNMENT OF PUERTO RICO, )
)
Plaintiff, )
)
v. )
)
STOEVER GLASS & CO., *et al.*, )
)

Defendant.                                          )
                                                    )
                                                    )
                                                    )
_____                    )
                                                    )
THE SPECIAL CLAIMS COMMITTEE OF THE                 )
FINANCIAL OVERSIGHT AND MANAGEMENT                  )
BOARD FOR PUERTO RICO, ACTING BY AND                )     Adv. Proc. No. 19-00359 (LTS)
THROUGH ITS MEMBERS,                                )
                                                    )
      and                                           )
                                                    )
THE OFFICIAL COMMITTEE OF UNSECURED                 )
CREDITORS OF ALL TITLE III DEBTORS                  )
(OTHER THAN COFINA),                                )
                                                    )
      as co-trustees of                             )
                                                    )
THE EMPLOYEES RETIREMENT SYSTEM OF THE              )
GOVERNMENT OF PUERTO RICO,                          )
                                                    )
      Plaintiff,                                    )
                                                    )
v.                                                  )
                                                    )
DEFENDANT 1H-78H,                                   )
                                                    )
      Defendants.                                   )
                                                    )
                                                    )
_____                    )
                                                    )
THE SPECIAL CLAIMS COMMITTEE OF THE                 )
FINANCIAL OVERSIGHT AND MANAGEMENT                  )
BOARD FOR PUERTO RICO, ACTING BY AND                )     Adv. Proc. No. 19-00361 (LTS)
THROUGH ITS MEMBERS,                                )
                                                    )
      and                                           )
                                                    )
THE OFFICIAL COMMITTEE OF UNSECURED                 )
CREDITORS OF ALL TITLE III DEBTORS                  )
(OTHER THAN COFINA),                                )
                                                    )
      as co-trustees of                             )
                                                    )
                                                    )

3

THE EMPLOYEES RETIREMENT SYSTEM OF THE )
GOVERNMENT OF PUERTO RICO,                      )
                                                )
     Plaintiff,                              )
                                                )
v.                                              )
                                                )
DEFENDANT 1G-50G, *et al.*,                     )
                                                )
     Defendants.                             )
                                                )
----------------------------------------------------------------------- X

## DECLARATION OF DR. W. BARTLEY HILDRETH

I, Dr. W. Bartley Hildreth, hereby declare under penalty of perjury:

1.    I am a Professor of Public Management and Policy in the Andrew Young School of Policy Studies at Georgia State University. I was retained as an expert witness by certain of the ERS Bondholders in these proceedings.

2.    Attached as Exhibit 1 is a true and correct copy of my expert report in this case. Exhibit 1 is based on my personal knowledge and expertise and on the materials cited in Exhibit 1.

3.    Attached as Exhibit 2 is a true and correct copy of my rebuttal report in this case. Exhibit 2 is based on my personal knowledge and expertise and on the materials cited in Exhibits 1 and 2.

4.    If called to testify in these proceedings, I would testify to the opinions contained in Exhibits 1 and 2.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America, to the best of my knowledge, that the foregoing is true and correct.

Dated: September 9, 2020
    Atlanta, GA

                                  Dr. W. Bartley Hildreth

4

# Exhibit 1

**EXPERT REPORT OF**

**WILLIAM BARTLEY HILDRETH**

In the case of

In re:

The Financial Oversight and Management Board for Puerto Rico, as representative of

The Employees Retirement System of the

Government of the Commonwealth of Puerto Rico

## I. CREDENTIALS

1.  I, William Bartley Hildreth, serve in my personal, professional capacity and all communications, representations, and expert opinions constitute my own views and not necessarily those of any organization or group for which I am affiliated.

2.  My academic position is Professor of public management and policy in the Andrew Young School of Policy Studies at Georgia State University, a tenured position I have held since July 2009.

3.  My Ph.D. in public administration is from the University of Georgia (1979), my masters of public administration (M.P.A.) is from Auburn University at Montgomery (1974), and my bachelors of arts (B.A.) in political science is from the University of Alabama (1971).

4.  Since 1979, I have taught public budgeting, financial management, and municipal securities, among other topics.

5.  My scholarly awards include the 2008 Aaron B. Wildavsky Award for lifetime scholarly achievement in the field of public budgeting and financial management; and, in 2017, receipt of my second (the first in 2012) best research article published in that volume of the quarterly journal *Public Budgeting & Finance*, with both of the co-authored articles involving municipal securities.

6.  I serve as editor-in-chief (1989 to present) of the *Municipal Finance Journal*, the only professional quarterly journal dedicated to peer-reviewed articles on municipal securities and the financing of state and local governments, where my role is to facilitate communication between peer reviewers and the author of a submitted manuscript, but neither to proof the author's work nor necessarily to agree with the author's work.

7. I served as Director of Finance for the City of Akron, Ohio (January 1984 to July 1985) where I was responsible for budgeting, accounting (as the "chief accounting officer"), financial statement preparation (including issuance of the city's first Comprehensive Annual Financial Report), grant management, debt financing, income tax administration, procurement, internal auditing, and other fiscal policy obligations.

8. In addition to managing the city budget through a severe recession and high inflation, the major fiscal issue faced (and successfully completed) during my service as Akron's Director of Finance was to resolve a technical default of a bond issue for a city enterprise operation that threatened to place the city government and all its finances under a state-defined financial emergency.

9. Other public budgeting and finance experience includes, but is not limited to, relevant service such as: Kansas gubernatorial appointee, and State Senate confirmed, member of the board of directors of the statewide, multipurpose conduit bond issuer for qualifying public and private entities – the Kansas Development Finance Authority (1997 to 2003); and, member of the board of directors of the conduit bond issuing authority for the city of Wichita, Kansas – the Wichita Public Building Commission (1999 to 2003).

10. I served as a member of the Governmental Accounting Standards Advisory Council (2002 to 2003), the group charged by the Financial Accounting Foundation to provide counsel on technical projects, priorities, and accounting issues to the Governmental Accounting Standards Board (GASB).

11. My published work in municipal securities includes the *State and Local Government Debt Issuance and Management Service,* among others contained in my Curriculum Vitae.

12. I was the only academic on the task force on municipal disclosure that produced the
    *Disclosure Guidelines for State and Local Government Securities* (1988 and 1991 versions),
    a widely followed set of voluntary standards that predated action by the U.S. Securities and
    Exchange Commission [S.E.C.] in adopting Rule 15c2-12 in 1989 to enhance the quality
    and timeliness of disclosure to investors in municipal securities [as confirmed by the S.E.C.,
    *Statement of the Commission Regarding Disclosure Obligations of Municipal Securities
    Issuers and Others*, Federal Register, vol. 59, no. 52, March 17, 1994, page 12748].

13. I served as a 'public member' of the Municipal Securities Rulemaking Board [MSRB] for
    the term from October 2012 to September 2015. MSRB was created by Congress to promote
    a fair and efficient municipal securities market. In addition to its role in regulating
    Broker/Dealers (also known as 'underwriters') of municipal securities since 1975, the
    MSRB started regulating Municipal Advisors (also known as 'financial advisors' to debt
    issuers) during my term. The MSRB also operates the Electronic Municipal Market Access
    facility [EMMA] – the official source for municipal securities trading data and disclosure
    documents.

14. In 2018, I received the Industry Contribution Award from the National Federation of
    Municipal Analysts, which is the professional association of municipal analysts from credit
    rating organizations, broker/dealers, institutional investors, and other organizations involved
    in the municipal securities market.

15. I am an elected Fellow of the National Academy of Public Administration which was
    established by Congress to advise the federal government and to promote good governance
    generally.

16. I am an investor in municipal securities, although I have not directly owned any bonds issued by the Commonwealth of Puerto Rico or its agencies.

17. Public administration practitioners and scholars, like me, cite law and legal provisions not in any attempt to imply one's practice of law, but rather in recognition that public organizations are creatures of and operate under rules codified by law and it advances public governance and management to cite those references.

18. Additional details regarding my qualifications including my publications is provided in my Curriculum Vitae in Appendix D.

19. A listing of my recent expert testimony activity is provided in Appendix B to this Report.


## II. BACKGROUND

20. The Employees Retirement System of Puerto Rico [the "System" or just ERS] was created in 1951 and the enabling Act was amended in 1988 to include the "Authorization to Incur Debts." [Laws of Puerto Rico, No. 447, approved May 15, 1951; H.B. 1346, No. 46, approved June 29, 1988]

21. "On February 27, 2007, the System's administration and the Government Development Bank for Puerto Rico, acting as the System's fiscal agent, presented to the Board of Trustees a financial transaction for the issuance of pension funding bonds. The System authorized the issuance of one or more series of bonds …." [ERS "Basic Financial Statements and Required Supplementary Information, June 30, 2014", dated June 1, 2016 by the auditor (KPMG LLP), page 16.]

22. On January 31, 2008, ERS issued $1,588,810,799.60 aggregate principal amount of Senior Pension Funding Bonds, Series A. [ERS Series A, Tab 4, Official Statement, dated January

29, 2008, cover.; ERS "Basic Financial Statements and Required Supplementary
Information, June 30, 2014", dated June 1, 2016 by the auditor (KPMG LLP), page 16.]

23. On June 2, 2008, ERS issued $1,058,634,613.05 aggregate principal amount of Senior
Pension Funding Bonds, Series B. [ERS Series B, Tab 3, Official Statement, dated May 28,
2008, cover; and, ERS "Basic Financial Statements and Required Supplementary
Information, June 30, 2014", dated June 1, 2016 by the auditor (KPMG LLP), page 16.]

24. On June 30, 2008, ERS issued $300,202,930 aggregate principal amount of Senior Pension
Funding Bonds, Series C. [ERS Series C, Official Statement, dated June 26, 2008, cover, at
PDF page 330; and, ERS "Basic Financial Statements and Required Supplementary
Information, June 30, 2014", dated June 1, 2016 by the auditor (KPMG LLP), page 16.]

25. As shown in my Appendix A, the total par amount of the 2018 Series A, B, and C bonds that
the ERS owed after issuing the bonds was $2,947,648,342.65, and after reduction of all up-
front costs (excluding the original issuance discount), the ERS actually received 92.56
percent of par amount, or $2,728,354,896.87. [Appendix A based on Series A bonds, Tab
38-48, Final Closing Memorandum; Series B bonds, Tab 38, Final Closing Memorandum;
and Series C bonds, Final Closing Memorandum, Tab 48, PDF pages 753-756]

26. As shown in my Appendix A, the uses of the total proceeds for the cost of issuance,
underwriter's discount, debt service reserve fund, and the capitalized interest fund totaled
$211,404,095.78, or 7.48 percent of par.

27. Each series of bonds included both term bonds, which pay semi-annual interest at the same
rate over the life of the bond while the principal is repaid at maturity, and Capital
Appreciation Bonds [CAB], with the CABs not paying interest until maturity which thereby
increases the amount due at maturity.

28. Series A, B, and C bonds was "registered under the Depository Trust Corporation's book-entry only system, and will be issued without coupons, in denominations of $5,000 principal amount (maturity amount in the case of the Capital Appreciation Bonds) and integral multiples thereof. Purchasers of the … Bonds will not receive bond certificates." [Cover sheets of the respective Official Statements found at Series A bonds, Tab 4; Series B bonds, Tab 3; and, Series C bonds, Document 4]

29. The Depository Trust Corporation is the only holder of the single global security for each maturity and all other transactions are electronic book entry. DTC via its nominee Cede & Co received legal title ("absolute owner") to the bonds from ERS with all transactions occurring in the beneficial interests in the bonds. [Specimen bonds: Series A bonds, Tab 36; Series B bonds, Tab 33; Series C bonds, starting at PDF page 706. Supplemental Pension Funding Bond Resolution, Series A bonds, Tab 2; Series B bonds, Tab 2; and, Series C bonds, Document 2]

30. The issuance process for the Series A bonds included the following provisions, among others:

  • The underwriters (with UBS Financial Services Incorporated of Puerto Rico as representative of itself and others) entered into a contract with ERS on January 30, 2008 to "purchase" from the ERS "$1,588,810,799.60 initial principal amount" of ERS bonds." [Series A bonds, Tab 5]

  • The purchase contract required that ERS "represents and warrants…[that] [6a] The [ERS] System has full legal right, power and authority to adopt the Bond Resolution …. [and] …[6d]…The Bonds … will be valid, binding and legally enforceable obligations of the System …." [Series A bonds, Tab 5).

- The underwriting syndicate for Series A bonds included UBS Financial Services Incorporated of Puerto Rico (as Manager), Popular Securities, Santander Securities, BBVAPR MSD, Merrill Lynch & Co., Scotia Capital, Citi, Oriental Financial Services Corporation, TCM Capital, Lehman Brothers, Samuel A. Ramirez & Co., Inc., and Wachovia Capital Markets, LLC., and these firms shared in the Underwriter's Discount based on their share of the purchase and offering of the securities [Series A bonds, Tab 5, Official Statement, cover; Tab 37, Selling Group Agreement; Tab 38-48, Final Closing Memorandum]

- The Official Statement which is required upon the issuance of municipal securities states that the underwriter enters into the purchase of bonds "subject to certain conditions precedent set forth in its purchase contract…." [Series A bonds, Tab 4, Underwriting]

- On January 30, 2008, UBS provided DTC with the questionnaire required for DTC to register the Series A bonds under DTC's book-entry only system. [UBS-ERS Ultra Vires-0043861]

- On January 31, 2008, the Acting Administrator of the ERS and the Secretary of the Board of Trustees of ERS certified that the Official Statement dated January 29, was a "true and correct" copy. [Series A bonds, Tab 10-11]

- On February 26, 2008, the ERS bond counsel sent a copy of the Official Statement to four S.E.C. registered Nationally Recognized Municipal Securities Information Repositories under S.E.C. Rule 15c2-12, thereby providing access to potential investors. [Series A bonds, Tab 38-48]

- The Final Closing Memorandum, dated January 31, 2008, states: "The Series A Bonds will be authenticated by an authorized officer of The Bank of New York, ("Fiscal Agent') …. [and] held at DTC [Depository Trust Corporation] pending verbal notification from UBS and the Fiscal Agent that the transaction has been successfully closed and delivered to the Fiscal Agent at the [Bond Counsel's office]." [Series A bonds, Tab 38-48, "Final Closing Memorandum," page 2]

- The Final Closing Memorandum states that the underwriter made payment of $1,570,391,795.98 via Fed Funds wire to The Bank of New York, fiscal agent for ERS, on January 31, 2008, representing the purchase price of the Series A bonds. The par amount of the Series A bonds of $1,588,810,799.60 minus the Original Issue Discount of $1,663,850.00 and minus the Underwriter's Discount of $16,755,153.62 equals the amount transferred of $1,570,391,795.98. [Series A bonds, Tab 38-48]

- The Final Closing Memorandum states that of the $1,570,391,795.98 transferred from the underwriter, ERS actually received $1,426,002,361.71, the debt service reserve fund received $46,982,352.66, the capitalized interest fund received $93,737,392.13, and $3,669,689.48 was allocated for the cost of issuance. [Series A bonds, Tab 38-48]

- On January 31, 2008, the ERS fiscal agent, as FAST Agent [under the Fast Automated Securities Transfer Program] to DTC, received the "possession, custody and control" of $1,588,810,799.60 aggregate principal amount of Bonds from ERS. [Receipt and Safekeeping Agreement, Tab 27-28, January 31, 2008]

- On January 31, 2008, the underwriters acknowledged receipt from the ERS fiscal agent of the Bonds (and its underwriters' discount) but the physical security remained in the physical possession of the fiscal agent on behalf of DTC. [Underwriters' Receipt for Series A Bonds, Tab 27; Receipt and Safekeeping Agreements, Tab 28]

- The Final Closing Memorandum states that the three bond rating organizations received a total of $783,000 for their reviews (including $175,000 to each of S&P [Standard & Poor's] and Moody's, another $193,000 to Moody's, and $240,000 to Fitch. [Series A bonds, Tab 38-48]

- The Final Closing Memorandum states that the Government Development Bank received $1,986,013.50 for its service while its agent, Mesirow, served as the Financial Advisor and was paid $175,000. [Series A bonds, Tab 38-48]

- The Final Closing Memorandum confirms that each maturity was assigned a unique CUSIP identifier. [Series A bonds, Tab 38-48]

31. The issuance process for the Series B bonds included the following provisions, among others:

- The underwriters (with UBS Financial Services Incorporated of Puerto Rico as representative of itself and others) entered into a contract with ERS on May 28, 2008 to "purchase" from the ERS "$1,058,634,613.05 of initial principal amount" of ERS bonds." [Series B bonds, Tab 4]

- The purchase contract required that ERS "represents and warrants…[that] [6a] The [ERS] System has full legal right, power and authority to adopt the Bond

Resolution .... [and] ...[6d]...The Bonds ... will be valid, binding and legally enforceable obligations of the System...." [Series B bonds, Tab 4].

- The underwriting syndicate for Series B bonds included UBS Financial Services Incorporated of Puerto Rico (as Manager), Santander Securities, and Popular Securities, and these firms shared in the Underwriter's Discount based on their equal 33.33% share of the purchase and offering of the securities [Series B bonds, Tab 3, Official Statement, cover; Tab 34, Selling Group Agreement; Tab 38, Final Closing Memorandum]

- The Official Statement which is required upon the issuance of municipal securities states that the underwriter enters into the purchase of bonds "subject to certain conditions precedent set forth in its purchase contract...." [Series B bonds, Tab 3, Underwriting]

- On June 2, 2008, the Acting Administrator of the ERS and the Secretary of the Board of Trustees of ERS certified that the Official Statement dated May 28, 2008 was a "true and correct" copy. [Series B bonds, Tab 10-11]

- On May 28, 2008, UBS provided DTC with the questionnaire required for DTC to register the Series A bonds under DTC's book-entry only system. [UBS-ERS Ultra Vires-0076149]

- On May 30, 2008, the ERS bond counsel sent a copy of the Official Statement to four S.E.C. registered Nationally Recognized Municipal Securities Information Repositories under S.E.C. Rule 15c2-12, thereby providing access to potential investors. [Series B bonds, Tab 35-36]

- The Final Closing Memorandum, dated June 2, 2008, states: "The Series B Bonds will be authenticated by an authorized officer of The Bank of New York…. [and] held at DTC pending verbal notification from UBS and the Trustee that the transaction has been successfully closed and delivered to the Trustee at the [Bond Counsel's office]." [Series B bonds, Tab 38, "Final Closing Memorandum," page 2]

- The Final Closing Memorandum states that the underwriter made payment of $1,047,115,939.98 via Fed Funds wire to The Bank of New York, fiscal agent for ERS Series B bonds on June 2, 2008, representing the purchase price of the Series B bonds. The par amount of the Series B bonds of $1,058,634,613.05 minus the Original Issue Discount of $6,225,500.00 and minus the Underwriter's Discount of $5,293,173.07 equals the amount transferred of $1,047,115.939.98. [Series B, Tab 38]

- The Final Closing Memorandum states that of the $1,047,115,939.98 transferred from the underwriter, ERS actually received $1,017,315,428.51, the debt service reserve fund received $25,791,551.54, and $4,008,959.93 was charged for the cost of issuance). [Series B bonds, Tab 38]

- On June 2, 2008, the ERS fiscal agent, as FAST agent to DTC, received the "possession, custody and control" of $1,058,634,613.05 aggregate principal amount of Bonds from ERS. [Series B bonds, Receipt and Safekeeping Agreement, Tab 19-25]

- On June 2, 2008, the underwriters acknowledged receipt from the ERS fiscal agent of the Bonds (and its underwriters' discount) but the physical security

remained in the physical possession of the fiscal agent on behalf of DTC. [Series
B bonds: Underwriters' Receipt for Series B Bonds, Tab 24; Receipt and
Safekeeping Agreement, Tab 25]

- The Final Closing Memorandum states that the Government Development Bank
  received $1,323,293.27 for its service while its agent, Mesirow, served as the
  Financial Advisor and was paid $175,000. [Series B bonds, Tab 38]

- The Final Closing Memorandum confirms that each maturity was assigned a
  unique CUSIP identifier. [Series B bonds, Tab 38]

32. The issuance process for the Series C bonds included the following provisions, among
others:

- The underwriters (with UBS Financial Services Incorporated of Puerto Rico as
  representative of itself and others) entered into a contract with ERS on June 26,
  2008 to "purchase" from the ERS "$300,202,930.00 initial principal amount" of
  ERS bonds." [Series C bonds, PDF page 545]

- The purchase contract required that ERS "represents and warrants…[that] [6a]
  The [ERS] System has full legal right, power and authority to adopt the Bond
  Resolution …. [and] …[6d] …The Bonds … will be valid, binding and legally
  enforceable obligations of the System…." [Series C bonds, PDF pages 548 and
  549].

- The underwriting syndicate for Series C bonds included UBS Financial Services
  Incorporated of Puerto Rico (as Manager), Popular Securities, Santander
  Securities, BBVAPR MSD, Lehman Brothers, Samuel A. Ramirez & Co., Inc.,
  Citi, Merrill Lynch & Co., Scotia Capital, Eurobank MSD, Oriental Financial

Services Corporation, and Wachovia Capital Markets, LLC., and these firms
shared in the Underwriter's Discount based on their share of the purchase and
offering of the securities [Series C bonds, Official Statement, PDF page 330;
Selling Group Agreements, PDF pages 730-740; Final Closing Memorandum,
PDF page 755]

- The Official Statement which is required upon the issuance of municipal
  securities states that the underwriter enters into the purchase of bonds "subject to
  certain conditions precedent set forth in its purchase contract…." [Series C bonds,
  Underwriting, PDF page 389]

- On June 16, 2008, UBS provided DTC with the questionnaire required for DTC to
  register the Series A bonds under DTC's book-entry only system. [UBS-ERS
  Ultra Vires-0087856]

- On June 30, 2008, the Secretary of the Board of Trustees of ERS certified that the
  Official Statement dated June 26, 2008 was a "true and correct" copy. [Series C
  bonds, PDF page 329]

- On July 1, 2008, the ERS bond counsel sent a copy of the Official Statement to
  four S.E.C. registered Nationally Recognized Municipal Securities Information
  Repositories under S.E.C. Rule 15c2-12, thereby providing access to potential
  investors. [Series C bonds, PDF pages 742-746]

- The Final Closing Memorandum, dated June 30, 2008, states: "The Series C
  Bonds will be authenticated by an authorized officer of The Bank of New York,
  ("Trustee') …. [and] held at DTC pending verbal notification from UBS and the
  Trustee that the transaction has been successfully closed and delivered to the

Trustee at the [Bond Counsel's office]." [Series C bonds, "Final Closing Memorandum," PDF page 754]

- The Final Closing Memorandum states that the underwriter made payment of $295,519,764.29 via Fed Funds wire to the ERS fiscal agent on June 30, 2008, representing the purchase price of the Series C bonds. The par amount of the Series C bonds of $300,202,930 minus the Underwriter's Discount of $4,683,165.71 equals the amount transferred of $295,519,764.29. [Series C, PDF page 755]

- The Final Closing Memorandum states that of the $295,519,764.29 transferred from the underwriter, ERS actually received $285,037,106.65, the debt service reserve fund received $9,148,607.98, and $1,334,049.66 was charged for the cost of issuance). [Series C bonds, PDF page 755]

- On June 30, 2008, the ERS fiscal agent, as FAST Agent for DTC, received the "possession, custody and control" of $300,202,930.00 aggregate principal amount of Bonds from ERS. [Series C bonds, Receipt and Safekeeping Agreement, PDF page 676]

- On June 30, 2008, the underwriters acknowledged receipt from the ERS fiscal agent of the Bonds (and its underwriters' discount) but the physical security remained in the physical possession of the fiscal agent on behalf of DTC. [Series C bonds, Underwriters' Receipt for Series B Bonds, Tab 25; Receipt and Safekeeping Agreement, Tab 26]

- The Final Closing Memorandum states that the three bond rating organizations received a total of $348,000 for their reviews (including $150,000 to both Fitch

and Moody's, and $48,000 to Standard and Poor's). [Series C bonds, PDF page
755]

- The Final Closing Memorandum states that the Government Development Bank
  received $375,253.66 out of the cost of issuance to serve as financial advisor.
  [Series C bonds, PDF page 755]

- The Final Closing Memorandum confirms that each maturity was assigned a
  unique CUSIP identifier. [Series B bonds, PDF page 754]

33. ERS Series A, B, and C bonds are parity bonds payable from and secured by the same
Pledged Property including all Employer Contributions made after the date of issuance of
the Series A bonds. [see Series C bonds, Official Statement, PDF page 330 and 380]

34. The Commonwealth of Puerto Rico's audited financial statement for the period ending June
30, 2016 reports $3,134,902,000 of pension bonds payable as liabilities in its fiduciary
funds' balance sheet (actually entitled 'Statement of Fiduciary Net Position – Fiduciary
Funds').[1] ["Commonwealth of Puerto Rico, Basic Financial Statements and Required
Supplementary Information, June 30, 2016 (with Independent Auditor's Report Thereon),"
dated May 3, 2019 by KPMG LLP, page 45].

35. In the Notes to its 2016 basic financial statements, the Commonwealth of Puerto Rico stated
that "ERS issued…limited, nonrecourse obligations of ERS…." ["Commonwealth of Puerto
Rico, Basic Financial Statements and Required Supplementary Information, June 30, 2016
(with Independent Auditor's Report Thereon)," dated May 3, 2019 by KPMG LLP, page
200.]

---

[1] The accreted value of capital appreciation bonds accounts for a higher maturity value than par.

36. The June 30, 2014 ERS annual financial statement, dated June 1, 2016, shows $3,077,587,000 of "bonds payable" as a liability in its balance sheet (actually, the Statement of Fiduciary Net Position). [Employees Retirement System of Government of the Commonwealth of Puerto Rico, Basic Financial Statements and Required Supplementary Information, June 30, 2014, dated June 1, 2016 by KPMG LLP, page 21]

37. The independent audit firm that audited ERS also audited the Commonwealth of Puerto Rico.

38. The ERS considers the Series A, B and C bonds "contractual indebtedness" in its May 1, 2019 official filing to the MSRB Electronic Municipal Market Access [EMMA] facility. ["Annual Financial Information and Operating Data pursuant to Rule 15c2-12" for the fiscal period of 2017-18, https://emma.msrb.org/ER1220073-ER955038-ER1356043.pdf, page 9]

39. The May 1, 2019 document posted to the EMMA facility mentions the assertion by the Creditors' Committee in the Omnibus Objection to System Bondholder Claims.

40. Neither that May 1, 2019 filing nor any other official market disclosure statement (that I am aware of) conveys a position by ERS officials that ERS bond series A, B and/or C are anything other than valid and legal contractual indebtedness of the ERS; thus, secondary market trading continues on the basis of the 2008 primary official disclosure documents and subsequent official market disclosures (or the lack of any material changes) by the debt issuer.


## III. SCOPE OF ANALYSIS

41.  Counsel for the Bondholders requested that I:

- Provide general background on the issuance of municipal securities.

- Examine the issuance of the ERS debt obligations.

- Assess the financial reality of an underwritten bond offering.

- Assess official market disclosures related to the ERS debt obligations.

- Clarify the role of the Depository Trust Corporation and CUSIP identifiers as market utilities in the issuance of municipal securities.

- Examine market expectations of authorized and valid issuances of debt instruments.

- Assess what a reasonable investor would expect in making an investment decision.

42. I have conducted the research and analysis to complete this assignment using standard methods in the field of public administration, public budgeting, municipal financing, and government finance (referred to collectively here as 'public finance').

43. In addition to items in my Curriculum Vitae, to complete this assignment I reviewed documentary evidence as cited in Appendix C.

44. My compensation for time spent on this matter is at the rate of $650 per hour. My compensation is not contingent upon the nature of my findings or the outcome of this litigation.


**IV. SUMMARY OF OPINIONS**

45. The functioning of a market depends upon the proposition that investors can rely upon the actions, opinions and representations by responsible officials and parties to the particular transactions at the time of the original issuance.

46. The ERS debt obligations were sold to lenders based upon specific and critical assurances incorporated in the ERS market disclosure documents such as the Preliminary Official Statements and the final Official Statements as well as any other disclosures.

47. Those market-oriented disclosure documents specified that the debt obligations were legal and binding on the ERS.

48. The ERS bonds were issued with written legal opinions by its General Counsel and an independent bond counsel firm, both attesting that Series A, B and C bonds were legal and valid. In each transaction there was an underwriters' counsel with due diligence responsibilities.

49. Each of three different independent credit rating organizations conducted its own due diligence reviews and then signaled to investors through credit ratings that ERS could be expected to pay back the investors on time and in full.

50. The ERS bonds were sold directly to underwriters in one total amount for each series of bonds.

51. ERS borrowed directly from the underwriters instead of retail or institutional investors since it was the underwriters whose money was transferred to ERS.

52. The Fiscal Agent under the Bond Resolution and the market utility, the Depository Trust Corporation [DTC], accepted legal title to the ERS bonds after receiving details (as provided in the Preliminary Official Statements and/or the final Official Statements) about the security and structure undergirding each transaction.

53. DTC is the only holder of the single global security for each maturity and all other transactions are electronic through book entry.

54. Another market utility is CUSIP Global Services [CUSIP] which assigned unique identifiers after receiving similar details. Each maturity in Series A, B and C series bonds was assigned a unique identifier, referred to as a CUSIP number, and the bonds were denominated in $5,000 principal amounts and integral multiples thereof.

55. Investors in Series A, B and/or C bonds did not, and do not, transfer any money to ERS when purchasing ERS debt obligations.

56. The most recently disclosed audited financial statement of the Commonwealth of Puerto Rico includes the ERS pension obligation bonds as a liability, as attested to by its independent auditor which is the same auditor that attested to the ERS audited financial statement.

57.  Making either the purchasers of securities entitlements or DTC responsible for reviewing legislation or conducting other diligence in connection with bond issues or secondary market purchases could impede issuer access to financial markets, with a resulting decrease in the efficiency of government operations. Imposing such risks could reduce demand, increase interest rates paid by issuers, limit negotiability of municipal bonds, and impair bond values.

58. A reasonable investor cannot be expected to uncover material facts that vary from what the professionals involved with the transaction state in market-oriented certifications.


## V. ANALYSIS AND BASIS FOR OPINIONS

This section reviews: the debt market; the roles of the debt issuer, underwriter, bond counsel, underwriter counsel, financial advisor, credit rating organizations, Commonwealth of Puerto Rico officials, market utilities (the Depository Trust Corporation and the CUSIP identifiers); and, the reasonable expectations of investors.

**Debt Market**

59. Debt is when money is owed by one party (the borrower or issuer) to a second party (the lender, creditor, or debt holder).

60. A debt instrument is the asset that the debt issuer sells to the lender based upon specific terms of repayment.

61. The purchase contract between the debt issuer and the lender specifies the all-in amount that is exchanged between the parties, with one providing the form of the legal obligation to repay and the other providing the cash transfer.

62. There is no financial difference to the debt issuer in the form of borrowing used because money is received up-front from the lender in exchange for a documented contractual obligation to repay in the future.

63. Classifying an obligation as a loan or security can vary by state and purpose; moreover, "whether an obligation is a security will be of less concern to a governmental issuer than to the financial advisor to, or placement agent for, such governmental issuer." [National Association of Bond Lawyers, *Direct Purchases of State or Local Obligations by Commercial Banks and Other Financial Institutions*, Washington, DC, July 2017, p. 33]

64. A financial intermediary, such as an investment banker or underwriter (or syndicate), transfers its money to the debt issuer in return for the evidence of the issuer's repayment obligation – that is, the debt instrument.

65. The intent of a financial intermediary is to recover all costs by reselling the debt instruments to the ultimate investor(s).

66. The financial intermediary is often expected to help make the market of subsequent trading in the debt instruments (that is, the secondary market).

67. The capital market refers to the handling of multi-year debt obligations while the money market refers to short-term (a year or less) debt obligations.

68. The mission of the U.S. Securities and Exchange Commission [S.E.C.] is: "…to protect investors; maintain fair, orderly, and efficient markets; and facilitate capital formation…." [https://www.sec.gov/about.shtml]

69. In its July 21, 2012 *Report on the Municipal Securities Market*, the S.E.C. says the securities laws have "… two basic objectives: require that investors receive financial and other significant information concerning securities being offered for public sale; and prohibit deceit, misrepresentations, and other fraud in the sale of securities." [hereafter 'S.E.C. Report,' footnote 142, page 27],

**Debt Issuer**

70. Bonds and term loans are similar in that both require a borrower and a lender; thus, both transactions create a corpus of money up-front for the debt issuer in exchange for its contractual obligation to repay the borrowed amount in full and on time.

71. Municipal securities are obligations of the Commonwealth of Puerto Rico (or, elsewhere, a state government) or its agencies or special authorities.

72. Governmental entities may also borrow via conduit financing, rather than directly. In a conduit financing, debt is issued by a third-party entity (the 'conduit issuer'), rather than by the ultimate borrower (the 'conduit borrower') itself. The ERS bonds are not conduit financings, because they are issued by the same entity – ERS – that is the ultimate borrower. [MSRB Glossary, http://www.msrb.org/glossary/definition/conduit-financing.aspx]

73. Under certain conditions, municipal securities can qualify under the United States Internal Revenue Code of 1986, as amended, as tax-exempt for federal tax purposes, meaning that the taxpayer/investor does not pay tax on the interest payment received. In addition, such securities may be exempted from the Commonwealth income tax (and state and local income taxes in the rest of the country).

74. Pension obligation bonds, such as the ERS Series A, B and C bonds, did not qualify for tax-exemption: "Interest on the ...Bonds is not excludable from the gross income of the recipients thereof under Section 103(a) of the United States Internal Revenue Code of 1986, as amended. Interest … is exempt from Puerto Rico income and property taxes." [Cover sheets of the respective Official Statements found at Series A, Tab 4; Series B, Tab 3; and, Series C, Document 4]

75. Municipal securities are issued as general obligation or revenue securities. General obligation bonds carry the full faith and credit backing of the issuer. Revenue bonds are backed by a dedicated revenue source.

76. Most municipal securities are highly varied and differentiated debt structures, especially because most municipal securities are issued as revenue bonds.

77. An issuer of municipal securities describes the transaction in the offering circular, referred to as the Official Statement (and, earlier, the Preliminary Official Statement) for municipal securities.

78. Municipal securities are subject to the antifraud provisions of the securities laws, with numerous enforcement actions brought against issuers, issuer officials, underwriters, financial advisors, and others [S.E.C, "*Report on the Municipal Securities Market*," July 21, 2012; https://www.sec.gov/municipal/oms-enforcement-actions.html; and S.E.C. Staff

Legal Bulletin, "Application of Antifraud Provisions to Public Statements of Issuers and

Obligated Persons of Municipal Securities in the Secondary Market," February 7, 2020]

**Bond Counsel**

79. The contractual agreement between a borrower and a lender is the foundation upon which

the transaction rests so debt holders expect an independent legal review of the borrower's

obligation to repay the money.

80. "The practice of using bond counsel developed out of the widespread irregularities in

municipal bonds during the latter part of the 19th century. Investors found that some of the

instruments they had purchased in good faith were fraudulent. In other cases, the bonds were

declared invalid because of the issuer's failure to comply with the procedures specified in

the law governing the sale of municipal bonds....The situation produced an atmosphere of

suspicion and undermined confidence in municipal bonds....Gradually investment bankers,

and later the issuers, employed attorneys with outstanding reputations for ability and

integrity in the municipal bond field to provide opinions as to the validity of the bonds at the

time of sale." [Lennox L. Moak, *Municipal Bonds: Planning, Sale and Administration*,

1982, Chicago: Municipal Financial Officers Association, page 143]

81. The glossary for the Municipal Securities Rulemaking Board defines bond counsel as: "An

attorney or law firm retained, typically by the issuer, to give the traditional bond counsel

opinion. Such opinion customarily opines that the bonds have been validly issued and, if tax

exemption is intended, that the bonds are tax-exempt bonds. The opinion also may address

related matters, such as state or local tax exemption and the enforceability of certain security

provisions. Typically, bond counsel may prepare, or review and advise the issuer regarding,

authorizing resolutions, bond contracts, official statements, validation proceedings, and litigation." [http://msrb.org/Glossary/Definition/BOND-COUNSEL.aspx]

82. As stated in the 2012 S.E.C. Report: "Bond counsel play a unique role in the municipal marketplace. They are engaged to provide an expert and objective opinion with respect to the validity of the municipal securities being offered and other subjects, including the tax treatment of interest on the municipal securities. **The bond opinion is intended to be relied upon by the purchasers of the municipal securities**…." [S.E.C. Report, pages 47-48, footnotes omitted; highlight added.]

83. "The threshold question addressed by bond counsel's opinion relates to the validity, or legality, of the obligations." [Michael Ettlinger and John Koehane, "Responsibilities of Bond Counsel," chapter 36, pages 700 to 723, at 708, in Robert Lamb, James Leigland and Stephen Rappaport, *The Handbook of Municipal Bonds and Public Finance*, New York: New York Institute of Finance, 1993]

84. The independent Bond Counsel for the Series A bonds provided the following opinions:

- As an integral part of the Official Statement upon the issuance of the Series A bonds, the Opinion of Bond Counsel letter stated: "We have examined the Constitution and the laws of the Commonwealth … including Act No. 447…[and] we are of the opinion that…[the bond Resolution] "is legal, valid and binding" [Series A bonds, Tab 4, Official Statement, Appendix VIII, Fiddler Gonzalez & Rodriquez, P.S.C., PDF pages 279 and 280, January 31, 2008]

- In its letter to the ERS and the Fiscal Agent, the Bond Counsel for the Series A bonds stated: "…the System has the right and power under Act No. 447 …"; there is a "…valid security interest for the benefit of the Owners of the Bonds ….";

and, "…the Bonds are valid and binding special limited non-recourse obligations

of the System." [Series A bonds, Tab 29-35, Fiddler Gonzalez & Rodriquez,

P.S.C., PDF pages 1 and 2, January 31, 2008]

85. The independent Bond Counsel for the Series B bonds provided the following opinions:

- As an integral part of the Official Statement upon the issuance of the Series B

  bonds, the Opinion of Bond Counsel letter stated: "We have examined the

  Constitution and the laws of the Commonwealth ... including Act No. 447…[and]

  we are of the opinion that…[the bond Resolution] "is legal, valid and binding"

  [Series B bonds, Tab 3, Official Statement, Appendix VII, Fiddler Gonzalez &

  Rodriquez, P.S.C., PDF pages 190 and 192, June 2, 2008]

- In its letter to the ERS and the Fiscal Agent, the Bond Counsel for the Series B

  bonds stated: "…the System has the right and power under Act No. 447 …"; there

  is a "…valid security interest for the benefit of the Owners of the Bonds ….";

  and, "…the Bonds are valid and binding special limited non-recourse obligations

  of the [ERS] System." [Series B bonds, Tab 26-32, Fiddler Gonzalez &

  Rodriquez, P.S.C., PDF pages 1 and 2, June 2, 2008]

86. The independent Bond Counsel for the Series C bonds provided the following opinions:

- As an integral part of the Official Statement upon the issuance of the Series C

  bonds, the Opinion of Bond Counsel letter stated: "We have examined the

  Constitution and the laws of the Commonwealth ... including Act No. 447…[and]

  we are of the opinion that…[the bond Resolution] "is legal, valid and binding"

  [Series C bonds, Official Statement, Appendix VII, Fiddler Gonzalez &

  Rodriquez, P.S.C., PDF pages 534 and 535, June 30, 2008]

- In its letter to the ERS and the Fiscal Agent, the Bond Counsel for the Series C bonds stated: "…the System has the right and power under Act No. 447 …"; there is a "…valid security interest for the benefit of the Owners of the Bonds …."; and, "…the Bonds are valid and binding special limited non-recourse obligations of the [ERS] System." [Series C bonds, Fiddler Gonzalez & Rodriquez, P.S.C., PDF pages 677 and 678, June 30, 2008]

87. "The Bond Counsel … prepared one certificate per maturity, each inscribed with its proper CUSIP number for that maturity …. [Series A bonds, Tab 38-48, "Final Closing Memorandum," page 2; Series B bonds, Tab 38, "Final Closing Memorandum," page 2; Series C bonds, PDF page 754, "Final Closing Memorandum, page 2]

88. For its work as Bond Counsel on Series A, B and C bonds, the firm of Fiddler Gonzalez & Rodriquez, P.S.C. [FGR] received a total of $835,000, as listed in my Appendix A.

89. The Official Statement for each of Series A, B, and C bonds, in the Underwriting section of each, references the "purchase contract" for that bond Series, that itself requires "Opinions, dated the Closing Date and addressed to the Underwriters, of counsel to the System, and of the Secretary of Justice of the Commonwealth, in substantially the respected forms attached hereto…." [Official Statement: Series A bonds, Tab 4; Series B bonds, Tab 3; Series C bonds, PDF page 389. Purchase contracts: Series A bonds, Tab 5; Series B bonds, Tab 4; C bonds, PDF page 552]

90. The ERS General Counsel is in the best position to have exact knowledge of the power and authority of the ERS and its ability to borrow money and, as such, each transaction is predicated on an official legal opinion by that office.

91. The ERS General Counsel provided a formal written opinion relied upon by the
underwriters under the respective purchase contract that the bonds were "legal, valid and
binding…." and further stated that "The Bonds have been duly and validly authorized and
issued." [Opinion of General Counsel to the System: Series A bonds, Tab 29-35, January 31,
2008; Series B bonds, Tab 26-32, June 2, 2008; Series C, June 30, 2008, PDF page 679-682]

**Underwriters**

92. Governmental entities borrowing large sums of money turn to financial intermediaries to
facilitate the financial transaction.

93. The financial intermediaries that underwrite the financial transaction are known as
Underwriters (also referred to as investment bankers or, more formally, registered
broker/dealers or municipal securities dealers).

94.  Underwriters enter into a Purchase Contract to buy bonds from the Issuer in one total
purchase price, but sell the beneficial interest to investors in the denominations specified in
the Official Statement, although the legal title rests in the name of the securities depository
(in the case of municipal securities it is the Depository Trust Corporation's nominee Cede &
Co.). [Purchase Contract: Series A bonds, tab 5; Series B bonds, tab 4; Series C bonds,
document 5 at PDF 545]

95. Underwriters are regulated by the MSRB – the self-regulatory board created by Congress
under the auspices of the S.E.C. and the securities laws of the United States.

96. As the S.E.C. stated in its 2012 *Report on the Municipal Securities Market*: "Municipal
securities typically are issued through an underwriting process in which one or more broker-
dealers or municipal securities dealers (referred to … as "underwriters") <u>purchase the</u>

securities directly from the issuer and reoffer them to investors." [S.E.C. Report, page 15, emphasis added]

97. A public offering can have a sole purchaser (a single investment banking firm) or a syndicate of firms that spread the burden.

98. A fully underwritten public offering is the direct purchase of debt by the underwriters since the transaction is between the borrower (ERS in this case) and the purchaser of the entire transaction (the underwriters); no other party is directly involved in the transfer of assets (money from the underwriters to the borrower in exchange for the contractual obligation to repay the money in full and on time).

99. The underwriting syndicate for the ERS Series A, B, and C bonds (with UBS Financial Services Incorporated of Puerto Rico as representative of itself and others) is listed at the bottom of the first page of the Official Statement upon the issuance of bonds. [Series A bonds: Tab 4; Series B bonds: Tab 3; Series C bonds: Document 4].

100. The underwriters to Series A, B, and C bonds were "obligated to purchase all the … Bonds if any … are purchased."[2] [Series A bonds, Official Statement, Underwriting, Tab 4; Series B bonds, Official Statement, Underwriting, Tab 3; Series C bonds, Official Statement, Underwriting, PDF page 389]

101. In 1988, the S.E.C. issued an Interpretation [the '1988 Interpretation'] "concerning the responsibilities of underwriters participating in offering of municipal securities under the general antifraud provisions of the federal securities laws." [Robert A. Fippinger and Edward L. Pittman, "Disclosure Obligations of Underwriters of Municipal Securities," *The Business Lawyer*, 47:1 (November 1991), 127-156, 128 – hereafter Fippinger-Pittman;

---

[2] Although most municipal bonds are sold on an underwriter's commitment basis some are on a best effort basis.

citing as the '1988 Interpretation' the Exchange Act Release No. 26,100, 53 Federal

Register 37,778, September 28, 1988]

102.   "The Interpretation emphasizes that the general standard applied to municipal

underwriters requires a reasonable belief in the "accuracy and completeness of the key

representations in the final official statement." [Fippinger-Pittman, page 131, quoting the

1988 Interpretation]

103.   The Interpretation "addressed the obligations of syndicate members .... while no hard

lines exists .... a syndicate member ... at least must review the official statement, determine

that the [lead] manager has conducted a professional inquiry and notify the manager of "any

factors that suggest inaccuracies in disclosure or signal the need for additional

investigation." [Fippinger-Pittman, page 136, quoting the 1988 Interpretation, at 136]

104.   In 1989, the S.E.C. adopted Rule 15c2-12 that "created, for the first time, a formal

process for disclosure in municipal offerings." [Fippinger-Pittman, 128]

105.   Rule 15c2-12 requires underwriters to "obtain and review an official statement early in

the offering process" [Fippinger-Pittman, 144]

106.   "The Rule itself is silent as to the content of the disclosure document or the underwriter's

obligations other than to "obtain and review" a nearly final official statement....The history

of the Rule, however, suggests that the SEC intended to impose on the underwriter some

due diligence obligation....[since] The SEC took the position in issuing the Rule [at 28803]

that "by participating in an offering, an underwriter makes an implied recommendation

about the securities. This recommendation implies that the underwriter has a reasonable

basis for belief in the truthfulness and completeness of the key representations contained in

the official statement."" [Robert S. Amdursky and Clayton P. Gillette, *Municipal Debt*

*Finance Law: Theory and Practice*, Boston: Little, Brown and Company, 1992, page 381;

citing S.E.C. Rule 15c2-12, S.E.C. Release No. 34-26985, 54 Fed. Reg. 28799 (July 10,

1989)]

107.   Under S.E.C. Rule 15c2-12, underwriters must obtain and review the issuer's preliminary

official statement (and the final official statement) and enter into an undertaking with the

issuer that commits the issuer to provide continuing disclosures and certain event notices.

108.   None of the underwriting syndicate involved in the ERS bonds expressed any reservation

in the Official Statement about the legality of the bonds or any differences with the

representations made in that document, or any others, involved in the official transcript of

the transactions (constituting all the tabs for Series A bonds, Series B bonds, or Series C

bonds).

**Underwriters Counsel**

109.   The glossary of the Municipal Securities Rulemaking Board defines the underwriter's

counsel as: "An attorney or law firm retained to represent the interests of an underwriter in

connection with the purchase of a new issue of municipal securities. The duties of

underwriter's counsel may include review of the issuer's bond resolution and documentation

on behalf of the underwriter; review of the accuracy and adequacy of disclosure in the

official statement; preparation of the agreement among underwriters, purchase contract

and/or the official statement; assisting the underwriter in meeting the underwriter's due

diligence obligation; and delivery of a 10b-5 opinion. [

http://msrb.org/glossary/definition/underwriters-counsel.aspx]

110.   The S.E.C. *Report on the Municipal Securities Market*, dated July 31, 2012, addresses the

role of the underwriter's counsel thusly:

- The underwriter's counsel has "many responsibilities in a municipal financing including … (6) providing an opinion addressing the accuracy and completeness of the official statement (known as a "10b-5 opinion")." [S.E.C. Report, footnotes omitted, page 49]

- "A 10b-5 opinion (or due diligence opinion) "addressed to an underwriter by underwriter's counsel customarily states that, based on certain specified inquiries, nothing has come to such counsel's attention indicating that the official statement contains any misstatements of material facts or any material omissions." MSRB Glossary…." [S.E.C. Report, quoting the MSRB Glossary 2nd edition (2004), in footnote 278, page 49]

111.   The procedure "suggested" for the underwriter's counsel when an issue is "unseasoned" is a "particularly thorough investigation." [Ann J. Gellis[3], "Application of Securities Laws and Disclosure Standards," Chapter 8, in M. David Gelfand, *State & Local Government Debt Financing*, Thomson West, dated August 1997, Section 8:59.20, page 240.]

112.   Underwriter's counsel O'Neill & Borges was involved in the "discussions and inquiries concerning various legal and related subjects, and reviews of and reports on certain records, documents and proceedings of the System …. during which conferences the contents of the Official Statement and related matters were discussed and reviewed, and conducted such other due diligence as we considered necessary…. no information came to the attention of the attorneys in our firm…which leads us to believe that the Official Statement…contained

---

[3] As stated on page 1 of Chapter 8: "This revised Chapter 8 combines and updates Chapters 8 and 8A written by Robert Doty, Jeffrey Green, Lewis Horne, Jr. and John M. Gardner. Most of their original work has been left intact, but rearranged."

or contains any untrue statement of a material fact or omitted or omits to state a material

fact….” [Series A bonds, Tab 29-35; Series B bonds, Tab 26-32; Series C bonds, PDF pages

687-689]

113.   For its work on the Series A bonds, underwriter's counsel O'Neill & Borges [O&B]

received $233,333.33 from UBS on January 31, 2008 out of the UBS Underwriter's

Discount [Series A bonds, Final Closing Memorandum, page 4, Tab 38-48]

114.   Unlike the handling of the underwriter's counsel fees in the Series A bonds which were

paid directly by the underwriter out of its underwriter's discount, the underwriter's counsel

fees for the Series B bonds were paid out of the transaction's cost of issuance and to two

legal firms with O'Neill & Borges and Sidley Austin, LLP each receiving $233,333.33.

[Series B bonds, Final Closing Memorandum, June 2, 2008, Tab 38]

115.   O'Neill & Borges received $90,000 for its role as underwriter's counsel on the Series C

bonds and this amount was paid out of the transaction's cost of issuance. [Series C bonds,

Final Closing Memorandum, June 30, 2018, PDF page 755]

116.   For the Series B bonds, a second underwriter's counsel, Sidley Austin, LLP, also

"participated" in the "discussions and inquiries concerning various legal and related

subjects, and reviews of and reports on certain records, documents and proceedings of the

System …during which conferences the contents of the Official Statement and related

matters were discussed and reviewed, and conducted such other due diligence as we

considered necessary….no information came to the attention of the attorneys in our

firm…which leads us to believe that the Official Statement…contains any untrue statement

of a material fact or omitted or omits to state a material fact….” [Series B bonds, Tab 26-32]

117.   None of the four bond counsel and underwriter's counsel involved in the Series A, B

and/or C transactions, who received a total of $1,489,666.66 in fees (as specified in my

Appendix A), identified any legal problems that would suggest to a reasonable investor or

their clients (as show in the documents compiled in the bond transcripts for Series A, B and

C bonds) that any of the bonds were legally questionable.

**Financial Advisor**

118.   Financial advisors [FA] assist the Issue in making decisions regarding the borrowing

process.

119.   The 2010 Dodd-Frank Act required FAs to register as Municipal Advisors [M-A] and

imposed on them a federal fiduciary responsibility to the issuer, so M-As now are regulated

by the MSRB but not at the time of the issuance of the 2008 ERS bonds.

120.   The Government Development Bank for Puerto Rico [GDB] "acted as financial advisor

to the…." three series of ERS bonds [Series A bonds: Tab 4, page 51 of the Official

Statement; Series B bonds: Tab 3, page 49 of the Official Statement; Series C bonds: page

54 of the Official Statement].

121.   GDB "…engaged Mesirow Financial, Inc., Chicago, Illinois, as Financial Advisor (the

"Financial Advisor") in connection with the System's issuance and sale of the …Bonds."

[Series A bonds: Tab 4, page 55 of the Official Statement; Series B bonds: Tab 3, page 52 of

the Official Statement; and Series C bonds: page 57 of the Official Statement].

122.   Neither GDB nor Mesirow expressed any reservation in any of the three Official

Statements (for Series A, B, and C bonds) about the legality of the bonds or any differences

with the representations made in those market-oriented disclosure documents or any others

that are available to me.

123.   For their roles on Series A, B and C bonds, GDB received a total fee of $3,684,560.43

and Mesirow received $350,000, as detailed in my Appendix A.

## Credit Rating Organizations

124.   The function of a credit rating organization is to give potential (and current) investors an

independent and objective opinion (summarized in a credit rating) on the degree of risk

involved in purchasing a debt obligation.

125.   Credit rating organizations (also known as credit rating agencies or bond rating firms) are

required to be registered by the S.E.C. as "Nationally Recognized Statistical Rating

Organizations."

126.   Credit rating organizations assess the credit condition of municipal bond transactions and

issuers by examining several key factors (slightly different per credit rating firm and the

specific type of transaction) that help distinguish credits from one another: financial

condition; debt levels; socio-economic conditions; and, governance (including legal

protections for debt holders).

127.   In its report on the Series A bonds, Moody's Investors Service identified only two factors

that "could move the rating – DOWN" and neither factor alerted a reasonable investor of

any risk to the legality of the bonds. [Series A bonds, Tab 38-48, PDF page 14]

128.   In a Congressional hearing on the topic of "Municipal Bond Turmoil" by the Committee

on Financial Services of the U.S. House of Representatives that was held on March 12,

2008, the point was made (by the State of New York Superintendent of Insurance) that

despite errors by the rating agencies in the period leading up to the Great Recession they still serve a purpose because "…it is impossible for credit providers, loan givers and investors to make all of those individual distinctions…." [page 26].

129.   A senior managing director of Moody's Investors Service [Laura Levenstein] testified at the aforementioned 2008 House hearing that "one of the primary values municipal investors have historically sought from our ratings, [is] namely, the ability to differentiate the relative credit risk among various municipal securities. We have been told by many investors that not providing that differentiation would make the market less transparent, more opaque, and presumably less efficient for both investors and issuers." [page 70].

130.   Moody's Investors Service, on January 7, 2008, assigned a new rating of Baa3 to the ERS Series A Bonds and said it "… is the same as the commonwealth's general obligation rating." Moody's did not raise any questions about the legal validity of the Bonds. [Series A bonds, Tab 38-48]

131.   There was no change in the Baa3 bond rating assigned by Moody's Investors Service to the Series A bonds even after separate credit reviews for ERS Series B bonds and Series C bonds. [Series A bonds Tab 38-45; Series B Bonds, Tab 39; Series C bonds, PDF page 757]

132.   The ratings assigned to the Series A bonds by Standard & Poor's and Fitch (both BBB-) did not change for Series B and C bonds, and Fitch even labeled the "rating outlook" as stable. [Series B Bonds, Tab 39; Series C bonds, PDF page 757 to 764]

133.   For their role as independent credit rating organizations on the Series A, B and C transactions, the three firms received a total of $1,131,000, as identified in my Appendix A.

**Commonwealth of Puerto Rico Officials**

134.  The ERS Board of Trustees includes the Puerto Rico Secretary of the Treasury, the President of the Government Development Bank and others. [Official Statements found at Series A, Tab 4, Official Statement, page 8; Series B, Tab 3, Official Statement, page 8; and, Series C, PDF page 343]

135.  To "induce" the Contract of Purchase between the underwriter and ERS for each series of bonds, the Acting Secretary of the Treasury of the Puerto Rico certified for each of the Series A, B, and C bonds in separate 'Letter of Representations' to the underwriter and ERS: "…the terms of which are hereby approved, and to make the offering and sale of the Bonds therein contemplated, the Commonwealth, intending to be legally bound, hereby represents, warrants and agrees with each of you the following: (a) The Commonwealth has full legal right, power and authority to enter into this Letter of Representations …." [Series A bonds, Tab 38-48, January 30, 2008; Series B bonds, Tab 39-46, June 2, 2008; and, Series C bonds, June 26, 2008, PDF pages 802-803]

136.  The Secretary of Justice of the Commonwealth of Puerto Rico certified in separate letters for each of the Series A, B, and C bonds that the representations "executed" by the (Acting) Secretary of Treasury of Commonwealth of Puerto Rico concerning the bonds "constitute the legal, valid and binding agreements of the Commonwealth….[and] All legislation, authorizations, consents and approvals necessary to fulfill in all material respects the terms and conditions and to carry out the transactions contemplated…are in full force and effect or have been obtained, as applicable, and no further legislation, authorization, consent or approval is required for such purposes." [Series A bonds, Tab 29-35, January 31, 2008;

Series B bonds, Tab 26-32, June 2, 2008; and, Series C bonds, June 30, 2008, PDF pages

703-704]


**Market Utilities**

137.   Market efficiency means that prices reflect all available, relevant information. [George A.

Akerlof, "The Market for 'Lemons': Quality Uncertainty and the Market Mechanism, *The*

*Quarterly Journal of Economics*, 84:3 (August, 1970), 488-500]

138.   Market efficiency rests upon ease in the clearing and settlement of transactions between

trading parties. [Maureen O'Hara, *Market Microstructure Theory*, Cambridge, MA:

Blackwell Publishers, 1995]

139.   Moving from physical trades to registered electronic trades advances market efficiency.

[Securities and Exchange Commission, *Report on the Municipal Securities Market*, July 31,

2012]

140.   Financial institutions created, and U.S. market regulators sanction, a market utility to

provide its members with an efficient and transparent post-trade infrastructure – the

Depository Trust & Clearing Corporation [DTCC].

141.   A uniform, universally accepted numbering system for financial instruments facilities

their expeditious and efficient settlement and transfer.

142.   Financial institutions created and U.S. market regulators require the assignment of

CUSIP (Committee on Uniform Securities Identification Procedures of the American

Bankers Association) numbers on securities. [e.g., MSRB, Rule Book, Rule G-34]

143.   CUSIP numbers reflect the differences in securities that are relevant to trading and

investment decisions.

144.   Since the 1982 Tax Equity and Fiscal Responsibility Act which discontinued the issuance

of bearer bonds, municipal securities are book entry and immobilized as fully-registered

securities registered in the name of Cede & Co, the partnership nominee of the Depository

Trust Company which is the securities depository; DTC is a wholly-owned subsidiary of the

Depository Trust & Clearing Corporation [DTCC].

145.   According to the S.E.C.: "When securities are held in street name, there is a legal

distinction between the nominee who has legal status as the registered securityholder, and

the person with economic or beneficial ownership of the security. Securities held in street

name are legally owned by and registered in the name of the depository's nominee (most

often DTC's nominee, Cede & Co.). The individual investor's broker (or other

intermediary) who is a member or participant of the depository will be identified on the

books of the depository as having a "securities entitlement" [4] to a pro rata share of the

fungible bulk of that security held by the depository. Correspondingly, the individual

investor will be identified on the books of the depository participant (his or her broker or

other intermediary) as having a securities entitlement to a pro rata share of the securities in

which the participant has an interest." [S.E.C. Release 34-76743, File No. S7-27-15,

"Transfer Agent Regulations," December 22, 2015, pages 38 and 39, footnotes omitted]

146.   According to Robert Doty: "From the perspective of issuers and borrowers, municipal

securities are not owned any longer in a literal sense by the actual investors in those

securities or even by the investors' brokers or dealers. Instead, municipal securities are

owed in electronic form by book-entry through the Depository Trust Company (DTC)."

---

[4] Original footnote 115 refers to the Uniform Commercial Code for a definition; the term generally means the enumerated economic benefits of owning the security.

[Robert Doty, *Bloomberg Visual Guide to Municipal Bonds*. New York: Bloomberg Press/Wiley, 2012, page 166]

147.   The electronic book-entry system enables issuers and investors to avoid the costs and risks associated with physical certificates: book-entry securities are easier to trade (for both the holder and the issuer), with no risk of loss of the physical certificates and reduced recording burden for the issuer, and are easier for the issuer to administer. Under this system, "the principal mechanism through which securities trades are settled is not delivery of certificates or registration of transfers on the issuer's books, but netted settlement arrangements and accounting entries on the books of a multi-tiered pyramid of securities intermediaries." [Uniform Commercial Code, Article 8, Investment Securities, Prefatory Note, Section I.D]

148.   The DTC blanket issuer letter of representations incorporates sample offering document language that describes book-entry-only issuance: "To facilitate subsequent transfers, all securities deposited by Direct Participants [member regulated financial institutions] with DTC are registered in the name of DTC's partnership nominee Cede & Co., or such other name as may be requested by an authorized representative of DTC. The deposit of Securities with DTC and their registration in the name of Cede & Co. or such other DTC nominee do not effect any change in beneficial ownership. DTC has no knowledge of the actual Beneficial Owners of the Securities; DTC's records reflect only the identity of the Direct Participants to whose accounts such Securities are credited, which may or may not be the Beneficial Owners." [DTC, Blanket Letter of Representations, Schedule A, point 4; as used in Series C bonds, Official Statement, Appendix VIII: Book Entry Systems, PDF page 538, at 539]

149.   Underwriters have to apply to DTC to have a particular municipal security deemed
eligible (that is freely tradable and fungible) for the depository and book-entry services of
DTC. [DTC, "New Issue Eligibility" https://www.dtcc.com/settlement-and-asset-
services/underwriting/new-issue-eligibility]

150.   According to MSRB Rule G-34: "[t]he New Issue Information Dissemination Service
[NIIDS]… [is] an automated, electronic system operated by DTCC as part of its
underwriting eligibility request platform, UW Source, that receive comprehensive new issue
information for municipal securities on a market-wide basis for the purposes of establishing
depository eligibility and immediately re-disseminating such information to information
vendors supplying formatted municipal securities information for use in automated trade
processing systems." [MSRB, Rule Book, October 1, 2019, Rule G-34 (a)(ii)(C)(3)(b), page
290]

151.   According to DTC: "To request eligibility for a new or secondary …municipal debt…, a
user of this service must submit securities offering data and offering documentation (e.g.,
prospectus, official statement, the offering memorandum) via Underwriting's online
platform Securities Origination, Underwriting and Reliable Corporate action Enforcement
(UW SOURCE)." [DTC, New Issue Eligibility, https://www.dtcc.com/settlement-and-asset-
services/underwriting/new-issue-eligibility]

152.   MSRB Rule G-34 requires that an underwriter must submit all necessary information to
the DTCC NIIDS system at the time of formal award, defined as "the later of the time the
contract to purchase the securities from the issuer is executed or the time the issuer notifies
the underwriter of its execution." [MSRB Rule Book, Rule G-34 (a)(ii)(C)(1)(a)(B), page
290]

153.   DTC states that it "… does not in any way undertake to, and shall not have any responsibility to, monitor or ascertain the compliance of any transactions in the [DTC eligible] Securities with … any other local, state, federal, or foreign laws or regulations thereunder." [DTC, Operational Arrangements Necessary for an Issue to Become and Remain Eligible for DTC Services, February 2002, Section A.7.b.]

154.   ERS Series A, B, and C bonds were registered under the DTC book-entry only system. [Cover sheets of the respective Official Statements found at Series A, Tab 4; Series B, Tab 3; and, Series C, Document 4]

155.   At the time of initial issuance, ERS registered the ownership of the bonds in the name of Cede & Co., the nominee of DTC. Cede & Co. remains the registered owner of each ERS bond.

156.   Making either DTC or purchases of securities entitlements responsible for reviewing legislation or conducting other diligence in connection with bond issues or secondary market purchases could impede issuer access to financial markets, with a resulting decrease in the efficiency of government operations. Imposing such risks could reduce demand, increase interest rates paid by issuers, limit negotiability of municipal bonds, and impair bond values.

**Reasonable Expectations of the Investing Public**

157.   The initial sale of the debt instrument constitutes the primary market while the secondary market refers to subsequent trades.

158.   To be effective, market-oriented disclosures by the debt issuer must be accurate, complete and timely.

159.  The creation and functioning of a national, if not global, capital market depends upon disclosures where officials and professionals at each step in the debt issuance process exercise due diligence in their roles on behalf of potential investors.

160.  The parties involved, and benefiting in one form or another from the debt transactions, include ERS officials, Commonwealth officials, financial advisors, bond counsel, underwriters, underwriter counsel, fiscal agents, fiscal agent counsel, bond rating organizations, the financial industry's utilities (DTC and CUSIP) and, ultimately, the taxpayers and residents of the Commonwealth of Puerto Rico.

161.  A reasonable investor cannot be expected to substitute her judgment on the legality of a bond when the legal experts (namely the Bond Counsel and General Counsel) charged with knowing the full basis of authority to borrow formally opine that such bonds are "legal, valid and binding", or, as the General Counsel also stated, the bonds are "duly and validly authorized and issued."

162.  A reasonable investor cannot be expected to repeat the due diligence assignments of the officials and parties intimate to the transaction, much less uncover basic information than those parties did not find.

163.  A reasonable investor is highly likely to find the omission in disclosure documents and subsequent market-oriented disclosures that ERS bonds were in any way questionable legal and valid instruments as surely altering the total mix of information useful in making an investment decision.

164.  Prior to the May 1, 2019 notice about the claim at issue here, there was no disclosure by ERS to the MSRB EMMA facility, as required by S.E.C. Rule 15c2-12, of any question about the rights of security holders being so fundamentally at risk.

165.   It would be a material fact for a reasonable investor to know that the ERS bonds were or

could be claimed invalid.

166.   Post-issuance invalidation of bonds is a more severe action for an investor than a bond

default or municipal bankruptcy.

167.   Post-issuance invalidation of bonds undermines the confidence of the investing public.


## VI. CONCLUSIONS

Based on my analysis to date, I conclude:

168.   The functioning of a market depends upon the proposition that investors can rely upon

the actions, opinions and representations by responsible officials and parties to the particular

transactions at the time of the original issuance.

169.   The ERS debt obligations were sold to lenders based upon specific and critical assurances

incorporated in the ERS market disclosure documents such as the Preliminary Official

Statements and the final Official Statements as well as any other disclosures.

170.   Those market-oriented disclosure documents specified that the debt obligations were

legal and binding on the ERS.

171.   The ERS bonds were issued with written legal opinions by its General Counsel and an

independent bond counsel firm, both attesting that Series A, B and C bonds were legal and

valid. In each transaction there was an underwriters' counsel with due diligence

responsibilities.

172.   Each of three different independent credit rating organizations conducted its own due

diligence reviews and then signaled to investors through credit ratings that ERS could be

expected to pay back the investors on time and in full.

173.  The ERS bonds were sold directly to underwriters in one total amount for each series of bonds.

174.  ERS borrowed directly from the underwriters instead of retail or institutional investors since it was the underwriters whose money was transferred to ERS.

175.  The Fiscal Agent under the Bond Resolution and the market utility, the Depository Trust Corporation [DTC], accepted legal title to the ERS bonds after receiving details (as provided in the Preliminary Official Statements and/or the final Official Statements) about the security and structure undergirding each transaction.

176.  DTC is the only holder of the single global security for each maturity and all other transactions are electronic through book entry.

177.  Another market utility is CUSIP Global Services [CUSIP] which assigned unique identifiers after receiving similar details. Each maturity in Series A, B and C series bonds was assigned a unique identifier, referred to as a CUSIP number, and the bonds were denominated in $5,000 principal amounts and integral multiples thereof.

178.  Investors in Series A, B and/or C bonds did not, and do not, transfer any money to ERS when purchasing ERS debt obligations.

179.  The most recently disclosed audited financial statement of the Commonwealth of Puerto Rico includes the ERS pension obligation bonds as a liability, as attested to by its independent auditor which is the same auditor that attested to the ERS audited financial statement.

180.  Making either the purchasers of securities entitlements or DTC responsible for reviewing legislation or conducting other diligence in connection with bond issues or secondary market purchases could impede issuer access to financial markets, with a resulting decrease

in the efficiency of government operations. Imposing such risks could reduce demand,

increase interest rates paid by issuers, limit negotiability of municipal bonds, and impair

bond values.

181.   A reasonable investor cannot be expected to uncover material facts that vary from what

the professionals involved with the transaction state in market-oriented certifications.

**All of the foregoing opinions and conclusions have been rendered within a reasonable
degree of public finance certainty.**

Signature:

Date: July 1, 2020

## APPENDIX A
### PROCEEDS AND USES OF SERIES A, B AND C BONDS OF EMPLOYEES RETIREMENT SYSTEM OF THE COMMONWEALTH OF PUERTO RICO

| | Series A | Series B | Series C | Total | Percentage of Par |
|---|---|---|---|---|---|
| **PROCEEDS** | | | | | |
| Par | $1,588,810,799.60 | $1,058,634,613.05 | $300,202,930.00 | $2,947,648,342.65 | |
| Less: Original Issue Discount | ($1,663,850.00) | ($6,225,500.00) | | ($7,889,350.00) | |
| Total Proceeds | $1,587,146,949.60 | $1,052,409,113.05 | $300,202,930.00 | $2,939,758,992.65 | |
| | | | | | |
| **USES** | | | | | |
| Underwriter's Discount | $16,755,153.62 | $5,293,173.07 | $4,683,165.71 | $26,731,492.40 | 0.91% |
| Debt Service Reserve Fund | $46,982,352.66 | $25,791,551.54 | $9,148,607.98 | $81,922,512.18 | 2.78% |
| Capitalized Interest Fund | $93,737,392.13 | | | $93,737,392.13 | 3.18% |
| Cost of Issuance: | | | | | 0.00% |
| Bond Counsel (FGR) | $350,000.00 | $350,000.00 | $135,000.00 | $835,000.00 | 0.03% |
| Previous Bond Counsel (NB) | $98,000.00 | | | $98,000.00 | 0.00% |
| Underwriters Counsel (O&B) | | $233,333.33 | $90,000.00 | $323,333.33 | 0.01% |
| Underwriters Counsel (Sidley) | | $233,333.33 | | $233,333.33 | 0.01% |
| Fiscal Agent / Trustee Counsel | $15,000.00 | $15,000.00 | $15,000.00 | $45,000.00 | 0.00% |
| Fiscal Agent / Trustee Acceptance Fee | $4,000.00 | $4,000.00 | $4,000.00 | $12,000.00 | 0.00% |
| Financial Advisor (Mesirow) | $175,000.00 | $175,000.00 | | $350,000.00 | 0.01% |
| Auditor Fees (KPMG/Parissi) | $34,000.00 | $50,000.00 | $34,000.00 | $118,000.00 | 0.00% |
| Structuring Fee (Merrill Lynch) | | $1,500,000.00 | | $1,500,000.00 | 0.05% |
| Marketing | $35,675.98 | | $15,000.00 | $50,675.98 | 0.00% |
| Printing | $47,000.00 | | $25,000.00 | $72,000.00 | 0.00% |
| CUSIP Fee | | | $296.00 | $296.00 | 0.00% |
| S&P | $175,000.00 | | $48,000.00 | $223,000.00 | 0.01% |
| Moody's | $175,000.00 | | $150,000.00 | $325,000.00 | 0.01% |
| Moody's Maintenance Fee | $193,000.00 | | | $193,000.00 | 0.01% |
| Fitch | $240,000.00 | | $150,000.00 | $390,000.00 | 0.01% |

| | | | | | |
|---|---|---|---|---|---|
| GDB Fee | $1,986,013.50 | $1,323,293.27 | $375,253.66 | $3,684,560.43 | 0.13% |
| Contingency | $50,000.00 | $100,000.00 | $200,000.00 | $350,000.00 | 0.01% |
| Global Insight | $92,000.00 | $25,000.00 | $92,500.00 | $209,500.00 | 0.01% |
| Total Cost of Issuance | $3,669,689.48 | $4,008,959.93 | $1,334,049.66 | $9,012,699.07 | 0.31% |
| Total Uses: | $161,144,587.89 | $35,093,684.54 | $15,165,823.35 | $211,404,095.78 | 7.48% |
| | | | | | |
| Actual Proceeds to ERS | $1,426,002,361.71 | $1,017,315,428.51 | $285,037,106.65 | $2,728,354,896.87 | |
| as Percentage of Par | 89.75% | 96.10% | 94.95% | 92.56% | |

APPENDIX B

## WILLIAM BARTLEY HILDRETH
Expert Witness Engagements Last Three Years

In re: The Financial Oversight and Management Board for Puerto Rico (debtor)
PROMESA Title III
Peaje Investments LLC, against Puerto Rico Highways & Transportation Authority, et al.
U.S. District Court for the District of Puerto Rico
Adversary Proceeding No. 17-151-LTS, No. 17-152-LTS
Expert Opinion Report filed
Deposition Testimony, August 2017
Trial Testimony, August 2017
Peaje Investments LLC

Robert F. Cherry, Jr., et al. v. Mayor and City Council of Baltimore City
Circuit Court for Baltimore City, Maryland
Case No. 24-C-18-004670 [November 2018]
Rebuttal Expert Report filed
Robert F. Cherry

Town of Apple Valley v. Apple Valley Ranchos Water Company
Superior Court of the State of California, County of San Bernardino
Case No. CIVDS 1600180
Expert Opinion Report filed
Deposition Testimony, August 2019
Trial Testimony, November 2019
Apple Valley Ranchos Water Company

APPENDIX C

References

ERS Ultra Vires Documents (set of documents from attorneys)
UBS-ERS_Ultra_Vires-0043861
UBS-ERS_Ultra_Vires-0076149
UBS-ERS_Ultra_Vires-0087856


Akerlof, George A. "The Market for 'Lemons': Quality Uncertainty and the Market Mechanism, *The Quarterly Journal of Economics*, 84:3 (August, 1970), 488-500.

Amdursky, Robert S. and Clayton P. Gillette, *Municipal Debt Finance Law: Theory and Practice*, Boston: Little, Brown and Company, 1992.

Commonwealth of Puerto Rico, Basic Financial Statement and Required Supplementary Information, June 30, 2016 (with Independent Auditor's Report Thereon), dated May 3, 2019.

Commonwealth of Puerto Rico, Retirement of Government Employees – Amendment (H.B. 1346, No. 46, approved June 29, 1988 [Dowd, Exhibit No. 7]

Depository Trust & Clearing Corporation, https://dtcc.com

Depository Trust & Clearing Corporation, Blanket Letter of Representations.

Depository Trust & Clearing Corporation, "Underwriting," https://www.dtcc.com/settlement-and-asset-services/underwriting/faqs/eligibility

Depository Trust & Clearing Corporation, "New Issue Eligibility" https://www.dtcc.com/settlement-and-asset-services/underwriting/new-issue-eligibility

Depository Trust & Clearing Corporation, Life Cycle of a Security, 2010.

Depository Trust & Clearing Corporation, Operational Arrangements, July 2019. http://www.dtcc.com/~/media/Files/Downloads/Settlement-Asset-Services/Underwriting/operational-arrangements.pdf.

Depository Trust & Clearing Corporation, FAQS: How Issuers Work With DTC https://www.dtcc.com/settlement-and-asset-services/issuer-services/how-issuers-work-with-dtc

Depository Trust & Clearing Corporation, New Issue Information Dissemination Service (NIIDS), https://www.dtcc.com/settlement-and-asset-services/underwriting/new-issue-information-dissemination-service

Depository Trust Company, Operational Arrangements Necessary for an Issue to Become and Remain Eligible for DTC Services, February 20, 2002.

Doty, Robert, "Municipal Securities Law and Disclosure Developments," *Municipal Finance Journal* 27:4 (Winter 2007), 55-88.

Doty, Robert, "Municipal Securities Law and Disclosure Developments – Continued Expansion and a Market in Flux: Part 1," *Municipal Finance Journal* 28:4 (Winter 2008), 63-101.

Doty, Robert, "Municipal Securities Law and Disclosure Developments – Continued Expansion and a Market in Flux: Part 2," *Municipal Finance Journal* 29:1 (Spring, 2008), 31-75.

Doty, Robert, *Bloomberg Visual Guide to Municipal Bonds*. New York: Bloomberg Press/Wiley, 2012.

Employees Retirement System of Government of the Commonwealth of Puerto Rico, Basic
    Financial Statements and Required Supplementary Information, June 30, 2014, dated June
    1, 2016.

Employees Retirement System of Government of the Commonwealth of Puerto Rico, "Annual
    Financial Information and Operating Data pursuant to Rule 15c2-12" for the fiscal period of
    2017-18, May 1, 2019. https://emma.msrb.org/ER1220073-ER955038-ER1356043.pdf

Employees Retirement System of Government of the Commonwealth of Puerto Rico,
    https://www.retiro.pr.gov/

Ettlinger, Michael and John Koehane, "Responsibilities of Bond Counsel," chapter 36, page 708, in
    Robert Lamb, James Leigland and Stephen Rappaport, *The Handbook of Municipal Bonds
    and Public Finance*, New York: New York Institute of Finance, 1993.

Fippinger, Robert A. and Edward L. Pittman, "Disclosure Obligations of Underwriters of
    Municipal Securities," *The Business Lawyer*, 47:1 (November 1991), 127-156.

Gellis, Ann J. "Application of Securities Laws and Disclosure Standards," Chapter 8, in M. David
    Gelfand, *State & Local Government Debt Financing*, Thomson West, August 1997.

Moak, Lennox L. *Municipal Bonds: Planning, Sale and Administration.* Chicago: Municipal
    Financial Officers Association, 1982.

Municipal Securities Rulemaking Board, Rule A-13 Interpretive Guidance, "Underwriting
    assessment: application to private placements," February 22, 1982.

Municipal Securities Rulemaking Board, Glossary, http://msrb.org/glossary/

Municipal Securities Rulemaking Board, Note 2008-23, Notice of Filing of Proposed Rule Change
    to Require Underwriter Registration and Testing with DTCC's NIIDS System, May 9,
    2008.

Municipal Securities Rulemaking Board, "Potential Applicability of MSRB Rules to Certain
    "Direct Purchases" and "Bank Loans," MSRB Notice 2011-52, September 12, 2011.
    http://msrb.org/Rules-and-Interpretations/Regulatory-Notices/2012/2012-18.aspx

Municipal Securities Rulemaking Board, Rule Book, October 1, 2019. [includes Rules G-34]

Municipal Securities Rulemaking Board, Letter to Securities and Exchange Commission, Proposed
    Exemption Order (File No. S7-16-19), December 9, 2019.

Municipal Securities Rulemaking Board, https://msrb.org

Municipal Securities Rulemaking Board, https://emma.msrb.org

National Association of Bond Lawyers, *Direct Purchases of State or Local Obligations by
    Commercial Banks and Other Financial Institutions*, Washington, DC, July 2017.

O'Hara, Maureen, *Market Microstructure Theory*, Cambridge, MA: Blackwell Publishers, 1995.

Securities and Exchange Commission, *Statement of the Commission Regarding Disclosure
    Obligations of Municipal Securities Issuers and Others*, Federal Register, vol. 59, no. 52,
    March 17, 1994.

Securities and Exchange Commission, Rule 15c2-12, S.E.C. Release No. 34-26985, 54 Fed. Reg.
    28799 (July 10, 1989).

Securities and Exchange Commission, *Report on the Municipal Securities Market*, July 21, 2012

Securities and Exchange Commission, Release 34-76743, File No. S7-27-15, "Transfer Agent
    Regulations," December 22, 2015

Securities and Exchange Commission, Staff Legal Bulletin No. 21, "Application of Antifraud
    Provisions to Public Statements of Issuers and Obligated Persons of Municipal Securities in
    the Secondary Market", February 7, 2020.

Securities and Exchange Commission, https://www.sec.gov/about.shtml

Securities and Exchange Commission, https://www.sec.gov/municipal/oms-enforcement-actions.html

U.S. House of Representatives, Committee on Financial Services, Municipal Bond Turmoil: Impact on Cities, Towns, and States, Hearings, March 12, 2008, https://www.govinfo.gov/content/pkg/CHRG-110hhrg41730/pdf/CHRG-110hhrg41730.pdf

Uniform Commercial Code, Article 8, Investment Securities, Prefatory Note, Section I.D.

**APPENDIX D:**

**W. BARTLEY HILDRETH**

Andrew Young School of Policy Studies
Georgia State University
P.O. Box 3992
Atlanta, Georgia 30302-3992
Phone: 404-413-0271, Fax: 404-413-0248
Office: 14 Marietta Street, N.W., Suite 430 (zip
30303)

Email: BartHildreth@gsu.edu
Professional web page:
https://BartHildreth.com
SSRN: http://ssrn.com/author=15385

**EDUCATION**

B.A. (Political Science), University of Alabama, 1971
M.P.A. (Public Administration), Auburn University at Montgomery, 1974
Ph.D. (Public Administration), University of Georgia, 1979

**ACADEMIC APPOINTMENTS**

Professor (with Tenure), Department of Public Management and Policy, Andrew Young School of Policy
Studies, Georgia State University, Atlanta, Georgia, July 2009 – present.

> Faculty Affiliate, Center for State and Local Finance, Andrew Young School of Policy
> Studies, 2014 to present.

> Faculty Affiliate, Fiscal Research Center, Andrew Young School of Policy Studies, 2010 to
> present.

> Faculty Affiliate, Philosophy, Politics and Economics (PPE) Program, Georgia State
> University, 2017 to present.

> Dean, Andrew Young School of Policy Studies, Georgia State University, Atlanta, Georgia,
> July 2009 to March 2010.

Regents Distinguished Professor of Public Finance (with Tenure and voting rights in two colleges), public
administration faculty of the Hugo Wall School of Urban and Public Affairs in the Lindquist College of
Liberal Arts and Sciences, and finance faculty of the W. Frank Barton School of Business, Wichita State
University, Wichita, Kansas, 1994 to 2009.

> Director, Kansas Public Finance Center, Hugo Wall School of Urban and Public Affairs,
> Wichita State University, 1994 to 2009.

> Interim Dean, W. Frank Barton School of Business, Wichita State University, Wichita,
> Kansas, August 2007 to June 2008.

Professor (with Tenure), Public Administration Institute, College of Business Administration, Louisiana State University, Baton Rouge, LA, 1990 to 1994.

Associate Professor (with Tenure), Public Administration Institute, College of Business Administration, Louisiana State University, Baton Rouge, LA, 1985 to 1990.

Associate Professor of Finance and Public Administration (with Tenure), College of Business Administration and Graduate School of Management, Kent State University, Kent, OH, 1984 to 1985 (on unpaid leave of absence).

Assistant Professor of Finance and Public Administration, College of Business Administration and Graduate School of Management, Kent State University, Kent, OH, 1979 to 1984.

**SIGNIFICANT PROFESSIONAL HONORS AND APPOINTMENTS**

Editor-in-Chief, <u>Municipal Finance Journal</u>, 1989 to present.

2012 Elected Fellow, National Academy of Public Administration.

Member, Board of Directors, Municipal Securities Rulemaking Board, 2012 to 2015.

Aaron B. Wildavsky Award for Lifetime Scholarly Achievement in Public Budgeting and Financial Management, awarded in 2008 by the Association for Budgeting and Financial Management of the American Society for Public Administration.

Industry Award for contributions in advancing the municipal bond industry, National Federation of Municipal Analysts, May 2017.

Fulbright scholar and Visiting Research Chair in Public Policy, McGill Institute for the Study of Canada, McGill University (Montreal, Quebec), Fall 2005.

**PUBLICATIONS**

**Articles**

"Does Financial Slack Reduce Municipal Short-Term Borrowing?" <u>Public Budgeting & Finance</u>, 38:1 (Spring 2018), 95-113. With Min Su.

"Impact of Bankruptcy Eligibility Requirements and Statutory Liens on Borrowing Costs," <u>Public Budgeting & Finance</u>, 37:4 (Winter 2017), 47-73.  With Temirlan T. Moldogaziev and Sharon N. Kioko. Winner of the Jesse Burkhead Award for Best Article in the journal in 2017.

"The Past and Future of Municipal Securities: Fortieth Anniversary of the Municipal Securities Rulemaking Board," <u>Municipal Finance Journal</u>, 37:1 (Spring 2016), 1-23. Moderator, with Christopher Taylor, Lynnette Kelly, Robert Doty, and Rick A. Fleming.

"A Descriptive Analysis of the Municipal Advisors Market," <u>Municipal Finance Journal</u>, 34:4 (Winter 2014), 69-98. With Martin Luby.

"What are General Obligation Bonds? Reactions to 'Diversity and Default Risks of Municipal Bonds'", Municipal Finance Journal, 34:2 (Summer 2013), 89-98.

"Finance Managers' Propensity to Save," Journal of Public Budgeting, Accounting & Financial Management, 24:2 (Summer 2012), 313-349. With Samuel J. Yeager, Gerald J. Miller, and Jack Rabin.

"Government-Wide Financial Statements and Credit Risk," Public Budgeting & Finance, 32:1 (Spring 2012), 80-104. With Craig L. Johnson and Sharon N. Kioko. Winner of the Jesse Burkhead Award for Best Article in the journal in 2012.

"Frederickson's Social Equity Agenda Applied: Public Support and Willingness to Pay," Public Integrity, 14:1 (Winter 2011-12), 19-37. With Mark Glasser, Brandon J. McGuire and Corinne Bannon.

"State Government Catastrophe Risk Financing and the Capital Markets," National Tax Association: Proceedings of the 104th Annual Conference on Taxation, (2011), 56-61. With Gerald J. Miller and Emefa Sewordor.

"Implications of Successful Career Paths of Top Local Government Finance Managers," Public Budgeting & Finance, 30:4 (Winter 2010), 81-96.  With Samuel J. Yeager, Gerald J. Miller, and Jack Rabin.

"Mapping a Field's Development: 20 Years of ABFM Conferences," Public Budgeting & Finance, 29:3 (Fall 2009), 15-27. With Michael Woodrum.

"The Financial Logistics of Disaster: The Case of Hurricane Katrina," Public Performance & Management Review, 32:3 (March 2009), 400-436.

"Estimates of the Uniform and Equal Property Tax Base before Exemptions," National Tax Association: Proceedings 100th Annual Conference on Taxation 2007 (placed in 101st proceedings by mistake, 1-13; and printed in State Tax Notes 49:6, August 11, 2008).  With John D. Wong and Glenn W. Fisher.

"The Relative Effects of Supervisors Emphasizing Ethical Behavior Versus Political Responsiveness," Public Integrity 9:3 (2007), 265-281. With Samuel J. Yeager, Gerald J. Miller, and Jack Rabin.

"Sizing up Kansas Finances." Kansas Policy Review 29:1 (Spring 2007), 13-21. With Glenn Fisher, H.Edward Flentje and John D. Wong.

"What Difference Does Having an MPA Make?" Journal of Public Administration Education 13:2 (2007), 147-167. With Samuel J. Yeager, Gerald J. Miller, and Jack Rabin

"Canadian and American Federalism in the Capital Markets: Comparative Debt Financing, Canadian Foreign Policy 12:3 (2006), 93-104.

"Leading the Way to Better Budgeting," Government Finance Review (Issue devoted to Centennial Anniversary of GFOA), 22:2 (April 2006), 50-58.

"Federalism and Capital Markets in Canada and the U.S.: Financing Infrastructure in the Wake of Hurricane Katrina," Policy Options/Politiques 27:1 (December 2005-January 2006), 39-45.

"Fiscal Trends in Kansas: Taxing, Spending and Borrowing." Kansas Policy Review, 28:1 (Spring 2006), 21-30. With H. Edward Flentje.

"The Evolution of the State and Local Government Municipal Debt Market Over the Past Quarter Century," Public Budgeting & Finance, Special Issue 2005, 127-153. With Kurt Zorn. Reprinted in: Mikesell, John L. and Daniel R. Mullins, ed., The Evolution of Public Finance and Budgeting: A Quarter Century of Developments (Oxford, UK: Blackwell, 2006), Chapter 6, 125-151.

"Interstate Tax Uniformity and the Multistate Tax Commission," National Tax Journal 58:3 (September, 2005), 575-589. With Matt Murray and David Sjoquist.

"How Financial Managers Deal with Ethical Stress," Public Administration Review 65:3 (May/June 2005), 301-312.  With Gerald J. Miller, Samuel J. Yeager and Jack Rabin.

 "The Theme of Public Finance in the Amusement Park Industry," National Tax Association: Proceedings 95th Annual Conference on Taxation 2002, pp. 409-415.  With John D. Wong

"Debt and the Local Economy: Problems in Benchmarking Local Government Debt Affordability," Public Budgeting & Finance 22:4 (Winter 2002), 99-113. With Gerald J. Miller.

"Service Delivery Satisfaction and Willingness to Pay Taxes: Citizen Recognition of Local Government Performance," Public Productivity & Management Review 23:1 (1999), 48-67. With Mark Glaser.

"State Initiatives in Transportation Investment: The Evolution from Anti-Debt to Debt Financed Programs in Kansas," National Tax Association: Proceedings 92nd Annual Conference on Taxation 1999, pp. 148-154.  With H. Edward Flentje.

"Implications of Retail Competition for Kansas Municipal Electric Utilities and Municipalities," National Tax Association:  Proceedings of 90th Annual Conference on Taxation 1997, pp. 129-134.  With John D. Wong and H. Edward Flentje.

"Should there be an Accreditation Program for Finance and Budget Offices?" Public Budgeting & Finance 18:2 (Summer 1998), pp. 18-27.

"Stranded Costs in Kansas Municipal Electric Utilities," Municipal Finance Journal 19:3 (Fall 1998), pp. 44-55.

"Kansas Municipal Electric Utilities in Perspective," Municipal Finance Journal 19:2 (Summer 1998), pp. 41-57. With Carol McMillan.

"The Context of Change Facing Municipal Electric Utilities," Municipal Finance Journal 19:1 (Spring 1998), pp. 16-30.

"Strategic Issues Confronting a Municipal Electric Utility in a Competitive Environment," Municipal Finance Journal 19:1 (Spring 1998), pp. 43-48. With John D. Wong and H. Edward Flentje.

"Financial Management:  A Balancing Act for Local Government Chief Financial Officers," <u>Public Administration Quarterly</u> 20:3 (Fall 1996), pp. 320-342.  Reprinted in: Watson, Douglas J. and Wendy L. Hassettt (Editors), <u>Local Government Management: Current Issues and Best Practices</u> (Armonk, NY: M. E. Sharpe, Inc. and the American Society for Public Administration "Classics Series", 2003).

"A Profile of Discontinuity Between Citizen Demand and Willingness to Pay Taxes:  Comprehensive Planning for Park and Recreation Investment," <u>Public Budgeting & Finance</u> 16:4 (Winter 1996), pp. 96-113.  With Mark Glaser.

"Strategic Public Planning:  External Orientations and Strategic Planning Team Members," <u>American Review of Public Administration</u> 23:4 (December 1993), pp. 307-318. With Gary Bruton. Reprinted in: Rabin, Jack, Gerald J. Miller and W. Bartley Hildreth (editors), <u>Handbook of Strategic Management</u> (New York: Marcel Dekker, Inc., 2000).

"Federal Financial Management Control Systems:  An Integrative Framework," <u>Public Budgeting & Finance</u> 13:1 (Spring 1993), pp. 77-86.  Reprinted in: Savoie, Donald J. (editor).  <u>Budgeting and the Management of Public Spending</u> (Brookfield, VT: Edward Elgar Publishing Company, The International Library of Comparative Public Policy Series, volume 4, 1996).

"Budgeting the Work Force:  Influences, Elements, Disclosure Strategies, and Roles," <u>International Journal of Public Administration</u> 16:7 (1993), pp. 985-1014.

"State and Local Governments as Borrowers:  Strategic Choices and the Capital Market," <u>Public Administration Review</u> 53:1 (January/February, 1993), pp. 41-49.  Reprinted in: Marlowe, Justin and David Matkin (editors), <u>Financial Management in the Public Sector, Volume 2</u> (Sage Publications, 2013); Watson, Douglas J. and Wendy L. Hassett (editors), <u>Local Government Management: Current Issues and Best Practices</u> (Armonk, NY: M. E. Sharpe, Inc. and the American Society for Public Administration "Classics Series", 2003); and, Rabin, Jack, W. Bartley Hildreth and Gerald J. Miller (editors), <u>Budgeting: Formulation and Execution</u> (Athens, GA:  Institute of Government, University of Georgia, 1996).

"Research and Trends in Governmental Accounting and Reporting," <u>International Journal of Public Administration</u> 15:5 (1992), pp. 1121-1148.  With Nicholas G. Apostolou and Richard C. Brooks.

"The Evolving Regulatory Environment of State and Local Tax-Exempt Securities," <u>Public Budgeting and Financial Management</u> 4:3 (1992), 491-527.  With Rosalyn Y. Carter.

"Knowledge of Classical Organizational Principles," <u>The Korea Public Administration Journal</u> 1:2 (August, 1992), 198-226.  With Felix Nigro, Jack Rabin, and Gerald J. Miller.

"The National Debt and Government Use of Long-Term Financial Tools: Results from the Longitudinal Study in Public Budgeting and Financial Management," <u>Sri Lanka Journal of Development Administration</u> 7:2 (July-December 1990), pp. 96-114.  With Jack Rabin and Gerald J. Miller.

"The Business of Public Management," <u>Public Productivity Review</u> 12:3 (Spring, 1989), pp. 303-321.  With Rodger P. Hildreth.  Reprinted in: Halachmi, Arie and Marc Holzer (editors), <u>Competent Government:  Theory and Practice</u> (Burke, VA:  Chatelaine Press, 1994).

"In Search of Capital," <u>Municipal Finance Journal</u> 10:4 (1989), pp. 351-355.

"The Politics of a Windfall: Allocating Special Offshore Oil and Gas Receipts in Four Southern States Facing Fiscal Retrenchment," International Journal of Public Administration 11:5 (1988), pp. 581-600.

"The Changing Roles of Municipal Market Participants," Public Administration Quarterly 11:3 (Fall, 1987), pp. 314-340.

"Strategy, Values and Productivity," Public Productivity Review 43 (Fall, 1987), pp. 81-96. With Gerald J. Miller and Jack Rabin.  Reprinted in: Miller, Gerald J., W. Bartley Hildreth and Jack Rabin (editors), Performance Based Budgeting (Boulder, CO:  Westview Press and the American Society for Public Administration "Classics Series", 2001).

"Clients, Administrators and the Courts," Public Administration Quarterly 10:4 (Winter, 1987), pp. 387-396.

"Client-Based Administrative Responsibility and Risk Strategy," International Journal of Public Administration 8:3 (May, 1986), pp. 261-287.

"Integrating Planned Change Intervention and Computer Simulation Technology:  The Case of Affirmative Action," The Journal of Applied Behavioral Science 20 (May, 1984), pp. 125-140.  With James Ledvinka.  Reprinted in: Davey, Bruce and Larry S. Jacobson (editors), Computerizing Human Resource Management, (Alexandria, VA:  International Personnel Management Association, 1987).

"Applying Professional Disclosure Standards to Productivity Financial Analyses," Public Productivity Review 7:3 (September, 1983), pp. 269-287. Reprinted in: Miller, Gerald J., W. Bartley Hildreth and Jack Rabin (editors), Performance Based Budgeting (Boulder, CO:  Westview Press and the American Society for Public Administration "Classics Series", 2001).

"Errors, Liability and Risk Management," The Bureaucrat 10 (Fall, 1981), pp. 11-12.

"Administrative Malpractice Suits:  Tort Liability and the Challenge to Professionalism," Public Personnel Management Journal 10:1 (1981), pp. 119-125.  With Jack Rabin and Gerald J. Miller.

"The Liability of Public Executives:  Implications for Practice in Personnel Administration," Review of Public Personnel Administration 1:1 (Fall, 1981), pp. 45-56.  With Gerald J. Miller and Jack Rabin. Reprinted in: Bozeman, Barry and Jeffrey Straussman (editors), New Directions in Public Administration (Monterey, CA:  Brooks/Cole Publishing Co. 1984); and, Open Learning Fire Service: Political and Legal Foundations of Fire Protection (Boston: Ginn and Company, 1982).

"Suing Federal Executives for Damages," The Bureaucrat 8 (Spring,1979), pp. 54-56.  With Jack Rabin and Gerald J. Miller.  Reprinted in: Howard Ball (editor), Federal Administrative Agencies:  Essays on Power and Politics (Englewood Cliffs, NJ: Prentice-Hall, Inc., 1984).

"The Challenge of Professional Development:  Teaching Public Administrators at the Graduate Level," Southern Review of Public Administration 1:1 (June, 1977), pp. 62-73.  With Frank Gibson.

**Journal Symposia Editorships**

"A Symposium on Resource Allocation Decisions: The Individual and the Organization." International Journal of Organization Theory and Behavior, three articles, 4:1 (2001), 105-195.

"Budget Execution:  A Symposium." Journal of Public Budgeting, Accounting, & Financial Management, three articles, 11:2 (1999), 230-310.  Co-editor, Aman Khan.

"Audit Costs for Small Cities, Large Cities and State Governments:  A Symposium." Public Budgeting and Financial Management, three articles, 6:3 (1994), 119 pp. Co-editor, Don Deis.

"Certificates of Participation in Brevard County:  A Local Political Issue and Its Implications for the National Municipal Market," Municipal Finance Journal, six presentations, 15:1 (Spring 1994), 24 pp.

"Review of Public Budgeting and Financial Management," International Journal of Public Administration, five articles, 11:6 (1988), 152 pp.  Co-editors, Jack Rabin and Gerald J. Miller.

"Financial Management in Government," Public Administration Quarterly, six articles, 11:3 (Fall, 1987), 137 pp.

"Review of Public Budgeting and Financial Management," International Journal of Public Administration, six articles, 7:4 (1985), 525 pp. Co-editors, Jack Rabin and Gerald J. Miller.

"Personal Liability of Federal Administrators," The Bureaucrat, seven articles, 9 (1981). Co-editors, Jack Rabin and Gerald J. Miller.

**Books**

Handbook of Public Administration, Fourth Edition.  New York, NY: Routledge, under contract. Co-editor with Gerald J. Miller and Evert Lindquist.

Budgeting: Politics and Power, Second Edition. New York, NY: Oxford University Press, 2013, 346 pp. With Carol Lewis.

Management Policies in Local Government Finance, 6th edition. Washington, DC: International City/County Management Association, 2013, 476 pp. Co-editors John R. Bartle and Justin Marlowe.

Budgeting: Politics and Power. New York, NY: Oxford University Press, 2011, 360 pp. With Carol Lewis.

Handbook of Public Administration, Third Edition.  New York, NY: Marcel Dekker, Inc., 2007, 1243 pp. Co-editor with Jack Rabin and Gerald J. Miller.

Financial Management Theory in the Public Sector. Westport, CT: Greenwood Publishing, 2004, 270 pp. Co-editor with Aman Khan (Translated into Chinese in 2007).

Budget Theory in the Public Sector. Westport, CT: Greenwood Publishing, 2002, 297 pp.  Co-editor with Aman Khan (Translated into Chinese in 2007).

State and Local Government Budgeting Practices Handbook.  Austin, TX:  Sheshunoff Information Services, Inc., 1997, with annual updates through 2008.  With Charles Mecimore.

State and Local Government Debt Issuance and Management Service.  Austin, TX:  Sheshunoff Information Services Inc., 1996, with annual updates through 2008.  Assisted by Robert Doty, John Gunyou and Mike Bell.

Encyclopedia of Public Administration and Public Policy.  New York, NY: Marcel Dekker, Inc., Contributing Editor (for contributions to the Financial Management section), 2002, with yearly updates through 2006.

Case Studies in Public Budgeting and Financial Management, Second Edition. New York, NY: Marcel Dekker, Inc., 2003, 784 pp.  Co-editor with Aman Khan.

Performance Based Budgeting.  Boulder, CO:  Westview Press and the American Society for Public Administration "Classics Series", 2001, 504 pp.  Co-editor with Gerald J. Miller and Jack Rabin.

State and Local Government Public/Private Partnerships. Austin, TX: Sheshunoff Information Service, Inc., 2000, with annual updates through 2003.  With John Wong.

Local Government Benchmarking Service: Cities Within Selected Population Groups (2 volume set for each of the 50 states). Austin, TX: AlexInformation Inc., 2000.  Technical author.

Handbook on Taxation.  New York, NY:  Marcel Dekker, Inc., 1999, 998 pp. Co-editor with James A. Richardson.

Handbook of Strategic Management, Second Edition.  New York, NY: Marcel Dekker, Inc., 2000, 816 pp.. Co-editor with Jack Rabin and Gerald J. Miller.

State & Local Government Capital Improvement Planning and Budgeting Service.  Austin, TX: Sheshunoff Information Services, Inc., 1997, with annual updates through 2003.  With John Wong.

Handbook of Public Administration, Second Edition.  New York, NY:  Marcel Dekker, Inc., 1998, 1246 pp. Co-editor with Jack Rabin and Gerald J. Miller (Translated into Chinese by Mengzhong Zhang, 2006).

Budgeting:  Formulation and Execution.  Athens, GA:  Carl Vinson Institute of Government, University of Georgia, 1996, 531 pp.  Co-editor with Jack Rabin and Gerald J. Miller.

Public Budgeting Laboratory, Second Edition, Athens, GA:  Carl Vinson Institute of Government, University of Georgia, 1996.  With Jack Rabin and Gerald J. Miller.  Package includes:
- Workbook, 110 pp. (1996)
- Data Supplement, 185 pp. (1996)
- Instructor's Manual, 58 pp. (1996)
- Interactive Student Guide Workbook on CD (2000), with additional coauthors Sherry Bartel and Robert Munzinrider
- Interactive Student Guide Workbook Guide (2000), with additional coauthors Sherry Bartel and Robert Munzinrider
- Beta Version 1.0 (2006)

Case Studies in Public Budgeting and Financial Management.  Dubuque, IA:  Kendall/Hunt Publishing Co.,
1994, 580 pp.  Co-editor with Aman Khan.

Handbook of Public Personnel Administration.  New York, NY: Marcel Dekker, Inc., 1995, 720 pp.  Co-
editor with Jack Rabin, Thomas Vocino, and Gerald J. Miller.

Handbook of Public Sector Labor Relations.  New York, NY:  Marcel Dekker, Inc., 1994, 450 pp.  Co-editor
with Jack Rabin, Thomas Vocino, and Gerald J. Miller.

Handbook of Strategic Management.  New York, N.Y.: Marcel Dekker, Inc., 1989, 457 pp.  Co-editors,
Jack Rabin and Gerald J. Miller.

Handbook of Public Administration.  New York, NY:  Marcel Dekker, Inc., 1989, 1095 pp.  Co-editors, Jack
Rabin and Gerald J. Miller.

Public Budgeting Laboratory.  Athens, GA:  Carl Vinson Institute of Government, University of Georgia,
1983.  With Jack Rabin and Gerald J. Miller.  Including: Workbook, 83 pp.; Data Supplement, 153 pp.
(1983) and Revised Edition (1987); Data Diskette (1987); Instructor's Manual, 56 pp.

Budget Management:  Readings in Local Government Budgeting and Financial Management. Athens, GA:
Carl Vinson Institute of Government, University of Georgia, 1983, 258 pp.  Co-editors, Jack Rabin and
Gerald J. Miller.

Handbook on Public Personnel Administration and Labor Relations.  New York, NY:  Marcel Dekker, Inc.,
1983, 671 pp. Co-editors, Jack Rabin, Thomas Vocino and Gerald J. Miller.

## Book Chapters

"Finance Officers and Public Risk Management," in Piotra Tworek and Jozef Myrczek (Editors), Public
Risk Management. Katowice, Poland: Polish Economic Society, 2016, pp. 76-109. With Gerald J. Miller.

"Pullback Management: State Budgeting Under Fiscal Stress," in Robert D. Ebel and John E. Petersen
(Editors), The Oxford Handbook of State and Local Government Finance. New York, NY: Oxford
University Press, 2012, pp. 816-842. With Carolyn Bourdeaux.

"The Persistent Need for Budget Reform" Fudan Public Administration [China], Volume 4, 2008, pp. 12-
19.

"Local Debt Management," in Anwar Shah (Editor), Local Public Financial Management. Washington, DC:
The World Bank, 2007, pp. 109-155. With Gerald J. Miller.

"Local Government Own-source Revenues and Debt: Structure and Stress," in Michael A. Pagano and
Robert Leonardi (Editors), The Dynamics of Federalism in National and Supranational Political Systems.
Basingstoke, Hampshire: Palgrave Macmillan, 2007, pp. 136-165.

"Electric Industry Restructuring," in Joseph R. Marbach (Editor), Federalism in America: An Encyclopedia.
Westport, CT: Greenwood Publishing, 2006, pp. 175-176.

"Fundamental Federal Tax Reform and the States," Book of the States 2005. Lexington, KY: Council of State Governments, 2005, pp. 417-423.

"Tax Transparency," in Joseph J. Cordes, Robert Ebel and Jane Gravelle (Editors), Encyclopedia of Taxation and Tax Policy, 2nd Edition. Washington, DC: Urban Institute Press, 2005, pp. 429-430.

"Deregulation of Utilities: A Challenge and an Opportunity for State and Local Governments," in David L. Sjoquist (Editor), State and Local Finances Under Pressure.  New York: Edward Elgar Publishing, Ltd., 2003, pp. 222-275.  With Bruce Seaman.

"Revenue Forecasting in the City of Envy," in Robert P. Watson (Editor), Public Administration: Cases in Managerial Role-Playing.  New York, NY: Addison Wesley Longman, Inc., 2002, pp. 88-97.  With John D. Wong.

"Commentary on Electric Utility Deregulation and the Property Tax in the United States," in Philip Burling (Editor), The Impacts of Electric Utility Deregulation on Property Taxation.  Cambridge, MA: Lincoln Institute of Land Policy, 2000, pp. 64-69.

"The Property Tax in the Context of General Tax Policy and Electric Utility Restructuring," in Proceedings of the 29th Annual Wichita Program on Appraisal for Ad Valorem Taxation of Communications, Energy and Transportation Properties. Wichita, KS: WSU Center for Management Development, 1999, pp. 28-32.

"Economic Principles of Taxation," in W. Bartley Hildreth and James A. Richardson (Editors), Handbook on Taxation.  New York, NY: Marcel Dekker, Inc., 1999, pp. 21-30.  With James A. Richardson.

"Credit Ratings," in Jay M. Shafritz (Editor), International Encyclopedia of Public Policy and Administration. Boulder, CO: Westview Press, 1998, pp. 584-588.

"Defaults, Municipal," in Jay M. Shafritz (Editor), International Encyclopedia of Public Policy and Administration. Boulder, CO: Westview Press, 1998, pp. 644-645.

"Financial Emergency," in Jay M. Shafritz (Editor), International Encyclopedia of Public Policy and Administration. Boulder, CO: Westview Press, 1998, pp. 891-895.

"Financial Management:  The Centrality of the Fiscal in Local Government and Politics," in Jack Gargan (Editor), Handbook of Local Government Administration.  New York, NY:  Marcel Dekker, Inc., 1996, pp. 159-190.

"Assessing Customers' Capital Improvement Preferences:  A Study of Water Utility Net Benefits," in Lucille Brewer (Editor).  Public Works Administration:  Modern Public Policy Perspectives.  Newbury Park, CA:  Sage Publications, Inc., 1996, pp. 79-94.

"Pension Policy, Management, and Analysis," in Jack Rabin, W. Bartley Hildreth and Gerald J. Miller (Editors), Budgeting:  Formulation and Execution, Athens, GA:  University of Georgia, 1996, pp. 431-437. With Gerald J. Miller.

"The Anatomy of a Municipal Bond Default," in Gerald J. Miller (Editor), <u>Handbook of Debt Management</u>. New York, NY:  Marcel Dekker, Inc., 1996, pp. 587-604.

"Budgeting Human Resource Requirements," in Jack Rabin, Thomas Vocino, W. Bartley Hildreth, and Gerald J. Miller (Editors), <u>Handbook of Public Personnel Adm</u>inistration.  New York, NY:  Marcel Dekker, Inc., 1994, pp. 389-429.

"The Gordian Knot of a Project Revenue Bond Default," in Aman Khan and W. Bartley Hildreth (Editors), <u>Case Studies in Public Budgeting and Financial Man</u>agement.  Dubuque, IA:  Kendall/Hunt Publishing Co., 1994, pp. 403-421.

"Financial Analysis of a Public School System," in Aman Khan and W. Bartley Hildreth (Editors), <u>Case Studies in Public Budgeting and Financial Management</u>.  Dubuque, IA:  Kendall/Hunt Publishing Co., 1994, pp. 505-524.  With Lawrence C. Pierce.

"Can the Riverside Community Afford a Massive Debt-Financed Capital Improvements Program," in Aman Khan and W. Bartley Hildreth (Editors), <u>Case Studies in Public Budgeting and Financial Management</u>.  Dubuque, IA:  Kendall/Hunt Publishing Co., 1994, pp. 182-200. With Gerald J. Miller.

"The Politics of Pension Investment Returns," in Aman Khan and W. Bartley Hildreth (Editors), <u>Case Studies in Public Budgeting and Financial Management</u>.  Dubuque, IA:  Kendall/Hunt Publishing Co., 1994, pp. 463-481.  With Laurie White Adams.

"The Design of Taxes," in Jack Rabin (Editor), <u>Handbook of Budgeting</u>.  New York, NY: Marcel Dekker, Inc., 1992, pp. 273-299.  With Rosalyn Y. Carter.

"Federal Financial Management," in Thomas D. Lynch (Editor), <u>Federal Budget and Financial Management Reform</u>.  Westport, CT: Quorum Books, 1991, pp. 151-169.

"Financing Strategy," in Jack Rabin, Gerald J. Miller and W. Bartley Hildreth (Editors), <u>Handbook of Strategic Management</u>.  New York, NY: Marcel Dekker, Inc., 1989, pp. 279-300.  Revised and expanded as: "Financial Strategy" in Robert T. Golembiewski and Jack Rabin (Editors), <u>Public Budgeting and Finance, Fourth Edition</u>, New York:  Marcel Dekker, Inc., 1987, pp. 811-830; and, "Financing Strategy" in <u>Handbook of Strategic Management, 2nd Edition, Revised and Expanded</u>, New York:  Marcel Dekker, Inc., 2000. pp. 249-272.

"State and Local Fiscal Relations in Louisiana," in James A. Richardson (Editor), <u>Louisiana's Fiscal Alternatives: Finding Permanent Solutions to Recurring Budget Crises</u>.  Baton Rouge, LA: Louisiana State University Press, 1988, pp. 74-104.

"Budgeting and Financial Management," in Jack Rabin and Marcia Steinhauer (Editors), <u>Handbook on Human Services Administration</u>.  New York, NY:  Marcel Dekker, Inc., 1988, pp. 79-107.  With Rodger P. Hildreth.

"State and Local Officials and Their Personal Liability," in Jack Rabin and Don Dodd (Editors), <u>State and Local Government Administration</u>.  New York, NY:  Marcel Dekker, Inc., 1985, pp. 245-264.  With Gerald J. Miller.

"Financial Management," in Jack Rabin, Samuel Humes and Brian S. Morgan (Editors), Managing Administration. New York, NY:  Marcel Dekker, Inc., 1984, pp. 181-200.

"Personnel Administration and Labor Relations," in Jack Rabin, Samuel Humes and Brian S. Morgan (Editors), Managing Administration. New York, NY:  Marcel Dekker, Inc., 1984, pp. 151-178.

"Collective Bargaining Impacts on Local Government Management," in Robert T. Golembiewski and Frank Gibson (Editors), Readings in Public Administration:  Institutions, Processes, Behavior and Policy, Fourth Edition.  Boston, MA:  Houghton Mifflin Co., 1983, pp. 271-281.  Reprinted in: Municipal Management, 6 (Fall/Winter 1983-1984), pp. 80-87.

"Risk Management and Pension Systems," in Jack Rabin and Thomas J. Lynch (Editors), Handbook on Public Budgeting and Financial Management.  New York, NY:  Marcel Dekker, Inc., 1983, pp. 457-492. With Gerald J. Miller.  Revised and reprinted as: "Advantages of a Risk Management Program," and "Pension Policy and Management," in Rabin, Jack, W. Bartley Hildreth and Gerald J. Miller (editors), Budget Management (Athens, GA: University of Georgia, 1983, pp. 175-189).

"Compensation and Reward Systems," in Jack Rabin, Thomas Vocino, W. Bartley Hildreth, and Gerald J. Miller (Editors), Handbook on Public Personnel Administration and Labor Relations.  New York, NY: Marcel Dekker, Inc., 1983, pp. 159-191.  With Gerald Miller.

"Public Bureaucracy," in Jack Rabin and Thomas Vocino (Editors), Contemporary Public Administration. New York, NY:  Harcourt, Brace Jovanovich, Inc., 1981, pp. 41-63.  With Jack Rabin, Gerald J. Miller and Thomas J. Lynch.

"Municipal Liability and Risk Management," in Directory of Risk Management Practices.  Washington, DC:  International City Management Association, 1981, pp. 41-43.  With Jack Rabin and Gerald J. Miller.

"Assessing Electoral Defeat:  New Directions and Values for MARTA," in R. T. Golembiewski, Mass Transit Management: Case Studies of the Metropolitan Atlanta Rapid Transit Authority.  Washington, DC: Urban Mass Transportation Administration, U.S. Department of Transportation, 1980, pp. 1:1-18.  With Robert T. Golembiewski and Timothy A. Almy.

**Publications Online**

"Electric Industry Restructuring," Federalism in American: An Encyclopedia, Second Edition. Easton, PA: Center for the Study of Federalism, 2017.
http://encyclopedia.federalism.org/index.php?title=Electric_Industry_Restructuring

"Kansas," Significant Features of the Property Tax: State-by-State Property Tax. Cambridge, MA: Lincoln Institute of Land Policy, 2016; 2018.  http://datatoolkits.lincolninst.edu/subcenters/significant-features-property-tax/state-by-state-property-tax-at-a-glance

**Book Reviews**

"Osborne, Again: A Local Government Perspective (a review of The Price of Government: Getting the Results We Need in an Age of Permanent Fiscal Crisis, 2004)," State and Local Government Review, 38:1 (2006).

"Foreword," in Beth W. Honadle, James M Costa and Bev A. Cigler, <u>Fiscal Health of Local Governments</u>. San Diego: Elsevier Academic Press, 2004, pp. xi-xvi.

**Technical Reports**

<u>Kansas Local Government Debt Affordability Report</u>. Wichita, KS: Kansas Public Finance Center, Wichita State University, for Kansas Department of Revenue, on behalf of the Kansas Advisory Council on Intergovernmental Relations, 2006. With Anthony Swartzendruber.

"Total Estimated Market Value of Real and Personal Property in Kansas," in Glenn W. Fisher, <u>Erosion of the Kansas Property Tax Base</u>, Wichita, KS: Kansas Public Finance Center, Wichita State University, for Kansas Department of Revenue, on behalf of the Kansas Advisory Council on Intergovernmental Relations, 2006.

<u>Cooperation or Competition: The Multistate Tax Commission and State Corporate Tax Uniformity</u>, Fiscal Research Center (Report No. 110), Andrew Young School of Policy Studies, Georgia State University, August 2005.With Matt Murray and David Sjoquist.

<u>State of Kansas 2005 Debt Affordability Report</u>. Wichita, KS: Kansas Public Finance Center, Wichita State University, 2005. Principal investigator.

<u>Report of the Governor's Tax Review Committee</u>.  Topeka, KS: State of Kansas, 1998.

<u>The Impact of Retail Wheeling on Municipal Electric Utilities in Kansas</u>.  Wichita, KS: Kansas Public Finance Center, Wichita State University, 1997.  Principal investigator.

<u>Report of the Governor's Tax Equity Task Force</u>, Topeka, KS:  State of Kansas, 1995.  Editor of 14 research papers.

"Canadian and American Federalism in the Capital Markets:  Comparative Debt Financing" to the Canadian Embassy, 1992, 55 pp.

<u>State-Local Fiscal Relations in Alabama,</u> Auburn, AL: Center for Governmental Services, 1987.

"State Assistance For Local Public Works: Louisiana Inventory" to the Council of State Governments, 1987, 28 pp.

"State-Local Fiscal Relations in Louisiana: A Technical Report" to the Louisiana Tax Study, 1986, 122 pp.

"Case Studies of Ten Municipal Fiscal Emergencies in Ohio" to the U.S. Advisory Commission on Intergovernmental Relations and the Ohio Urban University Program, 1983, 50 pp.

"The Municipal Liability Market and Rate-Making Revisions" to the CPCU-Loman Insurance Foundation, 1982, 47 pp.

<u>Public Officials' Liability</u>. Washington, DC:  International City Management Association, 1979.  With Jack Rabin and Gerald J. Miller.  Revised/reissued as: "Public Officials Liability" and "Principles of Risk

Management" in <u>Elected Officials Handbook, Volume II, Second Edition</u> (Washington, DC:  International City Management Association, 1983, pp. 91-119).

**Instructional and Learning Materials**

MUHAS [Tanzania] Financial Management Workshop for Public Health Laboratories (a turn-key set of 15 audio tapes with slides and scripted audio), Center for State and Local Finance, Andrew Young School of Policy Studies, Georgia State University, 2017. With Ron Shelby.

<u>Learning Manual for the State & Local Government Cash Management Service</u>.  Austin, TX: Sheshunoff Information Service, 1998. With Rodger P. Hildreth.

<u>Instructor's Manual</u> for <u>Contemporary Public Administration</u>, edited by Jack Rabin and Thomas Vocino. New York, NY:  Harcourt, Brace Jovanovich, 1981. Contributor.

"Teaching Note Number 5-380-734: Assessing Electoral Defeat-New Directions and Values for MARTA (Case 9-380-690)." Edited by James L. McKenney, <u>Cases in Public Policy and Management 1980</u>. Boston, MA: Intercollegiate Case Clearing House, 1980, page 3.

<u>Instructor's Manual</u> for <u>Public Budgeting and Finance, Second Edition</u>, edited by Robert T. Golembiewski and Jack Rabin.  Chicago, IL: Peacock Publishing Co., 1975. With Jack Rabin.

**Professional and Other Publications**

"Big Data About Small Towns: Muni Market Regulator Enables Deeper Understanding of Public Finance." Op-ed, <u>The Bond Buyer</u> (June 23, 2020).

"The Local Military Base Prepares for President Truman's Funeral (1972)," First-hand account, accepted for the holdings of the Harry S. Truman Presidential Library in November 2011.

"Chief Financial Officers Feel the Fiscal Stress of Cities (Q&A Interview)", MuniNet.com (December 14, 2010).

"Canadian Elections Matter in Kansas." Op-Ed, <u>The Wichita Eagle</u> (January 27, 2006).

"Holding the CEO Responsible," Letter to the Editor, <u>CFO Magazine</u> (April 2005), p. 12.

"Soccer Giveaway," Letter to the Editor, <u>The Wichita Eagle</u> (June 10, 2004).

"Soccer Groups Should Pay Fair Share," Op-Ed, <u>The Wichita Eagle</u> (March 9, 2004).

"Progress with GASAC," <u>Budget & Finance</u>, Association for Budgeting and Financial Management (July 2002), page 1, 2.

"California Deregulation," Letter to the Editor, <u>Los Angeles Times</u> (May 6, 2001).

"Evaluating Debt Affordability (Parts 1 and 2)," <u>KSGFOA Update</u>, Kansas Government Finance Officers Association, 1:2 (October 2000), page 2, 4; 2:1 (April 2001), pp. 3-4.

"The Purpose of a Budget," KSGFOA Update, Kansas Government Finance Officers Association, volume 1, issue 1 (March 2000), page 2.

"All of Wichita Gains with Better Schools," Op-Ed piece in The Wichita Eagle (March 31, 2000), page 11A. With Stanley Longhoffer.

National Budget Symposium, New Directions in State and Local Government Budgeting:  Report of Proceedings, Chicago, IL:  Government Finance Officers Association, March 1993.  Conference Moderator and Contributor.

"Financing It Right the First Time," American City & County (June 1993), 18.  Reprinted in: North Carolina Bond Reporter, 7 (July 1993), 14-15.

A Capital Improvements Programming Handbook for Small Cities and Other Governmental Units. Chicago, IL:  Municipal Finance Officers Association, 1978.  Contributor.

"Plain English" Version, Analysis and Index:  1978 EEOC "Uniform Guidelines on Employee Selection Procedures."  Montgomery, AL:  Management Information Associates, Inc., 1979.  Contributor.

A Guide to Affirmative Action Development.  Montgomery, AL:  Public Administration Press, 1978. Contributor.

Personal Liability in Government.  Montgomery, AL:  Section on Personnel Administration and Labor Relations, 1978.  With Felix Nigro, Jack Rabin, Gerald J. Miller and Charles Allen.

"The Junior League of Portland, Maine Selects a Project," in B.B. McIntyre, Skills for Impact: Voluntary Action in Criminal Justice.  Athens, GA; Corrections Division, Institute of Government, University of Georgia for the Association of Junior Leagues, Inc. of New York, NY, 1977, pp. 93-94.

"The Junior League of Cincinnati Structures an Autonomous Community Agency," in B. B. McIntyre, Skills for Impact: Voluntary Action in Criminal Justice.  Athens, GA:  Corrections Division, Institute of Government, University of Georgia, for Association of Junior Leagues, Inc., New York, NY, 1977, pp. 162-165.

Evaluation of Alternative Forms of Government for DeKalb County, Georgia.  Athens, GA:  Institute for Community and Area Development, University of Georgia for Goals for DeKalb, Inc., 1977.  With Timothy A. Almy and David Sink.

"Law Enforcement and Detention Services," in Joint Services Study: Clarke County and City of Athens, Georgia.  Athens, GA:  Institute of Government, University of Georgia, 1976.

"Rights of Drug Abuse Patients," in Patient Rights Reporter.  Montgomery, AL:  Center for the Study of Civil Liberties and Civil Rights for the Special Action Office for Drug Abuse Prevention, U.S. Executive Office of the President, 1976.

"Differences in County and Municipal Government," 19 Mr. County Commissioner (July-August, 1975), p. 19.

A Guide for Developing an Annual Operating Budget:  A Programmed Text.  Montgomery, AL:  South Central Alabama Development Commission, 1975.  Principal author.

A Guide for Developing a Capital Improvements Budget.  Montgomery, AL:  South Central Alabama Development Commission, 1975.  Principal author.

E.E.O. ALERT:  A Handbook of Information on Local Government Personnel Administration.  Montgomery, AL:  South Central Alabama Development Commission, 1975.  With Jack Rabin.

Personnel Practices Survey:  The Legal Constraints, Current Local Practices and Sources of Assistance.  Montgomery, AL:  South Central Alabama Development Commission, 1975.

Community Facility Plan, Public Improvements Program and Capital Improvements Budget for Brundidge, Alabama.  Montgomery, AL: South Central Alabama Development Commission, 1975.

Community Facility Plan, Public Improvements Program and Capital Improvements Budget for Fort Deposit, Alabama.  Montgomery, AL: South Central Alabama Development Commission, 1975.

Community Facility Plan, Public Improvements Program and Capital Improvements Budget for Greenville, Alabama.  Montgomery, AL: South Central Alabama Development Commission, 1974.

Community Facility Plan, Public Improvements Program and Capital Improvements Budget for Georgiana, Alabama.  Montgomery, AL: South Central Alabama Development Commission, 1974.

"Results of National Survey of Financial Practices in Selected Local Governments," in Governmental Financial Practices and Procedures in the Central Alabama Region.  Montgomery, AL:  Central Alabama Regional Planning and Development Commission, 1973.

**Simulations**

"Mayor's Directive on Budgetary Decision-Making."  With Jack Rabin and Gerald J. Miller.  In Jack Rabin, W. Bartley Hildreth and Gerald J. Miller, Public Budgeting Laboratory:  Instructor's Manual.  Athens, GA:  University of Georgia, 1983.

"Mayor's Dilemma."  With Jack Rabin and Gerald J. Miller. Unpublished, 1981.

"Governor's Dilemma:  Executive Discretion and Citizen Rights." With Jack Rabin and Gerald J. Miller.  In Felix Nigro, et al., Personal Liability in Government.  Montgomery, AL:  Section on Personnel Administration and Labor Relations, 1978.

**CONFERENCE PAPERS**

"State Oversight of Local Government Debt Issuance," 31st Annual Conference, Association for Budgeting and Financial Management, Washington, DC, September 2019; 61st Annual Conference, Western Social Science Association, San Diego, CA. With Justina Jose, April 2019.

"Fines, Fees and Fiscal Illusion," 30th Annual Conference, Association for Budgeting and Financial Management, Denver, CO, September 2018. With David Copeland.

"Comparing U.S. Department of Treasury Plans to (Delayed) Results: Carter's Taxable Bond Option Analysis and Obama's Build America Bond Experiment," 29th Annual Conference, Association for Budgeting and Financial Management, Washington, DC, September 2017. With Komla D. Dzigbede.

"An Assessment of Municipal Fiscal Health in the Secondary Municipal Bond Market," 28th Annual Conference, Association for Budgeting and Financial Management, Seattle, WA, October 2016 and Applied Research in Public Finance Conference, Indiana University, April 2017. With Peter Bluestone, Konul Amrahova and Sarah Larson.

"Bankruptcy Risk Premium in the Municipal Securities Market," 25th Annual Conference, Association for Budgeting and Financial Management, Washington, DC, October 2013; and (revised versions) at Brandeis 2014 Municipal Finance Conference, Boston, MA, August 2014, and 2016 Government and Nonprofit Section Midyear Meeting of the American Accounting Association Government and Nonprofit Section (winner of "Best Paper Award"), Washington, DC, March 2016. With Tima T. Moldogaziev and Sharon N. Kioko.

"Tax Revenue Volatility and Municipal Financial Slack Accumulation," 108th Annual Conference on Taxation, National Tax Association, Boston, MA, November 2015. With Min Su.

"Development and Operation of the Public Budgeting Laboratory," Annual Conference of NASPAA: Network of Schools of Public Affairs and Administration, Brooklyn, NY, October 2015. With Gerald J. Miller.

"Does Financial Slack Reduce Municipal Short-Term Borrowing?" 27th Annual Conference, Association for Budgeting and Financial Management, Washington, DC, October 2015; and, 37th Annual Fall Research Conference, Association for Public Policy Analysis and Management, Miami, FL, November 2015. With Min Su.

"Who Benefits (and Who Pays): Competing Designs in Doing Federal Expenditure Analysis," 26th Annual Conference, Association for Budgeting and Financial Management, Grand Rapids, MI, October 2014. With Gerald J. Miller.

"State Budget Execution and Interim Boards: Mediating the Tension Between Administrative Flexibility and Political Control," 2014 Annual Conference, Southeastern Conference for Public Administration, Atlanta, GA, September 2014; and, 26th Annual Conference, Association for Budgeting and Financial Management, Grand Rapids, MI, October 2014. With Carolyn Bourdeaux and Sandy Zook.

"What Motivates Choice of Markets in Ontario's Provincial Debt Transactions?" Biennial Conference, Association for Canadian Studies in the United States. Tampa, FL, November 2013. With Komla Dzigbede, and Emmy Sewordor.

"A Descriptive Analysis of the Municipal Advisors Market," 12th Biennial Conference, Public Management Research Association. Madison, WI, June 2013. With Marty Luby.

"State Government Catastrophe Risk Financing and the Capital Markets," 104th Annual Conference on Taxation, National Tax Association, New Orleans, LA, November 2011. With Gerald J. Miller and Emefa Sewordor.

"Pullback Management: State Budgeting Under Fiscal Stress," 104th Annual Conference on Taxation, National Tax Association, New Orleans, LA, November 2011. With Carolyn Bourdeaux.

"Mapping a Field's Development: 20 Years of ABFM Conferences," 51st Annual Conference, Western Social Science Association, Albuquerque, NM, April 2009. With Michael Woodrum.

"Estimates of the Uniform and Equal Property Tax Base before Exemptions," 100th Annual Conference on Taxation, Columbus, Ohio, November 2007. With John D. Wong and Glenn W. Fisher.

"Government-Wide Financial Statements and Credit Risk," 19th Annual Conference, Association for Budgeting and Financial Management, Washington, DC, October 2007. With Craig L. Johnson and Sharon Kioko.

"The Persistent Need for Budget Reform," International Conference on Public Finance and Government Reform, School of International Relations and Public Affairs, Fudan University, Shanghai, China, June 2007.

"The Preferred Habitat Patterns in the Holdings of Canadian and U.S. Subnational Debt," 99th Annual Conference on Taxation, National Tax Association, Boston, November 2006; Western Social Science Association, Calgary, Alberta, April 2007. With Gonul Colak.

"Trends in State Financial Results," 18th Annual Conference, Association for Budgeting and Financial Management, Atlanta, GA, October 2006. With Craig L. Johnson.

"The Financial Logistics of Disaster: The Case of Hurricane Katrina," Southeastern Conference for Public Administration, Athens, GA, September 2006

"Successful Career Paths of Local Government Finance Professionals," Southeastern Conference for Public Administration, Athens, GA, September 2006. With Samuel J. Yeager, Gerald J. Miller and Jack Rabin.

"Federalism and Capital Markets: Responding to Lindblom on Comparative Infrastructure Financing Mechanisms in a Post-Katrina Environment," Invited paper for "Paying for Public Services Symposium" at the Martin School of Public Policy and Administration, University of Kentucky, Lexington, May 2006.

"Interstate Tax Uniformity and the Multistate Tax Commission," National Tax Association Spring Conference, May 2005, Washington, DC. With Matt Murray and David Sjoquist.

"Lusting after Other People's Money While Saving One's Own," 16th Annual Conference, Association for Budgeting and Financial Management, Chicago, October 2004. With Gerald J. Miller, Samuel J. Yeager, and Jack Rabin.

"Local Government Property and Sales Tax Structure Stress," 97th Annual Conference on Taxation, National Tax Association, Minneapolis, November 2004.

"American State Debt Accumulation and Affordability," 97th Annual Conference on Taxation, National Tax Association, Minneapolis, November 2004. With Gerald J. Miller.

"Ethical Supervisors Make a Difference: Does Gender Matter?" 65th National Conference of the American Society for Public Administration, Portland, OR, March 2004. With Samuel J. Yeager, Gerald J. Miller and Jack Rabin.

"Local Government Own-Source Revenue and Debt in Canada and the US," International Conference on Federalism: Which Federalism? Sponsored by Sculola Superiore dell'Economia e delle Finanze, Bari, Italy, November 2003.

"Finance Managers' Propensity to Save," 15th Annual Conference, Association for Budgeting and Financial Management, Washington, DC, September 2003.  With Gerald J. Miller, Samuel J. Yeager, and Jack Rabin.

"State Debt Affordability Studies and the Results they Produce," 15th Annual Conference, Association for Budgeting and Financial Management, Washington, DC, September 2003.  With Gerald J. Miller.

"Men and Women Near The Top of the Organization: Revisiting Corson and Paul: Ethical Behavior," 64th National Conference of the American Society for Public Administration, Washington, DC, March 2003. With Samuel J. Yeager, Gerald J. Miller and Jack Rabin.

"Canadian and American Federalism in the Capital Markets," US-Canada Business & Trade Conference, Kelley School of Business, Indiana University, April 2003.

"Subnational Borrowing in Canada and the U.S.," Woodrow Wilson International Center for Scholars and the National Committee for U.S.-China Relations, Beijing China, December 2002.

"The Theme of Public Finance in the Amusement Park Industry," 95th Annual Conference on Taxation, National Tax Association, Orlando, November 2002. With John Wong.

"Local Government Finance Officers Deeply Involved in Budgeting: Initial Career Characterizations," 14th Annual Conference, Association for Budgeting and Financial Management, Kansas City, MO, October 2002. With Samuel J. Yeager, Gerald J. Miller and Jack Rabin.

"How Financial Managers Deal with Ethical Stress," 63rd National Conference of the American Society for Public Administration, Phoenix, March 2002. With Gerald J. Miller, Sam Yeager and Jack Rabin.

"State and Local Tax Transitions During Electric Industry Restructuring," 13th Annual Conference, Association for Budgeting and Financial Management, Washington, DC, January 2002.

"Implications of Electric Industry Restructuring Transitions on State and Local Government Finance," 94th Annual Conference on Taxation, National Tax Association, Baltimore, MD, November 2001.

"Citizens' Perceptions of Performance and Willingness to Pay Taxes:  The Case of Public Education." 62nd Annual National Conference, American Society for Public Administration, Newark, NJ, March 2001. With Mark A. Glaser and Jennifer Evans.

"Risk Management and the Capital Markets," 12th Annual Conference, Association for Budgeting and Financial Management, Kansas City, MO, October 2000. With Gerald J. Miller.

"Commentary on Electric Utility Deregulation and the Property Tax in the United States," Presented to the invitation-only seminar, Electric Utility Deregulation and the Property Tax, sponsored by the Lincoln Institute of Land Policy, Cambridge, MA, November 1999.

"Property Tax Dynamics and the Implications of Electric Utility Restructuring," 11th Annual Conference, Association for Budgeting and Financial Management, Washington DC, October 1999.

"Debt and the Local Economy: Problems in Benchmarking Local Debt Affordability," 11th Annual Conference, Association for Budgeting and Financial Management, Washington DC, October 1999.  With Gerald J. Miller.

"Federalism, Technology, and the Market: Conflict or Consensus?  A Policy History of Municipal Electric Utilities," The Conference on Policy History, St. Louis, May 1999.  With John Wong and H. Edward Flentje.

"Service Delivery Satisfaction and Willingness to Pay Taxes: A Local Government Performance Dilemma," 60th National Conference, American Society for Public Administration, April 1999.  With Mark Glaser.

"State Initiatives in Transportation Investment: Two Kansas Cases," National Tax Association, 92nd Annual Conference on Taxation, Atlanta, GA, October 1999.  With H. Edward Flentje.

"Property Tax Dynamics and the Implications of Electric Utility Restructuring," Utility Property Taxes Seminar, Public Utilities Reports, Dallas, TX, December 1998.

"Service Delivery Satisfaction and Willingness to Pay Taxes: Citizen Recognition of Local Government Performance," Interactive on Web, National Center for Public Productivity Conference, November 1998. With Mark Glaser.

"Debt Affordability and Economic Development," Midwest Regional Roundtable on Public Budgeting and Finance, University of Kansas, February 1998.

"The Implications of Retail Competition for Municipal Electric Utilities," 90th Annual Conference on Taxation, National Tax Association, Chicago, IL, November 1997.   With John Wong and H. Edward Flentje.

"A Proposal for Accreditation of Finance and Budget Offices," 9th Annual Conference on Public Budgeting and Finance, Washington, DC, November 1997.

"Infrastructure Financing in Canada and the U.S.: Common Civic Challenges, Different Debt Decisions," Urban Affairs Association, 27th Annual Meeting, Toronto, Canada, April 1997.

"Financial Management:  The Centrality of the Fiscal in Local Government and Politics," Southeastern Conference for Public Administration, Miami, FL, October 1996.

"A Profile of Discontinuity between Citizen Demand and Willingness to Pay Taxes," Urban Affairs Association, 26th Annual Meeting, New York, NY, March 1996.  With Mark A. Glaser.

"Provincial Debt Burdens:  Debt Levels and Composition, "Southwest Association for Canadian Studies, Denton, TX, February 1995.

"Debt Affordability and Economic Development," 24th Annual Meeting, Urban Affairs Association, New Orleans, LA, March 1994.

"Provincial Debt Burdens:  A Study of Debt Levels and Composition," 1993 Biennial Conference, The Association for Canadian Studies in the United States, New Orleans, LA, November 1993.

"Project Revenue Financing in Canada:  A Case for Its Use," 1993 Biennial Conference, The Association for Canadian Studies in the United States, New Orleans, LA, November 1993.

"Municipal Securities:  Issues of Theory, Practice and Public Policy," 5th Annual Conference on Public Budgeting and Financial Management, American Society for Public Administration, Arlington, VA, October 1993.

"A Net-Benefits Model of Capital Improvement Preferences," Southeastern Conference for Public Administration, Cocoa Beach, FL, October 1993.

"Federalism, Capital Markets, and the Constitutional Debate," Southwest Association for Canadian Studies, Lafayette, LA, February 1993.

"Canadian and American Federalism in the Capital Markets: Comparative Debt Financing," 4th Annual Conference on Public Budgeting and Finance, American Society for Public Administration, Arlington, VA, October 1992.

"The Local Economy and Debt:  A Call for Debt Coordination," Annual Conference, State Debt Management Conference, National Association of State Treasurers, Lake Buena Vista, FL, September 1992.

"Taxpayer Challenges to State and Municipal Taxing Authority: Constitutional Tests," National Conference, American Society for Public Administration, Washington, D.C., March 1991.  With O'Neal Jones.

"An Empirical Analysis of Tax Preparers As Coproducers of the Federal Income Tax: Early Results," Southeastern Conference for Public Administration, Jackson, MS, October 1989.

"The Anatomy of a Municipal Bond Default," Southeastern Conference for Public Administration, Birmingham, AL, October 1988.

"Financing Strategy," Southeastern Conference for Public Administration, Birmingham, AL, October 1988.

"The Municipal Debt Financing As A Network Political Economy: Network Stability and Market Efficiency," Annual Meeting, American Political Science Association, Washington, D.C., September 1988. With Gerald J. Miller.

"Insurance and Diverse Policy Issues: An Introduction," Annual Meeting, American Political Science Association, Washington, D.C., September 1988.

"The Search for Capital," Annual Conference, Government Finance Officers Association, Atlanta, GA, May 1988.

"The Career Paths of Municipal Chief Financial Officers," Southeastern Conference for Public Administration, New Orleans, LA, October 1987.

"Natural Resource Wealth and the Impact on State-Local Finances," National Conference, American Society for Public Administration, Boston, MA, April 1987.

"State Supervision of Municipal Financial Emergencies," National Conference, Urban Affairs Association, Akron, OH, April 1987.

"The Politics of Windfalls," Southeastern Conference for Public Administration, Pensacola, FL, October 1986.

"Strategies of Municipal Debt Issuers," National Conference, American Society for Public Administration, Anaheim, CA, April 1986.

"The National Debt and Government Use of Long-Term Financing Tools: Preliminary Results from the Longitudinal Study in Public Budgeting and Financial Management," National Conference, American Society for Public Administration, Anaheim, CA, April 1986.  With Jack Rabin and Gerald J. Miller.

"Assessing the Budgeting of Personnel Requirements," Southeastern Conference for Public Administration, Charleston, SC, October 1985.

"Using External Fiscal Consultants to Remedy State-Declared Fiscal Emergencies," National Conference, American Society for Public Administration, Indianapolis, IN, April 1985.

"Tax Challenges:  Theory and Practice," National Conference, American Society for Public Administration, Denver, CO, April 1984.

"State Fiscal Emergency Laws and Municipal Fiscal Administration:  Bane or Remedy?"  Southeastern Conference for Public Administration, Tallahassee, FL, October 1983.

"Financial Emergencies in Perspective," National Conference, American Society for Public Administration, New York, NY, April 1983.

"Paradigm for Exploring Financial Emergency Experiences," Joint Midwestern and Southeastern Regional Conferences, American Society for Public Administration, Louisville, KY, November 1982.

"Municipalities Differ in Liability Characteristics:  Challenging Simple Rate Models," Annual Conference, Public Risk and Insurance Management Association, San Antonio, TX, June 1982.

"Towards a Higher Standard of Professionalism in Public Administration:  Peer Group Evaluation and Other Implications of Clients That are More Active, Expectant and Skillful," National Conference, American Society for Public Administration, Honolulu, HI, March 1982. [Could not attend; presented by others]

"Municipal Liability Risk Profile," Annual Conference, American Risk and Insurance Association, Kansas City, MO, August 1981.

"Business Executives in Government:  The Loaned Business Executive Task Force Approach," National Conference, American Society for Public Administration, Detroit, MI, April 1981.

"Public Officials' Liability Exposure:  An Overview of Risk Management Strategies," Annual Conference, American Risk and Insurance Association, Chicago, IL, August 1980.  With Gerald J. Miller.

"Client-Based Administrative Responsibility and Risk Management Strategies," Annual Conference, Public Risk and Insurance Management Association, Memphis, TN, June 1980.

"Public Sector Fringe Benefits:  A Sampling of Financial and Personnel Management Issues and Challenges," National Conference, American Society for Public Administration, San Francisco, CA, April 1980.

"Implications for Personnel Administration of the Personal Liability of Public Executives," Southeastern Regional Conference, American Society for Public Administration, Montgomery, AL, October 1979.

"Public Budgeting Laboratory," National Conference on Teaching Public Administration, Memphis, TN, May 1979.  With Gerald J. Miller and Jack Rabin.

"Development and Operation of a Budget Simulation Laboratory," National Conference, American Society for Public Administration, Phoenix, AZ, April 1978.  With Gerald J. Miller and Jack Rabin.

"Using Simulation in Classroom Teaching:  The Equal Rights Amendment and the Legislative Process," Annual Convention, Southern Political Science Association, New Orleans, LA, November 1977.  With Gerald J. Miller.

"Civil Liability of Public Officials Under the Civil Rights Act of 1871:  Dimensions Relevant for Public Administration," Southeastern Regional Conference, American Society for Public Administration, Knoxville, TN, October 1977.  With Gerald J. Miller.

"Balancing Conflicting Teaching Goals Through a Mixture of Methods:  A Survey of Teaching Assistants," Annual Convention, Southern Political Science Association, Atlanta, GA, November 1976.  With Gerald J. Miller.

"Arbitration of Discrimination Grievances in the Public Sector," Southeastern Regional Conference, American Society for Public Administration, Miami Beach, FL, October 1976.

"Techniques for Preparing Budgets:  State Constraints and Local Training," Annual Conference, International City Management Association, Seattle, WA, October 1975.

"Application of a Programmed Learning Guide to Local Government Budgeting," Annual Circuit-Riding City Manager's Conference, International City Management Association, Nashville, TN, April 1975.

**PRESENTATIONS AND WORKSHOPS**

"Challenges in Teaching Financial Management for the PhD," 31st Annual Conference, Association for Budgeting and Financial Management, Washington, DC, September 2019.

"Life, Work and Legacy of John Mikesell: Textbook Contributions," 31st Annual Conference, Association for Budgeting and Financial Management, Washington, DC, September 2019.

"Budgeting and Financial Management for the MPA Curriculum," 31st Annual Conference, Association for Budgeting and Financial Management, Washington, DC, September 2019.

"Property Value Variability: Are All Cities Treated Equally?" 31st Annual Conference, Association for Budgeting and Financial Management, Washington, DC, September 2019. With David Copeland.

"Operating Budgeting," Executive Education in Public Finance, Center for State and Local Finance, Andrew Young School of Policy Studies, Atlanta, May 2018, March 2019, and January 2020.

"Debt Management," Executive Education in Public Finance (3 days), Center for State and Local Finance, Andrew Young School of Policy Studies, Atlanta, September 2015, September 2016, February 2018, September 2018, September 2019.

"Public Budgeting and Debt Management," International Center for Public Policy, Andrew Young School of Policy Studies, Atlanta, August 2019.

"Debt Management," World Bank Indonesia Training Program, International Center for Public Policy, Andrew Young School of Policy Studies, Atlanta, August 2018.

"Fiscal Transparency Across the States: A Volcker Alliance Paper," 60th Annual Conference, Western Social Science Association, Austin, Texas, April 2018. With Jesseca Lightbourne, Alex Hathaway, Emily Franklin, and Bethel Habte.

"Financing Infrastructure in a New Era for Muni Bonds," Economic Perspectives on State and Local Taxes, Lincoln Institute of Land Policy and the Federal Reserve Bank of Boston, Cambridge, MA, May 2018.

"State Budgeting and Governmental Accounting" and "State Debt and Pensions Management," Volcker Alliance 50 State Finance Project, national webinars for partner universities, September and October, 2017.

"Public Debt Management" and "Heritage Assets," Training Program for Indonesia Ministry of Finance Staff, International Center for Public Policy, Andrew Young School of Policy Studies, Atlanta, August 2016.

"Subnational Borrowing: Research and Policy Analysis," XI Summer School in Public Economics, International Center for Public Policy, Andrew Young School of Policy Studies, Atlanta, September 2015. Video: https://vimeo.com/142932809

"Performance Budgeting," International Center for Public Policy, Andrew Young School of Policy Studies, Atlanta, August 2015.

"The Remaking of the Municipal Market," 16th Annual Meeting, Securities and Exchange Commission Historical Society, Washington, DC, June 2015. Video: http://sechistorical.org/museum/programs/video-player.php?vid=4317302189001&title=The%20Remaking%20of%20the%20Municipal%20Market%20(Sixteenth%20Annual%20Meeting)

"Analyzing the Financial Health of Governments," Center for State and Local Finance, Andrew Young School of Policy Studies, Atlanta, June 2015.

"Reflections on the Activities of the Kansas Public Finance Center, 1994-2009," Midwest Regional Public Finance Conference, Wichita, KS, April 2015.

"Municipal Securities and Debt Management," and "Assessing Debt Affordability," Center for State and Local Finance, Andrew Young School of Policy Studies, Atlanta, February and March, 2015.

"Municipal Finance Research Manifesto: First Wave," Plenary Session, 26th Annual Conference, Association for Budgeting and Financial Management, Grand Rapids, MI, October 2014.

"Analyzing State and Local Governments: A New Accounting Language," GLC Webinar, December 2013.

"Public Budgeting Best Practices," Summer Budget Workshop, International Center for Public Policy, Andrew Young School of Policy Studies, Andrew Young School of Policy Studies, Georgia State University, Atlanta, GA, May 2013.

"Municipal Market Participants: Reality Test," Financial Markets Boot Camp, College of Public Programs, Arizona State University. March 2013.

"The Future of Municipals," 24th Annual Conference, Association for Budgeting and Financial Management, New York, NY, October 2012.

"State Budgeting and Finance Competencies – Second Phase Results," 2012 Annual Conference, National Association of Schools of Public Affairs and Administration, Austin, TX, October 2012.

"Budget Training for PHPS Fellows," Centers for Disease Control and Prevention, Public Health Prevention Service, 2011 Fellows Program, Atlanta, GA (July 2012 and September 2012). With Jennifer Simmons.

"Public Budget Laboratory," Centers for Disease Control and Prevention, Public Health Prevention Service, Fourth Year Resident Program, Albuquerque, NM (April 2012) and Atlanta, GA (July and August 2012). With Jennifer Simmons.

"Dodd-Frank Act and the Municipal Bond Market," Second Annual Applied Finance Conference of the Financial Management Association, St. John's University, New York, NY, May 2012.

"A Theoretical and Descriptive Analysis of the Municipal Advisors Market," 54th Annual Conference, Western Social Science Association, Houston, TX, April 2012. With Martin Luby.

"Implications of Financial Regulation of the Municipal Debt Market for American Federalism: What Hath Dodd-Frank Wrought?"  54th Annual Conference, Western Social Science Association, Houston, TX, April 2012. With Robert S. Kravchuk and Christine R. Martell.

"Municipal Securities," Invited Class Lecture, Department of Public Administration, School of Public and International Affairs, University of Georgia, Athens, GA, February 2012.

"State Budgeting and Finance Competencies – First Phase Results," 2011 Annual Conference, National Association of Schools of Public Affairs and Administration, Kansas City, MO, October 2011.

"The Future of Public Affairs Programs: Variations in Academic Cultures," National Association of Schools of Public Affairs and Administration, Kansas City, MO, October 2011.

"From TBO to BAB to no Tax-Exemption: Back to the Future," 53rd Annual Conference, Western Social Science Association, Public Finance and Budgeting Section, Salt Lake City, UT, April 2011; 23rd Annual Conference, Association for Budgeting and Financial Management, Washington, DC, October 2011.

"Subnational Borrowers in the U.S. and Canada," International Studies Program for Vietnamese Officials, Andrew Young School of Policy Studies, Georgia State University, Atlanta, GA, April 2011.

"Municipal Securities," Edge Capital Partners, Atlanta, GA, January 2011.

"State Borrowing and State Debt," Federal Reserve Bank of Boston and Lincoln Institute of Land Policy sponsored conference on Economic Perspectives on State and Local Taxes, Cambridge, MA, January 2011.

"Build America Bonds," invited presentation by a Commissioner of the Securities and Exchange Commission at the "S.E.C.'s State of the Municipal Securities Markets" Hearings, Washington, D.C., December 2010. Video:
https://www.sec.gov/news/otherwebcasts/2010/munifieldhearing120710.shtml

"Getting the Porridge Just Right: Setting and Administering Tax Rules in an Era of Anti-Tax Sentiment," 22nd Annual Conference, Association for Budgeting and Financial Management, Omaha, NE, October 2010.

"Big Ideas: The CEO-CFO Relationship," Alliance for Innovation National Meeting, Decatur, GA, October 2009.

"A Taxing Day of Life: Estimating the Tax Price for a Citizen in the Largest City in Each State," 21st Annual Conference, Association for Budgeting and Financial Management, Washington, DC, October 2009. With Johanna Winter.

"A Taxing Day of Life: Estimating the Comparative Price of a Set of Events Invoking Taxes, User Charges and Fines," 51st Annual Conference, Western Social Science Association, Public Finance and Budgeting Section, Albuquerque, NM, April 2009. With Johanna Winter.

"Turmoil in the Financial Markets: Implications for State and Local Government Securities," Government & Nonprofit Section, American Accounting Association, Washington, DC, March 2009.

"Transportation Financing: Implications and Options for Local Government," Winter Seminar, Association of Kansas City/County Management, Wichita, Kansas, February 2009. With Michael Woodrum.

"Draft White Paper on Proposition K," Wichita Metro Chamber of Commerce, February 2009.

"The Financial Crisis: Its' Impact on Local Government," Management Retreat, City of Hutchinson, Kansas. January 2009.

"Current Challenges in Issuing State and Local Government Securities," Federal Reserve Bank of Boston and Lincoln Institute of Land Policy sponsored conference on Economic Perspectives on State and Local Taxes, Cambridge, MA, May 2008.

"State Debt Affordability," Testimony to Kansas House Appropriations Committee, Topeka, February 2008.

"Financial Strategy in Accessing Capital Markets: A Study of the Largest Sub-national Government Borrower in North America," 19th Annual Conference, Association for Budgeting and Financial Management, Washington, DC, October 2007.

"Sub-National Access to the Capital Markets: Comparing Canada and the United States with Lessons for China." School of Public Finance, Central University of Finance and Economics, Beijing, China, June 2007.

"Sizing up Kansas Finances," Kansas Association of Counties, Hutchinson, May 2007.

"Comments on State Debt Affordability," Testimony to Kansas Senate Ways and Means Committee, Topeka, March 2007.

"Threats to Kansas Local Finance," Kansas Association of City/County Management, Winter Meeting, Wichita, January 2007.

"Sizing up Kansas Public Finance," 2006 State of the State Economic Policy Conference, University of Kansas, Lawrence, October 2006.

"Estimating the Tax Base: Kansas Property and Sales Taxes," Kansas Advisory Council on Intergovernmental Relations, Wichita, June 2006; and, Legislative Joint Special Committee on Assessment and Taxation, Topeka, September 2006.

"Federalism and Capital Markets in Transportation Financing: Comparing Canada and the United States," International Conference on Funding Transportation Infrastructure, University of Alberta, Banff, Canada, August 2006.

"Kansas Local Government Debt Affordability," Kansas Advisory Council on Intergovernmental Relations, Wichita, June 2006; and, Legislative Joint Special Committee on Assessment and Taxation, Topeka, September 2006. With Anthony Swartzendruber.

"How to Form and Use an Audit Committee: A Step-by-Step Guide for Auditees and Auditors," Thompson Interactive, June 2006. With Robert Lloyd.

"Debt Management," 11th Annual Midwest Regional Public Finance Conference, Wichita, February 2006.

"State of Kansas 2005 Debt Affordability Study," Invited testimony to State Senate Republican Caucus, Kansas House Democratic Caucus, Kansas House Committee on Economic Development, Kansas House Commerce Committee, Kansas Advisory Council on Intergovernmental Relations, January-February, 2006.

"Fulbright Lecture -- Federalism and Capital Markets in Canada and the U.S.: Financing Infrastructure in the Wake of Hurricane Katrina," McGill University, Montreal, Quebec, October 2005.

"Comments on David Osborne's The Price of Government," invited speaker, "The Future of Local Government," by the Mid-America Regional Council and the Greater Kansas City Chapter of the American Society for Public Administration, Kansas City, MO, March 2005.

"Financial Management," Municipal Leadership Seminar: Municipal Governing Body Orientation, Wichita State University, Wichita, May 2005.

"Fundamental Federal Income Tax Reform: Implications for State and Local Government Finance," 10th Annual Midwest Regional Public Finance Conference, Wichita, February 2005.

"Fundamental Federal Income Tax Reform: Implications for State and Local Government Finance," School of Government, University of North Carolina, Chapel Hill, January 2005.

"The Search for Revenues," invited speaker at the Eight Annual Cities on the Cutting-Edge Conference, "Financing Local Government in the 21st Century," by the University of California Hastings College of the Law's Center for State and Local Government Law, San Francisco, October 2004.

"Analyzing Internal Operations," MiniMPA[tm] Wichita State University, each Fall semester, 2004 to 2008.

"Public Finance," MiniMPA[tm] [and earlier, the Executive Development Institute for Wichita/Sedgwick County] (up to 16 contact hours), Wichita State University, each spring semester, 1996 to 2009.

"Perspectives on Financial Risk Management in State and Local Government," Financial Management Association Annual Meeting, Denver, October 2003.

"County Budgeting Laboratory," Kansas Association of Counties, Wichita, April 2003.  With John Wong and Nancy Snyder.

"Sales Tax on Internet Transactions – Where are we?"  53rd Annual Spring Conference, City Clerks and Municipal Finance Officers of Kansas, Wichita, March 2003.

"Financial Management," 8th Annual Midwest Regional Public Finance Conference, Wichita, February 2003.

"Subnational Borrowing by American State and Local Governments," Presentations to State Planning and Development Council (People's Republic of China); Municipal Governments of Beijing, Hangzhou and Shanghai; Shanghai Academy of Environmental Sciences; Commercial Workshop at American Consulate (Shanghai); and others.  Delegation organized by the Woodrow Wilson International Center for Scholars and the National Committee for U.S.-China Relations, December 2002.

"Recent and Future Trends in Kansas Finances," 2002 Economic Policy Conference, At the Crossroads: Can Kansas Afford Its Future, University of Kansas, Lawrence, October 2002.

"Performance-Based Budgeting." League of Kansas Municipalities 94th Annual Conference, October 2002.

"Marketing your Budget: Creating Ways to Engage Citizens in the Bottom Line." Area City/County Managers Seminar, Wichita, September 2002.

"Tax Revenue Neutrality in State and Local Tax Transitions During Electric Industry Restructuring," 32nd Annual Wichita Program on Appraisal for Ad Valorem Taxation of Communications, Energy and Transportation Properties, Wichita. July 2002.

"GASB Update and Statement 34." Presented to 52nd Annual Conference of the City Clerks and Municipal Finance Officers Association of Kansas, Wichita, March 2002.

"Kansas Debt" and "Kansas Department of Transportation," State Budget Roundtable, Kansas Public Finance Center, Wichita, February and April 2002.

"How to Diagnose Your Government's Financial Health."  Pre-conference Workshop, 6th Annual Midwest Regional Public Finance Conference, Wichita, February 2002.

"How to Diagnose Your County Government's Financial Health."  Presented to Kansas Association of Counties, Wichita, November 2001.

"County Revenue Patterns in Kansas and Surrounding States:  Evidence from Just Released Census Data," Presented to Kansas Association of Counties, Topeka, November 2000.

"A-Z's of Cash and Debt Management: GFOA Exam Review Sessions," Professional Workshop, Kansas Government Finance Officers Association, Olathe, October 2000.  With John Wong.

"Comparative State and Local Taxation," 30th Annual Wichita Program on Appraisal for Ad Valorem Taxation of Communications, Energy and Transportation Properties, Wichita, August 2000.

"Canada to Mexico and Back Again: The North-South Trade Corridor," Area Managers Seminar, Wichita, May 2000.

"Negotiating Tax Policy and Electric Competition," Conference on Managing Taxation, Center for Business Intelligence, Chicago, IL, April 2000.

"Public Budgeting Laboratory," Pre-conference workshop for Fifth Annual Midwest Regional Public Finance Conference, Wichita, February 2000. With Nancy Snyder.

"Municipal Electric Utilities," Briefing for the Wichita Electric Task Force, November 1999.

"Fundamental Finance Concepts and the GFOA Certification Program," Pre-Conference Workshop, Midwest Regional Public Finance Conference, Wichita, February 1999.  With John Wong.

"Report of the Governor's Tax Review Committee," Invited testimony before Kansas State Senate Committee on Assessment and Taxation and the House Committee on Taxation, Topeka, February 1999.

"Property Tax Dynamics and the Implications of Electric Deregulation: An Outline," Public Policy Forum on Retail Wheeling and the Property Tax, Kansas Association of Counties, Manhattan, October 1998.

"An Introduction to Organization Design," Sedgwick County Reorganization Task Force, Wichita, April 1998.

"Federal Tax Reform Forum (60 minute live state-wide TV show with U.S. Senator Sam Brownback, Stephen Moore of Cato Institute, and Grover Norquist of Americans for Tax Reform)," Wichita, January 1998.

"The Effect of Electric Industry Restructuring on the Municipal Bond Market," 9th Annual Conference on Public Budgeting and Finance, Washington, DC, November 1997.

"The Implications of Retail Wheeling for a Community Served by a Municipal Electric Utility," Community meeting in Haven, Kansas, September 1997.

"Setting Fiscal Policy," Institute for Municipal Leadership: Municipal Governing Body Orientation, Wichita, September 1997 and September 1999.

"What Local Officials Should Know about Electric Industry Deregulation," Elected officials of Reno County, Hutchinson, August 1997.

"The Impact of Retail Wheeling on Municipal Electric Utilities in Kansas," Invited testimony before Kansas Retail Wheeling Task Force, Topeka, June 1997.

"Implications of a Property Tax Homestead Exemption," Invited testimony before Kansas State Senate Committee on Assessment and Taxation, Topeka, March 14, 1997.

"An Overview of Federal, State and Local Finance," Downtown Rotary Club, Wichita, January 1997 and December 1995.

"Implications of Overlapping Debt," Meeting of the Governments of Sedgwick County, May 1996.

"Investing in a Changing Market," Annual Conference, City Clerks and Municipal Finance Officers Association of Kansas, Wichita State University, Wichita, KS, March 1996.

"Bond Basics for the Municipal Clerk," Certification Institute, City Clerks and Municipal Finance Officers Association of Kansas, Wichita State University, Wichita, KS, November 1995.

"Capital Construction Financing," 43rd Annual College Business Management Institute, University of Kentucky, July 1995.

"The Environment and Strategy of Disclosure," National Institute for Public Finance, National Association of State Treasurers, Newark, DE, July 1995.

"The A-B-C's of Making Infrastructure Financing Work," Annual Conference, Government Finance Officers Association of the U.S. and Canada, Baltimore, June 1995.

"New SEC Disclosure Requirements and the Issuance of Municipal Bonds," 1995 Governmental Accounting and Auditing Conference, Kansas Society of Certified Public Accountants, Wichita, June 1995.

"Budgeting Process," Institute for Municipal Leadership:  Municipal Governing Body Orientation, Wichita, June 1995, September 1997, and September 1998.

"Financing Government Infrastructure:  The Arguments for Making Users, Not Taxpayers, Pay the Bill," Canadian Centre for Management Development, Ottawa, Canada, April 1995.

"Canadian and American Federalism in the Capital Markets:  Comparative Debt Financing," Toronto Association for Business and Economics; School of Management, University of Quebec-Montreal; and, School of Public Administration, Carleton University, Ottawa, Canada, April 1995.

"Municipal Securities:  Issues of Theory, Practice and Public Policy," Doctoral Seminar in Municipal Securities, Martin School of Public Administration, University of Kentucky, March 1995.

"Performance Budgeting:  Ties to Budget/Efficiency Measurement," Kansas Division of the Budget, Topeka, KS, March 1995.

"Squeezing the Orange:  Investing Cash in a Changing Market," Annual Conference, City Clerks and Municipal Finance Officers Association of Kansas, Wichita State University, Wichita, KS, March 1995 and March 1996.

"Bond Basics," Sedgwick County Building Authority, Wichita, KS, January 1995.

"Bond Basics for Small Cities," Municipal Clerks Certification Institute, Wichita State University, Wichita, KS, September 1994.

"Key Steps in Infrastructure Investment Decisions," Congress of Cities, National League of Cities, Orlando, December 1993.

"Financing Debt-Paying Now or Later," Institute for Municipal Leadership, Wichita State University, September 1993.

"Municipal Budgeting:  A Balancing Act," Congress of Cities, National League of Cities, New Orleans, November 1992.

"Strategic Planning Session," Committee on Governmental Debt and Fiscal Policy.  Government Finance Officers Association of the U.S. and Canada, Winter meeting, Washington, D.C., February 1992.

"Disclosure in the Municipal Bond Market," State Debt Management Conference, National Association of State Treasurers, Austin, TX, December 1991.

"Government Managers and Quality Concepts", Louisiana Quality Symposium, American Society of Quality Control, Baton Rouge, LA, October 1991.

"Strategic Fiscal Planning," Center for Local Government Administration, University of North Florida, Jacksonville, February 1991.

"Bond Disclosure Initiatives," Council of Industrial Development Bond Issuers - Winter Meeting, New Orleans, LA, February 1991.

"Infrastructure Initiatives for Louisiana," Infrastructure Policy Group, Governor's Cabinet, State of Louisiana, November 1989.

"Budgeting for Results:  Measuring and Monitoring Goal-Directed Performance," Budget Preparation Workshops for Department Heads, conducted for the Office of Chief Administrative Officer, City of New Orleans, June 1989.

"Financial Investment and Analysis," Transit Management of Southeast Louisiana, New Orleans Regional Transit Authority, May 1989.

"Privatization - The Pros and Cons," The Fifth Annual Accounting, Auditing and Management Seminar, Baton Rouge Chapter of the Association of Government Accountants, March 1989.

"Budget Seminar," Arts and Humanities Council of Greater Baton Rouge, Baton Rouge, LA, June 1988.

"Budgeting and Accounting for State Managers," Certified Public Manager Training Program, State of Louisiana/Louisiana State University, one-day seminars at various state locations, 1986-1987.

"Local Budgeting," Newly Elected Officials' Conference, Louisiana Municipal Association, February 1987 and 1989.

"Financial Analysis," Ohio Public Finance Officers Training Program, Kent State University, June 1986.

"Financial Strategy for Effective Local Government Management," Annual Conference, Public Affairs Research Council of Louisiana, March 1986.

"Budget Analysis," Budget Balancing Conference, Governmental Finance Officers Association of Louisiana, May 1986.

"The Roles of the Finance Officer," Second Annual Governmental Finance Institute, GFOA of Louisiana/Louisiana State University, September 1985.

"Financial Trend Monitoring," Second Annual Governmental Finance Institute, GFOA of Louisiana/Louisiana State University, September 1985.

"Public Officials Liability and Risk Management," Elected Officials Program, Kent State University, March 1984.

"Management Strategy and Control," Management Development Laboratory, Rider College, Lawrenceville, NJ, 1984.

"City Financial Planning," Ohio Public Finance Officers Training Program, Kent State University, June 1983.

"Fiscal Emergency Assessment," Ohio Public Finance Officers Training Program, Kent State University, June 1983.

"Risk Management for Executives," Management Development Program, Rider College, Lawrenceville, NJ, 1982-1984.

"The Federal Budgeting Process," Washington Program in National Issues, Kent State University, January 1983.

"Public Liability Prevention and Risk Management," First Annual Regional Meeting for Cities and Villages, Kent State University Regional Campuses, April and May 1983.

"Annual Operating Budget," Ohio Public Finance Officers Training Program, Kent State University, June 1982.

"Risk Management and Self-Insurance," Ohio Public Finance Officers Training Program, Kent State University, June 1982.

"Public Budgeting Principles and Practices," Ohio Public Finance Officers Training Program, Kent State University, June 1981.

"Principles of Public Finance," Ohio Public Finance Officers Training Program, Kent State University, June 1981.

"The Liability Challenge for Public Officials," Risk Management and Municipal Insurance Program, Kent State University, February 1981.

"The Federal Setting of Municipal Liability:  Section 1983," Update for City Attorneys, Minnesota Bar Association, St. Paul, MN, January 1981.

"Budgeting Personnel Management," Personnel and Labor Management Workshop, Kent State University, November-December 1980.

"Public Budgeting Laboratory," Pre-conference Workshop, American Society for Public Administration, Annual Conferences in: San Francisco, CA, April 1980; Detroit, MI, April 1981; and New York, NY, April 1983.

"Local Government Budgeting," Financial Management Capacity Sharing Program, Kent State University, September 1980.

"Personal Liability and Risk Management," Pre-conference Workshop, American Society for Public Administration, Annual Conference, Baltimore, MD, April 1979.

**CONFERENCE RESPONSIBILITIES**

Discussant, "Measuring Fiscal Sustainability of Local Governments," Ready or Not? Post-Fiscal Crisis/Next Fiscal Crisis, Government Finance Research Center at the University of Illinois at Chicago and the Federal Reserve Bank of Chicago, May 2019.

Moderator, "New Research on Fiscal Federalism," 30th Annual Conference, Association for Budgeting and Financial Management, Denver, CO, October 2018.

Facilitator, "Research Presentations: Evaluating Municipal Fiscal Systems," International Conference on Municipal Fiscal Health, Lincoln Institute of Land Policy, Detroit, MI, May 2018.

Senior Scholar on Publishing and Career Advice, 2017 Lincoln Young Scholars in Urban Economics and Public Finance, Lincoln Institute of Land Policy, Cambridge, MA, May 2017.

Respondent, Applied Research in Public Finance Conference, School of Public and Environmental Affairs, Indiana University, Bloomington, IN, April 2017.

Discussant, "The Volcker Project," Annual Conference, American Society for Public Administration, Atlanta, GA, March 2017.

Discussant, "The Changing Municipal Capital Market," Municipal Finance Conference, The Hutchins Center on Fiscal and Monetary Policy, The Brooking Institution, July 2016. Transcript: https://www.brookings.edu/wp-content/uploads/2016/07/071216BROOKINGSMUNICIPAL.pdf

Chair, "Textual Analysis and Financial Economics," Southern Economic Association Conference, New Orleans, November 2015.

Chair, "Roundtable: The Past and Future of Municipal Securities: 40th Anniversary of the Municipal Securities Rulemaking Board," 27th Annual Conference, Association for Budgeting and Financial Management, Washington, DC, October 2015. Video: https://www.youtube.com/watch?v=v-ZOmhCiSxk

Chair and Discussant, "The Discipline of the Markets: Debt and Municipal Finance," 27th Annual Conference, Association for Budgeting and Financial Management, Washington, DC, October 2015.

Discussant, "Federal, State and Local Budgets in Jeopardy: A Conference on America's Fiscal Future," Indiana University, May 2015.

Participant, "Research Roundtable on Financial Reporting Model Reexamination," Governmental Accounting Standards Board, Atlanta, GA, November 2013.

Participant, "Roundtable on Municipal Fiscal Crisis," George Mason University, Arlington, VA, October 2013.

Panel Moderator, Brandeis 2013 Municipal Finance Conference, Boston, MA, August 2013.

Participant, "Roundtable on Municipal Fiscal Sustainability," Arizona State University, Phoenix, AZ, March 2013.

Member, Organizing Committees, "2014 Municipal Finance Conference," Brandeis International Business School, Newton, MA.

Member, Steering Committee, "2013 Financial Markets Boot Camp," College of Public Programs, Arizona State University, Phoenix, AZ, March 2013.

Member, Organizing and Planning Committees, "2013 Municipal Finance Conference," Brandeis International Business School, Newton, MA.

Session Moderator, "2012 Municipal Finance Conference," Brandeis International Business School, Newton, MA, August 2012.

Moderator, "Roundtable Discussion on Municipal Securities: The State of Municipal Securities; Moving Market Research and Practice," Second Annual Applied Finance Conference of the Financial Management Association, St. John's University, New York, NY, May 2012

Moderator, "State and Local Case Studies in Fiscal Policy and Outcomes," 54th Annual Conference, Western Social Science Association, Houston, TX, April 2012.

Chair/Discussant, "Municipal Bonds and Finance," 23rd Annual Conference, Association for Budgeting and Financial Management, Washington, DC, October 2011.

Co-Chair, Working Group 5: Strategic Management in the Public Services: Difficulties and Disappointments in Good Times, Seventh Transatlantic Dialogue (7TAD), Rutgers University, June 2011.

Plenary Moderator/Presenter, "Debt Management Trends & Outlook," 22nd Annual Conference, Association for Budgeting and Financial Management, Omaha, NE, October 2010.

Presenter, "Public Affairs Programs under Attack," Annual Conference, National Association of Schools of Public Affairs and Administration, Las Vegas, NV, October 2010.

Presenter, "Teachable Moments from the Financial Crisis," Annual Conference, National Association of Schools of Public Affairs and Administration, Washington, DC, November 2009.

Chair, "Fiscal Redistribution: United States," Conference on Government Programs, Distribution and Equity, Andrew Young School of Policy Studies, Georgia State University, Atlanta, GA, October 2009.

Moderator, "Debt Management," 51st Annual Conference, Western Social Science Association, Albuquerque, NM, April 2009.

Member, Planning Committee, Annual Wichita Program on Appraisal for Ad Valorem Taxation of Communications, Energy and Transportation Properties, Wichita, KS, August 1998 to 2009.

Moderator, "Responsible Public Sector Investment and Debt Policy," 101st Annual Conference on Taxation, National Tax Association, Philadelphia, November 2008.

Moderator, "Engaging in Scholarship and Education of the 'Black Box' of Military Strategy and Budgets," 20th Annual Conference, Association for Budgeting and Financial Management, October 2008.

Presenter, "Competition and Cooperation among Public Affairs Schools, Business Schools and Law Schools," Annual Conference, National Association of Schools of Public Affairs and Administration, Charleston, SC, October 2008.

Moderator, "Property Tax Trends," 38th Annual Wichita Program on Appraisal for Ad Valorem Taxation, Wichita, July 2008.

Conference Director and Moderator, 13th Annual Midwest Regional Public Finance Conference, Wichita State University, Wichita, February 2008.

Moderator, "Municipal Securities," 19th Annual Conference, Association for Budgeting and Financial Management, Washington, DC, October 2007.

Conference Director and Moderator, 12th Annual Midwest Regional Public Finance Conference, Wichita State University, Wichita, February 2007.

Moderator, "Threats to Kansas Local Finance: The Current Solution," Kansas Association of City/County Management, Winter Seminar, Wichita, January 2007.

Moderator, "Research Workshop: Using Municipal Bond Trading Data," 18th Annual Conference, Association for Budgeting and Financial Management, Atlanta, GA, October 2006.

Moderator, "BATs and CATs: Taxing Business Activity in the Service Economy," 39th Annual Conference, Multistate Tax Commission, Topeka, KS, August 2006.

Conference Director and Moderator, 11th Annual Midwest Regional Public Finance Conference, Wichita State University, Wichita, KS, February 2006.

Moderator, "The Role of Property Taxes," 35th Annual Wichita Program on Appraisal for Ad Valorem Taxation, Wichita, July 2005.

Conference Director and Moderator, 10th Annual Midwest Regional Public Finance Conference, Wichita State University, Wichita, KS, February 2005.

Conference Director and Moderator, 9th Annual Midwest Regional Public Finance Conference, Wichita State University, Wichita, KS, February 2004.

Moderator, "Improving Your Bond Rating," 9th Annual Midwest Regional Public Finance Conference, Wichita State University, Wichita, KS, February 2004.

Presenter, "Exploring the 'Revolving Door' Between Budget Practitioners and Academicians: Does it Exist, Does it Matter and What are the Implications," 16th Annual Conference, Association for Budgeting and Financial Management, October 2004, Chicago. With Gerald J. Miller, Samuel J. Yeager, and Jack Rabin.

Moderator, "Trends in State and Local Taxes: Is the Property Tax Obsolete?" 33rd Annual Wichita Program on Appraisal for Ad Valorem Taxation of Communications, Energy and Transportation Properties, Wichita, July 2003.

Primary Facilitator and Co-Designer, Iowa Compact Retreat (for the Governor, Lt. Governor and the top legislative Leaders), Des Moines, February 2003.

Invited Participant, "Voluntary Disclosures by State and Local Governments," National Association of State Auditors, Comptrollers and Treasurers, Washington, DC, May 2003.

Conference Director and Moderator, 8th Annual Midwest Regional Public Finance Conference, Wichita State University, Wichita, KS, February 12-14, 2003.

Moderator, "The Theme of Public Finance in the Amusement Park Industry," 95th Annual Conference on Taxation, National Tax Association, Orlando, November 2002.

Moderator, "Changing Resource Needs and Sources:  Can We Partner with Governments to Raise Funds to Support our Programs?"  Annual Conference of the National Association of Schools of Public Affairs and Administration, Los Angeles, October 2002.

Moderator, "Public Budgeting and Finance Careers: Paths, Challenges and Opportunities," 14th Annual Conference, Association for Budgeting and Financial Management, Kansas City, October 2002.

Conference Director and Moderator, 7th Annual Midwest Regional Public Finance Conference, Wichita State University, Wichita, KS, February 14-15, 2002.

Moderator, "The California Electricity Crisis," 94th Annual Conference on Taxation, National Tax Association, Baltimore, MD, November 2001.

Presenter, "The State of Publishing in Public Administration," 62nd Annual National Conference, American Society for Public Administration, Newark, NJ, March 2001.

Moderator, "We Don't Need No Stinking Budgets! (The great annularity debate!)," 12th Annual Conference, Association for Budgeting and Financial Management, Kansas City, MO, October 2000.

Conference Director and Moderator, 6th Annual Midwest Regional Public Finance Conference, Wichita State University, Wichita, KS, February 14-16, 2001.

Discussant, "Property-Tax Exemptions for Charities," Invitation-only seminar by The Urban Institute, Washington, DC, June 2000.

Chair, "Deregulation: Financial Implications," 11th Annual conference, Association for Budgeting and Financial Management, Washington D.C., October 1999.

Presenter, "The Challenges of Establishing a Research Program in Public Finance and Budgeting: A Roundtable Discussion," 11th Annual conference, Association for Budgeting and Financial Management, Washington D.C., October 1999.

Sponsor Liaison and Program Committee Member, 12th Annual Conference on Public Budgeting and Finance, Kansas City, Missouri, October 7-9, 2000.

Co-Program Coordinator, Educational meetings of Kansas government finance officers, Salina (November 1998), Newton (April 1999), El Dorado (September 1999), Lenexa (October 1999), Salina (September 2000), Olathe (November 2000), Emporia (May 2001), Hutchinson (August 2001), Overland Park (October 2001), Hayes (May 2002), Leavenworth (August 2002), Overland Park (October 2002).

Participant, Midwest Regional Roundtable on Public Budgeting and Finance, academic seminars held at various universities in Kansas, Iowa and Nebraska semi-annually most years since 1998.

Conference Director and Moderator, 5th Annual Midwest Regional Public Finance Conference, Wichita State University, Wichita, KS, February 17-18, 2000.

Conference Director and Moderator, 4th Annual Midwest Regional Public Finance Conference, Wichita State University, Wichita, KS, February 18-19, 1999.

Chair, "Should There be an Accreditation Program for Finance and Budget Offices?" 10th Annual Conference on Public Budgeting and Financial Management, Washington, DC, November 1998.

Conference Director and Moderator, 3rd Annual Midwest Regional Public Finance Conference, Wichita State University, Wichita, KS, February 19-20, 1998.

Conference Director and Moderator, Electric Industry Deregulation and Retail Wheeling: The Road to Power, Wichita State University, Wichita, KS, December 2, 1997.

Moderator, "Economic Outlook," 28th Annual Wichita Program on Appraisal for Ad Valorem Taxation of Communications, Energy and Transportation Properties, Wichita, KS, August 1998.

Conference Director and Moderator, 2nd Annual Midwest Regional Public Finance Conference, Wichita State University, Wichita, KS, January 30-31, 1997.

Conference Director and Moderator, 1st Annual Midwest Regional Public Finance Conference, Wichita State University, Wichita, KS, February 29 - March 1, 1996.

Chair, "Paying for Economic Development and Growth Management," Southeastern Conference for Public Administration, Lexington, KY, October 1994.

Conference Coordinator, "Reinventing Budgeting and Financial Management: Will It Take Us Where We Want to Go?"  6th Annual Conference on Public Budgeting and Financial Management, Washington, DC, October 13-15, 1994.

Moderator, "Certificates of Participation in Brevard County:  A Local Political Issue and Its Implications for the National Municipal Bond Market," Southeastern Conference for Public Administration, Cocoa Beach, FL, October 1993.

Conference Facilitator and Co-Designer, "New Directions in State and Local Budgeting: A National Symposium," sponsored by the Government Finance Officers Association of the U.S. and Canada for major public interest groups, Washington, DC, January 1993.

Co-Chair, Public Sector Track, 1993 Annual Conference, The American Management Foundation and the Association on Employment Practices and Principles, San Diego, CA, October 1993.

Coordinator, "Financial Management" Track, 4th Annual Conference on Public Budgeting and Finance, American Society for Public Administration, Arlington, VA, October 1992.

Coordinator, "Current Issues in Public Administration" Track, Southeastern Conference for Public Administration, Montgomery, AL, October 1992.

Chair, "Municipal Finance: Trends and Developments" Southeastern Conference for Public Administration, Charlotte, NC, October 1991.

Chair, "Innovations in Public Debt Financing," 3rd Annual Conference on Public Budgeting and Finance, American Society for Public Administration, Arlington, VA, October 1991.

Chair, "Taxation and the Courts," National Conference, American Society for Public Administration, Washington, D.C., March 1991.

Discussant, "Budget Theory," 2nd Annual Conference on Public Budgeting and Finance, American Society for Public Administration, Washington, D.C., November 1990.

Chair, "State and Local Government Securities and Debt Disclosure," 2nd Annual Conference on Public Budgeting and Finance, American Society for Public Administration, Washington, D.C., November 1990.

Chair, "Improving Debt Disclosure," Southeastern Conference for Public Administration, Clearwater Beach, FL, October 1990.

Chair, "Disclosure Requirements in the Municipal Market," Annual Conference, Government Finance Officers Association of the U.S. and Canada, Cincinnati, Ohio, May 1990.

Presenter, "V. O. Key and Budgetary Slack," at "Budget Theory" panel, 1st Annual Conference of Public Budgeting and Finance, American Society of Public Administration, Washington, D.C., November 1989.

Chair, "Budget Theory, Southeastern Conference for Public Administration, Jackson, MS, October 1989.

Discussant, "Management Science Applications," Southeastern Conference for Public Administration, Jackson, MS, October 1989.

Presenter, "A Roundtable on Management Science Implementation:  Problems and Prospects," Southeastern Conference for Public Administration, Jackson, MS, October 1989.

Presenter, "Developing Management Skills for the Future: Assessing Needs, Generating Competencies," National Conference, American Society for Public Administration, Miami, FL, April 1989.

Chair, "Insurance and Diverse Policy Issues," Annual Meeting, American Political Science Association, Washington, D.C., September 1988.

Moderator, "Alternative Debt Issues," Annual Conference, Government Finance Officers Association of the U.S. and Canada, Atlanta, GA, May 1988.

Co-Chair, "Public Budgeting and Finance" Theme Track, Southeastern Conference for Public Administration, New Orleans, LA, October 1987.

Chair, "Issues in Fiscal Administration," Southeastern Conference for Public Administration, New Orleans, LA, October 1987.

Member, Program Committee, 1987 Southeastern Conference of Public Administration.

Co-Chair, "Symposium: The Movement of Strategy From Private to Public Sector: Observations, Empirical Research, and Model Building," Annual Meeting, Academy of Management, New Orleans, LA, August 1987.

Co-Chair, "Recent Changes in the Tax-Exempt Bond Market," National Conference, American Society for Public Administration, Anaheim, CA, April 1986.

Participant, "The Politics of Capital Budgeting," Midwest Regional Conference, American Society for Public Administration, Columbus, OH, October 1984.

Chair, "Revenue Challenges:  Legal, Political and Economic," Annual Conference, American Society for Public Administration, Denver, CO, April 1984.

Chair, "Developing Legal Elements of the Administrative Environment," Southeastern Conference for Public Administration, American Society for Public Administration, Tallahassee, FL, October 1983.

Chair, "Recovering from a Financial Emergency," National Conference, American Society for Public Administration, New York, NY, April 1983.

Participant, "Avoiding Obsolescence in Public Administration," National Conference, American Society for Public Administration, New York, NY, April 1983.

Chair, "Financial Oversight Commissions:  Can They Solve Fiscal Crises?"  Joint Midwestern and Southeastern Regional Conferences, American Society for Public Administration, Louisville, KY, November 1982.

Chair, Conference Theme Track, "Frontiers of Public Administration," National Conference, American Society for Public Administration, Honolulu, HI, March 1982.

Member, Program Committee for 1982 National Conference, American Society for Public Administration, 1980-1982.

Co-Chair, "Affirmative Action Programs:  Is There Life After Parity?"  National Conference, American Society for Public Administration, Detroit, MI, April 1981.

Chair, "Business Task Force Technology in State and Local Government," National Conference, American Society for Public Administration, Detroit, MI, April 1981.

Chair, "Fringe Benefits:  Personnel and Finance Interface," National Conference, American Society for Public Administration, San Francisco, CA, April 1980.

Chair, "Personal Liability of Public Administration," Midwest Regional Conference, American Society for Public Administration, Milwaukee, WI, October 1980.

Participant, "Personnel Administration Information-Transfer," National Conference, American Society for Public Administration, Baltimore, MD, April 1979.

Participant, "Introductory Public Administration, Substance and Method," National Conference, American Society for Public Administration, Baltimore, MD, April 1979.

Evaluator, "Rewards in the Academic Community for Public Service and Applied Research," National Conference, American Society for Public Administration, Atlanta, GA, April 1977.

Chair, "Techniques for Preparing Budgets," Annual Conference, International City Management Association, Seattle, WA, October 1975.

Chair, "Developing Local Government Budgeting and Accounting Systems," Annual Circuit-Riding City Manager's Conference, International City Management Association, Nashville, TN, April 1975.

**ACADEMIC EDITORIAL RESPONSIBILITIES**

Editor-In-Chief, Municipal Finance Journal, the only peer-reviewed quarterly specializing in municipal securities and state and local financing, starting 1989 (volume 10, Number 4) to present.

Editorial Boards: Public Budgeting & Finance, 2003 to present; American Review of Public Administration, 2009 to present; State and Local Government Review, 2014 to present; Journal of Public Budgeting, Accounting & Financial Management (formally Public Budgeting and Financial Management); Public Administration Quarterly; Public Performance & Management Review; International Journal of Public Administration; International Journal of Organization Theory and Behavior; Journal of Health and Human Resources Administration; Public Administration & Management:  An Interactive Journal; International Journal of Economic Development 1999-2007; Journal of Management History, 1995 to 2001; Journal of Management In Practice, 1989 to 1990; The Urban Interest, 1982.

Editor, Book Review Section, International Journal of Public Administration, 1979 (Volume 1, Number 1) to 2008.

Editor, Financial Management Research Section, Public Budgeting and Financial Management: An International Journal, 1991 to1994.

Editor, Research Notes Section, New Directions in Public Administration Research, 1986 to 1990.

Managing Editor, Annals of Public Administration (New York, NY:  Marcel Dekker, Inc.) book series, 1981 to 1983, which published the following books: Joseph A. Uveges (editor), Public Administration:  History and Theory in Contemporary Perspectives, 1982; Thomas Vocino and Richard Heimovics (editors), Public Administration in Transition, 1982; David H. Rosenbloom (editor), Centenary Issues of the Pendleton Act of 1883:  The Problematic Legacy of Civil Service Reform, 1982; Richard H. Leach (editor), Intergovernmental Relations in the 1980s, 1983; William Jones (editor), Criminal Justice Administration, 1983.

Manuscript Reviewer (ad hoc): Public Finance Review; National Tax Journal; Public Administration Review; Journal of Public Administration Research and Theory; Administration and Society; Public Administration; Publius; Policy Studies Journal; Journal of Politics; State and Local Government Review; Journal of Public Administration Education; Review of Public Personnel Administration; Public Integrity; International Public Management Journal; Public Management Review; International Public Management Review, International Review of Administrative Sciences; International Journal of Public Administration; Urban Affairs Review; Journal of Urban Affairs; Economic Development Quarterly; Social Science Journal; Nonprofit Policy Forum; Regional Studies; Planning Practice & Research; Policy and Society; Public Money & Management; Educational Researcher; Reason Public Policy Institute; Global Capital Markets Center at Duke Law School; Public Sector Division and Production/Operations Management Division of the Academy of Management; Public Sector and Health Care Administration section of the Southern Management Association; Merrill Publishing Company; West Publishing Services; Brooks/Cole Publishing Company; Marcel Dekker, Inc.; Prentice Hall; M.E. Sharpe, Inc.; Harcourt Brace; Government Finance Officers Association; Elsevier Science; Academic Press; Jones & Bartlett Publishers; ICMA Press; Taylor & Francis; Georgetown University Press; Pew Center on the States of the Pew Charitable Trusts; Palgrave-MacMillan; Smith Richardson Foundation.

**PROFESSIONAL EDITORIAL RESPONSIBILITIES**

Editor, Louisiana Finance Quarterly, Governmental Finance Officers Association of Louisiana, 1985 to 1990.

Editor, Research and Publication Section, and Microcomputer Section, Newsletter, Section on Budgeting and Financial Management, American Society for Public Administration, 1980 to 1985.

Contributing Editor, PRIMALETTER, Public Risk and Insurance Management Association, 1979 to 1983.

Co-Editor, Personal Liability Digest, Center for the Study of Civil Rights and Civil Liberties, 1975 to 1979.

Co-Editor, Patient Rights Digest, Center for the Study of Civil Rights and Civil Liberties, 1975 to 1979.

Co-Editor, Employment Discrimination Digest, Management Information Associates, Inc., 1975 to 1979.

**SUPERVISION OF DOCTORAL DISSERTATIONS: GEORGIA STATE UNIVERSITY**

**Chair**

Konul Amrahova Riegel (2018). Primary and Secondary Subnational Debt Markets. (Joint GSU-Georgia Tech PhD). Accepted tenure-track position at Naval Postgraduate University; now at KPMG.

Komla D. Dzigbede (2016). Essays in State and Local Government Debt Management: Networks, Strategic Refinancing, and Regulatory Disclosure. (GSU PhD). Accepted tenure-track position at University of Binghamton SUNY.

Min Su (2016). American Cities in Turbulent Economic Times: An Exploration of Financial Slack in Municipal Finance. (Joint GSU-Georgia Tech PhD). Accepted tenure-track position at Louisiana State University, Baton Rouge.

**Committee Member**

Seyedmasood Dastan (2019). Essays in Corruption. (GSU PhD, Economics)

Lang (Kate) Yang (2017). Fiscal Federalism and Distressed Localities: An Empirical Analysis. (PhD, Indiana University; winner of NASPAA Best Dissertation Award in 2017)

Rahul Pathak (2017). Essays on Fiscal Institutions, Public Expenditures, and Debt. (GSU PhD)

Krishanu Karmakar (2016). Essays in Fiscal Policy and Budgeting. (GSU PhD)

Rayna L. Stoycheva (2011), "Sustainable Governance and Management of Defined Benefit Plans in the Public Sector: Lessons from the Turbulent Decade of 2000-2009." (GSU PhD)

Sarah B. Arnett (2012). Fiscal Stress in the U.S. States: An Analysis of Measures and Responses. (GSU PhD)

Spencer T. Brien (2012). Three Essays on the Formation and Finance of Local Governments (GSU PhD)

**UNIVERSITY, COLLEGE, AND DEPARTMENT SERVICE**

**Georgia State University**

Faculty Advisor and Organizer, Municipal Securities Laboratory, AYSPS (Student Technology Fee Awards for multiple years for data purchases), 2015 – present.

Affiliated Faculty, Philosophy, Politics and Economics Program, 2017- present.

Member, PhD Committee, Public Management and Policy [PMAP], 2018 – present.

Member, The Admissions and Coordinating Committee for the Joint GSU-Georgia Tech PhD Committee, 2018-present.

Member, Senior Public Finance Faculty Recruitment Committee, AYSPS, Fall 2018.

Thesis Advisor, M.A. in Economics, Department of Economics (Thomas Kavoori).

Chair, PMAP Full Professor Five Year Review Committee, 2013 and 2015.

Member, PMAP Full Professor Five Year Review Committee, 2012, 2013, 2017, 2018, and 2019.

Chair, PMAP Full Professor Promotion Committee, 2017.

Member, PMAP Full Professor Promotion Committee, 2012, 2013, 2014 and 2018.

Member, PMAP Associate Professor Tenure and Promotion Committee, 2013, 2017 and 2019.

Member, PMAP Promotion Committee for Non-Tenure Track Faculty, 2016 and 2018.

Major Advisor, Masters in Public Policy Thesis, PMAP (Yak Higuchi, 2015)

Chair, PMAP Three-Year Review of Chair, 2015.

Member, PMAP Academic Program Review, 2014.

Member, PMAP Full Professor and Assistant Professor Recruitment Committees, 2014 – 2015.

Member, PMAP Diversity Committee, 2014.

Chair, PMAP, MPA/MPP Finance Concentration Review Committee, 2014.

Member, PMAP Core Course 8161 Assessment Committee, 2013 - present.

Member, PMAP, PhD Field, Public Finance and Budgeting, 2013 - present.

Host, Visiting Summer Scholar (Shama Gamkhar), 2013.

Member, PMAP, PhD Field Comp in Public Management, 2013.

Member, PMAP Search Committee for Senior Public Management Position, 2011-2012.

Instructor of Record, Winners of PMAP Best Graduate Student Research Paper Awards in AY12 (William Steiden) and AY11 (Christian King)

Member, PMAP Committee on Third-Year Review of Assistant Professor, 2011

Member, PMAP, MPA Weave Committee, 2011.

Member, PMAP, MPA Committee, 2010 to present.

Member, Council of Deans, Academic Year 2009-2010.

**Wichita State University**

Member, Council of Deans, Academic Year 2007-2008.

Chair, Search Committee for Barton Distinguished Endowed Chair in International Business, W. Frank Barton School of Business, 2006-2007.

Member, Search Committee for Director, Hugo Wall School of Urban and Public Affairs, 2007 to 2009.

Presenter, "Findings of the Spellings' Commission on the Future of Higher Education," Fairmount College of Liberal Arts & Sciences, Assessment Committee, 2006.

Member, Working Group on Research (Criterion 4), North Central Reaccrediation Steering Committee, 2005 to 2006.

Member, Joint Council of Kansas Distinguished Professors (Wichita State University, University of Kansas and Kansas State University), 1998 to 2009.

Chair, Selection Committee for George Van Riper Endowed Scholarships in Public Finance, Kansas Public Finance Center, 1997 to 2009.

Member, College Advisory Committee, Fairmount College of Liberal Arts and Sciences, 2002 to 2005.

Member, Advisory Committee for Ed.D. Candidate, 2004 to 2005.

Chair, Full Professor Promotion Review Committee, Hugo Wall School of Urban and Public Affairs, Fall 2004.

Member, Research Chairs and Awards Committee, W. Frank Barton School of Business, 2004.

Member, University Information Technology Advisory Committee, 2004.

Member, Search Committee for Finance Faculty, W. Frank Barton School of Business, 2003-2004.

Member, Search Committee for Management Information Systems (MIS) Faculty, W. Frank Barton School of Business, 2002-2003, and Chair, 2003-2004.

Member, Full Professor Promotion Committee, Elliot School of Communications, Fall 2003.

Chair, Program Review and Curriculum Review Committees, Management Information Systems (MIS) Program, Barton School of Business, 2002.

Member, Full Professor Incentive Review Committee, Department of Economics, Fall 2001.

Member, Mission Task Force, W. Frank Barton School of Business, 2001.

Principal Drafter, Master of Public Administration Accreditation Self-Study Report submitted to National Association of Schools of Public Affairs and Administration, 2000 to 2001. Successful initial accreditation.

Head, Promotion Committee for Full Professor, Department of Finance, Real Estate and Decision Science, W. Frank Barton School of Business, Fall 2000.

Member, Promotion and Tenure Committee, Department of Finance, Real Estate and Decision Sciences, W. Frank Barton School of Business, Fall 2000, 2001.

Chair, Full Professor Incentive Review Committee, Hugo Wall School of Urban and Public Affairs, Fall 2000.

Chair, Drafting Committee on Statements of Commitment, Joint Council of Kansas Distinguished Professors, Fall 2000.

Advisor, Power Reliability Laboratory, College of Engineering, Wichita State University, 2000 to 2001.

Chair, Search Committee for Dean of the W. Frank Barton School of Business, Fall 1999 to Spring 2000.

Chair M.P.A. Applied Research Paper for Colin B. McKenney, "Tax Limitation Laws: The Question of Enforcement," Winner of Best Paper Award of the Hugo Wall School of Urban and Public Affairs for Academic Year 1998-9.

Chair, Search Committee for Director of the Center for Economic Development and Business Research, W. Frank Barton School of Business, Spring1999.

Sponsor, "Minorities in Government Finance Scholarship by the Government Finance Officers Association of the U.S. and Canada ($3,500)," awarded to Stephanie Payton-Walker, 1998.

Chair, M.P.A. Applied Research Paper for Carol McMillan, "Local Government Debt in Sedgwick County, Kansas: 1985-1995," Hugo Wall School of Urban and Public Affairs.  Winner of 1997 Graduate Student Paper Award, Association for Budgeting and Financial Management, Washington, DC, November 1997.

Chair or Member, M.P.A. Applied Research Paper (various students), Hugo Wall School of Urban and Public Affairs.

Member, M.A. Thesis Committee, Graduate School, 1998.

Chair, Untenured Faculty Evaluation Committee, Hugo Wall School of Urban and Public Affairs, 1995, 1997-1998, 1998-1999.

Chair, Ad Hoc Tenure and Promotion Guidelines Drafting Committee, Hugo Wall School of Urban and Public Affairs, 1997.

Chair, Search Committee for Director of Hugo Wall School of Urban and Public Affairs, 1996.

Member, Distinguished Professor Review Committee, College of Liberal Arts and Sciences, 1996.

Chair, Promotion and Tenure Committee, Hugo Wall School of Urban and Public Affairs, 1995, 1996 and 1999.

Chair, Adjunct Faculty Policy committee, Hugo Wall School of Urban and Public Affairs, 1995.

Member, Promotion and Tenure Committee, Hugo Wall School of Urban and Public Affairs, 1994.

Full member, Graduate Faculty, 1994 to 2009.

**Louisiana State University**

Full Member, Graduate Faculty, Fall 1985 to 1994.

Member, Financial Resources Committee, Southern Association of Colleges and Schools (SACS) Accreditation Self-Study, 1992.

Chair, AACSB Strategic Planning Committee, College of Business Administration, 1992 to 1994.

Member, Promotion/Tenure Committee, College of Business Administration, 1992 to 1994.

Member, M.B.A. Committee, College of Business Administration, 1989-1990, 1990-1991, 1991-1992, 1993-1994.

Member, Research Advisory Committee Group in Social Sciences, 1993 to 1994

Member, Ph.D. Examination Committee (various candidates).

Member, Ph.D. Dissertation Defense (various candidates).

Chair, Certified Public Manager Committee, 1985.

Advisor (Ad Hoc) to M.P.A. students, College of Business Administration, 1985-1994.

Job and Internship Placement Advisor (Ad Hoc) to M.P.A. Students (Public Budgeting and Financial Management Concentration), College of Business Administration, 1985-1994.

Advisor (Ad Hoc) to M.B.A. students with public administration concentration, College of Business Administration, 1985-1994.

**Kent State University**

Full Member, Graduate Faculty, Graduate School of Management, Fall 1979 to August 1985.

Full Member, Graduate Faculty, Department of Political Science, Graduate College, Fall 1979 to August 1985.

Elected to Graduate Studies Council, Graduate School of Management, 1983-1984.

Elected to Graduate Studies Committee, Department of Political Science, 1980-1981 and 1983-1984.

Chair of Internal Review Committee of Department of Administrative Science, College of Business Administration, 1982-1984.

Elected to College Advisory Committee, College of Business Administration and Graduate School of Management, 1982-1983.

Chair of Internal Review Committee of School of Journalism, Graduate College, 1981 to 1982.

Elected to Faculty Advisory Committee, Department of Finance and Public Administration, 1979-1980, 1981-1982, 1982-1983, and 1983-1984.

Moderator and Graduate School of Management Representative of Ph.D. Dissertation Defense (various candidates).

Member of Ph.D. Oral Exams (various candidates), Department of Political Science and Graduate School of Education, 1979 to 1985.

Member of M.P.A. Thesis Committees, Graduate School of Management, 1982 to 1983.

Advisor on Executive M.B.A. Thesis, Graduate School of Management, 1983.

Advisor (Ad Hoc) to Ph.D. majors and minors in Public Administration (various candidates), Department of Political Science and Graduate School of Education, 1979-1983.

Advisor (Ad Hoc) to M.P.A. students, Graduate School of Management, 1979-1985.

Job and Internship Placement Advisor (Ad Hoc) to M.P.A. Students (Public Budgeting and Financial Management Concentration), Graduate School of Management, 1979-1985.

Member of Evaluation Committee on Graduate Faculty Status, Graduate School of Management, 1981.

**PROFESSIONAL ACTIVITIES**

External Reviewer, Graduate Programs, Department of Public Administration, College of Urban Planning and Public Affairs, University of Illinois at Chicago, March 2019.

Member, 3-person Expert Advisory Group of the National Academy of Public Administration, Strategic Plan for the Public Company Accounting Oversight Board (PCAOB), Washington, DC, 2018.

Member, Best Article in Volume 40 Committee, Journal of Health and Human Services Administration, 2018-2019.

Member, Scholarly Forum, Municipal Securities Rulemaking Board, Washington, DC, September 2018.

Member, Conference Host Committee, International Conference on Municipal Fiscal Health, Lincoln Institute of Land Policy, Detroit, MI, 2017 -2018.

Advisor, State Debt Affordability Project (including the 2017 report, "Strategies for Managing State Debt"), Pew Charitable Trusts, 2015 – 2017.

Senior Scholar, Lincoln Scholars Program, Lincoln Institute of Land Policy, 2017

Advisor, Center for Municipal Finance, Harris School of Public Policy, University of Chicago, 2016.

Member, Volcker Alliance Project on State Budgeting Working Group, 2016 to 2018.

Member, Municipal Fiscal Health Working Group, Lincoln Institute of Land Policy, 2015 to 2018.

Co-Chair, Public Budgeting & Finance Track for 2016 Annual Conference, American Society for Public Administration.

Chair, External Review, Martin School of Public Policy & Administration, University of Kentucky, February 2014.

Reviewer, Assessing the Affordability of State Debt, Federal Reserve Bank of Boston and New England Public Policy Center, December 2013.

Reviewer of Revisions, "Glossary of Municipal Securities Terms," Municipal Securities Rulemaking Board, 2013.

Member, Aaron Wildavsky Award Committee, Association for Budgeting and Financial Management, 2012.

Merit Reviewer, National Science Foundation, Economics Program, 2012-2013.

Chair, External Review of Undergraduate and Graduate Curriculum in Public Budgeting and Finance, School of Public and Environmental Affairs, Indiana University, March 2012.

Reviewer and Contributor, State Finance Project: Federal Debt/Deficit; Municipal Securities, Pew Center on the States, 2011.

Co-Chair, Best Dissertation Awards Committee, Public and Nonprofit Management Section, Academy of Management, 2011-2012.

Member, Board of Directors, Section on Public Administration Research, American Society for Public Administration, 2010 to 2012.

Member, Finance Committee (and Auditor Selection Subcommittee), National Association of Schools of Public Affairs and Administration, 2003-2004, 2008-2009.

Member, Appeal Board, Commission on Peer Review and Accreditation, National Association of Schools of Public Affairs and Administration, December 2009.

Member, Advisory Committee to Streamlined Sales Tax Governing Board, 2008 to 2009.

Participant, 54th National Security Seminar Week, Army War College, Carlisle Barracks, Pennsylvania, June 2008 [Invited in 2007 but could not attend due to China trip]

Member, Board of Directors, Southern Public Administration Education Foundation, 2008 to present.

Member, Intergovernmental Financial Dependency Risk Research Forum, Governmental Accounting Standards Board, 2007.

Member, Derivatives Task Force, Governmental Accounting Standards Board, 2006 to 2008

Reviewer, Academy of Management Annual Conference Public and Nonprofit Section Paper Submissions, 2007.

Member, Howard Award Committee, Association for Budgeting and Financial Management, 2006.

Member, Katrina Research Hub, Social Science Research Council in New York (ssrc.org), 2006.

Member, Academic Program Review Team on the M.A. in Urban Affairs and Ph.D. in Urban and Public Administration, School of Urban and Public Affairs, University of Texas at Arlington, March 2006.

Member, Best Dissertation Awards Committee, Public and Nonprofit Management Section, Academy of Management, 2005.

Chair, Drafting Committee on RFP for National Secretariat Services, Association for Budgeting and Financial Management, 2005.

Member, Board of Directors, National Tax Association, 2001 to 2004.

Member, Governmental Accounting Standards Advisory Council, the official advisory body to the Governmental Accounting Standards Board and the Financial Accounting Foundation, as the Founding Representative of the Association for Budgeting and Financial Management, 2002 to 2003.

Member, Municipal Securities Market Interim Disclosure Task Force, National Association of State Auditors, Comptrollers and Treasurers, 2003.

Member, Finance Committee, American Society for Public Administration, 2002 to 2004.

President (2004-2005), Vice-President (2003-2004) and Board Member (2002-2003), Kansas Chapter, American Society for Public Administration.

Member, Program Planning Committee, Annual Conference, Association for Budgeting and Financial Management, 2004, 2005.

Member, Planning Committee, 95th Annual Conference, National Tax Association, Orlando, FL, 2002.

Member, Planning Committee, 94th Annual Conference, National Tax Association, Baltimore, MD, 2001.

Chair, Ad hoc Committee on Drafting Responses to GASB Exposure Drafts, Association for Budgeting and Financial Management, 2000 to 2001.

Founding Member, Council on Certification (for the "Certified Public Finance Officer" program), Government Finance Officers Association of the United States and Canada, 1996 to 1999.

Member, Financial Reporting Model Task Force (Statement No. 34), Governmental Accounting Standards Board, 1998 to 1999.

Chair, Aaron Wildavsky Award Committee, Association for Budgeting and Financial Management, 1997.

Member, National Advisory Council on State and Local Budgeting, 1996 to 1998.

Chair, Donato J. Pugliese Award Committee, Southeastern Conference for Public Administration, Inc., 1996.

Chair, Nominations Committee, Association for Budgeting and Financial Management, 1996.

Member, Selection Committee for Editor of Public Budgeting & Finance, PFP Inc., 1996.

Member, Board of Directors, PFP Inc. (the publisher of the journal, Public Budgeting & Finance), 1995 to 1997.

Member, Site Review Team, National Association of Schools of Public Affairs and Administration, 1996.

Chair (elected), Association for Budgeting and Financial Management, American Society for Public Administration, 1994-1995.

Advisor Member, Committee on Governmental Budgeting and Management, Government Finance Officers Association of the U.S. and Canada, 1994 to 1996.

Member, Executive Committee, Section on Budgeting and Financial Management, American Society for Public Administration, 1991 to 1994.

Treasurer, Southeastern Conference for Public Administration, Inc., 1989 to 1994.

Judge, Exemplary State and Local Awards Program, National Center for Public Productivity, March 1993 to 1995.

Advisor Member, Committee on Governmental Debt and Fiscal Policy, Government Finance Officers Association of the U.S. and Canada, 1987 to 1993.

Member, Board of Directors, National Center for Public Productivity, Rutgers University, Newark, NJ, 1990 to 1991.

Member, Advisory Board, Transportation Studies Program, Georgia State University, Atlanta, GA, 1990 to 1991.

Member, Board of Directors, Louisiana Chapter, American Society for Public Administration, 1988 to 1991.

Member, Review Panel, Awards for Excellence in Financial Management, Government Finance Officers Association of the U.S. and Canada, 1990.

Member, Advisory Task Force of Academics, Government Finance Officers Association of the U.S. and Canada, 1988.

Member, Task Force on Municipal Disclosure, 1987 to 1995. (Significance: Only academician on the sixteen-person industry task force charged with rewriting the S.E.C.-sanctioned municipal bond market's Disclosure Guidelines for State and Local Government Securities, 1988 and 1991 editions).

Reviewer, Distinguished Budget Awards Program, Government Finance Officers Association of the U.S. and Canada, 1985 to 1990.

Research Associate, Public Budgeting and Finance Observatory, 1986 to 1990.

President, Northeast Ohio (Cleveland) Chapter, American Society for Public Administration, 1982-1983.

Member, Public Administration Centennial Agendas Committee, American Society for Public Administration, 1981 to 1984.

Member, Intergovernmental Fiscal Relations Committee, National Tax Association-Tax Institute of America, 1982 to 1988.

Founding Member, Board of Directors, Section on Government and Business, American Society for Public Administration, 1980 to 1982.

Drafter of Charter, Section on Government and Business, American Society for Public Administration, 1980.

Vice-President, Northeast Ohio (Cleveland) Chapter, American Society for Public Administration, 1980-1982.

Regional Coordinator, Section of Budgeting and Financial Management, American Society for Public Administration, 1978 to 1979.

Member, Board of Directors, Section on Personnel Administration and Labor Relations, American Society for Public Administration, 1978 to 1979.

Member, Civil Service Reform Task Force, American Society for Public Administration, 1978.

Co-Chair, Working Group on Simulations, Laboratories and Computer Uses, of the Task Force on Teaching Materials, Southern Political Science Association, 1977 to 1980.

**PUBLIC SERVICE**

Member, Executive Director Search Committee, The Civic League, Atlanta, 2010.

Member, Proposition K Task Force, Wichita Metro Chamber of Commerce, 2009.

Moderator, Transportation Seminar, Kansas Association of City/County Management, Wichita, Kansas, February 2009.

Member (Appointed by Governor Kathleen Sebelius), T-Link Task Force ("Transportation-Leveraging Investment in Kansas"), 2008.

Member, Economic Impact Working Group and Project Selection Process Working Group, Kansas Department of Transportation, 2008 to 2009.

Member, Emergency Management Service System Professional Performance Board, City of Wichita and Sedgwick County, (Chair, Finance Committee, 2006), 2004 to 2009.

Member, Small Business Micro-Loan Committee, City of Wichita, 2004 to 2009.

Chair, Board of Education Audit Committee, Wichita Public Schools (United School District 259), 2004 to 2005.

Member, Incentive Advisory Group, Kansas Department of Revenue, 2005 to 2006.

Member, Interview Panel for Director of Finance, City of Wichita, 2005.

Member, Alternative Revenue Task Force, City of Wichita, 2003.

Advisor to the City Manager, City of North Miami, Florida, 2003.

Member, Board of Directors (appointed twice by Governor Bill Graves and confirmed by State Senate), Kansas Development Finance Authority, 1997 to 2003. (KDFA is the primary non-transportation bond issuer for the State of Kansas, and it meets monthly).

Member, Kansas Sales Tax Simplification Committee, Kansas Department of Revenue, 1999 to 2005.

Member, First Vice President (2001), and Second Vice President (1999 to 2001), Board of Directors, Wichita Public Building Authority, 1999 to 2003.

Independent Expert Observer, Property and Motor Vehicle Property Tax Recoding and Distribution Project, Sedgwick County, 2000 to 2001.

Advisor, (ad hoc) on Strategic Planning, Kansas, Inc., 2001.

Member, City of Wichita, Selection Committee for Municipal Electric Utility Feasibility Consultant, January 2000.

Member, City of Wichita, Electric Wichita Task Force, 1999 to 2000.

Member, Project Advisory Committee on Emergency Social Services in Kansas, Kansas Responds, Inc, 1999 to 2001, 2004.

Member, Debt Coordination Committee of Sedgwick County Governments, 1996 to 1999.

Chair, Governor's Tax Review Committee, 1998.

Member, Board of Directors, Kansas Equity Fund, Inc., 1997 to 2000. (KDFA affiliate and issuer of Affordable Housing, LP).

Advisor on Taxation and Infrastructure Financing, Kansas Governor's Office, 1996, 1998, and 1999.

Member, Finance Committee, Park and Recreation Department, City of Wichita, 1996 to 1997.

Presenter, Bond Rating Agency Meetings, Sedgwick County, June 1996.

Appointed Member and Research Coordinator, Governor's Kansas Tax Equity Task Force, 1995.

Member, Financial Input Group, City of Wichita, 1995 to 2003.

Member, Governor's Interagency Task Force on Louisiana Flood Prevention and Mitigation, Ways and Means Committee, 1991.

Strategic Planning Advisor, State of Louisiana Board of Regents, 1990.

Government Fiscal Affairs Committee, Greater Baton Rouge Chamber of Commerce, 1986 to 1988, 1990 to 1991, 1991 to 1992.

Coordinator, Comprehensive Master Land Use and Development Plan, City of Baton Rouge/Parish of East Baton Rouge, 1989.

Chair, City-Parish Comprehensive Plan Committee, Greater Baton Rouge Chamber of Commerce, 1989.

Financial Advisor, Hospice Foundation of Greater Baton Rouge, 1989 to 1991.

Finance Transition Committee, Mayor-President Tom Ed McHugh, City of Baton Rouge/Parish of East Baton Rouge, 1988.

State Treasurer's Advisory Committee, Bond and Long-Term Debt Subcommittee, Department of Treasury, State of Louisiana, 1988.

Fleet Management Team (Chair), Internal Cost Containment Task Force for Governor-Elect Buddy Roemer, 1988.

Wastewater Funding Source Committee, Greater Baton Rouge Chamber of Commerce, 1988 to 1990.

Long-Range Planning Task Force, State Banking Commissioner and Office of Financial Institutions, State of Louisiana, 1987.

Advisory Committee on the City-Parish Plan of Government Charter Commission, Greater Baton Rouge Chamber of Commerce, 1986 to 1987.

Financial Advisor to the Transition Team, Mayor-elect Tom Sawyer, City of Akron, Ohio, November 1983.

**EXTERNAL GRANT AWARDS**

Co-Principal Investigator, "Sustainable Public Finance and the Challenge of Unfunded Pension Liabilities," Under revision for resubmission. With J.L. Martinez, A. Feltenstein, M.W. Rider, and N.P. Nguimkeu.

Principal Investigator, "The Volcker Alliance Multi-State Budget Project: Phase 2," Awarded by The Volcker Alliance to the Center for State and Local Finance, Andrew Young School of Policy Studies, 2017. With Maggie Reeves.

Principal Investigator, "NTA Executive Support Activities [one day per week]," Awarded by the National Tax Association to the Andrew Young School of Policy Studies, 2015 and 2016.

Principal Investigator, "Public Budgeting Training for CDC's Public Health Prevention Service Fellows Program," Awarded by Centers for Disease Control and Prevention and SciMetrika, 2012.

Principal Investigator, "Public Budgeting and Financial Management Training for CDC's Public Health Prevention Service Residents Program," Awarded by Centers for Disease Control and Prevention and SciMetrika, 2012.

Co-Principal Investigator [as Dean], "Proposal to Establish the Atlanta Census Research Data Center," Awarded by National Science Foundation, 2010-2013.

Principal Investigator, "Ontario Ministry of Finance and the Capital Markets," Awarded by the Public Administration Institute of Canada, 2006.

Principal Investigator, "Kansas Local Government Debt Affordability Report." Awarded by Kansas Department of Revenue, on behalf of the Kansas Advisory Council on Intergovernmental Relations, 2006.

Coordinator, "Erosion of the Kansas Property and Sales Taxes," Awarded by the Kansas Department of Revenue, on behalf of the Kansas Advisory Council on Intergovernmental Relations, 2005.

Principal Investigator, "Capital Market Behavior of Canadian and American Sub-National Governments in Financing Public Infrastructure." Awarded by the Canadian Embassy, 2005.

Principal Investigator, "Sedgwick County Budget Benchmarking Study." Awarded by Sedgwick County and WSU Community Services Fund, 2002.

Coordinator, "Professional Development Service Contract." Awarded by Kansas Government Finance Officers Association, 2000 to 2003, 2004 to 2006, 2007 to 2009.

Principal Investigator, "Kansas Tax Policy Research." Awarded by Division of the Budget, State of Kansas, 1998.

Principal Investigator, "The Impact of Deregulation on Municipal Electric Utilities in Kansas." Awarded by Kansas Municipal Energy Agency, 1996. $89,000.

Principal Investigator, "Kansas Economic and Demographic Project." Awarded by Division of the Budget, State of Kansas, 1996.

Co-Initiator, "Canadian Studies Library Support Program." Awarded to Wichita State University Library by Canadian Department of Foreign Affairs and International Trade and the Canadian Consulate General, 1996.

Principal Investigator, "Evaluating Kansas Tax Policy." Awarded by Division of the Budget, State of Kansas, 1995.

Principal Investigator, "Provincial Debt Liability Strategies in Taxable and Foreign Capital Financing." Awarded by the Canadian Embassy, 1991.

Principal Investigator, "Quebec's Debt Financing in Foreign Markets:  Lessons for American State and Municipal Governments." Awarded by Government of Quebec (Canada), 1990.

Coordinator, "Coordination Services for The City-Parish Comprehensive Plan, 1989."  Awarded by City of Baton Rouge/Parish of East Baton Rouge, August, 1989.

Co-Investigator, "Capital Budget Financing and Municipal Economic Development." Awarded by Ohio Urban University Demonstration Program, 1986.  With John J. Gargan.

Principal Investigator, "Causes and Remedies for Ohio Municipal Fiscal Emergencies."  Awarded by Ohio Urban University Demonstration Program, 1983.

Initiator, "Operational Support Grant for Public Administration Centennial Agendas Committee to the American Society for Public Administration."  Awarded by The Gund Foundation, March, 1982.

**PROFESSIONAL AND ADMINISTRATIVE EXPERIENCE**

Public Member, Board of Directors, Municipal Securities Rulemaking Board, a self-regulatory organization created by Congress under the Securities Acts Amendments of 1975, as amended by the Dodd-Frank Wall Street Reform and Consumer Protection Act in 2010, to protect investors and state and local governments in the estimated $4 trillion municipal securities market, 2012-2015 term.
      Audit Committee, 2013-2014, 2014-2015
      Nomination and Governance Committee, 2012-2013
      Market Structure [Information] Working Group, 2012-2013, 2013-2014, 2014-2015

Executive Director (one-day-per-week under GSU-NTA agreement), National Tax Association, 2015 - 2016.

Director of Finance, City of Akron, Ohio, January 1, 1984 to July, 1985. Chief financial officer and chief accounting officer. [On unpaid leave of absence from Kent State University.]

Visiting Adjunct Assistant Professor, Weekend Management Development Program, Rider College, Lawrenceville NJ, 1982 to 1984.

Vice President and Executive Director, Mana Associates, Inc., Kent, OH, 1982 to 1985.

Teaching and Research Assistant (to Drs. Felix Nigro, Robert T. Golembiewski, and Frank Gibson), Department of Political Science, The University of Georgia, Athens, GA, 1975 to 1979.

Research Assistant, Institute of Government, The University of Georgia, Athens, GA, Summers of 1976, 1978 and 1979.

Researcher, "Administrative Experiences and Innovations in Urban Mass Transportation Systems," Case Study Project on the Metropolitan Atlanta Rapid Transit Authority, funded by the Urban Mass Transportation Administration, U.S. Department of Transportation, 1977 to 1978.  Principal Investigator: Dr. Robert T. Golembiewski.

Management Consultant, Health Maintenance Organization Development Corporation, Montgomery, AL, 1977 to 1979.

Principal, Administrative Management, Inc., Athens, GA, 1975 to 1979.

Local Government Management Advisor ("Circuit-Riding City Manager"), South Central Alabama Development Commission, Montgomery, AL, 1973 to 1975.

Government Affairs Liaison, Alabama Hospital Association, Montgomery, AL, 1973.

Squadron Section Commander (Second Lieutenant), Civil Engineering Squadron, U.S. Air Force, Richards-Gebaur Air Force Base, Kansas City, MO, 1972 to 1973. Honorable Discharge.

Commander, Arnold Air Society, and Distinguished Cadet, AFROTC, University of Alabama, 1971.

Research Assistant, Department of Political Science, University of Alabama, Tuscaloosa, AL, Fall 1971.

Political Science Intern, United States Senate, Office of Senator John Sparkman, Washington, DC, 1971.

**EXPERT WITNESS AND OTHER CONSULTING WORK**

**Expert Witness (Details provided as needed)**

U.S. Federal Courts, Admitted Expert Witness (Daubert Standard) on Municipal Securities, Municipal Bond Markets, Municipal Finance, Public Pensions, Toll Roads, Bankruptcy, and Public Finance

State Trial Courts, Admitted Expert Witness on Municipal Securities, Auction-Rate Securities, Public
   Budgeting and Governmental Accounting, Municipal Finance
Financial Industry Regulatory Authority, Admitted Expert Witness on Municipal Securities, and Auction-
   Rate Securities
National Association of Securities Dealers, Admitted Expert Witness on Municipal Securities

**Other Consulting Engagements (Selected)**

Center for Municipal Finance, University of Chicago, 2016.
The Pew Charitable Trusts/Pew Center on the States, 2012, 2015.
Site Analytics Co., New York, NY, 2012
Nomura Institute of Capital Markets Research, Tokyo, Japan, 2007.
Government Finance Officers Association of the U.S. and Canada, 1992.
Greater Baton Rouge Chamber of Commerce, 1991 (Local Government Finance)
Council of State Governments, 1987.
Auburn University, Center for Governmental Services, 1987
Akron chapter, American Federation of State, County and Municipal Employees, 1982-1983
U.S. Advisory Commission on Intergovernmental Relations, 1983-1984.
Government Training Service, St. Paul, MN, 1981.
U.S. General Accounting Office, Atlanta Regional Office, 1979.
University of South Carolina, Bureau of Governmental Research and Service, 1978.
University of Georgia, Criminal Justice Division, Institute of Government, 1977.
U.S. Executive Office of the President, Special Action Office for Drug Abuse Prevention, 1975-1976,
Subcontractor.
Central Alabama Regional Planning and Development Commission, 1973.

**MEDIA INTERVIEWS/STORIES**

The New York Times, Business Week, Bloomberg Magazine, Bloomberg, Bloomberg Brief-Municipal
Market, Wall Street Journal, Associated Press, Dow Jones News Service, CNNMoney.com, Reuters News
Service, The Bond Buyer, American Banker, MuniNetGuide.com, Governing, Public Sector Derivatives,
MuniNet.com, The New Republic, CQ Weekly, Atlanta Journal-Constitution, Atlanta Business Chronicle,
WABE-Radio (Atlanta), WAGA-TV (Atlanta), Georgia Public Policy Foundation Blog, Politifact-Georgia,
Douglas County Sentinel, Inside Higher Education, The Hechinger Report, WBEZ-FM (Chicago), KSPC-
Radio (California), Wichita Business Journal, Wichita Eagle, Hutchinson News, Salina Journal, Lawrence
Journal-World, Manhattan Mercury, Manhattan Free Press, Colby Free Press, KSNW-TV 3 (Wichita),
KAKE-TV 10 (Wichita), KWCH-TV12 (Wichita), KFDI-Radio (Wichita), Current TV, Des Moines (Iowa)
Register, Los Angeles Times, Sacramento Bee, San Francisco Chronicle, San Francisco Weekly, San Jose
Mercury News, Philadelphia Inquirer, New York Newsday, Pittsburgh Post-Dispatch, The Enterprise
(Boston), Charlotte Observer, Florida Times Union, Sun Sentinel (Florida), Orlando Business Journal,
Chicago Tribune, Crain's Chicago Business, Chicago Current, Baltimore Sun, Baltimore Business Journal,
Dallas Morning News, Dallas Business Journal, Houston Chronicle, Times Tribune (Scranton, NJ),
Binghamton News, Virginia Pilot, El Paso Inc. Newspaper, The Daily Republic (South Dakota), Paulding
Neighbor, Sioux Falls Argus Leader, Atlanta Constitution, St. Louis Post-Dispatch, New Orleans Times
Picayune, Baton Rouge Morning Advocate/State Times, Cleveland Plain-Dealer, Akron Beacon Journal.

**EXTERNAL REFEREE EVALUATION LETTERS**

For Promotion and Tenure, early review, re-appointment, professor review, and distinguished appointments in public affairs and public administration, unless otherwise noted:

Brigham Young University
Cleveland State University
Duquesne University, Department of Economics
East Carolina University
Fairfield University, Department of Accounting
Florida Atlantic University
Florida State University
Georgia State University
Indiana University
Indiana University-Purdue University-Indianapolis
Iowa State University
Kent State University
Loyola College (Maryland), Department of Accounting
Miami (Ohio) University
Ohio University
Old Dominion University
New York University
Penn State University-Harrisburg, Department of Finance
Randolph-Macon College, Department of Accounting
Rutgers University-Newark
SUNY-Albany, Department of Finance
SUNY-Albany, Rockefeller College
Syracuse University
Texas A&M University
Texas A&M University System, Regents Professorship

University of Akron
University of Arizona
University of Arkansas-Little Rock
University of Central Florida
University of Colorado-Denver
University of Connecticut
University of Delaware
University of Georgia
University of Illinois-Chicago
University of Illinois-Springfield
University of Kentucky
University of Memphis
University of Minnesota
University of Nebraska-Omaha
University of New Mexico
University of North Carolina-Chapel Hill
University of North Carolina-Charlotte
University of North Florida
University of North Texas
University of Oklahoma
University of Oregon
University of South Florida
University of Texas-Austin
University of Texas-Arlington
University of Washington
University of Western Carolina
Vice-President, Municipal Securities, Merrill Lynch
Virginia Commonwealth University

**RECOGNITIONS**

2017 Municipal Securities Industry Contribution Award, National Federation of Municipal Analysts.

Keynote Alumni Presentation (and Outstanding Graduate Award), Awards Banquet, Department of Political Science and Public Administration, Auburn University at Montgomery, April 2010.

Excellence in Research Award, Wichita State University, 2003.

Woodrow Wilson International Center for Scholars and the National Committee for U.S.-China Relations, only academic member of 5-person invited municipal securities delegation to China on environmental infrastructure financing, 2002.

Keynote Alumni Presentation, Public Administration Graduation Dinner, Department of Political Science, The University of Georgia, Athens, April 2001.

Donato J. Pugliese Award for outstanding contributions to the profession of public service, Southeastern Conference for Public Administration, 1995.

Foreign Speakers Programme, International Council for Canadian Studies, 1995.

C.P.C.U. Loman Insurance Foundation Fellowship, 1981-1982.

Honor Societies: Phi Kappa Phi (academic); Pi Alpha Alpha (public administration); Pi Sigma Alpha (political science), Beta Gamma Sigma (business).

Albert Nelson Marquis Lifetime Achievement Award (2017); Who's Who in America, 70th Edition (2015), 64th Edition (2010); Who's Who in the Midwest, 36th Edition (2008), 25th Edition (1996-1997); Who's Who in South and Southwest, 22nd Edition (1991-1992), 23rd Edition (1993-1994); Who's Who of Emerging Leaders in America, 2nd Edition (1989-1990), 3rd Edition (1991-1992); Who's Who in Finance and Industry, 25th Edition (1987-1988).

**TEACHING EXPERIENCE**

<u>Graduate</u>: Public Budgeting & Finance; State and Local Government Finance; Managing Public Money; PhD Seminar in Public Budgeting Theory and Research; PhD Seminar in Public Financial Management Theory and Research; Public Financial Management; State and Local Government Budgeting; Seminar in Municipal Securities; Seminar in Public Budgeting; Decision Models for Public Administration; Public Budgeting and Financial Management; Governmental Financial Analysis; Public Management Concepts and Practices; Seminar in Governmental Risk Management; Human Resource Management (Executive MBA Program).

<u>Undergraduate</u>: Business Risk Management; Governmental Budgeting; Budgetary Process and Policy Making; Introduction to Public Administration; Introduction to American Government.

**RESEARCH AREAS**

Public Budgeting and Public Financial Management; State and Local Finance; Municipal Securities; Infrastructure Finance; Public Administration

**MEMBERSHIPS**

Association for Budgeting and Financial Management; American Society for Public Administration; Public Management Research Association; National Tax Association; Economic History Association

02133A

# Exhibit 2

**REBUTTAL TO EXPERT REPORT OF ROBERT W. DOTY**

**By**

**WILLIAM BARTLEY HILDRETH, PH.D.**

In the case of

In re:

The Financial Oversight and Management Board for Puerto Rico, as representative of

The Employees Retirement System of the

Government of the Commonwealth of Puerto Rico

As a supplement to my original report (dated July 1, 2020), I offer the following additional

opinions in response to the Expert Report of Robert W. Doty (dated July 1, 2020) regarding the

debt transactions of the Employees Retirement System of the Government of the Commonwealth

of Puerto Rico [ERS or System].

**SUMMARY OF OPINIONS**

A.  Mr. Doty does not explain what purpose his narrow interpretation of the authorization for
    ERS to incur debt would serve nor offer any reason why the Legislative Assembly would
    have limited ERS in that way.

B.  Mr. Doty neglects the key distinction between direct financing and indirect or conduit
    financing in public finance.

C.  Mr. Doty overlooks the fact that there were many sophisticated participants in the actual
    transactions at issue in this case who concluded contemporaneously that the issuances were
    authorized.

D.  Mr. Doty mistakenly focuses on the transactions from the perspective of the syndicate of
    underwriters instead of ERS as the borrower.

E.  Mr. Doty overlooks the fact that the market expects the debt issuer, its legal advisors, and
    other transaction participants to confirm legal authority to incur debt, and that investors
    cannot practicably do so.

## A.  MR. DOTY'S ASSUMPTIONS OF THE LEGISLATIVE ASSEMBLY'S PURPOSE

1. Mr. Doty does not explain what purpose his narrow interpretation of the authorization for ERS to incur debt would serve nor offer any reason why the Legislative Assembly would have limited ERS in that way.

2. Mr. Doty opines (on page 3) that an "underwritten public municipal bond offering, such as the 2008 ERS Bond issuances, is not a loan by or borrowing from a financial institution, nor is it a direct placement of debt."

3. Mr. Doty neglects to cite that in the 1988 Act[1] authorizing ERS "to Incur Debts," the Legislative Assembly of the Commonwealth of Puerto Rico stated in the "Statement of Motives" that its "obligation" was to "be of assistance in improving the System's financial condition" by dealing with "an actuarial deficit estimated at $2.6 billion dollars as of June 30, 1987."

4. Mr. Doty does not specify how his narrow interpretation would have achieved the legislative goal outlined in the Statement of Motives.

5. Mr. Doty loses sight of the financial flexibility required to implement the Statement of Motives.

6. Mr. Doty overlooks the fundamental fact about public finance: "The issuer's goal in a negotiated bond sale is to obtain the lowest borrowing cost for the bonds."[2]

---

[1] Commonwealth of Puerto Rico, Retirement of Government Employees-Amendment (H.B. 1346), No. 46, approved June 29, 1988 [Dowd, Exhibit No. 7] – hereafter cited as 1988 Act.
[2] Government Finance Officers Association, Best Practices, "Selecting and Managing Underwriters for Negotiated Bond Sales." https://www.gfoa.org/materials/selecting-and-managing-underwriters-for-negotiated

7. Mr. Doty seems to have assumed, without evidence, that the Legislative Assembly wanted to place limits, instead of confer flexibility, on ERS to deal with the Commonwealth's pension system's large actuarial deficit.

8. Mr. Doty fails to show that his narrow interpretation of the grant of debt authority to ERS would have served any purpose compared to the benefits of a broader authorization.

## B.  DIRECT VERSUS INDIRECT FINANCING

9. Mr. Doty neglects the key distinction between direct financing and indirect or conduit financing in public finance.

10. Mr. Doty takes the view that the wording of "direct placement" means 'private placement,' when it is well known in public finance that debt obligations can be incurred either directly or indirectly.

11. An indirect method of issuing debt is to have a new or existing conduit entity (e.g., the Government Development Bank for Puerto Rico, the Puerto Rico Sales Tax Financing Corporation, or the Public Buildings Authority[3]) formally issue the debt while the ultimate obligor would be ERS in this case.

12. The direct method of issuing debt is for ERS to issue the debt itself, as occurred here.

13. Mr. Doty overlooks the fact that when ERS and the underwriters actually entered into the three financial transactions – i.e., upon the exchange of cash for an obligation to repay – the consummate act constitutes a direct placement and a borrowing. That is because the only

---

[3] Existing special entities are cited in the Commonwealth of Puerto Rico, Basic Financial Statement and Required Supplementary Information, June 30, 2016 (with Independent Auditor's Report Thereon), dated May 3, 2019.

entity with the immediate securities entitlement is the underwriting syndicate, and ERS

issued the debt directly to that underwriting syndicate.

## C.  CONTEMPORANEOUS VIEWS OF THE TRANSACTIONS

14. Mr. Doty overlooks the fact that there were many sophisticated participants in the actual

transactions at issue in this case who concluded contemporaneously that the issuances were

authorized.

15. To accept Mr. Doty's views of "industry guidance" (page 8) and his narrow interpretation of

the 1988 Act and its implication for the validity of the Series A, B, and C bonds totaling

$2,947,648,342.65 of par value, the following expert opinions, votes, signatures, agreements,

and assessments at the time of issuance of each of the three series of bonds would have to be

disregarded:

    a.   The issuer of the ERS bonds, represented by the:

        i.   ERS Executive Director;

        ii.   ERS General Counsel;

        iii.   ERS Board of Trustees, consisting of the:

            1.   President of the Government Development Bank for Puerto Rico;

            2.   Commissioner of Municipal Affairs of Puerto Rico;

            3.   Executive Assistant to the Secretary for Management and

               Development of the Housing Development and Improvement

               Administration of Puerto Rico;

            4.   Acting Secretary of the Treasury of Puerto Rico;

5.   Director, Office of Human Resources of the Commonwealth of Puerto
     Rico;

6.   Chairman of the Board, Puerto Rico Retirees Association; and the

7.   Auxiliary Inspector, Inspector for Cooperatives of Puerto Rico

b.  The Acting Secretary of the Treasury of Puerto Rico;

c.  The Secretary of Justice of the Commonwealth of Puerto Rico;

d.  The President of the Government Development Bank;

e.  Attorneys of the Bond Counsel firm, Fiddler Gonzalez & Rodriquez, P.S.C.;

f.  Agents of UBS Financial Services Incorporated of Puerto Rico;

g.  Agents for each of the members of the underwriting syndicate for the three separate
    bond series that include 11 additional financial services firms for Series A bonds, 2
    firms for Series B bonds, and 11 firms for Series C bonds;

h.  Attorneys of the Underwriter's counsel firm, O'Neill & Borges;

i.  Representatives of the Government Development Bank as 'financial advisor';

j.  Agents of the "Financial Advisor" - Mesirow Financial, Inc;

k.  Credit analysts and the review committee[4] at Moody's Investors Service;

l.  Credit analysts and the review committee[5] at Standard & Poor's;

m.  Credit analysts and the review committee[6] at Fitch Ratings; and,

n.  Others in the municipal bond industry not yet specified.

---

[4] The important role of the rating committee is noted in: Securities and Exchange Commission,
*Report on the Role and Function of Credit Rating Agencies in the Operation of the Securities
Markets*, January 2003, page 26.
[5] Ibid.
[6] Ibid.

16. According to the cover of the Official Statement upon the issuance of the $1.6 billion Series
    A bonds, the bonds were "offered exclusively in the Commonwealth of Puerto Rico."[7] To
    accept Mr. Doty's interpretation, the ERS Board of Trustees and other Puerto Rico public
    officials involved in the transaction were willing to issue unlawful debt instruments for
    potential investment by their fellow citizens including the employees and employers paying
    into the retirement system.


**D.  ERS' VERSUS UNDERWRITERS' PERSPECTIVE**

17. Mr. Doty mistakenly focuses on the transactions from the perspective of the syndicate of
    underwriters instead of ERS as the borrower.

18. The sole focus of the 1988 Act's debt authorizing language was the ERS.

19. In contrast, Mr. Doty focuses on the role of the underwriters as a way to distinguish a 'direct
    placement' from a 'public offering'.

20. Much of Mr. Doty's report discusses the underwriter and underwriter syndicate, but he does
    not show why the post-issuance actions of the underwriters are material to whether ERS was
    authorized to undertake the transaction.

21. Mr. Doty does not present any evidence that the Legislative Assembly was concerned about
    the role of the lenders or underwriters, credit rating organizations, or even the owners/holders
    of the debt instruments (other than to exempt the interest on the bonds from Puerto Rico
    income and property taxes).

---

[7] ERS Series A bonds, Tab 4, Official Statement, dated January 29, 2008, cover.

22. There are well known methods to address the concerns of parties other than ERS, but the 1988 Act did not include any of those protections, such as minimum denominations, specified credit rating, itemized coverage ratio, maximum debt level, or any others.

23. Mr. Doty does not address that the lack of such restrictions bestows on ERS the flexibility to design debt transactions to meet its needs.

24. Despite Mr. Doty's assertions that "underwritten public offerings" (page 3) are different from 'direct placement' or 'private placement,' to the issuer the substance of the transaction is the same – the issuer/borrower receives cash in exchange for transferring to another the ownership interest in a repayment obligation.

25. In other words, the economic relationship of concern is between the ERS as the seeker of cash and the direct provider of cash, which was the underwriting syndicate in this case.

26. Mr. Doty confirms this point in his reliance (at page 9) on language from the Government Finance Officers Association's 'Best Practices' document[8]: "The **only legal relationship** between the issuer and an underwriter is created by a Bond Purchase Agreement signed at the time of the pricing of the bonds, **wherein the issuer agrees to sell the bonds to the underwriter and the underwriter agrees to purchase the bonds from the issuer** at an agreed upon price." [his emphasis]

27. Confirming that same point, Mr. Doty's footnote 31 (page 14) quotes a *Harvard Law Review* article that states "… an underwriter takes title to the securities…."

28. Mr. Doty draws a bright line distinction between loans and bonds in contrast to guidance from the Municipal Securities Rulemaking Board [MSRB] that cautioned market participants

---

[8] Government Finance Officers Association, Best Practices, "Selecting and Managing Underwriters for Negotiated Bond Sales." https://www.gfoa.org/materials/selecting-and-managing-underwriters-for-negotiated

in 2011 that "when banks make 'loans' to state and local governments … whether such
'loans' will be considered securities can be a difficult question."[9]

29. While underwriters may not be "interested in purchasing the issuer's bonds for investment"
as Mr. Doty states (page 12), their degree of success, or the lack thereof, in reselling the debt
is of no economic concern to ERS.

30. Mr. Doty overlooks the evidence that the underwriting of municipal debt includes a risk
premium referred to as the 'underwriting fee' as compensation for the underwriter buying the
debt and incurring the risk that it may be unable to resell it, as referenced in these
authoritative sources:

    a. "The underwriting fee, also known as the 'risk' component of the spread, is designed
to compensate the underwriter for the risk incurred by buying the entire issuance
before it has received orders from investors for all the bonds."[10]

    b. "Because the underwriter cannot be certain that all of the issuer's bonds will be
readily purchased by investors, the underwriter may charge a fee to cover the
possibility that some of the bonds may have to be reoffered at a lower price or taken
into the underwriter's inventory."[11]

    c. "The underwriting fee, also called the 'risk' component of the spread … is designed
to compensate the underwriter for taking the risk of purchasing the entire bond issue
before it has received offsetting orders from investors for all of the bonds. In effect,

---

[9] MSRB Notice 2011-52, September 12, 2011.
[10] California Debt and Investment Advisory Commission, California Debt Issuance Primer
Handbook, CDIAC #05-06, p. 22. https://www.treasurer.ca.gov/cdiac/debtpubs/handbook.pdf
[11] California Debt Advisory Commission, "Understanding the Underwriting Spread," in in
Gerald J. Miller, editor, *Handbook of Debt Management* (New York: Marcel Dekker, Inc., 1996),
569-574, page 570.

the fee is supposed to offer some protection to the underwriter in case of an abrupt

increase in the rates of interest demanded by investors before the firm has had a

chance to sell all of the bonds."[12]

d.   "One of the biggest concerns for the underwriters is their ability to resell the

underwritten debt …. Generally, when the underwriters face difficulties in reselling

the bonds they must absorb all the risk associated with the illiquidity."[13]

e.   "Underwriters, as the term implies, buy the debt, own or hold it for a time – a very,

very short time if they are successful – and then resell [it] to investors. They have

their own money and capital at stake."[14]

f.   "Firms buying municipal bonds for resale on the secondary market may earn some of

their compensation in exchange for the risk that they assume. There is a risk that they

will not be able to resell the bonds to investors and will end up having to hold them in

inventory or sell then at a loss in order to dispose of all of them. That risk could be

material, particularly in volatile interest rate environments where substantial bond

valuation changes could occur between primary purchase and resell."[15]

---

[12] Tom McLoughlin (of the Government Finance Officers Association), "Choosing an Underwriter for a Negotiated Bond Sale," in Gerald J. Miller, editor, *Handbook of Debt Management* (New York: Marcel Dekker, Inc., 1996), 395-399, page 398.
[13] Craig L. Johnson, Martin J. Luby, and Tima T. Moldogaziev, *State and Local Financial Instruments: Policy Changes and Management* (Northampton, MA: Edward Elgar, 2014), page 120.
[14] A. John Vogt, *Capital Budgeting and Finance: A Guide for Local Governments*. Washington, DC: International City/County Management Association, 2004, page 309.
[15] Lori Raineri, Mark Robbins, Bill Simonsen, and Keith Weaver, "Underwriting, Brokerage, and Risk in Municipal Bond Sales," *Municipal Finance Journal*, 33:2 (Sumer 2012), 87-103, page 95.

g.  "If a bond is sold on a firm commitment basis, the underwriter is stuck with the unsold securities."[16]

h.  Inventory risk can occur when "sales slow down dramatically in a rapidly deteriorating market."[17]

i.  The Securities and Exchange Commission Rule 15c2-12 defines underwriters as purchasing municipal securities from an issuer "with a view"[18] to sell them; although having only a "view" to do something is a pretty weak expectation of what action to take.

31. The concept that underwriters seek to 'resell' is telling since that word, by itself, accurately conveys a second (legal) exchange of ownership interest.

32. Mr. Doty confirms that underwriting syndicates and their "sales personnel" focus on the "issuers' credit strengths…." (page 11) which, by necessity, is premised on the debt issuer's legal responsibility to repay the money in full and on time. Besides, "sales personnel" are regulated parties who work under conditions set by that firm's credit, compliance, supervision, and audit procedures in compliance with securities rules.[19]

33. Issuers generally have little concern with who holds their debt obligations since the desired amount of cash has been obtained up-front and the issuer fully expects to pay its pledged debt service when due and payable through its paying agent or trustee.

---

[16] "Underwriting Commitments" (emphasis removed). https://app.achievable.me/study/finra-sie/learn/municipal-debt-underwriting-commitments
[17] William Gottdenker, "What Happens After a 'Deal Breaks' and Role of Dealers," Chapter 14 in Frank J. Fabozzi, Sylvan G. Feldstein, Irving M. Pollack, and Frank G. Zarb, editors, *The Municipal Bond Handbook* (Homewood, IL: Dow Jones-Irwin, 1983), 198-203, page 201.
[18] Securities and Exchange Commission, Rule 15c2-12(f)(2).
[19] As guided, for example, by MSRB Rule G-3 on Professional Qualifications Requirements, Rule G-37 on Supervision, and other rules contained in MSRB Rule Book, October 1, 2019.

34. How the ultimate securities entitlements are distributed are not material to the issuer at the actual exchange of economic interest in the original issuance of the debt obligations.

35. Issuers do not know (and because of the book entry system can never know without undertaking enormous effort) the names of the buyers of bonds from the underwriter(s) in the initial reoffering (or even during secondary market transactions); an issuer's only interaction at the initial economic exchange is with the provider of cash.


### E.  MARKET EXPECTATIONS

36. Mr. Doty overlooks the fact that the market expects the debt issuer, its legal advisors, and other transaction participants to confirm legal authority to incur debt, and that investors cannot practicably do so.

37. Debt holders/investors are dependent upon the issuer and bond counsel to respect their information needs, with everything resting on the legality of the security undergirding the borrowing.

38. "Bond counsel renders an opinion on the validity of the bond offering …. The opinion of bond counsel provides assurance both to issuers and investors who purchase the bonds that all legal and tax requirements relevant to the matters covered by the opinion are met."[20]

39. "The work of the bond counsel, more prosaically, is marked by searching, meticulous, and detailed examinations of laws, legal instruments, and proceedings – work occasionally disparaged as "the dotting of the i's and the crossing of the t's" approach. Such deliberate approach and circumspection stem from bond counsel's overriding objective to establish to

---

[20] Government Finance Officers Association, Best Practices, "Selecting Bond Counsel," https://www.gfoa.org/materials/selecting-bond-counsel

his satisfaction the legality of the proceedings and the validity of the bonds and also to minimize the risk of litigation on the bonds following their issuance …. Bond counsel's initial consideration is whether there is legal authority for the issuance of the bonds. This may entail a search for and a study of general statutes, local laws, charter provisions and constitutional provisions."[21]

40. A functioning capital market depends upon the fact that holders of the debt instruments must be able to rely upon the foundational work of others so that the primary information of value for a trade is the price and the expected return on investment for the risk being assumed, and not any expectation that an investor be required to retrace the steps of the original issuance process involving legal review by the issuer (and its authorizing government), bond counsel, underwriter, syndicate members, underwriters' counsel, bond rating analysts, and others.

41. I reserve the right to modify or supplement this or other reports by me in this case.

**All of the foregoing opinions and conclusions have been rendered within a reasonable degree of public finance certainty.**

Signature: *W Mitchell*                    Date: July 20, 2020

---

[21] Joseph Guandolo (partner, bond law firm of Mitchell, Pershing, Shetterly & Mitchell), "Municipal Bond Counsel," Chapter 11, *State and Local Public Facility Needs and Financing*, Study Prepared for the Subcommittee on Economic Progress of the Joint Economic Committee, Congress of the United States, Volume 2, Public Facility Financing, 89th Congress, 2nd Session (Washington, DC: U.S. Government Printing Office, December 1966), 207-219, pages 209- 210.

### Additional References to my Original Expert Report[22]

California Debt Advisory Commission, "Understanding the Underwriting Spread," in in Gerald J. Miller, editor, *Handbook of Debt Management* (New York: Marcel Dekker, Inc., 1996), 569-574.

California Debt and Investment Advisory Commission, California Debt Issuance Primer Handbook, CDIAC #05-06, p. 22. https://www.treasurer.ca.gov/cdiac/debtpubs/handbook.pdf

Gottdenker, William, "What Happens After a 'Deal Breaks' and Role of Dealers," Chapter 14 in Frank J. Fabozzi, Sylvan G. Feldstein, Irving M. Pollack, and Frank G. Zarb, editors, *The Municipal Bond Handbook* (Homewood, IL: Dow Jones-Irwin, 1983), 198-203.

Government Finance Officers Association, "Selecting Bond Counsel," https://www.gfoa.org/materials/selecting-bond-counsel

Government Finance Officers Association, "Selecting and Managing Underwriters for Negotiated Bond Sales." https://www.gfoa.org/materials/selecting-and-managing-underwriters-for-negotiated

Guandolo, Joseph, "Municipal Bond Counsel," Chapter 11, *State and Local Public Facility Needs and Financing*, Study Prepared for the Subcommittee on Economic Progress of the Joint Economic Committee, Congress of the United States, Volume 2, Public Facility Financing, 89th Congress, 2nd Session (Washington, DC: U.S. Government Printing Office, December 1966), 207-219.

Johnson, Craig L., Martin J. Luby, and Tima T. Moldogaziev, *State and Local Financial Instruments: Policy Changes and Management* (Northampton, MA: Edward Elgar, 2014).

McLoughlin, Tom, "Choosing an Underwriter for a Negotiated Bond Sale," in Gerald J. Miller, editor, *Handbook of Debt Management* (New York: Marcel Dekker, Inc., 1996), 395-399.

Raineri, Lori, Mark Robbins, Bill Simonsen, and Keith Weaver, "Underwriting, Brokerage, and Risk in Municipal Bond Sales," *Municipal Finance Journal*, 33:2 (Sumer 2012), 87-103.

Robbins, Mark and Bill Simonsen, "Why Do Issuers Privately Place Municipal Bonds," *Municipal Finance Journal*, 27:3 (Fall 2006), 1-17.

Securities and Exchange Commission, *Report on the Role and Function of Credit Rating Agencies in the Operation of the Securities Markets*, January 2003.

"Underwriting Commitments": https://app.achievable.me/study/finra-sie/learn/municipal-debt-underwriting-commitments

---

[22] Expert Report of William Bartley Hildreth, July 1, 2020.

Vogt, A. John, *Capital Budgeting and Finance: A Guide for Local Governments*.
Washington, DC: International City/County Management Association, 2004.