# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | )   PROMESA |
| THE FINANCIAL OVERSIGHT AND | )   Title III |
| MANAGEMENT BOARD FOR PUERTO RICO | ) |
|  | )   Case No. 17-BK-03283 (LTS) |
| as representative of | ) |
|  | ) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) |
|  | ) |
| Debtors.[1] | ) |
|  | ) |

---

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | )   PROMESA |
| THE FINANCIAL OVERSIGHT AND | )   Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) |
|  | )   Case No. 17-BK-03566 (LTS) |
| as representative of | ) |
|  | ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | ) |
| GOVERNMENT OF THE COMMONWEALTH OF | ) |
| PUERTO RICO, | ) |
|  | ) |
| Debtor. | ) |
|  | ) |

---

|  |  |
|---|---|
|  | ) |
| THE SPECIAL CLAIMS COMMITTEE OF THE | )   Adv. Proc. No. 19-00356 (LTS) |
| FINANCIAL OVERSIGHT AND MANAGEMENT | ) |
| BOARD FOR PUERTO RICO, ACTING BY AND | ) |
| THROUGH ITS MEMBERS, | ) |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK- 4780) (Last Four Digits of Federal Tax ID: 3747).

and )
)
)
THE OFFICIAL COMMITTEE OF UNSECURED )
CREDITORS OF ALL TITLE III DEBTORS )
(OTHER THAN COFINA), )
)
as co-trustees of )
)
THE EMPLOYEES RETIREMENT SYSTEM OF THE )
GOVERNMENT OF PUERTO RICO, )
)
Plaintiff, )
)
v. )
)
DEFENDANT 1M, *et al.*, )
)
Defendants. )
)
_____ )
)
THE SPECIAL CLAIMS COMMITTEE OF THE )       Adv. Proc. No. 19-00357 (LTS)
FINANCIAL OVERSIGHT AND MANAGEMENT )
BOARD FOR PUERTO RICO, ACTING BY AND )
THROUGH ITS MEMBERS, )
)
)
and )
)
THE OFFICIAL COMMITTEE OF UNSECURED )
CREDITORS OF ALL TITLE III DEBTORS )
(OTHER THAN COFINA), )
)
as co-trustees of )
)
THE EMPLOYEES RETIREMENT SYSTEM OF THE )
GOVERNMENT OF PUERTO RICO, )
)
Plaintiff, )
)
v. )
)
STOEVER GLASS & CO., *et al.*, )
)

Defendant.                                          )
                                                    )
                                                    )
_____                )
                                                    )
THE SPECIAL CLAIMS COMMITTEE OF THE                 )
FINANCIAL OVERSIGHT AND MANAGEMENT                  )
BOARD FOR PUERTO RICO, ACTING BY AND                )   Adv. Proc. No. 19-00359 (LTS)
THROUGH ITS MEMBERS,                                )
                                                    )
        and                                         )
                                                    )
THE OFFICIAL COMMITTEE OF UNSECURED                 )
CREDITORS OF ALL TITLE III DEBTORS                  )
(OTHER THAN COFINA),                                )
                                                    )
        as co-trustees of                           )
                                                    )
THE EMPLOYEES RETIREMENT SYSTEM OF THE              )
GOVERNMENT OF PUERTO RICO,                          )
                                                    )
        Plaintiff,                                  )
                                                    )
v.                                                  )
                                                    )
DEFENDANT 1H-78H,                                   )
                                                    )
        Defendants.                                 )
                                                    )
                                                    )
_____                )
                                                    )
THE SPECIAL CLAIMS COMMITTEE OF THE                 )
FINANCIAL OVERSIGHT AND MANAGEMENT                  )
BOARD FOR PUERTO RICO, ACTING BY AND                )   Adv. Proc. No. 19-00361 (LTS)
THROUGH ITS MEMBERS,                                )
                                                    )
        and                                         )
                                                    )
THE OFFICIAL COMMITTEE OF UNSECURED                 )
CREDITORS OF ALL TITLE III DEBTORS                  )
(OTHER THAN COFINA),                                )
                                                    )
        as co-trustees of                           )
                                                    )
                                                    )

THE EMPLOYEES RETIREMENT SYSTEM OF THE )
GOVERNMENT OF PUERTO RICO, )
                                      )
      Plaintiff, )
                                        )
v. )
                                        )
DEFENDANT 1G-50G, et al., )
                                        )
      Defendants. )
                                        )
-------------------------------------------------------------------------- X

## DECLARATION OF DR. LAURA GONZALEZ

I, Dr. Laura Gonzalez, hereby declare under penalty of perjury:

1.      I am an Associate Professor of Finance at California State University Long Beach.
I was retained as an expert witness by certain of the ERS Bondholders in these proceedings.

2.      Attached as Exhibit 1 is a true and correct copy of my expert report in this case.
Exhibit 1 is based on my personal knowledge and expertise and on the materials cited in Exhibit 1.

3.      If called to testify in these proceedings, I would testify to the opinions contained in
Exhibit 1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the
United States of America, to the best of my knowledge, that the foregoing is true and correct.

Dated: September 9 2020
      Los Angeles, CA
                                          Dr. Laura Gonzalez

4

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
-----------------------------------------------------------------------x
In re:                                                          :
THE FINANCIAL OVERSIGHT AND                                     :
MANAGEMENT BOARD OF PUERTO RICO                                 :
            As a representative of                    :
THE COMMONWEALTH OF PUERTO RICO, et al.                         :
Debtor                                                          :        PROMESA
                                                         :        Title III
-----------------------------------------------------------------------
In re:                                                          :        Case No. 3:17-bk-03283 (LTS)
THE FINANCIAL OVERSIGHT AND                                     :        Case No. 3:17-bk-03566 (LTS)
MANAGEMENTBOARD FOR PUERTO RICO                                 :
                                                               :
            As a representative of                    :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                          :
GOVERNMENT OF PUERTO RICO,                                      :
              Debtor.                        :
                                                               :
                                                               :
-----------------------------------------------------------------x

# EXPERT REPORT OF
# LAURA GONZALEZ, PH.D.

July 1, 2020

1

# CONTENTS

LIST OF EXHIBITS ................................................................................................................3

I.  Qualifications ................................................................................................................4

II.  Assignment ..................................................................................................................5

III.  Findings and Opinions ..............................................................................................6

IV.  Miscellaneous ...........................................................................................................10

# LIST OF EXHIBITS

Exhibit 1.        Expert CV – See Attached

# I.    Qualifications

1.    I am an Associate Professor of Finance at California State University Long Beach. I have no prior consulting experience as an expert witness. I have experience as a translator for the University of Florida School of Law, translating between English and Spanish.

2.    I am a native speaker of Spanish from Spain. I moved to the United States in the year 2000 after completing my bachelor level education in Spain. I received my M.A. in Foreign Languages and Literatures in English, Spanish and French from Southern Illinois University Carbondale, and my Ph.D. in Finance from the University of Florida. I have taught Spanish at Southern Illinois University Carbondale. I have taught courses in Finance at the University of Florida, Fordham University, and California State University Long Beach. My curriculum vitae is attached as Exhibit 1.

       Exhibit 1, *Expert CV – See Attached*

3.    I considered the following materials in the preparation of this report:

       - Puerto Rico Spanish Statute Annotated – 2008, 3 L.P.R.A. § 779: Original document in Spanish.

       - Puerto Rico Statute Annotated – 2008, 3 L.P.RA. § 779: Official Translation from Spanish into English.

       - Puerto Rico Spanish Statute Annotated, 3 L.P.R.A. § 779 (current version).

       - Bond Resolution of the Series A Senior Pension Funding Bonds Issued by ERS on January 31, 2008 (the "Bond Resolution").

       - Legal Opinions from the Closing Binder for the Series A Senior Pension Funding Bonds Issued by ERS on January 31, 2008.

       - El Tribunal Supremo de Puerto Rico y El Concepto de La Igual Protección de Las Leyes 1952-1976, 47 Rev. Jur. U.P.R. 639 (1978).

4.    My billing rate is $300 per hour for my services in this matter. My compensation is not contingent upon the nature of my findings or on the outcome of this matter.

5.    The opinions in this report are solely mine. California State University Long Beach makes no warranty, express or implied, nor assumes any legal liability or responsibility.

4

## II. Assignment

I have been retained by counsel for certain holders[1] of ERS Bonds in connection with ERS's Title III restructuring proceedings, to provide expert testimony concerning the proper translation into English of the Spanish-language version of section 4-105(d) of the ERS Enabling Act, 3 L.P.R.A. § 779(d), as it existed in 2008.

---

[1] Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf of Crown/PW SP, Glendon Opportunities Fund, L.P., LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., Redwood Master Fund, Ltd, and SV Credit, L.P.  Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., and Oaktree Opportunities Fund IX (Parallel 2), L.P. hold through Opps Culebra Holdings, L.P. Oaktree Huntington Investment Fund II, L.P. holds through Oaktree Opportunities Fund X Holdings (Delaware), L.P. Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., and Oaktree Opportunities Fund X (Parallel 2), L.P. hold through Oaktree Opps X Holdco Ltd.

## III.    Findings and Opinions

My findings and opinions are as follows:

1.  The 2008 Puerto Rico Spanish Statutes Annotated, Title 3, § 779(d) includes a detailed
    paragraph that specifies ERS's authorization to incur debts.  The section reads as follows:

    "Autorización para incurrir en deudas. - La Junta de Síndicos podrá autorizar al
    Administrador para *tomar prestado de* cualquier institución financiera, del Gobierno del
    Estado Libre Asociado de Puerto Rico o del gobierno federal de los Estados Unidos de
    América, o mediante colocaciones directas de deuda, garantizando dicha deuda por los
    activos del Sistema."

The correct translation of that detailed section written in Spanish into English is:

    "Authorization to incur debts. - The Board of Trustees may authorize the Administrator
    to *borrow from* any financial institution, *from* the Government of the Commonwealth of
    Puerto Rico or *from* the Federal Government of the United States of America, or through
    direct debt placements, securing said debt *with* the assets of the System."

The official English translation of that detailed section is:

    "Authorization to incur debts. - The Board of Trustees may authorize the Administrator
    to seek a loan from any financial institution of the Government of the Commonwealth of
    Puerto Rico or the Federal Government of the United States of America or through the
    direct placement of debts, securing said debt with the assets of the System."

2.  The official translation from Spanish into English is inaccurate.

The official translation translates *tomar prestado* as *seek a loan* instead of *borrow*.  *Seek a loan*
would appropriately be translated into Spanish as *efectuar/contratar un préstamo*. The Spanish
term *tomar prestado* is a more general term than *efectuar un préstamo*, and it is not limited to
loans specifically.

6

The umbrella terms *debt* or *borrow* are equivalent to *deudas* or *tomar prestado*, while the term *seek a loan* is more specific, equivalent to *contratar un préstamo*.  Consistent with the Statute's use of the general term *tomar prestado*, the Bond Resolution mentions on Page 10 the general term *debt*: "the System has, among others, the duties and power to incur *debt* secured by the assets of the System."

The English verb *to borrow* does not have a direct equivalent verb in Spanish, unlike *to lend*.  The verbs *lend* or *loan* are equivalent in Spanish and translated as *prestar*, while *borrow* is equivalent to the comprehensive verbal phrase *tomar prestado*.

In the Spanish language *tomar prestado* means to temporarily take something with the intention of returning it.  This general verbal phrase applies to money and other goods over varying periods of time. For example, one can *tomar prestado un carro* or *borrow a car* for a number of days, or *tomar prestado un bolígrafo* or *borrow a pen* for a very short period of time.  This general verbal phrase can also be used for intangibles in expressions such as *tomar prestado un concepto* or *borrow a concept*.

One example of legal documentation in Puerto Rico using *tomar prestado* would be El Tribunal Supremo de Puerto Rico y El Concepto de La Igual Protección de Las Leyes 1952-1976, 47 Rev. Jur. U.P.R. 639 (1978), which says "no sólo *tomó prestado* de las experiencias norteamericanas," meaning "not only *borrowed* from North American experiences."

The translation of *tomar prestado* as *borrow* is very robust across different dialects of Spanish across different regions and nations where the tongue is an official language.  One popular environmental expression of unclear origin is "we do not inherit this Earth from our ancestors, we *borrow* it for our children" ([https://www.nrpa.org/blog/inherit-the-earth-or-borrow-it-from-our-children/](https://www.nrpa.org/blog/inherit-the-earth-or-borrow-it-from-our-children/)).   Dr. Jane Goodall used the expression in a 2009 lecture in Oxford ([https://natureoverman.blogspot.com/2009/02/we-do-not-inherit-earth-from-our.html](https://natureoverman.blogspot.com/2009/02/we-do-not-inherit-earth-from-our.html)): "Someone said that we do not inherit the earth from our ancestors, but borrow it from our children.  Look at the world around us. That line is a lie! We aren't borrowing from our children.  Borrowing means that we will pay it back, but we aren't paying back. We are stealing from our children."

This expression is widely used in Spanish-speaking nations and translated as "no heredamos esta tierra de nuestros antepasados, la *tomamos prestada* para nuestros hijos."  For example, we can find it in a Presidential address of the "Federación Uruguaya de Grupos CREA" (http://gentedecampo.uy/?p=2678), or in a speech by an Argentinian Minister (https://www.agritotal.com/nota/30100-buryaile-no-heredamos-la-tierra-de-nuestros-padres-la-tomamos-prestada-de-nuestros-hijos/).

3.  Besides inaccuracy in the translation of *tomar prestado*, there are other inaccuracies in the official translation of the Spanish Statute into English:

The official translation missed commas that are present in the Spanish Statute.

The official translation also mistranslates some uses of *del* as *of the* instead of *from the*, where context shows it means *from the.* The original Spanish sentence uses a parallel structure to include financial institutions worldwide as well as the governments of Puerto Rico and the United States.

The Spanish term *de* can be translated as *of* or *from*, and *del* as *of the* or *from the*, depending on the context.  In this case, the context comes from both the use of commas and the process of selling debt in financial markets.  As indicated on page 5, my assignment focuses on the translation of a specific paragraph of the Spanish Statute, with particular focus in the following section:

> "*tomar prestado de* cualquier institución financiera, del Gobierno del Estado Libre Asociado de Puerto Rico o del gobierno federal de los Estados Unidos de América, o mediante colocaciones directas de deuda"

The original Statute in Spanish includes a comma after "tomar prestado de cualquier institución financiera" (financial institution), and another comma preceding "colocaciones directas de deuda" (direct placements of debt).  This shows that "*del* Gobierno" and "*del* gobierno" do not refer to "institución financiera" but to "tomar prestado."  The original Statutes in Spanish allow borrowing from any financial institution in the world, as well as from the Government of Puerto Rico and the Government of United States of America.  The placement of commas and the process of debt sales

reinforce this parallel structure in the sentence. Therefore, *del* means "tomar prestado *de*" (borrow from), not "institución financiera *de*" (financial institution belonging to the state or federal government).  Furthermore, a restriction to financial institutions of the United States would be described as "institución financiera de los Estados Unidos de América," not "institución financiera del gobierno federal de los Estados Unidos."  The reason is that financial institutions do not belong to any government.

Therefore, the correct translation into English of the original Statute in Spanish is, as indicated on page 6:

> "*borrow from* any financial institution,  *from* the Government of the Commonwealth of Puerto Rico or *from* the Federal Government of the United States of America, or through direct debt placements."

9

## IV. Miscellaneous

My work is ongoing and my opinions are subject to revision based on new information (including documentation, reports or testimony by other experts), which subsequently may be provided to, or obtained, by me.

The views expressed in this report are those of the author and do not necessarily reflect the position of California State University Long Beach or California State University.

By: _____

Laura Gonzalez, Ph.D.

# EXHIBIT 1



# LAURA GONZALEZ

California State University Long Beach
College of Business Administration
Department of Finance COB-420
1250 Bellflower Blvd.
Long Beach, CA 90840-8501

laura.gonzalezalana@csulb.edu
https://web.csulb.edu/colleges/COB/intranet/vita/public/resume.php?username=lauragonzalez

---

**AREAS OF INTEREST**

Fintech, financial markets & institutions, corporate governance, international, behavioral, personal and entrepreneurial finance.

**Google Scholar:  269 citations. 198 since 2014**

***Top 10% download author in Social Science Research Network every year since 2014***

**ACADEMIC APPOINTMENTS**

| | |
|---|---|
| California State University Long Beach | |
| Associate Professor of Finance | Since 2016 |
| Fordham University, New York City | |
| Assistant Professor of Finance | 2008 – 2016 |
| Research Fellowship | Jan. to May 2014 |
| New York University, New York City | |
| Visiting Scholar, Stern School of Business | Jan. to May 2014 |
| University of Florida | |
| Finance Instructor | 2005-2006, 2007-2008 |

**EDUCATION**

| | |
|---|---|
| Ph.D. Finance, University of Florida | 2003-2008 |
| Harvard Case Method Discussion Leadership, Harvard Business School | 2006 |
| Master of Business Administration – Finance, S. Illinois University | 2002 |
| M. A. in Foreign Languages & Literature - English, French, Spanish | 2003 |
| B.S. Electrical Engineering - 6 yr. degree     Superior College of Engineering, Bilbao, Spain | |
| B.A. Music Performance & Education – Piano   J.C. Arriaga School of Music, Bilbao, Spain | |

**Executive**

| | |
|---|---|
| Harvard online, Fintech | 2020(ongoing) |
| Yale online, Financial Markets | 2020 |
| Harvard Case Reviewer, Harvard Business Publishing | 2009 - 2016 |
| Columbia Book Reviewer, Columbia Business Publishing | 2013 |

1

Routledge, Business and Economics division, reviewer of academic books          2016
European Foundation for Entrepreneurship Research     Holland, Germany & Belgium   2009
International Finance, Faculty Development          University of South Carolina   2008[1]
Bloomberg Market Concepts (BMC) Certification    Bloomberg Institute          2016
Value Investing, 2-day Workshop              Fordham University NY         2014
Wealth Management Workshop          California State Univ., Long Beach, 2016-2017

## OTHER REMUNERATED PROFESSIONAL EXPERIENCE
Levin College of Law, Univ. Florida Center Governmental Responsibility     2005 –2006
        Translator
Financial Services Intern      S. Illinois University Foundation        May – Dec. 2002
Electrical Engineer, Research & Development[2]      , Telefonica S.A.      1997 – 1999

*International Students & Scholars Office, S. Illinois University*
Study Abroad Advisor Assistant                    2001 – 2002
International Students & Scholars Advisor Assistant            2000 – 2002

## LANGUAGES
Fluent in English and Spanish (native)
*Business French, Business Portuguese* (U.S.A. university courses)
Intermediate French, Portuguese, Italian, Basque

## MEDIA FEATURING
1.  TV Tokyo, *Money Encyclopedia – Leverage episode*, Aug. 15 2010
2.  CBS NY (WCBS TV) News *Consumer Report*, Aug. 26 2010 3. The
    Epoch Times, International Chinese Print Newspaper, Oct. 1 2010
4.  HITN Television & Impacto News, Sept. 30 2010
    *Business & Economy Symposium – Hispanic Small Business,* Harvard Club NY
    Academia representative in a three member panel with US Dept. of Labor representative, the
    CEO of US Hispanic Chamber of Commerce (moderator) and Natalie Morales, co-anchor or
    NBC's Today Show as MC.
5.  Fund Strategy Magazine – UK, weekly print, *In a* jam, Nov. 1 2010
6.  The Baltimore Sun, *What a split Congress means for investors,* Nov 7 2010
7.  FORTUNE CNN MONEY, *What it really takes to get unemployment down*, Nov 16 2010
8.  International Business Times, *Bailout or not, Spain faces years of sacrifice,* Dec 1 2010
9.  TV Tokyo, *Money Encyclopedia – Zero Interest Rate Policy*, December 2010
10. Business Insider, Money Game OP-ED, *Spain: Too Big to Fail, Too Big to Bail - Spain's
    Sovereign Debt Crisis Is Far More Complex Than Just A Real Estate Bust,* December 16
    2010

---

[1] The Moore School programs in international business have been ranked # 1 & 2 by *U.S. News & World Report.* The FDIB seminar series is also the oldest program of its kind.
[2] Collaboration with Superior College of Engineering, Bilbao, Spain.

2

11. International Business Times, *Spaniards flocking to Germany for jobs*, February 5 2011

12. Fordham WFUV Radio, *Job Market Outlook for College Graduates*, May 17 2011

13. CNNe- CNN in SPANISH, *Panorama Mundial (Evening World News),* May 20 2011

14. CNNe, *Dinero (Money)*, May 23 2011

15. International Business Times, *A Spanish Spring? Poor economy incites mass protest movement in Spain*, May 24 2011

16. CNNe, *Café CNN (Morning News)*, May 24 2011

17. CBS Money Watch, *A Quick and Dirty Primer on the Greek Financial Crisis,* June 21 2011 18. Dinero (Money, Colombia) *La prueba de fuego* - on *US debt ceiling and deficit reduction negotiations*, July 22 2011

19. ET Now, Indian Business News Channel, July 26 2011

20. La Opinion, leading US Spanish press- *Poco aporta a la economia actual - Debt ceiling*, August 2 2011

21. WABC-TV, 5pm Newscast, *US economic piece* with Tim Fleischer, August 3 2011

22. CNNe, *Dinero (Money)*, *European Debt Crisis*, August 4 2011

23. The Epoch Times, International Chinese Print Newspaper, *US Debt Crisis*, August 9 2011

24. NTN24, international TV channel in Spanish, Business & News programs, *Volatility in stock markets*, August 19 2011

25. Fordham WFUV Radio, *Gold Prices*, August 20 2011

26. CCTV2- global business channel of China's largest network, August 22 2011

27. International Business Times, *Portuguese Youths Emigrating to Former Colonies for Jobs*, September 2 2011

28. NTN24, international TV channel in Spanish, Business & News programs, *Three years after Lehman's Fall*, Sept 12 2011

29. Christian Science Monitor, *Homeowners cheer Fed's 'Operation Twist'. Wall Street not so much.* Sept 22 2011

30. CNNe, *Café CNN (Morning News)*, Sept 2, 2011

31. CNNe, *Dinero (Money)*, Sept 27 2011

32. GabelliConnect, Fordham, *Student research accepted by journal,* Oct. 1, 2011

33. CCTV2- global business channel of China's largest network, October 27 2011

34. The Ledger, *Student debt rising for "lost generation",* Oct 31 2011

35. CCTV2- global business channel of China's largest network, Nov 3 2011

36. THOMSON REUTERS, business clients video on G20 summit, Nov 3 2011

37. NY1 TV – Warner Spanish channel - Pura Politica, Nov 4 2011

38. CNNe Dinero (Money), Nov 4 2011

39. CNNe, *Café CNN (Morning News)*, Dec 6 2011

40. CNNe, *Dinero (Money)*, Dec 7 2011

41. NY1 TV – Warner Spanish channel - Pura Politica, Dec 8 2011

42. CCTV2- global business channel of China's largest network, December 15 2011

43. THOMSON REUTERS, business clients video on G20 summit, December 15 2011

44. CNNe, *Dinero (Money)*, January 16 2012

45. CCTV2- global business channel of China's largest network, January 30 2012

46. THOMSON REUTERS, business clients video, January 30 2012

47. International Business Times, *Spain's Unemployment: At the Vortex of the Eurozone Financial Crisis*, Feb 1 2012
48. CNNe, *Dinero (Money)*, Feb 9 2012
49. NY Daily News, *Italy's economic woes' effect on NYC Little Italy's,* Feb 21 2012
50. CCTV2- global business channel of China's largest network, Feb 27 2012
51. THOMSON REUTERS, business clients video Feb 27 2012
52. International Business Times, *More trade, still no political clout: A take on the BRIC's summit*, March 30 2012
53. International Business Times, *Spain's Economy: Beleaguered public swallows bitter austerity pill,* April 2 2012
54. CCTV2- global business channel of China's largest network, Apr 16 2012
55. THOMSON REUTERS, business clients video, Apr 16 2012
56. International Business Times, *French elections come down to the wire,* April 20 2012
57. CNNe, *Dinero (Money)*, May 4 2012
58. CNNe, *Mirador Mundial (World News – Special French elections)* May 5 2012
59. International Business Times, *What now for Europe? What could happen after French and Greek elections changed political landscape,* May 7 2012
60. Global Post, *How scary is Hollande, the new French president?,* May 7 2012
61. CBS News, *Austerity is now a dirty word in Europe,* May 7 2012
62. The NEW YORK TIMES on French elections and EU crisis, *May 8 2012*
63. ASSSOCIATED PRESS on French elections and EU crisis, May 8 2012
64. The Telegraph (London), *May 8 2012*
65. Los Angeles Times, *May 8 2012*
66. THOMSON REUTERS, business clients video, *May 8 2012*
67. SmartBrief for CFOs, *May 8 2012*
68. CCTV2- global business channel of China's largest network, May 16 2012
69. THOMSON REUTERS, business clients video,, May 16 2012
70. Catholic News, *European Scholars: Church could be a player in solving crisis,* May 16
71. Global Post, *How to make a killing on the euro crash*, May 17 2012
72. Salon, *Euro crisis' vultures*, May 17 2012
73. International Business Times, *Immigration to Germany surges*, May 17 2012
74. The NEW YORK TIMES TV *on Facebook's IPO*, May 18 2012
75. CCTV-America Nasdaq studio, *Biz Asia America*, May 25 2012
76. Investor's Business Daily, *Spanish Bailout Risk Grows on Catalonia, Bankia Costs,* May 25 2012
77. NY Metro News, on Facebook's IPO, May 29 2012
78. International Business Times, *French Unions, Hollande brace for huge wave of layoffs,* June 5 2012
79. CNNe, *afternoon news*, June 18 2012
80. Dinero-Money, Business and Economy, Colombia, June 20 2012
81. FORBES, *U.S. Fiscal Cliff: Fact of Fiction?*, June 22 2012
82. CCTV-America Nasdaq studio, *Biz Asia America*, June 27 2012 83. NY1 TV – Warner Spanish channel - Pura Politica, June 29 2012

4

84.   CNNe, Dinero, Business news, June 29 2012
85.   CCTV2- global business channel of China's largest network, July 6 2012
86.   THOMSON REUTERS, business clients video, July 6 2012
87.   CNNe Dinero (Money), July 20 2012
88.   Investor's Business Daily, *Spain Bailout Fears Fly; Banks aided, Valencia* next, July 20 2012
89.   International Business Times, *Franco: Spain's struggle to deal with fascist shadows,* August 3 2012
90.   CNNe Dinero (Money), August 2 2012
91.   International Business Times*, Carrillo dies at 97*, Sept. 19 2012
92.   International Business Times*,* <u>*Co-authored article*</u> *on Spanish budget,* Sept. 28 2012 *Can Mariano Rajoy save Spain from its financial crisis?*
93.   International Business Times, *Viva Obama: How Spain views U.S. elections* Nov. 6 2012
94.   Fordham Business Magazine, Research profile, Fall 2012
95.   CNNe Dinero (Money), <u>Year 2012 Special</u>, December 24, 2012
96.   FoxMundo, <u>Presidential Inauguration Special</u>, Jan 21 2013
97.   CNNe Dinero (Money), Business news, Feb 7 2013
98.   FoxMundo, news, *Informal economy in the U.S.* Feb 8 2013
99.   International Business Times, *Illegal Espionage – the next big scandal in Spain,* Feb 20
100.  CNBC, News,  April 24 2013
101.  FoxMundo, News, April 26 2013
102.  The Daily Circuit, a live, call-in talk show for Minnesota Public Radio, April 29 2013
103.  Townhall Finance Radio, powered by the Wall Street Business Network, April 29 2013
104.  FoxMundo, News, May 17 2013
105.  CNNe Dinero (Money), July 16 2013
106.  FoxMundo, News, July 30 2013
107.  Los Angeles Times, August 1 2013
108.  National Public Radio NPR, on Spain's crisis, August 2, 2013
109.  Upstart Business Journal Money & Finance, *Nike takes a Dow bow in big NYSE shuffle,* Sept 10 2013
110.  NYC News Service Radio, Sept 23 2013
111.  Inc. Magazine, *Fury, dismay, cutbacks: entrepreneurs react to the shutdown,* Oct. 1
112.  Vida Vibrante, *The Affordable Care Act: Obamacare*, Oct 1 2013
113.  NY1, Pura Politica, on Government shutdown and Affordable Care Act, Oct 4 2013 114. Inc. Magazine, *Defaulting on U.S. debt is just plain stupid,* Oct 7 2013
115.  THOMSON REUTERS Business Video , on Janet Yellen and the Fed, Oct 10 2013
116.  CCTV 2 – China, on Janet Yellen and the Fed, Oct 10 2013
117.  FoxMundo, L.A., News, Oct 10 2013
118.  CBS SmartPlanet, *What a US default means for the world,* Oct 15 2013
119.  Money Morning, *Will US debt holders bail on treasuries?*, Oct 29 2013
120.  THOMSON REUTERS Global Markets Forum, on Janet Yellen and the Fed, Oct 30
121.  Radio France International on NYC news, Nov 4 2013
122.  Thomson Reuters for CCTV2-China, Nov 11 2013

5

123. Thomson Reuters for CCTV2-China, Dec 9 2013
124. Inside Fordham, 2014 Predictions, Jan 13 2014
125. Thomson Reuters, for business clients and CCTV2-China, Feb. 10 2014
126. WABC-TV New York, Tiempo, DeBlasio's State of NYC Address, Feb. 16 2014
127. THOMSON REUTERS, for CCTV2-China, March 19 2014
128. Wallet.Hub – Financial literacy month, April 22 2014
129. Thomson Reuters for CCTV2-China, May 8 2014
130. Thomson Reuters for CCTV2-China, July 23 2014
131. Fordham eNewsroom, *When beauty doesn't pay*, August 2014
132. Fordham WFUV Radio, *The economy of what you look like,* August 27 2014
133. Thomson Reuters for CCTV2-China, September 24 2014
134. International Business, *Argentinian peso fall could be good for farmers*, September 25
135. Thomson Reuters for CCTV2-China, November 4 2014
136. Thomson Reuters for CCTV2-China, April 28 2015
137. Fordham News, *Beauty is beastly: Attractiveness and success can hurt your chances of getting a loan (on P2P lending)*, June 12 2015
138. WFUV-FM Fordham Conversations, Research discussion, June 13, 2015
139. WALL STREET JOURNAL, *Greek battle is reflected in Spain,* July 11 2015
140. Univision, Afternoon and Evening news, *Stock market crash*, Aug 24 2015
141. The Street, on *stock market crash*, Aug 24 2015
142. Thomson Reuters for CCTV2-China, *President Xi's meeting with US Business leaders preceding United Nations Assembly*, Sept 23 2015
143. Times Now, *President Modi's preceding United Nations Assembly*, Sept 24, 2015
     Times Now is India's most watched general English News Channel
144. Thomson Reuters for CCTV2-China, January 11 2016
145. THOMSON REUTERS for Reuters Business, January 11, 2016, *Baxalta Acquisition*
146. Thomson Reuters for CCTV2-China, March 2016

*California State University Long Beach*
147. Inside Higher Ed, "The value of Media", September 15, 2016
148. Inside CSULB, on Peer-to-Peer Lending, "Need a loan?", December 19, 2016
149. Podcast by Invest like a Boss on fintech: "behavioral finance in peer to peer lending" April 19, 2018 http://www.investlikeaboss.com/ilab-91-behavioral-finance-in-p2p-lending-with-lauragonzalez/
150. Wallethub, Q&A on financial literacy: opportunities and risks in credit card  balance transfers https://wallethub.com/credit-cards/balance-transfer/#expert=Laura_Gonzalez
151. Wallethub, financial literacy: credit card fees, January 2019
     https://wallethub.com/credit-cards/discover/#expert=Laura_Gonzalez
152. Daily 49er, Financial literacy education, May 2019
     http://daily49er.com/news/2019/04/25/financial-literacy-is-low-among-college-studentsprofessors-say/
153. KNBC4 (English) and Telemundo (Spanish) interviews, Mexico Tariffs, May 31 2019.

6

154. Wallethub, financial literacy: opportunities and risks in credit card balance transfers
https://wallethub.com/credit-cards/balance-transfer/#expert=Laura_Gonzalez
155. Online and National Public Radio, *Marketplace*, Sept 2019
https://www.marketplace.org/2019/09/30/the-stock-market-is-not-the-economy/
156. Wallethub, financial literacy: credit card fees, Oct 2019
https://wallethub.com/credit-cards/business/#expert=Laura_Gonzalez
157. UNIVISION. Interview on reasons why families are leaving CA, Nov 2019
https://www.univision.com/local/los-angeles-kmex/al-punto-california/por-quemuchas-personas-estan-tomando-la-decision-de-abandonar-california-y-migrar-haciaotros-estados-video
158. https://www.eastwestbank.com/ReachFurther/en/News/Article/7-Ways-to-Ready-YourSmall-Business-for-Anything-in-2020
159. https://www.point2homes.com/news/us-real-estate-news/experts-california-real-estate2020.html
160. The Signal Tribune, How to Budget during a Pandemic, March 23 2020,
https://signaltribunenewspaper.com/48180/news/news-money-coronavirus-the-financial-impact-of-covid-19/
161. Investor Place, Covid-19 effects on economy/markets, Apr 3, 7, & 9
https://investorplace.com/2020/04/3-ways-coronavirus-will-change-markets/
https://investorplace.com/2020/04/9-robust-stocks-to-buy-survive-bear-market/
https://investorplace.com/2020/04/7-restaurant-stocks-to-buy-for-big-rebound/
162. ABC Channel 7, EyeWitness News
Apr 13 on Record Number Unemployment & Outlook of economy
Apr 16 on Independent Contractor Unemployment, PUA & AB5
https://abc7.com/finance/coronavirus-business-owners-financial-experts-forecast-grim-future/6108701/
163. UNIVISION, Al Punto Mar 26
https://www.univision.com/local/los-angeles-kmex/al-punto-california/como-se-recuperara-california-de-la-crisis-economica-generada-por-el-coronavirus-video
164. Su Voz en Los Angeles, Starting and preparing for new enterprises, Mar 28, 1020
165. Voz of America, April 29, on Economic Outlook.
166. El Mundo Al Dia, April 29, newscast and was shared on all of VOA Noticias' digital platforms. Story starts at 2:50:https://www.voanoticias.com/a/5398012.html
167. Voz of America, May 8, with Veronica Villafañe
168. WalletHub.com  Easiest credit cards to get, May 2020
https://wallethub.com/easiest-credit-card-to-get#experts=Laura_Gonzalez


**RESEARCH**

**Academic Journal Peer-Reviewed Publications (Published and Forthcoming)**

1. "Banks and Bubbles: How Good are Bankers at Spotting Winners?" (with Christopher James), **Journal of Financial Economics**, October 2007, 40-70
   Best Paper Award, American Association of Individual Investors SWFA, 2007
   ***Federal Reserve Bank of Chicago*** Annual Conference on Bank Structure & Competition – May 2006
2. "Press Reporting of Debt Choices: Bank, Non-bank Private, and Public debt", **Journal of**

**Business and Policy Research**, December 2010, 69-87
Best Paper Award, World Business Institute Annual Hawaii Conference, 2010

3. "Dogs that Bark: Why are Bank Loan Announcements Newsworthy?", **Global Economy and Finance Journal**, March 2011, 62-79

4. "Online Social Lending: A Peak at US Prosper and UK Zopa" (with Kevin McAleer), **Journal of Accounting, Finance and Economics**, December 2011, 26-41
Best Paper Honors Research Thesis Award, Fordham, 2011

5. "Banking during Bubbles: What difference does it make on Post-bubble Lending?", **Journal of Applied Finance and Banking**, May 2014, 255-271

6. "When Can a Photo Increase Credit? The Impact of Lender and Borrower Profiles in Online P2P Loans" (with Yuliya Komarova), **Journal of Behavioral and Experimental Finance**, June 2014, 44-58
Editor's choice - SSRN Behavioral & experimental finance ejournal, June 2014
*Top Ten Download* List, Social Science Research Network (SSRN) 2014
Covered by *Thomson Reuters* and included in *Henry Stewart Talks, London,* Corporate Financing Series. Editor: Prof. Rau (Univ. of Cambridge, UK)

7. "Bank Loans and Bubbles: How Informative are Press News?", **Journal of Accounting and Finance**, September 2014, Lead Article

8. "Competition against Common Sense: Insights on Peer-to-Peer Lending as a Tool to Allay Financial Exclusion" (with Yuliya Komarova), **International Journal of Bank Marketing.** *Special Issue on **Financial Exclusion***, 2015, 33 (5).
*Top Ten Download* List, Social Science Research Network (SSRN) 2014
Included in *Henry Stewart Talks, London,* Corporate Financing Series.

9. "Why European Banks are Undercapitalized and What should be Done about it" (with John Finnerty), **Journal of Applied Corporate Finance**, 2018, 29 (4), 65-71.
California State University Long Beach publication.
Journal associated with Columbia Business School.

10. "Blockchain, herding and Trust in Peer-to-Peer Lending", Managerial Finance Special issue on Blockchain, 2019,      *Top Ten Download* List, Social Science Research Network (SSRN) 2019 in:      *Innovation & Finance, Innovation Finance & Accounting, Artificial Intelligence,      Networks, Technology.*
Included in 2018 Research Podcast by *Invest Like a Boss*

**Conference Proceedings**
11. "Banks and Bubbles: How Good are Bankers at Spotting Winners?" *Federal Reserve Bank of Chicago* Annual Conference on Bank Structure & Competition – May 2006

12. "Trust in Peer to Peer Lending", 2018, Paris Global Finance Association Conference.

13. "Investing in Human Capital Online: For-Profit vs. Pro-Social Peer-to-Peer Lending", 2020,
WDSI

8

**Practitioner Refereed Publications**

14. "Entrepreneurship in Emerging Markets: A new millennium" *(*with D. Garcia) *Dialogue*, Duke Corporate Education & LID Publishing, refereed, *executive quarterly*, March 2014, p. 89-94.

   Duke CE was ranked #1 in custom executive education by the Financial Times (May 2013) for the 11th consecutive year; and ranked #1 by BusinessWeek (Nov. 2011) in their biennial survey for the 5th time in a row. LID Publishing is a member of the Spain – U.S. Chamber of Commerce at the Empire State in NYC.

**Online Publications**

15. Research Podcast by *Invest Like a Boss,* 2018, Peer to peer lending

16. Henry Stewart Talks, London, Corporate Financing Series. Editor: Raghavendra Rau (Univ. of Cambridge, UK). Other speakers: Thomas Noe (Oxford), Thomas Chemmanur (Boston College), Vidhan Goyal (Hong Kong University of Science and Teachnology), Ajai Singh, Douglas Cumming, Philip Molyneux. October 2014. *Audio-visual Research lecture* on Peer-to-Peer lending.

17. "A new millennium in Entrepreneurship World-wide" *(*with D. Garcia), *ebook*, LID publishing, February 2014

**Other publications**

18. Prolider*,* annual edition assessing corporate governance, social programs and leadership in Spain's main transnational firms, including Banco Santander, BBVA, Telefonica, Repsol and Iberdrola. Intl. panel member. *8th ed.*- 2012, *9th ed.*- 2013, *10th ed.*- 2014, *11th ed.*- 2015

**AD-HOC JOURNAL REFEREE**
- Journal of Banking & Finance
- Managerial Finance
- Journal of Behavioral and Experimental Finance
- Journal of International Money and Finance
- The Financial Review
- Journal of Financial Intermediation
- Journal of International Financial Markets, Institutions & Money
- Financial Decisions (formerly the Journal of Financial and Strategic Decisions)
- Journal of Economic Psychology
- International Journal of Bank Marketing

**INSTRUCTION EXPERIENCE**
*Face-to-face, enhanced & blended/flipped, online*

CALIFORNIA STATE UNIVERSITY LONG BEACH
Undergraduate
- FIN 460 Financial Institutions  -  Seniors                    Since Fall 2016
- FIN 360 Capital Markets          Juniors                       Since Spring 2017

Graduate
- FIN 610 Financial Analysis and Ethics          MS Finance          Since  Fall 2020
- FIN 660 Seminar in Financial Institutions          MS Finance          Since Spring 2019)

- FIN 697 Directed Studies                    MBA                    Since Spring 2008

*Mentor*, CSULB Innovation Challenge                                    Since Fall 2016
      Blimptab (2017-2018) Semifinalist at UC Davis Big Bang Business Competition in
      Spring 2028.   https://blimptab.com
*Mentor*, Student Research Competition
    "Breaking Down Labor Supply convergence: A Quantitative Approach"          2018
    "Online Study Abroad Agencies: The case for return on investment"          2019
    "Prosocial Community Investments Online: the case for Hispanic P2P Lending"   2020
*Juror*, CSULB Student Research Competition                              Since 2017
Financial literacy coach, CSULB Volunteer Income Tax Assistance (VITA)   Spring 2018, 2019
Long Beach College Promise: Business at the Beach. COB Office of Student Success


FORDHAM UNIVERSITY
   Entrepreneurial Finance/Venture Capital  -  MBA, 7 semesters
                                     - Seniors, 4 semesters
  Corporate & Investments core  -  MBA, 4 semesters
                                     - Juniors, 5 semesters, multiple sections each ☐
   Financial Institutions
             MBA, 4 semesters, Globalized content via World Wise Grant
            Senior Honors Research Thesis Advisor – 2 semesters
            Independent Study MBA
  International Entrepreneurial Finance
            MBA Independent Study
            Executive International Graduate Students, 1 Summer
  Behavioral Finance – online lending, personal finance and entrepreneurship
            Senior Honors Research Thesis Advisor, 2 semesters
            Student awarded <u>Best Honors Research Thesis</u>
            Senior Honors Research Thesis Advisor, 2 semesters
            MBA Independent Study  - 1 semester
  Entrepreneurial Finance
            Social Entrepreneurship competitions Coach & Screener, 2 years
            Business Plan competition Coach & Screener, 4 years Business plan screening &
            coaching - Fordham, Columbia & Baruch competitions. <u>Acknowledged Mentoring</u>
            <u>of Fordham Team Awarded *First Place in the 2008-09 Baruch/Merrill Lynch*</u>
            <u>*Invitational Business Plan* Competition.</u>
            Fordham Start-Ups/ Accelerator for Business, Lecturer, 2 semesters ○
            Entrepreneurship Lecturer – Intro to Business course, Freshmen, 1 semester
  Business dilemmas/ethics case competition and debate
            Jury member in university-wide final competition, Spring 2016
            MBA Lecturer, 1 semester

10

Finance teams Coach, Business ethics Case competition, School of Business &
Center for Ethics Education, 2 semesters
Real Estate Internship – MBA, 1 semester
Finance Society Lecturer, Graduate School of Business, 1 semester

UNIVERSITY OF FLORIDA

Financial Mgmt., Case oriented capstone course, Seniors, *Instructor*       Fall 2005
Equity & Capital Markets, Seniors, *Instructor*                             Fall 2007
<u>Best Instructor of the Year nomination</u>, College of Business - by seniors
Venture Capital, MBA - *Teaching Assistant*                                 2005-2007 □
Private Equity, MBA - *Teaching Assistant*                                        2003-2005
Financial Decision Making, MBA - *Teaching Assistant*                       2003-2007
International Finance - <u>Online</u> Professional MBA - *Teaching Assistant*   2007-2008

**CONFERENCE, MEETING & SEMINAR ACTIVITY National & International**
Federal Reserve Board of Governors, Washington D.C., *<u>Presentation by co-author</u>*   2005
University of Georgetown, *<u>Presentation by co-author</u>*
American Finance Association Annual Meetings, *Participant*                 2006
Federal Reserve Bank Chicago Conference of Bank Structure & Competition, *<u>Presenter</u>*
Financial Management Association European Conference, *<u>Presenter</u> & Discussant*
Federal Deposit Insurance Corporation/JFSR, *<u>Presentation by co-author</u>*
Financial Management Association - *<u>Presenter</u> (Top 10 Session)*
Federal Reserve NY/NYU Stern Conference Fin. Intermediation, *<u>Co-presenter</u>*
Australasian Finance & Banking Conference, *<u>Presentation by co-author</u>*
American Finance Association Annual Meetings, *Participant*                 2007
Villanova University, *<u>Presenter</u>*
HEC Montreal, *<u>Presenter</u>*
Fordham University, *<u>Presenter</u>*
Northeastern University, *<u>Presenter</u>*
George Washington University, *<u>Presenter</u>*
Seattle University, *<u>Presenter</u>*
University of San Diego, *<u>Presenter</u>*
Florida International University, *<u>Presenter</u>*                          2008
American Finance Association Annual Meetings, *Participant*
European Financial Management, *Paper <u>accepted for presentation</u>*
JIMF / Fed. Reserve Atlanta / Fordham Intl. Monetary Policy Conference, *Participant*
Financial Management Association - *<u>Presenter</u>, Chair*
NY Fed/NYU Stern Conference on Financial Intermediation, *Participant*
Financial Mgmt. Association Asian Conference, *<u>Presenter</u>, Discussant & Chair*   2009
Financial Mgmt. Association European Conference, *<u>Presenter</u>, Discussant & Chair*
Private Equity Analyst Annual Conference, Dow Jones, *Participant*
Enhanced Regulations Conference: Integrity Global Financial Mkts., Fordham, *Participant*

11

NY Fed/NYU Stern Conference on Financial Intermediation, *Participant*
World Business Institute, *Presenter (2 papers), Discussant, Chair*                    2010
Financial Management Association - *Discussant, Chair*
NY Fed/NYU Stern Conference on Financial Intermediation, *Participant*
Baruch, Rutgers & Fordham Triple Crown Conference, *Participant*                    2011
World Business Institute Toronto Conference, *Presentation by co-author*
European Financial Management Association, *Presenter, Discussant*
International Finance and Banking Society, *Presenter, Chair*
World Business Institute New York Conference, *Presenter*
Financial Management Association - FMA, *Presenter, Discussant, Chair*
Baruch, Rutgers & Fordham Triple Crown Conference, *Discussant*                    2012
Fordham/NYU/RPI Rising Stars annual conference, *Participant*
FMA Applied Finance conference, *Participant*
FMA European Conference, *Presenter, Discussant & Chair*
Thomson Reuters research video interview for business clients, *Presenter*
Fordham Schools of Business Seminar Series, *Presenter*
JIMF 30th anniversary conference, Fordham, *Participant*
Modern Portfolio Theory Markowitz 60th anniversary Conference, Fordham, *Participant*
Fordham Conference on Positive Marketing, *Presentation by Co-author*                2013
Fordham University Growing Research Series, *Presentation by Co-author*
Fordham/NYU/RPI Rising Stars annual conference, *Participant*
FMA Applied Finance Conference, *Discussant*
NY Federal Reserve Bank President Dudley, Fordham Wall Street Council, *Participant*
Financial Management Association - FMA, *Presenter*
100th Anniversary Federal Reserve System, Fordham                    2014
NYU Stern, Finance Research Day, *Participant*
Society for Consumer Psychology Annual Meeting, *Presentation by Co-author*
Baruch, Rutgers & Fordham Triple Crown Conference, *Participant*
Fordham/NYU/RPI Financial Markets Workshop, *Presenter*
Fordham/NYU/RPI Rising Stars Conference, *Participant*
NYU Stern Microstructure Meeting, *Participant*
FMA Applied Finance Conference, *Discussant*
Thomson Reuters research interview, *Presenter*
Fordham business seminar series, *Presenter*
The Chinese Finance Association Annual Research conference, Fordham, *Participant*
11th NYU Stern/Northeastern conference on Social Entrepreneurship, *Presenter*
NYU 5 Stars conference, *Participant*
NYU Finance Research Day*, Participant*                    2015
Baruch, Rutgers & Fordham Triple Crown Conference, *Participant*
FMA Applied Finance Conference, *Discussant*
International Finance Infinity Conference, *Presenter (2 papers) and Discussant*
Scranton University, *Presenter*

12

Sacred Heart University, _Presenter_
Denver University, _Presenter_
California State Univ. Fullerton, _Presenter_
Western Washington University, _Presenter_
Willamette University, _Presente_r
Pepperdine University, _Presenter_
California State Univ. Long Beach, _Presenter_
NYU Finance Research Day, _Participant_                                              2016
Fordham Value Investing Academic Conference, _Participant_
NYU/Imperial College London/Fordham Financial Markets Workshop, _Participant_
NYU/Imperial College London/Fordham Rising Stars Conference, _Participant_ NYU
Stern Inaugural India Research Conference, _Participant_
FMA Applied Finance Conference, _Bank Stress Tests_, _Panel organizer & co-moderator_
FMA Annual US Conference, _Participant_
FMA Annual Latin America Conference, _Presenter_                                     2017
FMA NYC Applied Finance Conference, _Discussant_
FMA Asian Conference, _Presenter_, _Discussant, Chair_
European Financial Management Association (paper _accepted for presentation_)
Global Finance Conference, _Presenter_, _Discussant_                                2018
Infiniti International Finance Conference, _Presenter_ _(2 papers), Discussant, Chair_
International Finance and Banking Society Conference (2 papers _accepted for presentation_)
FMA Annual US Conference, _Presenter_, _Discussant, Chair_

FMA Annual European Conference, _Presenter_, _Discussant, Chair_                     2019
Infiniti International Finance Conference, _Presenter_, _Discussant, Chair_
European Financial Management Association Conference, _Presenter coauthor_

**_Board of Directors_** **Member**: _Elected._ SWFA (2009-2010)

**_Best Paper Awards Committee_**
EFA (2009, 2010, 2012, 2014, 2015, 2016 (2 tracks), 2017)
FMA Applied Finance conference (2015) SWFA
(2009, 2010, 2011, 2012, 2017)

**_Session Organizer_**
FMA (2008, 2009, 2012, 2013, 2014, 2016, 2017, 2018), EFA (2008, 2009, 2010, 2011, 2012, 2015, 2016, 2018), European FMA (2009), Asian FMA (2009), SFA (2007), SWFA (2011, 2012)

**_Program Committee - Reviewer_**
FMA - every year since 2006
FMA Europe - every year since 2006
FMA Asia conference - every year since 2009

13

FMA Applied finance conference (2017, 2018, 2019)
FMA Latin America conference (2017, 2019)
WDSI (2020)
European Finance Association (2008, 2010, 2011)
Asian FA/FMA (2006, 2007)
Asian Finance Association (2016, 2017)
Eastern Finance Association (2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017)
International Finance Infiniti (2015, 2016, 2018(Europe & Australia conferences), 2019
SWFA (2007, 2008, 2009, 2010, 2012, 2017), SFA (2006, 2007, 2012), MFA (2008)
Graduate Research Forum, University of Florida (2006, 2007)  *Presenter,*
        *Program committee & Session organizer*

## AWARDS, HONORS, GRANTS, FELLOWSHIPS & SCHOLARSHIPS
Federal Reserve Bank of Chicago, travel grant                                         2006
        Conference on Bank Structure & Competition
New York Fed/NYU Stern Conference Financial Intermediation, travel grant   2006
American Association of Individual Investors Best Paper, SWFA Meeting      2007
SWFA Annual Meeting, travel grant                                                   2008
Faculty Develop. International Business Scholarship, University of S. Carolina    2008
World Business Institute Best Paper, Annual Hawaii Conference              2010
Social Science Research Network (SSRN)
        Editor's choice - SSRN Behavioral & experimental finance e-journal      June 2014
Financial Management Association, Latin American conference                2017
        Semifinalist for Best Paper
UC Davis Big Bang Business Competition. Mentored semifinalist group "Blimptab"   2018

*Fordham University*
1st Year Faculty Research Grant, Office of Research                        2009 – 2010
        Data towards two published refereed academic journal publications
Research Fellowship, Office of Research                                      Spring 2014
        Visiting scholar at NYU Stern finance
Best Research Thesis Award, Business Schools                                Spring 2011
Research Grant, Business Schools                              Summer 2009, 2010, 2011, 2012
World Wise Competitive Grant, Business Schools                                2010

*University of Florida*
Office of Research & Graduate Programs (2 research travel grants)          2006
Lampros Scholarship, School of Business ($10,000)                          Spring 2008
Graduate Student Council (4 research travel grants)              2006, 2007, 2008

CIBER[3] grants (3 travel grants)                                    Fall 2004, Fall 2005, Fall 2006
   Brazil (2004), Chile (2005), Argentina (2006)        Intl. Markets business study tours

Outstanding International Student, UF International Center          2003, 2004
Best Speaker of the Year - Gainesville Club Toastmasters International          2007
Beta Gamma Sigma                                                                  2005

*S. Illinois University*
Outstanding Master of Business Administration Student (2 students per year)          2002
MBA Full Tuition Waiver & $10,000/year Finance Research Assistantship          2000-2002
Outstanding Volunteer, *International Students & Scholars*          2001
Leadership, Student Life Advisor, *Student Development*          2001
Beta Gamma Sigma                                                                  2002

*Superior School of Engineering, Bilbao, Spain*
National Undergraduate Fellowship, Ministry of Education, Spain - High School Honors

**SELECTED SERVICE & ACTIVITIES**
CALIFORNIA STATE UNIVERSITY, LONG BEACH
*Department*
Secretary, Finance Department Meetings                              Since August 2017
Convening Chair, Elections Committee, Finance Department          Since Aug 2019
Alternate, Elections Committee, Finance Department          Spring 2019
Faculty Affairs and Oversight Committee, School of Business          Since August 2016
Finance Resource Allocation committee, Alternate          2018
Finance Advisory Board meetings, Faculty Liaison    Since Spring          2020
Finance Advisory Board meetings, Regular Faculty Representative          Since Fall 2017
Finance faculty recruitment campus visits                              Since 2016
MS Finance new student orientation                              Since Fall 2019

*College of Business*
Graduate Programs Committee, Alternate Secretary          Since August 2017
Strategic Planning committee, Beach 2030                              Fall 2019
Financial Resources Review Committee, Secretary, Scholarships          Fall 2019-Spring 2021
AACSB Tenure-track Meetings with Evaluator          Spring 2018 & 2019
Intellectual Contribution Task Force                              Fall 2018
Long Beach College Promise                                          Spring 2018
Guest speaker in International Marketing (MKTG 480), 2 sections   Fall 2017 to Spring 2019

---

[3] CIBERs (Center for International Business & Education Research) were created by U.S. Congress in 1980s.

Long Beach College Promise                                                 Spring 2018
Blockchain and the Law online workshop                          November 2018
COB Graduate Student Graduation Dinner, Best Graduate Student Awards May 2019
Graduate Business Alumni Network annual event                  Fall 2019
Research and grant workshops, AACSB &Beach 2030 meetings       2017 - 2019
Convocations and commencement ceremonies every year

*University*
Mentor/Advisor in Student Research Competition, since 2017
Mentor in Undergraduate Research Opportunity Program since 2019
Mentor in GenExcel program for First-Generation students, 2019 to 2021
Volunteer Income Tax Assistance (VITA), Financial Literacy since Spring 2018
Mentor in Innovation Challenge, Fall 2016 – May 2019
Commencement ceremonies 2018, 2019
Financial Literacy Speaker at Youth League Long Beach Spring 2019
Ukleja Center for Ethics annual workshop since Fall 2019
Writers Across the Curriculum since 2019 - 2020

FORDHAM UNIVERSITY
Fulbright Interview Committee, 7 academic years
Executive Committee Member (elected twice), Business Schools, 2 academic years
Reviewer, Faculty Research Grant, Office of Research, 5 academic years
Fordham Business Ethics competition, jury member (1 year) and team coach (1 year)
Fordham Start-Ups, Accelerator for Business, 1 academic year
Fordham Business Plan Competition, Coach & Screener, 3 academic years
Academic Board Member, Twaalfhoven Entrepreneurship Center, 3 academic years
Finance Faculty Recruiting Committee, 1 academic year
Faculty Advisor - National Society of Hispanic MBA's, 1 academic year
Finance Seminar Series
Petrilli Center for research in international finance seminar series, 8 academic years
NYU Stern Finance, Visiting Scholar

UNIVERSITY OF FLORIDA
Finance Seminar Student Coordinator, 3 academic years
Graduate Student Council, Finance Department Representative, 3 academic years
Faculty Advisor, ALPFA - Association of Latino Professionals in Finance & Acctg, 1 year
Guest Lecturer/Speaker on intercultural topics, 3 academic year
      Center for European Studies & European Union Studies Program, College of Education,
      Sociology Department, Institute of Food & Agricultural Sciences, Dial Center of Written &
      Oral Studies
Invited attendee, CIBER Distinguished Speaker Series, 4 academic years
Member, Florida Law, Gainesville Toastmasters International, 4 academic years

16

Alliance Française of Gainesville, 4 academic years
Clube Luso-Brasileiro, 4 academic years

S. ILLINOIS UNIVERSITY CARBONDALE
MBA Representative, College of Business Technology Committee, 3 semesters
Tutoring Chairperson, Beta Alpha Psi, 1 semester
Student Advisor, Student Development Office, 2 semesters