# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

PROMESA
Title III

Case No. 17-BK-03283 (LTS)

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

    Debtor.

PROMESA
Title III

Case No. 17-BK-03566 (LTS)

---

THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, ACTING BY AND
THROUGH ITS MEMBERS,

    and

Adv. Proc. No. 19-00356 (LTS)

---

[1] The Debtors in these jointly-administered PROMESA title III cases (these "Title III"), along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

|  |  |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA AND PBA), <br><br> as co-trustees of <br><br> THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, <br><br>    Plaintiff, <br><br> v. <br><br> DEFENDANT 1M, *et al.*, <br><br>    Defendants. |  |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, <br><br> and <br><br> THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA AND PBA), <br><br> as co-trustees of <br><br> THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, <br><br>    Plaintiff, <br><br> v. <br><br> DEFENDANT 1R, *et al.*, <br><br>    Defendant. | Adv. Proc. No. 19-00357 (LTS) |

```
------------------------------------------------------------------------ x
                                                                         :
THE SPECIAL CLAIMS COMMITTEE OF THE                                      :
FINANCIAL OVERSIGHT AND MANAGEMENT                                       :
BOARD FOR PUERTO RICO, ACTING BY AND                                     :   Adv. Proc. No. 19-00359 (LTS)
THROUGH ITS MEMBERS,                                                     :
                                                                         :
    and                                                                  :
                                                                         :
THE OFFICIAL COMMITTEE OF UNSECURED                                      :
CREDITORS OF ALL TITLE III DEBTORS                                       :
(OTHER THAN COFINA AND PBA),                                             :
                                                                         :
    as co-trustees of                                                    :
                                                                         :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                                   :
GOVERNMENT OF PUERTO RICO,                                               :
                                                                         :
    Plaintiff,                                                           :
                                                                         :
v.                                                                       :
                                                                         :
DEFENDANT 1H-78H,                                                        :
                                                                         :
    Defendants.                                                          :
                                                                         :
------------------------------------------------------------------------ x
                                                                         :
THE SPECIAL CLAIMS COMMITTEE OF THE                                      :
FINANCIAL OVERSIGHT AND MANAGEMENT                                       :
BOARD FOR PUERTO RICO, ACTING BY AND                                     :
THROUGH ITS MEMBERS,                                                     :   Adv. Proc. No. 19-00361 (LTS)
                                                                         :
    and                                                                  :
                                                                         :
THE OFFICIAL COMMITTEE OF UNSECURED                                      :
CREDITORS OF ALL TITLE III DEBTORS                                       :
(OTHER THAN COFINA AND PBA),                                             :
                                                                         :
    as co-trustees of                                                    :
```

|  |  |
|---|---|
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | :<br>:<br>: |
| Plaintiff, | : |
| v. | :<br>: |
| DEFENDANT 1G-50G, | :<br>: |
| Defendant. | :<br>: |
| ------------------------------------------------------------------- X | |

### NOTICE OF COMMITTEES' MOTION FOR SUMMARY JUDGMENT ON <u>*ULTRA VIRES* ISSUES</u>

**PLEASE TAKE NOTICE** that, upon the Declaration of Nicholas A. Bassett (with Exhibits attached thereto), the Statement of Undisputed Material Facts, and the accompanying Memorandum of Law (with Appendices attached thereto), the Official Committee of Unsecured Creditors (the "<u>Committee</u>")[2], the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "<u>Retiree Committee</u>")[3], and the Special Claims Committee (the "<u>SCC</u>") of the Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>" or the "<u>Board</u>") (and together with the Committees, "<u>Movants</u>") will move this court (the "<u>Motion</u>"), before the Honorable Laura Taylor Swain United States District Court Judge, at the United States District Court for the Southern District of New York, Room 17C, 500 Pearl Street, New York, New York, 10007-1312, on a date and time to be determined by the court, for an order pursuant to Federal Rule of Civil Procedure 56 and Federal Rule of Bankruptcy Procedure 7056, granting summary judgment in the Movants' favor on the *Ultra Vires* Dispute (as defined

---

[2] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

[3] The Retiree Committee represents Puerto Rico's approximately 160,000 retirees who collectively hold the single largest claim in these Title III cases

in the Memorandum of Law) and sustaining Movants' objections to the ERS Bondholders' proofs of claim and disallowing the ERS bondholders' claims in their entirety.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion must be filed with the Court and served on the undersigned counsel for the Movants by no later than October 28, 2020 (the "Opposition Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an opposition to the Motion is not received by the Opposition Deadline, the relief requested shall be deemed unopposed, and the Court may enter an order granting the relief sought without a hearing pursuant to the Thirteenth Amended Case Management Procedures.

|  |  |
|---|---|
| Dated: September 11, 2020<br>San Juan, Puerto Rico | */s/ Luc A. Despins*<br>PAUL HASTINGS LLP<br>Luc A. Despins, Esq. *(Pro Hac Vice)*<br>James R. Bliss (*Pro Hac Vice*)<br>200 Park Avenue<br>New York, New York 10166<br>Tel: (212) 318-6000<br>lucdespins@paulhastings.com<br><br>Nicholas A. Bassett, Esq. (*Pro Hac Vice*)<br>2050 M Street NW<br>Washington, D.C. 20036<br>Tel: (202) 551-1700<br>nicholasbassett@paulhastings.com<br><br>*Counsel to the Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA and PBA)[4]*<br><br>- and -<br><br>*/s/ Juan J. Casillas Ayala*<br>CASILLAS, SANTIAGO & TORRES LLC<br>Juan J. Casillas Ayala, Esq. (USDC - PR 218312)<br>Israel Fernández Rodríguez, Esq. (USDC - PR 225004) |

---

[4] As it relates to the Committee's omnibus claims objection at Docket No. 5580.

2

Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA and PBA)*[5]

- and –

*/s/ John Arrastia* .
GENOVESE JOBLOVE & BATTISTA, P.A.
John Arrastia, Esq. (*Pro Hac Vice*)
John H. Genovese, Esq. (*Pro Hac Vice*)
Jesus M. Suarez, Esq. (*Pro Hac Vice*)
Mariaelena Gayo-Guitian, Esq. (*Pro Hac Vice*)
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Tel: 305-349-2300
jarrastia@gjb-law.com
jgenovese@gjb-law.com
jsuarez@gjb-law.com
mguitian@gjb-law.com

*Special Litigation Counsel to the Official Committee of Unsecured Creditors*[6]


*/s/ Catherine Steege*

JENNER & BLOCK LLP
Robert Gordon (admitted pro hac vice)
Richard Levin (admitted pro hac vice)
919 Third Ave
New York, NY 10022-3908

---

[5] As it relates to the Committee's omnibus claims objections at Docket No. 5580 and 5586 and Adversary Proceeding Nos. 19-356, 19-357, 19-359, 19-361.

[6] As it relates to Adversary Proceeding Nos. 19-356, 19-357, 19-359, 19-361.

rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted pro hac vice)
Melissa Root (admitted pro hac vice)
Landon Raiford (admitted pro hac vice)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)
312-239-5199 (facsimile)

*/s/ A.J. Bennazar-Zequeira*

BENNAZAR, GARCÍA & MILIÁN, C.S.P
A.J. Bennazar-Zequeira
Héctor M. Mayol Kauffmann
Francisco del Castillo Orozco
Edificio Union Plaza,
1701 Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
hector.mayol@bennazar.com
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for the Official Committee of
Retired Employees of Puerto Rico*


*/s/ Sunni P. Beville*,
Sunni P. Beville, Esq. (*pro hac vice*)
Tristan G. Axelrod, Esq. (*pro hac vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com

*Counsel to the Financial Oversight and
Management Board, acting through the*

4

*members of the Special Claims Committee*

and

*/s/ Alberto Estrella*               ,
ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Financial Oversight and Management Board, acting through the members of the Special Claims Committee*

5