**<u>Appendix I</u>**

## Puerto Rico Enabling Acts That Specifically Authorize Issuing Bonds

| ENTITY | LAW | ENGLISH | SPANISH |
|---|---|---|---|
| Public Buildings Authority | Act 56-1958 | To borrow money, make and issue bonds of the Authority for any of its corporate purposes, …" – (Article 5. — Powers. 22 L.P.R.A. § 906). | "para tomar dinero a préstamo, hacer y emitir bonos de la Autoridad para cualquiera de sus fines corporativos,…" |
| Water Authority | Act 68-2016 | "(g)  To borrow money and to issue revenue bonds for any of its corporate purposes, including without limitation the purpose of funding, refunding or purchasing with or without premium, paying or discharging any outstanding bonds or other obligations issued or assumed by it, the principal of or the interest upon which is payable in whole or in part from revenues of the Authority. …<br>Section 12 (1) (22 L.P.R.A. § 152) Revenue bonds<br>(1)  The Authority is hereby authorized to provide by resolution, from time to time, for the issuance of revenue bonds of the Authority for any of its corporate purposes including, but not limited to, the following purposes:<br>(a)  To pay all or any part of the cost, as herein defined, of improvements to the Commonwealth Water System, to the Commonwealth Sewer System, or to both such systems.<br>(b)  To pay all or any part of the cost, as herein defined, of improvements to the Commonwealth Water System and the Commonwealth Sewer System combined by the Authority as a single system for operating and financing purposes; and the Authority is hereby authorized and empowered to combine such systems for such purposes.<br>(c)  To provide funds for refunding any bonds (including refunding bonds) heretofore issued and outstanding under the provisions of §§  141—161 of this title, including the payment of any premium and any interest accrued on the bonds to be refunded to the date of such refunding. Such revenue bonds shall be payable solely from the revenues of the Authority as herein provided." | "(g) Tomar dinero a préstamo y emitir bonos de renta para cualesquiera de sus fines corporativos incluyendo, sin limitación, el fin de consolidar, reconsolidar o comprar con o sin premio, pagar o cancelar cualesquiera bonos u otras obligaciones en circulación emitidos o asumidos por ella, cuyo principal e intereses es pagadero en todo o en parte, de las rentas de la Autoridad. Sección 12(1) - La Autoridad queda por la presente facultada a disponer por resolución, de tiempo en tiempo, para la emisión de bonos de renta de la Autoridad para cualquiera de sus fines corporativos incluyendo, pero sin limitación, los siguientes:<br>(a) Para pagar el total o cualquier parte del coste, como en la Sección 1 de esta Ley se define, de mejoras al Sistema Estadual de Acueductos y al Sistema Estadual de Alcantarillados, o a ambos sistemas;<br>(b) para pagar el total o cualquier parte del coste, como en la Sección 1 de esta Ley se define, de mejoras al Sistema Estadual de Acueductos y al Sistema Estadual de Alcantarillados combinados por la Autoridad como un solo sistema para los fines de su explotación y financiamiento; y por la presente la Autoridad queda autorizada y facultada para combinar dichos sistemas para dichos fines;<br>(c) para proveer fondos para consolidar cualesquiera bonos (incluyendo bonos de consolidación) anteriormente emitidos, y en vigor de acuerdo con las disposiciones de esta Ley; incluyendo el pago de cualquier prima y cualquier interés acumulado sobre los bonos a ser consolidados hasta la fecha de tal consolidación. Dichos bonos de renta se pagarán exclusivamente de las rentas de la Autoridad tal como aquí se provee." (22 L.P.R.A. § 152) |

| ENTITY | LAW | ENGLISH | SPANISH |
|---|---|---|---|
| Infrastructure Financing Authority | Act 44-1988 | "(l) Borrow money and issue bonds of the Authority for any of its corporate purposes, …" – (Article 7 — General Powers. 3 L.P.R.A. § 1906). | "(l) Tomar dinero a préstamo y emitir bonos de la Autoridad para cualquiera de sus propósitos corporativos,…" |
| Convention Center District | Act 351-2000 | "(h) Make loans in order to finance the costs of the Center, the improvement projects and the projects in private parcels or the District, and comply with any of its corporate purposes and powers at the discretion of the Board; make and issue negotiable bonds of the Authority; …" – (Article 2.02 — Specific Powers of the Authority 23 L.P.R.A. § 6412). | "(h) Tomar préstamos con el propósito de financiar los costos del Centro, los proyectos de mejoramiento y proyectos en las parcelas privadas o el Distrito y cumplir con cualquiera de sus propósitos y poderes corporativos, a discreción de la Junta; hacer y emitir bonos negociables de la Autoridad;…" |
| PR Industrial Development Company | Act 188-1942 | "(i) To borrow money, give security and make and issue bonds …" – (Article 8 — General Powers. 23 L.P.R.A. § 278) | "(i) Tomar dinero a préstamo, dar garantías y hacer y emitir bonos …" |
| Government Development Bank for Puerto Rico | Act 17-1948 | "(I) To borrow money and contract debts for its corporate purposes upon such terms and conditions as the Bank may from time to time determine, with or without security, to dispose of its obligations evidencing such borrowing, to make, execute and deliver trust indentures and other agreements with respect to any such borrowing, contracting of debt, issuance of bonds, …" - (Article 2 — Charter. 7 L.P.R.A. § 552) | "(I) Tomar dinero a préstamo y contraer deudas para sus fines corporativos bajo aquellos términos y condiciones que el Banco de tiempo en tiempo determine, con o sin garantías disponer de sus obligaciones evidenciando tales préstamos, hacer, otorgar y entregar instrumentos de fideicomiso y de otros convenios en relación con cualesquiera de dichos préstamos, contracción de deudas, emisión de bonos, …" |
| Puerto Rico Electric Power Authority | Act 83-1941 | "(o) To borrow money, make and issue bonds of the Authority for any of its corporate purposes, and to secure payment of its bonds and of any and all other obligations by pledging or placing a lien on all or any of its contracts, revenues, and income only…" – (Section 5 – Powers. 22 L.P.R.A. § 196) | "(o) Tomar dinero a préstamo, hacer y emitir bonos para cualquiera de sus fines corporativos, y garantizar el pago de sus bonos y de todas y cualesquiera de sus otras obligaciones mediante gravamen o pignoración de todos o cualesquiera de sus contratos, rentas, e ingresos…" |
| Medical Services Administration | Act 66-1978 | "(a) By authority of the Government of Puerto Rico hereby executed, the Puerto Rico Medical Services Administration is by these presents authorized to issue all at once or from time to time, bonds to finance the purposes of this chapter. …" (Article 9 — Bonds. 24 L.P.R.A. § 342h) | "(a) Por autoridad del Gobierno de Puerto Rico, que por la presente se otorga, la Administración de Servicios Médicos de Puerto Rico queda por la presente autorizada a emitir de una vez, o de tiempo en tiempo, bonos para los propósitos de esta ley." |

| ENTITY | LAW | ENGLISH | SPANISH |
|---|---|---|---|
| University of Puerto Rico | Act 1-1966 | "(e)  The University is hereby authorized to borrow money for any of its purposes and activities and to issue, as evidence of such loans, bonds, notes and other obligations, including provisional bonds and refunding bonds (herein collectively called "bonds")." – (Article 12 — Properties and funds. 18 L.P.R.A. § 612). | "Se autoriza a la Universidad para tomar dinero a préstamo para cualesquiera de sus fines y actividades y en evidencia de tales préstamos se le autoriza a emitir bonos, pagarés y otras obligaciones, incluyendo bonos temporáneos y de refinanciamiento (denominados aquí colectivamente "bonos")." |
| Industrial, Medical, Education and Environmental Pollution-Control Facilities Financing Authority | Act 121-1977 | "(l)  To borrow money and issue bonds of the Authority in evidence thereof for the purpose of providing funds to pay for all or any part of the cost of one or more projects and any refinancing bonds, and to grant loans to financial institutions under such terms and conditions that require that the product of said loans be used by said financial institutions to grant loans to users for the partial or total funding of the cost of one or more projects." – (Article 5 — General Powers. 12 L.P.R.A. § 1255) | "(l) Tomar dinero a préstamo y emitir en evidencia bonos de la Autoridad con el propósito de proveer fondos para pagar todo o cualquier parte del costo de uno o más proyectos y de cualesquiera bonos de refinanciamiento y para hacer préstamos a instituciones financieras bajo términos y condiciones que requieran que el producto de dichos préstamos se utilice por dichas instituciones financieras para hacer préstamos a usuarios para proveerle fondos para pagar todo o parte del costo de uno o más proyectos." |
| Puerto Rico Ports Authority | Act 125-1942 | "(o)  To make and issue bonds for the purpose of funding, refunding, purchasing, paying, or discharging any of the outstanding bonds or obligations issued or assumed by it or any bonds or obligations the principal or interest of which is payable in whole or in part from its revenues. …" – (Article 6. — Powers. 23 L.P.R.A. § 336) | "(o) hacer y emitir bonos con el propósito de consolidar, reembolsar, comprar, pagar o redimir cualesquiera bonos u obligaciones, emitidos o subrogados por ella, que estén en circulación; o cualesquiera bonos u obligaciones cuyo principal o intereses sean pagaderos en total o en parte de sus rentas;" |
| Highway and Transportation Authority | Act 74-1965 | "(l)  To borrow money for any of its corporate purposes, and to issue bonds of the Authority in evidence of such indebtedness and to secure payment of bonds and interest thereon by pledge of, or other lien on, all or any of its properties, revenues or other income, and subject to the provisions of §  8 of Art. VI of the Constitution of the Commonwealth, pledge to the payment of said bonds and interest thereon, the proceeds of any tax or other funds which may be made available to the Authority by the Commonwealth." (Article 4 — Powers. 9 L.P.R.A. § 2004) | "(l) Tomar dinero a préstamo para cualesquiera de sus fines corporativos y emitir bonos de la Autoridad en evidencia de tales obligaciones y garantizar el pago de dichos bonos y sus intereses mediante pignoración u otro gravamen sobre todas sus propiedades, rentas, o ingresos, y, sujeto a las disposiciones de la Sección 8 del Artículo VI de la Constitución de Puerto Rico, pignorar para el pago de dichos bonos y sus intereses, el producto de cualesquiera contribuciones u otros fondos que puedan ser puestos a la disposición de la Autoridad por el Estado Libre Asociado." |
| COFINA | Act 91-2006 | "(b) COFINA is created for the purpose of issuing bonds and utilizing other financing mechanisms for the following ends: …" (13 LPRA. 11a (b)) | "(b) COFINA se crea con el propósito de emitir bonos y utilizar otros mecanismos de financiamiento para los siguientes propósitos:" |

3

| ENTITY | LAW | ENGLISH | SPANISH |
|---|---|---|---|
| Government Development Bank / Public Funding Corporation (PFC) | Act 22-1985 / The Public Funding Corporation (PFC) was created by way of Resolution in the Government Development Bank in 1984 | "(e) To borrow money and contract debts for its corporate ends, under such terms and conditions which its Board of Directors shall determine from time to time, with or without collateral, dispose of its obligations securing such loans, make, grant and hand over trust instruments and other agreements in regard to any of said loans, debts, bond issues, notes, mortgage obligations or other obligations, and by authority of the Commonwealth of Puerto Rico granted herein, issue its own bonds, notes, mortgage obligations or other obligations." (7 L.P.R.A. § 611b) | "(e) Tomar dinero a préstamo y contraer deudas para sus fines corporativos bajo aquellos términos y condiciones que de tiempo en tiempo determine su Junta de Directores, con o sin garantía, disponer de sus obligaciones evidenciando tales préstamos, hacer, otorgar y entregar instrumentos de fideicomiso y de otros convenios en relación con cualesquiera de dichos préstamos, deudas, emisión de bonos, pagarés, obligaciones hipotecarias u otras obligaciones y por autoridad del Estado Libre Asociado de Puerto Rico que aquí se le otorga, emitir sus propios bonos, pagarés, obligaciones hipotecarias u otras obligaciones." |
| Municipal Finance Agency | Act 29-1972 | "(c) To borrow money and to issue bonds of the Agency as authorized by this chapter, and to redeem such bonds." (21 L.P.R.A. § 685) | "(c) Tomar dinero a préstamo y emitir bonos de la Agencia según se autoriza por esta ley y redimir cualesquiera de dichos bonos." |
| Children's Trust | Act 173-1999 | "(h) Borrow money and issue Trust bonds for any of its purposes, including, but not limited to, the financing of all or part of the costs and expenses of the projects, and loan or otherwise provide funds to a benefited entity, including, but not limited to, the payment of all or part of any debt of said benefited entity or for any other purpose authorized by this chapter." 24 L.P.R.A. § 3128 | "(h) Tomar dinero a préstamo y emitir bonos del Fideicomiso para cualquiera de sus propósitos, incluyendo, pero sin limitarse a, financiar todos o parte de los costos y gastos de los proyectos, y para prestar o de otra forma proveer fondos a una entidad beneficiada, incluyendo, sin que constituya una limitación, para el pago de la totalidad o parte de cualquier deuda de dicha entidad beneficiada o para cualquier otro propósito autorizado por esta Ley." |
| GDB Debt Recovery Authority (DRA) | Act 109-2017 | "(c) issuing the Restructuring Bonds from time to time; …" (7 L.P.R.A. § 3174) | "(c) emitir los Bonos de Restructuración, de tiempo en tiempo;…" |

| ENTITY | LAW | ENGLISH | SPANISH |
|---|---|---|---|
| Puerto Rico Telephone Authority | Act 25 May 6, 1974 | The last issuance of bonds of the Telephone Authority occurred in 1993 when it clearly had the legal authority to sell bonds.<br><br>"Article 7 – General Powers. The Authority shall enjoy all the powers that are necessary or convenient to carry out and execute the purposes and provisions of this chapter, including, but without limiting the general terms of the preceding, the power to:<br><br>"(o) borrow money for any of its corporate purposes and issue bonds in force of said debt and guarantee the payment of such bonds and interest thereon by pledging or encumbering all or any of its Communication Facilities and the income that they accrue; "<br><br>(p) issue bonds for the purpose of consolidating, repaying, purchasing or redeeming any of its outstanding bonds." | "Artículo 7 – Poderes Generales. La Autoridad gozará de todos los poderes necesarios o convenientes para llevar a cabo y realizar los propósitos y disposiciones de esta ley, incluyendo, pero sin limitar la generalidad de lo que antecede, el poder de:<br><br>(o) tomar dinero a préstamo para cualesquiera de sus fines corporativos y emitir bonos en vigencia de dicha deuda y garantizar el pago de tales bonos e intereses sobre los mismos mediante pignoración o gravamen de todas o cualesquiera de sus Facilidades de Comunicación y las rentas que las mismas devenguen;"<br><br>(p) emitir bonos con el propósito de consolidar, rembolsar, comprar o redimir cualesquiera de sus bonos que estén en circulación ; |
| Puerto Rico Industrial Investment Corporation | Act 17 of September 23, 1948 | Article 2(I) – "(I)  To borrow money and contract debts for its corporate purposes upon such terms and conditions as the Bank may from time to time determine, with or without security, to dispose of its obligations evidencing such borrowing, to make, execute and deliver trust indentures and other agreements with respect to any such borrowing, contracting of debt, issuance of bonds, notes, debentures or other obligations, and by the authority of the Government of Puerto Rico which is hereby granted, to issue its bonds, notes, debentures or other obligations in such form, secured in such manner, and subject to such terms of redemption with or without premium, and to sell the same at public or private sale for such price or prices, all as may be determined by its Board of Directors." | "(I) Tomar dinero a préstamo y contraer deudas para sus fines corporativos bajo aquellos términos y condiciones que el Banco de tiempo en tiempo determine, con o sin garantías disponer de sus obligaciones evidenciando tales préstamos, hacer, otorgar y entregar instrumentos de fideicomiso y de otros convenios en relación con cualesquiera de dichos préstamos, contracción de deudas, emisión de bonos, pagarés, obligaciones hipotecarias u otras obligaciones y por autoridad del Gobierno de Puerto Rico, que aquí se le otorga, emitir sus propios bonos, pagarés, obligaciones hipotecarias u otras obligaciones en la forma, con la garantía y bajo aquellos términos de redención, con o sin prima, y vender los mismos en venta pública o privada por el precio o precios, según se determinare para todo ello, por su Junta de Directores." |

| ENTITY | LAW | ENGLISH | SPANISH |
|---|---|---|---|
| Government Development Bank | Act 22-1985 | "(e)  To borrow money and contract debts for its corporate ends, under such terms and conditions which its Board of Directors shall determine from time to time, with or without collateral, dispose of its obligations securing such loans, make, grant and hand over trust instruments and other agreements in regard to any of said loans, debts, bond issues, notes, mortgage obligations or other obligations, and by authority of the Commonwealth of Puerto Rico granted herein, issue its own bonds, notes, mortgage obligations or other obligations." (7 L.P.R.A. § 611b) | "(e) Tomar dinero a préstamo y contraer deudas para sus fines corporativos bajo aquellos términos y condiciones que de tiempo en tiempo determine su Junta de Directores, con o sin garantía, disponer de sus obligaciones evidenciando tales préstamos, hacer, otorgar y entregar instrumentos de fideicomiso y de otros convenios en relación con cualesquiera de dichos préstamos, deudas, emisión de bonos, pagarés, obligaciones hipotecarias u otras obligaciones y por autoridad del Estado Libre Asociado de Puerto Rico que aquí se le otorga, emitir sus propios bonos, pagarés, obligaciones hipotecarias u otras obligaciones." |
| Port Authority of the Americas | Act 240-2011 | "(p)  To borrow money and issue bonds of the Authority in order to provide funds to pay the cost of acquiring or building any property of the Authority or to carry out any of its corporate purposes, or to refinance, pay, or redeem any of its outstanding bonds or obligations, and it may guarantee the payment of its bonds and the bonds of any of its subsidiaries, and of any and all of its obligations or the obligations of any of its subsidiaries by means of assignment, pledge, mortgage or any other lien on any or all of its contracts, revenues, income, or properties." 23 L.P.R.A. § 2905 | "(p) Tomar dinero a préstamo y emitir bonos de la Autoridad con el propósito de proveer fondos para pagar el costo de adquisición o construcción de cualquier propiedad de la Autoridad o para llevar a cabo cualquiera de sus fines corporativos o para el propósito de refinanciar, pagar o redimir cualesquiera de sus bonos u obligaciones en circulación, y podrá garantizar el pago de sus bonos y de los bonos de cualquiera de sus subsidiarias y de todas y cualesquiera de sus obligaciones u obligaciones de cualquiera de sus subsidiarias mediante cesión, pignoración, hipoteca o cualquier otro gravamen sobre todos o cualesquiera de sus contratos, rentas, ingresos o propiedad." |
| Puerto Rico Development Bank | Act 22-1985 | "(e)  To borrow money and contract debts for its corporate ends, under such terms and conditions which its Board of Directors shall determine from time to time, with or without collateral, dispose of its obligations securing such loans, make, grant and hand over trust instruments and other agreements in regard to any of said loans, debts, bond issues, notes, mortgage obligations or other obligations, and by authority of the Commonwealth of Puerto Rico granted herein, issue its own bonds, notes, mortgage obligations or other obligations." (7 L.P.R.A. § 611b) | "(e) Tomar dinero a préstamo y contraer deudas para sus fines corporativos bajo aquellos términos y condiciones que de tiempo en tiempo determine su Junta de Directores, con o sin garantía, disponer de sus obligaciones evidenciando tales préstamos, hacer, otorgar y entregar instrumentos de fideicomiso y de otros convenios en relación con cualesquiera de dichos préstamos, deudas, emisión de bonos, pagarés, obligaciones hipotecarias u otras obligaciones y por autoridad del Estado Libre Asociado de Puerto Rico que aquí se le otorga, emitir sus propios bonos, pagarés, obligaciones hipotecarias u otras obligaciones." |
| Trade and Export Company | Act 323-2003 | "(o) Issue its own bonds, notes, mortgage bonds, and other obligations…." – (Article 5 — Faculties, Powers, and Responsibilities. (7 L.P.R.A. § 1227b) | "(o) Emitir sus propios bonos, pagarés, obligaciones hipotecarias y otras obligaciones." |

| ENTITY | LAW | ENGLISH | SPANISH |
| --- | --- | --- | --- |
| Land Authority | Act 26-1941 | "(k) To borrow money for any of its purposes and to secure the repayment of same by the encumbering, mortgaging, or pledging of all or any of its lands, properties, contracts, revenues, and receipts; to make, issue, and sell bonds of the Authority for any of the said purposes and to secure the payment of its bonds by the encumbering, mortgaging, or pledging of all or any of its lands, properties, contracts, revenues, and receipts." – (Article 5. — General Rights and Powers. 28 L.P.R.A. § 261) | "(k) Tomar dinero o préstamo para cualquiera de sus fines y garantizar el pago del mismo mediante gravamen, hipoteca o pignoración de todos o cualesquiera de sus tierras, bienes, contratos, rentas e ingresos; hacer, emitir y vender bonos de la Autoridad para cualquiera de dichos fines y garantizar el pago de sus bonos mediante gravamen, hipoteca o pignoración de todos o cualesquiera de sus tierras bienes, contratos, rentas e ingresos." |
| National Guard Institutional Trust | Act 23-1991 | "(l) Borrow money evidenced by bonds of the Puerto Rico National Guard Institutional Trust, in order to provide funds to pay all or any part of the cost of any project, …"<br>– (Article 10 — General Powers. 25 L.P.R.A. § 2918) | "(l) Tomar dinero a préstamo y emitir en evidencia bonos del Fideicomiso Institucional de la Guardia Nacional de Puerto Rico con el propósito de proveer fondos para pagar todo o cualquier parte del costo de cualquier proyecto,…" |
| Cancer Center | Act 230-2004 | "The Center is hereby authorized to issue, from time to time, bonds to achieve the purposes of this chapter. …" - (Article 14 — Bonds. 24 L.P.R.A. § 3376) | "Se autoriza al Centro a emitir, de tiempo en tiempo, bonos para cumplir con los propósitos de esta ley. …" |
| Economic Development Bank | Act 22-1985 | "(e)  To borrow money and contract debts for its corporate ends, under such terms and conditions which its Board of Directors shall determine from time to time, with or without collateral, dispose of its obligations securing such loans, make, grant and hand over trust instruments and other agreements in regard to any of said loans, debts, bond issues, notes, mortgage obligations or other obligations, and by authority of the Commonwealth of Puerto Rico granted herein, issue its own bonds, notes, mortgage obligations or other obligations., …" – (Article 3 — Faculties and Powers 7 L.P.R.A. § 611b) | "(e) Tomar dinero a préstamo y contraer deudas para sus fines corporativos bajo aquellos términos y condiciones que de tiempo en tiempo determine su Junta de Directores, con o sin garantía, disponer de sus obligaciones evidenciando tales préstamos, hacer, otorgar y entregar instrumentos de fideicomiso y de otros convenios en relación con cualesquiera de dichos préstamos, deudas, emisión de bonos, pagarés, obligaciones hipotecarias u otras obligaciones y por autoridad del "Ley del Banco de Desarrollo Económico para Puerto Rico" que aquí se le otorga, emitir sus propios bonos, pagarés, obligaciones hipotecarias u otras obligaciones." |
| Science, Technology and Research Trust | Act 214-2004 | " Obtain money on loan and issue notes, bonds and any other evidence of debt of the Trust in order to provide funds to defray the operating costs of the Trust, make investments or provide financial assistance to the projects of the Trust …" – Council of Trustees—Rights, powers and duties (23 L.P.R.A. §696c) | "Tomar dinero a préstamo y emitir notas, Bonos y cualquier otra evidencia de deuda del Fideicomiso con el propósito de financiar los Costos de Desarrollo del Distrito y los Proyectos del Fideicomiso, …" |

| ENTITY | LAW | ENGLISH | SPANISH |
|---|---|---|---|
| Martín Peña Canal Special Planning District Integrated Development Act | Act 489-2004 | "(y) To issue and sell participating bonds as a method for raising funds for the Corporation,…" – (Section 6 – Powers. 23 L.P.R.A. §5035) | "(y) Emitir y vender bonos de participación como método para allegar fondos para la Corporación…" |
| Roosevelt Roads Naval Station Facilities and Land Redevelopment Authority | Act 508-2004 | "(a) The Authority, with the prior [approval] of the Legislature, is hereby authorized to issue bonds from time to time for those amounts which in the opinion of the Authority are necessary to provide sufficient funds for any of its purposes …"- (Article 13 - Design, development, construction, financing, operation and maintenance contract. 25 L.P.R.A. § 3051k) | "(a) La Autoridad, previa autoridad de la Asamblea Legislativa, queda por la presente autorizada a emitir bonos de tiempo en tiempo por aquellas cantidades que en opinión de la Autoridad sean necesarias para proveer suficientes fondos para cualquiera de sus propósitos…" |
| Puerto Rico and Caribbean Cardiovascular Center Corporation | Act 51-1986 | "(a) The Puerto Rico and the Caribbean Cardiovascular Center Corporation is hereby empowered to issue bonds …"- (Article 12 — Bonds. (24 L.P.R.A. § 343k) | "(a) Se autoriza a la Corporación del Centro Cardiovascular de Puerto Rico y del Caribe emitir de una vez, o de tiempo en tiempo, bonos…" |
| Metropolitan Bus Authority | Act 5-1959 | "(n) To borrow money, make and issue bonds …"- (Article 6 — Powers of the Authority. 23 L.P.R.A. § 606) | "(n) tomar dinero a préstamo, hacer y emitir bonos…" |
| Cooperative bank of Puerto Rico | Act 88-1966 | "(s) To take on loans by issuing bonds, promissory notes, commercial paper or other obligations or secured debt instruments, …" – (Article 11 — 7 L.P.R.A. § 761) | "(s) Tomar a préstamo mediante la emisión de bonos, pagarés, papel comercial u otras obligaciones o evidencias de deuda garantizadas o asegurada,…" |
| Urgent Interest Fund Act | Act 91-2006 | "On or after the Effective Date, the Corporation's purpose will be to (a) issue the Plan of Adjustment Bonds…" (Article 2.3 — Purpose of the Corporation.) | "En y después de la Fecha de Efectividad, el propósito de la Corporación será (a) emitir los Bonos del Plan de Ajuste…" |

8

| ENTITY | LAW | ENGLISH | SPANISH |
|---|---|---|---|
| Municipal Revenues Collection Center | Act 80-1991 | "(j) Make loans and authorize the issuing of notes through resolutions to such effects in advance of the collection of pending taxes and estimated revenues, with the sole purpose of advancing funds to the municipalities subject to the provisions of § 5814 of this title, as well as to borrow money and incur debts for its operations under those terms and conditions that the Center shall determine from time to time, with or without collateral. If the Center is required to post a collateral, it may borrow money secured by the collection of the basic municipal tax. If necessary, only the surplus, if any, shall be used, of the sum destined to meet the payment of municipal bonds (C.A.E., Spanish acronym), to secure loans. The Center may dispose of its obligations evidenced by said loans, to make, grant and deliver trust instruments and other covenants with regard to any of said loans, contracting of debts, bond issues, notes, mortgage obligations or other obligations, under those redemption terms with or without premiums, and sell the same in public or private sale for the price or prices, as determined therefor by the Board of Directors. …" – (Article 4 – General Powers and Duties. 21 L.P.R.A. § 5803) | "(j) Tomar dinero a préstamo y autorizar la emisión de pagarés mediante resolución al efecto en anticipación del cobro de contribuciones e ingresos estimados a ser recibidos, con el único propósito de anticipar fondos a los municipios sujeto a lo dispuesto en el Artículo 14 de esta ley (21 L.P.R.A.§ 5813), así como tomar dinero a préstamo y contraer deudas para sus fines operacionales bajo aquellos términos y condiciones que el centro, de tiempo en tiempo determine con o sin garantías. De serle requerida al centro una garantía, éste podrá tomar dinero a préstamo garantizado contra el cobro de la contribución básica municipal. De ser necesario, solamente se utilizará el exceso, si alguno, de la cantidad destinada al cumplimiento de pago de los bonos municipales (C.A.E.) para garantizar préstamos. El Centro podrá disponer de sus obligaciones evidenciando tales préstamos, hacer, otorgar y entregar instrumentos de fideicomiso y de otros convenios en relación con cualquiera de dichos préstamos, contracción de deudas, emisión de bonos, pagarés, obligaciones hipotecarias u otras obligaciones, bajo aquellos términos de redención con o sin prima, y vender los mismos en venta pública o privada por el precio o precios, según se determinare para todo ello por la Junta de Gobierno." |
| Land Administration | Act 13-1962 | "(m) To borrow money, give security and issue bonds for any of its corporate purposes or for the purpose of funding, refunding, paying, or discharging any of its outstanding or assumed bonds or obligations, and to secure payment of its bonds and of any and all other obligations by pledging, mortgaging, or otherwise encumbering all or any of its contracts, revenues, income or property." – (Article 7 — Duties and Powers. 23 L.P.R.A. § 311f) | "(m) tomar dinero a préstamo, dar garantías, emitir bonos para cualquiera de sus fines corporativos o con el propósito de consolidar, restituir, pagar o liquidar cualesquiera bonos u obligaciones en circulación, emitidos o asumidos por ella, y garantizar el pago de sus bonos y de todas y cualesquiera de sus otras obligaciones mediante la pignoración, hipoteca o cualquier otro gravamen sobre todos o cualesquiera de sus contratos, rentas, ingresos o propiedades." |
| Mayaguez Ports Commission Act | Act 10-1959 | "(n) Take money on loan, make and issue Ports Commission bonds …" (Article 5 – 25 L.P.R.A. §555) | "(n) Tomar dinero a préstamo, hacer y emitir bonos de la Comisión de los Puertos …" (Artículo 4 — 25 L.P.R.A. § 555) |

| ENTITY | LAW | ENGLISH | SPANISH |
|---|---|---|---|
| Puerto Rico Integrated Transit Authority | Act 123-2014 | "(11)  To borrow money for any of its corporate purposes, and issue bonds of the Authority as evidence of such obligations and guarantee the payment of such bonds and interest thereon by pledging or encumbering its properties, revenues or income and, subject to the provisions of Section 8 of Article VI of the Constitution of Puerto Rico, pledge for the payment of such bonds and interest thereon, tax revenues or other funds that the Commonwealth of Puerto Rico may make available to the Authority." – (Article 5 — Powers of the Authority. 23 L.P.R.A. § 11164) | "(11) Tomar dinero a préstamo para cualesquiera de sus fines corporativos y emitir bonos de la Autoridad en evidencia de tales obligaciones y garantizar el pago de dichos bonos y sus intereses mediante pignoración u otro gravamen sobre todas sus propiedades, rentas, o ingresos, y, sujeto a las disposiciones de la Sección 8 del Artículo VI de la Constitución de Puerto Rico, pignorar para el pago de dichos bonos y sus intereses, el producto de cualesquiera contribuciones u otros fondos que puedan ser puestos a la disposición de la Autoridad por el Estado Libre Asociado de Puerto Rico." |
| Municipal Financing Act of 1996 | Act 64-1966 | "… Municipalities are hereby authorized to incur obligations evidenced by bonds, notes, or other instruments …" 21 L.P.R.A. § 6003 | "… Los municipios quedan autorizados por este capítulo a incurrir en obligaciones evidenciadas por bonos, pagarés u otros instrumentos …" |
| Municipal Finance Agency | Act 29 of June 30, 1972 | "(c) To borrow money and to issue bonds of the Agency as authorized by this chapter, and to redeem such bonds. 21 L.P.R.A. §685 "Powers".<br><br>"… Any municipality may issue bonds or municipal notes on bond anticipation for sale and delivery to the Agency …" - 21 L.P.R.A. § 690 "Issuance of bonds by municipalities". | "(c) Tomar dinero a préstamo y emitir bonos de la Agencia según se autoriza por este capítulo y redimir cualesquiera de dichos bonos."<br><br>"… Cualquier municipio puede emitir bonos municipales o pagarés municipales en anticipación de bonos, para ser vendidos y entregados a la Agencia …". |
| Center for Diabetes Research, Education and Medical Services | Act 166-2000 | "(m)  Borrow money from any source of financing, including private institutions as well as the Government of Puerto Rico and the government of the United States. 24 L.P.R.A. § 3352<br><br>"(a)  The Center for Diabetes Research, Education and Medical Services is hereby authorized to issue at a given time, or from time to time, bonds for the purposes of this chapter." 24 L.P.R.A. §3359 | "(m) Tomar dinero a préstamo de cualquier fuente de financiamiento, incluyendo las instituciones privadas así como también del Gobierno de Puerto Rico y del Gobierno de los Estados Unidos."<br><br>"(a) Se autoriza al Centro de Investigaciones, Educación y Servicios Médicos para la Diabetes emitir de una vez, o de tiempo en tiempo, bonos para los propósitos de este capítulo." |

| ENTITY | LAW | ENGLISH | SPANISH |
|---|---|---|---|
| Puerto Rico Mineral Resources Development Corporation | Act 154 of July 2, 1975 | "(l)  To borrow money, to make and issue bonds of the Corporation for any of its purposes, and to secure payment of its bonds and of any of its other obligations by pignoration or encumbrance of all or any of its contracts, revenues and income."<br><br>(m)  To issue bonds for the purpose of consolidating, refinancing, purchasing, paying or redeeming any of its outstanding subrogated or issued bonds or debentures." 28 L.P.R.A. § 91f | "(l) Tomar dinero a préstamo, hacer y emitir bonos de la Corporación para cualquiera de sus propósitos, y garantizar el pago de sus bonos y cualesquiera de sus otras obligaciones mediante pignoración o gravamen de todos o cualesquiera de sus contratos, rentas e ingresos.<br><br>(m) Emitir bonos con el propósito de consolidar, refinanciar, comprar, pagar o redimir cualesquiera de sus bonos u obligaciones emitidos o subrogados por ella que estén en circulación." |
| Maritime Shipping Authority | Act 62 of June 10, 1974 | "(n)  to borrow money for any of its corporate purposes and to issue bonds in evidence of said indebtness, and to secure the payment of such bonds and the interest thereon through pledge or lien of all or part of its income;<br><br>(o)  to issue bonds for the purpose of financing, refinancing, purchase or redemption of any of its outstanding bonds; ..." 23 L.P.R.A. § 3055 "General Powers". | "(n) tomar dinero a préstamo para cualesquiera de sus fines corporativos y emitir bonos en evidencia de dicha deuda y garantizar el pago de tales bonos e intereses sobre los mismos mediante pignoración o gravamen de todo o parte de sus ingresos;<br><br>(o) emitir bonos con el propósito de consolidar, refinanciar, comprar o redimir cualesquiera de sus bonos que estén en circulación; ..." |
| Special Communities Perpetual Trust | Act 271-2002 | "(f) Obtain monies through loans and issue bonds of the trust in order to provide funds to pay the cost of acquiring any property for the trust or to achieve any of its purposes or in order to refinance, pay or redeem any of its outstanding bonds or obligations and may to guarantee the payment of its bonds and all and any of its obligations through assignment, pignoration, or mortgaging or any other lien on all or any of its contracts, revenues, income or properties. 21 L.P.R.A. § 971g - "Powers".<br><br>"(b) The trust is hereby authorized to issue bonds from time to time for those amounts that are needed to provide sufficient funds for any of its purposes." 21 L.P.R.A. § 971i - "Financing powers". | "(f) Tomar dinero a préstamo y emitir bonos del Fideicomiso con el propósito de proveer fondos para pagar el costo de adquisición de cualquier propiedad para el Fideicomiso o para llevar a cabo cualquiera de sus fines o para el propósito de refinanciar, pagar o redimir cualesquiera de sus bonos u obligaciones en circulación; y podrá garantizar el pago de sus bonos y de todas y cualesquiera de sus obligaciones mediante cesión, pignoración, hipoteca o cualquier otro gravamen sobre todos o cualesquiera de sus contratos, rentas, ingresos o propiedades."<br>...<br>"(b) El Fideicomiso queda por la presente autorizado a emitir bonos de tiempo en tiempo por aquellas cantidades que sean necesarias para proveer suficientes fondos para cualquiera de sus propósitos." |

| ENTITY | LAW | ENGLISH | SPANISH |
|---|---|---|---|
| Integral Development of Cantera Península | Act 20-1992 | "(m)  Borrow money for any of its corporate ends, including, without limitation, the purpose of consolidating, reconsolidating or buying, paying, or canceling any bonds, or other outstanding obligations issued or assumed by it, whose principal and interest is payable in whole or in part, from the revenues of the corporate entity. 23 L.P.R.A. § 5007 - "Company—Powers".<br><br>"(a) The Company is hereby authorized to issue bonds from time to time for those principal amounts …" 23 L.P.R.A. § 5017 "Bonds". | "(m) Tomar dinero a préstamo para cualesquiera de sus fines corporativos, incluyendo, sin limitación, el fin de consolidar, reconsolidar o comprar, pagar o cancelar cualesquiera bonos u otras obligaciones en circulación emitidos o asumidos por ella, cuyo principal e intereses es pagadero en todo o en parte de las rentas de la entidad corporativa."<br><br>"(a) La Compañía queda por esta sección autorizada para emitir bonos de tiempo en tiempo por aquellas cantidades de principal …" |
| New San Juan Center Project | Act 153 of July 23,1974 | "(i)  To borrow money, to give warranties and issue bonds for its corporate purposes, or for the purpose of funding, refunding, paying or discharging any of the outstanding bonds or other obligations of the Corporation, and to secure payment of its bonds and of any and all other obligations by pledge, mortgage of, or other lien on, all or any of its contracts, revenues, income or property, except as otherwise provided in this chapter." 23 L.P.R.A. § 146 - "General Powers".<br><br>"(a)  By authority of the Commonwealth of Puerto Rico, hereby granted, the Corporation may issue from time to time, and sell, its own bonds, and keep them outstanding." 23 L.P.R.A. § 150 – "Bonds". | –"(i) Tomar dinero a préstamo, dar garantías y emitir bonos para sus fines corporativos, o con el propósito de consolidar, restituir, pagar, o liquidar cualesquiera bonos u otras obligaciones en circulación emitidos o asumidos por la Corporación y garantizar el pago de sus bonos y de todas y cualesquiera de sus otras obligaciones mediante la pignoración, hipoteca o cualquier otro gravamen sobre todos o cualesquiera de sus contratos, rentas, ingresos o propiedades, salvo lo que se disponga en contrario en este capítulo."<br>"(a) Por autoridad del Estado Libre Asociado de Puerto Rico, que se otorga por la presente, la Corporación podrá emitir, de tiempo en tiempo, y vender sus propios bonos y tenerlos en circulación." |
| Port Commission of Ponce | Act 93 of June 25, 1958 | "(n)  To borrow money, make and issue bonds of the Port Commission for any of its corporate purposes, or for the purpose of financing, refinancing, paying or redeeming any of its bonds or obligations, whether outstanding or assumed, and to secure payment of its bonds and of any and all obligations by pledge, alienation or mortgage of all or any of its contracts, revenues, income, or property." 23 L.P.R.A. § 525 – "Purpose; duties" | "(n) Tomar dinero a préstamo, hacer y emitir bonos de la Comisión del Puerto para cualesquiera de sus fines corporativos o para el propósito de financiar, refinanciar, pagar o redimir cualesquiera de sus bonos u obligaciones en circulación o asumidas, y garantizar el pago de sus bonos y de todas y cualesquiera de sus obligaciones mediante pignoración o hipoteca o cualquier otro gravamen sobre todos o cualesquiera de sus contratos, rentas, ingresos o propiedad." |

| ENTITY | LAW | ENGLISH | SPANISH |
|---|---|---|---|
| Cooperative Development Company | Act 90 of June 21, 1966 | "(j)  To borrow money and issue bonds and any other type of obligation for its corporate purposes or for the purpose of funding, paying, or discharging any of its outstanding or assumed bonds or obligation …" 5 L.P.R.A. § 981f – "Powers". | "(j) Tomar dinero a préstamo, emitir bonos y cualquier otro tipo de obligación para sus fines corporativos o para consolidar, pagar o liquidar cualesquiera bonos u obligaciones en circulación emitidos o asumidos por ella …" |