# EXHIBIT 8

Fiscal Agent's Detailed Holder Lists

(Attached)

# DETAILED HOLDER LIST
## ALL INSTITUTIONS
Effective: 3/27/19

| Issuer: ERS-SERIES A (CABS) | | Abbreviation: ERSSERA | |
|---|---|---|---|
| Name & Address | | Tax-Id/Registration | |
| CEDE & CO<br>55 WATER ST<br>NEW YORK NY 10041-0004 | | (BROKER) | OFAC: |

ERS-SERIES A (CABS) 07/01/28         29216MAA8                                         42,665,000

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 01/31/2008 | | 42,665,000 | |
| | | Current value = | 42,665,000.00 | |
| | | | 42,665,000 * | |
| | | Current value = | 42,665,000 * | |

ERS-SERIES A (CABS) 07/01/28         29216MAB6                                        114,015,000

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 01/31/2008 | | 114,015,000 | |
| | | | 114,015,000 * | |

|  | 2 | Holders Qualified | TOTAL SHARES | 156,680,000 |
|---|---|---|---|---|
| | | | Current value = | 156,680,000.00 |

# DETAILED HOLDER LIST
## ALL INSTITUTIONS
Effective: 3/27/19

| Issuer: ERS - SERIES A (TERM BONDS) | | Abbreviation: ERSSERATR | |
|---|---|---|---|
| Name & Address | | Tax-Id/Registration | |
| CEDE & CO<br>55 WATER ST<br>NEW YORK NY 10041-0004 | | ▇ (BROKER) | OFAC: ▇ |

| ERS - SERIES A (TERM BO 5.85% 07/01/23 | | 29216MAF7 | | 200,000,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 01/31/2008 | | 200,000,000<br>200,000,000 * | |

| ERS - SERIES A (TERM BO 6.15% 07/01/31 | | 29216MAG5 | | 3,000,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 01/31/2008 | | 3,000,000<br>3,000,000 * | |

| ERS - SERIES A (TERM BO 6.15% 07/01/32 | | 29216MAH3 | | 4,500,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 01/31/2008 | | 4,500,000<br>4,500,000 * | |

| ERS - SERIES A (TERM BO 6.15% 07/01/33 | | 29216MAJ9 | | 4,000,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 01/31/2008 | | 4,000,000<br>4,000,000 * | |

| ERS - SERIES A (TERM BO 6.15% 07/01/38 | | 29216MAC4 | | 667,500,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 01/31/2008 | | 667,500,000<br>667,500,000 * | |

| ERS - SERIES A (TERM BO 6.2% 07/01/39 | | 29216MAK6 | | 167,920,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 01/31/2008 | | 167,920,000<br>167,920,000 * | |

| ERS - SERIES A (TERM BO 6.2% 07/01/40 | | 29216MAL4 | | 89,750,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 01/31/2008 | | 89,750,000<br>89,750,000 * | |

Generated by DIANA TORRES                                                                                       1
On 3/27/19 at 10:47AM EST

Confidential                                                                                        FA_0001777

**DETAILED HOLDER LIST**
**ALL INSTITUTIONS**
Effective: 3/27/19

| Issuer: ERS - SERIES A (TERM BONDS) | | | Abbreviation: ERSSERATR | |
|---|---|---|---|---|
| Name & Address | | | Tax-Id/Registration | |

| ERS - SERIES A (TERM BO 6.2% 07/01/41 | | 29216MAD2 | | 37,550,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 01/31/2008 | | 37,550,000 | |
| | | | 37,550,000 * | |

| ERS - SERIES A (TERM BO 6.2% 07/01/42 | | 29216MAM2 | | 37,550,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 01/31/2008 | | 37,550,000 | |
| | | | 37,550,000 * | |

| ERS - SERIES A (TERM BO 6.45% 07/01/55 | | 29216MAN0 | | 86,950,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 01/31/2008 | | 86,950,000 | |
| | | | 86,950,000 * | |

| ERS - SERIES A (TERM BO 6.45% 07/01/56 | | 29216MAP5 | | 83,350,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 01/31/2008 | | 83,350,000 | |
| | | | 83,350,000 * | |

| ERS - SERIES A (TERM BO 6.45% 07/01/57 | | 29216MAQ3 | | 80,850,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 01/31/2008 | | 80,850,000 | |
| | | | 80,850,000 * | |

| ERS - SERIES A (TERM BO 6.45% 07/01/58 | | 29216MAE0 | | 80,850,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 01/31/2008 | | 80,850,000 | |
| | | | 80,850,000 * | |

| 13 | Holders Qualified | TOTAL SHARES | 1,543,770,000 |
|---|---|---|---|

Generated by DIANA TORRES
On 3/27/19 at 10:47AM EST

2

Confidential                                                                                      FA_0001778

# DETAILED HOLDER LIST
## ALL INSTITUTIONS
### Effective: 3/27/19

| Issuer: ERS-SERIES B(CABS) | Abbreviation: ERSSERB |
|---|---|
| Name & Address | Tax-Id/Registration |
| CEDE & CO<br>55 WATER ST<br>NEW YORK NY 10041-0004 | ▬ (BROKER)    OFAC: ▬ |

### ERS-SERIES B(CABS) 07/01/28     29216MAT7     120,570,000

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 06/02/2008 | | 120,570,000 | |
| | | Current value = | 120,570,000.00 | |
| | | | 120,570,000 * | |
| | | Current value = | 120,570,000 * | |

### ERS-SERIES B(CABS) 07/01/29     29216MAU4     279,405,000

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 06/02/2008 | | 279,405,000 | |
| | | Current value = | 279,405,000.00 | |
| | | | 279,405,000 * | |
| | | Current value = | 279,405,000 * | |

### ERS-SERIES B(CABS) 07/01/30     29216MAV2     132,625,000

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 06/02/2008 | | 132,625,000 | |
| | | Current value = | 132,625,000.00 | |
| | | | 132,625,000 * | |
| | | Current value = | 132,625,000 * | |

### ERS-SERIES B(CABS) 07/01/31     29216MAW0     108,215,000

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 06/02/2008 | | 108,215,000 | |
| | | Current value = | 108,215,000.00 | |
| | | | 108,215,000 * | |
| | | Current value = | 108,215,000 * | |

### ERS-SERIES B(CABS) 07/01/32     29216MAX8     115,300,000

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 06/02/2008 | | 115,300,000 | |
| | | Current value = | 115,300,000.00 | |
| | | | 115,300,000 * | |
| | | Current value = | 115,300,000 * | |

**DETAILED HOLDER LIST**
*ALL INSTITUTIONS*
Effective: 3/27/19

| Issuer: ERS-SERIES B(CABS) | | Abbreviation: ERSSERB | | |
|---|---|---|---|---|
| Name & Address | | Tax-Id/Registration | | |

ERS-SERIES B(CABS) 07/01/33          29216MAY6                                      122,865,000

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 06/02/2008 |  | 122,865,000 |  |
|  |  | Current value = | 122,865,000.00 |  |
|  |  |  | 122,865,000 * |  |
|  |  | Current value = | 122,865,000 * |  |

ERS-SERIES B(CABS) 07/01/34          29216MAZ3                                      138,580,000

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 06/02/2008 |  | 138,580,000 |  |
|  |  | Current value = | 138,580,000.00 |  |
|  |  |  | 138,580,000 * |  |
|  |  | Current value = | 138,580,000 * |  |

|   | 7 | Holders Qualified | TOTAL SHARES | 1,017,560,000 |
|---|---|---|---|---|
|   |   |   | Current value = | 1,017,560,000.00 |

Generated by DIANA TORRES                                                                           2
On 3/27/19 at 10:49AM EST

Confidential                                                                              FA_0001780

**DETAILED HOLDER LIST**
*ALL INSTITUTIONS*
Effective: 3/27/19

| Issuer: ERS-SERIES B (TERM BONDS) | | Abbreviation: ERSSERBTR | |
|---|---|---|---|
| Name & Address | | Tax-Id/Registration | |
| CEDE & CO  55 WATER ST  NEW YORK NY 10041-0004 | | ▇▇▇ (BROKER) | OFAC: ▇▇▇ |

ERS-SERIES B (TERM BOND 6.25% 07/01/31)     29216MBA7     117,100,000

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 06/02/2008 | | 117,100,000  117,100,000 * | |

ERS-SERIES B (TERM BOND 6.3% 07/01/36)     29216MBB5     67,500,000

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 06/02/2008 | | 67,500,000  67,500,000 * | |

ERS-SERIES B (TERM BOND 6.3% 07/01/37)     29216MBC3     67,500,000

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 06/02/2008 | | 67,500,000  67,500,000 * | |

ERS-SERIES B (TERM BOND 6.3% 07/01/38)     29216MBD1     67,500,000

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 06/02/2008 | | 67,500,000  67,500,000 * | |

ERS-SERIES B (TERM BOND 6.3% 07/01/39)     29216MBE9     67,500,000

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 06/02/2008 | | 67,500,000  67,500,000 * | |

ERS-SERIES B (TERM BOND 6.55% 07/01/55)     29216MBF6     96,250,000

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 06/02/2008 | | 96,250,000  96,250,000 * | |

ERS-SERIES B (TERM BOND 6.55% 07/01/56)     29216MBG4     96,250,000

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 06/02/2008 | | 96,250,000  96,250,000 * | |

Generated by DIANA TORRES                                                                                             1
On 3/27/19 at 10:48AM EST

**DETAILED HOLDER LIST**
*ALL INSTITUTIONS*
Effective: 3/27/19

| Issuer: ERS-SERIES B (TERM BONDS) | | | Abbreviation: ERSSERBTR | |
|---|---|---|---|---|
| Name & Address | | | Tax-Id/Registration | |

ERS-SERIES B (TERM BOND 6.55% 07/01/57)     29216MBH2     96,250,000

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 06/02/2008 | | 96,250,000 | |
| | | | **96,250,000** * | |

ERS-SERIES B (TERM BOND 6.55% 07/01/58)     29216MBJ8     140,250,000

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 06/02/2008 | | 140,250,000 | |
| | | | **140,250,000** * | |

9     Holders Qualified          TOTAL SHARES          816,100,000

# DETAILED HOLDER LIST
## ALL INSTITUTIONS
Effective: 3/27/19

| Issuer: ERS-SERIES B (TERM BONDS) | Abbreviation: ERSSERBTR | |
|---|---|---|
| Name & Address | Tax-Id/Registration | |
| CEDE & CO<br>55 WATER ST<br>NEW YORK NY 10041-0004 | (BROKER) | OFAC: |

| ERS-SERIES B (TERM BOND 6.25% 07/01/31 | | 29216MBA7 | | 117,100,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 06/02/2008 | | 117,100,000<br>117,100,000 * | |

| ERS-SERIES B (TERM BOND 6.3% 07/01/36 | | 29216MBB5 | | 67,500,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 06/02/2008 | | 67,500,000<br>67,500,000 * | |

| ERS-SERIES B (TERM BOND 6.3% 07/01/37 | | 29216MBC3 | | 67,500,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 06/02/2008 | | 67,500,000<br>67,500,000 * | |

| ERS-SERIES B (TERM BOND 6.3% 07/01/38 | | 29216MBD1 | | 67,500,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 06/02/2008 | | 67,500,000<br>67,500,000 * | |

| ERS-SERIES B (TERM BOND 6.3% 07/01/39 | | 29216MBE9 | | 67,500,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 06/02/2008 | | 67,500,000<br>67,500,000 * | |

| ERS-SERIES B (TERM BOND 6.55% 07/01/55 | | 29216MBF6 | | 96,250,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 06/02/2008 | | 96,250,000<br>96,250,000 * | |

| ERS-SERIES B (TERM BOND 6.55% 07/01/56 | | 29216MBG4 | | 96,250,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 06/02/2008 | | 96,250,000<br>96,250,000 * | |

Generated by DIANA TORRES
On 3/27/19 at 10:48AM EST

1

Confidential

DETAILED HOLDER LIST
ALL INSTITUTIONS
Effective: 3/27/19

| Issuer: ERS-SERIES C(CABS) | | Abbreviation: ERSSERC | |
|---|---|---|---|
| Name & Address | | Tax-Id/Registration | |
| CEDE & CO 55 WATER ST NEW YORK NY 10041-0004 | | (BROKER) | OFAC: |

| ERS-SERIES C(CABS) 07/01/30 | | 29216MBM1 | | 9,000,000 |
|---|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 06/30/2008 | | 9,000,000 | |
| | | Current value = | 9,000,000.00 | |
| | | | 9,000,000 * | |
| | | Current value = | 9,000,000 * | |

|  | 1 | Holders Qualified | TOTAL SHARES | 9,000,000 |
|---|---|---|---|---|
|  |  |  | Current value = | 9,000,000.00 |

Generated by DIANA TORRES  1
On 3/27/19 at 10:50AM EST

# DETAILED HOLDER LIST
## ALL INSTITUTIONS
Effective: 3/27/19

| Issuer: ERS-SERIES C(TERM BONDS) | | Abbreviation: ERSSERCTR | |
|---|---|---|---|
| Name & Address | | Tax-Id/Registration | |
| CEDE & CO
55 WATER ST
NEW YORK NY 10041-0004 | | (BROKER) | OFAC: |

| ERS-SERIES C(TERM BONDS 6.15% 07/01/28) | | 29216MBL3 | | 110,000,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 06/30/2008 | | 110,000,000
110,000,000 * | |

| ERS-SERIES C(TERM BONDS 6.25% 07/01/38) | | 29216MBN9 | | 45,000,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 06/30/2008 | | 45,000,000
45,000,000 * | |

| ERS-SERIES C(TERM BONDS 6.3% 07/01/43) | | 29216MBP4 | | 143,000,000 |
|---|---|---|---|---|
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| * BOOK * | 06/30/2008 | | 143,000,000
143,000,000 * | |

| 3 | Holders Qualified | TOTAL SHARES | 298,000,000 |
|---|---|---|---|

Generated by DIANA TORRES
On 3/27/19 at 10:49AM EST

1

Confidential    FA_0001784