**<u>EXHIBIT 1</u>**

```
1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF PUERTO RICO
2       _____

3       In Re:                               )

4       THE FINANCIAL OVERSIGHT AND          ) PROMESA TITLE III

5       MANAGEMENT BOARD FOR PUERTO RICO,    ) Case No.

6               as representative of         ) 17-BK-03283 (LTS)

7       THE COMMONWEALTH OF PUERTO RICO,     )

8       et. al,                              )

9           Debtors.                         )

10      _____)

11      In Re:                               ) PROMESA Title III

12      THE FINANCIAL OVERSIGHT AND          ) Case No.

13      MANAGEMENT BOARD FOR PUERTO RICO     ) 17-BK-03566 (LTS)

14      as representative of                 )

15      THE EMPLOYEES RETIREMENT SYSTEM      )

16      OF THE GOVERNMENT OF THE             )

17      COMMONWEALTH OF PUERTO RICO,         )

18          Debtor.                          )

19      _____)

20

21                   DEPOSITION OF

22                 JUAN CANCEL ALEGRIA

23             June 5, 2020, 10:12 a.m.

24

25      REPORTED BY: Dennis Zambataro, RPR and CCR
```

Juan Cancel Alegria - June 5, 2020

Page 59

```
1           THE WITNESS:  Yes.  And I will have
2      to go a little bit backwards in time --
3      back in time -- to put in perspective the
4      $2 billion transaction.
5           That was a proposal made by the end
6      of 2004 by Citibank.  And it required a
7      bill from the central government, because
8      the structure that was proposed was that
9      the central government make a bond issue
10     for $2 billion and passed the proceeds of
11     those bond issuance to the system, but
12     the central government will maintain the
13     liability and the obligation to pay for
14     those bonds.
15          And that would actually affect the
16     extra-constitutional debt of the central
17     government.
18          In the bill that was -- by the end
19     of 2004, the legislative assembly was not
20     in session and we were not able -- I say
21     "we" because I was a Senator at that
22     time -- we were not able to address the
23     bill introduced by the central government
24     at that time because we were not in
25     session.  So it was not acted upon.
```

Juan Cancel Alegria - June 5, 2020

Page 60

```
 1            The new government in 2005 through
 2      the option made some changes to the
 3      proposed legislation and presented it to
 4      the Puerto Rico legislative assembly at
 5      the beginning of 2005, maybe mid-2005.
 6            The original bill that was presented
 7      in 2005 was acted upon the Senate and it
 8      received amendments.
 9            One of the most important ones was
10      to increase the employers' and employee
11      contributions to the system of -- in
12      stages, increasing the employee
13      contribution from 8.275 up to 10 percent,
14      and the employer contribution from 9.275
15      to 12 and a half percent -- I think it
16      was in a period of five years that that
17      increase was to be established, increases
18      of half a point or 50 percent -- 50 basis
19      points increases for every year, among
20      other things.
21            And the House received the project
22      but never acted upon it.  They sit on it.
23      They didn't ask for public hearings or
24      anything at all.
25            So even though during the four-year
```

Juan Cancel Alegria - June 5, 2020

Page 61

```
 1            term that the legislative assembly, it's
 2            schedule to -- or they were elected to
 3            act, they can at any time bring that
 4            project to the forum to be addressed or
 5            to be voted upon.
 6                 There have been so many months that
 7            nothing had happened.
 8                 But it was the understanding of the
 9            central government that the House was not
10            going to act on that bill.
11                 So we were looking for other
12            alternatives.  And Merrill Lynch at that
13            time presented an unrequested proposal to
14            the Government Development Bank to
15            address the situation of the system and
16            the bank evaluated that proposal.
17                 And after their evaluation, they
18            sent it to the system.  Mr. Salazar sent
19            it to me, so I can take a look at it, and
20            see what I think about the option or the
21            proposal that Merrill Lynch was proposing
22            at that time.
23      BY MR. PAPEZ:
24            Q.   Okay.  Let me unpack that and ask
25      you a couple of questions, first of all.
```