**<u>EXHIBIT 2</u>**



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**ADMINISTRACIÓN DE LOS**
**SISTEMAS DE RETIRO DE LOS**
**EMPLEADOS DEL GOBIERNO**
Y LA **JUDICATURA**

Presentation to the

## Employees Retirement System

## Pension Funding Bonds: Debt Structure and Funding Analysis

August 7, 2007

 **Merrill Lynch**

Global Markets & Investment Banking Group

CONFIDENTIAL



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA

# Pension Funding Bonds
Presentation to the Employees Retirement System

## Table of Contents

| | |
|---|---:|
| 1. Introduction | 1 |
| 2. Debt Structure | 3 |
| 3. Funding Strategy Analysis | 8 |
| 4. General Fund Relief Proposal | 17 |
| 5. Market Update | 22 |
| Appendix: Funding Strategy Scenarios | 24 |





*ESTADO LIBRE ASOCIADO DE PUERTO RICO*
**ADMINISTRACIÓN DE LOS**
**SISTEMAS DE RETIRO DE LOS**
**EMPLEADOS DEL GOBIERNO**
**Y LA JUDICATURA**



# Introduction

CONFIDENTIAL

ERS_0047063



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA**

# Introduction
## Overview of the ERS Unfunded Liability Problem

## Core Objectives of Proposed Solution

**Increase
Solvency
of ERS**

- The Commonwealth of Puerto Rico announced in the PR Credit Forum a plan to sell **$6.5 billion to $9 billion** of debt to help relieve the Commonwealth's growing unfunded pension liability and increase the system's capacity to pay benefit obligations[1]

*"Los esfuerzos de mi administración están dirigidos a darle salud fiscal al Sistema de Retiro de los Empleados del Gobierno y la Judicatura para que cuentes con un ingreso asegurado, tras haberle dedicado años fructíferos de tú vida al servicio público. Para ello, en los próximos meses estaremos realizando una emisión de bonos que le extiende la vida actuarial a nuestro Sistema de Retiro para los próximos 20 ó 25 años."
- Gov. Aníbal Acevedo Vilá[2]*

**Increase
Funding Ratio**

- As of June 30, 2005, the funding ratio of the ERS was **19%**. According a recent Wilshire report, the average funding ratio of state retirement plans is **84%**[3]

  - An **$8 billion** cash infusion would bring the ERS to the average funding ratio of state retirement plans

**Mitigate
Credit
Concerns**

- *Credit Challenges – "Seriously under-funded pension system, also plagued by reporting lags and intra-governmental disputes over payment responsibilities; system has had difficulty meeting benefit payments in recent years" – Moody's[4]*

- *What could move the rating up? - "Significant improvement in the condition of the Commonwealth's pension system, including greater recurring budgetary contributions." – Moody's[4]*



(1)   Source: El Nuevo Día, link available in Retirement Systems Administration's webpage www.asr.gobierno.pr.
(2)   Source: "Message from the Governor of the Commonwealth of Puerto Rico," Retirement Systems Administration web page.
(3)   Source: "2007 Wilshire Report on State Retirement Systems: Funding Levels and Asset Allocation," Wilshire Consulting, March 2007.
(4)   Source: Moody's Research Report, Commonwealth of Puerto Rico General Obligation Bonds, July 21, 2006.

1

CONFIDENTIAL                                                                    ERS_0047064



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA

## Introduction
### Solving the ERS Unfunded Liability Problem

## "The Will and the Way to Make it Happen"[1]

- For several years, the Commonwealth has considered various measures to tackle the unfunded pension liability problem

- Previous attempts to fund the pension plan have been unsuccessful

- Currently the Commonwealth has "the will and the way" to successfully fund its pension liability

    - Support from the Governor, the GDB and the ERS

    - The financing team has developed a financial structure that will achieve the following objectives:

        – Increase funding ratio without burdening the Commonwealth's general fund

        – Committed Capital - Since debt is paid solely by statutory employer contributions, the assets of the System are protected and not available to cover debt service payments

        – Allows ERS the opportunity to generate additional investment income to cover benefit obligations and operational costs

        – Political goodwill of providing significant resources to historically underfunded pension plan

    - Legal analysis shows proposed structure does not require legislative support

    - Attractive market conditions

        – Sizable market demand for taxable municipal obligations

        – Even with recent volatility, long-term market rates and credit spreads are still favorable



(1) Source: "Employees' Retirement System", Presentation made in the Puerto Rico Credit Forum, March 2007.

2

CONFIDENTIAL

ERS_0047065



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA



# Debt Structure

CONFIDENTIAL

ERS_0047066



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA

## Debt Structure
Flow of Funds

## Statutory Employer Contribution Securitized to Cover Debt Service



*Statutory employer contribution: 9.275% of payroll for participating employees*

3

CONFIDENTIAL

ERS_0047067



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**ADMINISTRACIÓN DE LOS**
**SISTEMAS DE RETIRO DE LOS**
**EMPLEADOS DEL GOBIERNO**
Y LA JUDICATURA

## Debt Structure
Bond Resolution Flow of Funds

**Bond Resolution's flow of funds was constructed to maximize credit quality, reducing interest costs**

**Multiple liens, debt service coverage and reserve funds provide protections against revenue shortfalls**

| Lien | Target Coverage / Additional Bonds Test |
|------|------------------------------------------|
| Senior | 2.50x |
| Sr. Subordinate | 1.50x |
| Jr. Subordinate | 1.25x |



Deposits to the Debt Service Accounts made from employer contributions as received

Debt Service Reserve Accounts are applied to their respective class of bonds to the extent the General Reserve Account is exhausted



CONFIDENTIAL

ERS_0047068



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA

## Debt Structure
### $7 Billion in Net Proceeds

## Sources and Proceeds to ERS

|  | Total | Current Interest Bonds (Insured) | Variable Rate Bonds (Uninsured) | Current Interest Bonds (Uninsured) | Capital Appreciation Bonds |
|---|---|---|---|---|---|
| **SOURCES OF FUNDS** | | | | | |
| Senior Lien Proceeds | 4,818,106,560 | 1,631,260,000 | | | 3,186,846,560 |
| Senior Subordinate Proceeds | 2,500,774,939 | | | 1,900,000,000 | 600,774,939 |
| Junior Subordinate Proceeds | | | | | |
| **Total Sources** | 7,318,881,498 | 1,631,260,000 | 1,900,000,000 | | 3,787,621,498 |

| **Net Proceeds to ERS** | 7,027,777,036 |
|---|---|

## Debt Service Schedule

*Minimum debt service coverage is 1.83x annual employer contributions.*





CONFIDENTIAL

ERS_0047069



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA

# Debt Structure
## $8.5 Billion in Net Proceeds

## Sources and Proceeds to ERS

|  | Total | Current Interest Bonds (Insured) | Variable Rate Bonds (Uninsured) | Current Interest Bonds (Uninsured) | Capital Appreciation Bonds |
|---|---|---|---|---|---|
| **SOURCES OF FUNDS** |  |  |  |  |  |
| Senior Lien Proceeds | 4,677,458,590 | 2,107,325,000 | - | - | 2,570,133,590 |
| Senior Subordinate Proceeds | 3,584,638,293 | - | 2,200,000,000 | - | 1,384,638,293 |
| Junior Subordinate Proceeds | 530,137,214 | - | - | - | 530,137,214 |
| **Total Sources** | 8,792,234,097 | 2,107,325,000 | 2,200,000,000 | - | 4,484,909,097 |

| **Net Proceeds to ERS** | 8,437,002,197 |
|---|---|

## Debt Service Schedule

*Minimum debt service coverage is 1.5x annual employer contributions.*





CONFIDENTIAL

ERS_0047070



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA**

## Debt Structure
### $10 Billion in Net Proceeds

### Sources and Proceeds to ERS

| | Total | Current Interest Bonds (Insured) | Variable Rate Bonds (Uninsured) | Current Interest Bonds (Uninsured) | Capital Appreciation Bonds |
|---|---|---|---|---|---|
| **SOURCES OF FUNDS** | | | | | |
| Senior Lien Proceeds | 3,343,648,067 | 1,827,230,000 | | 10,000 | 1,516,408,067 |
| Senior Subordinate Proceeds | 4,513,911,606 | | 2,500,000,000 | | 2,013,911,606 |
| Junior Subordinate Proceeds | 2,469,680,328 | | | | 2,469,680,328 |
| **Total Sources** | 10,327,240,000 | 1,827,230,000 | 2,500,000,000 | 10,000 | 6,000,000,000 |

| **Net Proceeds to ERS** | 9,982,762,367 |
|---|---|

### Debt Service Schedule

*Minimum debt service coverage is 1.25x annual employer contributions.*





CONFIDENTIAL

ERS_0047071



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**ADMINISTRACIÓN DE LOS**
**SISTEMAS DE RETIRO DE LOS**
**EMPLEADOS DEL GOBIERNO**
Y LA JUDICATURA



# Funding Strategy Analysis

CONFIDENTIAL

ERS_0047072



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA**

## Funding Strategy Analysis
Criteria for Comparing Funding Alternatives

### Metrics which Provide a Measure of the Success of the Funding Strategy

**Funding Ratio**

- A higher initial funding ratio eliminates a key credit concern of rating agencies and the investor community

- A higher funding ratio shows that the Commonwealth is providing better support for its obligation to public sector employees and retirees

**Asset Depletion**

- The lower likelihood of asset depletion measures is primarily driven by asset returns

**Expected PV Shortfall**

- Measures the expected additional burden to participating employers in current dollar terms

- Another measure of financing and investment strategy risks, a lower expected value is a measure of smaller downside risk in the provision of additional resources to cover future benefit obligations

**Other Considerations**

- Impact of changing market conditions and political landscape on long-term financing and investment strategy

- Does the plan anticipate and provide flexibility in addressing future changes in benefit structure, contribution rates and other policy objectives?



8

CONFIDENTIAL



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA

## Funding Strategy Analysis
Financing Alternatives and Implementation Strategies

**Upfront Issuance**

- Upfront issuance of total desired funding
- Benchmark transaction of $4 billion, $7 billion and $10 billion respectively

**Short Term Phasing**

- Issue $4 billion in 2007 followed by $3 billion in 2008
- Issue $7 billion in 2007 followed by $3 billion in 2008

**Long Term Phasing**

- Issue $7 billion and $10 billion in 2007 and a second bond issue only if the ratio of assets to the PV of future benefit obligations falls below a 20% funding level
- Second bond issue size determined by the minimum of (i) bond capacity remaining or (ii) amount needed to reach 60% funding level



9



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA

## Funding Strategy Analysis
### Assumptions - Scenario Analysis

■ **Simplifying Assumptions – Generic risk profile maintain over entire term**

- No change in taxable yield curve (does not capture floating rate and term spreads risks)
- No change in credit spreads for future bond issues
- No changes in expected returns and volatility of portfolio
- No future changes to the asset allocation strategy of the ERS
- No economic or actuarial changes that might shift benefit obligations in the future (mortality, inflation, etc.)

■ **Initial Parameters**

- Net Assets available to pay benefit obligations and operating expenses: $ 2.3 billion + Net Proceeds of Bond Issue
- Discounting Rate for Present Value Calculations – 6.7% (All-in yield of 50-year bond issue)

■ **Investment Portfolio**

- Annual Expected Return: 8.3%
- Annual Volatility: 12.5%
- 50-Year Annualized Volatility: 7.3%
- Returns are mean reverting

*Analysis uses Monte Carlo Simulation to provide evolution of System's assets available
for payment of benefit obligations and operating expenses*



10

CONFIDENTIAL



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**ADMINISTRACIÓN DE LOS**
**SISTEMAS DE RETIRO DE LOS**
**EMPLEADOS DEL GOBIERNO**
Y LA JUDICATURA

# Funding Strategy Analysis
Assumptions - Benefits and Contributions Projections



## Projected Annual Contributions and Obligations[1]

($ billions)

Legend:
- Projected Employee Contributions
- Projected Employer Contribution
- Projected Benefit Obligation

## PV of Remaining Projected Benefit Obligations[2]

($ billions)

Legend:
- Future Normal Costs
- AAL as of 6/30/2005

*Proposed funding strategy allows ERS to bring forward future surplus contributions*

(1) Source: Analysis provided by Global Insight (Base Case for participating employers' payroll) and AON Risk Consultants (employee contributions and benefit obligations).
(2) Source: Analysis provided by AON Risk Consultants. Benefit obligations discounted at 8.5% actuarial rate.

11

ERS_0047076



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA

## Funding Strategy Analysis
### Summary of Results

## Optimal Bond Issue Size between $6-8 Billion with Long-Term Phasing

| Alternative | Initial Funding Ratio[1] | Initial UAAL[1,2] | Depletion Year | | | Depletion Likelihood | | Expected PV Shortfall[2] | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 25th Pct | Median | 75th Pct | 2027 | 2057 | 2027 | 2057 |
| Do Nothing | 19% | 10.0 | 2015 | 2016 | 2018 | 100% | 100% | 5.2 | 5.2 |
| Initial $4 Billion Bond Issue | 52% | 6.0 | 2022 | 2025 | 2032 | 61% | 84% | 2.6 | 2.9 |
| Short Term Phasing $4 & $3 Billlion | 52% | 6.0 | 2026 | 2032 | Never | 32% | 66% | 1.6 | 2.2 |
| Initial $7 Billion Bond Issue | 76% | 3.0 | 2026 | 2032 | Never | 33% | 63% | 1.6 | 2.2 |
| Short Term Phasing $7 & $3 Billion | 76% | 3.0 | 2029 | 2039 | Never | 20% | 55% | 1.2 | 2.1 |
| Initial $10 Billion Bond Issue | 100% | 0.0 | 2029 | 2040 | Never | 20% | 54% | 1.3 | 2.1 |
| $7 Billion & Long-Term Phasing | 76% | 3.0 | 2034 | Never | Never | 5% | 49% | 0.3 | 1.1 |
| $10 Billion & Long-Term Phasing | 100% | 0.0 | 2033 | Never | Never | 11% | 47% | 0.6 | 1.3 |

- A $6-8 billion initial cash infusion, brings the System's funding ratio close to rating agencies' funding level thresholds for "healthy" pension systems

- Long-term phasing can serve as a risk mitigation tool as needed

  - Significantly reduces likelihood of depleted assets and significantly reduces expected PV shortfall

  - Long-term phasing might require additional securitization of employer contributions beyond FY 2057

- Interest rate risk and credit spread uncertainty are additional concerns



(1)  Calculations based on accrued actuarial liabilities and net assets provided in June 30, 2005 actuarial report. Initial levels provide values after closing of first bond issue.
(2)  Amounts in $ billions

12



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA**

## Funding Strategy Analysis
Advantages and Disadvantages

| Funding Alternative | $4 Billion | $7 Billion | | | $10 Billion | | |
|---|---|---|---|---|---|---|---|
| Implementation Strategy | Upfront | Upfront | ST Phasing | LT Phasing | Upfront | ST Phasing | LT Phasing |
| **Funding** | | | | | | | |
| Initial Funding Ratio Impact | Low | Medium | Low | Medium | High | Medium | High |
| Likelihood of Funding Benefits | Low | Medium | Medium | High | Medium | Medium | High |
| **Financing** | | | | | | | |
| Exposure to Interest Rate Risk | Minimal | Minimal | High | Low | Minimal | High | Low |
| Exposure to Credit Spread Volatility | Minimal | Minimal | High | Low | Minimal | High | Low |
| Extend Pledge of Contributions | No | No | Possibly | Likely | No | Possibly | Likely |
| **Depletion** | | | | | | | |
| Expected Time to Depletion | Short | Medium/Short | Medium/Short | Long | Medium/Long | Medium/Long | Long |
| Expected Shortfall | High | Medium | Medium | Low | Medium | Medium | Low |
| Additional Bonding Capacity | High | Medium | Medium | Medium | Low | Low | Low |
| **Other Considerations** | | | | | | | |
| Market Access | N/A | N/A | Uncertain | Uncertain | N/A | Uncertain | Uncertain |
| Political Landscape | N/A | N/A | Uncertain | Uncertain | N/A | Uncertain | Uncertain |

- Plan funding considerations favor a larger bond issue complemented by additional long-term phasing of debt

- Financing and other considerations favor an upfront bond issue to mitigate uncertainty of market access, political landscape and financing costs

- A long-term phasing strategy is a reasonable and prudent strategy to reduce the risk of asset depletion

13



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA

## Funding Strategy Analysis
### Agreed Upon Recommendations and Discussion Points

- **Recommendations**
  - Issue at least $7 billion either upfront or through short-term phasing
  - Consider long-term phasing of additional debt to mitigate downside risk

**Discussion Points**

- <u>**Upfront Issuance vs. Short-Term Phasing**</u>
  - Funding Risks (Interest rates, credit spreads, market access)
  - Investment Risks (Asset allocation, investment conditions)

- <u>**How would recommendation change with**</u>
  - Changes in financing and investment market environment
  - Changes in benefits structure
  - Changes in employer contributions
  - Changes in policy objectives

- <u>**Other strategies**</u>
  - Adding leveraged investments to selected funding strategy
  - Improving transaction from a rating agency point-of-view



14



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA

# Funding Strategy Analysis
## Short-Term Comparison of Funding Alternatives



**Asset Balance - $7 Billion Funding**[1]

**Asset Balance - $10 Billion Funding**[1]

*Assuming no interest rate changes, short term phasing mitigates risk at a cost of reducing economic benefit of transaction*

(1)   Asset balance normalized by present value of remaining benefit obligations

15



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA**

## Funding Strategy Analysis
### Long-Term Phasing Complements Initial Funding Strategy

### Median Asset Balance - $7 Billion in Short-Term Funding[1]



### Median Asset Balance - $10 Billion in Short-Term Funding[1]



*Long term phasing significantly increases likelihood of successfully financing projected obligations*

(1)   Asset balance normalized by present value of remaining benefit obligations

16

CONFIDENTIAL

ERS_0047081



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA



# General Fund Relief Proposal

CONFIDENTIAL



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA

## General Fund Relief Proposal
Proposal

### Reduce Short-term Burden on the General Fund and Increase Funding to ERS

**Objectives**

- Create budgetary relief in the General Fund by transferring obligations for special law payments to Employees Retirement System (ERS)

- Increase future statutory employer contributions rates to provide additional cashflows for the proposed pension funding bond issue

**Expected Results**

- **Proposal provides an estimated relief of approximately $520 million in the next five fiscal years**

- Additional future employer contributions can be used to increase size and security of proposed bond issue by $2 to $3 billion, increasing the solvency of the ERS

- Participating employers are not exposed anymore to actuarial risks from ERS participants

| Fiscal Year | Special Laws Pay-as-You-Go Benefits | Proposed Employer Contribution Rate | Incremental Contribution Cost of Proposed Rate | Estimated Relief to ERS Participanting Employers | Estimated Relief to General Fund |
|---|---|---|---|---|---|
| 2008 | 131,450,000 | 9.275% | - | 131,450,000 | 131,450,000 |
| 2009 | 138,250,000 | 9.750% | (21,032,000) | 117,218,000 | 117,218,000 |
| 2010 | 145,350,000 | 10.000% | (33,636,000) | 111,714,000 | 111,714,000 |
| 2011 | 152,650,000 | 10.500% | (60,563,000) | 92,087,000 | 92,087,000 |
| 2012 | 159,950,000 | 11.000% | (90,597,000) | 69,353,000 | 69,353,000 |



17



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**ADMINISTRACIÓN DE LOS**
**SISTEMAS DE RETIRO DE LOS**
**EMPLEADOS DEL GOBIERNO**
**Y LA JUDICATURA**

## General Fund Relief Proposal
Projected Impact and Budgetary Benefit

### Projected Impact ($ millions)

**Obligation transfer liberates revenue for ERS participating employers**



### Budgetary Benefit ($ millions)

**Over $520 million in cash flow benefits for the General Fund from FY 2008 to FY 2012**

**Projected benefits through until FY 2035**



*The General Fund of the Commonwealth could reduce costs by over $104 million annually in the next 5 fiscal years*

*Projected Special Law Benefit Include:*
*a. Incremental benefit for special law benefit provided on the census data for current retirees (assumed to include 3% COLA's from 2001 and 2004 and increase in minimum benefit)*
*b. 3% COLA every 3 years for all current and future pensioners (estimated by 0.99% annual COLA)*
*c. Increased J&S benefit for current and future married retirees to 50% from 30% (from 40% for pre-retirement death)*
*d. $250 post-retirement life insurance benefit*
*e. Increase in minimum benefit formula to $300 from $200/month*



18

CONFIDENTIAL

ERS_0047084



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA

# General Fund Relief Proposal
## Projected Contributions and Benefit Payments

### Projected Contributions



### Projected Benefit Payments





19

CONFIDENTIAL

ERS_0047085



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**ADMINISTRACIÓN DE LOS**
**SISTEMAS DE RETIRO DE LOS**
**EMPLEADOS DEL GOBIERNO**
Y LA JUDICATURA

## General Fund Relief Proposal
$7 Billion Bond Issue + Increase in Employer Contributions

### Scenario Summary

- Projected Median Depletion Year – 2032
  - 75th Percentile – **No Depletion**
  - 25th Percentile - 2026
- 61.5% probability of asset depletion
- Expected PV shortfall of $1.9 billion

### Asset Balance / PV Benefit Obligation



### Asset Depletion Probability



By 2027: 34.3%, By 2057: 61.5%

### Expected PV Shortfall



($ billions)

*Expected Shortfall - $1.91 billion*



20

CONFIDENTIAL



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA

## General Fund Relief Proposal
$10 Billion Bond Issue + Increase in Employer Contributions

### Scenario Summary

- Projected Median Depletion Year – 2043
  - 75th Percentile – **No Depletion**
  - 25th Percentile - 2028
- 50.9% probability of asset depletion
- Expected PV shortfall of $1.75 billion

### Asset Balance / PV Benefit Obligation



### Asset Depletion Probability



By 2027: 20.6%, By 2057: 50.9%

### Expected PV Shortfall



Expected Shortfall - $1.75 billion



21

ERS_0047087



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA



# Appendix: Funding Strategy Scenarios

CONFIDENTIAL



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**ADMINISTRACIÓN DE LOS**
**SISTEMAS DE RETIRO DE LOS**
**EMPLEADOS DEL GOBIERNO**
**Y LA JUDICATURA**

# Appendix: Funding Strategy Scenarios
## (0) Do Nothing Scenario

## Scenario Summary

- Projected Median Depletion Year – 2016
  - 75th Percentile – 2018
  - 25th Percentile - 2015
- 99.9% probability of asset depletion
- Expected PV shortfall of $5.2 billion

## Asset Balance / PV Benefit Obligation



## Asset Depletion Probability



*By 2027: 99.7%, By 2057: 99.9%*

## Expected PV Shortfall



*Expected Shortfall - $5.24 billion*



24



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA

# Appendix: Funding Strategy Scenarios
## (1) Initial $4 Billion Bond Issue

## Scenario Summary

- Projected Median Depletion Year – 2025
    - 75th Percentile – 2032
    - 25th Percentile – 2022
- 83.7% probability of asset depletion
- Expected PV shortfall of $2.9 billion

## Asset Balance / PV Benefit Obligation



## Asset Depletion Probability



By 2027: 61.4%, By 2057: 83.7%

## Expected PV Shortfall



Expected Shortfall - $2.86 billion



25



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA

# Appendix: Funding Strategy Scenarios
## (2) Phasing $4 Billion + $3 Billion

## Scenario Summary

- Projected Median Depletion Year – 2032
    - 75th Percentile – **No Depletion**
    - 25th Percentile - 2026
- 65.7% probability of asset depletion
- Expected PV shortfall of $2.2 billion

## Asset Balance / PV Benefit Obligation



## Asset Depletion Probability



*By 2027: 32.3%, By 2057: 65.7%*

## Expected PV Shortfall



*Expected Shortfall - $2.16 billion*



26

CONFIDENTIAL

ERS_0047091



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA

# Appendix: Funding Strategy Scenarios
## (3) Initial $7 Billion Bond Issue

## Scenario Summary

- Projected Median Depletion Year – 2032
  - 75th Percentile – **No Depletion**
  - 25th Percentile - 2026
- 63.0% probability of asset depletion
- Expected PV shortfall of $2.2 billion

## Asset Balance / PV Benefit Obligation



## Asset Depletion Probability



By 2027: 33.1%, By 2057: 63.0%

## Expected PV Shortfall



Expected Shortfall - $2.15 billion



27

CONFIDENTIAL

ERS_0047092



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**ADMINISTRACIÓN DE LOS**
**SISTEMAS DE RETIRO DE LOS**
**EMPLEADOS DEL GOBIERNO**
Y LA JUDICATURA

# Appendix: Funding Strategy Scenarios
## (4) Phasing $7 Billion + $3 Billion

## Scenario Summary

- Projected Median Depletion Year – 2039
  - 75th Percentile – **No Depletion**
  - 25th Percentile - 2029
- 55.0% probability of asset depletion
- Expected PV shortfall of $2.1 billion

## Asset Balance / PV Benefit Obligation



## Asset Depletion Probability



*By 2027: 20.1%, By 2057: 55.0%*

## Expected PV Shortfall



*Expected Shortfall - $2.07 billion*



28



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA**

# Appendix: Funding Strategy Scenarios
(5) Initial $10 Billion Bond Issue

## Scenario Summary

- Projected Median Depletion Year – 2040
    - 75th Percentile – **No Depletion**
    - 25th Percentile - 2029
- 53.9% probability of asset depletion
- Expected PV shortfall of $2.1 billion

## Asset Balance / PV Benefit Obligation



## Asset Depletion Probability



*By 2027: 20.3%, By 2057: 53.9%*

## Expected PV Shortfall



*Expected Shortfall - $2.08 billion*



29

CONFIDENTIAL

ERS_0047094



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**ADMINISTRACIÓN DE LOS**
**SISTEMAS DE RETIRO DE LOS**
**EMPLEADOS DEL GOBIERNO**
Y LA JUDICATURA

# Appendix: Funding Strategy Scenarios
(6) Initial $7 Billion + Long Term Phasing

## Scenario Summary

- Projected Median Depletion Year – **No Depletion**
  - 75th Percentile – **No Depletion**
  - 25th Percentile - 2034
- 49.3% probability of asset depletion
- Expected PV shortfall of $1.1 billion
- Expected Second Bond Issue PV size of $1.6 billion

## Asset Balance / PV Benefit Obligation

## Asset Depletion Probability

## Expected PV Shortfall

## Likelihood/Size of 2nd Bond Issue



*By 2027: 4.8%, By 2057: 49.3%*

*Expected Shortfall - $1.09 billion*

*Expected PV Size - $1.64 billion*
*Likelihood of Bond Issue: 64%*
*Issue by 2017: 5%, 2027: 43%*

30

CONFIDENTIAL

ERS_0047095



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA

# Appendix: Funding Strategy Scenarios
## (7) Initial $10 Billion + Long Term Phasing

## Scenario Summary

- Projected Median Depletion Year – **No Depletion**
    - 75th Percentile – **No Depletion**
    - 25th Percentile - 2033
- 47.2% probability of asset depletion
- Expected PV shortfall of $1.3 billion
- Expected Second Bond Issue PV size of $700 million

## Asset Balance / PV Benefit Obligation



## Asset Depletion Probability

## Expected PV Shortfall

## Likelihood/Size of 2nd Bond Issue



*By 2027: 10.6%, By 2057: 47.2%*

*Expected Shortfall - $1.34 billion*

*Expected PV Size - $699 million*
*Likelihood of Bond Issue: 54%*
*Issue by 2017: 2%, 2027: 29%*

31

ERS_0047096



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS
SISTEMAS DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO
Y LA JUDICATURA

---

*This information is for your private information and is for discussion purposes only. We are acting solely in the capacity of an arm's length counterparty and not in the capacity of your financial adviser or fiduciary. We or our affiliates may buy or sell instruments identical or economically related to any instruments mentioned here. We or our affiliates may have an investment banking or other commercial relationship with the issuer of any security or financial instrument mentioned here or related thereto. Generally, all over-the-counter ("OTC") derivative transactions involve the risk of adverse or unanticipated market developments, risk of illiquidity and other risks. Unless specifically stated otherwise, any transaction terms are indicative only and are subject to change and any prices mentioned here are not bids or offers by Merrill Lynch to purchase or sell any securities or financial instruments. All trades are subject to credit approval. Prior to undertaking any trade, you should discuss with your professional tax or other adviser how such particular trade(s) affect you. Options are not suitable for all investors. Option buyers may lose their entire investment. Option sellers may have an unlimited loss. This brief statement does not disclose all of the risks and other significant aspects of entering into any particular transaction.*

*As a multi-service broker-dealer, MLPF&S, works with and maintains accounts for, numerous individuals and entities, some of which may have a past or present relationship with you. In order to both identify and avoid the perception of an existing or potential conflict of interest , we wish to inform you that MLPF&S has worked together on various projects with persons or entities that may currently or previously have a relationship with you as Financial Advisor, Swaps Financial Advisor, Asset Manager, or other capacity. MLPF&S may have a current or previous relationship with such persons or entities, which may include working together on financings, and structurings in which they have been compensated for their services, as well as participating with them in, or acting as sponsor of, industry related conferences. In addition, they and their principals may have maintained brokerage and money management accounts with MLPF&S. If you would inform us of individuals or entities which work (or have worked) with you as service provider in any capacity, we would be happy to inform you as to whether MLPF&S has any relationship with them and, upon your request, provide any information you wish regarding such relationship with them.*



32

CONFIDENTIAL

ERS_0047097