## EXHIBIT 1;

Confidential – Subject to The Protective Order
Luis Manuel Collazo Rodriguez – June 9, 2020

Page 176

| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE DISTRICT OF PUERTO RICO |
| 2 | _____ |
| 3 | In Re: ) |
| 4 | THE FINANCIAL OVERSIGHT AND ) PROMESA TITLE III |
| 5 | MANAGEMENT BOARD FOR PUERTO RICO, ) Case No. |
| 6 | as representative of ) 17-BK-03283 (LTS) |
| 7 | THE COMMONWEALTH OF PUERTO RICO, ) |
| 8 | et. al, ) |
| 9 | Debtors. ) |
| 10 | _____) |
| 11 | In Re: ) PROMESA Title III |
| 12 | THE FINANCIAL OVERSIGHT AND ) Case No. |
| 13 | MANAGEMENT BOARD FOR PUERTO RICO ) 17-BK-03566 (LTS) |
| 14 | as representative of ) |
| 15 | THE EMPLOYEES RETIREMENT SYSTEM ) |
| 16 | OF THE GOVERNMENT OF THE ) |
| 17 | COMMONWEALTH OF PUERTO RICO, ) |
| 18 | Debtor. ) |
| 19 | _____) |
| 20 | CONFIDENTIAL – SUBJECT TO THE PROTECTIVE ORDER |
| 21 | DEPOSITION OF |
| 22 | LUIS MANUEL COLLAZO RODRIGUEZ |
| 23 | VOLUME 2 |
| 24 | Tuesday, June 9, 2020, 9:13 a.m. |
| 25 | REPORTED BY: Dennis Zambataro, RPR and CCR |

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

Confidential - Subject to The Protective Order
Luis Manuel Collazo Rodriguez - June 9, 2020

Page 280

```
1      incorrect?
2           Q    Yeah.  Let me ask a different
3      question if there's confusion.
4                Did ERS make the determination that
5      Paragraph 1 of Exhibit 31 was incorrect in the
6      May to August 2017 time frame?
7                MR. SUSHON:  Object to the form.
8                [Question interpreted.]
9                MR. SUSHON:  I'll ask a new
10          question.
11     BY MR. PAPEZ:
12          Q    Was it between May and August of
13     2017 that ERS made the determination that
14     Paragraph 1 of Exhibit 31 was incorrect?
15          A    What I indicated was that between
16     May and August of 2017, the retirement system
17     along with its fiscal agent, and after the
18     corresponding or the appropriate legal analysis,
19     we determined that the issuance of bonds had
20     been ultra vires.
21               Yes, so this paragraph is tied to
22     the determination that we made.
23               So this paragraph, then, is ultra
24     vires.  It is incorrect.
25               [Brief pause in the proceedings.]
```