**EXHIBIT 20**

**Redwood Capital Management LLC** - Assets, Funds, Holdings   Home   |   Sign Up   |   Log In

| Search |
|---|
| Search (firm, fund, cik, crd) |

| List of Funds |
|---|
| Boston Firms |
| Boston Hedge Funds |
| Cornell Alumni Firms |
| CalPERS Portfolio |
| NYSCRF Portfolio |
| MD SRPS Portfolio |
| **User Guide** |
| Regulatory AUM vs AUM |
| LP Portfolios |
| Related Firms |
| Build a Portfolio |
| Comprehensive Search |

| Redwood Capital Management LLC | + |
|---|---|
| **CRD #** | 158243 |
| **SEC #** | 801-74291 |
| **CIK #** | 0001316622 |
| **AUM** | $8.5 BB (100% Disc, 2% US, 2020-03-30) |
| **Employees** | 19 (58% Investors, 0% Brokers) |
| **Phone** | 201-227-5040 |
| **Address** | 910 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 |
| **Source** | [IAPD] [EDGAR] [Website] |



Total AUM ($BB)

| Sector | Issuer | Cap ($MM) | Value ($MM) |
|---|---|---:|---:|
| | THC | 0.0 | 62.0 |
| | C | 0.1 | 61.5 |
| | BHC | 0.0 | 47.9 |
| | MERC | 0.0 | 25.5 |
| | MSC | 0.0 | 24.1 |
| | CZR | 0.0 | 21.8 |
| | TPIC | 0.0 | 19.1 |
| | PRU | 0.0 | 18.7 |
| | HRI | 0.0 | 17.6 |
| | TAK | 0.0 | 16.3 |
| | **View All** | | |



Holdings by Sector ($)

| Type | Private Fund | Date | Sold ($MM) | AUM ($MM) |
|---|---|---|---|---|
| HF | Redwood Drawdown Master Fund II LP | [2017-09-29] | 831.0 | 1,473.3 |
| HF | Redwood Argentina Master Fund LP | [2015-02-27] | 65.9 | 12.2 |
| HF | Redwood Drawdown Master Fund LP | [2013-11-26] | 279.6 | 27.3 |
| HF | Redwood Master Fund Ltd | 2012-02-16 | | 5,188.2 |
| HF | Redwood Opportunity Master Fund Ltd | [2012-02-16] | 425.0 | 1,458.4 |

| Fund Directors | # Filings | # Firms | 2011 - 2020 |
|---|---|---|---|
| Christopher Bowring | 167 | | |
| Karl OReilly | 74 | | |
| Jonathan Kolatch | 8 | | |
| Redwood Capital Management LLC | 7 | | |
| NA Redwood Drawdown Feeder Partners LLC | 2 | | |
| Redwood Capital Management GP LLC | 2 | | |
| Redwood Drawdown Feeder Partners II LLC | 2 | | |

| Comparable Firms | | State | AUM ($BB) |
|---|---|---|---|
| Whitebox Advisors LLC | + | MN | 8.9 |
| Voleon Capital Management LP | + | CA | 8.7 |
| TT International | + | | 8.7 |
| Omers Infrastructure US Limited | + | NY | 8.7 |
| Hudson Bay Capital Management LP | + | NY | 8.6 |
| NWI Management LP | + | NY | 8.6 |
| RWC Asset Advisors US LLC | + | FL | 8.5 |
| MidOcean Credit Fund Management LP | + | NY | 8.5 |
| Sprott Asset Management LP | + | | 8.4 |
| Laurion Capital Management LP | + | NY | 8.4 |

Terms of Service | Privacy Policy | User Guide                tony@aum13f.com