# **EXHIBIT 21**

**Pentwater Capital Management LP** - Assets, Funds, Holdings                                    Home | Sign Up | Log In

|  |
|---|
| **Search** |
| Search (firm, fund, cik, crd) |

| **List of Funds** |
|---|
| Boston Firms |
| Boston Hedge Funds |
| Cornell Alumni Firms |
| CalPERS Portfolio |
| NYSCRF Portfolio |
| MD SRPS Portfolio |
| **User Guide** |
| Regulatory AUM vs AUM |
| LP Portfolios |
| Related Firms |
| Build a Portfolio |
| Comprehensive Search |

| **Pentwater Capital Management LP** | + |
|---|---|
| **CRD #** | 156873 |
| **SEC #** | 801-72861 |
| **CIK #** | 0001425851 |
| **AUM** | $5.7 BB (100% Disc, 29% US, 2020-04-18) |
| **Employees** | 38 (47% Investors, 0% Brokers) |
| **Phone** | 239-384-9750 |
| **Address** | 1001 10th Avenue South<br>Naples, FL 34102 |
| **Source** | [IAPD] [EDGAR] [Website] |

**Total AUM ($BB)**



| Sector | Issuer | Cap ($MM) | Value ($MM) |
|---|---|---:|---:|
|  | ZAYO | 0.0 | 302.5 |
|  | AMTD | 0.0 | 252.9 |
|  | CY | 0.0 | 219.0 |
|  | TIF | 0.0 | 192.8 |
|  | MLNX | 0.0 | 153.3 |
|  | TRQ | 0.0 | 135.2 |
|  | ESPR | 0.0 | 134.4 |
|  | BA | 0.2 | 84.1 |
|  | MDCO | 0.0 | 66.3 |
|  | NXPI | 0.0 | 65.0 |
|  | **View All** | | |

**Holdings by Sector ($)**



| Type | Private Fund | Date | Sold ($MM) | AUM ($MM) |
|---|---|---|---|---|
| HF | Pentwater Credit Master Fund Ltd | [2020-01-13] | 0.0 | 64.4 |
| HF | Pentwater Metric Merger Arbitrage Fund LP | [2020-01-13] | 0.0 | 206.9 |
| HF | Pentwater Unconstrained Master Fund Ltd | [2019-10-11] | 0.0 | 11.8 |
| HF | Pentwater Thanksgiving Fund LP | [2017-02-27] | 97.9 | 25.0 |
| HF | Pentwater Credit Opportunities Master Fund Ltd | [2013-09-26] | 4.5 | 1.4 |
| HF | Pentwater Event Driven Cayman Fund Limited | 2013-09-26 | | 254.3 |
| HF | Oceana Master Fund Ltd | [2013-01-18] | 146.0 | 793.9 |
| HF | Pentwater Equity Opportunities Master Fund Ltd | [2013-01-18] | 268.5 | 558.8 |
| HF | Pentwater Merger Arbitrage Master Fund Ltd | [2013-01-18] | 756.6 | 1,111.5 |
| HF | PWCM Master Fund Ltd | [2013-01-18] | 960.8 | 2,226.8 |
| View All | | | | |

| Fund Directors | # Filings | # Firms | 2011 - 2020 |
|---|---|---|---|
| Geoff Ruddick | 209 | | |
| Christopher Bowring | 167 | | |
| Neal Nenadovic | 16 | | |
| David Zirin | 16 | | |
| Matthew Halbower | 16 | | |
| Pentwater Capital Management LP | 6 | | |
| Pentwater Metric Merger Arbitrage GP LLC | 1 | | |

| Comparable Firms | | State | AUM ($BB) |
|---|---|---|---|
| Suvretta Capital Management LLC | + | NY | 5.8 |
| Woodline Partners LP | + | CA | 5.7 |
| Aristeia Capital LLC | + | CT | 5.7 |
| Leadenhall Capital Partners LLP | + | | 5.6 |
| Diameter Capital Partners LP | + | NY | 5.6 |
| Graticule Asia Macro Advisors LLC | + | | 5.6 |
| City of London Investment Management Co Ltd | + | | 5.5 |
| TPG PEP Advisors LLC | + | TX | 5.5 |
| Parvus Asset Management Europe Limited | + | | 5.5 |
| Palestra Capital Management LLC | + | NY | 5.5 |

Terms of Service | Privacy Policy | User Guide                                  tony@aum13f.com