**EXHIBIT 22**



Investor Login  New York  London

‹ OUR FIRM           STRATEGY           CITIZENSHIP ›

# OUR INVESTMENT APPROACH

Our philosophy unifies perspectives across investment disciplines—from private equity to credit and related strategies, and real estate—and applies them across asset classes, sectors and geographies. We believe this integrated approach offers us a differentiated capability to flexibly navigate shifting market conditions, which is at the heart of how we create and preserve value.

## Private Equity

The private equity platform currently totals approximately $14 billion in capital commitments across three closed-end funds. Centerbridge consistently looks to back strong management teams to effectuate operational improvements and other value-creating strategies that grow their businesses in responsible ways.

## Credit, Distressed Strategies & Special Situations

The credit, distressed strategies & special situations platform currently totals over $12 billion in assets under management[1] across one open-end and three closed-end funds. Employing an active investment approach across credit and related strategies, we seek to identify instruments and assets that have been either overlooked or misunderstood by the market.

## Real Estate

This site uses cookies to analyze traffic.      Accept      **Cookie Policy**

approximately $800 million in equity capital. Since the Firm's inception, approximately $8 billion has been deployed in real estate investments across three core strategies: corporate platforms, loans and securities, and direct assets. The Firm continues to apply its nimble approach to investing in real estate, with additional flexibility since the launch of CPREF.

## Our Primary Investment Sectors:

Consumer

Healthcare

Real Estate

Financial Services

Industrials

Technology, Media & Telecom

## Select Private Equity Investments


















This site uses cookies to analyze traffic. Accept **Cookie Policy**





Information reflects company-developed descriptions. Investments presented in the "Select Private Equity Investments" section represent select investments made by Centerbridge's private equity funds. The specific investments identified are not representative of all of the investments invested in, purchased, sold, or recommended for the Centerbridge funds, and it should not be assumed that the investments identified were or will be profitable. Each Centerbridge fund's holdings are unique to it and a function of the facts and circumstances in effect with respect to such fund, including its investment and harvest period. For a full list of investments classified by Centerbridge as Private Equity* investments (excluding designated investments**) please click here. Investors may request additional information.

*Refers to investments made by Centerbridge's private equity funds that involve the Firm holding a controlling-interest and/or substantial governance rights. Excludes investments that are not classified by Centerbridge as Private Equity investments, including various credit and other investments. Also excludes investments classified by Centerbridge as designated investments.
**Refers to investments for which the identities have not been disclosed in light of confidentiality considerations identified in the governing documents of the Centerbridge funds.

1. Reflects net asset value for the open-end fund and committed capital for the closed-end funds.

© 2020 Centerbridge Partners, L.P. All rights reserved.

Terms & Conditions    Privacy Policy

This site uses cookies to analyze traffic.    Accept    **Cookie Policy**