## **EXHIBIT 31**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO | ) | |
| | ) | Case No. 17-BK-03283 (LTS) |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) | |
| | ) | |
| Debtors.[1] | ) | |
| | ) | |
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | Case No. 17-BK-03566 (LTS) |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | ) | |
| GOVERNMENT OF THE COMMONWEALTH OF | ) | |
| PUERTO RICO, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| THE SPECIAL CLAIMS COMMITTEE OF THE | ) | Adv. Proc. No. 19-00359 (LTS) |
| FINANCIAL OVERSIGHT AND MANAGEMENT | ) | |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK- 4780) (Last Four Digits of Federal Tax ID: 3747).

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOARD FOR PUERTO RICO, ACTING BY AND )
THROUGH ITS MEMBERS, )
)
    and )
)
THE OFFICIAL COMMITTEE OF UNSECURED )
CREDITORS OF ALL TITLE III DEBTORS )
(OTHER THAN COFINA), )
)
    as co-trustees of )
)
THE EMPLOYEES RETIREMENT SYSTEM OF THE )
GOVERNMENT OF PUERTO RICO, )
)
    Plaintiff, )
)
v. )
)
DEFENDANT 1H-78H, )
)
    Defendants. )
)
-------------------------------------------------------------------- X

## PUERTO RICO FUNDS' SUPPLEMENTAL RESPONSE
## TO INTERROGATORY NO. 17

Pursuant to Rules 7026 and 7033 of the Federal Rules of Bankruptcy Procedure, and Federal Rules of Civil Procedure 26 and 33 incorporated therein, made applicable to this proceeding by 48 U.S.C. § 2170, and in connection with Adversary Proceeding No. 19-00359, Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico Fixed Income Fund VI, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc., and UBS

2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

IRA Select Growth & Income Puerto Rico Fund (collectively, the "Puerto Rico Funds"), hereby supplement their response to Interrogatory No. 17 of the First Set of Interrogatories to the ERS Bondholder Groups from the Committees and Government Parties, dated November 1, 2019 ("Interrogatories").  The Puerto Rico Funds further reserve the right to supplement, amend, or modify these objections and responses as necessary.

## INCORPORATION OF PRIOR GENERAL OBJECTIONS

1.	On December 3, 2019, Bondholders served their Responses And Objections To The Interrogatories ("Bondholders' Original Responses and Objections").

2.	The Puerto Rico Funds hereby incorporate the General Objections in Bondholders' Original Responses and Objections into each and every individual response and supplemental response, whether or not the General Objections are restated in the response or supplemental response to any particular Interrogatory.  The Puerto Rico Funds' responses and supplemental responses are made without waiving, or intending to waive, the General Objections, and the Puerto Rico Funds specifically reserve all of their other objections.

## SUPPLEMENTAL RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 17**:  State the date(s) when each You purchased Your ERS Bonds.

**Original Response to Interrogatory No. 17**:  Bondholders object that this Interrogatory seeks confidential, proprietary information. Bondholders further state that they will provide their respective purchase dates subject to and upon entry of a mutually satisfactory protective order governing these proceedings.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Supplemental Response to Interrogatory No. 17:**  Subject to and without waiving their objections, the Puerto Rico Funds state that they purchased their ERS Bonds on the following dates[2]:

**Puerto Rico AAA Portfolio Bond Fund, Inc.:**

February 11, 2016; February 12, 2016; February 17, 2016; February 23, 2016; February 29, 2016

**Puerto Rico AAA Portfolio Bond Fund II, Inc.:**

January 25, 2008; January 27, 2016

**Puerto Rico AAA Portfolio Target Maturity Fund, Inc.:**

May 28, 2008

**Puerto Rico Fixed Income Fund, Inc.:**

January 25, 2008; January 30, 2008; May 28, 2008; March 17, 2016

**Puerto Rico Fixed Income Fund II, Inc.:**

January 25, 2008; May 28, 2008; July 30, 2013

**Puerto Rico Fixed Income Fund III, Inc.:**

January 25, 2008; May 28, 2008; September 12, 2008

**Puerto Rico Fixed Income Fund IV, Inc.:**

January 25, 2008; May 28, 2008; September 29, 2010; March 10, 2016

**Puerto Rico Fixed Income Fund V, Inc.:**

January 25, 2008; January 30, 2008; May 28, 2008

**Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.:**

January 25, 2008; May 28, 2008

**Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.:**

January 25, 2008; October 27, 2011; May 8, 2013

**Tax-Free Puerto Rico Fund, Inc.:**

January 25, 2008; May 28, 2008; June 15, 2010

---

[2] Puerto Rico Fixed Income Fund VI, Inc. and UBS IRA Select Growth & Income Puerto Rico Fund do not hold ERS Bonds.

4

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Tax-Free Puerto Rico Fund II, Inc.:**

May 28, 2008; June 23, 2008; May 13, 2010; May 27, 2011

**Tax-Free Puerto Rico Target Maturity Fund, Inc.:**

May 28, 2008; July 8, 2010; July 9, 2010; July 13, 2010; July 14, 2010; September 27, 2010;
September 30, 2010

[*Signatures on Next Page*]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

In San Juan, Puerto Rico, today January 24, 2020.

*/s/Alicia I. Lavernge-Ramírez*                    */s/ Jesse L. Green*

José C. Sánchez-Castro                Glenn M. Kurtz (*pro hac vice*)
USDC-PR 213312                        John K. Cunningham (*pro hac vice*)
jsanchez@sanpir.com                   WHITE & CASE LLP
                                      1221 Avenue of the Americas
Alicia I. Lavergne-Ramírez            New York, NY 10036
USDC-PR 215112                        Tel. (212) 819-8200
alavergne@sanpir.com                  Fax (212) 354-8113
                                      gkurtz@whitecase.com
SÁNCHEZ PIRILLO LLC                   jcunningham@whitecase.com
270 Muñoz Rivera Avenue, Suite 1110
San Juan, PR 00918                    Jason N. Zakia (*pro hac vice*)
Tel. (787) 522-6776                   Cheryl T. Sloane (*pro hac vice*)
Fax: (787) 522-6777                   Jesse L. Green (*pro hac vice*)
                                      WHITE & CASE LLP
                                      200 S. Biscayne Blvd., Suite 4900
                                      Miami, FL 33131
                                      Tel. (305) 371-2700
                                      Fax (305) 358-5744
                                      jzakia@whitecase.com

*Counsel for Defendants Puerto Rico AAA Portfolio
Bond Fund, Inc.; Puerto Rico AAA Portfolio Bond
Fund II, Inc., Puerto Rico AAA Portfolio Target
Maturity Fund, Inc.; Puerto Rico Fixed Income
Fund, Inc.; Puerto Rico Fixed Income Fund II,
Inc.; Puerto Rico Fixed Income Fund III, Inc.;
Puerto Rico Fixed Income Fund IV, Inc.; Puerto
Rico Fixed Income Fund V, Inc.; Puerto Rico Fixed
Income Fund VI, Inc.; Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.; Puerto
Rico Mortgage-Backed & U.S. Government
Securities Fund, Inc.; Tax-Free Puerto Rico Fund,
Inc.; Tax-Free Puerto Rico Fund II, Inc.; Tax-Free
Puerto Rico Target Maturity Fund, Inc.; and UBS
IRA Select Growth & Income Puerto Rico Fund*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 24, 2020, a true and correct copy of the foregoing

was served via electronic mail to the persons listed below:

Luc. A. Despins, Esq.
James R. Bliss, Esq.
G. Alexander Bongartz, Esq.
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
**Paul Hastings LLP**
*Counsel to the Official Committee of Unsecured Creditors*

John Arrastia, Esq.
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Tel: 305-349-2300
**Genovese Joblove & Battista, P.A.**
*Special Litigation Counsel to the Official Committee of Unsecured Creditors*

Brian S. Rosen
Jeffrey W. Levitan
Margaret A. Dale
**Proskauer Rose LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
*Attorneys for the Financial Oversight and Management Board for Puerto Rico as representative
for the Debtors*

Edward S. Weisfelner, Esq.
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Sunni P. Beville, Esq.
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com
**Brown Rudnick LLP**
*Counsel to the Special Claims Committee*

Robert Gordon
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege
Melissa Root
Landon Raiford
353 N. Clark Street
Chicago, IL 60654
312-222-9350 (telephone)
312-239-5199 (facsimile)
**Jenner & Block LLP**
*Counsel for The Official Committee of Retired Employees of Puerto Rico*

*/s/ Jesse L. Green*