**<u>EXHIBIT 32</u>**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO | ) | |
| | ) | Case No. 17-BK-03283 (LTS) |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) | |
| | ) | |
| Debtors.[1] | ) | |
| | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | Case No. 17-BK-03566 (LTS) |
| as representative of | ) | |
| | ) | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | ) | |
| GOVERNMENT OF THE COMMONWEALTH OF | ) | |
| PUERTO RICO, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK- 4780) (Last Four Digits of Federal Tax ID: 3747).

1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

|  |  |
|---|---|
| ) | |
| ) | |
| _____ ) | Adv. Proc. No. 19-00356 (LTS) |
| ) | |
| THE SPECIAL CLAIMS COMMITTEE OF THE ) | |
| FINANCIAL OVERSIGHT AND MANAGEMENT ) | |
| BOARD FOR PUERTO RICO, ACTING BY AND ) | |
| THROUGH ITS MEMBERS, ) | |
| ) | |
|     and ) | |
| ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED ) | |
| CREDITORS OF ALL TITLE III DEBTORS ) | |
| (OTHER THAN COFINA), ) | |
| ) | |
|     as co-trustees of ) | |
| ) | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE ) | |
| GOVERNMENT OF PUERTO RICO, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DEFENDANT 1M, *et al.*, ) | |
| ) | |
|     Defendants. ) | |
| ) | |
| _____ ) | |
| ) | Adv. Proc. No. 19-00357 (LTS) |
| THE SPECIAL CLAIMS COMMITTEE OF THE ) | |
| FINANCIAL OVERSIGHT AND MANAGEMENT ) | |
| BOARD FOR PUERTO RICO, ACTING BY AND ) | |
| THROUGH ITS MEMBERS, ) | |
| ) | |
| ) | |
|     and ) | |
| ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED ) | |
| CREDITORS OF ALL TITLE III DEBTORS ) | |
| (OTHER THAN COFINA), ) | |
| ) | |

2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

|  |  |
|---|---|
| as co-trustees of | ) |
|  | ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | ) |
| GOVERNMENT OF PUERTO RICO, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| STOEVER GLASS & CO., *et al.*, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
|  | ) Adv. Proc. No. 19-00359 (LTS) |
|  | ) |
| THE SPECIAL CLAIMS COMMITTEE OF THE | ) |
| FINANCIAL OVERSIGHT AND MANAGEMENT | ) |
| BOARD FOR PUERTO RICO, ACTING BY AND | ) |
| THROUGH ITS MEMBERS, | ) |
|  | ) |
| and | ) |
|  | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED | ) |
| CREDITORS OF ALL TITLE III DEBTORS | ) |
| (OTHER THAN COFINA), | ) |
|  | ) |
| as co-trustees of | ) |
|  | ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | ) |
| GOVERNMENT OF PUERTO RICO, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| DEFENDANT 1H-78H, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) Adv. Proc. No. 19-00361 (LTS) |

3

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| _____ | ) |
| | ) |
| THE SPECIAL CLAIMS COMMITTEE OF THE | ) |
| FINANCIAL OVERSIGHT AND MANAGEMENT | ) |
| BOARD FOR PUERTO RICO, ACTING BY AND | ) |
| THROUGH ITS MEMBERS, | ) |
| | ) |
| and | ) |
| | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED | ) |
| CREDITORS OF ALL TITLE III DEBTORS | ) |
| (OTHER THAN COFINA), | ) |
| | ) |
| as co-trustees of | ) |
| | ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | ) |
| GOVERNMENT OF PUERTO RICO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEFENDANT 1G-50G, *et al.*, | ) |
| | |
| Defendants. | |

----------------------------------------------------------------- X

### BONDHOLDERS' SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 17

Pursuant to Rules 7026 and 7033 of the Federal Rules of Bankruptcy Procedure, and

Federal Rules of Civil Procedure 26 and 33 incorporated therein, made applicable to this

proceeding by 48 U.S.C. § 2170, in connection with Adversary Proceedings Nos. 19-00356, 19-

00357, 19-00359, and 19-00361, Altair Global Credit Opportunities Fund (A), LLC, Andalusian

Global Designated Activity Company, Crown Managed Accounts for and on behalf of

Crown/PW SP, Glendon Opportunities Fund, L.P., LMA SPC for and on behalf of Map 98

4

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Segregated Portfolio, Mason Capital Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., Redwood Master Fund, Ltd, and SV Credit, L.P, secured creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (the "Bondholders"), hereby supplement their responses to Interrogatory No. 17.  The Bondholders further reserve the right to supplement, amend, or modify this response as necessary.

Subject to the Protective Order entered on January 10, 2020, the Bondholders represented by Jones Day provide the following supplemental response to Interrogatory No. 17:

The ERS Bonds that each Bondholder presently holds were purchased, by that Bondholder or by an affiliated fund, on the dates listed in the Exhibit for each respective Bondholder, attached to this Response.

The dates in the Exhibits for each respective Bondholder are highly confidential, including as to other ERS Bondholders.  Accordingly, the Exhibit that applies to any particular ERS Bondholder should not be disclosed, including to any other ERS Bondholder, without express permission in advance.

[*Signature Page on Next Page*]

5

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

In San Juan, Puerto Rico, today January 24, 2020.

/s/ Alfredo Fernández-Martínez
Alfredo Fernández-Martínez
DELGADO & FERNÁNDEZ, LLC
PO Box 11750
Fernández Juncos Station
San Juan, Puerto Rico 00910-1750
Tel. (787) 274-1414
Fax: (787) 764-8241
afernandez@delgadofernandez.com
USDC-PR 210511




Sarah Podmaniczky McGonigle
(application for pro hac vice pending)
David R. Fox (pro hac vice)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110
Tel. (617) 449-6943
Fax: (617) 449-6999
smcgonigle@jonesday.com
drfox@jonesday.com

/s/ Geoffrey S. Stewart
Bruce Bennett (pro hac vice)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Tel. (213) 489-3939
Fax: (213) 243-2539
bbennett@jonesday.com

Benjamin Rosenblum (pro hac vice)
JONES DAY
250 Vesey Street
New York, New York 10281
Tel. (212) 326-3939
Fax: (212) 755-7306
brosenblum@jonesday.com

Geoffrey S. Stewart (pro hac vice)
Matthew E. Papez (pro hac vice)
Sparkle L. Sooknanan (pro hac vice)
JONES DAY
51 Louisiana Ave. N.W.
Washington, DC 20001
Tel. (202) 879-3435
Fax: (202) 626-1700
gstewart@jonesday.com
mpapez@jonesday.com
ssooknanan@jonesday.com

*Counsel for Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf of Crown/PW SP, Glendon Opportunities Fund, L.P., LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., Redwood Master Fund, Ltd, and SV Credit, L.P.*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT A**

Altair Global Credit Opportunities Fund (A), LLC:  11/18/2013, 12/17/2013, 1/22/2014, 7/7/2014, 7/10/2014.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT B**

Andalusian Global Designated Activity Company:  7/14/2015, 7/16/2015, 7/22/2015, 7/29/2015, 8/5/2015, 8/6/2015, 8/11/2015, 8/13/2015, 9/2/2015, 9/16/2015, 9/17/2015, 9/22/2015, 10/21/2015, 3/15/2017, 3/16/2017, 3/17/2017, 4/5/2017, 4/12/2017, 4/17/2017, 8/11/2017, 8/20/2018, 2/19/2019, 3/5/2019.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT C**

Crown Managed Accounts for and on behalf of Crown/PW SP:  12/17/2018, 12/18/2018,
1/7/2019, 1/16/2019, 1/17/2019, 1/28/2019, 1/30/2019, 2/1/2019, 2/4/2019, 2/14/2019,
2/20/2019, 2/22/2019, 3/5/2019, 3/25/2019, 3/27/2019, 4/1/2019, 4/4/2019, 6/17/2019.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT D**

Glendon Opportunities Fund, L.P.:  9/15/2014, 10/27/2014, 3/6/2015, 3/9/2015, 3/12/2015, 4/28/2015.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT E**

LMA SPC for and on behalf of Map 98 Segregated Portfolio:  8/17/2018, 9/11/2018, 9/20/2018, 9/21/2018, 9/27/2018, 10/4/2018, 10/5/2018, 10/9/2018, 10/23/2018, 10/24/2018, 10/25/2018, 11/7/2018, 11/13/2018, 11/27/2018, 11/28/2018, 12/4/2018, 12/11/2018, 1/7/2019, 1/16/2019, 1/17/2019, 1/28/2019, 1/30/2019, 2/1/2019, 2/4/2019, 2/14/2019, 2/20/2019, 2/22/2019, 3/5/2019, 3/25/2019, 3/27/2019, 4/1/2019.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT F**

Mason Capital Master Fund LP: 12/16/2016, 12/19/2016, 12/20/2016, 1/30/2017, 1/31/2017,
2/13/2017, 2/14/2017, 2/15/2017, 2/17/2017, 2/21/2017, 2/28/2017, 3/3/2017, 3/8/2017,
4/12/2017, 4/17/2017, 4/24/2017, 7/10/2017, 7/12/2017, 8/31/2017, 10/4/2017, 10/13/2017,
10/16/2017, 10/25/2017, 3/12/2018, 9/20/2018, 10/17/2018, 10/23/2018, 10/24/2018,
10/25/2018, 10/30/2018, 1/7/2019, 1/10/2019, 1/14/2019, 1/16/2019, 1/17/2019, 1/29/2019,
1/30/2019, 1/31/2019, 2/12/2019, 6/17/2019.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT G

Oaktree-Forrest Multi-Strategy, LLC (Series B):  No ERS Bonds currently held.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT H**

Oaktree Opportunities Fund IX, L.P.: 5/28/14, 5/29/14, 6/17/14, 6/25/14, 6/27/14, 7/2/14, 7/3/14, 7/7/14, 7/8/14, 7/10/14, 7/22/14, 8/12/14, 10/29/14, 11/18/14, 5/1/15

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT I

Oaktree Opportunities Fund IX (Parallel), L.P.:  5/28/14, 5/29/14, 6/17/14, 6/25/14, 6/27/14, 7/2/14, 7/3/14, 7/7/14, 7/8/14, 7/10/14, 7/22/14, 8/12/14, 10/29/14, 11/18/14, 5/1/15

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT J**

Oaktree Opportunities Fund IX (Parallel 2), L.P.:  5/28/14, 5/29/14, 6/17/14, 6/25/14, 6/27/14, 7/2/14, 7/3/14, 7/7/14, 7/8/14, 7/10/14, 7/22/14, 8/12/14, 10/29/14, 11/18/14, 5/1/15

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT K**

Oaktree Huntington Investment Fund II, L.P.:  4/12/17, 4/13/17, 4/17/17, 4/20/17, 4/25/17,
4/28/17, 5/24/17

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT L**

Oaktree Opportunities Fund X, L.P.:  4/12/17, 4/13/17, 4/17/17, 4/20/17, 4/25/17, 4/28/17, 5/24/17

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT M**

Oaktree Opportunities Fund X (Parallel), L.P.:  4/12/17, 4/13/17, 4/17/17, 4/20/17, 4/25/17,
4/28/17, 5/24/17

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT N**

Oaktree Opportunities Fund X (Parallel 2), L.P.:  4/12/17, 4/13/17, 4/17/17, 4/20/17, 4/25/17, 4/28/17, 5/24/17

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT O

Oaktree Value Opportunities Fund Holdings, L.P.:  No ERS Bonds currently held.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT P**

Oceana Master Fund Ltd.:  8/17/2018, 9/11/2018, 9/20/2018, 9/21/2018, 9/27/2018, 10/4/2018,
10/5/2018, 10/9/2018, 10/23/2018, 10/24/2018, 10/25/2018, 11/7/2018, 11/13/2018, 11/27/2018,
11/28/2018, 12/4/2018, 12/11/2018, 1/7/2019, 1/16/2019, 1/17/2019, 1/28/2019, 1/30/2019,
2/1/2019, 2/4/2019, 2/14/2019, 2/20/2019, 2/22/2019, 3/5/2019, 3/25/2019, 3/27/2019, 4/1/2019,
4/4/2019, 6/17/2019

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT Q

Ocher Rose, L.L.C:  5/8/2014, 7/9/2014, 7/10/2014, 7/14/2014, 7/15/2014, 7/16/2014, 7/23/2014, 8/28/2014, 5/4/2015, 7/16/2015, 8/6/2015, 8/11/2015, 11/3/2016, 2/2/2017, 2/7/2017, 2/9/2017, 4/17/2017, 6/1/2017, 6/8/2017, 6/14/2017, 7/20/2017, 7/21/2017, 7/26/2017.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT R**

Pentwater Merger Arbitrage Master Fund Ltd.:  10/9/2018, 10/10/2018, 10/16/2018, 10/23/2018,
10/24/2018, 10/25/2018, 11/7/2018, 11/13/2018, 11/27/2018, 11/28/2018, 12/4/2018,
12/11/2018, 1/7/2019, 1/16/2019, 1/17/2019, 1/28/2019, 1/30/2019, 2/1/2019, 2/4/2019,
2/14/2019, 2/20/2019, 2/22/2019, 3/5/2019, 3/25/2019, 3/27/2019, 4/1/2019, 4/4/2019,
6/17/2019.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT S**

PWCM Master Fund Ltd.:  8/17/2018, 9/11/2018, 9/20/2018, 9/21/2018, 9/27/2018, 10/4/2018,
10/5/2018, 10/9/2018, 10/23/2018, 10/24/2018, 10/25/2018, 11/7/2018, 11/13/2018, 11/27/2018,
11/28/2018, 12/4/2018, 12/11/2018, 1/7/2019, 1/16/2019, 1/17/2019, 1/28/2019, 1/30/2019,
2/1/2019, 2/4/2019, 2/14/2019, 2/20/2019, 2/22/2019, 3/5/2019, 3/25/2019, 3/27/2019, 4/1/2019,
4/4/2019, 6/17/2019.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT T**

Redwood Master Fund, Ltd:  10/7/2013, 8/20/2018, 8/21/2018, 8/22/2018, 9/6/2018, 10/24/2018, 11/28/2018, 12/4/2018, 12/12/2018, 12/13/2018, 1/16/2019, 1/28/2019, 1/29/2019.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT U

SV Credit, L.P.: 7/10/2014, 7/16/2015, 10/5/2016, 1/25/2017

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## **VERIFICATION**

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I, Christopher Delaney, being duly sworn, state that I am an agent of Altair Global Credit Opportunities Fund (A), LLC and Glendon Opportunities Fund, L.P., that I have read the foregoing Bondholders' Supplemental Responses to Interrogatory No. 17 and Exhibits A and D thereto (but not the other Exhibits thereto), and that the factual answers set forth in Exhibits A and D of the Bondholders' response are true and correct to the best of my knowledge, information, and belief.

By: _____
                    Affiant

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate
is attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of LOS ANGELES

Subscribed and sworn to (or affirmed) before me on this 23rd
day of JANUARY , 20 20 , by CHRISTOPHER DELANEY

proved to me on the basis of satisfactory evidence to be the
person(s) who appeared before me.

ALYSSA SUSAN ELLARD
Notary Public · California
Los Angeles County
Commission # 2231858
My Comm. Expires Feb 23, 2022
(Seal)                                    Signature _Alyssa S. Ellard_

## VERIFICATION

STATE OF New Jersey    )
                       )
COUNTY OF Essex        )


I, James E. Bolin, being duly sworn, state that I am an agent of Andalusian Global Designated Activity Company, that I have read the foregoing Bondholders' Supplemental Responses to Interrogatory No. 17 and Exhibit B thereto (but not the other Exhibits thereto), and that the factual answer set forth in Exhibit B of the Bondholders' response is true and correct to the best of my knowledge, information, and belief.

By: _James E. Bolin_
        Affiant


Subscribed and sworn to before me on this January 21, 2020.


_____
Notary Public


My commission expires: April 1, 2020



OFFICIAL SEAL
SUSAN J. DONOVAN
NOTARY PUBLIC - NEW JERSEY
My Comm. Expires April 1, 2020

## **VERIFICATION**

STATE OF NEW YORK       )
                                 )
COUNTY OF NEW YORK    )

I, James McGovern, being duly sworn, state that I am an agent of Mason Capital Master Fund, LP, that I have read the foregoing Bondholders' Supplemental Responses to Interrogatory No. 17 and Exhibit F thereto (but not the other Exhibits thereto), and that the factual answer set forth in Exhibit F of the Bondholders' response is true and correct to the best of my knowledge, information, and belief.

By: _____
                      Affiant

Subscribed and sworn to before me on this _Jan 17_, 2020.


_____
Notary Public

My commission expires: ___4/2/20___

KRISTINA WALL
NOTARY PUBLIC-STATE OF NEW YORK
No. 01WA6268817
Qualified In New York County
My Commission Expires 04-02-2020

## **VERIFICATION**

STATE OF CALIFORNIA          )
                             )
COUNTY OF LOS ANGELES        )


I, Jordan Mikes, being duly sworn, state that I am an agent of Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., that I have read the foregoing Bondholders' Supplemental Responses to Interrogatory No. 17 and Exhibits G, H, I, J, K, L, M, N and O thereto (but not the other Exhibits thereto), and that the factual answers set forth in Exhibits G, H, I, J, K, L, M, N and O of the Bondholders' response are true and correct to the best of my knowledge, information, and belief.

By:_____
                    Affiant

                    Jordan Mikes


## **CERTIFICATE FOR JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.


State of California          )
County of Los Angeles        )

        Subscribed and sworn to (or affirmed) before me on this 22nd day of January, 2020, by Derek Smith, who proved to me on the basis of satisfactory evidence to be the person who appeared before me.



REBECCA SUSAN KESSEL
Notary Public – California
Los Angeles County
Commission # 2189550
My Comm. Expires Apr 2, 2021

_____
Rebecca Susan Kessel
Notary Public

        (Seal of Notary)

## **VERIFICATION**

STATE OF ___New York___ )
                                              )
COUNTY OF ___New York___ )


I, ___Adrianna Cano___, being duly sworn, state that I am an agent of Ocher Rose, L.L.C., that I have read the foregoing Bondholders' Supplemental Responses to Interrogatory No. 17 and Exhibit Q thereto (but not the other Exhibits thereto), and that the factual answer set forth in Exhibit Q of the Bondholders' response is true and correct to the best of my knowledge, information, and belief.

By:_____
                                        Affiant



Subscribed and sworn to before me on this ___January 24___, 2020.




_____
Notary Public


My commission expires: ___May 18, 2023___


DIANA M CHAFFEE
Notary Public, State of New York
No.01CH6155867
Qualified in New York County
Commission Expires 5/18/2023

## **VERIFICATION**

STATE OF _Illinois_    )
                                        )
COUNTY OF _Cook_    )


I, _Luke Corning_ , being duly sworn, state that I am an agent of Crown Managed Accounts for and on behalf of Crown/PW SP, LMA SPC for and on behalf of Map 98 Segregated Portfolio, Oceana Master Fund Ltd., Pentwater Merger Arbitrage Master Fund Ltd., and PWCM Master Fund Ltd., that I have read the foregoing Bondholders' Supplemental Response to Interrogatory No. 17 and Exhibits C, E, P, R, and S thereto (but not the other Exhibits thereto), and that the factual answers set forth in Exhibits C, E, P, R, and S of the Bondholders' response are true and correct to the best of my knowledge, information, and belief.


By: _____
                            Affiant


Subscribed and sworn to before me on this _Jan 21st_ , 2020.



_____
Notary Public

My commission expires: _May 15, 2023_

KAROLINA A PAWLIK
Official Seal
Notary Public - State of Illinois
My Commission Expires May 15, 2023

## **VERIFICATION**

STATE OF ___New Jersey___ )

COUNTY OF ___Bergen___ )

I, ___Justin Boyer___, being duly sworn, state that I am an agent of Redwood Master Fund, Ltd. that I have read the foregoing Bondholders' Supplemental Response to Interrogatory No. 17 and Exhibit T thereto (but not the other Exhibits thereto), and that the factual answer set forth in Exhibit T of the Bondholders' response is true and correct to the best of my knowledge, information, and belief.

By: _____

Affiant

Subscribed and sworn to before me on this ___Jan. 23rd___, 2020.

_____

Notary Public

My commission expires: _____

JANET BERKANISH
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES MAR. 29, 2020

JANET BERKANISH
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES MAR. 29, 2020

## **VERIFICATION**

STATE OF _New York_    )
                        )
COUNTY OF _New York_    )


I, _Susanne V. Clark_, being duly sworn, state that I am an agent of SV Credit, L.P., that I have read the foregoing Bondholders' Supplemental Responses to Interrogatory No. 17 and Exhibit U thereto (but not the other Exhibits thereto), and that the factual answer set forth in Exhibit U of the Bondholders' response is true and correct to the best of my knowledge, information, and belief.

By: _____
                Affiant


Subscribed and sworn to before me on this 22nd day of January, 2020.


_____
Notary Public


My commission expires: _June 12th, 2021_


JOY BECKHAM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BE6060605
Qualified in Westchester County
Commission Expires June 12, 2021

