## **EXHIBIT 36**

CONFIDENTIAL
Dr. William Hildreth – August 10, 2020

Page 1

1          IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF PUERTO RICO
2                  PROMESA TITLE III
             CASE NO:  17-BK-03283 (LTS)
3
     IN RE:  THE FINANCIAL OVERSIGHT AND
4    MANAGEMENT BOARD FOR PUERTO RICO
               as representative of
5
     THE COMMONWEALTH OF PUERTO RICO, et al.,
6             Debtor(s).
     _____
7          IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF PUERTO RICO
8                  PROMESA TITLE III
9            CASE NO:  17-BK-03566 (LTS)

10   IN RE:  THE FINANCIAL OVERSIGHT AND
     MANAGEMENT BOARD FOR PUERTO RICO
11             as representative of

12   THE EMPLOYEES RETIREMENT SYSTEM OF THE
     GOVERNMENT OF THE COMMONWEALTH OF PUERTO
13   RICO,
               Debtor(s).
14   _____

15

16

17                  CONFIDENTIAL

18

19       REMOTE VIDEOTAPED EXPERT DEPOSITION UNDER

20              ORAL EXAMINATION OF

21              DR. WILLIAM HILDRETH

22              DATE: August 10, 2020

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR

CONFIDENTIAL
Dr. William Hildreth - August 10, 2020

1    else, but that doesn't remove the reality of

2    the financial transaction itself, this step

3    in the life of that transaction.

4        Q    Dr. Hildreth, are you aware of any

5    court decisions that hold that underwriters

6    are lenders?

7        A    I'm not a lawyer, and I don't look

8    at cases all the time.  I look at them for

9    other purposes.

10        But I haven't examined any, no.

11        Q    Have you looked into -- again, as a

12    non-lawyer even, have you looked at any -- as

13    someone that the bondholders -- certain

14    bondholders are proffering as an expert in

15    this case, have you looked at any Puerto Rico

16    statutes, laws, or regulations that say that

17    underwriters are lenders?

18        A    I haven't looked for any laws other

19    than ones I've cited here.  Of course, in the

20    prior case, there were some laws, but I

21    haven't looked back as those.

22        So I have not looked at any, no.

23        Q    Which documents evidence the loan

24    that you say the underwriters made to ERS?

25        A    The transcript provides the -- the