**EXHIBIT 39**

Filed:09/11/20  Entered:09/11/20 21:53:14  Desc: hibit 39   Page 2 of 15

# DIRECT PLACEMENT OF CORPORATE SECURITIES



E. RAYMOND COREY
DAN THROOP SMITH

# CHAPTER I

## *A Preliminary Appraisal*

AMONG the most significant of the fundamental changes that have taken place in corporate financing since the early 1930's has been the increasing reliance by American industry on direct financing. The traditional approach to the flotation of security issues — distribution of security issues through investment bankers to large numbers of investors in the public capital markets — is yielding in importance to the private sale of entire issues directly to one or a few institutional investors. The tremendous growth in institutional savings over the past 30 years, especially in the form of life insurance reserves, has been a necessary condition to this trend in business finance.

In the four postwar years, 1946–1949, direct placements of $9.9 billion accounted for 36.7% of total corporate security flotations amounting to an unprecedented $26.8 billion. In 1948 alone, direct placements in the amount of $3.3 billion represented 45% of corporate flotations in that year (Exhibit 1).

### THE MATTER OF DEFINITION

Direct or private placement can be appropriately regarded as a *method of negotiation and sale*. There are no specific characteristics by which a directly placed security issue may be distinguished *in form or in content* from securities traded in the public markets.

*Direct placement refers therefore to the procedure in which the corporate issuer and the institutional investor deal directly with each other, with or without the aid of an intermediary, in establishing the terms of a security issue, and in which title to the security, or securities, is taken directly by the final holder.* Securities negotiated and sold by this method are *directly* placed in the sense that they are not first sold to

[ 3 ]

*Direct Placement of Corporate Securities*

intermediate owners (e.g., investment bankers) who have purchased with the intent of reselling. These securities are alternatively referred to as *private* placements because they fall under the provision of the Securities Act of 1933 which exempts from registration with the Securities and Exchange Commission "transactions by an issuer not involving any *public* offering." (Italics added.)

For purposes of this study, it is useful to qualify the above definition by excluding from its meaning "term lending by commercial banks." The close similarity between directly placed debt issues and term loans has frequently been noted. Covenants that tend to be characteristic of one are often found in the other, and both involve direct negotiation between the borrower and the lender. Term loans, however, are typically made for smaller amounts and for shorter maturities than are direct placements. These distinctions are significant, and therefore the inclusion of term loans within the meaning of direct placements would be inappropriate.

It may be noted, as well, that the definition is not intended to include the purchase, for investment and not for resale, of securities which were floated under open competitive bidding procedures. Even though in such an instance title to the security is taken directly by the final holder, these issues have, of course, been offered publicly, and their terms were established in final form prior to being offered. Thus no opportunity was provided for direct negotiation between the issuer and the lender.

### DIRECT PLACEMENT STATISTICALLY DESCRIBED

In the initial examination which follows,[1] direct placement financing will be broadly described in an effort to answer such questions as these: What is the nature of the market for

---

[1] *Statistical Note* The statistical data used in the analysis of the direct placements acquired by the 18 largest life insurance companies (Exhibits 2–6 and 8) have been developed from the reports which life companies are required to make annually to the insurance departments of those states in which the companies write policies In Schedule D, Part III, of the report form are listed bonds and stocks acquired during the calendar year. For each security added to a company's portfolio during the year, the company must report in Part III the type of security, the date of purchase, the date of

[ 4 ]

*A Preliminary Appraisal*

direct placements? i.e., who invests in these securities? What sizes and kinds of corporations are financed through private placement? How large are these issues? Of what maturities? In what forms are direct placements typically issued: bonds, preferred stocks, common stocks, etc.? A description of direct placement financing framed in these terms serves to mark out the areas requiring detailed examination in this study.

*The Institutional Investor*

The market for direct placements consists almost exclusively of institutional investors; among this group life insurance companies are by far the predominant purchasers. In 1947, 93% of the total volume of privately negotiated securities was taken by life companies and less than 3% went to banks.[2] Securities and Exchange Commission data indicate further that life company predominance in the direct placement field had been well established prior to World War II.

---

maturity, the name of the issuing corporation, the name of the vendor, the total cost of the issue to the insurance company, and its principal amount. Private placements can be distinguished from public offerings in these records by comparing the name of the issuing corporation with the name of the vendor. Where the two are identical, or where the word "direct" or "private" has been used in the "Vendor" column, the issue was placed directly

This method of identifying direct placements is sufficiently accurate to serve the purposes for which it has been used here. It does not enable us, however, to differentiate issues obtained by life insurance companies through competitive bidding from those acquired by direct negotiation. The former are known to be rare, however, and the resultant inaccuracy introduced into the data on direct placements is regarded as negligible.

The dollar value figures used for debt issues represent "principal amount" and not "cost to company." "Cost to company" was the value figure used for stock issues. In developing data regarding the number of direct placements, issues in which more than one of the 18 life companies participated were nevertheless regarded as single issues.

Figures representing total acquisitions of both direct placements and all corporate securities were adjusted to leave out issues having maturities of less than one year. These issues, consisting in large part of 30- to 90-day discount notes, were excluded to avoid any distortion in the annual figures that might otherwise result.

[2] Financial Analysis Section, Securities and Exchange Commission, July 28, 1949. See Hearings before the Subcommittee on Study of Monopoly Power of the House Committee on the Judiciary, *Study of Monopoly Power*, Serial No 14, Part 1, 81st Congress, 1st Session (Washington, Government Printing Office, 1949), p. 476.

[ 5 ]

*Direct Placement of Corporate Securities*

From the investor's point of view, the area of study may be even more sharply defined by focusing on the largest life companies. Of over 580 life insurance companies in the United States, the 18 largest account for approximately 80% of the total admitted assets of all life companies taken in the aggregate. These investors tend to have a much greater percentage of their portfolios in direct placements than the smaller insurance companies have. A conservative estimate would be that the direct placements acquired by the 18 largest companies represent almost 90% by dollar amount of all directly negotiated securities. Much useful information can

EXHIBIT 2. DIRECT PLACEMENTS COMPARED TO ALL CORPORATE SECURITIES ACQUIRED BY 18 LARGE LIFE INSURANCE COMPANIES, 1946–1949
(Dollar amounts in millions)

| | Bonds | | | Stocks | | |
|---|---|---|---|---|---|---|
| Year | Rails | Utilities | Industrial and Miscellaneous | Preferred | Common | Total |
| | | | Direct Placements | | | |
| 1946 | $2.1 | $271.3 | $1,465 5 | $13.9 | $0 3 | $1,753.1 |
| 1947 | | 466.7 | 1,646.7 | 62 4 | 0 3 | 2,176.1 |
| 1948 | 38.0 | 536.2 | 2,220.9 | 52.5 | | 2,847.6 |
| 1949 | 21 0 | 524.0 | 1,604.1 | 30.1 | 0 2 | 2,179.4 |
| Total | $61.1 | $1,798 2 | $6,937 2 | $158.9 | $0.8 | $8,956.2 |
| | | | Total Acquisitions | | | |
| 1946 | $324 6 | $859.6 | $1,778.1 | $184.1 | $42 6 | $3,189.0 |
| 1947 | 266 9 | 1,593 5 | 1,903.5 | 183.6 | 14 9 | 3,962 4 |
| 1948 | 196 0 | 1,575.0 | 2,310 0 | 98.7 | 14 9 | 4,194 6 |
| 1949 | 99 0 | 1,090.0 | 1,920 9 | 138 2 | 34.8 | 3,282 9 |
| Total | $886 5 | $5,118.1 | $7,912.5 | $604.6 | $107.2 | $14,628 9 |
| | | Direct Placements as a Percentage of Total Acquisitions | | | | |
| 1946 | 0 6% | 31 6% | 82 4% | 7 5% | 0.8% | 55 0% |
| 1947 | 0 0 | 29 0 | 86.5 | 36 6 | 2.5 | 54 9 |
| 1948 | 19 4 | 34 0 | 96.1 | 53.2 | 0 0 | 67.9 |
| 1949 | 21 2 | 48.1 | 83 5 | 21 8 | 0 4 | 66 4 |
| 1946–1949 | 6 9% | 35.0% | 87.7% | 27 1% | 0.8% | 61.2% |

SOURCE: Computed from annual reports submitted by the 18 largest life insurance companies to the Division of Insurance of the Massachusetts Department of Banking and Insurance. See Statistical Note, p. 4

[ 6 ]

*A Preliminary Appraisal*

be developed through a concentration of focus on the private placements acquired by these 18 companies without sacrificing significantly on over-all coverage.

To what extent are the corporate securities held by these large companies acquired through direct negotiation? In the four-year period, 1946–1949, this group of companies invested $8.95 billion, 61% of the total amount they invested in corporate securities, in directly negotiated issues (Exhibit 2). It is striking to note that 87.7% by dollar amount of the industrial and miscellaneous bonds acquired were direct placements. Only 35% of their acquisitions of public utility bonds and 6.9% of railroad bonds were purchased directly, while 27.1% of preferred stock and 0.8% of common stock acquisitions were privately negotiated. The over-all ratio of direct placements to total acquisitions of corporate securities, 61%, was heavily weighted by the large volume of industrial and miscellaneous bonds.

Substantial differences are evident among the 18 companies in the extent to which their securities acquisitions are concentrated in direct placements. The principal amount of private placements as a percentage of the total dollar amount of corporate securities purchased by each of these companies varied over the period studied from 8% to 83%. Only as a rough generalization is it possible to say that the larger the company the greater the tendency to concentrate its acquisitions in direct placements (Exhibit 3).

Although the great majority of direct placements were negotiated and purchased by life companies acting singly, two or more of the 18 companies frequently participated in the purchase of large direct placements. In the 1946–1949 period, each of 344 directly negotiated issues (45% by total dollar amount) was shared by two or more of these institutional investors. It has been estimated that 62 direct placements (out of 2,002) each involved from 5 to 14 participating purchasers — all among the 18 large life companies. It was impossible to tell, of course, from the data that were examined how many other institutional investors, in addition to the 18 companies, shared in these issues.

[ 7 ]

*Direct Placement of Corporate Securities*

EXHIBIT 3. DIRECT PLACEMENTS COMPARED TO ALL CORPORATE SECURITIES ACQUIRED BY EACH OF 18 LARGE LIFE INSURANCE COMPANIES, 1946–1949

(Dollar amounts in millions)

| Life Insurance Companies (Listed in Order of Size) | Direct Placements | Total Acquisitions | Direct Placements as a Percentage of Total Acquisitions |
|---|---|---|---|
| Metropolitan Life Insurance Company | $2,353 4 | $3,154 5 | 74.6% |
| The Prudential Insurance Company of America | 1,408.1 | 1,681 6 | 83 7 |
| The Equitable Life Assurance Society of the United States | 1,892.8 | 2,515 7 | 75 2 |
| New York Life Insurance Company | 616 5 | 1,505 4 | 41 0 |
| John Hancock Mutual Life Insurance Company | 472.1 | 942 1 | 50 1 |
| Northwestern Mutual Life Insurance Company | 377 8 | 759 3 | 50 0 |
| The Mutual Life Insurance Company of New York | 509 5 | 874 7 | 58 3 |
| The Travelers Insurance Company | 85 4 | 258.0 | 33 1 |
| Aetna Life Insurance Company | 154.6 | 460 3 | 33 6 |
| Massachusetts Mutual Life Insurance Company | 379 5 | 570 2 | 66 6 |
| The Penn Mutual Life Insurance Company | 258 6 | 445 4 | 58.1 |
| Mutual Benefit Life Insurance Company | 122 3 | 261.3 | 46 8 |
| New England Mutual Life Insurance Company | 139 7 | 433 1 | 32 3 |
| Connecticut Mutual Life Insurance Company | 57.9 | 205.9 | 28 1 |
| Connecticut General Life Insurance Company | 18 2 | 169 7 | 10 7 |
| Union Central Life Insurance Company | 11 0 | 136.4 | 8.0 |
| Provident Mutual Life Insurance Company | 91.3 | 190 3 | 48 0 |
| Phoenix Mutual Life Insurance Company | 7 5 | 65 0 | 11 6 |
| Total | $8,956 2 | $14,628 9 | 61 2% |

SOURCE: Computed from annual reports submitted by the 18 largest life insurance companies to the Division of Insurance of the Massachusetts Department of Banking and Insurance See Statistical Note, p 4

[ 8 ]

## A Preliminary Appraisal

### Form, Size, and Maturity of Direct Placements

The direct placements acquired by the 18 large life companies consist overwhelmingly of debt issues. Preferred and common stocks together account for only 1.8% by dollar amount of all direct placements (Exhibit 4).

Approximately half of the debt issues by both dollar amount and number were negotiated as notes. Even though the note form has been customarily associated with short-term obligations, its use in direct placement seems to be without reference to the short-term or long-term nature of the agreement. Almost three-quarters, by dollar amount, of all note issues provided for final maturities of 15 years or longer.

EXHIBIT 4 DIRECT PLACEMENTS ACQUIRED BY 18 LARGE LIFE INSURANCE COMPANIES, 1946–1949, CLASSIFIED BY FORM OF SECURITY

| Form of Security | Amount | Percentage of Total Amount | Number | Percentage of Total Number |
|---|---|---|---|---|
| Debentures | $1,891,864,772 | 21.1% | 260 | 13 0% |
| Mortgage Bonds | 2,406,589,781 | 26 9 | 628 | 31 4 |
| Notes | 4,421,502,445 | 49 4 | 999 | 49 9 |
| Preferred Stocks | 158,858,344 | 1 8 | 80 | 4 0 |
| Common Stocks | 828,125 | | 8 | 0.4 |
| Miscellaneous * | 76,545,635 | 0 8 | 27 | 1 3 |
| Total | $8,956,189,102 | 100 0% | 2,002 | 100 0% |

*Convertible debentures, equipment trust certificates, etc

SOURCE: Computed from annual reports submitted by the 18 largest life insurance companies to the Division of Insurance of the Massachusetts Department of Banking and Insurance. See Statistical Note, p 4.

Direct placements are typically made for relatively large amounts. Thus 60% of the total number and 96% of the total amount of all issues negotiated directly by the 18 large life companies between 1946 and 1949 were for amounts over $1 million (Exhibit 5). Eight of these issues, amounting in the aggregate to $1,067 million, were made for principal amounts of $100 million and over. The largest single direct placement financing of record was the issue of 4% 20-year bonds of the Shell Caribbean Petroleum Company. Eight of

[ 9 ]

*Direct Placement of Corporate Securities*

EXHIBIT 5. DIRECT PLACEMENTS ACQUIRED BY 18 LARGE LIFE INSURANCE COMPANIES, 1946–1949, CLASSIFIED BY THE PRINCIPAL AMOUNT OF ISSUE

| Principal Amount * (in thousands) | Amount | Percentage of Total Amount | Number | Percentage of Total Number |
|---|---|---|---|---|
| Under $50 | $   306,128 | 0.0% | 11 | 0 6% |
| $ 50–$ 100 | 2,103,962 | 0.0 | 31 | 1.6 |
| 100– 200 | 11,625,759 | 0.1 | 85 | 4.2 |
| 200– 500 | 90,731,319 | 1.0 | 289 | 14.4 |
| 500– 1,000 | 243,604,445 | 2.7 | 375 | 18 7 |
| 1,000– 2,000 | 585,764,250 | 6.5 | 452 | 22.6 |
| 2,000– 5,000 | 1,114,438,072 | 12.4 | 382 | 19.1 |
| 5,000– 10,000 | 1,131,414,420 | 12.6 | 177 | 8.8 |
| 10,000– 20,000 | 1,283,879,000 | 14.3 | 98 | 4.9 |
| 20,000– 50,000 | 2,119,591,747 | 23.9 | 73 | 3.7 |
| 50,000– 100,000 | 1,305,205,000 | 14.6 | 21 | 1.0 |
| 100,000 and over | 1,067,525,000 | 11.9 | 8 | 0.4 |
| Total | $8,956,189,102 | 100.0% | 2,002 | 100.0% |

* Stock issues are included in these data on an actual cost basis.

SOURCE: Computed from annual reports submitted by the 18 largest life insurance companies to the Division of Insurance of the Massachusetts Department of Banking and Insurance. See Statistical Note, p. 4.

the 18 largest life insurance companies purchased $235 million of these securities, with one company, Metropolitan Life Insurance Company, contributing $100 million of this amount.[3] This single commitment on the part of Metropolitan Life, and a loan of an equal amount made by The Equitable Life Assurance Society to the Gulf Oil Corporation, stand as the largest amounts invested by single life companies in one corporate issue.

Issues under $50,000 in size aggregated only about ½ of 1% of the total number of directly placed issues and accounted for $306,000 out of total direct placements valued at $8.95 billion. Of course, if the data from which this information is derived were to cover all life insurance companies, the *number* of issues under $50,000 would represent a more significant fraction of the total number.

The directly negotiated debt securities acquired by these

---

[3] The Sun Life Assurance Company of Canada and the Carnegie Corporation also participated to bring the total amount of the issue to $250 million.

## A Preliminary Appraisal

large life companies are predominantly long-term. Over 96% by dollar amount of the issues and over 93% by number were negotiated with final maturities of eight years or longer. Eighty-five per cent by principal amount of these securities had final maturities of 13 to 40 years (Exhibit 6).

It should be noted here that the largest life companies frequently purchase short-term paper, typically in the form of 30- to 90-day discount notes, directly from corporate borrowers. These securities have been used as a temporary outlet for idle cash, and, because of the short maturities involved, this debt may be "turned over" several times in a year. These discount notes are predominantly the obligations of short-term credit companies. Because these amounts would distort the measure of total corporate security acquisitions on an annual basis, they have been omitted from the data given in Exhibits 2–6 and 8.

### The Corporate Issuer in Direct Placement

Direct financing has been undertaken primarily by medium- and large-size firms. Data developed on the directly placed debt issues held in the portfolios of 17 large life companies in

EXHIBIT 6. DIRECT PLACEMENTS ACQUIRED BY 18 LARGE LIFE INSURANCE COMPANIES, 1946–1949, CLASSIFIED BY NUMBER OF YEARS TO FINAL MATURITY

| Number of Years | Amount | Percentage of Total Amount | Number | Percentage of Total Number |
|---|---|---|---|---|
| 1– 2 | $ 4,650,000 | 0.1% | 3 | 0 2% |
| 3– 7 | 294,883,132 | 3 3 | 126 | 6.6 |
| 8–12 | 1,000,095,984 | 11.4 | 457 | 23 9 |
| 13–17 | 2,366,171,681 | 26 9 | 579 | 30 2 |
| 18–22 | 3,196,785,658 | 36.3 | 338 | 17.6 |
| 23–27 | 1,047,199,000 | 11.9 | 202 | 10.5 |
| 28–32 | 722,540,106 | 8.2 | 195 | 10.2 |
| 33–37 | 124,715,072 | 1.4 | 9 | 0.5 |
| 38–40 | 39,462,000 | 0.5 | 5 | 0.3 |
| Total | $8,796,502,633 | 100.0% | 1,914 | 100 0% |

SOURCE· Computed from annual reports submitted by the 18 largest life insurance companies to the Division of Insurance of the Massachusetts Department of Banking and Insurance. See Statistical Note, p. 4.

[ 11 ]

:17-03283-LTS Doc#:14250-39 Filed:09/11/20 Entered:09/11/20 21:53:14
Exhibit 39 Page 12 of 15

*Direct Placement of Corporate Securities*

1948 indicate that only 0.32% by dollar amount of these securities were issued by corporations having less than $1 million in total assets. Over 88% had been issued by corporations each having more than $10 million in total assets (Exhibit 7).

Life company direct placement financing has been broadly spread over all segments of industry. As would be expected, however, areas which were expanding most rapidly in the

EXHIBIT 7. DIRECTLY PLACED CORPORATE BOND ISSUES HELD IN THE PORTFOLIOS OF 17 LARGE LIFE INSURANCE COMPANIES,* CLASSIFIED BY ASSET SIZE OF ISSUING CORPORATION, 1948

(Dollar amounts in thousands)

| Size of Obligor † | Amount of Issues ‡ | Percentage of Total |
|---|---|---|
| Under $500 | $ 4,669 | 0 07% |
| $500 to $1,000 | 17,511 | 25 |
| $1,000 to $2,000 | 76,690 | 1 09 |
| $2,000 to $5,000 | 307,420 | 4 37 |
| $5,000 to $10,000 | 387,205 | 5 50 |
| $10,000 to $20,000 | 620,700 | 8 81 |
| $20,000 to $50,000 | 1,073,790 | 15 25 |
| $50,000 to $100,000 | 895,785 | 12 72 |
| $100,000 to $200,000 | 1,050,046 | 14 91 |
| $200,000 to $500,000 | 1,132,310 | 16 08 |
| $500,000 to $1,000,000 | 1,001,230 | 14 22 |
| $1,000,000 and over | 438,027 | 6 22 |
| Information lacking | 36,077 | .51 |
| Total | $7,041,459 | 100 00 |

* The 18 largest life companies with the exception of The Equitable Life Assurance Society.
† After financing.
‡ Dollar figures are based on "cost of issue" and not on "principal amount."
NOTE: Components may not add to totals because of rounding.
SOURCE: Investment Research Department of the Life Insurance Association of America.

postwar years attracted the greatest investment of life company funds. Out of $8.95 billion of total private financing by the 18 large life insurance companies in the 1946–1949 period, $4.34 billion, over 48% of the total, went to finance five major industries as follows: chemicals and allied prod-

[ 12 ]

ucts, $601 million; oil production, transportation, and refining, $1,565 million; natural gas production and gas pipe lines, $673 million; electric light and power, $629 million; short-term credit agencies (except banks), $872 million (Exhibit 8).

### PLAN OF APPROACH

In succeeding chapters direct placement will be examined both from the viewpoint of the institutional investor and from the viewpoint of the corporate issuer. The life insurance companies' approach to direct negotiation is conditioned to a large extent by the necessity of finding legally qualified investment outlets for their ever-increasing funds. The chapter which follows finds, in an examination of the over-all problems associated with the investment of life company funds, much of the explanation of the degree to which, and the characteristic ways in which, direct placement has developed.

The discussion examines, in Chapters III–V, the reasoning behind the evident preference for direct financing on the part of many business managements, and determines the conditions under which companies prefer the alternative of public flotation of security issues.

In somewhat the same way, the institutional investor faces a choice between the public and the private markets. Chapter VI deals with the considerations which bear on his choice between purchasing publicly offered securities and negotiating directly with corporate issuers.

Chapter VII provides an appraisal of the bargaining nature of private negotiations and the terms which typically result. There follows in a succeeding chapter an examination of the long-term relationship between the corporate issuer and the institutional investor that may evolve through the medium of a directly negotiated instrument. Unfortunately, conclusions in this area are difficult to arrive at because the relationship in question cannot be viewed against a background of long experience.

A great deal of the information relative to the selection of

*Direct Placement of Corporate Securities*

EXHIBIT 8. DIRECT PLACEMENTS ACQUIRED BY 18 LARGE LIFE INSURANCE COMPANIES, 1946–1949, CLASSIFIED BY TYPE OF BUSINESS FINANCED

| Type of Business | Amount |
|---|---:|
| Mining and Quarrying | |
|     Mining: Metal, Anthracite, and Bituminous Coal | $ 24,243,750 |
|     Crude Petroleum Production | 204,876,769 |
|     Natural Gas Production | 36,049,205 |
|         Total Mining and Quarrying | (265,169,724) |
| Manufacturing | |
|     Food and Kindred Products | 376,195,000 |
|     Beverages | 153,838,219 |
|     Tobacco Manufactures | 324,000,000 |
|     Cotton Manufactures | 33,510,979 |
|     Textile-Mill Products, except Cotton | 132,780,000 |
|     Apparel and Products Made from Fabrics | 27,925,000 |
|     Leather and Products | 9,417,000 |
|     Rubber Products | 116,795,000 |
|     Lumber and Timber Basic Products | 13,750,000 |
|     Furniture and Finished Lumber Products | 16,672,607 |
|     Paper and Allied Products | 225,334,000 |
|     Printing and Publishing Industries | 74,015,990 |
|     Chemicals and Allied Products | 600,980,277 |
|     Petroleum Products | 868,918,985 |
|     Stone, Clay, and Glass Products | 54,405,000 |
|     Iron, Steel, and Products | 309,935,000 |
|     Nonferrous Metals and Their Products | 136,734,000 |
|     Electrical Machinery and Equipment | 317,901,488 |
|     Machinery, except Transportation Equipment and Electrical | 368,782,083 |
|     Automobiles and Equipment, except Electrical | 223,010,000 |
|     Transportation Equipment, except Automobiles | 90,562,000 |
|     Other | 750,000 |
|         Total Manufacturing | (4,476,212,628) |
| Public Utilities | |
|     Transportation | |
|         Railroads | 54,011,898 |
|         Railways, Street, Suburban and Interurban | 26,818,920 |
|         Air Transportation | 44,000,000 |
|         Pipe Line Transportation, Gas | 636,535,993 |
|         Pipe Line Transportation, Oil | 222,260,000 |
|         Oil Tankers | 269,174,472 |
|         Other | 10,715,000 |
|             Total Transportation | (1,263,516,283) |

[ 14 ]

A Preliminary Appraisal

EXHIBIT 8 (Continued)

| Type of Business | Amount |
|---|---|
| Telephone and Telegraph Communication | 153,773,700 |
| Electric Light and Power | 629,184,950 |
| Gas, Distribution and Manufacture | 308,086,000 |
| Water | 88,211,964 |
| Other | 4,615,000 |
| Total Public Utilities | (2,447,387,897) |
| Trade, Retail and Wholesale | 377,314,000 |
| Service (Hotels, Repair Services, Motion Pictures, Other Amusements, etc ) | 97,630,646 |
| Finance, Insurance, Real Estate, and Lessors of Real Property | |
| Banks and Trust Companies | 5,134,200 |
| Long-Term Credit Agencies, Mortgage Companies, except Banks | 612,379 |
| Short-Term Credit Agencies, except Banks | 872,207,000 |
| Insurance Carriers, Agents, etc. | 2,706,681 |
| Real Estate, including Lessors of Buildings | 188,769,336 |
| Total Finance, Insurance, and Real Estate | (1,069,429,596) |
| Construction | 8,500,000 |
| Total Classifiable Firms | $8,741,644,491 |
| Unclassifiable Firms | 214,544,611 |
| Total | $8,956,189,102 |

SOURCE. Computed from annual reports submitted by the 18 largest life insurance companies to the Division of Insurance of the Massachusetts Department of Banking and Insurance. See Statistical Note, p. 4.

direct placement as a method of financing for the borrower and as an investment outlet for the lender has been developed from actual case studies. Four of these studies are included in Part II. The cases deal with situations in which the choice of a method of financing was a primary concern and in which the negotiations between a corporate issuer and institutional investors can be closely examined. The information which made the development of the cases possible was supplied by those executives of life insurance companies and of corporations who made the decisions to undertake private placement financing and who were charged with carrying out the actual negotiations.