**EXHIBIT 42**



# The Fundamentals of Municipal Bonds

*Securities Industry and Financial Markets Association*



Sixth Edition

*Written by*

# NEIL O'HARA



John Wiley & Sons, Inc.

Copyright © 2012 by Securities Industry and Financial Markets Association. All rights reserved.

Copyright © 1981, 1982, 1987, 1990, and 2001 by The Bond Market Association.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8600, or on the Web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008, or online at http://www.wiley.com/go/permissions.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services or for technical support, please contact our Customer Care Department within the United States at (800) 762-2974, outside the United States at (317) 572-3993 or fax (317) 572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books. For more information about Wiley products, visit our web site at www.wiley.com.

*Library of Congress Cataloging-in-Publication Data:*

O'Hara, Neil.
  The fundamentals of municipal bonds / SIFMA; written by Neil O'Hara. –
6th ed.
    p. cm.—(Wiley finance series)
  Includes bibliographical references and index.
  Previous ed. entered under: Wesalo Temel, Judy.
  ISBN 978-0-470-90338-4 (cloth); ISBN 978-1-118-16682-6 (ebk);
  ISBN 978-1-118-16683-3 (ebk); ISBN 978-1-118-16684-0 (ebk)
  1. Municipal bonds–United States.   I. Wesalo Temel, Judy. Fundamentals of municipal bonds.   II. Securities Industry and Financial Markets Association.   III. Title.
  HG4952.F86 2012
  332.63'2330973—dc23                                                                 2011029935

Printed in the United States of America.

10  9  8  7  6  5  4  3  2  1

ongoing relationship with a banker, a negotiated sale often offers a better alternative. In a negotiated sale, the underwriter markets the bonds more extensively by providing investors with detailed information about the issue. In addition, there is flexibility in the timing of negotiated offerings, enabling the underwriter to take advantage of market conditions and steer through volatile market periods, as well as to develop a structure that suits current market conditions. Underwriters usually employ separate counsel to represent their interests.

The trend in the market over the past 35 years has been the increased use of negotiated sales. In 1975, 34 percent of the new-issue market was negotiated, while by 2009, it had grown to 85 percent. Chapter 4, The Primary Market, includes several charts on negotiated and competitive sales.

*Private placements* occur when the investment banker offers the securities directly to investors, without a public underwriting. Typically, the placement agent (the term for the underwriter in this type of transaction) contacts one or more institutional investors. The investor has the ability to negotiate favorable covenants with the issuer and to have greater influence over how the deal is structured. An issuer may want to do a private placement if its credit is new, of lower grade, or unrated. An advantage of a private placement is that information on the issuer would remain contained and controlled and would not be disseminated outside of the immediate circle of investors. Investors often sign *investor letters*, which attest to their sophistication and delineate the allowable secondary-market activity.

## THE FINANCING DOCUMENTS

The issuer, together with the bond counsel, the financial advisor, and, if the issue is to be sold on a negotiated basis, the underwriter and its counsel, develop the financing documents that are the backbone of the deal. Working group meetings are held so that all the parties become conversant with the basic terms of the financings. Strategic decisions about security, size, and maturity of the issue are made, using market barometers, relevant legislation, and the issuer's own planning tools, such as the capital improvement plan. It is more common than not for the structure to evolve and change many times before the closing. The financing documents that are drafted may include many of those described in this section, again depending on the individual deal structure and state law.

Web sites for working groups on new issues have been created by private data vendors. The working groups can set up secure sites on the Internet, where all phases of the issue—from the initial draft of the preliminary official statement to the final draft of the bond purchase agreement—can be accessed