**EXHIBIT 49**

CONFIDENTIAL
Richard Engman - June 11, 2019

Page 1

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO
 2    _____
                                    )
 3    In re:                        )
      THE FINANCIAL OVERSIGHT AND   )
 4    MANAGEMENT BOARD FOR PUERTO   )
      RICO,                         )   PROMESA Title III
 5                                  )   Case No. 17 BK 3283(LTS)
          as representative of      )
 6    THE COMMONWEALTH OF PUERTO    )
      RICO, et al.,                 )
 7                                  )
              Debtors.              )
 8    _____)
                                    )
 9    In re:                        )
      THE FINANCIAL OVERSIGHT AND   )
10    MANAGEMENT BOARD FOR PUERTO   )
      RICO,                         )
11                                  )   PROMESA Title III
          as representative of      )   Case No. 17-CV-01685(LTS)
12    THE EMPLOYEES RETIREMENT      )   Case No. 17-BK-03566(LTS)
      SYSTEM OF THE GOVERNMENT      )
13    OF THE COMMONWEALTH OF        )
      PUERTO RICO,                  )
14            Debtor.               )
      _____)
15

16

17            C O N F I D E N T I A L

18

19         DEPOSITION OF RICHARD ENGMAN

20            Tuesday, June 11, 2019

21              New York, New York

22

23

24    Reported By:

25    LINDA J. GREENSTEIN
```

1    what Mr. Hanson meant when he said "I don't
2    see any obvious surprises" in the second
3    line of this e-mail?
4            MR. PAPEZ:   I'm going to object
5    to foundation on that.
6        A.    I think that -- I don't have any
7    specific knowledge on exactly what he
8    meant, but what it means to me is that he
9    didn't -- that the bill did the things that
10   he listed immediately following that, and
11   that none of those came as a surprise to
12   us.
13           And the reason those didn't,
14   going back to what I was saying before, it
15   was kind of -- had been threatened or -- we
16   had been told that this is what we're going
17   to do.
18       Q.    Do you recall whether in your
19   evaluation of ERS bonds, prior to Mason
20   Capital Master Fund's purchase of them, you
21   reviewed the offering memorandum for any
22   series of the ERS bonds?
23       A.    I don't have a specific
24   recollection, but I'm sure that I would
25   have.  It's something that I would have