**EXHIBIT 50**

CONFIDENTIAL
Ricardo Ramos - June 2, 2020

Page 1

```
 1  _____

 2           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO
 3                   PROMESA TITLE III
             CASE NO:  17-BK-03283 (LTS)
 4
    IN RE:  THE FINANCIAL OVERSIGHT AND
 5  MANAGEMENT BOARD FOR PUERTO RICO
                as representative of
 6
    THE COMMONWEALTH OF PUERTO RICO, et al.,
 7            Debtor(s).
    _____
 8
             IN THE UNITED STATES DISTRICT COURT
 9            FOR THE DISTRICT OF PUERTO RICO
                     PROMESA TITLE III
10           CASE NO:  17-BK-03566 (LTS)

11  IN RE:  THE FINANCIAL OVERSIGHT AND
    MANAGEMENT BOARD FOR PUERTO RICO
12              as representative of

13  THE EMPLOYEES RETIREMENT SYSTEM OF THE
    GOVERNMENT OF THE COMMONWEALTH OF PUERTO
14  RICO,
              Debtor(s).
15  _____

16

17

18            C O N F I D E N T I A L

19

20

21   VIDEOTAPED DEPOSITION UNDER ORAL EXAMINATION OF

22                  RICARDO RAMOS

23              DATE:  June 2, 2020

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

```
 1             Is that right?
 2       A     Yes.
 3       Q     Now, and I think you described
 4  yourself as the number 2 person underneath
 5  Mr. HIghley on the investment advisor team at
 6  that time?
 7       A     Yes, I believe that's correct.
 8       Q     And you mentioned that the
 9  investment advisor team performed analysis of
10  the ERS bonds at that time.
11             What analysis did the investment
12  advisor team perform in that time frame?
13       A     Well, the analysis included
14  reviewing the information provided with the
15  offering circular, the financial statements
16  of the -- of the ERS, and the information
17  provided on -- on the breakdown of the
18  employer contributions, and the economic
19  analysis that was provided with the global
20  insight report that was included with the
21  prospectus.
22       Q     Do you recall anything else that
23  was part of the analysis that the investment
24  advisor team performed at the time?
25       A     Let me think.
```

CONFIDENTIAL
Ricardo Ramos - June 2, 2020

Page 104

```
 1              I'm going to ask you now a series
 2     of questions on when the Puerto Rico Funds
 3     came to know of a few things.
 4              Mr. Ramos, what is the earliest
 5     date that the Puerto Rico Funds were aware of
 6     any source that the ERS bonds may not have
 7     been issued with authority or otherwise
 8     legally issued?
 9              MR. GREEN:  Objection to the form.
10        A     I can't pinpoint an exact date.  I
11     can give a range of dates, but it would have
12     been after the start of the proceedings in --
13     in 2017, so somewhere after 2017.
14        Q     And do you remember the
15     circumstances in or around two seven -- 2017
16     that the Puerto Rico Funds first became aware
17     that the ERS bonds may not have been issued
18     with authority or legally issued?
19              MR. GREEN:  Objection to form.
20        A     I believe that -- that subject
21     became part of some filings in -- in the
22     proceedings.
23        Q     Was there -- and tell me if I'm
24     wrong.
25              Are you referring to a filing by
```

CONFIDENTIAL
Ricardo Ramos - June 2, 2020

Page 105

```
 1    AAFAF, A-A-F-A-F.  It's an acronym.
 2            Now, Mr. Ramos, are you referring
 3    to a filing by AAFAF in November of 2017
 4    arguing that the bonds were issued ultra
 5    vires in your answer?
 6       A    I believe I'm referring to the
 7    filing.  I don't know from whom or made aware
 8    of the filing from someone in the -- in the
 9    government with those -- alleging those --
10    those circumstances.
11       Q    Mr. Ramos, as you did not work for
12    the Puerto Rico Funds or the Puerto Rico
13    Investors Funds, which is to say you no
14    longer worked for UBS Trust in 2017, what is
15    the basis for your statement that the Puerto
16    Rico Funds, the earliest date the Puerto Rico
17    Funds were aware that the ERS bonds may not
18    have been issued with authority, what is the
19    basis for that statement?
20            MR. DALSEN:  And exclude from your
21        answer any attorney/client
22        communication.
23       A    The basis -- the basis for that
24    would be my -- my personal knowledge of what
25    I remember when -- when I -- when I worked
```

CONFIDENTIAL
Ricardo Ramos - June 2, 2020

Page 109

```
 1           MR. GREEN:  Same objection, and I
 2      instruct you not to answer.
 3      Q    And, Mr. Ramos, I -- I assume
 4   you'll follow your counsel's instruction not
 5   to answer that question.
 6           Correct?
 7      A    Yes.
 8      Q    Now, Mr. Ramos, are you aware of
 9   the debt authorizing language of the ERS
10   Enabling Act?
11      A    The Enabling Act?  No.
12      Q    Do you know what the -- what the
13   earliest date was that the Puerto Rico Funds
14   became aware of the debt authorizing language
15   from the ERS Enabling Act?
16      A    To the best of my knowledge, the
17   review was done based on the offering
18   documents.
19           I don't know that -- I have not
20   read, nor I don't -- not know of anyone at
21   the bonds that have it for the -- the
22   Enabling Act in its entirety, no.
23      Q    Okay.
24      A    It's the offering documents.
25      Q    Did the investment advisory team
```

CONFIDENTIAL
Ricardo Ramos - June 2, 2020

Page 110

```
 1     for the Puerto Rico Funds review the ERS
 2     Enabling Act to determine whether to purchase
 3     ERS bonds back in 2008?
 4          A    Not that I'm aware of.
 5          Q    Did the investment advisory team
 6     for the Puerto Rico Funds or the Puerto Rico
 7     Investors Funds view the ERS Enabling Act at
 8     any point to decide to make subsequent
 9     purchases of ERS bonds?
10          A    Not that I'm aware.
11          Q    Mr. Ramos, are you aware of a
12     statement in Puerto Rico Act 116-2011 that
13     the ERS bond issuance had been illegally
14     made?
15          A    There's language in the -- in the
16     section of the -- the motives of the law, I
17     believe, that -- that addresses that.
18          Q    When did you personally first
19     become aware of that language in the
20     statement of motives?
21          A    I believe that when -- when the law
22     was enacted.
23          Q    Now, would that be back in 2011?
24          A    Yes.
25          Q    And would that also be the first --
```