# **EXHIBIT 51**

```
1              IN THE UNITED STATES DISTRICT COURT
2                 FOR THE DISTRICT OF PUERTO RICO
3
4    _____
5    In Re:                                        )
6    THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )  PROMESA TITLE III
7    FOR PUERTO RICO                               )  Case No.
8            as representative of                  )  17-BK-03283 (LTS)
9    THE COMMONWEALTH OF PUERTO RICO, et. al,      )
10           Debtors.                              )
11   _____)
12   In Re:                                        )
13   THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )  PROMESA Title III
14   FOR PUERTO RICO                               )  Case No.
15           as representative of                  )  17-BK-03566 (LTS)
16   THE EMPLOYEES RETIREMENT SYSTEM OF THE        )
17   GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,)
18           Debtor.                               )
19   _____)
20
21                  C O N F I D E N T I A L
22             Videotaped Deposition of Shanshan Cao
23
24   Reported by:
25   LORRAINE B. ABATE, CSR, RPR
```

CONFIDENTIAL
Shanshan Cao - March 4, 2020

Page 33

```
 1                    Shanshan Cao
 2   about ERS's authority to issue bonds?
 3        A.    I did not.
 4        Q.    Did you do anything to evaluate whether
 5   ERS had authority to issue bonds at the time SV
 6   Credit made its purchases?
 7        A.    We did.
 8        Q.    What did you do?
 9        A.    We reviewed available public documents.
10   For example, the bond OM, the bond resolution, legal
11   opinion from counsel that the bond was fully
12   authorized to be issued.  And there was the fact that
13   the bonds continued to be paid current.  I believe
14   the bonds were issued in '08.  So to that point, it
15   had been paying current on the bonds for at least
16   six years.
17        Q.    Other than looking at the offering memo,
18   the bond resolution, the legal opinion of counsel on
19   the issuance of ERS bonds, did you look at any other
20   documents to evaluate whether ERS had the authority
21   to issue bonds at the time SV Credit purchased them?
22        A.    The enabling act.
23        Q.    Do you recall what parts of the enabling
24   act you reviewed?
25        A.    I don't recall specifically, no.
```

CONFIDENTIAL
Shanshan Cao - March 4, 2020

Page 62

```
 1                    Shanshan Cao
 2      answer any communications from counsel that made
 3      SV Credit aware of any issue concerning the
 4      validity of the ERS bonds.
 5             We think that is an inappropriate
 6      instruction and reserve all rights.
 7             MR. DALSEN:  Okay.  Well, I will join
 8      the objection, but I'll also just continue the
 9      questions.  We can get there.
10      Q.     Was SV Credit aware of a pleading AAFAF
11   filed in 2017 asserting that the ERS bonds were not
12   validly issued?
13      A.     To the best of my knowledge, yes.  I
14   don't recall the specific dates, so I assume that is
15   the correct date.
16      Q.     Did SV Credit become aware of that
17   public pleading at the time it was filed?
18      A.     Again, to the best of my knowledge, yes.
19      Q.     Putting aside publicly-available
20   information, when did SV Credit first hear the
21   argument that the ERS bonds may be invalidly issued?
22             MS. McGONIGLE:  And I will repeat my
23      caution to the witness not to disclose
24      privileged information.
25      A.     I have nothing to add other than what I
```

1                  Shanshan Cao
2   Puerto Rico investment?
3        Q.    Sure.  Let's speak specifically.
4              Do you know who SV Credit used as
5   outside counsel to evaluate the investment in ERS
6   bonds prior to SV Credit's first purchase?
7        A.    So just as a technicality, I don't know
8   if the Jones Day engagement was through SV Credit or
9   Centerbridge in general.  And again, I don't recall
10  when our first discussion with Jones Day was.  But we
11  had this -- Jones Day is one of the counsels that we
12  spoke to with respect to the Puerto Rico investment.
13       Q.    And that was ahead of SV Credit's first
14  purchase of ERS bonds?
15       A.    Again, I don't recall the specific time
16  frame in which we started having discussions with
17  legal counsel.
18       Q.    Do you recall who the outside counsel
19  were who assisted with any of the diligence process
20  ahead of purchasing ERS bonds for the first time?
21       A.    So again --
22             MS. McGONIGLE:  Objection to form.
23       A.    I'm not sure.
24             MS. McGONIGLE:  You can answer.
25       A.    I don't recall the exact time frame.

1               Shanshan Cao
2      A.    I don't recall the frequency of the
3   in-person meetings. The frequency of the conference
4   calls varies. It varies.
5      Q.    Do you recall how many meetings of the
6   ERS Bondholder Group have occurred within the last
7   year?
8      A.    I don't recall the specific number.
9   Maybe a handful.
10     Q.    Would you say fewer than ten meetings?
11     A.    Again, I don't recall the specific
12  numbers, but if I had to guess, probably fewer than
13  ten.
14     Q.    When did SV Credit become part of the
15  ERS Bondholder Group?
16     A.    I don't recall the specific date that
17  the group was formed. To the best of my
18  recollection, we were part of the original group that
19  formed it.
20     Q.    Aside from the specific date, do you
21  recall the year?
22     A.    I don't recall the specific year.
23     Q.    Was it prior to 2017?
24     A.    Yes, to the best of my recollection.
25     Q.    Do you know whether it was prior to

CONFIDENTIAL
Shanshan Cao - March 4, 2020

Page 94

```
1                    Shanshan Cao
2    2015?
3         A.    I don't recall.
4         Q.    Would it have been after your -- meaning
5    SV Credit's, original purchase of ERS bonds since you
6    were one of the founding members?
7         A.    Again, I don't recall the specific date,
8    but that would make sense since in general, we don't
9    form ad hoc groups unless we have an existing
10   position.
11        Q.    Does the group make any decisions --
12   well, let me ask it differently.
13              Does anybody make decisions for the
14   group?
15              MS. McGONIGLE:  Object to form.  Go
16        ahead, if you can answer.
17        A.    I mean, each firm makes its own
18   investment decisions.  Again, as a general practice,
19   we try to make decisions by consensus.
20        Q.    Does the ERS Bondholder Group as a group
21   have counsel?
22        A.    Yes.
23        Q.    Who is counsel to the ERS Bondholder
24   Group as a group?
25        A.    Jones Day.  And just to specify, again,
```