**EXHIBIT 57**

Supplemental Privilege Log: ERS Bonds Ultra Vires Proceedings
May 27, 2020
SV Credit

| Original Log | Number | Date | From | To | Cc | Bcc | Privilege Asserted | Description | May 2020 Supplement |
|---|---|---|---|---|---|---|---|---|---|
| SV Credit 2019 | BH-ERS-F-PRIV-000059 | 5/23/2017 | Steven Dickerson | Vivek Melwani | | | Attorney-Client Privilege; Attorney Work Product | Email from Steve Dickerson (internal) to Vivek Melwani (internal) discussing legal advice received from Jones Day on ability of ERS to issue bonds and attaching memorandums from Jones Day and Boies Schiller analyzing takings clause and contract clause claims. | Refers to legal advice about the about the validity, invalidity, legality or illegality of the ERS Bonds |
| SV Credit 2019 | BH-ERS-F-PRIV-000107 | 5/23/2017 | Steven Dickerson | Vivek Melwani | | | Attorney-Client Privilege; Attorney Work Product | Email from Steven Dickerson (internal) to Vivek Melwani (internal) circulating memorandums received from Jones Day and Boies, Schiller & Flexner LLP on ERS Bonds and potential challenges ERS bondholders could bring against ERS and the Commonwealth. | Refers to legal advice about the about the validity, invalidity, legality or illegality of the ERS Bonds |
| SV Credit 2019 | BH-ERS-F-PRIV-000243 | 9/16/2016 | | | | | Attorney-Client Privilege; Attorney Work Product | Confidential spreadsheet containing legal advice and analysis on constitutional claims for ERS bonds received from Jones Day. | Refers to February 2014 request for legal advice about the validity, invalidity, legality or illegality of the ERS Bonds |