# **EXHIBIT A**

**From:** Carolina Velaz Rivero [mailto:cvelaz@mpmlawpr.com]
**Sent:** Thursday, September 10, 2020 4:30 PM
**To:** SwainDPRCorresp NYSD <SwainDPRCorresp@nysd.uscourts.gov>
**Cc:** Charles Cuprill <cacuprill@cuprill.com>; Luis Marini <lmarini@mpmlawpr.com>
**Subject:** Scheduled Matter of Med Centro, Inc's re: Omnibus

To the Chambers of the Hon. Laura Taylor Swain:

We write to you, as legal representatives of AAFAF, in connection with the "Motion of Med Centro, Inc. for Relief from the Automatic Stay" [Case No. 17-3283, ECF No. 13748], the Commonwealth's objection and Med Centro Inc.'s reply which are scheduled to be heard at the September 16, 2020 omnibus. After discussing with movant's counsel, also copied herein, the parties have agreed, if the Court agrees as well, that the matter be deemed as submitted to be resolved by the Court on the papers, without the need for a hearing.

Please let us know if the Court is amenable to the above and we will proceed to include such modification in the agenda to be filed with the Court.

Respectfully,

**CAROLINA VELAZ RIVERO**

| M | P | M |   **MARINI PIETRANTONI MUÑIZ** LLC

**Office** 787.705.2171 | **Direct** 787.705.2175 | **Fax** 787.936.7494
**Email** cvelaz@mpmlawpr.com | **Web** mpmlawpr.com
250 Ponce de León Ave., Suite 900, San Juan PR 00918

This message and any attachments may contain information that is confidential, proprietary or protected by privilege from disclosure. If you are not an intended recipient, please notify the sender and delete the message and any attachments without reading, printing, copying, forwarding or saving them. Thank you.