**EXHIBIT A**

**From:** Katiuska Bolaños <kbolanos@diazvaz.law>
**Sent:** Friday, September 11, 2020 11:57:25 AM
**To:** SwainDPRCorresp NYSD <SwainDPRCorresp@nysd.uscourts.gov>
**Cc:** Charles Cuprill <cacuprill@cuprill.com>
**Subject:** Scheduled Matter of Efron Dorado S.E., re: Omnibus Hearing

To the Chambers of the Hon. Laura Taylor Swain:

We write to you, as legal representatives of PREPA, in connection with the *Motion of Efron Dorado, S.E. for Relief from the Automatic Stay and Momorandum (sic) of Law in Support Thereof* [Case No. 17-4780, ECF No. 2089], PREPA's objection and Efron's reply which are scheduled to be heard at the September 16, 2020 omnibus. After discussing with movant's counsel, also copied herein, the parties have agreed, if the Court agrees as well, that the matter be deemed as submitted to be resolved by the Court on the papers, without the need for a hearing.

Please let us know if the Court is amenable to the above and we will proceed to include such modification in the agenda to be filed with the Court.

Respectfully,

Katiuska Bolaños-Lugo



DÍAZ & VÁZQUEZ
LAW FIRM P.S.C.

290 Jesús T. Piñero Ave.
Oriental Tower, Suite 1105
San Juan, PR 00918
e: kbolanos@diazvaz.law
t: (787) 395-7133
f: (787) 497-9664

CONFIDENTIALITY NOTE: This communication contains information belonging to Díaz & Vázquez Law Firm P.S.C, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please notify us immediately.