# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Re: Dkt. No. 14202** |

### INFORMATIVE MOTION OF THE AD HOC GROUP OF CONSTITUTIONAL DEBTHOLDERS PURSUANT TO ORDER REGARDING PROCEDURES FOR SEPTEMBER 16-17, 2020, OMNIBUS HEARING

The Ad Hoc Group of Constitutional Debtholders (the "Ad Hoc Group") hereby files this Informative Motion pursuant to the *Order Regarding Procedures for September 16-17, 2020, Omnibus Hearing* [Dkt. No. 14202] (the "Procedures Order").

Gary S. Lee Morrison & Foerster LLP intends to appear at the September 16-17, 2020 omnibus hearing on behalf of the Ad Hoc Group, which will be conducted telephonically in accordance with the Procedures Order. An attorney from G. Carlo-Altieri Law Offices, LLC also intends to attend the omnibus hearing on behalf of the Ad Hoc Group.

Counsel will be prepared to respond to—and reserves the right to be heard with respect to—any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

ny-1989916

Date: September 14, 2020

| | |
|---|---|
| **G. CARLO-ALTIERI LAW OFFICES, LLC** | **MORRISON & FOERSTER LLP** |
| By: */s/ Gerardo A. Carlo* | By: */s/ Gary S. Lee* |
| Gerardo A. Carlo | James M. Peck (admitted *pro hac vice*) |
| USDC PR No. 112009 | Gary S. Lee (admitted *pro hac vice*) |
| Telephone: (787) 247-6680 | James A. Newton (admitted *pro hac vice*) |
| gacarlo@carlo-altierilaw.com | Andrew R. Kissner (admitted *pro hac vice*) |
| | 250 West 55th Street |
| By: */s/ Mª Mercedes Figueroa y Morgade* | New York, New York 10019 |
| Mª Mercedes Figueroa y Morgade | Telephone: (212) 468-8000 |
| USDC PR No. 207108 | Facsimile: (212) 468-7900 |
| Telephone: (787) 234-3981 | jpeck@mofo.com |
| figueroaymorgadelaw@yahoo.com | glee@mofo.com |
| | jnewton@mofo.com |
| 254 San Jose St., Third Floor | akissner@mofo.com |
| San Juan, Puerto Rico 00901 | |
| Telephone: (787) 247-6680 | |
| Facsimile: (787) 919-0527 | |

*Counsel for the Ad Hoc Group of Constitutional Debtholders*

ny-1989916