**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

-------------------------------------------------------------x

|  |
|--|
| PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION OF THE PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY REGARDING THE
SEPTEMBER 16-17 OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

     Pursuant to the Court's *Order Regarding Procedures for September 16-17, 2020, Omnibus Hearing* [ECF No. 14202], the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") respectfully states as follows:

     1.     Luis C. Marini-Biaggi of Marini Pietrantoni Muñiz LLC will appear telephonically at the September 16-17, 2020 hearing (the "Hearing"), and seeks to be heard in connection with the following matters:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(i)      *to address questions and comments, if any, related to the status report of AAFAF*

(ii)     *Consul-Tech Caribe, Inc.'s Motion for Allowance and Payment of Administrative
Expense Claim [Case No. 17-3283, ECF No. 9845]*

2.      Peter Friedman of O'Melveny & Myers LLP will appear telephonically at the
Hearing, and seeks to be heard in connection with the following matter:

(i) *PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for
Compensation for Front-End Transition Services under Puerto Rico Transmission and
Distribution System Operation and Maintenance Agreement with LUMA Energy [Case
No. 17-3283, ECF No. 13583; Case No. 17-4780, ECF No. 2053]*

3.      Carolina Velaz-Rivero and/or Luis C. Marini Biaggi will appear telephonically
at the Hearing, and seek to be heard, to the extent the Court determines it wants to hear oral
argument following the filing of a status report in compliance with *the Order Regarding Med
Centro Inc's Motion for Relief from Automatic Stay* [Case No. 17-3283, ECF No. 14251], in
connection with the following matter:

(i)      *Motion of Med Centro, Inc. for Relief from the Automatic Stay* [Case No. 17-3283,
ECF No. 13748]

4.      John J. Rapisardi and Peter Friedman of O'Melveny & Myers LLP reserve the right
to be heard on any matter presented to the Court and to respond to any statements made by any
party in connection with the above-captioned Title III case to the extent it impacts the interests of
AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

**WHEREFORE**, AAFAF respectfully requests that the Court take notice of the foregoing.
Dated: September 13, 2020.

Respectfully submitted,

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com

Carolina Velaz-Rivero
USDC No. 300913
E:mail: cvelaz@mpmlawpr.com

**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave., Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

*/s/ Peter Friedman*
John J. Rapisardi
Nancy A. Mitchell
(Admitted Pro Hac Vice)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

-and-

Peter Friedman (Admitted Pro Hac Vice)
1625 Eye Street, NW
Washington, D.C. 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

*Attorneys for the Puerto Rico Fiscal Agency*
*and Financial Advisory Authority*