UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- x
: 
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
    Debtors.[1] :
---------------------------------------------------------------------- x

**INFORMATIVE MOTION OF TRADEWIND CREDITORS
REGARDING SEPTEMBER 16-17 OMNIBUS HEARING**

    Creditors Tradewinds Energy Vega Baja, LLC and Tradewinds Energy Barceloneta, LLC, as assignees of Tradewinds Energy, LLC (collectively, the "Tradewinds Creditors") hereby submit this informative motion in response to the Court's Order Regarding Procedures for September 16-17, 2020 Omnibus Hearing [ECF No. 14202] (the "Scheduling Order") and in support thereof states:

    1.    John Arrastia of Genovese Joblove & Battista, P.A., will appear telephonically and address, as necessary, the following matters:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

a) *Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief* [ECF No. 2050];

b) *Limited Objection And Reservation Of Rights Of Tradewinds Energy To Omnibus Motion Of Puerto Rico Electric Power Authority For Entry Of An Order (A) Authorizing PREPA To Reject Certain Power Purchase And Operating Agreements, And (B) Granting Related Relief* [ECF No. 2067]

c) Any replies thereto.

Respectfully submitted this 13th day of September, 2020.

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Counsel to the Tradewind Creditors*
Miami Tower- 44th Floor
100 SE 2nd Street,
Miami, FL 33131
Telephone: 305-349-2300
Facsimile: (305) 349-2310

/s/ *John Arrastia*
John Arrastia, Esq. (Pro Hac Vice)
jarrastia@gjb-law.com
Jesus M. Suarez, Esq. (Pro Hac Vice)
jsuarez@gjb-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF notification upon all parties in interest registered to receive electronic notification on this matter (which is incorporated herein by reference) on this 13th day of September, 2020.

/s/ John Arrastia
John Arrastia, Esq.