# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS<br><br>**Court Filing Relates Only to PREPA and Shall Only be Filed in Case No. 17-BK-4780 (LTS) and Main Case 17-BK-3283 (LTS)** |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**INFORMATIVE MOTION OF U.S. BANK NATIONAL
ASSOCIATION AS PREPA BOND TRUSTEE REGARDING
APPEARANCE AT SEPTEMBER 16-17 OMNIBUS HEARING**

To the Honorable United States District Court Judge Laura Taylor Swain:

U.S. Bank National Association, solely in its capacity as successor trustee (the "**Trustee**") under the Trust Agreement dated as of January 1, 1974 (as amended and supplemented from time to time, the "**Trust Agreement**"), between the Puerto Rico Electric Power Authority and the Trustee, by its undersigned attorneys, hereby submits this informative motion in response to the Court's *Order Regarding Procedures for September 16-17, 2020 Omnibus Hearing* (the "**Order**") setting forth guidelines for parties wishing to be heard at the September 16-17, 2020 omnibus hearing (the "**Hearing**").

1. Clark T. Whitmore of Maslon LLP will appear telephonically on behalf of the Trustee at the Hearing.

2. Mr. Whitmore does not intend to present argument on behalf of the Trustee, but reserves the right to be heard on any matter raised by any party at the Hearing related to the Title III cases, or any adversary proceeding pending in the Title III Cases, or the interests of the Trustee.

[*Remainder of Page Intentionally Left Blank*]

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **RIVERA, TULLA AND FERRER, LLC** | **MASLON LLP** |
| | By: /s Clark T. Whitmore |
| /s *Eric A. Tulla* | Clark T. Whitmore (admitted *pro hac vice*) |
| Eric A. Tulla | John Duffey (admitted *pro hac vice*) |
| USDC-DPR No. 118313 | |
| Email: etulla@ riveratulla.com | 90 South Seventh Street, Suite 3300 |
| | Minneapolis, MN 55402 |
| /s *Iris J. Cabrera-Gómez* | Telephone: 612-672-8200 |
| Iris J. Cabrera-Gómez | Facsimile: 612-672-8397 |
| USDC-DPR No. 221101 | E-Mail: clark.whitmore@maslon.com |
| Email: icabrera@riveratulla.com | john.duffey@maslon.com |
| | |
| Rivera Tulla & Ferrer Building | **ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE** |
| 50 Quisqueya Street | |
| San Juan, PR 00917-1212 | |
| Tel: (787)753-0438 | |
| Fax: (787)767-5784 (787)766-0409 | |