# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON SEPTEMBER 16-17 AT 9:30 A.M. AST

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, September 16, 2020**, from 9:30 a.m. to 12:00 p.m., from 1:00 p.m. to 5:00 p.m., and, if necessary, **Thursday, September 17, 2020**, from 9:30 a.m. to 12:00 p.m., and from 1:00 p.m. to 5:00 p.m. (Atlantic Standard Time) |
| | Honorable Laura Taylor Swain, United States District Court Judge Honorable Judith G. Dein, United States Magistrate Judge |
| **Location of Hearing:** | **The Hearing will be conducted telephonically via CourtSolutions.** |
| | Attorney Participation: Pursuant to the *Order Regarding Procedures for September 16-17, 2020, Omnibus Hearing* [Case No. 17-3283, ECF No. 14202], attached to this Agenda as **Exhibit A** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases and wish to participate as speakers or listen in on the proceedings must |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

register with CourtSolutions at www.court-solutions.com.  The FOMB
and AAFAF may each register up to five speaking lines, and all other
parties shall be limited to two speaking lines.  There will be no
limitation on listen-only lines.

Members of the Public and Press:  Members of the public and press
may listen in on the proceedings on a listen-only line by dialing
(888) 363-4749 and entering the access code (7214978) and security
code (5234) when prompted.

**Copies of Documents:**    Copies of all documents filed in these Title III cases are available free
of charge (a) by visiting https://cases.primeclerk.com/puertorico or by
calling +1 (844) 822-9231, and (b) on the Court's website at
http://www.prd.uscourts.gov, subject to the procedures and fees set
forth therein.

I.    **STATUS REPORTS:**

1.    **Report from the Oversight Board.**

Description:  Pursuant to the Procedures Order, the Financial Oversight and Management
Board for Puerto Rico (the "FOMB" or "Oversight Board") will file a written Status Report
prior to the hearing.  The FOMB will report on (i) the general status and activities of the
Oversight Board, including measures taken in response to the COVID-19 pandemic, (ii) the
general status of relations among the Oversight Board and the Commonwealth and federal
governments, (iii) the general status of the ADR and ACR processes, including the
anticipated number of matters to be directed into the ADR process and anticipated timetable
for initiation of ADR procedures with respect to such matters, (iv) the status of PRIDCO's
RSA and anticipated Title VI filing, and (v) the Oversight Board's plans for managing the
presentation of applications for orders expunging claims where there have been no responses,
or pro se responses, to omnibus objections, in light of the pandemic restrictions on courthouse
operations and the possible need for use of interpreters.

Speakers: Should the Court have questions or comments regarding the FOMB's Status
Report, the names of counsel who intend to speak on the Status Report are Martin J.
Bienenstock and Brian S. Rosen.

2.    **Report from AAFAF.**

Description: Pursuant to the Procedures Order, the Puerto Rico Fiscal Agency and Financial
Advisory Authority ("AAFAF") will file a written status Report prior to the hearing.  AAFAF
will provide a general status report on its status and activities, including an overview of the
Commonwealth's ongoing response to the COVID-19 pandemic.

Speakers: Should the Court have questions or comments regarding AAFAF's Status Report,
the name of counsel who intends to speak on the Status Report is Luis C. Marini-Biaggi.

2

II.  **CONTESTED MATTERS**

1. **Consul-Tech Caribe, Inc.'s Administrative Expense Motion.** Consul-Tech Caribe, Inc.'s
   Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283,
   ECF No. 9845]**

   Description: Consul-Tech Caribe, Inc.'s motion seeking allowance and payment by
   Commonwealth as a post-petition administrative expense of the outstanding balance for
   providing technical and consulting services to major state agencies and public corporations
   in the aftermath of hurricanes Irma and Maria pursuant to a post-petition contract with Puerto
   Rico Government.

   Objection Deadline:  August 26, 2020 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
   A. Objection to Motion for Allowance and Payment of Administrative Expense Claim
      **[Case No. 17-3283, ECF No. 14114]**

   Reply, Joinder & Statement Deadlines: September 2, 2020 at 4:00 p.m. (Atlantic Standard
   Time).

   Replies, Joinders & Statements:
   A. Consul-Tech Caribe, Inc.'s Reply to Objection to Motion for Allowance and Payment
      of Administrative Expense Claim **[Case No. 17-3283, ECF No. 14168]**

   Related Documents:
   A. Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No.
      9920]**

   B. Order Granting Urgent Consented Motion for Extension of Deadlines with Respect
      to Consul-Tech Caribe, Inc.'s Motion for Allowance and Payment of Administrative
      Expense Claim **[Case No. 17-3283, ECF No. 9925]**

   C. Second Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283,
      ECF No. 10432]**

   D. Order Granting Second Urgent Consented Motion for Extension of Deadlines
      (Docket Entry No. 10432) **[Case No. 17-3283, ECF No. 10497]**

   E. Third Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF
      No. 10850]**

   F. Order Granting Third Urgent Consented Motion for Extension of Deadlines **[Case
      No. 17-3283, ECF No. 10887]**

   G. Fourth Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283,
      ECF No. 11060]**

H.   Order Granting Fourth Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 11088]**

I.   Fifth Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 12522]**

J.   Order Granting Fifth Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 12524]**

K.   Urgent Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 11088]**

L.   Order Granting Urgent Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 13093]**

M.   Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 13593]**

N.   Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 13594]**

Status: This matter is going forward.

Estimated Time Required:  20 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument.
   A.   Movants:
        1.   **Consul-Tech Caribe:** Fernando Van Derdys, 8 minutes
   B.   Objecting Parties:
        1.   **AAFAF:** Luis C. Marini-Biaggi, 10 minutes
   C.   Movants (Rebuttal):
        1.   **Consul-Tech Caribe:** Ferndando Van Derdys, 2 minutes

2.   **PREPA's Motion to Reject Certain Power Purchase and Operating Agreements.** Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 13579; Case No. 17-4780, ECF No. 2050]**

Description:  The Puerto Rico Electric Power Authority's motion seeking entry of an order authorizing rejection of the twenty-seven non-operational and/or above market power purchase and operating agreements for renewable energy projects, under which PREPA agreed to purchase renewable power generated by the developer-counterparties to such agreements, but which have not progressed to an advanced stage of development and have become burdensome to the PREPA and its ratepayers.

4

Objection Deadline:  July 28, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  Limited Objection and Reservation of Rights of Tradewinds Energy to Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 13627; Case No. 17-4780, ECF No. 2067]**

    B.  Objection of GS Fajardo Solar LLC to Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-4780, ECF No. 2100]**

    C.  Limited Objection and Reservation of Rights of GG Alternative Energy Corp. to to Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief (Dockets Entry #2050, #2055) **[Case No. 17-4780, ECF No. 2117]**

Reply, Joinder & Statement Deadlines: August 18, 2020 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  PREPA'S Omnibus Reply to Objections to PREPA'S Urgent Motion for Entry of An Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements and (B) Granting Related Relief  **[Case No. 17-3283, ECF No. 14057; Case No. 17-4780, ECF No. 2145]**

Related Documents:
    A.  Declaration of Fernando M. Padilla in Support of Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (a) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (b) Granting Related Relief **[Case No. 17-3283, ECF No. 13580; Case No. 17-4780, ECF No. 2051]**

    B.  Notice of Submission of Amended Exhibit to Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (a) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (b) Granting Related Relief **[Case No. 17-3283, ECF No. 13587; Case No. 17-4780, ECF No. 2055]**

    C.  GS Fajardo Solar LLC's Emergency Unopposed Motion to Adjourn Objection Deadline **[Case No. 17-4780, ECF No. 2063]**

    D.  Order Adjourning Opposition Deadline and Hearing in Connection with Emergency Unopposed Motion to Adjourn Objection Deadline Filed by GS Fajardo Solar LLC **[Case No. 17-4780, ECF No. 2065]**

E.  GG Alternative Energy Corp.'s Urgent Motion to Adjourn Objection Deadline **[Case No. 17-4780, ECF No. 2069]**

F.  Order Adjourning Opposition Deadline and Hearing in Connection with GG Alternative Energy Corp.'s Urgent Motion to Adjourn Objection Deadline **[Case No. 17-4780, ECF No. 2071]**

G.  EIF PR Resource Recovery, LLC's Informative Motion and Request for Withholding Approval of the Rejection of Certain PREPA PPOA in Exhibit A of ECF No. 2055-1 until Opportunity to Confer and Meet with FOMB **[Case No. 17-3283, ECF No. 13683; Case No. 17-4780, ECF No. 2076]**

H.  Amended Notice of Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (a) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (b) Granting Related Relief **[Case No. 17-3283, ECF No. 13696; Case No. 17-4780, ECF No. 2080]**

I.  Urgent Motion to Extend Certain Briefing Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 13942; Case No. 17-4780, ECF No. 2114]**

J.  Order Granting Urgent Motion to Extend Certain Briefing Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 13945; Case No. 17-4780, ECF No. 2115]**

K.  Motion of GS Fajardo Solar LLC (I) to Sever Proceedings and (II) to Adjourn September 16, 2020 Hearing on Motion to Reject Fajardo PPOA Relief **[Case No. 17-4780, ECF No. 2174]**

L.  Order Concerning Motion of GS Fajardo Solar LLC **[Case No. 17-3283, ECF No. 14183; Case No. 17-4780, ECF No. 2178]**

Status: This matter is going forward.

Estimated Time Required:  20 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument.
A. Movants:
1. **PREPA:** Paul Possinger, 7 minutes
B. Objecting Parties:
1. **Tradewinds:** John Arrastia, 1 minute

6

        2. **GS Fajardo:** Brian Uelk, 4.5 minutes
        3. **GG:** Juan A. Santos Barrios, 4.5 minutes
    C. Movants:
        1. **PREPA:** Paul Possinger, 3 minutes

3. **PREPA's Motion to Allow Administrative Expense Claim.** PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy **[Case No. 17-3283, ECF No. 13583; Case No. 17-4780, ECF No. 2053]**

Description:  The Puerto Rico Electric Power Authority's motion seeking entry of an order allowing LUMA Energy, LLC and LUMA Energy ServCo, LLC's (collectively "LUMA Energy") administrative expense claim for any potential accrued and unpaid front-end transition obligations under certain operation and maintenance agreement in order for LUMA Energy to begin providing its services to PREPA.

Objection Deadline:  August 12, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:

    A. UTIER and SREAEE's Objection to PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy at Docket No. 2053 **[Case No. 17-4780, ECF No. 2128]**

    B. Whitefish Energy Holdings, LLC's Motion to File Limited Objection to PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy under Seal **[Case No. 17-3283, ECF No. 14024; Case No. 17-4780, ECF No. 2131]**

    C. Limited Preliminary Objection of Official Committee of Unsecured Creditors to PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy **[Case No. 17-3283, ECF No. 14026; Case No. 17-4780, ECF No. 2132]**

    D. Objection of the Fuel Line Lenders to LUMA Energy Administrative Expense Motion **[Case No. 17-3283, ECF No. 14028; Case No. 17-4780, ECF No. 2133]**

    E. Cobra Acquisitions LLC's Objection to PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy **[Case No. 17-3283, ECF No. 14027; Case No. 17-4780, ECF No. 2134]**

    F.   Limited Objection of Whitefish Energy Holdings, LLC's to PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy **[Case No. 17-3283, ECF No. 14034; Case No. 17-4780, ECF No. 2138]**

<u>Reply, Joinder & Statement Deadlines</u>: September 2, 2020 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:

    A.   Joinder to UTIER and SREAEE's Objection (Docket No. 2128) to PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services Under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy at Docket No. 2053 **[Case No. 17-4780, ECF No. 2130]**

    B.   Limited Joinder of UTIER and SREAEE to the Limited Preliminary Objection of Official Committee of Unsecured Creditors to PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy **[Case No. 17-4780, ECF No. 2146]**

    C.   Omnibus Reply in Support of PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy **[Case No. 17-3283, ECF No. 14170; Case No. 17-4780, ECF No. 2169]**

<u>Related Documents</u>:

    A.   Emergency Motion of the Official Committee of Unsecured Creditors, the Fuel Line Lenders and UTIER to Adjourn Objection Deadline and Hearing Date for LUMA Energy Administrative Expense Motion **[Case No. 17-3283, ECF No. 13602; Case No. 17-4780, ECF No. 2056]**

    B.   The Government Parties' Objection to the Emergency Motion of the Official Committee of Unsecured Creditors, the Fuel Line Lenders and UTIER to Adjourn Objection Deadline and Hearing Date for LUMA Energy Administrative Expense Motion **[Case No. 17-3283, ECF No. 13611; Case No. 17-4780, ECF No. 2060]**

    C.   Reply in Support of Emergency Motion of the Official Committee of Unsecured Creditors, the Fuel Line Lenders and UTIER to Adjourn Objection Deadline and Hearing Date for LUMA Energy Administrative Expense Motion **[Case No. 17-3283, ECF No. 13616; Case No. 17-4780, ECF No. 2062]**

    D.   Order Extending and Establishing Certain Deadlines Applicable to PREPA's Motion for Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission

and Distribution System Operation and Maintenance Agreement with LUMA Energy **[Case No. 17-3283, ECF No. 13628; Case No. 17-4780, ECF No. 2068]**

E.  Urgent Unopposed Joint Motion to Adjourn Deadline for Joint Status Report Concerning Discovery Disputes Related to LUMA Energy Administrative Expense Motion **[Case No. 17-3283, ECF No. 13888; Case No. 17-4780, ECF No. 2101]**

F.  Order Adjourning Deadline for Joint Status Report Concerning Discovery Disputes Related to LUMA Energy Administrative Expense Motion **[Case No. 17-3283, ECF No. 13893; Case No. 17-4780, ECF No. 2104]**

G.  Joint Status Report **[Case No. 17-3283, ECF No. 13895; Case No. 17-4780, ECF No. 2106]**

H.  Order Setting Further Status Report Deadline in Connection with LUMA Energy Administrative Expense Motion **[Case No. 17-3283, ECF No. 13897; Case No. 17-4780, ECF No. 2107]**

I.  Stipulation and Order in Connection with Discovery Regarding PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy **[Case No. 17-3283, ECF No. 13941; Case No. 17-4780, ECF No. 2113]**

J.  Joint Status Report **[Case No. 17-3283, ECF No. 13954; Case No. 17-4780, ECF No. 2119]**

K.  Order of Reference to Magistrate Judge **[Case No. 17-3283, ECF No. 13989; Case No. 17-4780, ECF No. 2121]**

L.  Order of Reference to Magistrate Judge **[Case No. 17-3283, ECF No. 14030; Case No. 17-4780, ECF No. 2135]**

M.  Order Granting Motion to Seal for Limited Duration and for Supplemental Briefing **[Case No. 17-3283, ECF No. 14033; Case No. 17-4780, ECF No. 2137]**

N.  Order on Discovery **[Case No. 17-3283, ECF No. 14037; Case No. 17-4780, ECF No. 2140]**

O.  Order Setting Briefing Schedule **[Case No. 17-4780, ECF No. 2139]**

P.  PREPA's Objection to the Environmental Advocacy Group's Joinder to UTIER and SREAEE's Objection to PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services Under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy **[Case No. 17-4780, ECF No. 2152]**

Q.  Order **[Case No. 17-4780, ECF No. 2190]**

<u>Status</u>: This matter is going forward.

<u>Estimated Time Required</u>:  40 minutes.

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument.
   A. <u>Movants</u>:
       1. **PREPA:** Martin J. Bienenstock, 12 minutes
       2. **AAFAF:** Peter Friedman, 5 minutes
   B. <u>Objecting Parties</u>:
       1. **Committee:** Luc Despins, 5 minutes
       2. **Fuel Line Lenders:** Michael Cassel, 5 minutes
       3. **UTIER:** Jessica Méndez Colberg, 5 minutes
       4. **Cobra:** Abid Qureshi, 3 minutes
       5. **Whitefish:** Carmen Conde Torres, 2 minutes
   C. <u>Movants</u>:
       1. **PREPA:** Martin J. Bienenstock, 3 minutes

4. **<u>UCC's Urgent Motion to Lift Stay to Pursue Objection to GO Priority.</u>**  Urgent Motion of Official Committee of Unsecured Creditors to Lift Stay to Allow Committee to Pursue Objection to GO Priority **[Case No. 17-3283, ECF No. 13726]**

   <u>Description</u>:  The Official Committee of Unsecured Creditors' motion seeking an order modifying the *Final Order Regarding (A) Stay Period, (B) Mandatory Mediation, and (C) Certain Deadlines Related Thereto* [Case No. 17-3283, ECF No. 12189] to lift the stay and allow the Committee to pursue its omnibus objection to claims filed against the Commonwealth by holders of general obligation bonds asserting priority over other Commonwealth unsecured creditors.

   <u>Objection Deadline</u>:  September 1, 2020 at 4:00 p.m. (Atlantic Standard Time).

   <u>Responses</u>:
       A. Objection of Financial Oversight and Management Board for Puerto Rico to Urgent Motion of Official Committee of Unsecured Creditors to Lift Stay to Allow Committee to Pursue Objection to GO Priority **[Case No. 17-3283, ECF No. 14141]**

   <u>Reply, Joinder & Statement Deadlines</u>: September 11, 2020 at 4:00 p.m. (Atlantic Standard Time).

   <u>Replies, Joinders & Statements</u>:
       A. Partial Joinder of Ambac Assurance Corporation to the Urgent Motion of Official Committee of Unsecured Creditors to Lift Stay to Allow Committee to Pursue Objection to GO Priority [ECF No. 13726] **[Case No. 17-3283, ECF No. 14142]**

   <u>Related Documents</u>:

    A. Urgent Motion of Official Committee of Unsecured Creditors to Set Briefing Schedule and Hearing on Urgent Motion of Official Committee of Unsecured Creditors to Lift Stay to Allow Committee to Pursue Objection to GO Priority **[Case No. 17-3283, ECF No. 13727]**

    B. Order (I) Scheduling Briefing of Urgent Motion to Lift Stay, (II) Denying Urgent Motion for Expedited Hearing and Hearing Schedule, and (III) Setting Deadline for Further Status Regarding COVID-19 Pandemic and Proposed Disclosure Statement Schedule **[Case No. 17-3283, ECF No. 13733]**

Status: This matter is going forward.

Estimated Time Required:  20 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument.
    A. Movants:
        1. **Committee:** Luc Despins, 6 minutes
        2. **Ambac:** Atara Miller, 2 minutes
    B. Objecting Parties:
        1. **FOMB:** Martin J. Bienenstock and/or Brian S. Rosen, 10 minutes
    C. Movants:
        1. **Committee:** Luc Despins, 2 minutes

5. **Med Centro, Inc.'s Motion for Relief from the Automatic Stay.** Motion of Med Centro, Inc. for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 13748]**

Description:  Med Centro, Inc. seeks relief from the automatic stay to allow it to pursue its action in the United States District Court for the District of Puerto Rico for (i) enforcement of a confidential settlement agreement, (ii) enforcement of wraparound provisions included in the Medicaid statute, and (iii) the District Court to extend its enforcement jurisdiction over the settlement agreement beyond its current expiration date.

Objection Deadline:  August 4, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Objection of the Commonwealth of Puerto Rico to Med Centro Inc.'s Motion for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 13952]**

Reply, Joinder & Statement Deadlines: August 11, 2020 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. Reply to the Commonwealth of Puerto Rico's Objection to Med Centro Inc.'s Motion for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 14014]**

Related Documents:
- A. Order Scheduling Briefing of Med Centro, Inc.'s Motion for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 13755]**

- B. Order Regarding Med Centro Inc.'s Motion for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 14251]**

Status: This matter is going forward.

Estimated Time Required: 10 minutes.

6. **Efron Dorado, S.E.'s Motion for Relief from Stay**. Motion of Efron Dorado, S.E. for Relief from the Automatic Stay and Momorandum [sic] of Law in Support Thereof **[Case No. 17-3283, ECF No. 13817; Case No. 17-4780, ECF No. 2089]**

Description: Efron Dorado, S.E. seeks relief from the automatic stay to enforce a judgment of the Court of First Instance of Puerto Rico, Superior Section of San Juan entered against PREPA and its then-Executive Director Miguel Cordero.

Objection Deadline: August 17, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
- A. Objection of the Puerto Rico Electric Power Authority to Motion of Efron Dorado, S.E. for Relief from the Automatic Stay and Momorandum [sic] of Law in Support Thereof **[Case No. 17-3283, ECF No. 14053; Case No. 17-4780, ECF No. 2143]**

Reply, Joinder & Statement Deadlines: August 24, 2020 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
- A. Reply to Objection of the Puerto Rico Electric Power Authority to Motion of Efron Dorado, S.E. for Relief from the Automatic Stay and Memorandum of Law in Support Thereof **[Case No. 17-3283, ECF No. 14115; Case No. 17-4780, ECF No. 2151]**

Related Documents:
- A. Order Scheduling Briefing of Motion of Efron Dorado, S.E. for Relief from the Automatic Stay and Memorandum of Law in Support Thereof **[Case No. 17-3283, ECF No. 13821; Case No. 17-4780, ECF No. 2092]**

- B. Motion Forwarding Complete Exhibit VII to Exhibit A **[Case No. 17-3283, ECF No. 13949; Case No. 17-4780, ECF No. 2116]**

- C. Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 13998; Case No. 17-4780, ECF No. 2122]**

- D. Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14000; Case No. 17-4780, ECF No. 2123]**

E.  Order Regarding Motion of Efron Dorado, S.E. for Relief from the Automatic Stay **Case No. 17-3283, ECF No. 14252; Case No. 17-4780, ECF No. 2191]**

<u>Status</u>: This matter is going forward.

<u>Estimated Time Required</u>:  10 minutes.


III.  **ADJOURNED MATTERS:**

1.  **<u>Gladys García-Rubiera et al.'s Motion Requesting Relief from Stay under 362(d)(1) of the Bankruptcy Code.</u>** Status Conference Regarding Gladys García-Rubiera *et al.*'s Motion for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 2434]**

    <u>Description</u>:  Status conference regarding Gladys García-Rubiera *et al.*'s motion for relief from the automatic stay in connection with the September 25, 2019 opinion issued by the United States Court of Appeals for the First Circuit **[Case No. 17-3283, ECF No. 8770]**

    <u>Objection Deadline</u>:  N/A

    <u>Responses</u>:
      A.  N/A

    <u>Reply, Joinder & Statement Deadlines</u>: October 15, 2020 at 5:00 p.m. (Atlantic Standard Time) for parties to file Joint Status Report or Stipulation memorializing their agreement.

    <u>Replies, Joinders & Statements</u>:
      A.  N/A

    <u>Related Documents</u>:
      A.  Memorandum Order Granting in Part and Denying in Part Motion Requesting Relief from Stay Under Section 362(d)(1) of the Bankruptcy Code (Docket Entry No. 2434) **[Case No. 17-3283, ECF No. 2858]**

      B.  Opinion Issued by the United States Court of Appeals for the First Circuit, dated September 25, 2019 **[Case No. 17-3283, ECF No. 8770]**

      C.  Judgement Issued by the United States Court of Appeals for the First Circuit, dated September 25, 2019 **[Case No. 17-3283, ECF No. 8771]**

      D.  Order Scheduling Further Proceedings Regarding Motion Requesting Relief from Automatic Stay **[Case No. 17-3283, ECF No. 8890]**

      E.  Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9093]**

F.  Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 9093) **[Case No. 17-3283, ECF No. 9098]**

G.  Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9130]**

H.  Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 9130) **[Case No. 17-3283, ECF No. 9142]**

I.  Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9384]**

J.  Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 9384) **[Case No. 17-3283, ECF No. 9389]**

K.  Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9591]**

L.  Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 10265]**

M.  Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 11756]**

N.  Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 11756) **[Case No. 17-3283, ECF No. 11771]**

O.  Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 12795]**

P.  Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 12795) **[Case No. 17-3283, ECF No. 12841]**

Q.  Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 13121]**

R.  Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 13121) **[Case No. 17-3283, ECF No. 13147]**

S.  Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 13657]**

T.  Order in Connection with Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 13657) **[Case No. 17-3283, ECF No. 13672]**

Status:  This matter has been adjourned to October 28, 2020 omnibus hearing.

Estimated Time Required:  N/A

2.  **Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service.**  The Puerto Rico Fiscal Agency and Financial Advisory Authority's Objection to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 16885) **[Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]**

Description:  The Puerto Rico Fiscal Agency and Financial Advisory Authority, on behalf of itself and the Puerto Rico Sales Tax Financing Corporation, objects to proofs of claim filed by the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) against the Puerto Rico Sales Tax Financing Corporation.

Objection Deadline:  October 25, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A.  United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim **[Case No. 17-3283, ECF No. 8993, Case No. 17-3284, ECF No. 686]**

Reply, Joinder & Statement Deadlines: December 24, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A.  COFINA's Reply to the United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 8993] **[Case No. 17-3283, ECF No. 9649, Case No. 17-3284, ECF No. 693]**

Related Documents:
A.  Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927, Case No. 17-3284, ECF No. 662]**

B.  Stipulation and Agreed Order (A) Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim No. 169423); and (B) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8466, Case No. 17-3284, ECF No. 666]**

15

C. Stipulation and Agreed Order (A) Further Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim No. 169423); and (B) Further Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8688, Case No. 17-3284, ECF No. 678]**

D. Informative Motion Regarding Extension of United States' Deadline to Respond to Claim Objection **[Case No. 17-3283, ECF No. 8839, Case No. 17-3284, ECF No. 684]**

E. Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330, Case No. 17-3284, ECF No. 688]**

F. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 10021, Case No. 17-3284, ECF No. 695]**

G. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 12550, Case No. 17-3284, ECF No. 702]**

H. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 13122, Case No. 17-3284, ECF No. 709]**

I. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 13589, Case No. 17-3284, ECF No. 712]**

J. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 14223, Case No. 17-3284, ECF No. 715]**

Status:  This matter has been adjourned to October 28, 2020 omnibus hearing.

Estimated Time Required:  N/A

3. **Atlantic Medical Center, Inc. et al.'s Motion to Enforce Court's Prior Order and for Relief from Automatic Stay.** Motion of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. Seeking (I) Enforcement of the Court's Prior Order and (II) Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 12918]**

Description:  Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc.'s motion seeking (a) relief from the automatic stay to prosecute certain actions pending in the District Court; (b) enforcement of ongoing Medicaid payment obligations; and (c) enforcement of the *Eleventh Omnibus Order Granting Relief from the Automatic Stay* (ECF No. 8499), pursuant to which a stipulation between the parties in which the Commonwealth agreed to make certain payments was approved.

Objection Deadline:  October 14, 2020.

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: October 21, 2020.

Replies, Joinders & Statements:
    A.  Official Committee of Unsecured Creditors' Statement in Partial Support of Motion of Atlantic Medical Center, Inc. and Other Health Service Providers for (I) Enforcement of Court's Prior Order and (II) Relief from Automatic Stay **[Case No. 17-3283, ECF No. 13260]**

Related Documents:
    A.  Joint Stipulation and Order Regarding Atlantic Medical Center, Inc., et al.'s Motion for Relief from the Automatic Stay (ECF No. 12918) **[Case No. 17-3283, ECF No. 13279]**

    B.  Joint Stipulation and Order Regarding Atlantic Medical Center, Inc., et al.'s Motion for Relief from the Automatic Stay (ECF No. 12918) **[Case No. 17-3283, ECF No. 13303]**

    C.  Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14166]**

    D.  Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14172]**

Status: This matter has been adjourned to October 28, 2020 omnibus hearing.

Estimated Time Required:  N/A

4.  **Debtor's Rule 9019 Motion for Order Allowing PRIFA BANs Guarantee Claim.** Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for an Order Approving Stipulation and Agreed Order (A) Allowing PRIFA BANs Guarantee Claim, (B) Authorizing Escrow of PRIFA Funds and (C) Directing the Dismissal of Litigation with Prejudice **[Case No. 17-3283, ECF No. 12519]**

<u>Description</u>: The Commonwealth of Puerto Rico's motion for entry of an order approving the terms of the compromise and settlement among the Commonwealth, AAFAF on behalf of the Puerto Rico Infrastructure Financing Authority ("<u>PRIFA</u>"), and holders (the "<u>PRIFA BANs Bondholders</u>") of the series of bond anticipation notes designated as Puerto Rico Infrastructure Financing Authority, Dedicated Tax Fund Revenue Bond Anticipation Notes, Series 2015 (collectively, the "<u>PRIFA BANs</u>") issued by PRIFA, and resolving certain disputes and litigations in connection with the PRIFA BANs.

<u>Objection Deadline</u>: April 7, 2020 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
  A. Objection of Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp. and Ambac Assurance Corporation to the Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for an Order Approving Stipulation and Agreed Order (A) Allowing PRIFA BANs Guarantee Claim, (B) Authorizing Escrow of PRIFA Funds and (C) Directing the Dismissal of Litigation with Prejudice **[Case No. 17-3283, ECF No. 12699]**

  B. Reservation of Rights of Official Committee of Unsecured Creditors with Respect to Motion of Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for Order Approving Stipulation and Agreed Order (A) Allowing PRIFA BANS Guarantee Claim, (B) Authorizing Escrow of PRIFA Funds and (C) Directing Dismissal of Litigation with Prejudice **[Case No. 17-3283, ECF No. 12705]**

<u>Reply, Joinder & Statement Deadlines</u>: April 14, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and September 9, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
  A. None.

<u>Related Documents</u>:
  A. None.

<u>Status</u>: Upon agreement of the parties and notice to the Court, this matter has been adjourned to the October 28, 2020 omnibus hearing.

<u>Estimated Time Required</u>: N/A

5. **<u>Debtors' Omnibus Objections to Claims.</u>** Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the September 16, 2020 Omnibus Hearing to the October 28, 2020 Omnibus Hearing **[Case No. 17-3283, ECF No. 14138]**

The following omnibus objections to claims have been adjourned to the October 28, 2020 omnibus hearing, solely with respect to claims that have not already been disallowed by entry of a final written order of the Court.

Seventy-Eighth [ECF No. 8964]; Seventy-Ninth [ECF No. 8965]; Eightieth [ECF No. 8967]; Eighty-First [ECF No. 8968]; Eighty-Second [ECF No. 8969]; Eighty-Third [ECF No. 8970]; Eighty-Fourth [ECF No. 8971]; Eighty-Fifth [ECF No. 8973]; Eighty-Sixth [ECF No. 8975]; Eighty-Seventh [ECF No. 8976]; Eighty-Eighth [ECF No. 8977]; Eighty-Ninth [ECF No. 8978]; Ninetieth [ECF No. 8979]; Ninety-First [ECF No. 8980]; Ninety-Second [ECF No. 8981]; Ninety-Third [ECF No. 8982]; Ninety-Fourth [ECF No. 8983]; Ninety-Fifth [ECF No. 8984]; Ninety-Sixth [ECF No. 9546]; Ninety-Seventh [ECF No. 9547]; Ninety-Eighth [ECF No. 9548]; Ninety-Ninth [ECF No. 9549]; One Hundredth [ECF No. 9550]; One Hundred First [ECF No. 9551]; One Hundred Second [ECF No. 9552]; One Hundred Third [ECF No. 9553]; One Hundred Fourth [ECF No. 9554]; One Hundred Fifth [ECF No. 9555]; One Hundred Sixth [ECF No. 9556]; One Hundred Seventh [ECF No. 9557]; One Hundred Eighth [ECF No. 9558]; One Hundred Ninth [ECF No. 9559]; One Hundred Tenth [ECF No. 9560]; One Hundred Eleventh [ECF No. 9561]; One Hundred Twelfth [ECF No. 9562]; One Hundred Thirteenth [ECF No. 9563]; One Hundred Fourteenth [ECF No. 9564]; One Hundred Fifteenth [ECF No. 9565]; One Hundred Sixteenth [ECF No. 9566]; One Hundred Seventeenth [ECF No. 9567]; One Hundred Eighteenth [ECF No. 9568]; One Hundred Nineteenth [ECF No. 9569]; One Hundred Twentieth [ECF No. 9570]; One Hundred Twenty-First [ECF No. 9572]; One Hundred Twenty-Second [ECF No. 9574]; One Hundred Twenty-Third [ECF No. 9576]; One Hundred Twenty-Fourth [ECF No. 9892];  One Hundred Twenty-Fifth [ECF No. 9894];  One Hundred Twenty-Sixth [ECF No. 9895];  One Hundred Twenty-Seventh [ECF No. 9897]; One Hundred Twenty-[ECF No. 9900];  One Hundred Twenty-Ninth [ECF No. 9901];   One Hundred Thirtieth [ECF No. 9903]; One Hundred Thirty-First [ECF No. 9905]; One Hundred Thirty-Second [ECF No. 9906]; One Hundred Thirty-Third [ECF No. 9907]; One Hundred Thirty-Fourth [ECF No. 9908]; One Hundred Thirty-Fifth [ECF No. 9911]; One Hundred Thirty-Sixth [ECF No. 9912]; One Hundred Thirty-Seventh [ECF No. 9915]; One Hundred Thirty-Eighth [ECF No. 9917];  One Hundred Thirty-Ninth [ECF No. 9921]; One Hundred Fortieth [ECF No. 9933];  One Hundred Forty-First [ECF No. 9934]; One Hundred Forty-Second [ECF No. 9935]; One Hundred Forty-Third [ECF No. 9936]; One Hundred Forty-Fourth [ECF No. 9937]; One Hundred Forty-Fifth [ECF No. 9938]; One Hundred Forty-Sixth [ECF No. 9939]; One Hundred Forty-Seventh [ECF No. 9940]; One Hundred Forty-Eighth [ECF No. 9941]; One Hundred Forty-Ninth [ECF No. 9942]; One Hundred Fiftieth [ECF No. 9943]; One Hundred Fifty-Fifth [ECF No. 9944]; One Hundred Fifty-Sixth [ECF No. 9945]; One Hundred Fifty-Seventh [ECF No. 9946]; One Hundred Fifty-Eighth [ECF No. 11820]; One Hundred Fifty-Ninth [ECF No. 11821]; One Hundred Sixtieth [ECF No. 11822]; One Hundred Sixty-First [ECF No. 11823]; One Hundred Sixty-Second [ECF No. 11824]; One Hundred Sixty-Third [ECF No. 11825]; One Hundred Sixty-Fourth [ECF No. 11826]; One Hundred Sixty-Fifth [ECF No. 11827]; One Hundred Sixty-Sixth [ECF No. 11828]; One Hundred Sixty-Seventh [ECF No. 11833]; One Hundred Sixty-Eighth [ECF No. 11834]; One Hundred Sixty-Ninth [ECF No. 11836]; One Hundred Seventieth [ECF No. 11837]; One Hundred Seventy-First [ECF No. 12125]; One Hundred Seventy-Second [ECF No. 12126]; One Hundred Seventy-Third [ECF No. 12138]; One Hundred Seventy-Fourth [ECF No. 12140]; One Hundred Seventy-Fifth [ECF No. 12141]; One Hundred Seventy-Sixth [ECF No. 12143]; One Hundred Seventy-Seventh [ECF No. 12144]; One Hundred Seventy-Eighth [ECF No. 12146]; One Hundred

19

Seventy-Ninth [ECF No. 12147]; One Hundred Eightieth [ECF No. 12149]; One Hundred Eighty-First [ECF NO. 12159]; One Hundred Eighty-Second [ECF No. 12160]; One Hundred Eighty-Third [ECF No. 12163]; One Hundred Eighty-Fourth [ECF No. 12850]; One Hundred Eighty-Fifth [ECF No. 12851];  One Hundred Eighty-Sixth [ECF No. 12852];  One Hundred Eighty-Seventh [ECF No. 12853]; One Hundred Eighty-Eighth [ECF No. 12854];  One Hundred Eighty-Ninth [ECF No. 12858]; One Hundred Ninetieth [ECF No. 12859];  One Hundred Ninety-First  [ECF No. 12860];  One Hundred Ninety-Second [ECF No. 12864]; One Hundred Ninety-Third [ECF No. 12865]; One Hundred Ninety-Fourth [ECF No. 12867];  One Hundred Ninety-Fifth [ECF No. 12868];   One Hundred Ninety-Sixth  [ECF No. 12869];  One Hundred Ninety-Seventh  [ECF No. 12870]; One Hundred Ninety-Eighth [ECF No. 13406]; One Hundred Ninety-Ninth [ECF No. 13407]; Two Hundredth [ECF No. 13408]; Two Hundred First [ECF No. 13410]; Two Hundred Second [ECF No. 13409]; Two Hundred Third [ECF No. 13411]; Two Hundred Fourth [ECF No. 13412]; Two Hundred Fifth [ECF No. 13415]; Two Hundred Sixth [ECF No. 13416]; Two Hundred Seventh [ECF No. 13417]; Two Hundred Eighth [ECF No. 13418]; Two Hundred Ninth [ECF No. 13419]; Two Hundred Tenth [ECF No. 13420]; Two Hundred Eleventh [ECF No. 13422]; Two Hundred Twelfth [ECF No. 13425]; Two Hundred Thirteenth [ECF No. 13426]; Two Hundred Fourteenth [ECF No. 13427]; Two Hundred Fifteenth [ECF No. 13428]; Two Hundred Sixteenth [ECF No. 13429]; Two Hundred Seventeenth [ECF No. 13431]; Two Hundred Eighteenth [ECF No. 13432]; Two Hundred Nineteenth [ECF No. 13433]; Two Hundred Twentieth [ECF No. 13434]; Two Hundred Twenty-First [ECF No. 13435]; Two Hundred Twenty-Second [ECF No. 13436]; Two Hundred Twenty-Third [ECF No. 13907]; Two Hundred Twenty-Fourth [ECF No. 13908]; Two Hundred Twenty-Fifth [ECF No. 13909]; Two Hundred Twenty-Sixth [ECF No. 13910]; Two Hundred Twenty-Seventh [ECF No. 13911]; Two Hundred Twenty-Eighth [ECF No. 13912]; Two Hundred Twenty-Ninth [ECF No. 13913]; Two Hundred Thirtieth [ECF No. 13914]; Two Hundred Thirty-First [ECF No. 13915]; Two Hundred Thirty-Second [ECF No. 13916]; Two Hundred Thirty-Third [ECF No. 13917]; Two Hundred Thirty-Fourth [ECF No. 13918]; Two Hundred Thirty-Fifth Debtor [ECF No. 13919]; Two Hundred Thirty-Sixth [ECF No. 13920]; Two Hundred Thirty-Seventh Two Hundred Thirty-Seventh [ECF No. 13921]; Two Hundred Thirty-Eighth [ECF No. 13923]; Two Hundred Thirty-Ninth [ECF No. 13924]; Two Hundred Fortieth [ECF No. 13925]; Two Hundred Forty-First [ECF No. 13926]; Two Hundred Forty-Second [ECF No. 13927]; Two Hundred Forty-Third [ECF No. 13928].

Status: This matter has been adjourned to October 28, 2020 omnibus hearing.

Estimated Time Required:  N/A

6. **UCC's Motion to Terminate PREPA 9019 Motion.**  Motion of Official Committee of Unsecured Creditors to Terminate Bankruptcy Rule 9019 Motion **[Case No. 17-3283, ECF No. 14056; Case No. 17-4780, ECF No. 2144]**

Description:  The Official Committee of Unsecured Creditors' motion to terminate the PREPA 9019 motion for lack of subject matter jurisdiction or, in the alternative, to permit the Committee to pursue its objection to PREPA bondholders' claims.

Objection Deadline:  September 1, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Joint Objection of PREPA and AAFAF to Motion of Official Committee of Unsecured Creditors to Terminate Bankruptcy Rule 9019 Motion **[Case No. 17-3283, ECF No. 14148; Case No. 17-4780, ECF No. 2165]**

Reply, Joinder & Statement Deadlines: September 8, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and September 9, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. Statement of Fuel Lenders with Respect to Motion to Terminate Rule 9019 Motion **[Case No. 17-3283, ECF No. 14145; Case No. 17-4780, ECF No. 2161]**

    B. Limited Joinder of SRAEE to the Motion of Official Committee of Unsecured Creditors to Terminate Bankruptcy Rule 9019 Motion and Request to Continue the Proceedings of Adversary Proceeding No. 19-00405 **[Case No. 17-3283, ECF No. 14146; Case No. 17-4780, ECF No. 2162]**

    C. Official Committee of Unsecured Creditors' Reply in Support of Motion to Terminate Rule 9019 Motion **[Case No. 17-3283, ECF No. 14197; Case No. 17-4780, ECF No. 2181]**

Related Documents:
    A. Official Committee of Unsecured Creditors' Urgent Motion to Compel Discovery in Connection with Motion to Terminate Bankruptcy Rule 9019 **[Case No. 17-3283, ECF No. 14127; Case No. 17-4780, ECF No. 2155]**

    B. Unopposed Urgent Motion of Official Committee of Unsecured Creditors to Set Briefing Schedule and Hearing on Official Committee of Unsecured Creditors' Urgent Motion to Compel Discovery in Connection with Motion to Terminate Bankruptcy Rule 9019 **[Case No. 17-3283, ECF No. 14128; Case No. 17-4780, ECF No. 2156]**

    C. Order of Reference to Magistrate Judge **[Case No. 17-3283, ECF No. 14131; Case No. 17-4780, ECF No. 2158]**

    D. Order Setting Briefing Schedule **[Case No. 17-3283, ECF No. 14133; Case No. 17-4780, ECF No. 2159]**

    E. Respondents' Opposition to UCC's Urgent Motion to Compel Discovery in Connection with Motion to Terminate Bankruptcy Rule 9019 **[Case No. 17-3283, ECF No. 14149; Case No. 17-4780, ECF No. 2164]**

F.  Official Committee of Unsecured Creditors' Reply in Support of Urgent Motion to Compel Discovery in Connection with Motion to Terminate Bankruptcy Rule 9019 **[Case No. 17-3283, ECF No. 14176; Case No. 17-4780, ECF No. 2173]**

G.  Order on Motion to Compel **[Case No. 17-3283, ECF No. 14181; Case No. 17-4780, ECF No. 2177]**

H.  Official Committee of Unsecured Creditors' Urgent Objection to Magistrate Judge's September 5, 2020 Order on Motion to Compel Discovery in Connection with Motion to Terminate Bankruptcy Rule 9019 Motion **[Case No. 17-3283, ECF No. 14210; Case No. 17-4780, ECF No. 2184]**

I.  Urgent Motion of Official Committee of Unsecured Creditors to Set Briefing Schedule and Hearing on Urgent Objection to Magistrate Judge's September 5, 2020 Order on Motion to Compel Discovery in Connection with Motion to Terminate Bankruptcy Rule 9019 Motion **[Case No. 17-3283, ECF No. 14211; Case No. 17-4780, ECF No. 2185]**

J.  Order Setting Briefing Schedule on Official Committee of Unsecured Creditors' Urgent Objection to Magistrate Judge's September 5, 2020 Order on Motion to Compel Discovery in Connection with Motion to Terminate Bankruptcy Rule 9019 Motion **[Case No. 17-3283, ECF No. 14215; Case No. 17-4780, ECF No. 2188]**

K.  Order Regarding the Official Committee of Unsecured Creditors' Motion to Terminate Bankruptcy Rule 9019 **[Case No. 17-3283, ECF No. 14226; Case No. 17-4780, ECF No. 2189]**

Status: This matter has been adjourned to a date to be determined by agreement of the parties.

Estimated Time Required:  N/A

7.  **Scheduling Conference.** **[*Sciemus Ltd. v. PREPA*; Adv. No. 19-369]**

Description:  The Court will conduct a scheduling conference to direct the parties and establish substantive deadlines for the discovery process and for the remainder of the case.

Objection Deadline:  October 20, 2020 for Plaintiffs and any newly added counter-defendants to respond to PREPA and Commonwealth's counterclaim and third-party claim.

Responses:
   A.  N/A

Reply, Joinder & Statement Deadlines: December 21, 2020 for parties to file joint status report.

Replies, Joinders & Statements:
   A.  N/A

<u>Related Documents</u>:

    A.  Unopposed Motion for Scheduling Conference **[Adv. No. 19-369; ECF No. 67]**

    B.  Order **[Adv. No. 19-369; ECF No. 73]**

    C.  Joint Status Report **[Adv. No. 19-369; ECF No. 81]**

    D.  Unopposed Motion for Extension of Time **[Adv. No. 19-369, ECF No. 82]**

    E.  Order **[Adv. No. 19-0369, ECF No. 83]**

    F.  Order **[Adv. No. 19-0369, ECF No. 84]**

    G.  Joint Motion to Continue Deadlines **[Adv. No. 19-0369, ECF No. 85]**

    H.  Order **[Adv. No. 19-0369, ECF No. 86]**

<u>Status</u>:  This matter has been adjourned to the January 27, 2021 omnibus hearing.

<u>Estimated Time Required</u>:  N/A

[<em>Remainder of page intentionally left blank</em>]

Dated: September 14, 2020
    San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

## <u>Exhibit A</u>

**Procedures Order**