# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br> THE COMMONWEALTH OF PUERTO RICO, *et al.* <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

### MOTION SUBMITTING CERTIFIED TRANSLATION OF EXHIBITS TO CONSUL-TECH CARIBE INC.'S REPLY TO OBJECTION TO MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS
### [ D.E. 14168]

To the Honorable United States District Court Judge Laura Taylor Swain:

COMES NOW Consul-Tech Caribe, Inc. ("Consul-Tech" or "Contractor"), represented by the undersigned attorneys, and respectfully states as follows:

Pursuant to the *Motion for Leave to Cite Spanish Language Documents and for Extension of Time to File Certified Translations* (D.E. 14169), and this Honorable Court's Order granting said Motion (D.E. 14173), Consul-Tech respectfully submits the certified translations of Exhibit 2 (D.E. 14168-2), the pertinent parts of Exhibit 4 (D.E. 14168-4), the pertinent parts of Exhibit 6

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(D.E. 14168-6) and Exhibit 7 (D.E. 14168-7) to Consul Tech's *Reply to Objection to Motion for Allowance of Payment of Administrative Expense Claims* (the "Reply") (D.E. 14168).

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the above and accept the attached certified translations of Exhibits 2, 4, 6, and 7 to the Reply.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 14th day of September 2020.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing documents through the Court's CM/ECF system. Notice of this filing will be sent to all parties registered therein by operation of the Court's electronic filing system.

REICHARD & ESCALERA, LLC

*/s/ Rafael Escalera Rodríguez*
Rafael Escalera Rodríguez
USDC-PR No. 122609
escalera@reichardescalera.com

*/s/Sylvia M. Arizmendi*
Sylvia M. Arizmendi
USDC-PR No. 210714
arizmendis@reichardescalera.com

*/s/ Fernando Van Derdys*
Fernando Van Derdys
USDC-PR 201913
fvander@reichardescalera.com

*/s/ Alana Vizcarrondo-Santana*
Alana Vizcarrondo-Santana
USDC-PR No. 301614
vizcarrondo@reichardescalera.com

255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, PR 00917-1913
Telephone: (787) 777-8888

**CERTIFICATE OF SERVICE**

We hereby certify that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the parties of record.

*/s/Alana M. Vizcarrondo-Santana*
USDC-PR 301614