# **EXHIBIT 4**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

DEPARTAMENTO DE ESTADO

Núm. Reglamento      **7040**

Fecha Radicación: 5 de octubre de 2005

Aprobado:      Fernando J. Bonilla
                  Secretario de Estado

Por:   *María D. May Paz*
        Secretaria Auxiliar de Servicios

REGLAMENTO PARA LA ADQUISICIÓN, VENTAS Y SUBASTAS
DE BIENES, OBRAS Y SERVICIOS NO PERSONALES
DEL DEPARTAMENTO DE EDUCACIÓN
Para derogar el Reglamento Número 5430,
de 17 de mayo de 1996, según enmendado.

## ÍNDICE

CAPÍTULO I – DISPOSICIONES GENERALES . . . . . . . . . . . . . . . . . . . . . . . . . . .   1

Artículo 1 – PREÁMBULO. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1

Artículo 2 – TÍTULO DEL REGLAMENTO. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3

Artículo 3 – BASE LEGAL. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3

Artículo 4 – JURISDICCIÓN Y ALCANCE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3

Artículo 5 – DEFINICIONES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4

Artículo 6 – PRINCIPIOS DE APLICACIÓN GENERAL. . . . . . . . . . . . . . . . . . . .15

CAPÍTULO II – FACULTADES Y DEBERES DE LOS FUNCIONARIOS
          CONCERNIDOS   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Artículo 7 – DELEGACIÓN DE FUNCIONES Y DEBERES. . . . . . . . . . . . . . . . . . 18

Artículo 8 – El DIRECTOR O JEFE DE LA UNIDAD ADQUIRENTE. . . . . . . . . . . . 19

Artículo 9– EL COMPRADOR  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   20

Artículo 10 – EL RECEPTOR  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .22

CAPÍTULO III – PROCEDIMIENTO DE ADQUISICION O VENTA DE
          BIENES, OBRAS O SERVICIOS NO PERSONALES. . . . . . . . . . .24

Artículo 11 – REQUISICIÓN DE COMPRA  . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

Artículo 12 – CLASIFICACIÓN DE LOS PROCEDIMIENTOS APLICABLES. . . . . .   26

Artículo 13 – TIPOS O MODALIDADES DE COMPRAS. . . . . . . . . . . . . . . . . . . .   26

CAPÍTULO IV – ADQUISICIÓN DE BIENES, OBRAS O SERVICIOS NO
          PERSONALES MEDIANTE ARRENDAMIENTOS, PERMUTAS,
          "TRADE-IN"O DONACIONES. . . . . . . . . . . . . . . . . . . . . . . . . . . .38

Artículo 14 – ARRENDAMIENTO. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   38

Artículo 15 – PERMUTA O "TRADE IN". . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   39

Artículo 16 – DONACIÓN. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   40

CAPÍTULO V – OFICINA REGULADORA DE COMPRAS, SUBASTAS Y
          CONTRATOS DE BIENES, OBRAS Y SERVICIOS NO
          PERSONALES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   41

Artículo 17 – CREACIÓN DE LA OFICINA REGULADORA  . . . . . . . . . . . . . . . . . 41

Artículo 18 – PERSONAL DE LA OFICINA  . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

Artículo 19 – FUNCIONES O ÁREAS GENERALES DE ATENCIÓN QUE SERÁN
          RESPONSABILIDAD DE LA OFICINA. . . . . . . . . . . . . . . . . . . . . . . .42

CAPÍTULO VI- REGISTRO DE LICITADORES  . . . . . . . . . . . . . . . . . . . . . . . . . .43

Artículo 20 – CREACIÓN Y FUNCIONAMIENTO DEL REGISTRO ÚNICO
          DE LICITADORES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43

Artículo 21 – OBLIGACIÓN DE LOS SUPLIDORES CON RESPECTO AL
REGISTRO ÚNICO DE LICITADORES  ..........................  45

Artículo 22 – OBLIGACIÓN DE LOS FUNCIONARIOS QUE INTERVIENEN
CON LOS PROCESOS DE COMPRA DEL DEPARTAMENTO DE
EDUCACIÓN CON RESPECTO AL REGISTRO ÚNICO DE
LICITADORES. ...................................................  46

CAPÍTULO VII – POLÍTICA PREFERENCIAL PARA LAS COMPRAS DEL
GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO
RICO. ..........................................................  46

Artículo 23 – BASE LEGAL. ...........................................  46

Artículo 24 – JUNTA PARA LA INVERSIÓN EN LA INDUSTRIA
PUERTORRIQUEÑA. ............................................  47

Artículo 25 – USO DEL POR CIENTO DE PREFERENCIA POR LOS
LICITADORES.... ...............................................  47

Artículo 26 – APLICACIÓN DEL POR CIENTO DE PREFERENCIA A UNA
COMPRA O SUBASTA. ..........................................  47

Artículo 27 – OTRAS DISPOSICIONES LEGALES RELATIVAS A LA LEY PARA
LA INVERSIÓN EN LA INDUSTRIA PUERTORRIQUEÑA QUE
APLICAN. .......................................................  47

CAPÍTULO VIII – JUNTA DE SUBASTAS: CREACIÓN, CONSTITUCIÓN,
JURISDICCIÓN Y FUNCIONAMIENTO. .................  48

Artículo 28 – CREACIÓN DE LAS JUNTAS DE SUBASTAS  ..................  48

Artículo 29 – CONSTITUCIÓN DE LAS JUNTAS DE SUBASTAS. .............  48

Artículo 30 – JURISDICCIÓN DE LAS JUNTAS DE SUBASTAS. ..............  49

Artículo 31 – FUNCIONAMIENTO DE LAS JUNTAS DE SUBASTAS. ...........  50

CAPÍTULO IX – CELEBRACIÓN DE SUBASTAS FORMALES  .............  54

Artículo 32 – INICIO DEL PROCEDIMIENTO. ............................  54

Artículo 33 – PLIEGO DE SUBASTA  .................................  54

Artículo 34 – CONVOCATORIA DE LA SUBASTA. ..........................  57

Artículo 35 – REUNIÓN PRE-SUBASTA. .................................  59

Artículo 36 – ENMIENDAS A LA CONVOCATORIA O PLIEGOS DE
SUBASTAS. .....................................................  60

Artículo 37 – SOLICITUD DE RECONSIDERACIÓN DE LA CONVOCATORIA. ....  61

Artículo 38 – ACCIÓN A TOMAR ANTE LA SOLICITUD DE
RECONSIDERACIÓN. ...........................................  61

Artículo 39 – PREPARACIÓN DE LAS OFERTAS POR LOS LICITADORES. ........  62

Artículo 40 – ENTREGA Y RECIBO DE LAS OFERTAS DE LOS LICITADORES. ....  64

ii

Artículo 41 – ACTO DE APERTURA. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66

Artículo 42 – ACTA DEL ACTO DE APERTURA. . . . . . . . . . . . . . . . . . . . . . . . . 68

Artículo 43 – COMUNICACIONES DE LOS LICITADORES O CON LOS
LICITADORES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69

Artículo 44 – PROHIBICIONES SOBRE DIVULGACIÓN DE INFORMACIÓN. . . . . 69

CAPÍTULO X – EVALUACIÓN. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69

Artículo 45 – EVALUACIÓN DE LAS OFERTAS. . . . . . . . . . . . . . . . . . . . . . . . . 69

Artículo 46 – DESVIACIONES MENORES DE LAS OFERTAS. . . . . . . . . . . . . . . 70

Artículo 47 – EVALUACIÓN DE LA ÚNICA OFERTA. . . . . . . . . . . . . . . . . . . . . 71

Artículo 48 – EVALUACIÓN DE ÚNICA OFERTA DE FORMA RECURRENTE. . . 71

Artículo 49 – EVALUACION DE MÁS DE UNA OFERTA POR UN MISMO
LICITADOR. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71

Artículo 50 – EVALUACIÓN DE OFERTAS EN QUE EL LICITADOR HAYA
OFRECIDO MÁS DE UN MODELO O ESTILO DE UN
PRODUCTO. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72

Artículo 51 – EVALUACIÓN DE OFERTAS NO RESPONSIVAS. . . . . . . . . . . . . . 72

Artículo 52 – EVALUACIÓN DE OFERTAS SOSPECHOSAS DE COLUSIÓN O
CONSPIRACIÓN. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72

Artículo 53 – SUBASTA DESIERTA. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73

Artículo 54 – RECHAZO GLOBAL DE TODAS LAS OFERTAS DE UNA
SUBASTA. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73

Artículo 55 – PROCEDIMIENTO A SEGUIR CUANDO TODAS LAS OFERTAS DE
UNA SUBASTA SEAN DECLARADAS RECHAZO GLOBAL. . . . . . . 73

CAPÍTULO XI - ADJUDICACIÓN. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74

Artículo 56 – OBLIGACIÓN DE ADJUDICAR. . . . . . . . . . . . . . . . . . . . . . . . . . 74

Artículo 57 – ACTO DE ADJUDICACIÓN. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74

Artículo 58 – NORMAS GENERALES DE ADJUDICACIÓN DE SUBASTAS DE
ADQUISICIÓN. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75

Artículo 59 – NORMAS GENERALES DE ADJUDICACIÓN DE SUBASTAS DE
VENTAS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75

Artículo 60 – RECOMENDACIÓN DEL POSTOR A QUIEN SE LE ADJUDICA UNA
SUBASTA. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76

Artículo 61 – NOTIFICACIÓN A LOS LICITADORES. . . . . . . . . . . . . . . . . . . . . 76

Artículo 62 – AVISO DE ADJUDICACIÓN. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76

Artículo 63 – OFERTAS QUE RESULTEN EMPATADAS. . . . . . . . . . . . . . . . . . . 76

Artículo 64 – CUSTODIA DEL EXPEDIENTE DE LA SUBASTA LUEGO DEL ENVÍO
DEL AVISO DE ADJUDICACIÓN. . . . . . . . . . . . . . . . . . . . . . . . . 77

Artículo 65 – CANCELACIÓN DE LA ADJUDICACIÓN DE UNA SUBASTA . . . . . . . 78

Artículo 66 – PROCEDIMIENTO PARA SOLICITAR REVISIÓN DE LA ADJUDICACIÓN DE UNA SUBASTA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79

Artículo 67 – PROCEDIMIENTO POSTERIOR A LA RADICACIÓN DE UNA SOLICITUD DE REVISIÓN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80

Artículo 68 – ACCIÓN POSTERIOR AL PROCESO DE REVISIÓN ADMINISTRATIVA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81

CAPÍTULO XII - GARANTÍAS A SER EXIGIDAS AL LICITADOR . . . . . . . . . . 81

Artículo 69 – DESCRIPCIÓN DE LAS GARANTÍAS . . . . . . . . . . . . . . . . . . . . . . . . . . 81

Artículo 70 - GARANTÍAS PRESTADAS MEDIANTE VALORES NEGOCIABLES O DE OTRO TIPO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82

Artículo 71 – LIBERACIÓN DE LAS GARANTÍAS PRESTADAS . . . . . . . . . . . . . . 83

CAPÍTULO XIII – IMPOSICIÓN DE PENALIDADES . . . . . . . . . . . . . . . . . . . . . . 84

Artículo 72 – PENALIDADES A IMPONERSE CONTRA GARANTÍAS PRESENTADAS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84

Artículo 73 – PENALIDAD ADICIONAL AL LICITADOR QUE RETIRE SU OFERTA ANTES O DESPUÉS DE PRESTAR LA GARANTÍA DE EJECUCIÓN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85

Artículo 74 – PENALIDADES AL PROVEEDOR QUE INCUMPLA CON COMPROMISOS DE ENTREGA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85

Artículo 75 – PENALIDADES POR INCUMPLIMIENTO DEL CONTRATO . . . . . . . 86

Artículo 76 – RECLAMACIONES A LAS COMPAÑÍAS DE SEGURO POR INCUMPLIMIENTO DE CONTRATO O PAGOS INDEBIDOS . . . . . . . 87

CAPÍTULO XIV – PROCESO DE PAGO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87

Artículo 77 – DILIGENCIA EN LA TRAMITACIÓN DE DOCUMENTOS PARA PROCESAR EL PAGO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87

Artículo 78 – REQUISITOS PARA PROCESAR EL PAGO . . . . . . . . . . . . . . . . . . . 87

Artículo 79 – PAGO POR ADELANTADO DE BIENES, OBRAS O SERVICIOS . . . . 87

CAPÍTULO XV – DISPOSICIONES MISCELÁNEAS . . . . . . . . . . . . . . . . . . . . . . 89

Artículo 80 – CELEBRACIÓN DE SUBASTAS PARA LA VENTA DE BIENES, OBRAS O SERVICIOS NO PERSONALES . . . . . . . . . . . . . . . . . . . . . 89

Artículo 81 – SEGREGACIÓN DE FUNCIONES . . . . . . . . . . . . . . . . . . . . . . . . . . . 89

Artículo 82 – DEBERES Y RESPONSABILIDADES DE LOS SUPLIDORES . . . . . . . . . . . . . 89

Artículo 83 - DERECHOS DE LOS LICITADORES . . . . . . . . . . . . . . . . . . . . . . . . . 90

Artículo 84 – ACTUACIONES DE FUNCIONARIOS O EMPLEADOS QUE SE CONSIDERARÁN ILEGALES . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92

Artículo 85 -- VIOLACIONES POR NEGLIGENCIA O INCUMPLIMIENTO DE
         DEBERES  ................................................... 93

CAPÍTULO XVI -- DISPOSICIONES TRANSITORIAS....................... 93

Artículo 86 -- DEROGACIONES................................................ 93

Artículo 87 -- SEPARABILIDAD........................................... 94

Artículo 88 -- VIGENCIA...................................................... 94

v

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

REGLAMENTO PARA LA ADQUISICIÓN, VENTAS Y SUBASTAS
DE BIENES, OBRAS Y SERVICIOS NO PERSONALES
DEL DEPARTAMENTO DE EDUCACIÓN

## CAPÍTULO I – DISPOSICIONES GENERALES

### Artículo 1 – PREÁMBULO

La Ley Núm. 149 de 15 de julio de 1999, según enmendada, conocida como "Ley Orgánica del Departamento de Educación de Puerto Rico", faculta al Secretario de Educación, en su función de Director Administrativo del Sistema de Educación Pública de Puerto Rico, a establecer las normas referentes a compras de suministros sin sujeción a las disposiciones pertinentes de la Ley Núm. 164 de 16 de junio de 1974, según enmendada, conocida como "Ley de la Administración de Servicios Generales", excepto en lo referente al mantenimiento y custodia del "Registro Único de Licitadores", que se regirá por lo que establece dicha Ley, según enmendada por la Ley Núm. 85, de 18 de julio de 2002.

Este Reglamento establece los procedimientos y requisitos para la compra, venta, arrendamiento o transferencia de bienes, obras, servicios no personales, o de toda propiedad que sea necesaria para el logro de los objetivos programáticos y administrativos del Departamento de Educación de Puerto Rico, en adelante Departamento. Crea una Oficina Reguladora de Compras, Subastas y Contratos, establece unidades de compras en las distintas dependencias del Departamento, asigna las responsabilidades de los compradores y receptores y dispone cómo se implantará el proceso de compras. Crea Juntas de Subastas, fija los deberes y responsabilidades de sus miembros y establece las normas que guiarán los trámites, celebración y adjudicación de subastas.

Promulga los deberes y funciones de todos los componentes que participan en el proceso de compras y establece los procedimientos a seguir, incluyendo la realización de estudios de necesidades, el establecimiento de prioridades, el rigor con que habrá de evaluarse todo producto a ser adquirido, la forma en que se tramitarán las requisiciones, cómo se realizarán las compras en sus distintas modalidades, cómo se procesarán las ventas, arrendamientos, transferencias o permutas, cómo se procederá en la celebración de subastas formales e informales, cómo se tramitará el otorgamiento de contratos, qué procedimientos se utilizarán para el recibo y entrega de mercancías y servicios, cómo y bajo qué normas se autorizarán los pagos y qué procedimientos administrativos se usarán para dirimir las controversias relativas a todos los asuntos, conforme con las leyes y reglamentación aplicables.

Este Reglamento deroga el número 5430, de 17 de mayo de 1996, según enmendado, y aplicará a todas las compras, ventas, subastas y contratos de adquisición de bienes, obras y servicios no personales que realicen todas las subsecretarías, secretarías auxiliares, programas, divisiones, oficinas, autoridades, institutos, regiones educativas, distritos escolares, componentes fiscales, escuelas y cualquier otra unidad operacional que se cree en el Departamento.

En la producción y redacción de este Reglamento se utilizan experiencias vicarias, así como reglamentos y otros documentos que establecen normas que han guiado la implantación de procesos de adquisición en el pasado. Con la adopción de este Reglamento se pretende, además de cumplir con los requerimientos de la Ley Núm. 149 de 15 de julio de 1999, según enmendada, establecer procedimientos claros, justos, equitativos, sencillos, flexibles, rápidos y económicos. Se desea también atemperar todos los procesos de compras y subastas con los grandes cambios surgidos en el Departamento, así como con la metodología y tecnología moderna. Se introducen prácticas y procedimientos nuevos que son viables, gracias a los adelantos tecnológicos que están a nuestra disposición al presente. La comunicación por correo electrónico, el acceso a Internet, la telefonía moderna, sistema mecanizado y otros, son instrumentos o mecanismos que deben ayudarnos a agilizar todos los procesos administrativos del Departamento, incluyendo compras, subastas, pagos y todo asunto relativo a las normas que se promulgan en este Reglamento.

2

Se añaden, además, elementos nuevos que permiten al Departamento satisfacer las necesidades de su estudiantado de manera más real y efectiva. El producto o servicio que se adquiera, además de tener el costo más económico posible y de cumplir con los requisitos que se exijan, deberá constituir por sí mismo la solución completa, según definida por el Departamento, al problema que originó la necesidad de su adquisición.

Logrado el producto que represente la solución completa del problema, este Reglamento propiciará que se tomen todas las medidas que sean posibles para lograr el costo más bajo alcanzable. Se promulga este Reglamento, en resumen, para propiciar que el Departamento adquiera los bienes y servicios no personales que necesite con prontitud, de una alta calidad, al costo más bajo posible y bajo principios de equidad, absoluta legalidad y competitividad.

## Artículo 2 – TÍTULO DEL REGLAMENTO

Este Reglamento se conocerá como el "Reglamento para la Adquisición, Ventas y Subastas de Bienes, Obras y Servicios No Personales del Departamento de Educación".

## Artículo 3 – BASE LEGAL

Este Reglamento se promulga en virtud de la facultad que se le confiere al Secretario de Educación en la Ley Núm. 149 de 15 de julio de 1999, según enmendada, conocida como "Ley Orgánica del Departamento de Educación de Puerto Rico" (3lPRA-), específicamente en el Artículo 2.04 – "Autonomía de las Escuelas"; Artículo 5.02. – "El Secretario: Forma de Ejercer Funciones"; Artículo 5.04. – "El Secretario: Delegación de Funciones"; Artículo 6.04. – "Facultades y Obligaciones del Secretario en el Ámbito Administrativo"; y Artículo 6.05. – "Delegación de Funciones en Funcionarios Subalternos".

## Artículo 4 – JURISDICCIÓN Y ALCANCE

Las disposiciones de este Reglamento se extenderán y serán aplicables a toda compra, venta, permuta, "trade-in" o subasta de bienes, materiales, equipo, libros de textos y de referencia, servicios de transportación que no están incluidos en los servicios de transportación regular (excursiones, viajes culturales y otros), productos alimenticios, obras y contratos por servicios no personales; a todos los empleados, proveedores, licitadores y personas relacionadas que intervengan o participen directa o indirectamente

en esos procesos; así como en cualesquiera otros trámites relacionados, tales como entregas, recibo de productos, sustitución de productos, ajustes de precios, custodia de documentos relacionados con ofertas de suplidores, entre otros; a todas las dependencias organizadas o a organizarse en el Departamento: subsecretarías, secretarías auxiliares, programas, divisiones, autoridades, institutos, oficinas, regiones educativas, distritos escolares, componentes fiscales y escuelas de la comunidad.

Dadas las circunstancias de que en el Departamento se implantan o desarrollan programas, proyectos y actividades variadas que son financiadas con fondos federales, total o parcialmente, o mediante contratos de cooperación con otras entidades gubernamentales o privadas regidas por leyes, reglamentos, normas o disposiciones federales o particulares, dichas leyes, reglamentos o disposiciones serán de aplicación prioritaria en todo aquello que contenga requisitos adicionales o que estén en conflicto con el presente Reglamento, es decir, que éste tendrá un carácter supletorio a dicha relación normativa.

Las disposiciones de este Reglamento no serán extensivas a las compras de materiales y equipo realizadas por instituciones, concesionarios o proveedores de servicios particulares a los que se les adjudique fondos por contrato mediante el procedimiento de evaluación y aprobación de propuestas subvencionadas con fondos federales para el ofrecimiento de servicios. Las compras de materiales y equipo que realicen estos contratistas con los fondos federales que se le aprueben para desarrollar sus proyectos se regirán por el procedimiento administrativo que ellos mismos establezcan para cumplir con las disposiciones de la reglamentación federal aplicable, expuesta en la sección 80.36 de la Parte 80 del Título 34 del Código del Reglamento Federal (34 CFR 80.36). Dicho procedimiento administrativo estará disponible al Departamento para fines evaluativos y fiscales. Bajo lo dispuesto en ese procedimiento administrativo, será el propio contratista quien tendrá que responder por la aplicación de la reglamentación federal a la que se hace referencia.

Artículo 5 – DEFINICIONES

Para los fines y propósitos de este Reglamento las frases, expresiones o palabras utilizadas en este Reglamento se interpretarán según su contexto y por el significado que

4

se le conoce en su uso corriente; no obstante, para mayor claridad y precisión se ofrecen las siguientes definiciones operacionales:

§Sec. 5.1 – Acta

Relación escrita de todo lo ocurrido, tratado y acordado en toda reunión de la Junta de Subastas, reunión presubasta y actos de apertura o de adjudicación.

§Sec. 5.2 – Acto de apertura

Reunión a la que asisten los licitadores y público en general, durante la cual se abren los sobres sellados recibidos para una subasta, se examina su contenido y se anuncian los precios cotizados y otros datos que sean relevantes.

§Sec. 5.3 – Área de funcionamiento

Cada una de las áreas, programas, divisiones, oficinas, dependencias o niveles en que está subdividido el Departamento de Educación.

§Sec. 5.4 – Arrendamiento

Modalidad de adquisición que establece un contrato mediante el cual el arrendador se obliga a prestar al arrendatario un servicio o a dar en usufructo parte de su derecho de propiedad sobre un bien o una obra, a cambio de un canon o pago basado en un precio fijado por un tiempo o plazo determinado.

§Sec. 5.5 – Aviso de cambio o enmienda

Cualquier cambio o enmienda que se anuncie posterior a haberse emitido una convocatoria a subasta, una orden de compra o se haya otorgado y formalizado un contrato.

§Sec. 5.6 – Compra de emergencia o urgencia

Modalidad de compra directa, sin sujeción a cuantía, que responde al surgimiento de condiciones o situaciones que ponen en riesgo la vida, seguridad o salud de seres humanos; o que puedan provocar la pérdida de propiedad o recursos fiscales del Departamento de Educación, así como la interrupción del ofrecimiento de servicios esenciales cuya continuidad sea de absoluta necesidad.

§Sec. 5.7 – Compra directa

Compra de un bien, obra o servicio no personal que, por circunstancias especiales que prevalecen, no requiere la celebración de una subasta formal o informal.

§Sec. 5.8 – Comprador

Funcionario o empleado del Departamento a quien el Secretario de Educación o su representante autorizado, le haya designado para ejercer la función de adquirir bienes, obras o servicios no personales para determinada Unidad Adquirente de la agencia.

§Sec. 5.9 – Compra formal

Compra de un bien, obra o servicio no personal que por tener un costo mayor de cincuenta mil dólares ($50,000.00) requiere la celebración de una subasta formal.

§Sec. 5.10 – Compra informal

Acción de adquirir un bien, obra o servicio no personal bajo los términos de una orden de compra o contrato que no requiere la celebración de una subasta formal.

§Sec. 5.11 – Compra por contrato

Compra que se hace directamente a un suplidor con quien se haya formalizado un contrato, luego de que se le haya adjudicado una subasta formal o informal.

§Sec. 5.12 – Condiciones generales, especiales, específicas o particulares

Términos que establecerá la Unidad Adquirente, bajo los cuales un licitador hará sus ofertas para proveer bienes, obras o servicios no personales al Departamento. Las condiciones complementarán las especificaciones y deberán ser incluidas en las peticiones de ofertas o convocatorias. Según sea su grado de especificidad o amplitud de aplicabilidad, éstas podrán ser generales, especiales, específicas o particulares.

§Sec. 5.13 – Contratista

Persona natural o jurídica que tenga un contrato con el Departamento de Educación debidamente formalizado con el propósito de proveer algún bien, obra o servicio no personal.

§Sec. 5.14 – Convocatoria

Invitación a todos los suplidores o licitadores interesados y cualificados a que presenten ofertas en una subasta. La invitación incluye la entrega de los pliegos de la subasta con las especificaciones, condiciones y términos que se hayan establecido, además del señalamiento de las fechas para la entrega de ofertas y para el acto de apertura de la subasta.

§Sec. 5.15 – Cotización

Precio que ofrece un licitador por el cual está dispuesto a proveer un bien, obra o servicio bajo determinadas especificaciones, condiciones y términos.

§Sec. 5.16 – Departamento

Departamento de Educación Pública de Puerto Rico, según definido en la Ley Número 149 de 15 de julio de 1999, mejor conocida como "Ley Orgánica del Departamento de Educación de Puerto Rico".

§Sec. 5.17 – Día calendario

Todos los días del año, incluyendo sábados, domingos o días feriados.

§Sec. 5.18 – Día laborable

Todos los días del año, excluyendo sábados, domingos, días feriados o concedidos.

§Sec. 5.19 – Donativo

Bien, obra o servicio que es adquirido de un donante que lo ofrece de buena fe sin exigir o recibir pago alguno. El donatario que lo recibe, también lo acepta de buena fe, sin efectuar pago alguno. Si en la transacción mediase alguna condición que imponga el donante al donatario, ésta deberá negociarse a satisfacción de ambas partes, según las disposiciones de la Ley Núm. 57 de 19 de junio de 1958, según enmendada.

§Sec. 5.20 – Especificaciones

Conjunto de características físicas, funcionales, estéticas, técnicas y de calidad que se exige tenga cada uno de los bienes, obras o servicios no personales que se desee adquirir mediante un proceso de subasta formal o informal. Las especificaciones especiales que no respondan a un modelo o patrón previamente adoptado, deberán ser redactadas por un especialista en la materia. La adopción de especificaciones modelo o estándar promoverá el que todo lo adquirido en el Departamento tenga el mismo grado de calidad y haya uniformidad en su descripción.

§Sec. 5.21 – Evaluación

Proceso mediante el cual se analizan o examinan las ofertas de los licitadores para determinar si las mismas cumplen con las especificaciones, condiciones y términos establecidos para una subasta formal o informal.

§Sec. 5.22 – Evaluador especializado

Persona con conocimiento especializado en el manejo, funcionamiento y/o descripción de determinado bien, obra o servicio. Conocedora, además, de las condiciones o requisitos especiales y generales que deben exigirse a licitadores que hagan ofertas de dicho bien, obra o servicio. El evaluador especializado colaborará con la Junta de Subastas o con el comprador, a petición de éstos o de la Unidad Adquirente, en la evaluación de las ofertas que hagan los licitadores participantes en una subasta formal o informal.

§Sec. 5.23 – Expediente

Conjunto de todos los documentos que se recopilan durante la celebración de una subasta formal o informal, organizados en el orden de ocurrencia de los hechos o eventos.

§Sec. 5.24 – Garantía de ejecución

Fianza que se le exige al licitador para garantizar que cumplirá con los términos del contrato que se le otorgue, mediante orden de compra, luego de haberle sido adjudicada una subasta formal o informal.

§Sec. 5.25 – Garantía de oferta

Fianza que se le exige al licitador para garantizar que cumplirá con la oferta que haya hecho de resultar agraciado con la adjudicación de una subasta.

§Sec. 5.26 – Informe de evaluación

Informe que someten los evaluadores especializados a la Junta de Subastas o al comprador, conteniendo los hallazgos que hayan identificado mediante el análisis y examen de las ofertas de los licitadores.

§Sec. 5.27 – Junta de Revisión Administrativa

Junta compuesta por personas independientes, designadas por el Secretario de Educación o su representante autorizado, para revisar las decisiones o determinaciones tomadas por las Juntas de Subastas o por los funcionarios que intervienen con los procesos de compra, a petición de aquellas partes que aleguen que dichas decisiones o determinaciones les hayan afectado adversamente como consecuencia de haber sido tomadas injusta, arbitraria o incorrectamente.

§Sec. 5.28 – Junta de Subastas

Junta designada por el Secretario de Educación o su representante autorizado, que actúa como organismo administrativo para la celebración de subastas formales para la adquisición de bienes, obras o servicios no personales. La Junta será responsable de implantar todos los procedimientos que se establecen en este Reglamento para la celebración de una subasta formal, siguiendo las normas y disposiciones legales que apliquen.

§Sec. 5.29– Junta para la Inversión en la Industria Puertorriqueña

Junta que se crea mediante la Ley Núm. 14 de 8 de enero de 2004, conocida como "Ley para la Inversión en la Industria Puertorriqueña". Esta Junta otorga por cientos de preferencia a los productos que cualifican para ello, de acuerdo con los parámetros que establece la Ley. Las agencias del Gobierno que adquieren estos productos tienen que reconocer el por ciento de preferencia que se le haya otorgado a los mismos, siempre que no exista otra disposición legal que lo prohíba.

§Sec. 5.30 – Licitador

Persona natural o jurídica, debidamente calificada para participar como postor, presentando ofertas en subastas formales o informales que celebre el Departamento. La elegibilidad del licitador para que se le adjudique una subasta o para suplir bienes, obras o servicios no personales al Departamento será determinada por el Registro Único de Licitadores, según lo dispuesto en la Ley Número 85, de 18 de julio de 2002.

§Sec. 5.31 – Licitador agraciado

Licitador a quien, por reconocerse como el mejor postor, se le adjudica una, varias o todas las partidas de una subasta formal o informal.

§Sec. 5.32 – Lujo

Característica que se le atribuye a todo bien, obra o servicio que no se ajuste a los parámetros de austeridad, modestia, sobriedad y conveniencia que deben prevalecer en una compra de una agencia del gobierno, contraviniendo así las normas o procedimientos que se establecen en este Reglamento o que se incluyen en leyes que rigen en el Estado Libre Asociado de Puerto Rico.

§Sec. 5.33 – Mercado abierto

Mercado no comprometido mediante contrato otorgado, subasta adjudicada o compra ordenada.

§Sec. 5.34 – Negociación

Proceso mediante el cual el Comprador, autorizado por el Director de la Unidad Adquirente, y acompañado por otro funcionario designado por el Subsecretario de Administración o su representante, podrán entrar en conversaciones con el licitador agraciado en una subasta formal o informal para lograr un acuerdo que mejore la oferta, sujeto a las especificaciones, los términos o las condiciones de la convocatoria original, así como a las disposiciones de este Reglamento.

§Sec. 5.35 – Obligar fondos

Acción de reservar una cantidad de dinero, separándola de una asignación presupuestaria, con el propósito de cubrir determinados desembolsos futuros por concepto de bienes, obras o servicios en trámites de ser adquiridos.

§Sec. 5.36 – Obra

Cualquier trabajo de construcción, reconstrucción, alteración, ampliación, mejora, reparación, conservación o mantenimiento de cualesquiera estructuras bajo la custodia y uso del Departamento, debidamente autorizado por las agencias correspondientes.

§Sec. 5.37 – Oferta

Propuesta sometida por un licitador participante en una subasta formal o informal proponiendo proveer el bien, obra o servicio que se solicita e indicando el precio por el que lo ofrece.

§Sec. 5.38 – Oferta básica

La oferta que propone un licitador para cada renglón o partida de la subasta, incluyendo el precio, calidad, circunstancias, especificaciones y condiciones que propone, acepta y se compromete a cumplir.

§Sec. 5.39 – Orden de compra

Documento oficial que emite el Comprador requiriéndole al contratista o al suplidor agraciado en una subasta formal o informal que provea o entregue el bien, obra o servicio que se desea adquirir bajo los términos previamente acordados.

§Sec. 5.40 – Pago en permuta

Modalidad de pago para la adquisición de un bien, obra o servicio que consiste en entregarle al suplidor otro bien debidamente valorado para ser acreditado como pago total de la compra.

§Sec. 5.41 – Pago en "trade-in"

Modalidad de pago para la adquisición de un bien, obra o servicio que consiste en entregarle al suplidor otro bien debidamente valorado para ser acreditado como pago parcial de la compra.

§Sec. 5.42 – Parte recurrente

Parte que radica un recurso de revisión administrativa o judicial.

§Sec. 5.43 – Parte recurrida

Parte contra quien se radica un recurso de revisión administrativa o judicial.

§Sec. 5.44 – Partida

Desglose o subdivisión de renglones como se ordenan los bienes, obras o servicios cuya adquisición se pretende mediante una subasta u orden de compra.

§Sec. 5.45 – Penalidad

Sanción a ser impuesta a un licitador por incumplimiento de alguna obligación contractual contraída.

§Sec. 5.46 – Precio

Costo o valor que se le fija o asigna a un bien, obra o servicio reflejado en dólares y centavos.

§Sec. 5.47 – Precio irrazonable

Precio que cotiza un licitador que resulta ser irrazonablemente más alto que el precio promedio que se establece en el mercado para determinado bien, obra o servicio. Se considerará precio irrazonable también aquel precio extremadamente bajo o irrisorio, en comparación con el precio promedio en el mercado para el bien obra o servicio en cuestión, que pueda interpretarse como que se ofrece con la intención de inducir a engaño o para obtener ventaja en la adjudicación de una subasta o compra que contenga varias partidas y haya sido anunciada bajo términos de solución total.

§Sec. 5.48 – Precio oneroso

Precio más alto de lo que se podría considerar razonable, y el cual el Departamento no estaría en disposición de pagar.

§Sec. 5.49 – Precio razonable

Precio parecido al promedio establecido en el mercado o al fijado por alguna agencia reguladora para determinado bien o servicio. Un precio más bajo que el promedio establecido en el mercado o el regulado, que no se considere irrisorio con la intención de inducir a engaño, podrá ser aceptado como razonable.

§Sec. 5.50 – Presidente

Persona designada por el Secretario de Educación o su representante autorizado, para presidir una Junta de Subastas.

§Sec. 5.51 – Propiedad

Todo tipo de bien adquirido por el Departamento.

§Sec. 5.52 – Proveedor

Persona natural o jurídica que está dispuesta a suplir un bien, ejecutar o construir una obra o prestar un servicio no personal para la fecha y bajo los términos, condiciones y especificaciones que se solicite.

§Sec. 5.53 – Recaudador oficial y recaudadores auxiliares

Aquellos funcionarios designados por el Secretario de Educación o su representante autorizado para recibir valores.

§Sec. 5.54 – Receptor

Funcionario designado por el Secretario de Educación o su representante autorizado para recibir bienes, obras y servicios cuya adquisición haya sido debidamente ordenada en nombre y en representación del Departamento.

§Sec. 5.55 – Registro de Licitadores

Documento que mantiene y custodia la Administración de Servicios Generales en el que están inscritas todas las personas naturales o jurídicas que, habiendo declarado su disposición para contratar con el gobierno, han sido calificadas para comparecer en calidad de licitadores en cualquier procedimiento de subastas o compras que se realice, luego de haber cumplido con los requisitos que se establecen en la Ley

12

Núm. 85, de 18 de julio de 2002, y en la reglamentación adoptada por la Administración de Servicios Generales.

§Sec. 5.56 – Renglón

Forma en que se agruparán los bienes, obras o servicios que se anuncien en una subasta u orden de compra, a base de sus características o descripción. Un renglón puede subdividirse en partidas que incluyan bienes, obras o servicios que se interrelacionen de alguna manera. La adjudicación de la subasta o compra podrá hacerse por renglón, por partida o como solución total, según se anuncie en la convocatoria o solicitud de cotizaciones.

§Sec. 5.57 – Resumen de oferta

Datos relevantes de las ofertas de los licitadores para una compra o subasta resumidos en un documento. Incluye los precios ofrecidos y otros datos relevantes sobre el cumplimiento o incumplimiento de especificaciones, condiciones y términos establecidos.

§Sec. 5.58 – Reunión presubasta

Reunión en la que participan los posibles licitadores de una subasta para discutir las especificaciones, términos y condiciones establecidas en una convocatoria; para impartir instrucciones especiales o para clarificar dudas e interrogantes que puedan existir.

§Sec. 5.59 – Revisión administrativa

Recurso que puede presentar cualquier persona o licitador que se considere adversamente afectado en sus intereses por una decisión o procedimiento administrativo, mediante el cual solicita a la Junta de Revisión Administrativa que revise la decisión, actuación o procedimiento que reclama como incorrecto. Es un derecho garantizado por la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida como "Ley de Procedimiento Administrativo Uniforme".

El recurso de revisión administrativa es un requisito jurisdiccional para poder ejercitar posteriormente el derecho de revisión judicial.

§Sec. 5.60 – Revisión judicial

Recurso que cualquier persona o licitador puede presentar ante el Tribunal del Circuito de Apelaciones solicitando que se revise una decisión de carácter

administrativa que le haya sido adversa y que la considere incorrecta. El recurso tiene que ser presentado luego de haberlo sometido ante la Junta de Revisión Administrativa y que dicha Junta lo haya resuelto en contra suya.

§Sec. 5.61 – Secretario de Educación

Funcionario designado por el gobernador del Estado Libre Asociado de Puerto Rico y confirmado por la rama legislativa para dirigir y administrar el Departamento de Educación.

§Sec. 5.62 – Secretario Ejecutivo

Funcionario designado por el Secretario de Educación o su representante para ejercer las funciones ejecutivas de la Junta de Subastas, según lo dispone este Reglamento.

§Sec. 5.63 – Subasta

Procedimiento mediante el cual se abre a competencia, entre todos los suplidores disponibles e interesados, el proceso de compra o venta de un bien, obra o servicio.

§Sec. 5.64 – Subasta desierta

Subasta a la que no comparece ningún licitador o que no es adjudicada a ninguno de los licitadores comparecientes, ya sea porque sus ofertas no cumplen con las especificaciones, condiciones o términos establecidos, o porque los precios ofrecidos sean considerados irrazonables.

§Sec. 5.65 – Subasta formal

Procedimiento mediante el cual se abre a competencia entre todos los suplidores disponibles e interesados, el proceso de compra o venta de bienes, obras o servicios que tengan un costo mayor de cincuenta mil dólares ($50,000.00).

§Sec. 5.66 – Subasta informal

Procedimiento mediante el cual se abre a competencia, entre todos los suplidores disponibles o interesados, el proceso de compra o venta de bienes, obras o servicios que tengan un costo igual o menor a cincuenta mil dólares ($50,000.00).

§Sec. 5.67 – Subsecretario de Administración

Funcionario de confianza designado por el Secretario para dirigir el Área de Administración del Departamento, quien, por delegación expresa del Secretario será

14

responsable de administrar este Reglamento o de designar al funcionario que lo administre.

§Sec. 5.68 – Unidad Adquirente

Toda aquella unidad operacional del Departamento de Educación que adquiere bienes, obras o servicios no personales mediante compra, permuta, "trade-in", arrendamiento o donativo.

§Sec. 5.69 – Único proveedor o única fuente de abasto

Existencia de una sola persona natural o jurídica con disponibilidad y capacidad para proveer determinado bien, ejecutar determinada obra u ofrecer determinado servicio que se desea adquirir bajo especificaciones y condiciones establecidas.

Artículo 6 – PRINCIPIOS DE APLICACIÓN GENERAL

Los siguientes principios aplicarán y deberán ser observados en la implantación de todas las fases, etapas o pasos del proceso de adquisición.

§Sec. 6.1 – Planificación del proceso

El proceso de adquisición a implantarse será uno rigurosamente planificado. Cada Unidad Adquirente establecerá su Plan de Compras a base del estudio de necesidades correspondiente y de las prioridades que hayan sido establecidas. Los productos a adquirirse se agruparán de forma tal que no se propicie la fragmentación de las compras. La fragmentación de una compra con el propósito de evitar la celebración de una subasta formal queda totalmente prohibida. Se comprará teniendo en cuenta la vigencia de los fondos asignados. Una buena planificación de las compras propiciará el que nunca se ponga en riesgo la pérdida de fondos por descuido, olvido o negligencia de un funcionario.

§Sec. 6.2 – Uso oficial

La adquisición o venta de cualquier bien, obra o servicio no personal será estrictamente para uso y beneficio exclusivo del Departamento en su finalidad pública de cumplir con su misión de educar al pueblo de Puerto Rico.

§Sec. 6.3 – Austeridad

La austeridad es un principio rector del proceso, por lo que se prohíbe la adquisición de bienes, obras o servicios que sean innecesarios o que impliquen lujo, capricho, extravagancia o excesos.

§Sec. 6.4 – Guías de sana administración y transparencia de las acciones

El proceso se implantará bajo guías de competitividad, objetividad, justicia, racionabilidad, rapidez y transparencia. Se regirá además, por principios de estricta economía. Siempre prevalecerá la conveniencia para el Departamento por sobre toda otra consideración. Gustos personales, caprichos, preferencias o intereses particulares quedan prohibidos. Toda decisión estará respaldada por justificaciones bien documentadas disponibles para el examen de todos a quienes concierna.

§Sec. 6.5 – Calidad del bien, obra o servicio a ser adquirido

Se adquirirán bienes, obras y servicios no personales de la mejor calidad obtenible, aún cuando se observe el principio de economía. No sólo el precio de un producto puede representar un elemento de calidad o posible economía. Su durabilidad, lo apropiado que resulte éste para el uso que habrá de dársele y lo efectivo que sea en satisfacer la necesidad que originó su compra, son otros elementos que pueden influir en la calidad del mismo y en la economía que pueda generar.

El proceso tiene que garantizar que se obtenga el producto que mejor satisfaga la necesidad que origina su compra, que sea de calidad satisfactoria y que se obtenga al precio más bajo posible.

§Sec. 6.6 – Cumplimiento con leyes y reglamentos aplicables

Todo funcionario del Departamento, así como toda persona o entidad que intervenga en la implantación del proceso de adquisición, vendrá obligado a cumplir con las leyes estatales, federales o municipales aplicables. Tendrá que cumplir de igual forma con los reglamentos que en virtud de dichas leyes se hayan adoptado.

Las disposiciones adoptadas en este Reglamento constituirán la guía rectora que dará dirección a todo el proceso, no importa la ubicación de la dependencia o el nivel del sistema donde se realice la transacción de compra o venta, ya sea parte o la totalidad de la misma.

§Sec. 6.7 – Tiempo o fecha en que se adquirirá un bien, obra o servicio no personal

Siempre que se tengan los fondos necesarios, todo bien, obra o servicio no personal se adquirirá en la fecha más cercana posible a aquélla en que se haya identificado la necesidad de su adquisición. El proceso proveerá para que el producto o servicio esté disponible cuando se requiera para satisfacer la necesidad. Su disponibilidad no

16

dependerá de conveniencias ajenas a la necesidad, ni a procesos de espera o de interrupciones que afecten adversamente el que se cumpla con la misión educativa del Departamento o con el logro de objetivos y de metas programáticas.

§Sec. 6.8 – Política preferencial

Siempre que otras disposiciones legales no dispongan lo contrario, la implantación del proceso de adquisición se regirá por la política preferencial del Gobierno, según establecida en boletines administrativos, órdenes ejecutivas y en la Ley Núm. 14, de 8 de enero de 2004, conocida como "Ley para la Inversión en la Industria Puertorriqueña".

§Sec. 6.9 – Juramentación o certificación de veracidad de documentos

El Departamento solicitará documentos juramentados o certificados como veraces, bajo apercibimiento de perjurio, cuando éstos sean requeridos o se crean necesarios en el proceso. Si un proponente se negase a entregar un documento juramentado o certificado que le sea solicitado, quedará descalificado para participar en el proceso.

§Sec. 6.10 – Capacitación del personal

Todo funcionario que ejerza funciones relacionadas con la implantación del proceso de adquisición estará debidamente capacitado para ejercer dichas funciones desde el momento en que comience a ejercer sus facultades, según delegadas. La capacitación incluirá, tanto dominio de las destrezas requeridas para la implantación del proceso, como el conocimiento de la política que lo rige y de las leyes y reglamentos que le aplican.

§Sec. 6.11 – Política de libre competencia

El Departamento se reitera en que la política pública que gobierna los procedimientos de adquisición y venta de bienes, obras y servicios no personales de la Agencia es una de firme compromiso con promover y propiciar la participación más amplia posible de licitadores en el proceso, bajo una iniciativa de estricta competitividad, libre de restricciones indebidas o de influencias ajenas a intereses particulares.

§Sec. 6.12 – Uniformidad

Aún conservando la autonomía que pueda ejercer una Unidad de Compra en determinado nivel o dependencia operacional del Departamento en lo que se refiere

a uso de presupuesto y planificación del proceso; la aplicación de la política establecida por el Secretario y la observación de lo dispuesto en leyes y reglamentos que apliquen, será uniforme en todo el Sistema.

CAPITULO II – FACULTADES Y DEBERES DE LOS FUNCIONARIOS CONCERNIDOS

El Secretario es el funcionario con facultad legal para adoptar un Reglamento de Compras y Suministros para el Departamento, incluyendo las Escuelas de la Comunidad y todas sus otras dependencias. La Ley Orgánica del Departamento faculta al Secretario, asimismo, para delegar funciones y poderes en funcionarios subalternos. Las funciones y los poderes delegados en funcionarios subalternos podrán ser revocados en todo o en parte por el Secretario, a su discreción.

Artículo 7 – DELEGACIÓN DE FUNCIONES Y DEBERES

§Sec. 7.1 – Delegación de funciones y deberes del Subsecretario de Administración
Mediante este Reglamento, el Secretario delega en el Subsecretario de Administración (el Subsecretario) las siguientes funciones, deberes y responsabilidades:

§Sec. 7.1.1 – Administrar el proceso de adquisición y venta en la oficina central, regiones educativas, distritos escolares, componentes fiscales y escuelas de la comunidad, asignar responsabilidades a los funcionarios que intervengan en dicho proceso y coordinar, evaluar y supervisar todas las actividades del proceso de conformidad con esta reglamentación.

§Sec. 7.1.2 – Designar o aprobar la designación de los miembros de las Juntas de Subastas, conforme a lo que se dispone en el Artículo 29 de este Reglamento.

§Sec. 7.1.3 – Nombrar a los funcionarios que tendrán la potestad para designar a los Compradores de las distintas unidades adquirentes en el Departamento.

§Sec. 7.1.4 – Nombrar a los funcionarios que tendrán la potestad para designar a los Receptores.

§Sec. 7.1.5 – Establecer los requisitos que se exigirán a una persona para ejercer como miembro de una Junta de Subastas.

18

§Sec. 7.1.6 -- Establecer los requisitos que se exigirán a una persona para ejercer como Comprador en el Departamento.

§Sec. 7.1.7 – Establecer los requisitos que se exigirán a una persona para ejercer como Receptor en el Departamento.

§Sec. 7.1.8 – Referir al Registro Único de Licitadores toda irregularidad o incumplimiento de obligaciones contractuales en que incurran los suplidores del Departamento, según lo dispuesto en la Ley Núm. 164 de 23 de junio de 1974, según enmendada por la Ley Núm. 85 de 18 de julio de 2002.

§Sec. 7.1.9 – Mantener al Secretario informado sobre la efectividad con que se desarrolla el proceso y preparar los informes que sean pertinentes o le sean requeridos.

Artículo 8 – EL DIRECTOR O JEFE DE LA UNIDAD ADQUIRENTE

Toda compra tiene que originarse en una Unidad Adquirente que disponga de fondos y haya identificado una necesidad que haya que satisfacer. Los deberes y responsabilidades del director o jefe de la Unidad Adquirente son los siguientes:

§Sec. 8.1 -- Responsabilidades del Director o Jefe de la Unidad Adquirente

§Sec. 8.1.1 – Realizar el estudio de necesidades que justifique la petición de presupuesto.

§Sec. 8.1.2 – Solicitar la asignación de fondos, según se justifiquen.

§Sec. 8.1.3 -- Establecer las prioridades de compra a base del presupuesto asignado.

§Sec. 8.1.4 – Formular el plan de adquisición para el año.

§Sec. 8.1.5 – Preparar las requisiciones de compra según el plan de adquisición establecido, incluyendo las especificaciones, condiciones y términos de los bienes, obras o servicios a adquirirse.

§Sec. 8.1.6 – Supervisar y dar seguimiento a todas las actividades que se desarrollen en la Unidad Adquirente.

§Sec. 8.1.7 -- Aprobar las órdenes de compra cuando aplique.

§Sec. 8.1.8 – Asegurar que no se adquirirá ningún bien, obra o servicio sin que medie una orden de compra.

19

§Sec. 8.1.9 -- Vigilar que toda gestión relacionada con el proceso de adquisición que se realice quede debidamente documentada con la firma de la persona responsable. La preparación y utilización de formularios modelos es convenientes y descables. Las fechas y horas de las transacciones deben quedar claramente estipuladas.

§Sec. 8.1.10 -- Aprobar las facturas que se sometan para pago.

## Artículo 9 – EL COMPRADOR

El Comprador es un empleado que realizará funciones de alta confianza administrativa. Deberá ser una persona responsable, seria y de intachable honestidad.

Se prefiere que posea un grado asociado en áreas de administración u otras, pero de ser necesario, se autorizará su designación con una preparación académica menor, siempre que haya recibido el adiestramiento requerido para ejercer sus funciones y demuestre que las desempeñará satisfactoriamente. El adiestramiento correspondiente le será requerido a todo candidato recomendado para ejercer como comprador, no importa su preparación académica. El Secretario o Subsecretario de Administración queda facultado para ampliar, modificar o cambiar estos requisitos en casos particulares que sean meritorios, o en todos los casos en que sea necesario.

Todo empleado que sea designado como Comprador deberá ser certificado como que está debidamente adiestrado y tiene el conocimiento y las destrezas necesarias para ejercer sus funciones.

§Sec. 9.1 – Designación del Comprador

El Comprador será designado por el Subsecretario de Administración o su representante autorizado. El funcionario que le designe podrá aceptar recomendaciones de candidatos calificados que le haga el Director o Supervisor de la Unidad Adquirente o de la Unidad Administrativa donde ejercerá sus funciones.

§Sec. 9.2 – Funciones y deberes que se delegan al Comprador

El Comprador tendrá las siguientes funciones, deberes y responsabilidades:

§Sec. 9.2.1 -- Realizar todas las actividades que le conciernen en la implantación del proceso de compras, conforme a lo que se dispone en este Reglamento. En el ejercicio de esta función, el Comprador será responsable de

velar porque los recursos disponibles en el Departamento sean bien utilizados y sanamente administrados.

§Sec. 9.2.2 – Conocer y aplicar a cabalidad todas las disposiciones legales y reglamentarias que rigen el proceso de compras en el Departamento y en el Gobierno en general. Es su responsabilidad, de igual forma, hacer cumplir dichas leyes y disposiciones reglamentarias.

§Sec. 9.2.3 – Hacer recomendaciones bien fundamentadas a los funcionarios responsables de la Unidad Adquirente para que los bienes, obras o servicios que se adquieran sean de la calidad que se necesiten, se obtengan al mejor precio posible y de la manera más conveniente para el Departamento, dentro de las normas que se establecen en este Reglamento.

§Sec. 9.2.4 – Agrupar por categoría todos los productos a ser adquiridos durante el año, basado en el estudio de necesidades de la Unidad Adquirente, para las cuales se cuente con fondos, de manera tal que no se propicie la fragmentación de las compras.

§Sec. 9.2.5 – En casos en que tenga asignadas más de una Unidad Adquirente y las circunstancias lo permitan, agrupará los bienes, obras y servicios por categoría, de forma tal que puedan adquirirse a un mismo tiempo y mediante un mismo procedimiento para generar economías al Departamento.

§Sec. 9.2.6 – Asegurar que se dispone del presupuesto para las compras que le solicitan, requiriendo al Director o Jefe de la Unidad Adquirente una certificación de fondos del Director de Presupuesto del Departamento, su representante o funcionario autorizado, antes de iniciar el proceso de adquisición.

§Sec. 9.2.7 – Realizar compras por cantidades de hasta cincuenta mil dólares ($50,000.00) mediante la celebración de subastas informales, siguiendo el procedimiento dispuesto en este Reglamento.

§Sec. 9.2.8 – Referir a una Junta de Subastas toda compra por cantidades mayores de cincuenta mil dólares ($50,000.00), para que se celebre la subasta formal que corresponda. El referido consistirá de la solicitud para que se celebre la subasta acompañada con el pliego de ésta debidamente preparado.

§Sec. 9.2.9 -- Emitir las órdenes de compra por la cantidad específica del bien, obra o servicio no personal que se necesite, bajo los términos, condiciones y especificaciones que se hayan establecido. La cantidad del producto o servicio a ser adquirido tiene que ajustarse a la capacidad de pago que se tenga.

§Sec. 9.2.10 -- Proveer al Receptor copia de las especificaciones, términos y condiciones bajo las cuáles deben ser entregados los bienes, obras o servicios no personales cuya adquisición se ordene.

§Sec. 9.2.11 -- Estar disponible cuando el Receptor se lo solicite, para resolver cualquier problema, duda o discrepancia que surja en relación con las especificaciones, términos o condiciones establecidas en la orden de compra del producto que esté entregando el proveedor, que afecte la decisión de aceptar su recibo.

§Sec. 9.2.12 -- Tomar las acciones que correspondan para la imposición de las penalidades que apliquen a suplidores, según lo que se dispone en el Capítulo 13 de este Reglamento.

§Sec. 9.2.13 -- Notificar directamente o por conducto del Director o Jefe de la Unidad Adquirente, o supervisor inmediato, al Subsecretario de Administración o a su representante autorizado sobre cualquier proveedor que incumpla con los términos y condiciones de un contrato u orden de compra emitida por él. En el caso de compras mediante subastas formales, se enviará copia de la notificación a la Junta de Subastas que corresponda. En la notificación se indicará si el caso amerita ser referido a la atención del Registro Único de Licitadores.

§Sec. 9.2.14 -- Tomar las acciones que le correspondan para agilizar el proceso de pago a suplidores, según lo dispuesto en Capítulo 14 de este Reglamento, en todo caso que aplique.

§Sec. 9.2.15 -- Preparar los informes que sean pertinentes o que le sean solicitados.

§Sec. 9.2.16 -- Realizar cualquiera otra función que le asigne el Subsecretario de Administración o su representante autorizado.

Artículo 10 -- EL RECEPTOR

El Receptor es el empleado en quien se delega la responsabilidad de recibir del suplidor, a nombre y en representación del Departamento, todo bien, obra o servicio no personal cuya adquisición se haya ordenado mediante cualquier medio autorizado por este Reglamento. Debe ser un empleado con la capacidad necesaria para inspeccionar críticamente los productos que recibirá y revisar éstos según las características requeridas. El Secretario, el Subsecretario de Administración o su representante autorizado, podrán exigir requisitos adicionales para su designación.

Antes de iniciar el desempeño de sus funciones deberá ser certificado como que fue debidamente adiestrado y posee el conocimiento y las destrezas necesarias para ejercerlas.

§Sec. 10.1 – Designación del Receptor

El Receptor será designado por el Subsecretario de Administración o su representante autorizado. El funcionario que le designe podrá aceptar recomendaciones de candidatos calificados que le haga el director o supervisor de la Unidad Adquirente donde ejercerá sus funciones.

§Sec. 10.2 – Funciones y deberes que se delegan al Receptor

El Receptor tendrá las siguientes funciones, deberes y responsabilidades:

§Sec. 10.2.1 – Conocer y aplicar a cabalidad todas las normas y disposiciones legales y reglamentarias que rigen el proceso de recibo y aceptación de bienes, obras o servicios no personales a ser adquiridos en el Departamento. De igual forma, hará cumplir dichas leyes y disposiciones reglamentarias.

§Sec. 10.2.2 – Recibir únicamente aquellos bienes, obras o servicios no personales que se le haya autorizado a recibir, según lo dispuesto en los términos de su nombramiento.

§Sec. 10.2.3 – Recibir y aceptar los bienes, obras y servicios no personales luego de que éstos hayan sido contados y evaluados cuidadosamente. El conteo y evaluación se hará contra las especificaciones, términos y condiciones que aparecen en la orden de compra.

§Sec. 10.2.4 – Referir al Comprador, mediante el informe correspondiente, toda irregularidad que identifique en el proceso de inspección de los bienes, obras o

servicios no personales a recibir, antes de que éstos sean aceptados, para que se tomen las medidas que sean pertinentes.

§Sec. 10.2.5 – Expedir recibos, certificar facturas y firmar los documentos que sean pertinentes al proceso, según los presenten los proveedores o sean requeridos en el proceso.

§Sec. 10.2.6 – Entregar los bienes, obras o servicios no personales recibidos, a la Unidad Adquirente o al encargado de la propiedad, según la organización administrativa que rija a esos efectos.

§Sec. 10.2.7 – Mantener un inventario permanente de todo lo que se recibe y notificar al Encargado de la Propiedad sobre todo equipo recibido que sea necesario controlar y registrar.

§Sec. 10.2.8 – Preparar los informes que sean pertinentes a una sana administración del proceso de recibo y aceptación de los bienes, obras y servicios no personales que se adquieren en el Departamento.

§Sec. 10.2.9 – Realizar cualquier otra función que le sea asignada por el Subsecretario de Administración o su representante autorizado.

## CAPITULO III – PROCEDIMIENTO DE ADQUISICION O VENTA DE BIENES, OBRAS O SERVICIOS NO PERSONALES

A los efectos de este Reglamento, el procedimiento de adquisición se inicia cuando se completa el estudio de necesidades de una Unidad Adquirente y se establecen prioridades de compras a base de un presupuesto asignado. Formulado el plan de compras para el año, la Unidad Adquirente comienza a emitir solicitudes o requisiciones de compra.

## Artículo 11 – REQUISICIÓN DE COMPRA

La Requisición es la petición o solicitud para que se adquiera un bien, obra o servicio no personal. Es preparada por la Unidad Adquirente, luego de haber verificado la necesidad de adquirir el bien, obra o servicio y de haberse asegurado que su adquisición es viable dentro de las normas y disposiciones de este Reglamento.

§Sec. 11.1 – Redacción

La redacción de la Requisición debe ser sencilla, clara y específica al señalarse el material, producto, equipo, obra o servicio no personal que se solicita. Deberá incluir la descripción de lo que se solicita, con las especificaciones que se

24

recomiendan y cualquier otra condición especial o término que sea conveniente para el Departamento.

§Sec. 11.2 – Formulario

El original de la Requisición será siempre por escrito y preferiblemente en computadora, maquinilla o en manuscrito legible, en tinta indeleble, utilizando el formulario preparado para esos fines, fechada, con la dirección de las oficinas y la firma de las personas autorizadas y debidamente completadas.

§Sec. 11.3 – Enumeración consecutiva

Cada Requisición llevará la clave que le asigne la Unidad Adquirente, según los mecanismos de control establecidos por dicha área para esos fines.

§Sec. 11.4 – Especificaciones

Las especificaciones son las características del bien, obra o servicio no personal que se desea adquirir. Éstas deben satisfacer la necesidad que origina la Requisición. Con el único fin de clarificar el mensaje al licitador, podría hacerse alguna referencia a determinados productos, marcas o fabricantes y a características del producto, marca o fabricante usados como ejemplo; pero evitándose que las especificaciones sean restrictivas y tengan el efecto de prejuzgar hacia una determinada marca del producto o bien. La descripción se hará en forma objetiva, razonable y amplia. La responsabilidad de su redacción es de la Unidad Adquirente que prepara la Requisición. Deberá ser certificada por escrito con la firma del funcionario autorizado.

§Sec. 11.5 – Condiciones, términos e instrucciones generales, específicos o especiales

Además de las especificaciones, la Requisición debe contener aquellas condiciones, términos e instrucciones que la Unidad Adquirente desee exigir al suplidor a quien se le adjudique la compra. La fecha de entrega, la garantía que se requiere, la instalación de un equipo, el adiestramiento que se necesita para su uso y otros; son ejemplos de condiciones, términos e instrucciones que podrían ser partes de una Requisición. Puede haber condiciones y términos generales que apliquen a toda compra, o específicas y especiales que apliquen a compras particulares únicamente.

§Sec. 11.6 – Evaluación de las requisiciones

El Comprador deberá evaluar la Requisición o solicitud de compra en todos sus detalles al inicio del proceso. Deberá asegurarse de que el bien, obra o servicio no personal que desea adquirirse es necesario, que no es un producto de lujo o extravagante y que no responde a ningún capricho o arbitrariedad. En la evaluación se tomarán en consideración factores que afecten o influyan en el bien, obra o servicio, tales como: rendimiento, utilidad, precio, conveniencia, gastos directos o indirectos que pueda provocar y otros. Se asegurará, además, de que los fondos estén debidamente presupuestados o autorizados; que la Requisición cumpla con las disposiciones de este Reglamento y de las leyes aplicables, así como con cualquier otra norma de la Agencia o del Departamento de Hacienda que afecte la transacción de que se trate. De encontrar que no se ha cumplido con algún requisito, podrá devolverla a la Unidad Adquirente con sus recomendaciones para que se le hagan las correcciones necesarias.

Cuando el Comprador se asegure que la Requisición está correcta, procederá a continuar con las otras etapas que se requieren en el proceso de compras.

## Artículo 12 – CLASIFICACIÓN DE LOS PROCEDIMIENTOS APLICABLES

Para continuar con los procedimientos, el Comprador tendrá que determinar cuál de los tipos o modalidades de compras, de las establecidas en este Reglamento, aplica a dicha compra, a saber: (a) subasta informal en una de sus tres (3) modalidades, (b) subasta formal o (c) compra directa en alguna de sus cinco (5) modalidades.

## Artículo 13 – TIPOS O MODALIDADES DE COMPRAS

El Comprador determinará el tipo o modalidad de compra que deberá utilizar en cada caso, de acuerdo con las características de las requisiciones bajo su consideración, del costo del producto a adquirirse, de las circunstancias que prevalezcan y de las normas legales y reglamentarias aplicables a la transacción.

### §Sec. 13.1 – Subastas informales

Se considerarán subastas o compras informales aquéllas en que el gasto a incurrirse sea de cincuenta mil dólares ($50,000.00) o menos. Las compras mediante subastas informales se clasificarán en tres (3) tipos, de acuerdo con su cuantía. Se describen a continuación los tres (3) tipos de compras informales.

§Sec. 13.1.1 – Tipos de subastas informales

§Sec. 13.1.1.1 – Compra mediante subasta informal hasta la cantidad de seis mil dólares ($6,000.00).

§Sec. 13.1.1.2 – Compra mediante subasta informal por cantidades mayores de seis mil dólares ($6,000.00) hasta veinticinco mil dólares ($25,000.00).

§Sec. 13.1.1.3 – Compra mediante subasta informal por cantidades mayores de veinticinco mil dólares ($25,000.00) hasta cincuenta mil dólares ($50,000.00).

§Sec. 13.1.2-Especificaciones, términos y condiciones para subastas informales

La Unidad Adquirente incluirá las especificaciones, términos y condiciones que desea establecer en su solicitud de compra. Para todo caso en que aplique o convenga, se exigirán las garantías que correspondan. El Comprador anotará las especificaciones, términos y condiciones en la solicitud de cotizaciones, señalando un término fijo para que los licitadores sometan ofertas. No se recibirán ofertas después de la fecha y hora establecida.

§Sec.13.1.3 – Cotizaciones para subastas informales

§Sec.13.1.3.1 – Subastas informales hasta seis mil dólares ($6,000.00).

Las cotizaciones para subastas informales por una cantidad de hasta seis mil dólares ($6,000.00) podrán ser solicitadas por teléfono, fax u otro medio de comunicación disponible. Se requerirá un mínimo de tres (3) cotizaciones.

§Sec.13.1.3.2 – Subastas informales mayores de seis mil dólares ($6,000.00) hasta veinticinco mil dólares ($25,000.00)

Para subastas informales por las cantidades mayores de seis mil dólares ($6,000.00) hasta veinticinco mil ($25,000.00), se requerirá un mínimo de tres (3) cotizaciones, pero éstas tendrán que ser solicitadas por escrito mediante correo, correo electrónico, fax o algún otro medio de comunicación escrita.

§Sec. 13.1.3.3 – Subastas informales mayores de veinticinco mil dólares ($25,000.00) hasta cincuenta mil dólares ($50,000.00)

27

Para subastas informales mayores de veinticinco mil dólares ($25,000.00) hasta cincuenta mil dólares ($50,000.00), se requerirá un mínimo de cinco (5) cotizaciones por escrito. Se podrá invitar a presentar cotizaciones a todo licitador disponible que pueda ser identificado.

§Sec. 13.1.4 – Resumen de ofertas para subastas informales

La información obtenida en respuesta a la solicitud de cotizaciones se describirá en un informe denominado "Resumen de Ofertas", que preparará el Comprador para la firma de su supervisor inmediato. El "Resumen de Ofertas" incluirá la fecha y hora en que se solicitó la cotización, así como el nombre de la persona autorizada por el licitador para hacer la oferta. Incluirá, además, cualquier por ciento de preferencia aplicable que le haya sido otorgado a un licitador, según Resolución emitida por la Junta de Inversión en la Industria Puertorriqueña. Para poder acogerse a un por ciento de preferencia, el licitador deberá entregar con su oferta copia de la mencionada Resolución.

§Sec. 13.1.5 – Evaluación de las ofertas y análisis de precios de subastas informales.

El Comprador analizará todas las ofertas a base del cumplimiento de especificaciones, términos, condiciones y precio ofrecido. En casos de ofertas con precios iguales que cumplan con las especificaciones, términos y condiciones establecidos en la solicitud de compras, se solicitarán nuevas cotizaciones a los licitadores concernidos. La compra podrá adjudicarse a un fabricante o a un proveedor a nivel del distribuidor, siempre que ese sea el mejor postor y convenga a los mejores intereses de la Unidad Adquirente del Departamento.

§Sec. 13.1.5.1 – Evaluación y adjudicación de subastas informales

§Sec. 13.1.5.1.1– Evaluación y adjudicación de subastas informales hasta una cantidad de veinticinco mil dólares ($25,000.00)

Las subastas informales por una cantidad de hasta veinticinco mil dólares ($25,000.00) serán adjudicadas por el Comprador al postor que tenga un buen historial de cumplimiento, siempre y

28

cuando su oferta reúna, en el orden establecido, los siguientes requisitos: que ofrezca el bien, obra o servicio, según haya sido solicitado, que cumpla con las especificaciones establecidas en la solicitud de cotizaciones, que cumpla con las condiciones, instrucciones y todos los demás requisitos especificados en la solicitud de cotizaciones, que haya presentado una oferta responsiva, que habiendo cumplido con todo lo anterior, sea considerada como la mejor oferta. Los descuentos ofrecidos por rapidez en los pagos no serán considerados para efectos de adjudicación.

§Sec. 13.1.5.1.2 – Evaluación y adjudicación de subastas informales por cantidades mayores de veinticinco mil dólares ($25,000.00) hasta una cantidad de cincuenta mil dólares ($50,000.00)

Para la evaluación y adjudicación de subastas informales por cantidades mayores de veinticinco mil dólares ($25,000.00) hasta una cantidad de cincuenta mil dólares ($50,000.00) se seguirá el mismo procedimiento que aplica a las otras subastas informales, excepto que dicha evaluación y adjudicación se llevará a cabo por el Comprador y dos (2) funcionarios del Sistema designados por el Subsecretario de Administración o su representante autorizado. De no disponerse lo contrario en casos específicos, el representante autorizado del Subsecretario de Administración lo será el director o jefe de la unidad adquirente correspondiente.

El Comprador y los dos (2) funcionarios designados se constituirán en un Comité de Evaluación y

29

Adjudicación de estas subastas informales. Los documentos a ser completados requerirán la firma de los tres (3) funcionarios.

§Sec. 13.1.6 – Negociación de precio y condiciones con el mejor postor de una subasta informal

En casos en que un licitador resulte ser el mejor postor de una subasta informal y haya cumplido con las especificaciones, pero que aún así el precio de su oferta se considere alto, o que, por otro lado, dicho licitador haya dejado de cumplir con alguna condición que se considere una desviación menor de la subasta informal, el Comprador podrá negociar el referido precio o condición incumplida con ese licitador. El Comprador ejercerá esta tarea acompañado de otro funcionario que haya sido designado por el Subsecretario de Administración o su representante autorizado, que pueda dar fe, de ser necesario, de los pormenores de la negociación. De no disponerse lo contrario en casos específicos, el representante autorizado del Subsecretario de Administración lo será el director o jefe de la unidad adquirente correspondiente. Esta función se ejercerá con extremo cuidado y ponderación, a tenor con los mejores intereses de la Unidad Adquirente y del Departamento en general.

§Sec. 13.2– Subastas formales

Cuando una requisición o solicitud de compra sea por una cantidad mayor de cincuenta mil dólares ($50,000.00), la Unidad Adquirente y el Comprador reconocerán la necesidad de celebrar una subasta formal y procederán como sigue:

§Sec. 13.2.1 – Revisión de la Requisición

El Comprador revisará cuidadosamente la Requisición, asegurándose de que las especificaciones, términos y condiciones están claras y específicas y que cumplen con las disposiciones de este Reglamento y las leyes aplicables. Si fuese necesario corregir o clarificar la Requisición, ésta deberá ser devuelta a la Unidad Adquirente para que la enmienden como corresponda.

§Sec. 13.2.2 – Expediente de la subasta

El Comprador completará el expediente de la subasta, añadiendo la certificación de disponibilidad de fondos, los términos, condiciones generales y

condiciones especiales que apliquen y todo otro documento que deba formar parte del pliego de la subasta, según se establece por este Reglamento.

La Oficina Reguladora de Compras, Subastas y Contratos de Servicios No Personales podrá establecer mecanismos de verificación para asegurarse de que todo expediente de una subasta cumple con los requisitos legales y reglamentarios que correspondan, que la convocatoria promueve la competitividad, que no es restrictiva y que propicia que se haga una evaluación objetiva de las ofertas que puedan presentar los licitadores.

§Sec. 13.2.3 – Tramitación de la solicitud de la celebración de la subasta

El pliego de la subasta deberá ser enviado a la Junta de Subastas que corresponda dando un término de tiempo razonable para el desarrollo de todo el proceso. Por los requisitos legales que requieren ser observados, ninguna subasta formal puede ser celebrada con exigencias de que se obvien los mismos para impartirle rapidez al proceso. El pliego de subasta deberá acompañarse con la solicitud de compra o requisición firmada por el funcionario responsable de la Unidad Adquirente.

§Sec. 13.2.4 – Numeración de la subasta

El Secretario de la Junta de Subastas enumerará la subasta de acuerdo con el sistema de enumeración de subastas que a esos efectos se establezca.

§Sec. 13.2.5 – Celebración de la subasta

La subasta será celebrada siguiendo el procedimiento establecido en el Capítulo IX de este Reglamento.

§Sec. 13.2.6 – Negociación de precio y condiciones con el mejor postor de una subasta formal

El Comprador podrá negociar el precio o las condiciones de la oferta del licitador a quien se le haya adjudicado una subasta formal, cuando sea necesario. El procedimiento a seguir en la negociación será igual o similar al procedimiento que se describe para la negociación de subastas informales, Sección 13.1.6. de este Reglamento.

§Sec. 13.3 – Compra directa

Cuando existan circunstancias extraordinarias o excepcionales, que por su naturaleza no permitan la celebración de una subasta formal o informal, el

31

Comprador procederá a adquirir el bien, obra o servicio no personal que se necesite mediante una compra directa.

Una compra directa es aquélla que puede ser efectuada por el Comprador directamente a un suplidor sin que medie un proceso competitivo. Para ser autorizada tiene que estar presente alguna circunstancia extraordinaria o excepcional para que la justifique categóricamente, sin que medien disposiciones legales federales o estatales específicas que lo prohíban. Dependiendo de las circunstancias extraordinarias que las justifiquen, las compras directas se subdividen en cinco (5) posibles modalidades. Se describen éstas a continuación, y se establece el procedimiento que se seguirá para su implantación:

§Sec.13.3.1 – Compras contra contratos

El Comprador podrá emitir órdenes de compra contra contratos que haya establecido el propio Departamento en cualquiera de sus dependencias, o contra contratos que estén disponibles en otras agencias del gobierno.

§Sec. 13.3.1.1 – Contratos disponibles en alguna dependencia del Departamento

Las distintas unidades adquirentes del Departamento, ya sean grupos de escuelas, distritos escolares, regiones educativas u oficina central, podrán agrupar sus necesidades de bienes, obras y servicios no personales a ser adquiridos recurrentemente durante el año. Para la adquisición de dichos bienes, obras o servicios se formalizarán contratos anuales o semestrales con uno o varios suplidores. Los suplidores con quienes se formalicen los contratos tendrán que haber sido seleccionados mediante la celebración de subastas formales. Los contratos podrán establecerse por cantidades estimadas o aproximadas de productos o servicios, o por cantidades indeterminadas. En este tipo de contrato se dejará establecido que la Unidad Adquirente o el Departamento podrán aumentar o disminuir la cantidad establecida de un producto o servicio durante el periodo contractual, de acuerdo con las circunstancias o necesidades que prevalezcan o a la disponibilidad

de fondos que se tenga. De disponerse en los términos del contrato, se podrán emitir órdenes de compra directas contra el mismo, tanto por los Compradores de la(s) unidad(es) adquirente(s) que lo hayan generado, como por Compradores de cualquier otra Unidad Adquirente de la Agencia.

La Oficina Reguladora de Compras, Subastas y Contratos de Servicios No Personales de la oficina central del Departamento coordinará esta iniciativa.

§Sec. 13.3.1.2 – Contratos disponibles en otras agencias gubernamentales

Cuando los bienes, obras o servicios que se necesite adquirir estén contratados por el Área de Compras y Suministros de la Administración de Servicios Generales o por cualquier otra agencia estatal, municipal o federal, cualquier Unidad Adquirente del Departamento que crea conveniente y beneficioso utilizar ese contrato, podrá emitir órdenes de compra directas contra el mismo.

§Sec. 13.3.1.3 – Disposición general aplicable a órdenes de compra directas a emitirse contra contratos

Cuando se emitan órdenes de compra directas contra un contrato establecido, tanto el Comprador como el suplidor se acogerán a los precios, especificaciones, condiciones y términos fijados en dicho contrato.

§Sec. 13.3.2 – Compras de la única fuente de abastos o único suplidor

Este tipo de compra procede únicamente cuando, sin que quede duda alguna, se determine que en el mercado no existe competencia para proveer el bien, obra o servicio que se desee adquirir, por lo que será necesario comprarlo a la única fuente o proveedor existente.

En la evaluación del caso se tendrá presente la política pública que prevalece, consistente en que la competencia real y justa entre proveedores es la que propicia el logro del objetivo de que siempre se adquiera el producto o servicio de la calidad que se necesita, pero al más bajo costo posible.

§Sec. 13.3.2.1 – Procedimiento a seguir

§Sec. 13.3.2.1.1 – Búsqueda de posibles proveedores

La Unidad Adquirente y el Comprador agotarán todos los recursos a su alcance para identificar a más de un suplidor para todo bien, obra o servicio que se desee adquirir. En ese esfuerzo, se consultarán todas las posibles fuentes de información: Registro Único de Licitadores, guías comerciales, páginas de Internet, empresas que suplen productos similares, catálogos y otros. En ningún caso se considerará una carta de un proveedor que reclame ser única fuente de abasto como razón para efectuar una compra directa.

Cuando se hayan agotado todas las gestiones de búsqueda, se preparará un resumen de todas las gestiones realizadas con sus resultados. El documento se hará formar parte del expediente de la compra, debidamente certificado por el Comprador.

§Sec. 13.3.2.1.2 – Consideración de alternativas

Además, se evaluarán las circunstancias que impiden la competencia y se determinará si éstas son salvables mediante alguna de las siguientes alternativas:

§Sec. 13.3.2.1.2.1 – Modificando los requisitos o cambiando el producto por uno similar, sin que se perjudique o afecte adversamente la Unidad Adquirente, la calidad del proceso educativo o los servicios generales del Departamento.

§Sec. 13.3.2.1.2.2 – Extendiendo la competencia fuera del mercado local de Puerto Rico.

§Sec. 13.3.2.1.3 – Declaración Jurada del proveedor

Si finalmente se determina que la compra procede y que existe un sólo suplidor, el Comprador le solicitará a dicho suplidor una Declaración Jurada del fabricante que lo certifique como único proveedor del producto. El Comprador deberá realizar un estudio comparativo para asegurarse, además, de que el precio que se

34

ofrece para el producto es razonable de acuerdo a su precio regular

de venta en el mercado.

§Sec. 13.3.3 – Compras de bienes, obras o servicios de naturaleza especializada
o que requieran ser de determinada marca o modelo

Podrían darse circunstancias extraordinarias en que el bien, obra o servicio no

personal a ser adquirido sea de naturaleza tan especializada que se imposibilite,

o se haga muy difícil el que su adquisición se abra a competencia mediante un

proceso de subasta. Iguales circunstancias podrán surgir por la existencia de

productos cuya utilidad práctica dependa de reemplazos o actualizaciones con

otros productos iguales o similares. Bajo estas circunstancias se podrá adquirir

el bien, obra o servicio necesitado mediante la modalidad de compra directa,

aún cuando se utilice un método alterno de competencia.

§Sec. 13.3.3.1 – Procedimiento a seguir

§Sec. 13.3.3.1.1 - El Comprador evaluará la Requisición que se le

haya sometido y determinará si efectivamente el producto a ser

adquirido es uno de naturaleza altamente especializado, o si el

mismo requiere ser igual o similar a otro existente cuya vida útil

dependa de actualizaciones o reemplazo de sus componentes.

Según sean las circunstancias, se considerarán las siguientes

alternativas:

§Sec. 13.3.3.1.1.1 – Cuando se determine que el producto es

de carácter especializado o que requiera ser de determinada

marca o modelo y se identifique una sola fuente que pueda

proveer el mismo, se seguirá el procedimiento que aplica a una

compra directa por existir un único suplidor, según se dispone

en la Sección 13.3.2.1 de este Reglamento.

§Sec. 13.3.3.1.1.2 – Cuando se identifique más de una fuente

que pueda proveer el producto, se procederá a celebrar una

subasta formal o informal, según corresponda de acuerdo con

la cuantía de la compra.

§Sec. 13.3.3.1.1.3 – Cuando se desconozca la existencia de

alguna fuente específica que pueda proveer el producto

35

especializado, se emitirá un comunicado público mediante prensa escrita, radial u otros medios, solicitando suplidores que estén interesados en someter ofertas. El Comprador procederá con la compra de acuerdo con los resultados del comunicado y según lo dispuesto en las Secciones 13.3.3.1.1.1 y 13.3.3.1.1.2 de este Reglamento.

§Sec. 13.3.3.1.1.4 -- Cuando existan varias fuentes que puedan hacer ofertas de productos especializados que, aún siendo diferentes, puedan servir para satisfacer la misma necesidad (como podría ocurrir en el caso de libros a los que se le requiere que respondan a unas exigencias curriculares), la Unidad Adquirente desarrollará un procedimiento escrito para adquirir el producto deseado mediante propuestas competitivas. El procedimiento que se desarrolle requerirá la aprobación y firma del Secretario o de su representante autorizado.

En casos como éste, cuando se haya seleccionado al suplidor mediante el procedimiento aprobado, se procederá a someter el expediente al Comprador para que emita la orden de compra, según se dispone en este Reglamento.

Esta modalidad de compra directa será utilizada únicamente cuando el Comprador lo recomiende, una vez haya determinado que el proceso competitivo no puede implantarse mediante la celebración de una subasta, sea ésta formal o informal. La recomendación del Comprador debe constar por escrito en el expediente de la compra.

§Sec. 13.3.4 – Compra directa al gobierno estatal o federal como proveedor

Cuando el Gobierno de los Estados Unidos de América o del Estado Libre Asociado de Puerto Rico, según representado por las agencias que lo constituyen, estén en disposición de proveer el bien, obra o servicio no personal

que el Departamento necesite adquirir, el Comprador podrá efectuar la transacción mediante compra directa.

Se presupone que una compra de esta naturaleza genere economías al Departamento o que rinda unos beneficios que no se obtendrían solicitando ofertas competitivas en el mercado mediante subastas formales o informales.

En estos casos, el Comprador certificará por escrito las ventajas que representa la transacción para el Departamento y hará que el documento forme parte del expediente de la compra.

§Sec. 13.3.5 -- Compra de emergencia o urgencia

La compra directa de emergencia o urgencia se efectuará exclusivamente cuando se pueda evidenciar documentalmente que han surgido circunstancias imprevistas o inesperadas en que: (1) esté en peligro la vida, salud o seguridad de la población, (2) esté en riesgo la seguridad o custodia de la propiedad del Departamento, (3) sea inminente que se interrumpirá un servicio público que es vital a la continuidad de la implantación del proceso de enseñanza-aprendizaje o (4) se haya determinado que, sin que haya mediado negligencia por parte de algún empleado, el interés público esté en peligro de afectarse adversamente con la pérdida de fondos cuya vigencia esté próxima a vencer. Cuando se efectúe una compra directa de emergencia por razón de que esté en riesgo la pérdida de fondos, el Comprador o el Supervisor correspondiente realizará una investigación sobre la razón o razones por las cuales los fondos en riesgo de perderse no fueron utilizados a tiempo y rendirá un informe con los hallazgos al Subsecretario de Administración. De entenderse necesario, el Subsecretario de Administración referirá el informe a la División Legal para las acciones correspondientes.

De prevalecer alguna o varias de las circunstancias imprevistas o inesperadas descritas, y dependiendo de la cuantía de la compra, se procederá como sigue:

§Sec. 13.3.5.1 -- Cuando se trate de una compra por una cantidad menor de cincuenta mil dólares ($50,000.00)

La Unidad Adquirente someterá al Comprador la requisición de la compra de emergencia, debidamente documentada con la justificación de la solicitud y certificada por el funcionario responsable. El Comprador

37

evaluará la solicitud y certificará si efectivamente las circunstancias que prevalecen ameritan que se emita la orden de compra de emergencia. Ambas certificaciones, la del funcionario responsable y la del Comprador, se harán formar parte del expediente de la compra.

§Sec. 13.3.5.2 – Cuando se trate de una compra de cincuenta mil dólares ($50,000.00) o más

La Unidad Adquirente preparará un expediente con todos los documentos e información pertinentes al caso y lo someterá al Secretario de Educación solicitando su aprobación. El expediente se acompañará con el documento, "Declaración de Emergencia", definiendo claramente las circunstancias que sustentan la misma, así como las razones por las que la compra no puede seguir el curso de acción normal.

La compra directa procederá si el Secretario firma o aprueba la "Declaración de Emergencia". Para efectuar la misma el Comprador seleccionará al proveedor que ofrezca la solución más rápida, efectiva y económica dentro de las circunstancias que prevalezcan.

§Sec. 13.3.5.3 – Expediente de toda compra de emergencia

Para toda compra de emergencia se preparará un expediente que contenga toda la documentación e información pertinente al caso. El funcionario responsable de la Unidad Adquirente y el Comprador certificarán que aprobaron dicha compra de emergencia. Esta certificación o la "Declaración de Emergencia" firmada por el Secretario, formará parte del expediente, según aplique.

CAPÍTULO IV – ADQUISICIÓN DE BIENES, OBRAS O SERVICIOS NO PERSONALES MEDIANTE ARRENDAMIENTOS, PERMUTAS, "TRADE-IN" O DONACIONES

Otras formas mediante las cuales el Departamento podrá adquirir bienes, obras o servicios no personales son: (1) arrendamiento, (2) permutas o "trade in" y (3) donativos.

Artículo 14 – ARRENDAMIENTO

§Sec. 14.1 – Se podrá adquirir un bien, obra o servicio mediante arrendamiento cuando prevalezca una o varias de las siguientes circunstancias:

§Sec. 14.1.1 – Costo

38

Cuando el costo del bien, obra o servicio a ser adquirido resulte menor que el costo de éste mediante el procedimiento normal de compra.

§Sec. 14.1.2 – Tiempo de uso

Cuando el periodo en que vaya a ser usado el bien, obra o servicio a ser adquirido no amerite una inversión para la compra de un producto que quedaría sin uso práctico.

§Sec. 14.1.3 – Beneficio en general

Cuando se determine que por cualquiera de las razones anteriores el arrendamiento del bien, obra o servicio a adquirirse redundará en beneficio de los mejores intereses del Departamento y de la continuidad efectiva del proceso educativo.

§Sec. 14.2 – Descontinuación o terminación de contrato de arrendamiento

Todo contrato de arrendamiento deberá incluir una cláusula a los efectos de que quedará descontinuado o terminado automáticamente en circunstancias en que no haya fondos, cese su necesidad, se incumpla con los términos o esté presente cualquier otra circunstancia que imposibilite al Departamento a mantener la vigencia del mismo.

## Artículo 15 – PERMUTA O "TRADE IN"

La permuta es una modalidad de contrato de adquisición mediante el cual el Departamento adquiere un bien, obra o servicio no personal a cambio de transferir una propiedad con un valor igual o similar al costo total de dicho bien, obra o servicio para ser acreditado al pago de la compra.

"Trade-in" es una modalidad de contrato de adquisición mediante el cual el Departamento adquiere un bien, obra o servicio no personal a cambio de transferir una propiedad con un valor parcial al del costo total del bien o servicio a ser adquirido. El valor parcial del producto en cuestión será acreditado al pago de la compra.

§Sec. 15.1 – Criterios para la permuta o "trade-in"

§Sec. 15.1.1 – Producto en desuso

Cuando el Departamento disponga de un producto en desuso que aún tenga valor en el mercado y sea aceptado a cambio de otro producto que sea

necesario, y tenga un valor igual o similar al que se recibe, el contrato será uno

de permuta. Si el valor del producto que se entregue no equivale al precio total

del que se recibe, el contrato será uno de "trade-in".

Sec. 15.1.2 – Necesidad de producto de mayor capacidad, adelanto o rendimiento

Cuando se tiene un producto que no satisface las necesidades actuales del

Departamento y es necesario adquirir uno de mayor capacidad, adelanto o

rendimiento, de ser aceptado, el valor del producto en propiedad del

Departamento constituirá un pago total o parcial, según sea el caso, del costo

total de aquél a ser adquirido.

§Sec. 15.1.3 – Producto que tiene un uso que no cumple con la política pública vigente o no está de acuerdo con las funciones de la unidad de ubicación

Cuando se dispone de un producto cuyo uso ya no es afín con la política

pública establecida en el Departamento o con las funciones asignadas a la

unidad de ubicación del mismo, la Unidad Adquirente podrá adquirir otros

productos que necesite, pagando parte o todo el valor de éstos con los

productos no necesitados disponibles.

§Sec. 15.2 – Advertencias

Toda adquisición que se haga en el Departamento mediante el procedimiento de

permuta o "trade-in" estará sujeta, además de lo dispuesto en este Reglamento, a la

reglamentación del Departamento de Hacienda referente a todo lo relacionado con

la propiedad de equipo del Estado Libre Asociado de Puerto Rico.

Artículo 16 – DONACIÓN

El Departamento podrá recibir bienes, obras o servicios no personales que le sean

ofrecidos bajo el concepto de "donativo", según se define el término en la  Sección 5.19

de este Reglamento.

§Sec. 16.1 – Criterios para aceptar donativo

§Sec. 16.1.1 – Buena fe y desprendimiento total

Cuando no haya lugar a dudas de que el donante actúa de buena fe, que

demuestra actitud de desprendimiento total y que no existe intención de recibir

favores o beneficios en transacciones que puedan efectuarse en el futuro.

40

§Sec. 16.1.2 – Cumplimiento de las leyes aplicables

La donación no podrá violar principios o disposiciones de leyes, tales como la Ley Núm. 12 de 24 de julio de 1985, según enmendada, conocida como "Ley de Ética Gubernamental del Estado Libre Asociado de Puerto Rico", la Ley 84 de 18 de junio de 2002, conocida como "El Código de Ética para Contratistas", y otras aplicables.

§Sec. 16.1.3 – Falta de requerimiento de inversión

La donación no requerirá que se incurra en una inversión para lograr la funcionalidad del producto, ni que se generen gastos de operación, reparación o mantenimiento que no se tenían previstos ni eran necesarios antes de aceptarse el donativo.

§Sec. 16.2 – Funcionarios autorizados a aceptar donativos

El Secretario y los directores de escuelas son los únicos funcionarios autorizados a aceptar donativos, según dispone la Ley Núm. 149 de 15 de julio de 1999, según enmendada, conocida como la "Ley Orgánica del Departamento de Educación de Puerto Rico".

CAPÍTULO V – OFICINA REGULADORA DE COMPRAS, SUBASTAS Y CONTRATOS DE BIENES, OBRAS Y SERVICIOS NO PERSONALES

Artículo 17.– CREACIÓN DE LA OFICINA REGULADORA

Mediante este Reglamento, el Secretario de Educación crea la Oficina Reguladora de Compras, Subastas y Contratos de Bienes, Obras y Servicios No Personales.

§Sec. 17.1 – Ubicación

La Oficina estará ubicada en el nivel central del Departamento, adscrita a la Subsecretaría de Administración.

§Sec. 17.2 – Jurisdicción

La Oficina será el organismo que dé dirección, guía y uniformidad al desarrollo de los procesos de compras, subastas y contratos de bienes, obras y servicios no personales en todas las dependencias del Departamento, sin importar el nivel de su ubicación.

Artículo 18– PERSONAL DE LA OFICINA

41

La Oficina funcionará con el personal que nombre el Secretario o su representante autorizado, de acuerdo con las funciones y áreas de atención que le habrán de ser asignadas. Cada funcionario que vaya a desempeñarse en esta Oficina deberá poseer la preparación académica y capacidad necesaria para ejercer con eficiencia y efectividad las funciones que le sean requeridas.

Artículo 19 – FUNCIONES O ÁREAS GENERALES DE ATENCIÓN QUE SERÁN RESPONSABILIDAD DE LA OFICINA

Sin que tengan que limitarse a las enumeradas, las funciones o áreas generales de atención que serán responsabilidad directa de la Oficina serán las siguientes:

§Sec. 19.1 – Coordinación y dirección de la implantación de la política pública establecida por el Secretario de Educación para regir los procesos de compras, subastas y contratos de la agencia.

§Sec. 19.2 – Promoción y desarrollo de iniciativas que aseguren que el personal responsable de implantar procesos de compras, subastas y contratación está debidamente capacitado y adiestrado para realizar sus funciones.

§Sec. 19.3 – Desarrollo de especificaciones para bienes, obras y servicios no personales que sean de frecuente adquisición. Actualización permanente de dichas especificaciones a tono con cambios y adelantos en el mercado. Provisión de toda la información disponible a las unidades de compra en todas las dependencias del Departamento.

§Sec. 19.4 – Ofrecimiento de asistencia técnica a las unidades adquirentes y compradores en la preparación de especificaciones para la compra de bienes, obras o servicios altamente especializados (cuando surja la necesidad).

§Sec. 19.5 – Creación de modelos o patrones que sirvan de base para el establecimiento de términos y condiciones aplicables a todo tipo de compra y contrato.

§Sec. 19.6 – Colaboración con toda Unidad Adquirente en la preparación y perfeccionamiento de pliegos de subastas, solicitudes de licitación ("Request For Proposals" ('RFPs')), formalización de contratos y otros.

§Sec. 19.7 – Planificación y coordinación de la celebración de subastas formales para establecer contratos de adquisición de bienes, obras o servicios no personales

de uso común y recurrente en el Departamento. Dichos contratos estarán a la disposición de todas las unidades de compra de la Agencia.

§Sec. 19.8 -- Administración de los contratos de adquisición para uso general de todas las unidades adquirentes que se establezcan.

§Sec. 19.9 -- Asesoramiento a toda Unidad Adquirente sobre la justificación y procedimiento a seguir en casos en que incidan circunstancias excepcionales que ameriten que se haga una compra directa.

§Sec. 19.10 -- Creación e implantación de programas y procedimientos que agilicen, simplifiquen y sistematicen los procesos de compras y pagos mediante el uso de la tecnología moderna.

§Sec. 19.11 -- Establecimiento e implantación de programas y procesos de monitoreo mediante los cuáles se identifiquen áreas de ausencia de controles internos adecuados o de deficiencias administrativas que deban ser corregidas de inmediato. Colaboración en la preparación e implantación de planes de acción correctiva.

§Sec. 19.12 -- Enlace entre el Departamento de Educación y la Legislatura de Puerto Rico, Compañía de Fomento Industrial, Administración de Servicios Generales, sectores comerciales del país y otros.

§Sec. 19.13 -- Atención de toda otra área de acción, función o actividad que le sea asignada por el Secretario o Subsecretario de Administración.

## CAPÍTULO VI -- REGISTRO DE LICITADORES

El Registro Único de Licitadores de la Administración de Servicios Generales es la fuente donde el Departamento de Educación identificará los suplidores de quienes adquirirá bienes, obras y servicios no personales.

## Artículo 20 -- CREACIÓN Y FUNCIONAMIENTO DEL REGISTRO ÚNICO DE LICITADORES

La Ley Núm. 164 de 23 de junio de 1974, conocida como "Ley de Administración de Servicios Generales", según enmendada por la Ley Núm. 85 de 18 de junio de 2002, autoriza a la Administración de Servicios Generales (ASG) a crear y mantener en funcionamiento el Registro Único de Licitadores para todas las Agencias Ejecutivas y Corporaciones Públicas del Estado Libre Asociado de Puerto Rico. La propia Ley

dispone, además, que el Administrador de la ASG establecerá, mediante reglamento que adopte, las normas y disposiciones que regirán su uso.

El Departamento de Educación, al igual que todas las demás Agencias Ejecutivas y Corporaciones Públicas del Estado Libre Asociado de Puerto Rico, utilizará el Registro Único de Licitadores según se dispone en el reglamento adoptado por la ASG.

§Sec. 20.1 – Disposición general sobre el uso del Registro Único de Licitadores

Tanto la Ley Núm. 164, de 23 de julio de 1974, según enmendada, como la reglamentación adoptada por la ASG, disponen que, excepto en circunstancias excepcionales, todo suplidor que provea bienes, obras o servicios no personales a las Agencias Ejecutivas y Corporaciones Públicas del Estado Libre Asociado de Puerto Rico tiene que pertenecer al Registro Único de Licitadores.

§Sec. 20.2 – Circunstancias extraordinarias bajo las cuáles se podrá seleccionar un suplidor sin que pertenezca al Registro Único de Licitadores

La Ley Número 219 de 28 de agosto de 2003, enmienda el Artículo 14 de la Ley de la Administración de Servicios Generales, estableciendo algunas circunstancias excepcionales bajo las cuales se podrá adjudicar una compra o subasta a un suplidor que no pertenezca al Registro Único de Licitadores. Las circunstancias excepcionales que se enumeran en la Ley de referencia son las siguientes:

§Sec. 20.2.1 – "Adquisiciones de las oficinas de agencias y departamentos del Estado Libre Asociado localizadas fuera de Puerto Rico y que son realizadas en la jurisdicción donde están ubicadas."

§Sec. 20.2.2 – "Adquisiciones de equipo médico, científico o tecnológico, o cualquier otro equipo o material altamente especializado para el cual no exista suplidor o representante autorizado en Puerto Rico."

§Sec. 20.2.3 – "Adquisiciones que no excedan de dos mil dólares ($2,000.00) al año por agencia y que se realicen en áreas geográficas donde no existan licitadores registrados para el fin o servicio interesado."

§Sec. 20.2.4 – "Adquisiciones de servicios en los medios de comunicación, siempre y cuando no exceda de veinte mil dólares ($20,000.00) al año por agencia."

§Sec. 20.2.5 – "Compras de emergencia. Se entenderá como emergencia una situación de naturaleza excepcional que ocasione unas necesidades públicas

44

inesperadas e imprevistas y que requieran una acción inmediata por parte del Gobierno por estar en peligro la vida, la salud o la seguridad del pueblo, al suspenderse o afectarse el servicio público o poner en riesgo la propiedad del Gobierno, o si el término para usar los fondos está a punto de vencer y toda oportunidad de adquirir los bienes, obras y servicios deseados puede perderse afectando adversamente el interés público. En caso de los fondos que están a punto de perderse se debe constatar que la agencia realizó de forma diligente las gestiones para cumplir con los procesos establecidos, pero condiciones excepcionales, no atribuibles a acciones negligentes de la entidad pública, motivaron un atraso en la adquisición de los bienes, obras o servicios". (Ver las disposiciones establecidas en la Sección 13.3.5 de este Reglamento).

§Sec. 20.2.6 – "Suscripciones y renovaciones a revistas, publicaciones profesionales o educativas. Esta excepción no incluye la compra de los textos escolares".

§Sec. 20.3 – Disposición de ley sobre compras a efectuarse bajo las circunstancias extraordinarias o excepcionales que se especifican en la Sección 13.3 de este Reglamento

La Ley Núm. 219 de 28 de agosto de 2003, dispone lo siguiente: "Se considerarán como circunstancias excepcionales aquellas situaciones presentadas por escrito debidamente justificadas por los Jefes de Agencias o Departamentos, que serán evaluadas caso a caso y requerirán de la aprobación del (la) Administrador (a) de la Administración de Servicios Generales. Estas circunstancias excepcionales se evaluarán desde una perspectiva restrictiva y su aprobación debe estar justificada en que existe una situación de tal naturaleza extraordinaria que no excluirla del proceso del registro propicie un grave menoscabo a las funciones de la agencia o los servicios que vienen obligada a prestar la entidad."

## Artículo 21 – OBLIGACIÓN DE LOS SUPLIDORES CON RESPECTO AL REGISTRO ÚNICO DE LICITADORES

Todo suplidor que interese participar en los procesos de compra del Departamento estará obligado a someterse al procedimiento que, mediante reglamento, establezca la Administración de Servicios Generales para ingreso y mantenimiento en el Registro Único de Licitadores. El Departamento le requerirá al suplidor que presente evidencia de

que forma parte de dicho Registro Único de Licitadores con antelación a que se le adjudique cualquier subasta formal o informal en la que haya participado. El no presentar dicha evidencia impedirá que se le adjudique cualquier subasta formal o informal.

Artículo 22 – OBLIGACIÓN DE LOS FUNCIONARIOS QUE INTERVIENEN CON LOS PROCESOS DE COMPRA DEL DEPARTAMENTO CON RESPECTO AL REGISTRO ÚNICO DE LICITADORES

Respecto al Registro Único de Licitadores, los funcionarios que intervienen en los procesos de compra del Departamento deberán cumplir con lo que dispone la Ley Núm. 164 de 23 de julio de 1974, según enmendada. Esta Ley dispone que a todo licitador a quien se le adjudique una subasta o se le expidan órdenes de compra en las agencias ejecutivas y corporaciones públicas del Estado Libre Asociado de Puerto Rico, deberá requerírsele estar elegible para ello, según su expediente en el Registro Único de Licitadores.

La Ley dispone también que es necesario proveer a la Administración de Servicios Generales información sobre irregularidades en que incurran los licitadores inscritos en el Registro Único de Licitadores en el cumplimiento de obligaciones contractuales o de sus deberes como suplidores.

CAPÍTULO VII – POLÍTICA PREFERENCIAL PARA LAS COMPRAS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

Artículo 23 – BASE LEGAL

La Ley Núm. 14 de 8 de enero de 2004, conocida como "Ley para la Inversión en la Industria Puertorriqueña", establece lo siguiente: "En toda compra de artículos que efectúe el Gobierno del Estado Libre Asociado de Puerto Rico se adquirirán los artículos extraídos, producidos, ensamblados o envasados en Puerto Rico, o distribuidos por agentes establecidos en Puerto Rico, siempre que dichos artículos cumplan con las especificaciones, términos y condiciones establecidos en el pliego de subasta u orden de compra y que su precio, luego de aplicado el parámetro de inversión correspondiente, sea el más bajo".

Lo dispuesto en esta Ley aplica a toda compra que se realice en el Departamento, excepto en aquellos casos en que alguna otra disposición legal aplicable lo prohíba.

Artículo 24 – JUNTA PARA LA INVERSIÓN EN LA INDUSTRIA PUERTORRIQUEÑA

La Ley citada en el Artículo anterior, crea la Junta para la Inversión en la Industria Puertorriqueña adscrita a la Compañía de Fomento Industrial de Puerto Rico. Es esta Junta la entidad gubernamental que establece los parámetros de inversión que corresponden a cada artículo que cualifica para el otorgamiento de por cientos de preferencia. Los por cientos de preferencia se otorgan mediante resolución que emite la referida Junta.

Artículo 25 – USO DEL POR CIENTO DE PREFERENCIA POR LOS LICITADORES

Las personas o licitadores que obtengan un por ciento de preferencia para un producto que coticen en un proceso de compra, presentarán con su oferta la resolución que a esos efectos haya emitido la Junta para la Inversión en la Industria Puertorriqueña. De no hacerlo, no será considerado dicho por ciento para la evaluación de la oferta.

Artículo 26 – APLICACIÓN DEL POR CIENTO DE PREFERENCIA A UNA COMPRA O SUBASTA

El Departamento reconocerá a todo licitador calificado como suplidor el por ciento de preferencia que se le haya otorgado a los productos que proponga proveer en un proceso de compra o subasta. Previo a la adjudicación de la compra o subasta se restará del precio cotizado por el producto la cantidad que resulte del por ciento de preferencia otorgado. El precio de adjudicación a ser considerado para la compra o subasta será la diferencia que resulte entre el precio cotizado menos el por ciento de preferencia otorgado. No obstante, el Departamento pagará el producto a base del precio cotizado.

La aplicación de un por ciento de preferencia a un producto no altera los criterios de cumplimiento que exija el Departamento en cuanto a especificaciones, términos, condiciones y calidad de los bienes, obras o servicios que se desee adquirir.

Artículo 27 – OTRAS DISPOSICIONES LEGALES RELATIVAS A LA LEY PARA LA INVERSIÓN EN LA INDUSTRIA PUERTORRIQUEÑA QUE APLICAN

§Sec. 27.1 – En la preparación de especificaciones, términos y condiciones para las compras o subastas que realice el Departamento, se procurará que no se excluyan artículos que proveen las industrias puertorriqueñas.

47

§Sec. 27.2 – En aquellos casos en que se contraten servicios, el contrato deberá contener una disposición de que se utilicen, siempre que estén disponibles, productos de Puerto Rico al rendirse el servicio contratado.

§Sec. 27.3 – Ningún funcionario o empleado del Departamento que intervenga en los procedimientos de compras podrá participar en el proceso de solicitud de por ciento de preferencia ni podrá tener interés económico en la transacción que se realice.

§Sec. 27.4 – El Departamento someterá a la Junta para la Inversión en la Industria Puertorriqueña, los informes que exige la Ley sobre el cumplimiento de la política preferencial para las compras del gobierno,

## CAPÍTULO VIII – JUNTA DE SUBASTAS: CREACIÓN, CONSTITUCIÓN, JURISDICCIÓN Y FUNCIONAMIENTO

La Junta de Subastas es el organismo administrativo que crea el Secretario para canalizar el proceso de celebración de subastas formales competitivas para la adquisición de bienes, obras y servicios no personales que tengan un valor mayor de cincuenta mil dólares ($50,000.00).

## Artículo 28 – CREACIÓN DE LAS JUNTAS DE SUBASTAS

Mediante el presente Reglamento el Secretario crea las siguientes Juntas de Subastas:

§Sec. 28.1 – Junta de Subastas Central

§Sec. 28.2 – Juntas de Subastas Regionales: Una (1) Junta de Subastas en cada región en que esté organizado el Departamento.

§Sec. 28.3 – Juntas de Subastas Especiales

## Artículo 29 – CONSTITUCIÓN DE LAS JUNTAS DE SUBASTAS

Las Juntas de Subastas estarán constituidas por personas de alta integridad personal y profesional que gocen de la plena confianza del Secretario. Serán personas que no tengan relación de empleo o negocio con vendedores, comerciantes o fabricantes que en su día pudiesen interesar convertirse en suplidores de bienes, obras o servicios del Departamento. Ocuparán sus puestos a voluntad y entera discreción de la autoridad nominadora.

Los miembros de las Juntas de Subastas serán nombrados por el Secretario o por el Subsecretario de Administración. El Secretario o su representante designará a uno de los miembros de cada Junta como su Presidente y designará, además, a un Secretario Ejecutivo y a un Secretario Ejecutivo Alterno. El Secretario tendrá el poder de sustituir a cualquier miembro de una Junta de Subastas o a los Secretarios Ejecutivos, con o sin justa causa, o por incumplimiento de las disposiciones de este Reglamento.

§Sec. 29.1 – Composición de las Juntas de Subastas

§Sec. 29.1.1 – Junta de Subastas Central

La Junta de Subastas Central estará compuesta por ocho (8) miembros: cinco (5) miembros en propiedad y tres (3) miembros alternos. Tendrá, además, un Secretario Ejecutivo en propiedad y otro alterno.

§Sec. 29.1.2 – Juntas de Subastas Regionales

Las Juntas de Subastas Regionales estarán compuestas por cinco (5) miembros: tres (3) miembros en propiedad y dos (2) miembros alternos. Cada Junta tendrá, además, un Secretario Ejecutivo en propiedad y otro alterno.

El nombramiento de los miembros y de los secretarios ejecutivos de las Juntas de Subastas Regionales podrá ser recomendado por el Director de la Región Educativa correspondiente, pero deberán ser ratificados por el Secretario o Subsecretario de Administración.

§Sec. 29.1.3 – Juntas de Subastas Especiales

El Secretario o su representante autorizado podrán crear Juntas de Subastas Especiales para atender situaciones extraordinarias no contempladas expresamente en este Reglamento o para aquellos casos en que se requiera por mandato de otro reglamento o de alguna ley estatal o federal.

Estas Juntas se compondrán del número de miembros que crea conveniente el Secretario o su representante autorizado, pero nunca serán menos de tres (3).

Artículo 30 – JURISDICCIÓN DE LAS JUNTAS DE SUBASTAS

Las Juntas de Subastas tendrán jurisdicción para procesar, evaluar y adjudicar las subastas formales cuya celebración le sea solicitada por las dependencias que se señalan a continuación o por el Secretario o Subsecretario de Administración.

§Sec. 30.1 – Junta de Subastas Central

49

Tendrá jurisdicción sobre toda subasta cuya celebración le sea solicitada por las dependencias adscritas a la oficina central del Departamento o que le sea referida por el Secretario o el Subsecretario de Administración.

§Sec. 30.2 -- Juntas de Subastas Regionales

Tendrán jurisdicción sobre toda subasta cuya celebración le sea solicitada por las dependencias adscritas a la región educativa correspondiente (distritos escolares, componentes fiscales, escuelas y otros) o que le sea referida por el Secretario o el Subsecretario de Administración.

§Sec. 30.3 -- Juntas de Subastas Especiales

Tendrán jurisdicción sobre toda subasta cuya celebración se justifique, según sea dispuesto por el Secretario o el Subsecretario de Administración, siempre que dicha razón sea cónsona con lo que dispone este Reglamento.

## Artículo 31 -- FUNCIONAMIENTO DE LAS JUNTAS DE SUBASTAS

Todas las Juntas de Subastas que se creen se desempeñarán uniformemente, siguiendo las disposiciones de este Reglamento y el ordenamiento que sigue:

§Sec. 31.1 -- Deberes y funciones de los componentes de las Juntas de Subastas

§Sec. 31.1.1 -- Deberes y funciones del Presidente de la Junta de Subastas

Será responsabilidad del Presidente de una Junta de Subastas asegurarse y velar porque se dé estricto cumplimiento a las disposiciones de este Reglamento, así como a todas las disposiciones legales que apliquen en la celebración de subastas formales. Tendrá, además, las siguientes funciones y deberes:

§Sec. 31.1.1.1 -- Velar por que la Junta de Subastas funcione normal y satisfactoriamente, asegurándose de que todos los miembros cumplan con sus deberes y responsabilidades.

§Sec. 31.1.1.2 -- Presidir todos los procedimientos y trabajos de la Junta.

§Sec. 31.1.1.3 -- Convocar las reuniones ordinarias y extraordinarias de la Junta.

§Sec. 31.1.1.4 -- Revisar y adoptar como suyas las recomendaciones de los miembros de la Junta.

50

§Sec. 31.1.1.5 – Dirigir y supervisar todos los trámites administrativos relacionados con la celebración de subastas formales.

§Sec. 31.1.1.6 – Asegurar que toda información que se genere en los procesos de subastas sea confiable y mantenga el carácter de confidencialidad requerido.

§Sec. 31.1.1.7 – Representar a la Junta en los foros que sea necesario.

§Sec. 31.1.1.8 – Someter al Secretario o al Subsecretario de Administración un informe anual de las labores de la Junta acompañado, de ser necesario, por recomendaciones pertinentes al mejoramiento de los procesos de trabajo que se implanten.

§Sec. 31.1.2 – Deberes y funciones del Secretario Ejecutivo de las Juntas de Subastas

El Secretario Ejecutivo de una Junta de Subastas, además de colaborar en el desarrollo de todas las etapas de una subasta, asumirá las siguientes responsabilidades específicas:

§Sec. 31.1.2.1 – Recibir las solicitudes para que se celebren subastas y cotejar la legitimidad, corrección y legalidad de todos los documentos que se incluyen.

§Sec. 31.1.2.2 – Establecer el plan de acción a seguir para la celebración de las subastas, en coordinación con el Presidente de la Junta.

§Sec. 31.1.2.3 – Identificar todos aquellos posibles proveedores de los bienes, obras o servicios que se deseen adquirir en cada subasta. Para realizar esta función recurrirá al Registro Único de Licitadores y a toda otra fuente que esté disponible.

§Sec. 31.1.2.4 – Cursar las invitaciones a la subasta, según el plan de acción acordado con el Presidente de la Junta, y colocar un ejemplar de dicha invitación en el tablón de edictos de la Junta.

§Sec. 31.1.2.5 – Custodiar y velar por la tramitación adecuada de los expedientes de subastas.

§Sec. 31.1.2.6 – Citar a reuniones o actividades de la Junta según lo solicite el Presidente.

§Sec. 31.1.2.7 – Asistir a las reuniones de la Junta, tomar las minutas, levantar las actas y certificarlas.

§Sec. 31.1.2.8 – Redactar los acuerdos, resoluciones e informes que deban ser presentados para la aprobación de la Junta. Preparar, además, los informes mensuales y anuales de subastas celebradas para la firma del Presidente.

§Sec. 31.1.2.9 – Dirigir el acto de apertura, abrir los sobres sellados conteniendo las ofertas de los licitadores, leer éstas ante los licitadores y custodiar las mismas antes y después de su apertura.

§Sec. 31.1.2.10 – Notificar a los licitadores por escrito todos los acuerdos de la Junta, incluyendo la adjudicación de la subasta.

§Sec. 31.1.2.11 – Mantener a la Junta informada sobre todo aquel asunto de urgencia e importancia que requiera su intervención o deba ser de su conocimiento.

§Sec. 31.1.2.12 – Mantener un archivo de toda la correspondencia recibida y despachada por la Junta, de todo expediente de subasta celebrada o en proceso de celebración y de toda documentación que sea utilizada por la Junta en sus procesos diarios de trabajo.

§Sec. 31.1.3 – Funciones y deberes del Secretario Ejecutivo Alterno

El Secretario Ejecutivo Alterno tendrá las mismas funciones y deberes que el Secretario Ejecutivo en propiedad. Le sustituirá durante su ausencia, cuando existan circunstancias especiales que así lo requieran o cuando el Presidente o la Junta lo determine conveniente.

§Sec. 31.1.4 – Deberes y funciones de los Miembros de las Juntas de Subastas

Los miembros de una Junta de Subastas son responsables, junto al Presidente, de que la celebración de toda subasta se rija por las disposiciones que se establecen en este Reglamento. De manera específica deberán cumplir con los siguientes deberes:

§Sec. 31.1.4.1 – Asistir a todas las reuniones para las cuáles scan convocados.

§Sec. 31.1.4.2 – Comparecer, de serle requerido, como observadores a las reuniones para la celebración de actos de apertura de subastas. Su comparecencia podría ser de carácter voluntario, o sea, por su propia iniciativa.

§Sec. 31.1.4.3 – Evaluar las ofertas de los licitadores que participan en una subasta para asegurarse de que cumplen con las especificaciones, términos y condiciones establecidas en la convocatoria.

§Sec. 31.1.4.4 – Adjudicar cada subasta al licitador que mejor cumpla con las especificaciones y condiciones establecidas, además de resultar ser el mejor postor.

§Sec. 31.1.4.5 – Atender toda controversia que se suscite durante el desarrollo de una subasta a base de sus méritos y de acuerdo con lo dispuesto en las leyes y reglamentos aplicables.

§Sec. 31.1.4.6 – Replicar a solicitudes de revisión de adjudicaciones de subastas cuando se considere necesario.

§Sec. 31.1.4.7 – Tomar determinaciones sobre la legitimidad de las solicitudes de revisión de convocatorias a subastas y proceder según se establece en este Reglamento.

§Sec. 31.1.4.8 – Ejercer la acción que se requiera en el desarrollo de todas las etapas de una subasta: convocatoria, reunión presubasta, acto de apertura y otros.

§Sec. 31.2 – Reuniones ordinarias de la Junta

Las reuniones ordinarias serán aquéllas a efectuarse según el calendario previamente establecido para evaluar ofertas, adjudicar subastas, dilucidar controversias relacionadas con las convocatorias a las subastas o con su adjudicación y para tratar todo otro asunto que se relacione con las funciones de la Junta.

§Sec. 31.3 – Reuniones extraordinarias de la Junta

Las reuniones extraordinarias se celebrarán cuando surjan circunstancias imprevistas que requieran la atención de la Junta en fechas fuera del calendario previamente establecido.

53

§Sec. 31.4 – Quórum para las reuniones de la Junta

El quórum se constituirá cuando esté presente la mayoría absoluta de los miembros de la Junta, sean éstos miembros en propiedad o alternos. Los miembros alternos de las Juntas podrán participar voluntariamente (sin derecho a voto) en todas las reuniones que se celebren, pero su asistencia será requisito en aquéllas para las que se les convoque con el propósito de que se constituya quórum, ante la ausencia de miembros en propiedad. En ausencia del Presidente a una reunión, otro miembro de la Junta presente asumirá la presidencia de manera accidental. Las decisiones se tomarán con los votos de la mayoría absoluta de los miembros presentes.

§Sec. 31.5 – Prohibiciones generales a los miembros

Ningún miembro de una Junta de Subastas podrá llevar a cabo funciones de Comprador o trabajar bajo la supervisión directa de un Comprador. Tampoco podrá ser miembro de una Junta de Subastas un director de una dependencia de alta jerarquía en el Departamento que sea supervisor, a su vez, de algún miembro de dicha Junta.

## CAPITULO IX – CELEBRACIÓN DE SUBASTAS FORMALES

Se celebrará una subasta formal en toda ocasión en que el gasto a incurrirse para adquirir bienes, obras o servicios no personales exceda la cantidad de cincuenta mil dólares ($50,000.00).

## Artículo 32 – INICIO DEL PROCEDIMIENTO

El procedimiento para la celebración de una subasta formal se inicia cuando la Unidad Adquirente desea adquirir un bien, obra o servicio a un costo mayor al que se le permite adquirirlo mediante subasta informal. En ese caso, el Comprador solicita a la Junta de Subastas que celebre una subasta formal, sometiendo la requisición o solicitud junto con el pliego de subasta que corresponda.

## Artículo 33 – PLIEGO DE SUBASTA

El pliego de subasta es el compendio de documentos que constituye la convocatoria que servirá de guía a los licitadores en el proceso de cotización y preparación de las ofertas. Es requisito que el pliego de subasta contenga la siguiente información:

§Sec. 33.1 -- Identificación de los bienes, obras o servicios que se solicitan y la
cantidad a ser adquirida

Los bienes, obras o servicios a ser adquiridos deberán ser claramente identificados
por los nombres con los que son reconocidos en el mercado o en el mundo
especializado de la disciplina con la que se relacionen. Se deberá indicar, asimismo,
las cantidades que se adquirirán del producto. Las cantidades se expresarán en
términos de unidad o de total de unidades.

§Sec. 33.2 -- Instrucciones generales, especiales y particulares

Según sea necesario, se incluirán instrucciones generales, especiales y particulares.
Dichas instrucciones podrán estar contenidas en la introducción del pliego de
subasta o enumeradas separadamente como parte del documento.

§Sec. 33.2.1 -- Instrucciones generales

Las instrucciones generales serán aquéllas que indiquen cómo deberán ser
presentadas las ofertas, el cumplimiento que debe darse a los términos,
condiciones y especificaciones que se establecen, y todo otro asunto que sea
necesario señalarse para que el licitador pueda presentar su oferta en la fecha y
hora establecida. Véanse ejemplos de asuntos que deben ser incluidos en las
instrucciones generales: modo de preparar las ofertas y cómo entregarlas,
requisitos para licitar, disposiciones de este Reglamento que regirán el proceso
de la subasta, la advertencia expresa de que la adjudicación de una subasta no
compromete al gobierno o al Departamento hasta tanto se haya firmado un
contrato y otros.

§Sec. 33.2.2 -- Instrucciones especiales o particulares

Las instrucciones especiales o particulares son aquéllas emitidas por la Unidad
Adquirente o Junta de Subastas con el propósito de destacar la importancia de
algún aspecto técnico especializado o para advertir sobre la aplicación de
normas o disposiciones legales aplicables.

§Sec. 33.3 -- Especificaciones

Las especificaciones constituyen la descripción específica y detallada de los bienes,
obras o servicios que solicita la Unidad Adquirente. Son el conjunto de
características físicas, de calidad, de funcionalidad y de estética que se desea tengan
dichos bienes, obras o servicios. El Comprador se asegurará de que las

especificaciones provean toda la información que necesita el licitador para hacer su oferta correctamente. Ni el comprador ni la Junta de Subastas aceptarán ofertas de bienes, obras o servicios distintos a los que se describen en el conjunto de especificaciones, a no ser que se haya establecido previamente que se considerarán ofertas alternas bajo condiciones o circunstancias especiales.

§Sec. 33.3.1 -- Redacción o adopción de especificaciones

La Unidad Adquirente es responsable de señalar las especificaciones de los bienes, obras o servicios que solicita. Podrá decidir por adoptar especificaciones modelo o estándares ya establecidas, o por redactar las mismas según sus necesidades particulares.

§Sec. 33.3.1.1 -- Especificaciones modelo o estándares

Son aquéllas que se establecen con el propósito de que haya uniformidad en la descripción de determinado bien, obra o servicio. De esa manera se logra la misma calidad de lo que se adquiere y los precios son similares.

§Sec. 33.3.1.2 -- Especificaciones a redactarse

Cuando no existan especificaciones modelo o estándares para un bien, obra o servicio a adquirirse, la Unidad Adquirente redactará las mismas a tono con sus necesidades. De ser necesario, se utilizarán o consultarán personas especializadas en la materia con la que se relaciona el producto a comprarse o se solicitará la intervención de la Oficina Reguladora de Compras, Subastas y Contratos. Para la redacción de especificaciones se podrá consultar catálogos comerciales, pero no se utilizarán éstos para copiar características que identifiquen al producto con determinada casa comercial. Tampoco se señalarán marcas de productos, excepto en casos excepcionales de productos altamente especializados para los que sea necesario hacer referencia a una marca con fines ilustrativos exclusivamente. Cuando sea necesario hacerlo, se indicará explícitamente que el producto que se solicita no es el de la marca que se señala, sino uno igual, similar o parecido.

§Sec. 33.4 -- Condiciones

Las condiciones de una subasta son los términos bajo los cuales se exige que se entregue el bien, se ejecute la obra o se preste el servicio que se solicita. Éstos pueden ser de carácter general o particular.

§Sec. 33.4.1 – Condiciones generales

Las condiciones generales de una subasta son aquéllas que se exigen como normas de adquisición adoptadas por la agencia o como requisito de política pública establecida. Las condiciones generales podrían variar en detalles dependiendo del asunto de cada subasta. Entre otros aspectos que podrían ser incluidos como condiciones generales, se señalan los siguientes: fianzas, modelos, muestras a entregarse, certificados de inspección, calidad de envases, almacenaje, distribución, fecha de entrega, mantenimiento, garantía, términos generales de contratación, penalidades y otros.

§Sec. 33.4.2 – Condiciones particulares

Las condiciones particulares serán aquéllas que se aplican en circunstancias en que la agencia desea establecer normas especiales por estar presentes factores que, de no ser controlados, pudieran afectar adversamente el proceso de compras o de contratación. Los siguientes son aspectos que podrían ser incluidos como condiciones especiales: capacidad económica del suplidor para cumplir con su oferta, experiencia que tiene en el ofrecimiento del servicio, bien u obra que ofrece; personal con que cuenta y áreas de especialidad de éste, tiempo de respuesta que garantiza para solicitudes de servicio y otros.

## Artículo 34 – CONVOCATORIA DE LA SUBASTA

La convocatoria se emitirá cuando los pliegos de la subasta se hayan revisado y se determine que están correctos y que cumplen con lo establecido en este Reglamento.

§Sec. 34.1 – Forma de convocar

La convocatoria se hará por invitación enviada por correo o mediante publicación de un anuncio en periódicos de publicación general. De ser posible, la invitación se publicará electrónicamente de manera simultánea.

Cuando la convocatoria se haga a través de periódicos de publicación general, el anuncio se publicará no menos de dos (2) veces, en columnas de dos pulgadas de largo y dos pulgadas de ancho (2"x 2"). Ambas publicaciones podrán ser hechas en el mismo periódico o en dos (2) periódicos distintos. En el anuncio se les indicará a los licitadores potenciales el día, la hora y el lugar exacto en que se les entregarán los pliegos de la subasta.

Para lograr la mayor divulgación posible de la celebración de una subasta, además del periódico y del correo, el anuncio podrá ser publicado también en cualesquiera otros medios de comunicación disponibles, tales como: tablón de edictos, hojas sueltas, cartelones, radio, televisión, entrega personal, página electrónica y otros.

La forma de convocar tiene que propiciar el cumplimiento de la política pública del Departamento, que establece que las subastas son eventos que tienen que ser de conocimiento público en general para que puedan generar la mayor competencia posible entre los proveedores potenciales.

Cuando se invite a una subasta por correo se incluirá la misma información de las invitaciones publicadas por periódicos: lugar, día y hora en que se entregarán los pliegos.

En toda invitación se indicará, además, el costo que se haya establecido por la entrega del pliego de la subasta.

§Sec. 34.2 – Costo por la entrega de los pliegos de subastas

Por la entrega de todo pliego de subasta que contenga veinticinco (25) páginas o menos se exigirá un pago de veinticinco dólares ($25.00). Si el pliego excede de veinticinco (25) páginas se exigirá un pago de cincuenta dólares ($50.00). El pago se hará en la Oficina del Recaudador Oficial o Recaudador Auxiliar del Departamento a favor del Secretario de Hacienda. El pliego de la subasta se entregará cuando se presente el recibo expedido por el Recaudador Oficial o Recaudador Auxiliar.

§Sec. 34.3 – Contenido de la convocatoria

En la convocatoria se incluirá la siguiente información:

   §Sec. 34.3.1 – Cantidad de bienes, obras o servicios que se desea adquirir con
   su descripción y especificaciones.

58

§Sec. 34.3.2 -- Fecha en que se hace la convocatoria.

§Sec. 34.3.3 – Número de la subasta.

§Sec. 34.3.4 – Propósito de la subasta.

§Sec. 34.3.5 – Para subasta de obras de construcción: el nombre, la ubicación y descripción del proyecto.

§Sec. 34.3.6 -- De ser necesario, plazos en que se realizará la obra, se rendirá el servicio o se entregará el bien.

§Sec. 34.3.7 – Condiciones y requisitos que deberán reunir los licitadores.

§Sec. 34.3.8 -- Instrucciones específicas sobre dónde se podrán solicitar los pliegos de la subasta, incluyendo la dirección física, el teléfono y la(s) fecha(s) y hora(s) exacta(s) en que se entregarán los pliegos.

§Sec. 34.3.9 – Fecha, hora y lugar en qué se celebrará la reunión pre-subasta, de ser necesario.

§Sec. 34.3.10 – Fecha y hora límite para presentar las ofertas.

§Sec. 34.3.11 – Fecha, hora y lugar del acto de apertura de la Subasta.

§Sec. 34.3.12 – Gastos, si algunos, que tendrán que satisfacer los licitadores.

§Sec. 34.3.13 -- Requisitos especiales, si alguno, que se hayan establecido.

§Sec. 34.3.14 -- Una advertencia al efecto de que el Departamento no será responsable de daños o perjuicios como consecuencia de la cancelación de la adjudicación de la subasta.

§Sec. 34.3.15 – Otra información que se considere necesaria.

Artículo 35 – REUNIÓN PRESUBASTA

Si las circunstancias lo ameritan, a base de la complejidad de las especificaciones, condiciones o características de los bienes, obras o servicios que se desea adquirir, la Junta de Subastas celebrará una reunión presubasta a la que se invitará a todo licitador interesado en asistir. La reunión se celebrará en un término de no más de ocho (8) días laborables posterior a la fecha en que se haya publicado la convocatoria de la subasta o se haya emitido la invitación por correo u otro medio. La asistencia a esta reunión se establecerá como requisito indispensable para todo licitador que se proponga presentar ofertas para la subasta.

Durante esta reunión se le dará oportunidad a la Unidad Adquirente para que haga una presentación de (el, los) productos(s) que desea adquirir y bajo qué especificaciones, términos y condiciones. Los licitadores, a su vez, podrán hacer preguntas y ofrecer recomendaciones encaminadas a esclarecer o mejorar la convocatoria. Podrán sugerir, inclusive, enmiendas que se consideren deseables o necesarias.

Dichas enmiendas podrán ser aceptadas o rechazadas por la Unidad Adquirente de acuerdo con los mejores intereses del Departamento. Toda enmienda se procesará como sigue:

## Artículo 36 – ENMIENDAS A LA CONVOCATORIA O PLIEGOS DE SUBASTA

La convocatoria o pliegos de subasta podrán ser enmendados cuando surjan circunstancias que lo ameriten con antelación al Acto de Apertura. Posterior a esa fecha no procederá ningún cambio o enmienda. El licitador está obligado a cumplir con lo que se establezca en todas las enmiendas que se emitan. El incumplimiento con una enmienda a la convocatoria será causa suficiente para el rechazo de la oferta.

§Sec. 36.1- Circunstancias en que proceden las enmiendas

§Sec. 36.1.1 - Cuando la Unidad Adquirente someta enmiendas.

§Sec. 36.1.2 – Cuando se descubra algún error u omisión sustancial en el contenido de la convocatoria o pliegos.

§Sec. 36.1.3 – Cuando se interese aumentar o disminuir cantidades del producto a adquirirse.

§Sec. 36.1.4 – Cuando se interese cambiar términos, condiciones o especificaciones.

§Sec. 36.1.5 – Cuando a juicio de la Junta de Subastas se haya establecido algún término, condición o especificación que no sea razonable o que esté en contradicción con alguna disposición de este Reglamento.

§Sec. 36.1.6 – Cuando se haya solicitado la revisión de la convocatoria y la Junta haya declarado dicha solicitud HA LUGAR.

§Sec. 36.2 – Aprobación y notificación de las enmiendas

Las enmiendas requerirán el visto bueno del Presidente de la Junta y serán notificadas a todos los licitadores que fueron invitados a participar o que solicitaron los pliegos de la subasta. La notificación podrá hacerse publicando un aviso en un

periódico de circulación general o mediante el envío de dicho aviso por correo certificado o cualquier otro medio.

## Artículo 37 – SOLICITUD DE RECONSIDERACIÓN DE LA CONVOCATORIA

Todo licitador interesado en participar en una subasta que no esté de acuerdo con los términos, condiciones o especificaciones bajo las cuales se convoque a la misma, por entenderlas sustancialmente restrictivas o inapropiadas, tiene derecho a solicitar que dichos términos, condiciones o especificaciones sean revisadas.

Sec. 37.1 -- Radicación de la solicitud de reconsideración

Toda solicitud de revisión de la convocatoria a una subasta deberá radicarse ante la Junta de Subastas que emitió dicha convocatoria dentro del término de dos (2) días laborables a partir del recibo del pliego de la subasta.

§Sec. 37.2 – Contenido de la solicitud

La solicitud de reconsideración a la convocatoria de una subasta se presentará en original y dos (2) copias a máquina o letra de imprenta y deberá contener lo siguiente:

§Sec. 37.2.1 – El número de la subasta.

§Sec. 37.2.2 – Una relación detallada y específica de la razón de la solicitud, indicando los términos, condiciones o especificaciones que resultan restrictivas o inapropiadas.

§Sec. 37.2.3 – Una enumeración de los argumentos específicos que sostienen la reclamación, incluyendo la evidencia documental y testifical necesaria para probar que las alegaciones que se hacen son ciertas y válidas.

§Sec. 37.2.4 – Una certificación o declaración de la parte peticionaria certificando, bajo apercibimiento de perjurio, que lo declarado es correcto y veraz. La certificación o declaración deberá ser juramentada ante un notario público.

## Artículo 38 -- ACCIÓN A TOMAR ANTE LA SOLICITUD DE RECONSIDERACIÓN

La Junta de Subastas evaluará toda la información provista con la solicitud de reconsideración y determinará su validez. Basado en los resultados de esta evaluación se resolverá la controversia.

61

§Sec. 38.1 - Las siguientes son posibles acciones a ser tomadas:

§Sec. 38.1.1 – Desestimar la solicitud y ordenar que se continúen con los trámites de la subasta.

§Sec. 38.1.2 – Ordenar que se enmiende la convocatoria o que se emita una nueva.

§Sec. 38.1.3 – Cancelar la convocatoria.

§Sec. 38.2 – Notificación de la decisión de la Junta de Subastas

La decisión que tome la Junta de Subastas le será notificada por escrito al licitador que presentó la solicitud de reconsideración y a todos los licitadores que se afecten con la misma. La notificación se hará mediante correo certificado o facsímil, durante el día laborable siguiente a la fecha en que la Junta de Subastas haya resuelto la controversia. En la notificación se deberá incluir la advertencia sobre el derecho que tiene el licitador de solicitar revisión de la decisión ante la Junta de Revisión Administrativa durante los dos (2) días laborables siguientes al recibo de la notificación.

## Artículo 39 – PREPARACIÓN DE LAS OFERTAS POR LOS LICITADORES

Los licitadores prepararán sus ofertas según se les solicite o instruya en la convocatoria de la subasta.

Las siguientes son modalidades de ofertas que estarán permitidas por este Reglamento:

§Sec. 39.1 – Oferta básica por partida o renglón

Al licitador se le podrá solicitar que haga su oferta por partida o renglón, cotizando para los bienes o servicios que se incluyan en cada partida o renglón, sin sujeción a los demás. El licitador anotará su oferta al lado de la partida o renglón en el espacio provisto para ello. El precio se indicará por unidad, aunque se podrá totalizar por la cantidad total de dicha partida, cuando aplique. En este caso el licitador no vendrá obligado a cotizar para todas las partidas o renglones de la subasta, aunque tendrá la opción de hacerlo, de tener la capacidad para proveer todos los bienes o servicios que se soliciten.

En aquellas partidas o renglones para las que no interese hacer cotizaciones, el licitador lo indicará así por escrito en el lugar provisto para anotar el precio. La

cotización se hará en dólares y centavos, indicándose si existe algún término o
condición que pueda afectar dicho precio.

§Sec. 39.2 -- Oferta de todo o nada

El licitador podrá optar por hacer una oferta de todo o nada para las partidas o
renglones para los que haya cotizado. En ese caso se entenderá que el licitador no
interesa proveer los bienes o servicios de una o varias partidas o renglones
separadamente. Cuando se utilice esta modalidad de oferta, si se rechaza una
partida o renglón, se descartará la oferta en su totalidad. De haberse establecido que
la subasta se adjudicará por partidas o renglones, la oferta de todo o nada no obliga
al licitador a cotizar para todas las partidas o renglones. Todo o nada significará las
partidas o renglones para las que el licitador haya cotizado únicamente.

§Sec. 39.3 -- Oferta de precio global

En subastas en que se instruya a que se cotice por partidas o renglones
separadamente, el licitador podrá optar por hacer una oferta de Precio Global,
ofreciendo una cifra rebajada en relación con la suma original, condicionado a que
se le adjudiquen todas las partidas o renglones. La rebaja deberá anotarse al lado de
la suma total original de la oferta, distribuida porcentualmente o prorrateada entre
todas las partidas o renglones. El Departamento podrá aceptar la oferta de las
partidas o renglones separadamente o aquélla de precio global; lo que considere que
es lo más conveniente para sus mejores intereses o para los intereses del gobierno
en general. Cuando se rechace la oferta de Precio Global, se entenderá que la rebaja
ofrecida no aplicará a las partidas o renglones separadamente.

§Sec. 39.4 -- Oferta de solución total

El Departamento podrá establecer como requisito de una subasta que las ofertas se
presenten como solución total ("Turn Key Solution") de la necesidad que se
interese satisfacer. Bajo esta modalidad de oferta el licitador tendrá que cotizar para
todas las partidas que se incluyan en la convocatoria.

Todas las partidas serán adjudicadas a un solo licitador. El precio a ser considerado
para la adjudicación de la subasta será el precio total de la oferta.

Para viabilizar que el licitador pueda cotizar para todas las partidas, de ser
necesario se le permitirá a éste que utilice subcontratistas secundarios como

proveedores de su empresa. El licitador principal, sin embargo, será el único responsable ante el Departamento de proveer los bienes, obras o servicios que ofrezca; así como de cumplir con todas las especificaciones, condiciones y términos establecidos en la subasta. Al subcontratista, aunque no asumirá la responsabilidad directamente ante el Departamento, se le podrá exigir a través del licitador principal, condiciones que lo cualifiquen como proveedor o licitador secundario.

§Sec. 39.5 -- Oferta de no cotización ("No Bid")

Cuando el licitador no tenga interés en hacer una oferta, deberá devolver la invitación con una nota explicativa indicando las razones que tiene para no hacer la misma. De no someter esta notificación, y ello se convierta en un patrón de comportamiento repetitivo (tres ocasiones o más), el Departamento informará sobre dicho comportamiento a la Administración de Servicios Generales para que considere retirarlo del Registro Único de Licitadores.

Artículo 40 -- ENTREGA Y RECIBO DE LAS OFERTAS DE LOS LICITADORES

Para la entrega y recibo de las ofertas de los licitadores se seguirá el siguiente procedimiento:

§Sec. 40.1 -- Lugar de entrega o envío

La entrega o envío de las ofertas de los licitadores se hará en el lugar específico que se indique en la convocatoria de la subasta. Ofertas entregadas fuera del horario establecido o enviadas a un lugar distinto al dispuesto en la convocatoria no serán admitidas ni consideradas.

§Sec. 40.2 -- Forma en que se hará la entrega o envío

Las ofertas podrán ser entregadas personalmente por el licitador o su representante, o podrán ser enviadas por correo certificado a la dirección especificada en la convocatoria.

§Sec. 40.2.1 -- Entrega personal

El licitador podrá entregar su oferta  personalmente o podrá usar un representante suyo para que la entregue..A la persona que entregue la oferta se le expedirá un recibo en que se indicará la fecha, hora de la entrega y el número de la subasta para la cual se recibe la misma.

§Sec. 40.2.2 -- Envío de la oferta por correo certificado con acuse de recibo

Cuando la oferta se envíe por correo, el recibo del licitador lo será el acuse de recibo que le entregue el correo.

§Sec. 40.3 – Recibo de las ofertas

Las ofertas serán recibidas por el Secretario Ejecutivo de la Junta o su alterno, quien será responsable de su custodia en todo momento. Para asegurarse de que dentro de horas laborables siempre haya alguien que reciba las ofertas, el Secretario Ejecutivo podrá autorizar a otro funcionario a que reciba las mismas en representación suya y expida los correspondientes recibos. En tales casos, el Secretario Ejecutivo dispondrá la forma en que se custodiarán las ofertas, manteniendo la responsabilidad por la seguridad y confidencialidad de las mismas.

§Sec. 40.4 – Cotejo de las condiciones en que se recibe la oferta y acción requerida en caso de irregularidades

El funcionario que reciba la oferta verificará que esté debidamente sellada y que su envoltura o sobre no se haya roto. Cuando se observe que una oferta que llegó a tiempo tiene su sobre o envoltura abierta o rota, y exista la posibilidad de que se hayan perdido documentos, el funcionario a cargo de recibirla deberá comunicarse inmediatamente con el licitador para que éste verifique su contenido y determine si falta algún documento. En caso de que así sea, el licitador podrá completar su oferta con los documentos que falten, siempre y cuando se mantengan inalteradas la fecha y hora estipuladas originalmente para la entrega de dicha oferta.

§Sec. 40.5 – Ofertas que no serán admitidas

Ofertas en sobres o envolturas no identificadas, según se haya indicado en la convocatoria, no serán aceptadas. Tampoco se aceptarán aquellas ofertas que se reciban después de la fecha y hora fijada para la entrega. La fecha y hora de entrega se determinará con la hora que marque el reloj oficial del lugar en el momento de la entrega. Para determinar la fecha y hora de entrega no se considerará la fecha y hora que marque la máquina de franqueo del licitador o la del correo. Ofertas que sean entregadas tardíamente serán devueltas por el Secretario Ejecutivo sin ser abiertas, excepto en casos extraordinarios en que la subasta haya sido declarada rechazo global o desierta. En este caso la Junta tendrá la opción, no obligatoria, de abrir la oferta si es que se determina que la acción redundará en beneficio del

65

Departamento y del interés público en general. De disponerse así, la oferta será evaluada y considerada para adjudicación según lo que dispone al respecto este Reglamento.

Artículo 41 – ACTO DE APERTURA

El Acto de Apertura es una actividad de carácter público en la que podrán estar presentes los licitadores que hayan entregado ofertas, así como otras personas interesadas en estar presentes en calidad de observadores. Durante el Acto se hará público el precio que ofrece cada licitador por el bien, obra o servicio que se solicita, así como otros aspectos de relevancia que se consideren deseables puntualizar. El contenido completo de todas las ofertas podrá ser examinado en su momento por los licitadores que hayan presentado ofertas o por sus representantes debidamente autorizados. El Acto de Apertura deberá ser grabado en cinta magnetofónica u otro medio de reproducción de sonido.

§Sec. 41.1 – Participación de la Junta

Si se diesen circunstancias que lo ameriten, a discreción del Presidente o de la mayoría de sus miembros, la Junta podrá constituirse para presenciar el Acto de Apertura. De igual forma, voluntariamente, el Presidente o cualquier otro de los miembros de la Junta podrá estar presente en dicho Acto en calidad de observador.

§Sec. 41.2 – Registro de asistencia

Todo asistente al Acto de Apertura firmará el registro de asistencia que se proveerá. Al firmar el registro, la persona indicará la parte que representa y el puesto que ocupa. Ofrecerá, además, cualquier otro dato que se le solicite.

§Sec. 41.3 – Funcionario que presidirá el Acto de Apertura

El Acto de Apertura será presidido por el Secretario Ejecutivo o su Alterno. Éstos serán los funcionarios que dirigirán todos los procedimientos y trabajos que se realicen.

§Sec. 41.4 – Normas de conducta que se observarán durante el Acto de Apertura

La conducta de toda persona que asista al Acto de Apertura se regirá por las normas y directrices que haya establecido la Junta. Éstas serán explicadas o leídas por el Secretario Ejecutivo al inicio del Acto. No se permitirán debates o controversias sobre los aspectos positivos y negativos de las ofertas presentadas. No obstante, se

podrán hacer los señalamientos o recomendaciones que se desee, siguiendo lo que se establece más adelante en este Reglamento.

§Sec. 41.4.1 – Forma en que se mantendrá el orden de ser necesario

En caso en que alguno de los asistentes al Acto de Apertura observe una conducta inapropiada, la persona que esté presidiendo procederá como sigue:

§Sec. 41.4.1.1 – Le advertirá a la persona sobre lo inapropiado de su conducta y le solicitará que corrija la misma.

§Sec. 41.4.1.2 – De persistir en su conducta inapropiada, interrumpiendo o afectando la celebración del Acto irrazonablemente, se le pedirá a la persona que así actúe a que abandone el lugar, perdiendo el derecho de continuar participando en el Acto de Apertura.

§Sec. 41.5 – Orden de los trabajos del día

§Sec. 41.5.1 – Presentación de los asistentes al Acto

Los asistentes se identificarán y señalarán la parte que representan en el Acto.

§Sec. 41.5.2 – Identificación de la subasta cuya apertura se celebra

El Secretario Ejecutivo anunciará el número de la subasta cuyo Acto de Apertura comienza y señalará el asunto de la misma.

§Sec. 41.5.3 – Anuncio de ofertas recibidas

Se leerá el remitente de cada oferta y se cotejará contra la lista de todas las ofertas recibidas.

§Sec. 41.5.4 – Apertura de las ofertas

Se procederá a abrir los sobres o envolturas en que fueron entregadas las ofertas en presencia de todos los presentes.

§Sec. 41.5.5 – Lectura

El Secretario Ejecutivo leerá cada oferta por partida o renglón, según sea el caso, dando la siguiente información en voz alta:

§Sec. 41.5.5.1 – Número de la partida.

§Sec. 41.5.5.2 – Precio ofrecido para la partida anunciada.

§Sec. 41.5.5.3 – Fecha de entrega, si es que procede.

§Sec. 41.5.5.4 – Otros datos que se hayan señalado como relevantes en la convocatoria.

§Sec. 41.5.6 – Examen de las ofertas por los licitadores asistentes al Acto

Una vez se termine la lectura de las ofertas, los asistentes al Acto que hayan presentado ofertas podrán examinar las mismas. En este momento los licitadores podrán hacer por escrito los señalamientos, observaciones, aclaraciones, comentarios o recomendaciones sobre sus ofertas o sobre las ofertas de otros licitadores, entendiéndose que ninguna manifestación posterior a la Apertura tendrá el efecto de corregir errores o de enmendar una oferta.

Los escritos serán entregados al Secretario Ejecutivo o a la persona que esté presidiendo el Acto, quien luego de recopilarlos todos los leerá en voz alta para conocimiento de todos los presentes.

§Sec. 41.5.7 – Cierre del Acto de Apertura

Una vez leído las expresiones escritas entregadas por los licitadores se dará por terminado el Acto de Apertura.

Artículo 42 – ACTA DEL ACTO DE APERTURA

Mientras se desarrollen los trabajos del Acto de Apertura, el Secretario Ejecutivo de la Junta irá preparando una minuta en manuscrito de todas las incidencias que tengan lugar. El manuscrito debe quedar claramente legible. El Secretario Ejecutivo resumirá los hechos relevantes contenidos en la minuta no más tarde de dos días laborables después de concluido el Acto de Apertura. Dicho documento se conocerá como el Acta del Acto de Apertura.

El acta contendrá la siguiente información como mínimo:

§Sec. 42.1 – Número y asunto de la subasta.

§Sec. 42.2 – Fecha, hora y lugar de la apertura.

§Sec. 42.3 – Número de ofertas recibidas.

§Sec. 42.4 – Relación de los licitadores que cotizaron por partidas.

§Sec. 42.5 – Descripción de toda incidencia que haya tenido lugar y que a juicio del Secretario Ejecutivo sea relevante para el historial de la subasta, su evaluación y adjudicación.

§Sec. 42.6 – Certificación del Secretario Ejecutivo declarando que lo que se incluye en el acta describe fiel y exactamente lo ocurrido en el Acto de Apertura.

§Sec. 42.7 – Cualquier otra información que se disponga en este Reglamento.

Artículo 43 – COMUNICACIONES DE LOS LICITADORES O CON LOS LICITADORES

Una vez cerrado el Acto de Apertura la Junta de Subastas no aceptará comunicaciones verbales o escritas por iniciativa de los licitadores. En la etapa de la evaluación de las ofertas, sin embargo, podrán darse circunstancias extraordinarias que requieran que la Junta de Subastas se tenga que comunicar con un licitador. Esta comunicación se hará con el propósito de solicitarle información que sea indispensable o para clarificar una expresión o concepto contenido en la oferta que resulte confuso o se preste a más de una interpretación. Con su contestación, el licitador no podrá corregir su oferta o enmendarla. De esto ocurrir, dicha corrección o enmiendas no serán consideradas a los fines de la evaluación. De producirse la comunicación con un licitador, se enviará copia de la misma a todos los licitadores cuyas ofertas estén bajo evaluación. El licitador, a su vez, contestará la comunicación enviando copia a todos los otros licitadores que participaron en la subasta.

Artículo 44 – PROHIBICIONES SOBRE DIVULGACIÓN DE INFORMACIÓN

Para evitar confusiones o malas interpretaciones que puedan proyectar favoritismo, aún cuando fuese de manera infundada o aparente, ninguna persona adscrita al Departamento podrá hacer manifestaciones públicas o privadas sobre el contenido del expediente de una subasta o sobre la posibilidad de adjudicación de ésta a determinado licitador.

CAPITULO X – EVALUACIÓN

Artículo 45 – EVALUACIÓN DE LAS OFERTAS

Luego de concluido el Acto de Apertura, la Junta comenzará a realizar la evaluación de las ofertas para la eventual adjudicación de la subasta. Durante este proceso no se ofrecerá información a los licitadores o a persona alguna interesada en el asunto. La Junta de Subastas identificará las ofertas que cualifican para competir en la adjudicación por haberse determinado que satisfacen los siguientes requisitos:

§Sec. 45.1 – Cumplen con todas las disposiciones que se establecen en este Reglamento.

§Sec. 45.2 – Cumplen con las condiciones, términos y directrices establecidas en la convocatoria de la subasta.

§Sec. 45.3 -- Los bienes, obras o servicios que se ofrecen son aquéllos que fueron solicitados y cumplen o superan las especificaciones que se exigen para los mismos. Para determinar el cumplimiento de especificaciones técnico-disciplinarias, la Junta de Subastas podrá solicitar la colaboración de la Unidad Adquirente mediante la designación de expertos o de un Comité Evaluador Especializado en la materia con la que se relaciona el bien, obra o servicio que ofrecen los licitadores. El informe que rindan dichos expertos o el Comité Evaluador designado formará parte del expediente de la subasta y será considerado por la Junta de Subastas en el proceso de adjudicación.

§Sec. 45.4 -- El precio que se ofrece es uno razonable de acuerdo con lo que se observa en el mercado competitivo o lo que es aceptable para el Departamento de Asuntos del Consumidor, la Comisión de Servicio Público u otras dependencias gubernamentales, según aplique. Precios muy altos de acuerdo con estos criterios, serán considerados onerosos para el Departamento. Precios muy bajos que puedan dar la sensación de ser engañosos o de tener la intención de confundir, serán considerados como irrisorios y no se aceptarán.

§Sec. 45.5 -- Cumple con la garantía de oferta exigida (Ver Capítulo XII de este Reglamento).

§Sec. 45.6 -- Para la evaluación de ofertas de subastas de equipo se considerarán, además, los siguientes factores:

§Sec. 45.6.1 -- Economía en el consumo de combustible o fuerza eléctrica que genere el equipo.

§Sec. 45.6.2 -- Costo de mantenimiento requerido.

§Sec. 45.6.3 -- Disponibilidad de las piezas de repuesto.

§Sec. 45.6.4 -- Instalaciones físicas requeridas para seguridad y mantenimiento.

§Sec. 45.6.5 -- Garantía de mantenimiento y reparación que ofrece el licitador, además de la ofrecida por el fabricante.

## Artículo 46 -- DESVIACIONES MENORES DE LAS OFERTAS

En determinadas circunstancias, cuando prevalezca una situación que lo amerite, la Junta podrá excusar algunas desviaciones menores de especificaciones, términos o condiciones identificadas en una oferta que a su juicio no estén en conflicto con el uso, precio,

70

propósito, funcionamiento y calidad del producto ofrecido. La decisión se tomará salvaguardando el principio de sana competencia, siempre que con ello se beneficie el Departamento y se protejan los intereses y las necesidades de la Unidad Adquirente. Una desviación menor excusada para una oferta aplicará a todas las ofertas, siempre que la misma sea de naturaleza igualable.

## Artículo 47 – EVALUACIÓN DE LA ÚNICA OFERTA

Cuando en una subasta se reciba solamente la oferta de un licitador, la Junta de Subastas evaluará la misma siguiendo todo el procedimiento descrito. Aún cuando una única oferta sea aceptable para adjudicación, la Junta tendrá la opción de aceptarla o rechazarla. La decisión se tomará de acuerdo con los siguientes criterios:

§Sec. 47.1 -- Racionabilidad del precio que se ofrece.

§Sec. 47.2 -- Posibilidades de que al celebrarse una nueva subasta habrá más de un licitador que presente ofertas.

§Sec. 47.3 -- Urgencia que tenga la Unidad Adquirente de utilizar el bien, obra o servicio.

## Artículo 48 – EVALUACIÓN DE ÚNICA OFERTA DE FORMA RECURRENTE

Cuando recurrentemente comparezca solamente un licitador a subastas que se celebren para un mismo asunto, la Junta de Subastas referirá la situación a la Oficina Reguladora de Compras, Subastas y Contratos para que ordene una investigación y tome medidas correctivas, si éstas proceden.

## Artículo 49 – EVALUACIÓN DE MÁS DE UNA OFERTA POR UN MISMO LICITADOR

Cuando la Junta identifique a un licitador que haya presentado varias ofertas en sobres separados para un mismo renglón o partida de una subasta, sea bajo su nombre o bajo otros nombres o seudónimos, dichas ofertas no serán evaluadas ni consideradas para adjudicación. Por el contrario, el licitador que así proceda será referido a la Administración de Servicios Generales con la petición de que sea excluido del Registro Único de Licitadores, siguiendo los procedimientos que apliquen. Será referido, además, a la División Legal del Departamento de manera que el caso se someta al Departamento de Justicia para la acción correspondiente.

Artículo 50 -- EVALUACIÓN DE OFERTAS EN QUE EL LICITADOR HAYA
OFRECIDO MÁS DE UN MODELO O ESTILO DE UN PRODUCTO

Cuando existan varios modelos o estilos de un producto que cumplan con las
especificaciones establecidas en la subasta, como puede ocurrir en subastas de equipo,
maquinaria o vehículos de motor; el licitador tendrá que haber seleccionado uno para
hacer su oferta. Las ofertas en las que se haya ofrecido más de un modelo o estilo para un
mismo producto no se considerarán para adjudicación.

Artículo 51 -- EVALUACIÓN DE OFERTAS NO RESPONSIVAS

Una oferta no responsiva será aquélla en que el licitador no ofrezca el bien, obra o
servicio que se solicita dentro de las especificaciones o condiciones establecidas en la
convocatoria. Será no responsiva también aquella oferta que añada, elimine, altere o
modifique sustancialmente especificaciones o requisitos requeridos de los productos
solicitados. La intercalación de frases, párrafos o comentarios que conviertan la oferta en
una incompleta, indefinida, ambigua o carente de significado también será causa para
declarar ésta como no responsiva.

Toda oferta declarada no responsiva será descartada para adjudicación.

Artículo 52 -- EVALUACIÓN DE OFERTAS SOSPECHOSAS DE COLUSIÓN O
CONSPIRACIÓN

De existir razones fundadas para sospechar que dos o más licitadores se han puesto de
acuerdo con la intención de defraudar o perjudicar al Departamento mediante colusión o
conspiración, la Junta ordenará una investigación del caso a través de la División Legal
de la Agencia. De verificarse que existe evidencia suficiente sobre la comisión de
colusión o conspiración, la Junta celebrará una vista administrativa en la que las partes
tengan la oportunidad de exponer sus respectivas posiciones. La Junta establecerá el
procedimiento administrativo a seguirse en la vista a tenor con la Ley Núm. 170 de 12 de
agosto de 1988, según enmendada, conocida como Ley de Procedimiento Administrativo
Uniforme.

Se seguirá, además, la reglamentación adoptada por el Departamento en virtud de dicha
Ley. De probarse que en efecto se cometió el acto de colusión o conspiración, las ofertas
correspondientes no serán consideradas para adjudicación.

Los licitadores que presentaron las ofertas serán referidos a la Administración de Servicios Generales para que sean excluidos del Registro Único de Licitadores por el tiempo que sea pertinente. Serán referidos, de igual forma, al Departamento de Justicia y a la Oficina del Contralor para que se tome la acción que corresponda en ley. Estos referidos se harán a través de la División Legal del Departamento.

## Artículo 53 – SUBASTA DESIERTA

Cuando no se reciban ofertas para una subasta, ésta se declarará desierta. El expediente será devuelto a la Unidad Adquirente para que examine las posibles razones por las que ningún suplidor se interesó en presentar cotizaciones. La Unidad Adquirente podrá modificar la convocatoria y solicitar que se celebre una nueva subasta.

## Artículo 54 – RECHAZO GLOBAL DE TODAS LAS OFERTAS DE UNA SUBASTA

Se podrán rechazar todas las ofertas recibidas para una subasta cuando se presente alguna de las siguientes situaciones:

§Sec. 54.1 – Que las ofertas no cumplieron con las especificaciones, condiciones o términos.

§Sec. 54.2 – Que no se ofrecieron precios razonables.

§Sec. 54.3 – Que hubo colusión entre los licitadores.

§Sec. 54.4 – Que todos los licitadores que presentaron ofertas tienen historial de incumplimiento de contratos establecidos en el pasado,

Sec. 54.5- Que no son elegibles para que se les adjudique una subasta de acuerdo con la certificación emitida por el Registro Único de Licitadores.

## Artículo 55 – PROCEDIMIENTO A SEGUIR CUANDO TODAS LAS OFERTAS DE UNA SUBASTA SEAN DECLARADAS RECHAZO GLOBAL

§Sec. 55.1 – Convocatoria a nueva subasta

Se convocará a una nueva subasta luego de hacer los cambios o enmiendas a la convocatoria que acuerden la Unidad Adquirente y la Junta de Subastas, si es que procede. Si luego de convocarse a una nueva subasta reaparece la situación original que motivó el que se rechazaran todas las ofertas, se procederá de la siguiente manera:

§Sec. 55.1.1 -- Si la razón para rechazar todas las ofertas fue por precio irrazonable o incumplimiento con las condiciones o términos, se podrá autorizar al Comprador a adquirir el bien, obra o servicio de que se trate, negociando el precio, las condiciones o términos con los licitadores rechazados que cumplieron con las especificaciones, conforme lo establece este Reglamento. La negociación se hará preferentemente con aquel licitador que haya ofrecido el precio más bajo o que haya incumplido con condiciones o términos que sean considerados de menor importancia.

§Sec. 55.1.2 -- Si el rechazo se debió a incumplimiento con las especificaciones o por descalificación de todos los licitadores, la Junta le devolverá el caso al Comprador para que se enmiende la convocatoria en armonía con las necesidades de la Unidad Adquirente, de conformidad con las existencias disponibles en el mercado y de los suplidores disponibles que están aptos para proveerlas. Se convocará a una nueva subasta bajo las especificaciones enmendadas y los nuevos requisitos establecidos.

## CAPITULO XI -- ADJUDICACIÓN

### Artículo 56 -- OBLIGACIÓN DE ADJUDICAR

De no haber surgido circunstancias extraordinarias que ameriten el que la subasta, o parte de ella, no sea adjudicada por entenderse que se perjudican los mejores intereses del Departamento y de la Unidad Adquirente, la Junta está obligada a adjudicar la misma con la brevedad posible, luego del Acto de Apertura. En caso de que se determine que la subasta no será adjudicada, todos los licitadores deberán ser debidamente informados de la decisión tomada, indicándole la razón que motivó la misma y la acción futura que habrá de tomarse al respecto.

### Artículo 57 -- ACTO DE ADJUDICACIÓN

La Adjudicación de una subasta se llevará a cabo durante una reunión privada en la que quedará constituida la Junta. El Secretario Ejecutivo levantará una minuta o acta de todos los incidentes de la reunión en manuscrito legible.

§Sec. 57.1 -- Asistentes permitidos en la reunión

A la reunión de Adjudicación podrán asistir, además de los miembros de la Junta, cualquier miembro o miembros del Comité Evaluador Especializado o perito que haya colaborado en la evaluación de las ofertas cuya presencia sea solicitada por la Junta para que le ofrezca asesoramiento o le ilustre en sus deliberaciones.

El Secretario Ejecutivo incluirá los nombres de todos los presentes en el acta de Adjudicación.

## Artículo 58 – NORMAS GENERALES DE ADJUDICACIÓN DE SUBASTAS DE ADQUISICIÓN

Para la adjudicación de subastas de adquisición la Junta se atendrá a las siguientes reglas:

§Sec. 58.1 – La adjudicación se hará a favor del licitador que tenga un buen historial de capacidad y cumplimiento, que demuestre a la Junta la seguridad y certeza de que cumplirá con los términos del contrato que se le otorgue.

§Sec. 58.2 – Al licitador que tenga un buen historial de cumplimiento se le adjudicará la subasta, siempre y cuando su oferta reúna, en el orden establecido, los siguientes requisitos:

§Sec. 58.2.1 – Que ofrezca el bien, obra o servicio, según haya sido solicitado.

§Sec. 58.2.2 – Que cumpla con las especificaciones establecidas en la convocatoria.

§Sec. 58.2.3 – Que cumpla con las condiciones, instrucciones y todos los demás requisitos especificados en los pliegos de la subasta.

§Sec. 58.2.4 – Que haya presentado una oferta responsiva.

§Sec. 58.2.5 – Que habiendo cumplido con todo lo anterior, sea considerada como la mejor oferta.

§Sec. 58.3 – Los descuentos ofrecidos por rapidez en los pagos no serán considerados para efectos de adjudicación.

## Artículo 59 – NORMAS GENERALES DE ADJUDICACIÓN DE SUBASTAS DE VENTAS

Las subastas de ventas serán adjudicadas al postor que reúna los siguientes requisitos:

§Sec. 59.1 – Que demuestre tener los recursos para hacer (el, los) pago(s) que correspondan.

§Sec. 59.2 – Que haga la oferta más alta y razonable, igualando o superando el precio de tasación del bien, obra o servicio que se haya puesto en venta.

**Artículo 60 – RECOMENDACIÓN DEL POSTOR A QUIEN SE LE ADJUDICA UNA SUBASTA**

La Junta recomendará al licitador a quien se le adjudica una subasta, señalando las razones o justificación para así hacerlo. De igual forma, señalará al licitador no agraciado las razones para rechazar su oferta. La información sobre los licitadores se habrá hecho constar en el acta del Acto de Apertura.

**Artículo 61 – NOTIFICACIÓN A LOS LICITADORES**

Después de la Junta haber adjudicado la subasta, el Secretario Ejecutivo notificará la decisión tomada a todos los licitadores que sometieron ofertas. La notificación se hará dentro de los tres (3) días laborables siguientes a la fecha de adjudicación.

**Artículo 62 – AVISO DE ADJUDICACIÓN**

La adjudicación se les notificará a los licitadores, vía correo certificado, a la dirección que aparezca en la oferta, mediante un escrito titulado "Aviso de Adjudicación". El Secretario Ejecutivo certificará la fecha de dicho Aviso. Éste contendrá la siguiente información:

§Sec. 62.1 – Fecha del aviso.

§Sec. 62.2 – Fecha de la adjudicación.

§Sec. 62.3 – Nombre y dirección de todos los licitadores.

§Sec. 62.4 – Número de la subasta.

§Sec. 62.5 – Resumen de precios ofrecidos.

§Sec. 62.6 – Nombre de cada licitador indicando las partidas adjudicadas a su favor y la razón del rechazo de las partidas que no se le adjudicaron.

§Sec. 62.7 – Una advertencia a los efectos de que en caso de no estar conforme con la adjudicación, podrá solicitar revisión de la misma ante la Junta de Revisión Administrativa dentro de los diez (10) días calendario siguientes, contados a partir de la fecha de la notificación, que se determinará según la fecha que indique el matasellos del correo en el sobre del Aviso de Adjudicación.

**Artículo 63 – OFERTAS QUE RESULTEN EMPATADAS**

Cuando dos (2) o más licitadores hagan ofertas idénticas en cuanto a las especificaciones, condiciones y precios, y que al evaluarlas la Junta entienda que son las mejores ofertas recibidas, se procederá de la siguiente manera:

§Sec. 63.1 -- Presentación de ofertas con nuevos precios

Los licitadores empatados serán citados por cualquier medio de comunicación disponible para comparecer a un acto de selección final para resolver el desempate. La notificación debe incluir las instrucciones específicas con los requisitos y demás detalles referentes a la forma en que deberán presentar sus nuevas ofertas. La fecha, hora y lugar en que se celebrará dicho acto la establecerá el Secretario Ejecutivo en coordinación con el Presidente. Esto se hará constar en el expediente.

§Sec. 63.2 -- Acto de desempate

Los licitadores deberán comparecer ante el Secretario Ejecutivo en la fecha y hora citada y entregarán sus nuevos precios en un sobre cerrado. Dichos precios podrán ser iguales o menores a los de la cotización anterior. Los sobres se abrirán en presencia de los licitadores o sus representantes autorizados y se leerán los nuevos precios de las ofertas.

La subasta será adjudicada al postor que presente el precio más bajo, siempre que haya mantenido las mismas especificaciones y condiciones de la subasta original.

§Sec. 63.3 – Nuevos empates

Si al abrir los sobres se descubrieran nuevos empates, se seguirá el mismo procedimiento de solicitar nuevos precios hasta que se logre el desempate.

Artículo 64 – CUSTODIA DEL EXPEDIENTE DE LA SUBASTA LUEGO DEL ENVÍO DEL AVISO DE ADJUDICACIÓN

El Secretario Ejecutivo mantendrá la custodia del expediente de la subasta durante los diez (10) días calendario, siguientes al depósito del Aviso de Adjudicación en el correo. Una vez transcurridos los diez (10) días calendario, procederá de la siguiente manera:

§Sec. 64.1 -- Solicitará por escrito a la Junta de Revisión Administrativa si se ha radicado alguna solicitud de revisión de la adjudicación de la subasta.

§Sec. 64.2 -- Si la contestación de la Junta de Revisión Administrativa es afirmativa, mantendrá la custodia del expediente hasta que dicha Junta resuelva la controversia mediante la emisión de la resolución que corresponda.

§Sec. 64.3 – Si la contestación de la Junta de Revisión es negativa, referirá el expediente de la subasta al Comprador de la Unidad Adquirente que corresponda para que proceda con la orden de compra o con la formalización del contrato, según sea el caso.

§Sec. 64.3.1 – Contrato entre las partes

Se establece que la oferta del licitador agraciado, según contenida en el pliego de la subasta, junto a la Garantía de Ejecución (Ver Capítulo XII de este Reglamento) y los demás requisitos establecidos por el Departamento o que procedan por ley, constituirán la obligación entre las partes, pero no podrán exigirse las mutuas prestaciones hasta tanto dicha obligación se haga constar por contrato escrito firmado por las partes. Copia de dicho contrato deberá ser registrado en la Oficina del Contralor de Puerto Rico. El expediente del contrato se mantendrá en la oficina del Comprador o en la Oficina Reguladora de Compras, Subastas y Contratos, según corresponda. A dicho expediente se le unirán las copias de las órdenes de compra emitidas contra el contrato durante todo el período de su vigencia.   Por cada licitador agraciado se mantendrá un expediente de contrato.

§Sec. 64.3.2 – Extensión de los contratos

Los contratos adjudicados podrán extenderse por un periodo adicional idéntico al del contrato anterior, siempre que convenga a los mejores intereses del Departamento y de la Unidad Adquirente, sujeto a que todas las partes estén de acuerdo. Todos los términos del contrato extendido se mantendrán iguales a las del contrato original.

Artículo 65 – CANCELACIÓN DE LA ADJUDICACIÓN DE UNA SUBASTA

§Sec. 65. 1 – Razones para cancelar la adjudicación

Mediante acuerdo unánime, la Junta podrá cancelar la adjudicación de una subasta antes de la formalización del contrato que corresponda por cualquiera de las siguientes razones:

§Sec. 65.1.1 – Por cese de la necesidad

Si la Unidad Adquirente le prueba a la Junta que ya no existe la necesidad que originó la subasta, la adjudicación de la subasta se cancelará, sujeto a las siguientes condiciones restrictivas:

§Sec. 65.1.1.1 -- La Unidad Adquirente no podrá solicitar autorización alguna para adquirir el bien, obra o servicio por medio de ningún procedimiento alterno.

§Sec. 65.1.1.2 – Estará impedida de adquirir el bien, obra o servicio de que se trate durante el transcurso del año fiscal en cuestión, a menos que obtenga la debida justificación y aprobación del Secretario o el Subsecretario de Administración.

§Sec. 65.1.2 – Por falta de fondos

Que por alguna causa urgente, inesperada e imprevisible, la Unidad Adquirente no disponga de los fondos obligados para la transacción debido a que se agotaron, se liberaron para utilizarse para otro propósito o por cualquier otra razón.

§Sec. 65.2 -- Relevo al efecto de la cancelación

El Estado Libre Asociado de Puerto Rico, el Departamento y la Junta de Subastas no serán responsables de los daños o perjuicios que puedan ocurrir como consecuencia de la cancelación de la adjudicación de una subasta.

Artículo 66-- PROCEDIMIENTO PARA SOLICITAR REVISIÓN DE LA ADJUDICACIÓN DE UNA SUBASTA

Todo licitador adversamente afectado por una decisión tomada por la Junta, podrá presentar una solicitud de revisión ante la Junta de Revisión Administrativa.

§Sec. 66.1 -- Radicación y notificación del recurso

El recurso de revisión deberá ser radicado dentro de los diez (10) días calendario, siguientes a la fecha en que se depositó en el correo el Aviso de Adjudicación, según lo dispone el Reglamento de la Junta de Revisión Administrativa. Este término será jurisdiccional.

La Junta de Subastas, al igual que todos los otros licitadores que participaron en la subasta, deberán ser debidamente notificados, entregándoseles o remitiéndoseles

copia de la solicitud de revisión radicada dentro del mismo término de los diez (10)

días concedidos para la radicación del recurso.

§Sec. 66.2 – Depósito de fianza acompañando el recurso de revisión

El licitador que radique una solicitud de revisión de la adjudicación de una subasta

acompañará dicho recurso con la fianza que le fije la Junta de Revisión

Administrativa. La fianza responderá por daños que sufra el Departamento en caso

de que el recurso solicitado sea declarado frívolo o caprichoso.

§Sec. 66.3 -- Sanciones a imponerse por la presentación de un recurso de revisión
frívolo o caprichoso

Al licitador que radique un recurso de revisión que sea declarado frívolo o

caprichoso se le podrán imponer sanciones como las siguientes u otras que sean

dispuestas en el Reglamento de la Junta de Revisión Administrativa:

§Sec. 66.3.1 -- Cobro de dinero por daños ocasionados.

§Sec. 66.3.2 – Cobro por aumento en precio del producto que ocasione el

retraso de la compra.

§Sec. 66.3.3 – Exclusión de participar en subasta sustituta, si fuera necesario.

§Sec. 66.3.4 -- Referido a la Administración de Servicios Generales para ser

retirado del Registro Único de Licitadores.

Artículo 67 -- PROCEDIMIENTO POSTERIOR A LA RADICACIÓN DE UNA
SOLICITUD DE REVISIÓN

De creerlo pertinente, la Junta de Subastas podrá reaccionar a la solicitud de revisión que

presente un licitador, radicando el documento de réplica correspondiente ante la Junta de

Revisión Administrativa. La Junta de Subastas podrá optar, sin embargo, porque la Junta

de Revisión resuelva la controversia en sus méritos utilizando el contenido del expediente

de la subasta.

En ambas instancias la Junta de Subastas no tomará ninguna otra acción hasta que la

Junta de Revisión haya emitido una resolución adjudicando la controversia.

La decisión que tome la Junta de Revisión será acatada por el licitador recurrente o  por

la Junta de Subastas, o apelada judicialmente, según lo dispuesto en la Ley Núm. 170 de

12 de agosto de 1988, según enmendada, conocida como "Ley de Procedimiento

Administrativo Uniforme".

Artículo 68 – ACCIÓN POSTERIOR AL PROCESO DE REVISIÓN AMINISTRATIVA

Resuelta la controversia surgida en el proceso de revisión administrativa, a no ser que se haya ordenado una subasta sustituta, el expediente de la subasta le será referido al Comprador o a la Oficina Reguladora de Compras, Subastas y Contratos para que se proceda con la compra o con la formalización del contrato, según sea el caso. El licitador agraciado será aquél a quien se le adjudicó la subasta originalmente; si es que la solicitud de revisión es declarada NO HA LUGAR; o aquél a quien la Junta de Revisión haya designado, si es que se revoca la decisión que fue tomada por la Junta de Subastas.

Cualquier apelación judicial que esté en proceso no afectará la continuidad del trámite de compras, a no ser que se detenga el mismo mediante una orden de un Tribunal de Justicia con jurisdicción en el caso.

CAPITULO XII – GARANTÍAS A SER EXIGIDAS AL LICITADOR

Artículo 69 – DESCRIPCIÓN DE LAS GARANTÍAS

A todo licitador que entregue una oferta para una subasta formal se le exigirá que garantice que cumplirá con la misma, de adjudicársele ésta, presentando una garantía que se conocerá como garantía de oferta ("Bid Bond"). De igual forma, antes de formalizarse el contrato que corresponda, el licitador agraciado con la adjudicación de la subasta presentará otra fianza para garantizar su cumplimiento. Esta garantía se conocerá como garantía de ejecución ("Performance Bond"). En el caso de obras de construcción, esta última fianza deberá garantizar, además, el pago de fondos que se hayan utilizado para la compra de materiales y mano de obra, por lo que se conocerá como garantía de pago y ejecución ("Payment and Performance Bond").

§Sec. 69.1 – Garantía de oferta ("Bid Bond")

La garantía de oferta consistirá en una fianza ascendente al quince por ciento (15%) del total del costo de la oferta que haga el licitador.

§Sec. 69.2 – Garantía de ejecución ("Performance Bond")

La garantía de ejecución consistirá en una fianza ascendente a un mínimo del quince por ciento (15%) de la cuantía del contrato que se vaya a establecer. Toda garantía de ejecución se extenderá durante sesenta (60) días adicionales al vencimiento del contrato.

§Sec. 69.3 – Garantía de pago y de ejecución ("Payment and Performance Bond")

En el caso de obras de construcción la Garantía de Pago y Ejecución consistirá de un mínimo del veinte por ciento (20%) del total de la cuantía del contrato a establecerse. Dicha garantía se extenderá durante sesenta (60) días adicionales al vencimiento del contrato. Con esta fianza se garantizará no solo el cumplimiento del contrato, sino la mano de obra y materiales utilizados en la obra de construcción.

§Sec. 69.4 – Aumento de la garantía

La cuantía de toda garantía que se exija podrá ser aumentada a discreción del Departamento, siempre que sea para proteger el interés público y garantizar la calidad de los bienes y servicios que se soliciten. Los aumentos que se decreten dependerán del tipo de producto o servicio objeto de la subasta, de experiencias previas con los licitadores de los productos o servicios en cuestión, del historial de dificultad que se tenga con el cumplimiento de fechas de entrega versus la urgencia de satisfacer la necesidad que da origen a la compra y de otras circunstancias de carácter especial que puedan prevalecer. Ninguna garantía será aumentada a una cuantía mayor del veinticinco por ciento (25%) del total del contrato en cuestión.

§Sec. 69.5 – Vigencia de las garantías

La garantía de oferta podrá ser presentada con vigencia de un año o en forma individual para cada subasta en que participe el licitador. Las otras garantías deberán prestarse por la vigencia del contrato que se formalice, extendiéndose ésta por un periodo de sesenta (60) días posteriores a la fecha de su vencimiento.

§Sec. 69.5.1 – Garantías expedidas por compañías de seguros

Las garantías podrán prestarse en forma de fianzas expedidas por compañías de seguros reconocidas y autorizadas para hacer negocios en Puerto Rico. La Junta se reserva el derecho de no aceptar fianzas expedidas por compañías cuya condición económica no sea excelente y confiable. Las fianzas expedidas por compañías aseguradoras del exterior que no estén avaladas por compañías establecidas en Puerto Rico no serán aceptadas.

La fianza prestada por una compañía de seguros formará parte del expediente de la subasta.

Artículo 70 – GARANTÍAS PRESTADAS MEDIANTE VALORES NEGOCIABLES O DE OTRO TIPO

La garantía requerida podrá prestarse mediante cheque certificado, giro postal o bancario o carta de crédito irrevocable emitida por una entidad bancaria ubicada en Puerto Rico. Los cheques o giros deberán ser emitidos a favor del Secretario de Hacienda.

Toda garantía que se preste en valores negociables se aplicará solamente a una subasta en particular. Bajo ninguna circunstancia se aceptarán fianzas en valores negociables con vigencia de un año o para ciclos repetitivos de tiempo.

El custodio de toda garantía presentada en cheque de gerente, giro o carta de crédito lo será el Recaudador Oficial o el Recaudador Auxiliar. La custodia se extenderá hasta que termine su vigencia según se dispone en este Reglamento.

## Artículo 71 – LIBERACIÓN DE LAS GARANTÍAS PRESTADAS

Las garantías prestadas por los licitadores les serán devueltas según se dispone a continuación:

§Sec. 71.1 – Garantías de licitación no utilizadas

El Secretario Ejecutivo de la Junta le notificará al Recaudador qué licitadores no fueron agraciados con la adjudicación de la subasta en cuestión, para que les sean devueltas las garantías de licitación que hayan prestado con valores negociables. Si la garantía fue prestada mediante fianza, ésta quedará sin efecto sin necesidad de ninguna transacción. Cuando haya controversias pendientes, la devolución se realizará cuando se haya tomado la decisión final que corresponda.

§Sec. 71.2 – Garantías de ejecución por contratos vencidos

El comprador le notificará al Recaudador sobre aquellos contratistas que hayan prestado sus garantías con valores negociables y que hayan cumplido con sus contratos a satisfacción de la unidad adquirente. Las garantías prestadas por estos contratistas les serán devueltas pasados sesenta (60) días de haberse recibido la notificación de la terminación de sus contratos, siempre que no haya reclamaciones pendientes.

Cuando las garantías de contratos vencidos hayan sido prestadas mediante fianzas emitidas por compañías de seguros, dichas garantías serán canceladas mediante una notificación de liberación de éstas a la compañía de seguros.

§Sec. 71.3 -- Garantías a ser retenidas

Las siguientes garantías prestadas no serán liberadas hasta que se superen las condiciones por las que se retienen:

§Sec. 71.3.1 – Garantía de licitación ("Bid Bond")

§Sec. 71.3.1.1 - Será retenida al licitador agraciado con la adjudicación de una subasta hasta que preste la garantía de ejecución.

§Sec. 71.3.1.2 – En caso de que se haya radicado una solicitud de revisión administrativa de la adjudicación de la subasta, la garantía de licitación le será retenida a los licitadores a quienes aplique la controversia hasta tanto se adjudique la misma, según lo que dispone este Reglamento y el Reglamento de la Junta de Revisión Administrativa.

§Sec. 71.3.2 – Garantía de ejecución ("Performance Bond")

§Sec. 71.3.2.1 – Serán retenidas siempre que haya reclamaciones pendientes.

CAPÍTULO XIII – IMPOSICIÓN DE PENALIDADES

Artículo 72 – PENALIDADES A IMPONERSE CONTRA GARANTÍAS PRESENTADAS

La Junta de Subastas penalizará a cualquier licitador que, después de adjudicársele una subasta, notifique que quiere retirar su oferta o que no cumplirá con los términos de la misma.

§Sec. 72.1 – Confiscación de la garantía de oferta

Al licitador que, luego de habérsele adjudicado una subasta se niegue a honrar su oferta y decida no presentar la garantía de ejecución, se le confiscará la garantía de licitación ("Bid Bond") que prestó. Si la garantía fue prestada mediante fianza de una compañía aseguradora o mediante carta de crédito de una entidad bancaria, se le notificará a la institución concerniente para que transfiera los fondos en cuestión al Departamento a nombre del Secretario de Educación. Las garantías prestadas en cheque de gerente o giro quedarán confiscadas de inmediato.

§Sec. 72.2 – Confiscación de la garantía de ejecución

Al licitador que retire su oferta luego de haber prestado la fianza de ejecución se le confiscará dicha fianza, siguiendo el mismo procedimiento descrito. De dicha garantía de ejecución se cobrará la diferencia en el precio que cueste el producto o

84

servicio en cuestión por razón de tener que ser adquirido de otras fuentes de abasto, ya sea mediante compra en mercado abierto, adjudicación al segundo postor o mediante la celebración de una nueva subasta. Dicha garantía responderá, además, por otros gastos en que incurra el Departamento con motivo del retiro de la oferta por el licitador.

Artículo 73 – PENALIDAD ADICIONAL AL LICITADOR QUE RETIRE SU OFERTA ANTES O DESPUÉS DE PRESTAR LA GARANTÍA DE EJECUCIÓN

La Junta de Subastas le notificará a la Administración de Servicios Generales sobre todo licitador que, luego de habérsele adjudicado una subasta, retire su oferta o se niegue a prestar la garantía de ejecución. En la notificación se incluirán los daños que la acción del licitador haya causado al Departamento. Se solicitará que dicho licitador sea retirado del Registro Único de Licitadores por un período no menor de dos (2) años, aunque se entenderá que la decisión final sobre la penalidad que aplique será tomada por la Administración de Servicios Generales, de acuerdo con las leyes y reglamentos aplicables.

Artículo 74 – PENALIDADES AL PROVEEDOR QUE INCUMPLA CON COMPROMISOS DE ENTREGA

Cuando un proveedor o contratista no entregue un producto, o cuando un producto no sea aceptado a su entrega por éste no cumplir con las especificaciones, dicho producto será comprado a un segundo mejor postor o en mercado abierto. La diferencia en precio del producto, si alguna, se le cargará al proveedor o contratista que incumplió con su compromiso de proveerlo. Si dicho proveedor no acepta asumir dicho pago, se cobrará la cantidad en cuestión contra cualquier balance que se le adeude o se le debitará de la garantía de ejecución que haya prestado.

§Sec. 74.1 – Prórroga para la entrega

Sólo se concederán prórrogas para la entrega de un producto cuando haya una razón justificada por parte del proveedor y que los intereses de la unidad adquirente no se vean afectados, de concederse la misma. El Comprador podrá conceder la prórroga sólo cuando medie el consentimiento escrito del director o el funcionario autorizado de la unidad adquirente.

§Sec. 74.2 -- Cancelación de la orden de compra

85

Si el proveedor se retrasara en la entrega, luego de haber acordado una fecha, el Comprador podrá cancelar la orden de compra y proceder según se establece en este Reglamento.

§Sec. 74.3 – Informe del receptor en todo caso de incumplimiento o entrega defectuosa de un producto

Para todo caso de incumplimiento o de entrega defectuosa, el Receptor preparará un informe indicando la fecha y hora del suceso, la descripción detallada de la mercancía o producto que corresponda y los pormenores de la situación. El informe será referido al Comprador, quien evaluará el caso y tomará las medidas correctivas necesarias, incluyendo una notificación oficial a la Junta de Subastas con el resultado de la investigación realizada y las recomendaciones que correspondan.

## Artículo 75 – PENALIDADES POR INCUMPLIMIENTO DEL CONTRATO

Cuando el Comprador determine que se ha incumplido un contrato, procederá a darlo por terminado por incumplimiento, notificando la decisión al proveedor y a la compañía de seguros. Se notificará el período o compromiso contractual que cubre el incumplimiento y se establecerá oficialmente la reclamación por el monto del dinero que corresponda.

§Sec. 75.1 – Detención de pagos pendientes

Cuando se inicie una reclamación por incumplimiento de contrato se notificará de inmediato a la Secretaría Auxiliar de Finanzas del Departamento o al Pagador, para que se detenga cualquier pago que tenga pendiente el contratista que incumplió su contrato. La detención del pago se hará por un monto no menor del total al que ascienda el costo del incumplimiento. La cantidad que se reclame se cobrará del balance pendiente de pago, si fuera necesario.

§Sec. 75.2 – Informe por incumplimiento de contrato

El Comprador preparará un informe detallado de todo caso en que a un proveedor se le retire un contrato por incumplimiento del mismo. El informe incluirá todas las incidencias del incumplimiento y las penalidades que se impusieron. El original del informe se mantendrá en el expediente de la compra. Se enviará copia a la Junta de Subastas (si se trata de una compra formal), a la Oficina Reguladora de Compras, Subastas y Contratos y a la Administración de Servicios Generales para que se tomen las medidas que correspondan.

Artículo 76 – RECLAMACIONES A LAS COMPAÑÍAS DE SEGURO POR INCUMPLIMIENTO DE CONTRATOS O PAGOS INDEBIDOS

A las compañías de seguro se les reclamará que respondan por el incumplimiento del contratista, por el sobreprecio pagado por un producto o servicio y por los daños y perjuicios causados al Departamento. La reclamación debe incluir toda la información que sea necesaria para que la alegación quede debidamente fundamentada.

CAPITULO XIV – PROCESO DE PAGO

Artículo 77 – DILIGENCIA EN LA TRAMITACIÓN DE DOCUMENTOS PARA PROCESAR EL PAGO

El Comprador se asegurará de que los documentos necesarios para tramitar el pago por un producto entregado o un servicio prestado no se detengan en alguna oficina o se demoren innecesariamente. En todo caso que aplique, el Comprador dará seguimiento al desarrollo del proceso hasta tanto se realice el pago.

Artículo 78 – REQUISITOS PARA PROCESAR EL PAGO

El pago se procesará cuando se disponga de la orden de compra acompañada de una certificación del Receptor que indique que recibió la mercancía o servicios según las especificaciones establecidas en dicha orden de compra. Toda la documentación será sometida al Pagador acompañándola con la factura correspondiente.

§Sec. 78.1 – Requisito adicional para pago por reparaciones de equipo

Para el procesamiento de pagos por reparaciones de equipo se certificará en el comprobante que la reparación fue hecha satisfactoriamente. Se identificará, además, el equipo reparado con su número de propiedad.

Artículo 79 – PAGO POR ADELANTADO DE BIENES, OBRAS O SERVICIOS

Sólo se podrán efectuar pagos por adelantado, en forma global o parcial, de bienes, obras o servicios, previa autorización del Secretario, Subsecretario de Administración o su representante autorizado, en casos excepcionales o extraordinarios como los siguientes:

§Sec. 79.1 -- Suscripciones a revistas, periódicos, catálogos y otras publicaciones.
Cuando se trate de renovación de suscripciones, se enviará junto al comprobante de pago, la tarjeta o recordatorio que envían las casas editoras notificando la expiración de la suscripción anterior.

§Sec. 79.2 – Alquiler de apartados de correo.

§Sec. 79.3 – Compra de sellos de correo.

§Sec. 79.4 – Alquiler de máquinas de franqueo y contratos de mantenimiento para las mismas.

§Sec. 79.5 – Pagos a agencias del Gobierno Federal que prestan servicios no personales que requieren como parte de sus procedimientos el pago por adelantado de los servicios que prestan.

§Sec. 79.6 – Alquiler de locales o espacio.

§Sec. 79.7 – Primas de seguro.

§Sec. 79.8 – Compras por correo de materiales, productos o equipos no disponibles en el mercado local, siempre que se cumpla con lo que se dispone en este Reglamento.

§Sec. 79.9 – Adquisición de un producto o servicio especializado que se necesite de emergencia y que el correo regular o especial lo entregue o distribuya directamente a la escuela, a los maestros o a los estudiantes, para el tiempo que se le requiera y a un precio sustancialmente menor al que se adquiriría normalmente, por lo que se justifica la compra con pago por adelantado. Siempre se requerirá que se verifique la elegibilidad del proveedor.

§Sec. 79.10 – Se podrán pagar por adelantado servicios o suministros prestados o vendidos en algún otro caso no cubierto en los enumerados anteriormente, siempre que las necesidades del servicio así lo requieran, previa autorización del Secretario, del Subsecretario de Administración o su representante autorizado. Al autorizar el pago por adelantado se tendrá en consideración lo siguiente:

§Sec. 79.10.1 – Que la costumbre o práctica comercial sea que tales servicios o suministros se paguen por adelantado.

§Sec. 79.10.2 – Que el requisito de pago por adelantado esté estipulado en el contrato.

§Sec. 79.10.3 – Que la casa comercial o persona que prestará los servicios o venderá los suministros requiera el pago por adelantado. El Comprador podrá requerir del proveedor de los servicios o suministros, que preste una fianza la

cual garantizará el fiel cumplimiento de su obligación. Dicha fianza se exigirá a tenor con lo dispuesto en este Reglamento.

CAPITULO XV – DISPOSICIONES MISCELÁNEAS

Artículo 80 – CELEBRACIÓN DE SUBASTAS PARA LA VENTA DE BIENES, OBRAS O SERVICIOS NO PERSONALES

Todo bien, obra o servicio no personal que el Departamento esté autorizado a vender, por disposiciones de ley o por orden del Secretario, lo venderá mediante la celebración de una subasta pública que será anunciada en los periódicos de circulación general del país, siguiendo el mismo procedimiento que se establece en este Reglamento para las subastas de adquisición.

Las ofertas serán recibidas en sobres sellados. Los sobres serán abiertos y las ofertas leídas en un acto público bajo procedimientos similares a los que se establecen en este Reglamento para el acto de apertura de una subasta de adquisición.

La subasta será adjudicada según lo dispuesto en el Artículo 59 de este Reglamento.

Artículo 81 – SEGREGACIÓN DE FUNCIONES

Las funciones y responsabilidades del Secretario, del Subsecretario de Administración, del Director de la Oficina Reguladora de Compras, Subastas y Contratos, del Director o Jefe de cada Unidad Adquirente, del Comprador, del Receptor y de los Miembros de las Juntas de Subastas están enumeradas en los Capítulos II, V y VIII del presente Reglamento.

Es responsabilidad de cada funcionario o componente que interviene en el proceso de compra de bienes, obras o servicios no personales del Departamento, ejecutar el rol o función específica que le corresponde sin dilación de clase alguna. Para que el proceso sea implantado exitosamente es necesario que la acción fluya articuladamente sin que nadie la interrumpa por el incumplimiento de su deber. Se trata de un trabajo en equipo en el que la negligencia de uno provoca la ineficacia de todos, por lo que cada funcionario responderá porque las funciones que le corresponden se realicen diligentemente.

Artículo 82 – DEBERES Y RESPONSABILIDADES DE LOS SUPLIDORES

Los suplidores de los bienes, obras y servicios que adquiere el Departamento representan un componente importante en el proceso de adquisición que implanta la Agencia. Aún

cuando se reconoce que median intereses de negocio, sus servicios, esfuerzos y colaboración son altamente importantes. El Departamento no podría implantar una educación de excelencia si no contase con suplidores eficientes y responsables. A esos efectos, se fijan también en este Reglamento los siguientes deberes y responsabilidades:

§Sec. 82.1 -- Mantener un expediente activo como suplidor inscrito en el Registro Único de Licitadores.

§Sec. 82.2 – Licitar para proveer los bienes, obras o servicios que sean de la calidad que se solicitan, según se establece en las especificaciones, términos y condiciones que se incluyen en la solicitud de cotizaciones.

§Sec. 82.3 – Ofrecer los precios más razonables posibles dentro de las circunstancias que prevalezcan en el mercado.

§Sec. 82.4 -- Competir en el proceso de una manera sana, justa y objetiva sin utilizar mecanismos o estrategias encaminadas a adquirir ventajas que se alejen de disposiciones legales o reglamentarias que apliquen.

§Sec. 82.5 – Entregar el producto que se le compra tal y como lo ofreció en su cotización sin alteraciones de especificaciones, términos o condiciones.

§Sec. 82.6 -- Cumplir con los términos de entrega, garantía, mantenimiento, servicio y otros con los que se haya comprometido.

§Sec. 82.7 – Facturar correctamente y con prontitud.

§Sec. 82.8 -- Cumplir con toda obligación que haya aceptado cuando hizo su oferta o que forma parte del contrato u orden de compra.

§Sec. 82.9 – Entregar toda documentación que se le requiera como parte de su participación en el proceso.

## Artículo 83 – DERECHOS DE LOS LICITADORES

A todo licitador se le garantizarán los siguientes derechos:

§Sec. 83.1 -- Participación en igualdad de condiciones

Las condiciones que se establezcan para una subasta formal o informal serán las mismas para todos los licitadores. El ofrecimiento de ventajas, preferencias o trato especial a un licitador está terminantemente prohibido.

§Sec. 83.2 -- Tiempo para preparación y presentación de la oferta

Todo licitador tendrá derecho a que se le conceda un tiempo razonable para preparar y presentar su oferta, luego de que se le haya notificado sobre la celebración de una subasta formal o informal a través de cualquiera de los medios que se establecen en este Reglamento. El tiempo mínimo a concederse será como sigue:

§Sec. 83.2.1 – Un (1) día laborable para una subasta informal por una cantidad menor de seis mil dólares ($6,000.00).

§Sec. 83.2.2 – Dos (2) días laborables para una subasta informal por una cantidad de seis mil dólares ($6,000.00) o más, pero menor de veinticinco mil dólares ($25,000.00).

§Sec. 83.2.3 – Tres (3) días laborables para una subasta informal por una cantidad de veinticinco mil dólares ($25,000.00) hasta cincuenta mil dólares ($50,000.00).

§Sec. 83.2.4 – Cinco (5) días laborables para toda subasta formal.

§Sec. 83.3 – Libertad de presentación de ofertas

A ningún licitador se le coartará su libertad para presentar ofertas para una subasta formal o informal, siempre que cumpla con las condiciones de hora, fecha, lugar de entrega, envoltura y otras que se hayan establecido.

§Sec. 83.4 – Participación en el acto de apertura de toda subasta formal

Todo licitador podrá estar presente en la actividad en que se abran los sobres de las ofertas y se lean éstas públicamente, siempre que con su conducta no interrumpa la celebración del acto de apertura.

§Sec. 83.5 – Examen de las ofertas de sus competidores

Todo licitador presente en un acto de apertura de una subasta tendrá derecho a examinar las ofertas que hayan presentado los demás licitadores participantes.

El examen se hará en forma pasiva, pero se podrán anotar objeciones o recomendaciones por escrito para que la Junta de Subastas las considere durante el proceso de evaluación de las ofertas. Posterior a este momento, las ofertas quedarán bajo la estricta custodia del Secretario Ejecutivo de la Junta de Subastas hasta tanto se haya adjudicado la subasta y emitido el aviso de adjudicación.

§Sec. 83.6 – Examen de documentos

Todo licitador que haya presentado oferta para una compra o subasta tendrá derecho a que, previa solicitud, se le permita examinar el expediente y todos los documentos relacionados con dicha compra o subasta, una vez se haya notificado o hecho pública su adjudicación. Además, el licitador tendrá derecho a que, mediando el pago del costo proporcional de la reproducción, se le provea copia de los documentos que solicite. El costo del documento será de veinticinco centavos (25¢) por página tamaño carta y de cincuenta centavos (50¢) por página tamaño legal. El pago se hará mediante la entrega de sellos de rentas internas del gobierno. Dichos sellos serán cancelados por el Secretario Ejecutivo de la Junta de Subastas, o por el comprador, estampando sobre ellos el sello oficial de la Junta o de la oficina que corresponda.

§Sec. 83.7 – Solicitud de revisión de la adjudicación de una subasta

Todo licitador que haya participado en una subasta tendrá derecho a solicitar revisión de su adjudicación, según se establece en el Artículo 66 de este Reglamento.

Artículo 84 –   ACTUACIONES DE FUNCIONARIOS O EMPLEADOS QUE SE
                CONSIDERARÁN ILEGALES

Ningún funcionario o empleado del Gobierno que intervenga en los procedimientos de adquisición de bienes, obras o servicios del Departamento podrá tener interés personal en las transacciones que realice. Bajo este principio se considerarán ilegales actuaciones como las siguientes:

§Sec. 84.1 – Aceptar, solicitar o exigir, directa o indirectamente, cualquier compensación, honorario, regalo, gratificación, favor, donativo o cualquier otro beneficio de algún licitador o proveedor que cotice o se proponga cotizar para vender bienes, obras o servicios para alguna Unidad Adquirente del Departamento.

§Sec. 84.2 – Intervenir en los procedimientos de adquisición con el propósito de favorecer a algún familiar, amigo o allegado en perjuicio del Departamento o de los demás licitadores o proveedores.

§Sec. 84.3 – Dilatar los procedimientos en espera de la participación de un licitador o proveedor determinado o ajustar dichos procedimientos a conveniencias o

condiciones que garanticen ventajas en el proceso competitivo a tal licitador o proveedor.

§Sec. 84.4 – Utilizar o autorizar que se utilicen bienes, obras o servicios adquiridos con fondos públicos para propósitos personales o privados que no aporten al logro de los objetivos o las metas del Departamento.

## Artículo 85 – VIOLACIONES POR NEGLIGENCIA O INCUMPLIMIENTO DE DEBERES

Se penalizará, con las medidas correctivas que correspondan, a cualquier funcionario o empleado que por acción u omisión, en forma negligente, deshonesta o imprudente, incurra en violaciones como las siguientes:

§Sec. 85.1 – Beneficiar o perjudicar a algún licitador, proveedor o persona interesada en los procedimientos de compra, al incumplir con los deberes y responsabilidades de su cargo o con las que le impongan las circunstancias que prevalezcan en el momento de tomar decisiones o de ejercer sus funciones.

§Sec. 85.2 – Intervenir o influenciar, directa o indirectamente con los licitadores, en la preparación y redacción de ofertas.

§Sec. 85.3 – Violar disposiciones legales, reglamentos o dejar de cumplir con la política pública que rige en los procedimientos de adquisición.

§Sec. 85.4 – Incumplir con el deber de informar a todos los interesados los pormenores de los procedimientos, propiciando circunstancias como las siguientes: trato no equitativo e imparcial para todos los licitadores, una competencia desleal e injusta, la adquisición de bienes, obras y servicios a un costo que no sea el menor posible, perjuicio de los mejores intereses de la unidad adquirente, del Departamento o de la educación en general y otras.

## CAPITULO XVI – DISPOSICIONES TRANSITORIAS

## Artículo 86 – DEROGACIONES

Este Reglamento deroga cualquier reglamento, norma, guía anterior o vigente, sobre procedimientos de compras, específicamente los siguientes reglamentos del Departamento:

1. Reglamento Núm. 5430, de 17 de mayo de 1996, "Reglamento de Compras, Ventas y Subastas de Bienes, Obras y Servicios No Personales del Departamento de Educación".

2. Reglamento Núm. 5500, de 25 de octubre de 1996, "Enmienda al Reglamento de Compras, Ventas y Subastas de Bienes, Obras y Servicios no Personales del Departamento de Educación de 17 de mayo de 1996".

## Artículo 87– SEPARABILIDAD

La declaración por un Tribunal competente de que una disposición de este Reglamento es inválida, nula o inconstitucional no afectará las demás disposiciones del mismo, las que preservarán toda su validez y efecto.

## Artículo 88 – VIGENCIA

Este Reglamento entrará en vigor treinta (30) días después de su radicación en el Departamento de Estado y en la Biblioteca Legislativa, según los requisitos establecidos en la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida como Ley de Procedimiento Administrativo Uniforme.

En San Juan, Puerto Rico, hoy 30 de septiembre de 2005.

Rafael Aragunde Torres

Secretario de Educación

94

CERTIFIED TRANSLATION

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF EDUCATION


DEPARTMENT OF STATE
Regulation No.            7040
Filing Date:  <u>October 5, 2005</u>
Approved:       <u>Fernando J. Bonilla</u>
Secretary Department of State
By:     [signed- Maria D. Diaz Pagan]
Assistant Secretary of Services


REGULATION FOR THE PURCHASE, SALES AND AUCTIONS OF GOODS, WORKS,
AND NON-PERSONAL SERVICES OF THE DEPARTMENT OF EDUCATION
To reverse Regulation Number 5430, of May 17, 1996, as amended.


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

## Article 76- CLAIMS TO INSURANCE COMPANIES FOR BREACH OF CONTRACTS OR IMPROPER PAYMENTS

The insurance companies will be claimed to be liable for the breach of the contractor, for the surcharge paid for a product or service and for the damages caused to the Department. The claim must include all the information that is necessary for the allegation to be duly supported.

## CHAPTER XIV- PAYMENT PROCESS

## Article 77- DILIGENCE IN THE PROCESSING OF DOCUMENTS FOR PROCESSING PAYMENT

The Purchaser will ensure that the necessary documents to process the payment for a product provided or a service rendered are not detained in any office or unnecessarily delayed. In every applicable case, the Purchaser will follow up the development of the process until the payment is made.

## Article 78- REQUIREMENTS TO PROCESS THE PAYMENT

The payment will be processed once there is a purchase order with a certification by the Recipient indicating that they received the merchandise or services according to the specifications established in that purchase order. All the documents will be submitted to the Payer with the corresponding invoice.

> Sec. 78.1- Additional requirement for payment of equipment repair
> For the processing of payments for repairs of equipment, it will be certified in the voucher that the repair was satisfactorily done. It will also identify the equipment repaired with its property number.

## Article 79- ADVANCE PAYMENT OF GOODS, WORKS, OR SERVICES

Total or partial payments in advance of goods, works or services may only be made after authorization by the Secretary, Sub-secretary of the Administration or their authorized representative, in exceptional or extraordinary cases as the following:

> §Sec. 79.1 -Subscriptions to magazines, newspapers, catalogues, and other publications. Regarding renewal of subscriptions, the card or reminder that publishers send notifying the expiration of the previous subscription will be sent along with the payment voucher.

87

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

1. Regulation No. 5430 of May 17, 1996, "Regulation for Purchases, Sales and Auctions of Goods, Works and Non-Personal Services of the Department of Education".
2. Regulation No. 5500, of October 25, 1996, "Amendment to the Regulation for Purchases, Sales and Auctions of Goods, Works and Non-Personal Services of the Department of Education of May 17, 1996".

Article 87- SEVERABILITY

The declaration by a court with authority that a provision of this Regulation is invalid, null, or unconstitutional shall not affect its other provisions, which will retain their full force and effect.

Article 88- EFFECTIVE DATE

This Regulation will be in effect thirty (30) days after its filing in the Department of State and in the Legislative Library, according to the requirements established in Act No. 170 of August 12, 1988, as amended, known as the Uniform Administrative Procedure Act.

In San Juan, Puerto Rico, today September 30, 2005.

[signed]

Rafael Aragunde Torres

Secretary of Education

94

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.