# **EXHIBIT 6**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
## DEPARTAMENTO DE LA VIVIENDA

4415

## PROCEDIMIENTO PARA ESTABLECER UN SISTEMA DE PRONTO PAGO EN EL DEPARTAMENTO DE LA VIVIENDA

## \*\*\*  I N D I C E  \*\*\*

|        |                                |  PAGINA |
|--------|--------------------------------|---------|
| I.     | BASE LEGAL                     | 1       |
| II.    | PROPOSITO                      | 1       |
| III.   | ALCANCE                        | 1       |
| IV.    | DEFINICIONES                   | 1       |
| V.     | RESPONSABILIDADES              | 2       |
| VI.    | DISPOSICIONES GENERALES        | 4       |
| VII.   | PROCEDIMIENTO                  | 6       |
| VIII.  | ADJUDICACION DE CONTROVERSIAS  | 11      |
| IX.    | FECHA DE EFECTIVIDAD           | 11      |

4415

Núm. _____
Fecha: _15 de mayo de 1991 11:15 a.m.___

Aprobado: Antonio J. Colorado
Secretario de Estado

Por: _____
Secretario Auxiliar de Estado

DV-10.8-1

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE LA VIVIENDA
HATO REY, PUERTO RICO

PROCEDIMIENTO PARA ESTABLECER UN SISTEMA DE PRONTO
PAGO EN EL DEPARTAMENTO DE LA VIVIENDA

I.  **BASE LEGAL**

   Este procedimiento se emite en armonía con la Ley 25
del 8 de diciembre de 1989, conocida como **"Ley para
Establecer un Sistema de Pronto Pago para los Proveedores
de Bienes y Servicios al Gobierno"**.

II.  **PROPOSITO**

   Establecer las normas que permitan al Departamento de
la Vivienda tramitar los documentos de pago en el periodo
de tiempo establecido en la Ley 25 del 8 de diciembre de
1989 y este procedimiento.

III.  **ALCANCE**

   Las disposiciones de este Procedimiento aplicarán a
las operaciones de pago que realiza el Departamento de la
Vivienda y la Administración de Vivienda Rural con los
proveedores de bienes y servicios.

IV.  **DEFINICIONES**

1.    **Bienes** - Toda cosa que sea susceptible de moverse
      por si o por otra fuerza o persona y que puede
      consumirse con el uso.

2.    **Proveedor** - Persona natural o jurídica que esté
      dispuesta a servir un bien, prestar un servicio o
      ejecutar una obra.

-2-

3.      **Servicios** - Todos los servicios no profesionales y
        aquellos servicios profesionales que para su
        prestación se requiera que quien lo preste tenga un
        título universitario y en ocasiones licencia para
        ejercer.

## V.    RESPONSABILIDADES

El Supervisor, jefe o persona autorizada de:

        1.   La unidad Administrativa que solicita los
             bienes o servicios es responsable de verificar
             que los mismos se recibieron de acuerdo a lo
             solicitado y certificar las facturas de éstos.
             En la Administración de Vivienda Rural, el
             ingeniero a cargo del proyecto verificará que
             la obra se esté realizando o se haya
             realizado de acuerdo al contrato, antes de dar
             su recomendación.  De no recibir los mismos de
             acuerdo a lo solicitado, deberá notificar a la
             División de Compras no mas tarde del
             siguiente día en que fue a entregar u ofrecer
             el bien o servicio las razones por lo que no
             se recibió el mismo y la acción tomada.

        2.   La División de Compras deberá informar al
             proveedor de bienes o servicios, con
             anticipación y por escrito, si existe algún
             inconveniente que impida procesar el pago.

        3.   La División de Finanzas Departamentales deberá
             procesar los documentos necesarios y enviarlos
             al Departamento de Hacienda, para el trámite
             del pago dentro de las fechas establecidas en
             la Ley.

-3-

4.   La Sección de Archivo y Correo es responsable
de enviar a la División de Compras las
facturas por concepto de bienes comprados y a
la División de Servicios Generales los de
servicios prestados.

5.   La División de Servicios Generales es
responsable de referir a las distintas
Unidades Administrativas las facturas por
concepto de servicios para que estos las
certifiquen y luego de certificadas,
referirlas a la División de Control de Fondos.

6.   La División de Compras es responsable de
referir a las distintas Unidades
Administrativas las facturas por concepto de
bienes, para certificar y luego
referirlas a la División de Finanzas
Departamentales para el pago correspondiente.

7.   La Secretaria Auxiliar de Gerencia y Finanzas
es responsable de :

   a.   Coordinar con los supervisores de cada
Unidad Administrativa envuelta en este
procedimiento la cantidad aproximada de
días que tendrá cada unidad para el
trámite correspondiente.

   b.   Velar porque cada unidad cumpla con el
tiempo aproximado acordado y, de no ser
así, establecer medidas disciplinarias a
tales efectos, de ser necesario.

-4-

VI.   **DISPOSICIONES GENERALES**

1.   Los  pagos  por  concepto  de  bienes  y  servicios  a
proveedores se tramitarán en un término de 20 días
laborables contados a partir de la fecha de recibo,
en la Agencia, de los documentos que justifiquen la
obligación, salvo en las circunstancias que se
mencionan:

    a.   Que exista alguna controversia en cuanto
a la mercancía o servicios solicitados.

    b.   Cuando el interés público requiera que se
establezcan otras prioridades para
efectuar el desembolso.

    c.   Cuando por fuerza mayor o situaciones de
emergencia se imposibilite el procesa-
miento de la transacción.

    d.   Cuando al cierre del año fiscal el
volumen de transacciones sea de tal
magnitud que no pueda tramitarse los
pagos en el término establecido.

    e.   Cuando ocurra alguna situación inusitada
que atrase el trámite normal de pago.

En estos casos se deberá notificar al proveedor,
con anticipación y por escrito, sobre la situación
que ocasiona el atraso del pago y la fecha
aproximada en que se efectuará el mismo.

2.   En caso de no efectuarse el pago dentro del término
establecido, el proveedor afectado podrá requerir
por escrito, al Secretario de la Vivienda, el pago,
en un término de 10 días laborables a partir de la
fecha de radicación de tal requerimiento.

-5-

El Secretario de la Vivienda o funcionario autorizado deberá contestar por escrito dicho requerimiento y expondrá si existe alguna controversia sobre la existencia de la obligación, la cuantía del pago, la entrega de los bienes o prestación de los servicios y la condición de los mismos, o sobre cualquier otro hecho que impida que el pago se haya procesado conforme a lo establecido en este procedimiento. De no existir controversia la Agencia deberá someter al Secretario de Hacienda o Pagador los documentos necesarios para procesar el pago en un término que no excederá de cinco (5) días laborables contados a partir de la fecha de radicación del requerimiento.

3. En los casos donde no haya controversia, el incumplimiento de pago dentro del término de 10 días laborables desde la radicación del requerimiento, conllevará la imposición y pago de intereses al tipo legal, según establece la Ley. Dichos intereses serían pagados por el Departamento, si el incumplimiento con dicho término fuese atribuido a éste.

4. El incumplimiento de lo antes establecido por funcionarios o empleados en quienes se haya delegado tramitar la documentación requerida para efectuar el pago conllevará la imposición de medidas disciplinarias de acuerdo al Artículo 9, Inciso 2 del Manual sobre Procedimientos

-6-

Disciplinarios para los Empleados del Departamento
de la Vivienda, la Corporación de Renovación Urbana
y Vivienda y la Administración de Vivienda Rural,
de ser necesario.

VII.    PROCEDIMIENTO

A.    Pago de Facturas de Bienes

Responsabilidad                    Acción

Unidad Administrativa

Supervisor, Director        1.    Recibe bienes de
                                  parte del pro-
                                  veedor.

                            2.    Coteja que los
                                  bienes se hayan
                                  entregado de
                                  acuerdo a lo
                                  solicitado.

                            3.    De estar de acuerdo
                                  con lo recibido
                                  firma el conduce.
                                  De haber alguna
                                  difencia en los
                                  bienes recibidos
                                  hace la anotación
                                  en el conduce y
                                  firma sí está de
                                  acuerdo con lo
                                  recibido.

                            4.    Refiere conduce y
                                  cualquier otro
                                  documento

-7-

| | | |
|---|---|---|
| | | relacionado, a la División de Compras de la Secretaría Auxiliar de Gerencia y Finanzas. |
| Proveedor | 5. | Factura al Departamento de la Vivienda. |
| Sección de Archivo y Correo | | |
| Funcionario | 6. | Refiere facturas a la División de Compras. |
| División de Compras | | |
| Funcionario | 7. | Recibe Facturas. |
| | 8. | Registra Facturas. |
| | 9. | Localiza Orden de Compra y la une a factura y cualquier otro documento relacionado. |
| | 10. | Verifica con la unidad que solicitó los bienes o servicios si recibió estos según solicitado. |
| | 11. | Consigue firma de la factura en la Unidad que recibió bienes. |

-8-

|  |  | Si hay diferencia en la cantidad de la factura y la orden de compra, refiere a la División de Control de Fondos copia de la factura para que esa División ajuste la cantidad. |
|--|--|--|
|  | 12. | Refiere todos los documentos a la División de Finanzas Departamentales. |

División de Finanzas Departamentales

| Funcionario | 13. | Registra documentos de pago. |
|--|--|--|
|  | 14. | Prepara Comprobante de Pago Directo. |
|  | 15. | Refiere a la Sección de Pre-Intervención. |

Sección de Pre-Intervención

| Funcionario | 16. | Verifica documento de pago. |
|--|--|--|
|  | 17. | Registra transacción en Tarjeta de Cuentas a Pagar. |

-9-

|  |  |  |
|---|---|---|
|  | 18. | Refiere documentos de pago para firma del Director de Area de Finanzas Departamentales. |
| Director | 19. | Firma documentos. |
| Funcionario o Secretaria | 20. | Prepara "Hoja de Batch". |
|  | 21. | Desglosa los documentos. |
|  | 22. | Refiere documentos correspondientes al Departamento de Hacienda para pago. |

B.   Pagos de Facturas de Servicios

| Proveedor | 1. | Factura al Departamento de la Vivienda por los sevicios prestados. |
|---|---|---|

Sección de Archivo y Correo

| Funcionario | 2. | Refiere facturas a la División de Servicios Generales. |
|---|---|---|

División de Servicios Generales

| Funcionario | 3. | Registra Facturas. |
|---|---|---|
|  | 4. | Refiere facturas a la Unidad Administrativa correspondiente para certificación. |

-10-

**Unidad Administrativa**

**Supervisor**                                      5.    Coteja facturas.

                                                    6.    Certifica facturas.

                                                    7.    Refiere facturas a
                                                          la División de
                                                          S e r v i c i o s
                                                          Generales.

**División Servicios Generales**

**Funcionario**                                     8.    Refiere facturas
                                                          certificadas a la
                                                          División de Control
                                                          de Fondos.

**Secretaría Auxiliar de Planificación y Servicios Técnicos**

**División de Control de Fondos**

**Técnico**                                         9.    Verifica si el
                                                          contrato está
                                                          vigente y si la
                                                          factura está en
                                                          armonía con este.

                                                    10.   Codifica factura.

                                                    11.   Refiere factura a
                                                          la División de
                                                          Finanzas Departa-
                                                          mentales y procede
                                                          de acuerdo a los
                                                          pasos 13 al 22.

-11-

## VIII. ADJUDICACION DE CONTROVERSIAS

Toda persona que se considere afectada en sus derechos por las acciones tomadas por el Departamento de la Vivienda en la aplicación de este procedimiento podrá radicar una querella, la cual será adjudicada conforme al Reglamento para Regular los Procedimientos de Adjudicación Formal en el Departamento de la Vivienda y sus Agencias adscritas del 6 de febrero de 1989.

## XI. FECHA DE EFECTIVIDAD

Este procedimiento es efectivo el 12 de febrero de 1991.

RECOMENDADO POR:                    APROBADO POR:

**ALICIA MARTINEZ DE GARCIA**        **VYDIA GARCIA DE GOMEZ**
SECRETARIA AUXILIAR                  SECRETARIA
GERENCIA Y FINANZAS                  DEPARTAMENTO DE LA
                                     VIVIENDA

Este Procedimiento tendrá vigencia (30) días después de radicado en el Departamento de Estado a tenor con lo dispuesto en la Ley 170 del 12 de agosto de 1988, según enmendada.

CERTIFIED TRANSLATION

COMMONWEALTH OF PUERTO RICO                              4415
DEPARTMENT OF HOUSING

PROCEDURE TO ESTABLISH A DOWN PAYMENT SYSTEM IN THE DEPARTMENT OF
HOUSING

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

-2-

3. <u>Services</u>- All non-professional services and those professional services that require the person that provides them to have a university degree and at times a license to practice.

V. <u>RESPONSIBILITIES</u>

The Supervisor, head or authorized person of:

1. The Administrative Unit that requests the goods or services is responsible for verifying that they were received as requested and to certify their invoices. In the Rural Housing Administration, the engineer in charge of the project will verify that the work that is being carried out or has been carried out in accordance with the contract, before providing his/her recommendation. If they are not received as requested, he/she must notify the Purchases Division no later than the following day that he/she went to provide or offer the good or service and the reasons for which it was not received and the action taken.

2. The Purchases Division must inform the goods or services provider, in advance and in writing, if there is any inconvenience that prevents the processing of the payment.

3. The Departmental Finances Division must process the necessary documents and send them to the Treasury Department (Hacienda), within the dates established in the Law, for the payment process.

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

-3-

4.  The Filing and Mail Section is responsible for sending the invoices of purchased goods to the Purchases Division and the invoices of services provided to the General Services Division.

5.  The General Services Division is responsible for referring the invoices for services to the different Administrative Units, so they certify them and after certifying them, refer them to the Control of Funds Division.

6.  The Purchases Division is responsible for referring the invoices for goods to the different Administrative Units, so they are certified, and then refer them to the Departmental Finances Division for the corresponding payment.

7.  The Assistant Secretary of Management and Finances is responsible for:

    a.  Coordinating with the supervisors of each Administrative Unit involved in this procedure the approximate amount of days each unit will have for the corresponding process.

    b.  Overseeing that each unit complies with the agreed approximate time and, if not, establishing disciplinary measures to that effect, if necessary.

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

-11-

VIII. <u>ADJUDICATION OF CONTROVERSIES</u>

Every person that considers themselves affected in their rights for the actions taken by the Department of Housing in the application in this procedure may file a complaint, which may be adjudicated pursuant to the Regulation to Regulate the Formal Adjudication Procedures in the Department of Housing and its affiliated Agencies of February 6, 1989.

XI. <u>EFFECTIVE DATE</u>

This procedure is effective on February 12, 1991.

RECOMMENDED BY:                         APPROVED BY:

[signed]                                [signed]
ALICIA MARTINEZ DE GARCIA               VYDIA GARCIA DE GOMEZ
ASSISTANT SECRETARY                     SECRETARY OF THE
MANAGEMENT AND FINANCES                 DEPARTMENT OF HOUSING


This Procedure will be effective (30) days after it is filed in the State Department pursuant to what is provided in Act 170 of August 12, 1988, as amended.

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.