# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |
|---|---|

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

     **COMES NOW**, Michael Small, applicant herein, and pursuant to L. Cv. R. 83.1(f) of the United States District Court for the District of Puerto Rico and LBR 9010-1(a) and 2090-1 of the United States Bankruptcy Court for the District of Puerto Rico, states as follows:

1. Applicant is an attorney at Foley & Lardner LLP; with offices at: 321 N. Clark Street, Suite 2800, Chicago, IL 60654; telephone number 1 (312) 832-4500, fax (313) 234-2800 and electronic mail: msmall@foley.com.

2. Applicant will sign all pleadings with the name "Michael J. Small".

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Building Authority ("PBA") Bankruptcy Case No.: 19-BK-5523 (LTS) (Last Four Digits of Federal Tax ID: 3801).

3. Applicant has been retained by Whitefish Energy Holdings, LLC, to provide legal representation in connection with the above-styled matter pending before the United States District Court for the District of Puerto Rico.

4. Since 1991, applicant has been and presently is a member in good standing of the bar of the State of Illinois where applicant regularly practices. Bar License number (ARDC) 6207645.

5. Applicant is also admitted to practice and is a member in good standing of the bar of the following courts:

    a. United States Supreme Court November 13, 2012.

    b. U.S. Court of Appeals for the 7th Cir. December 30, 1999.

    c. U.S. Court of Appeals for the 4th Cir. July 24, 2014.

    d. U.S. Bankr. Ct., U.S. Dist. Ct. N.D. Ill. November, 1991.

    e. U.S. Court of Appeals for the 9th Cir. November, 1999.

    f. U.S. Bankr. Ct., U.S. Dist. Ct. E.D. Mich. January 30, 2012.

    g. U.S. Bankr. Ct., U.S. Dist. Ct. W.D. Mich. January 5, 2005.

6. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

7. Likewise, as far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

8. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico in any matters:

9. Local counsel of record associated with applicant in this matter is:

**C. CONDE & ASSOC.**
San Jose Street #254, 5th Floor
San Juan, PR 00901-1253
Tel: (787) 729-2900

Fax: (787) 729-2203
Email: condecarmen@condelaw.com
*S/Carmen D. Conde Torres*
Carmen D. Conde Torres, Esq.
USDC No.: 207312
*S/Luisa S. Valle Castro*
Luisa S. Valle Castro, Esq.
USDC No.: 215611

10. Applicant has read the Local Rules of this court and will comply with same.

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 15th day of September, 2020.

By: */S/ Michael Small*
Michael J. Small
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
(312) 832-4500
msmall@foley.com
*Counsel for WEH*

**WE HEREBY CERTIFY**, pursuant to L. Civ. R. 83.1(f), that we consent to the designation of local counsel of record for all purposes.

**WE HEREBY CERTIFY** that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all

```
urt Name: District Court
vision: 1
ceipt Number: PRX100072335
shier ID: arodrigu
ansaction Date: 09/15/2020
yer Name: C. CONDE AND ASSOCIATES
--------------------------------
RO HOC VICE
 or: C. CONDE AND ASSOCIATES
ase/Party: D-PRX-1-97-NA-000003-002
 mount:         $300.00
RO HOC VICE
 or: C. CONDE AND ASSOCIATES
Case/Party: D-PRX-1-97-NA-000003-002
Amount:         $300.00
--------------------------------
APER CHECK CONVERSION
Remitter: C. CONDE AND ASSOCIATES
Check/Money Order Num: 3258
Amt Tendered: $300.00
APER CHECK CONVERSION
Remitter: C. CONDE AND ASSOCIATES
Check/Money Order Num: 3257
Amt Tendered: $300.00
--------------------------------
otal Due:       $600.00
otal Tendered: $600.00
 hange Amt:      $0.00

7-3283(LTS) PRO HAC VICE OF
ICHAEL SMALL & TAMAR N. DOLCOURT

HRU: CARMEN D. CONDE-TORRES
```

**C. CONDE & ASSOCIATES**
Clerk US District Court

FIRSTBANK PUERTO RICO
SAN JUAN, PR
101-7147/2215

3258

9/14/2020

$ **300.00

************************************************************ DOLLARS

PROTECTED AGAINST FRAUD

⑄71473⑄  03⦙400304011⦙

| | | 3258 |
|---|---|---|
| | 9/14/2020 | |
| HAC VICE Michael Small, Esq./Whitefish Energ | | 300.00 |

| | | | |
|---|---|---|---|
| | | mall, Esq. | 300.00 |
| | | | 3258 |
| | | 9/14/2020 | |
| | HAC VICE Michael Small, Esq./Whitefish Energ | | 300.00 |

300.00          300.00          3258

PAYMENT RECORD

| First Bank 3040 | PRO HAC VICE Michael Small, Esq. | 300.00 |
|---|---|---|