Proof of Claim: <CLAIM NUMBER>
Claimant: >CLAIMANT NAME< Noelia Cruz Ortiz

RECEIVED & FILED
2020 SEP 11 PM 4:54

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide more information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

   ☐ A pending or closed legal actions with or against the Puerto Rico goverment

   ■ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. What is the amount of your claim (how much money do you claim to be owed):

   _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
Departamento de Educación, Juana Díaz, PR. ELA

3(b). Identify the dates of your employment related to your claim:
Desde el 19 de agosto de 1970 hasta el 1 de febrero de 2002.

3(c). Last four digits of your social security number: 1845

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

Ley 124-Julio 1973, Ley 89-Julio 1979 y Ley 89-Julio-1995

4. Legal Action  Does your claim relate to a pending or closed legal action?
- ☒ No
- ☐ Yes

4(a). Identify the department or agency that is a party to the action.

D/A

4(b). Identify the name and address of the court or agency where the action is pending:

D/A

4(c). Case number: D/A

4(d). Title, Caption, or Name of Case: D/A

4(e). Status of the case (pending, on appeal, or concluded): D/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? D/A

RECLAMANTE: Noelia Cruz Ortiz

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: _-_

Número de celular: 787-469-0724

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 19 de agosto de 1970 hasta el 1 de febrero de 2002 como Superintendente Auxiliar Esc 3 Distrito Sta. Isabel Puerto Rico de ~~la Puerto Rico Telephone Company~~ - ELA.

~~1. Ley 89 julio 1995 ROMERAZO CANTIDAD $~~ ____

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Noelia Cruz Ortiz
Nombre en letra de molde

_[firma]_
Firma y fecha

RECLAMANTE Noelia Cruz Ortiz

DIRECCIÓN P.O. Box 481
Juana Díaz, Puerto Rico
00795

Numero Reclamación ___-___

Fecha de presentación (envío) _____

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el ____ de _____ de _____ lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce,~~ Depto. Educación, J.D. Distrito Sta. Isabel, Puerto Rico – ELA, como Superintendente Auxiliar Esc. III desde el 14 de agosto de 1970 hasta el 1 de febrero de 2002 (ver evidencia adjunta).

2. El monto adeudado en mi reclamación es de $ 70,800.00.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Noelia Cruz Ortiz
Nombre en letra de molde

_[signature]_
Firma y fecha



**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
OFICINA REGIONAL EDUCATIVA DE PONCE
Unidad de Recursos Humanos

17 de agosto de 2020

A QUIEN PUEDA INTERESAR:

Certifico que, de acuerdo a información que se visualiza en la plataforma de STAFF de Recursos Humanos del Departamento de Educación, la Sra. Noelia Cruz Ortiz, con seguro social número XXX-XX-1845, trabajó para el Departamento de Educación desde el 19 de agosto de 1970. Su último puesto ocupado fue como Superintendente Auxiliar de Escuelas III en el Distrito Escolar de Santa Isabel.

La señora Cruz no es empleada del Departamento de Educación desde el 1 de febrero de 2002, fecha en que se acogió a su jubilación.

Se emite esta certificación a petición de la señora Cruz.

Certifico correcto,

Manuel Candelario Ramos
Ayudante Especial – ORE de Ponce

mmp





APARTADO 7477, PONCE, PR 00732-7477 * TEL: (787) 843-7171

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre  *Noelia Cruz Ortiz*

Dirección Postal  *P.O Box 481*
*Juana Diaz, Puerto Rico*
*00795*

Teléfono de contacto res.  *787-469-0724*  cel. _____

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:
   *Ley 124 - Aumento Sueldo    Julio 1973*
   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
   *Ley 89 - Retribucion Uniforme   Julio 1979*
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

*Ley 124 Aumento Sueldo    Julio 1973*
Ley 89 Romerazo – Efectiva en 1 de julio de 1995
*Ley 89 - Retribucion Uniforme   Julio 1979*
Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company, Ponce,~~ *Dpto-Educ JD Dist. Sta. Is.* Puerto Rico desde el __19__ de __Agosto__ de __1970__ hasta el __1__ de __febrero__ de __2002__. Culmine mi laborar como *Superintendente Auxiliar Esc. 3 Distrito Sta. Isabel, P.R.* en ~~Puerto Rico Telephone Company, Ponce~~, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

*Noelia Cruz Ortiz*
Nombre en letra de molde

*[signature]*
Firma