Noelia Cruz Ortiz
P.O. Box 481
Juana Diaz, Puerto Rico
00795





Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767