## REPLICA DE OBJECION GLOBAL

### I. DATOS DE CONTACTO

Nombre _Gladys Alonso Hernández_

Dirección Postal _P. O Box 258_
_Juana Díaz, Puerto Rico_
_00795- 0258_

Teléfono de contacto res. _787-405-4389_ cel. _____

### II. Epígrafe

A.  Secretaria (Clerk's Office)
    Tribunal de Distrito de los Estados Unidos
    Room 150 Federal Building
    San Juan Puerto Rico 00918-1767

B.  Estado Libre Asociado de Puerto Rico y otros (Deudores)

C.  Número de Procedimiento: 17 BK 3283 – LTS

D.  Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

    Número de las evidencias por reclamo:
    _Ley 89 -Retrib Unif_          _Julio 1979_
    #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

    #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

    #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
        Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

### III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

_Ley 89 Retrib. Unif_          _Julio 1979_
Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

RECEIVED
2020 SEP 11  AM 9:16
CLERK'S OFFICE
U.S. DISTRICT COURT

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone~~ *Depto. Educación, J.D.* ~~Company, Ponce~~, Puerto Rico desde el _____ de *agosto* de *1975* hasta el *31* de *Julio* de *2000*. Culmine mi laborar como *Maestra de Elemental - Esc. Stgo. Collazo Perez, Aguilita, J.D PRb. ELA* en ~~Puerto Rico Telephone Company, Ponce~~, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

*Gladys Alonso Hernández*
Nombre en letra de molde

*Gladys Alonso Hernández*
Firma

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In RE | * | PROMESA |
| | * | Title III |
| THE FINANCIAL OVERSIGHT AND | * | |
| | * | No. 17 BK 3283-LTS |
| | * | |
| As representative of | * | (Joinly Administered) |
| | * | |
| THE COMMONWEALTH OF PR, et. Als. | * | This filing relates to the |
| Debtors | * | Commonwealth, HTA, and |
| ******************************************** | | ERS |

## MOCION Sometiendo Evidencia

A: Corte de Distrito de Puerto Rico

DE:  Gladys Aonso Hernández, 17BK 03283-LTS,  Reclamación 144162

Respetuosamente EXPONE, ALEGA Y SOLICITA:

1. Que hemos recibido Notificación sobre la Cuarta Objeción del ELA sobre Reclamos Deficientes en los que se alegan intereses sobre la base de las reinvidicaciones salariales, laborales o por servicios prestados.

2. Que se alega en dicha Objeción (en mi caso particular) que no sometí evidencia alguna de haber trabajado en el Gobierno del Estado Libre Asociado de Puerto Rico.

3. Que trabajé como Maestra para el Departamento de Educación del Estado Libre Asociado desde el mes de agosto de 1975 hasta el 31 de julio del 2000 en que me acogí al Retiro.

4. Que estoy incluyendo la siguiente evidencia:

    a. Comprobante Retención Ingresos (W-2) de los años 1980, 1981, 1983, 1995, 1999, 2000, 2001.

    b. Talonarios como Maestra Retirada de los años 2003  y 2019 como maestra Retirada.

5. Que estos documentos evidencian que fui empleada del Estado Libre Asociado de Puerto Rico.

En Juana Díaz, Puerto Rico a los  29 de enero de 2020.

*Gladys Alonso Hernández*
**Sra. Gladys Alonso Hernández**
PO Box 258
Juana Díaz, PR  00795-0258

Proof of Claim: <CLAIM NUMBER> *146927, 172821, 126213, 127323, 128864, 15671c y 159584*

Claimant: >CLAIMANT NAME< *Gladys Alonso Hernandez*

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide **more** information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

   ☐ A pending or closed legal actions with or against the Puerto Rico goverment

   ■ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

   _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:

*Departamento de Educación. Esc. Stgo. Collazo Perez, Aguilita, JD-PR ELA*

3(b). Identify the dates of your employment related to your claim:

*Desde Agosto 1975 hasta el 31 de julio de 2000.*

3(c). Last four digits of your social security number: *9667*

3(d). What is the nature of your employment claims (select all applicable):
  □ Pension
  ■ Unpaid Wages
  □ Sick Days
  □ Union Grievance
  □ Vacation
  □ Other (Provide as much detail as possible. Attach additional pages if necessary).
  _Ley 89-1979, Ley 89-1995_

4. Legal Action  Does your claim relate to a pending or closed legal action?

  ■ No
  □ Yes

4(a).  Identify the department or agency that is a party to the action.
  _D/A_

4(b). Identify the name and address of the court or agency where the action is pending:
  _D/A_

4(c). Case number:  _D/A_

4(d). Title, Caption, or Name of Case:  _D/A_

4(e). Status of the case (pending, on appeal, or concluded):  _D/A_

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

  If yes, what is the date and amount of the judgment?  _D/A_

RECLAMANTE: _Gladys Alonso Hernández_

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: _146927, 112821, 126213, 127323, 128864_
_156710, 159584_

Número de celular: 787-405-4389

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de

servicio desde el ____ de _agosto_ de _1975_ hasta el _31_ de _julio_ de

_2000_ como _Maestra Elemental - Esc. Stgo Collazo Pérez, Aguilita, J.D._
_Departamento de Educación, P.R._
de la ~~Puerto Rico Telephone Company~~ ELA.

~~1. Ley 89 - julio 1995 - ROMERAZO~~        ~~CANTIDAD $~~ _____

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

_Gladys Alonso Hernández_
Nombre en letra de molde

_Ila dra Alonso Hernández_
Firma y fecha

① Ley 89 - Julio 1979 - Retribución Uniforme          Cantidad Adeudada
                                                      $25,200.00
② Ley 89 - Julio 1995 - El Romerazo                   $ 6,000.00
                                                      _____
                                         Total = $31,200.00

RECLAMANTE _Gladys Alonso Hernández_

DIRECCIÓN _P O Box 258_
_Juana Díaz, Puerto Rico_
_00795-0258_

Numero Reclamación _146927, 112821, 126213, 127323,_
_128864, 154710 y 159584_
Fecha de presentación (envío) _3 de septiembre de 2020_

Deudor <u>Commonwealth of Puerto Rico</u>

Por este medio incluyo con mi reclamación presentada el _3_ de _septiembre_ de
_2020_ lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce~~ _Depto. de Educación, Aguadilla J.D._, Puerto Rico – ELA,
como _Maestra Elemental_
desde el ____ de _agosto_ de _1975_ hasta el _31_ de _Julio_
de _2000_. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ _31,200.00_.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

_Gladys Alonso Hernández_
Nombre en letra de molde

_Gladys Alonso Hernández_
Firma y fecha