Gladys Alonso Hernandez
P.O. Box 258
Juana Díaz, Puerto Rico
00795-0258



U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
SEP 03, 20
AMOUNT
$1.20
R2304W119590-05

1000     00918

Clerk's office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

RECEIVED & FILED
2020 SEP 11  AM 9:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR