# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

    Nombre: JELLIE N. MOLINA CRUZ
Direccion Postal: Urb. Brisas del Prado
1822 Calle Gaviota (K-4)
Santa Isabel, PR 00757
Teléfono contacto: Res. _____ Cel. 787-459-2809

II. EPIGRAFE

  A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767
  B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
  C. Numero de Procedimiento: 17 BK 3283 – LTS
  D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
Número de las evidencias por reclamo:

    Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

    Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico **8 de febrero de 1998 hasta el 31 de julio de 2018**. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Jellie N. Molina Cruz
Nombre en letra de molde

*[signature]*
Firma

| | |
|---|---|
| RECLAMANTE: | Jellie N. Molina Cruz |
| NUMERO DE PROCEDIMIENTO: | 17 BK-3283 – LTS |
| NUMERO DE RECLAMACION: | 51279 |

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el **8 de febrero de 1998 hasta el 31 de julio de 2018** como **Oficinista Mecanógrafo I** del Departamento de Educación de Puerto Rico – ELA.

| | Cantidad |
|---|---:|
| Ley 96 – Julio 2002 – Aumento de Sueldo | $ 19,200 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 18,000 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 16,800 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 12,000 |
| | $ 66,000 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Jellie N. Molina Cruz
Nombre en letra de molde

*[firma]* 9/4/2020
Firma y fecha