Jellie N. Molina Cruz
Brisas del Prado
1822 Calle Gaviota
Santa Isabel, PR 00757





U.S. POSTAGE PAID
FCM LG ENV
SALINAS, PR
00751
SEP 05, 20
AMOUNT
$1.20
R2304E105254-06

RECEIVED & FILED
2020 SEP 11 AM 9: 23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767