# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: Luis A. Morales Martínez
Dirección Postal: Urb. Tomas Carrión Maduro
Calle 6 Casa 15
Juana Díaz, Puerto Rico 00795
Teléfono contacto: Res. 787-837-2713  Cel. 787-414-6458

II. EPÍGRAFE

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767
B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
C. Numero de Procedimiento: 17 BK 3283 – LTS
D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
Número de las evidencias por reclamo:

Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico (fecha de comienzo hasta fecha de terminación). Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Luis A. Morales Martínez
Nombre en letra de molde

_[firma]_
Firma