Luis A. Morales Martinez
Urb. Tomás Carrión Maduro
Calle 6 #15
Juana Díaz, PR 00795

 

U.S. POSTAGE PAID
FCM LG ENV
SALINAS, PR
00751
SEP 05, 20
AMOUNT
**$1.20**
R2304E105254-06

RECEIVED & FILED
2020 SEP 11 AM 9:23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767