# CERTIFICADO VITALICIO DE MAESTRA DEL DEPARTAMENTO DE EDUCACIÓN DE PUERTO RICO



DEPARTAMENTO DE EDUCACIÓN

Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

*Certificado Vitalicio*
Life Certificate

El Secretario de Educación por la presente confiere a
The Secretary of Education hereby issues to

ABIGAIL BOCACHICA COLON

el presente Certificado que lo faculta para ejercer como
this Certificate that entitles the holder to perform as

MAESTRO(A) DE EDUCACION EN LA NIÑEZ TEMPRANA
TEACHER OF EARLY CHILDHOOD EDUCATION

en las escuelas publicas o privadas de Puerto Rico.
in the School System of Puerto Rico

Expedido el        31 de julio        de 20 15
Issued on          July 31            2015

Dado en San Juan de Puerto Rico, el        31 de julio        de 20 15
Given    at San Juan, Puerto Rico on         July 31            2015

Rafael Román Meléndez
Secretario de Educación
Secretary of Education

Numero de Certificado: 1023334
Certificate Number: 1023334

# TALONARIO DEL PAGO DE PENSIÓN DEL SISTEMA DE RETIRO DE MAESTROS

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: SM -Quincenal | Business Unit: PUERT |
| Desde: 03/16/2020 | Aviso #: 6831201 |
| Hasta: 03/31/2020 | Fecha Aviso: 03/30/2020 |

| | |
|---|---|
| ABIGAIL BOCACHICA COLON | # Empleado: XXXXXA101 |
| ALTS DEL ALBA | Dept: 592160-ANOS SERVICIO LEY 91 2004 |
| 10924 CALLE ATARDECER | Lugar: A/OS SERVICIO LEY 91 |
| VILLALBA PR 00766-2339 | Titulo: Pensionado |
| SS: XXX-XX-6101 | Sueldo: $1,069.12 Month/s |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 -99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingreso | Acumulado Horas | Acumulado Ingreso |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 984.56 | 487.50 | 5,907.36 |
| **Total:** | | | 984.56 | 487.50 | 5,907.36 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 62.00 | 372.00 |
| **Total:** | 62.00 | 372.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 300.00 |
| * Tributable | | |

| TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|
| Corriente: 984.56 | 0.00 | 62.00 | 922.56 |
| Acumulado: 5,907.36 | 0.00 | 372.00 | 5,535.36 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| - Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| - Ajustes: | |
| Balance Final: | 0.0 |

| DISTRIBUCION PAGA NETA |  |
|---|---|
| Aviso #6831201 | 922.56 |
| Tota. | 922.56 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
03/30/2020

Aviso No.
6831201

Cant. Deposito: $922.56

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | | $922.56 |
| Total: | | $922.56 |

TRAY 107 SQ 27344************SCH 5-DIGIT 00751    27344 2 AV 0.389
ABIGAIL BOCACHICA COLON
ALTS DEL ALBA
10924 CALLE ATARDECER
VILLALBA PR 00766-2339

**NO-NEGOCIABLE**