De: Abigail Bocachica Colo

Urb. Alturas Del Alba

10924 Calle Atardecer

Villalba Puerto Rico

00766



U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
SEP 08, 20
AMOUNT
$1.20
R2305H127764-02

1000      00918

RECEIVED & FILED
2020 SEP 11  AM 9:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Tribunal de Distrito de los Estados Unidos

United States District Court

Room 150 Federal Buiding

Son Juan Puerto Rico

00918-1767