**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

*In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS

ABIGAIL BOCACHICA COLON

URB. ALTURAS DEL ALBA

10924 CALLE ATARDECER

VILLALBA, PR 00766

(787) 613-3422

abigailabc@icloud.com

PROMESA

Título III

Núm. 17 BK 3283-LTS

No. de Reclamación: 98092

RÉPLICA A LA **CENTÉSIMA** CINCUENTA OCTAVA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL INCENTIVO SALARIAL DE LA LEY 164.

En junio 27 de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como maestra en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, Sila María Calderón aprobó la Ley 164 que concedía un incentivo salarial de $25.00 mensuales a los empleados

del Departamento de Educación (DE) de Puerto Rico. Este incentivo nunca se pagó. Durante el término de esa ley (2001-2005), yo era maestra en el Departamento de Educación (DE) del Gobierno de Puerto Rico. De acuerdo con mis cálculos, el período comprende 4 años (2001-2005) a $300.00 por año, lo que representa $1,200.00 a los que tengo derecho.

Este aumento nunca se pagó.

Se estima la siguiente cantidad adeudada:

$300.00 del año escolar 2001-2002

$300.00 del año escolar 2002-2003

$300.00 del año escolar 2003-2004

$300.00 del año escolar 2004-2005

Cantidad adeudada estimada: $1,200.00

*Abigail Bocachica Colón*