## CERTIFICADO VITALICIO DE MAESTRA DEL DEPARTAMENTO DE EDUCACIÓN DE PUERTO RICO



# TALONARIO DEL PAGO DE PENSIÓN DEL SISTEMA DE RETIRO DE MAESTROS

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/16/2020 |
| Hasta: | 03/31/2020 |

Business Unit: PUERT
Aviso #: 6831201
Fecha Aviso: 03/30/2020

**ABIGAIL BOCACHICA COLON**
ALTS DEL ALBA
10924 CALLE ATARDECER
VILLALBA PR 00766-2339
SS: XXX-XX-6101

| # Empleado. | XXXXX6101 |
| Dept: | 592160-AÑOS SERVICIO LEY91 2004 |
| Lugar: | AÑOS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,969.12 Monthly |

| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39-99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 984.56 | 487.50 | 5,907.36 | |
| Total: | | 984.56 | 487.50 | 5,907.36 | |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 62.00 | 372.00 |
| Total: | 62.00 | 372.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 300.00 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 984.56 | 0.00 | 62.00 | 922.56 |
| Acumulado: | 5,907.36 | 0.00 | 372.00 | 5,535.36 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6831201 | 922.56 |
| Total: | 922.56 |

MENSAJE:

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
03/30/2020

Aviso No.
6831201

Cant. Deposito: $922.56

TRAY 107 SQ 27344**********************SCH 5-DIGIT 00751    27344 2 AV 0 389
ABIGAIL BOCACHICA COLON
ALTS DEL ALBA
10924 CALLE ATARDECER
VILLALBA PR 00766-2339

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $922.56 |
| Total: | | $922.56 |

## NO-NEGOCIABLE