De: Abigail Bocachica Colón
Urb. Alturas del Alba
10924 Calle Atardecer
Villalba Puerto Rico
00766



Tribunal de Distrito de los Estados Unidos
United States District Court
Room 150 Federal Building
San Juan Puerto Rico
00918-1767