# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

    Nombre: Jesmary Nieves Balzac
    Direccion Postal: 5 Marcial Rivera
    Cabo Rojo, P.R. 00623

    Teléfono contacto: Res. _____ Cel. 787-384-2157

II. EPIGRAFE

    A. Secretaria (Clerk's Office)
       Tribunal de Distrito de los Estados Unidos
       Room 150 Federal Building
       San Juan, Puerto Rico 00918-1767
    B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
    C. Numero de Procedimiento: 17 BK 3283 – LTS
    D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
       Número de las evidencias por reclamo:

       Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

       Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Mayaguez, Puerto Rico (fecha de comienzo hasta fecha de terminación). Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Jesmary Nieves Balzac
Nombre en letra de molde

*[firma]*
Firma

RECLAMANTE: Jesmary Nieves Balzac
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACIÓN:

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el **desde 25 de enero de 2008 al Presente** como **Maestra de Educación Especial** del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 96 – Julio 2002 – Aumento de Sueldo | $ |
| Ley 164 – Julio 2003 – Aumento de Sueldo | |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
|  | $ 14,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Jesmary Nieves Balzac
Nombre en letra de molde

*J. Nieves Balzac*  10-sept-2020
Firma y fecha

RECLAMANTE: Jesmary Nieves Balzac
DIRECCION: 5 Marcial Rivera
Cabo Rojo, P.R. 00623

NUMERO DE RECLAMACION:

Fecha de presentacion (envio):
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 10 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como **Maestra Educación Especial** desde **25 de enero de 2008** al **Presente.**
2. El monto adeudado en mi reclamación es de **$14,400**.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Jesmary Nieves Balzac
Nombre en letra de molde

*J. Nieves Balzac* 10. sept. 2020
Firma y fecha