Jesmary Nieves Balzac
5 Marcial Rivera
Cabo Rojo P.R. 00023



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 SEP 15 AM 9:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR