REPLICA DE OBJECION GLOBAL

RECEIVED & FILED
2020 SEP 15 AM 9 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

I. DATOS DE CONTACTO

Nombre: Richard Cruz Irizarry
Dirección Postal: Urb. Mifedo
Calle Yarari Bz 442
Yauco, P.R. 00698
Teléfono contacto: Res. _____ Cel. 787 – 436 - 7731

II. EPIGRAFE

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767
B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
C. Numero de Procedimiento: 17 BK 3283 – LTS
D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
Número de las evidencias por reclamo:

Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Mayaguez, Puerto Rico desde el 8 de septiembre de 1998 hasta el Presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Richard Cruz Irizarry
Nombre en letra de molde

*[signature]*
Firma

RECLAMANTE: Richard Cruz Irizarry
DIRECCION: Urb. Mifedo
Calle Yarari Bz 442
Yauco, P.R. 00698

NUMERO DE RECLAMACION: _____

Fecha de presentación (envío): _____
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 3 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como DIRECTOR ESCOLAR III desde el 8 de septiembre de 1998 hasta el Presente.
2. El monto adeudado en mi reclamación es de $75,600.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Richard Cruz Irizarry
Nombre en letra de molde

_[firma]_ 10-9-2020
Firma y fecha

RECLAMANTE: Richard Cruz Irizarry
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el **8 de septiembre de 1998 hasta el Presente** como **Director Escolar III** del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 75,600 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Richard Cruz Irizarry
Nombre en letra de molde

*[firma]* 10-9-2020
Firma y fecha