*Número de Evidencia de Reclamación:*
*Reclamante*: RICHARD CRUZ IRIZARRY

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Servicio de correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☒ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

---

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
    $75,600

*Número de Evidencia de Reclamación:*
*Reclamante*: RICHARD CRUZ IRIZARRY

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   ☐ No. *Pase a la Pregunta 4.*
   ■ **Sí. Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
DEPARTAMENTO DE EDUCACIÓN DE PUERTO RICO – ELA

3(b). Identifique las fechas de su empleo con relación a su reclamación:
8 de septiembre de 1998 hasta el Presente

3(c). Últimos cuatro dígitos de su número de seguro social: xxx-xx-3286

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   ☐ Jubilación
   ■ Salarios impagos
   ☐ Días por enfermedad
   ☐ Queja con el sindicato
   ☐ Vacaciones
   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

Ley 96 – Julio 2002 – Aumento de Sueldo, Ley 164 – Julio 2003 – Aumento de Sueldo, Ley 164 – Enero 2004 – Gob. Sila M. Calderón, Ley 109 – Junio 2008 – Escala Salarial Pasos

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   ☐ No.
   ■ **Sí. Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
DEPARTAMENTO DE EDUCACIÓN – PUERTO RICO – ELA

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
United States District Court, Room 150 Federal Bldg, 150 Carlos Chardon Avenue, San Juan, PR

4(c). Número de caso: 17 BK 3283 – LTS

4(d). Título, epígrafe, o nombre del caso:
PROMESA Title III

2

*Número de Evidencia de Reclamación:*
*Reclamante*: RICHARD CRUZ IRIZARRY

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
PENDIENTE DE RESOLUCIÓN

4(f). ¿Tiene usted una sentencia impaga? Sí / **No** (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

10 de septiembre de 2020

A quien pueda interesar:

Certifico que **RICHARD CRUZ IRIZARRY**, número de seguro social **XXX-XX-3286** labora en nuestra Agencia desde **8 de septiembre de 1998** al **Presente**.

Actualmente, ocupa puesto en calidad de **DIRECTOR ESCOLAR III (K-12)** en **INES MARIA MENDOZA DE MUNOZ MARIN**, Oficina Regional Educativa de **MAYAGUEZ** y devenga un salario de **$4,343.34** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.



P.O. Box 190759, San Juan PR 00919-0759

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.