Richard Cruz Irizarry
Urb. Mifedo
Calle Yarari B2 442
Yauco P.R. 00698

U.S. POSTAGE PAID
FCM LG ENV
SAN GERMAN, PR
00683
SEP 11, 20
AMOUNT
$1.20
R2305E124608-05

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 SEP 15 AM 9:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.