# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre: Norma I. Cruz Torres

Dirección Postal: Urb. San Martin II
Calle 5 E-1
Juana Diaz, Puerto Rico 00795

Teléfono de contacto res. 787-360-4937 cel. _____

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:
   #49762 - Ley #89 Retrif. Unif - Romerazo - Efectiva en 1 de julio de 1995    Julio 1979
   Ley 134 - Aport. Acum. Ret    Julio 1996
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
   Ley 164 Aumento Sueldo    Julio 2003
   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Retrif. Unif    Julio 1979
Ley 89 Romerazo – Efectiva en 1 de julio de 1995
Ley 134 Aport Acum. Retiro    Julio 1996
Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
Ley 164 2003 Aumento Sueldo    Julio 2003
Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company, Ponce,~~ Dpto Educación J.D. Puerto Rico desde el **30** de **agosto** de **1979** hasta el **30** de **Julio** de **2010**. Culmine mi laborar como **Maestra Elemental - Esc. Sgda. Unidad Zoilo Gracia, J.D.** en ~~Puerto Rico Telephone Company, Ponce~~, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

NORMA I. Cruz Torres
Nombre en letra de molde

*Norma Cruz Torres*
Firma

Proof of Claim: <CLAIM NUMBER> 38434, 37486, 47767, 52280, 52901
Claimant: >CLAIMANT NAME< Norma I. Cruz Torres

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide more information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:
- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ■ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2. What is the amount of your claim (how much money do you claim to be owed):

    _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
Departamento de Educación-PR. ELA.

3(b). Identify the dates of your employment related to your claim:
Desde el 30 de agosto de 1979 hasta 30 de julio de 2010

3(c). Last four digits of your social security number: 2313

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ■ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

Ley 89-1979, Ley 89-1995, Ley 134-1996, Ley 96-2002, Ley 164-2003, Ley 164-2004 y Ley 109-2008.

4. Legal Action  Does your claim relate to a pending or closed legal action?

- ■ No
- ☐ Yes

4(a). Identify the department or agency that is a party to the action.

D/A

4(b). Identify the name and address of the court or agency where the action is pending:

D/A

4(c). Case number: D/A

4(d). Title, Caption, or Name of Case: D/A

4(e). Status of the case (pending, on appeal, or concluded): D/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? D/A

RECLAMANTE: Norma I. Cruz Torres

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 38431, 39406, 41767, 52280 y 52901
Numero de celular: 787-360-4937

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 30 de agosto de 1979 hasta el 30 de Julio de 2010 como Maestra Elemental Sgda. Unidad Zoilo Gracia, J.D P.R. de ~~la Puerto Rico Telephone Company~~ ELA.

1.- ~~Ley 89 - julio 1995 - ROMERAZO~~    ~~CANTIDAD~~ $ _____

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Norma I. Cruz Torres
Nombre en letra de molde

Norma Cruz Torres
Firma y fecha

| | Cantidad Adeudada |
|---|---|
| (1) Ley 89 Julio - 1979 Retribución Uniforme | $ 37,200.00 |
| (2) Ley 89 Julio - 1995 El Romerazo | $ 18,000.00 |
| (3) Ley 134 Julio - 1996 Aport. Acum. Retiro | $ 16,800.00 |
| (4) Ley 96 Julio - 2002 Aumento sueldo | $ 9,600.00 |
| (5) Ley 164 Julio - 2003 Aumento Sueldo | $ 8,400.00 |
| (6) Ley 160 enero - 2004 Sila M. Calderón | $ 7,200.00 |
| (6) Ley 109 Junio 2008 Escala Salarial Pasos | $ 2,400.00 |
| | Total = $ 99,600.00 |