Norma I. Cruz Torres
Urb. San Martin II
Calle 5  E-1
Juana Díaz, Puerto Rico
            00795



Clerk's office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
            00918-1767