**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de **Lydia M. Ortiz Correa**, con número de seguro social que termina en **0576**

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 2 de junio del 1998 |
| Tiempo Cotizado para la Pensión | 37 años, 9 meses |
| Pensión Mensual Inicial | $1,306.71 |
| Pensión Mensual Actual | $1,386.29 |

Esta certificación se expide hoy, 8 de septiembre de 2020 en San Juan, Puerto Rico.

*Cynthia Sanjurjo Santos*
**Supervisora**
Centro de Contacto

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879


Sistema de Retiro para Maestros
Gobierno de Puerto Rico

☏ 787.777.1414    ✉ 787.764.6910    www.srm.pr.gov

| IF YOUR CLAIM IS LISTED HERE ONE OR MORE OF THE DEBTORS ARE SEEKING TO DESALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT |
|---|

| NAME | CLAIMS # | DATE FILE | DEBTOR | ASSETED CLAIM AMOUNT |
|---|---|---|---|---|
| Ortiz Correa, Lydia | 43266 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fail to provide any basis of supporting documentation of asserting a claim againt the Commonwealth of Puerto Rico, such the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico of any of the other Title III debtors | | | |

| SI SU RECLAMO ESTA INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE |
|---|

| NOMBRE | NO DE RECLAMACION | FECHA DE PRESENTACION | DEUDOR | MONTO DE LA RECLAMACION ALEGADA |
|---|---|---|---|---|
| Ortiz Correa, Lydia | 43266 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para | La evidencia de reclamación tiene la intención de formular responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III | | | |

Copies of the Omnibus Objection and all other filing in the Title III Case are available free online at https://cases.primeclerk.com/puertorico. **If you have question, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico ) or (646) 486-7944 (for international Callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available)**

Copias de la Objecion global y todos los escritos radicados en el marco de las causas conforme al Titulo III, están disponibles, de manera gratuita en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (numero gratuito para Estados Unidos y Puerto Rico ) or (646) 486-7944 (para llamadas desde el extranjeros), disponible entre las 10:00 a.m. y las 7:00 p.m. (AST) (hablamos español)**