From: Lydia M Ortiz Correa
Box: 354 Juana Diaz, P.R. 00795

To: Secretaria (Clerk's Office)
Tribunal del Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767