## REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre: John Mieles Zayas

Dirección Postal: Calle Ambar 21 Villa Blanca
Caguas P.R. 00725

Teléfono de contacto res. 787-256-7013 cel. 787-213-9720

II. Epígrafe.

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico.

Número de las evidencias por reclamo:

#49762 – Ley #89 – Romerazo – Efectiva en 1 de julio de 1995.

#94057 – Ley de Escala Salarial – Pasos, del 6 de junio de 2008.

#96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002.
Ley #164 (2004) de la Sra. Sila Calderón – efectiva enero 2004.

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995.

Ley de Escala Salarial – Pasos del 6 de junio de 2008.

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002.

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004.

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el 21 de julio de 1984 hasta el 1ro de octubre de 2017. Culmine mi laborar como _____ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

John Mieles Zayas
Nombre en letra de molde

_[signature]_
Firma

5585

Proof of Claim: &lt;CLAIM NUMBER&gt; 49762
Claimant: &gt;CLAIMANT NAME&lt; John Mireles Zayas

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**
Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide more information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:
- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**Questionnaire**

1. What is the basis of your claim?

   ☐ A pending or closed legal actions with or against the Puerto Rico government

   ☒ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

2. What is the amount of your claim (how much money do you claim to be owed):

   14,400.00

3. Employment. Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ☒ Yes, Answer Questions 3(a) – (d).

   3(a). Identify the specific agency or department where you were or are employed:
   Corporación de Comunicaciones de P.R. - Puerto Rico Telephone Company

   3(b). Identify the dates of your employment related to your claim:
   July 21, 1987 - July 21, 1999

3(c). Last four digits of your social security number: __5585__

3(d). What is the nature of your employment claims (select all applicable):
▫ Pension
▫ Unpaid Wages **X**
▫ Sick Days
▫ Union Grievance
▫ Vacation
▫ Other (Provide as much detail as possible. Attach additional pages if necessary).

4. Legal Action  Does your claim relate to a pending or closed legal action?

▫ No **X**
▫ Yes

4(a). Identify the department or agency that is a party to the action.
__Tribunal de Distrito de los Estados Unidos__

4(b). Identify the name and address of the court or agency where the action is pending:

4(c). Case number: __48762__
4(d). Title, Caption, or Name of Case: __Romero 20__
4(e). Status of the case (pending, on appeal, or concluded): __Pending__

4(f). Do you have an unpaid judgment? Yes/No (Circle one)
    If yes, what is the date and amount of the judgment?

RECLAMANTE: John Mieles Zayas

NUMERO DE PROCEDIMIENTO: 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 49762

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 21 de Julio de 1987 hasta el 1 de octubre de 2017 como retirado - Frameworker de la Puerto Rico Telephone Company - ELA.

1. Ley 89 – julio 1995 – ROMERAZO     CANTIDAD $ 14,400

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

John Mieles ZAYAS
Nombre en letra de molde

[signature]
Firma y fecha
Sept. 11, 2020

RECLAMANTE: John Mieles Zayas
DIRECCIÓN: Aambar 21, Villa Blanca
Caguas PR 00725

Número Reclamación: 49762

Fecha de presentación (envío): Sept 11, 2020

Deudor: Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el 11 de Sept de 2020 lo siguiente:

1. Evidencia de trabajo de Puerto Rico Telephone Company en Ponce, Puerto Rico – ELA, como Frame worker desde el 31 de Julio de 1977 hasta el 1 de Octubre de 2017 (ver evidencia adjunta).

2. El monto adeudado en mi reclamación es de $ 14,400

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

John Mieles Zayas
Nombre en letra de molde

[signature]
Firma y fecha
Sept 11, 2020

NOTA

INSTRUCCIONES PARA ENVIO POR CORREO

1. SACAR TRES SET DE COPIAS DE LOS DOCUMENTOS JUNTO A TU CARTA DE JUBILACION (DONDE SEÑALA FECHA DE INICIO Y TERMINACION)
2. ENVIAR EN SOBRE MANILA A ESTAS DIRECCIONES

- Abogado de la Junta de Supervision (Counsel for the Oversight Board)
  Proskauer Rose LLP
  Eleven Times Square
  New York, NY 10036-8299
  A/A: Martin J Bienenstock.
       Brain S. Rosen

- Abogado del Comité de Acreedores (Councel for the Creditor's Committee)
  Paul Hasting LLP
  200 Park Avenue
  New York, NY 10166
  A/A: Luc A. Despins
       James Bliss
       James Worthington
       G. Alexander Bongartz

- Secretaria (Clerk's Office)
  Tribunal de Distrito de los Estados Unidos
  Room 150 Federal Building
  San Juan, PR 00918-1767

*[handwritten notes:]*
a gonzalez 3 @ claro pr. com
Carta de inicio y terminación de empleo
# Empl.
# Tel.
# S.S últimos 4 digts
Dir. Postal.