

PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

## CERTIFICACION

**JOHN MIELES ZAYAS**
**XXX-XX- 5585**

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

➢ Ingresó a PRT/Claro efectivo el 07/21/1987.

➢ Trabajó como emplead(o)(a) regular hasta 10/01/2017.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal.  En Guaynabo, Puerto Rico a  jueves, 10 de septiembre de 2020.

*Abigaíl Alejandro González*

Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords