00918
R2304M116337-07

BC 9/12

# PRIORITY
## ★ MAIL ★
# EXPRESS™

**OUR FASTEST SERVICE IN THE U.S.**

RECEIVED & FILED
2020 SEP 15 AM 9:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 787 ) 313-9720

John Mieles Zayos
Ambar 91 Villa Blanca
Caguas P.R. 00725

**PAYMENT BY ACCOUNT** (if applicable)

**DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Secretaria clerk's office
U.S. District Court los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

EE 154 893 882 US

**UNITED STATES POSTAL SERVICE ®**

# PRIORITY
## ★ MAIL ★
# EXPRESS™

RECEIVED & FILED
CLERK'S OFFICE
2020 SEP 15 AM 9:11

| ORIGIN (POSTAL SERVICE USE ONLY) | | | |
|---|---|---|---|
| ☒ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 00786 | 9-12-20 | $ 26.35 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $ |
| 9-11-20 | | | |
| Time Accepted 11:29 ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 26.35 | |
| Weight lbs. ozs. | ☐ Flat Rate | Acceptance Employee Initials | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   **3-ADDRESSEE COPY**

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.


EMS

EP13F July 2013   OD: 12.5 x 9.5


PS10001000006

VISIT US AT USPS.COM