# REPLICA DE OBJECIÓN GLOBAL

## I. DATOS DE CONTACTO

Nombre: Nilda E. Marrero Rodriguez
Direccion Postal: Box 1799
Juana Diaz PR. 00795

Teléfono contacto: Res. _____ Cel. 939-238-9853

## II. EPIGRAFE

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Numero de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
Número de las evidencias por reclamo:

Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial Pasos

## III. El Tribunal no debe declarar la objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 5 de octubre de 2001. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Nilda E. Marrero Rodriguez
Nombre en letra de molde

*[firma]*
Firma
8-9-20

RECLAMANTE: Nilda E. Marrero Rodriguez
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 77549

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 5 de octubre de 2001 hasta el presente como **conserje** del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 75.600 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Nilda E. Marrero Rodriguez
Nombre en letra de molde

*[firma]*
Firma y fecha  8-9-20

RECLAMANTE: Nilda E. Marrero Rodriguez
DIRECCION: Box 1799
Juana Diaz PR 00795

NUMERO DE RECLAMACION: 77549

Fecha de presentacion (envio): 8 de septiembre de 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 3 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como conserje desde el 5 de octubre de 2001 hasta el presente.
2. El monto adeudado en mi reclamación es de $75.600

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Nilda E. Marrero Rodriguez
Nombre en letra de molde

*[firma]*
Firma y fecha