

8 de septiembre de 2020

A quien pueda interesar:

Certifico que **NILDA E. MARRERO RODRIGUEZ**, número de seguro social **XXX-XX-2234** labora en nuestra Agencia desde **5 de octubre de 2001** al **Presente**.

Actualmente, ocupa puesto en calidad de **CONSERJE** en **FELIPE COLON DIAZ**, **Oficina Regional Educativa de PONCE** y devenga un salario de **$1,582.60** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaria Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.

P.O. Box 190759, San Juan PR 00919-0759



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.