Nilda Marrero Rodriguez
Box 1799
Juana Diaz P.R. 00795



RECEIVED & FILED
2020 SEP 15 AM 8 55
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

Clerk's Office
United State District Court
Room 150 federal Building
San Juan P.R. 00918-1767