# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: Elga M. Rivera Cintron
Direccion Postal: Hc-5Box 5214
Juana Diaz PR 00795

Teléfono contacto: Res. _____ Cel. 787-400-6968

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial – Pasos

RECLAMANTE: Elga M. Rivera CIntron
DIRECCION: Hc-5 Box 5214
Juana Diaz PR 00795

NUMERO DE RECLAMACION: 59128, 60733

Fecha de presentacion (envio): 8 de septiembre de 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 8 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como Profesional de Alimentos I desde 8 de septiembre de 2004 hasta el presente.
2. El monto adeudado en mi reclamación es de $33.600

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Elga M. Rivera Cintron
Nombre en letra de molde

Firma y fecha / 8 de septiembre de 2020

RECLAMANTE: Elga Rivera Cintron
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 59128, 60733

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el **8 de septiembre de 2004** como **Profesional de servicios de Alimento I** del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 33.600 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Elga Rivera Cintron
Nombre en letra de molde

*[firma]*
Firma y fecha    8 de septiembre de 2020

RECEIVED
2020 SEP 15 AM 8: 35
CLERK'S OFFICE
U.S. DISTRICT COURT

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico desde el 8 de septiembre de 2004 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Elga M. Rivera Cintron
Nombre en letra de molde

_Elga M. Rivera Citi_  8 de septiembre de 2020
Firma