Elga M. Rivera Anbion
HC-7 Box 5214
Vuana Diaz. P.R. 00795


FOREVER / USA   FOREVER / USA

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan P.R. 00918-1767

SAN JUAN P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE

2020 SEP 15  AM 8 35

RECEIVED & FILED