| | |
|---|---|
| RECLAMANTE: | Iraida Torres Santiago |
| NUMERO DE PROCEDIMIENTO: | 17 BK-3283 – LTS |
| NUMERO DE RECLAMACION: | 60808 |

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el **8 de marzo de 2004** como **conserje** del Departamento de Educación de Puerto Rico – ELA.

| | Cantidad |
|---|---|
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 33.600 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Iraida Torres Santiago
Nombre en letra de molde

*Iraida Torres Santiago* 8-sept. 2020
Firma y fecha

RECEIVED
2020 SEP 15 AM 8 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECLAMANTE: Iraida Torres Santiago
DIRECCION: Hc-06 Box 8615
Juana Diaz PR 00795

NUMERO DE RECLAMACION: 60808

Fecha de presentacion (envio): 8 de septiembre de 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 8 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como conserje desde 8 de marzo de 2004 hasta el presente.
2. El monto adeudado en mi reclamación es de $33.600

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Iraida Torres Santiago
Nombre en letra de molde

*[signature]* 8-sept. 2020
Firma y fecha

RECEIVED
2020 SEP 15 AM 8 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico desde el 8 de marzo de 2004 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Iraida Torres Santago
Nombre en letra de molde

*Iraida Torres Santiago*   8-Sept. 2020
Firma