## REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: Iraida Torres Santiago
Direccion Postal: Hc-06 Box 8615
Juana Diaz PR 00795

Teléfono contacto: Res. _____ Cel. 787-341-6286

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial – Pasos





8 de septiembre de 2020

A quien pueda interesar:

Certifico que **IRAIDA TORRES SANTIAGO**, número de seguro social **XXX-XX-1400** labora en nuestra Agencia desde **8 de marzo de 2004** al **Presente**.

Actualmente, ocupa puesto en calidad de **CONSERJE** en **FELIPE COLON DIAZ**, **Oficina Regional Educativa de PONCE** y devenga un salario de **$1,351.09** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaria Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*



P.O. Box 190759, San Juan PR 00919-0759

El Departamento de Educación no discrimina de ninguna manera por razon de edad, raza, color, sexo, nacimiento, condición de veterano, ideologia politica o religiosa, origen o condicion social, orientacion sexual o identidad de género, discapacidad o impedimento fisico o mental; ni por ser víctima de violencia doméstica, agresion sexual o acecho.