Iraida Torres Santiago
HC 06 BOX 8615
Juana Diaz, P.R.
       00795




RECEIVED & FILED
2020 SEP 15 AM 8:35
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan, P.R.
      00918-1767