RECLAMANTE: Maria J. Rivera Colon
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION:

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 1 de agosto de 2000 hasta el presente como Asistente de Servicios Al Estudiante del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 75,600 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

MAria J. Rivera Colon
Nombre en letra de molde

*María J. Rivera Colón – 8 sept. 2020*
Firma y fecha

RECEIVED
2020 SEP 15  AM 8 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECLAMANTE: Maria J. Rivera Colon
DIRECCION: Apt. 925
JUANA DIAZ PR 00795

NUMERO DE RECLAMACION: 53293, 53210, 62612

Fecha de presentacion (envio): 8 DE SEPTIEMBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 8 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como Asistente de Servicios Educativos desde el 1 de agosto de 2000 hasta el presente.
2. El monto adeudado en mi reclamación es de $75.600.00

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Maria J. Rivera Colon
Nombre en letra de molde

*Maria J Rivera Colon - 8 sept 2020*
Firma y fecha



## REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

   Nombre: Maria J. Rivera Colon
   Direccion Postal: Apt. 925
   JUANA DIAZ PR 00795

   Teléfono contacto: Res. _____ Cel. 931-255-0909

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 96 – Julio 2002 – Aumento de Sueldo
   Ley 164 – Julio 2003 – Aumento de Sueldo
   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 1 de agosto de 2000 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Maria J. Rivera Colon
Nombre en letra de molde

*Maria J. Rivera Colon - 8 sept. 2020*
Firma