Maria J Rivera Colon
Apartado 925
Juana Diaz, P.R. 00795



Clerk's Office
United State District Court
Room 150 Federal Building
San Juan P.R. 00918-1767

RECEIVED & FILED
2020 SEP 15 AM 8:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.