Edna Santiago Mangual
Hc-02 Box 9859
Juana Diaz P.R. 00795



Clerck's Office
Unite State Distric Court
Room 150 federal Building
San Juan P.R. 00918-1767