Lydia E. S[...]
Urb. Jacaguax Calle 2 #59
Juana Diaz, P.R.
00795

U.S. POSTAGE PAID
FCM LETTER
JUANA DIAZ, PR
00795
SEP 11 20
AMOUNT
$6.40
R2305K132895-07

1000
00918

CERTIFIED MAIL

7019 1120 0001 1728 8985

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

2020 SEP 15 AM 8:20
RECEIVED
U.S. DISTRICT
CLERK'S OFFICE