Jesus R. Malave Diez
HC-3 Box 15631
Juana Diaz P.R. 00795

 

Clerk's Office
Unite State Distric court
Room 150 federal Building
San Juan P.R. 00918-1767

RECEIVED & FILED
2020 SEP 15 AM 8:47
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.