RECLAMANTE: Rosa E. Rosario Hernandez
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 50546, 50304, 61960

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el **1 de julio 2011** como **Asistente de servicio al estudiante** del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 18,000.01 |
|  | $ 18,000.01 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Rosa E. Rosario Hernandez
Nombre en letra de molde

*[firma]*
Firma y fecha  8-sept-2020

RECLAMANTE: Rosa E. Rosario Hernandez
DIRECCION: Hc-7 Box 5163
Juana Diaz PR

NUMERO DE RECLAMACION: 50546, 50304, 61960

Fecha de presentacion (envio): 8 de September de 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 8 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como Asistente de servicios al estudiante, con fecha de inicio de trabajo el 1 de julio de 2011 hasta el presente.
2. El monto adeudado en mi reclamación es de $18,000.19

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Rosa E. Rosario Hernandez
Nombre en letra de molde

*Rosa E. Rosario Hernandez*
Firma y fecha  8-sept-2020

# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

   Nombre: Rosa E. Rosario Hernandez
   Direccion Postal: Hc7 Box 5163
   Juana Diaz PR 00795

   Teléfono contacto: Res. 787-459-6923   Cel.

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

   Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico el 1 de julio de 2011 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Rosa E. Rosario Hernández
Nombre en letra de molde

*Rosa E. Rosario Hernández*    8-sept-2020
Firma