Rosa E. Rosano Hernández
HC 7 Box 5163
Juana Diaz, P.R. 00795



Clerk's Officce
United State District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE

2020 SEP 15 AM 8:33

RECEIVED & FILED