RECLAMANTE: Wanda I. Negron Cintron
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 14138

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 12 de agosto de 2004 hasta el presente como Asistente de Servicio al Estudiante del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 20.600 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Wanda I. Negron Cintron
Nombre en letra de molde

*[firma]* 10-sept-2020
Firma y fecha

RECEIVED & FILED 2020 SEP 15 AM 8:35 CLERK'S OFFICE

RECLAMANTE: Wanda I. Negron Cintron
DIRECCION: Hc-05 Box 5976
JUANA DIAZ PR 00795

NUMERO DE RECLAMACION: _____

Fecha de presentacion (envio): 8 DE SEPTIEMBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 8 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como conserje desde el 12 de agosto de 2000 hasta el presente.
2. El monto adeudado en mi reclamación es de $20.600

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Wanda I. Negron Cintron
Nombre en letra de molde

*Wanda I. Negron Cintron* 10-sept-2020
Firma y fecha

2020 SEP 15 AM 8:35

CLERK'S OFFICE
U.S DISTRICT COURT

## REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: Wanda I. Negron Cintron
Direccion Postal: Hc-05 Box 5976
JUANA DIAZ PR 00795

Teléfono contacto: Res. _____ Cel. 787-675-7422

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 12 de agosto de 2004 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Wanda I. Negron Cintron
Nombre en letra de molde

*[firma: Wanda Negron Cintron]*
Firma