Wanda I. Negron Cintron
HC 05 Box 5976
Juana Diaz, P.R. 00795-9723



Clerk's office
United State District Court
Room 150 Federal Building
San Juan P.R. 00918-1767

RECEIVED & FILED
2020 SEP 15 AM 8:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.