2020 SEP 15 AM 8 48

CLERK'S OFFICE
U.S. DISTRICT CT.
SAN JUAN

# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre:   Griselle Colon Vazquez

Direccion Postal:   Hc-5 box 5367 Juana Diaz PR 00795

Teléfono contacto:   Res.                    Cel.   787-432-7899

II. EPIGRAFE

    A. Secretaria (Clerk's Office)

       Tribunal de Distrito de los Estados Unidos

       Room 150 Federal Building

       San Juan, Puerto Rico 00918-1767

    B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

    C. Numero de Procedimiento: 17 BK 3283 – LTS

    D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

       Número de las evidencias por reclamo:

       Ley 96 – Julio 2002 – Aumento de Sueldo

       Ley 164 – Julio 2003 – Aumento de Sueldo

       Ley 164 – Enero 2004 – Gob. Sila M. Calderón

       Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

       Ley 96 – Julio 2002 – Aumento de Sueldo

       Ley 164 – Julio 2003 – Aumento de Sueldo

       Ley 164 – Enero 2004 – Gob. Sila M. Calderón

       Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 12 de agosto de 2002 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Griselle Colon Vazquez
Nombre en letra de molde

_7 sept 2020_

Firma

RECLAMANTE:  Griselle Colon Vazquez

NUMERO DE PROCEDIMIENTO:  17 BK-3283 – LTS

NUMERO DE RECLAMACION:  76079

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el **12 de agosto de 2002** hasta el **momento** como Asistente de servicios al estudiante del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 75,600 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Griselle Colon Vazquez

Nombre en letra de molde

_Griselle Colon Vazquez_  8 de sept 2020

Firma y fecha

RECLAMANTE:  Griselle Colon Vazquez

DIRECCION:  Hc-5 Box 5367

Juana Diaz PR 00795

NUMERO DE RECLAMACION:  76079

Fecha de Presentacion (envio):  8de septiembre de 2020

Deudor:  COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 8 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, Asistente de servicio Educativo al Estudiante,12 de agosto de 2002 hasta el momento.
2. El monto adeudado en mi reclamación es de $75.600

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Griselle Colon Vázquez

Nombre en letra de molde

8 de sept 2020

Firma y fecha