Griselle Colón Vázquez
Hc-5 Box 5367
Juana Diaz P.R 00795



Clerk's Office
United state District Court
Room 150 federal Bulding
San Juan P.R. 00918-1767

RECEIVED & FILED
2020 SEP 15 AM 8:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.