TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

*In re*:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,

como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*,

Deudores.[1]

PROMESA
Título III

Núm. 17 BK 3283-LTS

(Administrada Conjuntamente)

La presente radicación guarda relación con el ELA, la ACT y el SRE.

## RÉPLICA DE LA DEMANDANTE A LA CENTÉSIMA SEXAGÉSIMA SÉPTIMA OBJECIÓN GLOBAL

### Introducciones

1. Solo debe cumplimentar y radicar el presente formulario de réplica si su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico, o si su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada. Si su reclamo no surge de empleo actual o anterior en el Gobierno de Puerto Rico o si su reclamo no guarda relación con una acción judicial pendiente de resolución o finalizada, su réplica debe ser radicada de conformidad con los procedimientos detallados en las páginas 3 a 4 de la Notificación que acompaña a la Centésima sexagésima séptima objeción global.

2. Rogamos radique formularios de réplica separados por cada evidencia de reclamo a la que los Deudores se hayan opuesto. No radique un único formulario de réplica que aborde más de una evidencia de reclamo.

3. Rogamos conteste a todas las preguntas y a cada una de las subpreguntas aplicables.

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19-BK-5532-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

4. Incluya tantos detalles como pueda en sus réplicas.

   a. **Sus respuestas deben proporcionar más información que la contenida en la evidencia de reclamos inicial.** Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamo, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamo.

   b. Si está disponible y se aplica a su reclamo, rogamos proporcione, asimismo, lo siguiente:
      - Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
      - Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
      - Notificación por escrito de la intención de radicar un reclamo acompañada de un comprobante de envío; y
      - Toda la documentación que a su criterio justifica su reclamo.

5. Si no dispone de una copia de su reclamo, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción global a su reclamo.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

   ☐ Nombre: Carmen Gloria Santiago Candelario

   ☐ Dirección: P.O. Box 991 Villalba P.R. 00766

   ☐ Número de teléfono: 787-372-6198

   ☐ Dirección de correo electrónico: krmen.414@hotmail.com

2. Número de su evidencia de reclamos: 89261 / 95143 / 148401 / 79917

3. Los Deudores se han opuesto a su Evidencia de reclamos porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamo. Marque la casilla con la que guarde relación su Evidencia de reclamos y explique el

2

motivo por el que se opone a la objeción indicando así el fundamento de su reclamo. Adjunte páginas adicionales si fuera necesario.

☒ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

☐ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

_____

_____

_____

_____

Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamo.

4. ¿Cuál es el monto de su reclamo (cuánto alega que se le adeuda)?:
   _Indeterminado_

5. **Empleo.** ¿Su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?
   ☐ No. *Siga con la Pregunta 6.*
   ☒ Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:
   _Departamento de Educación de Puerto Rico_

5(b). Indique las fechas de su empleo relativo con su reclamo:
   _1989 - 2019_

5(c). Últimos cuatro dígitos de su número del Seguridad Social:  _3 3 3 4_

5(d). ¿Cuál es la naturaleza de sus reclamos relativos al empleo (marque todas las casillas aplicables)?:

   ☐   Pensión

   ☒   Salarios no pagados

   ☐   Días de licencia por enfermedad

   ☐   Quejas con sindicado

   ☐   Vacaciones

   ☐   Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).
   _Aumentos de sueldos no pagados_

_____

3

6. **Acción judicial.** ¿Su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada?

- ☐ No.
- ☒ Sí. **Responda a las Preguntas 6(a) a (f).**

6(a). Indique el departamento o la agencia que sean parte en la acción.
_Departamento de Educación_

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.
_Estado Libre Asociado de Puerto Rico_
_C/o Prime Clerk LLC_

6(c). Número del caso:
_Núm. 17 BK 3283 - LTS_

6(d). Título, epígrafe o nombre del caso:
_Promesa título #11_

6(e). Estado del caso (pendiente de resolución, apelado o finalizado):
_Pendiente de resolución_

6(f). ¿Tiene una sentencia que no haya sido pagada? (Sí) No (rodee la opción que proceda)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?
_Indeterminado     2017_

## FIRME ABAJO SU RÉPLICA

_____
**Firma**

_Carmen G. Santiago_
**Deletree su nombre**

_09/09/2020_
**Fecha**

4

8 de septiembre de 2020

Saludos:

La presente, es para informar sobre la intención de formular responsabilidades asociadas, El Estado Libre Asociado de Puerto Rico, El sistema de retiro de los empleados del gobierno del Estado Libre Asociado de Puerto Rico. En virtud del título III.

Con el fundamento de que yo estuve como empleada en el Departamento de Educación en Puerto Rico en los años 1989 hasta el año 2019.

La cual tengo derechos a la reclamación de las leyes envueltas en los casos.

Dada la circunstancia de que no se han recibido todas las notificaciones debido a situaciones de emergencias ocurridas en mi país (fenómeno atmosférico, temblores y pandemias).

Me refiero a ustedes por medio postal.

### A continuación, mi información personal.

Nombre: Carmen Gloria Santiago Candelario.

Número de Seguro Social (últimos dígitos 3334)

Número celular 787-372-6198

Dirección postal

    P.O. Box 991

Villalba, Puerto Rico.    00766-0991

Correo electrónico

    Email- krmen414@hotmail.com

Números de reclamación que aparecen en los libros enviados

- Reclamación 89261     Núm caso 17 BK 3283 LTS
- Reclamación 95143
- Reclamación 148401
- Reclamación 79917

Cualquier información requerida favor de solicitarla por email, por correo postal o llamada al número de celular personal 787-372-6198.

Gracias

*C. G. Santiago*

Número de Evidencia de Reclamación:
Reclamante:

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. Sus respuestas deben proporcionar **más información** de la que se incluye en la evidencia de reclamación inicial. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. ¿Cuál es el fundamento de su reclamación?

    - [x] Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
    - [ ] Empleo actual o anterior en el gobierno de Puerto Rico
    - [ ] Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):
    Indeterminado

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   Departamento de Educación

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   1989 - 2019

3(c). Últimos cuatro dígitos de su número de seguro social: 3334

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
   Aumentos de sueldo no pagado.

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   Departamento de Educación

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   Estado Libre Asociado de Puerto Rico

4(c). Número de caso: Núm 17 BK 3283 - LTS

4(d). Título, epígrafe, o nombre del caso:
   Promesa título III

2

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente de resolución_

4(f). ¿Tiene usted una sentencia impaga? (Sí) No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_Indeterminado_ 2017

_[firma]_
Firma

Carmen G. Santiago.

Fecha:
09/09/2020

3

SRF 44227

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2020 SEP 15 AM 8 18
CLERK'S OFFICE
U.S. DISTRICT COURT

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

**NOTICE OF ADJOURNMENT OF OMNIBUS OBJECTIONS
SCHEDULED FOR HEARING AT THE JULY 29, 2020 OMNIBUS HEARING
TO THE SEPTEMBER 16, 2020 OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

1. Pursuant to notice, various omnibus objections to claims were filed and scheduled for hearing on December 11, 2019 (the "December Hearing"), as set forth in Section A of Appendix 1 hereto (collectively, the "December Objections"). The December Objections were adjourned, by notices and by the Court's *Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Carmen G. Santiago
Num S.S. 3334