From: Carmen G. Santiago
P.O Box 991
Villalba P.R.
00766-0991





U.S. POSTAGE PAID
FCM LETTER
VILLALBA, PR
00766
SEP 10, 20
AMOUNT
$7.10
R2303S101580-08

RECEIVED
2020 SEP 15 AM 8:48
CLERK'S OFFICE
U.S. DISTRICT

RETURN RECEIPT REQUESTED



CERTIFIED MAIL
7020 1290 0000 4263 5537

ReadyPost
Document Mailer

RETURN RECEIPT REQUESTED

To: Secretaria (Clerk's Office)
Tribunal de Distrito de Los E.U.
#150 Chardon Avenue
Federal Building.
San Juan Puerto Rico
00918

