Proof of Claim: <CLAIM NUMBER> _17859_
Claimant: >CLAIMANT NAME< _Milta R Leon Hernandez_

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide <u>more</u> information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

   ☐ A pending or closed legal actions with or against the Puerto Rico goverment

   ■ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

2. What is the amount of your claim (how much money do you claim to be owed):

3. <u>Employment</u>. Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:

_Departamento de Salud Mental (AMSCA) - Ponce, P.R., ELA_

3(b). Identify the dates of your employment related to your claim:

_Desde 1 de Marzo de 1971 hasta 30 de junio 1999_

3(c). Last four digits of your social security number: _2925_

3(d). What is the nature of your employment claims (select all applicable):
  □ Pension
  ■ Unpaid Wages
  □ Sick Days
  □ Union Grievance
  □ Vacation
  □ Other (Provide as much detail as possible. Attach additional pages if necessary).
  Ley 124-1973 - Aumento Sueldo, Ley 89-1979 - Retrib. Unif. y
  Ley 89-1995 - El Romerazo.

4. Legal Action  Does your claim relate to a pending or closed legal action?

  ■ No
  □ Yes

4(a). Identify the department or agency that is a party to the action.
  D/A

4(b). Identify the name and address of the court or agency where the action is pending:
  D/A

4(c). Case number: D/A

4(d). Title, Caption, or Name of Case: D/A

4(e). Status of the case (pending, on appeal, or concluded): D/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

  If yes, what is the date and amount of the judgment? D/A

RECLAMANTE: Milta R. León Hernández

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 49839

Numero de célular: 787-316-6862

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 1 de Marzo de 1971 hasta el 30 de junio de 1999 como Mensajero II en Departamento Salud Mental AMSCA Ponce, Puerto Rico de ~~la Puerto Rico Telephone Company~~ - ELA.

~~1. Ley 89 - julio 1995 - ROMERAZO     CANTIDAD $~~

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Milta R. León Hernández
Nombre en letra de molde

Milta R. León Hernández    09/12/2020
Firma y fecha

Cantidad Adeudada

(1) Ley 124 Julio 1973 - Aumento sueldo        $31,200.00
(2) Ley 89 Julio 1979 - Retribución Uniforme    $24,000.00
(3) Ley 89 Julio 1995 - Romerazo                $4,800.00

Total = $60,000.00

RECLAMANTE _Milta R. León Hernández_

DIRECCIÓN _Haciendas del Río_
_57 Calle El Jibarito_
_Coamo, Puerto Rico 00769_

Numero Reclamación _49839_

Fecha de presentación (envío) _12 de septiembre de 2020_

Deudor _Commonwealth of Puerto Rico_

Por este medio incluyo con mi reclamación presentada el _12_ de _septiembre_ de _2020_ lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company~~ _Departamento de Salud Mental - AMSCA_ en Ponce, Puerto Rico – ELA, como _Mensajero II_ desde el _1_ de _Marzo_ de _1971_ hasta el _30_ de _Junio_ de _1999_. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ _60,000.00_.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

_Milta R. León Hernández_
Nombre en letra de molde

_Milta R. León Hernández_   _09/12/2020_
Firma y fecha

# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre _Milta R. León Hernández_

Dirección Postal _Haciendas del Río_
_57 Calle El Jibarito_
_Coamo, Puerto Rico 00769_

Teléfono de contacto res. _787-316-6862_

## II. Epígrafe

A. Secretaria (Clerk's Office)
 Tribunal de Distrito de los Estados Unidos
 Room 150 Federal Building
 San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

  Número de las evidencias por reclamo:
  _Ley 124 Aumento Sueldo_    _Julio 1973_
  #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
  _Ley 89 - Retrif. Unif_    _Julio 1979_
  #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

  #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
    Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:
  _Ley 124 Aumento Sueldo_   _Julio 1973_
  Ley 89 Romerazo – Efectiva en 1 de julio de 1995
  _Ley 89 Retrib. Unif_   _Julio 1979_
  Ley de Escala Salarial – Pasos del 6 de junio de 2008

  Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

  Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company,~~ *Depart⁰ de Salud Mental (A-43* Ponce, Puerto Rico desde el _1_ de _marzo_ de _1971_ hasta el _30_ de _Junio_ de _1999_. Culmine mi laborar como _Mensajero II' Departamento de Salud Mental_ en ~~Puerto Rico Telephone Company,~~ Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo.~~

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Milta R. León Hernández_
Nombre en letra de molde

_Milta R. León Hernández_  09/12/2020
Firma

11 de junio de 1999


JOSE A. ACEVEDO MARTINEZ, PH.D.
ADMINISTRADOR
ADMINISTRACION DE SERVICIOS DE
SALUD MENTAL Y CONTRA LA ADICCION
SAN JUAN, P.R.

AMERICO OMS, M.D.
DIRECTOR MEDICO
HOSPITAL DE SIQUIATRIA
PONCE, P.R.

LIC. FRANCISCO MATOS
ADMINISTRADOR
HOSPITAL DE SIQUIATRIA
PONCE, P.R.

SRA. MIRTA R. LEON HERNANDEZ
DEPTO. DE FARMACIA

Efectivo al 30 de junio de 1999, deseo presentar mi renuncia al puesto que ocupo como Mensajero II, en el Hospital de Siquiatría de Ponce.

Esta es con motivo de mi participación de la Ley #182, para el Retiro Temprano.

Deseo expresar mi agradecimiento por la oportunidad que me brindaron para trabajar en la institución.


cf.   Lcda. Blanca R. Burgos
      Supervisora
      Depto. de Farmacia

OP-1 (Rev. Agosto 1952)

| 1. SIMBOLOS DE CONTABILIDAD | | | | | | ESTADO LIBRE ASOCIADO DE PUERTO RICO | 2. Cert. Núm. |
|---|---|---|---|---|---|---|---|
| A. F. | Fondo | Agencia | Div. | Sub. Div. | Asig. | Objeto | OFICINA DE PERSONAL SAN JUAN, PUERTO RICO | 3. Autorización Núm. |
| 71 | 111 | 75 | 11 | --- | 75 | 111 | NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO | 4. Fecha: |

INSTRUCCIONES: Use este formulario para informar todo nombramiento en el Servicio por Oposición y en el Servicio sin Oposición. Use un formulario para cada nombramiento. La Agencia utilizará este formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no debe ser sometido antes de la persona empezar a trabajar. El apartado 16 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Si la persona nombrada no tiene el Historial Personal (Formulario OP-1) radicado en la Oficina de Personal, dicho formulario deberá ser sometido conjuntamente con esta Notificación de Nombramiento. Además, este formulario deberá venir acompañado del Examen Médico (Formulario OP-12) y del acta de nacimiento de la persona nombrada. Prepare cuatro copias de este formulario y someta tres a la Oficina de Personal con los documentos estipulados. Para nombramiento de emergencia no se requiere Historial Personal, Examen Médico ni acta de nacimiento. La cuarta copia es para sus archivos.

5. Nombre del Empleado: (Apellido Paterno) (Apellido Materno) (Nombre)
Si se trata de una mujer casada siga este orden:
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

6. Dirección:

7. Agencia, Negociado o División, Sección o Unidad:

8. Título de Clasificación: Símbolo ___ Puesto Núm. ___

9. Sexo: ☐ Varón ☒ Mujer

10. Clase de nombramiento:
☐ Probatorio  ☐ Transitorio  ☒ Provisional  ☐ De Emergencia Núm.
☐ En el Servicio sin Oposición. (INDIQUE LA DISPOSICION LEGAL QUE INCLUYE EL PUESTO EN ESTE SERVICIO)

11. Fecha de efectividad de Nombramiento:

12. Fecha en que expira el nombramiento si es transitorio o de emergencia

13. Sueldo Mensual: $ ___ Obvenciones ___

14. Anterior Incumbente: ___ Título de clasificación del puesto: ___

15. Firma de la autoridad nominadora o su representante autorizado:
Firma: ___ Título: Oficial de Personal ___ Fecha: ___

16. JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO

Yo, ___ de ___ ___
(Nombre del Funcionario o Empleado) (Edad) (Nombre del cargo o empleo)

juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

(Funcionario o Empleado)

Jurado y firmado ante mí ___
en y para ___ hoy día ___ de ___ del año ___
AFFIDAVIT NUM. ___

(Funcionario que toma el juramento)

NO ESCRIBA DEBAJO DE ESTA LINEA

OFICINA DE PERSONAL

17. Nombramiento aprobado por:
Fecha:

18. Tarjeta:
Perforada: ___ Por: ___
Verificada: ___ Por: ___

| 19. Núm. asignado al empleado | Núm. Historial Personal | CONTADURIA | |
|---|---|---|---|
| | | 20. Intervención: | 21. Tarjeta Perforada: Por: Verificada: Por: |

J8-1947-800B-29-IGPR

Modelo OP-15
Rev. 12 Feb. 70

**IMPORTANTE:**
**INSTRUCCIONES:-**
**LEA AL DORSO**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**OFICINA DE PERSONAL**
INFORME DE CAMBIO

1. Número del Cambio  E- 7054
2. Número del Empleado  2-60,251

Antes del Cambio  Pres. 432   Después del Cambio

| Núm. | Cambio a Efectuarse | Puesto Núm. 1119 Cls. 126 | Puesto Núm. |
|---|---|---|---|
| 3. | Nombre del Empleado | Mirta A. León Fernández | |
| 4. | Título de Clasificación | Mensajero | Consejero |
| 5. | Departamento o Agencia | Salud | |
| 6. | División | Negociado de Salud | Hospital Siquiatría |
| 7. | Unidad o Sección | Hospital Siquiatría | Ponce |
| 8. | Dirección (del Trabajo) | Ponce | |
| 9. | Dirección (Postal) | | |
| 10. | Estado Civil | | |
| 11. | Clase de Nombramiento | Prov. (d. 8 sept./70) | Prob. (h. junio 30/71) |
| 12. | Sueldo | $248.65 | $248.65  8.70 |
| 13. | Descuento para Retiro | | |
| 14. | Descuento para Ahorro | SUR | |
| 15. | Descuento para Seguro | | |
| 16. | Descuento por Préstamos | | |
| 17. | Descuento por Contribución sobre Ingresos | | |
| 18. | Cuota para la Cruz Azul | | |
| 19. | Otros Descuentos | | |
| 20. | Obvenciones | | |
| 21. | Fecha de Efectividad | 23 de febrero/71 | 1 de marzo/71 |

22. Indique si se trata de:
☐ Ascenso   ☐ Traslado   ☐ Descenso   ☐ Cambio de Status   ☐ Reasignación

23. En caso de traslado a otra agencia—Licencia que debe acreditarse:
Por Enfermedad _____ días   Para Vacaciones _____ días

| | Último Día de Trabajo | Licencia Anual Concedida | Fecha de Separación (Último día de pago) |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación en Período Probatorio | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Muerte: Fecha____ Hora____   Último día de pago: ____A____   Participante de Retiro ☐ Sí ☐ No

| | Duración | De | A |
|---|---|---|---|
| 29. Suspensión: | | | |
| 30. Licencia sin sueldo: | | | |
| 31. Licencia Militar: | | | |
| 32. Licencia de Maternidad: | | | |
| 33. Licencia Especial para Estudio: | Duración | De | |

34. Reinstalación:
35. Comentarios y Explicaciones (Si necesita más espacio use el dorso) Cesantía antes de cambio por Pro.
Nuevo nombramiento después de cambio efectivo 1 marzo/71. Período probat...

Examen sin Oposición ☐

36. En caso de cambio de puesto indique: Seleccionado de Terna Núm. ____ 3617   Nombre del anterior incumbente Vacante Original
Autorización Núm. ____

37. Si el cambio es por traslado, el jefe de la agencia donde se origine el traslado o su representante autorizado firma aquí:
_[signature]_

38. Firma del empleado en caso de traslado o cambio de nombre, descenso y cambio de puesto dentro de servicios
Por Oposición   Sin Oposición   Exento

39. Aprobado por: _[signature]_ Oficial de Personal    Fecha 2 de marzo/71
Jefe de la Agencia o su Representante Autorizado

APARTADOS 40 AL 44 PARA USO DE LA OFICINA DE PERSONAL SOLAMENTE

40. Aprobado por:   41. Tarjeta perforada   42. Inscrito
Fecha                Por:                    Por:

43. ANTES DEL CAMBIO   SIMBOLOS DE CONTABILIDAD   44. DESPUES DEL CAMBIO

| A.F. | Fondo | Agencia | Dlv. | Sub Div. | Asignación | Objeto | A.F. | Fondo | Agencia | Dlv. | Sub Div. | Asignación | Objeto | DEJESE EN BLANCO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 111 | 73 | 11 | - | 75 | 112 | 71 | 111 | 73 | 11 | - | 75 | 111 | |

Modelo OP-16
Rev. 13 Feb. 70

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**OFICINA DE PERSONAL**
**INFORME DE CAMBIO**

1. Número del Cambio  P-7623
2. Número del Empleado  191980

IMPORTANTE:
INSTRUCCIONES:-
LEA AL DORSO

Antes del Cambio  Pres. 432                Después del Cambio

| Núm. | Cambio a Efectuarse | Puesto Núm. 0094 | Puesto Núm. |
|---|---|---|---|
| 3. | Nombre del Empleado | Mirta R. León Hernández | |
| 4. | Título de Clasificación | Mensajero | |
| 5. | Departamento o Agencia | Salud | JUN 18 1971 |
| 6. | División | Negociado de Salud | |
| 7. | Unidad o Sección | Hospital Siquiatría | |
| 8. | Dirección (del Trabajo) | Ponce | |
| 9. | Dirección (Postal) | | |
| 10. | Estado Civil | | |
| 11. | Clase de Nombramiento | Prob. (d. 1 marzo/71) | Regular |
| 12. | Sueldo | | |
| 13. | Descuento para Retiro | | |
| 14. | Descuento para Ahorro | | |
| 15. | Descuento para Seguro | | |
| 16. | Descuento por Préstamos | | |
| 17. | Descuento por Contribución sobre Ingresos | | |
| 18. | Cuota para la Cruz Azul | | |
| 19. | Otros Descuentos | | |
| 20. | Obvenciones | | |
| 21. | Fecha de Efectividad | | 1 julio/71 |

22. Indique si se trata de:  ☐ Ascenso  ☐ Traslado  ☐ Descenso  ☒ Cambio de Status  ☐ Reasignación
23. En caso de traslado a otra agencia—Licencia que debe acreditarse:  Por Enfermedad ___ días  Para Vacaciones ___ días

| | Último Día de Trabajo | Licencia Anual Concedida | Fecha de Separación (Último día de pago) |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación en Período Probatorio | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Muerte: Fecha ___ Hora ___  Último día de pago: ___  Participante de Retiro ☐ Sí ☐ No
29. Suspensión:  Duración ___ De ___ A ___
30. Licencia sin sueldo:  Duración ___ De ___ A ___
31. Licencia Militar:  Duración ___ De ___ A ___
32. Licencia de Maternidad:  Duración ___ De ___ A ___
33. Licencia Especial para Estudio:  Duración ___ De ___ A ___
34. Reinstalación:
35. Comentarios y Explicaciones (Si necesita más espacio use el dorso) Se acompaña OP-35 debidamente cumplimentada

Examen sin Oposición ☐

36. En caso de cambio de puesto indique:
Seleccionado de Terna Núm. ___  Nombre del anterior incumbente ___
Autorización Núm. ___
37. Si el cambio es por traslado, el jefe de la agencia donde se origine el traslado o su representante autorizado firma aquí:
38. Firma del empleado en caso de traslado o cambio de nombre, descenso y cambio de puesto dentro de servicios
Por Oposición ___ Sin Oposición ___ Exento ___

39. Aprobado por: ABELARDO LE COMPTE/Oficial de Personal     Fecha 18 de junio/71
Jefe de la Agencia o su Representante Autorizado

APARTADOS 40 AL 44 PARA USO DE LA OFICINA DE PERSONAL SOLAMENTE

40. Aprobado por:            41. Tarjeta perforada        42. Inscrito
Fecha ___                    Por: ___                    Por: ___

43. ANTES DEL CAMBIO — SIMBOLOS DE CONTABILIDAD — 44. DESPUES DEL CAMBIO

| A. F. | Fondo | Agencia | Div. | Sub Div. | Asignación | Objeto | A. F. | Fondo | Agencia | Div. | Sub Div. | Asignación | Objeto | DEJESE EN BLANCO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | 111 | 73 | 11 | - | 75 | 111 | | | | | | | | |