Milta R. León Hernández
Haciendas del Rio
57 Calle El Jibarito
Coamo, Puerto Rico
00769



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

