Berto L. León Rivera
Residencial Leonardo Santiago
Bloque 4 Apartamento 42
Juana Díaz P.R. 00795



Clerk's Office
United State District Court
Room 150 Federal Building.
San Juan P.R. 00918-1767

2020 SEP 15 AM 8:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
RECEIVED & FILED