UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

             Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

ORDER REGARDING MED CENTRO INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

        The Court has received and reviewed the parties' *Joint Status Report in Compliance with Order Regarding Med Centro Inc's Motion for Relief from the Automatic Stay* [ECF No. 14251] (Docket Entry No. 14283 in Case No. 17-3283, the "Status Report"). In light of the parties' clarifications of their positions, and given that neither party still requests a hearing, the hearing on *Med Centro Inc.'s Motion for Relief from the Automatic Stay* (Docket Entry No. 13748, the "Motion") is hereby cancelled. The Court will take the Motion on submission.

SO ORDERED.

Dated: September 15, 2020

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                          United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).