*Proof of Claim:* 104045

*Claimant:* **Ruth Dalia Luisa Martinez Velez**

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide <u>more</u> information than the initial proof of claim**. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com. or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Questionnaire

1. **What is the basis of your claim?**

   ☐ A pending or closed legal action with or against the Puerto Rican government

   ☑ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

   _____ $ 7,200.00 dólares _____

3. **Employment. Does your claim relate to current or former employment with the Government of Puerto Rico?**

   ☐ No. *Please continue to Question 4.*

   ☑ Yes. **Answer Questions 3(a)-(d).**

3(a). Identify the specific agency or department where you were or are employed:

   _____ Departamento de Educación _____

Batch 17


990123400815322

*Proof of Claim:* **104045**
*Claimant:* **Ruth Dalia Luisa Martinez Velez**

3(b). Identify the dates of your employment related to your claim:

*2009-2010 —>hasta diciembre (2018*

3(c). Last four digits of your social security number: *1637*

3(d). What is the nature of your employment claims (select all applicable):

- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☒ Other (Provide as much detail as possible.  Attach additional pages if necessary).

*ley Núm. 7 del. año 2009*

4. **Legal Action.  Does your claim relate to a pending or closed legal action?**

- ☒ No.
- ☐ Yes.  **Answer Questions 4(a)-(f).**

4(a).  Identify the department or agency that is a party to the action.

*N / A*

4(b).  Identify the name and address of the court or agency where the action is pending:

*N / A*

4(c).  Case number: *N / A*

4(d).  Title, Caption, or Name of Case: *N / A*

4(e).  Status of the case (pending, on appeal, or concluded): *N / A*

4(f).  Do you have an unpaid judgment? Yes / No  (Circle one)

If yes, what is the date and amount of the judgment? *N / A*


990123400815322

*Número de Evidencia de Reclamación:* **174142**

*Reclamante:* **Martinez Velez, Ruth Dalia Luisa**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables.  Incluya el mayor nivel de detalle posible en sus respuestas.  **Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial**.  A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☒ Empleo actual o <u>anterior</u> en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   _____ $2,400.00 dólares _____

**Batch 17**


990123400821725

*Número de Evidencia de Reclamación:* **174142**
*Reclamante*: **Martinez Velez, Ruth Dalia Luisa**

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   □   No. *Pase a la Pregunta 4.*

   ☒   Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:

   *Departamento de Educacion*

3(b). Identifique las fechas de su empleo con relación a su reclamación:

   *1985-1990*

3(c). Últimos cuatro dígitos de su número de seguro social: _____ *1637*

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   □   Jubilación

   ☒   Salarios impagos

   □   Días por enfermedad

   □   Queja con el sindicato

   □   Vacaciones

   □   Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☒   No.

   □   Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

   *N/A*

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

   *N/A*

4(c). Número de caso: _____ *N/A*

4(d). Título, epígrafe, o nombre del caso:

   *N/A*

990123400821725

*Número de Evidencia de Reclamación:* **174142**
*Reclamante*: **Martinez Velez, Ruth Dalia Luisa**

4(e).  Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____ N/A _____

4(f).  ¿Tiene usted una sentencia impaga? Sí  /  No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____ N/A _____



990123400821725

*Número de Evidencia de Reclamación:* **174145**
*Reclamante:* **Martinez Velez, Ruth Dalia Luisa**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables.  Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial**.  A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a <u>PRClaimsInfo@primeclerk.com,</u> o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☒ Empleo actual o <u>anterior</u> en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   _____$19,700.00 dólares_____

**Batch 17**



990123400821727

*Número de Evidencia de Reclamación:* **174145**
*Reclamante:* **Martinez Velez, Ruth Dalia Luisa**

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐ No. *Pase a la Pregunta 4.*

   ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:

   *Departamento de Educación*

3(b). Identifique las fechas de su empleo con relación a su reclamación:

   *2002 hasta diciembre/2018*

3(c). Últimos cuatro dígitos de su número de seguro social:   *1637*

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación

   ☒ Salarios impagos

   ☐ Días por enfermedad

   ☐ Queja con el sindicato

   ☐ Vacaciones

   ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   *Ley #96- 1/julio/2002*

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☒ No.

   ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

   *N/A*

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

   *N/A*

4(c). Número de caso:   *N/A*

4(d). Título, epígrafe, o nombre del caso:

   *N/A*


990123400821727

*Número de Evidencia de Reclamación:* **174145**
*Reclamante:* **Martinez Velez, Ruth Dalia Luisa**

4(e).  Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____ N/A _____

4(f).  ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____ N/A _____

990123400821727

*Número de Evidencia de Reclamación:* **174148**
*Reclamante:* **Martinez Velez, Ruth Dalia Luisa**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
| --- | --- |
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☒ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   $7,200.00 dólares
   _____

**Batch 17**



990123400821730

*Número de Evidencia de Reclamación:* **174148**
*Reclamante:* **Martinez Velez, Ruth Dalia Luisa**

3. **Empleo.** **¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?**
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ **Sí. Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:

_Departamento de Educación_

3(b). Identifique las fechas de su empleo con relación a su reclamación:

_2009-2010 hasta diciembre/2018_

3(c). Últimos cuatro dígitos de su número de seguro social: _1637_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_Ley Núm. 7 del año 2009_

4. **Acción legal.** **¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?**
   - ☒ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

_N/A_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

_N/A_

4(c). Número de caso: _N/A_

4(d). Título, epígrafe, o nombre del caso:

_N/A_

990123400821730

*Número de Evidencia de Reclamación:* **174148**
*Reclamante:* **Martinez Velez, Ruth Dalia Luisa**

4(e).  Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____ N/A _____

4(f).  ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

990123400821730

PRESS FIRMLY TO SEAL

**PRIORITY MAIL
POSTAGE REQUIRED**

$7.75

Origin: 00715
09/04/20
4260300715-03

**PRIORITY MAIL 1-DAY®**

0 Lb 3.30 Oz

1005

EXPECTED DELIVERY DAY:  09/05/20

C018

SHIP
TO:
150 AVE CARLOS CHARDON
STE 150
San Juan PR 00918-1706

**USPS TRACKING® NUMBER**



9505 5105 4732 0248 7259 27

# PRI
★ M

DATE

USPS TRACKING INCLUDED

INSUR

PICKU

* Dome

WHEN USED INT
A CUSTOMS
LABEL MAY B

ROM: Ruth Dalia Luisa Martinez Velez
PMB 506
609 Ave. Tito Castro Suite 102
Ponce, Puerto Rico 00716-0200

TO: Clerk's Office
United States District Court
Room 150 Federal BLDG
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 SEP 11 AM 9:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.


PS00001000014

EP14F July 2013
OD: 12.5 x 9.5


VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES
POSTAL SERVICE®