# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:35 AM (AST)
Ended: 11:48 AM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE JUDGE LAURA TAYLOR SWAIN**          DATE: September 16, 2020

**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**

COURTROOM DEPUTY: Carmen Tacoronte

COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re: <br><br> The Financial Oversight and Management Board for Puerto Rico <br><br> *as representative of* <br><br> The Commonwealth of Puerto Rico *et al.*, Debtors | 3:17-BK-3283 (LTS) <br><br> PROMESA Title III <br><br> (Jointly Administered) |
| In Re: <br><br> The Financial Oversight and Management Board for Puerto Rico <br><br> *as representative of* <br><br> Puerto Rico Electric Power Authority, <br><br> Debtor | 3:17-BK-4780 (LTS) <br><br> PROMESA Title III <br> (Jointly Administered) |

3:17-BK-3283 (LTS)
Omnibus Hearing – September 16, 2020

**Omnibus Hearing held.**

**I.  STATUS REPORTS**

1. Report from the Oversight Board
2. Report from AAFAF

**II.  CONTESTED MATTERS**

1. Consul-Tech Caribe, Inc.'s Administrative Expense Motion.  [Case No. 17-3283; ECF No. 9845]
   - Denied without prejudice. Order to be issued.

2. PREPA's Motion to Reject Certain Power Purchase and Operating Agreements [Case No. 17-3283, ECF No. 13579; Case No. 17-4780, ECF No. 2050]
   - Granted. Order to be issued.

3. PREPA's Motion to Allow Administrative Expense Claim.  [Case No. 17-3283, ECF No. 13583; Case No. 17-4780, ECF No. 2053]
   - Matter taken under advisement. Order to be issued.

4. UCC's Urgent Motion to Lift Stay to Pursue Objection to GO Priority. [Case No. 17-3283, ECF No. 13726]
   - Denied without prejudice to renewal no earlier than for the March 2021 Omnibus Hearing. Order to be issued.

**III.  ADJOURNED MATTERS**

1. Gladys García-Rubiera et. al.'s Motion Requesting Relief of Stay under 362(d)(1) of the Bankruptcy Code.  [Case No. 17-3283, ECF No. 2434]

2. Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service. [Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]

3. Atlantic Medical Center, Inc. et al.'s Motion to Enforce Court's Prior Order and for Relief from Automatic Stay. [Case No. 17-3283, ECF No. 12918]

4. Debtor's Rule 9019 Motion for Order Allowing PRIFA BANs Guarantee Claim. [Case No. 17-3283, ECF No. 12519]

3:17-BK-3283 (LTS)
Omnibus Hearing – September 16, 2020

5. Debtors' Omnibus Objections to Claims. Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the September 16, 2020 Omnibus Hearing to the October 28, 2020 Omnibus Hearing [Case No. 17-3283, ECF No. 14138]

6. UCC's Motion to Terminate PREPA 9019 Motion. [Case No. 17-3283, ECF No. 14056; Case No. 17-4780, ECF No. 2144]

7. Scheduling Conference. [Sciemus Ltd. v. PREPA; Adv. No. 19-369]

8. Efron Dorado, S.E.'s Motion for Relief from Stay. [Case No. 17-3283, ECF No. 13817; Case No. 17-4780, ECF No. 2089]

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy