UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, | |
| Debtor. | |

------------------------------------------------------------x

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA"); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

as representative of

THE COMMONWEALTH OF PUERTO RICO,

    Plaintiff,

       -v-

AMBAC ASSURANCE CORPORATION et al.,

    Defendants.

Adv. Proc. No. 20-003-LTS

-------------------------------------------------------------x

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,

    Plaintiff,

       -v-

AMBAC ASSURANCE CORPORATION et al.,

    Defendants.

Adv. Proc. No. 20-004-LTS

-------------------------------------------------------------x

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,

    Plaintiff,

       -v-

AMBAC ASSURANCE CORPORATION et al.,

    Defendants.

Adv. Proc. No. 20-005-LTS

-------------------------------------------------------------x

<u>ORDER REGARDING PROCEDURES FOR SEPTEMBER 23, 2020, HEARING</u>

The Court will hear oral arguments in connection with the pending motions for partial summary judgment in the above-captioned adversary proceedings (Docket Entry No. 43

in Adv. Proc. No. 20-0003, Docket Entry No. 40 in Adv. Proc. No. 20-0004, and Docket Entry No. 55 in Adv. Proc. No. 20-0005, collectively, the "Motions") beginning at **9:00 a.m. (Atlantic Standard Time) on September 23, 2020** (the "Hearing"). In light of the ongoing COVID-19 public health crisis, the Court will conduct the Hearing telephonically via CourtSolutions. The Hearing shall be governed by the following procedures. The Hearing will be conducted from 9:00 a.m. to 12:45 p.m. (AST) and resume at 2:15 p.m. (AST) if necessary.

**Registration for Speaking and Listen-In Lines for**
**Attorneys; Listen-In Facilities for Members of Public and Press**

1. Attorneys who have entered an appearance in the Title III proceedings may register to participate as speakers or listen-in on the proceedings by telephone. Such attorneys must register with CourtSolutions at www.court-solutions.com no later than **September 21, 2020, at 5:00 p.m. (Atlantic Standard Time)** and pay the fee established by CourtSolutions. In order to promote the efficient conduct of the proceedings, the number of speaking participation lines shall be limited. The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") shall be limited to four such speaking lines, and each other party to the motion practice shall be limited to two such speaking lines. There will be no limitation on the registration of listen-in lines for attorneys who have entered appearances in these proceedings.

2. In order to listen-in on the proceedings by telephone, members of the public and press should dial (888) 363-4749, and enter the access code (7214978) and security code (5155) when prompted. The access lines for press and the general public will be in listen-only mode at all times. Recording and further broadcasting of the proceedings by any means remain prohibited. Although Judicial Conference policy generally prohibits the broadcasting of proceedings in federal trial courts, the Executive Committee of the Judicial Conference has approved a limited temporary exception to the policy to allow a judge to authorize the use of

teleconference technology to provide the public and the press with audio access to court proceedings while public access to federal courthouses is restricted due to the health and safety concerns presented by the COVID-19 pandemic.

**Order and Number of Speakers; Telephone Etiquette**

      3. The Court has allotted a total of **four hours** of argument time for the Motions.

      4. Counsel who intend to speak must meet and confer and jointly file an informative motion by **September 22, 2020, at 9:00 a.m. (Atlantic Standard Time)** identifying (a) the names of the individuals who intend to speak on behalf of each party in connection with each Motion, (b) the order in which the speakers shall present argument, including the issue(s) that each speaker will address, and (c) time allocations for each speaker.

      5. During the call, the individuals who are allocated speaking lines are directed to observe the following rules:

        a. Use a landline whenever possible.

        b. Use a handset rather than a speakerphone.

        c. Identify yourself if asked to do so.

        d. Identify yourself by name each time you speak.

        e. <u>Mute</u> yourself when you are not speaking to eliminate background noise.

        f. Spell proper names.

      6. All persons granted remote access to the proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media

credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

**Pre-Hearing Filing Deadlines**

7. To the extent that counsel at the Hearing intend to refer to demonstratives or to direct the Court's attention to particular exhibits that have been filed in connection with the Motions, counsel shall file any such exhibits and/or demonstratives as attachments in searchable PDF format to an informative motion labeled to correspond to the relevant Motion by **3:00 p.m. (Atlantic Standard Time) on September 21, 2020**. Each party shall mark its exhibits, if any, in a distinctive manner (e.g., "Movants' Ex. 1" or "Opponents' Ex. 1") and include an exhibit list cross-referencing each exhibit with its location in the motion submissions that are on the docket.

SO ORDERED.

Dated: September 16, 2020

       /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
      United States District Judge