# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>                Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3566-LTS |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I caused to be served the following documents by sending a true and correct copy by e-mail on the parties listed on **Exhibit A** on September 11,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2020, and by first class mail on the parties listed on same **Exhibit A** for which no e-mail is provided commencing on September 15, 2020, and continuing through September 16, 2020.

- *Motion of the Bank of New York Mellon, as Fiscal Agent, for Summary Judgment Pursuant to Fed. R. Civ. P. 56 Regarding Ultra Vires Challenge* **[Case No. 17-Bk-3283, Docket No. 14247]**; and

- *Statement of Undisputed Material Facts in Support of the Motion of the Bank of New York Mellon, as Fiscal Agent, for Summary Judgment Pursuant to Fed. R. Civ. P. 56 Regarding Ultra Vires Challenge* **[Case No. 17-Bk-3283, Docket No. 14249].**

The undersigned also hereby certifies that a copy thereof was sent by U.S. mail to the U.S. Trustee for the District of Puerto Rico on September 14, 2020, at:

> US Trustee for the District of Puerto Rico
> Edificio Ochoa
> 500 Tanca Street, Suite 301
> San Juan, P.R. 00901-1922

In addition, a true and correct copy of the following documents were electronically served via CM/ECF system on all counsel of record.

Dated: September 16, 2020

SEPULVADO, MALDONADO &COURET

By: *s/ Albéniz Couret Fuentes*
Albéniz Couret Fuentes
USDC-PR Bar No. 222207
AON Center, Suite 990
304 Ponce de León Ave.
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: acouret@smlawpr.com