UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER CONCERNING MED CENTRO INC.'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY

        Before the Court is *Med Centro Inc.'s Motion for Relief from the Automatic Stay* (Docket Entry No. 13748 in Case No. 17-3283, the "Motion") filed by Med Centro, Inc. ("Med Centro"). The Court has carefully reviewed and considered all of the parties' submissions,[2] including the *Joint Status Report in Compliance with Order Regarding Med Centro Inc's Motion for Relief from the Automatic Stay [ECF No. 14251]* (Docket Entry No. 14283 in Case No. 17-

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] *Objection of the Commonwealth of Puerto Rico to Med Centro Inc.'s Motion for Relief from the Automatic Stay* (Docket Entry No. 13952 in Case No. 17-3283); *Reply to the Commonwealth of Puerto Rico's Objection to Med Centro, Inc.'s Motion for Relief from the Automatic Stay* (Docket Entry No. 14014 in Case No. 17-3283).

3283, the "Status Report"). In light of the parties' respective positions as set forth in the Status Report, the Motion is GRANTED and the automatic stay is lifted to the extent that:

1) Movant may apply for an extension of the enforcement jurisdiction of the U.S. District Court for the District of Puerto Rico over the parties' *Confidential Settlement Agreement* (Docket Entry No. 987-2 in Case No. 06-1260 (GAG), the "CSA"), without prejudice to the parties' respective positions as to whether such extension should be granted; and

2) Movant may invoke and pursue the dispute resolution process set forth in section III.D of the CSA, provided that the stay remains in place with respect to the execution and enforcement of any decision rendered through that process under paragraph 6 of the *Eleventh Omnibus Order Granting Relief from the Automatic Stay* (Docket Entry No. 8499 in Case No. 17-3283).

The Motion is DENIED in all other respects.

This Order resolves Docket Entry No. 13748 in Case No. 17-3283.

SO ORDERED.

Dated: September 17, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge