UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:                                                              PROMESA
                                                                    Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                                  No. 17 BK 3283-LTS


THE COMMONWEALTH OF PUERTO RICO                                     (Jointly Administered)
et al.,


               Debtors.[1]
-------------------------------------------------------------x

ORDER DENYING URGENT MOTION OF
OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO
LIFT STAY TO ALLOW COMMITTEE TO PURSUE OBJECTION TO GO PRIORITY

         For the reasons stated on the record at the September 16, 2020, Omnibus Hearing,
the *Urgent Motion of Official Committee of Unsecured Creditors to Lift Stay to Allow Committee
to Pursue Objection to GO Priority* (Docket Entry No. 13726 in Case No. 17-3283, the
"Motion") is denied without prejudice.  The issues presented in the Motion may be raised again
and noticed for a hearing no sooner than in connection with the March 2021 Omnibus Hearing as
set forth in the *Order Further Amending Case Management Procedures* (Docket Entry No.
13512 in Case No. 17-3283.)  This Order resolves Docket Entry No. 13726 in Case No. 17-3283.

         SO ORDERED.

Dated: September 17, 2020                                  /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number
and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are
the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-
3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing
Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal
Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy
Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees
Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS")
(Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto
Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four
Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")
(Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III
case numbers are listed as Bankruptcy Case numbers due to software limitations).