**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

                  Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Nicholas Vass, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On September 10, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Fee Application Service List attached hereto as **Exhibit A:**

- Forty-First Monthly Fee Application of Proskauer Rose LLP as Attorneys to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors, the Commonwealth of Puerto Rico for the Period August 1, 2020 through August 31, 2020

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: September 17, 2020

*/s/ Nicholas Vass*
Nicholas Vass

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 17, 2020, by Nicholas Vass, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

**Exhibit A**

Exhibit A
Fee Application Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Bennazar Garcia & Milian CSP | Attn AJ Bennazar Zequeira | Edificio Union Plaza PH A Piso 18 | Avenida Ponce de Leon 416 | Hato Rey San Juan | PR | 00918- | | ajb@bennazar.org; bgm.csp@bennazar.org; hector.mayol@bennazar.org; francisco.delcastillo@bennazar.org | Overnight Mail and Email |
| Casillas Santiago & Torres LLC | Attn J Ayala D Brsrd A Ngrn E Nva | El Caribe Office Building | 53 Palmeras Street Ste 1601 | San Juan | PR | 00901-2419 | | jcasillas@cstlawpr.com; dbatlle@cstlawpr.com; aaneses@cstlawpr.com; emontull@cstlawpr.com | Overnight Mail and Email |
| EDGE Legal Strategies, PSC | Attn: Eyck O. Lugo | 252 Ponce de León Avenue | 252 Ponce de León Avenue, Citibank Tower, 12th Floor | San Juan | PR | 00918- | | elugo@edgelegalpr.com | Email |
| Financial Oversight and Management Board | Attn Prof Arthur Gonzalez | 40 Washington Square South | Office 314A | New York | NY | 10012 | | arthur.gonzalez@nyu.edu | Overnight Mail and Email |
| Godfrey & Kahn S.C. | Attn: Brady C. Williamson; Katherine Stadler | One East Main Street | Suite 500 | Madison | WI | 53703-3300 | | bwilliam@gklaw.com; kstadler@gklaw.com | Email |
| Jenner & Block LLP | Attn Catherine Steege Melissa Root | 353 N Clark Street | | Chicago | IL | 60654 | | rgordon@jenner.com; rlevin@jenner.com | Overnight Mail and Email |
| Jenner & Block LLP | Attn Robert Gordon Richard Levin | 919 Third Ave | | New York | NY | 10022-3908 | | mroot@jenner.com; csteege@jenner.com | Overnight Mail and Email |
| Marini Pietrantoni Muniz LLC | Attn MariniBiaggi Rivero Soler | MCS Plaza Suite 500 | 255 Ponce de Leon Ave | San Juan | PR | 00917- | | vblay@mpmlawpr.com; lmarini@mpmlawpr.com; cvelaz@mpmlawpr.com | Overnight Mail and Email |
| O Melveny Myers LLP | Attn J Rpsrdi S Ulnd P Frdmn D Cntr | 7 Times Square | | New York | NY | 10036 | | jrapisardi@omm.com; suhland@omm.com; pfriedman@omm.com; dperez@omm.com; dcantor@omm.com | Overnight Mail and Email |
| O Neil Borges LLC | H Bauer U Fernandez Refojos Benitez | American International Plaza | 250 Munoz Rivera Ave Ste 800 | San Juan | PR | 00918-1813 | | hermann.bauer@oneillborges.com; daniel.perez@oneillborges.com; ubaldo.fernandez@oneillborges.com; Carla.garcia@oneillborges.com; jspina@omm.com | Overnight Mail and Email |
| Office of United States Truste | Attn Guy G Gebhardt | 75 Spring Street SW | Room 362 | Atlanta | GA | 30303 | | | Overnight Mail |
| Paul Hastings LLP | Attn LD AT LP JB JW AB MC GB | 200 Park Avenue | | New York | NY | 10166 | | lucdespins@paulhastings.com; andrewtenzer@paulhastings.com; leslieplaskon@paulhastings.com; jamesbliss@paulhastings.com; jamesworthington@paulhastings.com; anthonybuscarino@paulhastings.com; michaelcomerford@paulhastings.com; alexbongartz@paulhastings.com | Overnight Mail and Email |
| Puerto Rico Department of Treasury | Attn: Reylam Guerra Goderich, Omar E. Rodríguez Pérez, Angel L. Pantoja Rodríguez, Francisco Parés Alicea & Francisco Peña Montañez | PO Box 9024140 | | San Juan | PR | 00902-4140 | | Reylam.Guerra@hacienda.pr.gov; Rodriguez.Omar@hacienda.pr.gov; angel.pantoja@hacienda.pr.gov; francisco.pares@hacienda.pr.gov; Francisco.Pena@hacienda.pr.gov | Overnight Mail and Email |
| US Trustee District of Puerto Rico | Attn M Arribas G Gebhardt M Gianrks | Edificio Ochoa | 500 Tanca Street Suite 301 | San Juan | PR | 00901-1922 | | USTP.Region21@usdoj.gov | Overnight Mail and Email |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 1 of 1