## Exhibit D

**Budget and Staffing Plan**

## Exhibit D-1

**Budget Plan for the Compensation Period**

| Matter ID | Matter | Feb 2020 | | March 2020 | | April 2020 | | May 2020 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees |
| 33260.0002 | PROMESA TITLE III: COMMONWEALTH | $2,876,675.40 | $3,000,000 | $2,496,972.00 | $2,650,000 | $1,852,329.00 | $2,100,000 | $2,048,832.30 | $2,250,000 |
| 33260.0034 | COMMONWEALTH TITLE III - HEALTHCARE | $140,998.80 | $160,000 | $64,366.20 | $85,000 | $22,407.60 | $40,000 | $152,995.50 | $175,000 |
| 33260.0035 | COMMONWEALTH TITLE III - APPOINTMENTS CLAUSE | $0.00 | $0 | $0.00 | $0 | $6,785.40 | $0 | $0.00 | $0 |
| 33260.0036 | COMMONWEALTH TITLE III - UPR | $5,759.70 | $10,000 | $7,574.40 | $10,000 | $4,339.50 | $10,000 | $0.00 | $5,000 |
| 33260.0039 | COMMONWEALTH TITLE III - RULE 2004 | $146,531.70 | $170,000 | $220,662.90 | $250,000 | $99,230.10 | $125,000 | $145,391.70 | $165,000 |
| 33260.0040 | COMMONWEALTH TITLE III - COOPERATIVAS | $2,130.30 | $2,500 | $2,209.20 | $2,500 | $128,489.40 | $150,000 | $48,368.10 | $50,000 |
| 33260.0041 | COMMONWEALTH TITLE III - MISCELLANEOUS | $95,428.50 | $125,000 | $54,861.00 | $90,000 | $277,508.70 | $300,000 | $57,311.10 | $65,000 |
| 33260.0060 | COMMONWEALTH TITLE III - ASSURED | $0.00 | $0 | $946.80 | $0 | $0.00 | $0 | $0.00 | $0 |
| 33260.0061 | COMMONWEALTH TITLE III - FISCAL PLAN/BUDGET LITIGATION | $0.00 | $0 | $1,656.90 | $0 | $315.60 | $0 | $39,798.90 | $0 |
| 33260.0069 | COMMONWEALTH TITLE III - APPU V UNIVERSITY OF PUERTO RICO | $867.90 | $0 | $0.00 | $1,000 | $0.00 | $0 | $157.80 | $0 |
| 33260.0072 | COMMONWEALTH TITLE III - GO & GUARANTEED BONDS LIEN | $110,176.50 | $125,000 | $30,017.70 | $50,000 | $2,929.80 | $10,000 | $1,341.30 | $10,000 |
| 33260.0073 | COMMONWEALTH TITLE III - AMBAC/PRIFA STAY-RELIEF MOTION | $111,519.90 | $125,000 | $31,052.70 | $50,000 | $19,758.30 | $25,000 | $441,194.10 | $475,000 |
| 33260.0077 | COMMONWEALTH TITLE III - COOPERATIVAS V. COSSEC | $8,915.70 | $15,000 | $710.10 | $7,500 | $1,262.40 | $5,000 | $867.90 | $2,500 |
| 33260.0078 | PUERTO RICO HORSE OWNER'S ASSOCIATION V. COMMONWEALTH | $867.90 | $0 | $13,761.90 | $10,000 | $0.00 | $0 | $0.00 | $0 |
| 33260.0081 | COMMONWEALTH TITLE III - LAW 29 ACTION | $331,167.60 | $360,000 | $106,247.40 | $125,000 | $96,968.10 | $125,000 | $45,745.50 | $50,000 |
| 33260.0089 | ACTION OBJECTING TO PROOFS OF CLAIM FILED BY PRIFA BONDHOLDERS | $152,877.60 | $175,000 | $216,988.80 | $275,000 | $451,046.10 | $490,000 | $11,724.00 | $25,000 |
| 33260.0090 | ACTION OBJECTING TO PROOFS OF CLAIM FILED BY CCDA BONDHOLDERS | $143,996.10 | $175,000 | $207,999.30 | $250,000 | $335,557.20 | $350,000 | $348,613.20 | $355,000 |
| 33260.0093 | CW-HTA REVENUE BOND COMPLAINT | $309,863.70 | $350,000 | $557,729.10 | $750,000 | $627,542.40 | $700,000 | $163,132.50 | $200,000 |
| 33260.0094 | CHALLENGES RE: CERTAIN LAWS AND ORDERS | $196,598.10 | $225,000 | $65,067.60 | $110,000 | $10,967.10 | $15,000 | $76,611.90 | $80,000 |
| 33260.0096 | COVID-19 CONTRACT DISPUTE | $0.00 | $0 | $0.00 | $0 | $75,387.00 | $90,000 | $160,044.60 | $170,000 |
| 33260.0097 | AMBAC BANKRUPTCY LAW CHALLENGE | $0.00 | $0 | $0.00 | $0 | $0.00 | $0 | $29,903.10 | $0 |
| **Commonwealth TOTAL** | | **$4,634,375.40** | **$5,017,500** | **$4,078,824.00** | **$4,716,000** | **$4,012,823.70** | **$4,535,000** | **$3,772,033.50** | **$4,077,500** |
| **ESTIMATED FEES Compensation Period (February 2020 - May 2020) TOTAL:** | | | | | | | | | **$18,346,000.00** |
| **ACTUAL FEES Compensation Period (February 2020 - May 2020) TOTAL:** | | | | | | | | | **$16,498,056.60** |
| **Percent Variance (Actual vs. Budgeted Fees)** | | | | | | | | | **10.1% below budget** |

## Exhibit D-2

**Staffing Plan for the Compensation Period**

## **Staffing Plan for the Compensation Period**[1]

| Category of Timekeeper[2] | Number of Timekeepers Expected to Work on The Matter During the Budget Period[3] | Average Hourly Rate[4] |
|---|---|---|
| Partners | 35 | $789 |
| Senior Counsel | 8 | $789 |
| Associates | 53 | $789 |
| e-Discovery Attorneys | 9 | $390 |
| Paraprofessionals | 23 | $270 |
| **Total:** | **128** | |

---

[1] The actual number of timekeepers who worked on this matter during the Compensation Period was 135, and thus 7 more than anticipated.  Additional team members were needed to assist with (1) negotiating and drafting of the amended Title III joint plan of adjustment for the Commonwealth, ERS and PBA (the "Amended Joint Plan"), which was subsequently filed on February 28, 2020; (2) analyzing and evaluating the impact on the Debtors' Title III cases of the COVID-19 pandemic and related measures undertaken by the Puerto Rico Government; and (3) preparing for the preliminary hearing on the Lift Stay Motions, which subsequently took place on June 4, 2020.  Different timekeepers with different areas of expertise were consulted to provide specialized assistance in connection with (i) the Amended Joint Plan; (ii) responding to a wide variety of the COVID-19 pandemic related issues; and (iii) preparing for the preliminary hearing on the Lift Stay Motions. To respond to these demands, Proskauer increased its staffing to ensure diligent and timely representation was provided to the Oversight Board.

[2] Attorney Practice Groups: BSGR&B, Tax, Health Care, Labor & Employment, Litigation, and Corporate.

[3] The chart reflects Proskauer's staffing plan for the designated period based on currently foreseeable activities.  Actual staffing needs, including additional attorneys, may vary materially based on actual facts and circumstances arising in the designated period, including as a result of currently unanticipated disputes.  The staffing plan currently includes attorneys from the BSGR&B; Tax; Health Care; Labor & Employment; Litigation; and Corporate practice groups. The expertise of attorneys from other specialized areas is likely to be required during the course of these PROMESA Title III cases.

[4] As explained in the Application, Proskauer's Engagement Letter provides as of January 1, 2020 for rates 4% higher than these rates, but Proskauer agreed not to request allowance and payment of the incremental rates until after confirmation of a plan of adjustment for the Commonwealth or a final fee application.