**Exhibit E**

**Proskauer Rate Increase Calculations**

| Debtor | 9th Interim Hours (Actual Billed) | 2019 Rates (Actual) | 9th Interim Fees at 2019 Rate (Actual Billed) | 2020 Rates (Calculated) | 9th Interim Fees at 2020 Rate (Calculated) | Proskauer Compensation Increase at Calculated Fees |
|---|---|---|---|---|---|---|
| **CW** | | | | | | |
| Attorneys | 19,686.40 | $789.00 | $15,532,569.60 | $820.00 | $16,142,848.00 | $610,278.40 |
| E-Discovery Attorneys | 724.90 | $390.00 | $282,711.00 | $405.00 | $293,584.50 | $10,873.50 |
| Paraprofessionals | 2,528.80 | $270.00 | $682,776.00 | $280.00 | $708,064.00 | $25,288.00 |
| **CW Total** | **22,940.10** | | **$16,498,056.60** | | **$17,144,496.50** | **$646,439.90** |
| **ERS** | | | | | | |
| Attorneys | 2,146.80 | $789.00 | $1,693,825.20 | $820.00 | $1,760,376.00 | $66,550.80 |
| E-Discovery Attorneys | 15.20 | $390.00 | $5,928.00 | $405.00 | $6,156.00 | $228.00 |
| Paraprofessionals | 618.60 | $270.00 | $167,022.00 | $280.00 | $173,208.00 | $6,186.00 |
| **ERS Total** | **2,780.60** | | **$1,866,775.20** | | **$1,939,740.00** | **$72,964.80** |
| **HTA** | | | | | | |
| Attorneys | 781.20 | $789.00 | $616,366.80 | $820.00 | $640,584.00 | $24,217.20 |
| Paraprofessionals | 152.60 | $270.00 | $41,202.00 | $280.00 | $42,728.00 | $1,526.00 |
| **HTA Total** | **933.80** | | **$657,568.80** | | **$683,312.00** | **$25,743.20** |
| **PBA** | | | | | | |
| Attorneys | 184.20 | $789.00 | $145,333.80 | $820.00 | $151,044.00 | $5,710.20 |
| Paraprofessionals | 63.40 | $270.00 | $17,118.00 | $280.00 | $17,752.00 | $634.00 |
| **PBA Total** | **247.60** | | **$162,451.80** | | **$168,796.00** | **$6,344.20** |
| **PREPA** | | | | | | |
| Attorneys | 3,671.90 | $789.00 | $2,897,129.10 | $820.00 | $3,010,958.00 | $113,828.90 |
| E-Discovery Attorneys | 54.70 | $390.00 | $21,333.00 | $405.00 | $22,153.50 | $820.50 |
| Paraprofessionals | 292.60 | $270.00 | $79,002.00 | $280.00 | $81,928.00 | $2,926.00 |
| **PREPA Total** | **4,019.20** | | **$2,997,464.10** | | **$3,115,039.50** | **$117,575.40** |
| **GRAND TOTAL** | **30,921.30** | | **$22,182,316.50** | | **$23,051,384.00** | **$869,067.50** |