## Exhibit C

## Task Code Time Breakdown

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **MATTER 33260.0007 ERS - General** | | | | |
| **201** | **Associate** | Mee R. Kim | $789.00 | 27.20 | $21,460.80 |
| | **Associate Total** | | | **27.20** | **$21,460.80** |
| **201 Total** | | | | **27.20** | **$21,460.80** |
| **202** | **Partner** | Ehud Barak | $789.00 | 4.70 | $3,708.30 |
| | **Partner Total** | | | **4.70** | **$3,708.30** |
| | **Associate** | Carl Mazurek | $789.00 | 28.10 | $22,170.90 |
| | | Elisa Carino | $789.00 | 10.60 | $8,363.40 |
| | | Yena Hong | $789.00 | 15.00 | $11,835.00 |
| | **Associate Total** | | | **53.70** | **$42,369.30** |
| | **Legal Assistant** | Christopher M. Tarrant | $270.00 | 6.10 | $1,647.00 |
| | | Lawrence T. Silvestro | $270.00 | 0.60 | $162.00 |
| | | Tal J. Singer | $270.00 | 0.20 | $54.00 |
| | **Legal Assistant Total** | | | **6.90** | **$1,863.00** |
| **202 Total** | | | | **65.30** | **$47,940.60** |
| **204** | **Partner** | Brian S. Rosen | $789.00 | 1.70 | $1,341.30 |
| | | Jeffrey W. Levitan | $789.00 | 0.40 | $315.60 |
| | | Margaret A. Dale | $789.00 | 0.70 | $552.30 |
| | **Partner Total** | | | **2.80** | **$2,209.20** |
| | **Associate** | Carl Mazurek | $789.00 | 5.90 | $4,655.10 |
| | | Joshua A. Esses | $789.00 | 6.30 | $4,970.70 |
| | | William D. Dalsen | $789.00 | 7.50 | $5,917.50 |
| | **Associate Total** | | | **19.70** | **$15,543.30** |
| **204 Total** | | | | **22.50** | **$17,752.50** |
| **205** | **Partner** | Margaret A. Dale | $789.00 | 0.10 | $78.90 |
| | **Partner Total** | | | **0.10** | **$78.90** |
| | **Associate** | Joshua A. Esses | $789.00 | 11.30 | $8,915.70 |
| | **Associate Total** | | | **11.30** | **$8,915.70** |
| **205 Total** | | | | **11.40** | **$8,994.60** |
| **206** | **Partner** | Brian S. Rosen | $789.00 | 5.30 | $4,181.70 |
| | | Ehud Barak | $789.00 | 44.60 | $35,189.40 |
| | | Jeffrey W. Levitan | $789.00 | 77.20 | $60,910.80 |
| | | Margaret A. Dale | $789.00 | 8.30 | $6,548.70 |
| | | Martin J. Bienenstock | $789.00 | 22.80 | $17,989.20 |
| | | Michael A. Firestein | $789.00 | 0.40 | $315.60 |
| | | Steven O. Weise | $789.00 | 28.60 | $22,565.40 |
| | **Partner Total** | | | **187.20** | **$147,700.80** |

1

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 11.20 | $8,836.80 |
| | **Senior Counsel Total** | | | **11.20** | **$8,836.80** |
| | **Associate** | Carl Mazurek | $789.00 | 20.80 | $16,411.20 |
| | | Elliot Stevens | $789.00 | 2.20 | $1,735.80 |
| | | Joshua A. Esses | $789.00 | 140.00 | $110,460.00 |
| | | Laura Stafford | $789.00 | 6.20 | $4,891.80 |
| | | Matthew A. Skrzynski | $789.00 | 5.90 | $4,655.10 |
| | | Steve Ma | $789.00 | 1.10 | $867.90 |
| | | William D. Dalsen | $789.00 | 25.80 | $20,356.20 |
| | | Yafit Shalev | $789.00 | 9.60 | $7,574.40 |
| | | Yena Hong | $789.00 | 9.00 | $7,101.00 |
| | **Associate Total** | | | **220.60** | **$174,053.40** |
| **206 Total** | | | | **419.00** | **$330,591.00** |
| **207** | **Partner** | Brian S. Rosen | $789.00 | 1.70 | $1,341.30 |
| | | Chantel L. Febus | $789.00 | 0.80 | $631.20 |
| | | Jeffrey W. Levitan | $789.00 | 0.70 | $552.30 |
| | | Jonathan E. Richman | $789.00 | 0.90 | $710.10 |
| | | Kevin J. Perra | $789.00 | 4.00 | $3,156.00 |
| | | Lary Alan Rappaport | $789.00 | 0.60 | $473.40 |
| | | Michael A. Firestein | $789.00 | 0.30 | $236.70 |
| | | Ralph C. Ferrara | $789.00 | 3.60 | $2,840.40 |
| | | Timothy W. Mungovan | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **13.00** | **$10,257.00** |
| | **Associate** | Eric Wertheim | $789.00 | 0.40 | $315.60 |
| | | Joshua A. Esses | $789.00 | 0.40 | $315.60 |
| | | Marc Palmer | $789.00 | 0.70 | $552.30 |
| | **Associate Total** | | | **1.50** | **$1,183.50** |
| | **Legal Assistant** | Shealeen E. Schaefer | $270.00 | 0.20 | $54.00 |
| | **Legal Assistant Total** | | | **0.20** | **$54.00** |
| **207 Total** | | | | **14.70** | **$11,494.50** |
| **208** | **Partner** | Jeffrey W. Levitan | $789.00 | 1.70 | $1,341.30 |
| | **Partner Total** | | | **1.70** | **$1,341.30** |
| **208 Total** | | | | **1.70** | **$1,341.30** |
| **210** | **Partner** | Brian S. Rosen | $789.00 | 27.70 | $21,855.30 |
| | | Ehud Barak | $789.00 | 18.40 | $14,517.60 |
| | | Jeffrey W. Levitan | $789.00 | 91.40 | $72,114.60 |
| | | Jonathan E. Richman | $789.00 | 3.40 | $2,682.60 |
| | | Lary Alan Rappaport | $789.00 | 0.40 | $315.60 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Maja Zerjal | $789.00 | 1.70 | $1,341.30 |
| | | Margaret A. Dale | $789.00 | 177.80 | $140,284.20 |
| | | Michael A. Firestein | $789.00 | 0.90 | $710.10 |
| | | Ralph C. Ferrara | $789.00 | 2.20 | $1,735.80 |
| | | Steven O. Weise | $789.00 | 61.20 | $48,286.80 |
| | **Partner Total** | | | **385.10** | **$303,843.90** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 144.50 | $114,010.50 |
| | **Senior Counsel Total** | | | **144.50** | **$114,010.50** |
| | **Associate** | Carl Mazurek | $789.00 | 238.00 | $187,782.00 |
| | | Elisa Carino | $789.00 | 93.40 | $73,692.60 |
| | | Joshua A. Esses | $789.00 | 23.90 | $18,857.10 |
| | | Laura Stafford | $789.00 | 2.20 | $1,735.80 |
| | | Matthew J. Morris | $789.00 | 1.10 | $867.90 |
| | | Mee R. Kim | $789.00 | 206.00 | $162,534.00 |
| | | Seth H. Victor | $789.00 | 6.30 | $4,970.70 |
| | | William D. Dalsen | $789.00 | 283.50 | $223,681.50 |
| | **Associate Total** | | | **854.40** | **$674,121.60** |
| | **E-Discovery Attorney** | Michael R. Clark | $390.00 | 1.30 | $507.00 |
| | | Yvonne O. Ike | $390.00 | 2.90 | $1,131.00 |
| | **E-Discovery Attorney Total** | | | **4.20** | **$1,638.00** |
| **210 Total** | | | | **1,388.20** | **$1,093,614.00** |
| **211** | **Associate** | Joshua A. Esses | $789.00 | 6.50 | $5,128.50 |
| | | Mee R. Kim | $789.00 | 9.90 | $7,811.10 |
| | | William D. Dalsen | $789.00 | 10.20 | $8,047.80 |
| | **Associate Total** | | | **26.60** | **$20,987.40** |
| **211 Total** | | | | **26.60** | **$20,987.40** |
| **212** | **E-Discovery Attorney** | Michael R. Clark | $390.00 | 0.80 | $312.00 |
| | | Olga Friedman | $390.00 | 8.20 | $3,198.00 |
| | | Yvonne O. Ike | $390.00 | 2.00 | $780.00 |
| | **E-Discovery Attorney Total** | | | **11.00** | **$4,290.00** |
| | **Legal Assistant** | Angelo Monforte | $270.00 | 0.40 | $108.00 |
| | | Charles H. King | $270.00 | 4.40 | $1,188.00 |
| | | Christopher M. Tarrant | $270.00 | 3.50 | $945.00 |
| | | Julia L. Sutherland | $270.00 | 14.00 | $3,780.00 |
| | | Karina Pantoja | $270.00 | 3.00 | $810.00 |
| | | Laura M. Geary | $270.00 | 25.50 | $6,885.00 |
| | | Lawrence T. Silvestro | $270.00 | 75.10 | $20,277.00 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Olaide M. Adejobi | $270.00 | 43.00 | $11,610.00 |
| | | Sara E. Cody | $270.00 | 3.50 | $945.00 |
| | | Shealeen E. Schaefer | $270.00 | 320.40 | $86,508.00 |
| | | Tal J. Singer | $270.00 | 22.00 | $5,940.00 |
| | **Legal Assistant Total** | | | **514.80** | **$138,996.00** |
| | Lit. Support | Laurie A. Henderson | $270.00 | 0.30 | $81.00 |
| | **Lit. Support Total** | | | **0.30** | **$81.00** |
| | Practice Support | Eric R. Chernus | $270.00 | 31.50 | $8,505.00 |
| | **Practice Support Total** | | | **31.50** | **$8,505.00** |
| **212 Total** | | | | **557.60** | **$151,872.00** |
| 218 | Partner | Ehud Barak | $789.00 | 1.40 | $1,104.60 |
| | **Partner Total** | | | **1.40** | **$1,104.60** |
| | Associate | Elliot Stevens | $789.00 | 1.30 | $1,025.70 |
| | | Megan R. Volin | $789.00 | 2.70 | $2,130.30 |
| | **Associate Total** | | | **4.00** | **$3,156.00** |
| | Legal Assistant | Christopher M. Tarrant | $270.00 | 5.30 | $1,431.00 |
| | | Natasha Petrov | $270.00 | 41.50 | $11,205.00 |
| | **Legal Assistant Total** | | | **46.80** | **$12,636.00** |
| **218 Total** | | | | **52.20** | **$16,896.60** |
| 219 | Partner | Lary Alan Rappaport | $789.00 | 0.30 | $236.70 |
| | | Stephen L. Ratner | $789.00 | 0.10 | $78.90 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| **219 Total** | | | | **0.40** | **$315.60** |
| 220 | Associate | William D. Dalsen | $789.00 | 0.40 | $315.60 |
| | **Associate Total** | | | **0.40** | **$315.60** |
| **220 Total** | | | | **0.40** | **$315.60** |
| **Grand Total** | | | | **2,587.20** | **$1,723,576.50** |

4

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0048 ERS - Miscellaneous** | | | | | |
| **208** | **Partner** | Jeffrey W. Levitan | $789.00 | 1.90 | $1,499.10 |
| | | Margaret A. Dale | $789.00 | 0.10 | $78.90 |
| | | Timothy W. Mungovan | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **2.30** | **$1,814.70** |
| | **Associate** | Steve Ma | $789.00 | 0.40 | $315.60 |
| | **Associate Total** | | | **0.40** | **$315.60** |
| **208 Total** | | | | **2.70** | **$2,130.30** |
| **211** | **Partner** | Martin J. Bienenstock | $789.00 | 1.50 | $1,183.50 |
| | **Partner Total** | | | **1.50** | **$1,183.50** |
| | **Associate** | William D. Dalsen | $789.00 | 3.40 | $2,682.60 |
| | **Associate Total** | | | **3.40** | **$2,682.60** |
| **211 Total** | | | | **4.90** | **$3,866.10** |
| **212** | **Legal Assistant** | Angelo Monforte | $270.00 | 0.40 | $108.00 |
| | | Christopher M. Tarrant | $270.00 | 1.40 | $378.00 |
| | | Julia L. Sutherland | $270.00 | 1.30 | $351.00 |
| | | Laura M. Geary | $270.00 | 12.90 | $3,483.00 |
| | | Olaide M. Adejobi | $270.00 | 2.10 | $567.00 |
| | **Legal Assistant Total** | | | **18.10** | **$4,887.00** |
| **212 Total** | | | | **18.10** | **$4,887.00** |
| **219** | **Partner** | Brian S. Rosen | $789.00 | 3.00 | $2,367.00 |
| | | Jeffrey W. Levitan | $789.00 | 12.60 | $9,941.40 |
| | | John E. Roberts | $789.00 | 19.20 | $15,148.80 |
| | | Lary Alan Rappaport | $789.00 | 0.50 | $394.50 |
| | | Maja Zerjal | $789.00 | 0.30 | $236.70 |
| | | Margaret A. Dale | $789.00 | 9.80 | $7,732.20 |
| | | Mark Harris | $789.00 | 3.30 | $2,603.70 |
| | | Martin J. Bienenstock | $789.00 | 63.60 | $50,180.40 |
| | | Michael A. Firestein | $789.00 | 0.10 | $78.90 |
| | | Michael R. Hackett | $789.00 | 0.90 | $710.10 |
| | | Paul Possinger | $789.00 | 0.30 | $236.70 |
| | | Stephen L. Ratner | $789.00 | 7.70 | $6,075.30 |
| | | Timothy W. Mungovan | $789.00 | 3.20 | $2,524.80 |
| | **Partner Total** | | | **124.50** | **$98,230.50** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 2.60 | $2,051.40 |
| | **Senior Counsel Total** | | | **2.60** | **$2,051.40** |
| | **Associate** | Carl Mazurek | $789.00 | 12.00 | $9,468.00 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Elliot Stevens | $789.00 | 1.90 | $1,499.10 |
| | | Joshua A. Esses | $789.00 | 9.30 | $7,337.70 |
| | | William D. Dalsen | $789.00 | 14.60 | $11,519.40 |
| | **Associate Total** | | | **37.80** | **$29,824.20** |
| **219 Total** | | | | **164.90** | **$130,106.10** |
| **Grand Total** | | | | **190.60** | **$140,989.50** |

6

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0068 ERS - Cooperativas de Ahoro y Creditor Vegabajena** | | | | | |
| **207** | **Partner** | Brian S. Rosen | $789.00 | 0.50 | $394.50 |
| | | Lary Alan Rappaport | $789.00 | 0.20 | $157.80 |
| | | Michael A. Firestein | $789.00 | 0.30 | $236.70 |
| | | Stephen L. Ratner | $789.00 | 0.30 | $236.70 |
| | | Timothy W. Mungovan | $789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **1.80** | **$1,420.20** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 0.40 | $315.60 |
| | **Senior Counsel Total** | | | **0.40** | **$315.60** |
| **207 Total** | | | | **2.20** | **$1,735.80** |
| **210** | **Partner** | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 0.40 | $315.60 |
| | **Senior Counsel Total** | | | **0.40** | **$315.60** |
| **210 Total** | | | | **0.60** | **$473.40** |
| **Grand Total** | | | | **2.80** | **$2,209.20** |