## Exhibit C

**Task Code Time Breakdown**

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0009 HTA - General** | | | | | |
| **210** | **Associate** | Elliot Stevens | $789.00 | 0.10 | $78.90 |
| | **Associate Total** | | | **0.10** | **$78.90** |
| **210 Total** | | | | **0.10** | **$78.90** |
| **212** | **Legal Assistant** | Christopher M. Tarrant | $270.00 | 0.60 | $162.00 |
| | | Lawrence T. Silvestro | $270.00 | 2.00 | $540.00 |
| | **Legal Assistant Total** | | | **2.60** | **$702.00** |
| **212 Total** | | | | **2.60** | **$702.00** |
| **218** | **Partner** | Ehud Barak | $789.00 | 2.50 | $1,972.50 |
| | **Partner Total** | | | **2.50** | **$1,972.50** |
| | **Associate** | Elliot Stevens | $789.00 | 1.90 | $1,499.10 |
| | | Megan R. Volin | $789.00 | 4.10 | $3,234.90 |
| | **Associate Total** | | | **6.00** | **$4,734.00** |
| | **Legal Assistant** | Christopher M. Tarrant | $270.00 | 3.40 | $918.00 |
| | | Natasha Petrov | $270.00 | 43.10 | $11,637.00 |
| | **Legal Assistant Total** | | | **46.50** | **$12,555.00** |
| **218 Total** | | | | **55.00** | **$19,261.50** |
| **Grand Total** | | | | **57.70** | **$20,042.40** |

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0051 HTA - Peaje** | | | | | |
| 202 | **Partner** | Michael A. Firestein | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| **202 Total** | | | | **0.40** | **$315.60** |
| 206 | **Partner** | Lary Alan Rappaport | $789.00 | 2.00 | $1,578.00 |
| | | Michael A. Firestein | $789.00 | 1.40 | $1,104.60 |
| | | Timothy W. Mungovan | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **3.80** | **$2,998.20** |
| **206 Total** | | | | **3.80** | **$2,998.20** |
| 207 | **Partner** | Lary Alan Rappaport | $789.00 | 0.10 | $78.90 |
| | | Michael A. Firestein | $789.00 | 0.30 | $236.70 |
| | | Timothy W. Mungovan | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.70** | **$552.30** |
| **207 Total** | | | | **0.70** | **$552.30** |
| 210 | **Partner** | Lary Alan Rappaport | $789.00 | 5.70 | $4,497.30 |
| | | Michael A. Firestein | $789.00 | 0.50 | $394.50 |
| | | Timothy W. Mungovan | $789.00 | 1.00 | $789.00 |
| | **Partner Total** | | | **7.20** | **$5,680.80** |
| **210 Total** | | | | **7.20** | **$5,680.80** |
| **Grand Total** | | | | **12.10** | **$9,546.90** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **MATTER 33260.0053 HTA - Miscellaneous** | | | | |
| 202 | **Partner** | Michael A. Firestein | $789.00 | 0.80 | $631.20 |
| | **Partner Total** | | | **0.80** | **$631.20** |
| | **Senior Counsel** | Julia D. Alonzo | $789.00 | 1.00 | $789.00 |
| | **Senior Counsel Total** | | | **1.00** | **$789.00** |
| | **Associate** | Elliot Stevens | $789.00 | 13.60 | $10,730.40 |
| | | Javier Sosa | $789.00 | 7.20 | $5,680.80 |
| | | Megan R. Volin | $789.00 | 6.20 | $4,891.80 |
| | | William G. Fassuliotis | $789.00 | 8.30 | $6,548.70 |
| | **Associate Total** | | | **35.30** | **$27,851.70** |
| **202 Total** | | | | **37.10** | **$29,271.90** |
| 204 | **Partner** | Ehud Barak | $789.00 | 1.70 | $1,341.30 |
| | **Partner Total** | | | **1.70** | **$1,341.30** |
| **204 Total** | | | | **1.70** | **$1,341.30** |
| 206 | **Partner** | Ehud Barak | $789.00 | 28.30 | $22,328.70 |
| | | Jeffrey W. Levitan | $789.00 | 1.60 | $1,262.40 |
| | | Lary Alan Rappaport | $789.00 | 0.60 | $473.40 |
| | | Michael A. Firestein | $789.00 | 5.80 | $4,576.20 |
| | | Timothy W. Mungovan | $789.00 | 1.60 | $1,262.40 |
| | **Partner Total** | | | **37.90** | **$29,903.10** |
| | **Senior Counsel** | Julia D. Alonzo | $789.00 | 101.90 | $80,399.10 |
| | **Senior Counsel Total** | | | **101.90** | **$80,399.10** |
| | **Associate** | Elliot Stevens | $789.00 | 21.30 | $16,805.70 |
| | **Associate Total** | | | **21.30** | **$16,805.70** |
| **206 Total** | | | | **161.10** | **$127,107.90** |
| 207 | **Partner** | Ehud Barak | $789.00 | 4.80 | $3,787.20 |
| | | Jeffrey W. Levitan | $789.00 | 4.20 | $3,313.80 |
| | | Lary Alan Rappaport | $789.00 | 0.60 | $473.40 |
| | | Michael A. Firestein | $789.00 | 2.10 | $1,656.90 |
| | | Timothy W. Mungovan | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **12.10** | **$9,546.90** |
| | **Senior Counsel** | Julia D. Alonzo | $789.00 | 1.50 | $1,183.50 |
| | **Senior Counsel Total** | | | **1.50** | **$1,183.50** |
| | **Associate** | Elliot Stevens | $789.00 | 2.30 | $1,814.70 |
| | **Associate Total** | | | **2.30** | **$1,814.70** |
| **207 Total** | | | | **15.90** | **$12,545.10** |
| 208 | **Partner** | Ehud Barak | $789.00 | 4.50 | $3,550.50 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Jeffrey W. Levitan | $789.00 | 5.10 | $4,023.90 |
| | | Lary Alan Rappaport | $789.00 | 0.30 | $236.70 |
| | | Martin J. Bienenstock | $789.00 | 4.80 | $3,787.20 |
| | | Michael A. Firestein | $789.00 | 47.80 | $37,714.20 |
| | | Timothy W. Mungovan | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **62.80** | **$49,549.20** |
| | **Senior Counsel** | Julia D. Alonzo | $789.00 | 0.20 | $157.80 |
| | **Senior Counsel Total** | | | **0.20** | **$157.80** |
| | **Associate** | Elliot Stevens | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **0.30** | **$236.70** |
| | **Legal Assistant** | Christopher M. Tarrant | $270.00 | 0.80 | $216.00 |
| | **Legal Assistant Total** | | | **0.80** | **$216.00** |
| **208 Total** | | | | **64.10** | **$50,159.70** |
| 210 | **Partner** | Ehud Barak | $789.00 | 13.40 | $10,572.60 |
| | | Jeffrey W. Levitan | $789.00 | 1.00 | $789.00 |
| | | Lary Alan Rappaport | $789.00 | 3.40 | $2,682.60 |
| | | Michael A. Firestein | $789.00 | 6.50 | $5,128.50 |
| | | Timothy W. Mungovan | $789.00 | 1.60 | $1,262.40 |
| | **Partner Total** | | | **25.90** | **$20,435.10** |
| | **Senior Counsel** | Julia D. Alonzo | $789.00 | 9.60 | $7,574.40 |
| | **Senior Counsel Total** | | | **9.60** | **$7,574.40** |
| | **Associate** | Alexandra V. Bargoot | $789.00 | 0.20 | $157.80 |
| | | Elliot Stevens | $789.00 | 3.70 | $2,919.30 |
| | **Associate Total** | | | **3.90** | **$3,077.10** |
| **210 Total** | | | | **39.40** | **$31,086.60** |
| 212 | **Legal Assistant** | Angelo Monforte | $270.00 | 6.70 | $1,809.00 |
| | | Christopher M. Tarrant | $270.00 | 1.10 | $297.00 |
| | | Laura M. Geary | $270.00 | 6.40 | $1,728.00 |
| | | Lawrence T. Silvestro | $270.00 | 5.10 | $1,377.00 |
| | | Olaide M. Adejobi | $270.00 | 9.50 | $2,565.00 |
| | **Legal Assistant Total** | | | **28.80** | **$7,776.00** |
| **212 Total** | | | | **28.80** | **$7,776.00** |
| 219 | **Partner** | Brian S. Rosen | $789.00 | 3.50 | $2,761.50 |
| | | Jeffrey W. Levitan | $789.00 | 1.00 | $789.00 |
| | | John E. Roberts | $789.00 | 26.50 | $20,908.50 |
| | | Lary Alan Rappaport | $789.00 | 0.90 | $710.10 |
| | | Martin J. Bienenstock | $789.00 | 34.90 | $27,536.10 |
| | | Michael A. Firestein | $789.00 | 10.80 | $8,521.20 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Steven O. Weise | $789.00 | 18.00 | $14,202.00 |
| | | Timothy W. Mungovan | $789.00 | 3.50 | $2,761.50 |
| | **Partner Total** | | | **99.10** | **$78,189.90** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 24.00 | $18,936.00 |
| | **Senior Counsel Total** | | | **24.00** | **$18,936.00** |
| | **Associate** | Shiloh Rainwater | $789.00 | 6.30 | $4,970.70 |
| | **Associate Total** | | | **6.30** | **$4,970.70** |
| **219 Total** | | | | **129.40** | **$102,096.60** |
| **Grand Total** | | | | **477.50** | **$361,385.10** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **MATTER 33260.0074 HTA -** | **Lien Avoidance and Secured Status** | | | |
| 204 | Partner | Seetha Ramachandran | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| | Associate | Laura Stafford | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **0.30** | **$236.70** |
| **204 Total** | | | | **0.50** | **$394.50** |
| 206 | Partner | Jeffrey W. Levitan | $789.00 | 3.70 | $2,919.30 |
| | **Partner Total** | | | **3.70** | **$2,919.30** |
| | Associate | Laura Stafford | $789.00 | 0.70 | $552.30 |
| | **Associate Total** | | | **0.70** | **$552.30** |
| **206 Total** | | | | **4.40** | **$3,471.60** |
| 207 | Partner | Michael A. Firestein | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| **207 Total** | | | | **0.30** | **$236.70** |
| 208 | Partner | Brian S. Rosen | $789.00 | 0.40 | $315.60 |
| | | Michael A. Firestein | $789.00 | 4.10 | $3,234.90 |
| | | Steven O. Weise | $789.00 | 4.20 | $3,313.80 |
| | **Partner Total** | | | **8.70** | **$6,864.30** |
| | Associate | Daniel Desatnik | $789.00 | 9.90 | $7,811.10 |
| | | Elliot Stevens | $789.00 | 4.70 | $3,708.30 |
| | | Laura Stafford | $789.00 | 1.40 | $1,104.60 |
| | | Matthew I. Rochman | $789.00 | 0.50 | $394.50 |
| | **Associate Total** | | | **16.50** | **$13,018.50** |
| **208 Total** | | | | **25.20** | **$19,882.80** |
| 210 | Partner | Seetha Ramachandran | $789.00 | 2.10 | $1,656.90 |
| | **Partner Total** | | | **2.10** | **$1,656.90** |
| | Associate | Laura Stafford | $789.00 | 12.20 | $9,625.80 |
| | **Associate Total** | | | **12.20** | **$9,625.80** |
| **210 Total** | | | | **14.30** | **$11,282.70** |
| 212 | Legal Assistant | Angelo Monforte | $270.00 | 1.00 | $270.00 |
| | | Christopher M. Tarrant | $270.00 | 7.90 | $2,133.00 |
| | | Julia L. Sutherland | $270.00 | 0.60 | $162.00 |
| | | Tal J. Singer | $270.00 | 3.80 | $1,026.00 |
| | **Legal Assistant Total** | | | **13.30** | **$3,591.00** |
| **212 Total** | | | | **13.30** | **$3,591.00** |
| **Grand Total** | | | | **58.00** | **$38,859.30** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0082 HTA - Assured Motion to Lift Stay** | | | | | |
| 202 | **Partner** | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| **202 Total** | | | | **0.20** | **$157.80** |
| 204 | **Partner** | Timothy W. Mungovan | $789.00 | 0.90 | $710.10 |
| | **Partner Total** | | | **0.90** | **$710.10** |
| **204 Total** | | | | **0.90** | **$710.10** |
| 206 | **Partner** | Ehud Barak | $789.00 | 6.20 | $4,891.80 |
| | | Michael A. Firestein | $789.00 | 1.10 | $867.90 |
| | | Michael T. Mervis | $789.00 | 5.30 | $4,181.70 |
| | | Timothy W. Mungovan | $789.00 | 0.80 | $631.20 |
| | **Partner Total** | | | **13.40** | **$10,572.60** |
| | **Associate** | Elliot Stevens | $789.00 | 3.30 | $2,603.70 |
| | | Matthew I. Rochman | $789.00 | 1.20 | $946.80 |
| | **Associate Total** | | | **4.50** | **$3,550.50** |
| **206 Total** | | | | **17.90** | **$14,123.10** |
| 207 | **Partner** | Michael A. Firestein | $789.00 | 0.80 | $631.20 |
| | | Michael T. Mervis | $789.00 | 3.10 | $2,445.90 |
| | | Timothy W. Mungovan | $789.00 | 1.10 | $867.90 |
| | **Partner Total** | | | **5.00** | **$3,945.00** |
| | **Associate** | Laura Stafford | $789.00 | 0.80 | $631.20 |
| | **Associate Total** | | | **0.80** | **$631.20** |
| **207 Total** | | | | **5.80** | **$4,576.20** |
| 208 | **Partner** | Bradley R. Bobroff | $789.00 | 3.60 | $2,840.40 |
| | | Chantel L. Febus | $789.00 | 1.60 | $1,262.40 |
| | | Ehud Barak | $789.00 | 21.20 | $16,726.80 |
| | | Jeffrey W. Levitan | $789.00 | 8.40 | $6,627.60 |
| | | Lary Alan Rappaport | $789.00 | 7.60 | $5,996.40 |
| | | Margaret A. Dale | $789.00 | 0.50 | $394.50 |
| | | Martin J. Bienenstock | $789.00 | 19.70 | $15,543.30 |
| | | Michael A. Firestein | $789.00 | 20.10 | $15,858.90 |
| | | Michael T. Mervis | $789.00 | 7.60 | $5,996.40 |
| | | Steven O. Weise | $789.00 | 7.20 | $5,680.80 |
| | **Partner Total** | | | **97.50** | **$76,927.50** |
| | **Associate** | Elliot Stevens | $789.00 | 4.50 | $3,550.50 |
| | | Matthew I. Rochman | $789.00 | 0.80 | $631.20 |
| | **Associate Total** | | | **5.30** | **$4,181.70** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **208 Total** | | | | **102.80** | **$81,109.20** |
| **210** | **Partner** | Jeffrey W. Levitan | $789.00 | 0.20 | $157.80 |
| | | Margaret A. Dale | $789.00 | 8.90 | $7,022.10 |
| | | Matthew Triggs | $789.00 | 0.10 | $78.90 |
| | | Michael A. Firestein | $789.00 | 8.10 | $6,390.90 |
| | | Michael T. Mervis | $789.00 | 8.90 | $7,022.10 |
| | | Steven O. Weise | $789.00 | 2.80 | $2,209.20 |
| | | Timothy W. Mungovan | $789.00 | 1.10 | $867.90 |
| | **Partner Total** | | | **30.10** | **$23,748.90** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 1.80 | $1,420.20 |
| | **Senior Counsel Total** | | | **1.80** | **$1,420.20** |
| | **Associate** | Elliot Stevens | $789.00 | 0.50 | $394.50 |
| | | Laura Stafford | $789.00 | 3.20 | $2,524.80 |
| | | Yafit Shalev | $789.00 | 16.30 | $12,860.70 |
| | **Associate Total** | | | **20.00** | **$15,780.00** |
| **210 Total** | | | | **51.90** | **$40,949.10** |
| **212** | **Legal Assistant** | Angelo Monforte | $270.00 | 4.30 | $1,161.00 |
| | | Emma Dillon | $270.00 | 3.50 | $945.00 |
| | | Julia L. Sutherland | $270.00 | 32.60 | $8,802.00 |
| | | Tal J. Singer | $270.00 | 5.70 | $1,539.00 |
| | **Legal Assistant Total** | | | **46.10** | **$12,447.00** |
| **212 Total** | | | | **46.10** | **$12,447.00** |
| **Grand Total** | | | | **225.60** | **$154,072.50** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0092 HTA Action Objecting to Proofs of Claim Filed by HTA Bondholders against Commonwealth** | | | | | |
| **202** | **Associate** | Adam L. Deming | $789.00 | 6.10 | $4,812.90 |
| | | Elliot Stevens | $789.00 | 8.90 | $7,022.10 |
| | **Associate Total** | | | **15.00** | **$11,835.00** |
| **202 Total** | | | | **15.00** | **$11,835.00** |
| **206** | **Partner** | Hadassa R. Waxman | $789.00 | 5.10 | $4,023.90 |
| | | Jeffrey W. Levitan | $789.00 | 1.10 | $867.90 |
| | | Michael A. Firestein | $789.00 | 1.90 | $1,499.10 |
| | | Seetha Ramachandran | $789.00 | 4.30 | $3,392.70 |
| | | Steven O. Weise | $789.00 | 7.00 | $5,523.00 |
| | **Partner Total** | | | **19.40** | **$15,306.60** |
| | **Associate** | Adam L. Deming | $789.00 | 13.70 | $10,809.30 |
| | | Elliot Stevens | $789.00 | 0.20 | $157.80 |
| | | Laura Stafford | $789.00 | 6.90 | $5,444.10 |
| | | Matthew I. Rochman | $789.00 | 5.20 | $4,102.80 |
| | **Associate Total** | | | **26.00** | **$20,514.00** |
| **206 Total** | | | | **45.40** | **$35,820.60** |
| **207** | **Partner** | Michael A. Firestein | $789.00 | 0.90 | $710.10 |
| | | Seetha Ramachandran | $789.00 | 3.20 | $2,524.80 |
| | | Timothy W. Mungovan | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **4.50** | **$3,550.50** |
| | **Associate** | Adam L. Deming | $789.00 | 2.20 | $1,735.80 |
| | | Matthew I. Rochman | $789.00 | 1.80 | $1,420.20 |
| | **Associate Total** | | | **4.00** | **$3,156.00** |
| **207 Total** | | | | **8.50** | **$6,706.50** |
| **208** | **Partner** | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| **208 Total** | | | | **0.20** | **$157.80** |
| **210** | **Partner** | Lary Alan Rappaport | $789.00 | 0.30 | $236.70 |
| | | Michael A. Firestein | $789.00 | 3.00 | $2,367.00 |
| | | Seetha Ramachandran | $789.00 | 5.10 | $4,023.90 |
| | **Partner Total** | | | **8.40** | **$6,627.60** |
| | **Associate** | Adam L. Deming | $789.00 | 2.70 | $2,130.30 |
| | | Elliot Stevens | $789.00 | 0.10 | $78.90 |
| | | Laura Stafford | $789.00 | 4.90 | $3,866.10 |
| | | Matthew I. Rochman | $789.00 | 0.30 | $236.70 |
| | | Russell T. Gorkin | $789.00 | 0.30 | $236.70 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | Associate Total | | | 8.30 | $6,548.70 |
| 210 Total | | | | 16.70 | $13,176.30 |
| 212 | Legal Assistant | Angelo Monforte | $270.00 | 4.70 | $1,269.00 |
| | | Charles H. King | $270.00 | 4.60 | $1,242.00 |
| | | Laura M. Geary | $270.00 | 0.70 | $189.00 |
| | | Lawrence T. Silvestro | $270.00 | 4.50 | $1,215.00 |
| | Legal Assistant Total | | | 14.50 | $3,915.00 |
| 212 Total | | | | 14.50 | $3,915.00 |
| 215 | Associate | William D. Dalsen | $789.00 | 2.60 | $2,051.40 |
| | Associate Total | | | 2.60 | $2,051.40 |
| 215 Total | | | | 2.60 | $2,051.40 |
| Grand Total | | | | 102.90 | $73,662.60 |