## Exhibit C

**Task Code Time Breakdown**

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0022 PREPA - General** | | | | | |
| **201** | **Partner** | Ehud Barak | $789.00 | 19.90 | $15,701.10 |
| | | Paul Possinger | $789.00 | 1.10 | $867.90 |
| | | Timothy W. Mungovan | $789.00 | 0.70 | $552.30 |
| | **Partner Total** | | | **21.70** | **$17,121.30** |
| | **Associate** | Daniel Desatnik | $789.00 | 4.50 | $3,550.50 |
| | | Javier Sosa | $789.00 | 0.40 | $315.60 |
| | | Matthew I. Rochman | $789.00 | 1.70 | $1,341.30 |
| | **Associate Total** | | | **6.60** | **$5,207.40** |
| **201 Total** | | | | **28.30** | **$22,328.70** |
| **202** | **Partner** | James P. Gerkis | $789.00 | 2.40 | $1,893.60 |
| | **Partner Total** | | | **2.40** | **$1,893.60** |
| | **Associate** | Adam L. Deming | $789.00 | 2.70 | $2,130.30 |
| | | Daniel Desatnik | $789.00 | 6.90 | $5,444.10 |
| | | Elliot Stevens | $789.00 | 20.00 | $15,780.00 |
| | | Matthew A. Skrzynski | $789.00 | 0.40 | $315.60 |
| | | Michael Wheat | $789.00 | 24.70 | $19,488.30 |
| | | Yafit Shalev | $789.00 | 3.20 | $2,524.80 |
| | **Associate Total** | | | **57.90** | **$45,683.10** |
| | **Legal Assistant** | Christopher M. Tarrant | $270.00 | 1.00 | $270.00 |
| | | Natasha Petrov | $270.00 | 0.40 | $108.00 |
| | **Legal Assistant Total** | | | **1.40** | **$378.00** |
| **202 Total** | | | | **61.70** | **$47,954.70** |
| **204** | **Partner** | Ehud Barak | $789.00 | 7.80 | $6,154.20 |
| | | Martin J. Bienenstock | $789.00 | 1.00 | $789.00 |
| | | Paul Possinger | $789.00 | 11.70 | $9,231.30 |
| | **Partner Total** | | | **20.50** | **$16,174.50** |
| | **Associate** | Daniel Desatnik | $789.00 | 0.60 | $473.40 |
| | | Elisa Carino | $789.00 | 1.40 | $1,104.60 |
| | | Elliot Stevens | $789.00 | 0.70 | $552.30 |
| | | Jennifer L. Jones | $789.00 | 1.70 | $1,341.30 |
| | | Laura Stafford | $789.00 | 0.40 | $315.60 |
| | | Matthew I. Rochman | $789.00 | 1.00 | $789.00 |
| | **Associate Total** | | | **5.80** | **$4,576.20** |
| **204 Total** | | | | **26.30** | **$20,750.70** |
| **205** | **Partner** | Ehud Barak | $789.00 | 1.40 | $1,104.60 |
| | | Michael T. Mervis | $789.00 | 0.70 | $552.30 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Paul Possinger | $789.00 | 1.00 | $789.00 |
| | **Partner Total** | | | **3.10** | **$2,445.90** |
| | Associate | Daniel Desatnik | $789.00 | 9.10 | $7,179.90 |
| | | Elliot Stevens | $789.00 | 3.60 | $2,840.40 |
| | | Jennifer L. Jones | $789.00 | 2.20 | $1,735.80 |
| | | Michael Wheat | $789.00 | 0.60 | $473.40 |
| | | Steve Ma | $789.00 | 0.50 | $394.50 |
| | **Associate Total** | | | **16.00** | **$12,624.00** |
| **205 Total** | | | | **19.10** | **$15,069.90** |
| 206 | **Partner** | Chantel L. Febus | $789.00 | 1.60 | $1,262.40 |
| | | Ehud Barak | $789.00 | 25.40 | $20,040.60 |
| | | Gregg M. Mashberg | $789.00 | 0.30 | $236.70 |
| | | Margaret A. Dale | $789.00 | 2.00 | $1,578.00 |
| | | Martin J. Bienenstock | $789.00 | 4.60 | $3,629.40 |
| | | Michael A. Firestein | $789.00 | 0.60 | $473.40 |
| | | Michael T. Mervis | $789.00 | 0.80 | $631.20 |
| | | Paul Possinger | $789.00 | 45.50 | $35,899.50 |
| | **Partner Total** | | | **80.80** | **$63,751.20** |
| | Associate | Adam L. Deming | $789.00 | 5.20 | $4,102.80 |
| | | Bradley Presant | $789.00 | 6.30 | $4,970.70 |
| | | Brooke H. Blackwell | $789.00 | 11.70 | $9,231.30 |
| | | Daniel Desatnik | $789.00 | 112.50 | $88,762.50 |
| | | Elisa Carino | $789.00 | 3.40 | $2,682.60 |
| | | Elliot Stevens | $789.00 | 21.60 | $17,042.40 |
| | | Jennifer L. Jones | $789.00 | 19.30 | $15,227.70 |
| | | Laura Stafford | $789.00 | 16.10 | $12,702.90 |
| | | Matthew A. Skrzynski | $789.00 | 20.00 | $15,780.00 |
| | | Matthew I. Rochman | $789.00 | 40.50 | $31,954.50 |
| | | Michael Wheat | $789.00 | 64.00 | $50,496.00 |
| | | Neel Sheth | $789.00 | 1.40 | $1,104.60 |
| | **Associate Total** | | | **322.00** | **$254,058.00** |
| **206 Total** | | | | **402.80** | **$317,809.20** |
| 207 | **Partner** | Chantel L. Febus | $789.00 | 0.40 | $315.60 |
| | | Gregg M. Mashberg | $789.00 | 0.20 | $157.80 |
| | | Lary Alan Rappaport | $789.00 | 1.70 | $1,341.30 |
| | | Maja Zerjal | $789.00 | 0.20 | $157.80 |
| | | Margaret A. Dale | $789.00 | 3.90 | $3,077.10 |
| | | Michael A. Firestein | $789.00 | 1.80 | $1,420.20 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Michael T. Mervis | $789.00 | 0.10 | $78.90 |
| | | Paul Possinger | $789.00 | 3.80 | $2,998.20 |
| | | Timothy W. Mungovan | $789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **12.60** | **$9,941.40** |
| | **Associate** | Bradley Presant | $789.00 | 9.80 | $7,732.20 |
| | | Elliot Stevens | $789.00 | 0.30 | $236.70 |
| | | Jennifer L. Jones | $789.00 | 1.30 | $1,025.70 |
| | | Laura Stafford | $789.00 | 1.00 | $789.00 |
| | | Matthew A. Skrzynski | $789.00 | 0.50 | $394.50 |
| | **Associate Total** | | | **12.90** | **$10,178.10** |
| **207 Total** | | | | **25.50** | **$20,119.50** |
| 208 | **Associate** | Laura Stafford | $789.00 | 0.50 | $394.50 |
| | **Associate Total** | | | **0.50** | **$394.50** |
| **208 Total** | | | | **0.50** | **$394.50** |
| 210 | **Partner** | Chantel L. Febus | $789.00 | 0.30 | $236.70 |
| | | Ehud Barak | $789.00 | 133.10 | $105,015.90 |
| | | Gregg M. Mashberg | $789.00 | 0.80 | $631.20 |
| | | James P. Gerkis | $789.00 | 24.00 | $18,936.00 |
| | | Jeffrey W. Levitan | $789.00 | 1.50 | $1,183.50 |
| | | Lary Alan Rappaport | $789.00 | 0.70 | $552.30 |
| | | Margaret A. Dale | $789.00 | 31.30 | $24,695.70 |
| | | Martin J. Bienenstock | $789.00 | 0.70 | $552.30 |
| | | Michael A. Firestein | $789.00 | 0.30 | $236.70 |
| | | Michael T. Mervis | $789.00 | 2.30 | $1,814.70 |
| | | Paul Possinger | $789.00 | 232.80 | $183,679.20 |
| | | Ralph C. Ferrara | $789.00 | 5.20 | $4,102.80 |
| | **Partner Total** | | | **433.00** | **$341,637.00** |
| | **Associate** | Adam L. Deming | $789.00 | 41.80 | $32,980.20 |
| | | Bradley Presant | $789.00 | 27.90 | $22,013.10 |
| | | Carl Mazurek | $789.00 | 17.90 | $14,123.10 |
| | | Daniel Desatnik | $789.00 | 55.80 | $44,026.20 |
| | | Elisa Carino | $789.00 | 7.30 | $5,759.70 |
| | | Elliot Stevens | $789.00 | 10.00 | $7,890.00 |
| | | Javier Sosa | $789.00 | 2.00 | $1,578.00 |
| | | Jennifer L. Jones | $789.00 | 82.30 | $64,934.70 |
| | | Jillian Ruben | $789.00 | 14.60 | $11,519.40 |
| | | Laura Stafford | $789.00 | 54.40 | $42,921.60 |
| | | Lucy Wolf | $789.00 | 0.80 | $631.20 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | Matthew A. Skrzynski | $789.00 | 1.10 | $867.90 |
| | | Matthew I. Rochman | $789.00 | 37.00 | $29,193.00 |
| | | Megan R. Volin | $789.00 | 0.50 | $394.50 |
| | | Michael Wheat | $789.00 | 3.00 | $2,367.00 |
| | | Sarah Hughes | $789.00 | 18.10 | $14,280.90 |
| | | Yafit Shalev | $789.00 | 15.90 | $12,545.10 |
| | **Associate Total** | | | **390.40** | **$308,025.60** |
| **210 Total** | | | | **823.40** | **$649,662.60** |
| 211 | **Partner** | Paul Possinger | $789.00 | 3.90 | $3,077.10 |
| | **Partner Total** | | | **3.90** | **$3,077.10** |
| **211 Total** | | | | **3.90** | **$3,077.10** |
| 212 | **E-Discovery Attorney** | Yvonne O. Ike | $390.00 | 2.70 | $1,053.00 |
| | **E-Discovery Attorney Total** | | | **2.70** | **$1,053.00** |
| | **Legal Assistant** | Angelo Monforte | $270.00 | 2.30 | $621.00 |
| | | Christopher M. Tarrant | $270.00 | 4.90 | $1,323.00 |
| | | Julia L. Sutherland | $270.00 | 5.90 | $1,593.00 |
| | | Laura M. Geary | $270.00 | 0.30 | $81.00 |
| | | Natasha Petrov | $270.00 | 1.40 | $378.00 |
| | | Olaide M. Adejobi | $270.00 | 7.80 | $2,106.00 |
| | **Legal Assistant Total** | | | **22.60** | **$6,102.00** |
| | **Lit. Support** | Laurie A. Henderson | $270.00 | 0.30 | $81.00 |
| | **Lit. Support Total** | | | **0.30** | **$81.00** |
| | **Practice Support** | Eric R. Chernus | $270.00 | 10.60 | $2,862.00 |
| | **Practice Support Total** | | | **10.60** | **$2,862.00** |
| **212 Total** | | | | **36.20** | **$10,098.00** |
| 215 | **Partner** | Ehud Barak | $789.00 | 1.30 | $1,025.70 |
| | | Maja Zerjal | $789.00 | 2.90 | $2,288.10 |
| | | Martin J. Bienenstock | $789.00 | 4.00 | $3,156.00 |
| | | Paul Possinger | $789.00 | 2.50 | $1,972.50 |
| | **Partner Total** | | | **10.70** | **$8,442.30** |
| | **Associate** | Daniel Desatnik | $789.00 | 0.70 | $552.30 |
| | | Elliot Stevens | $789.00 | 22.70 | $17,910.30 |
| | | Joshua A. Esses | $789.00 | 5.00 | $3,945.00 |
| | | Michael Wheat | $789.00 | 1.20 | $946.80 |
| | **Associate Total** | | | **29.60** | **$23,354.40** |
| **215 Total** | | | | **40.30** | **$31,796.70** |
| 218 | **Partner** | Ehud Barak | $789.00 | 2.60 | $2,051.40 |
| | **Partner Total** | | | **2.60** | **$2,051.40** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **Associate** | Elliot Stevens | $789.00 | 1.60 | $1,262.40 |
| | | Lucy Wolf | $789.00 | 0.90 | $710.10 |
| | | Megan R. Volin | $789.00 | 4.90 | $3,866.10 |
| | **Associate Total** | | | **7.40** | **$5,838.60** |
| | **Legal Assistant** | Christopher M. Tarrant | $270.00 | 7.50 | $2,025.00 |
| | | Natasha Petrov | $270.00 | 49.90 | $13,473.00 |
| | **Legal Assistant Total** | | | **57.40** | **$15,498.00** |
| **218 Total** | | | | **67.40** | **$23,388.00** |
| **219** | **Partner** | John E. Roberts | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| **219 Total** | | | | **0.20** | **$157.80** |
| **220** | **Partner** | Maja Zerjal | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| | **Associate** | Philip Omorogbe | $789.00 | 1.40 | $1,104.60 |
| | **Associate Total** | | | **1.40** | **$1,104.60** |
| **220 Total** | | | | **1.70** | **$1,341.30** |
| **Grand Total** | | | | **1,537.30** | **$1,163,948.70** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0032  PREPA – Financing Motions** | | | | | |
| **201** | **Partner** | Ehud Barak | $789.00 | 0.70 | $552.30 |
| | | Paul Possinger | $789.00 | 4.20 | $3,313.80 |
| | **Partner Total** | | | **4.90** | **$3,866.10** |
| | **Associate** | Daniel Desatnik | $789.00 | 3.20 | $2,524.80 |
| | **Associate Total** | | | **3.20** | **$2,524.80** |
| **201 Total** | | | | **8.10** | **$6,390.90** |
| **202** | **Associate** | Elliot Stevens | $789.00 | 0.90 | $710.10 |
| | | Michael Wheat | $789.00 | 0.60 | $473.40 |
| | **Associate Total** | | | **1.50** | **$1,183.50** |
| **202 Total** | | | | **1.50** | **$1,183.50** |
| **205** | **Partner** | Ehud Barak | $789.00 | 2.80 | $2,209.20 |
| | | Paul Possinger | $789.00 | 1.90 | $1,499.10 |
| | **Partner Total** | | | **4.70** | **$3,708.30** |
| | **Associate** | Daniel Desatnik | $789.00 | 2.80 | $2,209.20 |
| | | Elliot Stevens | $789.00 | 0.90 | $710.10 |
| | **Associate Total** | | | **3.70** | **$2,919.30** |
| **205 Total** | | | | **8.40** | **$6,627.60** |
| **206** | **Associate** | Daniel Desatnik | $789.00 | 13.40 | $10,572.60 |
| | | Elliot Stevens | $789.00 | 5.70 | $4,497.30 |
| | | Michael Wheat | $789.00 | 22.20 | $17,515.80 |
| | | Neel Sheth | $789.00 | 8.30 | $6,548.70 |
| | **Associate Total** | | | **49.60** | **$39,134.40** |
| **206 Total** | | | | **49.60** | **$39,134.40** |
| **210** | **Partner** | Paul Possinger | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| | **Associate** | Daniel Desatnik | $789.00 | 5.10 | $4,023.90 |
| | | Elliot Stevens | $789.00 | 3.20 | $2,524.80 |
| | | Michael Wheat | $789.00 | 1.70 | $1,341.30 |
| | | Neel Sheth | $789.00 | 1.90 | $1,499.10 |
| | **Associate Total** | | | **11.90** | **$9,389.10** |
| **210 Total** | | | | **12.30** | **$9,704.70** |
| **212** | **Legal Assistant** | Karina Pantoja | $270.00 | 1.30 | $351.00 |
| | **Legal Assistant Total** | | | **1.30** | **$351.00** |
| **212 Total** | | | | **1.30** | **$351.00** |
| **Grand Total** | | | | **81.20** | **$63,392.10** |

6

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0054  PREPA - PREC** | | | | | |
| 201 | **Associate** | Laura Stafford | $789.00 | 0.80 | $631.20 |
| | **Associate Total** | | | **0.80** | **$631.20** |
| **201 Total** | | | | **0.80** | **$631.20** |
| 206 | **Associate** | Laura Stafford | $789.00 | 1.60 | $1,262.40 |
| | **Associate Total** | | | **1.60** | **$1,262.40** |
| **206 Total** | | | | **1.60** | **$1,262.40** |
| 210 | **Associate** | Laura Stafford | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **0.30** | **$236.70** |
| **210 Total** | | | | **0.30** | **$236.70** |
| **Grand Total** | | | | **2.70** | **$2,130.30** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|--------------|
| **MATTER 33260.0055  PREPA -  Vitol** | | | | | |
| **201** | **Partner** | Chantel L. Febus | $789.00 | 8.00 | $6,312.00 |
| | | Timothy W. Mungovan | $789.00 | 1.90 | $1,499.10 |
| | **Partner Total** | | | **9.90** | **$7,811.10** |
| | **Associate** | Laura Stafford | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **0.30** | **$236.70** |
| **201 Total** | | | | **10.20** | **$8,047.80** |
| **202** | **Partner** | Chantel L. Febus | $789.00 | 0.80 | $631.20 |
| | | Lary Alan Rappaport | $789.00 | 3.70 | $2,919.30 |
| | **Partner Total** | | | **4.50** | **$3,550.50** |
| | **Associate** | Carl Mazurek | $789.00 | 7.90 | $6,233.10 |
| | | Elisa Carino | $789.00 | 19.70 | $15,543.30 |
| | | Hena Vora | $789.00 | 19.60 | $15,464.40 |
| | **Associate Total** | | | **47.20** | **$37,240.80** |
| **202 Total** | | | | **51.70** | **$40,791.30** |
| **203** | **Partner** | Jeffrey W. Levitan | $789.00 | 0.80 | $631.20 |
| | | Lary Alan Rappaport | $789.00 | 2.40 | $1,893.60 |
| | | Timothy W. Mungovan | $789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **3.70** | **$2,919.30** |
| **203 Total** | | | | **3.70** | **$2,919.30** |
| **204** | **Partner** | Chantel L. Febus | $789.00 | 6.30 | $4,970.70 |
| | | Lary Alan Rappaport | $789.00 | 1.70 | $1,341.30 |
| | **Partner Total** | | | **8.00** | **$6,312.00** |
| **204 Total** | | | | **8.00** | **$6,312.00** |
| **206** | **Partner** | Chantel L. Febus | $789.00 | 7.80 | $6,154.20 |
| | | Jeffrey W. Levitan | $789.00 | 4.70 | $3,708.30 |
| | | Lary Alan Rappaport | $789.00 | 12.90 | $10,178.10 |
| | | Martin J. Bienenstock | $789.00 | 2.30 | $1,814.70 |
| | | Michael A. Firestein | $789.00 | 0.40 | $315.60 |
| | | Stephen L. Ratner | $789.00 | 0.20 | $157.80 |
| | | Timothy W. Mungovan | $789.00 | 3.30 | $2,603.70 |
| | **Partner Total** | | | **31.60** | **$24,932.40** |
| | **Associate** | Carl Mazurek | $789.00 | 21.20 | $16,726.80 |
| | | Elisa Carino | $789.00 | 9.80 | $7,732.20 |
| | | Hena Vora | $789.00 | 10.70 | $8,442.30 |
| | | Laura Stafford | $789.00 | 2.90 | $2,288.10 |
| | | Marc Palmer | $789.00 | 23.60 | $18,620.40 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **Associate Total** | | | **68.20** | **$53,809.80** |
| **206 Total** | | | | **99.80** | **$78,742.20** |
| 207 | **Partner** | Chantel L. Febus | $789.00 | 35.10 | $27,693.90 |
| | | Jeffrey W. Levitan | $789.00 | 2.60 | $2,051.40 |
| | | Lary Alan Rappaport | $789.00 | 2.70 | $2,130.30 |
| | | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | | Timothy W. Mungovan | $789.00 | 2.00 | $1,578.00 |
| | **Partner Total** | | | **42.60** | **$33,611.40** |
| | **Associate** | Carl Mazurek | $789.00 | 0.90 | $710.10 |
| | | Hena Vora | $789.00 | 9.20 | $7,258.80 |
| | | Laura Stafford | $789.00 | 6.60 | $5,207.40 |
| | | Marc Palmer | $789.00 | 1.80 | $1,420.20 |
| | **Associate Total** | | | **18.50** | **$14,596.50** |
| **207 Total** | | | | **61.10** | **$48,207.90** |
| 210 | **Partner** | Brian S. Rosen | $789.00 | 0.50 | $394.50 |
| | | Chantel L. Febus | $789.00 | 143.40 | $113,142.60 |
| | | Jeffrey W. Levitan | $789.00 | 6.80 | $5,365.20 |
| | | Lary Alan Rappaport | $789.00 | 47.10 | $37,161.90 |
| | | Martin J. Bienenstock | $789.00 | 2.80 | $2,209.20 |
| | | Michael A. Firestein | $789.00 | 1.70 | $1,341.30 |
| | | Stephen L. Ratner | $789.00 | 10.50 | $8,284.50 |
| | | Timothy W. Mungovan | $789.00 | 18.00 | $14,202.00 |
| | **Partner Total** | | | **230.80** | **$182,101.20** |
| | **Associate** | Carl Mazurek | $789.00 | 38.80 | $30,613.20 |
| | | Elisa Carino | $789.00 | 41.70 | $32,901.30 |
| | | Hena Vora | $789.00 | 15.00 | $11,835.00 |
| | | Laura Stafford | $789.00 | 65.10 | $51,363.90 |
| | | Lucy Wolf | $789.00 | 0.20 | $157.80 |
| | | Marc Palmer | $789.00 | 47.10 | $37,161.90 |
| | **Associate Total** | | | **207.90** | **$164,033.10** |
| **210 Total** | | | | **438.70** | **$346,134.30** |
| 212 | **Legal Assistant** | Karina Pantoja | $270.00 | 4.10 | $1,107.00 |
| | | Laura M. Geary | $270.00 | 6.20 | $1,674.00 |
| | | Olaide M. Adejobi | $270.00 | 18.40 | $4,968.00 |
| | **Legal Assistant Total** | | | **28.70** | **$7,749.00** |
| **212 Total** | | | | **28.70** | **$7,749.00** |
| **Grand Total** | | | | **701.90** | **$538,903.80** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0056  PREPA -  UTIER CBA** | | | | | |
| **202** | **Partner** | Michael A. Firestein | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| | **Associate** | Javier Sosa | $789.00 | 5.10 | $4,023.90 |
| | | Julia M. Ansanelli | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **5.40** | **$4,260.60** |
| **202 Total** | | | | **5.70** | **$4,497.30** |
| **204** | **Partner** | Jonathan E. Richman | $789.00 | 4.20 | $3,313.80 |
| | | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | | Paul Possinger | $789.00 | 0.80 | $631.20 |
| | | Scott P. Cooper | $789.00 | 1.40 | $1,104.60 |
| | **Partner Total** | | | **6.60** | **$5,207.40** |
| | **Associate** | Javier Sosa | $789.00 | 3.40 | $2,682.60 |
| | | Laura Stafford | $789.00 | 0.20 | $157.80 |
| | | Matthew J. Morris | $789.00 | 10.10 | $7,968.90 |
| | | Seth D. Fier | $789.00 | 2.20 | $1,735.80 |
| | **Associate Total** | | | **15.90** | **$12,545.10** |
| **204 Total** | | | | **22.50** | **$17,752.50** |
| **206** | **Partner** | Jonathan E. Richman | $789.00 | 2.10 | $1,656.90 |
| | | Michael A. Firestein | $789.00 | 1.00 | $789.00 |
| | **Partner Total** | | | **3.10** | **$2,445.90** |
| | **Associate** | Javier Sosa | $789.00 | 3.40 | $2,682.60 |
| | | Julia M. Ansanelli | $789.00 | 45.70 | $36,057.30 |
| | | Laura Stafford | $789.00 | 6.40 | $5,049.60 |
| | | Matthew J. Morris | $789.00 | 5.20 | $4,102.80 |
| | **Associate Total** | | | **60.70** | **$47,892.30** |
| **206 Total** | | | | **63.80** | **$50,338.20** |
| **207** | **Partner** | Lary Alan Rappaport | $789.00 | 0.10 | $78.90 |
| | | Michael A. Firestein | $789.00 | 0.10 | $78.90 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| **207 Total** | | | | **0.20** | **$157.80** |
| **210** | **Partner** | Jonathan E. Richman | $789.00 | 151.60 | $119,612.40 |
| | | Lary Alan Rappaport | $789.00 | 0.20 | $157.80 |
| | | Michael A. Firestein | $789.00 | 3.40 | $2,682.60 |
| | | Paul Possinger | $789.00 | 0.70 | $552.30 |
| | | Scott P. Cooper | $789.00 | 25.00 | $19,725.00 |
| | | Seetha Ramachandran | $789.00 | 1.00 | $789.00 |

10

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **Partner Total** | | | **181.90** | **$143,519.10** |
| | **Associate** | Javier Sosa | $789.00 | 119.50 | $94,285.50 |
| | | Julia M. Ansanelli | $789.00 | 237.80 | $187,624.20 |
| | | Laura Stafford | $789.00 | 48.00 | $37,872.00 |
| | | Matthew J. Morris | $789.00 | 21.10 | $16,647.90 |
| | | Seth D. Fier | $789.00 | 30.70 | $24,222.30 |
| | **Associate Total** | | | **457.10** | **$360,651.90** |
| | **E-Discovery Attorney** | Yvonne O. Ike | $390.00 | 14.90 | $5,811.00 |
| | **E-Discovery Attorney Total** | | | **14.90** | **$5,811.00** |
| **210 Total** | | | | **653.90** | **$509,982.00** |
| **212** | **E-Discovery Attorney** | Olga Friedman | $390.00 | 2.40 | $936.00 |
| | | Yvonne O. Ike | $390.00 | 34.70 | $13,533.00 |
| | **E-Discovery Attorney Total** | | | **37.10** | **$14,469.00** |
| | **Legal Assistant** | Charles H. King | $270.00 | 13.80 | $3,726.00 |
| | | Shealeen E. Schaefer | $270.00 | 31.80 | $8,586.00 |
| | | Tal J. Singer | $270.00 | 2.20 | $594.00 |
| | **Legal Assistant Total** | | | **47.80** | **$12,906.00** |
| | **Practice Support** | Eric R. Chernus | $270.00 | 88.80 | $23,976.00 |
| | | Joseph Klock | $270.00 | 2.30 | $621.00 |
| | **Practice Support Total** | | | **91.10** | **$24,597.00** |
| **212 Total** | | | | **176.00** | **$51,972.00** |
| **Grand Total** | | | | **922.10** | **$634,699.80** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0059  PREPA – Miscellaneous** | | | | | |
| **205** | **Partner** | Lary Alan Rappaport | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| **205 Total** | | | | **0.40** | **$315.60** |
| **206** | **Partner** | Lary Alan Rappaport | $789.00 | 7.10 | $5,601.90 |
| | | Martin J. Bienenstock | $789.00 | 3.30 | $2,603.70 |
| | | Michael A. Firestein | $789.00 | 0.30 | $236.70 |
| | | Paul Possinger | $789.00 | 1.70 | $1,341.30 |
| | **Partner Total** | | | **12.40** | **$9,783.60** |
| **206 Total** | | | | **12.40** | **$9,783.60** |
| **207** | **Partner** | Lary Alan Rappaport | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| **207 Total** | | | | **0.40** | **$315.60** |
| **208** | **Partner** | Maja Zerjal | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| | **Associate** | Steve Ma | $789.00 | 3.10 | $2,445.90 |
| | **Associate Total** | | | **3.10** | **$2,445.90** |
| **208 Total** | | | | **3.50** | **$2,761.50** |
| **210** | **Partner** | Lary Alan Rappaport | $789.00 | 4.50 | $3,550.50 |
| | **Partner Total** | | | **4.50** | **$3,550.50** |
| **210 Total** | | | | **4.50** | **$3,550.50** |
| **212** | **Legal Assistant** | Angelo Monforte | $270.00 | 2.80 | $756.00 |
| | | Laura M. Geary | $270.00 | 0.40 | $108.00 |
| | | Olaide M. Adejobi | $270.00 | 1.90 | $513.00 |
| | **Legal Assistant Total** | | | **5.10** | **$1,377.00** |
| | **Lit. Support** | Laurie A. Henderson | $270.00 | 1.40 | $378.00 |
| | **Lit. Support Total** | | | **1.40** | **$378.00** |
| **212 Total** | | | | **6.50** | **$1,755.00** |
| **219** | **Partner** | John E. Roberts | $789.00 | 18.80 | $14,833.20 |
| | | Margaret A. Dale | $789.00 | 5.70 | $4,497.30 |
| | | Mark Harris | $789.00 | 5.00 | $3,945.00 |
| | | Paul Possinger | $789.00 | 2.70 | $2,130.30 |
| | | Timothy W. Mungovan | $789.00 | 1.40 | $1,104.60 |
| | **Partner Total** | | | **33.60** | **$26,510.40** |
| | **Associate** | Daniel Desatnik | $789.00 | 1.90 | $1,499.10 |
| | | Elliot Stevens | $789.00 | 8.40 | $6,627.60 |
| | | Jennifer L. Jones | $789.00 | 4.30 | $3,392.70 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | Laura Stafford | $789.00 | 0.80 | $631.20 |
| | | Shiloh Rainwater | $789.00 | 67.90 | $53,573.10 |
| | **Associate Total** | | | **83.30** | **$65,723.70** |
| **219 Total** | | | | **116.90** | **$92,234.10** |
| **Grand Total** | | | | **144.60** | **$110,715.90** |

13

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0070  PREPA – UTIER v. Ortiz Vazquez** | | | | | |
| **206** | **Partner** | Jonathan E. Richman | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 0.30 | $236.70 |
| | **Senior Counsel Total** | | | **0.30** | **$236.70** |
| **206 Total** | | | | **0.70** | **$552.30** |
| **207** | **Partner** | Jonathan E. Richman | $789.00 | 0.60 | $473.40 |
| | **Partner Total** | | | **0.60** | **$473.40** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 0.10 | $78.90 |
| | **Senior Counsel Total** | | | **0.10** | **$78.90** |
| | **Associate** | Marc Palmer | $789.00 | 0.50 | $394.50 |
| | **Associate Total** | | | **0.50** | **$394.50** |
| **207 Total** | | | | **1.20** | **$946.80** |
| **210** | **Partner** | Jonathan E. Richman | $789.00 | 4.30 | $3,392.70 |
| | **Partner Total** | | | **4.30** | **$3,392.70** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 0.40 | $315.60 |
| | | Julia D. Alonzo | $789.00 | 0.20 | $157.80 |
| | **Senior Counsel Total** | | | **0.60** | **$473.40** |
| **210 Total** | | | | **4.90** | **$3,866.10** |
| **212** | **Legal Assistant** | Angelo Monforte | $270.00 | 1.60 | $432.00 |
| | | Julia L. Sutherland | $270.00 | 0.50 | $135.00 |
| | **Legal Assistant Total** | | | **2.10** | **$567.00** |
| | **Lit. Support** | Laurie A. Henderson | $270.00 | 1.10 | $297.00 |
| | **Lit. Support Total** | | | **1.10** | **$297.00** |
| **212 Total** | | | | **3.20** | **$864.00** |
| **219** | **Partner** | John E. Roberts | $789.00 | 2.80 | $2,209.20 |
| | | Jonathan E. Richman | $789.00 | 8.70 | $6,864.30 |
| | **Partner Total** | | | **11.50** | **$9,073.50** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 4.70 | $3,708.30 |
| | **Senior Counsel Total** | | | **4.70** | **$3,708.30** |
| | **Associate** | Eric Wertheim | $789.00 | 10.20 | $8,047.80 |
| | | Marc Palmer | $789.00 | 9.60 | $7,574.40 |
| | | Shiloh Rainwater | $789.00 | 18.20 | $14,359.80 |
| | | William D. Dalsen | $789.00 | 0.50 | $394.50 |
| | **Associate Total** | | | **38.50** | **$30,376.50** |
| **219 Total** | | | | **54.70** | **$43,158.30** |
| **Grand Total** | | | | **64.70** | **$49,387.50** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0075  PREPA –  Costa Sur Insurance Recovery** | | | | | |
| **201** | **Partner** | Marc E. Rosenthal | $789.00 | 1.40 | $1,104.60 |
| | **Partner Total** | | | **1.40** | **$1,104.60** |
| **201 Total** | | | | **1.40** | **$1,104.60** |
| **202** | **Partner** | Marc E. Rosenthal | $789.00 | 4.30 | $3,392.70 |
| | **Partner Total** | | | **4.30** | **$3,392.70** |
| | **Associate** | Brooke C. Gottlieb | $789.00 | 1.90 | $1,499.10 |
| | | Lucy Wolf | $789.00 | 0.40 | $315.60 |
| | | Michael Wheat | $789.00 | 38.50 | $30,376.50 |
| | **Associate Total** | | | **40.80** | **$32,191.20** |
| | **Legal Assistant** | Christopher M. Tarrant | $270.00 | 1.10 | $297.00 |
| | | Natasha Petrov | $270.00 | 1.00 | $270.00 |
| | **Legal Assistant Total** | | | **2.10** | **$567.00** |
| **202 Total** | | | | **47.20** | **$36,150.90** |
| **204** | **Partner** | Marc E. Rosenthal | $789.00 | 7.20 | $5,680.80 |
| | | Timothy W. Mungovan | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **7.40** | **$5,838.60** |
| **204 Total** | | | | **7.40** | **$5,838.60** |
| **205** | **Partner** | Marc E. Rosenthal | $789.00 | 18.80 | $14,833.20 |
| | **Partner Total** | | | **18.80** | **$14,833.20** |
| **205 Total** | | | | **18.80** | **$14,833.20** |
| **206** | **Partner** | Ehud Barak | $789.00 | 3.70 | $2,919.30 |
| | | Marc E. Rosenthal | $789.00 | 35.80 | $28,246.20 |
| | | Margaret A. Dale | $789.00 | 6.10 | $4,812.90 |
| | | Martin J. Bienenstock | $789.00 | 5.00 | $3,945.00 |
| | | Paul Possinger | $789.00 | 3.50 | $2,761.50 |
| | | Timothy W. Mungovan | $789.00 | 8.50 | $6,706.50 |
| | **Partner Total** | | | **62.60** | **$49,391.40** |
| | **Associate** | Brooke H. Blackwell | $789.00 | 2.00 | $1,578.00 |
| | | Laura Stafford | $789.00 | 0.40 | $315.60 |
| | | Lucy Wolf | $789.00 | 9.10 | $7,179.90 |
| | | Michael Wheat | $789.00 | 7.30 | $5,759.70 |
| | **Associate Total** | | | **18.80** | **$14,833.20** |
| **206 Total** | | | | **81.40** | **$64,224.60** |
| **207** | **Partner** | Lary Alan Rappaport | $789.00 | 0.10 | $78.90 |
| | | Marc E. Rosenthal | $789.00 | 11.30 | $8,915.70 |
| | | Michael A. Firestein | $789.00 | 0.60 | $473.40 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| | | Paul Possinger | $789.00 | 0.70 | $552.30 |
| | | Timothy W. Mungovan | $789.00 | 0.60 | $473.40 |
| | **Partner Total** | | | **13.30** | **$10,493.70** |
| | **Associate** | Brooke H. Blackwell | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **0.30** | **$236.70** |
| **207 Total** | | | | **13.60** | **$10,730.40** |
| **210** | **Partner** | Lary Alan Rappaport | $789.00 | 0.20 | $157.80 |
| | | Marc E. Rosenthal | $789.00 | 29.40 | $23,196.60 |
| | | Matthew Triggs | $789.00 | 1.10 | $867.90 |
| | | Paul Possinger | $789.00 | 1.10 | $867.90 |
| | | Timothy W. Mungovan | $789.00 | 3.40 | $2,682.60 |
| | **Partner Total** | | | **35.20** | **$27,772.80** |
| | **Associate** | Laura Stafford | $789.00 | 1.20 | $946.80 |
| | | Michael Wheat | $789.00 | 0.60 | $473.40 |
| | **Associate Total** | | | **1.80** | **$1,420.20** |
| **210 Total** | | | | **37.00** | **$29,193.00** |
| **211** | **Partner** | Marc E. Rosenthal | $789.00 | 3.00 | $2,367.00 |
| | **Partner Total** | | | **3.00** | **$2,367.00** |
| **211 Total** | | | | **3.00** | **$2,367.00** |
| **212** | **Legal Assistant** | Christopher M. Tarrant | $270.00 | 0.90 | $243.00 |
| | | Natasha Petrov | $270.00 | 0.40 | $108.00 |
| | | Olaide M. Adejobi | $270.00 | 2.40 | $648.00 |
| | **Legal Assistant Total** | | | **3.70** | **$999.00** |
| **212 Total** | | | | **3.70** | **$999.00** |
| **Grand Total** | | | | **213.50** | **$165,441.30** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0079  PREPA – Fuel Line Lenders' Action** | | | | | |
| **206** | **Partner** | Martin J. Bienenstock | $789.00 | 19.10 | $15,069.90 |
| | | Paul Possinger | $789.00 | 5.30 | $4,181.70 |
| | **Partner Total** | | | **24.40** | **$19,251.60** |
| | **Associate** | Daniel Desatnik | $789.00 | 0.40 | $315.60 |
| | | Elliot Stevens | $789.00 | 4.30 | $3,392.70 |
| | **Associate Total** | | | **4.70** | **$3,708.30** |
| **206 Total** | | | | **29.10** | **$22,959.90** |
| **207** | **Partner** | Lary Alan Rappaport | $789.00 | 0.40 | $315.60 |
| | | Paul Possinger | $789.00 | 0.30 | $236.70 |
| | | Timothy W. Mungovan | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.90** | **$710.10** |
| **207 Total** | | | | **0.90** | **$710.10** |
| **210** | **Partner** | Michael A. Firestein | $789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **0.50** | **$394.50** |
| | **Associate** | Elliot Stevens | $789.00 | 1.30 | $1,025.70 |
| | | Laura Stafford | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **1.60** | **$1,262.40** |
| **210 Total** | | | | **2.10** | **$1,656.90** |
| **212** | **Legal Assistant** | Christopher M. Tarrant | $270.00 | 0.60 | $162.00 |
| | | Lawrence T. Silvestro | $270.00 | 4.10 | $1,107.00 |
| | | Shealeen E. Schaefer | $270.00 | 0.50 | $135.00 |
| | **Legal Assistant Total** | | | **5.20** | **$1,404.00** |
| **212 Total** | | | | **5.20** | **$1,404.00** |
| **Grand Total** | | | | **37.30** | **$26,730.90** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| **MATTER 33260.0085  PREPA –  Cobra Acquisition LLC** | | | | | |
| **202** | **Associate** | Matthew A. Skrzynski | $789.00 | 0.70 | $552.30 |
| | **Associate Total** | | | **0.70** | **$552.30** |
| **202 Total** | | | | **0.70** | **$552.30** |
| **204** | **Partner** | Brian S. Rosen | $789.00 | 0.30 | $236.70 |
| | | Martin J. Bienenstock | $789.00 | 1.30 | $1,025.70 |
| | **Partner Total** | | | **1.60** | **$1,262.40** |
| **204 Total** | | | | **1.60** | **$1,262.40** |
| **205** | **Partner** | Ehud Barak | $789.00 | 0.50 | $394.50 |
| | | Hadassa R. Waxman | $789.00 | 1.50 | $1,183.50 |
| | | Paul Possinger | $789.00 | 3.40 | $2,682.60 |
| | | Scott P. Cooper | $789.00 | 1.20 | $946.80 |
| | **Partner Total** | | | **6.60** | **$5,207.40** |
| | **Associate** | Daniel Desatnik | $789.00 | 4.30 | $3,392.70 |
| | **Associate Total** | | | **4.30** | **$3,392.70** |
| **205 Total** | | | | **10.90** | **$8,600.10** |
| **206** | **Partner** | Ehud Barak | $789.00 | 30.40 | $23,985.60 |
| | | Hadassa R. Waxman | $789.00 | 9.30 | $7,337.70 |
| | | Martin J. Bienenstock | $789.00 | 6.80 | $5,365.20 |
| | | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | | Paul Possinger | $789.00 | 14.90 | $11,756.10 |
| | | Scott P. Cooper | $789.00 | 8.80 | $6,943.20 |
| | **Partner Total** | | | **70.40** | **$55,545.60** |
| | **Associate** | Daniel Desatnik | $789.00 | 6.40 | $5,049.60 |
| | | Elliot Stevens | $789.00 | 13.60 | $10,730.40 |
| | | Matthew A. Skrzynski | $789.00 | 73.90 | $58,307.10 |
| | **Associate Total** | | | **93.90** | **$74,087.10** |
| **206 Total** | | | | **164.30** | **$129,632.70** |
| **207** | **Partner** | Hadassa R. Waxman | $789.00 | 3.70 | $2,919.30 |
| | | Lary Alan Rappaport | $789.00 | 0.30 | $236.70 |
| | | Maja Zerjal | $789.00 | 0.70 | $552.30 |
| | | Michael A. Firestein | $789.00 | 0.30 | $236.70 |
| | | Paul Possinger | $789.00 | 0.50 | $394.50 |
| | | Scott P. Cooper | $789.00 | 0.10 | $78.90 |
| | | Timothy W. Mungovan | $789.00 | 0.60 | $473.40 |
| | **Partner Total** | | | **6.20** | **$4,891.80** |
| | **Associate** | Elliot Stevens | $789.00 | 8.20 | $6,469.80 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | Matthew A. Skrzynski | $789.00 | 3.50 | $2,761.50 |
| | **Associate Total** | | | **11.70** | **$9,231.30** |
| **207 Total** | | | | **17.90** | **$14,123.10** |
| **208** | **Partner** | Lary Alan Rappaport | $789.00 | 0.50 | $394.50 |
| | | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.70** | **$552.30** |
| | **Associate** | Matthew A. Skrzynski | $789.00 | 3.00 | $2,367.00 |
| | | Steve Ma | $789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **3.20** | **$2,524.80** |
| **208 Total** | | | | **3.90** | **$3,077.10** |
| **210** | **Partner** | Ehud Barak | $789.00 | 1.60 | $1,262.40 |
| | | Hadassa R. Waxman | $789.00 | 20.10 | $15,858.90 |
| | | Paul Possinger | $789.00 | 7.00 | $5,523.00 |
| | | Scott P. Cooper | $789.00 | 6.20 | $4,891.80 |
| | | Timothy W. Mungovan | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **35.10** | **$27,693.90** |
| | **Associate** | Daniel Desatnik | $789.00 | 1.20 | $946.80 |
| | | Elliot Stevens | $789.00 | 2.60 | $2,051.40 |
| | | Matthew A. Skrzynski | $789.00 | 21.40 | $16,884.60 |
| | **Associate Total** | | | **25.20** | **$19,882.80** |
| **210 Total** | | | | **60.30** | **$47,576.70** |
| **212** | **Legal Assistant** | Angelo Monforte | $270.00 | 2.20 | $594.00 |
| | | Laura M. Geary | $270.00 | 4.40 | $1,188.00 |
| | | Olaide M. Adejobi | $270.00 | 2.60 | $702.00 |
| | **Legal Assistant Total** | | | **9.20** | **$2,484.00** |
| **212 Total** | | | | **9.20** | **$2,484.00** |
| **Grand Total** | | | | **268.80** | **$207,308.40** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0086  PREPA –  SREAEE v. FOMB** | | | | | |
| **206** | **Partner** | Lary Alan Rappaport | $789.00 | 4.00 | $3,156.00 |
| | | Paul Possinger | $789.00 | 1.70 | $1,341.30 |
| | **Partner Total** | | | **5.70** | **$4,497.30** |
| | **Associate** | Elliot Stevens | $789.00 | 1.00 | $789.00 |
| | **Associate Total** | | | **1.00** | **$789.00** |
| **206 Total** | | | | **6.70** | **$5,286.30** |
| **207** | **Partner** | Lary Alan Rappaport | $789.00 | 0.70 | $552.30 |
| | **Partner Total** | | | **0.70** | **$552.30** |
| **207 Total** | | | | **0.70** | **$552.30** |
| **210** | **Partner** | Lary Alan Rappaport | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| | **Associate** | Laura Stafford | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **0.30** | **$236.70** |
| **210 Total** | | | | **0.70** | **$552.30** |
| **212** | **Legal Assistant** | Christopher M. Tarrant | $270.00 | 0.60 | $162.00 |
| | **Legal Assistant Total** | | | **0.60** | **$162.00** |
| **212 Total** | | | | **0.60** | **$162.00** |
| **Grand Total** | | | | **8.70** | **$6,552.90** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0095  PREPA –  Insurance Coverage Advice** | | | | | |
| **204** | **Partner** | Paul Possinger | $789.00 | 1.00 | $789.00 |
|  | **Partner Total** | | | **1.00** | **$789.00** |
| **204 Total** | | | | **1.00** | **$789.00** |
| **205** | **Partner** | Marc E. Rosenthal | $789.00 | 6.80 | $5,365.20 |
|  | **Partner Total** | | | **6.80** | **$5,365.20** |
| **205 Total** | | | | **6.80** | **$5,365.20** |
| **206** | **Partner** | Lary Alan Rappaport | $789.00 | 0.10 | $78.90 |
|  | | Marc E. Rosenthal | $789.00 | 5.60 | $4,418.40 |
|  | | Paul Possinger | $789.00 | 15.00 | $11,835.00 |
|  | **Partner Total** | | | **20.70** | **$16,332.30** |
|  | **Associate** | Laura Stafford | $789.00 | 0.50 | $394.50 |
|  | **Associate Total** | | | **0.50** | **$394.50** |
|  | **Legal Assistant** | Christopher M. Tarrant | $270.00 | 0.90 | $243.00 |
|  | **Legal Assistant Total** | | | **0.90** | **$243.00** |
| **206 Total** | | | | **22.10** | **$16,969.80** |
| **207** | **Partner** | Lary Alan Rappaport | $789.00 | 0.10 | $78.90 |
|  | **Partner Total** | | | **0.10** | **$78.90** |
| **207 Total** | | | | **0.10** | **$78.90** |
| **210** | **Partner** | Marc E. Rosenthal | $789.00 | 3.60 | $2,840.40 |
|  | | Margaret A. Dale | $789.00 | 0.30 | $236.70 |
|  | | Paul Possinger | $789.00 | 1.90 | $1,499.10 |
|  | **Partner Total** | | | **5.80** | **$4,576.20** |
|  | **Associate** | Laura Stafford | $789.00 | 0.60 | $473.40 |
|  | **Associate Total** | | | **0.60** | **$473.40** |
| **210 Total** | | | | **6.40** | **$5,049.60** |
| **Grand Total** | | | | **36.40** | **$28,252.50** |