## Exhibit B

**Monthly Statements**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

 

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

     Debtor.

-------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)

## COVER SHEET TO SIXTH MONTHLY FEE APPLICATION OF PROSKAUER ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA") FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of Applicant:                          Proskauer Rose LLP ("Proskauer")

Authorized to Provide
Professional Services to:                   Financial Oversight and Management Board, as
                                            Representative for the Debtor Pursuant to
                                            PROMESA Section 315(b)

Period for which compensation
and reimbursement for fees and services
is sought:                                  February 1, 2020 through February 29, 2020

Amount of compensation sought
as actual, reasonable and necessary:        **$21,927.30**

Amount of expense reimbursement
sought as actual, reasonable and necessary: **$429.30**

Total Amount for these Invoices:            **$22,356.60**

This is a: _X_ monthly __ interim __ final application.

This is Proskauer's sixth monthly fee application in these cases.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for February 2020.


Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On March 20, 2020 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
          FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
          Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
          Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
          Suzzanne Uhland, Esq.
          Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
          Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
          Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
          Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
          Central Accounting
          Omar E. Rodríguez Pérez, CPA, Assistant
          Secretary of Central Accounting
          Angel L. Pantoja Rodríguez, Deputy Assistant of
          Internal Revenue and Tax Policy
          Francisco Parés Alicea, Assistant Secretary of
          Internal Revenue and Tax Policy
          Francisco Peña Montañez, CPA, Assistant
          Secretary of the Treasury

4

**Summary of Legal Fees for the Period February 2020**

| | PBA - General | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 206 | Documents Filed on Behalf of the Board | 18.50 | $14,596.50 |
| 210 | Analysis and Strategy | 3.20 | $2,524.80 |
| 212 | General Administration | 11.60 | $3,132.00 |
| 218 | Employment and Fee Applications | 6.20 | $1,674.00 |
| | **Total** | **39.50** | **$21,927.30** |

**Summary of Legal Fees for the Period February 2020**

## ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $789.00 | 0.40 | $315.60 |
| Laura Stafford | Associate | Litigation | $789.00 | 5.30 | $4,181.70 |
| Philip Omorogbe | Associate | Corporate | $789.00 | 15.50 | $12,229.50 |
| Yafit Shalev | Lawyer | BSGR & B | $789.00 | 0.50 | $394.50 |
| | | | **TOTAL** | **21.70** | **$17,121.30** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Angelo Monforte | Legal Assistant | Litigation | $270.00 | 2.00 | $540.00 |
| Natasha Petrov | Legal Assistant | BSGR & B | $270.00 | 6.20 | $1,674.00 |
| Tal J. Singer | Legal Assistant | Litigation | $270.00 | 9.60 | $2,592.00 |
| | | | **TOTAL** | **17.80** | **$4,806.00** |

| SUMMARY OF LEGAL FEES | Hours 39.50 | Fees $21,927.30 |
|---|---|---|

**Summary of Disbursements for the period February 2020**

### ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---|
| Reproduction | $143.30 |
| Westlaw | $286.00 |
| **TOTAL** | **$429.30** |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $19,734.57, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $429.30) in the total amount $20,163.87.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

# **Exhibit A**

33260 FOMB                                                                  Invoice 190143870
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0083 PROMESA TITLE III: PBA                                                         Page 1

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 206 | Documents Filed on Behalf of the Board | 18.50 | $14,596.50 |
| 210 | Analysis and Strategy | 3.20 | $2,524.80 |
| 212 | General Administration | 11.60 | $3,132.00 |
| 218 | Employment and Fee Applications | 6.20 | $1,674.00 |
| | **Total** | **39.50** | **$21,927.30** |

33260 FOMB

Invoice 190143870

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

0083 PROMESA TITLE III: PBA

Page 2

**Documents Filed on Behalf of the Board -- 206**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 02/06/20 | Laura Stafford | 206 | Review and revise draft PBA bar date motion and proposed order. | 0.90 | $710.10 |
| 02/06/20 | Philip Omorogbe | 206 | Review exhibits regarding PBA bar date proposed order. | 0.60 | $473.40 |
| 02/07/20 | Philip Omorogbe | 206 | Revise exhibits regarding PBA bar date motion proposed order. | 0.80 | $631.20 |
| 02/10/20 | Brian S. Rosen | 206 | Review and revise PBA motion regarding bar date (0.30); Draft memorandum to L. Stafford regarding revised PBA bar date motion (0.10). | 0.40 | $315.60 |
| 02/10/20 | Philip Omorogbe | 206 | Draft PBA bar date motion and proposed order. | 1.80 | $1,420.20 |
| 02/10/20 | Laura Stafford | 206 | Calls with P. Omorogbe regarding PBA bar date motion (0.10). | 0.10 | $78.90 |
| 02/10/20 | Laura Stafford | 206 | Review and comment on draft PBA bar date motion (0.90). | 0.90 | $710.10 |
| 02/11/20 | Laura Stafford | 206 | Review and revise PBA bar date motion (1.20). | 1.20 | $946.80 |
| 02/11/20 | Philip Omorogbe | 206 | Revise PBA bar date notice reflecting pertinent changes (2.30); Discuss PBA claims processing locations with Prime Clerk (0.20); Discuss bar date filing with L. Stafford (0.20); Discuss with same with local counsel (0.20); Review notices, proposed order and other exhibits (1.20); Review comments from AAFAF regarding same (0.30); Review and implement comments from local counsel (0.90). | 5.30 | $4,181.70 |
| 02/24/20 | Philip Omorogbe | 206 | Draft amended proposed order regarding PBA bar date motion and related exhibits. | 3.20 | $2,524.80 |
| 02/25/20 | Philip Omorogbe | 206 | Draft notice regarding proposed order changes regarding PBA claims collection. | 1.60 | $1,262.40 |
| 02/26/20 | Philip Omorogbe | 206 | Revise PBA proposed order in connection with PBA general bar date. | 0.70 | $552.30 |
| 02/27/20 | Philip Omorogbe | 206 | Review notice and proposed order regarding PBA bar date motion for filing. | 0.80 | $631.20 |
| 02/27/20 | Laura Stafford | 206 | Review and revise draft notice of filing of amended order regarding PBA bar date (0.20). | 0.20 | $157.80 |
| **Documents Filed on Behalf of the Board** | | | | **18.50** | **$14,596.50** |

33260 FOMB                                                                    Invoice 190143870
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

0083 PROMESA TITLE III: PBA                                                        Page 3

**Analysis and Strategy -- 210**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 02/02/20 | Laura Stafford | 210 | Review and analyze creditor matrix and list. | 0.30 | $236.70 |
| 02/03/20 | Yafit Shalev | 210 | Review accounts duplications in PBA and Commonwealth. | 0.50 | $394.50 |
| 02/04/20 | Laura Stafford | 210 | Calls with P. Omorogbe regarding PBA creditor list and creditor matrix (0.30). | 0.30 | $236.70 |
| 02/05/20 | Laura Stafford | 210 | Review creditor list and creditor matrix (0.60). | 0.60 | $473.40 |
| 02/05/20 | Laura Stafford | 210 | E-mails with P. Omorogbe regarding PBA creditor list and creditor matrix (0.30). | 0.30 | $236.70 |
| 02/11/20 | Laura Stafford | 210 | Call with P. Omorogbe regarding PBA bar date motion (0.10). | 0.10 | $78.90 |
| 02/11/20 | Laura Stafford | 210 | E-mails with P. Omorogbe regarding PBA bar date motion (0.20). | 0.20 | $157.80 |
| 02/19/20 | Philip Omorogbe | 210 | Communication with B. Rosen regarding upcoming AAFAF meeting. | 0.30 | $236.70 |
| 02/20/20 | Philip Omorogbe | 210 | E-mail communication with B. Rosen regarding PBA leases (0.10); Communication with Prime Clerk regarding on-island claims collection centers (0.30). | 0.40 | $315.60 |
| 02/27/20 | Laura Stafford | 210 | E-mails with G. Miranda and P. Omorogbe regarding PBA bar date motion (0.20). | 0.20 | $157.80 |
| **Analysis and Strategy** | | | | **3.20** | **$2,524.80** |

**General Administration -- 212**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 02/03/20 | Tal J. Singer | 212 | Review and revise bar date motion (0.70); Insert Spanish translations into the PBA bar date motion (0.80); Create a comparison report of the previous version of the bar date motion to showcase updates to P. Omorogbe. (0.30). | 1.80 | $486.00 |
| 02/05/20 | Tal J. Singer | 212 | Review and revise 14th omnibus stay motion per P. Omorogbe (1.70); Confer with P. Omorogbe regarding same (0.20). | 1.90 | $513.00 |
| 02/06/20 | Angelo Monforte | 212 | Review and edit citations to motion for order establishing deadlines and procedures for filing proofs of claim per P. Omorogbe (0.90); Draft table of authorities regarding same (1.10). | 2.00 | $540.00 |
| 02/12/20 | Tal J. Singer | 212 | Review docket for relevant pleadings related to the bar date motion per P. Omorogbe. | 0.40 | $108.00 |

33260 FOMB                                                              Invoice 190143870
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0083 PROMESA TITLE III: PBA                                                    Page 4

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 02/19/20 | Tal J. Singer | 212 | Draft certificate of no objection for PBA Bar date motion per P. Omorogbe. | 1.30 | $351.00 |
| 02/19/20 | Tal J. Singer | 212 | Review docket to find objections to bar date motion (0.10); E-mail with P. Omorogbe regarding same (0.20). | 0.30 | $81.00 |
| 02/21/20 | Tal J. Singer | 212 | Draft certificate of no objection per P. Omorogbe (1.40); Call with P. Omorogbe regarding same (0.30); Revise certificate of no objection (0.20). | 1.90 | $513.00 |
| 02/24/20 | Tal J. Singer | 212 | Draft notice filing of amended proposed order regarding bar date motion (1.60); Call with P. Omorogbe regarding same (0.40). | 2.00 | $540.00 |
| **General Administration** | | | | **11.60** | **$3,132.00** |

**Employment and Fee Applications -- 218**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 02/07/20 | Natasha Petrov | 218 | Review and redact certain entries for first interim fee application. | 0.40 | $108.00 |
| 02/10/20 | Natasha Petrov | 218 | Continue drafting Proskauer first interim fee application. | 1.80 | $486.00 |
| 02/11/20 | Natasha Petrov | 218 | Continue drafting Proskauer first interim fee application. | 0.80 | $216.00 |
| 02/12/20 | Natasha Petrov | 218 | Continue drafting Proskauer first interim fee application. | 1.30 | $351.00 |
| 02/13/20 | Natasha Petrov | 218 | Continue drafting Proskauer first interim fee application. | 0.60 | $162.00 |
| 02/14/20 | Natasha Petrov | 218 | Continue drafting Proskauer first interim fee application. | 0.90 | $243.00 |
| 02/24/20 | Natasha Petrov | 218 | Revisions to Proskauer first interim fee application. | 0.40 | $108.00 |
| **Employment and Fee Applications** | | | | **6.20** | **$1,674.00** |

**Total for Professional Services**                                         **$21,927.30**

33260 FOMB                                                                      Invoice 190143870
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
  0083 PROMESA TITLE III: PBA                                                        Page 5

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|------------|--------|------:|-----:|------:|
| BRIAN S. ROSEN | PARTNER | 0.40 | 789.00 | $315.60 |
| **Total for PARTNER** | | **0.40** | | **$315.60** |
| | | | | |
| LAURA STAFFORD | ASSOCIATE | 5.30 | 789.00 | $4,181.70 |
| PHILIP OMOROGBE | ASSOCIATE | 15.50 | 789.00 | $12,229.50 |
| **Total for ASSOCIATE** | | **20.80** | | **$16,411.20** |
| | | | | |
| YAFIT SHALEV | LAWYER | 0.50 | 789.00 | $394.50 |
| **Total for LAWYER** | | **0.50** | | **$394.50** |
| | | | | |
| ANGELO MONFORTE | LEGAL ASSISTANT | 2.00 | 270.00 | $540.00 |
| NATASHA PETROV | LEGAL ASSISTANT | 6.20 | 270.00 | $1,674.00 |
| TAL J. SINGER | LEGAL ASSISTANT | 9.60 | 270.00 | $2,592.00 |
| **Total for LEGAL ASSISTANT** | | **17.80** | | **$4,806.00** |
| | | | | |
| | **Total** | **39.50** | | **$21,927.30** |

**For Charges and Disbursements**

| Date | Timekeeper | Type | Description | Amount |
|------|------------|------|-------------|-------:|
| 02/03/2020 | Tal J. Singer | REPRODUCTION | REPRODUCTION | $6.30 |
| 02/03/2020 | Tal J. Singer | REPRODUCTION | REPRODUCTION | $3.10 |
| 02/03/2020 | Tal J. Singer | REPRODUCTION | REPRODUCTION | $0.90 |
| 02/03/2020 | Tal J. Singer | REPRODUCTION | REPRODUCTION | $3.50 |
| 02/04/2020 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.50 |
| 02/04/2020 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.60 |
| 02/04/2020 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.60 |
| 02/05/2020 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $9.60 |
| 02/05/2020 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $2.80 |
| 02/06/2020 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.20 |
| 02/06/2020 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.80 |
| 02/06/2020 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $1.70 |
| 02/06/2020 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $1.10 |
| 02/11/2020 | Laura Stafford | REPRODUCTION | REPRODUCTION | $0.10 |
| 02/11/2020 | Laura Stafford | REPRODUCTION | REPRODUCTION | $6.30 |
| 02/18/2020 | Laura Stafford | REPRODUCTION | REPRODUCTION | $0.90 |
| 02/18/2020 | Laura Stafford | REPRODUCTION | REPRODUCTION | $3.70 |
| 02/18/2020 | Laura Stafford | REPRODUCTION | REPRODUCTION | $10.40 |
| 02/18/2020 | Laura Stafford | REPRODUCTION | REPRODUCTION | $0.60 |
| 02/19/2020 | Laura Stafford | REPRODUCTION | REPRODUCTION | $30.70 |
| 02/19/2020 | Laura Stafford | REPRODUCTION | REPRODUCTION | $14.80 |
| 02/21/2020 | Laura Stafford | REPRODUCTION | REPRODUCTION | $5.40 |
| 02/21/2020 | Laura Stafford | REPRODUCTION | REPRODUCTION | $38.70 |
| | | | **Total for REPRODUCTION** | **$143.30** |

33260 FOMB                                                                  Invoice 190143870
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0083 PROMESA TITLE III: PBA                                              Page 6

| Date | Timekeeper | Type | Description | Amount |
|------|-----------|------|-------------|--------|
| 02/06/2020 | Angelo Monforte | WESTLAW | WESTLAW Connect and Comm Time - 0:00:00 WestChk and Other Trans - 2 Lines Printed | $286.00 |
| | | | **Total for WESTLAW** | **$286.00** |

**Charges and Disbursements Summary**

| Type of Disbursements | Amount |
|----------------------|--------|
| REPRODUCTION | 143.30 |
| WESTLAW | 286.00 |
| **Total Expenses** | **$429.30** |
| **Total Amount for this Matter** | **$22,356.60** |

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

    Debtor.

------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)

**COVER SHEET TO SEVENTH MONTHLY FEE APPLICATION OF PROSKAUER
ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR,
PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA")
<u>FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020</u>**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4)
digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico
(Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax
Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID:
8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567-LTS)
(Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax
ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17- BK-4780-LTS) (Last
Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case
No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy
Case numbers due to software limitations).

| | |
|---|---|
| Name of Applicant: | Proskauer Rose LLP ("Proskauer") |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Period for which compensation and reimbursement for fees and services is sought: | March 1, 2020 through March 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | **$72,432.30** |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | **$11.50** |
| Total Amount for these Invoices: | **$72,443.80** |

This is a: <u>X</u> monthly __ interim __ final application.

This is Proskauer's seventh monthly fee application in these cases.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for March 2020.

_____

Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On April 21, 2020 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
        FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
        Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
        Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
        Suzzanne Uhland, Esq.
        Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
        Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
        Central Accounting
        Omar E. Rodríguez Pérez, CPA, Assistant
        Secretary of Central Accounting
        Angel L. Pantoja Rodríguez, Deputy Assistant of
        Internal Revenue and Tax Policy
        Francisco Parés Alicea, Assistant Secretary of
        Internal Revenue and Tax Policy
        Francisco Peña Montañez, CPA, Assistant
        Secretary of the Treasury

4

**Summary of Legal Fees for the Period March 2020**

| PBA - General | | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 201 | Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants | 1.50 | $1,183.50 |
| 202 | Legal Research | 8.40 | $2,268.00 |
| 203 | Hearings and Other Non-Filed Communications with the Court | 3.70 | $2,919.30 |
| 204 | Communications with Claimholders | 0.20 | $157.80 |
| 206 | Documents Filed on Behalf of the Board | 42.10 | $33,216.90 |
| 208 | Stay Matters | 1.90 | $1,499.10 |
| 210 | Analysis and Strategy | 32.70 | $25,800.30 |
| 212 | General Administration | 1.50 | $405.00 |
| 215 | Plan of Adjustment and Disclosure Statement | 0.60 | $473.40 |
| 218 | Employment and Fee Applications | 16.70 | $4,509.00 |
| | **Total** | **109.30** | **$72,432.30** |

**Summary of Legal Fees for the Period March 2020**

### ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $789.00 | 5.00 | $3,945.00 |
| Maja Zerjal | Partner | BSGR & B | $789.00 | 2.40 | $1,893.60 |
| Brooke H. Blackwell | Associate | Corporate | $789.00 | 2.60 | $2,051.40 |
| Elisa Carino | Associate | Litigation | $789.00 | 3.70 | $2,919.30 |
| Joshua A. Esses | Associate | BSGR & B | $789.00 | 0.20 | $157.80 |
| Laura Stafford | Associate | Litigation | $789.00 | 18.50 | $14,596.50 |
| Matias G. Leguizamon | Associate | Corporate | $789.00 | 0.40 | $315.60 |
| Megan R. Volin | Associate | Corporate | $789.00 | 2.20 | $1,735.80 |
| Philip Omorogbe | Associate | Corporate | $789.00 | 1.80 | $1,420.20 |
| Steve Ma | Associate | BSGR & B | $789.00 | 13.30 | $10,493.70 |
| Yafit Shalev | Associate | BSGR & B | $789.00 | 32.60 | $25,721.40 |
| | | | **TOTAL** | **82.70** | **$65,250.30** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Christopher M. Tarrant | Legal Assistant | BSGR & B | $270.00 | 9.10 | $2,457.00 |
| Natasha Petrov | Legal Assistant | BSGR & B | $270.00 | 15.30 | $4,131.00 |
| Tal J. Singer | Legal Assistant | Litigation | $270.00 | 2.20 | $594.00 |
| | | | **TOTAL** | **26.60** | **$7,182.00** |

| SUMMARY OF LEGAL FEES | Hours 109.30 | Fees $72,432.30 |
|---|---|---|

**Summary of Disbursements for the period March 2020**

### ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---|
| Reproduction | $11.50 |
| TOTAL | **$ 11.50** |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $65,189.07, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $11.50) in the total amount $65,200.57.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

# **Exhibit A**

33260 FOMB                                                                Invoice 190147222
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0083 PROMESA TITLE III: PBA                                               Page 1

| Summary of Time Billed by Task | Hours | Value |
|---|---|---|
| 201 | Tasks relating to the Board and Associated Members | 1.50 | $1,183.50 |
| 202 | Legal Research | 8.40 | $2,268.00 |
| 203 | Hearings and other non-filed communications with the Court | 3.70 | $2,919.30 |
| 204 | Communications with Claimholders | 0.20 | $157.80 |
| 206 | Documents Filed on Behalf of the Board | 42.10 | $33,216.90 |
| 208 | Stay Matters | 1.90 | $1,499.10 |
| 210 | Analysis and Strategy | 32.70 | $25,800.30 |
| 212 | General Administration | 1.50 | $405.00 |
| 215 | Plan of Adjustment and Disclosure Statement | 0.60 | $473.40 |
| 218 | Employment and Fee Applications | 16.70 | $4,509.00 |
| | **Total** | **109.30** | **$72,432.30** |

33260 FOMB                                                                          Invoice 190147222
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0083 PROMESA TITLE III: PBA                                                                  Page 2

**Tasks relating to the Board and Associated Members -- 201**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/10/20 | Brian S. Rosen | 201 | Teleconference with Alvarez Marsal regarding claim agent retention (0.30). | 0.30 | $236.70 |
| 03/13/20 | Brian S. Rosen | 201 | Memorandum to J. El Koury regarding PBA/Alvarez Marsal (0.10); Teleconference with J. El Koury regarding same (0.20); Teleconference with L. Stafford regarding same (0.20); Memorandum to J. Hertzberg regarding same (0.10). | 0.60 | $473.40 |
| 03/20/20 | Laura Stafford | 201 | Participate in call with J. Hertzberg, J. El Koury, B. Rosen, and S. Jensen regarding PBA engagement (0.60). | 0.60 | $473.40 |
| **Tasks relating to the Board and Associated Members** | | | | **1.50** | **$1,183.50** |

**Legal Research -- 202**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/19/20 | Christopher M. Tarrant | 202 | Research regarding rejection of leases. | 1.60 | $432.00 |
| 03/19/20 | Tal J. Singer | 202 | Research regarding consensual motion to reject a lease per Y. Shalev (1.60); Research regarding order establishing deadlines and procedures for filing proofs of claims per Y. Shalev (0.60). | 2.20 | $594.00 |
| 03/20/20 | Christopher M. Tarrant | 202 | Additional research regarding lease rejection motion and notice. | 0.80 | $216.00 |
| 03/31/20 | Christopher M. Tarrant | 202 | Research regarding pending complaint, discovery and replies (1.10); Research regarding motion to reject contract with Department of Justice (0.80); Review and revise motion and notice to reject contract with Department of Justice (0.80); E-mails and call with Y. Shalev regarding same (0.40); E-mails with local counsel regarding same (0.40); E-mails with Prime Clerk regarding service of same (0.30). | 3.80 | $1,026.00 |
| **Legal Research** | | | | **8.40** | **$2,268.00** |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

Invoice 190147222

0083 PROMESA TITLE III: PBA                                                                Page 3

**Hearings and other non-filed communications with the Court -- 203**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/05/20 | Steve MA | 203 | Prepare to speak at omnibus hearing regarding PBA bar date motion. | 1.20 | $946.80 |
| 03/05/20 | Steve MA | 203 | Attend and speak at omnibus hearing. | 2.50 | $1,972.50 |
| **Hearings and other non-filed communications with the Court** | | | | **3.70** | **$2,919.30** |

**Communications with Claimholders -- 204**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/11/20 | Steve MA | 204 | Draft PBA bar date radio script. | 0.20 | $157.80 |
| **Communications with Claimholders** | | | | **0.20** | **$157.80** |

**Documents Filed on Behalf of the Board -- 206**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/02/20 | Philip Omorogbe | 206 | Review motion regarding rejection of certain leases within Commonwealth Title III case. | 1.20 | $946.80 |
| 03/10/20 | Brian S. Rosen | 206 | Review draft lease rejection motion (0.20). | 0.20 | $157.80 |
| 03/16/20 | Laura Stafford | 206 | Revise draft motion to extend PBA bar date (1.70). | 1.70 | $1,341.30 |
| 03/17/20 | Laura Stafford | 206 | Revise draft urgent motion to extend PBA bar date (01.20). | 1.20 | $946.80 |
| 03/17/20 | Steve MA | 206 | Review and comment on draft urgent motion to extend bar date. | 0.20 | $157.80 |
| 03/17/20 | Maja Zerjal | 206 | Review motion to extend PBA bar date. | 0.10 | $78.90 |
| 03/18/20 | Steve MA | 206 | Review and revise draft notice of bar date extension. | 0.20 | $157.80 |
| 03/19/20 | Yafit Shalev | 206 | Implement B. Rosen's comments on the PBA motion to reject real property lease. | 2.20 | $1,735.80 |
| 03/19/20 | Yafit Shalev | 206 | Draft the order to the BPA motion to reject a lease contract. | 1.70 | $1,341.30 |
| 03/20/20 | Yafit Shalev | 206 | Draft order and notice to the motion to reject unexpired property lease. | 6.80 | $5,365.20 |
| 03/23/20 | Maja Zerjal | 206 | Review draft 365(d)(4) extension for PBA (0.30); Review issues regarding same (0.40); Correspond with internal team regarding same (0.30). | 1.00 | $789.00 |
| 03/23/20 | Steve MA | 206 | Revise bar date notices for updated extension of bar date. | 0.50 | $394.50 |
| 03/24/20 | Maja Zerjal | 206 | Review revised draft regarding 365(d)(4) extension (0.30); Correspond with internal team regarding same (0.40). | 0.70 | $552.30 |
| 03/24/20 | Megan R. Volin | 206 | Draft motion to extend time to reject leases. | 1.60 | $1,262.40 |

33260 FOMB                                                                          Invoice 190147222
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
     0083 PROMESA TITLE III: PBA                                                           Page 4

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/25/20 | Laura Stafford | 206 | Draft informative motion regarding PBA bar date notice publication (1.10). | 1.10 | $867.90 |
| 03/25/20 | Megan R. Volin | 206 | Draft motion to extend time to reject leases. | 0.60 | $473.40 |
| 03/26/20 | Laura Stafford | 206 | Revise draft informative motion regarding PBA notice (0.90). | 0.90 | $710.10 |
| 03/26/20 | Yafit Shalev | 206 | Revise motion and proposed order to reject real property lease. | 3.30 | $2,603.70 |
| 03/26/20 | Brian S. Rosen | 206 | Review Y. Shalev memorandum regarding motion to reject (0.10); Memorandum to Y. Shalev regarding same (0.10); Review and revise same (0.40). | 0.60 | $473.40 |
| 03/30/20 | Laura Stafford | 206 | Revise draft informative motion regarding publication of notices (1.30). | 1.30 | $1,025.70 |
| 03/31/20 | Yafit Shalev | 206 | Revise PBA motion to extend the timing to assume or reject leases. | 1.50 | $1,183.50 |
| 03/31/20 | Yafit Shalev | 206 | Revise PBA motion to reject unexpired property lease. | 7.50 | $5,917.50 |
| 03/31/20 | Yafit Shalev | 206 | Revise PBA motion to reject unexpired real property lease. | 2.50 | $1,972.50 |
| 03/31/20 | Joshua A. Esses | 206 | Review draft 365(d)(4) motions. | 0.20 | $157.80 |
| 03/31/20 | Maja Zerjal | 206 | Review PBA lease rejection motion. | 0.20 | $157.80 |
| 03/31/20 | Brian S. Rosen | 206 | Review and revise motion to reject DOJ lease (0.60); Teleconference with Y. Shalev regarding same (0.20); Review revised motion (0.40); Teleconference with Y. Shalev regarding same (0.30); Review and revise motion to extend 365(d)(4) period (0.30); Teleconference with Y. Shalev regarding same (0.20); Conference call with L. Marini, Y. Shalev, et al., regarding motion to reject/motion to extend (0.40); Memorandum to Y. Shalev regarding filing of motion to reject (0.10); Review L. Marini memorandum regarding filing (0.10). | 2.60 | $2,051.40 |
| 03/31/20 | Laura Stafford | 206 | Revise draft informative motion regarding publication (0.50). | 0.50 | $394.50 |
| **Documents Filed on Behalf of the Board** | | | | **42.10** | **$33,216.90** |

**Stay Matters -- 208**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/03/20 | Steve MA | 208 | Lift Stay: follow-up e-mail with AAFAF local counsel regarding Caridad Sanchez lift-stay notice. | 0.10 | $78.90 |
| 03/09/20 | Steve MA | 208 | Lift Stay: Follow-up with AAFAF local counsel regarding Caridad Sanchez and Sociedad Orintologica lift-stay requests. | 0.20 | $157.80 |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

Invoice 190147222

| 0083 PROMESA TITLE III: PBA | Page 5 |
|---|---|

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/16/20 | Steve MA | 208 | Lift Stay: Review and comment on Caridad Fernandez lift-stay stipulation. | 1.10 | $867.90 |
| 03/20/20 | Steve MA | 208 | Lift Stay: Review and revise draft Caridad Fernandez lift-stay stipulation. | 0.50 | $394.50 |
| **Stay Matters** | | | | **1.90** | **$1,499.10** |

**Analysis and Strategy -- 210**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/02/20 | Brian S. Rosen | 210 | Review Mauri memorandum regarding motion to reject (0.20); Memorandum to P. Omorogbe regarding same (0.10); Memorandum to P. Omorogbe regarding motion comments (0.10). | 0.40 | $315.60 |
| 03/02/20 | Laura Stafford | 210 | E-mails with B. Rosen, P. Possinger, et al. regarding PBA bar date and ERS solicitation procedures (0.40). | 0.40 | $315.60 |
| 03/03/20 | Laura Stafford | 210 | Draft talking points regarding PBA bar date motion (0.90). | 0.90 | $710.10 |
| 03/03/20 | Brooke H. Blackwell | 210 | Internal communications with P. Omorogbe regarding 365(d)(4) lease extension motions (0.30); Review recent filings regarding status of case (0.20); Management of internal reference materials (0.40). | 0.90 | $710.10 |
| 03/04/20 | Steve MA | 210 | Review PBA bar date issues and prepare to speak at omnibus hearing regarding the same. | 2.30 | $1,814.70 |
| 03/11/20 | Laura Stafford | 210 | Call with S. Ma regarding PBA (0.10). | 0.10 | $78.90 |
| 03/11/20 | Laura Stafford | 210 | E-mails with W. Fassuliotis regarding PBA (0.30). | 0.30 | $236.70 |
| 03/12/20 | Laura Stafford | 210 | E-mails with E. Barak, C. Tarrant, et al. regarding PBA (0.30). | 0.30 | $236.70 |
| 03/12/20 | Steve MA | 210 | Comment on Prime Clerk website regarding PBA bar date notice. | 0.10 | $78.90 |
| 03/12/20 | Steve MA | 210 | Review and comment on draft PBA bar date publication notice. | 1.10 | $867.90 |
| 03/13/20 | Steve MA | 210 | Review draft publication notices for PBA bar date. | 0.20 | $157.80 |
| 03/14/20 | Laura Stafford | 210 | E-mails with B. Rosen regarding PBA (1.90). | 1.90 | $1,499.10 |
| 03/15/20 | Steve MA | 210 | Review and sign off on PBA bar date print notices. | 0.30 | $236.70 |
| 03/16/20 | Yafit Shalev | 210 | Phone call with S. Ma on PBA issues. | 0.10 | $78.90 |
| 03/16/20 | Laura Stafford | 210 | Call with B. Rosen, J. Esses, and S. Ma regarding solicitation procedures and PBA bar date (0.30). | 0.30 | $236.70 |
| 03/16/20 | Laura Stafford | 210 | E-mails with B. Rosen regarding solicitation procedures and PBA bar date (0.20). | 0.20 | $157.80 |

33260 FOMB                                                                         Invoice 190147222
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
   0083 PROMESA TITLE III: PBA                                                              Page 6

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/16/20 | Steve MA | 210 | Review and revise PBA bar date radio script (0.20); Follow-up with O'Neill regarding review of Spanish translation of the same (0.10). | 0.30 | $236.70 |
| 03/16/20 | Steve MA | 210 | Call with Y. Shalev regarding PBA matters. | 0.10 | $78.90 |
| 03/16/20 | Steve MA | 210 | E-mails with Prime Clerk regarding changes to PBA bar date publication notices and radio ads affected by Governor's order on COVID-19. | 0.50 | $394.50 |
| 03/17/20 | Steve MA | 210 | Call with Proskauer team regarding PBA tasks. | 0.40 | $315.60 |
| 03/17/20 | Laura Stafford | 210 | E-mails with B. Rosen and J. Esses regarding pre-solicitation procedures (0.30). | 0.30 | $236.70 |
| 03/17/20 | Laura Stafford | 210 | Call with Y. Shalev, S. Ma, and P. Omorogbe regarding PBA (0.30). | 0.30 | $236.70 |
| 03/17/20 | Laura Stafford | 210 | E-mails with S. Ma and Y. Shalev regarding PBA (0.20). | 0.20 | $157.80 |
| 03/17/20 | Yafit Shalev | 210 | Phone call with S. Ma, P. Omorogbe and L. Stafford regarding PBA issues. | 0.30 | $236.70 |
| 03/18/20 | Steve MA | 210 | Call with Y. Shalev regarding PBA bar date. | 0.10 | $78.90 |
| 03/18/20 | Yafit Shalev | 210 | Address production of the radio script and the publication of a notice, following up the extension of bar date order. | 2.20 | $1,735.80 |
| 03/18/20 | Laura Stafford | 210 | E-mails with Y. Shalev, S. Ma and C. Tarrant regarding PBA notice regarding bar date (0.50). | 0.50 | $394.50 |
| 03/18/20 | Philip Omorogbe | 210 | Draft communication to Y. Shalev, L. Stafford and S. Ma concerning certain PBA insurance settlement issue and upcoming PBA court filings. | 0.60 | $473.40 |
| 03/19/20 | Yafit Shalev | 210 | Review publication notice of the order extending the bar date for PBA and taking care of the publication. | 0.60 | $473.40 |
| 03/19/20 | Laura Stafford | 210 | E-mails with J. Hertzberg, J. El Koury, B. Rosen, et al. regarding Alvarez Marsal engagement letter (0.40). | 0.40 | $315.60 |
| 03/19/20 | Laura Stafford | 210 | Call with J. El Koury and B. Rosen regarding Alvarez Marsal engagement (0.30). | 0.30 | $236.70 |
| 03/19/20 | Steve MA | 210 | Discuss with Y. Shalev and Prime Clerk regarding PBA bar date radio ads. | 0.10 | $78.90 |
| 03/20/20 | Elisa Carino | 210 | Review and revise Spanish-language translation of media tearsheets in connection with extension of PBA bar date. | 2.70 | $2,130.30 |
| 03/20/20 | Laura Stafford | 210 | E-mails with Y. Shalev and S. Ma regarding PBA publication notice (0.50). | 0.50 | $394.50 |
| 03/20/20 | Laura Stafford | 210 | Calls with S. Ma and E. Carino regarding PBA notice (0.40). | 0.40 | $315.60 |

33260 FOMB                                                                   Invoice 190147222
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
　　0083 PROMESA TITLE III: PBA                                                    Page 7

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/20/20 | Steve MA | 210 | E-mails with Y. Shalev regarding PBA bar date notices. | 0.20 | $157.80 |
| 03/20/20 | Steve MA | 210 | Call with L. Stafford regarding PBA bar date extension notices. | 0.30 | $236.70 |
| 03/22/20 | Laura Stafford | 210 | Review, analyze, and comment on PBA talking points for Prime Clerk (1.20). | 1.20 | $946.80 |
| 03/22/20 | Elisa Carino | 210 | Review and revise updated translations of media tearsheets regarding PBA bar date. | 0.40 | $315.60 |
| 03/23/20 | Laura Stafford | 210 | E-mails with J. Berman and Y. Shalev regarding PBA publication and claims reconciliation (1.00). | 1.00 | $789.00 |
| 03/23/20 | Yafit Shalev | 210 | Draft e-mail to B. Rosen following up on several PBA issues (rejection of leases and moving litigation to Title III court). | 0.30 | $236.70 |
| 03/23/20 | Brooke H. Blackwell | 210 | Internal communications with Y. Shalev, J. Esses, M. Volin, M. Zerjal regarding PBA 365(d)(4) lease extension (0.30); Research regarding same and determining current deadlines for upcoming extension motion (0.70). | 1.00 | $789.00 |
| 03/24/20 | Brooke H. Blackwell | 210 | Review e-mails regarding 365(d)(4) extension motion (0.20); Call with Y. Shalev regarding same (0.10). | 0.30 | $236.70 |
| 03/24/20 | Brian S. Rosen | 210 | Memorandum to Y. Shalev regarding lease rejection (0.10). | 0.10 | $78.90 |
| 03/24/20 | Yafit Shalev | 210 | Draft e-mail concerning the PBA motion to extend the deadline to reject or assume real property leases. | 0.60 | $473.40 |
| 03/25/20 | Yafit Shalev | 210 | E-mails with Prime Clerk regarding radio script (0.10); Email to Spanish-language associate for review and comment (0.10); Review and address comments on the Spanish translation (0.10). | 0.30 | $236.70 |
| 03/25/20 | Brooke H. Blackwell | 210 | Review e-mails regarding 365(d)(4) extension motion (0.10). | 0.10 | $78.90 |
| 03/25/20 | Laura Stafford | 210 | E-mails with J. Berman and B. Rosen regarding PBA bar date service (0.40). | 0.40 | $315.60 |
| 03/25/20 | Maja Zerjal | 210 | Review correspondence regarding 365(d)(4) extension. | 0.20 | $157.80 |
| 03/26/20 | Laura Stafford | 210 | Call with J. Berman regarding PBA bar date service (0.20). | 0.20 | $157.80 |
| 03/26/20 | Laura Stafford | 210 | E-mails with Y. Shalev regarding PBA bar date radio ads (0.50). | 0.50 | $394.50 |
| 03/26/20 | Laura Stafford | 210 | E-mails with J. Berman regarding service of PBA notices (0.20). | 0.20 | $157.80 |
| 03/26/20 | Yafit Shalev | 210 | Determine sufficiency of Spanish-radio add. | 1.30 | $1,025.70 |
| 03/26/20 | Elisa Carino | 210 | Review and revise translation of radio advertisement of PBA bar date extension. | 0.60 | $473.40 |

33260 FOMB                                                                    Invoice 190147222
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0083 PROMESA TITLE III: PBA                                                        Page 8

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/27/20 | Brooke H. Blackwell | 210 | Review e-mails with Y. Shalev regarding 365(d)(4) extension motion (0.10). | 0.10 | $78.90 |
| 03/27/20 | Yafit Shalev | 210 | Discuss radio script options with Prime Clerk (0.40); E-mail S. Ma and L. Stafford regarding radio script options (0.50);  Discuss same with L. Stafford (0.30); E-mail Prime Clerk regarding same (0.20). | 1.40 | $1,104.60 |
| 03/27/20 | Maja Zerjal | 210 | Review correspondence regarding 365(d)(4) extensions. | 0.20 | $157.80 |
| 03/30/20 | Laura Stafford | 210 | E-mails with J. Berman regarding publication notice (0.30). | 0.30 | $236.70 |
| 03/30/20 | Brooke H. Blackwell | 210 | Review e-mails regarding 365(d)(4) extension motion (0.10). | 0.10 | $78.90 |
| 03/30/20 | Brian S. Rosen | 210 | Review Y. Shalev memorandum regarding lease rejection extension (0.10); Memorandum to Y. Shalev regarding same (0.10). | 0.20 | $157.80 |
| 03/31/20 | Steve MA | 210 | Review issue regarding PBA leases. | 0.40 | $315.60 |
| 03/31/20 | Brooke H. Blackwell | 210 | E-mail with Y. Shalev regarding 365(d)(4) extension motion (0.10). | 0.10 | $78.90 |
| 03/31/20 | Laura Stafford | 210 | Call with B. Rosen regarding informative motion regarding notices (0.10). | 0.10 | $78.90 |
| **Analysis and Strategy** | | | | **32.70** | **$25,800.30** |

**General Administration -- 212**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/11/20 | Christopher M. Tarrant | 212 | Review bar date order (0.20); E-mail with L. Stafford regarding same (0.20). | 0.40 | $108.00 |
| 03/12/20 | Christopher M. Tarrant | 212 | Attend to service of PBA date order with Prime clerk (0.40); E-mails with Prime Clerk regarding update of webpage (0.40); E-mails with L. Stafford regarding same (0.30). | 1.10 | $297.00 |
| **General Administration** | | | | **1.50** | **$405.00** |

**Plan of Adjustment and Disclosure Statement -- 215**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/12/20 | Steve MA | 215 | Coordinate review of Spanish translation of PBA bar date notices. | 0.20 | $157.80 |
| 03/30/20 | Matias G. Leguizamon | 215 | Call with Y. Shalev regarding Resolution 60 and review of document in Relativity related to employee accounts as requested by Y. Shalev. | 0.40 | $315.60 |
| **Plan of Adjustment and Disclosure Statement** | | | | **0.60** | **$473.40** |

33260 FOMB

Invoice 190147222

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

0083 PROMESA TITLE III: PBA

Page 9

**Employment and Fee Applications -- 218**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/03/20 | Natasha Petrov | 218 | Revisions to Proskauer first interim fee application. | 0.40 | $108.00 |
| 03/06/20 | Natasha Petrov | 218 | Draft exhibits to Proskauer first interim fee application (0.50); Review invoices for certain redactions for first interim fee application (0.30). | 0.80 | $216.00 |
| 03/06/20 | Christopher M. Tarrant | 218 | Review and revise eighth interim fee application regarding PBA filing. | 1.10 | $297.00 |
| 03/10/20 | Natasha Petrov | 218 | E-mails with finance department, P. Omorogbe and D. Brown regarding data for first interim fee application (0.60); Draft schedules and exhibits to same (1.30). | 1.90 | $513.00 |
| 03/11/20 | Natasha Petrov | 218 | Continue drafting Proskauer interim fee application. | 0.60 | $162.00 |
| 03/12/20 | Natasha Petrov | 218 | E-mails with finance department regarding Proskauer interim fee application (0.40); Continue drafting same and schedules to same (2.30). | 2.70 | $729.00 |
| 03/12/20 | Christopher M. Tarrant | 218 | Review and revise interim fee application. | 0.30 | $81.00 |
| 03/13/20 | Natasha Petrov | 218 | Continue drafting Proskauer interim fee application and schedules to same. | 3.20 | $864.00 |
| 03/20/20 | Natasha Petrov | 218 | Revisions to Proskauer interim fee application per P. Omorogbe. | 1.40 | $378.00 |
| 03/26/20 | Natasha Petrov | 218 | Revise Proskauer interim fee application and exhibits to same per updated data. | 1.40 | $378.00 |
| 03/27/20 | Natasha Petrov | 218 | Revisions to Proskauer interim fee application. | 0.30 | $81.00 |
| 03/31/20 | Natasha Petrov | 218 | Revise fee application per M. Bienenstock, E. Barak and M. Volin (1.70); Calculations regarding same (0.40); Prepare exhibits for attorneys' review (0.50). | 2.60 | $702.00 |
| **Employment and Fee Applications** | | | | **16.70** | **$4,509.00** |

**Total for Professional Services**                                                    **$72,432.30**

33260 FOMB                                                                          Invoice 190147222
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
       0083 PROMESA TITLE III: PBA                                                        Page 10

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| BRIAN S. ROSEN | PARTNER | 5.00 | 789.00 | $3,945.00 |
| MAJA ZERJAL | PARTNER | 2.40 | 789.00 | $1,893.60 |
| **Total for PARTNER** | | **7.40** | | **$5,838.60** |
| | | | | |
| BROOKE H. BLACKWELL | ASSOCIATE | 2.60 | 789.00 | $2,051.40 |
| ELISA CARINO | ASSOCIATE | 3.70 | 789.00 | $2,919.30 |
| JOSHUA A. ESSES | ASSOCIATE | 0.20 | 789.00 | $157.80 |
| LAURA STAFFORD | ASSOCIATE | 18.50 | 789.00 | $14,596.50 |
| MATIAS G. LEGUIZAMON | ASSOCIATE | 0.40 | 789.00 | $315.60 |
| MEGAN R. VOLIN | ASSOCIATE | 2.20 | 789.00 | $1,735.80 |
| PHILIP OMOROGBE | ASSOCIATE | 1.80 | 789.00 | $1,420.20 |
| YAFIT SHALEV | ASSOCIATE | 32.60 | 789.00 | $25,721.40 |
| STEVE MA | ASSOCIATE | 13.30 | 789.00 | $10,493.70 |
| **Total for ASSOCIATE** | | **75.30** | | **$59,411.70** |
| | | | | |
| CHRISTOPHER M. TARRANT | LEGAL ASSISTANT | 9.10 | 270.00 | $2,457.00 |
| NATASHA PETROV | LEGAL ASSISTANT | 15.30 | 270.00 | $4,131.00 |
| TAL J. SINGER | LEGAL ASSISTANT | 2.20 | 270.00 | $594.00 |
| **Total for LEGAL ASSISTANT** | | **26.60** | | **$7,182.00** |
| | | | | |
| **Total** | | **109.30** | | **$72,432.30** |

**For Charges and Disbursements**

| Date | Timekeeper | Type | Description | Amount |
|---|---|---|---|---|
| 03/10/2020 | Laura Stafford | REPRODUCTION | REPRODUCTION | $11.50 |
| | | | **Total for REPRODUCTION** | **$11.50** |

**Charges and Disbursements Summary**

| Type of Disbursements | Amount |
|---|---|
| REPRODUCTION | 11.50 |
| **Total Expenses** | **$11.50** |
| | |
| **Total Amount for this Matter** | **$72,443.80** |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)


In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

     Debtor.

-------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)


**COVER SHEET TO EIGHTH MONTHLY FEE APPLICATION OF PROSKAUER
ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR,
PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA")
FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of Applicant:                         Proskauer Rose LLP ("Proskauer")

Authorized to Provide
Professional Services to:                  Financial Oversight and Management Board, as
                                           Representative for the Debtor Pursuant to
                                           PROMESA Section 315(b)

Period for which compensation
and reimbursement for fees and services
is sought:                                 April 1, 2020 through April 30, 2020

Amount of compensation sought
as actual, reasonable and necessary:       **$56,962.50**

Amount of expense reimbursement
sought as actual, reasonable and necessary:   **$0.00**

Total Amount for these Invoices:           **$56,962.50**

This is a: _X_ monthly __ interim __ final application.

This is Proskauer's eighth monthly fee application in these cases.

2

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for April 2020.


_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On May 20, 2020 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
       FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
       Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
       Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn:  John J. Rapisardi, Esq.
       Suzzanne Uhland, Esq.
       Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
      Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
       Central Accounting
      Omar E. Rodríguez Pérez, CPA, Assistant
       Secretary of Central Accounting
      Angel L. Pantoja Rodríguez, Deputy Assistant of
       Internal Revenue and Tax Policy
      Francisco Parés Alicea, Assistant Secretary of
       Internal Revenue and Tax Policy
      Francisco Peña Montañez, CPA, Assistant
       Secretary of the Treasury

**Summary of Legal Fees for the Period April 2020**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| PBA - General | | | |
| 201 | Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants | 0.90 | $710.10 |
| 202 | Legal Research | 0.30 | $81.00 |
| 204 | Communications with Claimholders | 1.30 | $1,025.70 |
| 206 | Documents Filed on Behalf of the Board | 48.70 | $38,424.30 |
| 207 | Non-Board Court Filings | 0.20 | $157.80 |
| 210 | Analysis and Strategy | 10.90 | $8,600.10 |
| 212 | General Administration | 1.10 | $297.00 |
| 218 | Employment and Fee Applications | 15.90 | $7,666.50 |
| **Total** | | **79.30** | **$56,962.50** |

**Summary of Legal Fees for the Period April 2020**

### ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $789.00 | 10.30 | $8,126.70 |
| Ehud Barak | Partner | BSGR & B | $789.00 | 1.20 | $946.80 |
| Michael A. Firestein | Partner | Litigation | $789.00 | 0.20 | $157.80 |
| Aliza H. Bloch | Associate | Litigation | $789.00 | 2.90 | $2,288.10 |
| Elisa Carino | Associate | Litigation | $789.00 | 0.40 | $315.60 |
| Elliot Stevens | Associate | BSGR & B | $789.00 | 1.50 | $1,183.50 |
| Joshua A. Esses | Associate | BSGR & B | $789.00 | 6.50 | $5,128.50 |
| Laura Stafford | Associate | Litigation | $789.00 | 7.30 | $5,759.70 |
| Megan R. Volin | Associate | Corporate | $789.00 | 3.80 | $2,998.20 |
| Yafit Shalev | Associate | BSGR & B | $789.00 | 34.40 | $27,141.60 |
| | | | **TOTAL** | **68.50** | **$54,046.50** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Christopher M. Tarrant | Legal Assistant | BSGR & B | $270.00 | 1.10 | $297.00 |
| Natasha Petrov | Legal Assistant | BSGR & B | $270.00 | 9.40 | $2,538.00 |
| Tal J. Singer | Legal Assistant | Litigation | $270.00 | 0.30 | $81.00 |
| | | | **TOTAL** | **10.80** | **$2,916.00** |

| SUMMARY OF LEGAL FEES | Hours 79.30 | Fees $56,962.50 |
|---|---|---|

6

**Summary of Disbursements for the period April 2020**

ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---|
| | $0.00 |
| TOTAL | $  0.00 |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $51,266.25, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount $51,266.25.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

9

# **Exhibit A**

33260 FOMB                                                                    Invoice 190149810
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
   0083 PROMESA TITLE III: PBA                                                  Page 1

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 201 | Tasks relating to the Board and Associated Members | 0.90 | $710.10 |
| 202 | Legal Research | 0.30 | $81.00 |
| 204 | Communications with Claimholders | 1.30 | $1,025.70 |
| 206 | Documents Filed on Behalf of the Board | 48.70 | $38,424.30 |
| 207 | Non-Board Court Filings | 0.20 | $157.80 |
| 210 | Analysis and Strategy | 10.90 | $8,600.10 |
| 212 | General Administration | 1.10 | $297.00 |
| 218 | Employment and Fee Applications | 15.90 | $7,666.50 |
| | **Total** | **79.30** | **$56,962.50** |

33260 FOMB                                                                          Invoice 190149810
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0083 PROMESA TITLE III: PBA                                                                  Page 2

## Tasks relating to the Board and Associated Members -- 201

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/01/20 | Laura Stafford | 201 | E-mails with E. Carino and Y. Shalev regarding PBA radio ad (0.10). | 0.10 | $78.90 |
| 04/26/20 | Brian S. Rosen | 201 | Review J. El Koury memorandum regarding claims and Alvarez Marsal (0.20); Memorandum to J. El Koury regarding same (0.10); Review J. El Koury memorandum regarding same (0.10). | 0.40 | $315.60 |
| 04/29/20 | Brian S. Rosen | 201 | Memorandum to H. Bauer regarding DOJ lease rejection (0.10); Conference call with DOJ regarding same (0.30). | 0.40 | $315.60 |
| **Tasks relating to the Board and Associated Members** | | | | **0.90** | **$710.10** |

## Legal Research -- 202

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/03/20 | Tal J. Singer | 202 | Research notices of presentment per Y. Shalev and J. Esses. | 0.30 | $81.00 |
| **Legal Research** | | | | **0.30** | **$81.00** |

## Communications with Claimholders -- 204

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/09/20 | Brian S. Rosen | 204 | Teleconference J. Hertzberg regarding Alvarez Marsal/PBA retention (0.30); Review revised letter (0.10); Draft memorandum to J. El Koury regarding same (0.10). | 0.50 | $394.50 |
| 04/10/20 | Brian S. Rosen | 204 | Review A. Kissner memorandum regarding PBA bar date (0.10); Memorandum to A. Kissner regarding same (0.10). | 0.20 | $157.80 |
| 04/23/20 | Brian S. Rosen | 204 | Review J. Hertzberg memorandum regarding claims/agent (0.50); Memorandum to J. El Koury regarding same (0.10). | 0.60 | $473.40 |
| **Communications with Claimholders** | | | | **1.30** | **$1,025.70** |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

Invoice 190149810

0083 PROMESA TITLE III: PBA

Page 3

**Documents Filed on Behalf of the Board -- 206**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/07/20 | Yafit Shalev | 206 | Implement J. Esses' comments on the notice of revised order (in connection with the motion to reject unexpired lease). | 1.40 | $1,104.60 |
| 04/07/20 | Yafit Shalev | 206 | Implement B. Rosen's comments on the notice of revised order (in connection with the motion to reject unexpired lease). | 0.50 | $394.50 |
| 04/07/20 | Yafit Shalev | 206 | Draft notice of revised order (in connection with the motion to reject unexpired real property lease). | 1.90 | $1,499.10 |
| 04/07/20 | Joshua A. Esses | 206 | Draft revised proposed order for motion to reject unexpired lease (0.60); Call with Y. Shalev regarding motion to remove (0.20); Call with B. Rosen regarding notice and revised order (0.20). | 1.00 | $789.00 |
| 04/08/20 | Yafit Shalev | 206 | Draft certificate of no objection (in connection with the motion to reject unexpired lease). | 1.70 | $1,341.30 |
| 04/08/20 | Yafit Shalev | 206 | Draft motion to extend deadline for the removal of litigation to Title III Court. | 2.30 | $1,814.70 |
| 04/08/20 | Laura Stafford | 206 | E-mails with Y. Shalev and J. Berman regarding PBA bar date reminder notice (0.70). | 0.70 | $552.30 |
| 04/10/20 | Yafit Shalev | 206 | Draft the motion (and the proposed order and notice) to further extend the deadline to remove litigation to Title III Court. | 3.80 | $2,998.20 |
| 04/10/20 | Joshua A. Esses | 206 | Draft motion to extend time to remove state Court proceedings to the Title III case. | 0.60 | $473.40 |
| 04/11/20 | Joshua A. Esses | 206 | Draft certificate of no objection for lease rejection order. | 0.40 | $315.60 |
| 04/13/20 | Yafit Shalev | 206 | Implemented J. Esses' comments on the certificate of no objections in connection with the motion to reject unexpired property lease. | 1.50 | $1,183.50 |
| 04/13/20 | Joshua A. Esses | 206 | Draft motion to extend time to remove litigation to Title III Court. | 0.80 | $631.20 |
| 04/14/20 | Joshua A. Esses | 206 | Draft PBA's motion to extend removal time. | 0.50 | $394.50 |
| 04/14/20 | Yafit Shalev | 206 | Implement J. Esses' comments on the PBA motion including order and notice to extend deadline to remove litigation to title III Court. | 3.00 | $2,367.00 |
| 04/14/20 | Yafit Shalev | 206 | Implement J. Esses comments on the motion to extend the deadline to remove litigations to title III Court. | 1.80 | $1,420.20 |

33260 FOMB                                                          Invoice 190149810
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
  0083 PROMESA TITLE III: PBA                                              Page 4

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/15/20 | Yafit Shalev | 206 | Implement B. Rosen's comments and J. Esses' comments on the motion to extend time to assume or reject unexpired property leases. | 3.00 | $2,367.00 |
| 04/15/20 | Joshua A. Esses | 206 | Draft PBA motion to extend removal time (1.30); Draft PBA 365(d)(4) extension motion (1.40). | 2.70 | $2,130.30 |
| 04/16/20 | Joshua A. Esses | 206 | Draft PBA motion to extend removal time. | 0.10 | $78.90 |
| 04/16/20 | Laura Stafford | 206 | Calls with J. Berman regarding PBA notice publication (0.20). | 0.20 | $157.80 |
| 04/17/20 | Joshua A. Esses | 206 | Draft PBA's motion to extend time to remove cases and 365(d)(4) extension motion and finalize for filing. | 0.40 | $315.60 |
| 04/22/20 | Laura Stafford | 206 | E-mails with A. Bloch regarding PBA bar date extension motion (0.30). | 0.30 | $236.70 |
| 04/23/20 | Yafit Shalev | 206 | Draft certificate of no objection for the motion to extend the deadline to assume or reject unexpired property leases and for the motion to extend deadline for the removal of litigation to title III Court. | 1.70 | $1,341.30 |
| 04/23/20 | Yafit Shalev | 206 | Review and comment on the motion to extend the bar date. | 1.50 | $1,183.50 |
| 04/23/20 | Laura Stafford | 206 | E-mails with A. Bloch and Y. Shalev regarding PBA bar date extension motion (0.30). | 0.30 | $236.70 |
| 04/23/20 | Aliza Bloch | 206 | Draft PBA extended bar date motion per L. Stafford (2.90). | 2.90 | $2,288.10 |
| 04/24/20 | Yafit Shalev | 206 | Review and comment on motion to extend the bar date. | 3.50 | $2,761.50 |
| 04/26/20 | Laura Stafford | 206 | E-mails with Y. Shalev and J. Berman regarding PBA bar date extension (0.50). | 0.50 | $394.50 |
| 04/27/20 | Laura Stafford | 206 | E-mails with Y. Shalev regarding PBA and ERS extensions motion (0.30). | 0.30 | $236.70 |
| 04/27/20 | Yafit Shalev | 206 | Implement L. Stafford's comments on the PBA motion to extend the bar date. | 2.30 | $1,814.70 |
| 04/27/20 | Yafit Shalev | 206 | Draft the notice of submission for the motion to extend the bar date. | 0.40 | $315.60 |
| 04/28/20 | Laura Stafford | 206 | Revise draft PBA bar date extension motion (1.40); Call with B. Rosen regarding same (0.20). | 1.60 | $1,262.40 |
| 04/29/20 | Yafit Shalev | 206 | Implement B. Rosen's comments on the motion to extend the bar date. | 1.20 | $946.80 |
| 04/29/20 | Laura Stafford | 206 | E-mails with B. Rosen, Y. Shalev regarding PBA motion to extend bar date (0.20). | 0.20 | $157.80 |
| 04/29/20 | Laura Stafford | 206 | Call with B. Rosen, A. Bonime Blanc, M. Luskin, and J. El Koury regarding PBA retention (0.80). | 0.80 | $631.20 |
| 04/29/20 | Laura Stafford | 206 | Review and revise PBA bar date extension motion (0.60). | 0.60 | $473.40 |

33260 FOMB                                                                    Invoice 190149810
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0083 PROMESA TITLE III: PBA                                                          Page 5

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/29/20 | Brian S. Rosen | 206 | Revise motion to extend (0.30); Teleconference with L. Stafford regarding same (0.20); Review L. Stafford memorandum regarding comments to motion (0.20); Memorandum to L. Stafford regarding same (0.10); Memorandum to L. Stafford regarding filing (0.20); Conference call regarding Alvarez Marsal retention issues (0.60); Review contacts list (0.50); Teleconference with L. Stafford regarding same (0.20). | 2.30 | $1,814.70 |
| **Documents Filed on Behalf of the Board** | | | | **48.70** | **$38,424.30** |

**Non-Board Court Filings -- 207**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/29/20 | Michael A. Firestein | 207 | Review pleading by AAFAF on representation of PBA and draft memorandum to M. Triggs on same (0.20). | 0.20 | $157.80 |
| **Non-Board Court Filings** | | | | **0.20** | **$157.80** |

**Analysis and Strategy -- 210**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/01/20 | Brian S. Rosen | 210 | Review A. Kissner memorandum regarding lease rejection (0.10); Draft memorandum to A. Kissner regarding same (0.10). | 0.20 | $157.80 |
| 04/01/20 | Elisa Carino | 210 | Review and confirm translation of radio advertisement regarding PBA Title III bar date. | 0.30 | $236.70 |
| 04/01/20 | Yafit Shalev | 210 | Follow-up on publication of radio script (forward new Spanish translation to Spanish speaking associate for review, and then forward comments to Prime clerk representative). | 0.20 | $157.80 |
| 04/02/20 | Brian S. Rosen | 210 | Draft memorandum to E. Barak regarding PBA matters (0.20); Review E. Barak memorandum regarding same (0.10); Memorandum to E. Barak regarding same (0.10). | 0.40 | $315.60 |
| 04/03/20 | Brian S. Rosen | 210 | Review A. Kissner memorandum regarding lease rejection (0.10); Draft memorandum to J. Esses, et al., regarding same (0.10). | 0.20 | $157.80 |
| 04/06/20 | Brian S. Rosen | 210 | Teleconference with Y. Shalev regarding lease rejection and litigation removal (0.20). | 0.20 | $157.80 |

33260 FOMB

Invoice 190149810

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

0083 PROMESA TITLE III: PBA

Page 6

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/06/20 | Brian S. Rosen | 210 | Teleconference with L. Stafford regarding PBA bar date/extension/notices (0.30). | 0.30 | $236.70 |
| 04/07/20 | Brian S. Rosen | 210 | Draft memorandum to A. Kissner and N. Bassett regarding lease rejection (0.10); Review A. Kissner memorandum regarding same (0.10); Draft memorandum to J. Esses regarding same/revisions (0.10); Review N. Bassett memorandum regarding order changes (0.10); Draft memorandum to N. Bassett regarding same (0.10); Review and revise notice regarding revised order (0.20); Draft memorandum to J. Esses regarding same (0.10); Teleconference with J. Esses regarding same (0.20). | 1.00 | $789.00 |
| 04/07/20 | Yafit Shalev | 210 | Call with J. Esses on the motion to remove litigation to Title III Court. | 0.20 | $157.80 |
| 04/07/20 | Laura Stafford | 210 | E-mails with Y. Shalev and J. Berman regarding PBA and ERS reminder notices (0.20). | 0.20 | $157.80 |
| 04/08/20 | Yafit Shalev | 210 | Call with B. Rosen and J. Esses on motion regarding lease rejection/removal (0.30); E-mails with same regarding same (0.20). | 0.50 | $394.50 |
| 04/08/20 | Laura Stafford | 210 | Call with J. Berman regarding PBA claim centers (0.20). | 0.20 | $157.80 |
| 04/08/20 | Laura Stafford | 210 | Revise PBA bar date reminder notice (0.50). | 0.50 | $394.50 |
| 04/08/20 | Brian S. Rosen | 210 | Teleconference with J. Esses regarding motion regarding lease rejection/removal of litigation (0.30); Review case management order regarding extensions (0.10); Memorandum to J. Esses regarding same (0.10). | 0.50 | $394.50 |
| 04/10/20 | Yafit Shalev | 210 | Answer J. Esses questions regarding the certificate of no objections (in connection with the motion to reject unexpired property lease). | 0.40 | $315.60 |
| 04/11/20 | Yafit Shalev | 210 | Review the case management procedure in order to reply to J. Esses' inquiry about the certificate of no objections. | 0.40 | $315.60 |
| 04/13/20 | Yafit Shalev | 210 | Finalize certificate of no objection in connection with the motion to reject unexpired property lease and e-mail to local council for filling. | 0.20 | $157.80 |
| 04/13/20 | Yafit Shalev | 210 | Draft e-mail to J. Esses, following up on the information needed for the motion to extend the deadline to reject or assume leases and the motion to remove litigation to title III Court. | 0.30 | $236.70 |

33260 FOMB                                                                    Invoice 190149810
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
   0083 PROMESA TITLE III: PBA                                                        Page 7

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/13/20 | Laura Stafford | 210 | Review and analyze PBA bar date notice (0.80). | 0.80 | $631.20 |
| 04/14/20 | Brian S. Rosen | 210 | Review J. Esses memorandum regarding motion for extension/leases issue (0.20); Memorandum to J. Esses regarding same (0.10). | 0.30 | $236.70 |
| 04/14/20 | Yafit Shalev | 210 | E-mail J. Esses regarding the information sent by PBA with connection to the motion to extend the deadline to assume or reject unexpired property leases. | 0.40 | $315.60 |
| 04/15/20 | Brian S. Rosen | 210 | Review and revise 365 motion (0.30); Memorandum to J. Esses regarding same (0.10); Revise removal motion (0.20); Memorandum to J. Esses regarding same (0.10). | 0.70 | $552.30 |
| 04/16/20 | Brian S. Rosen | 210 | Review L. Marini memorandum regarding leases (0.10); Review J. Esses memorandum regarding same (0.10); Draft memorandum to J. Esses regarding same (0.10); Draft memorandum to J. Esses regarding subleases (0.10). | 0.40 | $315.60 |
| 04/16/20 | Elisa Carino | 210 | Review PBA radio advertisement to assist L. Stafford. | 0.10 | $78.90 |
| 04/20/20 | Yafit Shalev | 210 | E-mail J. Esses, following up on the two motions filed in PBA (extending deadline to assume or reject unexpired property leases, and extending the deadline to remove litigation to title III Court). | 0.30 | $236.70 |
| 04/20/20 | Brian S. Rosen | 210 | Review M. DiConza memorandum regarding counsel withdrawal (0.10); Memorandum to M. DiConza regarding same (0.10). | 0.20 | $157.80 |
| 04/28/20 | Brian S. Rosen | 210 | Review memorandum from J. El Koury regarding Alvarez Marsal retention (0.10); Review Luskin/Andrea correspondence regarding same (0.40); Memorandum to J. El Koury regarding same (0.10); Memorandum to L. Stafford regarding same (0.10); Memorandum to E. Barak regarding bar date extension (0.10); Teleconference with L. Stafford regarding same (0.20); Memorandum to Y. Shalev regarding same (0.10); Review and revise same (0.40). | 1.50 | $1,183.50 |
| **Analysis and Strategy** | | | | **10.90** | **$8,600.10** |

33260 FOMB                                                                                        Invoice 190149810
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
        0083 PROMESA TITLE III: PBA                                                                         Page 8

**General Administration -- 212**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/14/20 | Christopher M. Tarrant | 212 | Review and revise motion to extend time to remove cases (0.90); E-mails with Y. Shalev regarding same (0.20). | 1.10 | $297.00 |
| | **General Administration** | | | **1.10** | **$297.00** |

**Employment and Fee Applications -- 218**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/01/20 | Megan R. Volin | 218 | Revise fee application. | 2.20 | $1,735.80 |
| 04/01/20 | Natasha Petrov | 218 | Revisions to interim fee application (0.60); E-mail M. Volin and D. Brown regarding same (0.30); E-mails with finance department regarding updated data (0.30); Revise interim fee application regarding same (0.40). | 1.60 | $432.00 |
| 04/02/20 | Megan R. Volin | 218 | Revise fee application. | 0.60 | $473.40 |
| 04/02/20 | Elliot Stevens | 218 | E-mail to N. Petrov relating to PBA fee application issues (0.10). | 0.10 | $78.90 |
| 04/02/20 | Natasha Petrov | 218 | Research for interim fee application for M. Volin. | 0.60 | $162.00 |
| 04/03/20 | Natasha Petrov | 218 | Revisions to first interim fee application (0.70); Draft notice of filing same per recent case management order (0.60). | 1.30 | $351.00 |
| 04/05/20 | Megan R. Volin | 218 | Revise fee application. | 0.10 | $78.90 |
| 04/06/20 | Megan R. Volin | 218 | Review and revise notice of filing fee application (0.10); Revise fee application (0.10). | 0.20 | $157.80 |
| 04/07/20 | Megan R. Volin | 218 | Revise fee application. | 0.10 | $78.90 |
| 04/08/20 | Natasha Petrov | 218 | Finalize exhibits to first interim fee application for filing. | 0.80 | $216.00 |
| 04/08/20 | Elliot Stevens | 218 | Draft edits to PBA fee application (1.10). | 1.10 | $867.90 |
| 04/09/20 | Elliot Stevens | 218 | Draft edits to PBA fee application (0.10). | 0.10 | $78.90 |
| 04/10/20 | Elliot Stevens | 218 | Draft edits to PBA fee application notice of filing (0.10). | 0.10 | $78.90 |
| 04/10/20 | Ehud Barak | 218 | Review and revise the PBA fee application. | 1.20 | $946.80 |
| 04/10/20 | Megan R. Volin | 218 | Review comments to fee application and revise fee application. | 0.50 | $394.50 |
| 04/11/20 | Megan R. Volin | 218 | Revise fee application. | 0.10 | $78.90 |
| 04/13/20 | Natasha Petrov | 218 | Revisions to interim fee application and notice of same (0.40); Prepare same for filing (0.70); Forward for review to M. Volin and E. Stevens (0.10). | 1.20 | $324.00 |
| 04/14/20 | Elliot Stevens | 218 | Review PBA fee application for filing (0.10). | 0.10 | $78.90 |
| 04/14/20 | Natasha Petrov | 218 | Revise exhibits to first interim fee application per M. Volin. | 0.30 | $81.00 |

33260 FOMB

Invoice 190149810

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

0083 PROMESA TITLE III: PBA

Page 9

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/15/20 | Natasha Petrov | 218 | Finalize for filing Proskauer first interim fee application and exhibits. | 0.40 | $108.00 |
| 04/16/20 | Natasha Petrov | 218 | Review Proskauer February monthly statement in connection with interim application (0.20); Calculations for Proskauer second interim fee application regarding same (0.60); Begin drafting Proskauer 2nd interim fee application (1.60). | 2.40 | $648.00 |
| 04/21/20 | Natasha Petrov | 218 | Draft exhibits to Proskauer 2nd interim fee application (0.50); Redact entries for 2nd interim fee application (0.30). | 0.80 | $216.00 |
| **Employment and Fee Applications** | | | | **15.90** | **$7,666.50** |
| | | | | | |
| **Total for Professional Services** | | | | | **$56,962.50** |

33260 FOMB                                                                      Invoice 190149810
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0083 PROMESA TITLE III: PBA                                                         Page 10

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| BRIAN S. ROSEN | PARTNER | 10.30 | 789.00 | $8,126.70 |
| EHUD BARAK | PARTNER | 1.20 | 789.00 | $946.80 |
| MICHAEL A. FIRESTEIN | PARTNER | 0.20 | 789.00 | $157.80 |
| **Total for PARTNER** | | **11.70** | | **$9,231.30** |
| | | | | |
| ALIZA BLOCH | ASSOCIATE | 2.90 | 789.00 | $2,288.10 |
| ELISA CARINO | ASSOCIATE | 0.40 | 789.00 | $315.60 |
| ELLIOT STEVENS | ASSOCIATE | 1.50 | 789.00 | $1,183.50 |
| JOSHUA A. ESSES | ASSOCIATE | 6.50 | 789.00 | $5,128.50 |
| LAURA STAFFORD | ASSOCIATE | 7.30 | 789.00 | $5,759.70 |
| MEGAN R. VOLIN | ASSOCIATE | 3.80 | 789.00 | $2,998.20 |
| YAFIT SHALEV | ASSOCIATE | 34.40 | 789.00 | $27,141.60 |
| **Total for ASSOCIATE** | | **56.80** | | **$44,815.20** |
| | | | | |
| CHRISTOPHER M. TARRANT | LEGAL ASSISTANT | 1.10 | 270.00 | $297.00 |
| NATASHA PETROV | LEGAL ASSISTANT | 9.40 | 270.00 | $2,538.00 |
| TAL J. SINGER | LEGAL ASSISTANT | 0.30 | 270.00 | $81.00 |
| **Total for LEGAL ASSISTANT** | | **10.80** | | **$2,916.00** |
| | | | | |
| | **Total** | **79.30** | | **$56,962.50** |
| | | | | |
| | **Total Amount for this Matter** | | | **$56,962.50** |

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

     Debtor.

-------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)

# COVER SHEET TO NINTH MONTHLY FEE APPLICATION OF PROSKAUER ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA") FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of Applicant: | <u>Proskauer Rose LLP ("Proskauer")</u> |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to <u>PROMESA Section 315(b)</u> |
| Period for which compensation and reimbursement for fees and services is sought: | <u>May 1, 2020 through May 31, 2020</u> |
| Amount of compensation sought as actual, reasonable and necessary: | **<u>$11,129.70</u>** |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | **<u>$3.10</u>** |
| Total Amount for these Invoices: | **<u>$11,132.80</u>** |

This is a: <u>X</u> monthly __ interim __ final application.

This is Proskauer's ninth monthly fee application in these cases.

## Principal Certification

I hereby authorize the submission of this Monthly Fee Statement for May 2020.


_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On June 17, 2020 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
      FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
      Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
      Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
      Suzzanne Uhland, Esq.
      Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
      Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
      Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
      Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
      Central Accounting
      Omar E. Rodríguez Pérez, CPA, Assistant
        Secretary of Central Accounting
      Angel L. Pantoja Rodríguez, Deputy Assistant of
        Internal Revenue and Tax Policy
      Francisco Parés Alicea, Assistant Secretary of
        Internal Revenue and Tax Policy
      Francisco Peña Montañez, CPA, Assistant
        Secretary of the Treasury

4

**Summary of Legal Fees for the Period May 2020**

| | PBA - General | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 204 | Communications with Claimholders | 0.10 | $78.90 |
| 206 | Documents Filed on Behalf of the Board | 6.00 | $4,734.00 |
| 207 | Non-Board Court Filings | 0.30 | $236.70 |
| 210 | Analysis and Strategy | 4.90 | $3,866.10 |
| 212 | General Administration | 2.70 | $729.00 |
| 218 | Employment and Fee Applications | 5.50 | $1,485.00 |
| | **Total** | **19.50** | **$11,129.70** |

**Summary of Legal Fees for the Period May 2020**

### ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $789.00 | 0.50 | $394.50 |
| Brooke H. Blackwell | Associate | Corporate | $789.00 | 5.10 | $4,023.90 |
| Elisa Carino | Associate | Litigation | $789.00 | 1.20 | $946.80 |
| Joshua A. Esses | Associate | BSGR & B | $789.00 | 0.90 | $710.10 |
| Laura Stafford | Associate | Litigation | $789.00 | 2.70 | $2,130.30 |
| Steve Ma | Associate | BSGR & B | $789.00 | 0.90 | $710.10 |
| | | | **TOTAL** | **11.30** | **$8,915.70** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Christopher M. Tarrant | Legal Assistant | BSGR & B | $270.00 | 1.10 | $297.00 |
| Natasha Petrov | Legal Assistant | BSGR & B | $270.00 | 5.50 | $1,485.00 |
| Tal J. Singer | Legal Assistant | Litigation | $270.00 | 1.60 | $432.00 |
| | | | **TOTAL** | **8.20** | **$2,214.00** |

| SUMMARY OF LEGAL FEES | Hours 19.50 | Fees $11,129.70 |
|---|---|---|

6

**Summary of Disbursements for the period May 2020**

### ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---:|
| Other Database Research | $3.10 |
| **TOTAL** | **$3.10** |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $10,016.73, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $3.10) in the total amount $10,019.83.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.


*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

9

# **Exhibit A**

33260 FOMB                                                                                  Invoice 190152463
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0083 PROMESA TITLE III: PBA                                                                      Page 1

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 204 | Communications with Claimholders | 0.10 | $78.90 |
| 206 | Documents Filed on Behalf of the Board | 6.00 | $4,734.00 |
| 207 | Non-Board Court Filings | 0.30 | $236.70 |
| 210 | Analysis and Strategy | 4.90 | $3,866.10 |
| 212 | General Administration | 2.70 | $729.00 |
| 218 | Employment and Fee Applications | 5.50 | $1,485.00 |
| | **Total** | **19.50** | **$11,129.70** |

33260 FOMB                                                                                Invoice 190152463
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0083 PROMESA TITLE III: PBA                                                                      Page 2

**Communications with Claimholders -- 204**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 05/14/20 | Steve Ma | 204 | E-mails with B. Blackwell regarding PBA bar date extension radio script. | 0.10 | $78.90 |
| **Communications with Claimholders** | | | | **0.10** | **$78.90** |

**Documents Filed on Behalf of the Board -- 206**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 05/02/20 | Laura Stafford | 206 | Revise ERS and PBA extension notices (0.20). | 0.20 | $157.80 |
| 05/05/20 | Laura Stafford | 206 | E-mails with S. Ma and E. Carino regarding PBA and ERS notices (0.20). | 0.20 | $157.80 |
| 05/05/20 | Steve Ma | 206 | Review and comment on revisions to draft notice of extension of PBA bar date. | 0.50 | $394.50 |
| 05/05/20 | Brooke H. Blackwell | 206 | Review drafts and proofs of publication notices for PBA Bar Date extension and revise (0.20); E-mail with L. Stafford and S. Ma regarding same (0.10); E-mail with E. Carino regarding same (0.20). | 0.50 | $394.50 |
| 05/06/20 | Elisa Carino | 206 | Review and revise translation of notices of extension of claim deadlines to assist B. Blackwell. | 0.80 | $631.20 |
| 05/06/20 | Laura Stafford | 206 | E-mails with B. Blackwell and J. Berman regarding PBA and ERS notices (0.20). | 0.20 | $157.80 |
| 05/06/20 | Brooke H. Blackwell | 206 | Review revised proofs of publication notices from J. Berman at Prime Clerk for PBA Bar Date extension and revise (0.30); Internal communication with E. Carino regarding revisions and drafting (0.20); Finalize drafts for publication (0.20); E-mail with L. Stafford and S. Ma regarding same (0.30). | 1.00 | $789.00 |
| 05/07/20 | Brooke H. Blackwell | 206 | Review revised proofs of publication notices from J. Berman for PBA Bar Date extension and revise (0.20); E-mail L. Stafford and S. Ma regarding same (0.10). | 0.30 | $236.70 |
| 05/07/20 | Laura Stafford | 206 | E-mails with B. Blackwell, S. Ma, and J. Berman regarding ERS and PBA notice publication (0.20). | 0.20 | $157.80 |
| 05/08/20 | Laura Stafford | 206 | E-mails with B. Blackwell regarding PBA notices (0.20). | 0.20 | $157.80 |

33260 FOMB                                                          Invoice 190152463
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0083 PROMESA TITLE III: PBA                                        Page 3

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|------------|------|-------------|-------|--------|
| 05/08/20 | Brooke H. Blackwell | 206 | Review revised proofs of publication notices from J. Berman for PBA Bar Date extension and revise (0.30); Finalize and approve drafts for publication (0.20); E-mail with J. Berman, L. Stafford and S. Ma regarding same (0.30). | 0.80 | $631.20 |
| 05/20/20 | Joshua A. Esses | 206 | Draft certificate of no objections for PBA motions. | 0.10 | $78.90 |
| 05/22/20 | Joshua A. Esses | 206 | Draft certificate of no objections for PBA motions. | 0.70 | $552.30 |
| 05/22/20 | Brian S. Rosen | 206 | Review and revise certificates of no objection (0.20); Memorandum to J. Esses regarding same (0.10). | 0.30 | $236.70 |
| **Documents Filed on Behalf of the Board** | | | | **6.00** | **$4,734.00** |

**Non-Board Court Filings -- 207**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|------------|------|-------------|-------|--------|
| 05/01/20 | Brian S. Rosen | 207 | Review order regarding bar date and changes (0.10); Memorandum to L. Stafford regarding same (0.10). | 0.20 | $157.80 |
| 05/11/20 | Joshua A. Esses | 207 | Review docket on PBA motions at next hearing. | 0.10 | $78.90 |
| **Non-Board Court Filings** | | | | **0.30** | **$236.70** |

**Analysis and Strategy -- 210**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|------------|------|-------------|-------|--------|
| 05/01/20 | Laura Stafford | 210 | E-mails with C. Tarrant, Y. Shalev, and B. Rosen regarding PBA bar date extension motion (0.30). | 0.30 | $236.70 |
| 05/02/20 | Laura Stafford | 210 | E-mails with Y. Shalev, J. Berman, and C. Adkins regarding extension notices (0.20). | 0.20 | $157.80 |
| 05/03/20 | Laura Stafford | 210 | Review and revise contractor certification (0.90). | 0.90 | $710.10 |
| 05/04/20 | Brooke H. Blackwell | 210 | Review prior filings and internal reference materials (0.30); E-mail with M. Zerjal and J. Esses regarding deadline for extension of PBA leases (0.10). | 0.40 | $315.60 |
| 05/05/20 | Steve Ma | 210 | Coordinate with B. Blackwell and L. Stafford on revisions to PBA bar date extension notice. | 0.10 | $78.90 |
| 05/07/20 | Steve Ma | 210 | Follow-up with Prime Clerk regarding notice of PBA bar date extension. | 0.10 | $78.90 |
| 05/14/20 | Elisa Carino | 210 | Review and revise translation of radio advertisement to assist B. Blackwell. | 0.40 | $315.60 |

33260 FOMB                                                                                        Invoice 190152463
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0083 PROMESA TITLE III: PBA                                                                              Page 4

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 05/14/20 | Brooke H. Blackwell | 210 | Review and revise radio address script for PBA bar date extension (0.80); E-mail with S. Ma and L. Stafford regarding same (0.20); E-mail with E. Carino regarding revisions (0.20); Revise regarding comments from L. Stafford and S. Ma (0.20). | 1.40 | $1,104.60 |
| 05/15/20 | Brooke H. Blackwell | 210 | Finalize radio address and coordinate with J. Berman at Prime Clerk (0.20). | 0.20 | $157.80 |
| 05/15/20 | Laura Stafford | 210 | E-mails with B. Blackwell regarding PBA radio ads (0.10). | 0.10 | $78.90 |
| 05/21/20 | Brooke H. Blackwell | 210 | Review executive order issued 5/21 (0.10); Internal communication with L. Stafford and S. Ma regarding impact on PBA bar date (0.10); E-mail J. Berman at Prime Clerk regarding radio address (0.10). | 0.30 | $236.70 |
| 05/26/20 | Brooke H. Blackwell | 210 | Review executive order issued 5/21 (0.10); Internal communication with L. Stafford and S. Ma regarding impact on PBA bar date (0.10). | 0.20 | $157.80 |
| 05/26/20 | Laura Stafford | 210 | Review and analyze executive order regarding Puerto Rico operations (0.20). | 0.20 | $157.80 |
| 05/26/20 | Steve Ma | 210 | E-mails with L. Stafford regarding collection centers for PBA proofs of claim. | 0.10 | $78.90 |
| **Analysis and Strategy** | | | | **4.90** | **$3,866.10** |

**General Administration -- 212**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 05/05/20 | Christopher M. Tarrant | 212 | Review and revise publication version of claims bar date order. | 1.10 | $297.00 |
| 05/21/20 | Tal J. Singer | 212 | Draft and revise certificate of no objection regarding ECF 73. | 1.60 | $432.00 |
| **General Administration** | | | | **2.70** | **$729.00** |

**Employment and Fee Applications -- 218**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 05/06/20 | Natasha Petrov | 218 | Review Proskauer March monthly statement for purposes of drafting interim fee application (0.20); Calculations for interim fee application regarding same (0.50); Continue drafting interim fee application (0.70). | 1.40 | $378.00 |
| 05/08/20 | Natasha Petrov | 218 | Review and redact March monthly statement for certain entries for second interim fee application. | 0.30 | $81.00 |

33260 FOMB                                                          Invoice 190152463
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
     0083 PROMESA TITLE III: PBA                                              Page 5

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/11/20 | Natasha Petrov | 218 | Draft Proskauer second interim fee application. | 1.70 | $459.00 |
| 05/21/20 | Natasha Petrov | 218 | Review Proskauer April monthly statement in connection with drafting interim applications (0.20); Calculations for Proskauer interim fee application regarding same (0.50); Draft Proskauer interim fee application (1.40). | 2.10 | $567.00 |
| **Employment and Fee Applications** | | | | **5.50** | **$1,485.00** |

**Total for Professional Services**                                 **$11,129.70**

33260 FOMB                                                                    Invoice 190152463
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
   0083 PROMESA TITLE III: PBA                                              Page 6

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| BRIAN S. ROSEN | PARTNER | 0.50 | 789.00 | $394.50 |
| **Total for PARTNER** | | **0.50** | | **$394.50** |
| | | | | |
| BROOKE H. BLACKWELL | ASSOCIATE | 5.10 | 789.00 | $4,023.90 |
| ELISA CARINO | ASSOCIATE | 1.20 | 789.00 | $946.80 |
| JOSHUA A. ESSES | ASSOCIATE | 0.90 | 789.00 | $710.10 |
| LAURA STAFFORD | ASSOCIATE | 2.70 | 789.00 | $2,130.30 |
| STEVE MA | ASSOCIATE | 0.90 | 789.00 | $710.10 |
| **Total for ASSOCIATE** | | **10.80** | | **$8,521.20** |
| | | | | |
| CHRISTOPHER M. TARRANT | LEGAL ASSISTANT | 1.10 | 270.00 | $297.00 |
| NATASHA PETROV | LEGAL ASSISTANT | 5.50 | 270.00 | $1,485.00 |
| TAL J. SINGER | LEGAL ASSISTANT | 1.60 | 270.00 | $432.00 |
| **Total for LEGAL ASSISTANT** | | **8.20** | | **$2,214.00** |
| | | | | |
| | **Total** | **19.50** | | **$11,129.70** |

**For Charges and Disbursements**

| Date | Timekeeper | Type | Description | Amount |
|---|---|---|---|---|
| 03/31/2020 | Martin J. Bienenstock | OTHER DATABASE RESEARCH | OTHER DATABASE RESEARCH - - VENDOR: PACER SERVICE CENTER Pacer Service Center, invoice# 4786464 -Q12020NY, invoice date 4/6/20, Quarterly report from 1/1/20 - 3/31/20. | $3.10 |
| | | | **Total for OTHER DATABASE RESEARCH** | **$3.10** |

**Charges and Disbursements Summary**

| Type of Disbursements | Amount |
|---|---|
| OTHER DATABASE RESEARCH | 3.10 |
| **Total Expenses** | **$3.10** |
| | |
| **Total Amount for this Matter** | **$11,132.80** |