**Exhibit C**

**Task Code Time Breakdown**

Case:17-03283-LTS Doc#:14356-3 Filed:09/19/20 Entered:09/19/20 11:20:27 Desc:
Exhibit C Page 1 of 3

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0083 PBA - General** | | | | | |
| 201 | **Partner** | Brian S. Rosen | $789.00 | 1.70 | $1,341.30 |
| | **Partner Total** | | | **1.70** | **$1,341.30** |
| | Associate | Laura Stafford | $789.00 | 0.70 | $552.30 |
| | **Associate Total** | | | **0.70** | **$552.30** |
| **201 Total** | | | | **2.40** | **$1,893.60** |
| 202 | **Legal Assistant** | Christopher M. Tarrant | $270.00 | 6.20 | $1,674.00 |
| | | Tal J. Singer | $270.00 | 2.50 | $675.00 |
| | **Legal Assistant Total** | | | **8.70** | **$2,349.00** |
| **202 Total** | | | | **8.70** | **$2,349.00** |
| 203 | **Associate** | Steve Ma | $789.00 | 3.70 | $2,919.30 |
| | **Associate Total** | | | **3.70** | **$2,919.30** |
| **203 Total** | | | | **3.70** | **$2,919.30** |
| 204 | **Partner** | Brian S. Rosen | $789.00 | 1.30 | $1,025.70 |
| | **Partner Total** | | | **1.30** | **$1,025.70** |
| | Associate | Steve Ma | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **0.30** | **$236.70** |
| **204 Total** | | | | **1.60** | **$1,262.40** |
| 206 | **Partner** | Brian S. Rosen | $789.00 | 6.40 | $5,049.60 |
| | | Maja Zerjal | $789.00 | 2.00 | $1,578.00 |
| | **Partner Total** | | | **8.40** | **$6,627.60** |
| | **Associate** | Aliza H. Bloch | $789.00 | 2.90 | $2,288.10 |
| | | Brooke H. Blackwell | $789.00 | 2.60 | $2,051.40 |
| | | Elisa Carino | $789.00 | 0.80 | $631.20 |
| | | Joshua A. Esses | $789.00 | 7.50 | $5,917.50 |
| | | Laura Stafford | $789.00 | 16.50 | $13,018.50 |
| | | Megan R. Volin | $789.00 | 2.20 | $1,735.80 |
| | | Philip Omorogbe | $789.00 | 16.00 | $12,624.00 |
| | | Steve Ma | $789.00 | 1.40 | $1,104.60 |
| | | Yafit Shalev | $789.00 | 57.00 | $44,973.00 |
| | **Associate Total** | | | **106.90** | **$84,344.10** |
| **206 Total** | | | | **115.30** | **$90,971.70** |
| 207 | **Partner** | Brian S. Rosen | $789.00 | 0.20 | $157.80 |
| | | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| | Associate | Joshua A. Esses | $789.00 | 0.10 | $78.90 |
| | **Associate Total** | | | **0.10** | **$78.90** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| 207 Total | | | | 0.50 | $394.50 |
| 208 | Associate | Steve Ma | $789.00 | 1.90 | $1,499.10 |
| | Associate Total | | | 1.90 | $1,499.10 |
| 208 Total | | | | 1.90 | $1,499.10 |
| 210 | Partner | Brian S. Rosen | $789.00 | 6.60 | $5,207.40 |
| | | Maja Zerjal | $789.00 | 0.40 | $315.60 |
| | Partner Total | | | 7.00 | $5,523.00 |
| | Associate | Brooke H. Blackwell | $789.00 | 5.10 | $4,023.90 |
| | | Elisa Carino | $789.00 | 4.50 | $3,550.50 |
| | | Laura Stafford | $789.00 | 16.60 | $13,097.40 |
| | | Philip Omorogbe | $789.00 | 1.30 | $1,025.70 |
| | | Steve Ma | $789.00 | 6.70 | $5,286.30 |
| | | Yafit Shalev | $789.00 | 10.50 | $8,284.50 |
| | Associate Total | | | 44.70 | $35,268.30 |
| 210 Total | | | | 51.70 | $40,791.30 |
| 212 | Legal Assistant | Angelo Monforte | $270.00 | 2.00 | $540.00 |
| | | Christopher M. Tarrant | $270.00 | 3.70 | $999.00 |
| | | Tal J. Singer | $270.00 | 11.20 | $3,024.00 |
| | Legal Assistant Total | | | 16.90 | $4,563.00 |
| 212 Total | | | | 16.90 | $4,563.00 |
| 215 | Associate | Matias G. Leguizamon | $789.00 | 0.40 | $315.60 |
| | | Steve Ma | $789.00 | 0.20 | $157.80 |
| | Associate Total | | | 0.60 | $473.40 |
| 215 Total | | | | 0.60 | $473.40 |
| 218 | Partner | Ehud Barak | $789.00 | 1.20 | $946.80 |
| | Partner Total | | | 1.20 | $946.80 |
| | Associate | Elliot Stevens | $789.00 | 1.50 | $1,183.50 |
| | | Megan R. Volin | $789.00 | 3.80 | $2,998.20 |
| | Associate Total | | | 5.30 | $4,181.70 |
| | Legal Assistant | Christopher M. Tarrant | $270.00 | 1.40 | $378.00 |
| | | Natasha Petrov | $270.00 | 36.40 | $9,828.00 |
| | Legal Assistant Total | | | 37.80 | $10,206.00 |
| 218 Total | | | | 44.30 | $15,334.50 |
| Grand Total | | | | 247.60 | $162,451.80 |