Exhibit G-2 February 2020- 505431.TXT

LEDES1998B[]
INVOICE_DATE|INVOICE_NUMBER|CLIENT_ID|LAW_FIRM_MATTER_ID|INVOICE_TOTAL|BILLING_START_DATE|BILLING_END_DATE|INVOICE_DESCRIPTION|LINE_ITEM_NUMBER|EXP/FEE/INV_ADJ_TYPE|LINE_ITEM_NUMBER_OF_UNITS|LINE_ITEM_ADJUSTMENT_AMOUNT|LINE_ITEM_TOTAL|LINE_ITEM_DATE|LINE_ITEM_TASK_CODE|LINE_ITEM_EXPENSE_CODE|LINE_ITEM_ACTIVITY_CODE|TIMEKEEPER_ID|LINE_ITEM_DESCRIPTION|LAW_FIRM_ID|LINE_ITEM_UNIT_COST|TIMEKEEPER_NAME|TIMEKEEPER_CLASSIFICATION|CLIENT_MATTER_ID[]
20200229|505431|1600|01001|81936.97|20200201|20200229||3|F|0.20||19.00|20200204|B110||A104|YV|Receive and process Fedex delivery evidence of notice sent to Caribbean Educational Services to 1 of three addresses available.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||4|F|0.20||19.00|20200205|B110||A104|YV|Review and secure conformation of Fedex delivery to Corporate Research and Training, Inc., to the second of 3 addresses available.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||5|F|0.20||19.00|20200206|B110||A104|YV|Receive and review the delivery confirmation from Fedex from a notice sent to Corporate Research and Training to the third of 3 addresses available.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||6|F|0.30||28.50|20200211|B110||A104|YV|Review file in to validate status of proceedings, secure closing documents and proceed to close the matter in our system for Centro de Servicios Terapeuticos Inc., vendor with tolling agreement, executed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||7|F|0.30||28.50|20200211|B110||A104|YV|Review file to validate status of proceedings, secure closing documents and proceed to close the matter in our system for Vaqueria Tres Monjitas, Inc., vendor with tolling agreement, executed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||8|F|0.30||28.50|20200211|B110||A104|YV|Review file to validate status of proceedings, secure closing documents and proceed to close the matter in our system for Carlos J. Oyola Rivera, vendor with tolling agreement, executed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||9|F|0.30||28.50|20200211|B110||A104|YV|Review file to validate status of proceedings, secure closing documents and proceed to close the matter in our system for Transporte Rosado, Inc., vendor with tolling agreement, executed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||10|F|0.30||28.50|20200211|B110||A104|YV|Review file to validate status of proceedings, secure closing documents and proceed to close the matter in our system for Santiago Bus Line, Inc., vendor with tolling agreement, executed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||11|F|0.30||28.50|20200211|B110||A104|YV|Review file  to validate status of proceedings, secure closing documents and proceed to close the matter in our system for Nalditos Bus Line Inc., vendor with tolling agreement, executed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||12|F|0.30||28.50|20200211|B110||A104|YV|Review file to validate status of proceedings, secure closing documents and proceed to close the matter in our system for Mejia School Bus, Inc., vendor with tolling agreement, executed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||13|F|0.30||28.50|20200211|B11

Exhibit G-2 February 2020- 505431.TXT

0||A104|YV|Review file to validate status of proceedings, secure closing documents and proceed to close the matter in our system for Maura I. Martinez Torres, vendor with tolling agreement, executed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||14|F|0.30||28.50|20200211|B11
0||A104|YV|Review file to validate status of proceedings, secure closing documents and proceed to close the matter in our system for Luisito's Omnibus, Inc., vendor with tolling agreement, executed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||15|F|0.30||28.50|20200211|B11
0||A104|YV|Review file to validate status of proceedings, secure closing documents and proceed to close the matter in our system for Lugo Bus Line, Inc., vendor with tolling agreement, executed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||16|F|0.60||57.00|20200211|B11
0||A108|YV|Telephone call with Romy Ochoa, representative of Didacticos, Inc., to respond to inquiries about the process and phases of the matter.   Send her the link with access to Prime Clerk for further information.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||17|F|0.40||88.00|20200214|B11
0||A104|CIG|Review and analyze Business bankruptcy reports to confirm that no adversary vendor has filed for bankruptcy relief.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||18|F|0.20||44.00|20200218|B11
0||A104|YG|Analyze Notice Master Service List [10648] Notice filed by Prime Clerk LLC. Docket 11072.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||19|F|0.60||57.00|20200220|B11
0||A104|YV|Search for additional addresses for S & L Development, S.E., vendor with adversary proceeding filed. Searches made online on the web pages of the Department of State of Puerto Rico, Comptroller's Office of Puerto Rico, Linkedin, etc.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||20|F|1.20||114.00|20200220|B1
10||A104|YV|Search for additional addresses for Bianca Convention Center, vendor with adversary proceeding filed. Searches made online on the web pages of the Department of State of Puerto Rico, Comptroller's Office of Puerto Rico, Linkedin, etc.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||21|F|1.20||114.00|20200220|B1
10||A104|YV|Search for additional addresses for Corporate Research and Training, vendor with adversary proceeding filed. Searches made online on the web pages of the Department of State of Puerto Rico, Comptroller's Office of Puerto Rico, Linkedin, etc.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||22|F|1.20||114.00|20200220|B1
10||A104|YV|Search for additional addresses for Next Level Learning, Inc., vendor with adversary proceeding filed. Searches made online on the web pages of the Department of State of Puerto Rico, Comptroller's Office of Puerto Rico, Linkedin, etc.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||23|F|0.30||84.00|20200221|B11
0||A107|KCS|Telephone call with opposing counsel for Prospero Tire Export, Inc. seeking information on status of that claim.  Called also seeking information relative to his other client Asociacion Azucarera Cooperativa Lafayette and advised that the AP case had been voluntarility dismissed.|66-0554116|280.00|Suria, Kenneth

Exhibit G-2 February 2020- 505431.TXT

C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||24|F|0.20||19.00|20200221|B11
0||A104|YV|Process summons returned executed for A C R Systems, vendor with
adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||25|F|0.20||19.00|20200221|B11
0||A104|YV|Process summons returned executed for Enterprise Services Caribe, LLC,
vendor with adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||26|F|0.20||19.00|20200221|B11
0||A104|YV|Process summons returned executed for A New Vision In Educational
Services, vendor with adversary proceeding filed.|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||27|F|0.20||19.00|20200221|B11
0||A104|YV|Process summons returned executed for Estrada Bus Line, Inc., vendor with
adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||28|F|0.20||19.00|20200221|B11
0||A104|YV|Process summons returned executed for Oracle Caribbean, Inc., vendor with
adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||29|F|0.20||19.00|20200221|B11
0||A104|YV|Process summons returned executed for Ricoh Puerto Rico, Inc., vendor
with adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||30|F|0.20||19.00|20200221|B11
0||A104|YV|Process summons returned executed for FP + 1, LLC, vendor with adversary
proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||31|F|0.20||19.00|20200221|B11
0||A104|YV|Process summons returned un executed for T R C Companies, vendor with
adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||32|F|0.20||19.00|20200221|B11
0||A104|YV|Process summons returned un executed for Postage By Phone Reserve
Account, vendor with adversary proceeding filed.|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||33|F|0.20||19.00|20200221|B11
0||A104|YV|Process summons returned un executed for Trinity Metal Roof and Steel,
vendor with adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||34|F|0.20||19.00|20200221|B11
0||A104|YV|Process summons returned un executed for Core Laboratories N.V. d/b/a
Saybolt, vendor with adversary proceeding filed.|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||35|F|0.20||19.00|20200221|B11
0||A104|YV|Process summons returned un executed for Next Level Learning, Inc.,
vendor with adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||36|F|0.20||19.00|20200221|B11
0||A104|YV|Process summons returned served on 01/14/2020 to Bianca
Convention Center, Inc., vendor with adversary proceeding
filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||37|F|0.20||19.00|20200221|B11
0||A104|YV|Process summons returned executed served on 01/17/2020 to Caribe Grolier,
Inc., vendor with adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||38|F|0.20||19.00|20200221|B11

Exhibit G-2 February 2020- 505431.TXT

0||A104|YV|Process summons returned un excuted for Corporate Research and Training, vendor with adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||39|F|0.10||22.00|20200204|B11 3||A104|YG|Analyze Notice of Defective Pleading submitted on 1/31/2020 by Maria M. Torres Rodriguez. Docket 10642.|66-0554116|220.00|González, Yasthel|AS|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||40|F|0.10||22.00|20200205|B11 3||A104|YG|Analyze Notice of Defective Pleading received on 02/03/2020. Docket 10694.|66-0554116|220.00|González, Yasthel|AS|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||41|F|0.20||44.00|20200205|B11 3||A104|YG|Analyze Notice of Defective Pleading received on 02/04/2020. Docket 10696.|66-0554116|220.00|González, Yasthel|AS|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||42|F|0.30||66.00|20200207|B11 3||A104|YG|Analyze Second Notice of Defective Pleading received on 02/06/2020. Docket 10750.|66-0554116|220.00|González, Yasthel|AS|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||43|F|1.40||392.00|20200211|B1 13||A104|AGE|Start reading Answer to Court Amended Complaint and Counter Claim in ERS v. UBS case.|66-0554116|280.00|Estrella, Alberto G.|PT|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||44|F|0.70||196.00|20200212|B1 13||A104|KCS|Receive and analyze MOTION of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for an Order (A) Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B) Establishing Procedures and Deadlines for Submission of Information Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment by Such Claimants, and (C) Approving Form and Manner of Notice Thereof filed by the COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO  [DE# 10839]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||45|F|2.50||550.00|20200212|B1 13||A104|CIG|Review and analyze motions to file counter claim filed by UBS and fourth amended complaint in state court ERS claim.|66-0554116|220.00|Infante , Carlos|AS|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||46|F|0.10||28.00|20200212|B11 3||A104|KCS|Receive and analyze Order Scheduling Briefing of [10823] Urgent Motion to Adjourn March 4, 2020 Hearing on Bondholders' and Government Parties' Motions to Dismiss Amended Complaints in Adversary Proceedings. Responses due by February 14, 2020, at 2:00 p.m. (Atlantic Standard Time). [DE# 10832]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||47|F|0.20||56.00|20200212|B11 3||A104|KCS|Receive and analyze Joint motion Response of Fuel Line Lenders and Union Entities to Government Parties Scheduling Motion and Urgent Motion to Adjourn March 4, 2020 Hearing on Bondholders and Government Parties Motions to Dismiss in Adversary Proceedings (Attachments: # (1) Proposed Order) filed by ROLANDO EMMANUELLI JIMENEZ on behalf of Sistema de Retiro de los Empleados de la Autoridad de Energia Electrica. [DE# 10823]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||48|F|0.30||84.00|20200213|B11 3||A104|KCS|Receive and analyze Joint Motion to inform Status Report of Movant Ambac Assurance Corporation and Respondents The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, and The

Exhibit G-2 February 2020- 505431.TXT

Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Rule
2004 Motions Relative to: [10332] Memorandum Order, [10727] Order (Attachments: #
(1) Exhibit A # (2) Exhibit B) filed by AMBAC ASSURANCE CORPORATION, et al. [DE
10875]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||49|F|0.30||84.00|20200213|B11
3||A104|KCS|Draft February 2020 Proposed Budget.  Draft email to Fee examiner with
copy of the same.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||50|F|0.10||28.00|20200213|B11
3||A104|KCS|Receive and analyze Order Granting [10850] Third Urgent Consented Motion
for Extesntion of Deadlines. Related document:[9845] MOTION for Allowance and
Payment of Administrative Expense Claim filed by CONSUL-TECH CARIBE INC. The
deadline to respond to the Motion, shall be extended to February 17, 2020. The
deadline for Movant to file a reply shall be extended to February 26, 2020. [DE
10887]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||51|F|0.10||28.00|20200213|B11
3||A104|KCS|Receive and analyze Motion for Joinder of The Bank of New York Mellon
Relative to: [10841] Urgent motion of Assured Guaranty Corp., Assured Guaranty
Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee
Corporation, And Financial Guaranty Insurance Company To Adjourn Hearing On Motions
For Relief From The Automatic filed by NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
filed by THE BANK OF NEW YORK MELLON. [DE 10930]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||52|F|0.10||28.00|20200213|B11
3||A104|KCS|Receive and analyze Informative Motion Regarding Claim Number 73241
Relative to: [9576] Debtor's Omnibus Objection to Claims One Hundred Twenty-Third
Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
Highways and Transportation Authority, and Employees Retirement System of the
Government of the Commonwealth filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. filed
by the PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY. [DE
10942]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||53|F|0.10||28.00|20200213|B11
3||A104|KCS|Receive and analyze Motion for Partial Joinder Relative to: [10841]
Urgent motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac
Assurance Corporation, National Public Finance Guarantee Corporation, And Financial
Guaranty Insurance Company To Adjourn Hearing On Motions For Relief From The
Automatic filed by NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION filed by U.S. Bank
Trust National Association, Trustee. [DE 10955]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||54|F|0.30||84.00|20200213|B11
3||A104|KCS|Receive and analyze Fourteenth Omnibus ORDER Granting Relief from the
Automatic Stay relative to:[10703] Debtors' Fourteenth Omnibus Motion for Approval
of Modifications to the Automatic Stay. filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Exhibit). [DE
10957]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||55|F|0.30||84.00|20200213|B11
3||A104|KCS|Receive and analyze Opposition of the Financial Oversight and Management

Exhibit G-2 February 2020- 505431.TXT

Board for Puerto Rico to Urgent Motion of Assured Guaranty Corp., Assured Guaranty
Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee
Corporation, and Financial Guarantee Insurance Company to Adjourn Hearing on Motions
for Relief from Automatic Stay and Extend Deadline for Replies in Support of Motions
for Relief from Automatic Stay Relative to : [10841] Urgent motion of Assured
Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation,
National Public Finance Guarantee Corporation, And Financial Guaranty Insurance
Company To Adjourn Hearing On Motions For Relief From The Automatic filed by
NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.. [DE 10958]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||56|F|0.10||28.00|20200213|B11
3||A104|KCS|Receive and analyze Motion for Limited Joinder to Oposition of Financial
Oversight and Management Board for Puerto Rico to Urgent Motion of ASSURED GUARANTY
CORP., et al. to adjourn Hearing on Motions for Relief from the Automatic Stay and
Extended Deadlines Relaive to: [10958] Response to Motion filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. filed by PUERTO RICO FISCAL AGENCY AND FINANCIAL
ADVISORY AUTHORITY. [DE 10964]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||57|F|0.90||198.00|20200213|B1
13||A104|CIG|Review and analyze JOINT MOTION to inform Status Report of Movant Ambac
Assurance Corporation and Respondents The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, and The
Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Rule
2004 Motions [10332] Memorandum Order, [10727] Order (Attachments: # (1) Exhibit A #
(2) Exhibit B) filed by ROBERTO CAMARA FUERTES on behalf of AMBAC ASSURANCE
CORPORATION, PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||58|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE
SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Oracle Caribbean, Inc.,
19-00112-LTS.  Task paralegal with processing.|66-0554116|280.00|Estrella, Alberto
G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||59|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE
SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Estrada Bus Line, Inc.,
19-00090-LTS.  Task paralegal with processing.|66-0554116|280.00|Estrella, Alberto
G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||60|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE
SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. A New Vision In Educational
Services and Materials, 19-00061-LTS.  Task paralegal with
processing.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||61|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE
SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Ricoh Puerto Rico, Inc.
19-00128-LTS.  Task paralegal with processing.|66-0554116|280.00|Estrella, Alberto

Exhibit G-2 February 2020- 505431.TXT

G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||62|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE
SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Caribe Grolier, Inc., 19-ap-00051.
 Task paralegal with processing.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||63|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE
SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Enterprise Services Caribe, LLC,
19-00060-LTS.  Task paralegal with processing.|66-0554116|280.00|Estrella, Alberto
G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||64|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE
SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. A C R Systems, 19-00057-LTS.  Task
paralegal with processing.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||65|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE
SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Centro de Desarrollo Academico,
Inc., 19-00053-LTS.  Task paralegal with processing.|66-0554116|280.00|Estrella,
Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||66|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE
SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. T R C Companies, 19-00168-LTS.
Task paralegal with processing.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||67|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE
SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. FP + 1, LLC 19-00148-LTS.  Task
paralegal with processing.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||68|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE
SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Clinica Terapeutica del Norte
Inc., 19-00146-LTS.  Task paralegal with processing.|66-0554116|280.00|Estrella,
Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||69|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE
SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Postage By Phone Reserve Account,
19-00181-LTS.  Task paralegal with processing.|66-0554116|280.00|Estrella, Alberto
G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||70|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE
SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Bianca Convention Center, Inc.,
19-00072-LTS.  Task paralegal with processing.|66-0554116|280.00|Estrella, Alberto
G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||71|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE
SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. PUERTO NUEVO SECURITY GUARDS,
INC., 19-00384-LTS.  Task paralegal with processing.|66-0554116|280.00|Estrella,
Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||72|F|0.20||56.00|20200214|B11

Exhibit G-2 February 2020- 505431.TXT

3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. CORE LABORATORIES N.V., 19-00381-LTS  Task paralegal with processing.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||73|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Next Level Learning, Inc., 19-00129-LTS.  Task paralegal with processing.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||74|F|0.30||84.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. S & L Development S.E., 19-00243-LTS.  Task paralegal with processing.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||75|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Corporate Research and Training, Inc., 19-00151-LTS.  Task paralegal with processing.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||76|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in The Special Claims Committee of The Financial Over v. Atkins Caribe, LLP, 19-00349-LTS. Task paralegal with processing.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||77|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Rock Solid Technologies, Inc., 19-00230-LTS.  Task paralegal with processing.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||78|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Junior Bus Line, Inc., 19-00229-LTS.  Task paralegal with processing.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||79|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Trinity Metal Roof and Steel Structure Corp., 19-00187-LTS.  Task paralegal with processing.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||80|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Multi Clean Services Inc., 19-00244-LTS.  Task paralegal with processing.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||81|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons inTHE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. I.D.E.A., Inc., 19-00268-LTS. Task paralegal with processing.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||82|F|0.20||56.00|20200214|B11

Exhibit G-2 February 2020- 505431.TXT

3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Netwave Equipment Corp., 19-00253-LTS.  Task paralegal with processing.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||83|F|0.20||56.00|20200214|B11
3||A104|AGE|Receive and analyze notice with evidence of service of summons in THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Perfect Cleaning Services, Inc., 19-00249-LTS.  Task paralegal with processing.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||84|F|0.30||66.00|20200214|B11
3||A104|CIG|Review and analyze REPLY to Response to Motion -AAFAF's Reply in Further Support of Government Parties' Urgent Motion for an Eleventh Revised 9019 Scheduling Order and Response to Urgent Motion of the Fuel Line Lenders and Union Entities to Adjourn March 4, 2020 Hearing on Bondholders' and Government Parties' Motions to Dismiss in Adversary Proceedings Regarding [10823] Joint motion RESPONSE OF FUEL LINE LENDERS AND UNION ENTITIES TO GOVERNMENT PARTIES SCHEDULING MOTION AND URGENT MOTION TO ADJOURN MARCH 4, 2020 HEARING ON BONDHOLDERS AND GOVERNMENT PARTIES MOTIONS TO DISMISS IN ADVERSARY PROCEEDINGS filed by Sistema de Retiro de los Empleados de la Autoridad de Energia Electrica (SREAEE) filed by LUIS C MARINI BIAGGI on behalf of PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY [MARINI BIAGGI, LUIS] [Docket No. 10997]|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||85|F|0.20||44.00|20200214|B11
3||A104|CIG|Review and analyze MOTION for Joinder / Official Committee of Unsecured Creditors Joinder in Urgent Motion of Fuel Line Lenders and Union Entities to Adjourn March 4, 2020 Hearing on Bondholders and Government Parties Motions to Dismiss in Adversary Proceedings Regarding: [10823] Joint motion RESPONSE OF FUEL LINE LENDERS AND UNION ENTITIES TO GOVERNMENT PARTIES SCHEDULING MOTION AND URGENT MOTION TO ADJOURN MARCH 4, 2020 HEARING ON BONDHOLDERS AND GOVERNMENT PARTIES MOTIONS TO DISMISS IN ADVERSARY PROCEEDINGS filed by Sistema de Retiro de los Empleados de la Autoridad de Energia Electrica (SREAEE) filed by Luc A. Despins on behalf of Official Committee of Unsecured Creditors [DOCKET NO. 10975]|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||86|F|0.10||28.00|20200214|B11
3||A104|KCS|Receive and analyze Notice of Filing of Spanish Translation of Notice of Objection With Respect to Omnibus Objection of Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted Against Commonwealth by Holders of General Obligation Bonds Asserting Priority over Other Commonwealth Unsecured Creditors Relative to: [10754] MOTION of Official Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, (A) Setting Briefing Schedule and Hearing Date for Omnibus Objection to Claims Filed or Asserted Against Commo filed by Official Committee of Unsecured Creditors (Attachments: # (1) Exhibit A) filed by the Official Committee of Unsecured Creditors. [DE# 11046]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||87|F|2.40||672.00|20200216|B1
13||A104|AGE|Complete reading Answer to Court Amended Complaint and Counter Claim in ERS v. UBS case.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||88|F|0.40||88.00|20200218|B11

Exhibit G-2 February 2020- 505431.TXT

3||A104|CIG|Review and analyze urgent motion FOURTH URGENT CONSENTED MOTION FOR
EXTENSION OF DEADLINES Regarding [9845] MOTION for Allowance and Payment of
Administrative Expense Claim filed by CONSUL-TECH CARIBE INC. (DKT.
11060)|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||89|F|0.20||56.00|20200218|B11
3||A104|KCS|Receive and analyze Objection and Reservation of Rights of Assured
Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee
Corporation, Ambac Assurance Corporation, Financial Guaranty Insurance Company, and
Invesco Funds with Respect to Joint Motion of the Commonwealth of Puerto Rico, the
Employees Retirement System of the Government of the Commonwealth of Puerto Rico,
and the Puerto Rico Public Buildings Authority for an Order (I) Scheduling a Hearing
to Consider the Adequacy of Information Contained in the Disclosure Statement, (II)
Establishing the Deadline for Filing Spanish Translation of the Disclosure
Statement, (III) Establishing the Deadline for Filing Objections to the Disclosure
Statement and Replies Thereto, and (IV) Granting Related Relief (ECF No. 10808)
Related document:[10808] Joint motion of the Commonwealth of Puerto Rico, the
Employees Retirement System of the Government of the Commonwealth of Puerto Rico,
and the Puerto Rico Public Buildings Authority for an Order (I) Scheduling a Hearing
to Consider the Adequacy of Info filed by COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, PUBLIC
BUILDINGS AUTHORITY OF PUERTO RICO filed by AMBAC ASSURANCE CORPORATION, et al. [DE#
11095]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||90|F|0.60||168.00|20200219|B1
13||A104|KCS|Receive and analyze Notice of Presentment of Proposed Order Further
Amending Case Management Procedures (Attachments: # 1 Exhibit C - Redline) filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. . [DE# 11288]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||91|F|0.30||84.00|20200221|B11
3||A104|KCS|Receive and analyze RESPONSE to Motion Opposition of Financial Oversight
and Management Board for Puerto Rico to Motion of Official Committee of Unsecured
Creditors for Order, Pursuant to Bankruptcy Code Sections 105(A) and 502 and
Bankruptcy Rule 3007, (A) Setting Briefing Schedule and Hearing Date for Omnibus
Objection TO Claims Filed or Asserted Against Commonwealth by Holders of General
Obligation Bonds Asserting Priority Over Other Commonwealth Unsecured Creditors
[Docket No. 10638], (B) Approving Form of Notice and (C) Granting Related Relief.
Relative to: [10754] MOTION of Official Committee of Unsecured Creditors for Order,
Pursuant to Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, (A)
Setting Briefing Schedule and Hearing Date for Omnibus Objection to Claims Filed or
Asserted Against Commo filed by Official Committee of Unsecured Creditors filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. [DE# 11462]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||92|F|0.30||84.00|20200221|B11
3||A104|KCS|Receive and analyze RESPONSE to Motion Response of Financial Oversight
and Management Board for Puerto Rico to Amended Report and Recommendation of
Mediation Team Relative to: [10756] Motion Submitting (Attachments: # (1) Exhibit A)
filed by The Financial Oversight and Management Board for Puerto Rico, as

Exhibit G-2 February 2020- 505431.TXT

Representative of the Commonwealth of Puerto Rico, et al. [DE#
11492]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||93|F|0.10||28.00|20200221|B11
3||A104|KCS|Receive and analyze Joint motion Informing Filing of Joint Proposed
Order Regarding the Commonwealth of Puerto Rico's Compliance with Cuerpo Organizado
de la Polica, Inc.'s Bankruptcy Rule 2004 Request for Information and Documentation
Relative to: [9530] Memorandum Order (Attachments: # (1) Proposed Order Exhibit A)
filed theCOMMONWEALTH OF PUERTO RICO. [DE# 11494]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||94|F|1.10||308.00|20200221|B1
13||A104|KCS|Receive and analyze Objection of Assured Guaranty Corp., Assured
Guaranty Municipal Corp., National Public Finance Guarantee Corporation, Ambac
Assurance corporation and Financial Guaranty Insurance Company to Amended Report and
Recommendation of the Mediation Team (ECF No. 10756) Related document:[10756] Motion
Submitting (Attachments: # (1) Exhibit A - EMMA Notice) filed by AMBAC ASSURANCE
CORPORATION, et al. [DE# 11493, 147 pages, read main document and cursory review of
exhibit]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||95|F|0.40||112.00|20200221|B1
13||A104|KCS|Receive and analyze RESPONSE to Motion DRA Parties Response to Amended
Report and Recommendation of the Mediation Team Relative to: [10756] Motion
Submitting filed by AmeriNational Community Services, LLC, Cantor-Katz Collateral
Monitor LLC . [DE# 11495]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||96|F|0.70||154.00|20200225|B1
13||A104|CIG|Review and analyze MOTION of Official Committee of Unsecured Creditors
to Amend Tenth Amended Notice, Case Management and Administrative Procedures
Regarding Disclosure Requirements Pursuant to Federal Rule of Bankruptcy Procedure
2019 (Attachments: # (1) Exhibit A - Proposed Order # (2) Exhibit B - Press Report
Regarding Purchase of Unsecured Claims # (3) Exhibit C - Lawful Constitutional Debt
Coalition Press Releases) filed by Luc A. Despins on behalf of Official Committee of
Unsecured Creditors [Docket No. 11746]|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||97|F|0.10||28.00|20200225|B11
3||A104|KCS|Receive and analyze MOTION to inform Fifth Supplemental Verified
Statement of Official Committee of Unsecured Creditors Pursuant to Bankruptcy Rule
2019 (Attachments: # (1) Exhibit A) filed by the Official Committee of Unsecured
Creditors . [DE#11736]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||98|F|0.40||88.00|20200226|B11
3||A104|CIG|Review and analyze Disclosure Statement Second Supplemental Verified
Statement Pursuant to Bankr. Rule 2019 filed BY BRIAN M DICK BIASCOECHEA on behalf
of Ad Hoc Group of Noteholders of FGIC-Insured Notes [DKT. No.
11748]|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||99|F|0.10||28.00|20200226|B11
3||A104|KCS|Receive and analyze Motion to inform AmeriNational Community Services,
LLCs Appearance at the March 4-5, 2020 Omnibus Hearing filed by AmeriNational
Community Services, LLC.  [DE# 11769]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||100|F|0.10||28.00|20200226|B1
13||A104|KCS|Receive and analyze ORDER SETTING BRIEFING SCHEDULE relative to:[11746]
Motion of Official Committee of Unsecured Creditors to Amend Tenth Amended Notice,
Case Management and Administrative Procedures Regarding Disclosure Requirements

Exhibit G-2 February 2020- 505431.TXT

Pursuant to Federal Rule of Bankruptcy Procedure 2019 filed by Official Committee of
Unsecured Creditors. Resolving [11747] MOTION Requesting Entry of Order Setting
Briefing Schedule and Hearing (If Any) on Motion of Official Committee of Unsecured
Creditors to Amend Tenth Amended Notice, Case Management and Administrative
Procedures Regarding Disclosure Requirements Pursu filed by Official Committee of
Unsecured Creditors. Responses due by 3/10/2020 at 5:00 PM (AST). Reply due by:
3/17/2020 at 5:00 PM (AST).  [DE# 11770]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||101|F|0.30||84.00|20200226|B1
13||A104|KCS|Receive and analyze Omnibus Reply of the Financial Oversight and
Management Board for Puerto Rico in Support of Debtors' (I) Joint Scheduling Motion
[ECF No. 10808] and (II) Pre-Solicitation Procedures Motion [ECF No. 10839] Relative
to: [10808] Joint motion of the Commonwealth of Puerto Rico, the Employees
Retirement System of the Government of the Commonwealth of Puerto Rico, and the
Puerto Rico Public Buildings Authority for an Order (I) Scheduling a Hearing to
Consider the Adequacy of Info filed by COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, PUBLIC
BUILDINGS AUTHORITY OF PUERTO RICO, [10839] MOTION of the Commonwealth of Puerto
Rico and the Employees Retirement System of the Government of the Commonwealth of
Puerto Rico for an Order (A) Establishing Pre-Solicitation Procedures for Certain
Holders of Retirement Benefit Claims, (B) Establi filed by COMMONWEALTH OF PUERTO
RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. [DE#
11776]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||102|F|0.40||112.00|20200226|B
113||A104|KCS|Receive and analyze Notice of Submission of Revised Proposed Order (A)
Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit
Claims, (B) Establishing Procedures and Deadlines for Submission of Information
Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment, and (C)
Approving Form and Manner of Notice Thereof relative to:[10839] Motion of the
Commonwealth of Puerto Rico and the Employees Retirement System of the Government of
the Commonwealth of Puerto Rico for an Order (A) Establishing Pre-Solicitation
Procedures for Certain Holders of Retirement Benefit Claims, (B) Establi filed by
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO (Attachments: # (1) Exhibit A # (2) Exhibit B) filed
by The Financial Oversight and Management Board for Puerto Rico, as Representative
of the Commonwealth of Puerto Rico, et al. [DE# 11777]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||103|F|1.00||220.00|20200229|B
113||A104|CIG|Review and Analayze ORDER FURTHER AMENDING CASE MANAGEMENT PROCEDURES.
[8027] Scheduling Order - Case Management Order, [11288] Notice of Presentment of
Proposed Order Further Amending Case Management Procedures filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. Signed by Judge Laura Taylor Swain on
02/28/2020.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||104|F|0.30||84.00|20200203|B1
30||A104|KCS|Receive and analyze MOTION to inform Insurers' Objection to Notice of
Presentment by Puerto Rico Electric Power Authority of Revised Proposed Order for

Exhibit G-2 February 2020- 505431.TXT

Undisputed Payment and Release of Insurance Proceeds. (Attachments: # (1) Exhibit A # (2) Exhibit B) filed by of The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE 10621]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||105|F|0.10||28.00|20200204|B130||A104|KCS|Receive and analyze Order Denying [9653] MOTION Renewed Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE 10678]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||106|F|0.10||28.00|20200218|B130||A104|KCS|Receive and analyze ORDER GRANTING [11060] FOURTH URGENT CONSENTED MOTION FOR EXTENSION OF DEADLINES Relative to: [9845] MOTION for Allowance and Payment of Administrative Expense Claim filed by CONSUL-TECH CARIBE INC. Responses due by 4/1/2020 . Reply due by: 4/8/2020 . The Motion shall be heard in connection with the Omnibus Hearing scheduled for April 22, 2020. [DE# 11088]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||107|F|0.10||28.00|20200203|B140||A104|KCS|Receive and analyze MOTION for Partial Joinder of Official Committee of Unsecured Creditors in Support of Supplemental Opposition of Commonwealth of Puerto Rico to Amended PRIFA Bondholder Motion to Lift Automatic Stay [ECF No. 10602] Related to: [10611] Response to Motion filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. filed by Official Committee of Unsecured Creditors. [DE 10635]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||108|F|0.10||28.00|20200203|B140||A104|KCS|Receive and analyze MOTION for Partial Joinder of Official Committee of Unsecured Creditors in Support of Opposition of Financial Oversight and Management Board for Puerto Rico to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guarantee Insurance Company for Relief from Automatic Stay or, in the Alternative, Adequate Protection [ECF No. 673] Related to: [10613] Objection filed by PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. filed by Official Committee of Unsecured Creditors. [DE 10634]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||109|F|0.10||28.00|20200203|B140||A104|KCS|Receive and analyze MOTION for Joinder of Official Committee of Unsecured Creditors in Support of Opposition of Commonwealth of Puerto Rico to Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon Concerning Application of Automatic Stay [ECF No. 10104] Relative to: [10615] Response to Motion filed by COMMONWEALTH OF PUERTO RICO filed by Official Committee of Unsecured Creditors. [DE 10636]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||110|F|0.10||28.00|20200203|B140||A104|KCS|Receive and analyze Motion for Limited Joinder to the Opposition of FOMB to Motion of ASSURED GUARANTY CORP., Et al. for Relief from the Automatic Stay or, in the alternative, Adequate Protection [ECF NO. 673] Related to: [10102]

Exhibit G-2 February 2020- 505431.TXT

Motion for Relief From Stay Under 362 [e]. filed by AMBAC ASSURANCE CORPORATION,
NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, Financial Guaranty Insurance Company,
Assured Guaranty Corp., Assured Guaranty Municipal Corp., [10613] Objection filed by
PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. filed by PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY.
[DE 10639]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||111|F|0.10||28.00|20200203|B1
40||A104|KCS|Receive and analyze Motion for Limited Joinder to the Opposition of
FOMB to Motion of ASSURED GUARANTY CORP., Et al. for Relief from the Automatic Stay
or, in the alternative, Adequate Protection [ECF NO. 10104] Related to: [10104]
Joint motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company,
Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York
Mellon Concerning Application of the Automatic Stay to the Revenues Securing the CCD
filed by THE BANK OF NEW YORK MELLON, AMBAC ASSURANCE CORPORATION, Financial
Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal
Corp., [10615] Response to Motion filed by COMMONWEALTH OF PUERTO RICO filed by
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY. [DE
10640]||66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||112|F|0.10||28.00|20200203|B1
40||A104|KCS|Receive and analyze Motion for Limited Joinder to the Opposition of
FOMB to Motion of Bacardi Internatioal Ltd. and Bacardi Corporation to Motion of
Assured Guaranty Corp., Et al. for Relief from the Automatic Stay or, in the
alternative, Adequate Protection [ECF NO. 10109] Relative to: [10110] Notice of
Motion filed by AMBAC Assurance Corporation, [10611] Response to Motion filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. filed by  PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY. [DE 10641]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||113|F|0.70||196.00|20200203|B
140||A104|KCS|Receive and analyze Objection to BACARDI INTERNATIONAL LIMITEDS AND
BACARDI CORPORATIONS OPPOSITION TO AMENDED MOTION OF AMBAC ASSURANCE CORPORATION,
FINANCIAL GUARANTY INSURANCE COMPANY, ASSURED GUARANTY CORP., ASSURED GUARANTY
MUNICIPAL CORP., AND U.S. BANK TRUST NATIONAL ASSOCIATION, CONCERNING APPLICATION OF
THE AUTOMATIC STAY TO THE REVENUES SECURING PRIFA RUM TAX BONDS Related
document:[10602] Amended Motion of Ambac Assurance Corporation, et al., Concerning
Application of the Automatic Stay to the Revenue filed by AMBAC ASSURANCE
CORPORATION, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured
Guaranty Municipal Corp., US Bank Trust National Association (Attachments: # (1)
Exhibit Exhibit A - Bacardi Opposition to Amended PRIFA Lift Stay Motion. # (2)
Exhibit Exhibit B - Bacardi Opposition to Amended PRIFA Lift Stay Motion. # (3)
Exhibit Exhibit C - Bacardi Opposition to Amended PRIFA Lift Stay Motion. # (4)
Exhibit Exhibit D - Bacardi Opposition to Amended PRIFA Lift Stay Motion) filed by
BACARDI CORPORATION, BACARDI INTERNATIONAL LIMITED. [DE 10609, 157 pgs, study motion
and cursory review of the exhibits]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||114|F|0.70||196.00|20200203|B
140||A104|KCS|Receive and analyze. ORDER DENYING STAY RELIEF MOTION (DOCKET ENTRY
NO. [10512]) filed by Jose L. Hernandez Compres. [DE 10610]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]

Exhibit G-2 February 2020- 505431.TXT

20200229|505431|1600|01001|81936.97|20200201|20200229||115|F|1.10||308.00|20200203|B
140||A104|KCS|Receive and analyze Supplemental Opposition of Commonwealth of Puerto
Rico to Amended PRIFA Bondholder Motion to Lift Automatic Stay [ECF No. 10602]
Relative to: [10602] Amended Motion of Ambac Assurance Corporation, et al.
(Attachments: # (1) Exhibit A) filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE
10611, 77 pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||116|F|0.60||168.00|20200203|B
140||A104|KCS|Receive and analyze Motion for Joinder by Serralles to the FOMB and
Bacardi's Oppositions to Movants Amended Motion for Relief from Stay Relative to:
[10609] Objection filed by BACARDI INTERNATIONAL LIMITED, BACARDI CORPORATION,
[10611] Response to Motion filed by The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit A # (2) Exhibit B) filed by Destilerias Serralles, Inc.
[DE 10612, 76 pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||117|F|0.60||168.00|20200203|B
140||A104|KCS|Receive and analyze Objection to Opposition of Financial Oversight and
Management Board for Puerto Rico to Motion of Assured Guaranty Corp., et al. [ECF
No. 673] Related document:[8542] Order Setting Briefing Schedule, [10102] Motion for
Relief From Stay Under 362 [e] filed by AMBAC ASSURANCE CORPORATION, NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION, Financial Guaranty Insurance Company, Assured
Guaranty Corp., Assured Guaranty Municipal Corp. (Attachments: # (1) Exhibit A # (2)
Exhibit B) filed by PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE 10615 83 pgs.]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||118|F|1.40||392.00|20200203|B
140||A104|KCS|Receive and analyze Opposition of Commonwealth of Puerto Rico to
Motion of Ambac Assurance Corporation, et al., and the Bank of New York Mellon
Concerning Application of Automatic Stay [ECF No. 10104] Related to: [10104] Joint
motion of Ambac Assurance Corporation, et al., and the Bank of New York Mellon
Concerning Application of the Automatic Stay to the Revenues Securing the CCD filed
by THE BANK OF NEW YORK MELLON, AMBAC ASSURANCE CORPORATION, et al. (Attachments: #
(1) Exhibit A - Assignment Agreement # (2) Exhibit B - Pledge Agreement # (3)
Exhibit C - Trust Agreement # (4) Exhibit D - Supplemental Trust Agreement # (5)
Exhibit E - Diagram) filed by the COMMONWEALTH OF PUERTO RICO. [DE 10613, 185
pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||119|F|0.70||196.00|20200203|B
140||A104|KCS|Receive and analyze AMENDED BACARDI INTERNATIONAL LIMITEDS AND BACARDI
CORPORATIONS OPPOSITION TO AMENDED MOTION OF AMBAC ASSURANCE CORPORATION, et al.,
CONCERNING APPLICATION OF THE AUTOMATIC STAY TO THE REVENUES SECURING PRIFA RUM TAX
BONDS Related document:[10602] MOTION /Amended Motion of Ambac Assurance
Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured
Guaranty Municipal Corp., and U.S. Bank Trust National Association, Concerning
Application of the Automatic Stay to the Revenu filed by AMBAC ASSURANCE
CORPORATION, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured
Guaranty Municipal Corp., US Bank Trust National Association (Attachments: # (1)
Exhibit A - Bacardi Opposition to Amended PRIFA Lift Stay Motion # (2) Exhibit B -

Exhibit G-2 February 2020- 505431.TXT

Bacardi Opposition to Amended PRIFA Lift Stay Motion # (3) Exhibit C - Bacardi
Opposition to Amended PRIFA Lift Stay Motion # (4) Exhibit D - Bacardi Opposition to
Amended PRIFA Lift Stay Motion) filed by BACARDI CORPORATION, BACARDI INTERNATIONAL
LIMITED. [DE 10616, 157 pgs, study motion and cursory review of the
exhibits]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||120|F|0.60||168.00|20200203|B
140||A104|KCS|Receive and analyze Amended Objection to Motion of Assured Guaranty
Corp., Assured Guaranty Municipal Corp. Ambac Assurance Corporation, National Public
Finance Guarantee Corporation, and Financial Guarantee Insurance Company for Relief
from Automatic Stay or, in the alternative, Adequate Protection [ECF No. 673]
Related document:[673] Statement of filed by PEAJE INVESTMENTS LLC, [10613]
Objection filed by PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B)
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE 10617, 83 pgs, study
motion and cursory review of the exhibits]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||121|F|0.60||168.00|20200205|B
140||A104|KCS|Receive and analyze MOTION Debtors' Fourteenth Omnibus Motion for
Approval of Modifications to the Automatic Stay. (Attachments: # (1) Exhibit 1 # (2)
Exhibit 2) filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al.
[DE#10703]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||122|F|0.50||140.00|20200212|B
140||A104|KCS|Receive and analyze MOTION DRA Parties Motion and Memorandum of Law in
Support of their (I) Notice that the DRA is a Party in Interest and can Participate
in the Monolines Amended Lift Stay Litigation and Request to Modify the Amended
Revenue Bond Scheduling Order or, (II) in the Alternative, Motion to Permit the DRA
Parties to Intervene in the Monolines Amended Lift Stay Litigation related
to:[10102] Motion for Relief From Stay Under 362 [e], filed by AMBAC ASSURANCE
CORPORATION, et al. (Attachments: # (1) Exhibit A - Proposed Order) filed by
AmeriNational Community Services, LLC, Cantor-Katz Collateral Monitor LLC  [DE#
10835]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||123|F|0.10||28.00|20200212|B1
40||A104|KCS|Receive and analyze Notice of Hearing on DRA Parties Motion and
Memorandum of Law in Support of their (I) Notice that the DRA is a Party in Interest
and can Participate in the Monolines Amended Lift Stay Litigation and Request to
Modify the Amended Revenue Bond Scheduling Order or, (II) in the Alternative, Motion
to Permit the DRA Parties to Intervene in the Monolines Amended Lift Stay Litigation
Relative to: [10835] MOTION DRA Parties Motion and Memorandum of Law in Support of
their (I) Notice that the DRA is a Party in Interest and can Participate in the
Monolines Amended Lift Stay Litigation and Request to Modify the Amended Revenue
Bond Scheduling Order or, (I filed by AmeriNational Community Services, LLC,
Cantor-Katz Collateral Monitor LLC filed by AmeriNational Community Services, LLC,
Cantor-Katz Collateral Monitor LLC  [DE# 10836]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||124|F|0.80||224.00|20200212|B
140||A104|KCS|Receive and analyze Urgent motion of Assured Guaranty Corp.,et al. to

Exhibit G-2 February 2020- 505431.TXT

Adjourn Hearing on Motions For Relief From The Automatic Stay and Extend Deadline For Replies In Support Of Motions For Relief From The Automatic Stay (Attachments: # (1) Exhibit C # (2) Exhibit D # (3) Exhibit E # (4) Exhibit F # (5) Exhibit G # (6) H) filed by NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION  [DE# 10841]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||125|F|0.10||28.00|20200212|B1 40||A104|KCS|Receive and analyze rgent motion (THIRD URGENT CONSENTED MOTION) FOR EXTENSION OF DEADLINES Relative to: [9845] MOTION for Allowance and Payment of Administrative Expense Claim filed by CONSUL-TECH CARIBE INC., [10497] Order Granting Motion (Attachments: # (1) Exhibit A - Proposed Order) filed by PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY.  [DE# 10850]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||126|F|0.10||28.00|20200212|B1 40||A104|KCS|Receive and analyze Order Scheduling Briefing of [10841] Urgent Motion of Assured Guaranty Corp., et al. to Adjourn Hearing on Motions for Relief from the Automatic Stay and Extend Deadline For Replies in Support of Motions for Relief From the Automatic Stay. Responses due by February 13, 2020, at 5:00 p.m. (Atlantic Standard Time). Replies due by February 14, 2020, at 12:00 p.m. (Atlantic Standard Time). Responses due by February 13, 2020, at 5:00 p.m. (Atlantic Standard Time). Replies due by: February 14, 2020, at 12:00 p.m. (Atlantic Standard Time).  [DE# 10872]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||127|F|0.10||28.00|20200214|B1 40||A104|KCS|Receive and analyze Response to Motion DRA Parties Response and Reservation of Rights to the Monolines Urgent Motion to Adjourn Hearing on Motions for Relief from Stay and Extend Deadlines Relative to: [10841] Urgent motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, And Financial Guaranty Insurance Company To Adjourn Hearing On Motions For Relief From The Automatic filed by National Public Finance Guarantee Corporation filed by AmeriNational Community Services, LLC, Cantor-Katz Collateral Monitor LLC. [DE #10970]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||128|F|0.90||252.00|20200214|B 140||A104|KCS|Receive and analyze Response to Motion In Support of Urgent Motion to Adjourn Hearing On Motions for Relief from The Automatic Stay And Extend Deadline for Replies in Support Of Motions For Relief from The Automatic Stay Relative to: [10841] Urgent motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, And Financial Guaranty Insurance Company To Adjourn Hearing On Motions For Relief From The Automatic filed by NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION (Attachments: # (1) Exhibit A) filed by NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION. [DE #10972, 65 pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||129|F|0.20||44.00|20200218|B1 40||A104|CIG|Review order of Reference to Magistrate Judge Judith Dein regarding [10102] Motion for Relief From Stay Under 362 [e], [10104] Joint motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds, [10602] MOTION /Amended Motion of Ambac Assurance Corporation, Financial Guaranty Insurance

Exhibit G-2 February 2020- 505431.TXT

Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds. (DKT. 11058)|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||130|F|0.20||44.00|20200218|B140||A104|CIG|Review and analyze ORDER GRANTING [10841] URGENT MOTION TO ADJOURN MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY AND EXTEND DEADLINES FOR REPLIES IN SUPPORT OF MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY. Related documents: [10102], [10104], [10602], [10611], [10615], [10618]. (DKT. No. 11057)|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||131|F|0.10||28.00|20200218|B140||A104|KCS|Receive and analyze SCHEDULING ORDER: In light of [11057] Order Granting Motion, all final briefing on any motions to compel shall be filed on or before March 2, 2020 at 5:00 pm Atlantic Standard Time. Related documents: [10102], [10104], [10602]. [DE# 11093]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||132|F|0.10||28.00|20200218|B140||A104|KCS|Receive and analyze Joint motion Informing Fling of Joint Proposed Order Regarding Motion for Relief from the Automatic Stay pursuant to PROMESA's Sections 4, 7, 301(C)(3) & 304(H) Relative to: [9677] Motion for Relief From Stay Under 362 [e]. filed by Centro de Orientacion y Ayuda Psiquiatrica, Inc. (Attachments: # (1) Proposed Order Exhibit A) filed by the COMMONWEALTH OF PUERTO RICO. [DE# 11092]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||133|F|0.10||28.00|20200218|B140||A104|KCS|Receive and analyze AMENDED ORDER relative to [11089] ORDER GRANTING [11055] Urgent motion Consented Extension of Time until February 21, 2020 Relative to: [9530] Memorandum Order filed by COMMONWEALTH OF PUERTO RICO Related documents: [6871], [8842], [9530]. Joint Status Report due by 2/21/2020. [DE# 11096]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||134|F|0.10||28.00|20200218|B140||A104|KCS|Receive and analyze ORDER EXTENDING FILING DEADLINES. In light of an anticipated temporary shutdown of the Court's CM/ECF system all filing deadlines in these Title III cases and related proceedings that had been set for February 18, 2020, are extended through February 19, 2020, at 10:00 a.m. [DE# 11097]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||135|F|0.10||28.00|20200219|B140||A104|KCS|Receive and analyze Motion to inform Extension of the Government Parties' Deadline to Object to the DRA Parties' Motion and Memorandum of Law in Support of Their (i) Notice that the DRA is a Party in Interest and Can Participate in the Monolines Amended Lift Stay Litigation and Request to Modify the Amended Revenue Bond Scheduling Order or, (ii) in the Alternative, Motion to Permit the DRA Parties to Intervene in the Monolines Lift Stay Motion Relative to: [10835] DRA Parties Motion and Memorandum of Law in Support of their (I) Notice that the DRA is a Party in Interest and can Participate in the Monolines Amended Lift Stay Litigation and Request to Modify the Amended Revenue Bond Scheduling Order or, (I filed by AmeriNational Community Services, LLC, Cantor-Katz Collateral Monitor LLC filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE# 11145]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

Exhibit G-2 February 2020- 505431.TXT
20200229|505431|1600|01001|81936.97|20200201|20200229||136|F|0.10||28.00|20200219|B1
40||A104|KCS|Receive and analyze Motion for Joinder The Schoenberg/SFT Bondholders
Joinder to Motion to Dismiss Omnibus Claim Objections to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds and Public Buildings
Authority Bonds Relative to: [10702] Motion to Dismiss (GO/PBA Bonds Claim
Objection) Relative to: [4784] Objection / Omnibus Objection of (I) Financial
Oversight and Management Board, Acting Through Its Special Claims Committee, and
(II) Official Committee of Unsecured Creditors, Pursuant to B filed by Ad Hoc Group
of General Obligation Bondholders, [10704] Memorandum of Law filed by Ad Hoc Group
of General Obligation Bondholders filed by Steve Schoenberg IRA, Steve and Sharon
Schoenberg, Alyssa Marie Schoenberg Grantor Trust, and SFT Holdings LP. [DE#
11153]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||137|F|0.30||84.00|20200219|B1
40||A104|KCS|Receive and analyze STIPULATION Regarding (I) the DRA Parties' Motion
and Memorandum of Law in Support of Their Motion for Relief from the Automatic Stay,
or in the Alternative, Ordering Payment of Adequate Protection [ECF No. 7643], and
(II) the DRA Parties' Motion and Memorandum of Law in Support of Their Notice that
the DRA is a Party in Interest and can Participate in the Monolines Amended Lift
Stay Litigation [ECF No. 10835] Relative to: 7646 Notice filed by AmeriNational
Community Services, LLC, Cantor-Katz Collateral Monitor LLC, 7689 Order, 7832 Order
Approving Stipulation, 8244 Order, 9622 Order Granting Motion, 10835 MOTION DRA
Parties Motion and Memorandum of Law in Support of their (I) Notice that the DRA is
a Party in Interest and can Participate in the Monolines Amended Lift Stay
Litigation and Request to Modify the Amended Revenue Bond Scheduling Order or, (I
filed by AmeriNational Community Services, LLC, Cantor-Katz Collateral Monitor LLC
(Attachments: # 1 Stipulation) filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE#
11285]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||138|F|0.10||28.00|20200219|B1
40||A104|KCS|Receive and analyze ORDER GRANTING URGENT MOTION [10823] TO ADJOURN
MARCH 4, 2020, HEARING ON BONDHOLDERS' AND GOVERNMENT PARTIES' MOTIONS TO DISMISS
AMENDED COMPLAINTS IN ADVERSARY PROCEEDINGS. The hearing on the Motions to Dismiss
the Amended Complaints in the Fuel Line and SREAEE Adversary Proceedings is hereby
adjourned from the omnibus hearing scheduled for March 4, 2020 , to the omnibus
hearing scheduled for June 3, 2020. [DE# 11291]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||139|F|0.10||28.00|20200221|B1
40||A104|KCS|Receive and analyze ORDER relative to: [9677] Motion for Relief From
Stay Under 362 [e]. Related document: [11092] Joint motion Informing Fling of Joint
Proposed Order Regarding Motion for Relief from the Automatic Stay pursuant to
PROMESA's Sections 4, 7, 301(C)(3) & 304(H). [DE# 11454]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||140|F|0.10||28.00|20200221|B1
40||A104|KCS|Receive and analyze Objection to (Limited Objection to the Joint
Stipulation) Related document:[11285] STIPULATION Regarding (I) the DRA Parties'
Motion and Memorandum of Law in Support of Their Motion for Relief from the
Automatic Stay, or in the Alternative, Ordering Payment of Adequate Protection [ECF
No. 7643], and (II) the DRA Parties' filed by The Financial Oversight and Management

Exhibit G-2 February 2020- 505431.TXT
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
filed by AMBAC ASSURANCE CORPORATION, et al. [DE# 11325]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||141|F|0.10||28.00|20200221|B1
40||A104|KCS|Receive and analyze ORDER relative to:[11285] STIPULATION Regarding (I)
the DRA Parties' Motion and Memorandum of Law in Support of Their Motion for Relief
from the Automatic Stay, or in the Alternative, Ordering Payment of Adequate
Protection [ECF No. 7643], and (II) the DRA Parties' and [11325] Objection. The DRA
Parties are to file a reply to the Opposition by 5:00 p.m.(AST) on February 25, 2020
. If necessary, the Court will hear oral argument on the Stipulation at the March
Omnibus Hearing, scheduled to take place on March 4, 2020 at the United States
District Court for the District of Puerto Rico, 150 Carlos Chardon Street, Federal
Building, San Juan, Puerto Rico. [DE# 11346]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||142|F|0.70||196.00|20200225|B
140||A104|KCS|Receive and analyze Urgent motion of Ambac Assurance Corporation, et
al. to Compel Production of Documents Relating to the Preliminary Hearing on the
CCDA and PRIFA Lift-Stay Motions Relative to: [10104] Joint motion of Ambac
Assurance Corporation, et al. Concerning Application of the Automatic Stay to the
Revenues Securing the CCD filed by THE BANK OF NEW YORK MELLON, et al., [10602]
Amended Motion of Ambac Assurance Corporation,et al. Concerning Application of the
Automatic Stay to the Revenue filed by AMBAC ASSURANCE CORPORATION, et al.
(Attachments: # (1) Proposed Order # (2) Exhibit Chart of Discovery on Lift Stay
Motions # (3) Exhibit Movant's Letter on Lift Stay Discovery # (4) Exhibit Mediation
Summary of Cash Restriction Analysis) filed by AMBAC ASSURANCE CORPORATION, et al.
[DE#11687, 63 pages]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||143|F|0.70||196.00|20200225|B
140||A104|KCS|Receive and analyze Joint Motion to Compel Production Of
Documents Concerning Preliminary Hearing On Lift-Stay Motion (Attachments: # (1)
Exhibit B # (2) Exhibit C # (3) Exhibit D # (4) Exhibit E) filed by NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION. [DE#11686 51 pages]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||144|F|0.40||112.00|20200225|B
140||A104|KCS|Receive and analyze REPLY to Response to Motion The DRA Parties
Omnibus Reply in Support of their: (I) Participation in the Monolines Amended Lift
Stay Litigation, (II) Motion to Intervene in the Revenue Bond Adversary Proceedings
with Respect To the Clawback Complaint, and (III) Motion to Intervene in HTA Revenue
Bond Adversary Proceeding with Respect to the Lien Stripping Complaint Relative to:
[10835] DRA Parties Motion and Memorandum of Law in Support of their (I) Notice that
the DRA is a Party in Interest and can Participate in the Monolines Amended Lift
Stay Litigation and Request to Modify the Amended Revenue Bond Scheduling Order or,
(I filed by AmeriNational Community Services, LLC, Cantor-Katz Collateral Monitor
LLC filed by AmeriNational Community Services, LLC, Cantor-Katz Collateral Monitor
LLC. [DE#11725]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||145|F|0.10||28.00|20200225|B1
40||A104|KCS|Receive and analyze Reply to Ambac Assurance Corporation, Assured
Guaranty Corp., Assured Guaranty Municipal Corp, National Public Finance Guarantee
Corporation, and Financial Guaranty Insurance Company's Limited Objection to the

Exhibit G-2 February 2020- 505431.TXT

Joint Stipulation Regarding (I) the DRA Parties' Motion and Memorandum of Law in
Support of their Motion for Relief from the Automatic Stay, or in the Alternative,
Ordering Payment of Adequate Protection [ECF No. 7643], and (II) the DRA Parties'
Motion and Memorandum of Law in Support of their Notice that the DRA is a Party in
Interest and can Participate in the Monolines Amended Lift Stay Litigation [ECF No.
10835] Relative to: [7643] Motion for Relief From Stay Under 362 [e], filed by
AmeriNational Community Services, LLC, Cantor-Katz Collateral Monitor LLC, [10835]
MOTION DRA Parties Motion and Memorandum of Law in Support of their (I) Notice that
the DRA is a Party in Interest and can Participate in the Monolines Amended Lift
Stay Litigation and Request to Modify the Amended Revenue Bond Scheduling Order or,
(I filed by AmeriNational Community Services, LLC, Cantor-Katz Collateral Monitor
LLC filed by AmeriNational Community Services, LLC, Cantor-Katz Collateral Monitor
LLC, PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE#11735]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||146|F|0.10||28.00|20200226|B1
40||A104|KCS|Receive and analyze Informative Motion of tentative agreement Regarding
Motion Requesting Relief from Stay Under 362(D)(1) of the Bankruptcy Code Relative
to: [2434] Motion for Relief From Stay Under 362 [e]. filed by Gladys
Garcia-Rubiera, [8890] Order Setting Briefing Schedule, [9389] Order filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al.  [DE# 11756]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||147|F|0.10||28.00|20200226|B1
40||A104|KCS|Receive and analyze ORDER relative to:[2434] Motion for Relief From
Stay Under 362 [e]. filed by Gladys Garcia-Rubiera, [11756] Motion to Inform filed
by The Financial Oversight and Management Board for Puerto Rico, as Representative
of the Commonwealth of Puerto Rico, et al. The hearing in connection with the Lift
Stay Motion, which is currently scheduled for March 4, 2020, at 9:30 a.m. (Atlantic
Standard Time), is hereby adjourned to the omnibus hearing scheduled for April 22,
2020, at 9:30 a.m. (Atlantic Standard Time) in San Juan. Stipulation or status
report due by 4/15/2020 at 5:00 PM (AST).  [DE# 11771]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||148|F|0.10||28.00|20200226|B1
40||A104|KCS|Receive and analyze ORDER. It is hereby ordered that the Parties have
agreed and reported that the Debtor has complied with Movant's Bankruptcy Rule 2004
(Dkt. No. [6871]), as delimited by this Court in the Memorandum of Decision and
Order Regarding COPI's Rule 2004 Request (Dkt. No. [9530]). This Order resolves Dkt.
Nos. [6871] and [11494]. SO ORDERED. [DE# 11772]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||149|F|0.60||132.00|20200228|B
140||A104|CIG|Review and analyze Notice Of (A) Further Adjournment as to Claims
Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C)
Submission of Amended Schedules for the Ninety-Fifth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico [8984] Debtor's Omnibus Objection to Claims -

Exhibit G-2 February 2020- 505431.TXT
Ninety-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth of filed by COMMONWEALTH OF PUERTO RICO, THE
EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,
PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY (Attachments: # (1) Exhibit A #
(2) Exhibit B # (3) Proposed Order) filed by CARLA GARCIA BENITEZ on behalf of The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [Docket No. 11910]|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||150|F|0.60||132.00|20200228|B
140||A104|CIG|Review and analyze Notice Of (A) Further Adjournment as to Claims
Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C)
Submission of Amended Schedules for the Ninety-Second Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico [8981] Debtor's Omnibus Objection to Claims
Ninety-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico
and Employees Retirement System of the Government of the Commonwealth of Puerto Rico
to Deficient Claims Asserting Interests Ba filed by COMMONWEALTH OF PUERTO RICO, THE
EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
[Docket No. 11906]|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||151|F|0.60||132.00|20200228|B
140||A104|CIG|Review and analyze Notice Of (A) Further Adjournment as to Claims
Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C)
Submission of Amended Schedules for the Ninety-Eighth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico [9548] Debtor's Omnibus Objection to Claims
Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth of Pu filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed
Order) filed by CARLA GARCIA BENITEZ on behalf of The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. [Docket No. 11912]|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||152|F|0.60||132.00|20200228|B
140||A104|CIG|Review and analyze Notice of (A) Further Adjournment as to Claims
Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C)
Submission of Amended Schedules for the Ninety-Fourth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico [8983] Debtor's Omnibus Objection to Claims
Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth of Pu filed by COMMONWEALTH OF PUERTO
RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY (Attachments: # (1)

Exhibit G-2 February 2020- 505431.TXT

Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by DANIEL J PEREZ REFOJOS on behalf of The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [Docket No. 11908]|66-0554116|220.00|Infante , Carlos|AS|[] 20200229|505431|1600|01001|81936.97|20200201|20200229||153|F|1.50||330.00|20200228|B 140||A104|CIG|Review and analyze Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the Nintieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [8979] Debtor's Omnibus Objection to Claims Ninetieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by HERMANN D BAUER ALVAREZ on behalf of The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [Docket No. 11904]|66-0554116|220.00|Infante , Carlos|AS|[] 20200229|505431|1600|01001|81936.97|20200201|20200229||154|F|0.60||132.00|20200228|B 140||A104|CIG|Review and analyze Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of P filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by DANIEL J PEREZ REFOJOS on behalf of The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [Docket No. 19911]|66-0554116|220.00|Infante , Carlos|AS|[] 20200229|505431|1600|01001|81936.97|20200201|20200229||155|F|0.60||132.00|20200229|B 140||A104|CIG|Review and analyze Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the Ninety-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [9549] Debtor's Omnibus Objection to Claims Ninety-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Pue filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by HERMANN D BAUER ALVAREZ on behalf of The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.

Exhibit G-2 February 2020- 505431.TXT
[Docket No. 11913]|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||156|F|0.60||132.00|20200229|B
140||A104|CIG|Review and analyze Notice of (A) Further Adjournment as to Claims
Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C)
Submission of Amended Schedules for the One Hundredth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico [9550] Debtor's Omnibus Objection to Claims - One
Hundredth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth of filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order)
filed by DANIEL J PEREZ REFOJOS on behalf of The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
[Docket No. 11914]|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||157|F|0.30||28.50|20200203|B1
50||A104|YV|Review and prepare materials for Mr. Robert Wexler in preparation for
his meeting with S.H.V.P. Motor Corp.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||158|F|0.30||28.50|20200203|B1
50||A108|YV|Review of recent communications with Distribuidora Lebron in preparation
for a telephone conference with attorney Carlos Infante and Mr. Robert
Wexler.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||159|F|0.30||28.50|20200203|B1
50||A108|YV|Conference call with the representatives of Distribuidora Lebron to
discuss their participation in the informal resolution
process.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||160|F|0.30||28.50|20200203|B1
50||A104|YV|Review and prepare materials for Mr. Robert Wexler in preparation for
his meeting with S.H.V.P. Motor Corp.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||161|F|0.20||19.00|20200203|B1
50||A108|YV|Telephone call to the representatives of Distribuidora Lebron to
schedule phone call to discuss their participation in the informal resolution
process.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||162|F|1.10||104.50|20200203|B
150||A108|YV|Meeting to discuss preference payments findings in the matter of The
Special Claims Committee v. Law Offices Wolf Popper P.S.C.|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||163|F|0.90||85.50|20200203|B1
50||A108|YV|Meeting to discuss preference payments findings in the matter of The
Special Claims Committee v. Computer Learning Centers, Inc.|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||164|F|0.90||85.50|20200203|B1
50||A108|YV|Meeting to discuss preference payments findings in the matter of The
Special Claims Committee v. Merck Sharp & Dohme (l.A.) LLC|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||165|F|0.50||110.00|20200203|B
150||A104|CIG|Review and analyze communication and document sent by Rosa Sierra to

Exhibit G-2 February 2020- 505431.TXT

Jose Lugo to provide second tolling agreement extension.  Review tolling agreement extension and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||166|F|0.20||19.00|20200204|B150||A108|YV|Telephone call form Romy Ortega, representative of Didacticos, Inc., vendor with adversary proceeding filed, regarding the status of the productions of documents that need to be share as part of the informal resolution process.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||167|F|0.30||66.00|20200204|B150||A107|CIG|Meeting with Juan Fortuño to discuss issues related to Humana Health Plans of PR case.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||168|F|0.30||28.50|20200205|B150||A108|YV|Serving as a liaison between Didacticos and Mr. Robert Wexler to schedule a conference call to discuss the items identified as preferential payments.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||169|F|0.20||19.00|20200205|B150||A108|YV|Email to DCG confirming availability of vendor Didacticos, Inc., for a conference call to discuss preferential payments list.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||170|F|0.20||19.00|20200205|B150||A108|YV|Communication with attorney Ricardo Diaz, legal representative of ACR Systems, vendor with adversary proceedign filed, regardign access to the link for the uploading of documents required as part of the informal resolution process.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||171|F|0.40||88.00|20200205|B150||A109|CIG|Meeting with Bob Wexler and Juan Carlos Fortuño, representative of Humana Health Plans of Puerto Rico to discuss matters related to informal exchange of information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||172|F|1.80||396.00|20200205|B150||A109|CIG|Participate in meeting with Bob Wexler and representatives of Office Gallery (Eliezer Ramos, Aida Santos and Wilma Rodriguez) at the offices of Casillas, Santiago and Torres to discuss preliminary preference analysis and other matters related to their case.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||173|F|1.50||330.00|20200206|B150||A109|CIG|Participate in meeting with Gerry Carlo and Maria Figueroa, representatives of GFR Media and Bob Wexler to discuss status of cases, informal resolution process and preference analysis.  Meeting held at CST's offices.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||174|F|1.00||220.00|20200206|B150||A101|CIG|Review and analyze relevant information to prepare for meeting with representatives of GFR Media and DGC.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||175|F|0.20||19.00|20200207|B150||A108|YV|Email to DGC providing a link with access to the production of documents submitted by Caribbean Temporary Services, Inc., vendor with adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||176|F|1.00||95.00|20200207|B150||A104|YV|Receive and secured production of documents obtained from Caribbean Temporary Services, Inc., vendor with adversary proceeding

Exhibit G-2 February 2020- 505431.TXT

filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||177|F|0.30||66.00|20200207|B1
50||A104|CIG|Review and respond to communication sent by Federico Hernandez Denton
regarding meeting held at Brown Rudnick's office to discuss certain matters related
to ERS litigation.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||178|F|0.30||28.50|20200210|B1
50||A108|YV|Telephone call to attorney Rosa Cotto, legal counsel of Corporate
Research & Training, Inc.,  vendor with adversary proceeding filed, and who was
requesting orientation about the informal resolution
process.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||179|F|0.50||110.00|20200210|B
150||A101|CIG|Review and analyze relevant communications, documents and memoranda to
prepare for telephone conference with Bob Wexler and Banco Popular to discuss status
of informal exchange of information and discuss other matters related to
same.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||180|F|0.50||110.00|20200210|B
150||A109|CIG|Participate in telephone conference with Harold Vicente, Tristan
Axelrod, Sunni Beville, Alberto Estrella and Francisco Pujol to discuss discovery
issues pertaining to ERS cases.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||181|F|0.60||132.00|20200211|B
150||A109|CIG|Telephone conference with Luis Llach, Alberto Estrella and Kenneth
Suria to discuss issues related to missing contract vendors in garden variety
adversary proceedings.  Post conference de-briefing with Kenneth
Suria.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||182|F|0.50||110.00|20200211|B
150||A107|CIG|Telephone conference with Bob Wexler to discuss information regarding
cartas circulares and assignment for Estrella LLC.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||183|F|0.60||57.00|20200213|B1
50||A108|YV|Receive and process documents produced by Distribuidora Lebron, vendor
with adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||184|F|0.20||19.00|20200213|B1
50||A108|YV|Email to DGC team to inform that  Distribuidora Lebron, vendor with
adversary proceeding filed, have finished with the production of documents requested
to them.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||185|F|0.60||57.00|20200213|B1
50||A108|YV|Multiple communications with Reina Marrero, representative of
Distribuidora Lebron, vendor with adversary proceeding filed, to assist her with the
production of documents.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||186|F|0.90||198.00|20200214|B
150||A101|CIG|Review and analyze relevant information, documents and communications
to prepare for telephone conference with DGC, Brown Rudnick and representatives of
Humana Health Plans of PR, to begin exchange of information as part of informal
resolution process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||187|F|0.30||66.00|20200214|B1
50||A104|CIG|Meeting with Yarimel Viera to discuss research for addresses for
returned summons as requested by Matt Sawyer of B.R.|66-0554116|220.00|Infante ,
Carlos|AS|[]

Exhibit G-2 February 2020- 505431.TXT

20200229|505431|1600|01001|81936.97|20200201|20200229||188|F|0.40||88.00|20200214|B1
50||A104|CIG|Review and analyze communications sent by Bob Wexler and Brian Dick to
discuss information regarding Didacticos Inc. and need to re-schedule a telephone
conference to discuss pending matters.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||189|F|0.30||28.50|20200217|B1
50||A104|YV|Receive and review an email from Computer Network Systems Corp.,
regarding the information they are going to be sharing as part of the informal
resolution process.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||190|F|0.30||28.50|20200218|B1
50||A108|YV|Telephone call from attorney Aurivette Deliz to discuss the terms and
conditions in which Total Petroleum will share the requested
information.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||191|F|0.20||19.00|20200219|B1
50||A108|YV|Email to DGC team informing that Computer Network Systems Corp., vendor
with adversary proceeding filed, has completed their production of
documents.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||192|F|0.60||57.00|20200219|B1
50||A108|YV|Receive and process production of documents submitted by Computer
Network Systems Corp., vendor with adversary proceeding
filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||193|F|0.30||28.50|20200219|B1
50||A108|YV|Create a link to our virtual data room and provide access to Carol
Velez, Director of Finance of Ambassador Veterans Services of Puerto Rico, LLC.,
vendor with adversary proceeding filed, to facilitate their production of
documents.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||194|F|0.60||57.00|20200219|B1
50||A108|YV|Telephone call with Carol Velez, Director of Finance of Ambassador
Veterans Services of Puerto Rico, LLC., vendor with adversary proceeding filed,
regarding their production of documents.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||195|F|0.20||19.00|20200221|B1
50||A104|YV|Receive and process communication from Ira A Reid, Partner,
Restructuring & Insolvency, Baker & McKenzie LLP., representative of Caribe Grolier,
Inc., vendor with adversary proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||196|F|0.20||19.00|20200221|B1
50||A104|YV|Receive and process communication from attorney Angel E. Rotger Sabat,
legal representation of Bio-Nuclear of Puerto Rico, Inc., vendor with adversary
proceeding filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||197|F|0.20||19.00|20200224|B1
50||A108|YV|Email to DGC team informing that Armada Production is requesting a
conference call to discuss their production of documents.|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||198|F|0.20||19.00|20200224|B1
50||A104|YV|Receive and secured communication from attorney Ira Reid, legal counsel
of Caribe Grolier, Inc.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||199|F|0.30||66.00|20200226|B1
50||A109|CIG|Meeting with Yarimel Viera to discuss status of several adversary
cases, efforts to contact no response vendors and obtain information regarding
certain adversary cases.|66-0554116|220.00|Infante , Carlos|AS|[]

Exhibit G-2 February 2020- 505431.TXT

20200229|505431|1600|01001|81936.97|20200201|20200229||200|F|0.40||88.00|20200227|B1
50||A109|CIG|Meeting with Kenneth Suria to discuss ongoing matters pertaining to
active adversary cases and strategy for same.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||201|F|0.30||28.50|20200228|B1
50||A108|YV|Telephone call to attorney Jose Javier Lugo Toro, legal representative
of Oil Energy System, to confirm if they are still interested in paticipating from
the informal resolution process.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||202|F|0.20||19.00|20200228|B1
50||A108|YV|Email to DGC team to provide a brief summary of my conversation with
attorney Jose Javier Lugo Toro, legal representative of Oil Energy
System.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||203|F|0.30||28.50|20200228|B1
50||A108|YV|Telephone call to attorney Isabel Fullana, legal representative of New
Vision In Educational Services, to confirm if they are still interested in
paticipating from the informal resolution process.|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||204|F|0.20||19.00|20200228|B1
50||A108|YV|Email to attorney Carlos Infante providing availability of attorney
Isabel Fullana, to participate on a conferece call  to discuss the terms and
conditions on which her client New Vision In Educational Services, will participate
in the informal resolution process.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||205|F|0.30||28.50|20200228|B1
50||A104|YV|Receive, review and secure email from Jose Javier Lugo Toro explaining
the business operation of his client Oil Energy System.|66-0554116|95.00|Viera,
Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||206|F|0.20||19.00|20200228|B1
50||A104|YV|Receive and secure copy of the Information Exchange Request Modification
for Caribe Grolier, Inc., vendor with adversary proceeding
filed.|66-0554116|95.00|Viera, Yarimel|OT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||207|F|0.40||88.00|20200228|B1
50||A104|CIG|Review and analyze communication sent by Yarimel Viera regarding Oil
and Energy Systems intent to participate in the informal resolution process.  Draft
response with instructions as to next steps to corroborate intent to participate in
informal resolution process and status of data collection.|66-0554116|220.00|Infante
, Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||208|F|0.30||66.00|20200228|B1
50||A109|CIG|Meeting with Yarimel Viera to discuss status of information exchange
for certain vendors and communications received from no action vendors.  Update case
management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||209|F|0.30||84.00|20200228|B1
55||A103|AGE|Receive and analyze communications with Brown Rudnick regarding
attendance to 3/4/20 Hearing, and review draft informative
motion.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||210|F|0.70||196.00|20200212|B
160||A104|KCS|Read and prepare Eleventh Fee Invoice November
2019.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||211|F|0.40||112.00|20200226|B

Exhibit G-2 February 2020- 505431.TXT

160||A104|KCS|Receive and analyze Reply of Financial Oversight and Management Board
to Cobra Acquisition LLC's Omnibus Objection to Fee Applications Filed by
Professionals and Request to Increase Holdback Amount Relative to: [11732] MOTION
(REPLY) OF PUERTO RICO FISCAL AGENCY AND FINANCIAL AUTHORITY TO COBRA ACQUISITION
LLCS OMNIBUS OBJECTION TO FEE APPLICATIONS FILED BY PROFESSIONALS AND REQUEST TO
INCREASE HOLDBACK AMOUNT relative to:[9419] Objection filed by Cobra Acquisitions
LLC, filed by PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. [DE# 11775]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||212|F|0.50||140.00|20200203|B
180||A107|AGE|Receive and analyze email from Luis Llach regarding attorney
representing defendant in The Special Claims Committee v. Datas Access Communication
Inc., 19-ap-00156.  We do not have a letter of
representation.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||213|F|0.30||66.00|20200203|B1
80||A101|CIG|Meeting with Bob Wexler, Nayuan Zouairabani and Tony Arias to discuss
adversary cases related to McConnell Valdes.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||214|F|1.00||220.00|20200203|B
180||A109|CIG|Participate in meeting with Bob Wexler and Alicia Lavergne,
representative of Merck Sharp & Dohme, held at the offices of Estrella
LLC.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||215|F|0.60||132.00|20200203|B
180||A101|CIG|Review and analyze relevant information to prepare for meeting with
Bob Wexler and representatives of Merck, Sharpe & Dohme.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||216|F|0.70||154.00|20200203|B
180||A101|CIG|Review and analyze relevant information to prepare for meeting with
Bob Wexler and representatives of Computer Learning
Center.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||217|F|0.70||154.00|20200203|B
180||A101|CIG|Review and analyze relevant information to prepare for meeting with
Bob Wexler and representatives of Law Offices of Wolf
Popper.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||218|F|1.00||220.00|20200203|B
180||A109|CIG|Participate in meeting with Bob Wexler and Arturo Bauermeister,
representative of Computer Learning Center, held at the offices of Estrella
LLC.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||219|F|1.00||220.00|20200203|B
180||A109|CIG|Participate in meeting with Bob Wexler and Carlos Lopez and Vilma Peña
representatives of the Law Offices of Wolf Popper, held at the offices of Estrella
LLC.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||220|F|0.30||66.00|20200203|B1
80||A104|CIG|Review and analyze communication sent by Bob Wexler to representative
of Didacticos, Inc. regarding information exchange and to coordinate telephone
conference with vendor's representative.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||221|F|0.30||66.00|20200203|B1

Exhibit G-2 February 2020- 505431.TXT

80||A104|CIG|Review and analyze communication sent by Yarimel Viera regarding Modified IER for Caribbean Temporary Services. Review related communications sent by Mrs. Viera.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||222|F|0.30||66.00|20200203|B1
80||A104|CIG|Review and analyze communication sent by Yarimel Viera regarding need to prepare letter for tolling parties participating in informal resolution process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||223|F|0.30||66.00|20200203|B1
80||A104|CIG|Review and analyze communication sent by Alberto Estrella to coordinate debriefing meetings for ERS bondholder claims held in Brown Rudnick's NYC office.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||224|F|0.30||66.00|20200203|B1
80||A104|CIG|Review and analyze message received from David Powlen, representatives of Roche Diagnostics regarding potential claims against said Commonwealth vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||225|F|0.40||88.00|20200203|B1
80||A104|CIG|Review and analyze communication sent by Bob Wexler regarding concerns for CTS adversary case due to lack of information provided by vendor.  Review related communications and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||226|F|0.20||44.00|20200203|B1
80||A104|CIG|Review and analyze communication sent by Alicia Lavergne regarding meeting at Estrella LLC for Merck, Sharp & Dohme.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||227|F|0.30||66.00|20200203|B1
80||A104|CIG|Review and analyze communication sent by Bob Wexler regarding modified request for information related o CTS.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||228|F|0.60||132.00|20200203|B
180||A107|CIG|Participate in telephone conference with Bob Wexler, Yarimel Viera and representative from  Empresas Lebron to discuss informal resolution process, company background and intent to participate in informal exchange of information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||229|F|0.30||66.00|20200203|B1
80||A107|CIG|Meeting with Myrna Ruiz representative of Editorial Panamericana to discuss adversray case status.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||230|F|0.50||110.00|20200204|B
180||A107|CIG|Meeting with Bob Wexler to discuss certain matters regarding UCC concerns regarding vendors with missing contracts and their related claims.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||231|F|0.60||132.00|20200204|B
180||A104|CIG|Review and analyze communication sent by Bob Wexler regarding modified request for information requested for AT&T.  Review attached excel document and update case management information|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||232|F|0.70||154.00|20200204|B
180||A104|CIG|Review and analyze communication sent by  Juan Fortuño to provide a redilne version for Humana Health Plans of Puerto Rico.  Review attached document and update case management information. Review related communications from Rosa Sierra and Bob Wexler.|66-0554116|220.00|Infante , Carlos|AS|[]

Exhibit G-2 February 2020- 505431.TXT

20200229|505431|1600|01001|81936.97|20200201|20200229||233|F|1.00||220.00|20200205|B
180||A101|CIG|Review and analyze relevant information and documents to prepare for
meeting woth Bob Wexler and representatives of Office
Gallery.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||234|F|0.40||88.00|20200205|B1
80||A104|CIG|Review and analyze communication sent by Luis Llach to discuss certain
issues regarding garden variety avoidance actions.  Review related communications to
coordinate telephone conference to discuss with working
team.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||235|F|0.20||44.00|20200205|B1
80||A104|CIG|Review and analyze communication sent by Yarimel Viera to coordinate
telephone conference with representative of Didacticos,
Inc.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||236|F|0.40||88.00|20200205|B1
80||A104|CIG|Review and analyze communication sent by Rosa Sierra and Juan Fortuño
to discuss Humana Health Plan NDA.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||237|F|0.10||22.00|20200205|B1
80||A104|CIG|Review and analyze communication sent by|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||238|F|0.40||88.00|20200206|B1
80||A104|CIG|Review and respond communications sent by Yarimel Viera and Bob Wexler
regarding telephone conference with representative of Didacticos
Inc.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||239|F|0.30||66.00|20200206|B1
80||A104|CIG|Review and analyze communication sent by Felix Merced, representative
of Didacticos regarding telephone conference to be held to discuss informal
resolution process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||240|F|1.00||220.00|20200206|B
180||A104|CIG|Review relevant information to prepare for meeting with Bob Wexler and
representatives of Computer Gallery.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||241|F|1.00||220.00|20200206|B
180||A104|CIG|Meeting with Bob Wexler and representatives of Computer Gallery to
discuss preference analysis and informal resolution
process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||242|F|0.60||132.00|20200206|B
180||A104|CIG|Review and analyze communication sent by Bob Wexler to request
assistance in locating contact information for several no contact vendors.  Review
information provided and refer matter to Yarimel Viera for research of information
regarding no data vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||243|F|0.30||84.00|20200207|B1
80||A107|AGE|Receive and analyze email and letter from counsel for adversary
defendant in The Special Claims Committee v. Bio-Nuclear of Puerto Rico, Inc.,
19-ap-00091.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||244|F|0.30||66.00|20200207|B1
80||A104|CIG|Review and analyze order granting dismissal of bankruptcy case as
requested by Triangle Cayman Asset Company.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||245|F|0.40||88.00|20200207|B1
80||A104|CIG|Review and analyze communication sent by Tristan Axelrod to parties

Exhibit G-2 February 2020- 505431.TXT

involved in ERS PROMESA and state court litigations to inquire about certain discovery issues and status of cases.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||246|F|1.50||330.00|20200207|B 180||A104|CIG|Review and analyze communication sent by Rosa Sierra with regarding DACO claim for JLM transporte and AICA.  Review related document provided including DACO resolution and update case management information.  Review related communications sent by vendor's counsel Ivan Castro.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||247|F|0.70||154.00|20200207|B 180||A104|CIG|Review and analyze communication sent by Arturo Bauermeister to summarize discussions held with regards to Computer Learning Center's preliminary preference analysis.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||248|F|0.40||88.00|20200209|B1 80||A104|CIG|Review and analyze communication sent by Bob Wexler to C. Conde & Assoc. to request memorandum on Huellas Therapy's preference analysis.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||249|F|0.60||132.00|20200209|B 180||A104|CIG|Review and analyze communication sent by Bob Wexler to Miguel Nazario, representative of Trinity Services, to provide preliminary preference analysis for discussion during our upcoming telephone conference.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||250|F|0.40||88.00|20200209|B1 80||A104|CIG|Review and analyze communication sent by Bob Wexler to coordinate telephone conference with representative of Computer Learning Center.  Review response from Arturo Bauermeister, representative of vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||251|F|1.20||336.00|20200210|B 180||A107|AGE|Participate in ERS / UBS Financial litigation teleconference meeting. Post teleconference discussion with C. Infante and K. Suria.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||252|F|0.30||84.00|20200210|B1 80||A107|KCS|Telephone call with co-counsel counsel Angelo Cataldi relative to AP 19-ap-355 relative to Northern Trust and amending the complaint to include on it and eliminate Structure and Olix from complaint.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||253|F|0.20||56.00|20200210|B1 80||A104|KCS|Receive and analyze email from Luis Llach relative to scheduling a telephone conference for tomorrow and reply.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||254|F|0.90||198.00|20200210|B 180||A104|CIG|Participate in telephone conference with Bob Wexler, Alejandro Febres and Maria Alvarez, representatives of Banco Popular to discuss potential claims, defenses and information required for final analysis.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||255|F|0.40||88.00|20200210|B1 80||A104|CIG|Review and analyze communication sent by Tristan Axelrod to provide certain motion sand pleadings from ERS state court proceeding.  Review response communications from relevat parties involved in ERS cases.|66-0554116|220.00|Infante

Exhibit G-2 February 2020- 505431.TXT

, Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||256|F|0.40||88.00|20200210|B1
80||A104|CIG|Review and analyze communication sent by Rosa Sierra to Juan Fortuño,
representative of Human Health Plans of PR to inquire about posibility of exchanging
information that is not HIPAA related.   Review relevant response from Mr.
Fortuño.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||257|F|0.40||88.00|20200210|B1
80||A104|CIG|Review and analyze communication sent by Bob Wexler to request analysis
regarding "cartas circulares" defense raised by several
vendors.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||258|F|0.30||66.00|20200210|B1
80||A104|CIG|Review and analyze communication sent by Bob Wexler to Arturo
Bauermeister, to request additional information regarding preference
defenses.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||259|F|1.00||220.00|20200210|B
180||A104|CIG|Review and analyze communication sent by Bob Wexler to provide
internal preference memorandum for Houghton Mifflin Harcourt.  Review memorandum and
update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||260|F|1.50||330.00|20200210|B
180||A104|CIG|Review and analyze communication sent by Bob Wexler to provide
preference defense provided by representatives of The College Board.  Review
memorandum attached and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||261|F|0.40||88.00|20200210|B1
80||A104|CIG|Review and analyze communication sent by Harold Vicente regarding
discovery matters related to ERS claims.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||262|F|1.10||242.00|20200210|B
180||A104|CIG|Review and analyze communication sent by representative of Banco
Popular Maria Alvarez Santos to provide information regarding vendor contracts with
the Commonwealth.  Review attached documentation and update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||263|F|0.50||110.00|20200210|B
180||A104|CIG|Review and analyze communication sent by Federico Hernandez regarding
telephone conference for discovery matters related to ERS claims.  Review related
communications sent by lberto Estrella, Francisco Pujol, Harold Vicente and Tristan
Axelrod.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||264|F|1.00||220.00|20200210|B
180||A104|CIG|Review relevant information to prepare for telephone conference with
Bob Wexler and representatives of Banco Popular.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||265|F|0.40||112.00|20200211|B
180||A107|AGE|Subsequent discussion with K. Suria and C. Infante regarding telephone
conference with UCC local counsel to discuss avoidance actions under Puerto Rico
law.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||266|F|0.60||168.00|20200211|B
180||A107|AGE|Telephone conference with UCC local counsel to discuss avoidance
actions under Puerto Rico law.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||267|F|0.40||112.00|20200211|B

Exhibit G-2 February 2020- 505431.TXT

180||A108|AGE|Receive and analyze email from R. Wexler regarding preference payment timing.  Discuss with C. Infante.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||268|F|0.60||168.00|20200211|B
180||A108|KCS|Telephone call with co-counsel in Garden Variety cases, Luis Llach relative to two AP's.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||269|F|0.30||66.00|20200211|B1
80||A104|CIG|Review and analyze communication sent by Yarimel Viera informing about closing of Carlos Oyola case.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||270|F|0.40||88.00|20200211|B1
80||A104|CIG|Review and analyze communication sent by Juan Fortuño to coordinate a telephone conference to discuss issues regarding information to be shared as part of informal resolution process for Humana Health Plans of Puerto Rico Inc.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||271|F|0.40||88.00|20200211|B1
80||A104|CIG|Review and analyze communication sent by Bob Wexler indicating pending research to be performed for certain adversary proceedings. Several related communications with Alberto Estrella to discuss information requested by Mr. Wexler.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||272|F|0.60||132.00|20200211|B
180||A104|CIG|Telephone conference with Bob Wexler to discuss certain information regarding Computer Learning, Centro de Terapias and necessary review of certain matters.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||273|F|0.40||88.00|20200211|B1
80||A104|CIG|Draft communication for Bob Wexler regarding circular letter issued by Secretary of Treasury regarding disbursement of funds.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||274|F|0.30||66.00|20200211|B1
80||A104|CIG|Review and analyze communication sent by Rosa Sierra regarding potential telephone conference to be held with Humana's counsels to begin exchange of information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||275|F|0.40||88.00|20200211|B1
80||A104|CIG|Review and analyze communications sent by Alberto Estrella and Yarimel Viera to discuss cases of certain bus line vendors and Caribbean Temporary Services tolling case.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||276|F|0.20||44.00|20200211|B1
80||A104|CIG|Review and analyze communication sent by Yarimel Viera to inform about closing of J. Saad Nazer's case.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||277|F|0.40||112.00|20200212|B
180||A107|AGE|Subsequent meeting with C. Infante and K. Suria to discuss avoidance actions under Puerto Rico law|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||278|F|0.80||224.00|20200212|B
180||A107|AGE|Telephone conference with Tristan Axelrod regarding our conversation yesterday with UCC local counsel about avoidance actions under Puerto Rico law.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||279|F|0.60||132.00|20200212|B
180||A103|CIG|Draft response to Circular Letter defense letter sent by Bob Wexler with impressions regarding same.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||280|F|0.40||88.00|20200212|B1

Exhibit G-2 February 2020- 505431.TXT

80||A104|CIG|Meeting with Alberto Estrella to discuss matters related to AT&T case and certain other adversary cases with issues related to the production of contracts as part of informal resolution process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||281|F|1.30|286.00|20200212|B180||A104|CIG|Review and analyze communication sent by Bob Wexler to provide "Disbursement Guide for Federal Funds" provided by adversary vendor.  Review and analyze legislation and consider effect on relevant adversary proceedings.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||282|F|0.40||88.00|20200213|B180||A104|CIG|Review and analyze communication sent by Erin Grapinsky regarding Cardinal Health's position regarding Federal Funds.  Respond to certain questions raised by Luis Morera and respond to said inquiries.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||283|F|0.30||66.00|20200213|B180||A104|CIG|Review and analyze communication sent by Brian Dick, representative of Didacticos to provide its posititon regarding continued participation in informal resolution process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||284|F|0.40||88.00|20200213|B180||A104|CIG|Review and analyze communication sent by Bob Wexler to Brian Dick, representative of Didacticos Inc. regarding recommendation to client to not participate in informal exchange of information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||285|F|0.40||88.00|20200213|B180||A103|CIG|Draft communication for DGC's Bob Wexler to provide position regarding alleged tolling period based on Sec. 346 of the Bankruptcy Code.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||286|F|0.80||176.00|20200213|B180||A104|CIG|Review and analyze relevant information to prepare for telephone conference with representatives of Didacticos Inc.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||287|F|1.00||220.00|20200213|B180||A104|CIG|Review and analyze relevant communications and documents to prepare for telephone conference with DGC and Didacticos' counsel to discuss status of matters pertaining said case.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||288|F|1.00||220.00|20200213|B180||A102|CIG|Review and analyze section 346(a) of the Bankruptcy Code to understand Didactico's representative's legal position regarding their case.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||289|F|0.20||44.00|20200214|B180||A104|CIG|Review and analyze summons returned executed for Adv. Case No. 19-051.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||290|F|0.20||44.00|20200214|B180||A104|CIG|Review and analyze Summons Returned Unexecuted by Prime Clerk LLC as to Bianca Convention Center, Inc.. filed by Adam M. Adler on behalf of Prime Clerk LLC (Adv. Case No. 19-00072)|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||291|F|0.40||88.00|20200214|B180||A104|CIG|Review and analyze communication sent by Matthew Sawyer regarding information necessary for four summons that have been returned as unsuccessful

Exhibit G-2 February 2020- 505431.TXT

delivery. Refer matter to Yarimel Viera.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||292|F|1.50||330.00|20200214|B
180||A104|CIG|Review relevant information and draft communication for Alberto
Estrella with background of AT&T case and need for possible filing of claim against
said vendor.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||293|F|0.20||44.00|20200214|B1
80||A104|CIG|Review and analyze summons returned executed for Adv. Case No.
19-061.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||294|F|0.50||110.00|20200214|B
180||A104|CIG|Review and analyze communications sent by Bob Wexler and Brian Dick to
discuss matters regarding case of Didacticos.Inc.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||295|F|0.20||44.00|20200214|B1
80||A104|CIG|Review and analyze communication sent by Rosa Sierra to provide latest
version of NDA for Humana Health Plans of PR with proposed edits.  Review document
and proposed revisions along with additional instructions regarding execution and
information exchange.  Update case management information.|66-0554116|220.00|Infante
, Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||296|F|0.40||88.00|20200214|B1
80||A103|CIG|Draft communication for Brown Rudnick working team to discuss strategy
to address assignment relabed to returned summons for certain
cases.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||297|F|0.50||110.00|20200214|B
180||A107|CIG|Participate in telephone conference with Brown Rudnick, DGC and legal
representatives of Humana Health Plans of PR to discuss NDA, HIPAA information and
other concerns regarding information exchange and how to proceed to avoid protected
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||298|F|0.20||44.00|20200214|B1
80||A104|CIG|Review and analyze summons returned executed for Adv. Case No.
19-053.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||299|F|0.40||88.00|20200214|B1
80||A104|CIG|Review, analyze and respond to communication sent by Rosa Sierra
regarding proposed actions related to the Humana Health Plans of PR information
exchange.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||300|F|0.20||44.00|20200214|B1
80||A104|CIG|Review and analyze summons  Returned executed for Adv. Case No.
19-057.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||301|F|0.20||44.00|20200214|B1
80||A104|CIG|Review and analyze summons  Returned executed for Adv. Case No.
19-060.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||302|F|0.30||66.00|20200214|B1
80||A104|CIG|Telephone conference with Yarimel Viera to discuss prior conversations
held with Aurivette Deliz, representative of Total Petroleum to discuss need to
execute NDA agreement to participate in informal resolution
process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||303|F|1.60||448.00|20200218|B
180||A106|AGE|Receive and analyze analysis from C. Infante regarding need to file
adversary proceeding against tolling agreement vendor AT&T.  Email to Jaime El

Exhibit G-2 February 2020- 505431.TXT

Koury.  Receive and analyze reply from J. El Koury.  Receive and analyze related email from R. Sierra.  Task C. Infante with completing requested documents.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||304|F|0.40||88.00|20200218|B180||A104|CIG|Review and analyze communication sent by Carlos Bauza, representative of Computer Network Systems, to provide detailed report of information to be provided by adversray vendor and to provide timeline to submit said information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||305|F|0.60||132.00|20200218|B180||A104|CIG|Review and analyze communication sent by Robert Wexler to Erin Grapinsky to discuss issues regarding source of funds paid to Cardinal Health as part of settlement negotiations. Draft communication for Bob Wexler, Alberto Estrella and Kenneth Suria to request information used to support the SCC's position regarding said topic.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||306|F|0.40||88.00|20200218|B180||A104|CIG|Review and analyze relevant information sent by Carlos Bauzá, representative of Computer Network Systems to inquire about certain invoices that were not found by vendor in its attempt to comply with the informal exchange of information and inquire about next steps regarding informal resolution process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||307|F|0.20||44.00|20200218|B180||A104|CIG|Review and analyze communication sent by Robert Wexler to coordinate telephone conference with principal of Didacticos Inc.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||308|F|0.30||66.00|20200218|B180||A104|CIG|Review and analyze communications sent by Rosa Sierra and Alberto Estrella to coordinate telephone conference to discuss possible new action that may be filed as part of avoidance action claims.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||309|F|0.50||110.00|20200218|B180||A104|CIG|Review and analyze communications sent by Jaime El Koury, Alberto Estrella and Rosa Sierra to discuss possible need to file new adversary proceeding.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||310|F|0.90||198.00|20200218|B180||A104|CIG|Review and analyze communication sent by Bob Wexler to provide an update on the status of certain adversary cases and provide recommended actions for several adversary and tolling cases.  Review memorandum and information provided by Mr. Wexler and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||311|F|0.30||66.00|20200218|B180||A104|CIG|Review and analyze several communications sent by Arturo Bauermeister, representative of Computer Learning center and Bob Wexler to coordinate a follow up call to discuss adversary case and matters pertaining to it.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||312|F|0.30||66.00|20200218|B180||A104|CIG|Review and analyze communication sent by Brian Dick, representative of Didacticos Inc., to request a new conference call to address certain legal issues related to said adverary case.|66-0554116|220.00|Infante , Carlos|AS|[]

Exhibit G-2 February 2020- 505431.TXT

20200229|505431|1600|01001|81936.97|20200201|20200229||313|F|0.40||88.00|20200218|B1
80||A107|CIG|Telephone conference with Rosa Sierra, Tristan Axelrod and Matt Sawyer
to discuss necessary information for possible new avoidance action to be
filed.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||314|F|1.60||352.00|20200218|B
180||A107|CIG|Review and analyze information and documents sent by Rosa Sierra
including sample communication to be sent to client to request the filing of a new
action, sample adversary proceedings and additional information needed to consider
and file new adversary case.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||315|F|0.30||84.00|20200219|B1
80||A107|AGE|Receive and reply to email from counsel for defendant in The Special
Claims Committee v. Caribe Grolier, Inc., Case No. 19-ap-0005.  Task C. Infante with
handling.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||316|F|0.40||88.00|20200219|B1
80||A104|CIG|Review and analyze communication sent by Rosa Sierra regarding status
of NDA for Humana Health Plans of PR Inc. Review response e-mails sent by Humana's
representatives.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||317|F|0.60||132.00|20200219|B
180||A104|CIG|Review and analyze communication sent by Peter Bilowz to provide
latest version of Humana Health Plans of PR NDA draft.  Review draft of document and
consider need for further revisions.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||318|F|0.40||88.00|20200219|B1
80||A104|CIG|Review and analyze communication sent by Olga Cabrera regarding case of
Ambassador Veteran Services Inc. to provide documents as part of informal
resolutionprocess.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||319|F|0.30||66.00|20200219|B1
80||A104|CIG|Draft communication for Ira Reid to provide response to request for
extension to provide information requested.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||320|F|0.60||132.00|20200219|B
180||A104|CIG|Review and analyze communication sent by  Ira Reid, legal
representatives of Caribe Grolier to discuss intent to participate in informal
resolution process.  Review related communications sent by Alberto Estrella and
coordinate telephone conference with vendor
representatives.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||321|F|0.30||66.00|20200219|B1
80||A104|CIG|Review and analyze communication sent by Aurivette Deliz regarding NDA
for Total Petroleum.  Draft response to communication.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||322|F|0.40||88.00|20200219|B1
80||A104|CIG|Review and analyze communication sent by Yarimel Viera to inform about
NDA requested by representatives of Total Petroleum of Puerto Rico
Inc.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||323|F|0.50||110.00|20200219|B
180||A104|CIG|Review and analyze communication sent by Alberto Estrella assigning
new matter related to Bio Nuclear of PR adversary case.  Review attached information
and consider next steps for this case.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||324|F|0.30||66.00|20200220|B1
80||A104|CIG|Review and analyze communications sent by Ira Reid to confirm telephone

Exhibit G-2 February 2020- 505431.TXT

conference to be held to discuss case of Caribe Grolier
Inc.|66-0554116|220.00|Infante , Carlos|AS||[]
20200229|505431|1600|01001|81936.97|20200201|20200229||325|F|0.50||110.00|20200220|B
180||A104|CIG|Review communication sent by Yarimel Viera to provide information
about reissued summons undeliverable.  Review documents attached and consider need
for further actions.|66-0554116|220.00|Infante , Carlos|AS||[]
20200229|505431|1600|01001|81936.97|20200201|20200229||326|F|0.40||88.00|20200220|B1
80||A104|CIG|Review and analyze communication sent by Rosa Sierra to Peter Bilowz,
representative of humana Health Plans of PR, to inform about internal reviews
related to NDA draft and instructions moving forward to handle with Matt
Sawyer.|66-0554116|220.00|Infante , Carlos|AS||[]
20200229|505431|1600|01001|81936.97|20200201|20200229||327|F|0.40||88.00|20200221|B1
80||A104|CIG|Review and analyze business bankruptcy reports to confirm if any
adversary vendor has filed for bankruptcy relief.|66-0554116|220.00|Infante ,
Carlos|AS||[]
20200229|505431|1600|01001|81936.97|20200201|20200229||328|F|0.40||88.00|20200221|B1
80||A104|CIG|Review and analyze communication sent by Nayuan Zouairabani to discuss
need to execute NDA for Valmont Industries to conclude informal exchange of
information process. Respond to Mr. Zouairabani's request and review related
communications.|66-0554116|220.00|Infante , Carlos|AS||[]
20200229|505431|1600|01001|81936.97|20200201|20200229||329|F|0.50||110.00|20200221|B
180||A104|CIG|Review and analyze communication sent by Kenneth Suria to discuss
status of Prospero adversary case and other matters discussed with counsel for said
entity Guillermo de Guzman.  Meeting with Kenneth Suria to discuss request from
counsel for entity.|66-0554116|220.00|Infante , Carlos|AS||[]
20200229|505431|1600|01001|81936.97|20200201|20200229||330|F|0.40||88.00|20200221|B1
80||A104|CIG|Review and analyze communication sent by Alberto Estrella to assign new
adversary cases along with information regarding said
cases.|66-0554116|220.00|Infante , Carlos|AS||[]
20200229|505431|1600|01001|81936.97|20200201|20200229||331|F|0.30||84.00|20200224|B1
80||A108|AGE|Email exchange regarding Call regarding Next Steps Preference Claims
with DGC.|66-0554116|280.00|Estrella, Alberto G.|PT||[]
20200229|505431|1600|01001|81936.97|20200201|20200229||332|F|0.90||198.00|20200224|B
180||A104|CIG|Telephone conference with Bob Wexler and Arturo Bauermeister to
discuss preference analysis and other pending matters related to Computer Learning
Center case.|66-0554116|220.00|Infante , Carlos|AS||[]
20200229|505431|1600|01001|81936.97|20200201|20200229||333|F|0.40||88.00|20200224|B1
80||A104|CIG|Review and analyze communication sent by Ira Reid, representative of
Caribe Grolier to summarize matters discussed during telephone conference and
request modified request for information for said case.|66-0554116|220.00|Infante ,
Carlos|AS||[]
20200229|505431|1600|01001|81936.97|20200201|20200229||334|F|0.30||66.00|20200224|B1
80||A104|CIG|Review and analyze communication sent by Bob Wexler with to confirm
whether last notice letters were sent to certain vendors.|66-0554116|220.00|Infante
, Carlos|AS||[]
20200229|505431|1600|01001|81936.97|20200201|20200229||335|F|0.60||132.00|20200224|B
180||A104|CIG|Review and analyze preference data second analysis sent by Phyllis
Lengle to Arturo Bauermeister.|66-0554116|220.00|Infante , Carlos|AS||[]

Exhibit G-2 February 2020- 505431.TXT

20200229|505431|1600|01001|81936.97|20200201|20200229||336|F|0.70||154.00|20200224|B
180||A101|CIG|Review and analyze relevant documents to prepare for telephone
conference with Bob Wexler and Arturo Bauermeister, representative of Computer
Learning Center.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||337|F|0.80||176.00|20200224|B
180||A101|CIG|Review and analyze relevant documents to prepare for telephone
conference with representative of Caribe Grolier, Ira
Reid.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||338|F|1.20||264.00|20200224|B
180||A104|CIG|Telephone conference with Ira Reid, representative of Caribe Grolier
Inc. to explain informal resolution process, applicable deadlines and other related
matters regarding exchange of information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||339|F|1.80||396.00|20200224|B
180||A104|CIG|Review and analyze communication sent by Robert Wexler to coordinate
telephone conference to discuss next steps with preference actions, potential
settlement negotiations and recommendation memo's. Review materials sent for
reference including Preference defenses summary, federal funds research memorandum
and global order for settlement purposes. Respond with availability to
confer.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||340|F|0.30||66.00|20200224|B1
80||A104|CIG|Review and analyze communication sent by Alberto Estrella regarding NDA
for Editorial Panamericana, Inc.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||341|F|0.50||110.00|20200224|B
180||A104|CIG|Review and analyze communication sent by Bob Wexler to provide list of
vendors that are being considered to be excluded from omnibus extension of time to
conclude informal resolution process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||342|F|0.40||88.00|20200224|B1
80||A104|CIG|Review and analyze communication sent by Bob Wexler to Juan Fortuño,
representative of Humana Health Plans to coordinate telephone conference between DGC
and vendor's business people to attempt to provide information that is not convered
by HIPAA protections.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||343|F|0.40||88.00|20200224|B1
80||A104|CIG|Review and analyze communications sent by Luis Llach and Kenneth Suria
regarding cases managed by attorney Guillermo Guzman.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||344|F|0.40||88.00|20200225|B1
80||A104|CIG|Review and analyze communication sent by Peter Bilowz regarding Humana
Health Plans of PR intention to discuss information request that exlcudes HIPAA
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||345|F|0.40||88.00|20200225|B1
80||A104|CIG|Review and analyze communication sent by Yarimel Viera regarding need
to reach out to certain tolling vendors to confirm intent to participate in informal
resolution process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||346|F|0.30||66.00|20200225|B1
80||A107|CIG|Telephone conference with Yarimel Viera to discuss need to send final
communications to certain tolling vendors and to discuss status of ongoing matters
regarding informal resolution process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||347|F|0.40||88.00|20200226|B1

Exhibit G-2 February 2020- 505431.TXT

80||A104|CIG|Review and respond to communication sent by Nayuan Zouairabani regarding Valmont Industries and requesting NDA to participate in informal resolution process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||348|F|0.30||66.00|20200226|B1
80||A104|CIG|Draft communication to Tristan Axelrod, Matt Sawyer from B.R and Alberto Estrella to discuss  memorandum sent by McConnell Valdes regarding Ryan White program.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||349|F|0.30||66.00|20200226|B1
80||A103|CIG|Draft communication for Bob Wexler to request modified request for information for Caribe Griolier Inc. and discuss other matters pertaining to this adversary case.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||350|F|0.40||88.00|20200226|B1
80||A104|CIG|Review and analyze communication sent by Yarimel Viera regarding Bob Wexler's request to confirm information for no action vendors.  Update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||351|F|0.40||88.00|20200226|B1
80||A104|CIG|Draft communication for Tristan Axelrod and Matt Sawyer regarding several NDA's pending for execution in order to commence exchange of information for several cases.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||352|F|0.40||88.00|20200226|B1
80||A104|CIG|Review and analyze communication sent by Ira Reid, regarding modified request for information, preference analysis and other matters related to adversary case of Caribe Grolier, Inc.  Update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||353|F|1.30||286.00|20200226|B
180||A104|CIG|Review and analyze relevant communications and documents related to adversary case of Total Petroleum PR and prepare NDA draft for said adversary case.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||354|F|2.10||462.00|20200226|B
180||A104|CIG|Review and analyze communication sent by Leslie Flores to summarize materials provided by Bristol Myers Squibb and sumbit memorandum on OCASET and the Ryan White Program.  Review and analyze atteched research memoranda for said matters and update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||355|F|1.20||264.00|20200226|B
180||A104|CIG|Review and analyze relevant communications and documents related to adversary case of Valmont Industries and prepare NDA draft for said adversary case.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||356|F|1.00||220.00|20200227|B
180||A107|CIG|Participate in telephone conference with Bob Wexler and Luis Llach to discuss all matters regarding adversary proceedings.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||357|F|0.30||66.00|20200227|B1
80||A103|CIG|Draft communication for Yarimel Viera to confirm delivery of certain certified letters to no communication vendors.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||358|F|0.50||110.00|20200227|B
180||A104|CIG|Draft communication for Kenneth Suria and Alberto Estrella to provide summary of preference defenses submitted by vendors and mediation

Exhibit G-2 February 2020- 505431.TXT

process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||359|F|0.40||88.00|20200227|B1
80||A103|CIG|Draft communication for Alberto Estrella and Kenneth Suria to discuss
omnibus motion to extend deadlines and preference analysis for adverary
cases.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||360|F|0.30||66.00|20200227|B1
80||A104|CIG|Review and analyze communication sent by Matt Sawyer regarding Ryan
White federal program.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||361|F|0.30||66.00|20200227|B1
80||A104|CIG|Review and respond to communication sent by Nayuan Zouairabani to
discuss NDA's for Valmont Industries.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||362|F|0.60||132.00|20200227|B
180||A104|CIG|Review and analyze communication sent by Bob Wexler regarding
confirmation of no contact vendors to be excluded from omnibus motion to extend
deadlines to conclude informal resolution process.  Review attached documents and
update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||363|F|0.30||66.00|20200227|B1
80||A104|CIG|Review and respond to communication sent by Matt Sawyer to discuss
pending NDA's for certain vendors and to coordinate telephone conference to discuss
NDA's.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||364|F|1.20||264.00|20200227|B
180||A104|CIG|Review and analyze relevant documents to prepare for telephone
conference with Luis Llach and Robert Wexler to discuss all matters related to
adversary proceedings.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||365|F|0.30||66.00|20200227|B1
80||A104|CIG|Review and analyze communications sent by Bob Wexler and Ira Reid,
regarding modified request for information and informal exchange of information
process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||366|F|0.30||66.00|20200228|B1
80||A103|CIG|Draft communication for Aurivette Deliz to provide NDA draft for Total
Petroleum of Puerto Rico.  Update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||367|F|0.40||88.00|20200228|B1
80||A104|CIG|Telephone conference with Matt Sawyer to discuss pending NDA's,
preference defenses and other matters concerning certain adversary
proceedings.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||368|F|0.30||66.00|20200228|B1
80||A104|CIG|Review and analyze communications sent by Kenneth Suria regarding Ryan
White memorandum provided by McConnell Valdes.  Draft response to several
communications regarding said matter.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||369|F|0.30||66.00|20200228|B1
80||A104|CIG|Review and analyze communication sent by Yarimel Viera to
representative of Oil Energy Systems to confirm intent to participate in informal
resolution process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||370|F|0.60||132.00|20200228|B
180||A104|CIG|Review and analyze communication sent by Matt Sawyer regarding NDA's
for Valmont Industries and Total Petroleum.  Review and edit attached NDA's and
update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]

Exhibit G-2 February 2020- 505431.TXT

20200229|505431|1600|01001|81936.97|20200201|20200229||371|F|0.40||88.00|20200228|B1
80||A104|CIG|Review and analyze communications sent by Phyllis Lengle to provide
modified request for information for Caribe Grolier Inc.  Review and analyze
modified request for information document and related response sent by Mr. Reid.
Update case management information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||372|F|0.30||66.00|20200228|B1
80||A104|CIG|Review and analyze communication sent by Yarimel Viera to discuss
telephone conference held with Isabel Fullana, representative of New Vision in
Educational Services.  Coordinate telephone conference with vendor
representative.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||373|F|0.70||154.00|20200228|B
180||A104|CIG|Review and analyze memorandum prepared by McConnell Valdes regarding
Ryan White Program.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||374|F|0.30||66.00|20200228|B1
80||A104|CIG|Meeting with Yarimel Viera to discuss efforts to reach out to counsel
for A New Vision, and to coordinate telephone conference with vendor's
counsels.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||375|F|0.30||66.00|20200228|B1
80||A104|CIG|Draft communication for DGC, Brown Rudnick, CST and Estrella working
teams to inform about vendors to be include in omnibus extension to conclude
informal resolution process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||376|F|0.40||88.00|20200228|B1
80||A104|CIG|Review and analyze communication sent by attorney Jose Lugo, regarding
Oil and Energy Systems' relationship with the Commonwealth and description of
services provided.  Coordinate telephone conference to discuss informal resolution
process with vendor representative.  Update case management
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||377|F|0.30||66.00|20200228|B1
80||A103|CIG|Draft communication for Bob Wexler, Luis Llach, Juan Nieves and Yarimel
Viera to provide information regarding certain vendors to be excluded from omnibus
motion for extension of time to finalize informal resolutino
process.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||378|F|0.30||66.00|20200228|B1
80||A104|CIG|Review and analyze business bankruptcy reports for the week to confirm
if any adversary vendor has filed for bankruptcy relief.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||379|F|0.20||44.00|20200228|B1
80||A104|CIG|Review and respond to communication sent by Matt Sawyer regarding Ryan
White memorandum provided by McConnell Valdes.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||380|F|0.60||132.00|20200228|B
180||A104|CIG|Review and analyze relevant information and documents regarding
Valmont Industries and Total Petroleum to prepare for telephone conference with Matt
Sawyer to discuss said adversary proceedings and other related
matters.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||381|F|0.30||66.00|20200228|B1
80||A104|CIG|Review and analyze several communications sent by Luis Llach and Juan
Nieves regarding vendors to be excluded from omnibus extension

Exhibit G-2 February 2020- 505431.TXT

motion.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||382|F|0.30||66.00|20200228|B1
80||A103|CIG|Draft communication for Nayuan Zouairabani to provide NDA draft for
Valmont Industries.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||383|F|7.00||1540.00|20200201|
B191||A112|CIG|Ground and air travel (return) related to meeting with ERS
representatives and Brown Rudnick at their NYC offices.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||384|F|0.10||28.00|20200203|B1
91||A104|KCS|Receive and analyze ORDER SCHEDULING FURTHER STATUS CONFERENCE IN
CONNECTION WITH COBRA ACQUISITIONS LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPENSE CLAIMS. A status conference with respect to the Motion will
be held in connection with the Omnibus Hearing scheduled for June 3, 2020, at 9:30
a.m. (AST). Joint status report due by May 27, 2020, at 5:00 p.m. (AST). Related
documents: [8789] Cobra Acquisitions LLCs Motion for Allowance and Payment of
Administrative Expense Claims, [8886] Order Granting Joint Urgent Motion of the
Oversight Board, PREPA, and AAFAF to Extend All Applicable Deadlines to Cobra
Acquisition LLCs Motion for Allowance and Payment of Administrative Expense Claims.
[DE 10608]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||385|F|0.30||84.00|20200203|B1
91||A104|KCS|Receive and analyze Urgent Joint Motion to Modify Discovery and
Briefing Schedule with Respect to Certain Issues Raised in Certain Contested Matters
and Adversary Proceedings Related to the Bonds Issued by the Employees Retirement
System of the Government of the Commonwealth of Puerto Rico Relative to: [8962]
Order filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE
10604]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||386|F|0.10||28.00|20200203|B1
91||A104|KCS|Receive and analyze Motion for Joinder of Financial Guaranty Insurance
Company Relative to: [9022] Motion for Entry of Order Authorizing Discovery Under
Bankruptcy Rule 2004 Concerning Commonwealth Assets filed by AMBAC ASSURANCE
CORPORATION, [9023] Motion for Entry of Order Authorizing Discovery Under Bankruptcy
Rule 2004 Concerning Commonwealth Cash Restriction Analysis filed by AMBAC ASSURANCE
CORPORATION, [10332] Memorandum Order, [10593] Motion for Joinder of Assured
Guaranty Corp., et al. Motion for Entry of Order Authorizing Discovery Under
Bankruptcy Rule 2004 Concern filed by NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION,
Assured Guaranty Corp., Assured Guaranty Municipal Corp. filed by Financial Guaranty
Insurance Company. [DE 10605]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||387|F|0.10||28.00|20200203|B1
91||A104|KCS|Receive and analyze FIRST AMENDED STIPULATION AND CONSENT ORDER BETWEEN
TITLE III DEBTORS (OTHER THAN COFINA) AND THE PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY ACTING ON BEHALF OF THE GOVERNMENTAL ENTITIES LISTED ON
APPENDIX A REGARDING THE TOLLING OF STATUTE OF LIMITATIONS. Related
document:[10243], [6812]. [DE 10606]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||388|F|0.10||28.00|20200203|B1
91||A104|KCS|Receive and analyze ORDER SCHEDULING FURTHER STATUS CONFERENCE IN
CONNECTION WITH COBRA ACQUISITIONS LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPENSE CLAIMS. A status conference with respect to the Motion will

Exhibit G-2 February 2020- 505431.TXT

be held in connection with the Omnibus Hearing scheduled for June 3, 2020, at 9:30 a.m. (AST). Joint status report due by May 27, 2020, at 5:00 p.m. (AST). Related documents: [8789] Cobra Acquisitions LLCs Motion for Allowance and Payment of Administrative Expense Claims, [8886] Order Granting Joint Urgent Motion of the Oversight Board, PREPA, and AAFAF to Extend All Applicable Deadlines to Cobra Acquisition LLCs Motion for Allowance and Payment of Administrative Expense Claims. [DE 10607]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200229||389|F|0.10||28.00|20200203|B1 91||A104|KCS|Receive and analyze ORDER SCHEDULING BRIEFING OF [10604] URGENT JOINT MOTION TO MODIFY DISCOVERY AND BRIEFING SCHEDULE WITH RESPECT TO CERTAIN ISSUES RAISED IN CERTAIN CONTESTED MATTERS AND ADVERSARY PROCEEDINGS RELATED TO THE BONDS ISSUED BY THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO. Opposition papers due by February 6, 2020 at 12:00 p.m. (AST). Reply papers due by February 7, 2020 at 12:00 p.m. [DE 10633]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||390|F|0.10||28.00|20200203|B1 91||A104|KCS|Receive and analyze ORDER ALLOWING [10601] Urgent Consented Motion for Extension of Deadline Relative to: [9650] Joint motion Submitting Status Report in Compliance with Court Order. Related document [9530] Memorandum of Decision and Order Regarding COPI's Rule 2004 Request. The deadline to file the Joint Status Report required by the Order is extended to February 14, 2019. [DE 10620]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||391|F|0.30||84.00|20200205|B1 91||A104|KCS|Receive and analyze Motion to Dismiss (GO/PBA Bonds Claim Objection) Relative to: [4784] Omnibus Objection of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007 filed by Official Committee of Unsecured Creditors, [7057] Omnibus Objection of Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain 2011 Commonwealth General Obligation Bonds filed by Official Committee of Unsecured Creditors, [8141] Omnibus Objection of Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted Against Commonwealth by Holders of Certain Puerto Rico Public Buildings Authority Bo filed by Official Committee of Unsecured Creditors, [9735] Official Committee of Unsecured Creditors' Omnibus Objection on Constitutional Debt Limit Grounds to (I) Claim of Government Development Bank for Puerto Rico [Claim Number 29485] Based on Certain Commonwealth-Issued Notes and on Commonwe filed by Official Committee of Unsecured Creditors (Attachments: # (1) Proposed Order) filed by the Lawful Constitutional Debt Coalition. [DE 10697]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||392|F|0.10||28.00|20200205|B1 91||A104|KCS|Receive and analyze Order Granting [10645] Unopposed Urgent Joint Motion of the Ad Hoc Group of General Obligation Bondholders, the Ad Hoc Group of Constitutional Debtholders, and Assured Guaranty Corp. and Assured Guaranty Municipal Corp., for Leave to Exceed Page Limit filed by Ad Hoc Group of General Obligation Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ad Hoc Group of Constitutional Debt Holders. Related documents: [4784], [7057], [8141]

Exhibit G-2 February 2020- 505431.TXT
and [9730]. [DE 10695]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||393|F|0.30||84.00|20200205|B1
91||A104|KCS|Receive and analyze NOTICE REGARDING AMENDED MOTION FOR ENTRY OF AN
ORDER (A) AUTHORIZING ALTERNATIVE DISPUTE RESOLUTION PROCEDURES, (B) APPROVING
ADDITIONAL FORMS OF NOTICE, AND (C) GRANTING RELATED RELIEF. Related documents:
[9718], [10295]. Signed by Judge Laura Taylor Swain on 02/05/2020. [DE
10698]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||394|F|0.10||28.00|20200205|B1
91||A104|KCS|Receive and analyze NOTICE REGARDING SPANISH LANGUAGE VERSION OF THE
FORM OF NOTICE OF TRANSFER TO ADMINISTRATIVE RECONCILIATION PROCEDURES. Related
document: [9617] Notice of Presentment of Revised Proposed Order (A) Authorizing
Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice,
and (C) Granting Related Relief relative to:[8827] MOTION for Entry of an Order (A)
Authorizing Administrative R filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE
10699]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||395|F|0.10||28.00|20200205|B1
91||A104|KCS|Receive and analyze ORDER SCHEDULING BRIEFING OF URGENT MOTION OF
GOVERNMENT PARTIES (DOCKET ENTRY NO. 1897 in 17-4780). [DE
10700]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||396|F|0.30||66.00|20200205|B1
91||A104|CIG|Review and analyze communication sent by Danielle D' Aquila to provide
information regarding discovery call held with certain ERS
parties.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||397|F|0.10||28.00|20200205|B1
91||A104|KCS|Receive and analyze Motion for Joinder Relative to: Motion to Dismiss
Case under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) Relative to: [4] Motion to Dismiss
Case under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) filed by Fir Tree Partners,
Candlewood Investment Group, LP, FPA Select Drawdown L.P. filed by theAD HOC GROUP
OF CONSTITUTIONAL DEBTHOLDERS [AP No 19-00296]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||398|F|0.10||22.00|20200206|B1
91||A104|FOD|Read Court's notification regarding Order on urgent joint motion to
modify discovery and briefing schedule.  [In case no. 19-ap-00356, D.E. #
82]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||399|F|0.10||22.00|20200206|B1
91||A104|FOD|Read Court's notification regarding Order on urgent joint motion to
modify discovery and briefing schedule.  [In case no. 19-ap-00359, D.E. #
60]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||400|F|0.10||22.00|20200206|B1
91||A104|FOD|Read Court's notification regarding Order on urgent joint motion to
modify discovery and briefing schedule.  [In case no. 19-ap-00361, D.E. #
69]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||401|F|0.10||22.00|20200206|B1
91||A104|FOD|Read Court's Order on urgent joint motion  to modify discovery and
briefing schedule. [In case no. 19-ap-00356, D.E. # 82]|66-0554116|220.00|Ojeda
Diez, Francisco|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||402|F|0.20||44.00|20200206|B1

Exhibit G-2 February 2020- 505431.TXT

91||A104|FOD|Verify and review Order on urgent joint motion to modify discovery and
briefing schedule and that it coincides with the order filed in all other cases.
[In case no. 19-ap-00359, D.E. # 60] [In case no. 19-ap-00362, D.E.
#61].|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||403|F|0.10||28.00|20200206|B1
91||A104|KCS|Receive and analyze ORDER relative to: [10401], [10425], [10593],
[10605] MOTIONS for Joinder. Related documents:[9022] MOTION for Entry of Order
Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Commonwealth Assets
filed by AMBAC ASSURANCE CORPORATION, [9023] MOTION for Entry of Order Authorizing
Discovery Under Bankruptcy Rule 2004 Concerning Commonwealth Cash Restriction
Analysis filed by AMBAC ASSURANCE CORPORATION, [10332] Memorandum Order Denying
Motion to Strike Certain Rule 2004 Applications. [DE#
10727]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||404|F|0.10||28.00|20200206|B1
91||A104|KCS|Receive and analyze ORDER ON URGENT JOINT MOTION TO MODIFY DISCOVERY
AND BRIEFING SCHEDULE WITH RESPECT TO CERTAIN ISSUES RAISED IN CERTAIN CONTESTED
MATTERS AND ADVERSARY PROCEEDINGS RELATED TO THE BONDS ISSUED BY THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO. Related
Document:[20] Order.  [AP# 19-00355|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||405|F|0.10||28.00|20200206|B1
91||A104|KCS|Receive and analyze ORDER ON URGENT JOINT MOTION TO MODIFY DISCOVERY
AND BRIEFING SCHEDULE WITH RESPECT TO CERTAIN ISSUES RAISED IN CERTAIN CONTESTED
MATTERS AND ADVERSARY PROCEEDINGS RELATED TO THE BONDS ISSUED BY THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO. Related
Document:[20] Order.  [AP# 19-00358|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||406|F|0.10||28.00|20200207|B1
91||A104|KCS|Receive and analyze Ad Hoc Group of Constitutional Debt Holders' Motion
to inform Fifth Supplemental Verified Statement of the Ad Hoc Group Of
Constitutional Debtholders Pursuant to Federal Rule of Bankruptcy Procedure 2019.
[DE# 10742]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||407|F|1.00||220.00|20200210|B
191||A101|CIG|Review and analyze relevant communications, notes and legal documents
to prepare for telephone conference with Brown Rudnick, Harold Vicente Cuevas and
other relevant parties to discuss certain issues regarding ERS
claims.|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||408|F|0.30||84.00|20200214|B1
91||A104|KCS|Receive and analyze Financial Oversight And Management Board's
Submission (A) In Further Support of Government Parties Urgent Motion For An
Eleventh Revised 9019 Scheduling Order, and (B) In Response To The Urgent Motion Of
The Fuel Line Lenders And Union Entities To Adjourn March 4, 2020 Hearing On
Bondholders And Government Parties Motions To Dismiss In Adversary Proceedings
Relative to: [10823] Joint motion Response of Fuel Line Lenders and Union Entities
to Government Parties Scheduling Motion and Urgent Motion to Adjourn March 4, 2020
Hearing on Bondholders and Government Parties Motions to Dismiss in Adversary
Proceedings filed by Sistema de Retiro de los Empleados de la Autoridad de Energia
Electrica (SREAEE) (Attachments: # (1) Exhibit Proposed Order) filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE #10996|66-0554116|280.00|Suria, Kenneth

Exhibit G-2 February 2020- 505431.TXT

C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||409|F|0.10||28.00|20200214|B1
91||A104|KCS|Receive and analyze AAFAF's Reply in Further Support of Government
Parties' Urgent Motion for an Eleventh Revised 9019 Scheduling Order and Response to
Urgent Motion of the Fuel Line Lenders and Union Entities to Adjourn March 4, 2020
Hearing on Bondholders' and Government Parties' Motions to Dismiss in Adversary
Proceedings Relative to: [10823] Joint motion Response Of Fuel Line Lenders And
Union Entities To Government Parties Scheduling Motion And Urgent Motion To Adjourn
March 4, 2020 Hearing On Bondholders And Government Parties Motions To Dismiss In
Adversary Proceedings filed by Sistema de Retiro de los Empleados de la Autoridad de
Energia Electrica (SREAEE) filed by the PUERTO RICO FISCAL AGENCY AND FINANCIAL
ADVISORY AUTHORITY. [DE #10997]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||410|F|0.90||252.00|20200214|B
191||A104|KCS|Receive and analyze Urgent motion to Compel Production of Documents
(Attachments: # (1) Exhibit B # (2) Exhibit C # (3) Exhibit D # (4) Exhibit E # (5)
Exhibit F # (6) Exhibit G # (7) Exhibit H # (8) Exhibit I) filed by NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION. [DE #10974, 63 pgs.]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||411|F|0.30||84.00|20200218|B1
91||A104|KCS|Receive and analyze Urgent motion ERS Bondholders' Consented-to Urgent
Motion for Substitute Service of Deposition Subpoena on Juan Cancel Alegria
(Attachments: # (1) Proposed Order # (2) Exhibit) filed by GEOFFREY S. STEWART on
behalf of Altair Global Credit Opportunities Fund (A), LLC, et al. [DE#
11082]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||412|F|0.30||84.00|20200218|B1
91||A104|KCS|Receive and analyze ELEVENTH REVISED ORDER EXTENDING AND ESTABLISHING
CERTAIN DEADLINES APPLICABLE TO THE JOINT MOTION OF PUERTO RICO ELECTRIC POWER
AUTHORITY AND AAFAF PURSUANT TO BANKRUPTCY CODE SECTIONS 362, 502, 922, AND 928, AND
BANKRUPTCY RULES 3012(A)(1) AND 9019 FOR ORDER APPROVING SETTLEMENTS EMBODIED IN THE
RESTRUCTURING SUPPORT AGREEMENT [ECF NO. 1235 in 17-4780]. Hearing on Motion set for
03/31/2020 is reset for 6/17/2020 and 6/18/2020 09:30 AM (AST) in Clemente
Ruiz-Nazario Courthouse. [DE# 11085]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||413|F|0.10||28.00|20200218|B1
91||A104|KCS|Receive and analyze ORDER GRANTING [11055] Urgent motion Consented
Extension of Time until February 21, 2020 Relative to: [9530] Memorandum Order filed
by COMMONWEALTH OF PUERTO RICO Related documents: [6871], [8842], [9530]. Joint
Status Report due by 2/21/2020. [DE# 11089]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||414|F|0.30||66.00|20200218|B1
91||A104|FOD|Read Court's notification regarding return of executed summons [Case
No. 19-ap-00146 D.E. 18] [Case No. 19-ap-00090 D.E. 19] [Case No. 19-ap00148 D.E.
18] [Case No. 19-ap-00112 D.E. 19] [Case No. 19-ap-00181 D.E. 17] [Case No.
19-ap-00128 D.E. 19] [Case No. 19-ap-00168 D.E. 17] [Case No. 19-ap-00187 D.E. 19],
and return of unexecuted summons [Case No. 19-ap-00151 D.E. 20] [Case No.
19-ap-00129 D.E. 19].|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||415|F|0.10||22.00|20200218|B1
91||A104|FOD|Read electronic correspondences from Monika T. Barrios regarding Urgent
Motion ERS Bondholders' Consented -to Urgent Motion for substitute service of

Exhibit G-2 February 2020- 505431.TXT

deposition subpoena on Juan Cancel Alegria [Case No. 19-ap00356, D.E. 84] [Case No. 19-ap00359, D.E. 62] [Case No. 19-ap00361, D.E. 71]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||416|F|0.20||44.00|20200218|B191||A104|FOD|Review filing of Urgent Motion ERS Bondholders' Consented -to Urgent Motion for substitute service of deposition subpoena on Juan Cancel Alegria [Case No. 19-ap00359, D.E. 62] [Case No. 19-ap00361, D.E. 71]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||417|F|0.20||44.00|20200218|B191||A104|FOD|Read Urgent Motion ERS Bondholders' Consented -to Urgent Motion for substitute service of deposition subpoena on Juan Cancel Alegria [Case No. 19-ap00356, D.E. 84]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||418|F|0.10||28.00|20200219|B191||A104|KCS|Receive and analyze Response to Motion Relative to: [10808] Joint motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Scheduling a Hearing to Consider the Adequacy of Info filed by COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, PUBLIC BUILDINGS AUTHORITY OF PUERTO RICO filed by the Official Committee of Retired Employees of Puerto Rico. [DE# 11121]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||419|F|0.40||112.00|20200219|B191||A104|KCS|Receive and analyze RESPONSE to Motion - Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company's Opposition to DRA Parties Motion and Memorandum of Law in Support of their (I) Notice that the DRA is a Party in Interest and can Participate in the Monolines Amended Lift Stay Litigation and Request to Modify the Amended Revenue Bond Scheduling Order or, (II) in the Alternative, Motion to Permit the DRA Parties to Intervene in the Monolines Amended Lift Stay Litigation Relative to: [10835] MOTION DRA Parties Motion and Memorandum of Law in Support of their (I) Notice that the DRA is a Party in Interest and can Participate in the Monolines Amended Lift Stay Litigation and Request to Modify the Amended Revenue Bond Scheduling Order or, (I filed by AmeriNational Community Services, LLC, Cantor-Katz Collateral Monitor LLC filed by ROBERTO CAMARA FUERTES on behalf of AMBAC ASSURANCE CORPORATION, et al. [DE# 11124]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||420|F|0.10||28.00|20200219|B191||A104|KCS|Receive and analyze ORDER GRANTING 11082 Urgent motion ERS Bondholders' Consented-to Urgent Motion for Substitute Service of Deposition Subpoena on Juan Cancel Alegria. [DE# 11158]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||421|F|0.20||56.00|20200219|B191||A104|KCS|Receive and analyze Objection to the Financial Oversight and Management Board for Puerto Ricos (A) Motion to Schedule a Disclosure Statement Hearing [ECF No. 10808] and (B) Motion to Establish Pre-Solicitation Procedures [ECF No. 10839] Related document: 10756 Motion Submitting, 10808 Joint motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Scheduling a Hearing to Consider the Adequacy of Info filed by COMMONWEALTH OF

Exhibit G-2 February 2020- 505431.TXT

PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH
OF PUERTO RICO, PUBLIC BUILDINGS AUTHORITY OF PUERTO RICO, 10839 MOTION of the
Commonwealth of Puerto Rico and the Employees Retirement System of the Government of
the Commonwealth of Puerto Rico for an Order (A) Establishing Pre-Solicitation
Procedures for Certain Holders of Retirement Benefit Claims, (B) Establi filed by
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO, RESPONSE to Motion Submitting Amended Report and
Recommendation of the Mediation Team [ECF No. 10756] Relative to: 10756 Motion
Submitting, 10808 Joint motion of the Commonwealth of Puerto Rico, the Employees
Retirement System of the Government of the Commonwealth of Puerto Rico, and the
Puerto Rico Public Buildings Authority for an Order (I) Scheduling a Hearing to
Consider the Adequacy of Info filed by COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, PUBLIC
BUILDINGS AUTHORITY OF PUERTO RICO, 10839 MOTION of the Commonwealth of Puerto Rico
and the Employees Retirement System of the Government of the Commonwealth of Puerto
Rico for an Order (A) Establishing Pre-Solicitation Procedures for Certain Holders
of Retirement Benefit Claims, (B) Establi filed by COMMONWEALTH OF PUERTO RICO, THE
EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
filed by the PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY. [DE#
11159]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||422|F|0.10||28.00|20200219|B1
91||A104|KCS|Receive and analyze MOTION to inform Fifth Supplemental Verified
Statement of the Lawful Constitutional Debt Coalition pursuant to Federal Rule of
Bankruptcy Procedure 2019 filed by the Lawful Constitutional Debt Coalition. [DE#
11161]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||423|F|0.10||28.00|20200219|B1
91||A104|KCS|Receive and analyze Joint motion with Statement of Adversary Defendants
in the Underwriter Litigation regarding Motions to Dismiss Objections to Claims
filed or asserted by Holders of Certain Commonwealth General Obligation Bonds and
Public Buildings Authority Bonds filed by MORGAN STANLEY. [DE#
11241]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||424|F|0.10||28.00|20200219|B1
91||A104|KCS|Receive and analyze Joint motion with Statement of Adversary Defendants
in the Underwriter Litigation regarding Proposed Further Extension of Global Stay
filed by MORGAN STANLEY. [DE# 11242]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||425|F|0.10||28.00|20200219|B1
91||A104|KCS|Receive and analyze MOTION for Joinder Relative to: 10702 Motion to
Dismiss (GO/PBA Bonds Claim Objection) Relative to: 4784 Objection / Omnibus
Objection of (I) Financial Oversight and Management Board, Acting Through Its
Special Claims Committee, and (II) Official Committee of Unsecured Creditors,
Pursuant to B filed by Ad Hoc Group of General Obligation Bondholders filed by UBS
Trust Company of Puerto Rico. [DE# 11251]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||426|F|0.10||28.00|20200219|B1
91||A104|KCS|Receive and analyze Supplemental Motion to Dismiss (GO/PBA Bonds Claim
Objection) Relative to: 9735 MOTION / Official Committee of Unsecured Creditors'
Omnibus Objection on Constitutional Debt Limit Grounds to (I) Claim of Government
Development Bank for Puerto Rico [Claim Number 29485] Based on Certain
Commonwealth-Issued Notes and on Commonwealth filed by Official Committee of

Exhibit G-2 February 2020- 505431.TXT

Unsecured Creditors filed by The Bank of Nova Scotia [DE# 11261]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||427|F|0.10||28.00|20200219|B1 91||A104|KCS|Receive and analyze MOTION for Joinder of The Bank of New York Mellon, as Trustee Relative to: 11247 MOTION MOTION OF THE PRIFA BANS BONDHOLDERS TO DISMISS THE OMNIBUS OBJECTIONS FILED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE LAWFUL CONSTITUTIONAL DEBT COALITION WITH RESPECT TO THE PRIFA BANS GUARANTY relative to: 9730 MOTION Omnibus Objec filed by Fir Tree Partners filed by THE BANK OF NEW YORK MELLON. [DE# 11264]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||428|F|0.30||84.00|20200219|B1 91||A104|KCS|Receive and analyze Motion to Dismiss (GO/PBA Bonds Claim Objection) Relative to: 9730 MOTION Omnibus Objection of the Lawful Constitutional Debt Coalition, pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Bonds Issued or Guaranteed by the Commonwealth filed by Lawful Constitutional Debt Coalition, 9735 MOTION / Official Committee of Unsecured Creditors' Omnibus Objection on Constitutional Debt Limit Grounds to (I) Claim of Government Development Bank for Puerto Rico [Claim Number 29485] Based on Certain Commonwealth-Issued Notes and on Commonwe filed by Official Committee of Unsecured Creditors filed by Fir Tree Partners. [DE# 11267]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||429|F|0.10||28.00|20200219|B1 91||A104|KCS|Receive and analyze MOTION for Joinder of The Bank of New York Mellon, as Trustee, to Motion of the PRIFA BANS Bondholders to Dismiss the Omnibus Objections filed by the Official Committee of Unsecured Creditors and the Lawful Constitutional Debt Coalition with Respect to the PRIFA BANS Guaranty Relative to: 11267 Motion to Dismiss (GO/PBA Bonds Claim Objection) Relative to: 9730 MOTION Omnibus Objection of the Lawful Constitutional Debt Coalition, pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Bond filed by Fir Tree Partners filed by THE BANK OF NEW YORK MELLON. [DE# 11281]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||430|F|0.10||28.00|20200219|B1 91||A104|KCS|Receive and analyze MOTION to inform Filings Responsive to Claim Objections with No Objections on File filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE# 11269]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||431|F|0.10||22.00|20200219|B1 91||A104|FOD|Read Court's Order granting Urgent Motion ERS bondholder's consented to urgent motion for substitute service of deposition subpoena. [Case No. 19-ap-00361, D.E. # 72]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||432|F|0.10||22.00|20200219|B1 91||A104|FOD|Read Court's Order granting Urgent Motion ERS bondholder's consented to urgent motion for substitute service of deposition subpoena. [Case No. 19-ap-00359, D.E. # 63]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||433|F|0.10||22.00|20200219|B1 91||A104|FOD|Read Court's Order granting Urgent Motion ERS bondholder's consented to urgent motion for substitute service of deposition subpoena. [Case No. 19-ap-00356, D.E. # 85]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||434|F|0.60||168.00|20200220|B

Exhibit G-2 February 2020- 505431.TXT

191||A103|KCS|Receive and analyze email from Alexandra Deering enclosing notice of
withdrawal of attorney Rosa Sierra.  Read same and correct to comply with local
rules and file the same.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||435|F|0.60|168.00|20200220|B
191||A104|KCS|Receive and analyze Motion to Dismiss (GO/PBA Bonds Claim Objection)
Relative to: 4784 Omnibus Objection of (I) Financial Oversight and Management Board,
Acting Through Its Special Claims Committee, and (II) Official Committee of
Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule
3007 filed by Official Committee of Unsecured Creditors, 9730 MOTION Omnibus
Objection of the Lawful Constitutional Debt Coalition, pursuant to Bankruptcy Code
Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of
Certain Bonds Issued or Guaranteed by the Commonwealth filed by Lawful
Constitutional Debt Coalition filed by COOPERATIVA DE AHORRO Y CREDITO ABRAHAM ROSA,
et al. [DE# 11258]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||436|F|0.60|168.00|20200221|B
191||A104|KCS|Receive and analyze motion to dismiss from Cooperativa de Ahorro y
Credito de Lares.  Draft email to co-plaintiff's counsel in AP 19-296.  Draft email
to Tristan Axelrod relative to the same.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||437|F|0.20|56.00|20200221|B1
91||A104|KCS|Receive and analyze Supplemental RESPONSE to Motion - Ambac Assurance
Corporations Supplemental Response to the Amended Report and Recommendation of the
Mediation Team Relative to: [10756] Motion Submitting filed by AMBAC ASSURANCE
CORPORATION. [DE# 11496]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||438|F|0.10|28.00|20200221|B1
91||A104|KCS|Receive and analyze Supplemental Objection to Amended Report and
Recommendations of the Mediation Team Related document:[10756] Motion Submitting,
[11493] Objection filed by AMBAC ASSURANCE CORPORATION, NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION, Financial Guaranty Insurance Company, Assured Guaranty Corp.,
Assured Guaranty Municipal Corp. filed by the NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION. [DE# 11498]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||439|F|0.20|56.00|20200225|B1
91||A104|KCS|Receive and analyze Urgent motion DRA Parties Unopposed Urgent Motion
for Leave to Exceed Page Limit with Respect to Omnibus Reply in Support of DRA
Parties Participation Motions [Case No. 17-3283, Dkt. No. 10835], [Adv. Proc. No.
20-00007, Dkt. No. 14], [Adv. Proc. No. 20-00005, Dkt. No. 11] Relative to: [10835]
MOTION DRA Parties Motion and Memorandum of Law in Support of their (I) Notice that
the DRA is a Party in Interest and can Participate in the Monolines Amended Lift
Stay Litigation and Request to Modify the Amended Revenue Bond Scheduling Order or,
(I filed by AmeriNational Community Services, LLC, Cantor-Katz Collateral Monitor
LLC filed by AmeriNational Community Services, LLC, Cantor-Katz Collateral Monitor
LLC. [DE#11684]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||440|F|0.10|28.00|20200225|B1
91||A104|KCS|Receive and analyze Notice of Hearing on DRA Parties Unopposed Urgent
Motion for Leave to Exceed Page Limit with Respect to Omnibus Reply in Support of
DRA Parties Participation Motions [Case No. 17-3283, Dkt. No. 10835], [Adv. Proc.
No. 20-00007, Dkt. No. 14], [Adv. Proc. No. 20-00005, Dkt. No. 11] Relative to:
[11684] Urgent motion DRA Parties Unopposed Urgent Motion for Leave to Exceed Page
Limit with Respect to Omnibus Reply in Support of DRA Parties Participation Motions

Exhibit G-2 February 2020- 505431.TXT
[Case No. 17-3283, Dkt. No. 10835], [Adv. Proc. No. 20-00007, Dkt. No. 14], [Adv.
Proc. No. 20 filed by AmeriNational Community Services, LLC, Cantor-Katz Collateral
Monitor LLC filed by AmeriNational Community Services, LLC, Cantor-Katz Collateral
Monitor LLC [DE#11685]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||441|F|0.10||22.00|20200225|B1
91||A104|FOD|Read Court's notification of filing of notice of appearance. [Case No.
19-ap-00356, D.E. No. 87][Case No. 19-ap-00359, D.E. No. 65][Case No. 19-ap-00361,
D.E. No. 74]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||442|F|0.10||22.00|20200225|B1
91||A104|FOD|Read notice of appearance filed on behalf of Altair Global Credit
Opportunites Fund (A), LLC, et al. [Case No. 19-ap-00356, D.E. No. 87][Case No.
19-ap-00359, D.E. No. 65][Case No. 19-ap-00361, D.E. No. 74]|66-0554116|220.00|Ojeda
Diez, Francisco|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||443|F|0.70||196.00|20200226|B
191||A104|KCS|Receive and analyze MOTION of Official Committee of Unsecured
Creditors to Amend Tenth Amended Notice, Case Management and Administrative
Procedures Regarding Disclosure Requirements Pursuant to Federal Rule of Bankruptcy
Procedure 2019 (Attachments: # (1) Exhibit A - Proposed Order # (2) Exhibit B -
Press Report Regarding Purchase of Unsecured Claims # (3) Exhibit C - Lawful
Constitutional Debt Coalition Press Releases) filed by the Official Committee of
Unsecured Creditors. [DE# 11746]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||444|F|0.10||28.00|20200226|B1
91||A104|KCS|Receive and analyze MOTION Requesting Entry of Order Setting Briefing
Schedule and Hearing (If Any) on Motion of Official Committee of Unsecured Creditors
to Amend Tenth Amended Notice, Case Management and Administrative Procedures
Regarding Disclosure Requirements Pursuant to Federal Rule of Bankruptcy Procedure
2019 relative to:[11746] MOTION of Official Committee of Unsecured Creditors to
Amend Tenth Amended Notice, Case Management and Administrative Procedures Regarding
Disclosure Requirements Pursuant to Federal Rule of Bankruptcy Procedure 2019 filed
by Official Committee of Unsecured Creditors (Attachments: # (1) Exhibit A -
Proposed Order) filed by the Official Committee of Unsecured Creditors. [DE#
11747]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||445|F|0.10||28.00|20200226|B1
91||A104|KCS|Receive and analyze Disclosure Statement Second Supplemental Verified
Statement Pursuant to Bankr. Rule 2019 filed by the Ad Hoc Group of Noteholders of
FGIC-Insured Notes. [DE# 11748]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||446|F|0.10||28.00|20200226|B1
91||A104|KCS|Receive and analyze MOTION to inform Participation and Observation of
March 4-5, 2020, Omnibus Hearing Relative to: [11729] Order filed by the Sistema de
Retiro de los Empleados de la Autoridad de Energia Electrica (SREAEE), Union de
Trabajadores de la Industria Electrica y Riego (UTIER). [DE#
11753]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||447|F|0.20||56.00|20200227|B1
91||A104|KCS|Receive and analyze Notice of Adjournment as to Certain Claims Subject
to Omnibus Objections (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto
Rico Highways and Transportation Authority, and Employees Retirement System of the
Government of the Commonwealth of Puerto Rico filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto

Exhibit G-2 February 2020- 505431.TXT

Rico, et al. [DE# 11790]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||448|F|0.20||56.00|20200227|B1
91||A104|KCS|Receive and analyze MOTION to inform (Amended) AmeriNational Community
Services, LLCs Appearance at the March 4-5, 2020 Omnibus Hearing Relative to: 11769
Motion to Inform filed by AmeriNational Community Services, LLC filed by NAYUAN
ZOUAIRABANI TRINIDAD on behalf of AmeriNational Community Services, LLC. [DE#
11800]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||449|F|0.10||28.00|20200227|B1
91||A104|KCS|Receive and analyze Reply of the Commonwealth of Puerto Rico, Puerto
Rico Highways and Transportation Authority, and Employees Retirement System of the
Government of the Commonwealth of Puerto Rico to Responses to Filed by Claimants
Joann Calderon Rivera [ECF No. 10239] and Quetcy Ann Cedeno Rodriguez [ECF No.
10230] to the One Hundred Nineteenth Omnibus Objection (Non-Substantive) to
Miscellaneous Deficient Claims Relative to: [9569] Debtor's Omnibus Objection to
Claims - One Hundred Nineteenth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Common filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. filed by The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
[DE# 11788]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||450|F|0.20||56.00|20200227|B1
91||A104|KCS|Receive and analyze JOINT MOTION to inform Updated Joint Status Report
of Movant Ambac Assurance Corporation and Respondents The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority with
Respect to the Rule 2004 Motions Relative to: [10332] Memorandum Order, [10727]
Order (Attachments: # (1) Exhibit AAFAF Letter # (2) Exhibit OB Letter) filed by
AMBAC ASSURANCE CORPORATION, PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY
AUTHORITY, The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE#
11787]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||451|F|1.10||308.00|20200227|B
191||A104|KCS|Receive and analyze Reply of the Commonwealth of Puerto Rico, the
Puerto Rico Highways and Transportation Authority, and the Employees Retirement
System for the Government of the Commonwealth of Puerto Rico to Response Filed by
Hector F. Vallejo Moreno [ECF No. 9987] to One Hundred Twenty-Third Omnibus
Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary
Demands, Employment or Services Provided Relatd to: [9576] Debtor's Omnibus
Objection to Claims One Hundred Twenty-Third Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonw filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. filed by  The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
[DE# 11784]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||452|F|0.10||28.00|20200227|B1
91||A104|KCS|Receive and analyze ORDER regarding: 11126 Response to Motion filed by

Exhibit G-2 February 2020- 505431.TXT

AMBAC ASSURANCE CORPORATION, NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., 11285 STIPULATION Regarding (I) the DRA Parties' Motion and Memorandum of Law in Support of Their Motion for Relief from the Automatic Stay, or in the Alternative, Ordering Payment of Adequate Protection [ECF No. 7643], and (II) the DRA Parties' filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al., 11325 Objection filed by AMBAC ASSURANCE CORPORATION, NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., 11725 Reply to Response to Motion filed by AmeriNational Community Services, LLC, Cantor-Katz Collateral Monitor LLC, 11735 Reply to Response to Motion filed by PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al., AmeriNational Community Services, LLC, Cantor-Katz Collateral Monitor LLC. Joint status report due on or before Friday, February 28, 2020 . If necessary, the Court will hear oral argument on the Stipulation at the March Omnibus Hearing, scheduled to take place on March 4, 2020 at the United States District Court for the District of Puerto Rico. . [DE# 11802]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||453|F|0.10||28.00|20200227|B1 91||A104|KCS|Receive and analyze JOINT MOTION to inform Sixth Joint Status Report of Movant Ambac Assurance Corporation and Respondents The Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Pensions Discovery Motions Relative to: 10376 Order filed AMBAC ASSURANCE CORPORATION, COMMONWEALTH OF PUERTO RICO, PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE# 11803]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||454|F|0.20||56.00|20200227|B1 91||A104|KCS|Receive and analyze URGENT Joint Motion by Ambac Assurance Corporation, The Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority, Seeking an Order Granting an Adjournment of the Hearing on the Pensions Discovery Motions Relative to: 7505 MOTION to Compel Compliance with the Courts December 15, 2017 and February 26, 2018 Orders Regarding the Urgent Renewed Joint Motion of the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Gu filed by AMBAC ASSURANCE CORPORATION, 7507 MOTION for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Pension Liabilities filed by AMBAC ASSURANCE CORPORATION (Attachments: # 1 Proposed Order) filed by AMBAC ASSURANCE CORPORATION, COMMONWEALTH OF PUERTO RICO, PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE# 11805]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||455|F|0.10||28.00|20200227|B1 91||A104|KCS|Receive and analyze ORDER relative to: 7505 MOTION to Compel Compliance with the Courts December 15, 2017 and February 26, 2018 Orders Regarding the Urgent Renewed Joint Motion of the Ad Hoc Group of General Obligation Bondholders, Ambac

Exhibit G-2 February 2020- 505431.TXT

Assurance Corporation, Assured Guaranty Corp., Assured Gu filed by AMBAC ASSURANCE
CORPORATION, 7507 MOTION for Entry of Order Authorizing Discovery Under Bankruptcy
Rule 2004 Concerning Pension Liabilities filed by AMBAC ASSURANCE CORPORATION, 11805
URGENT Joint Motion by Ambac Assurance Corporation, The Financial Oversight and
Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto
Rico Fiscal Agency and Financial Advisory Authority, Seeking an Order Granting an
Adjou filed by COMMONWEALTH OF PUERTO RICO, AMBAC ASSURANCE CORPORATION, PUERTO RICO
FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. Joint Status Report due by 4/16/2020 at 5:00 PM (AST). Hearing on
Pension Discovery Motions set for 3/4/2020 is hereby reset for 4/22/2020 9:30 AM in
Clemente Ruiz-Nazario Courthouse before Magistrate Judge Judith Gail Dein. [DE#
11808]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||456|F|0.10||28.00|20200227|B1
91||A104|KCS|Receive and analyze Urgent motion OF GOVERNMENT PARTIES TO FILE OMNIBUS
OPPOSITION TO MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS CONCERNING PRELIMINARY
HEARINGS ON CCDA, PRIFA, AND HTA LIFT-STAY MOTIONS [ECF NOS. 11686, 11687] AND
REQUEST FOR EXCESS PAGES Relative to: 11686 URGENT Joint Motion to Compel Production
Of Documents Concerning Preliminary Hearing On Lift-Stay Motion filed by NATIONAL
PUBLIC FINANCE GUARANTEE CORPORATION, 11687 Urgent motion of Ambac Assurance
Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Financial
Guaranty Insurance Company to Compel Production of Documents Relating to the
Preliminary Hearing on the CCDA and PRIFA Lift-Stay Motion filed by AMBAC ASSURANCE
CORPORATION, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured
Guaranty Municipal Corp. (Attachments: # 1 Exhibit A - Proposed Order) filed by
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. [DE# 11811]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||457|F|1.60||448.00|20200227|B
191||A104|KCS|Receive and analyze MOTION of Ambac Assurance Corporation, Assured
Guaranty Corp., Financial Guaranty Insurance Company, and the Bank of New York
Mellon to Dismiss in Part Complaint Objecting to Defendants' Claims Regarding CCDA
Bonds relative to: 10079 Complaint filed by The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # 1 Exhibit A-Proposed Order # 2 Exhibit B-Constitution # 3
Exhibit C-Librotex v. AAA # 4 Exhibit D-Commoloco v. Benitez) filed by AMBAC
ASSURANCE CORPORATION, Assured Guaranty Corp., Financial Guaranty Insurance Company,
THE BANK OF NEW YORK MELLON. [DE# 11812]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||458|F|0.10||28.00|20200227|B1
91||A104|KCS|Receive and analyze Notice of Filing of Motion to Dismiss in Part
Complaint Objecting to Defendants' Claims Regarding CCDA Bonds / Notice of Hearing
Relative to: 11812 MOTION of Ambac Assurance Corporation, Assured Guaranty Corp.,
Financial Guaranty Insurance Company, and the Bank of New York Mellon to Dismiss in
Part Complaint Objecting to Defendants' Claims Regarding CCDA Bonds relative to:
10079 Complaint filed by filed by THE BANK OF NEW YORK MELLON, AMBAC ASSURANCE
CORPORATION, Financial Guaranty Insurance Company, Assured Guaranty Corp. filed by
AMBAC ASSURANCE CORPORATION, Assured Guaranty Corp., Financial Guaranty Insurance
Company, THE BANK OF NEW YORK MELLON. [DE# 11813]|66-0554116|280.00|Suria, Kenneth

Exhibit G-2 February 2020- 505431.TXT

C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||459|F|2.10||588.00|20200227|B
191||A104|KCS|Receive and analyze Notice of Presentment of Amended Proposed Order
Regarding Motion for Order (A) Establishing Deadlines and Procedures for Filing
Proofs of Claim and (B) Approving Form and Manner of Notice Thereof (Attachments: #
1 Exhibit A # 2 Exhibit B) filed by The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE#
11814, 139 pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||460|F|1.80||504.00|20200227|B
191||A104|KCS|Receive and analyze Notice of Presentment of Amended Proposed Order
Regarding Motion for Order (A) Establishing Deadlines and Procedures for Filing
Proofs of Claim and (B) Approving Form and Manner of Notice Thereof (Attachments: #
1 Exhibit A # 2 Exhibit B) filed by The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE#
11815, 139 pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||461|F|0.10||28.00|20200227|B1
91||A104|KCS|Receive and analyze Notice of Filing of Motion to Dismiss in Part
Complaint Objecting to Defendants' Claims Regarding PRIFA Bonds Notice of Motion
Relative to: 11815 MOTION of Ambac Assurance Corporation et al in Part Complaint
Objecting to Defendants' Claims Regarding PRIFA Bonds relative to: 10071 Complaint
filed by AMBAC ASSURANCE CORPORATION, Financial Guaranty Insurance Company, Assured
Guaranty Corp. filed by AMBAC ASSURANCE CORPORATION, et al. [DE#
11816]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||462|F|0.70||196.00|20200203|B
310||A104|KCS|Receive and analyze Omnibus Objection of Official Committee of
Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule
3007, to Claims Filed or Asserted Against Commonwealth by Holders of General
Obligation Bonds Asserting Priority Over Other Commonwealth Unsecured Creditors
(Attachments: # (1) Exhibit A - Proposed Order # (2) Exhibit B # (3) Exhibit C)
filed by Official Committee of Unsecured Creditors. [DE
10638]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||463|F|0.10||22.00|20200203|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
23679/30852) of filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit # (2) Envelope) Lilliam Hernandez Torres. Docket
10629.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||464|F|0.30||66.00|20200203|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 32686)
filed by The Financial Oversight and Management Board for Puerto Rico,
Representative of the Commonwealth of Puerto Rico, Ivette Melendez Rivera. Docket
10630.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||465|F|0.30||66.00|20200203|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 22648)
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Joaquin Vazquez Melendez. Docket
10631.|66-0554116|220.00|González, Yasthel|AS|[]

Exhibit G-2 February 2020- 505431.TXT
20200229|505431|1600|01001|81936.97|20200201|20200229||466|F|0.20||44.00|20200203|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 18674)
[9558] Debtor's Omnibus Objection to Claims filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Notice of Defective Pleading # (2) Exhibit # (3)
Envelope) Karla M Vazquez Melendez. Docket 10632.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||467|F|0.10||22.00|20200203|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 32870)
[9549] Debtor's Omnibus Objection to Claims filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Notice of Defective Pleading # (2) Envelope) Irene
Feliciano Velez. Docket 10619.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||468|F|0.20||44.00|20200203|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
71257/83489) [9558] Debtor's Omnibus Objection to Claims filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Alejandrina Velazquez Nieves. Docket 10617.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||469|F|0.10||22.00|20200203|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 60274)
[9553] Debtor's Omnibus Objection to Claims filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Joann M Penaloza Santiago.
Docket 10614.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||470|F|0.10||22.00|20200203|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
42035/57731) [9551] Debtor's Omnibus Objection to Claims filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Notice of Defective Pleading
# (2) Exhibit # (3) Envelope) Sandra Maldonado Gonzalez.  Docket
10622.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||471|F|0.10||22.00|20200203|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 150265)
[9897] Debtor's Omnibus Objection to Claims filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Hector A Gonzalez Pena.
Docket 10623.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||472|F|0.10||22.00|20200203|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 119089)
[9939] Debtor's Omnibus Objection to Claims filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Amarilis Rosado Padilla.
Docket 10624.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||473|F|0.10||22.00|20200203|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 122439)
[9901] Debtor's Omnibus Objection to Claims filed by The Financial Oversight and

Exhibit G-2 February 2020- 505431.TXT

Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Jose Alfredo Matias Perez. Docket 10626.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||474|F|0.10||22.00|20200203|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 36037) [9546] Debtor's Omnibus Objection to Claims filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) Amalia N Arce Rodriguez. Docket 10627.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||475|F|0.10||22.00|20200203|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 165901) [9939] Debtor's Omnibus Objection to Claims filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) RAFAEL SANTIAGO QUINONES. Docket 10628.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||476|F|0.20||56.00|20200204|B3 10||A104|KCS|Receive and analyze Unopposed Urgent Joint Motion of the Ad Hoc Group of General Obligation Bondholders, the Ad Hoc Group of Constitutional Debtholders, and Assured Guaranty Corp. and Assured Guaranty Municipal Corp., for Leave to Exceed Page Limit with Respect to Joint Motion to Dismiss the Public Debt Claim Objections (Attachments: # (1) Exhibit A - Proposed Order) filed by HOWARD R. HAWKINS on behalf of Ad Hoc Group of Constitutional Debt Holders, Ad Hoc Group of General Obligation Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp. [DE 10647]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||477|F|0.10||22.00|20200204|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 164342) filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) Rosa M. Santoni Lopez. Docket 10652.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||478|F|0.10||22.00|20200204|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 75456) [9554] Debtor's Omnibus Objection to Claims filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Notice of Defective Pleading # (3) Envelope) Jorge L. Perez Salas. Docket 10651.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||479|F|0.20||44.00|20200204|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 140954, 98554) filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, Myrna Acosta Cruz. Docket 10653.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||480|F|0.10||22.00|20200204|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 130527) filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Ana R. Rolon Salgado. Docket 10655.|66-0554116|220.00|González, Yasthel|AS|[]

Exhibit G-2 February 2020- 505431.TXT

20200229|505431|1600|01001|81936.97|20200201|20200229||481|F|0.10||22.00|20200204|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 40439,
40290) [9557] Debtor's Omnibus Objection to Claims filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit in Spanish # (2) Envelope) Ana E.
Santos Molina. Docket 10654.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||482|F|0.10||22.00|20200204|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 138765)
[9940] Debtor's Omnibus Objection filed by The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit) Zayda Ivette Soto Cabrera. Docket
10657.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||483|F|0.10||22.00|20200204|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 164308)
[9938] Debtor's Omnibus Objection to Claims filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) Ana R. Rolon Salgado. Docket
10656.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||484|F|0.10||22.00|20200204|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 162648)
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Arminda Rivera Concepcion. Docket 10658.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||485|F|0.10||22.00|20200204|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 153917)
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Ana Hilda Cruz Cruz, Docket 10660.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||486|F|0.10||22.00|20200204|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 133099)
[9895] Debtor's Omnibus Objection to Claims One Hundred Twenty-Sixth Omnibus filed
by The Financial Oversight and Management Board for Puerto Rico, as Representative
of the Commonwealth of Puerto Rico, et al., Ana Rosa Cruz Cruz. Docket
10661.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||487|F|0.10||22.00|20200204|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 32809)
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Madeline Santiago Serrano.
Docket 10663.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||488|F|0.10||22.00|20200204|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 71678)
[9548] Debtor's Omnibus Objection to Claims Ninety-Eighth Omnibus Objection. Docket
10665.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||489|F|0.10||22.00|20200204|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 117480)
filed by The Financial Oversight and Management Board for Puerto Rico, as

Exhibit G-2 February 2020- 505431.TXT

Representative of the Commonwealth of Puerto Rico, et al. Ines Gonzalez Cruz. Docket 10666.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||490|F|0.10||22.00|20200204|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 86660)
[9576] Debtor's Omnibus Objection to Claims One Hundred Twenty-Third filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. Nachelyn M. Rivera Colon. Docket 10667.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||491|F|0.10||22.00|20200204|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 86660)
[9576] Debtor's Omnibus Objection to Claims One Hundred Twenty-Third filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. Nilda Estrella Santiago Hernandez. Docket 10668.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||492|F|0.10||22.00|20200204|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 66296)
[9551] Debtor's Omnibus Objection to Claims One Hundred and First Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. Sandra Lopez Rodriguez,. Docket 10669.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||493|F|0.10||22.00|20200204|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 12860)
[9550] Debtor's Omnibus Objection to Claims - One Hundredth Omnibus Objection Response to Debtor's Objection to Claims (Number(s): 12860) [9550] Debtor's Omnibus Objection to Claims filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al Ramon Hernandez Rivera. Docket 10670.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||494|F|0.10||22.00|20200204|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 80561)
[9548] Debtor's Omnibus Objection to Claims Ninety-Eighth Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. Elides De Jesus Colon. Docket 10672.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||495|F|0.30||66.00|20200204|B3 10||A104|YG|Analyze Response to Omnibus ObjectionResponse to Omnibus Objection filed by Alvin R. Rivera Guardiola. Docket 10671.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||496|F|0.10||22.00|20200204|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 76805)
[9548] Debtor's Omnibus Objection to Claims Ninety-Eighth Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Elides De Jesus Colon. Docket 10673.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||497|F|0.10||22.00|20200204|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 18881)
[9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2)

Exhibit G-2 February 2020- 505431.TXT

Envelope) Olga Colon Padilla. Docket 10674.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||498|F|0.10||22.00|20200204|B3
10||A104|YG|Analyze Amended Response to Debtor's Objection to Claims (Number(s):
122917) [9915] Debtor's Omnibus Objection to Claims One Hundred Thirty-Seventh filed
by The Financial Oversight and Management Board for Puerto Rico, as Representative
of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2)
Envelope) Yolanda Colon Torres. Docket 10675.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||499|F|0.10||22.00|20200204|B3
10||A104|YG|Analyze Amended Response to Debtor's Objection to Claims (Number(s):
97765) [9945] Debtor's Omnibus Objection to Claims One Hundred Fifty-Sixth Omnibus
Objection Amended Commonwe filed by The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit # (2) Envelope) Yolanda Colon Torres.  Docket
10676.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||500|F|0.10||22.00|20200204|B3
10||A104|YG|Analyze Response to Omnibus Objection Response to Omnibus Objection
filed by Yolanda Colon Torres. Docket 10677.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||501|F|0.10||22.00|20200204|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 96299)
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Luis A. Carrasquillo Maldonado. Docket
10644.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||502|F|0.10||22.00|20200204|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 95857) by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Evelyn Morales Figueroa. Docket 10646.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||503|F|0.10||22.00|20200204|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 107040)
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Evelyn Burgos Santos. Docket
10647.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||504|F|0.10||22.00|20200204|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 136369)
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Jose Antonio Cintron Gonzalez. Docket
10649.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||505|F|0.10||22.00|20200204|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 155141)
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) JOSEFINA MORALES TORRES. Docket

Exhibit G-2 February 2020- 505431.TXT

10650.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||506|F|2.30||644.00|20200205|B
310||A104|KCS|Receive and analyze Motion to Dismiss (GO/PBA Bonds Claim Objection)
Relative to: [4784] Omnibus Objection of (I) Financial Oversight and Management
Board, Acting Through Its Special Claims Committee, and (II) Official Committee of
Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule
3007 filed by Official Committee of Unsecured Creditors, [7057] Omnibus Objection of
Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502
and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain 2011
Commonwealth General Obligation Bonds filed by Official Committee of Unsecured
Creditors, [8141] MOTION / Omnibus Objection of Official Committee of Unsecured
Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to
Claims Filed or Asserted Against Commonwealth by Holders of Certain Puerto Rico
Public Buildings Authority Bo filed by Official Committee of Unsecured Creditors,
[9730] MOTION Omnibus Objection of the Lawful Constitutional Debt Coalition,
pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or
Asserted by Holders of Certain Bonds Issued or Guaranteed by the Commonwealth filed
by Lawful Constitutional Debt Coalition (Attachments: # (1) Exhibit 1 # (2) Exhibit
2 # (3) Exhibit 3 # (4) Exhibit 4 # (5) Exhibit 5 # (6) Exhibit 6 # (7) Exhibit 7 #
(8) Exhibit 8 # (9) Exhibit 9 # (10) Exhibit 10 # (11) Exhibit 11 # (12) Exhibit 12)
filed by the Ad Hoc Group of General Obligation Bondholders. [DE# 10702, 412 pgs.,
read main document and cursory review of the exhibits.]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||507|F|0.20||56.00|20200205|B3
10||A104|KCS|Receive and analyze Memorandum of law Supplemental Memorandum of Law in
Support of Motion to Dismiss Relative to: [10702] Motion to Dismiss (GO/PBA Bonds
Claim Objection) Relative to: [4784] Omnibus Objection of (I) Financial Oversight
and Management Board, Acting Through Its Special Claims Committee, and (II) Official
Committee of Unsecured Creditors, Pursuant to B filed by Ad Hoc Group of General
Obligation Bondholders filed by Ad Hoc Group of General Obligation Bondholders.
[DE#10704]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||508|F|0.20||56.00|20200205|B3
10||A104|KCS|Receive and analyze Motion for Joinder and Response Relative to:
[10702] Motion to Dismiss (GO/PBA Bonds Claim Objection) Relative to: [4784] Omnibus
Objection of (I) Financial Oversight and Management Board, Acting Through Its
Special Claims Committee, and (II) Official Committee of Unsecured Creditors,
Pursuant to B filed by Ad Hoc Group of General Obligation Bondholders (Attachments:
# (1) Exhibit Certificate) filed by the QTCB Noteholder Group.
[DE#10705]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||509|F|0.10||22.00|20200205|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 112425)
[9934] Debtor's Omnibus Objection to Claims One Hundred Forty-First Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Miriam Martinez Ortiz. Docket 10681.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||510|F|0.10||22.00|20200205|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 119632)

Exhibit G-2 February 2020- 505431.TXT

[9921] Debtor's Omnibus Objection to Claims One Hundred Thirty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) ELIZABETH GUTIERREZ ROIG. Docket 10682.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||511|F|0.20||44.00|20200205|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 113749)
[9901] Debtor's Omnibus Objection to Claims One Hundred Twenty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Damaris Medina Ramos. Docket
10686.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||512|F|0.10||22.00|20200205|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 129182)
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Karen J. Bello Correa. Docket
10683.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||513|F|0.10||22.00|20200205|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 138475)
[9912] Debtor's Omnibus Objection to Claims One Hundred Thirty-Sixth Omnibus
Objection by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Karen J. Bello Correa. Docket
10684.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||514|F|0.10||22.00|20200205|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 146621)
[9892] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fourth Omnibus
Objection filed by Francisco Alicea Rodriguez. Docket
10685.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||515|F|0.10||22.00|20200205|B3
10||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims
(Number(s): 86474, 87677, 98817, 99074, 103262 and 10552) [9565] Debtor's Omnibus
Objection to Claims One Hundred and Fifteenth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Madeline Rivera Rodriguez.
Docket 10687.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||516|F|0.20||44.00|20200205|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 142415)
[9897] Debtor's Omnibus Objection to Claims One Hundred Twenty-Seventh Omnibus
Objection  filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit in Spanish # (2) Envelope) Diana I. Hernandez Perez. Docket
10688.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||517|F|0.20||44.00|20200205|B3
10||A104|YG|Analyze Response to Omnibus Objection filed by Norma Iris Castro
Rodriguez. Docket 10689.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||518|F|0.10||22.00|20200205|B3

Exhibit G-2 February 2020- 505431.TXT
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 8197)
[8970] Debtor's Omnibus Objection to Claims Eighty-Third Omnibus Objection filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Frank Vargas Mantilla. Docket 10690.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||519|F|0.10||22.00|20200205|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 164079)
[9942] Debtor's Omnibus Objection to Claims One Hundred Forty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Reinaldo Irizarry Rodriguez. Docket 10691.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||520|F|0.10||22.00|20200205|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 69296,
69755) [9556] Debtor's Omnibus Objection to Claims - One Hundred and Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Ramona M. Ruiz Nieves. Docket
10692.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||521|F|0.10||22.00|20200205|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 106922)
[9563] Debtor's Omnibus Objection to Claims One Hundred and Thirteenth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) CARLOS MORALES VAZQUEZ. Docket 10693.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||522|F|0.10||28.00|20200206|B3
10||A104|KCS|Receive and analyze ORDER REGARDING ADJOURNMENT OF HEARING, AND
TRANSLATION AND INTERPRETATION SERVICES, IN CONNECTION WITH CERTAIN RESPONSES TO
OMNIBUS OBJECTIONS TO CLAIMS. Responses: [10508], [10509], [10514], [10516],
[10517], [10518], [10519], [10520], [10521], [10523], [10524], [10531], [10532],
[10534], [10535], [10536], [10542], [10543], [10544], [10545], [10546], [10547],
[10556], [10557], [10558], [10559], [10561], [10562], [10563], [10564], [10565],
[10569], [10571], [10572], [10575], [10576], [10578], [10579], [10580], [10581],
[10582], [10583], [10584], [10585], [10586], [10587], [10588], [10589], [10614],
[10617], [10619], [10622], [10627], [10629], [10630], [10631], [10632]. The hearing
on each of the Objections is adjourned from January 29, 2020, to March 4, 2020, at
9:30 a.m.  [DE# 10710]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||523|F|0.10||28.00|20200206|B3
10||A104|KCS|Receive and analyze ORDER ON [10604] URGENT JOINT MOTION TO MODIFY
DISCOVERY AND BRIEFING SCHEDULE WITH RESPECT TO CERTAIN ISSUES RAISED IN CERTAIN
CONTESTED MATTERS AND ADVERSARY PROCEEDINGS RELATED TO THE BONDS ISSUED BY THE
EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO.
Related document:[8899] URGENT Joint Motion to Modify Order Regarding Stay and
Mandatory Mediation with Respect to Certain Issues Raised in Certain Contested
Matters and Adversary Proceedings Related to The Bonds Issued by The Employees
Retirement System of The Government of The Commonwealth of Puerto Rico filed by
Official Committee of Unsecured Creditors, [8962] Order. [DE#

Exhibit G-2 February 2020- 505431.TXT
10728]]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||524|F|0.10||22.00|20200206|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 11114)
[9569] Debtor's Omnibus Objection to Claims - One Hundred Nineteenth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Notice
of Defective Pleading # (2) Envelope) ANA CANCEL TORRES. Docket
10717.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||525|F|0.10||22.00|20200206|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 114968)
[9936] Debtor's Omnibus Objection to Claims One Hundred Forty-Third Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Myriam Panell Morales,. Docket 10716.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||526|F|0.10||22.00|20200206|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 120428)
[9933] Debtor's Omnibus Objection to Claims One Hundred Fortieth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Isabel M Jimenez Medina. Docket 10714.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||527|F|0.10||22.00|20200206|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 147081)
[9900] Debtor's Omnibus Objection to Claims One Hundred Twenty-Eight Omnibus
Objection filed by Carmen M. Mendez Hernandez. Docket
10713.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||528|F|0.10||22.00|20200206|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 72562)
[9560] Debtor's Omnibus Objection to Claims - One Hundred Tenth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Ana Rosa Cruz Cruz. Docket
10712.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||529|F|0.30||66.00|20200206|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 145850)
[9921] Debtor's Omnibus Objection to Claims One Hundred Thirty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Ana M Haddock Rivera. Docket
10715.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||530|F|0.20||44.00|20200206|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 160905)
[9907] Debtor's Omnibus Objection to Claims One Hundred Thirty-Third Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Agustina Santos Chamorro. Docket
10725.|66-0554116|220.00|González, Yasthel|AS|[]

Exhibit G-2 February 2020- 505431.TXT

20200229|505431|1600|01001|81936.97|20200201|20200229||531|F|0.20||44.00|20200206|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 141770)
[9939] Debtor's Omnibus Objection to Claims >One Hundred Fourty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Carmen Santiago Bone. Docket 10724.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||532|F|0.10||22.00|20200206|B3
10||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims
(Number(s): 16128) [9570] Debtor's Omnibus Objection to Claims - One Hundred
Twentieth Omnibus Objection filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit # (2) Envelope) Nancy Gonzalez Oliver. Docket
10722.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||533|F|0.10||22.00|20200206|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 118725)
[9935] Debtor's Omnibus Objection to Claims One Hundred Forty-Second Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Lillian Maura Gracia. Docket 10735.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||534|F|0.10||22.00|20200206|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 140207,
128770, 137339) [9900] Debtor's Omnibus Objection to Claims One Hundred Twenty-Eight
Omnibus Objection filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit) Dora A. Lozada Rivera. Docket 10734.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||535|F|0.10||22.00|20200207|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 124791)
[9912] Debtor's Omnibus Objection to Claims One Hundred Thirty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Dania M Carpena Martinez.  Docket 10763.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||536|F|0.10||22.00|20200207|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 119632)
[9921] Debtor's Omnibus Objection to Claims One Hundred Thirty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) ELIZABETH GUTIERREZ ROIG. Docket 10764.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||537|F|0.10||22.00|20200207|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 119482)
[9936] Debtor's Omnibus Objection to Claims One Hundred Forty-Third Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) DORIS L PORTO TORRES. Docket 10765.|66-0554116|220.00|González,

Exhibit G-2 February 2020- 505431.TXT

Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||538|F|0.10||22.00|20200207|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 149470)
[9911] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Jose L Alvarado Toledo. Docket 10767.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||539|F|0.10||22.00|20200207|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 115623)
[9908] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Myrna Torres Hernandez. Docket 10769.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||540|F|0.20||44.00|20200207|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
96621/49762/94057) [9560] Debtor's Omnibus Objection to Claims - One Hundred Tenth
Omnibus Objection filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit # (2) Envelope) Tamara Colon Torres. Docket
10726.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||541|F|0.20||44.00|20200207|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 130384)
[9941] Debtor's Omnibus Objection to Claims One Hundred Forty-Eighth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Nelida Vega Burgos. Docket
10731.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||542|F|0.30||66.00|20200207|B3
10||A104|YG|Analyze Notice of Filing of Creditor List for Puerto Rico Public
Buildings Authority. Docket 10708.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||543|F|0.30||66.00|20200207|B3
10||A104|YG|Analyze Notice of Filing of Creditor Matrix for Puerto Rico Public
Buildings Authority. Docket 10709.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||544|F|0.10||22.00|20200207|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 156944)
[9894] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Noel Cordero Fernandez. Docket
10737.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||545|F|0.10||22.00|20200207|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 148563)
[9911] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Adalis Alicea Toyens. Docket

Exhibit G-2 February 2020- 505431.TXT

10736.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||546|F|0.10||22.00|20200207|B3
10||A104|YG|Analyze Response in Support to [9365] Motion Submitting Interim Report
and Recommendation of the Mediation Team. RESPONSE in Support to [9365] Motion
Submitting Interim Report and Recommendation of the Mediation Team filed by Mark P.
Scher. Docket 10739.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||547|F|0.10||22.00|20200207|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 122337)
[9943] Debtor's Omnibus Objection to Claims One Hundred Fiftieth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Ivette Rodriguez de Duran. Docket
10738.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||548|F|0.10||22.00|20200207|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 140207,
128770, 137339) [9900] Debtor's Omnibus Objection to Claims One Hundred Twenty-Eight
Omnibus Objection filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit # (2) Envelope) Adalis Alicea Toyens. Docket
10734.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||549|F|0.10||22.00|20200207|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 116721)
[9921] Debtor's Omnibus Objection to Claims One Hundred Thirty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Marta R. Gerena Landrau. Docket 10733.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||550|F|0.10||22.00|20200207|B3
10||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) Response to
Omnibus Objection (No Objection on File) filed by Natalia Colon Agosto. Docket
10741.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||551|F|0.20||44.00|20200207|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 132900,
143918, 116688, 121990 filed by The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit # (2) Envelope) LYDIA PORTALATIN COLON. Docket
10740.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||552|F|0.10||22.00|20200207|B3
10||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims
(Number(s): 28413) [9553] Debtor's Omnibus Objection to Claims One Hundred and Third
Omnibus Objection Supplemental filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit # (2) Envelope) Julio Padilla Rivera. Docket
10743.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||553|F|0.10||22.00|20200207|B3
10||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims
(Number(s): 12860) [9550] Debtor's Omnibus Objection to Claims filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the

Exhibit G-2 February 2020- 505431.TXT
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Ramon Hernandez Rivera. Docket 10744.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||554|F|0.10||22.00|20200207|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 14839)
filed by COMMONWEALTH OF PUERTO RICO (Attachments: # (1) Exhibit # (2) Envelope)
Gloria M. Rivera Valentin. Docket 10745.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||555|F|0.20||44.00|20200207|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 70230)
[9548] Debtor's Omnibus Objection to Claims Ninety-Eighth Omnibus Objection filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) Alicia Guilbe
Mercado. Docket 10746.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||556|F|0.10||22.00|20200207|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 150192)
[9940] Debtor's Omnibus Objection to Claims One Hundred Forty-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Elba A. Torres Cruz. Docket
10747.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||557|F|0.10||22.00|20200207|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 160059)
[9943] Debtor's Omnibus Objection to Claims One Hundred Fiftieth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Maribel Reyes Perez. Docket
10749.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||558|F|0.30||84.00|20200210|B3
10||A104|KCS|Receive and analyze MOTION of Official Committee of Unsecured Creditors
for Order, Pursuant to Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule
3007, (A) Setting Briefing Schedule and Hearing Date for Omnibus Objection to Claims
Filed or Asserted Against Commonwealth by Holders of General Obligation Bonds
Asserting Priority Over Other Commonwealth Unsecured Creditors [Docket No. 10638],
(B) Approving Form of Notice and (C) Granting Related Relief relative to:[10638]
Omnibus Objection of Official Committee of Unsecured Creditors, Pursuant to
Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted
Against Commonwealth by Holders of General Obligation Bonds Asserting Priority Over
filed by Official Committee of Unsecured Creditors (Attachments: # (1) Proposed
Order) filed by the Official Committee of Unsecured Creditors.
[DE#10754\|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||559|F|0.10||28.00|20200210|B3
10||A104|KCS|Receive and analyze Notice of Hearing on Motion of Official Committee
of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Sections 105(a) and
502 and Bankruptcy Rule 3007, to (A) Setting Briefing Schedule and Hearing Date for
Omnibus Objection to Claims Filed or Asserted Against Commonwealth by Holders of
General Obligation Bonds Asserting Priority Over Other Commonwealth Unsecured
Creditors [Docket No. 10638], (B) Approving Form of Notice and (C) Granting Related
Relief Relative to: [10754] MOTION of Official Committee of Unsecured Creditors for
Order, Pursuant to Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007,

Exhibit G-2 February 2020- 505431.TXT

(A) Setting Briefing Schedule and Hearing Date for Omnibus Objection to Claims Filed or Asserted Against Commo filed by Official Committee of Unsecured Creditors filed by the Official Committee of Unsecured Creditors.
[DE#10755]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||560|F|0.80||224.00|20200210|B310||A104|KCS|Receive and analyze Motion Submitting Amended Report and Recommendation of the Mediation Team Relative to: [8244] Order, [9016] Order Granting Motion, [9618] Order, [9661] Order (Attachments: # (1) Exhibit 1 # (2) Exhibit 2) filed by [Hindman, Matthew]. [DE#10756]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||561|F|0.20||56.00|20200210|B310||A104|KCS|Receive and analyze Urgent motion DRA Parties Unopposed Urgent Motion for Leave to Exceed Page Limit with Respect to Opening Brief in Claims Objection Litigation Relative to: [9619] Scheduling Order - Case Management Order filed by AmeriNational Community Services, LLC, Cantor-Katz Collateral Monitor LLC.
[DE#10757]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||562|F|0.10||28.00|20200210|B310||A104|KCS|Receive and analyze Notice Notice of Hearing on the DRA Parties Unopposed Urgent Motion for Leave to Exceed Page Limit with Respect to Opening Brief in Claims Objection Litigation Relative to: [10757] Urgent motion DRA Parties Unopposed Urgent Motion for Leave to Exceed Page Limit with Respect to Opening Brief in Claims Objection Litigation Relative to: [9619] Scheduling Order - Case Management Order filed by AmeriNational Community Services, LLC, Cantor-Katz Collateral Monitor LLC filed by NAYUAN ZOUAIRABANI TRINIDAD on behalf of AmeriNational Community Services, LLC, Cantor-Katz Collateral Monitor LLC.
[DE#10758]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||563|F|0.10||28.00|20200210|B310||A104|KCS|Receive and analyze Order Granting [10757] DRA Parties' Unopposed Urgent Motion for Leave to Exceed Page Limit with Respect to Opening Brief in Claims Objection Litigation. [DE#10777]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||564|F|1.40||392.00|20200210|B310||A104|KCS|Receive and analyze Notice of (A) Withdrawal of Objection to Certain Claims and (B) Submission of Amended Schedules for the Seventy-Eight Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Claim No. 10144) Relative to: [8964] Debtor's Omnibus Objection to Claims Seventy-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of P filed by PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, [10256] Order (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE# 10793, 172 pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||565|F|1.40||392.00|20200210|B310||A104|KCS|Receive and analyze Notice Fourth Notice of (A) Adjournment as to Certain Claims, (B) Withdrawal of Objections to Certain Claims and (C) Submission of Amended Schedules for the Seventy-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and

Exhibit G-2 February 2020- 505431.TXT
Employees Retirement System of the Government of the Commonwealth of Puerto Rico.
Relative to: [8965] Debtor's Omnibus Objection to Claims - Seventy-Ninth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth of filed by COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS
AND TRANSPORTATION AUTHORITY, [9392] Order, [9458] Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [9760] Notice filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al., [10380] Notice filed by The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE# 10794, 170 pgs.]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||566|F|1.40||392.00|20200210|B
310||A104|KCS|Receive and analyze Notice Fourth Notice of (A) Adjournment as to
Certain Claims, (B) Withdrawal of Objections to Certain Claims and (C) Submission of
Amended Schedules for the Eightieth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth of Puerto Rico.
Relative to: [10381] Notice filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by  The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE# 10795, 169 pgs.]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||567|F|1.40||392.00|20200210|B
310||A104|KCS|Receive and analyze Notice Fourth Notice of (A) Adjournment as to
Certain Claims, (B) Withdrawal of Objections to Certain Claims and (C) Submission of
Amended Schedules for the Eighty-First Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth of Puerto Rico.
Relative to: [10382] Notice filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al.  [DE# 10796, 170 pgs.]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||568|F|0.10||22.00|20200210|B3
10||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims
(Number(s): 112425) [9934] Debtor's Omnibus Objection to Claims One Hundred
Forty-First Omnibus Objection filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Index) Miriam Martinez Ortiz. Docket
10759.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||569|F|0.10||22.00|20200210|B3

Exhibit G-2 February 2020- 505431.TXT
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 115327)
[9934] Debtor's Omnibus Objection to Claims One Hundred Forty-First Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Wanda E Martinez Zayas. Docket 10760.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||570|F|0.10||22.00|20200210|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 117287)
[9935] Debtor's Omnibus Objection to Claims One Hundred Forty-Second Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Miguel A Ofray Ortiz. Docket 10761.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||571|F|0.10||22.00|20200210|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 115410)
[9938] Debtor's Omnibus Objection to Claims One Hundred Forty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Sonia Roque Rodriguez. Docket 10762.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||572|F|0.10||22.00|20200210|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 112149)
[9933] Debtor's Omnibus Objection to Claims One Hundred Fortieth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Elena Hernandez Escalante. Docket 10766.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||573|F|0.10||22.00|20200210|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 51568)
[9546] Debtor's Omnibus Objection to Claims - Ninety-Sixth Omnibus Objection filed
by The Financial Oversight and Management Board for Puerto Rico, as Representative
of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) JOSE LUIS
ALVAREZ ALAMO. Docket 10770.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||574|F|0.10||22.00|20200210|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 112507)
[9935] Debtor's Omnibus Objection to Claims One Hundred Forty-Second Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Omalis Morales Ramos. Docket 10768.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||575|F|0.10||22.00|20200210|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 32148)
[8967] Debtor's Omnibus Objection to Claims Eightieth Omnibus Objection filed by
Maria L. Perez Maysonet. Docket 10771.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||576|F|0.10||22.00|20200210|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 47835)
[9549] Debtor's Omnibus Objection to Claims Ninety-Ninth Omnibus Objection filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of

Exhibit G-2 February 2020- 505431.TXT

the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) VILMARIE
GARCIA. Docket 10772.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||577|F|0.10||22.00|20200210|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 93101)
[9564] Debtor's Omnibus Objection to Claims One Hundred and Fourteenth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Norma Iris Nunez Falcon. Docket 10773.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||578|F|0.10||22.00|20200210|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
48968/46380) [9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Affidavit # (2) Envelope) William O. Collazo Moringlane. Docket
10779.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||579|F|0.10||22.00|20200210|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 92474)
[9553] Debtor's Omnibus Objection to Claims One Hundred and Third Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Norma Iris Nunez Falcon. Docket 10774.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||580|F|0.10||22.00|20200210|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 91122)
[9564] Debtor's Omnibus Objection to Claims One Hundred and Fourteenth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Wilma Nunez Falcon. Docket 10775.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||581|F|0.10||22.00|20200210|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 121710)
[9892] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Sonia M. Acevedo Perez. Docket
10778.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||582|F|0.10||22.00|20200210|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 105928)
[9946] Debtor's Omnibus Objection to Claims One Hundred Fifty-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Anibal Mendez Perez. Docket
10780.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||583|F|0.10||22.00|20200210|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
147585)[9941] Debtor's Omnibus Objection to Claims One Hundred Fourty-Eighth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)

Exhibit G-2 February 2020- 505431.TXT

Envelope) Maria de Lourdes Vargas Cintron. Docket 10781.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||584|F|0.10||22.00|20200210|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 153179)
[9941] Debtor's Omnibus Objection to Claims One Hundred Fourty-Eighth Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Carmen Rita Velazquez Vives. Docket 10782.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||585|F|0.10||22.00|20200210|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 1132327)
[9942] Debtor's Omnibus Objection to Claims One Hundred Forty-Ninth Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Carmen S. Cruz Brito. Docket 10785.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||586|F|0.10||22.00|20200210|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 27812)[9572] Debtor's Omnibus Objection to Claims - One Hundred Twenty-First Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Luis Marcano Garcia. Docket 10786.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||587|F|0.10||22.00|20200210|B3 10||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) by Barbara Calderon Pereira. Docket 10787.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||588|F|0.10||22.00|20200210|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 160396)[9894] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fifth Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Margarita Cintron de Armas. Docket 10788.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||589|F|0.10||22.00|20200210|B3 10||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims (Number(s): 28179/27280) [9557] Debtor's Omnibus Objection to Claims One Hundred and Seventh Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Mayra E. Torres Ramos. Docket 10789.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||590|F|0.10||22.00|20200210|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 149400)
[9905] Debtor's Omnibus Objection to Claims One Hundred Thirty-First Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Maria S. Rivera Rivera. Docket 10791.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||591|F|0.10||22.00|20200210|B3

Exhibit G-2 February 2020- 505431.TXT

10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 148004)
[9905] Debtor's Omnibus Objection to Claims One Hundred Thirty-First Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Maria S. Rivera Rivera. Docket
10792.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||592|F|1.30||364.00|20200211|B
310||A104|KCS|Receive and analyze Notice of (A) Withdrawal of Objection to Certain
Claims and (B) Submission of Amended Schedules for the Eighty-Fifth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth of Puerto Rico (Claim No. 58044). Relative to: [8973] Debtor's
Omnibus Objection to Claims Eighty-Fifth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth of Pue filed by
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
(Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al.  [DE# 10799, 159 pgs.]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||593|F|1.30||364.00|20200211|B
310||A104|KCS|Receive and analyze Notice of (A) Withdrawal of Objection to Certain
Claims and (B) Submission of Amended Schedules for the Eighty-Seventh Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
Puerto Rico (Claim Nos. 131449, 59274, and 69032) Relative to: [8976] Debtor's
Omnibus Objection to Claims Eighty-Seventh Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth of P filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit
B # (3) Proposed Order) filed by HThe Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.  [DE#
10801, 158 pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||594|F|1.30||364.00|20200211|B
310||A104|KCS|Receive and analyze Fourth Notice of (A) Adjournment as to Certain
Claims and (B) Submission of Amended Schedule for the Eighty-Ninth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico Relative to: [8978] Debtor's Omnibus Objection to Claims
- Eighty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth of filed by COMMONWEALTH OF PUERTO
RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY (Attachments: # (1)
Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto

Exhibit G-2 February 2020- 505431.TXT

Rico, et al.   [DE# 10802, 159 pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||595|F|1.30||364.00|20200211|B
310||A104|KCS|Receive and analyze Notice of (A) Withdrawal of Objection to Certain
Claims and (B) Submission of Amended Schedules for the Eighty-Sixth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth of Puerto Rico (Claim Nos. 92022 and 114058). Relative to: [8975]
Debtor's Omnibus Objection to Claims Eighty-Sixth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Pue filed by COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS
AND TRANSPORTATION AUTHORITY (Attachments: # (1) Exhibit A # (2) Exhibit B # (3)
Proposed Order) filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al.  [DE# 10800, 158
pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||596|F|1.30||364.00|20200211|B
310||A104|KCS|Receive and analyze Fourth Notice of (A) Adjournment as to Certain
Claims, (B) Withdrawal of Objections to Certain Claims and (C) Submission of Amended
Schedule for the Ninetieth Omnibus Objection (Non-Substantive) of the Commonwealth
of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth of Puerto Rico Relative to:
[8979] Debtor's Omnibus Objection to Claims Ninetieth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto filed by The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al.   [DE# 10803, 158 pgs.]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||597|F|1.30||364.00|20200211|B
310||A104|KCS|Receive and analyze Notice of (A) Withdrawal of Objections to Certain
Claims and (B) Submission of Amended Schedule for the Ninety-First Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System
of the Government of the Commonwealth of Puerto Rico (Claim Nos. 66248 and 83919)
Relative to: [8980] Debtor's Omnibus Objection to Claims Ninety-First Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees
Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient
Claims Asserting Interests Bas filed by COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO (Attachments:
# (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al.   [DE# 10804, 159 pgs.]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||598|F|1.40||392.00|20200211|B
310||A104|KCS|Receive and analyze Notice of (A) Withdrawal of Objections to Certain
Claims, (B) Withdrawal of Objections as to Certain Claims and (C)Submission of

Exhibit G-2 February 2020- 505431.TXT

Amended Schedule for the Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico Relative to: [8983] Debtor's Omnibus Objection to Claims Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Pu filed by COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.   [DE# 10807, 165 pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||599|F|0.30||84.00|20200211|B3 10||A104|KCS|Receive and analyze Joint motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Spanish Translation of the Disclosure Statement, (III) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies thereto, and (IV) Granting Related Relief filed by the COMMONWEALTH OF PUERTO RICO, PUBLIC BUILDINGS AUTHORITY OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO. [DE# 10808]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||600|F|0.10||28.00|20200211|B3 10||A104|KCS|Receive and analyze Official Committee of Unsecured Creditors Limited Objection and Reservation of Rights in Response to Urgent Motion of Government Parties for (1) Bridge Order Pending Determination of Their Motion for a Revised Scheduling Order and (2) Eleventh Revised Order Modifying Certain Deadlines Applicable to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement [ECF No. 1235] Related document:[10700] Order filed by the Official Committee of Unsecured Creditors. [DE# 10817]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||601|F|0.20||56.00|20200211|B3 10||A104|KCS|Receive and analyze Joint MOTION hearing to be rescheduled relative to:[10700] Order (Attachments: # (1) Proposed Order) filed by Cortland Capital Market Services LLC. [DE# 10818]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||602|F|0.10||22.00|20200211|B3 10||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims (Number(s): 27189) [9558] Debtor's Omnibus Objection to Claims - One Hundred and Eighth Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Eduardo Velez Crespo. Docket 10810.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||603|F|0.20||44.00|20200211|B3 10||A104|YG|Analyze Certificate of service Related document:[10638] MOTION / Omnibus Objection of Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code

Exhibit G-2 February 2020- 505431.TXT

Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted Against
Commonwealth by Holders of General Obligation Bonds Asserting Priority Over filed by
Official Committee of Unsecured Creditors filed by Official Committee of Unsecured
Creditors filed by G. Alexander Bongartz on behalf of Official Committee of
Unsecured Creditors . Docket 10811.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||604|F|0.10||22.00|20200211|B3
10||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims
(Number(s): 28211) [9546] Debtor's Omnibus Objection to Claims - Ninety-Sixth
Omnibus Objection filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit # (2) Envelope) Bernardo Acevedo Gonzalez. Docket
10812.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||605|F|0.10||22.00|20200211|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 80288)
[9551] Debtor's Omnibus Objection to Claims One Hundred and First Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Marisol Martinez Rivera. Docket 10826.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||606|F|0.10||22.00|20200211|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
161053/138358) [9892] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fourth
Omnibus Objection filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit) VIVIAN BAEZ SANTIAGO.  Docket 10827.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||607|F|0.10||22.00|20200211|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
33779)[9551] Debtor's Omnibus Objection to Claims One Hundred and First Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Laura Larragoity Muriente. Docket 10828.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||608|F|0.10||22.00|20200211|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
58049/58325) [9546] Debtor's Omnibus Objection to Claims - Ninety-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Idxia Colon Betancourt. Docket 10830.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||609|F|0.10||22.00|20200211|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
133130)[9937] Debtor's Omnibus Objection to Claims One Hundred Forty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Carmen V. Rivera Ginorio.
Docket 10831.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||610|F|0.10||22.00|20200211|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 150626)

Exhibit G-2 February 2020- 505431.TXT

[9935] Debtor's Omnibus Objection to Claims One Hundred Forty-Second Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Enrique Nieves Lopez.
Docket 10833.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||611|F|0.10||22.00|20200211|B3
10||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims
(Number(s): 113749) [9901] Debtor's Omnibus Objection to Claims One Hundred
Twenty-Ninth Omnibus Objection filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit # (2) Envelope) Damaris Medina Ramos. Docket
10842.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||612|F|0.10||22.00|20200211|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 71511)
[9551] Debtor's Omnibus Objection to Claims One Hundred and First Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Ines M. Lugo Santana.  Docket
10815.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||613|F|0.20||44.00|20200211|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 26807)
[9548] Debtor's Omnibus Objection to Claims Ninety-Eighth Omnibus Objection filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Ramonita Correa Mejias.  Docket 10816.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||614|F|0.10||22.00|20200211|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
152504/151151) [9940] Debtor's Omnibus Objection to Claims One Hundred Forty-Seventh
Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
Highways and Transpiration Authority filed by The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Notice of Defective Pleading # (2) Exhibit # (3) Envelope) Maria
M. Torres Rodriguez. Docket 10819.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||615|F|0.10||22.00|20200211|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 57981)
[9555] Debtor's Omnibus Objection to Claims One Hundred and Fifth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) MIGDALIA RIVERA NIEVES. Docket 10820.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||616|F|0.10||22.00|20200211|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 70158)
[9557] Debtor's Omnibus Objection to Claims One Hundred and Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Nancy Soto Ortiz. Docket 10824.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||617|F|0.10||22.00|20200211|B3
10||A104|YG|Analyze response to Omnibus Objection (No Objection on File) by Linda M.
Hernandez Cortes. Docket 10825.|66-0554116|220.00|González, Yasthel|AS|[]

Exhibit G-2 February 2020- 505431.TXT
20200229|505431|1600|01001|81936.97|20200201|20200229||618|F|0.10||22.00|20200211|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 95366/
92104) [9569] Debtor's Omnibus Objection to Claims filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit) Carmen D. Capeles Diaz. Docket
10834.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||619|F|1.40||392.00|20200212|B
310||A104|KCS|Receive and analyze Fourth Notice of (A) Adjournment as to Certain
Claims, (B) Withdrawal of Objections to Certain Claims and (C) Submission of Amended
Schedules for the Eighty-Second Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth of Puerto Rico.
Relative to: [10384] Notice filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al.  [DE# 10797, 171 pgs.]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||620|F|1.30||364.00|20200212|B
310||A104|KCS|Receive and analyze Notice of (A) Withdrawal of Objections to Certain
Claims and (B) Submission of Amended Schedule for the Ninety-Second Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees
Retirement System of the Government of the Commonwealth of Puerto Rico (Claim Nos.
46816, 142087, 76220, 144099, and 76617) Relative to: [8981] Debtor's Omnibus
Objection to Claims Ninety-Second Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Ba filed by
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO (Attachments: # (1) Exhibit A # (2) Exhibit B # (3)
Proposed Order) filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al.  [DE# 10805, 157
pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||621|F|0.40||112.00|20200212|B
310||A104|KCS|Receive and analyze Notice of (A) Withdrawal of Objections to Certain
Claims and (B) Submission of Amended Schedule for the Ninety-Third Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System
of the Government of the Commonwealth of Puerto Rico (Claim Nos. 89324 and 59034)
Relative to: [8982] Debtor's Omnibus Objection to Claims Ninety-Third Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth of Pue filed by The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al.  [DE# 10806, 26 pgs.]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||622|F|1.30||364.00|20200212|B
310||A104|KCS|Receive and analyze Notice of (A) Withdrawal of Objection to Certain

Exhibit G-2 February 2020- 505431.TXT
Claims and (B) Submission of Amended Schedules for the Eighty-Fourth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth of Puerto Rico (Commonwealth of Puerto Rico (Claim No. 69025). Relative to: [8971] Debtor's
Omnibus Objection to Claims - Eighty-Fourth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth of filed by
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
(Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al.   [DE# 10798, 159 pgs.]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||623|F|0.10||22.00|20200212|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 95366/
92104) [9569] Debtor's Omnibus Objection to Claims filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Damaris Medina
Ramos. Docket 10842.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||624|F|0.10||22.00|20200212|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
61923)[9566] Debtor's Omnibus Objection to Claims - One Hundred Sixteenth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Margarita J. Salichs Rodriguez.  Docket 10843.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||625|F|0.10||22.00|20200212|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 161343)
[9939] Debtor's Omnibus Objection to Claims One Hundred Forty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Zoraida Saavedra Barreto. Docket 10853.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||626|F|0.10||22.00|20200212|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 157672)
[9905] Debtor's Omnibus Objection to Claims One Hundred Thirty-First Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Victoria Quirindongo Gonzalez. Docket 10852.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||627|F|0.10||22.00|20200212|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 133379)
[9906] Debtor's Omnibus Objection to Claims One Hundred Thirty-Second Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Gloria Esther Burgos Rosado. Docket
10858.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||628|F|0.10||22.00|20200212|B3

Exhibit G-2 February 2020- 505431.TXT

10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 109304)
[9566] Debtor's Omnibus Objection to Claims filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Envelope) Juan Rodriguez Perez. Docket
10849.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||629|F|0.10||22.00|20200212|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 133535)
[9908] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fourth Omnibus
Objection by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Lester Rosa Torres Oliveras. Docket 10846.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||630|F|0.10||22.00|20200212|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 151107/
132835) [9921] Debtor's Omnibus Objection to Claims One Hundred Thirty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) FELICITA GONZALEZ GONZALEZ. Docket
10844.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||631|F|0.20||44.00|20200212|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
16253)[9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus Objection
by The Financial Oversight and Management Board for Puerto Rico, as Representative
of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2)
Envelope) Angel R. Class Villanueva. Docket 10855.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||632|F|0.20||44.00|20200212|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 43950)
[9554] Debtor's Omnibus Objection to Claims - One Hundred and Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Maritza Ramirez Perez. Docket
10856.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||633|F|0.10||22.00|20200212|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 66939)
[9560] Debtor's Omnibus Objection to Claims filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Grisel Davila
Bocachica.Docket 10857.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||634|F|0.10||22.00|20200212|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 137417)
[9894] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Gloria Esther Burgos Rosado. Docket
10858.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||635|F|0.10||22.00|20200212|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 59526)

Exhibit G-2 February 2020- 505431.TXT

[9564] Debtor's Omnibus Objection to Claims One Hundred and Fourteenth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Julia Perez Martinez. Docket
10847.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||636|F|0.20||44.00|20200212|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 150518/
141030) [9900] Debtor's Omnibus Objection to Claims One Hundred Twenty-Eight Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Nadiezhda Irizarry Cuadrado. Docket
10859.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||637|F|0.10||22.00|20200212|B3
10||A104|YG|Analyze RResponse to Debtor's Objection to Claims (Number(s): 134674)
[9907] Debtor's Omnibus Objection to Claims One Hundred Thirty-Third Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Doris Suarez Perez. Docket
10860.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||638|F|0.10||22.00|20200212|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 131085)
[9900] Debtor's Omnibus Objection to Claims One Hundred Twenty-Eight Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) SONIA MARGARITA MALDONADO ORTIZ. Docket
10861.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||639|F|0.10||22.00|20200212|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 152575)
[9900] Debtor's Omnibus Objection to Claims One Hundred Twenty-Eight Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) SONIA MARGARITA MALDONADO ORTIZ. Docket
10862.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||640|F|0.10||22.00|20200212|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
138777)[9901] Debtor's Omnibus Objection to Claims One Hundred Twenty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Cruz N. Melendez Rosado. Docket
10865.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||641|F|0.10||22.00|20200212|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 127509)
[9946] Debtor's Omnibus Objection to Claims One Hundred Fifty-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Luvia I. Martinez Torres. Docket
10866.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||642|F|0.10||22.00|20200212|B3

Exhibit G-2 February 2020- 505431.TXT

10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 80332)
[9558] Debtor's Omnibus Objection to Claims - One Hundred and Eighth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Yadira Torres Vargas. Docket
10868.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200229|20200229||643|F|0.10||22.00|20200212|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 126600)
[9892] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Janette R. Bonilla Rodriguez. Docket
10869.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200229|20200229||644|F|0.10||22.00|20200212|B3
10||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims
(Number(s): 157672) [9905] Debtor's Omnibus Objection to Claims One Hundred
Thirty-First Omnibus Objection filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit # (2) Envelope) Victoria Quirindongo Gonzalez. Docket
10870.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200229|20200229||645|F|0.20||44.00|20200212|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 24832)
[9553] Debtor's Omnibus Objection to Claims One Hundred and Third Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Notice
of Defective Pleading # (2) Exhibit # (3) Envelope) Leila Pablos Vazquez. Docket
10873.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200229|20200229||646|F|0.10||22.00|20200212|B3
10||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims
(Number(s): 97765/ 122917) [9915] Debtor's Omnibus Objection to Claims One Hundred
Thirty-Seventh Omnibus Objection filed by The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit # (2) Envelope) Yolanda Colon Torres. Docket
10874.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200229|20200229||647|F|0.20||44.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 76360)
[8973] Debtor's Omnibus Objection to Claims Eighty-Fifth Omnibus Objection filed by
Luz Minerva Cruz Cruz. Docket 10876.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200229|20200229||648|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 149385)
[9911] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Myrna Baez Torres. Docket 10877.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||649|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
117093)[9939] Debtor's Omnibus Objection to Claims One Hundred Fourty-Sixth Omnibus

Exhibit G-2 February 2020- 505431.TXT

Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) Gracia M. Ruiz Martinez. Docket 10878.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||650|F|0.10||22.00|20200213|B3 10||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims (Number(s): 96966) [9561] Debtor's Omnibus Objection to Claims One Hundred and Eleventh Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Eva L. Dones Aponte. Docket 10879.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||651|F|0.10||22.00|20200213|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 15010) [9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Index # (2) Envelope) Enaida Colon Garcia. Docket 10880.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||652|F|0.30||66.00|20200213|B3 10||A104|YG|Analyze Notice of Defective Pleadings dated 2/10/2020 filed by by Cecilia Rodriguez Torres, Rene Ruiz Soto, Maria Torres Reyes, Ana Maria Arocho Gonzalez, William Castro Hernandez, Edgar Tirado Garcia. Docket 10881.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||653|F|0.10||22.00|20200213|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 139162/ 140270/ 143397) [9894] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fifth Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Irma Colon Vega. Docket 10883.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||654|F|0.10||22.00|20200213|B3 10||A104|YG|Analyze Response to Omnibus Objection filed by Amalia Kuilan Torres. Docket 10882.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||655|F|0.20||44.00|20200213|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 76403) [9554] Debtor's Omnibus Objection to Claims - One Hundred and Fourth Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Aracelis Quinones Vicente. Docket 10884.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||656|F|0.10||22.00|20200213|B3 10||A104|YG|Analyze Response to Omnibus Objection 162410 filed by Nilda Vega Burgos. Docket 10885.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||657|F|0.20||44.00|20200213|B3 10||A104|YG|AnalyzeResponse to Debtor's Objection to Claims (Number(s): 59936) [8981] Debtor's Omnibus Objection to Claims Ninety-Second Omnibus Objection filed by COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO (Attachments: # (1) Exhibit # (2) Envelope) Sonia Soto Gonzalez. Docket 10886.|66-0554116|220.00|González, Yasthel|AS|[]

Exhibit G-2 February 2020- 505431.TXT
20200229|505431|1600|01001|81936.97|20200201|20200229||658|F|0.20||44.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 62199)
[8981] Debtor's Omnibus Objection to Claims Ninety-Second Omnibus Objection filed by
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO (Attachments: # (1) Exhibit # (2) Envelope) Sonia
Soto Gonzalez, pro se and in the Spanish Language. Docket
10888.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||659|F|0.20||44.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
105125)[9945] Debtor's Omnibus Objection to Claims One Hundred Fifty-Sixth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Luis A. Cruz Aguayo.  Docket
10889.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||660|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 160623)
[9937] Debtor's Omnibus Objection to Claims One Hundred Forty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Luis A. Cruz Aguayo. Docket
10890.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||661|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
102342/152504/151151) [9568] Debtor's Omnibus Objection to Claims filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Luis
A. Cruz Aguayo. Docket 10895.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||662|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 128957)
[9912] Debtor's Omnibus Objection to Claims One Hundred Thirty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) SANTOS CABALLER VINAS. Docket 10896.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||663|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 145767)
[9912] Debtor's Omnibus Objection to Claims One Hundred Thirty-Sixth Omnibus
Objectionfiled by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) LUCILA BRISTOL LOPEZ. Docket
10897.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||664|F|0.20||44.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 98552,
130154, 96854) [9560] Debtor's Omnibus Objection to Claims filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Cereida Colon Torres. Docket 10898.|66-0554116|220.00|González, Yasthel|AS|[]

Exhibit G-2 February 2020- 505431.TXT
20200229|505431|1600|01001|81936.97|20200201|20200229||665|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 149907)
[9941] Debtor's Omnibus Objection to Claims One Hundred Fourty-Eighth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) HILDA LUZ VEGA COLON,. Docket 10899.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||666|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 161805)
[9941] Debtor's Omnibus Objection to Claims One Hundred Fourty-Eighth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) HILDA LUZ VEGA COLON. Docket 10900.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||667|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
137241)[9908] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Dilfia Rodriguez Colon. Docket
10901.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||668|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
138333)[9906] Debtor's Omnibus Objection to Claims One Hundred Thirty-Second Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Irene Rodriguez Rodriguez.  Docket 10902.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||669|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 132271)
[9941] Debtor's Omnibus Objection to Claims One Hundred Fourty-Eighth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico.  Docket
10903.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||670|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 129937)
[9917] Debtor's Omnibus Objection to Claims One Hundred Thirty-Eighth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Rafael Diaz Santos. Docket 10913.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||671|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 141910)
[9933] Debtor's Omnibus Objection to Claims One Hundred Fortieth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Sonia Rivera Hernandez. Docket 10908.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||672|F|0.10||22.00|20200213|B3

Exhibit G-2 February 2020- 505431.TXT

10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 50178,
86673, 97757): [9560] Debtor's Omnibus Objection to Claims filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Carmen L. Colon Torres. Docket 10909.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||673|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 145913)
[9937] Debtor's Omnibus Objection to Claims One Hundred Forty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Rafael Diaz Santos. Docket 10911.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||674|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 157199)
[9892] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Yolanda Alverio Melendez. Docket
10912.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||675|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 157199)
[9892] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) CARLOS RODRIGUEZ RIVERA. Docket 10914.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||676|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 120084)
[9917] Debtor's Omnibus Objection to Claims One Hundred Thirty-Eighth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Tomas Diaz Garcia. Docket
10915.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||677|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 162901/
143112) [9911] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fifth Omnibus
Objection Commonw filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Index) Milton Acosta Vincenty, . Docket 10920.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||678|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 162901/
143112) [9911] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Docket
10921.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||679|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 157466)
[9912] Debtor's Omnibus Objection to Claims One Hundred Thirty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as

Exhibit G-2 February 2020- 505431.TXT

Representative of the Commonwealth of Puerto Rico, et al. Docket
10922.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||680|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 112364/
116287) [9917] Debtor's Omnibus Objection to Claims One Hundred Thirty-Eighth
Omnibus Objection filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. Docket
10923.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||681|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) - Claims
Number(s): 144395 Alba N. Ramos Rey, pro se and in the Spanish Language Alba N.
Ramos Rey.  Docket 10925.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||682|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 67421)
[9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus Objection Marta
I. Chamorro Ostolaza.  Docket 10924.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||683|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 88198)
[9946] Debtor's Omnibus Objection to Claims One Hundred Fifty-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Margarita Ibanez Santos.  Docket
10926.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||684|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze esponse to Debtor's Objection to Claims (Number(s): 155203)
[9905] Debtor's Omnibus Objection to Claims filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit) MIRIAM RAMOS VAZQUEZ.  Docket
10927.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||685|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 111292)
[9944] Debtor's Omnibus Objection to Claims One Hundred Fifty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Nelly Castro Colon. Docket
10928.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||686|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 27681)
[9548] Debtor's Omnibus Objection to Claims Ninety-Eighth Omnibus Objection filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Enid Y. Correa
Maldonado. Docket 10931.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||687|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 143461)
[9921] Debtor's Omnibus Objection to Claims One Hundred Thirty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Lourdes S. Garcia Feliciano.  Docket

Exhibit G-2 February 2020- 505431.TXT
10932.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||688|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 71316)
[8971] Debtor's Omnibus Objection to Claims - Eighty-Fourth Omnibus Objection filed
by The Financial Oversight and Management Board for Puerto Rico, as Representative
of the Commonwealth of Puerto Rico, et al. Myrta Joubert Martinez. Docket
10943.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||689|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 60847)
[9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus Objection filed
by The Financial Oversight and Management Board for Puerto Rico, as Representative
of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Notice of Defective
Pleading # (2) Exhibit # (3) Envelope) Mayra G. Cardona Flores. Docket
10941.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||690|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 60847)
[9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus Objection filed
by The Financial Oversight and Management Board for Puerto Rico, as Representative
of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2)
Envelope) Yolanda I. Correa Fonseca. Docket 10944.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||691|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 59319/
43093) [9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Elsie Carlo Soto. Docket 10946.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||692|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 140046)
[9939] Debtor's Omnibus Objection to Claims One Hundred Fourty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Margarita Rosario Rivera. Docket
10945.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||693|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims
(Number(s): 43794) [8980] Debtor's Omnibus Objection to Claims Ninety-First Omnibus
Objection filed by COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO (Attachments: # (1) Envelope)
Hilda L. Soberal Perez. Docket 10948.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||694|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 129192)
[9941] Debtor's Omnibus Objection to Claims One Hundred Fourty-Eighth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Amarilis Miranda Torres. Docket
10947.|66-0554116|220.00|González, Yasthel|AS|[]

Exhibit G-2 February 2020- 505431.TXT
20200229|505431|1600|01001|81936.97|20200201|20200229||695|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 4191)
[9570] Debtor's Omnibus Objection to Claims - One Hundred Twentieth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Carlos R. Irizarry Lugo. Docket 10950.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||696|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 118721)
[9934] Debtor's Omnibus Objection to Claims One Hundred Forty-First Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Restricted Exhibit - includes personal identifiers (LCv Rule 5.2) # (2) Envelope)
Amarilis Miranda. Docket 10951.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||697|F|0.10||22.00|20200213|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 127886)
[9935] Debtor's Omnibus Objection to Claims One Hundred Forty-Second Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) LUZ DELIA NAVARRO ROMERO. Docket
10952.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||698|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 116835)
[9937] Debtor's Omnibus Objection to Claims One Hundred Forty-Fourth Omnibus
Objection Response to Debtor's Objection to Claims (Number(s): 116835) [9937]
Debtor's Omnibus Objection to Claims One Hundred Forty-Fourth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Ines V. Rivera Perez. Docket
11033.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||699|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 113036)
[9937] Debtor's Omnibus Objection to Claims One Hundred Forty-Fourth Omnibus
Objection Response to Debtor's Objection to Claims (Number(s): 113036) [9937]
Debtor's Omnibus Objection to Claims One Hundred Forty-Fourth Omnibus Objection
filed by NAYUAN ZOUAIRABANI TRINIDAD. Docket 11032.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||700|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 135326)
[9943] Debtor's Omnibus Objection to Claims One Hundred Fiftieth Omnibus Objection
Response to Debtor's Objection to Claims (Number(s): 135326) [9943] Debtor's Omnibus
Objection to Claims One Hundred Fiftieth Omnibus Objection filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) Suheil Ortiz
Torres. Docket 11038.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||701|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):  98826)
[9944] Debtor's Omnibus Objection to Claims One  Hundred Fifty-Fifth Omnibus

Exhibit G-2 February 2020- 505431.TXT
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Jose A. Marrero Leon.  Docket 11042  |66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||702|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 97614)
[9946] Debtor's Omnibus Objection to Claims One Hundred Fifty-Seventh Omnibus
Objectionfiled by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) CARMEN D BURGOS PABON Docket
11041.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||703|F|0.20||44.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 93964)
[9946] Debtor's Omnibus Objection to Claims One Hundred Fifty-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Tanya E. Marrero Davila. Docket 11007.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||704|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 114259)
[9906] Debtor's Omnibus Objection to Claims One Hundred Thirty-Second Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Envelope) Manuel Rivera Quiles.  Docket
11045.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||705|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 150563,
161063) [9894] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Carlota Colon Negron. Docket
11040.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||706|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 128160)
[9939] Debtor's Omnibus Objection to Claims One Hundred Forty-Sixth Omnibus filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) Jose L. Rosa
Torres. Docket 11034.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||707|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 128160)
[9939] Debtor's Omnibus Objection to Claims One Hundred Forty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Zenaida Zabaleta Alvarez. Docket
11030.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||708|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 109592)

Exhibit G-2 February 2020- 505431.TXT

[9945] Debtor's Omnibus Objection to Claims One Hundred Fifty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Maria M. Cruz Rodriguez. Docket 11035.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||709|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 150563,
161063) [9894] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Doris Negron Perez. Docket
11039.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||710|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims
(Number(s): 72311)  [9548] Debtor's Omnibus Objection to Claims Ninety-Eighth
Omnibus Objection filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit # (2) Envelope) Elba I. Rodriguez Sierra. Docket
11037.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||711|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 164467)
[9938] Debtor's Omnibus Objection to Claims One Hundred Forty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Ibrahim A. Rodriguez Pagan.  Docket 10993.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||712|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 164102)
[9943] Debtor's Omnibus Objection to Claims One Hundred Fiftieth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Maria I. Pacheco Vazquez.   Docket 10994.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||713|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 128740)
[9942] Debtor's Omnibus Objection to Claims One Hundred Forty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Nydia I. Gonzalez Molina. Docket 10995.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||714|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 128740)
[9942] Debtor's Omnibus Objection to Claims One Hundred Forty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Idalia Cotto Rivera. Docket 10998.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||715|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 128740)

Exhibit G-2 February 2020- 505431.TXT

[9942] Debtor's Omnibus Objection to Claims One Hundred Forty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Esther Martinez Lanausse. Docket 10999.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||716|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 125788)
[9921] Debtor's Omnibus Objection to Claims One Hundred Thirty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Lourdes Gonzalez Rivera.  Docket 11000.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||717|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 128740)
[9942] Debtor's Omnibus Objection to Claims One Hundred Forty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Lourdes Gonzalez Rivera. Docket 11001.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||718|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 138535)
[9912] Debtor's Omnibus Objection to Claims One Hundred Thirty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Yamelitte Burgos Valdespino. Docket 11002.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||719|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 162130)
[9892] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Maria Del C. Beniquez Rios de Imbert. Docket
11003.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||720|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 162130)
[9892] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) MARISEL BOCANEGRA GONZALEZ. Docket 11004.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||721|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 132181)
[9905] Debtor's Omnibus Objection to Claims One Hundred Thirty-First Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Damaris Ramirez Irizarry. Docket 11005.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||722|F|0.10||22.00|20200214|B3

Exhibit G-2 February 2020- 505431.TXT
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 132181)
[9905] Debtor's Omnibus Objection to Claims One Hundred Thirty-First Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Gerhil Medina Baez. Docket 11006.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||723|F|0.20||44.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 93964)
[9946] Debtor's Omnibus Objection to Claims One Hundred Fifty-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Tanya E. Marrero Davila. Docket 11007.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||724|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
38507)[9546] Debtor's Omnibus Objection to Claims - Ninety-Sixth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Cynthia Balbin Padilla. Docket 11008.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||725|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 154224)
[9892] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fourth Omnibus
Objection filed by ROBERTO CAMARA FUERTES on behalf of AMBAC ASSURANCE CORPORATION,
Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty
Insurance Company. Docket 11011.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||726|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 154224)
[9892] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Ariel M. Lopez Olive. Docket
11012.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||727|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 139353)
[9942] Debtor's Omnibus Objection to Claims One Hundred Forty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Ada E. Alicea Cruz.  Docket 11013.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||728|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 139353)
[9942] Debtor's Omnibus Objection to Claims One Hundred Forty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Edna J. Figueroa Pena. Docket 11014.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||729|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 145710)

Exhibit G-2 February 2020- 505431.TXT

[9897] Debtor's Omnibus Objection to Claims One Hundred Twenty-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Waleska Hernandez Morales. Docket 11015.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||730|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 145710)
[9897] Debtor's Omnibus Objection to Claims One Hundred Twenty-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Elizabeth Hernandez Velez. Docket
11016.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||731|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 143403)
[9905] Debtor's Omnibus Objection to Claims One Hundred Thirty-First Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Nelson Rivera Roman. Docket 11017.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||732|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 143403)
[9905] Debtor's Omnibus Objection to Claims One Hundred Thirty-First Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) EDGARDO MARCUCCI RAMIREZ. Docket
11018.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||733|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 147254)
[9936] Debtor's Omnibus Objection to Claims One Hundred Forty-Third Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) ADANELLY PAGAN MEJIAS. Docket
11022.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||734|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 131104)
[9943] Debtor's Omnibus Objection to Claims One Hundred Fiftieth Omnibus Objection
filed by Fernando E. Perez Torres. Docket 11019.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||735|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 56039)
[8967] Debtor's Omnibus Objection to Claims filed by Lillian Landron Rivera, .
Docket 11024.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||736|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 152030)
[9906] Debtor's Omnibus Objection to Claims One Hundred Thirty-Second Omnibus
Objection. filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Nilsa E. Rodriguez Torres.  Docket 10966.|66-0554116|220.00|González,

Exhibit G-2 February 2020- 505431.TXT

Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||737|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 78824)
[9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus Objection filed
by The Financial Oversight and Management Board for Puerto Rico, as Representative
of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Emily Colon
Lozada. Docket 10967.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||738|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) Carmen
Rivera Santos. Docket 10969.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||739|F|0.20||44.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 16780)
[8964] Debtor's Omnibus Objection to Claims Seventy-Eighth Omnibus Objection filed
by COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
(Attachments: # (1) Exhibit) Evelyn Ramirez Lozano. Docket
10972.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||740|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 23633)
[8968] Debtor's Omnibus Objection to Claims - Eighty-First Omnibus Objection filed
by COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
(Attachments: # (1) Exhibit) Evelyn Ramirez Lozano. Docket
10977.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||741|F|0.40||88.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 41103)
[9556] Debtor's Omnibus Objection to Claims . Docket 10978 filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Rosa I. Santana
Marcano. (50 pages)|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||742|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 111653)
[9907] Debtor's Omnibus Objection to Claims One Hundred Thirty-Third Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Annette Soto Rodriguez. Docket 10979.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||743|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 131576)
[9907] Debtor's Omnibus Objection to Claims One Hundred Thirty-Third Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Maria De L. Sala Ramirez. Docket 10981.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||744|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 149389)
[9942] Debtor's Omnibus Objection to Claims One Hundred Forty-Ninth Omnibus
Objection Commonwea filed by The Financial Oversight and Management Board for Puerto

Exhibit G-2 February 2020- 505431.TXT

Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit) Jose E. Alvarez Prinicpe. Docket 10983.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||745|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
161362)[9911] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Evelyn Acosta Vincenty. Docket 10984.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||746|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 45925)
[9547] Debtor's Omnibus Objection to Claims Ninety-Seventh Omnibus ObjectionResponse
to Debtor's Objection to Claims (Number(s): 45925) Delia J. Rodriguez Santana.
Docket 10987.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||747|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 126047)
[9939] Debtor's Omnibus Objection to Claims One Hundred Fourty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Maribel Rivera Santiago.  Docket 10988.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||748|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 112105)
[8979] Debtor's Omnibus Objection to Claims Ninetieth Omnibus Objection filed by
Delia J. Rodriguez Santana.  Docket 10990.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||749|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 157030)
[9938] Debtor's Omnibus Objection to Claims One Hundred Forty-Fifth Omnibus
Objection filed by Jose A. Rodríguez Morales.  Docket
10991.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||750|F|0.10||22.00|20200214|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 157030)
[9938] Debtor's Omnibus Objection to Claims One Hundred Forty-Fifth Omnibus
Objection.  Docket 10992.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||751|F|0.20||44.00|20200218|B3
10||A104|CIG|Review and analyze Notice of Filing of Spanish Translation of Notice of
Objection With Respect to Omnibus Objection of Official Committee of Unsecured
Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to
Claims Filed or Asserted Against Commonwealth by Holders of General Obligation Bonds
Asserting Priority over Other Commonwealth Unsecured Creditors Regarding [10754]
MOTION of Official Committee of Unsecured Creditors for Order, Pursuant to
Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, (A) Setting
Briefing Schedule and Hearing Date for Omnibus Objection to Claims Filed or Asserted
Against Commo filed by Official Committee of Unsecured Creditors (Dkt.
11-046)|66-0554116|220.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||752|F|0.20||44.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 89999)

Exhibit G-2 February 2020- 505431.TXT

[9568] Debtor's Omnibus Objection to Claims - One Hundred Eighteenth Omnibus
Objection.  Docket 11062.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||753|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 138221)
[9911] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Carmen Cecilia Acevedo Reyes. Docket 11123.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||754|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 149175)
[9941] Debtor's Omnibus Objection to Claims One Hundred Forty-Eighth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Luz S. Rosario Carmona. Docket
11117.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||755|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 149175)
[9941] Debtor's Omnibus Objection to Claims One Hundred Forty-Eighth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Juanita Vega Borrero. Docket
11116.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||756|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 87591)
[9945] Debtor's Omnibus Objection to Claims One Hundred Fifty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Bianca A. Diaz Rosario.  Docket
11115.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||757|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 158844)
[9936] Debtor's Omnibus Objection to Claims One Hundred Forty-Third Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Appendix # (2) Envelope) Maria Dolores Perez Montano. Docket
11101.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||758|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 138135)
[9936] Debtor's Omnibus Objection to Claims One Hundred Forty-Third Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, . Docket
11110.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||759|F|0.20||44.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 122678)
[9911] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico.  Docket

Exhibit G-2 February 2020- 505431.TXT

11098.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||760|F|0.20||44.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 161280)
[9943] Debtor's Omnibus Objection to Claims One Hundred Fiftieth Omnibus Objection
filed by Yamily Torres Aviles. Docket 11102.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||761|F|0.30||66.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 153211)
[9907] Debtor's Omnibus Objection to Claims One Hundred Thirty-Third Omnibus
Objection. Docket 11078 filed by The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit # (2) Envelope) Sylvette Santisteban Bisbal . (25
pages)|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||762|F|0.20||44.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 169602)
[9945] Debtor's Omnibus Objection to Claims One Hundred Fifty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Jose L. Rosa Torres. Docket 11134.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||763|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 151678)
[9933] Debtor's Omnibus Objection to Claims One Hundred Fortieth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico. Docket
11138.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||764|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 158900)
[9939] Debtor's Omnibus Objection to Claims One Hundred Fourty-Sixth Omnibus
Objection Common filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Envelope) Yolanda Gonzalez Perez. Docket 11136.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||765|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 158900)
[9939] Debtor's Omnibus Objection to Claims One Hundred Fourty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Amalia Correa Fonseca. Docket
11137.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||766|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 143238)
[9915] Debtor's Omnibus Objection to Claims One Hundred Thirty-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Restricted Exhibit - includes personal identifiers (LCv Rule 5.2) # (2) Envelope)
Waleska Nieves Soto. Docket 11120.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||767|F|0.10||22.00|20200218|B3

Exhibit G-2 February 2020- 505431.TXT

10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 115033)
[9915] Debtor's Omnibus Objection to Claims One Hundred Thirty-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Fernando E. Perez Torres, pro se and in the Spanish
language. Docket 11119.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||768|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 153011)
[9908] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fourth Omnibus
Objection filed by COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY (Attachments: # (1) Exhibit # (2) Envelope) Lillian Landron
Rivera. Docket 11124.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||769|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 169602)
[9945] Debtor's Omnibus Objection to Claims One Hundred Fifty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Maria M. Cruz Rodriguez. Docket 11135.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||770|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 82795)
[9563] Debtor's Omnibus Objection to Claims One Hundred and Thirteenth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Maribel Rabell Mendez. Docket 11070.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||771|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 82795)
[9563] Debtor's Omnibus Objection to Claims One Hundred and Thirteenth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Gloria M. Martinez Ruiz. Docket
11067.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||772|F|0.20||44.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 118678)
[9934] Debtor's Omnibus Objection to Claims One Hundred Forty-First Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Ana Deborah Mojica Cruz. Docket 11074.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||773|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 136685)
[9935] Debtor's Omnibus Objection to Claims One Hundred Forty-Second Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) NORBERTO MONTALVO MARTINEZ. Docket
11073.|66-0554116|220.00|González, Yasthel|AS|[]

Exhibit G-2 February 2020- 505431.TXT
20200229|505431|1600|01001|81936.97|20200201|20200229||774|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) FILED Aida
Miranda Manon. Docket 11071.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||775|F|0.20||44.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 160035)
[9908] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Marcelina Vargas. Docket 11084.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||776|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 40705)
[8980] Debtor's Omnibus Objection to Claims Ninety-First Omnibus Objection Response
to Debtor's Objection to Claims (Number(s): 40705) [8980] Debtor's Omnibus Objection
to Claims Ninety-First Omnibus Objection System of the Government of the
Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Bas filed by
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO (Attachments: # (1) Exhibit # (2) Envelope) Lizzie
J. Ruiz Pagan, . Docket 11080.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||777|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 163869)
[9934] Debtor's Omnibus Objection to Claims One Hundred Forty-First Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Gloria M. Martinez Ruiz, pro se and in the Spanish language.
[ct]. Docket 11069.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||778|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 130388)
[9908] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Brunilda Velez Mercado. Docket 11064.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||779|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 117724)
[9905] Debtor's Omnibus Objection to Claims One Hundred Thirty-First Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Jacqueline A. Ramirez Nunez. Docket 11077.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||780|F|0.20||44.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 144878)
[9905] Debtor's Omnibus Objection to Claims One Hundred Thirty-First Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Carmen D. Ramos Perez. Docket
11091.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||781|F|0.10||22.00|20200218|B3

Exhibit G-2 February 2020- 505431.TXT

10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 35119)
[9548] Debtor's Omnibus Objection to Claims Ninety-Eighth Omnibus Objection filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Zoraida Lozada Sanchez. Docket 11086.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||782|F|0.20||44.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 79870/
84774/ 126946/ 124200/ 137990) [9557] Debtor's Omnibus Objection to Claims One
Hundred and Seventh Omnibus Objection Response to Debtor's Objection to Claims
(Number(s): 79870/ 84774/ 126946/ 124200/ 137990) [9557] Debtor's Omnibus Objection
to Claims One Hundred and Seventh Omnibus Objection filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al., [9940] Debtor's Omnibus Objection to Claims One Hundred
Forty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transpiration Authority, and Employees Retirement
System of the Government of the Commonw filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Envelope) Lourdes Soto Ramos. Docket
11100.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||783|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 35119)
[9548] Debtor's Omnibus Objection to Claims Ninety-Eighth Omnibus Objection filed by
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY . Docket
11087.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||784|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) Carmen S.
Robles Nieves. Docket 11079.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||785|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
122678)[9911] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Felicita Santana Padilla.  Docket
11099.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||786|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 116045)
[9941] Debtor's Omnibus Objection to Claims One Hundred Fourty-Eighth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Marta Villanueva Osorio.  Docket 11063.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||787|F|0.10||22.00|20200218|B3
10||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) filed by
Diana Milagros Guzman Arocho. Docket 11081.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||788|F|0.30||84.00|20200219|B3
10||A104|KCS|Receive and analyze Objection to Related document: [10754] MOTION of
Official Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code

Exhibit G-2 February 2020- 505431.TXT
Sections 105(a) and 502 and Bankruptcy Rule 3007, (A) Setting Briefing Schedule and
Hearing Date for Omnibus Objection to Claims Filed or Asserted Against Commonwealth
filed by Official Committee of Unsecured Creditors filed by the Ad Hoc Group of
Constitutional Debt Holders, Ad Hoc Group of General Obligation Bondholders, Lawful
Constitutional Debt Coalition, QTCB Noteholder Group. [DE#
11124]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|0001|81936.97|20200201|20200229||789|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 145357)
[9905] Debtor's Omnibus Objection to Claims One Hundred Thirty-First Omnibus
Objection Response to Debtor's Objection to Claims (Number(s): 145357) [9905]
Debtor's Omnibus Objection to Claims One Hundred Thirty-First Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Isidora Rivera Jimenez. Docket 11243.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||790|F|0.20||44.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 24607)
[9551] Debtor's Omnibus Objection to Claims One Hundred and First Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation AuthorityResponse to Debtor's Objection to Claims (Number(s): 24607)
[9551] Debtor's Omnibus Objection to Claims One Hundred and First Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority filed by The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit # (2) Envelope) Dilfia Rodriguez Colon. Docket
11229.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||791|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 166624)
[9941] Debtor's Omnibus Objection to Claims One Hundred Fourty-Eighth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Sonia Vega Perez.
Docket 11225.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||792|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 65433)
[9548] Debtor's Omnibus Objection to Claims Ninety-Eighth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Doris A. Alvarez Trossi. Docket 11222.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||793|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 126711)
[9897] Debtor's Omnibus Objection to Claims One Hundred Twenty-Seventh Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. filed by ROBERTO CAMARA FUERTES on behalf of
AMBAC ASSURANCE CORPORATION, Assured Guaranty Corp., Assured Guaranty Municipal
Corp., Financial Guaranty Insurance Company, NATIONAL PUBLIC FINANCE GUARANTEE

Exhibit G-2 February 2020- 505431.TXT

CORPORATION. Docket 11200.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||794|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
136086)[9905] Debtor's Omnibus Objection to Claims One Hundred Thirty-First Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Sara N. Reyes
Aguayo. Docket 11199.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||795|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 145281)
[9897] Debtor's Omnibus Objection to Claims One Hundred Twenty-Seventh Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Carmen I. Font
Lebron.  Docket 11198.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||796|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 144190)
[9897] Debtor's Omnibus Objection to Claims One Hundred Twenty-Seventh Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Karem Y. Garcia
Ortiz. Docket 11208.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||797|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze  Supplemental Response to Debtor's Objection to Claims
(Number(s): 124200/ 126946) [9940] Debtor's Omnibus Objection to Claims One Hundred
Forty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Lourdes Soto Ramos. Docket 11207.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||798|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze  Supplemental Response to Debtor's Objection to Claims
(Number(s): 116045) [9941] Debtor's Omnibus Objection to Claims One Hundred
Fourty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Marta Villanueva Osorio, pro se. Docket 11206.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||799|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 129974/
144937) [9894] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fifth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. Docket 11197.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||800|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 157543)
[9943] Debtor's Omnibus Objection to Claims One Hundred Fiftieth Omnibus Objection
(Non-Substantive) filed by The Financial Oversight and Management Board for Puerto

Exhibit G-2 February 2020- 505431.TXT

Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Domingo Melendez Vega.  Docket 11192.|66-0554116|220.00|González, Yasthel|AS|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||801|F|0.10||22.00|20200219|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 157543) [9943] Debtor's Omnibus Objection to Claims One Hundred Fiftieth Omnibus Objection (Non-Substantive) filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Carmen M. Rivera Falu.  Docket 11191.|66-0554116|220.00|González, Yasthel|AS|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||802|F|0.10||22.00|20200219|B3 10||A104|YG|Response to Debtor's Objection to Claims (Number(s): 156759) [9894] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonw filed by The Financial Oversight and Management Board for Puerto Rico.  Docket 11190.|66-0554116|220.00|González, Yasthel|AS|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||803|F|0.10||22.00|20200219|B3 10||A104|YG|Response to Debtor's Objection to Claims (Number(s): 128275) [9905] Debtor's Omnibus Objection to Claims One Hundred Thirty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Marta D. Reyes Aguayo. Docket 11195.|66-0554116|220.00|González, Yasthel|AS|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||804|F|0.10||22.00|20200219|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 126711) [9897] Debtor's Omnibus Objection to Claims One Hundred Twenty-Seventh Omnibus Objection (Non-Substantive) filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Irisbell Gonzalez Delgado. Docket 11194.|66-0554116|220.00|González, Yasthel|AS|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||805|F|0.10||22.00|20200219|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 116244) [9934] Debtor's Omnibus Objection to Claims One Hundred Forty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Domingo Melendez Vega. Docket 11193.|66-0554116|220.00|González, Yasthel|AS|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||806|F|0.10||22.00|20200219|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 149512) [9906] Debtor's Omnibus Objection to Claims One Hundred Thirty-Second Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Valerie Rodriguez Rivera. Docket 11240.|66-0554116|220.00|González, Yasthel|AS|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||807|F|0.10||22.00|20200219|B3 10||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) Response to Omnibus Objection (No Objection on File) NO POC FILED Mario Solis Galio, pro se and

Exhibit G-2 February 2020- 505431.TXT

in the Spanish language. *Filing forwarded to PC. Docket
11230.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||808|F|0.20||44.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 90274)
[9553] Debtor's Omnibus Objection to Claims One Hundred and Third Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
MIRIAN CASTILLO MALDONADO. Docket 11228.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||809|F|0.20||44.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 145068)
[9921] Debtor's Omnibus Objection to Claims One Hundred Thirty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Altagracia Zurita Franco, pro se and in the Spanish Language. Docket
11248.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||810|F|0.20||44.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 145068)
[9921] Debtor's Omnibus Objection to Claims One Hundred Thirty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) CAROLL SANTIAGO SANTIESTEBAN. Docket 11249.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||811|F|0.20||44.00|20200219|B3
10||A104|YG|Analyze esponse to Omnibus Objection (No Objection on File) response to
Omnibus Objection (No Objection on File) Re: Sonia I. Rivera Gonzalez, Olga I.
Rivera Miranda and Eduardo Rodriguez Colon. (Signed by Clerk on 02/19/2020)
(Attachments: # (1) Defective Pleadings). Docket 11245.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||812|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 90274)
[9553] Debtor's Omnibus Objection to Claims One Hundred and Third Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Elda Mical Ortiz
Pimentel. Docket 11226.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||813|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 165607/
148421) [8975] Debtor's Omnibus Objection to Claims Eighty-Sixth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico. Docket
11221.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||814|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 116263)
[9911] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fifth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [9933] Debtor's Omnibus Objection to Claims One
Hundred Fortieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto

Exhibit G-2 February 2020- 505431.TXT
Rico, Puerto Rico Highways and Transpiration Authority, and Employees Retirement
System of the Government of the Commonwealth filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. Docket 11300.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||815|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 116263)
[9911] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fifth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al., [11820] Debtor's Omnibus Objection to Claims -
One Hundred Fifty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of The Government of the Comm filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Milagros Aviles Mendez.
Docket 11209.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||816|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 139029)
[9907] Debtor's Omnibus Objection to Claims One Hundred Thirty-Third Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Hector J. Santiago
Delgado. Docket 11224.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||817|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 139029)
[9907] Debtor's Omnibus Objection to Claims One Hundred Thirty-Third Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Sonia M. Santiago
Vega. Docket 11223.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||818|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
65433)[9548] Debtor's Omnibus Objection to Claims Ninety-Eighth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Vanessa De Leon
Ortiz. Docket 11222.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||819|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Objection to Related document:[10754] Motion of Official
Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Sections
105(a) and 502 and Bankruptcy Rule 3007, (A) Setting Briefing Schedule and Hearing
Date for Omnibus Objection to Claims Filed or Asserted Against Commo filed by
Official Committee of Unsecured Creditors, [10755] Notice filed by Official
Committee of Unsecured Creditors (Attachments: # (1) Certificate of Service # (2)
Envelope). Docket 11189.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||820|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 131592)
[9892] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fourth Omnibus

Exhibit G-2 February 2020- 505431.TXT

Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit. Docket 11166.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||821|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 137066)
[9943] Debtor's Omnibus Objection to Claims One Hundred Fiftieth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealt filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Response to Debtor's Objection to Claims (Number(s): 137066) [9943]
Debtor's Omnibus Objection to Claims One Hundred Fiftieth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealt filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit). Docket 11169.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||822|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 118189)
[9908] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Yaditza Torres Figueroa. Docket 11165.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||823|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 114214)
[9906] Debtor's Omnibus Objection to Claims One Hundred Thirty-Second Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit. Docket 11168.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||824|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 114214)
[9906] Debtor's Omnibus Objection to Claims One Hundred Thirty-Second Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit. Docket 11170.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||825|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 141045)
[9938] Debtor's Omnibus Objection to Claims One Hundred Forty-Fifth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transpiration Authority, and Employees Retirement System of the Government of
the Commonwea filed by The Financial Oversight and Management Board for Puerto Rico,

Exhibit G-2 February 2020- 505431.TXT

as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1).
Docket 11171.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||826|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 131592)
[9892] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fourth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Docket
11167.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||827|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 158039)
[9895] Debtor's Omnibus Objection to Claims One Hundred Twenty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Margarita Figueroa Ortiz.  Docket 11163.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||828|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 163205)
[9946] Debtor's Omnibus Objection to Claims One Hundred Fifty-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Miriam Melendez Reyes, pro se.  Docket 11160.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||829|F|0.30||66.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 157078)
[9939] Debtor's Omnibus Objection to Claims One Hundred Forty-Sixth Omnibus
Objection Commonw filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit) Alberto Rosado Rodriguez, pro se. Docket
11162.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||830|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 97961)
[9554] Debtor's Omnibus Objection to Claims - One Hundred and Fourth Omnibus
Objection Response to Debtor's Objection to Claims (Number(s): 97961) [9554]
Debtor's Omnibus Objection to Claims - One Hundred and Fourth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Carmen Ramos Santiago, pro se and in the Spanish Language.. Docket
11178.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||831|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 127854)
[9907] Debtor's Omnibus Objection to Claims One Hundred Thirty-Third Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Margot Santa Alicea.
Docket 11156.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||832|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 109547)

Exhibit G-2 February 2020- 505431.TXT
[9548] Debtor's Omnibus Objection to Claims Ninety-Eighth Omnibus Objection filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Rosaulino
Santiago Gonzalez. Docket 11187.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||833|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 139289)
[9895] Debtor's Omnibus Objection to Claims One Hundred Twenty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Docket
11183.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||834|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 116699)
[9908] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Lourdes Torres Guzman. Docket 11185.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||835|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Objection to Related document:[10754] Motion of Official
Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Sections
105(a) and 502 and Bankruptcy Rule 3007, (A) Setting Briefing Schedule and Hearing
Date for Omnibus Objection to Claims Filed or Asserted Against Commo filed by
Official Committee of Unsecured Creditors, [10755] Notice filed by Official
Committee of Unsecured Creditors (Attachments: # (1) Certificate of Service # (2)
Envelope) filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Vivian N. Martinez Bastian. Docket 11176.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||836|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 109547)
[9548] Debtor's Omnibus Objection to Claims Ninety-Eighth Omnibus Objection filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit) Wanda I. Cotto
Lebron. Docket 11181.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||837|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 97172)
[9574] Debtor's Omnibus Objection to Claims One Hundred Twenty-Second Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highway
and Transportation Authority, and Employees Retirement System of the Government of
the Common Response to Debtor's Objection to Claims (Number(s): 97172) Re: [9574]
Debtor's Omnibus Objection to Claims One Hundred Twenty-Second Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highway and
Transportation Authority, and Employees Retirement System of the Government of the
Common filed by COMMONWEALTH OF PUERTO RICO (Attachments: # (1) Exhibit) Irma M.
Rivera Garcia, pro se and in the Spanish language. Docket
11188.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||838|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 127854)

Exhibit G-2 February 2020- 505431.TXT

[9907] Debtor's Omnibus Objection to Claims One Hundred Thirty-Third Omnibus
Objection Response to Debtor's Objection to Claims (Number(s): 127854) [9907]
Debtor's Omnibus Objection to Claims One Hundred Thirty-Third Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Margot Santa Alicea.
Docket 11156.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||839|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 137422)
[9934] Debtor's Omnibus Objection to Claims One Hundred Forty-First Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Violeta Mariani Guevara. Docket 11186.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||840|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 133477,
92191) [9557] Debtor's Omnibus Objection to Claims One Hundred and Seventh Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwe filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al., [9908] Debtor's
Omnibus Objection to Claims One Hundred Thirty-Fourth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1).
Docket 11182.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||841|F|0.10||22.00|20200219|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 113458)
[9897] Debtor's Omnibus Objection to Claims One Hundred Twenty-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Martina Morales. Docket 11184.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||842|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) Felix
Davila Perez, pro se.  Docket 11317.  |66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||843|F|1.40||392.00|20200220|B
310||A104|KCS|Receive and analyze Motion to Dismiss (GO/PBA Bonds Claim Objection)
Relative to: 9730 MOTION Omnibus Objection of the Lawful Constitutional Debt
Coalition, pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to
Claims Filed or Asserted by Holders of Certain Bonds Issued or Guaranteed by the
Commonwealth filed by Lawful Constitutional Debt Coalition, 9735 Official Committee
of Unsecured Creditors' Omnibus Objection on Constitutional Debt Limit Grounds to
(I) Claim of Government Development Bank for Puerto Rico [Claim Number 29485] Based
on Certain Commonwealth-Issued Notes and on Commonwe filed by Official Committee of
Unsecured Creditors (Attachments: # 1 Declaration of Arturo J. Garca-Sol in Further
Support of DRA Parties Motion to Dismiss # 2 Exhibit 1 # 3 Exhibit 2 # 4 Exhibit 3 #
5 Exhibit 4 # 6 Exhibit 5 # 7 Exhibit 6 # 8 Exhibit 7 # 9 Exhibit 8 # 10 Exhibit 9 #
11 Exhibit 10 # 12 Exhibit 11 # 13 Exhibit 12 # 14 Exhibit 13 # 15 Exhibit 14 # 16

Exhibit G-2 February 2020- 505431.TXT

Exhibit 15) filed by AmeriNational Community Services, LLC, Cantor-Katz Collateral
Monitor LLC. [DE# 11260, 670 pages of which I analyze main document and Declaration
of Arturo Garcia, and a very cursory review of exhibits]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||844|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 112601)
[9903] Debtor's Omnibus Objection to Claims One Hundred Thirtieth Omnibus Objection
Response to Debtor's Objection to Claims (Number(s): 112601) [9903] Debtor's Omnibus
Objection to Claims One Hundred Thirtieth Omnibus Objection filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) Noel Ortiz Lopez.
Docket 11391.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||845|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 92796)
[9946] Debtor's Omnibus Objection to Claims One Hundred Fifty-Seventh Omnibus
Objection Response to Debtor's Objection to Claims (Number(s): 92796) [9946]
Debtor's Omnibus Objection to Claims One Hundred Fifty-Seventh Omnibus Objection
Highways and Transportation Authority, and Employees Retirement System of the
Government of the Commo filed by The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit # (2) Envelope) Herohilda Mari Gonzalez, pro se and in
the Spanish language. Docket 11380.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||846|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 130566)
[9935] Debtor's Omnibus Objection to Claims One Hundred Forty-Second Omnibus
Objection Response to Debtor's Objection to Claims (Number(s): 130566) [9935]
Debtor's Omnibus Objection to Claims One Hundred Forty-Second Omnibus Objection
Highways and Transportation Authority, and Employees Retirement System of the
Government of the Commo filed by The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit # (2) Envelope) Herohilda Mari Gonzalez, pro se and in
the Spanish language. Docket 11383.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||847|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 108782)
[9567] Debtor's Omnibus Objection to Claims - One Hundred Seventeenth Omnibus
Objection Response to Debtor's Objection to Claims (Number(s): 108782) [9567]
Debtor's Omnibus Objection to Claims - One Hundred Seventeenth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) MARVIN SANTIAGO. Docket 11344.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||848|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 143443)
[9901] Debtor's Omnibus Objection to Claims One Hundred Twenty-Ninth Omnibus
Objection Response to Debtor's Objection to Claims (Number(s): 143443) [9901]
Debtor's Omnibus Objection to Claims One Hundred Twenty-Ninth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)

Exhibit G-2 February 2020- 505431.TXT
Envelope) Lillian Morales. Docket 11331.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||849|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 94398)
[9946] Debtor's Omnibus Objection to Claims One Hundred Fifty-Seventh Omnibus
Objection Response to Debtor's Objection to Claims (Number(s): 94398) [9946]
Debtor's Omnibus Objection to Claims One Hundred Fifty-Seventh Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Zenaida Ledesma Moulier. Docket
11322.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||850|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 115082)
[9943] Debtor's Omnibus Objection to Claims One Hundred Fiftieth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Augusto Sanchez Fuentes. Docket
11324.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||851|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 160734)
[9908] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Eneida Perez Diaz. Docket 11327.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||852|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 156185)
[9906] Debtor's Omnibus Objection to Claims One Hundred Thirty-Second Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Isaira Rodriguez Andujar. Docket 11323.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||853|F|0.30||66.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 131951)
[9895] Debtor's Omnibus Objection to Claims One Hundred Twenty-Sixth Omnibus
Objectionfiled by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Socorro De Jesus Santiago. Docket
11321.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||854|F|0.20||44.00|20200220|B3
10||A104|YG|Analyze Response to Omnibus Objection (No Objection on File). Response
to Omnibus Objection ( No Objetion on File) filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Carmen J. Chardon
Rodriguez. Docket 11317.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||855|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 134084)
[9939] Debtor's Omnibus Objection to Claims One Hundred Forty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)

Page 115

Exhibit G-2 February 2020- 505431.TXT

Envelope) ODA LIZ SANABRIA LOPEZ. Docket 11328.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||856|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 116540)
[9943] Debtor's Omnibus Objection to Claims One Hundred Fiftieth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Lidia Rodriguez Figueroa. Docket
11320.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||857|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 149213)
[9903] Debtor's Omnibus Objection to Claims One Hundred Thirtieth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Johanne I. O'Neill Marshall. Docket
11347.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||858|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Omnibus Objection Response to Omnibus Objection
Julia Trinidad Oyola Cruz. Docket 11341.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||859|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 164219,
121692)  [9908] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fourth
Omnibus Objection filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit # (2) Envelope) Gissel Torres Vinales. Docket
11345.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||860|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 131861)
[9903] Debtor's Omnibus Objection to Claims One Hundred Thirtieth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Nestor A. Ortiz Montero. Docket
11385.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||861|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 132810)
[9938] Debtor's Omnibus Objection to Claims One Hundred Forty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Sader Rodriguez Sabater. Docket
11350.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||862|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 119607)
[9940] Debtor's Omnibus Objection to Claims One Hundred Forty-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Gloria E. Torres Baez. Docket
11330.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||863|F|0.10||22.00|20200220|B3

Exhibit G-2 February 2020- 505431.TXT

10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 91048)
[9564] Debtor's Omnibus Objection to Claims One Hundred and Fourteenth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Zenaida Ledesma Moulier, pro se and in the Spanish language.
Docket 11322.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||864|F|0.20||44.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 152124)
[9906] Debtor's Omnibus Objection to Claims One Hundred Thirty-Second Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Merida Rivera Baez. Docket 11237.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||865|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 53714)
[8983] Debtor's Omnibus Objection to Claims Ninety-Fourth Omnibus Objection filed by
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
(Attachments: # (1) Exhibit # (2) Envelope) LYDIA E GARCIA NIEVES. Docket
11342.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||866|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 159770)
[9943] Debtor's Omnibus Objection to Claims One Hundred Fiftieth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Rolando Colon Montanez. Docket 11236.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||867|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 138038)
[9905] Debtor's Omnibus Objection to Claims One Hundred Thirty-First Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) RAFAEL RIVERA FIGUEROA. Docket
11303.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||868|F|0.20||44.00|20200220|B3
10||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) - Claims
Number(s): 97355, 109500, 127138 Norma I. Llera Rodriguez, pro se. Docket
11302.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||869|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 138038)
[9905] Debtor's Omnibus Objection to Claims One Hundred Thirty-First Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Laura E. Pineiro Mercado, pro se and in the Spanish
Language. Docket 11304.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||870|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 119433)
[9911] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as

Exhibit G-2 February 2020- 505431.TXT
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Carmen Eneida Alsina Lopez. Docket
11306.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||871|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 38261)
[8965] Debtor's Omnibus Objection to Claims - Seventy-Ninth Omnibus Objection filed
by COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
(Attachments: # (1) Exhibit # (2) Envelope) Yaritza Figueroa Rodriguez. Docket
11305.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||872|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 91062)
[9563] Debtor's Omnibus Objection to Claims One Hundred and Thirteenth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Iraida Mari. Docket 11296.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||873|F|0.20||44.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 85046)
[9568] Debtor's Omnibus Objection to Claims - One Hundred Eighteenth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Angela L. Velazquez Arroyo. Docket 11295.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||874|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 12778)
[9565] Debtor's Omnibus Objection to Claims One Hundred and Fifteenth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Iraida Mari. Docket 11298.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||875|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 116991)
[9915] Debtor's Omnibus Objection to Claims One Hundred Thirty-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al., [9933] Debtor's Omnibus
Objection to Claims One Hundred Fortieth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transpiration Authority, and
Employees Retirement System of the Government of the Commonwealth filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Celsa Maldonado Nazario. Docket 11300.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||876|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 12778)
[9565] Debtor's Omnibus Objection to Claims One Hundred and Fifteenth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Damian Striker Mendez. Docket 11299.|66-0554116|220.00|González,

Exhibit G-2 February 2020- 505431.TXT

Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||877|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 135462)
[9912] Debtor's Omnibus Objection to Claims One Hundred Thirty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Myrna L. Casillas Rodriguez, pro se and in the Spanish
Language. Docket 11313.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||878|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 56366)
[8969] Debtor's Omnibus Objection to Claims Eighty-Second Omnibus Objection filed by
Cheryl L. Santana Ayala. Docket 11312.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||879|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 54238)
[8968] Debtor's Omnibus Objection to Claims - Eighty-First Omnibus Objection filed
by COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
(Attachments: # (1) Exhibit # (2) Envelope) Victor L. Pena Santos. Docket
11314.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||880|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 137099)
[9908] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Eva Luz Vinales Rodriguez. Docket
11316.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||881|F|0.20||44.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 153453)
[9941] Debtor's Omnibus Objection to Claims One Hundred Forty-Eighth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Sylvia E. Vazquez Cordero. Docket
11315.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||882|F|0.30||66.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 77150)
[8979] Debtor's Omnibus Objection to Claims Ninetieth Omnibus Objection filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Francisco Javier Rodriguez Vega, pro se and in the Spanish language. Docket
11308.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||883|F|0.30||66.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 52040)
[9555] Debtor's Omnibus Objection to Claims One Hundred and Fifth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Francisco Javier Rodriguez Vega, pro se. Docket
11307.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||884|F|0.30||66.00|20200220|B3

Exhibit G-2 February 2020- 505431.TXT
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 88534)
[9566] Debtor's Omnibus Objection to Claims - One Hundred Sixteenth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Francisco Javier Rodriguez Vega. Docket
11309.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||885|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 116037)
[9938] Debtor's Omnibus Objection to Claims One Hundred Forty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Francisco Javier Rodriguez Vega. Docket
11311.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||886|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 152950)
[9935] Debtor's Omnibus Objection to Claims One Hundred Forty-Second Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Nelka Liz Morales Velazquez. Docket
11310.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||887|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 81194)
[9564] Debtor's Omnibus Objection to Claims One Hundred and Fourteenth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Jose R. Perez Rivera. Docket
11388.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||888|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 132246)
[9906] Debtor's Omnibus Objection to Claims One Hundred Thirty-Second Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. filed by MILTON PORTALATIN
[QUINONES VARGAS, DAMARIS] . Docket 11360.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||889|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) Francisco
de Jesus Torres, pro se and in the Spanish Language. Docket
11361.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||890|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 112601)
[9903] Debtor's Omnibus Objection to Claims One Hundred Thirtieth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) MYRNA L BERRIOS WILLIAMS, pro se. Docket
11392.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||891|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 126168)
[9935] Debtor's Omnibus Objection to Claims One Hundred Forty-Second Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as

Exhibit G-2 February 2020- 505431.TXT

Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Brenda W. Muniz Osorio, pro se. Docket
11354.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||892|F|0.20||44.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 81194)
[9564] Debtor's Omnibus Objection to Claims One Hundred and Fourteenth Omnibus
Objection and filed on 2/18/2020 by Antonio L. Torres Cardenales. Docket
11387.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||893|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 92796)
[9946] Debtor's Omnibus Objection to Claims One Hundred Fifty-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Herohilda Mari Gonzalez. Docket
11380.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||894|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) David Lopez
Marcucci, pro se and in the Spanish Language. Docket
11382.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||895|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 85184)
[9562] Debtor's Omnibus Objection to Claims One Hundred and Twelfth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) David Lopez Marcucci. Docket
11384.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||896|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 136877)
[9937] Debtor's Omnibus Objection to Claims One Hundred Forty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) SONIA QUIRINDONGO GONZALEZ. Docket
11377.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||897|F|0.10||22.00|20200220|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 92796)
[9946] Debtor's Omnibus Objection to Claims One Hundred Fifty-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) David Alonso Triack, pro se. Docket 11379.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||898|F|0.10||28.00|20200221|B3
10||A104|KCS|Receive and analyze Motion to inform Fifth Supplemental Verified
Statement of the QTCB Noteholder Group pursuant to Federal Rule of Bankruptcy
Procedure 2019 filed by QTCB Noteholder Group [DE# 11293]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||899|F|0.10||28.00|20200221|B3
10||A104|KCS|Receive and analyze ORDER GRANTING MOTION relative to: [11141] Motion
requesting extension of time( until February 24, 2020 days). Related document:

Exhibit G-2 February 2020- 505431.TXT

[9912] Debtor's Omnibus Objection to Claims One Hundred Thirty-Sixth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth of Puerto Rico. Response due by 5:00 p.m. (AST) on 2/24/2020. [DE#
11343]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||900|F|0.10||28.00|20200221|B3
10||A104|KCS|Receive and analyze Limited Response of Official Committee of Unsecured
Creditors to Motion of the Commonwealth of Puerto Rico and the Employees Retirement
System of the Government of the Commonwealth of Puerto Rico for an Order (A)
Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit
Claims, (B) Establishing Procedures and Deadlines for Submission of Information
Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment by Such
Claimants, and (C) Approving Form and Manner of Notice Thereof Relative to: [10839]
MOTION of the Commonwealth of Puerto Rico and the Employees Retirement System of the
Government of the Commonwealth of Puerto Rico for an Order (A) Establishing
Pre-Solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B)
Establishing Procedures filed by COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO filed by the
Official Committee of Unsecured Creditors. [DE# 11335]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||901|F|0.10||28.00|20200221|B3
10||A104|KCS|Receive and analyze ORDER GRANTING MOTION relative to: [11143] Motion
requesting extension of time( until February 24, 2020 days). Related document:
[9940] Debtor's Omnibus Objection to Claims One Hundred Forty-Seventh Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth of Puerto Rico. Response due by 5:00 p.m. (AST) on 2/24/2020. [DE#
11348]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||902|F|0.30||84.00|20200221|B3
10||A104|KCS|Receive and analyze RESPONSE to Motion Opposition of Financial
Oversight and Management Board for Puerto Rico to Motion of Official Committee of
Unsecured Creditors for Order, Pursuant to Bankruptcy Code Sections 105(A) and 502
and Bankruptcy Rule 3007, (A) Setting Briefing Schedule and Hearing Date for Omnibus
Objection TO Claims Filed or Asserted Against Commonwealth by Holders of General
Obligation Bonds Asserting Priority Over Other Commonwealth Unsecured Creditors
[Docket No. 10638], (B) Approving Form of Notice and (C) Granting Related Relief.
Relative to: [10754] MOTION of Official Committee of Unsecured Creditors for Order,
Pursuant to Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, (A)
Setting Briefing Schedule and Hearing Date for Omnibus Objection to Claims Filed or
Asserted Against Commo filed by Official Committee of Unsecured Creditors filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. [DE# 11462]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||903|F|1.60||448.00|20200221|B
310||A104|KCS|Receive and analyze Omnibus Response of Official Committee of
Unsecured Creditors to (A) Amended Report and Recommendation of Mediation Team and
(B) Joint Motion for an Order (I) Scheduling a Hearing to Consider Adequacy of
Information Contained in Disclosure Statement, (II) Establishing Deadline for Filing

Exhibit G-2 February 2020- 505431.TXT

Spanish Translation of Disclosure Statement, (III) Establishing Deadline for Filing
Objections to Disclosure Statement and Replies Thereto, And (IV) Granting Related
Relief Relative to: [10756] Motion Submitting, [10808] Joint motion of the
Commonwealth of Puerto Rico, the Employees Retirement System of the Government of
the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for
an Order (I) Scheduling a Hearing to Consider the Adequacy of Info filed by
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO, PUBLIC BUILDINGS AUTHORITY OF PUERTO RICO
(Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C) filed by the Official
Committee of Unsecured Creditors  [DE# 11482, 170 pgs.]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||904|F|0.10||28.00|20200221|B3
10||A104|KCS|Receive and analyze Motion for Joinder Relative to: 10702 Motion to
Dismiss (GO/PBA Bonds Claim Objection) Reletive to: 4784 Objection / Omnibus
Objection of (I) Financial Oversight and Management Board, Acting Through Its
Special Claims Committee, and (II) Official Committee of Unsecured Creditors,
Pursuant to B filed by Ad Hoc Group of General Obligation Bondholders, 11267 Motion
to Dismiss (GO/PBA Bonds Claim Objection) Relative to: 9730 Motion Omnibus Objection
of the Lawful Constitutional Debt Coalition, pursuant to Bankruptcy Code Section 502
and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Bond
filed by Fir Tree Partners filed by the Cooperativa de Ahorro y Credito Naguabena.
[DE# 11294]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||905|F|0.80||224.00|20200221|B
310||A104|KCS|Receive and analyze / Supplemental Objection of Assured Guaranty Corp.
and Assured Guaranty Municipal Corp. to Amended Report and Recommendation of the
Mediation Team (ECF No. 10756) with Respect to GO/PBA Litigation Related
document:[10756] Motion Submitting (Attachments: # (1) Exhibit A - Proposed Amended
Interim Case Management Order # (2) Exhibit B - EMMA Notice) filed by Assured
Guaranty Corp., Assured Guaranty Municipal Corp. [DE# 11297, read main document with
cursory review of exihibits.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||906|F|0.40||112.00|20200221|B
310||A104|KCS|Receive and analyze Joint motion in Support of Mediation Team's
Amended Report and Recommendation Relative to: [10756] Motion Submitting filed by
CARLOS R. RIVERA ORTIZ on behalf of Ad Hoc Group of Constitutional Debt Holders, Ad
Hoc Group of General Obligation Bondholders, Lawful Constitutional Debt Coalition,
QTCB Noteholder Group. [DE# 11499]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||907|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 110392,
149809) [9564] Debtor's Omnibus Objection to Claims One Hundred and Fourteenth
Omnibus Objection Response to Debtor's Objection to Claims (Number(s): 110392,
149809) [9564] Debtor's Omnibus Objection to Claims One Hundred and Fourteenth
Omnibus Objection filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Restricted Exhibit - includes personal identifiers (LCv Rule 5.2) # (2)
Envelope) Doris Negron Perez. Docket 11488.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||908|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 148160)

Exhibit G-2 February 2020- 505431.TXT

[9937] Debtor's Omnibus Objection to Claims One Hundred Forty-Fourth Omnibus
Objection Response to Debtor's Objection to Claims (Number(s): 148160) [9937]
Debtor's Omnibus Objection to Claims One Hundred Forty-Fourth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. EDWIN RIVERA BONILLA
[Gonzalez, Marie]. pro se . Docket 11464.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||909|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 159543)
[9938] Debtor's Omnibus Objection to Claims One Hundred Forty-Fifth Omnibus
Objection Response to Debtor's Objection to Claims (Number(s): 159543) [9938]
Debtor's Omnibus Objection to Claims One Hundred Forty-Fifth Omnibus Objection filed
by The Financial Oversight and Management Board for Puerto Rico, as Representative
of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Restricted Exhibit -
includes personal identifiers (LCv Rule 5.2)) MONSERRATE RODRIGUEZ TORRES. Docket
11455.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||910|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 125236)
[9921] Debtor's Omnibus Objection to Claims One Hundred Thirty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Daisy Guadalupe Iglesia, .
Docket 11467.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||911|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 97638)
[9560] Debtor's Omnibus Objection to Claims - One Hundred Tenth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Francisca Colon Figueroa,
pro se . Docket 11466.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||912|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 20288)
[9564] Debtor's Omnibus Objection to Claims One Hundred and Fourteenth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Reyes Pagan Pagan. Docket
11481.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||913|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) Juanita
Ortiz Garcia. Docket 11469.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||914|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 132050)
[9911] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Margarita R. Alvarado
Iglesias. Docket 11471.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||915|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 117840)
[9894] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fifth Omnibus
Objection Commonw filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. Maritza Cabrera
Nieves, Pro Se. Docket 11470.|66-0554116|220.00|González, Yasthel|AS|[]

Exhibit G-2 February 2020- 505431.TXT

20200229|505431|1600|01001|81936.97|20200201|20200229||916|F|0.10||22.00|20200221|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 132421, 71286, 80629, 80859) [9548] Debtor's Omnibus Objection to Claims Ninety-Eighth Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Restricted Exhibit - includes personal identifiers (LCv Rule 5.2) # (2) Envelope) Neldys E. Cruz Figueroa, pro se. Docket 11468.|66-0554116|220.00|González, Yasthel|AS|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||917|F|0.10||22.00|20200221|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 126281) [9937] Debtor's Omnibus Objection to Claims One Hundred Forty-Fourth Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. Dixie E. Reyes Rodriguez, pro se and in the Spanish language. Docket 11479.|66-0554116|220.00|González, Yasthel|AS|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||918|F|0.10||22.00|20200221|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 110638, 150079) [9559] Debtor's Omnibus Objection to Claims One Hundred and Ninth Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Restricted Exhibit - includes personal identifiers (LCv Rule 5.2) # (2) Envelope) LILLIAN BURGOS RIVERA. Docket 11503.|66-0554116|220.00|González, Yasthel|AS|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||919|F|0.10||22.00|20200221|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 156053) [9934] Debtor's Omnibus Objection to Claims One Hundred Forty-First Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. filed by Gloricela Medina Lopez. Docket 11502.|66-0554116|220.00|González, Yasthel|AS|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||920|F|0.10||22.00|20200221|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 86448) [9560] Debtor's Omnibus Objection to Claims - One Hundred Tenth Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Lizette Maldonado Perez. Docket 11500.|66-0554116|220.00|González, Yasthel|AS|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||921|F|0.10||22.00|20200221|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 20288) [9564] Debtor's Omnibus Objection to Claims One Hundred and Fourteenth Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Restricted Exhibit - includes personal identifiers (LCv Rule 5.2) # (2) Envelope) Carmen M. Ruiz Lozano, pro se. Docket 11480.|66-0554116|220.00|González, Yasthel|AS|[]

20200229|505431|1600|01001|81936.97|20200201|20200229||922|F|0.10||22.00|20200221|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 97652) [9561] Debtor's Omnibus Objection to Claims One Hundred and Eleventh Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)

Exhibit G-2 February 2020- 505431.TXT
Restricted Exhibit - includes personal identifiers (LCv Rule 5.2) # (2) Envelope)
Miriam Diaz Ortiz, pro se and in the Spanish language. Docket
11484.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||923|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
68865)[9546] Debtor's Omnibus Objection to Claims - Ninety-Sixth Omnibus Objection
filed by Alejo Ortiz Reyes. Docket 11486.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||924|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 82086)
[9562] Debtor's Omnibus Objection to Claims One Hundred and Twelfth Omnibus
Objection filed by Clara I. Hernandez Morales. Docket
11459.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||925|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 165398)
[9945] Debtor's Omnibus Objection to Claims One Hundred Fifty-Sixth Omnibus
Objection filed by Alejo Ortiz Reyes. Docket 11460.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||926|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 157553)
[9897] Debtor's Omnibus Objection to Claims One Hundred Twenty-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Annette Gonzalez Perez, pro se. Docket
11458.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||927|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 126706)
[9915] Debtor's Omnibus Objection to Claims One Hundred Thirty-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Rosa del P. Cotto Colon,
pro se. Docket 11452.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||928|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 165331)
[9921] Debtor's Omnibus Objection to Claims One Hundred Thirty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Restricted Exhibit - includes personal identifiers. Docket
11456.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||929|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 40077,
36887) [9548] Debtor's Omnibus Objection to Claims Ninety-Eighth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. JUAN CRUZ RIVERA, pro se
and in the Spanish language. Docket 11457.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||930|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 162278)
[9921] Debtor's Omnibus Objection to Claims One Hundred Thirty-Ninth Omnibus
Objection Common filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. Rafael Garcia

Exhibit G-2 February 2020- 505431.TXT
Garcia. Docket 11461.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||931|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 146983)
[9906] Debtor's Omnibus Objection to Claims One Hundred Thirty-Second Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Noemi Rodriguez Lopez, pro
se. Docket 11476.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||932|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 136316)
[9908] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fourth Omnibus
Objection Common filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. Rafaela Vazquez
Lopez [Gonzalez, Marie. Docket 11473.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||933|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 136316)
[9908] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Amado Velazquez Madera,
pro se. Docket 11472.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||934|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 126289)
[9905] Debtor's Omnibus Objection to Claims One Hundred Thirty-First Omnibus
Objection Commonwea filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. JUANITA MULLER
ARROYO, Pro Se in the Spanish. Docket 11477.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||935|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 162278)
[9921] Debtor's Omnibus Objection to Claims One Hundred Thirty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Edwin Alberto De Armas
Soto. Docket 11465.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||936|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 142488)
[9892] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Veronica Amador Colon, Pro
Se. Docket 11463.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||937|F|0.10||22.00|20200221|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 126289)
[9905] Debtor's Omnibus Objection to Claims One Hundred Thirty-First Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Dixie E. Reyes Rodriguez,
pro se. Docket 11478.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||938|F|0.30||66.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 114779)
[9939] Debtor's Omnibus Objection to Claims One Hundred Forty-Sixth Omnibus
Objection Response to Debtor's Objection to Claims (Number(s): 114779) [9939]

Page 127

Exhibit G-2 February 2020- 505431.TXT

Debtor's Omnibus Objection to Claims One Hundred Forty-Sixth Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. Ana L. Ruiz Godreau. Docket 11535.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||939|F|0.10||22.00|20200224|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 137580) [9939] Debtor's Omnibus Objection to Claims One Hundred Fourty-Sixth Omnibus Objection Response to Debtor's Objection to Claims (Number(s): 137580) [9939] Debtor's Omnibus Objection to Claims One Hundred Fourty-Sixth Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) Gladys Carrion Rivera, pro se. Docket 11524.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||940|F|0.10||22.00|20200224|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 113191) [9937] Debtor's Omnibus Objection to Claims One Hundred Forty-Fourth Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. filed by Wanda I. Reveron. Docket 11548.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||941|F|0.10||22.00|20200224|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 122313) [9934] Debtor's Omnibus Objection to Claims One Hundred Forty-First Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. filed by Jose R. Martorell Vazquez, Pro se and in the Spanish. Docket 11549.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||942|F|0.10||22.00|20200224|B3 10||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) Raul Rijos Rodriguez, pro se and in the Spanish Language. Docket 11543.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||943|F|0.20||44.00|20200224|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 147857) [9936] Debtor's Omnibus Objection to Claims One Hundred Forty-Third Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Josefina Overman Lebron . Docket 11539.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||944|F|0.10||22.00|20200224|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 151058) [9935] Debtor's Omnibus Objection to Claims One Hundred Forty-Second Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. filed by Mildred Morales Figueroa, Pro se. Docket 11540.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||945|F|0.10||22.00|20200224|B3 10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 117543, 124094) [9900] Debtor's Omnibus Objection to Claims One Hundred Twenty-Eight Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al., [9915] Debtor's Omnibus

Exhibit G-2 February 2020- 505431.TXT
Objection to Claims One Hundred Thirty-Seventh Omnibus Objection (Non-Substantive)
of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation
Authority, and Employees Retirement System of the Government of the Commo filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. filed by Lymari Lopez Santiago. Docket
11547.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||946|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 108032)
[9563] Debtor's Omnibus Objection to Claims One Hundred and Thirteenth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. filed by Carmen A. Morales
Figueroa, Pro se. Docket 11545.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||947|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 106034)
[9567] Debtor's Omnibus Objection to Claims - One Hundred Seventeenth Omnibus
Objection (Non-Substantive) filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit # (2) Envelope) Jose L. Santiago Torres. Docket
11546.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||948|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) FILED
Pauline Pantoja Lopez, pro se and in the Spanish language. Docket
11538.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||949|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 125324)
[9933] Debtor's Omnibus Objection to Claims One Hundred Fortieth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico. Docket
11542.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||950|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 148707)
[9935] Debtor's Omnibus Objection to Claims One Hundred Forty-Second Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. filed by Pedro Ivan
Morales Figueroa, Pro se. Docket 11544.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||951|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 108154,
100195, 124011) [9892] Debtor's Omnibus Objection to Claims One Hundred
Twenty-Fourth Omnibus Objection filed by The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al,
no objections as to claim number(s): 114461, 108465 (Attachments: # (1) Envelope)
filed by Josefina Morales Lebron, pro se in the Spanish language. Docket
11566.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||952|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 153470)
[9897] Debtor's Omnibus Objection to Claims One Hundred Twenty-Seventh Omnibus
Objection Asserting filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #

Exhibit G-2 February 2020- 505431.TXT
(1) Exhibit # (2) Envelope) Virginia Hernandez Ortiz. Docket
11562.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||953|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
104525)[9559] Debtor's Omnibus Objection to Claims One Hundred and Ninth Omnibus
Objection filed by Linetter Figueroa Torres. Docket
11563.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||954|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 41523,
160222) [9546] Debtor's Omnibus Objection to Claims - Ninety-Sixth Omnibus Objection
filed by David Alonso Triack. Docket 11557.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||955|F|0.20||44.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 31987)
[9566] Debtor's Omnibus Objection to Claims - One Hundred Sixteenth Omnibus
Objection filed by Maria E. Rodriguez Guilbel, pro se. Docket
11559.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||956|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 159750)
[9897] Debtor's Omnibus Objection to Claims One Hundred Twenty-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Exhibit) Rafael Garcia Garcia. Docket
11568.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||957|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 112012)
[9900] Debtor's Omnibus Objection to Claims One Hundred Twenty-Eight Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. filed by Minerva Manfredy
Figueroa, Pro se. Docket 11569.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||958|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 155892)
[9937] Debtor's Omnibus Objection to Claims One Hundred Forty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. filed by Luz E. Ramos
Martinez, Pro se. Docket 11551.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||959|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 159079)
[9906] Debtor's Omnibus Objection to Claims One Hundred Thirty-Second Omnibus
Objection Common filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit # (2) Envelope) IRIS O. RODRIGUEZ VELAZQUEZ. Docket
11565.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||960|F|0.40||88.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 164465,
114465, 108465) [9935] Debtor's Omnibus Objection to Claims One Hundred Forty-Second
Omnibus Objection filed by Josefina Morales Lebron, pro se in the Spanish language.
Docket 11566.|66-0554116|220.00|González, Yasthel|AS|[]

Exhibit G-2 February 2020- 505431.TXT
20200229|505431|1600|01001|81936.97|20200201|20200229||961|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 144493,
158558) [9911] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Aixa Alers Martinez, pro se. Docket
11567.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||962|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 122352)
[9921] Debtor's Omnibus Objection to Claims One Hundred Thirty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Restricted Exhibit - includes personal identifiers (LCv Rule 5.2) # (2) Envelope)
Sandra N. Garcia Arroyo. Docket 11520.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||963|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 127981)
[9937] Debtor's Omnibus Objection to Claims One Hundred Forty-Fourth Omnibus
Objection Maria Victoria Rios Arroyo. Docket 11511.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||964|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 116706)
[9911] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Juanita Arzuaga Guzman, pro se and in the Spanish Language.
Docket 11512.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||965|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 130964)
[9921] Debtor's Omnibus Objection to Claims One Hundred Thirty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Restricted Exhibit - includes personal identifiers (LCv Rule 5.2) # (2) Envelope)
Sandra N. Garcia Arroyo. Docket 11523.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||966|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 158326)
[9938] Debtor's Omnibus Objection to Claims One Hundred Forty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Andrea Rodriguez Rodriguez, pro se and in the Spanish Language. . Docket
11522.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||967|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 105916)
[9566] Debtor's Omnibus Objection to Claims - One Hundred Sixteenth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Maria V. Rodriguez Rodriguez. Docket 11521.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||968|F|0.10||22.00|20200224|B3

Exhibit G-2 February 2020- 505431.TXT
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 145695)
[9921] Debtor's Omnibus Objection to Claims One Hundred Thirty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Elizabeth Gueits Rodriguez. Docket
11516.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||969|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 113116)
[9900] Debtor's Omnibus Objection to Claims One Hundred Twenty-Eight Omnibus
Objection filed by Prime Clerk LLC . Docket 11518.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||970|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 125745)
[9906] Debtor's Omnibus Objection to Claims One Hundred Thirty-Second Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Noemi Rodriguez. Docket 11519.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||971|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 119604)
[9912] Debtor's Omnibus Objection to Claims One Hundred Thirty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Miguel Bonilla Robles. Docket
11513.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||972|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 143774)
[9915] Debtor's Omnibus Objection to Claims One Hundred Thirty-Seventh Omnibus
Objection filed by Prime Clerk LLC. Docket 11514.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||973|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 148420)
[9946] Debtor's Omnibus Objection to Claims One Hundred Fifty-Seventh Omnibus
Objection filed by Mirta del R. Martinez Torres. Docket
11515.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||974|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 63853)
[8980] Debtor's Omnibus Objection to Claims Ninety-First Omnibus Objection filed by
ROBERTO CAMARA FUERTES on behalf of AMBAC ASSURANCE CORPORATION, Assured Guaranty
Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company.
Docket 11530.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||975|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) FILED Jose
J. Alvarez Rios, pro se and in the Spanish language. Docket
11529.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||976|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 152431)
[9897] Debtor's Omnibus Objection to Claims One Hundred Twenty-Seventh Omnibus

Exhibit G-2 February 2020- 505431.TXT
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Miguel Angel Gonzalez
Colon, pro se. Docket 11536.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||977|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 126359)
[9915] Debtor's Omnibus Objection to Claims One Hundred Thirty-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Miriam V. Cruz Flores. Docket
11533.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||978|F|0.30||66.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 142117,
137068, 146111) [9894] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fifth
Omnibus Objection as Representative of the Commonwealth of Puerto Rico, et al.
(Attachments: # (1) Exhibit # (2) Envelope) Doris E. Caceres Sanchez. Docket
11531.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||979|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 122345)
[9921] Debtor's Omnibus Objection to Claims One Hundred Thirty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Restricted Exhibit - includes personal identifiers (LCv Rule 5.2) # (2) Envelope)
Sandra N. Garcia Arroyo. Docket 11526.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||980|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 137580)
[9939] Debtor's Omnibus Objection to Claims One Hundred Fourty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Saturnino Rosa Medina, pro se and in the Spanish Language. Docket
11525.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||981|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 122292)
[9912] Debtor's Omnibus Objection to Claims One Hundred Thirty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Gladys Carrion Rivera, pro se and in the Spanish Language. Docket
11524.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||982|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) - Claims
Number(s): 132387 (Attachments: # (1) Restricted Exhibit - includes personal
identifiers filed by Sandra N. Garcia Arroyo. Docket
11528.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||983|F|0.10||22.00|20200224|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 106466)
[9561] Debtor's Omnibus Objection to Claims One Hundred and Eleventh Omnibus
Objection filed by Jorge L. Garcia Torres. Docket 11527.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||984|F|0.10||28.00|20200225|B3

Exhibit G-2 February 2020- 505431.TXT

10||A104|KCS|Receive and analyze ORDER GRANTING MOTION relative to: [11684] Urgent
motion DRA Parties Unopposed Urgent Motion for Leave to Exceed Page Limit with
Respect to Omnibus Reply in Support of DRA Parties Participation Motions Related
document:[10854] Supplemental Response to Debtor's Objection to Claims (Number(s):
43868) Relative to: [8983] Debtor's Omnibus Objection to Claims Ninety-Fourth
Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
Highways and Transportation The DRA Parties may file one omnibus reply in support of
the Participation Motions of no more than twenty-five (25) pages, exclusive of the
cover page, table of contents and authorities, signature pages, exhibits, and
certificate of service.. [DE#11726]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||985|F|0.10||28.00|20200225|B3
10||A104|KCS|Receive and analyze ORDER REGARDING SPANISH-LANGUAGE RESPONSES TO 124TH
THROUGH 150TH AND 155TH THROUGH 157TH OMNIBUS OBJECTIONS TO CLAIMS. relative to:
[9892], [9894], [9895], [9897], [9900], [9901], [9903], [9905], [9906], [9907],
[9908], [9911], [9912], [9915], [9917], [9921], [9933], [9934], [9935], [9936],
[9937], [9938], [9939], [9940], [9941], [9942], [9943], [9944], [9945], and [9946].
[DE#11728]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||986|F|0.10||28.00|20200225|B3
10||A104|KCS|Receive and analyze Official Committee of Unsecured Creditors'
Objection to Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant
to Bankruptcy Code Sections 362, 502, 922, and 928 and Bankruptcy Rules 3012(a)(1)
and 9019 for Order Approving Settlements Embodied in Restructuring Support Agreement
Related document:[9071] Objection filed by Official Committee of Unsecured
Creditors, [10751] Order on Urgent Motion to Seal Document, Order on Urgent Motion
to Seal Document filed by the Official Committee of Unsecured Creditors. [DE#11740,
151 pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||987|F|0.10||28.00|20200225|B3
10||A104|KCS|Receive and analyze Declaration of Scott Martinez in Support of
Official Committee of Unsecured Creditors' Objection to Joint Motion of Puerto Rico
Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502,
922, and 928 and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving
Settlements Embodied in Restructuring Support Agreement Related document:[9071]
Objection filed by Official Committee of Unsecured Creditors, [10751] Order on
Urgent Motion to Seal Document, Order on Urgent Motion to Seal Document
(Attachments: # (1) Exhibit 1 # (2) Exhibit 2 # (3) Exhibit 3) filed by Luc A.
Despins on behalf of Official Committee of Unsecured Creditors.
[DE#11742]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||988|F|1.80||504.00|20200225|B
310||A104|KCS|Receive and analyze Objection to / Declaration of Zachary S.
Zwillinger Related document:[9071] Objection filed by Official Committee of
Unsecured Creditors, [10751] Order on Urgent Motion to Seal Document, Order on
Urgent Motion to Seal Document (Attachments: # (1) Exhibit 1 # (2) Exhibit 2 # (3)
Exhibit 3 # (4) Exhibit 4 # (5) Exhibit 5 # (6) Exhibit 6 # (7) Exhibit 7 # (8)
Exhibit 8 # (9) Exhibit 9 - part 1 # (10) Exhibit 9 - part 2 # (11) Exhibit 10 #
(12) Exhibit 11 # (13) Exhibit 12 # (14) Exhibit 13 # (15) Exhibit 14 # (16) Exhibit
15 # (17) Exhibit 16 # (18) Exhibit 17 # (19) Exhibit 18 # (20) Exhibit 19 # (21)
Exhibit 20 # (22) Exhibit 21 # (23) Exhibit 22 # (24) Exhibit 23 # (25) Exhibit 24 #
(26) Exhibit 25 # (27) Exhibit 26 # (28) Exhibit 27 # (29) Exhibit 28 # (30) Exhibit

Exhibit G-2 February 2020- 505431.TXT

29 # (31) Exhibit 30 # (32) Exhibit 31 # (33) Exhibit 32 # (34) Exhibit 33 # (35)
Exhibit 34 - part 1 # (36) Exhibit 34 - part 2 # (37) Exhibit 34 - part 3 # (38)
Exhibit 35 # (39) Exhibit 36 # (40) Exhibit 37 # (41) Exhibit 38 # (42) Exhibit 39 #
(43) Exhibit 40 # (44) Exhibit 41 # (45) Exhibit 42 # (46) Exhibit 43 # (47) Exhibit
44 # (48) Exhibit 45 # (49) Exhibit 46 # (50) Exhibit 47 # (51) Exhibit 48 # (52)
Exhibit 49 # (53) Exhibit 50 # (54) Exhibit 51 # (55) Exhibit 52 # (56) Exhibit 53 #
(57) Exhibit 54 # (58) Exhibit 55 # (59) Exhibit 56) filed by Luc A. Despins on
behalf of Official Committee of Unsecured Creditors . [DE#11745, 2705 pgs., read
main document and cursory review of the exhibits, in suport of DE#
9709.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||989|F|0.60||168.00|20200225|B
310||A104|KCS|Receive and analyze MOTION (REPLY) OF PUERTO RICO FISCAL AGENCY AND
FINANCIAL AUTHORITY TO COBRA ACQUISITION LLCS OMNIBUS OBJECTION TO FEE APPLICATIONS
FILED BY PROFESSIONALS AND REQUEST TO INCREASE HOLDBACK AMOUNT relative to:[9419]
Objection filed by Cobra Acquisitions LLC, [9752] Objection filed by Cobra
Acquisitions LLC (Attachments: # (1) Exhibit A - Indictment # (2) Exhibit Germeroth
Declaration) filed by PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY.
[DE#11745, 73 pgs., read main document and cursory review of the
exhibits]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||990|F|0.10||22.00|20200225|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 13368)
[9560] Debtor's Omnibus Objection to Claims - One Hundred Tenth Omnibus Objection
Response to Debtor's Objection to Claims (Number(s): 13368) [9560] Debtor's Omnibus
Objection to Claims - One Hundred Tenth Omnibus Objection filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Exhibit)
Herminia Devarie Cora, pro se and in the Spanish Language. Docket
11696.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||991|F|0.10||22.00|20200225|B3
10||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims
(Number(s): 152431) [9897] Debtor's Omnibus Objection to ClaimsSupplemental Response
to Debtor's Objection to Claims (Number(s): 152431) [9897] Debtor's Omnibus
Objection to Claims filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit # (2) Envelope) Miguel Angel Gonzalez Colon. Docket
11693.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||992|F|0.10||22.00|20200225|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 102986)
[9561] Debtor's Omnibus Objection to Claims One Hundred and Eleventh Omnibus
Objection Response to Debtor's Objection to Claims (Number(s): 102986) [9561]
Debtor's Omnibus Objection to Claims One Hundred and Eleventh Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) Evelyn Diaz Suarez, pro se. Docket 11710.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||993|F|0.10||22.00|20200225|B3
10||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 147726)
[9921] Debtor's Omnibus Objection to Claims One Hundred Thirty-Ninth Omnibus

Exhibit G-2 February 2020- 505431.TXT

Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. Docket 11700.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||994|F|0.10||22.00|20200225|B310||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims (Number(s): 68152,96198,97155,97711) [9550] Debtor's Omnibus Objection to Claims filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Carmen Leonor Jimenez Gonzalez, pro se. Docket 11709.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||995|F|0.10||22.00|20200225|B310||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims (Number(s): 66939)  [9560] Debtor's Omnibus Objection to Claims filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Grisel Davila Bocachica, pro se. Docket 11708.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||996|F|0.10||22.00|20200225|B310||A104|YG|Analyze  Response to Debtor's Objection to Claims (Number(s): 152940) [9934] Debtor's Omnibus Objection to Claims One Hundred Forty-First Omnibus Objection filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) Ruben Martinez Fontanez. Docket 11702.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||997|F|0.10||22.00|20200225|B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 116215) [9911] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Luz Celeste Abreu Fargas, pro se and in the Spanish language. Docket 11701.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||998|F|0.10||22.00|20200225|B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 116215) [9911] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. Docket 11699.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||999|F|0.10||22.00|20200225|B310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 80924,161089,162661) filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al., [9915] Debtor's Omnibus Objection to Claims One Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commo filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)

Exhibit G-2 February 2020- 505431.TXT
Exhibit # (2) Envelope) Lydia E. Collazo Nieves, pro se and in the Spanish Language.
Docket 11707.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1000|F|0.10||22.00|20200225|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 94185,
107409) [9561] Debtor's Omnibus Objection to Claims One Hundred and Eleventh Omnibus
Objection Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Carmen I. Faria Martinez, pro se and in the Spanish
language. Docket 11716.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1001|F|0.10||22.00|20200225|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 91432)
[9568] Debtor's Omnibus Objection to Claims - One Hundred Eighteenth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Carmen E. Vazquez Alvarez. Docket
11718.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1002|F|0.10||22.00|20200225|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
127631,147087)  [9933] Debtor's Omnibus Objection to Claims One Hundred Fortieth
Omnibus Objection filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit # (2) Envelope) Olga Isaac Canales. Docket
11717.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1003|F|0.10||22.00|20200225|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 41523,
160222)  [9546] Debtor's Omnibus Objection to Claims - Ninety-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Docket
11688.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1004|F|0.20||44.00|20200225|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 126043,
123656, 123763, 123744, 163041)  [9906] Debtor's Omnibus Objection to Claims filed
by The Financial Oversight and Management Board for Puerto Rico, as Representative
of the Commonwealth of Puerto Rico, et al., [9939] Debtor's Omnibus Objection to
Claims One Hundred Forty-Sixth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonw filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. Docket 11714.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1005|F|0.10||22.00|20200225|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
116052,113234,113204) [8980] Debtor's Omnibus Objection to Claims Ninety-First
Omnibus Objection filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al., [9939] Debtor's
Omnibus Objection to Claims One Hundred Forty-Sixth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the

Exhibit G-2 February 2020- 505431.TXT

Commonw filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. Docket
11715.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1006|F|0.10||22.00|20200225|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 145266)
[9911] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fifth Omnibus
Objection filed by Maria Nereida Alicea Fonseca. Docket
11691.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1007|F|0.10||22.00|20200225|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 141923)
[9901] Debtor's Omnibus Objection to Claims One Hundred Twenty-Ninth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Zobeida Morales Santiago, pro se and in the Spanish
Language. Docket 11692.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1008|F|0.10||22.00|20200225|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
55266,82109) [8973] Debtor's Omnibus Objection to Claims Eighty-Fifth Omnibus
Objection Response to Debtor's Objection to Claims (Number(s): 55266,82109) Re:
[8973] Debtor's Omnibus Objection to Claims Eighty-Fifth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Pue filed by COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS
AND TRANSPORTATION AUTHORITY (Attachments: # (1) Exhibit # (2) Envelope) Joanne
Colon Rivera, pro se and in the Spanish Language. **Listed claim #41185 belongs to
another creditor. Docket 11695.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1009|F|0.20||44.00|20200225|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 144647)
[9937] Debtor's Omnibus Objection to Claims One Hundred Forty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Neida I. Vega Figueroa. Docket
11689.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1010|F|0.10||22.00|20200225|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 145207)
[9892] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Maria Nereida Alicea Fonseca, pro se and in the Spanish language.  Docket
11690.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1011|F|0.10||22.00|20200225|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 103256)
[9945] Debtor's Omnibus Objection to Claims One Hundred Fifty-Sixth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Bernardo Damoudt Rodriguez, pro se and in the Spanish language. Docket
11694.|66-0554116|220.00|González, Yasthel|AS|[]

Exhibit G-2 February 2020- 505431.TXT
20200229|505431|1600|01001|81936.97|20200201|20200229||1012|F|0.10||22.00|20200225|B
310||A104|YG|Analyze  Response to Debtor's Objection to Claims (Number(s): 24359)
[9548] Debtor's Omnibus Objection to Claims Ninety-Eighth Omnibus Objection filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Migdalia Cuyar Lucca, pro se and in the Spanish Language. Docket
11706.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1013|F|0.10||22.00|20200225|B
310||A104|YG|Analyze  Response to Debtor's Objection to Claims (Number(s): 78868)
[9567] Debtor's Omnibus Objection to Claims - One Hundred Seventeenth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Common filed   by MIRIAM SOSA LEON. Docket 11704.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1014|F|0.20||44.00|20200225|B
310||A104|YG|Analyze  Response to Debtor's Objection to Claims (Number(s):
27777,36931,38730) [9553] Debtor's Omnibus Objection to Claims One Hundred and Third
Omnibus Objection filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit # (2) Envelope) MIRIAM SOSA LEON, pro se and in the Spanish language.
Docket 11703.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1015|F|0.10||22.00|20200225|B
310||A104|YG|Analyze Response to Omnibus Objection (No Objection on File) NO POC
FILED by Carmen S. Torres Rodriguez, pro se and in the Spanish Language. Docket
11698.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1016|F|0.10||22.00|20200225|B
310||A104|YG|Analyze  Response to Debtor's Objection to Claims (Number(s):
104379,108092) [9561] Debtor's Omnibus Objection to Claims One Hundred and Eleventh
Omnibus Objection filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit # (2) Envelope) Aurea Faria Pagan, pro se and in the Spanish Language.
Docket 11705.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1017|F|0.20||56.00|20200226|B
310||A104|KCS|Receive and analyze Omnibus Reply in Further Support of Motion of
Official Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code
Sections 105(A) and 502 and Bankruptcy Rule 3007, (A) Setting Briefing Schedule and
Hearing Date for Omnibus Objection to Claims Filed or Asserted Against Commonwealth
by Holders of General Obligation Bonds Asserting Priority Over Other Commonwealth
Unsecured Creditors, (B) Approving Form of Notice and (C) Granting Related Relief
Relative to: [10754] MOTION of Official Committee of Unsecured Creditors for Order,
Pursuant to Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, (A)
Setting Briefing Schedule and Hearing Date for Omnibus Objection to Claims Filed or
Asserted Against Commo filed by Official Committee of Unsecured Creditors filed by
the Official Committee of Unsecured Creditors. [DE# 11773]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1018|F|0.30||84.00|20200226|B
310||A104|KCS|Receive and analyze  Third Supplemental Informative Motion Regarding
Notices of Participation and Notices of Appearance Filed in Connection With

Exhibit G-2 February 2020- 505431.TXT
Objections to ERS Bond Claims Relative to: [8818] Order (Attachments: # (1) Exhibit
A # (2) Exhibit B) filed by Official Committee of Unsecured Creditors. [DE#
11778]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1019|F|0.10||28.00|20200226|B
310||A104|KCS|Receive and analyze Reply of the Commonwealth of Puerto Rico, the
Puerto Rico Highways and Transportation Authority, and the Employees Retirement
System for the Government of the Commonwealth of Puerto Rico to Response Filed by
Claimant Ivett S. Matos [ECF No. 9736] to Eighty-Seventh Omnibus Objection
(Non-Substantive) to Deficient Claims Asserting Interests Based Upon Specified
Puerto Rico Statutes Relative to: [8976] Debtor's Omnibus Objection to Claims
Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth of P filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE#
11779]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1020|F|0.10||28.00|20200226|B
310||A104|KCS|Receive and analyze Reply of the Commonwealth of Puerto Rico, the
Puerto Rico Highways and Transportation Authority, and the Employees Retirement
System for the Government of the Commonwealth of Puerto Rico to Response Filed by
Hector F. Vallejo Moreno [ECF No. 9978] to One Hundred Eighth Omnibus Objection
(Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands,
Employment or Services Provided Relative to: [9558] Debtor's Omnibus Objection to
Claims - One Hundred and Eighth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Common filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. filed by The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
[DE# 11780]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1021|F|0.10||28.00|20200226|B
310||A104|KCS|Receive and analyzeReply of the Commonwealth of Puerto Rico, the
Puerto Rico Highways and Transportation Authority, and the Employees Retirement
System for the Government of the Commonwealth of Puerto Rico to Response Filed by
Reyes Pagan Pagan [ECF No. 10329] to One Hundred Fourteenth Omnibus Objection
(Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified
Puerto Rico Statutes Relative to: [9564] Debtor's Omnibus Objection to Claims One
Hundred and Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commo filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et all. [DE#
11781]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1022|F|0.10||22.00|20200226|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 148039)
[9912] Debtor's Omnibus Objection to Claims One Hundred Thirty-Sixth Omnibus

Exhibit G-2 February 2020- 505431.TXT
Objection. Docket 11761.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1023|F|0.30||66.00|20200226|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s):
32116,33322) [9554] Debtor's Omnibus Objection to Claims - One Hundred and Fourth
Omnibus Objection. Docket 11759.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1024|F|0.10||22.00|20200226|B
310||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims
(Number(s): 121021) [9897] Debtor's Omnibus Objection to Claims by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Envelope) Wanda Enid
Gonzalez Alvarado. Docket 11760.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1025|F|0.10||22.00|20200226|B
310||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims
(Number(s): 115106) [9897] Debtor's Omnibus Objection to Claims One Hundred
Twenty-Seventh Omnibus Objection Supplemental Response to Debtor's Objection to
Claims (Number(s): 115106) Re: [9897] Debtor's Omnibus Objection to Claims One
Hundred Twenty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico and Employees Retirement System of the Government of the Commonwealth of
Puerto Rico to Deficient Claims Asserting filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope) Edwin G. Garcia Martinez,
pro se and in the Spanish language.. Docket 11765.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1026|F|0.10||22.00|20200226|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 163465)
[9933] Debtor's Omnibus Objection to Claims One Hundred Fortieth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Celia Isaac Clemente, pro se and in the Spanish language.
Docket 11767.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1027|F|0.10||22.00|20200226|B
310||A104|YG|Analyze Supplemental Response to Debtor's Objection to Claims
(Number(s): 130917) [9897] Debtor's Omnibus Objection to Claims filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
Edwin G. Garcia Martinez, pro se and in the Spanish language. Docket
11764.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1028|F|0.20||44.00|20200226|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 121847,
122279, 164265, 142673, 115106, 130917) [9897] Debtor's Omnibus Objection to Claims
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Edwin G. Garcia Martinez, pro se and in the Spanish
language. Docket 11766.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1029|F|0.10||22.00|20200226|B
310||A104|YG|Analyze Response to Debtor's Objection to (Number(s): 62550,60479)
[9557] Debtor's Omnibus Objection to Claims One Hundred Twenty-Seventh Omnibus
Objection Response to Debtor's Objection to Claims (Number(s): 62550,60479) Re:

Exhibit G-2 February 2020- 505431.TXT

[9557] Debtor's Omnibus Objection to Claims One Hundred and Seventh Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwe filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al., [9567] Debtor's
Omnibus Objection to Claims - One Hundred Seventeenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Kany Segarra Toro, pro se.. Docket
11755.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1030|F|0.10||22.00|20200226|B
310||A104|YG|Analyze Notice of Defective Pleading received on 2/21/2020 Notice of
Defective Pleading received on 2/21/2020. Re: Nilza M. Guzman Perez, Maria Molina
Martinez. (Attachments: # (1) Restricted Defective Filings with personal identifiers
LCv Rule 5.2. Docket 11750.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1031|F|0.10||22.00|20200226|B
310||A104|YG|Analyze Notice of Defective Pleading received on 2/21/2020 filed by
Maria C. Rodriguez Maldonado. Docket 11749.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1032|F|0.10||22.00|20200226|B
310||A104|YG|Analyze Notice of Defective Pleading received on 2/24/2020 filed by
Doris B. Ruiz Goyco, Carmen E. Andujar Martinez. Docket
11751.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1033|F|0.10||22.00|20200226|B
310||A104|YG|Analyze Notice of Defective Pleading received on 2/24/2020. Notice of
Defective Pleading received on 2/24/2020. Re: Elena Borrero Siberon, Jose Munoz
Irizarry, Doris Borrero Siberon, Wanda Arvelo Morales, Maria Santiago Gonzalez.
(Attachments: # (1) Restricted Defective Filings with personal identifiers LCv Rule
5.2). Docket 11752.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1034|F|0.10||22.00|20200226|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims Claims (Number(s):
80042,112519) [9562] Debtor's Omnibus Objection to Claims One Hundred Twenty-Seventh
Omnibus Objection filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Envelope) Wanda Enid Gonzalez Alvarado, pro se and in the Spanish Language.
Docket 11758.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1035|F|0.10||22.00|20200226|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 121021)
[9897] Debtor's Omnibus Objection to Claims One Hundred Twenty-Seventh Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Envelope) Wanda Enid Gonzalez Alvarado, pro se. Docket
11757.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1036|F|0.10||22.00|20200226|B
310||A104|YG|Analyze Notice of Defective Pleading received on 2/25/2020. Notice of
Defective Pleading received on 2/25/2020. Re: Nilda Santiago Serrano, Ana H. Butler

Exhibit G-2 February 2020- 505431.TXT
Rodriguez. (Attachments: # (1) Defective Filings). Docket
11754.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1037|F|1.20||240.00|20200226|
B310||A104|NLO|Analyze Notice of (A) Further Adjournment as to Claims Listed in
Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of
Amended Schedules for the One Hundred Seventeenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico [9567] Debtor's Omnibus Objection to Claims.  Docket
11932. (157 pages)|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1038|F|1.10||220.00|20200226|
B310||A104|NLO|Analyze Notice of (A) Further Adjournment as to Claims Listed in
Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of
Amended Schedules for the One Hundred Eighteenth Omnibus Objection (Non-Substantive)
of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation
Authority, and Employees Retirement System of the Government of the Commonwealth of
Puerto Rico [9568] Debtor's Omnibus Objection to Claims. 11932. (152
pages)|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1039|F|1.60||320.00|20200226|
B310||A104|NLO|Read and analyze Notice of (A) Further Adjournment as to Claims
Listed in Schedule B, and (B) Submission of Amended Schedules for the Eighty-Eighth
Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
Highways and Transportation Authority, and Employees Retirement System of the
Government of the Commonwealth of Puerto Rico Related to: 8977 Debtor's Omnibus
Objection to Claims Eighty-Eighth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth of Pu filed by
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
(Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order) filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE# 11902, 158 pgs.]|66-0554116|200.00|Ortiz,
Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1040|F|1.30||260.00|20200226|
B310||A104|NLO|Read and analyze Notice Of (A) Further Adjournment as to Claims
Listed in Schedule B and (B) Submission of Amended Schedules for the Eighty-Ninth
Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
Highways and Transportation Authority, and Employees Retirement System of the
Government of the Commonwealth of Puerto Rico Related to: [8978] Debtor's Omnibus
Objection to Claims - Eighty-Ninth Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth of filed by
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
(Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Proposed Order) filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE# 11903, 160 pgs.]|66-0554116|200.00|Ortiz,
Neyla L|AS|[]

Exhibit G-2 February 2020- 505431.TXT
20200229|505431|1600|01001|81936.97|20200201|20200229||1041|F|1.40||280.00|20200226|
B310||A104|NLO|Read and analyze Notice of (A) Further Adjournment as to Claims
Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C)
Submission of Amended Schedules for the One Hundred Fifteenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico Related to: 9565 Debtor's Omnibus Objection to Claims
One Hundred and Fifteenth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Common filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE# 11930, 159
pgs.]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1042|F|0.10||20.00|20200226|B
310||A104|NLO|Read and analyze Debtor's Reply to Objection to Claims Re: 9558
Debtor's Omnibus Objection to Claims - One Hundred and Eighth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Common filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al., 9978 Response to Debtor's
Objection to Claims (Number(s): 41051/41566) Related to: 9558 Debtor's Omnibus
Objection to Claims - One Hundred and Eighth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. [DE# 11940.]|66-0554116|200.00|Ortiz, Neyla
L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1043|F|0.10||20.00|20200226|B
310||A104|NLO|Read and analyze MOTION to inform / Informative Motion of Morgan
Stanley & Co LLC, Jefferies LLC, and BMO Capital Markets GKST, Inc. Regarding the
March 4-5, 2020 Omnibus Hearing Related to: 11729 Order filed by BMO Capital Markets
GKST, Jefferies LLC [Southerling, E.]. [DE# 11942]|66-0554116|200.00|Ortiz, Neyla
L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1044|F|0.10||20.00|20200226|B
310||A104|NLO|Read and analyze Urgent Motion for Extension of Deadlines, Related to:
10590 Order (Attachments: # 1 Exhibit A - Proposed Order) filed by PUERTO RICO
FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY. [DE#
11943].|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1045|F|1.40||280.00|20200226|
B310||A104|NLO|Read and analyze Notice of (A) Further Adjournment as to Claims
Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C)
Submission of Amended Schedules for the One Hundred Twelfth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico Related to: 9562 Debtor's Omnibus Objection to Claims
One Hundred and Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees

Exhibit G-2 February 2020- 505431.TXT

Retirement System of the Government of the Commonwealth filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3
Proposed Order) filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE#11927, 158
pgs.]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1046|F|1.60||320.00|20200226|
B310||A104|NLO|Read and analyze Notice Of (A) Further Adjournment as to Claims
Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C)
Submission of Amended Schedules for the One Hundred Thirteenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico Related to: 9563 Debtor's Omnibus Objection to Claims
One Hundred and Thirteenth Omnibus Objection (Non-Substantive) of the Commonwealth
of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commo filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE#11928, 161
pgs.]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1047|F|0.10||28.00|20200227|B
310||A104|KCS|Receive and analyze Reply of the Commonwealth of Puerto Rico, the
Puerto Rico Highways and Transportation Authority, and the Employees Retirement
System for the Government of the Commonwealth of Puerto Rico to Response Filed by
Hector F. Vallejo Moreno [ECF No. 9987] to One Hundred Twenty-Third Omnibus
Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary
Demands, Employment or Services Provided Relatd to: [9576] Debtor's Omnibus
Objection to Claims One Hundred Twenty-Third Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonw filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. filed by  The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
[DE# 11782]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1048|F|0.10||22.00|20200227|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 85980)
[9559] Debtor's Omnibus Objection to Claims One Hundred and Ninth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) MARIA I. BOCACHICA COLON. Docket
11794.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1049|F|0.10||22.00|20200227|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 162926)
[9892] Debtor's Omnibus Objection to Claims One Hundred Twenty-Fourth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) MARIA I. BOCACHICA COLON. Docket

Exhibit G-2 February 2020- 505431.TXT

11796.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1050|F|0.10||22.00|20200227|B
310||A104|YG|Analyze Notice of Defective Pleadings received on 02/26/2020 filed by
The Financial Oversight and Management Board for Puerto Rico, as Representative of
the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit # (2) Envelope)
MARIA I. BOCACHICA COLON. Docket 11801.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1051|F|0.20||44.00|20200227|B
310||A104|YG|Analyze Motion to inform regarding attendance at and participation in
March 4-5, 2020 omnibus hearing Re: [11729] Order filed Official Committee of
Retired Employees of Puerto Rico [GORDON, ROBERT]. Docket
11817.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1052|F|0.20||44.00|20200227|B
310||A104|YG|Analyze Motion to inform of Financial Guaranty Insurance Company for
Appearance at March 4-5, 2020 Omnibus Hearing Re: [11729] Order filed by Financial
Guaranty Insurance Company [SOSLAND, MARTIN] . Docket
11809.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1053|F|0.10||22.00|20200227|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 166455)
[9912] Debtor's Omnibus Objection to Claims One Hundred Thirty-Sixth Omnibus
Objection filed by CARLOS R. RIVERA ORTIZ . Docket
11797.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1054|F|0.10||22.00|20200227|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 61744)
[9547] Debtor's Omnibus Objection to Claims - One Hundred Tenth Omnibus Objection
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit) David Alonso Triack. Docket 11793.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1055|F|0.10||22.00|20200227|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 83933)
[9560] Debtor's Omnibus Objection to Claims - One Hundred Tenth Omnibus Objection
filed by LINETTE FIGUEROA TORRES  Docket 11791.|66-0554116|220.00|González,
Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1056|F|0.20||44.00|20200227|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 128524)
[9897]) Debtor's Omnibus Objection to Claims - One Hundred Tenth Omnibus Objection
filed by QTCB Noteholder Group [CRIADO, SERGIO] . Docket
11792.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1057|F|0.10||22.00|20200227|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 101887)
[9944] Debtor's Omnibus Objection to Claims One Hundred Fifty-Fifth Omnibus
Objection filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Maritza Bocachica Colon, pro se and in the Spanish language.
Docket 11798.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1058|F|0.10||22.00|20200227|B
310||A104|YG|Analyze Response to Debtor's Objection to Claims (Number(s): 135996)
[9933] Debtor's Omnibus Objection to Claims One Hundred Fortieth Omnibus Objection
filed by The Financial Oversight and Management Board for Puerto Rico, as

Exhibit G-2 February 2020- 505431.TXT

Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit # (2) Envelope) Iris Llanos Llanos, pro se. Docket
11799.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1059|F|2.30||460.00|20200227|
B310||A104|NLO|Receive and analyze Debtor's Omnibus Objection to Claims - One
Hundred Sixty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth of Puerto Rico to
Miscellaneous Deficient Claims (Attachments: # (1) Exhibit A # (2) Anexo A # (3)
Exhibit B # (4) Exhibit C # (5) Proposed Order # (6) Exhibit E) filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE# 11828, 386 pgs.]|66-0554116|200.00|Ortiz,
Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1060|F|2.40||672.00|20200228|
B310||A104|KCS|Receive and analyze Debtor's Omnibus Objection to Claims - One
Hundred Fifty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of The Government of the Commonwealth of Puerto Rico to
Miscellaneous Deficient Claims (Attachments: # 1 Exhibit A # 2 Anexo a # 3 Exhibit B
# 4 Exhibit C # 5 Exhibit D # 6 Exhibit E) filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. [DE# 11821, 388 pgs.]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1061|F|2.30||644.00|20200228|
B310||A104|KCS|Receive and analyze Debtor's Omnibus Objection to Claims - One
Hundred Fifty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth of Puerto Rico to
Miscellaneous Deficient Claims (Attachments: # (1) Exhibit A # (2) ANEXO A # (3)
Exhibit B # (4) Exhibit C # (5) Proposed Order # (6) Exhibit E) filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al.. [DE# 11820, 38 pgs.]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1062|F|2.30||460.00|20200227|
B310||A104|NLO|Receive and analyze Debtor's Omnibus Objection to Claims - One
Hundred Sixty-First Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth of Puerto Rico to
Miscellaneous Deficient Claims (Attachments: # 1 Exhibit A # 2 Anexo a # 3 Exhibit B
# 4 Exhibit C # 5 Proposed Order # 6 Exhibit E) filed byThe Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.. [DE# 11823, 381 pgs.]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1063|F|2.30||460.00|20200227|
B310||A104|NLO|Receive and analyze Debtor's Omnibus Objection to Claims - One
Hundred Sixtieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth of Puerto Rico to Miscellaneous
Deficient Claims (Attachments: # 1 Exhibit A # 2 Anexo A # 3 Exhibit B # 4 Exhibit C
# 5 Proposed Order # 6 Exhibit E) filed byThe Financial Oversight and Management

Exhibit G-2 February 2020- 505431.TXT

Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al..
[DE# 11822, 382 pgs.]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1064|F|2.40||480.00|20200228|
B310||A104|NLO|Receive and analyze Debtor's Omnibus Objection to Claims - One
Hundred Sixty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth of Puerto Rico to
Miscellaneous Deficient Claims (Attachments: # 1 Exhibit A # 2 Anexo A # 3 Exhibit B
# 4 Exhibit C # 5 Proposed Order # 6 Exhibit E) filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.. [DE# 11824, 388 pgs.]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1065|F|3.60||792.00|20200228|
B310||A104|YG|Analyze Debtor's Omnibus Objection to Claims One Hundred Sixty-Eight
Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
Highways and Transportation Authority, and Employees Retirement System of the
Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims
(Attachments: # (1) Exhibit A # (2) Exhibit Anexo A # (3) Exhibit B # (4) Exhibit C
# (5) Exhibit D # (6) Exhibit E) Debtor's Omnibus. Docket 11843. (396
pages)|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1066|F|3.20||704.00|20200228|
B310||A104|YG|Analyze Debtor's Omnibus Objection to Claims One Hundred Sixty-Ninth
Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
Highways and Transportation Authority, and Employees Retirement System of the
Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims
(Attachments: # (1) Exhibit A # (2) Exhibit Anexo A # (3) Exhibit B # (4) Exhibit C
# (5) Exhibit D # (6) Exhibit E). (387 pages) Docket
11842.|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1067|F|1.30||286.00|20200228|
B310||A104|YG|Analyze Notice of (A) Further Adjournment as to Claims Listed in
Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of
Amended Schedules for the Ninety-First Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth of Puerto Rico.
Docket 11905. (159 pages)|66-0554116|220.00|González, Yasthel|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1068|F|1.60||320.00|20200228|
B310||A104|NLO|Read and analyze Notice of (A) Further Adjournment as to Claims
Listed in Schedule B, (b) Withdrawal of Objection to Certain Claims, and (C)
Submission of Amended Schedules for the Seventy-Ninth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico. Related to: 10794 Notice filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3
Proposed Order) filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE#11889, 171
pgs.]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1069|F|1.60||320.00|20200228|
B310||A104|NLO|Read and analyze Notice of (A) Further Adjournment as to Claims

Page 148

Exhibit G-2 February 2020- 505431.TXT
Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C)
Submission of Amended Schedules for the Seventy-Eighth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico Related to: 8964 Debtor's Omnibus Objection to Claims
Seventy-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth of P filed by PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed
Order) filed by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DE# 11887, 171
pgs.]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1070|F|0.10||20.00|20200228|B
310||A104|NLO|Read and analyze Response to Omnibus Objection (No Objection on File)
- Claims Number(s): 104259 Luz D. Suarez Rivera, pro se and in the Spanish Language.
[DE# 11840, 5 pgs.]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1071|F|1.20||240.00|20200228|
B310||A104|NLO|Read and analyze Notice of (A) Hearing as to Proof of Claim No.
50248, (B) Further Adjournment as to Claims Listed in Schedule B, (C) Withdrawal of
Objection to Certain Claims, and (D) Submission of Amended Schedules for the
Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto
Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth of Puerto Rico Related to: 8976
Debtor's Omnibus Objection to Claims Eighty-Seventh Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of P filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # 1
Exhibit A # 2 Exhibit B # 3 Proposed Order) filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al. [DE# 11901,159 pgs.]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1072|F|1.60||320.00|20200228|
B310||A104|NLO|Read and analyze Notice of (A) Further Adjournment as to Claims
Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C)
Submission of Amended Schedules for the Eighty-Fifth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico. Related to: 8973 Debtor's Omnibus Objection to Claims
Eighty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth of PR filed by COMMONWEALTH OF PUERTO RICO,
THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO
RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY (Attachments: # 1 Exhibit A
# 2 Exhibit B # 3 Proposed Order) filed by The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
[DE# 11897, 159 pgs.]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1073|F|0.20||40.00|20200228|B
310||A104|NLO|Read and analyze Notice of (A) Further Adjournment as to Claims Listed

Page 149

Exhibit G-2 February 2020- 505431.TXT

in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of
Amended Schedules for the Eighty-First Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth of Puerto Rico
Related to: 8968 Debtor's Omnibus Objection to Claims - Eighty-First Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth of filed by COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS
AND TRANSPORTATION AUTHORITY filed by The Financial Oversight and Management Board
for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DE#
11893]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1074|F|1.60||320.00|20200228|
B310||A104|NLO|Read and analyze Notice of (A) Further Adjournment as to Claims
Listed in Schedule B, and (B) Submission of Amended Schedules for the Eighty-Second
Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
Highways and Transportation Authority, and Employees Retirement System of the
Government of the Commonwealth of Puerto Rico. Related to: 8969 Debtor's Omnibus
Objection to Claims Eighty-Second Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth of Pu filed by
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
(Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order) filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE# 11894, 171 pgs.]|66-0554116|200.00|Ortiz,
Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1075|F|2.30||460.00|20200228|
B310||A104|NLO|Receive and analyze Debtor's Omnibus Objection to Claims - One
Hundred Sixty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth of Puerto Rico to
Miscellaneous Deficient Claims (Attachments: # (1) Exhibit A # (2) Anexo A # (3)
Exhibit B # (4) Exhibit C # (5) Proposed Order # (6) Exhibit E) filed by The
Financial Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al.. [DE# 11827, 387 pgs.]|66-0554116|200.00|Ortiz,
Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1076|F|2.40||480.00|20200229|
B310||A104|NLO|Receive and analyze Debtor's Omnibus Objection to Claims - One
Hundred Sixty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth of Puerto Rico to
Miscellaneous Deficient Claims (Attachments: # 1 Exhibit A # 2 Anexo A # 3 Exhibit B
# 4 Exhibit C # 5 Proposed Order # 6 Exhibit E) filed byy The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al.. [DE# 11826, 392 pgs.]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1077|F|2.30||460.00|20200229|
B310||A104|NLO|Receive and analyze Debtor's Omnibus Objection to Claims - One

Page 150

Exhibit G-2 February 2020- 505431.TXT
Hundred Sixty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth of Puerto Rico to
Miscellaneous Deficient Claims (Attachments: # 1 Exhibit A # 2 Anexo A # 3 Exhibit B
# 4 Exhibit C # 5 Proposed Order # 6 Exhibit E) filed by The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.. [DE# 11825, 386 pgs.]|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1078|F|1.30||260.00|20200229|
B310||A104|NLO|Analyze Notice of (A) Further Adjournment as to Claims Listed in
Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of
Amended Schedules for the One Hundred Sixth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth of Puerto Rico
 [9556] Debtor's Omnibus Objection to Claims - One Hundred and Sixth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways
and Transportation Authority, and Employees Retirement System of the Government of
the Commonwealth filed by The Financial Oversight and Management Board for Puerto
Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: #
(1) Exhibit A # (2) Exhibit B # (3) Proposed Order) Notice of (A) Further
Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to
Certain Claims, and (C) Submission of Amended Schedules for the One Hundred Sixth
Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
Highways and Transportation Authority, and Employees Retirement System of the
Government of the Commonwealth of Puerto Rico.  Docket 11921. (170
pages)|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1079|F|1.40||280.00|20200229|
B310||A104|NLO|Analyze Notice of (A) Further Adjournment as to Claims Listed in
Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of
Amended Schedules for the One Hundred Tenth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Commonwealth of Puerto Rico
[9560] Debtor's Omnibus Objection to Claims - One Hundred Tenth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealt filed by The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1)
Exhibit A # (2) Exhibit B # (3).  Docket 11925. (157 pages)|66-0554116|200.00|Ortiz,
Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1080|F|1.40||280.00|20200229|
B310||A104|NLO|Analyze Notice of (A) Hearing as to Proof of Claim No. 41051, (B)
Further Adjournment as to Claims Listed in Schedule B, (C) Withdrawal of Objection
to Certain Claims, and (D) Submission of Amended Schedules for the One Hundred
Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth of Puerto Rico [9558] Debtor's Omnibus
Objection to Claims - One Hundred and Eighth Omnibus Objection (Non-Substantive) of
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
and Employees Retirement System of the Government of the Common filed by The

Exhibit G-2 February 2020- 505431.TXT

Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3Notice of (A) Hearing as to Proof of Claim No. 41051, (B) Further Adjournment as to Claims Listed in Schedule B, (C) Withdrawal of Objection to Certain Claims, and (D) Submission of Amended Schedules for the One Hundred Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico. Docket 11923. (165 pages)|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200229|20200229||1081|F|1.20||240.00|20200229|B310||A104|NLO|Analyze Notice of (A) Hearing as to Proof of Claim No. 20288, (B) Further Adjournment as to Claims Listed in Schedule B, (C) Withdrawal of Objection to Certain Claims, and (D) Submission of Amended Schedules for the One Hundred Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [9564] Debtor's Omnibus Objection to Claims. Docket 11929. (157 pages)|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1082|F|1.20||240.00|20200229|B310||A104|NLO|Analyze Notice Of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the One Hundred Sixteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [9566] Debtor's Omnibus Objection to Claims - One Hundred Sixteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth. Docket 11931. (157 pages)|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1083|F|0.10||20.00|20200229|B310||A104|NLO|Read and analyze MOTION to inform Appearance at March 4-5 Omnibus Hearing filed by COOPERATIVA DE AHORRO Y CREDITO ABRAHAM ROSA, COOPERATIVA DE AHORRO Y CREDITO DE AGUADA, COOPERATIVA DE AHORRO Y CREDITO DE JUANA DIAZ, COOPERATIVA DE AHORRO Y CREDITO DE LARES Y REGION CENTRAL, COOPERATIVA DE AHORRO Y CREDITO DE RINCON, COOPERATIVA DE AHORRO Y CREDITO DEL VALENCIANO, COOPERATIVA DE AHORRO Y CREDITO DR. MANUEL ZENO GANDIA. [DE# 11944].|66-0554116|200.00|Ortiz, Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1084|F|0.10||28.00|20200221|B320||A104|KCS|Receive and analyze Disclosure Statement First Supplemental 2019 Statement filed by BRIAN M DICK BIASCOECHEA on behalf of Ad Hoc Group of Noteholders of FGIC-Insured Notes. [DE# 11427]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1085|F|0.10||28.00|20200221|B320||A104|KCS|Receive and analyze Motion to inform Sixth Supplemental Verified Statement of the Ad Hoc Group of General Obligation Bondholders Pursuant to Bankruptcy Rule 2019 filed by Ad Hoc Group of General Obligation Bondholders. [DE# 11431]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200229|20200229||1086|F|1.20||336.00|20200221|B320||A104|KCS|Receive and analyze Omnibus Response of Official Committee of Unsecured Creditors to (A) Amended Report and Recommendation of Mediation Team and (B) Joint Motion for an Order (I) Scheduling a Hearing to Consider Adequacy of Information Contained in Disclosure Statement, (II) Establishing Deadline for Filing

Exhibit G-2 February 2020- 505431.TXT

Spanish Translation of Disclosure Statement, (III) Establishing Deadline for Filing
Objections to Disclosure Statement and Replies Thereto, And (IV) Granting Related
Relief Relative to: [10756] Motion Submitting, [10808] Joint motion of the
Commonwealth of Puerto Rico, the Employees Retirement System of the Government of
the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for
an Order (I) Scheduling a Hearing to Consider the Adequacy of Info filed by
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO, PUBLIC BUILDINGS AUTHORITY OF PUERTO RICO
(Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C) filed by the Official
Committee of Unsecured Creditors. [DE# 11482, 160 pgs., read main documentand
cursory review of the exhibits.] Plan and Disclosure Statement (including Business
Plan)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1087|F|3.10||620.00|20200227|
B320||A104|NLO|Receive and analyze MOTION of the Commonwealth of Puerto Rico, the
Employees Retirement System of the Government of the Commonwealth of Puerto Rico,
and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure
Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing
Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and
Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election
Procedures,(VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting,
Election, and Confirmation Deadlines, and (VII) Approving Vote Tabulation
Procedures relative to: 11947 Disclosure Statement filed by The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al. (Attachments: # 1 Proposed Order) filed by The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al. [DE# 11950, 310 pgs.]|66-0554116|200.00|Ortiz,
Neyla L|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1088|E|256.00||256.00|2020020
1||E132||CIG|Carlos Infante Guitierrez total cost for Out of town-Airfare for ERS
Promesa @ NY roundtrip January 30, 2020 until February
1,2020.|66-0554116|1.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1089|E|176.77||176.77|2020020
1||E110||CIG|Carlos Infante Guitierrez total cost for Out of Town Taxi Travel for
ERS Promesa @ NY from January 30, 2020 until February
1,2020.|66-0554116|1.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1090|E|602.42||602.42|2020020
1||E134||CIG|Carlos Infante Guitierrez total cost for Out of town-Hotel for ERS
Promesa @ NYC from (January 30, 2020 until February 1,2020)|66-0554116|1.00|Infante
, Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1091|E|273.78||273.78|2020020
1||E111||CIG|Carlos Infante Guitierrez total costs for meals for ERS Promesa @ NYC
Meeting ( 01/30/2020 until 02/01/2020).|66-0554116|1.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1092|E|532.75||532.75|2020020
1||E124||KCS|Court Drive Invoice # 8BF0B14-0039 for January 1, 2020-February 1,
2020.|66-0554116|1.00|Suria, Kenneth C.|PT|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1093|E|11.35||11.35|20200218|
|E112||CIG|Carlos Infante Gutiérrez, local travel to Río Piedras to attend Promesa
Meeting at Casillas, Santiago & Torres. [12 roundtrip miles @.57 cents. per mile,

Exhibit G-2 February 2020- 505431.TXT
plus $4.45 for parking]|66-0554116|1.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1094|E|14.70||14.70|20200218|
|E112||CIG|Carlos Infante Gutiérrez, local travel to Río Piedras to attend Promesa
Meeting at Casillas, Santiago & Torres. [12 roundtrip miles @.57 cents. per mile,
plus $7.80 for parking]|66-0554116|1.00|Infante , Carlos|AS|[]
20200229|505431|1600|01001|81936.97|20200201|20200229||1095|E|149.70||149.70|2020022
8||E107||KCS|Fedex; Invoice # 3-231-44572; Deliveries to Caribbean Educational
Services in Dorado PR ($26.54), Corporate research & Training in Rio Piedras  PR
($26.54), Corporate Research Training in Hato Rey PR ($26.54)  on 02/04/2020 and to
Corporate Research Training Hato Rey PR ($43.54) on
02/06/2020.|66-0554116|1.00|Suria, Kenneth C.|PT|[]