UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------- X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
    Debtors.[1] :
------------------------------------------------------------------------- X

## NOTICE OF WITHDRAWAL OF DOCUMENT AT DOCKET NUMBER 14361

**TO THE HONORABLE COURT:**

    COMES NOW, Estrella LLC as Local Counsel to Brown Rudnick, LLP, Special Claims Counsel for the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Corporation, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Electric Power Authority (collectively, the "Debtors"), submitting the within Notice of Withdrawal of Document at Docket No. 14361, states:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1.  Today, the undersigned mistakenly filed its Fifth Interim Fee Application of Estrella, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor for the Financial Oversight and Management Board for Puerto Rico, for the Period January 1, 2020 through April 30, 2020 (the "Application").

2.  The Fifth Interim Fee Application of Estrella, LLC with its Notice had already been previously submitted on August 17, 2020 [Docket. Nos. 14045 and 14047]. Consequently, we withdraw the document at Docket Number 14361 as filed in error.

WHEREFORE, undersigned counsel respectfully requests the withdrawal of Docket Entry No. 14361.

CERTIFICATE OF SERVICE: I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

Dated: September 21, 2020         /s/ Kenneth C. Suria
                                  ESTRELLA, LLC
                                  Alberto Estrella (USDC-PR 209804)
                                  Kenneth C. Suria (USDC-PR 213302)
                                  P. O. Box 9023596
                                  San Juan, Puerto Rico 00902–3596
                                  Tel.: (787) 977-5050
                                  Fax: (787) 977-5090

                                  *Local Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

2