# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On September 18, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Omni Notice Parties Service List attached hereto as **Exhibit A:**

- Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the July 29, 2020 Omnibus Hearing to the September 16, 2020 Omnibus Hearing [Docket No. 13702]

*[Remainder of page left blank intentionally]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: September 21, 2020

                                                                */s/ Nuno Cardoso*
                                                                Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 21, 2020, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

**<u>Exhibit A</u>**

Exhibit A
Omni Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1935718 | ACEVEDO DE RIOS , ALICIA | Urbanizacion Vista Verde | Casa #350, Calle 12 | | Aguadilla | PR | 00603 |
| 1810260 | AGUILAR MORALES, FELIX | HC 04 Box 47790 | | | Mayaguez | PR | 00680 |
| 1809243 | Alicea Vega, Ramonita | Brisas del Caribe, PO Box 266 | | | Ponce | PR | 00728 |
| 16048 | ALMEDA ACEVEDO, ALEX | DEPARTAMENTO DE LA FAMILIA (ADSEF) | BO. CERRO GORDO | P.O. Box 8000 | SAN Juan | PR | 00910-0800 |
| 2015631 | Alvarado Carrasquillo, Edwin | Urb. Alturas de Beatriz Calle 2M-1 | | | Cayey | PR | 00726 |
| 2073820 | ALVARADO TORRI, JAIME E. | Urb. Ext Marbella 11 | Calle Zaragoza | | Aguadilla | PR | 00603 |
| 1926548 | Alvarez de Jesus, Javier | PO Box 607 | | | Villalba | PR | 00766 |
| 1874601 | Alvarez Rios, Glenita | HC-01 Box 8715 | | | Maricao | PR | 00606 |
| 1754811 | Bennazar Alcover, Waleska | HC 02 Box 8385 | | | Adjuntas | PR | 00601 |
| 1790786 | Berrio Jones, Carmen | Calle Santa Alodia 3959 | | | Ponce | PR | 00730 |
| 1971305 | Boria Gomez, Angel R | P.O. Box 1476 | | | Rincon | PR | 00777-1476 |
| 1547279 | Burgos, Ricardo | Apt 91166 | | | Juana Diaz | PR | 00795 |
| 1875605 | Caldero Marrero, Pilar M | PO BOX 111 | | | Carozal | PR | 00783 |
| 1597642 | Calderon Gutierres, Linda | Urb. Rolling Hills, Calle Mexico T-393 | | | Carolina | PR | 00987 |
| 64268 | CALERO GONZALEZ, JACQUELINE | CALERO | URB ISLAZUL | 3013 CALLE BELIZE | ISABELA | PR | 00662-6322 |
| 1628395 | Cancel Velez , Hector Gabriel | Calle 2 H25 Villanueva | | | Caguas | PR | 00725 |
| 1972031 | Carrion Gonzalez, Wanda Ivette | PO Box 585 | | | Bajadero | PR | 00616 |
| 1760294 | Casas Rivera, Silmarys | P.O. Box 8788 | | | Bayamon | PR | 00960 |
| 1949583 | CASTRO RAMIREZ, ROBERTO | PO BOX 330511 | | | PONCE | PR | 00733-0511 |
| 1600948 | Collazo Hernandez, Johanna | URB. La Plata Calle Jade D27 | | | Cayey | PR | 00736 |
| 1609146 | Collazo, Johanna | URB. La Plata Calle Jade D27 | | | Cayey | PR | 00736 |
| 1937005 | Colon Rivera, Jose A. | PO BOX 2115 | | | Aibonito | PR | 00705 |
| 1945921 | Cotto Serrano, Ana C. | RR 9 Buzon 1620 | Cupey Alto | | San Juan | PR | 00926-9740 |
| 1106662 | COURET BURGOS, YOLANDA | 74 calle Sol Dominga | | | Yauco | PR | 00698 |
| 2116735 | Cruz Rosado, Jessica | HC 20 Box 10423 | | | Juncos | PR | 00777 |
| 1975764 | De Jesus Cruz, Maria Del Carmen | PO BOX 1535 | | | Juana Diaz | PR | 00795 |
| 1621214 | De La Cruz Rivera, Jose R. | P.O. BOX 1459 | | | Sabana Grande | PR | 00637 |
| 1683334 | DELGADO, ENRIQUE COLON | PO BOX 8142 | | | CAROLINA | PR | 00986 |
| 1647300 | Echevarria Rivera, Elvin | 3 Choice Ct | | | Timonium | MD | 21093 |
| 2051876 | Elias Valles, Ruth N. | 775 NW 72 Terrace | | | Margate | FL | 33063 |
| 1767706 | Falcon Guzman, Itsa Denisse | P.O. Box 459 | | | Corozal | PR | 00783 |
| 1949843 | Figueroa Claudio, Cecilia | HC 20 Box 10763 | | | Juncos | PR | 00777 |
| 1939525 | Figueroa Rivera, Maria A. | PO BOX 725 | | | Guanica | PR | 00653 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit A
Omni Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1830724 | Garcia Rodriguez, Jose F | Urb. Altura de Adjuntas, P.O. Box 209 | | | Adjuntas | PR | 00601 |
| 1594398 | GOMEZ RODRIGUEZ, JOSE E. | Apartado 891 | | | Patillas | PR | 00723 |
| 1555271 | Gonzalez Alvarado, Arminda | Urb. Villas de Colina de Cupey | M-19 Calle 9 | | San Juan | PR | 00926-7581 |
| 1868853 | Gonzalez Diaz, Luz Neida | P.O Box 331861 | | | Ponce | PR | 00733 |
| 1572516 | GONZALEZ PEREZ, LILLIANA | Urb. Colinas Verde Q6 Calle 1 | | | San Sebastian | PR | 00685 |
| 1618157 | Hernandez de Jesus, Ana Rosa | 314 PARCELAS JUAN DEL VALLE | | | Cidra | PR | 00739 |
| 1902304 | Ivan Burgos, Ricardo | Apt 91166 | | | Juana Diaz | PR | 00795 |
| 2100653 | Lopez Berrios, Wilma Y | 1322 Carr 733 | | | Cidra | PR | 00739 |
| 1850079 | LOPEZ CONTRERAS, CAMEN  L | Apartado 865 | | | Aguas Buenas | PR | 00703 |
| 2046629 | Lopez Marrero, Myriam | 2798 Winsor Heigts st | | | Deltona | FL | 32738 |
| 2099404 | LOPEZ RUIZ, ELSIE | PO BOX 571 | | | Isabela | PR | 00662 |
| 1740352 | Lozada Santiago, Maritza E. | 384 Hibiscus Dr | | | Poinciana | FL | 34759-5608 |
| 1886659 | Lugo Rodriguez, Mario Socorro | 3942 Calle Aurora | Bajas | | Ponce | PR | 00717 |
| 1777166 | Maldonado Pérez, Madeline | HC 2 Box 4508 | | | Villalba | PR | 00766 |
| 2093418 | Maldonado Rivera, Awilda | Carr 105 Bo Limon | KM 85 | | Mayaguez | PR | 00680 |
| 1970269 | MALDONADO RIVERA, YAMILET | HC 04 BOX 14764 | | | Arecibo | PR | 00612 |
| 1666422 | Maldonado Sanchez, Yolanda | HC-1 Box 3765 | | | Adjuntas | PR | 00601 |
| 711913 | MARIA H TORRES PEREZ | RR 4 Box 2944 | | | Bayamon | PR | 00956 |
| 1582685 | Martinez Bemudez, Rosa  M. | 24 Park Hevia | | | Cidra | PR | 00739 |
| 1671419 | Martínez Delgado, Valedis | Urb. Savannah Real Calle Paseo Sevillano C3 | | | San Lorenzo | PR | 00754 |
| 1569723 | Martinez Serano, Grabial | PO Box 431 | | | Mayaguez | PR | 00681-0431 |
| 1683553 | Medina Vazquez, Francis A. | Maestra de Educacion Fisica | Departamento de Educacion, Esc. Nemesio R. Canales | P.O. BOX 360584 | SAN JUAN | PR | 00936 |
| 1571928 | Mercado Rosa, Homat | HC - 01 BOX 11,116 | | | San Sebastian | PR | 00685 |
| 1478084 | Merced Gutierrez, Alexis | Urbanizacion La Marina | Calle Fenix | Casa #58 | Carolina | PR | 00979 |
| 1825206 | Miranda Luna, Maria M. | P.O.Box 1674 | | | Aibonito | PR | 00705 |
| 1523153 | Morales Medina, Jeanette | PO BOX 123 | | | LOIZA | PR | 00772 |
| 1773354 | Morales Morales, Yezenia | RR 1 BOX 10731 | | | Orocovis | PR | 00720 |
| 1562469 | Morales Oliveras, Ixaivia | 2705 Amanda Kay Way | | | Kissimmee | FL | 34744 |
| 1863202 | NEGRON GOMEZ,  LUIS | 400 Sector Palma Sola | | | Cidra | PR | 00739 |
| 1788948 | Nieves Figueroa, Israel | RR 7 Box 2729 | | | Toa Alta | PR | 00953 |
| 1591544 | OCASIO, ANIBAL | 2097 CARRETERA 494 | | | ISABELA | PR | 00662 |
| 1857243 | Ortiz Diaz, Helen | HC 07 Box 35716 | | | Caguas | PR | 00727 |

Exhibit A
Omni Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1788062 | Ortiz Ortiz, Nayda P. | PO Box 269 | | | Humacao | PR | 00792 |
| 1629601 | ORTIZ SANDOVAL, DORIS L. | Box 46, Sector Martin Reyes | | | Cidra | PR | 00739 |
| 1521324 | Otero González, Caxandra | 39-20 Calle 22 | Urbanizacion Santa Rosa | | Bayamon | PR | 00959 |
| 2007754 | Perez Pena, Juana | Torre de Carolinas 400 | Carretera 484 Apt 1602 | | Carolina | PR | 00987 |
| 1582644 | Quiles Rivera , Carlos D | 24 Carr Hevia | | | Cidra | PR | 00739 |
| 1797866 | Quinones Bonilla, Francisco A. | 243 Prol 25 Julio Suite #1 | | | Yauco | PR | 00698 |
| 423329 | RAMIREZ SOTO, AIDA LUZ | F-6 CALLE 10 | URB. CORALES | | HATILLO | PR | 00659 |
| 2116326 | REYES MATOS, MYRTA | 255 Carretera 787 | | | Cidra | PR | 00739 |
| 1854635 | Rios Cruz, Milagros | HC 38 BOX 8333 | | | Guanica | PR | 00653 |
| 1995978 | Rios Santiago, Jacqueline | HC-9 Box 6047 | | | Caguas | PR | 00725 |
| 1760278 | Rivas Abraham, Gisela | RR6 Box 7457 | | | Toa Alta | PR | 00953-9334 |
| 1754421 | Rivera Del Valle, Maria Ivette | 123 Chateau Cir. | | | Debary | FL | 32713-2054 |
| 1694281 | Rivera Diaz, Vilmarie | Urb. Villa Graciela | Calle Miguel Melendez, Casa D-2 | | Juncos | PR | 00777 |
| 1792378 | Rivera Figueroa, Josué | P.O. Box 459 | | | Corozal | PR | 00783 |
| 448255 | RIVERA HERNANDEZ, SALVADOR | HC 01 BOX 5180 | | | Juncos | PR | 00777 |
| 1465883 | RIVERA LAMBOY, IVAN | 1802 SS Los Yanos | | | Cidra | PR | 00739 |
| 1610635 | Rivera Medina, Mayra L. | Buzon 36 Parcelas Amadeo | | | Vega Baja | PR | 00693 |
| 1622269 | Rivera Padilla, Lizbeth | PO BOX 23 | | | NARANJITO | PR | 00719 |
| 1734227 | Rivera Rodriguez, Maria Matilde | HC 5 BOX 13805 | | | Juana Diaz | PR | 00795 |
| 1872401 | RIVERA SANTIAGO, MARIA LUISA | Box 560193 | | | Guayanilla | PR | 00656 |
| 1659500 | RIVERA-GUINDIN, SARY MICHELLE | PO BOX 2821 | | | GUAYAMON | PR | 00785 |
| 1667955 | Rodriguez Colon, Merlis | P.O. Box 161 | | | Barranquitas | PR | 000794 |
| 1839413 | Rodriguez Nunez, Gladys Esther | 70807 Carretera 709 | | | Cidra | PR | 00739-2279 |
| 1680630 | Rodriguez Vazquez, Milagros | P.O. BOX 1459 | | | Sabana Grande | PR | 00637 |
| 2065347 | Rojas Rivera, Elsa | P.O. Box 9012 | | | Humacao | PR | 00792 |
| 1460606 | ROLON GUAL, ROBERTO | 1720 Rondo St SE | | | Kenwood | MI | 49508 |
| 1669319 | Roman Gonzalez, Carmen G | HC-02 Box 7349 | | | Lares | PR | 00669 |
| 1799854 | Rosado Soto, Joanmarie | HC 91 BOX 9286 | | | Vega Alta | PR | 00692 |
| 1725392 | Ruiz Laboy, Karem M | Karem M Ruiz Laboy | 3700 Fabianna Dr | | Killeen | TX | 76549-2896 |
| 1834301 | Ruiz Martinez, Migdalia | PO BOX 424 | | | Juana Diaz | PR | 00795 |
| 511439 | SANDIN FREMAINT, PEDRO | SANDIN-FREMAINT, PEDRO A | 409 SOUTHFIELD LN | | PETERBOROUGH | NH | 03458-2112 |

Exhibit A
Omni Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1932539 | SANTANA CHARRIEZ, RICARDO FRANCISCO | 3400 MCMILLEN RD | APT 7112 | | WYLIE | TX | 75098-7727 |
| 2043478 | Santana Garcia, Nydia L. | P.O. Box 641 | | | Humacao | PR | 00792 |
| 1837659 | Santiago Rivera, Jose A | HC-01 Box 4113 | | | Villalba | PR | 00766 |
| 1591581 | Santiago Rosado, Enrique | HC - 01 BOX 3289 | | | Villalba | PR | 00766 |
| 1668587 | Santiago Rosado, Enrique | HC-01 Box 3289 | | | Villalba | PR | 00786-9701 |
| 2046234 | Silva Rivera, Olga | 225 Calle Jose Pares Barahona | | | Morovis | PR | 00687 |
| 1694436 | Soto, Jeannette Gonzalez | Ho03 Box 15050 | | | Quebradillas | PR | 00678 |
| 1765998 | Suarez Gonzalez, Ana M. | HC-04215048 | | | Carolina | PR | 00987 |
| 2082177 | Torrado Perez, Carole | HC 3 Box 50202 | | | Arecibo | PR | 00659 |
| 2074934 | Torres Calvo, Onix | D-20 Calle 12 | | | Yauco | PR | 00698 |
| 1502928 | Torres Fraticelli, Roxana L | HC06 Box 4681 | | | Coto Laurel | PR | 00780 |
| 1848969 | Torres Nieves, Juan A. | HC-03 Box 34087 | | | Aguadilla | PR | 00603 |
| 1197285 | TORRES SANTIAGO, ELISA | 870 Ave Las Marias Urbanizacion Hide Park APT #3 | | | San Juan | PR | 0079274284 |
| 1837808 | TORRES SANTIAGO, GRACY JANNETTE | PO Box 314 | | | Santa Isabel | PR | 00757 |
| 1986539 | Valentin Hernandez, Nelly D. | Nelly D. Valetnin Hernandez | HCO1 Box 8554 | | Gurabo | PR | 00778 |
| 1799610 | Vargas Quinones, Maria de los A. | 10605 BURLWOOD DR. | | | Leesburg | FL | 34788 |
| 1616563 | Vargas Rodriguez, Rosa | HC2 Box 8625 | | | Bajadero | PR | 00616 |
| 1541292 | VARGAS VELEZ, LUCY | BO BUENA VISTA HC 011 | BOX 12201 | | HUMACAO | PR | 00791 |
| 1179800 | VELEZ TORO, CARMEN C | Urbanizacion La Monserate Buenos Aires #2 | | | San German | PR | 00683 |
| 1908106 | Vidal Rodriguez, Ada Mercede | Urb. Valle Andulucia Calle Lorca c. buzon 2906 | | | Ponce | PR | 00728 |