

13 de septiembre de 2020

Distinguidos profesionales:

A través de este comunicado se certifica que la reclamación de Ruth Dalia Luisa Martínez Vélez relacionada al *Aumento de bono de Navidad* fue objetada en el Caso de Promesa 17-03283-LTS, porque tenía un importe indeterminado, no obstante, en la reclamación # 174131 se incluyó un importe de $2,800.00 dólares (Doc#: 13667). Y se escribió el fundamento de la reclamación de retención de $400.00 dólares anuales del *bono de Navidad* por la Ley # 7. Es relevante señalar que el bono de Navidad es un derecho adquirido del empleado en el Departamento de Educación. Véanse las evidencias adjuntas. Por consiguiente, la reclamante solicita su consideración al respecto.

Se agradecerá que se comuniquen a la dirección postal:

Ruth Dalia Luisa Martínez Vélez

PMB 506    609 Avenida Tito Castro Suite 102

Ponce, Puerto Rico 00716-0200

Cordialmente,

Ruth Dalia Luisa Martínez Vélez