





**PRIORITY MAIL EXPRESS**

EJ 384 223 201 US

U.S. POSTAGE PAID
PME 1-Day
MERCEDITA, PR
00715
SEP 15, 20
AMOUNT
**$26.35**
R2303S102391-02

**CUSTOMER USE ONLY**
FROM: Ruth Dalia Luisa Martinez Vélez
PMB 506
609 Ave. Tito Castro Suite 102
Ponce, Puerto Rico 00716-0200

TO: Clerk's Office
United States District Court
Room 150 Federal BLDG
San Juan, Puerto Rico
ZIP+4: 00918-1767

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day
PO ZIP Code: 00715
Scheduled Delivery Date: 9/16
Postage: $26.35
Date Accepted: 9/15
Scheduled Delivery Time: 3:00 PM
Time Accepted: 2:12 PM
Acceptance Employee Initials: 56n
Total Postage & Fees: $26.35

RECEIVED & FILED
2020 SEP 16 PM 4:54







EP13F July 2013  OD: 12.5 x 9.5