RECEIVED & FILED
2020 SEP 16 PM 4: 53

13 de septiembre de 2020

Distinguidos profesionales:

Esta misiva va dirigida a ustedes como evidencia de seguimiento al caso 17-03283-LTS, Doc#:13667, el cual incluye la reclamación # 102983. Este documento legal fue objetado por la respuesta imprecisa del valor indeterminado. Por tal razón, se radicó otra solicitud # 174278 con el valor específico del monto de $5,000 dólares para contrarrestar la objeción. Además, la petición se justifica con la validación de la Ley 158 del 30 de junio de 1999, la cual establece el *Sistema de rangos magisteriales, procedimientos de ascensos, revisión de salarios* a través de la presentación de un *plan de mejoramiento profesional*.

Cabe mencionar que la congelación de los fondos debido a la crisis fiscal detuvo la aprobación del plan de mejoramiento profesional en las fases de la maestría y anuló la posibilidad de presentar el otro plan de mejoramiento a nivel de doctorado. Esto coartó el beneficio de recibir una mejor paga por el cumplimiento del mejoramiento profesional. Por lo tanto, urge que se honre la ley.

Cualquier información alusiva a esta reclamación puede contactar a:

Ruth Dalia Luisa Martínez Vélez
PMB 506   609 Avenida Tito Castro Suite 102
Ponce, Puerto Rico 00716-0200

Cordialmente,

*[firma]*

Ruth Dalia Luisa Martínez Vélez