## REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

    Nombre: MARCELINO BURGOS SALAMO
    Direccion Postal: 13 REPARTO LA HACIENDA
    CALLE B, BO JAUCA
    SANTA ISABEL, PR 00757
    Teléfono contacto: Res. 787-803-8139    Cel. 787-901-3499

II. EPIGRAFE

    A. Secretaria (Clerk's Office)
    Tribunal de Distrito de los Estados Unidos
    Room 150 Federal Building
    San Juan, Puerto Rico 00918-1767
    B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
    C. Numero de Procedimiento: 17 BK 3283 – LTS
    D. Objecion Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
    Número de las evidencias por reclamo:

      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico desde el **4 de octubre de 1995 hasta el Presente**. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Marcelino Burgos Sálamo
Nombre en letra de molde

_(firma)_
Firma

RECLAMANTE: Marcelino Burgos Sálamo
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 61084

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el **4 de octubre de 1995 hasta el Presente** como **Maestro** del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | $ 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
|  | $ 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Marcelino Burgos Sálamo
Nombre en letra de molde

*[firma]* 14-09-2020
Firma y fecha

RECLAMANTE: Marcelino Burgos Sálamo
DIRECCION: 13 Reparto La Hacienda
Calle B, Bo Jauca
Santa Isabel, Puerto Rico 00757

NUMERO DE RECLAMACION: 61084

Fecha de presentacion (envio): 14 de septiembre de 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 3 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como **MAESTRO DE ESCUELA desde el 4 de octubre de 1995 hasta el Presente**.
2. El monto adeudado en mi reclamación es de **$134,400**.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Marcelino Burgos Sálamo
Nombre en letra de molde

*[firma]* 14-09-2020
Firma y fecha