Clerks Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Marcelino Burgos Sallano
13 Reparto La Hacienda
Bo Jauca Santa Isabel
P.R. 00757