RECEIVED & FILED

2020 SEP 16  PM 4: 53

SAN JUAN.

14 de septiembre de 2020

Respetables profesionales:

Por este medio se hace constar que la reclamación #104045 fue objetada, porque carecía del dato de la cantidad exigida en el caso 17-bk-03283 al Estado Libre Asociado de Puerto Rico. Luego se sometió la solicitud # 173747 para especificar el monto de $ 7,200 dólares por *Retención de aumento en la escala salarial.* Entiéndase que todo empleado docente tiene derecho a recibir aumento según su categoría del puesto en el ámbito laboral.

Cualquier información adicional al respecto, puede comunicarse a:

Ruth Dalia Luisa Martínez Vélez
PMB 506   609 Avenida Tito Castro Suite 102
Ponce, Puerto Rico 00716-0200

Cordialmente,

Ruth Dalia Luisa Martínez Vélez