**UNITED STATES POSTAL SERVICE** — **PRIORITY MAIL EXPRESS**

EJ 384 223 201 US

U.S. POSTAGE PAID
PME 1-Day
MERCEDITA, PR
00715
SEP 15, 20
AMOUNT
**$26.35**
R2303S102391-02

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE ( )

Ruth Dalia Luisa Martinez Velez
PMB 506
609 Ave. Tito Castro Suite 102
Ponce, Puerto Rico 00716-0200

**DELIVERY OPTIONS** (Customer Use Only)
☒ SIGNATURE REQUIRED

TO: (PLEASE PRINT)  PHONE ( )
Clerk's Office
United States District Court
Room 150 Federal BLDG
San Juan, Puerto Rico

ZIP + 4® (U.S. ADDRESSES ONLY)
0 0 9 1 8 - 1 7 6 7

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 00715
Scheduled Delivery Date: 9/16
Postage: $26.35
Date Accepted: 9/15
Scheduled Delivery Time: ☒ 3:00 PM
Time Accepted: 2:12 PM
Flat Rate  Acceptance Employee Initials: 56n
Total Postage & Fees: $26.35

SIGNATURE INCLUDED UPON REQUEST

RECEIVED & FILED 2020 SEP 16 PM 4:54

EP13F July 2013  OD: 12.5 x 9.5