




**PRIORITY MAIL EXPRESS®**
UNITED STATES POSTAL SERVICE®

EJ 384 223 201 US

U.S. POSTAGE PAID
PME 1-Day
MERCEDITA, PR
00715
SEP 15, 20
AMOUNT
**$26.35**
R2303S102391-02

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( )

Ruth Dalia Luisa Martinez Velez
PMB 506
609 Ave. Tito Castro Suite 102
Ponce, Puerto Rico 00716-0200

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED

TO: (PLEASE PRINT)   PHONE ( )

Clerk's Office
United States District Court
Room 150 Federal BLDG
San Juan, Puerto Rico

ZIP + 4® (U.S. ADDRESSES ONLY)
0 0 9 1 8 - 1 7 6 7

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code: 00715
Scheduled Delivery Date: 9/16
Postage: $ 26.35
Date Accepted: 9/15
Scheduled Delivery Time: ☑ 3:00 PM
Time Accepted: 2:12 PM
Weight: Flat Rate
Acceptance Employee Initials: JOR
Total Postage & Fees: $ 26.35

RECEIVED & FILED 2020 SEP 16 PM 4:54


EMS

PEEL FROM THIS CORNER

SIGNATURE INCLUDED UPON REQUEST

EP13F July 2013  OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**




UNITED STATES