RECEIVED & FILED
2020 SEP 16 PM 4: 54

13 de septiembre de 2020

Distinguidos profesionales:

Por medio de esta misiva se refiere que las reclamaciones # 100380 y # 105161 del Caso Promesa 17-03283-LTS fueron objetadas porque las cantidades estaban imprecisas. Sin embargo, ahora la reclamante sometió nuevamente los documentos bajo la reclamación # 174277 (Doc#:13667) con la certeza de que corresponde al cumplimiento de la Ley 96 del 1 de julio de 2002, bajo la incumbencia de la exgobernadora Sila María Calderón. En dicha ley se otorgaba $100.00 mensuales como aumento salarial. Véanse las evidencias adjuntadas. Por consiguiente, la reclamante solicita la revisión del caso.

Cualquier información relacionada a esta reclamación, favor de comunicarse a:

Ruth Dalia Luisa Martínez Vélez
PMB 506   609 Avenida Tito Castro Suite 102
Ponce, Puerto Rico 00716-0200

Cordialmente,

Ruth Dalia Luisa Martínez Vélez