

# UNITED STATES POSTAL SERVICE®

## PRIORITY MAIL EXPRESS®

EJ 384 223 201 US

U.S. POSTAGE PAID
PME 1-Day
MERCEDITA, PR
00715
SEP 15, 20
AMOUNT
**$26.35**

1005          00918          R2303S102391-02

### CUSTOMER USE ONLY

**FROM:** (PLEASE PRINT)     PHONE (     )

Ruth Dalia Luisa Martinez Velez
PMB 506
609 Ave. Tito Castro Suite 102
Ponce, Puerto Rico 00716-0200

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.          Federal Agency Acct. No. or Postal Service™ Acct. No.

### DELIVERY OPTIONS (Customer Use Only)

☑ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)     PHONE (     )

Clerk's Office
United States District Court
Room 150 Federal BLDG
San Juan, Puerto Rico

ZIP + 4® (U.S. ADDRESSES ONLY)

0 0 9 1 8 - 1 7 6 7

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

 PEEL FROM THIS CORNER

 EMS

EP13F July 2013   OD: 12.5 x 9.5

 PS10001000006

### ORIGIN (POSTAL SERVICE USE ONLY)

☑ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 00715 | 9/16 | $ 26.35 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 9/15 | ☐ 10:30 AM ☑ 3:00 PM ☐ 12 NOON | $ | $ |

| Time Accepted | | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|---|
| 212 | ☐ AM ☑ PM | $ | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | 26.35 |

| Weight | ☑ Flat Rate | Acceptance Employee Initials |
|---|---|---|
| lbs.   ozs. | | SM |

### DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, MARCH 2019     PSN 7690-02-000-9996

INTERNATIONAL USE
...EL HERE



RECEIVED & FILED
2020 SEP 16  PM 4:54

SIGNATURE INCLUDED UPON REQUEST

\* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.

+ Money Back Guarantee for U.S. destinations only.

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

## VISIT US AT USPS.COM®

   UNITED STATES