REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre: Dannette Burgos Torres
Direccion Postal: HC 02 Buzón 7213

Santa Isabel. P.R. 00757
Teléfono contacto: Res. 939-228-1310   Cel. 787-901-3213

II. EPIGRAFE

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1767
B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
C. Numero de Procedimiento: 17 BK 3283 – LTS
D. Objecion Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
   Número de las evidencias por reclamo:

   Ley 96 – Julio 2002 – Aumento de Sueldo
   Ley 164 – Julio 2003 – Aumento de Sueldo
   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 96 – Julio 2002 – Aumento de Sueldo
   Ley 164 – Julio 2003 – Aumento de Sueldo
   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial Pasos

*Dannette Burgos*  4-sep-2020

Received & Filed 2020 SEP 16 PM 4:48

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico desde el 22 de febrero de 2000 hasta el Presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Dannette Burgos Torres
Nombre en letra de molde

*[firma]* 4-Sep-2020
Firma

RECLAMANTE: Dannette Burgos Torres
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: _____

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el **22 de febrero de 2000 hasta el Presente** como **Oficinista Mecanágrafa** del Departamento de Educación de Puerto Rico – ELA.

| | Cantidad |
|---|---|
| Ley 124 – Julio 1973 – Aumento de Sueldo | $ |
| Ley 89 – Julio 1979 – Retribución Uniforme | |
| Ley 89 – Julio 1995 – Romerazo | |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| | $ 75,6000 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Dannette Burgos Torres
Nombre en letra de molde

*[signed]* 4-Sep-2020
Firma y fecha

RECLAMANTE: Dannette Burgos Torres
DIRECCION: HC 02 Buzón 7213

Santa Isabel, Puerto Rico 00757

NUMERO DE RECLAMACION: _____

Fecha de presentacion (envio): 3 de septiembre de 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 3 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como Oficinista Mecanógrafa DE ESCUELA desde el 22 de febrero de 2000.
2. El monto adeudado en mi reclamación es de $75,600.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Dannette Burgos Torres
Nombre en letra de molde

*Dannett Byrn 2  4-Sep-2020*
Firma y fecha



**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

4 de septiembre de 2020

A quien pueda interesar:

Certifico que **DANNETTE BURGOS TORRES**, número de seguro social **XXX-XX-7343** labora en nuestra Agencia desde **22 de febrero de 2000** al **Presente**.

Actualmente, ocupa puesto en calidad de **OFICINISTA MECANOGRAFO I** en **ANA VALLDEJULY (JAUCA)**, **Oficina Regional Educativa de PONCE** y devenga un salario de **$1,721.00** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

*L. Moralez*

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*



P.O. Box 190759, San Juan PR 00919-0759

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.