RECEIVED & FILED
2020 SEP 16 PM 4: 48

Nanette Burgos Torres
CO2 Buzón 7213
Santa Isabel, P.R. 00757

Clerk's office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767