RECLAMANTE: Josue R. Garcia Santiago
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 62052

RECEIVED & FILED
2020 SEP 18 AM 8:23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el **26 de agosto de 2002 hasta el Presente** como **Maestro** del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad $ |
|---|---|
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 75,600 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Josue R. Garcia Santiago
Nombre en letra de molde

_[firma]_  15-sept.-20
Firma y fecha

RECLAMANTE: Josue R. Garcia Santiago
DIRECCION: Urb. Portal de la Reina
Calle 5 Casa 129
Santa Isabel, Puerto Rico 00757

NUMERO DE RECLAMACION: _____

Fecha de presentacion (envio): 15 de septiembre de 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 15 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MAESTRO DE ESCUELA desde el 26 de agosto de 2002.
2. El monto adeudado en mi reclamación es de $75,600.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Josue R. Garcia Santiago
Nombre en letra de molde

_[firma]_  15-sept. 20
Firma y fecha

REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre: Josue R. Garcia Santiago
Direccion Postal: Urb Portal de la Reina
CALLE 5, Casa 129
SANTA ISABEL, PR 00757
Teléfono contacto: Res. _____ Cel. 787-207-0265

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
     Tribunal de Distrito de los Estados Unidos
     Room 150 Federal Building
     San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objecion Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
     Número de las evidencias por reclamo:

    Ley 124 – Julio 1973 – Aumento de Sueldo
    Ley 89 – Julio 1979 – Retribución Uniforme
    Ley 89 – Julio 1995 – Romerazo
    Ley 134 – Julio 1996 – Aportación Acumulado Retiro
    Ley 96 – Julio 2002 – Aumento de Sueldo
    Ley 164 – Julio 2003 – Aumento de Sueldo
    Ley 164 – Enero 2004 – Gob. Sila M. Calderón
    Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

RECEIVED & FILED
2020 SEP 18 AM 8: 23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico desde el 26 de agosto de 2002 hasta el Presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Josue R. Garcia Santiago
Nombre en letra de molde

_____
Firma