

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

15 de septiembre de 2020

A quien pueda interesar:

Certifico que **JOSUE R. GARCIA SANTIAGO**, número de seguro social **XXX-XX-0338** labora en nuestra Agencia desde **26 de agosto de 2002** al **Presente**.

Actualmente, ocupa puesto en calidad de **MA. EDUC. NIVEL ELEMENTAL (4-6)** en **PEDRO MELENDEZ SANTIAGO, Oficina Regional Educativa de PONCE** y devenga un salario de **$2,491.67** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaría Auxiliar de Recursos Humanos.

*L. Morales*

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

*Número de Evidencia de Reclamación*:

*Reclamante*:

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. ¿Cuál es el fundamento de su reclamación?

    ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☑ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):
    __75,600__

Número de Evidencia de Reclamación:

Reclamante:

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _Departamento Educación P.R. ELA_

3(b). Identifique las fechas de su empleo con relación a su reclamación: _22-agosto-22 hasta el presente_

3(c). Últimos cuatro dígitos de su número de seguro social: _0358_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_Ley 96, Ley 164 (2003), Ley 164 (2004) Ley 109 (2008)_

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☒ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. _Departamento Educación_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: _Clerk's Office United States District court room 150 Federal Bldg. Chardon Avenue San Juan, P.R. 00918-1767_

4(c). Número de caso: _17 BK, 3283-LTS_

4(d). Título, epígrafe, o nombre del caso: _Promesa Titulo III_

2

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente a Resolución_

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_Si, Pendiente a Resolución_