Josue Varela Santiago
Urb. San Idelmes calle 5 I-6
Santa Isabel PR, 00757

Clerks Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

U.S. POSTAGE PAID
FCM LETTER
SANTA ISABEL, PR
00757
SEP 16, 20
AMOUNT
$0.85
R2304W119883-08

1000
00918

2020 SEP 18 AM 8:23
RECEIVED & FILED