RECLAMANTE: Virgenmina Vazquez Romero
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 13702

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 27 de agosto 1992 hasta el presente como Ofinista 1 del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | $ 28,800 |
|  | Total: 104,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

*Virgenmina Vazquez Romero*
Nombre en letra de molde

*Virgenmina Vazquez Romero* 15-sept. 2020
Firma y fecha

RECLAMANTE: Virgenmina Vazquez Romero
DIRECCION: Box 800270
Cotto laurel PR 00780

NUMERO DE RECLAMACION: 13702

Fecha de presentacion (envio): 15 DE SEPTIEMBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 8 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como Oficinista 1 desde el 27 de agosto de 1992 hasta el presente.
2. El monto adeudado en mi reclamación es de $104,400.00

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

*Virgenmina Vazquez Romero*
Nombre en letra de molde

*Virgenmina Vazquez Romero*
Firma y fecha

# REPLICA DE OBJECIÓN GLOBAL

RECEIVED & FILED
2020 SEP 18 AM 8:18

I. DATOS DE CONTACTO

Nombre: Virgenmina Vazquez Romero
Direccion Postal: Box 800270
Cotto Laurel PR 00780

Teléfono contacto: Res. _____ Cel. 939-243-7530

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 27 de agosto de 1992 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Virgenmina Vazquez Romero
Nombre en letra de molde

*[firma]*
Firma