Virgenmina Vázquez
Apartado 270
Coto Laurel P.R. 00780



Clerk's Office
United State District Court
Room 150 Federal Building
San Juan P.R. 00918-1767

