| | |
|---|---|
| RECLAMANTE: | Blanca E. Deliz Cintron |
| NUMERO DE PROCEDIMIENTO: | 17 BK-3283 – LTS |
| NUMERO DE RECLAMACION: | 45857 |

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 1 de julio del 2011 hasta el presente como Asistente de Servicios Educativos del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 14,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Blanca E. Deliz Cintrón
Nombre en letra de molde

*(firma)* Blanca Deliz Cintrón
Firma y fecha   15- septiembre -2020

RECEIVED & FILED 2020 SEP 18

RECLAMANTE: Blanca E. Deliz Cintron
DIRECCION: Hc-04 Box 8048
JUANA DIAZ PR 00795

NUMERO DE RECLAMACION: 45857

Fecha de presentacion (envio): 14 DE SEPTIEMBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 14 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como Asistente de Servicios Educativos desde el 1 de julio de 2011 hasta el presente.
2. El monto adeudado en mi reclamación es de $14,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Blanca E. Deliz Cintron
Nombre en letra de molde

*[firma]* 15-septiembre-2020
Firma y fecha

# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: Blanca E. Deliz Cintron
Direccion Postal: Hc-04 Box 8042
JUANA DIAZ PR 00795

Teléfono contacto: Res. _____ Cel. 787-363-4214

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 1 de julio 2011 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

*Blanca Deliz Cintrón*
Nombre en letra de molde

*Blanca Deliz Cintrón*
Firma