Blanca Deliz Cintron
HC-04 Box 8048
Juana Diaz, P.R. 00795



Clerk's Office
United State District Court
Room 150 Federal Building
San Juan P.R. 00918-1767

2020 SEP 18 AM 8 18
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.