RECLAMANTE: NELLY M. GARCIA GARCIA
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 13232 53304

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 21 de septiembre del 1995 hasta el presente como DIRECTOR ESCOLAR III (K-12) del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

NELLY M. GARCIA GARCIA
Nombre en letra de molde

*[firma]*
Firma y fecha
10/sept./2020

RECLAMANTE: NELLY M. GARCIA GARCIA
DIRECCION: Urb Jardines de Fagot
Almendra B-5
Ponce, PR 00716

NUMERO DE RECLAMACION: 13232  53304

Fecha de presentacion (envio): 8 DE SEPTIEMBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 8 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como DIRECTOR ESCOLAR III (K-12) desde el 21 de septiembre de 1995 hasta el presente.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

NELLY M. GARCIA GARCIA
Nombre en letra de molde

*Nely M. Garcia Garcia* (firma)
Firma y fecha
10/sept/2020

## REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: NELLY M. GARCIA GARCIA
Direccion Postal: Urb Jardines de Fagot
Calle Almendra B-5
Ponce, PR 00716

Teléfono contacto: Res. _____ Cel. 787-677-1987

II. EPIGRAFE

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767
B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
C. Numero de Procedimiento: 17 BK 3283 – LTS
D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
Número de las evidencias por reclamo:

    Ley 124 – Julio 1973 – Aumento de Sueldo
    Ley 89 – Julio 1979 – Retribución Uniforme
    Ley 89 – Julio 1995 – Romerazo
    Ley 134 – Julio 1996 – Aportación Acumulado Retiro
    Ley 96 – Julio 2002 – Aumento de Sueldo
    Ley 164 – Julio 2003 – Aumento de Sueldo
    Ley 164 – Enero 2004 – Gob. Sila M. Calderón
    Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

    Ley 124 – Julio 1973 – Aumento de Sueldo
    Ley 89 – Julio 1979 – Retribución Uniforme
    Ley 89 – Julio 1995 – Romerazo
    Ley 134 – Julio 1996 – Aportación Acumulado Retiro
    Ley 96 – Julio 2002 – Aumento de Sueldo
    Ley 164 – Julio 2003 – Aumento de Sueldo
    Ley 164 – Enero 2004 – Gob. Sila M. Calderón
    Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 21 DE SEPTIEMBRE DE 1995 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Nelly M. Garcia Garcia
Nombre en letra de molde

*Nelly M. Garcia Garcia* (firma)
Firma

787-677-1987

10 / sept. / 2020