Nelly M. Garcia Garcia
Urb. Jardines de Fagot
Almendra B-5
Ponce, PR 00716

Clerk's Office
United State Distric Court
Room 150 federal Bulding
San Juan P.R. 00918-1767

RECEIVED & FILED
2020 SEP 18 AM 8:17
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, P.R.