# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre: José E. Cruz García
Direccion Postal: Estancias de Juana Díaz
Casa 143 calle Laurel
Juana Díaz, PR 00795
Teléfono contacto: Res. 787-432-4218    Cel. 787-432-4218

II. EPIGRAFE

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767
B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
C. Numero de Procedimiento: 17 BK 3283 – LTS
D. Objecion Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
Número de las evidencias por reclamo:

Ley 89 – Julio 1995 – Romerazo
Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 – Julio 1995 – Romerazo
Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico desde el **2 de agosto de 2004 hasta el Presente**. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

José E. Cruz Figueroa
Nombre en letra de molde

*Jose E. Cruz*   14-sept-2020
Firma

RECLAMANTE: José E. Cruz Figueroa
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 2 de Agosto de 2004

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el **4 de octubre de 1995 hasta el Presente** como **Maestro** del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 89 – Julio 1995 – Romerazo | $ |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro |  |
| Ley 96 – Julio 2002 – Aumento de Sueldo |  |
| Ley 164 – Julio 2003 – Aumento de Sueldo |  |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
|  | $ 33,600 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

José E. Cruz Figueroa
Nombre en letra de molde

*José E. Cruz 14-sept-2020*
Firma y fecha

RECEIVED & FILED 2020 SEP 18 AM 8:04

RECLAMANTE: José E. Cruz Figueroa
DIRECCION: Estancias de Juana Día
Casa 143 Calle Laurel
Juana Díaz, Puerto Rico 00795

NUMERO DE RECLAMACION: 85438

Fecha de presentacion (envio): 14 de septiembre de 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 3 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como **MAESTRO DE ESCUELA desde el 2 de agosto de 2004 hasta el Presente**.
2. El monto adeudado en mi reclamación es de **$33,600**.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

José E. Cruz García
Nombre en letra de molde

*José E Cruz*   14-sept-2020
Firma y fecha

RECEIVED & FILED
2020 SEP 18 AM 8:06



**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

15 de septiembre de 2020

A quien pueda interesar:

Certifico que **JOSE E. CRUZ FIGUEROA**, número de seguro social **XXX-XX-8297** labora en nuestra Agencia desde **2 de agosto de 2004** al **Presente**.

Actualmente, ocupa puesto en calidad de **MA. INGLES NIVEL ELEMENTAL (K-6)** en **ANA VALLDEJULY (JAUCA)**, **Oficina Regional Educativa de PONCE** y devenga un salario de **$2,291.67** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Número de Evidencia de Reclamación:
Reclamante:

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☒ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   $33,600

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   ☐ No. *Pase a la Pregunta 4.*
   ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   _Departamento de Educación P.R ELA_

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   _2 de agosto de 2004_

3(c). Últimos cuatro dígitos de su número de seguro social: _____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   ☐ Jubilación
   ☒ Salarios impagos
   ☐ Días por enfermedad
   ☐ Queja con el sindicato
   ☐ Vacaciones
   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
   _Ley 164 (2004) Ley 109 (2008)_

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   ☒ No.
   ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   _Departamento de Educación_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: _Clerks Office United States District court room 150 federal Bldg Chardon Avence San Juan, PR. 00918-1767_

4(c). Número de caso: _17 BK, 3283 - LTS_

4(d). Título, epígrafe, o nombre del caso:
   _Promesa Titulo III_

2

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente a resolucion_

4(f). ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_Si, Pendiente a resolucion_

3

U.S. POSTAGE PAID
FCM LETTER
SANTA ISABEL, PR
00757
SEP 16, 20
AMOUNT
$7.10
R2303S100796-05

00918

Clerks Office
United States District Court
Room 150 Federal Building
150 Carlos Chardón
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED

José E Cruz Figueroa
Estancias de Juana Díaz
Casa 143 calle Laurel
Juana Díaz P.R 00795

CERTIFIED MAIL

7017 1450 0002 2921 7613