Clerk's Office
United State District Court
Room 150 Federal Building
San Juan, PR 00018-1767

RECEIVED & FILED
2020 SEP 18 PM 4:05
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

| | |
|---|---|
| Ramos Rodríguez, Carmela | Proof of Claim: 119832, 97102, 132839 |
| P.o. Box 388 | Case No. 17-03283 |
| Patillas, PR 00723-0388 | S.S. xxx-xx-4710 |

E-mail javierys14@gmail.com

Agencia Departamento de Educación de Puerto Rico

Tiempo de Empleo: enero 1978 a julio 2009

Retiro Ley 91 Años de experiencia

Beneficios reclamados por salarios no recibidos por incumplimiento del Gobierno de Puerto Rico hasta 30 septiembre de 2019.

La reclamación consta de las siguientes cantidades según la ley que aplica:

| | |
|---|---:|
| Ley núm. 96 - 1 de julio de 2002 | $8,400.00 |
| Ley núm. 164 - 22 de julio de 2004 | 6,600.00 |
| Ley núm. 168 - 12 de julio de 2004 | 6,750.00 |
| Ley núm. 62 - 4 de septiembre de 1992 | 8,304.00 |
| Total | $30,054.00 |

Anejos:   1 Tabla de Compensación por LEYES 96, 164, 168 Y 62.
2. Certificación Empleo del Dept. de Educ.

*Carmela Ramos Rodríguez*
Carmela Ramos Rodríguez
Maestra Retirada