Ramos Rodríguez, Carmela          Proof of Claim: 119832, 97102, 132839

Anejo 1

Ley núm. 96 -1 julio de 2002

| Años | Meses | Cantidad | Total adeudado |
|---|---|---|---|
| 2002 | 6 | $100.00 | $ 600.00 |
| 2003 | 12 | $100.00 | $1,200.00 |
| 2004 | 12 | $100.00 | $1,200.00 |
| 2005 | 12 | $100.00 | $1,200.00 |
| 2006 | 12 | $100.00 | $1,200.00 |
| 2007 | 12 | $100.00 | $1,200.00 |
| 2008 | 12 | $100.00 | $1,200.00 |
| 2009 | 6 | $100.00 | $ 600.00 |
| Total | | | $8,400.00 |

Ley núm. 164 – 22 de julio de 2004

| Años | Meses | Cantidad | Total adeudado |
|---|---|---|---|
| 2004 | 12 | $100.00 | $1,200.00 |
| 2005 | 12 | $100.00 | $1,200.00 |
| 2006 | 12 | $100.00 | $1,200.00 |
| 2007 | 12 | $100.00 | $1,200.00 |
| 2008 | 12 | $100.00 | $1,200.00 |
| 2009 | 6 | $100.00 | $ 600.00 |
| Total | | | $6,600.00 |

Ley núm. 168 – 12 de julio de 2004

| Años | Meses | Cantidad | Total adeudado |
|---|---|---|---|
| 2004 | 3 | $150.00 | $ 450.00 |
| 2005 | 12 | $150.00 | $1,800.00 |
| 2006 | 12 | $150.00 | $1,800.00 |
| 2007 | 12 | $150.00 | $1,800.00 |
| 2008 | 12 | $150.00 | $1,800.00 |
| 2009 | 6 | $150.00 | $ 900.00 |
| Total | | | $6,750.00 |

Ley núm. 62 – 12 de septiembre de 2012 -Ajuste 3% cada 3 años

| Años | Renta Mensual | 3% | Total adeudado |
|---|---|---|---|
| 2009 | $2,227.46 | 0 | 0 |
| 2012 | $2,227.46 | $67.00 | $2,412.00 |
| 2015 | $2,294.46 | $69.00 | $2,484.00 |
| 2018 | $2,363.46 | $71.00 | $2256.00 |
| 2019 | $2,363.46 | $71.00 | 852.00 |
| Total | | | $8,304.00 |



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

16 de septiembre de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | CARMELA RAMOS RODRIGUEZ |
| Seguro Social | : | REDACTED 4710 |
| Categoría | : | M. EDUC. COMERCIAL |
| Distrito Escolar | : | GUAYAMA |
| Sueldo Mensual | : | $3,113.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2008 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 31 años y 6 meses. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 01/09/1978. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.