Carmela Ramos-Rodriguez
P.O. Box 388
Patillas, PR 00723-0388

SAN JUAN PR 009
17 SEP 2020 PM 2 L

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan, PR 00918-1767

RECEIVED & FILED
2020 SEP 18 PM 4:06