Proof of Claim: <CLAIM NUMBER> 120825
Claimant: >CLAIMANT NAME< Rosaura Rivera Franco

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide <u>more</u> information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:
- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ■ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)
    _____

2. What is the amount of your claim (how much money do you claim to be owed):
    _____

3. <u>Employment</u>. Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
Departamento de Educación, J.D. PR ELA

3(b). Identify the dates of your employment related to your claim:
Desde 1959 9-30-1957, hasta 26 de mayo de 1989

3(c). Last four digits of your social security number: 4079

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

Ley 124-Julio 1973 Aumento Sueldo y Ley 89-Julio 1979 de Retribución Uniforme

4. Legal Action Does your claim relate to a pending or closed legal action?
- ☒ No
- ☐ Yes

4(a). Identify the department or agency that is a party to the action.
  D/A

4(b). Identify the name and address of the court or agency where the action is pending:
  D/A

4(c). Case number: D/A

4(d). Title, Caption, or Name of Case: D/A

4(e). Status of the case (pending, on appeal, or concluded): D/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)
  If yes, what is the date and amount of the judgment? D/A

RECEIVED & FILED
2020 SEP 18 PM 4: 03

RECLAMANTE: Rosaura Rivera Franco

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 120825

Numero de célular: 787-837-7561

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 30 de septiembre de 1957 (1959) hasta el 26 de May de 1989 como Maestra Nivel Elemental Departamento de Educacion, Juana Díaz, Puerto Rico, de la ~~Puerto Rico Telephone Company~~ - ELA.

1. ~~Ley 89 - julio 1995 - ROMERAZO~~ ~~CANTIDAD $~~ _____

Así como otras leyes que me apliquen y no se me otorga la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Rosaura Rivera Franco
Nombre en letra de molde

Rosaura Rivera Franco - 09/14/2020
Firma y fecha

① Ley 124 Julio 1973 - Aumento sueldo
② Ley 89 Julio 1979 - Retribución Uniforme

Cantidad Adeudada
$19,200.00
$12,000.00

Total $31,200.00