IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rivera Franco, Rosaura | 120825 | 6/12/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rivera Franco, Rosaura | 120825 | 6/12/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

RECLAMANTE Rosaura Rivera Franco

DIRECCIÓN HC 03 Box 11239
Juana Díaz, Puerto Rico 00795

Numero Reclamación 120825

Fecha de presentación (envío) 14 de septiembre de 2020

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el 14 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo, de ~~Puerto Rico Telephone Company en Ponce,~~ Departamento de Educación, J.D. Puerto Rico – ELA, como Maestra Nivel Elemental desde el 30 de septiembre de ~~1954~~ 1957 hasta el 26 de Mayo de 1989. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 31,200.00.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Rosaura Rivera Franco
Nombre en letra de molde

Rosaura Rivera Franco — 09/14/2020
Firma y fecha



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

14 de septiembre de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ROSAURA RIVERA FRANCO |
| Seguro Social | : | REDACTED-4079 |
| Categoría | : | MAESTRA ELEMENTAL |
| Distrito Escolar | : | PONCE III |
| Sueldo Mensual | : | $1,295.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 26 de mayo de 1989 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 31 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 09/30/1957. |

Cándida R. Cuico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre **Rosaura Rivera Franco**

Dirección Postal **HC 03 Box 11239**
**Juana Díaz, Puerto Rico**
**00795**

Teléfono de contacto res. **787-837-7561** cel. —

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:
   **Ley 89, Retrif. Unif.     Julio 1979**
   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
   **Ley 124 - Aumento Sueld     Julio 1973**
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. 
El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:
**Ley 89 Retrib Unif      Julio 1979**
Ley 89 Romerazo – Efectiva en 1 de julio de 1995
**Ley 124 Aumento Sueldo   Julio 1973**
Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone~~ Dpto. Educación, J.D.P.R. ELA ~~Company, Ponce~~, Puerto Rico desde el __30__ de __Septiembre__ de ~~1953~~ 1957 hasta el __26__ de __Mayo__, de __1989__. Culmine mi laborar como Maestra - Nivel Elemental, Dpto. Educación, Juana Díaz, en ~~Puerto Rico Telephone Company, Ponce~~, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

Rosaura Rivera Franco
Nombre en letra de molde


_____ — 09/14/2020
Firma