Rosaura Rivera
AC 03 Box 11239
Juana Díaz, Puerto Rico
00795



RECEIVED & FILED
2020 SEP 18 PM 4: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767