RECLAMANTE: Diana Albertorio Maldonado
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 41075

RECEIVED & FILED
2020 SEP 22 AM 8 38
CLERK'S OFFICE
U.S. DISTRICT COURT

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 1 de agosto de 1988 hasta el 5 de junio de 2020 como Maestra Educación Salud Escolar K-12 del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

_Diana Albertorio Maldonado_
Nombre en letra de molde

_Diana Albertorio Maldonado_   16/septiembre/2020
Firma y fecha

RECLAMANTE: Diana Albertorio Maldonado
DIRECCION: Urb. Hacienda La Matilde Calle 8 38
5495
Ponce P.R. 00728

NUMERO DE RECLAMACION: 41075

Fecha de presentacion (envio): 16 DE SEPTIEMBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 16 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como Maestra de Salud Escolar desde el 1 de agosto de 1988

   hasta el 5 de junio de 2020.

2. El monto adeudado en mi reclamación es de $134.600.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Diana Albertorio Maldonado
Nombre en letra de molde

Diana Albertorio Maldonado   16/septiembre/2020
Firma y fecha

# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: Diana Albertorio Maldonado
Direccion Postal: Urb. Hacienda La Matilde calle Surco 5495
Ponce PR 00728

Teléfono contacto: Res. _____ Cel. 787-382-3796

RECEIVED & FILED
2020 SEP 22 AM 8:38
CLERK'S OFFICE
SAN JUAN, P.

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 1 de agosto de 1988 hasta el 5 de junio de 2020. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

_Diana Albertorio Maldonado_
Nombre en letra de molde

_Diana Albertorio Maldonado_    16/septiembre/2020
Firma