GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

15 de septiembre de 2020

A quien pueda interesar:

Certifico que **DIANA ALBERTORIO MALDONADO**, número de seguro social **XXX-XX-4402**
laboró en nuestra Agencia desde **1 de agosto de 1988** al **5 de junio de 2020**.

Ocupó puesto en calidad de **MA. EDUC. SALUD ESCOLAR (K-12)** en **FELIPE COLON DIAZ**,
**Oficina Regional Educativa de PONCE** y devengó un salario de **$2,921.67** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la
División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos.*
*Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la*
*Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*



P.O. Box 190759, San Juan PR 00919-0759

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano,
ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental;
ni por ser víctima de violencia doméstica, agresión sexual o acecho.