Diana Alberto~~ris Maldonado~~
Hacienda La Matilde
Calle Surco #5495
Ponce P.R. 00728

RECEIVED & FILED
2020 SEP 22 AM 8:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

18 SEP 2020
SAN JUAN PR

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767