IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as a representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>                    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |
| SIEMENS TRANSPORTATION PARTNERSHIP PUERTO RICO, S.E.<br><br>                    Plaintiff,<br><br>vs.<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE | Adv. Proc. No. 18-00030-LTS<br>Title III |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| |
|---|
| FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, and GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO<br><br>                     Defendants |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO CEASE SERVICE OF NOTICES, ORDERS, PLEADINGS AND DOCUMENTS

To the Honorable United States District Court Judge Laura Taylor Swain:

**PLEASE TAKE NOTICE** that Lady E. Cumpiano hereby respectfully withdraws her appearance as counsel for Siemens Transportation Partnership Puerto Rico, S.E. ("Siemens"),

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

In San Juan, Puerto Rico, this 22 day of September 2020.

                              SEPULVADO, MALDONADO & COURET
                              *Attorneys for Siemens Transportation*
                              *Partnership Puerto Rico, S.E.*
                              304 Ponce de Leon Ave. Ste 990
                              San Juan PR 00918
                              Tel. 787-765-5656
                              Fax: 787-294-0073
                              E-mail: lcumpiano@yahoo.com

                              s/ *Lady E. Cumpiano*
                                Lady E. Cumpiano
                                USDC No. 211106