# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

## NOTICE OF APPEAL

To the Honorable Court:

NOTICE IS HEREBY GIVEN that Movants Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, the Financial Guaranty Insurance Company, and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

-2-

National Public Finance Guarantee Corporation appeal to the United States Court of Appeals for the First Circuit from the *Memorandum Opinion and Order Denying HTA and PRIFA Revenue Bond Stay Relief Motions*, dated September 9, 2020 (ECF No. 14186 in Case No. 17-BK-3282-LTS and ECF No. 921 in Case No. 17-BK-3567-LTS) (the "Final HTA & PRIFA Order") and from all underlying and associated orders relating to the *Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection* dated January 16, 2020 (ECF No. 10102 in Case No. 17-3283, ECF No. 673 in Case No. 17-3567) (the "HTA Lift Stay Motion"), including, without limitation, the *Opinion and Order in Connection with Preliminary Hearing Regarding Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection (Docket Entry No. 10102)* dated July 2, 2020 (ECF No. 13541 in Case No. 17-3283 and ECF No. 853 in Case No. 17-3567) (the "Preliminary HTA Order, and together with the Final HTA & PRIFA Order, the "Orders"). Copies of the Orders are attached hereto.

The parties to this matter and the names and addresses of their respective attorneys are as follows:

Movants Assured Guaranty Corp. and Assured Guaranty Municipal Corp.

| | |
|---|---|
| Heriberto Burgos Pérez | Howard R. Hawkins, Jr. |
| Ricardo F. Casellas-Sánchez | Mark C. Ellenberg |
| Diana Pérez-Seda | William J. Natbony |
| CASELLAS ALCOVER & BURGOS P.S.C. | Thomas J. Curtin |
| P.O. Box 364924 | Casey J. Servais |
| San Juan, PR 00936-4924 | CADWALADER, WICKERSHAM & TAFT LLP |
| | 200 Liberty Street |
| | New York, NY 10281 |

Movant Ambac Assurance Corporation

| | |
|---|---|
| Roberto Cámara-Fuertes | Dennis F. Dunne |
| Sonia Cólon | Atara Miller |
| FERRAIUOLI LLC | Grant R. Mainland |
| 221 Ponce de Leon Ave., 5th Floor | John J. Hughes III |
| San Juan, PR 00917 | Jonathan Ohring |
| | MILBANK LLP |
| | 55 Hudson Yards |
| | New York, NY 10001 |

Movant Financial Guaranty Insurance Company

| | |
|---|---|
| María E. Picó | Martin A. Sosland |
| REXACH & PICÓ, CSP | BUTLER SNOW LLP |
| 802 Ave. Fernández Juncos | 5430 LBJ Freeway, Suite 1200 |
| San Juan, PR 00907-4315 | Dallas, TX 75240 |
| | |
| | Jason W. Callen |
| | BUTLER SNOW LLP |
| | 150 3rd Ave., S., Suite 1600 |
| | Nashville, TN 37201 |

Movant National Public Finance Guarantee Corporation

| | |
|---|---|
| Eric Perez-Ochoa | Jonathan Polkes |
| Luis A. Oliver Fraticelli | Gregory Silbert |
| ADSUAR MUNIZ GOYCO SEDA & | Robert S. Berezin |
| PEREZOCHOA PSC | Kelly DiBlasi |
| 208 Ponce de Leon Ave, Suite 1600 | Gabriel A. Morgan |
| San Juan, PR 00936 | WEIL, GOTSHAL & MANGES LLP |
| | 767 Fifth Avenue |
| | New York, NY 10153 |

Respondents Commonwealth of Puerto Rico, Financial Oversight Board and Management Board for Puerto Rico, and Puerto Rico Highways and Transportation Authority

| | |
|---|---|
| Hermann D. Bauer | Martin J. Bienenstock |
| O'NEILL & BORGES LLC | Brian S. Rosen |
| 250 Muñoz Rivera Ave., Suite 800 | Margaret A. Dale |
| San Juan, PR 00918-1813 | Julia D. Alonzo |
| | William D. Dalsen |
| | PROSKAUER ROSE LLP |
| | Eleven Times Square |
| | New York, NY 10036 |

Respondent Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF")

| | |
|---|---|
| Luis C. Marini-Biaggi | John J. Rapisardi |
| Carolina Velaz-Rivero | Nancy Mitchell |
| MARINI PIETRANTONI MUÑIZ LLC | O'MELVENY & MYERS LLP |
| 250 Ponce de León Ave., Suite 900 | 7 Times Square |
| San Juan, PR 00918 | New York, NY 10036 |
| | |
| | Peter Friedman |
| | O'MELVENY & MYERS LLP |
| | 1625 Eye Street, NW |
| | Washington, D.C. 20006 |
| | |
| | Elizabeth L. McKeen |
| | Ashley M. Pavel |
| | O'MELVENY & MYERS LLP |
| | 610 Newport Center Drive, 17th Floor |
| | Newport Beach, CA 92660 |

-4-

<u>Limited Scope Intervenors GDB Debt Recovery Authority and Cantor-Katz Collateral Monitor LLC (the "DRA Parties")</u>[2]

| | |
|---|---|
| Arturo J. García-Solá | Douglas S. Mintz |
| Nayuan Zouairabani | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| MCCONNEL VALDÉS LLC | Columbia Center |
| 270 Muñoz Rivera Avenue, Suite 7 | 1152 15th Street, N.W. |
| Hato Rey, PR 00918 | Washington, D.C. 20005-1706 |
| PO Box 364225 | |
| San Juan, PR 00936-4225 | Laura Metzger |
| | Peter Amend |
| Carmen D. Conde Torres | David Litterine-Kaufman |
| C. CONDE & ASSOC. LAW OFFICES | Monica Perrigino |
| 254 San José Street, Suite 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| San Juan, PR 00901-1523 | 51 West 52nd Street |
| | New York, NY 10019 |

<u>Party-in-Interest Official Committee of Unsecured Creditors (the "UCC")</u>

| | |
|---|---|
| Juan J. Casillas Ayala | Luc A. Despins |
| Israel Fernandez Rodregiuez | James R. Bliss |
| Juan C. Nieves Gonzalez | James B. Worthington |
| Cristina B. Fernandez Niggemann | G. Alexander Bongartz |
| CASILLAS, SANTIAGO & TORRES LLC | PAUL HASTINGS LLP |
| PO Box 195075 | 200 Park Avenue |
| San Juan, Puerto Rico 00919-5075 | New York, New York 10166 |

[*Remainder of Page Intentionally Blank*]

---

[2] The order allowing in part and denying in part the DRA Parties' request to intervene in this proceeding states in relevant part: "As the parties have agreed, the DRA Parties do not have the right to settle, oppose settlement or appeal any decision of this Court regarding the Monolines' Amended Lift Stay Motion." *See Order* at 7, Case No. 17-BK-2383-LTS (D.P.R. Mar. 3, 2020), ECF No. 12005.

Dated: New York, New York
September 23, 2020

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| By: */s/ Heriberto Burgos Pérez*<br>Heriberto Burgos Pérez<br>USDC-PR 204809<br>Ricardo F. Casellas-Sánchez<br>USDC-PR 203114<br>Diana Pérez-Seda<br>USDC-PR 232014<br>P.O. Box 364924<br>San Juan, PR 00936-4924<br>Telephone: (787) 756-1400<br>Facsimile: (787) 756-1401<br>Email: hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com | By: */s/ Howard R. Hawkins, Jr.*<br>Howard R. Hawkins, Jr.*<br>Mark C. Ellenberg*<br>William J. Natbony*<br>Thomas J. Curtin*<br>Casey J. Servais*<br>200 Liberty Street<br>New York, NY 10281<br>Telephone: (212) 504-6000<br>Facsimile: (212) 504-6666<br>Email: howard.hawkins@cwt.com<br>mark.ellenberg@cwt.com<br>bill.natbony@cwt.com<br>thomas.curtin@cwt.com<br>casey.servais@cwt.com |
| *Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | *Admitted pro hac vice*<br><br>*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

| | |
|---|---|
| ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC | WEIL, GOTSHAL & MANGES LLP |
| By:/s/ *Eric Perez-Ochoa*<br>Eric Pérez-Ochoa<br>USDC-PR No. 206,314<br>E-mail: epo@amgprlaw.com | By:/s/ *Robert Berezin*<br>Jonathan D. Polkes*<br>Gregory Silbert*<br>Robert S. Berezin*<br>Kelly DiBlasi*<br>Gabriel A. Morgan*<br>767 Fifth Avenue<br>New York, New York 10153<br>Tel.: (212) 310-8000<br>Fax: (212) 310-8007<br>Email: jonathan.polkes@weil.com<br>gregory.silbert@weil.com<br>robert.berezin@weil.com<br>kelly.diblasi@weil.com<br>gabriel.morgan@weil.com |
| By:*/s/Luis A. Oliver-Fraticelli*<br>Luis A. Oliver-Fraticelli<br>USDC-PR NO. 209,204<br>E-mail: loliver@amgprlaw.com<br><br>208 Ponce de Leon Ave., Suite 1600<br>San Juan, PR 00936<br>Tel.: (787) 756-9000<br>Fax: (787) 756-9010 | |
| *Attorneys for National Public Finance Guarantee Corp.* | * admitted *pro hac vice*<br><br>*Attorneys for National Public Finance Guarantee Corp.* |

| FERRAIUOLI LLC | MILBANK LLP |
|---|---|
| By:/s/ *Roberto Cámara-Fuertes*<br>   ROBERTO CÁMARA-FUERTES<br>   USDC-PR NO. 219,002<br>   E-mail: rcamara@ferraiuoli.com<br><br>By:/s/ *Sonia Colón*<br>   SONIA COLÓN<br>   USDC-PR NO. 213809<br>   E-mail: scolon@ferraiuoli.com<br><br>221 Ponce de Leon Ave., 5th Floor<br>San Juan, PR 00917<br>Tel.: (787) 766-7000<br>Fax: (787) 766-7001<br><br>*Counsel for Ambac Assurance Corporation* | By:/s/ *Atara Miller*<br>   DENNIS F. DUNNE*<br>   ATARA MILLER*<br>   GRANT R. MAINLAND*<br>   JOHN J. HUGHES III*<br>   JONATHAN OHRING<br>   55 Hudson Yards<br>   New York, New York 10001<br>   Tel.: (212) 530-5000<br>   Fax: (212) 530-5219<br>   Email: ddunne@milbank.com<br>           amiller@milbank.com<br>           gmainland@milbank.com<br>           jhughes2@milbank.com<br>           johring@milbank.com<br><br>*admitted pro hac vice<br><br>*Counsel for Ambac Assurance Corporation* |

| REXACH & PICÓ, CSP | BUTLER SNOW LLP |
|---|---|
| By: */s/ María E. Picó* <br> María E. Picó <br> USDC-PR 123214 <br> 802 Ave. Fernández Juncos <br> San Juan PR 00907-4315 <br> Telephone: (787) 723-8520 <br> Facsimile: (787) 724-7844 <br> E-mail: mpico@rexachpico.com <br><br> *Attorney for Financial Guaranty Insurance Company* | By: */s/ Martin A. Sosland* <br> Martin A. Sosland (*pro hac vice*) <br> 5430 LBJ Freeway, Suite 1200 <br> Dallas, TX 75240 <br> Telephone: (469) 680-5502 <br> Facsimile: (469) 680-5501 <br> E-mail: martin.sosland@butlersnow.com <br><br> *\*Admitted pro hac vice in Case No. 17-BK-03283-LTS and Case No. 17-BK-03567-LTS* <br><br> Jason W. Callen <br> 150 3rd Ave., S., Suite 1600 <br> Nashville, TN 37201 <br> Telephone: 615-651-6774 <br> Facsimile: 615-651-6701 <br> Email: jason.callen@butlersnow.com <br><br> *\*Admitted pro hac vice in Case No. 17-BK-03283-LTS and Case No. 17-BK-03567-LTS* <br><br> *Attorneys for Financial Guaranty Insurance Company* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 23rd day of September, 2020.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
*Admitted pro hac vice