**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## NOTICE OF APPEAL

To the Honorable Court:

NOTICE IS HEREBY GIVEN that Movants Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company, and U.S. Bank Trust National Association hereby appeal to the United States Court of Appeals for the First Circuit from the *Memorandum Opinion and Order Denying HTA and PRIFA Revenue Bond Stay Relief Motions*, dated September 9, 2020 (ECF No. 14186) (the "Final HTA & PRIFA Order") and from all underlying and associated orders relating to the *Amended Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* dated January 16, 2020 (ECF

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

No. 10602) (the "PRIFA Lift Stay Motion"), including, without limitation, the *Opinion and Order in Connection with Preliminary Hearing Regarding Amended Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank National Trust Association, Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds*, dated July 2, 2020 (ECF No. 13542) (the "Preliminary PRIFA Order" and together with the Final HTA & PRIFA Order, the "Orders"). Copies of the Orders are attached hereto.

The parties to this matter and the names and addresses of their respective attorneys are as follows:

Movant Ambac Assurance Corporation:

Roberto Cámara-Fuertes
Sonia Colón
FERRAIUOLI LLC
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917

Dennis F. Dunne
Atara Miller
Grant R. Mainland
John J. Hughes, III
Jonathan Ohring
MILBANK LLP
55 Hudson Yards
New York, NY 10001-2163

Movant Financial Guaranty Insurance Company:

María E. Picó
REXACH & PICÓ, CSP
802 Ave. Fernández Juncos
San Juan, PR 00907-4315

Martin A. Sosland
BUTLER SNOW LLP
5430 LBJ Freeway, Suite 1200
Dallas, TX 75240

Jason W. Callen
BUTLER SNOW LLP
150 3rd Ave., S., Suite 1600
Nashville, TN 37201

- 2 -

Movants Assured Guaranty Corp. and Assured Guaranty Municipal Corp.:

| | |
|---|---|
| Heriberto Burgos Pérez | Howard R. Hawkins, Jr. |
| Ricardo F. Casellas-Sánchez | Marc. C. Ellenberg |
| Diana Pérez-Seda | William J. Natbony |
| CASELLAS ALCOVER & BURGOS P.S.C. | Thomas J. Curtin |
| P.O. Box 364924 | Casey J. Servais |
| San Juan, PR 00936-4924 | CADWALADER, WICKERSHAM & TAFT LLP |
| | 200 Liberty Street |
| | New York, NY 10281 |

Movant U.S. Bank Trust National Association:

| | |
|---|---|
| Eric A. Tulla | Robin E. Keller |
| Iris J. Cabrera-Gómez | Ronald Silverman |
| RIVERA, TULLA AND FERRER, LLC | HOGAN LOVELLS US LLP |
| Rivera Tulla & Ferrer Building | 390 Madison Avenue |
| 50 Quisqueya Street | New York, NY 10017 |
| San Juan, PR 00917-1212 | |

Respondent the Financial Oversight Board and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico:

| | |
|---|---|
| Hermann D. Bauer | Martin J. Bienenstock |
| O'NEILL & BORGES LLC | Brian S. Rosen |
| 250 Muñoz Rivera Ave., Suite 800 | Jeffrey W. Levitan |
| San Juan, PR 00918-1813 | Ehud Barak |
| | Michael Mervis |
| | David A. Munkittrick |
| | Daniel S. Desatnik |
| | PROSKAUER ROSE LLP |
| | Eleven Times Square |
| | New York, NY 10036 |
| | |
| | Michael A. Firestein |
| | Lary Alan Rappaport |
| | PROSKAUER ROSE LLP |
| | 2029 Century Park East |
| | Suite 2400 |
| | Los Angeles, CA 90067-3010 |

Respondent Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"):

| | |
|---|---|
| Luis C. Marini-Biaggi<br>Carolina Velaz-Rivero<br>MARINI PIETRANTONI MUÑIZ LLC<br>250 Ponce de León Ave.<br>Suite 900<br>San Juan, PR 00918 | John J. Rapisardi<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, NY 10036<br><br>Peter Friedman<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br><br>Elizabeth L. McKeen<br>Ashley M. Pavel<br>O'MELVENY & MYERS LLP<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660 |

Party-In-Interest Official Committee of Unsecured Creditors ("UCC"):

| | |
|---|---|
| Juan J. Casillas-Ayala<br>Israel Fernández Rodríguez<br>Juan C. Nieves González<br>Cristina B. Fernández Niggemann<br>CASILLAS, SANTIAGO & TORRES LLC<br>PO Box 195075<br>San Juan, PR 00919-5075 | Luc A. Despins<br>James R. Bliss<br>James B. Worthington<br>G. Alexander Bongartz<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166 |

Party-In-Interest Bacardí International Limited and Bacardí Corporation ("Bacardi"):

| | |
|---|---|
| Carmen D. Conde-Torres<br>Luisa S. Valle Castro<br>C. CONDE & ASSOCIATES<br>254 San José Street, 5th Floor<br>San Juan, PR 00901 | Dianne Coffino<br>R. Alexander Clark<br>COVINGTON & BURLING LLP<br>620 Eight Avenue<br>New York, NY 10018 |

- 5 -

<u>Party-In-Interest Destilería Serrallés, Inc. ("Serralles"):</u>

Nayuan Zouairabani
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, PR 00918
PO Box 364225
San Juan, PR 0936-4225

[*Remainder of Page Intentionally Blank*]

- 5 -

Dated:  September 23, 2020
       San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: */s/ Roberto Cámara-Fuertes*
    Roberto Cámara-Fuertes (USDC-PR No. 219002)
    Sonia Colón (USDC-PR No. 213809)
    221 Ponce de León Avenue, 5th Floor
    San Juan, PR 00917
    Telephone: (787) 766-7000
    Facsimile: (787) 766-7001
    Email: rcamara@ferraiuoli.com
          scolon@ferraiuoli.com

**MILBANK LLP**

By: */s/ Atara Miller*
    Dennis F. Dunne (admitted *pro hac vice*)
    Atara Miller (admitted *pro hac vice*)
    Grant R. Mainland (admitted *pro hac vice*)
    John J. Hughes, III (admitted *pro hac vice*)
    Jonathan Ohring (admitted *pro hac vice*)
    55 Hudson Yards
    New York, NY 10001
    Telephone: (212) 530-5000
    Facsimile:  (212) 530-5219
    Email: ddunne@milbank.com
          amiller@milbank.com
          gmainland@milbank.com
          jhughes2@milbank.com
          johring@milbank.com

***Attorneys for Ambac Assurance Corporation***

| | |
|---|---|
| **REXACH & PICÓ, CSP** | **CASELLAS ALCOVER & BURGOS P.S.C.** |
| By: */s/María E. Picó* <br> María E. Picó <br> (USDC-PR No. 123214) <br> 802 Ave. Fernández Juncos <br> San Juan, PR 00907-4315 <br> Telephone: (787) 723-8520 <br> Facsimile: (787) 724-7844 <br> Email: mpico@rexachpico.com | By: */s/ Heriberto Burgos Pérez* <br> Heriberto Burgos Pérez <br> (USDC-PR No. 204809) <br> Ricardo F. Casellas-Sánchez <br> (USDC-PR No. 203114) <br> Diana Pérez-Seda <br> (USDC-PR No. 232014) <br> P.O. Box 364924 <br> San Juan, PR 00936-4924 <br> Telephone: (787) 756-1400 <br> Facsimile: (787) 756-1401 <br> Email: hburgos@cabprlaw.com <br>        rcasellas@cabprlaw.com <br>        dperez@cabprlaw.com |
| **BUTLER SNOW LLP** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| By: */s/ Martin A. Sosland* <br> Martin A. Sosland (admitted *pro hac vice*) <br> 5430 LBJ Freeway, Suite 1200 <br> Dallas, TX 75240 <br> Telephone: (469) 680-5502 <br> Facsimile: (469) 680-5501 <br> Email: martin.sosland@butlersnow.com <br> Jason W. Callen (admitted *pro hac vice*) <br> 150 3rd Ave., S., Suite 1600 <br> Nashville, TN 37201 <br> Telephone: (615) 651-6774 <br> Facsimile: (615) 651-6701 <br> Email: jason.callen@butlersnow.com | By: */s/ Mark C. Ellenberg* <br> Howard R. Hawkins, Jr. (admitted *pro hac vice*) <br> Mark C. Ellenberg (admitted *pro hac vice*) <br> William J. Natbony (admitted *pro hac vice*) <br> Thomas J. Curtin (admitted *pro hac vice*) <br> Casey J. Servais (admitted *pro hac vice*) <br> 200 Liberty Street <br> New York, NY 10281 <br> Telephone: (212) 504-6000 <br> Facsimile: (212) 504-6666 <br> Email: howard.hawkins@cwt.com <br>        mark.ellenberg@cwt.com <br>        bill.natbony@cwt.com <br>        thomas.curtin@cwt.com <br>        casey.servais@cwt.com |
| ***Attorneys for Financial Guaranty Insurance Company*** | ***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*** |

**RIVERA, TULLA AND FERRER, LLC**

By: */s/ Eric A. Tulla*
    Eric A. Tulla
    (USDC-DPR No. 118313)
    Iris J. Cabrera-Gómez
    (USDC-DPR No. 221101)
    Rivera Tulla & Ferrer Building
    50 Quisqueya Street
    San Juan, PR 00917-1212
    Telephone: (787) 753-0438
    Facsimile: (787) 767-5784
    Email: etulla@ riveratulla.com
          icabrera@ riveratulla.com

**HOGAN LOVELLS US LLP**

By: */s/ Robin E. Keller*
    Robin E. Keller, Esq.
    Ronald Silverman, Esq.
    390 Madison Avenue
    New York, NY 10017
    Telephone: (212) 918-3000
    Facsimile: (212) 918-3100
    Email: robin.keller@hoganlovells.com
          ronald.silverman@hoganlovells.com

*Attorneys for U.S. Bank Trust National Association, in its Capacity as Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com