# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Record to the Court of Appeals

**DATE: September 23, 2020**

Case Number: 17-3283 LTS

**APPEAL FEE PAID ($505):** YES _____ NO _____ PENDING __X__

**CASE CAPTION:** In re: **The Commonwealth of Puerto Rico**

**IN FORMA PAUPERIS:** YES _____ NO __X__

**MOTIONS PENDING:** YES _____ NO __X__

**NOTICE OF APPEAL FILED BY:** Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, the Financial Guaranty Insurance Company, and U.S. Bank Trust National Association.

**APPEAL FROM:** Opinion and Order entered on 7/2/2020, Memorandum Opinion and Order entered on 9/9/2020.

**SPECIAL COMMENTS:** Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**Docket Entries: 13542, 14186, 14390**

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____ s/c: CM/ECF Parties, Appeals Clerk