# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning session:
Set: 9:00 AM (AST)
Started: 9:04 AM (AST)
Ended: 12:50 PM (AST)

Afternoon session:
Set 2:15 PM (AST)
Started: 2:21 PM (AST)
Ended: 3:17 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**           DATE: September 23, 2020
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al.*<br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |
| Financial Oversight and Management Board for Puerto Rico<br>*as representative of*<br>The Commonwealth of Puerto Rico Puerto Rico<br><br>Plaintiff<br><br>v.<br><br>Ambac Assurance Corporation, *et al.*<br><br>Defendants | 3:20-AP-00003 (LTS) |

3:17-BK-3283 (LTS)
Hearing on Motions – September 23, 2020

| | |
|---|---|
| Financial Oversight and Management Board for Puerto Rico *as representative of* The Commonwealth of Puerto Rico Puerto Rico<br><br>Plaintiff<br><br>v.<br><br>Ambac Assurance Corporation, *et al.*<br><br>Defendants | 3:20-AP-00004 (LTS) |
| Financial Oversight and Management Board for Puerto Rico *as representative of* The Commonwealth of Puerto Rico Puerto Rico<br><br>Plaintiff<br><br>v.<br><br>Ambac Assurance Corporation, *et al.*<br><br>Defendants | 3:20-AP-00005 (LTS) |

**HEARING ON MOTIONS HELD.**

1. Motion of the Commonwealth of Puerto Rico, By and Through the Financial Oversight and Management Board, Pursuant to Bankruptcy Rule 7056 For Partial Summary Judgment Disallowing Claims [Adv. Pro. No. 20-00003, ECF No. 43] (the "PRIFA Summary Judgment Motion").

2. Motion of the Commonwealth of Puerto Rico, By and Through the Financial Oversight and Management Board, Pursuant to Bankruptcy Rule 7056 For Partial Summary Judgment Disallowing Claims [Adv. Pro. No. 20-00004, ECF No. 40] (the "CCDA Summary Judgment Motion").

3:17-BK-3283 (LTS)
Hearing on Motions – September 23, 2020

3.  Motion of the Commonwealth of Puerto Rico, By and Through the Financial Oversight and Management Board, Pursuant to Bankruptcy Rule 7056 For Partial Summary Judgment Disallowing Claims [Adv. Pro. No. 20-00005, ECF No. 55] (the "HTA Summary Judgment Motion").

Motions taken under advisement.

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy