15 de septiembre de 2020.

Secretaría (Clerk`s Office)
Tribunal de Distrito de Los Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-1767

Abogado de la Junta de Supervisión
(Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martín J. Bienenstock
Brian S. Rosen



Abogado del Comité de Acreedores
(Counsel for the Creditors` Committee)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

Asunto:
Solicito el dinero que me corresponde por los años trabajados bajo la Administración de
Carlos Romero Barceló y Sila Maria Calderon.

Según solicitado se incluye evidencia de empleo desde la administración del entonces
gobernador de Puerto Rico Carlos Romero Barceló y la administración de Sila Maria
Calderon.

Documentos incluidos:

- Notificación de nombramientos y juramentación del 18 de noviembre de 1980 hasta
  el 15 de agosto de 2013.
- Certificación por años de servicio los cuales incluye los años transitorios más la
  culminación de años de servicio por jubilación el 15 de agosto de 2013.
- Evidencia de deuda de préstamo personal especial donde se pagó los años
  transitorios el cual se saldó el 30 de agosto de 2020 según indicado por la cantidad
  de $26,853.25

- Certificaciones de varios años donde indica que fui empleada del gobierno de Puerto Rico, bajo el Departamento de Recreación y Deportes luego pase a la Compañía de Fomento Recreativo la cual cambió de nombre a Compañía de Parques Nacionales en el año 2010 bajo la administración de Sila Maria Calderon donde para el año 2013 llegó a mi jubilación.
- Además se incluyen notificaciones de préstamos concedidos bajo la Compañía donde trabaje la cual incluye como evidencia mi nombre y seguro social.
- Se incluyen además autorizaciones de descuento, ocupación, deducciones de prima por el patrono como evidencia.
- Se incluye talonario de varios años de trabajo hasta diciembre de 2013 después de mi jubilación.

Entiendo que he cumplido cabalmente con la documentación que respalda el porque se me debe pagar el dinero no recibido bajo la administración de Carlos Romero Barceló y Sila Maria Calderon. La tardanza en someter esta documentación se debió a los contratiempos causados por la pandemia del covid 19 ya que el gobierno completo estaba cerrado.

Espero su pronta atención a esta misiva.

Cordialmente;

Milagros Pérez Ayala
P.O. Box 278
Loíza, P.R. 00772.
Cel. (787) 366-9671
Email: perez.milly12345@gmail.com

📷 🔋 📶 62% 🔋 8:35 p. m.

← 🔽 🗑 ✉ ⋮

## STATUS DE SOLICITUD DE CERTIFICACIONES POR AÑOS DE SERVICIO DE MILAGROS PEREZ AYALA Y ADIADINA OSORIO PLAZA. Recibidos ☆

**Milly Perez** 8 sep.
Por este medio solicitamos el status de las certificaciones solicitadas ya que hemos

**Yinelis Ortiz Pérez** 📎 8 sep.
Buenas tardes: Recibimos su solicitud. En este momento estamos en búsqueda para

**Borrador** Anteayer
para ⌄ 🖉

---------- Forwarded message ----------
De: **Yinelis Ortiz Pérez** <Yortiz@drd.pr.gov>
Date: mar., 8 de septiembre de 2020 12:20 p. m.
Subject: RE: STATUS DE SOLICITUD DE CERTIFICACIONES POR AÑOS DE SERVICIO DE MILAGROS PEREZ AYALA Y ADIADINA OSORIO PLAZA.
To: Milly Perez <perez.milly12345@gmail.com>

---

🔋 🔋 📶 63% 🔋 8:40 p. m.

← 🔽 🗑 ✉ ⋮

## OSORIO PLAZA Recibidos

**Milly Perez** 8:52 a. m.
Buen día es para saber cuanto tiempo más de espera porque no es por nosotros es que según

**Yinelis Ortiz Pérez** 10:45 a. m. ↩ ⋮
para mí ⌄

Buenos días:

Estamos en la mayor disposición de ayudarlas, ese es nuestro trabajo.

Pero hay expediente que físicamente no están en el departamento.

Ya localizamos el expediente de Milagros Pérez Ayala y hoy puede venir a buscar su certificación.

Es importante que nos facilite el documento donde le están solicitando la información para que la certificación tenga todos los detalles que piden.

Estamos a sus órdenes para aclarar cualquier duda al respecto

◁ ○ ▢

RE. Evidencia de ultimos esfuerzos realizados para conseguir informacion. Por laque se me debe pagar.

Debido a la Pandemia Mundial del Covid-19.

Sin los intereses

Es mi dinero que no se me pagó.

★ ♻ ▣ ⊠ ⊡ 🔋                     📶 87% 🔋 8:51 a. m.

←   Redactar            📎   ▷   ⋮

De      perez.milly12345@gmail.com

Para    Ⓨ  yortiz@drd.pr.gov           ⌄

## CERTIFICACIONES POR AÑOS DE SERVICIOS DE MILAGROS PEREZ AYALA Y DIADINA OSORIO PLAZA

Buen día es para saber cuanto tiempo más de espera porque no es por nosotros es que según les informamos el tiempo se pasó de haber entregado este documento y se nos clasificó que no teníamos tiempo extra y hace dos semanas q se les notificó y nos personalizamos a su oficinas.

🔁

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |
| q | w | e | r | t | y | u | i | o | p |
| a | s | d | f | g | h | j | k | l | ñ |
| ⇧ | z | x | c | v | b | n | m | ⌫ |
| 1#+ | ES | ? | | ␣ | | . | ↵ |

▽        ◯        ▢

★ ▣ ♻ ⊠ ⊡ ▣ 🔋                   📶 87% 🔋 8:51 a. m.

←   Redactar            📎   ▷   ⋮

y nos personalizamos a su oficinas.

Entendemos que esos expedientes están ahí ya que ustedes son su propio custodio. No tratamos de molestar, la situación es apremiante como ya le explicamos. United States Distric Court of Puerto Rico le urge el documento y no está en nuestras manos proveerles lo que nos solicitan si no en la suyas.

Necesitan ayuda nosotros se las proveemos de ser necesario. Son su propio custodio el expediente está porqué tanto tiempo de espera. Por favor no estamos pidiendo nada imposible sólo un documento que no toma tanto tiempo.

🔁

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |
| q | w | e | r | t | y | u | i | o | p |
| a | s | d | f | g | h | j | k | l | ñ |
| ⇧ | z | x | c | v | b | n | m | ⌫ |
| 1#+ | ES | ? | | ␣ | | . | ↵ |

▽        ◯        ▢

aumento $ 30.00      Carlos Romero Barceló

1985

juio $30.00
agosto $30.00           $ 180.00
sept $30.00             x 28 años
oct $30.00              _____
nov. $30.00             5,040.00
Dic $ 30.00

1986

Enero       julio
Febrero     agosto         $ 360.00
marzo       sept           x 28 años
abril       oct            _____
mayo        nov.           10,080.00
junio       Dic

10,080.00
 5,040.00
_____
$ 15,120.00

Sueldo dejado devengar desde
1º julio /85 hasta 2013 fecha
de julsé (aquí)

PE. Estos cálculos es UN MAS O MENOS
de lo que se pudo encontrar y a ustedes
tendrían sus cálculos.          SIN los INTERESES

Aumento  $ 30.00  Sila Maria Colera

1995

julio    $ 30.00
agosto  $ 30.00          $ 180.00
sept    $ 30.00          X 18  años
Oct     $ 30.00          3,240.00
nov     $ 30.00
Dic     $ 30.00

1996

Enero     julio
Feb       agosto         $ 360.00
Marzo     sept           X 18 años
abril     Oct            6,480.00
mayo      nov.
junio     Dic

          6,480.00
          3,240.00
          9,720.00

          9,720.00
         15,120.00
   $ 21,600.00  Total dejado deungar
                  ambos aumentos



**GOBIERNO DE PUERTO RICO**
Departamento de Recreación y Deportes

# C E R T I F I C A C I Ó N

Certifico que, **Milagros Pérez Ayala**, Seguro Social        **-5705**, trabajó
en el Departamento de Recreación y Deportes:

| | |
|---|---|
| 18 de noviembre de 1980 | Plan CETA |
| 1 de mayo de 1981 | Transitorio |
| 1 de agosto de 1986 | Regular |
| 15 de agosto de 2013 | Renuncia por Jubilación |

Dada en San Juan de Puerto Rico, hoy 10 de septiembre de 2020.

**CERTIFICO CORRECTO:**

Yinelis Ortiz Pérez
Secretaria Auxiliar de Recursos
Humanos y Relaciones Laborales

Nota:  Cualquier alteración a este documento invalidará el mismo.

*Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales*
PO Box 9023207 San Juan PR  00902-3207
Tels. (787) 721-2800  Fax: (787) 721-8191
www.drdpuertorico.com

**DRD**
DEPARTAMENTO DE RECREACIÓN Y DEPORTES

ASR-PR-100 D
Rev. Jul.17

GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

### CERTIFICACION DE DEUDA DE PRESTAMOS
### PERSONALES, DE VIAJES CULTURALES O PRONTO PAGO HOGAR

Fecha de emisión: 18 de octubre de 2019

La certificación que se presenta a continuación es basada en la información obtenida por nuestros sistemas computadorizados a la fecha de esta comunicación. No obstante, los balances pueden variar de acuerdo a las acumulaciones de intereses diarios y ajustes a los pagos mediante descuento de nóminas.

Nombre Cliente:

MILAGROS PEREZ AYALA

MEDIANIA ALTA
PO BOX 278
LOIZA, PR, 00772-0278

Seguro Social:

XXX-XX-5705

| Cartera | Tipo de Préstamo | Número del Prestamo | Cantidad Original | Fecha de Origen (dia/mes/año) | Fecha de Vencimiento (dia/mes/año) | Pago Mensual | Balance Actual |
|---------|------------------|---------------------|-------------------|-------------------------------|-------------------------------------|--------------|----------------|
| ASR | PERSONAL ESPECIAL | 2013070928 | $26,853.25 | 24-07-2013 | 30-08-2020 | $438.89 | $3,888.33 |

Este préstamo está garantizado con la anualidad recibida.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura tendrá el derecho legal a cobrar cualquier deuda relacionada a este o estos préstamo(s) que quede(n) pendiente(s) de pago dado que el balance es uno estimado y no de cancelación.

El no ejercicio de un derecho por parte del SISTEMA no representa una renuncia del mismo.

El (los) préstamo(s) devengará(n) el interés diario por cada día que transcurra **a partir de la fecha de certificación hasta la fecha de recibo de pago.** Por tanto, el cliente deberá pagar la totalidad de la deuda estimada, el interés diario por días transcurridos y cualquier otro ajuste aplicable.

Esta certificación fué realizada el 18 de octubre de 2019.

LUIS E. RIVERA CANO
Representante Autorizado
Área de Préstamos

Conservación: Igual al expediente del cual forma parte.



RETIRO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940    PO Box 42003 San Juan, P.R. 00940-2203

| 1. SIMBOLOS DE CONTABILIDAD | | | | | | |
|---|---|---|---|---|---|---|
| A. F. | Fondo | Agencia | Div. | Sub. Div. | Asig. | Objeto |
| | | | | | | |

Estado Libre Asociado de Puerto Rico
**OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL**
Apartado 8476, Estación Fernandez Juncos
Santurce, Puerto Rico 00910

**NOTIFICACION DE
NOMBRAMIENTO Y JURAMENTO**

2. Certificación Número

3. Fecha de la Certificación

**INSTRUCCIONES:** Use este formulario para todo nombramiento en el Servicio de Carrera y en el Servicio de Confianza. Use un formulario para cada nombramiento. La Agencia utilizará este formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no debe ser sometido antes de la persona empezar a trabajar. El apartado 20 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Acompañe este documento con el Historial Personal (OCAP-1), Certificado de Nacimiento. Distribución: Original será retenido por la agencia, primera y segunda copia la O.C.A.P., tercera copia Departamento de Hacienda (Contaduría), cuarta copia Asociación de Empleados, quinta copia a Sistemas de Retiro, sexta copia al empleado.

4. Nombre del Empleado: Pérez Ayala Milagros
(Apellido Paterno) (Apellido Materno) (Nombre)
Si se trata de una mujer casada siga este orden:
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

5. Nombre según aparece en el Seguro Social: Milagros Pérez Ayala

6. Sexo: M ☐ F ☒

7. Número del Seguro Social: -5705

8. Dirección del empleado: Mediania Alta, Sector Colobó Apartado 278, Loíza, Puerto Rico

9. Agencia, Negociado o División, Sección o Unidad y Pueblo: Departamento de Recreación y Deportes Administración

10. Título de Clasificación del Puesto: Oficinista I

11. Número de Clase: 0020

12. Número del Puesto: 43

13. Clase de Nombramiento: Plan CETA Título II-D
☐ Regular  ☐ Probatorio  ☐ Transitorio
☐ En el Servicio de Confianza

14. Sueldo Mensual $ 409.
Diferencial
Total $

15. Fecha de efectividad del Nombramiento: 18 de noviembre de 1980

16. Fecha en que expira el período probatorio o el nombramiento: 30 de septiembre 1981

17. Anterior Incumbente: Nueva Creación

18. Título de Clasificación del Puesto:

19. Firma de la autoridad nominadora o su representante autorizado: (Firma)   Secretario (Título)   14 noviembre 1980 (Fecha)

20. **JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO**

Yo, Milagros Pérez Ayala de 20 (Edad) Soltero (Soltero o Casado) Oficinista I (Nombre del cargo o empleo), y vecino de Loíza (Pueblo), juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

18 noviembre 1980 (Fecha)          (Firma del Empleado o Funcionario)

AFFIDAVIT NUM. 5394
Suscrito y jurado ante mí por Milagros Pérez Ayala (Nombre), de las circunstancias personales antes expresadas, a quien doy fe de conocer personalmente en San Juan (Pueblo), Puerto Rico, hoy 18 de noviembre del año 1980.

(Firma y Dirección del Notario Público o del Funcionario Autorizado que toma el Juramento)

**PARA USO EXCLUSIVO DE OCAP**

21. Recibido en OCAP:   22. Nombramiento aprobado o registrado por:   23. Fecha

(5)

Case:17-03283-LTS   Doc#:14396   Filed:09/22/20   Entered:09/23/20 15:56:21   Desc: Main Document Page 10 of 49

Modelo OP-15
Rev. 12 Feb. 70

ESTADO LIBRE ASOCIADO DE PUERTO RICO
OFICINA DE PERSONAL
INFORME DE CAMBIO

1. Número del Cambio 1992
2. Número del Empleado )-5705

**IMPORTANTE**
**INSTRUCCIONES:-**
**LEA AL DORSO**

| Núm. | Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|---|
| | | Puesto Núm. 38 | Puesto Núm. |
| 3. | Nombre del Empleado | Milagros Pérez Ayala | |
| 4. | Título de Clasificación | Oficinista 1 | |
| 5. | Departamento o Agencia | Depto. Recreación y Deportes | |
| 6. | División | Administración | |
| 7. | Unidad o Sección | Servicios de Oficina | |
| 8. | Dirección (del Trabajo) | San Juan | |
| 9. | Dirección (Postal) | | |
| 10. | Estado Civil | | |
| 11. | Clase de Nombramiento | Transitorio (h- 6/15/81) | Transitorio (h-12/31/81) |
| 12. | Sueldo | $409 | |
| 13. | Descuento para Retiro | | |
| 14. | Descuento para Ahorro | | |
| 15. | Descuento por Seguro | | |
| 16. | Descuento por Préstamos | | |
| 17. | Descuento por Contribución sobre Ingresos | | |
| 18. | Cuota para la Cruz Azul | | |
| 19. | Otros Descuentos | | |
| 20. | Obvenciones | | |
| 21. | Fecha de Efectividad | 30 de junio 1981 | 1 julio 1981 |

22. Indique si se trata de:

☐ Ascenso   ☐ Traslado   ☐ Descenso   ☐ Cambio de Status   ☐ Reasignación

23. En caso de traslado a otra agencia—Licencia que debe acreditarse
Por Enfermedad_____días        Para Vacaciones_____días

| | Último Día de Trabajo | Licencia Anual Concedida | Fecha de Separación (Último día de pago) |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación en Período Probatorio | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Muerte                                    Último día                    Participante de Retiro
    Fecha_____ Hora_____ de pago:_____        ☐ Sí   ☐ No

| | Duración | De | A |
|---|---|---|---|
| 29. Suspensión: | | De | A |
| 30. Licencia sin sueldo: | Duración | De | A |
| 31. Licencia Militar: | Duración | De | A |
| 32. Licencia de Maternidad: | Duración | De | A |
| 33. Licencia Especial para Estudio: | Duración | De | A |

34. Reinstalación:
35. Comentarios y Explicaciones (Si necesita más espacio use al dorso) *Prórroga de Nombramiento Transitorio. Nombramiento vence el 31 de diciembre.*

36. En caso de cambio de puesto indique:          Examen sin Oposición ☐
    Seleccionado de Terna Núm._____
    Autorización Núm._____ Nombre del anterior incumbente_____

37. Si el cambio es por traslado, el jefe de la agencia donde se origine el traslado o su representante autorizado firma aquí:

38. Firma del empleado en caso de traslado o cambio de nombre, descenso y cambio de puesto dentro de servicios
    Por Oposición          Sin Oposición          Exento

39. Aprobado por: _Adrián Oli_                    Fecha. 26 de junio de 1981
    Jefe de la Agencia o su Representante Autorizado

**APARTADOS 40 AL 44 PARA USO DE LA OFICINA DE PERSONAL SOLAMENTE**

40. Aprobado por:          41. Tarjeta perforada          42. Inscrito
    Fecha                      Por:                          Por:

| 43. Antes del Cambio | | SIMBOLOS DE CONTABILIDAD | | | | | 44. Después del Cambio | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A.F. | Fondo | Agencia | Div. | Sub Div. | Asignación | Objeto | A.F. | Fondo | Agencia | Div. | Sub Div. | Asignación | Objeto | DEJESE EN BLANCO |

OP-15 (Revisado agosto 1953)

**IMPORTANTE**

**INSTRUCCIONES:**
**LEA AL DORSO**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**OFICINA DE PERSONAL**
**INFORME DE CAMBIO**

1. Número del Cambio    **48**

2. Número del Empleado
S.S.    -5705

| Núm. | Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|---|
| | | Puesto Núm. **38** | Puesto Núm. |
| 3. | Nombre del Empleado | Milagros Pérez Ayala | |
| 4. | Título de Clasificación | Oficinista I | |
| 5. | Departamento o Agencia | Depto. Recreación y Deportes | |
| 6. | División | Dirección y Administración | |
| 7. | Unidad o Sección | San Juan | |
| 8. | Dirección (del Trabajo) | | |
| 9. | Dirección (Postal) | | |
| 10. | Estado Civil | | |
| 11. | Clase de Nombramiento | Transitorio | |
| 12. | Sueldo | $409.00 | |
| 13. | Descuento para Retiro | | |
| 14. | Descuento para Ahorro | | |
| 15. | Descuento para Seguro | | |
| 16. | Descuento por Préstamos | | |
| 17. | Descuento por Contribución sobre Ingresos | | |
| 18. | Cuota para la Cruz Azul | | |
| 19. | Otros Descuentos | | |
| 20. | Obvenciones | | |
| 21. | Fecha de Efectividad | | 1 de julio de 1982. |

22. Indique si se trata de:
☐ Ascenso    ☐ Traslado    ☐ Descenso    ☐ Cambio de Status    ☐ Reasignación

23. En caso de traslado a otra agencia — Licencia que debe acreditarse:
Por Enfermedad ............ días    Para Vacaciones ............ días

| | Último Día de Trabajo | Licencia Anual Concedida | Fecha de Separación (Último día de pago) |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación en Período Probatorio | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

| 28. Muerte: Fecha ........ Hora ........ | Último día de pago: | Participante de Retiro ☐ Sí  ☐ No |
|---|---|---|
| 29. Suspensión: Duración ........ De ........ | A | |
| 30. Licencia sin sueldo: Duración ........ De ........ | A | |
| 31. Licencia Militar: Duración ........ De ........ | A | |
| 32. Licencia de Maternidad: Duración ........ De ........ | A | |
| 33. Licencia Especial para Estudio: Duración ........ De ........ | A | |

34. Reinstalación:

35. Comentarios y Explicaciones (Si necesita más espacio use el dorso) Prórroga de nombramiento transitorio. Vence el 31 de diciembre de 1982.

36. En caso de cambio de puesto indique:    Examen sin Oposición ☐
Seleccionado de Terna Núm. ............
Autorización Núm. ............    Nombre del anterior incumbente ............

37. Si el cambio es por traslado, el representante de la agencia de donde se hace el traslado firma aquí:

38. Firma del empleado en caso de traslado o cambio de nombre, descenso y cambio de puesto dentro de servicios (Por Oposición Sin Oposición    Exento

39. Aprobado por: _José L. Barbosa Muñiz_    Fecha 6 de julio de 1982.
Jefe de la Agencia o su Representante Autorizado

**APARTADOS 40 AL 44 PARA USO DE LA OFICINA DE PERSONAL SOLAMENTE**

40. Aprobado por:    41. Tarjeta perforada    42. Inscrito
Fecha    Por:    Por:

43. Antes del Cambio — **SÍMBOLOS DE CONTABILIDAD** — 44. Después del Cambio

| A.F. | Fondo | Agencia | Div. | Sub Div. | Asignación | Objeto | A.F. | Fondo | Agencia | Div. | Sub Div. | Asignación | Objeto | Déjese en blanco |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

J5-0879-300-61-IGPR

Modelo OP-15
Rev. 12 Feb. 70

ESTADO LIBRE ASOCIADO DE PUERTO RICO
OFICINA DE PERSONAL
**INFORME DE CAMBIO**

**IMPORTANTE**
**INSTRUCCIONES:-**
**LEA AL DORSO**

1. Número del Cambio 739
2. Número del Empleado
SS: 1-5705

| Núm. | Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|---|
| | | Puesto Núm. 38 | Puesto Núm. |
| 3. | Nombre del Empleado | Milagros Pérez Ayala | |
| 4. | Título de Clasificación | Oficinista I | |
| 5. | Departamento o Agencia | Depto. Recreación y Deportes | |
| 6. | División | Dirección y Administración | |
| 7. | Unidad o Sección | Servicios de Oficina | |
| 8. | Dirección (del Trabajo) | San Juan | |
| 9. | Dirección (Postal) | | |
| 10. | Estado Civil | | |
| 11. | Clase de Nombramiento | Transitorio | |
| 12. | Sueldo | $409.00 | |
| 13. | Descuento para Retiro | | |
| 14. | Descuento para Ahorro | | |
| 15. | Descuento para Seguro | | |
| 16. | Descuento por Préstamos | | |
| 17. | Descuento por Contribución sobre Ingresos | | |
| 18. | Cuota para la Cruz Azul | | |
| 19. | Otros Descuentos | | |
| 20. | Obvenciones | | |
| 21. | Fecha de Efectividad | 31 de marzo de 1983 | 1ro. de abril de 1983 |

22. Indique si se trata de:
☐ Ascenso   ☐ Traslado   ☐ Descenso   ☐ Cambio de Status   ☐ Reasignación

23. En caso de traslado a otra agencia—Licencia que debe acreditarse:
Por Enfermedad _____ días   Para Vacaciones _____ días

| | Ultimo Día de Trabajo | Licencia Anual Concedida | Fecha de Separación (Ultimo día de pago) |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación en Período Probatorio | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Muerte
Fecha _____ Hora _____ Ultimo día de pago: _____
Participante de Retiro ☐ Sí ☐ No

| | Duración | De | A |
|---|---|---|---|
| 29. Suspensión: | Duración | De | A |
| 30. Licencia sin sueldo: | Duración | De | A |
| 31. Licencia Militar: | Duración | De | A |
| 32. Licencia de Maternidad: | Duración | De | A |
| 33. Licencia Especial para Estudio: | Duración | De | A |

34. Reinstalación:
35. Comentarios y Explicaciones (Si necesita más espacio use el dorso) Prórroga nombramiento transitorio. Vence el 3 de junio de 1983.
Examen sin Oposición ☐

36. En caso de cambio de puesto indique:
Seleccionado de Terna Núm. _____
Autorización Núm. _____ Nombre del anterior incumbente _____

37. Si el cambio es por traslado, el jefe de la agencia donde se origine el traslado o su representante autorizado firma aquí:

38. Firma del empleado en caso de traslado o cambio de nombre, descenso y cambio de puesto dentro de servicios
Por Oposición   Sin Oposición   Exento

39. Aprobado por: _____
Jefe de la Agencia o su Representante Autorizado
Fecha 28 de marzo de 1983

**APARTADOS 40 AL 44 PARA USO DE LA OFICINA DE PERSONAL SOLAMENTE**

40. Aprobado por:
Fecha

41. Tarjeta perforada
Por:

42. Inscrito
Por:

43. Antes del Cambio **SIMBOLOS DE CONTABILIDAD** 44. Después del Cambio

| A.F. | Fondo | Agencia | Div. | Sub Div. | Asignación | Objeto | A.F. | Fondo | Agencia | Div. | Sub Div. | Asignación | Objeto | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | DEJESE EN BLANCO |

OCAP-15
Rev. 10/78

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

1. Número del Cambio
2649-A

OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

2. Número de Seguro Social del Empleado
-5705

**INFORME DE CAMBIO**

30 de mayo de 1984

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm. 38 | Puesto Núm. |
| 3. Nombre del Empleado | Milagros Pérez Ayala | |
| 4. Estado Civil | | |
| 5. Departamento o Agencia | Depto. de Recreación y Deportes | |
| 6. División | Sec. Aux. Gerencia y Finanzas | |
| 7. Unidad o Sección | Servicios Generales | |
| 8. Ubicación geográfica del puesto | San Juan | |
| 9. Categoría del Empleado | | |
| 10. Status del Empleado | Transitorio | |
| 11. Título de Clasificación | Oficinista I | |
| 12. Sueldo | $464.00 | |
| 12a. Diferencial | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | | |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Otros Descuentos | | |
| 20. Fecha de Efectividad | 30 de junio de 1984 | 1ro. de julio de 1984 |

| 21. SIMBOLOS DE CONTABILIDAD | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

22. Indique si se trata de: ☐ Ascenso ☐ Cambio de Categoría ☐ Cambio de Status ☐ Ascenso o Traslado Transitorio
☐ Descenso ☐ Reclasificación ☐ Reinstalación ☐ Reubicación ☐ Traslado ☐ Nuevo Nombramiento ☐ Aumento de Sueldo

23. En caso de cambio a otra agencia indique — Licencia a acreditarse: Compensatorio_____ días.

| Licencia Enfermedad_____ días. | Concedida_____ días. | Licencia Regular_____ días. | Concedida_____ días. |
|---|---|---|---|
| | Fecha de Separación (Ultimo día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Suspensión de Empleo y Sueldo: Duración:_____ De_____ A_____

29. Muerte:  Ultimo día  Participante de Retiro
Fecha_____ Hora_____ de pago:_____  ☐ Sí ☐ No

30. Clase de Licencia: ☐ Para estudio ☐ Especial con paga ☐ Maternidad
☐ Militar sin Sueldo ☐ Sin Sueldo

Duración:_____ DE_____ A_____

31. Comentarios y Explicaciones (si necesita más espacio use el dorso) Prórroga nombramiento transitorio.
Vence el 31 de diciembre de 1984.

32. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm.

33. Si el cambio es a otro puesto, indique el nombre del anterior incumbente.

33. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí:

34. Firma del empleado en casos que fuere necesario

35. Aprobado por: _____
Jefe de la Agencia o su Representante Autorizado

**PARA USO EXCLUSIVO DE LA OCAP**

Revisado o Aprobado por:_____  Fecha:_____

J. 19-06-148—1,700B.—41—IGPR.

OCAP-15
Rev. 10/78

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

Número Asociado Cuenta del Núm.

OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

**INFORME DE CAMBIO**

1. Número de Cambio
**1030**

2. Número de Seguro Social del Empleado
**5705**

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| Cambio a Efectuarse | Puesto Núm. 38 | Puesto Núm. |
| 3. Nombre del Empleado | Milagros Pérez Ayala | |
| 4. Estado Civil | | |
| 5. Departamento o Agencia | Depto. Recreación y Deportes | |
| 6. División | Sec. Aux. Gerencia y Finanzas | |
| 7. Unidad o Sección | Servicios de Oficina | |
| 8. Ubicación geográfica del puesto | San Juan | |
| 9. Categoría del Empleado | | |
| 10. Status del Empleado | Transitorio | |
| 11. Título de Clasificación | Oficinista I | |
| 12. Sueldo | $464.00 | |
| 12a. Diferencial | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | | |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Otros Descuentos | | |
| | | |
| | | |
| | | |
| 20. Fecha de Efectividad | | |

| 21. SIMBOLOS DE CONTABILIDAD | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

22. Indique si se trata de: ☐ Ascenso ☐ Cambio de Categoría ☐ Cambio de Status ☐ Ascenso o Traslado Transitorio
☐ Descenso ☐ Reclasificación ☐ Reinstalación ☐ Reubicación ☐ Traslado ☐ Nuevo Nombramiento ☐ Aumento de Sueldo

23. En caso de cambio a otra agencia indique — Licencia a acreditarse: Compensatorio_____ días.
Licencia Enfermedad_____ días. Concedida_____ días. Licencia Regular_____ días. Concedida_____ días.

| | Fecha de Separación (Ultimo día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |
| 28. Suspensión de Empleo y Sueldo: | Duración: | De | A |
| 29. Muerte: | Último día | | Participante de Retiro |
| Fecha_____ Hora_____ | de pago:_____ | | ☐ Sí ☐ No |

30. Clase de Licencia: ☐ Para estudio ☐ Especial con paga ☒ Maternidad
☐ Militar sin Sueldo ☐ Sin Sueldo
Duración: **56** De **8 marzo/85** A **3 de mayo/85**

31. Comentarios y Explicaciones (si necesita más espacio use el dorso) **Se acompaña OP-13 y Certificado Médico.**

32. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm.

Si el cambio es a otro puesto, indique el nombre del anterior incumbente:

33. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí:

34. Firma del empleado en casos que fuere necesario

35. Aprobado por:

Jefe de la Agencia o su Representante Autorizado

**PARA USO EXCLUSIVO DE LA OCAP**

Revisado o Aprobado por: _____ Fecha: _____

(28)

B.—W.—IGPR.

OCAP-18
Rev. 10/78

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

Estado Libre Asociado de Puerto Rico
**OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL**
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

**INFORME DE CAMBIO**

1. Número del Cambio
**CFR-87-681**

2. Número de Seguro Social del Empleado
1-5705

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm. | Puesto Núm. |
| 3. Nombre del Empleado | Milagros Pérez Ayala | |
| 4. Estado Civil | Casada | |
| 5. Departamento o Agencia | Cía. de Fomento Recreativo | |
| 6. División | Servicios de Oficina | |
| 7. Unidad o Seccion | | |
| 8. Ubicación geográfica del puesto | San Juan | |
| 9. Categoría del Empleado | Servicio de Carrera | |
| 10. Status del Empleado | Probatorio | Regular |
| 11. Título de Clasificación | Oficinista II | |
| 12. Sueldo | $545.00 | |
| 12a. Diferencial | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | | |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Otros Descuentos | | |
| 20. Fecha de Efectividad | 30 de noviembre de 1986 | 1 de diciembre de 1986 |

| 21. SIMBOLOS DE CONTABILIDAD | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignacion | Objeto | A.F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 87 | 505 | 88 | 00 | 00 | 00 | 111 | | | | | | | |

22. Indique si se trata de: ☐ Ascenso   ☐ Cambio de Categoría   ☒ Cambio de Status   ☐ Ascenso o Traslado Transitorio
☐ Descenso   ☐ Reclasificación   ☐ Reinstalación   ☐ Reubicacion   ☐ Traslado   ☐ Nuevo Nombramiento   ☐ Aumento de Sueldo

23. En caso de cambio a otra agencia indique   Licencia a acreditarse:   Compensatorio____días.
Licencia Enfermedad____días.   Concedida____días.   Licencia Regular____días.   Concedida____días.

| | | Fecha de Separación (Ultimo día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|---|
| 24. Renuncia | | | | |
| 25. Separación | | | | |
| 26. Destitucion | | | | |
| 27. Cesantía | | | | |

28. Suspensión de Empleo y Sueldo:   Duración:   De   ____   ʌ

29. Muerte:   Ultimo día   Participante de Retiro
Fecha ____   Hora ____   de pago: ____   ☐ Sí   ☐ No

30. Clase de Licencia:   ☐ Para estudio   ☐ Especial con paga   ☐ Maternidad
☐ Militar sin Sueldo   ☐ Sin Sueldo
Duración: ____ DE ____

31. Comentarios y Explicaciones (si necesita más espacio use el dorso) Adjunto OP-35. Pasa a ser empleada regular luego de haber aprobado el período probatorio requerido por el puesto que ocupa mediante conv. #86-27, con fecha del 22-07-1986.

32. Si el cambio de puesto es por Certificación de Elegibles indique:   Certificación de Elegibles Núm.
Si el cambio es a otro puesto, indique el nombre del anterior incumbente.

33. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmara aquí:

34. Firma del empleado en casos que fuere necesario
13 de enero de 1987

35. Aprobado por:
Leonardo González Rivera
Jefe de la Agencia o su Representante Autorizado

**PARA USO EXCLUSIVO DE LA OCAP**

Revisado o Aprobado por:   Fecha:

B.—W—IGPR.

## C E R T I F I C A C I O N

Certifico que Milagros Pérez Ayala, Seguro Social    -5705 fue empleada del Departamento de Recreación y Deportes desde el 17 de noviembre de 1980 hasta el 31 de julio de 1986.

Ocupaba un puesto de Oficinista I con carácter transitorio y devengaba un sueldo de $545.00 mensuales.

Dada en San Juan, Puerto Rico hoy día 18 de marzo de 1987 y a petición de la empleada.

Rosa E. Guerrero
Jefe de Personal

29 oct. ESTADO LIBRE ASOCIADO DE PUERTO RICO—COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA — Department of the Treasury
Administración de Rentas Internas y Recaudaciones — Bureau of Income Tax

**1504879 A**

## COMPROBANTE DE RETENCION — WITHHOLDING STATEMENT

| 1 Nombre y Dirección del Empleado / Name and Address of Employee | 2 Núm. Cuenta (Seg. Sec.) Account Number (Soc. Sec.) | INFORMACIÓN PARA LA PLANILLA DE CONT. SOBRE INGRESOS—INCOME TAX RETURN INFORMATION | INFORMACIÓN DE SEGURO SOCIAL—SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| MILAGROS-PEREZ AYALA | -1-5765 | | |

3 Estado Civil – Civil Status: Soltero/Single ☐  Casado/Married ☐
6. Núm. Cuenta Cónyuge (Seg. Sec.) Spouse's Account No. (Soc. Sec.)

4 Sueldos Wages  2,965.00
5 Subtotal
7 Comisiones Commissions  .00
8 Total de Sueldos (FICA) Total FICA wages  2,965.00

9 Nombre y Dirección del Patrono / Name and Address of Employer

FOMENTO RECREATIVO  88
905-088-00-009**000000
FOM RECREATIVO
OFICINA CENTRAL 0000

10. Núm. de Cuenta Patronal Employer's Account No. (EIN)  69-G650101-000

Copia D Para Records del Patrono
Copy D for Employer's Records

AÑO YEAR  19 66

11 Total  2,965.00
12 Seguro Social Retenido FICA tax withheld  212.01
13 Cont. Retenida Tax Withheld  103.6?
14 Propinas (FICA) FICA tips  .00
15 Fondo de Retiro Retirement Fund  122.65
16 Seguro Social no retenido en propinas–Uncollected FICA tax on tips  .00

---

Forma Form 499 R-2/W-2 P.R.
4 ago 87

ESTADO LIBRE ASOCIADO DE PUERTO RICO—COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA—DEPARTMENT OF THE TREASURY
Area de R ... ntas Internas y Recaudaciones — Internal Revenue and Collec... Area
ociado de Contribución Sobre Ingresos - Bureau of Income Tax

Copia D — Copy D

**3490775 A**

## COMPROBANTE DE RETENCION — WITHHOLDING STATEMENT

| 1 Nombre y Dirección del Empleado / Name and Address of Employee | 2 Núm. Cuenta (Seg. Soc.) Account Number (Soc. Sec.) | INFORMACIÓN PARA LA PLANILLA DE CONT. SOBRE INGRESOS—INCOME TAX RETURN INFORMATION | INFORMACIÓN DE SEGURO SOCIAL—SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| MILAGROS-PEREZ AYALA | -1-5765 | | |

3 Estado Civil · Civil Status: Soltero/Single ☐  Casado/Married ☐
6. Núm. Cuenta Cónyuge (Seg. Soc.) Spouse's Account No. (Soc. Sec.)

4 Sueldos Wages  6,780.00
5 Subtotal
7 Comisiones Commissions  .00
8 Total de Sueldos (FICA) Total FICA wages  6,780.00

9 Nombre y Dirección del Patrono / Name and Address of Employer

FOMENTO RECREATIVO  88
905-088-00-009**000000

10. Núm. de Cuenta Patronal Employer's Account No. (EIN)  66-0433481

Copia D Para Records del Patrono
Copy D for Employer's Records

AÑO YEAR  19 87

11 Total  6,780.00
12 Seguro Social Retenido FICA tax withheld  464.90
13 Cont. Retenida Tax Withheld  331.07
14 Propinas (FICA) FICA tips  .00
15 Fondo de Retiro Retirement Fund  **  394.76
16 Seguro Social no retenido en propinas–Uncollected FICA tax on tips  .00

---

Conservación: Cuatro (4) años o pasada una investigación de la Adm. de Seg. Soc. Federal cual de las dos ocurra última

Forma Form 499 R-2/W-2 P.R.
23 agosto 88

ESTADO LIBRE ASOCIADO DE PUERTO RICO—COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA—DEPARTMENT OF THE TREASURY
Area de R ...  Internas y Recaudaciones — Internal Revenue and Collection  Area
N...  do de Contribución Sobre Ingresos - Bureau of Income Tax

Copia D — Copy D

## COMPROBANTE DE RETENCION — WITHHOLDING STATEMENT

| 1 Nombre y Dirección del Empleado / Name and Address of Employee | 2 Núm. Cuenta (Seg. Sec.) Account Number (Soc. Sec.) | INFORMACIÓN PARA LA PLANILLA DE CONT. SOBRE INGRESOS—INCOME TAX RETURN INFORMATION | INFORMACIÓN DE SEGURO SOCIAL—SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| MILAGROS-PEREZ AYALA | 5705 | | |

3 Estado Civil · Civil Status: Soltero/Single ☐  Casado/Married ☐
6. Núm. Cuenta Cónyuge (Seg. Sec.) Spouse's Account No. (Soc. Sec.)

4 Sueldos Wages  7,340.00
5 Subtotal
7a Comisiones Commissions  .00
7b Concesiones Allowances  .00
8 Total de Sueldos (FICA) Total FICA wages  7,340.00

9 Nombre y Dirección del Patrono / Name and Address of Employer

FOMENTO RECREATIVO  88
905-088-00-009**000000
FOM RECREATIVO
OFICINA CENTRAL

10. Núm. de Cuenta Patronal Employer's Account No. (EIN)  66-0433481

Copia D Para Records del Patrono
Copy D for Employer's Records

AÑO YEAR  19 88

11 Total =4 +7a +7b  7,340.00
11a Gastos Reembolsados Reimbursed Expenses  .00
12 Seguro Social Retenido FICA tax withheld  536.18
13 Cont. Retenida Tax Withheld  .00
14 Propinas (FICA) FICA tips  .00
15 Fondo de Retiro Retirement Fund  318.39
16 Seguro Social no retenido en propinas–Uncollected FICA tax on tips  .00

COMPAÑIA DE FOMENTO RECREATIVO

OFICINA DE PERSONAL

SECCION DE RELACIONES DE PERSONAL

A                            Sección de Nóminas

DE                         : Georgina E. Márquez
                             Oficinista III
                             Relaciones de Personal

ASUNTO                     : CAMBIO EN PAGO DE PRIMAS
                             Y/O CONTRATOS NUEVOS

FECHA               : *30 de noviembre de 1987*
PLAN                  *Cruz Azul de PR.*
SEGURO SOCIAL         *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*
ASEGURADO             *Milagros Perez Ayala*

_✓_ CONTRATO NUEVO EFECTIVO *1 de enero de 1988*
____ CAMBIO EN PRIMA        *# 53.25*
____ CANCELACION

OBSERVACIONES *Efectivo el ✗ 1 de enero de 1988*
*Cambio en Plan Medico*

*Prima # 53.25*

ASOCIACION DE EMPLEADOS
DE PUERTO RICO

**DEPENDENCIA**

NOTIFICACION DE PRESTAMO CONCEDIDO

| FECHA | MAY.08,1987 |
|---|---|
| NUM. EXPEDIENTE | 000000000 |

PEREZ AYALA MILAGROS
MEDIANIA ALTA APTDO.278
LOIZA, P.R. 00672
COMP 19901

POR:BASE NAVAL

**27** DEPTO

**01**

CIA. DE FOMENTO RECREATIVO

| CLAVE | DESCRIPCION | | IMPORTE |
|---|---|---|---|
| 06 3 | PRESTAMO ----------------------- GE ------------------------- S | | 800.00 |
| | INTERESES A DESCONTAR: | 8.08 | |
| 08P | DEUDA PRESENTE ------------------------------- | | |
| 08C | DEUDA ANTERIOR ------------------------------- | | |
| | DEUDA ENSERES ------------------------------- | | |
| | DEUDA GOMAS ------------------------------- | | |
| | DEUDA LOTES ------------------------------- | | |
| | DEUDA CENTRO ------------------------------- | | |
| | DEUDA S. AUTO ------------------------------- | | |
| | DEUDA S. OPC. ------------------------------- | | |
| | TOTAL INTERESES A DESCONTAR ------------------ | | 8.08CR |
| | PRESTAMOS A DESCONTAR: | | |
| 163 | DEUDA VIGENTE 00000 | | |
| 177 | DEUDA ENSERES ------------------------------- | | |
| 178 | DEUDA GOMAS ------------------------------- | | |
| 165 | DEUDA LOTES ------------------------------- | | |
| 16A | DEUDA S. AUTO ------------------------------- | | |
| 169 | DEUDA CENTRO ------------------------------- | | |
| 167 | DEUDA S. OPC. ------------------------------- | | |
| 163 | DEUDA OTROS ------------------------------- | | |
| | TOTAL DEUDAS A DESCONTAR ------------------ | | |
| | OTROS DESCUENTOS: | 9.55 | |
| 09-A | PRIMA GARANTIA ESPECIAL ------------------------------- | | |
| 03-D | SEGURO DEUDA DEVENGADO ------------------------------- | 6.80 | |
| 03-D | SEGURO DEUDA-NUEVO PRESTAMO ------------------------------- | | |
| 03 | CUOTAS SEGURO ATRASADAS ------------------------------- | | |
| | CARGO POR SERVICIO ------------------------------- | | |
| | TOTAL OTROS DESCUENTOS ------------------ | | 16.35CR |
| | CREDITOS: | | |
| 18-R | INTERESES NO DEVENGADOS DEUDA ANTERIOR ------------------------------- | | |
| 13-D | SEGURO DE DEUDA NO DEVENGADO ------------------------------- | | |
| | TOTAL CREDITOS: | | 24.43CR |
| 869.40 | TOTAL A DESCONTAR: | | 775.57 |
| | BALANCE A SU FAVOR: S | | |

| | | | | AMORTIZACION MENSUAL | | | 08-D | NUM. CONTROL DE NOMINA |
|---|---|---|---|---|---|---|---|---|
| QAN 5272 | -5705 | 28 | 31.05 | 07/87 | 10/89 | 05/88 | | |
| NUMERO EMPLEADO | NUMERO SEGURO SOCIAL | NUM. PLACA POLICIA | NUM. PAGOS | CANTIDAD | FECHA PRIMER PAGO | FECHA ULTIMO PAGO | FECHA RENOVACION | INTERESES DIFERIDOS |

00 NUEVO
11 RENOVACION X

**NOTA IMPORTANTE: PARA LA ATENCION DE OFICIALES DE NOMINAS**

LA NOTIFICACION QUE SE ACOMPAÑA EVIDENCIA LA DEUDA CONTRAIDA POR EL EMPLEADO QUE SE INDICA EN LA MISMA. SE SOMETE A SU ATENCION PARA QUE PUEDA DAR CUMPLIMIENTO A LA SECCION 28 DE LA LEY 133 DEL 28 DE JUNIO DE 1966, MEJOR CONOCIDA COMO LEY DE LA ASOCIACION DE EMPLEADOS DEL E.L.A. DE PUERTO RICO A SABER:

"SECCION 28 . . . LOS PLAZOS DE AMORTIZACION DE LOS PRESTAMOS CONCEDIDOS DE ACUERDO CON LAS DISPOSICIONES DE ESTA LEY DEBERAN DEDUCIRSE DEL SUELDO MENSUAL DEL EMPLEADO O DE LA PENSION DE LOS SOCIOS ACOGIDOS PENSIONADOS PREVIA NOTIFICACION DE LA ASOCIACION A LOS FUNCIONARIOS A CARGO DE LA CERTIFICACION DE NOMINA EN LAS DISTINTAS AGENCIAS GUBERNAMENTALES Y SISTEMAS DE RETIRO DE EMPLEADOS PUBLICOS."

ES RESPONSABILIDAD DE SU AGENCIA O INSTRUMENTALIDAD GUBERNAMENTAL INICIAR LOS DESCUENTOS CORRESPONDIENTES POR LA CANTIDAD Y A LA FECHA DEL PRIMER PAGO ESTIPULADO. A FIN DE EVITAR INCONVENIENCIAS AL EMPLEADO, ES NECESARIO, SE EFECTUEN LOS DESCUENTOS SEGUN SE DISPONE EN ESTA NOTIFICACION.

EN ADICION, LA SECCION 27 DE LA LEY DE LA ASOCIACION DISPONE QUE CUANDO UN EMPLEADO CESARE EN SU CARGO, EL FUNCIONARIO AUTORIZADO DEBERA ORDENAR QUE SE LE DESCUENTE EN LA NOMINA CORRESPONDIENTE LA CANTIDAD TOTAL O LA QUE FUERE NECESARIA PARA SOLVENTAR CUALQUIER DEUDA QUE TUVIERE CON LA ASOCIACION.

PREVIO A LA SUSPENSION DE DESCUENTOS POR MOTIVO DE CESE, SU AGENCIA DEBERA NOTIFICAR A LA ASOCIACION LA FECHA DE LOS MISMOS ASI COMO TODA CLASE DE CAMBIOS TALES COMO TRASLADO Y RENUNCIA, ENTRE OTROS.

04-19
11-83



**Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura**

## AUTORIZACION DE DESCUENTO

Agencia:  **COMPANIA DE FOMENTO RECREATIVO**   880   Att. Sección de Nóminas

**APARTADO 3207**
**SAN JUAN    PR  00904**

Esta Administración concedió un préstamo al empleado que se indica a continuación para el cual deberán realizar el descuento siguiente:

Nombre: **MILAGROS PEREZ AYALA**

Núm. Seguro Social: **-5705**

Dirección: **MEDIANIA ALTA**
**APARTADO 278**
**LOIZA        PR 000000672**

Núm. de Prést. **088-24976**
**FECHA CHEQUE    04-26-88 CHEQUE**

| | |
|---|---|
| Cantidad Mensual | $ **24.28** |
| Fecha Primer Desc. | **06/30/88** |
| Ultimo Pago | $ **24.14** |
| Fecha Ult. Pago | **11/30/89** |
| Tipo de Prést. | **PERSONAL** |
| Término | **18** |
| **MONTO TOTAL** | **$436.90** |

El descuento indicado se desglosará y codificará en la Certificación de Nóminas y Resumen de Desembolsos (SC-727) bajo la cifra de cuenta 00-721-26-00-00-922. Este no podrá suspenderse hasta que este Sistema envíe notificación al respecto.

---

**AUTORIZACION PARA DEDUCCION DE PRIMA**

*Pérez Ayala Milagros*
NOMBRE DEL EMPLEADO

*Cia Fomento Recreativo*
PATRONO

NUMERO DE EMPLEADO     SEGURO SOCIAL   *'15205*

DIRECCION DEL PATRONO  *Anti Bone neal*

*Secretario*
OCUPACION

TELEFONO

Autorizo a mi patrono a deducir de mis ingresos mensuales la cantidad de $ *16.40* para el Programa de Seguro comprado a través de National Life Insurance Company, Apartado 6107, San Juan, Puerto Rico, 00936. Esta autorización invalida cualquier otra dada y firmada para este propósito.

*3/23/88*
FECHA

*Massachuttes Ins Co; $18.*

*Milagros Perez Ayala*
FIRMA DEL SOLICITANTE

*Carmen*
FIRMA DEL AGENTE

NL-APP-CDD-508 ESP. 87

Case:17-03283-LTS Doc#:143 Filed:09/23/20 Entered:09/23/20 15:56:21 Desc: Main Document Page 21 of 49

MODELO SC-735 (USOS EMP.)
9-87 (Rev.)

# DE PUERTO RICO

NOTIFICACION DE PRESTAMO CONCEDIDO

FECHA
AGO. 10 1989

**DEPENDENCIA**

27 PEREZ AYALA MILAGROS
MEDIANA ALTA APT00-278
LOIZA, P.R. 00670
COMP. 95846

01

DE FOMENTO RECREATIVO

DESCRIPCION | | IMPORTE
---|---|---
06  3 | PRESTAMO ........ GE | $ 2,400.00
| INTERESES A DESCONTAR: |
08P | DEUDA PRESENTE | 17.49
08C | DEUDA ANTERIOR |
08V | DEUDA ENSERES | 23.33
| DEUDA GOMAS O EMERGENCIA  Y/O EMERGENCIA |
| DEUDA LOTES |
| DEUDA CENTRO |
| DEUDA S. AUTO |
| DEUDA S. OPC. |
| TOTAL INTERESES A DESCONTAR | 40.82CR
| PRESTAMOS A DESCONTAR: |
163 | DEUDA VIGENTE  34118  GE | 1,100.53
177 | DEUDA ENSERES  00000 |
178 | DEUDA GOMAS O EMERGENCIA  Y/O EMERGENCIA | 400.00
165 | DEUDA LOTES |
16A | DEUDA S. AUTO |
169 | DEUDA CENTRO |
167 | DEUDA S. OPC. O DESASTRE |
163 | DEUDA OTROS |
| TOTAL DEUDAS A DESCONTAR | 1,500.53CR
| OTROS DESCUENTOS: |
09-A | PRIMA GARANTIA ESPECIAL | 26.16
03-D | SEGURO DEUDA DEVENGADO | 20.40
03-D | SEGURO DEUDA-NUEVO PRESTAMO |
03 | CUOTAS SEGURO ATRASADAS |
| CARGO POR SERVICIO |
| TOTAL OTROS DESCUENTOS | 46.56CR
| CREDITOS: |
18-R | INTERESES NO DEVENGADOS DEUDA ANTERIOR |
13-D | SEGURO DE DEUDA NO DEVENGADO |
| TOTAL CREDITOS: | 1,587.91CR
2,630.66 | TOTAL A DESCONTAR: | $
| BALANCE A SU FAVOR: | 812.09

AMORTIZACION MENSUAL | | | | | | 06-D | NUM. CONTROL DE NOMIN.
---|---|---|---|---|---|---|---
0AN5272 | -5705 | 31 | 84.86 | 10/89 | 04/92 | 08/90 | 00 NUEVO
NUMERO EMPLEADO | NUMERO SEGURO SOCIAL | NUM. PLACA POLICIA | NUM. PAGOS | CANTIDAD | FECHA PRIMER PAGO | FECHA ULTIMO PAGO | * FECHA RENOVACION | INTERESES DIFERIDOS | 11 RENOVACION

**USTED ES RESPONSABLE DE LOS PAGOS O DESCUENTOS POR SU AGENCIA, DE LO CONTRARIO REMITALOS DIRECTAMENTE**

SI ESTA ES UNA NOTIFICACION DE DESCUENTO DE UN PRESTAMO DE EMERGENCIA Y EL EMPLEADO RENUEVA SU PRESTAMO REGULAR, FAVOR DE CONTINUAR DESCONTANDOLE LA CANTIDAD DE _____ POR LOS PROXIMOS DOCE (12) MESES A PARTIR DEL SALDO DE SU DEUDA DEL PRESTAMO REGULAR O HASTA LA PROXIMA RENOVACION DEL MISMO.

**NOTA:**

ADVERTENCIAS IMPORTANTES A LOS OFICIALES DE NOMINAS AL DORSO.

* La fecha de renovación no cambia al efectuarse un préstamo de enseres o ampliación.

MEMORANDO

A  Compañia Fomento Recreativu

DE  Perez pyblo milagros

NUM. EMPLEADO _____      NUM. SEGURO SOCIAL _____ -5705

AGENCIA  Servicio Generals    OCUPACION  Secretarya

PROGRAMA O DEPARTAMENTO _____

POR LA PRESENTE DESEO DESCONTINUAR LA AUTORIZACION PARA DESCUENTO DE NOMINA A

NOMBRE DE _____  POR LA CANTIDAD DE $ _____ .

AGRADECERE QUE ESTA PETICION SE HAGA EFECTIVA EN ___2|7|69___
                                                      fecha

                                                  _____
                                                      firma

Forma
Form 499 R-2/W-2 P.R.
23 octubre 1989

ESTADO LIBRE ASOCIADO DE PUERTO RICO–COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA–DEPARTMENT OF THE TREASURY
Are    ntas Internas y Recaudaciones — Internal Revenue and Collec    n Area
negociado de Contribución Sobre Ingresos - Bureau of Income

Copia D – Copy D

## COMPROBANTE DE RETENCION — WITHHOLDING STATEMENT

| 1 Nombre y Dirección del Empleado / Name and Address of Employee | 2 Núm. Cuenta (Seg. Soc.) Account Number (Soc. Sec.) | 4. Sueldos      Wages | INFORMACION DE SEG. SOCIAL–SOCIAL SEC. INFORMATION |
|---|---|---|---|
| MILAGROS-PEREZ AYALA | 9-5705 | 7,260.00 | |
| | 3 Estado Civil  Civil Status  Soltero/Single ☐  Casado/Married ☐ | 7a. Comisiones Commissions  .00 | 5 Subtotal |
| | 6. Núm. Cuenta Cónyuge (Seg. Soc.) Spouse's Account No. (Soc. Sec.) | 7b. Concesiones Allowances  .00 | 6 Total de Sueldos(FICA) Total FICA Wages |
| | | 11 Total = 4 + 7a + 7b  7,260.00 | 7,260.00 |
| 9 Nombre y Dirección del Patrono Name and Address of Employer | 10. Núm. de Cuenta Patronal Employer's Account No. (EIN) | 11a Gastos Reembolsados Reimburses Expenses | 12 Seguro Social Retenido FICA Tax Withheld |
| FOMENTO RECREATIVO      88  505-088-00-009**000000  FUR RECREATIVO  OFICINA CENTRAL | 66-0433461 | | 545.18 |
| | Copia D Para Records del Patrono Copy D for Employer's Records | 13Cont.Retenida Tax Withhold  105.90 | 14 Propinas (FICA) FICA tips |
| | | 15 Fondo de Retiro Retirement Fund  326.40 | .00 |
| | AÑO YEAR  19 89 | 15a Aportaciones a Planes Cualificados Contributions to CODA PLANS  .00 | 16 Seguro Social no retenido en propinas-Uncollected FICA tax on tips  .00 |

Conservación  Cuatro (4) años o pasada una investigación de la Adm. de Seg. Soc. Federal cual de las dos ocurra última.

---

Forma
Form 499 R-2/W-2 P.R.
Ago–90

ESTADO LIBRE ASOCIADO DE PUERTO RICO–COMMONWEALTH OF PUERTO RICO
DEPAR    MENTO DE HACIENDA–DEPARTMENT OF THE TREASURY
Area de
Internas y Recaudaciones - Internal Revenue and Collect        a
    ado de Contribución Sobre Ingresos - Bureau of Income Tax

Copia D — Copy D

## COMPROBANTE DE RETENCION — WITHHOLDING STATEMENT

| 1 Nombre y Dirección del Empleado / Name and Address of Employee | 2 Núm. Cuenta (Seg. Soc.) Account Number (Soc. Sec.) | 4. Sueldos      Wages | INFORMACION DE SEG. SOCIAL–SOCIAL SEC. INFORMATION |
|---|---|---|---|
| MILAGROS-PEREZ AYALA | -5705 | 7,541.13 | |
| | 3 Estado Civil  Civil Status  Soltero/Single ☐  Casado/Married ☐ | 7a. Comisiones Commissions  .00 | 5 Subtotal |
| | 6. Núm. Cuenta Cónyuge (Seg. Soc.) Spouse's Account No. (Soc. Sec.) | 7b. Concesiones Allowances  .00 | 8 Total de Sueldos(FICA) Total FICA Wages |
| | | 11 Total = 4 + 7a + 7b  7,541.13 | 7,541.13 |
| 9 Nombre y Dirección del Patrono Name and Address of Employer | 10. Núm. de Cuenta Patronal Employer's Account No. (EIN) | 11a Gastos Reembolsados Reimburses Expenses | 12 Seguro Social Retenido FICA Tax Withheld |
| FOMENTO RECREATIVO      88  505-088-01-016**000000  SERV DE OFICINA  PTOS REGULAOOOO | 66-0433481 | | 576.90 |
| | Copia D Para Records del Patrono Copy D for Employer's Records | 13Cont.Retenida Tax Withhold  247.92 | 14 Propinas (FICA) FICA tips |
| | | 15 Fondo de Retiro Retirement Fund  416.75 | .00 |
| | AÑO YEAR  19 90 | 15a Aportaciones a Planes Cualificados Contributions to CODA PLANS  .00 | 16 Seguro Social no retenido en propinas-Uncollected FICA tax on tips  .00 |

Conservación: Cuatro (4) años o pasada una investigación de la Adm. de Seg. Soc. Federal cual de las dos ocurra último.

Rev. - Jun. 1991

Estado Libre Asociado de Puerto Ri.. 'ommonwealth of Puerto Rico
DEPARTAMENTO DE HACIENDA — ..RTMENT OF THE TREASURY
Area de Rentas Internas y Recaudacion — Internal Revenue and Collections Area
Negociado de Contribución Sobre Ingresos - Bureau of Income Tax

**COMPROBANTE DE RETENCION — WITHHOLDING STATEMENT**

| | INFORMACION PARA CONTRIBUCION SOBRE INGRESOS / INCOME TAX INFORMATION | INFORMACION DE SEG. SOCIAL-SOCIAL SEC. INFORMATION |
|---|---|---|
| 1. Nombre y Dirección del Empleado / Name and Address of Employee | 3. Núm. Cuenta (Seg. Soc.) Account Number (Soc. Sec.) -5705 | 17. Subtotal |
| MILAGROS-PEREZ AYALA | 8. Sueldos Wages 7,960.00 | |
| | 9. Comisiones Commissions .00 | 18. Total Sueldos Seg. Soc. Soc. Security Wages 7,960.00 |
| 4. Estado Civil Civil Status ☐ Soltero Single ☐ Casado Married | 10. Concesiones Allowances .00 | 19. Seguro Social Retenido Soc. Sec. Tax Withheld 493.54 |
| 5. Núm. Cuenta Cónyuge (Seg. Soc.) Spouse's Account No. (Soc. Sec.) | 11. Total = 8 + 9 + 10 7,960.00 | 20. Total Sueldos y Prop. Medica Medicare Wages and Tips 7,960.00 |
| 6. Núm. de Cuenta Patronal Employer's Account No. (E IN) 66-0433401 | 12. Gastos Reembolsados Reimbursed Expenses | 21. Contrib. Medicare Retenida Medicare Tax Withheld 115.43 |
| 2. Nombre y Dirección del Patrono / Name and Address of Employer | 7. Costo de la Pensión o Anualidad Cost of Pension or Annuity .00 | |
| FOMENTO RECREATIVO 80 505-088-01-016000000000 SERV DE OFICINA PTOS REGULA0000 | 13. Cont. Retenida Tax Withheld 247.46 | 22. Propinas (Seguro Social) Soc. Security Tips .00 |
| | 14. Fondo de Retiro Retirement Fund 465.48 | 23. Seguro Social no retenido en propinas-Uncollected Soc. Sec. Tax on Tips .00 |
| Copia D Para Records del Patrono Copy D for Employer's Records AÑO YEAR 1941 | 15. Aportaciones a Planes Cualificados Contributions to CODA PLANS .00 | 24. Contrib. Medicare no retenida en propinas-Uncollected Medicare Tax on Tips .00 |
| | 16. Plan No-cualificado Non-qualified Plans .00 | |

Conservación: Cuatro (4) años o pasada una investigación de la Adm. de Seg. Soc. Federal cual de las dos ocurra último.

---

499 R-2/W-2 PR
Jul. '92

ESTADO LIBRE ASOCIADO DE PUERTO RICO    'OMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA—DE..    ..MENT OF THE TREASURY
Area de Rentas Internas y Recaudaciones — ...ternal Revenue and Collections Area
Negociado de Contribución Sobre Ingresos - Bureau of Income Tax

Copia D - Copy D

**COMPROBANTE DE RETENCION — WITHHOLDING STATEMENT**

| | INFORMACION PARA CONTRIBUCION SOBRE INGRESOS / INCOME TAX INFORMATION | INFORMACION DE SEG. SOCIAL-SOCIAL SEC. INFORMATION |
|---|---|---|
| 1. Nombre y Dirección del Empleado / Name and Address of Employee | 3. Núm. Cuenta (Seg. Soc.) Account Number (Soc. Sec.) -5705 | 17. Subtotales - cada 41 Subtotals - every 41 |
| MILAGROS-PEREZ AYALA | 8. Sueldos Wages 8,680.00 | |
| | 9. Comisiones - Commissions .00 | 18. Total Sueldos Seg. Soc. Soc. Security Wages 8,680.00 |
| 4. Estado Civil Civil Status ☐ Soltero Single ☐ Casado Married | 10. Concesiones - Allowances .00 | 19. Seguro Social Retenido Soc. Sec. Tax Withheld 538.16 |
| 5. Núm. Cuenta Cónyuge (Seg. Soc.) Spouse's Account No. (Soc. Sec.) | 11. Total = 8 + 9 + 10 8,680.00 | 20. Total Sueldos y Prop. Medicare Medicare Wages and Tips 8,680.00 |
| 6. Núm. de Cuenta Patronal Employer's Account No. (E IN) 66-0433401 | 12. Gastos Reembolsados Reimbursed Expenses .00 | 21. Contrib. Medicare Retenida Medicare Tax Withheld 125.86 |
| 2. Nombre y Dirección del Patrono / Name and Address of Employer | 7. Costo de la Pensión o Anualidad Cost of Pension or Annuity .00 | |
| FOMENTO RECREATIVO 80 505-088-01-016000000000 SERV DE OFICINA PTOS REGULA0000 | 13. Cont. Retenida - Tax Withheld 246.82 | 22. Propinas (Seguro Social) Soc. Security Tips .00 |
| | 14. Fondo de Retiro Retirement Fund 490.32 | 23. Seguro Social no retenido en propinas-Uncollected Soc. Sec. Tax on Tips .00 |
| Copia D Para Records del Patrono Copy D for Employer's Records Año: Year: 1942 | 15. Aportaciones a Planes Cualificados Contributions to CODA PLANS .00 | 24. Contrib. Medicare no retenida en propinas-Uncollected Medicare Tax on Tips .00 |
| 001842301 | 16. Plan No-cualificado Non-qualified Plans .00 | |

Instrucciones al dorso de Copia D—For instructions see back of Copy D

Forma
Form 499 R-2/W-2 PR
Rev. Jul. 1993

ESTADO LIBRE ASOCIADO DE P    RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HA        A - DEPARTMENT OF THE TREASURY
Area de Rentas Internas y Reca  caciones - Internal Revenue and Collections Area
Negociado de Contribución Sobre Ingresos - Bureau of Income Tax

| | | INFORMACION PARA CONTRIBUCION SOBRE     RESOS / INCOME TAX INFORMATION | INFORMACION DE SEG. SOCIAL-SOCIAL SEC. INFORMATION |
|---|---|---|---|

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| 1. Nombre y Dirección del Empleado / Name and Address of Employee | 3. Núm. Cuenta (Seg. Soc.) Account Number (Soc. Sec.) -- -5705 | 8. Sueldos   Wages  8,660.00 | 17. Subtotales - cada 41 Subtotals - every 41 ☐ |
|---|---|---|---|
| MILAGROS-PEREZ AYALA | 4. Estado Civil  Civil Status  Soltero Single ☐  Casado Married ☐ | 9. Comisiones - Commissions  .00 | 18. Total Sueldos Seg. Soc. Soc. Security Wages  8,660.00 |
| | 5. Núm. Cuenta Cónyuge (Seg. Soc.) Spouse's Account No. (Soc. Sec.) | 10. Concesiones - Allowances  .00 | 19. Seguro Social Retenido Soc. Sec. Tax Withheld  536.90 |
| | 6. Núm. de Cuenta Patronal Employer's Account No. (E IN) 66-0433481 | 11. Propinas - Tips  .00 | 20. Total Sueldos y Prop. Medicare Medicare Wages and Tips  8,660.00 |
| 2. Nombre y Dirección del Patrono Name and Address of Employer | 7. Costo de la Pensión o Anualidad Cost of Pension or Annuity  .00 | 12. Total = 8 + 9 + 10 + 11  8,660.00 | 21. Contrib. Medicare Retenida Medicare Tax Withheld  125.57 |
| FOMENTO RECREATIVO      88 505-088-01-016**000000 SERV DE OFICINA PTOS REGULA0000 | | 13. Gastos Reembolsados Reimbursed Expenses  .00 | 22. Propinas (Seguro Social) Soc. Security Tips  .00 |
| | Copia D Para Records del Patrono Copy D for Employer's Records | 14. Cont. Retenida - Tax Withheld  247.01 | 23. Seguro Social no retenido en propinas-Uncollected Soc. Sec. Tax on Tips  .00 |
| | Año: Year: 19 93 | 15. Fondo de Retiro Retirement Fund  519.30 | 24. Contrib. Medicare no retenida en propinas-Uncollected Medicare Tax on Tips  .00 |
| 002468783 | 16. Aportaciones a Planes Cualificados Contributions to CODA PLANS  .00 | | |
| Instrucciones al dorso de Copia D—For instructions see back of Copy D | | | |

Conservación: Cuatro (4) años o pasada una investigación de la Adm. de Seg  Snc  Federal cual de las dos ocurra último.

¡ Hacienda para Servirte !

Forma
Form 499 R-2/W-2 PR
Rev. Jul. 94

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
Area de Rentas Internas y Recaudaciones - Internal Revenue and Collections Area
Negociado de Contribución Sobre Ingresos - Bureau of Income tax

## COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | |
|---|---|
| INFORMACION PARA CONTRIBUCION SOBRE INGRESOS INCOME TAX INFORMATION | INFORMACION PARA EL SEG. SOC. FEDERAL SOCIAL SECURITY INFORMATION |

**1. Nombre-First Name**
MILAGROS

**3. Núm.Cuenta (Seg. Soc.) Account Number (Soc. Sec.)** –5705

**8. Sueldos - Wages** 9,260.00

**17. Subtotales-cada 41 Subtotales-every 41** ☐

**Apellido(s)-Surname(s)**
PEREZ AYALA

**4. Estado Civil-Civil Status**
Soltero-Single ☐  Casado-Married ☐

**9. Comisiones-Commissions** .00

**18. Total Sueldos Seg. Soc. Soc. Sec. Wages** 9,260.00

**Dirección del Empleado-Employee's Address**

**5. Núm. de Cuenta Cónyuge (S.S.) Spouse's Account No. (S.S.)**

**10. Concesiones-Allowances** .00

**19. Seguro Social Retenido Soc. Sec. Tax Withheld** 574.13

**6. Núm. de Cuenta Patronal Employer's Account No. (E IN)** 66-0432481

**11. Propinas-Tips** .00

**20. Total Sueldos y Pro. Medicare Medicare Wages and Tips** 9,260.00

**2. Nombre y Dirección del Patrono Name and Address of Employer**

FOMENTO RECREATIVO 88
505-088-01-016**000000
SERV DE OFICINA
PTOS REGULADOOO

**7. Costo de la Pensión o Anualidad Cost of Pension or Annuity** .00

**12. Total = 8 + 9 + 10 + 11** 9,260.00

**21. Contrib. Medicare Retenida Medicare Tax Withheld** 134.27

Copia D para Records del Patrono
Copy D for Employer's Records

**13. Gastos Reembolsados Reimbursed Expenses** .00

**22. Propinas (Seguro Social) Soc. Security Tips** .00

**14. Cont. Retenida-Tax Withheld** 246.41

**23. Seguro Social no Retenido en propinas-Uncollected Soc. Sec. Tax on Tips** .00

**42249363**

**15. Fondo de Retiro Retirement Fund** 561.40

**24. Contrib. Medicare no Retenida en propinas-Uncollected Medicare Tax on Tips** .00

**Año: Year: 199_**

**16. Aportaciones a Planes Cualific. Contributions to CODA PLANS** .00

**Instrucciones al dorso de Copia D-For instructions see back of Copy D**

Conservación: Cuatro (4) años o pasada una investigación de la Adm. de Seg. Soc. Federal cual de las dos ocurra último.

---

## CAMPAÑA BENEFICA DE EMPLEADOS PUBLICOS
## TARJETA DE APORTACION - 19 95 -19 96 - DESCUENTO DE NOMINA

**MI APORTACION:**
$ 80 (Por Período de Nómina)

☐ Semanal
☒ Quincenal
☐ Bi-Semanal
☐ Mensual

CAMPAÑA
BENEFICA DE
EMPLEADOS
PUBLICOS

Nombre: _____
Agencia: CFR
Núm. de Seguro Social: 5705

Autorizo a que se me descuente la cantidad indicada a la izquierda de esta tarjeta para ser enviada a las instituciones benéficas designadas por mí y se distribuya según he determinado en esta tarjeta de aportación. Esta autorización queda vigente mientras no decida lo contrario o autorice una tarjeta de aportación nueva para esta campaña.

**Mi Designación a Institución Benéfica**

JUL 1 Y 1995

| Código | Cant. A Distribuir | Código | Cant. A Distribuir | Código | Cant. A Distribuir | Código | Cant. A Distribuir |
|---|---|---|---|---|---|---|---|
| 5/00 | $ 100 | | $ | | $ | | $ |

## *Ver instrucciones atrás.
Fecha 5/06/95  Firma Milagros Perez

ORIGINAL-AGENCIA UNIDAD DE NOMINA          COPIA AMARILLA-ENTIDAD DESIGNADA          COPIA ROSA-EMPLEADO

04-19
11-83

## Administración de los Sistemas de Retiro
## de los Empleados del Gobierno y la Judicatura

### AUTORIZACION DE DESCUENTO

Agencia:  COMP FOM RECREATIVO
P O BOX 3207                    174    Att. Sección de Nóminas

SAN JUAN
PUERTO RICO      00904000

Esta Administración concedió un préstamo al empleado que se indica a continuación para el cual deberán realizar el descuento siguiente:

Nombre: MILAGROS ●PEREZ AYALA

Núm. Seguro Social: -5705

Dirección: PO BOX 179
MEDIANIA ALTA
LOIZA          PR 02730●772

Núm. de Prést. 76-23541

FECHA CHEQUE  12-12-95

Cantidad Mensual   $ 98.75
Fecha Primer Desc.   02/29/96
Ultimo Pago   $ 98.75
Fecha Ult. Pago   01/30/99
Tipo de Prést.   PERSONAL
Término   36
MONTO TOTAL   $3,555.00

El descuento indicado se desglosará y codificará en la Certificación de Nóminas y Resumen de Desembolsos (SC-727) bajo la cifra de cuenta 00-721-26-00-00-922.

---

Forma
Form 499 R-2/W-2 PR
Rev. Age. 05

Hacienda para Servirle
GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
Area de Rentas Internas y Recaudos - Internal Revenue and Collections Area

### COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| INFORMACION SOBRE INGRESO / CONTRIBUCION SOBRE INGRESO INCOME TAX INFORMATION | INFORMACION PARA EL SEG. SOC. FEDERAL SOCIAL SECURITY INFORMATION |
|---|---|

1. Nombre- First Name  MILAGROS

Apellido(s)-Surname(s)  PEREZ AYALA

Dirección del Empleado-Employee's Address

2. Nombre y Dirección del Patrono
Name and Address of Employer

FOMENTO RECREATIVO   08
505-088-01-016●●060000
SERV DE OFICINA
PTOS REGULA0000

3. Núm. Seguro Social
Social Security No.  -5705

4. Estado Civil-Civil Status  Soltero-Single ☑  Casado-Married ☐

5. Núm. Seguro Social Cónyuge
Spouse's Social Security No.

6. Núm. de Cuenta Patronal
Employer's Account No. (EIN)  66-0433481

7. Costo de Pensión o Anualidad
Cost of Pension or Annuity  .00

8. Sueldos-Wages  9,860.00
9. Comisiones-Commissions  .00
10. Concesiones-Allowances  .00
11. Propinas-Tips  .00
12. Total =8 + 9 + 10 +11  9,860.00
13. Gastos Reembolsados Reimbursed Expenses  .00
14. Cont. Retenida-Tax Withheld  246.00
15. Fondo de Retiro Retirement Fund  631.04
16. Aportaciones a Planes Cualific. Contributions to CODA PLANS  .00

17. Subtotales-cada 41 Subtotals-every 41 ☐
18. Total Sueldos Seg. Soc. Soc. Sec. Wages  9,860.00
19. Seguro Social Retenido Soc. Sec. Tax Withheld  611.31
20. Total Sueldos y Pro. Medicare Medicare Wages and Tips  9,860.00
21. Contrib. Medicare Retenida Medicare Tax Withheld  142.97
22. Propinas Seguro Social Soc. Security Tips  .00
23. Seguro Social No Retenido en Propinas-Uncollected Soc. Sec. Tax on Tips  .00
24. Contrib. Medicare no Retenida en Propinas-Uncollected Medicare Tax on Tips  .00

Copia D para Records del Patrono
Copy D for Employer's Records

5 2225229

Año: Year: 1995

Instrucciones al dorso de Copia D-For instructions see back of Copy D

Conservación: Cuatro (4) Años o pasada una investigación de la Adm. de Seg. Soc. Federal cual de las dos ocurra último.

| Formulario Form 499 R-2/W-2PR Rev. Agosto 96 | DEPARTAMENTO DE HACIENDA DE PUERTO RICO PUERTO RICO TREASURY DEPARTMENT COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA LA CONTRIBUCION SOBRE INGRESOS - INCOME TAX INFORMATION | INFORMACION PARA EL SEGURO SOCIAL FEDERAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|

| 1. Nombre- First Name | 3. Núm. Seguro Social Social Security No | 8. Sueldos - Wages | 17. Subtotales-cada 41 Subtotals-every 41 |
|---|---|---|---|
| MILAGROS | -9705 | 10,460.00 | ☐ |
| **Apellido(s)-Surname(s)** | **4. Estado Civil-Civil Status** | **9. Comisiones-Commissions** | **18. Total Sueldos Seg. Soc. Soc. Sec. Wages** |
| PEREZ AYALA | Soltero ☐ Casado ☐ Single Married | .00 | 10,460.00 |
| **Dirección del Empleado-Employee's Address** | **5. Núm. Seguro Social Cónyuge Spouse's Social Security No.** | **10. Concesiones-Allowances** | **19. Seguro Social Retenido Soc. Sec. Tax Withheld** |
| | | .00 | 648.00 |
| | **6. Núm. de Cuenta Patronal Employer's Account No. (EIN)** | **11. Propinas-Tips** | **20. Total Sueldos y Pro.Medicare Medicare Wages and Tips** |
| | 66-0433461 | .00 | 10,460.00 |
| **2. Nombre y Dirección del Patrono Name and Address of Employer** | **7. Costo de Pensión o Anualidad Cost of Pension or Annuity** | **12. Total =8 + 9 + 10+11** | **21. Contrib.Medicare Retenida Medicare Tax Withheld** |
| | .00 | 10,460.00 | 151.67 |
| FOMENTO RECREATIVO 505-060-02-015*000000 DEPT DE OFICINA PROG REGULADOS | | **13. Gastos Reembolsados Reimbursed Expenses** | **22. Propinas (Seguro Social) Soc. Security Tips** |
| | | .00 | .00 |
| | Copia C para Récords del Empleado Copy C for Employee's Records | **14. Cont. Retenida -Tax Withheld** | **23. Seguro Social no Retenido en Propinas-Uncollected Soc. Sec. Tax on Tips** |
| | | 240.00 | .00 |
| | | **15. Fondo de Retiro Retirement Fund** | **24. Contrib. Medicare no Retenida en Propinas-Uncollected Medicare Tax on Tips** |
| 62162871 | Año: 199 Year: | .00 | .00 |
| | | **16. Aportaciones a Planes Cualific. Contributions to CODA PLANS** | |
| Instrucciones al dorso de Copia D-For instructions see back of Copy D | | .00 | .00 |

Case:17-03283-LTS Doc#:13498 Entered:06/19/20 15:56 Main Document Page 29 of 49

# GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
## DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
### COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| INFORMACION PARA LA DISTRIBUCION SOBRE INGRESOS - INCOME TAX INFORMATION | INFORMACION PARA EL SEGURO SOCIAL FEDERAL SOCIAL SECURITY INFORMATION |
| --- | --- |

| | | |
| --- | --- | --- |
| 1. Nombre- First Name<br>**Milagros** | 3. Núm. Seguro Social<br>Social Security No<br>**-5705** | 8. Sueldos - Wages<br>**440.00** |
| | | 17. Subtotales-cada 41<br>Subtotals-every 41 |
| Apellido(s)-Surname(s)<br>**Pérez Ayala** | 4. Estado Civil-Civil Status<br>Soltero ☐ Casado ☐<br>Single Married | 9. Comisiones-Commissions<br>**0.00** |
| | | 18. Total Sueldos Seg. Soc.<br>Soc. Sec. Wages<br>**440.00** |
| Dirección Postal del Empleado-Employee's Mailing Address | 5. Núm. Seguro Social Cónyuge<br>Spouse's Social Security No.<br>**0.00** | 10. Concesiones-Allowances<br>**0.00** |
| | | 19. Seguro Social Retenido<br>Soc. Sec. Tax Withheld<br>**13.64** |
| | 6. Núm. de Cuenta Patronal<br>Employer's Account No. (EIN)<br>**66-0437176** | 11. Propinas-Tips<br>**0.00** |
| | | 20. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>**440.00** |
| 2. Nombre y Dirección del Patrono<br>Name and Address of Employer<br>**Cía. Fomento Recreativo**<br>**Apartado 9022089**<br>**San Juan, P.R. 00902-2089** | 7. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>12. Total=8+9+10+11<br>**440.00** | 21. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>**3.19** |
| | 13. Gastos Reembolsados<br>Reimbursed Expenses<br>**0.00** | 22. Propinas (Seguro Social)<br>Soc. Security Tips<br>**0.00** |
| | Copia C para Récords<br>del Empleado<br>Copy C for Employee's<br>Records | 14. Cont. Retenida -Tax Withheld<br>**0.00** |
| | | 23. Seguro Social no Retenido<br>en Propinas-Uncollected<br>Soc. Sec. Tax on Tips<br>**0.00** |
| **70519531** | 15. Fondo de Retiro<br>Retirement Fund<br>**0.00** | 24. Contrib. Medicare no Retenida<br>en Propinas-Uncollected<br>Medicare Tax on Tips |
| | Año:<br>Year: **1997** | 16. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>**0.00** |
| | | **0.00** |
| Instrucciones al dorso de Copia D-For instructions see back of Copy D | | |

Case:17-03283-LTS Doc#1199-6 Filed:09/05/17 Entered:09/05/17 16:28:28 Desc:Main Document Page 30 of 49

GOBIERNO DE PUERTO RICO-GOVERNMENT OF PUERTO RICO
Form 499R-2/W-2PR DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
Rev. 05.98
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL FEDERAL
SOCIAL SECURITY INFORMATION

| 1. Nombre-First Name | 3. Núm. Seguro Social Social Security No. | 8. Sueldos - Wages | 17. Subtotales-cada 41 Subtotals-every 41 |
|---|---|---|---|
| MEL AGROS | 45705 | 13612.00 | |
| Apellido(s)-Surname(s) | 4. Estado Civil-Civil Status | 9. Comisiones-Commissions | 18. Total Sueldos Seguro Social Social Security Wages |
| PEREZ AYALA | Soltero ☒ Casado ☐ Single Married | 0.00 | 13612.00 |
| Dirección Postal del Empleado-Employee's Mailing Address | 5. Núm. Seguro Social Cónyuge Spouse's Social Security No. | 10. Concesiones-Allowances | 19. Seguro Social Retenido Social Security Tax Withheld |
| MEDIANIA ALTA | | 0.00 | 843.91 |
| APARTADO 279 | 6. Núm. de Ident. Patronal Employer's Ident. No. (EIN) | 11. Propinas-Tips | 20.Total Sueldos y Pro. Medicare Medicare Wages and Tips |
| LOIZA       PR 00772 | 66-0367176 | 0.00 | 13612.00 |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address | 7. Costo de Pensión o Anualidad Cost of Pension or Annuity | 12. Total = 8 + 9 + 10 + 11 | 21. Contrib. Medicare Retenida Medicare Tax Withheld |
| COMPANIA DE FOMENTO RECREATIVO APARTADO 9022089 | 0.00 | 13612.00 | 197.37 |
| SAN JUAN     PR 00902-2089 | 13. Gastos Reembolsados Reimbursed Expenses | 22. Propinas Seguro Social Social Security Tips |
| | | 0.00 | 0.00 |
| | Copia C para Récords del Empleado | 14. Cont. Retenida -Tax Withheld | 23. Seguro Social no Retenido en Propinas-Uncollected Social Security Tax on Tips |
| Número de Teléfono del Patrono Employer's Telephone Number | Copy C for Employee's Records | 269.00 | 0.00 |
| Número de Serie - Serial Number | | 15. Fondo de Retiro Retirement Fund | 24. Contrib. Medicare no Retenida en Propinas-Uncollected Medicare Tax on Tips |
| 8 1880773 | Año: 1998 Year: | 970.04 | |
| | | 16. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| Instrucciones al dorso - Instructions on back | | 0.00 | |

01 0002 01 0016 00

Case:17-03283-LTS Doc#:13566-11 Filed:06/30/20 Entered:06/30/20 15:55:22 Desc: Exhibit 11 Part 1 of 2 Page 31 of 49

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
Formulario
Form 499 R-2/W-2PR   DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
Rev 05 00
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

SOCIAL SECURITY INFORMATION

| | | |
|---|---|---|
| **1. Nombre-First Name**  MILAGROS | **3. Núm. Seguro Social** Social Security No.  5705 | **8. Sueldos - Wages**  19193.00 |
| **Apellido(s)-Surname(s)**  PEREZ AYALA | **4. Estado Civil-Civil Status**  Soltero ☐ Casado ☑ Single     Married | **9. Comisiones-Commissions**  0.00 |
| **Dirección Postal del Empleado-Employee's Mailing Address**  MEDIANIA ALTA APARTADO 278 LOIZA          PR 00772 | **5. Núm. Seguro Social Cónyuge** Spouse's Social Security No. | **10. Concesiones-Allowances**  0.00 |
| | **6. Núm. de Ident. Patronal** Employer's Ident. No. (EIN)  66-0437176 | **11. Propinas-Tips** |
| **2. Nombre y Dirección Postal del Patrono** Employer's Name and Mailing Address  COMPANIA DE FOMENTO RECREATIVO APARTADO 9022089  SAN JUAN       PR 00902*2089 | **7. Costo de Pensión o Anualidad** Cost of Pension or Annuity  0.00 | **12. Total = 8 + 9 + 10 + 11**  19193.00 |
| **Número de Teléfono del Patrono** Employer's Telephone Number   (787) 724-2900 | **13. Gastos Reembolsados** Reimbursed Expenses  0.00 | |
| **Fecha Cierre de Operaciones** Operations Closing Date | **14. Cont. Retenida -Tax Withheld**  559.87 | |
| **Número Control - Control Number**  0 0527129 | **15. Fondo de Retiro** Retirement Fund  1301.01 | |
| | **16. Aportaciones a Planes Cualific.** Contributions to CODA PLANS  0.00 | |

Copia C para Récords
del Empleado
Copy C for Employee's Records

Año: **2000**
Year:

**Instrucciones al dorso Copia B - Instructions on back of Copy B**

| Social Security Information | |
|---|---|
| **17. Subtotales-cada 41** Subtotals-every 41 | |
| **18. Total Sueldos Seguro Social** Social Security Wages  19123.00 |
| **19. Seguro Social Retenido** Social Security Tax Withheld  1190.00 |
| **20. Total Sueldos y Pro. Medicare** Medicare Wages and Tips  19193.00 |
| **21. Contrib. Medicare Retenida** Medicare Tax Withheld  278.29 |
| **22. Propinas Seguro Social** Social Security Tips  0.00 |
| **23. Seguro Social no Retenido** en Propinas-Uncollected Social Security Tax on Tips  0.00 |
| **24. Contrib. Medicare no Retenid** en Propinas-Uncollected Medicare Tax on Tips  0.00 |

01 0002 01 0015 00

Case:17-03283-LTS Doc#:1 Filed:05/21/17 Entered:05/23/20 15:56:21 Desc: Main Document Page 32 of 49

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | | |
|---|---|---|
| 1. Nombre-First Name | 3. Núm. Seguro Social Social Security No. | 8. Sueldos - Wages |
| MILAGROS | -5705 | 21095.33 |
| Apellido(s)-Surname(s) | 4. Estado Civil-Civil Status | 9. Comisiones-Commissions |
| PEREZ-AYALA | Soltero Single / Casado Married [X] | 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address | 5. Núm. Seguro Social Cónyuge Spouse's Social Security No. | 10. Concesiones-Allowances |
| MEDIANIA ALTA APARTADO 278 LOIZA      PR 00772 | 0.00 | 0.00 |
| | 6. Núm. de Ident. Patronal Employer's Ident. No. (EIN) | 11. Propinas-Tips |
| | 66-0745716 | 0.00 |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address | 7. Costo de Pensión o Anualidad Cost of Pension or Annuity | 12. Total = 8 + 9 + 10 + 11 |
| CIA DE PARQUES NACIONALES DE P PO BOX 9022089 SAN JUAN      PR 00902-2089 | 0.00 | 21095.33 |
| | 13. Gastos Reembolsados Reimbursed Expenses | |
| Número de Teléfono del Patrono (787) 622-5200 Employer's Telephone Number | 0.00 | |
| Fecha Cierre de Operaciones Operations Closing Date | 14. Cont. Retenida -Tax Withheld | |
| Número Control - Control Number | 749.37 | |
| 10333240 | 15. Fondo de Retiro Retirement Fund | |
| | 1520.16 | |
| | Año: Year: 2001 | 16. Aportaciones a Planes Cualific. Contributions to CODA PLANS |
| | | 0.00 |

DEPARTMENT OF THE TREASURY INFORMATION

| INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|
| 17. Subtotales-cada 41 Subtotals-every 41 |
| 18. Total Sueldos Seguro Social Social Security Wages  21095.33 |
| 19. Seguro Social Retenido Social Security Tax Withheld  1307.86 |
| 20. Total Sueldos y Pro. Medicare Medicare Wages and Tips  21095.33 |
| 21. Contrib. Medicare Retenida Medicare Tax Withheld  305.92 |
| 22. Propinas Seguro Social Social Security Tips  0.00 |
| 23. Seguro Social no Retenido en Propinas-Uncollected Social Security Tax on Tips  0.00 |
| 24. Contrib. Medicare no Reten en Propinas-Uncollected Medicare Tax on Tips  0.00 |

Copia C para Récords del Empleado
Copy C for Employee's Records

Instrucciones al dorso Copia B - Instructions on back of Copy B

01-0002 01-0015 00

Formulario
Form 499R-2/W-2PR
Rev. 05.03

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION |
|---|---|

| | | |
|---|---|---|
| 1. Nombre-First Name<br>Milagros | 3. Núm. Seguro Social<br>Social Security No.<br>705 | 8. Sueldos-Wages<br>24,085.88 |
| | | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>24,085.88 |

| Apellido(s)-Surname(s)<br>Perez Ayala | 4. Estado Civil-Civil Status<br>Soltero ☐ Casado ☐<br>Single    Married | 9. Comisiones-Commissions | 18. Seguro Social Retenido<br>Social Security Tax<br>Withheld<br>1,493.32 |
|---|---|---|---|

| Dirección Postal del Empleado- Employee's Mailing Address<br>MEDIANIA ALTA<br>APARTADO 278<br>Loiza PR 00772 | 5. Núm. Seguro Social Cónyuge<br>Spouse's Social Security No. | 10. Concesiones-Allowances<br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>24,085.88 |
|---|---|---|---|

| | 6. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN)<br>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 | 11. Propinas-Tips | 20. Contrib. Medicare Retenido<br>Medicare Tax Withheld<br>349.25 |
|---|---|---|---|

| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>CO DE PARQUES NACIONALES DE PR<br>PO BOX 9022089<br>SAN JUAN PR 00902-2089 | 7. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity | 12. Total=8+9+10+11<br>24,085.88 | |
|---|---|---|---|

| | | 13. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 21. Propinas Seguro Social<br>Social Security Tips |
|---|---|---|---|

| Número de Teléfono del Patrono (787) 622-5200<br>Employer's Telephone Number | Copia C para Récords<br>del Empleado<br>Copy C for Employee's<br>Records | 14. Cont. Retenida-Tax Withheld<br>888.15 | 22. Seguro Social no Retenido<br>en Propinas-Uncollected<br>Social Security Tax on Tips |
|---|---|---|---|

| Fecha Cese de Operaciones<br>Operations Ceasing Date | | 15. Fondo de Retiro<br>Retirement Fund<br>745.12 | |
|---|---|---|---|

| Número Control - Control Number<br>CPN  5093304 | Año:<br>Year: 2003 | 16. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS | 23. Contrib. Medicare no Retenida<br>en Propinas-Uncollected<br>Medicare Tax on Tips |
|---|---|---|---|

| Instrucciones al dorso Copia B - Instructions on back of Copy B | | Reproduced by: MOORE |
|---|---|---|

9990-1995-3311 ©2003, Moore Wallace North America, Inc. All rights reserved<br>PressureSeal Patents 4,918,128; 4,928,875 - 0305

**SEE REVERSE SIDE FOR OPENING INSTRUCTIONS**

Milagros Perez Ayala

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
MEDIANIA ALTA
APARTADO 278
Loiza PR 00772

S2032A

| Formulario<br>Form 499R-2/W-2PR<br>Rev. 05.04 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY<br>**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT** | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA<br>DEPARTMENT OF TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL<br>SOCIAL SECURITY INFORMATION |
|---|---|---|---|---|
| 1. Nombre-First Name<br>**Milagros** | 3. Núm. Seguro Social<br>Social Security No.<br>i705 | 8. Sueldos-Wages<br>26,033.96 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>26,033.96 |
| Apellido(s)-Surname(s)<br>**Perez Ayala** | 4. Estado Civil-Civil Status<br>Soltero ☐ Casado ☐<br>Single Married | 9. Comisiones-Commissions | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>1,614.11 |
| Dirección Postal del Empleado- Employee's Mailing Address<br>**MEDIANIA ALTA<br>APARTADO 278<br>Loiza PR 00772** | 5. Núm. Seguro Social Cónyuge<br>Spouse's Social Security No. | 10. Concesiones-Allowances<br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>26,033.96 |
| | 6. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN)<br>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 | 11. Propinas-Tips | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>377.49 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>**CO DE PARQUES NACIONALES DE PR<br>PO BOX 9022089<br>SAN JUAN PR 00902-2089** | 7. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity | 12. Total=8+9+10+11<br>26,033.96 | |
| Número de Teléfono del Patrono<br>Employer's Telephone Number (787) 622-5200 | | 13. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 21. Propinas Seguro Social<br>Social Security Tips |
| Fecha Cese de Operaciones<br>Operations Ceasing Date | Copia B para Planilla<br>del Empleado<br>Copy B for Employee's<br>Tax Return | 14. Cont. Retenida-Tax Withheld<br>960.77 | 22. Seguro Social no Retenido<br>en Propinas-Uncollected<br>Social Security Tax on Tips |
| Número Control - Control Number<br>CPN 11178081 | | 15. Fondo de Retiro<br>Retirement Fund<br>1,898.37 | 23. Contrib. Medicare no Retenida<br>en Propinas-Uncollected<br>Medicare Tax on Tips |
| | Año:<br>Year: **2004** | 16. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS | |
| Instrucciones al dorso - Instructions on back | | | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Returns Processing Bureau.

Reproduced by: MOORE WALLACE
An R.R. Donnelley Company

Formulario
Form 499R-2/W-2PR
Rev. 07.08

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | | |
|---|---|---|
| **1. Nombre - First Name** Milagros | **3. Núm. Seguro Social** Social Security No. -5705 | **7. Sueldos - Wages** 34,814.86 |
| **Apellido(s) - Surname(s)** Perez Ayala | **4. Núm. de Ident. Patronal** Employer Ident. No. (EIN) 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 | **8. Comisiones - Commissions** |
| **Dirección Postal del Empleado - Employee's Mailing Address** MEDIANIA ALTA APARTADO 278 Loiza PR 00772 | **5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension** Día  Mes  Año Day  Month  Year | **9. Concesiones - Allowances** 0.00 **10. Propinas - Tips** |
| **2. Nombre y Dirección Postal del Patrono** Employer's Name and Mailing Address COMPAÑIA DE PARQUES NACIONALES DE PR PO BOX 9022089 SAN JUAN PR 00902-2089 | **6. Costo de Pensión o Anualidad** Cost of Pension or Annuity | **11. Total = 7 + 8 + 9 + 10** 34,814.86 **12. Gastos Reembolsados** Reimbursed Expenses 0.00 |

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| | |
|---|---|
| **17. Total Sueldos Seguro Social** Social Security Wages 34,814.86 | |
| **18. Seguro Social Retenido** Social Security Tax Withheld 2,158.52 | |
| **19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips 34,814.86 | |
| **20. Contrib. Medicare Retenida** Medicare Tax Withheld 504.82 | |
| **21. Propinas Seguro Social** Social Security Tips | |
| **22. Seguro Social no Retenido en Propinas - Uncollected** Social Security Tax on Tips | |
| **23. Contrib. Medicare no Retenida en Propinas - Uncollected** Medicare Tax on Tips | |

**Número de Teléfono del Patrono** Employer's Telephone Number (787) 622-5200

**Fecha Cese de Operaciones:** Dia  Mes  Año
Cease of Operations Date: Day  Month  Year

**Número Control - Control Number**
CPN   7710583

Copia B para Planilla
del Empleado
Copy B for Employee's
Tax Return

Año:
Year: **2008**

**13. Cont. Retenida - Tax Withheld** 1,295.14

**14. Fondo de Retiro - Retirement Fund** 2,291.60

**15. Aportaciones a Planes Cualific.** Contributions to CODA PLANS

**16. Salarios bajo Ley Núm. 324 de 2004** Salaries under Act No. 324 of 2004

Instrucciones al dorso - Instructions on back

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Retention: Ten (10) years from the filing date in the Returns Processing Bureau.

Prepared by: RR DONNELLEY DE PUERTO RICO, CORP.



Formulario
Form 499R-2/W-2PR
Rev. 07.09

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

1. Nombre - First Name

**Milagros**

Apellido(s) - Surname(s)

**Perez Ayala**

Dirección Postal del Empleado - Employee's Mailing Address

**MEDIANIA ALTA
APARTADO 278
Loiza PR 00772**

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

**COMPAÑIA DE PARQUES NACIONALES DE PR
PO BOX 9022089
SAN JUAN PR 00902-2089**

Número de Teléfono del Patrono
Employer's Telephone Number **(787) 622-5200**

Fecha Cese de Operaciones: Día Mes Año
Cease of Operations Date: Day___ Month___ Year___

Número Control - Control Number

**CPN  5808652**

3. Núm. Seguro Social
Social Security No.

**-5705**

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)

**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**

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension

Día Mes Año
Day___ Month___ Year___

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return

Año:
Year: **2009**

7. Sueldos - Wages
**35,394.76**

8. Comisiones - Commissions

9. Concesiones - Allowances
**0.00**

10. Propinas - Tips

11. Total = 7 + 8 + 9 + 10
**35,394.76**

12. Gastos Reembolsados
Reimbursed Expenses
**0.00**

13. Cont. Retenida - Tax Withheld
**1,860.42**

14. Fondo de Retiro - Retirement Fund
**2,424.72**

15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS

16. Salarios bajo Ley Núm. 324 de 2004
Salaries under Act No. 324 of 2004

17. Total Sueldos Seguro Social
Social Security Wages
**35,394.76**

18. Seguro Social Retenido
Social Security Tax Withheld
**2,194.48**

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips
**35,394.76**

20. Contrib. Medicare Retenida
Medicare Tax Withheld
**513.22**

21. Propinas-Seguro Social
Social Security Tips

22. Seguro Social no Retenido
en Propinas - Uncollected
Social Security Tax on Tips

23. Contrib. Medicare no Retenida
en Propinas - Uncollected
Medicare Tax on Tips

Instrucciones al dorso - Instructions on back

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Retention: Ten (10) years from the filing date in the Returns Processing Bureau.

Prepared by: RR DONNELLEY DE PUERTO RICO, CORP.

| Form 2/W-2PR Rev. | GOBIERNO DE PUERTO RICO GOVERNMENT OF PUERTO RICO DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY | | INFORMACIÓN PARA EL ERRARIO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|---|

**091000**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| 1. Nombre - First Name | 3. Núm. Seguro Social Social Security No. | 7. Sueldos - Wages | 17. Total Sueldos Seguro Social Social Security Wages |
|---|---|---|---|
| Milagros | __-__-5705 | 33,728.35 | 33,728.35 |
| Apellido(s) - Surname(s) | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) | 8. Comisiones - Commissions | 18. Seguro Social Retenido Social Security Tax Withheld |
| Perez Ayala | 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 | | 2,091.19 |
| Dirección Postal del Empleado - Employee's Mailing Address | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | 9. Concesiones - Allowances 0.00 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips 33,728.35 |
| MEDIANIA ALTA APARTADO 278 Loiza PR 00772 | Día Mes Año Day Month Year | 10. Propinas - Tips | 20. Contrib. Medicare Retenida Medicare Tax Withheld 489.06 |
| | 6. Costo de Pensión o Anualidad Cost of Pension or Annuity | 11. Total = 7 + 8 + 9 + 10 33,728.35 | |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address | | 12. Gastos Reembolsados Reimbursed Expenses 0.00 | 21. Propinas Seguro Social Social Security Tips |
| COMPAÑIA DE PARQUES NACIONALES DE PR PO BOX 9022089 SAN JUAN PR 00902-2089 | | 13. Cont. Retenida - Tax Withheld 1,689.29 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips |
| (787) 622-5200 | | 14. Fondo de Retiro - Retirement Fund 2,313.12 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips |
| Número de Teléfono del Patrono Employer's Telephone Number | Copia C para Récords del Empleado Copy C for Employee's Records | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | |
| Fecha Cese de Operaciones: Día Mes Año Cease of Operations Date: Day Month Year | | | 24. Sueldos y Propinas bajo Ley HIRE de 2010 - Wages and Tips under HIRE Act of 2010 |
| Número Control - Control Number CPN 103347712 | Año: Year: 2010 | 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 | |

**Instrucciones al dorso Copia B - Instructions on back of Copy B**

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Retention: Ten (10) years from the filing date in the Returns Processing Bureau.

Prepared by: RR DONNELLEY DE PUERTO RICO, CORP.

Case:17-03283-LTS  Doc#:Aviso07/20  Entered:07/20/20 15:56:21  Document  Page 38 of 49

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

DEPARTMENT OF THE TREASURY INFORMATION

INFORMACIÓN PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| 1. Nombre - First Name | |
|---|---|
| Milagros | |

| Apellido(s) - Surname(s) | |
|---|---|
| Perez Ayala | |

| Dirección Postal del Empleado - Employee's Mailing Address |
|---|
| MEDIANIA ALTA |
| APARTADO 278 |
| Loiza PR 00772 |

| 3. Núm. Seguro Social Social Security No. | -5705 |
|---|---|

| 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) | 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 |
|---|---|

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension

Día ____ Mes ____ Año ____
Day ____ Month ____ Year ____

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity

| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address |
|---|
| COMPAÑIA DE PARQUES NACIONALES DE PR |
| PO BOX 9022089 |
| SAN JUAN PR 00902-2089 |

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage

6B. Donativos
Charitable Contributions

| Número de Teléfono del Patrono Employer's Telephone Number | (787) 622-5200 |
|---|---|

| Fecha Cese de Operaciones: | Día Day | Mes Month | Año Year |
|---|---|---|---|
| Cease of Operations Date: | | | |

Número Control - Control Number

CPN : 112744200

Copia C para Récords
del Empleado
Copy C for Employee's
Records

Año:
Year: 2011

| 7. Sueldos - Wages | 38,664.22 |
|---|---|
| 8. Comisiones - Commissions | |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | |
| 11. Total = 7 + 8 + 9 + 10 | 38,664.22 |
| 12. Gastos Reembolsados Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2,203.89 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 2,586.01 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | |
| 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 | |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | |

| 17. Total Sueldos Seguro Social Social Security Wages | 38,664.22 |
|---|---|
| 18. Seguro Social Retenido Social Security Tax Withheld | 1,623.90 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 38,664.22 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 560.69 |
| 21. Propinas Seguro Social Social Security Tips | |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | |
| 23. Contrib. Medicare no Retenido en Propinas - Uncollected Medicare Tax on Tips | |

Instrucciones al dorso Copia B - Instructions on back of Copy B

Prepared by: RR DONNELLEY DE PUERTO RICO

Formulario
Form. 499R-2/W-2PR
Rev. 09.12

091200

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

GOVERNMENT OF PUERTO RICO
DEPARTMENT OF THE TREASURY

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| Field | Value |
|---|---|
| 1. Nombre - First Name | Milagros |
| Apellido(s) - Surname(s) | Perez Ayala |
| Dirección Postal del Empleado - Employee's Mailing Address | MEDIANIA ALTA<br>APARTADO 278<br>Loiza PR 00772 |
| 3. Núm. Seguro Social - Social Security No. | -5705 |
| 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) | 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 |
| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | Día / Mes / Año — Day / Month / Year |
| 6. Costo de Pensión o Anualidad - Cost of Pension or Annuity | |
| 7. Sueldos - Wages | 44,460.28 |
| 8. Comisiones - Commissions | |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | |
| 11. Total = 7 + 8 + 9 + 10 | 44,460.28 |
| 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 3,694.01 |
| 6B. Donativos - Charitable Contributions | 0.00 |
| 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2,608.54 |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | 2,613.36 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | |
| 16. Salarios bajo Ley 324-2004 - Salaries under Act 324-2004 | |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | |
| 17. Total Sueldos Seguro Social - Social Security Wages | 44,460.28 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 1,867.33 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 44,460.28 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 644.78 |
| 21. Propinas Seguro Social - Social Security Tips | |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | |

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
COMPAÑIA DE PARQUES NACIONALES DE PR
PO BOX 9022089
SAN JUAN PR 00902-2089

Número de Teléfono del Patrono
Employer's Telephone Number      (787) 622-5200

Fecha Cese de Operaciones: Día / Mes / Año
Cease of Operations Date: Day / Month / Year

Número Control - Control Number

CPN      122379531

Copia C para Récords
del Empleado
Copy C for Employee's
Records

Año:
Year:     2012

Instrucciones al dorso Copia B - Instructions on back of Copy B

Prepared by: RR DONNELLEY DE PUERTO RICO



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMPAÑIA DE**
**PARQUES NACIONALES**

| NAME | | SOC. SEC. # |
|---|---|---|
| Milagros Perez Ayala | | XXX-XX-5705 |

| REG. VACATION | SICK VACATION | AREA | PAY PERIOD | SALARY |
|---|---|---|---|---|
| | | Oficina de Servicios Gene | 01-FEB-2013  15-FEB-2013 | 2798.00 |

| Earnings | Hours | Amount | YTD | Deductions | Amount | YTD |
|---|---|---|---|---|---|---|
| Regular Salary | 82.50 | 1399.00 | 4197.00 | MEDICARE | 20.29 | 164.98 |
| Pago Estipulac | | 0.00 | 6580.00 | SS | 86.73 | 705.37 |
| Bono Especial | | 0.00 | 600.00 | (PR) SIT | 76.95 | 634.75 |
| | | | | Alejandro Olive | 310.00 | 929.77 |
| | | | | Triple SSS | 7.38 | 22.13 |
| | | | | AEELA Ahorros | 41.97 | 125.91 |
| | | | | Cuota Union | 11.00 | 33.00 |
| | | | | Prest Per Retir | 132.40 | 397.19 |
| | | | | Aport Retiro | 108.89 | 326.67 |
| | | | | AEELA Seguro | 3.50 | 10.50 |
| | | | | TripleSSS Segur | 44.00 | 132.00 |

| | CURRENT | YTD |
|---|---|---|
| Gross | 1399.00 | 11377.00 |
| Tax | 183.97 | 1505.10 |
| Other Deductions | 659.14 | 1977.17 |
| Net Pay | 555.89 | 7894.73 |



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMPAÑIA DE**
**PARQUES NACIONALES**

| DATE | PAY PERIOD |
|---|---|
| 15-FEB-2013 | 01-FEB-2013  15-FEB-2013 |

| EMPLOYEE NAME | DEPOSITED AMOUNT |
|---|---|
| Milagros Perez Ayala | $********555.89 |

000398

**\*\*\* DIRECT DEPOSIT STATEMENT / DO NOT CASH \*\*\***



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**COMPAÑIA DE**
**PARQUES NACIONALES**

| NAME | SOC. SEC. # |
|------|-------------|
| *Milagros Perez Ayala* | *XXX-XX-5705* |

| REG. VACATION | SICK VACATION | AREA | PAY PERIOD | SALARY |
|---|---|---|---|---|
| | | *Oficina de Servicios Gene* | *01-MAR-2013  15-MAR-2013* | *2798.00* |

| Earnings | Hours | Amount | YTD | Deductions | Amount | YTD |
|----------|-------|--------|-----|------------|--------|-----|
| Regular Salary | 82.50 | 1399.00 | 6995.00 | MEDICARE | 20.29 | 205.56 |
| Pago Estipulac | | 0.00 | 6580.00 | SS | 86.74 | 878.85 |
| Bono Especial | | 0.00 | 600.00 | (PR) SIT | 76.95 | 788.65 |
| | | | | Alejandro Olive | 310.00 | 1549.77 |
| | | | | Triple SSS | 7.38 | 36.88 |
| | | | | AEELA Ahorros | 41.97 | 209.85 |
| | | | | Cuota Union | 11.00 | 55.00 |
| | | | | Prest Per Retir | 132.40 | 661.98 |
| | | | | Aport Retiro | 108.89 | 544.45 |
| | | | | AEELA Seguro | 3.50 | 17.50 |
| | | | | TripleSSS Segur | 44.00 | 220.00 |

| | CURRENT | YTD |
|---|---------|-----|
| Gross | 1399.00 | 14175.00 |
| Tax | 183.98 | 1873.06 |
| Other Deductions | 659.14 | 3295.43 |
| Net Pay | 555.88 | 9006.51 |



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**COMPAÑIA DE**
**PARQUES NACIONALES**

| DATE | PAY PERIOD |
|------|------------|
| 15-MAR-2013 | 01-MAR-2013  15-MAR-2013 |

| EMPLOYEE NAME | DEPOSITED AMOUNT |
|---------------|------------------|
| Milagros Perez Ayala | $*******555.88 |

000314        **\*\*\* DIRECT DEPOSIT STATEMENT / DO NOT CASH \*\*\***



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMPAÑIA DE**
**PARQUES NACIONALES**

| NAME | | SOC. SEC. # |
|------|--|-------------|
| Milagros Perez Ayala | | XXX–XX–5705 |

| REG. VACATION | SICK VACATION | AREA | PAY PERIOD | SALARY |
|---|---|---|---|---|
| | | Oficina de Servicios Gene | 16–APR–2013  30–APR–2013 | 2798.00 |

| Earnings | Hours | Amount | YTD | Deductions | Amount | YTD |
|----------|-------|--------|-----|------------|--------|-----|
| Regular Salary | 82.50 | 1399.00 | 11192.00 | MEDICARE | 20.29 | 268.02 |
| Pago Estipulac | | 0.00 | 6580.00 | SS | 86.73 | 1145.88 |
| Bono Especial | | 0.00 | 710.00 | (PR) SIT | 76.95 | 1025.55 |
| | | | | Alejandro Olive | 310.00 | 2480.23 |
| | | | | Triple SSS | 7.37 | 59.00 |
| | | | | AEELA Ahorros | 41.97 | 335.76 |
| | | | | Cuota Union | 11.00 | 88.00 |
| | | | | Prest Per Retir | 132.39 | 1059.16 |
| | | | | Aport Retiro | 108.89 | 871.12 |
| | | | | AEELA Seguro | 3.50 | 28.00 |
| | | CURRENT | YTD | TripleSSS Segur | 44.00 | 352.00 |
| Gross | | 1399.00 | 18482.00 | | | |
| Tax | | 183.97 | 2439.45 | | | |
| Other Deductions | | 659.12 | 5273.27 | | | |
| Net Pay | | 555.91 | 10769.28 | | | |



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMPAÑIA DE**
**PARQUES NACIONALES**

| DATE | PAY PERIOD |
|------|------------|
| 30–APR–2013 | 16–APR–2013  30–APR–2013 |

| EMPLOYEE NAME | DEPOSITED AMOUNT |
|---------------|------------------|
| Milagros Perez Ayala | $********555.91 |

000476

**\*\*\* DIRECT DEPOSIT STATEMENT / DO NOT CASH \*\*\***



| | | | | NAME | | SOC. SEC. # |
|---|---|---|---|---|---|---|
| ESTADO LIBRE ASOCIADO DE PUERTO RICO COMPAÑIA DE PARQUES NACIONALES | | | | Milagros Perez Ayala | | XXX–XX–5705 |
| REG. VACATION | SICK VACATION | | AREA | | PAY PERIOD | SALARY |
| | | | Oficina de Servicios Gene | | 01–MAY–2013  15–MAY–2013 | 2798.00 |

| Earnings | Hours | Amount | YTD | Deductions | Amount | YTD |
|---|---|---|---|---|---|---|
| Regular Salary | 82.50 | 1399.00 | 12691.00 | MEDICARE | 20.29 | 288.31 |
| Pago Estipulac | | 0.00 | 6580.00 | SS | 86.74 | 1232.62 |
| Bono Especial | | 0.00 | 710.00 | (PR) SIT | 76.95 | 1102.50 |
| | | | | Alejandro Olive | 310.00 | 2790.23 |
| | | | | Triple SSS | 7.38 | 66.38 |
| | | | | AEELA Ahorros | 41.97 | 377.73 |
| | | | | Cuota Union | 11.00 | 99.00 |
| | | | | Prest Per Retir | 132.40 | 1191.56 |
| | | | | Aport Retiro | 108.89 | 980.01 |
| | | | | AEELA Seguro | 3.50 | 31.50 |
| | CURRENT | YTD | | TripleSSS Segur | 44.00 | 396.00 |
| Gross | 1399.00 | 19881.00 | | | | |
| Tax | 183.98 | 2623.43 | | | | |
| Other Deductions | 659.14 | 5932.41 | | | | |
| Net Pay | 555.88 | 11325.16 | | | | |



| | DATE | PAY PERIOD |
|---|---|---|
| ESTADO LIBRE ASOCIADO DE PUERTO RICO COMPAÑIA DE PARQUES NACIONALES | 15–MAY–2013 | 01–MAY–2013  15–MAY–2013 |

| EMPLOYEE NAME | DEPOSITED AMOUNT |
|---|---|
| Milagros Perez Ayala | $*******555.88 |

000325          *** DIRECT DEPOSIT STATEMENT / DO NOT CASH ***

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**COMPAÑIA DE**
**PARQUES NACIONALES**

| NAME | | SOC. SEC. # |
|---|---|---|
| Milagros Perez Ayala | | XXX–XX–5705 |

| REG. VACATION | SICK VACATION | AREA | PAY PERIOD | SALARY |
|---|---|---|---|---|
| | | Oficina de Servicios Gene | 01–JAN–2013  15–JAN–2013 | 2798.00 |

| Earnings | Hours | Amount | YTD | Deductions | Amount | YTD |
|---|---|---|---|---|---|---|
| Regular Salary | 82.50 | 1399.00 | 1399.00 | MEDICARE | 20.29 | 20.29 |
| | | | | SS | 58.76 | 58.76 |
| | | | | (PR) SIT | 76.95 | 76.95 |
| | | | | Alejandro Olive | 310.00 | 310.00 |
| | | | | Triple SSS | 7.38 | 7.38 |
| | | | | AEELA Ahorros | 41.97 | 41.97 |
| | | | | Cuota Union | 11.00 | 11.00 |
| | | | | Prest Per Retir | 132.40 | 132.40 |
| | | | | Aport Retiro | 108.89 | 108.89 |
| | CURRENT | YTD | | AEELA Seguro | 3.50 | 3.50 |
| Gross | 1399.00 | 1399.00 | | TripleSSS Segur | 44.00 | 44.00 |
| Tax | 156.00 | 156.00 | | | | |
| Other Deductions | 659.14 | 659.14 | | | | |
| Net Pay | 583.86 | 583.86 | | | | |





ESTADO LIBRE ASOCIADO DE PUERTO RICO
**COMPAÑIA DE**
**PARQUES NACIONALES**

| DATE | PAY PERIOD |
|---|---|
| 15–JAN–2013 | 01–JAN–2013  15–JAN–2013 |

| EMPLOYEE NAME | DEPOSITED AMOUNT |
|---|---|
| | $********583.86 |

000637        **\*\*\* DIRECT DEPOSIT STATEMENT / DO NOT CASH \*\*\***



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMPAÑIA DE PARQUES NACIONALES**

| NAME | | SOC. SEC. # |
|---|---|---|
| Milagros Perez Ayala | | XXX–XX–5705 |

| REG. VACATION | SICK VACATION | AREA | PAY PERIOD | SALARY |
|---|---|---|---|---|
| | | Oficina de Servicios Gene | 01–JUL–2013  15–JUL–2013 | 2943.00 |

| Earnings | Hours | Amount | YTD | Deductions | Amount | YTD |
|---|---|---|---|---|---|---|
| Regular Salary | 82.50 | 1471.50 | 18259.50 | SS | 91.23 | 1748.41 |
| Exceso Enf | | 0.00 | 2650.74 | MEDICARE | 21.34 | 408.96 |
| Pago Estipulac | | 0.00 | 6580.00 | (PR) SIT | 80.93 | 1599.83 |
| Bono Especial | | 0.00 | 710.00 | Alejandro Olive | 0.00 | 3410.23 |
| | | | | AEELA Ahorros | 44.15 | 547.79 |
| | | | | Cuota Union | 11.00 | 143.00 |
| | | | | TripleSSS Segur | 44.00 | 572.00 |
| | | | | Prest Per Retir | 132.40 | 1721.17 |
| | | | | Retiro Hibrido | 138.90 | 138.90 |
| | | | | Aport Retiro | 0.00 | 1306.68 |
| | CURRENT | YTD | | AEELA Seguro | 3.50 | 45.50 |
| Gross | 1471.50 | 28200.24 | | Triple SSS | 7.38 | 95.88 |
| Tax | 193.50 | 3757.20 | | Retiro Seg Inca | 3.68 | 3.68 |
| Other Deductions | 385.01 | 7984.83 | | | | |
| Net Pay | 892.99 | 16458.21 | | | | |



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMPAÑIA DE PARQUES NACIONALES**

| DATE | PAY PERIOD |
|---|---|
| 12–JUL–2013 | 01–JUL–2013  15–JUL–2013 |

| EMPLOYEE NAME | DEPOSITED AMOUNT |
|---|---|
| Milagros Perez Ayala | $*******892.99 |

000298

## *** DIRECT DEPOSIT STATEMENT / DO NOT CASH ***

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | |
|---|---|
| Grupo de Pago: ....Mensal | Business Unit: PUERT |
| Desde: ......../..2013 | Aviso #: 4322545 |
| Hasta: 09/30/2013 | Fecha Aviso: 09/30/2013 |

| | | |
|---|---|---|
| MILAGROS PEREZ AYALA | # Empleado: XXXXX5705 | DATA IMP: Federal | PR |
| MEDIANIA ALTA | Dept: 530100-Merito-Edad-Svc-Opcional-001 | Estado Civil: Single | Single |
| PO BOX 278 | Lugar: Ley 447 de 15 de mayo de 1951 | Concesiones: 0 | 0 |
| LOIZA PR 00772-0278 | Titulo: Pensionado | Pct. Adcl.: |
| SS: XXX-XX-5705 | Sueldo: $1,797.03 Monthly | Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
|---|---|---|---|---|---|
| | | Corriente | | Acumulado | |
| Pago Retro Pensionados | | | 1,826.01 | | 1,826.01 |
| Pago de Salarios Regulares | | 0.00 | 82.50 | | 898.52 |
| **Total:** | | | 1,826.01 | 82.50 | 2,724.53 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RC-Pres Pers Ret Cen-E Clasif | 410.43 | 410.43 |
| RC-Prestamo SNC | 1,171.76 | 1,171.76 |
| **Total:** | 1,582.19 | 1,582.19 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 1,826.01 |
| Acumulado: | 2,724.53 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

### DEDUCCIONES TOTALES

| | |
|---|---|
| 1,582.19 | |
| 1,582.19 | |

### PAGA NETA

| | |
|---|---|
| 243.82 | |
| 1,142.34 | |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donado: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4322545 | 243.82 |
| **Total:** | 243.82 |

MENSAJE:

**CONTACTOS: CentroRetiro- San Juan, Caguas, Humacao, Mayagüez, Ponce**
PO BOX 42003 San Juan, PR 00940-2203 * 437 Ave Ponce de León San Juan PR 00917-3711
Tel. 787-777-1500 * Fax 787-764-6058 * cesresanjuan@retiro.pr.gov * www.retiro.pr.gov
ContactoRetiro 787-777-1500 * Isla 1-877-777-2020 * TelePréstamo 787-957-8181

---

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

**Fecha**
09/30/2013

**Aviso No.**
4322545

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $243.82 |
| **Total:** | | $243.82 |

Cant. Deposito: __$243.82__

TRAY 146 SQ27739***************AUTO**5-DIGIT 00772    27739 1 AV 0.360
MILAGROS PEREZ AYALA
MEDIANIA ALTA
PO BOX 278
LOIZA PR 00772-0278

NO-NEGOCIABLE

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | |
|---|---|
| Grupo de Pago: S 1-Quincenal | Business Unit: PUERT |
| Desde: 10/16/2013 | Aviso #: 4815091 |
| Hasta: 10/31/2013 | Fecha Aviso: 10/30/2013 |

MILAGROS PEREZ AYALA
MEDIANIA ALTA
PO BOX 278
LOIZA PR 00772-0278
SS: XXX-XX-5705

# Empleado: XXXXX5705
Dept: 530100-Merito-Edad-Svc-Opcional-001
Lugar: Ley 447 de 15 de mayo de 1951
Titulo: Pensionado
Sueldo: $1,797.03 Monthly

DATA IMP: Federal PR
Estado Civil: Single Single
Concesiones: 0 0
Pet. Adel.:
Cant. Adel.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 898.52 | 255.00 | 2,695.56 | |
| Pago Retro Pensionados | | 0.00 | | 1,826.01 | |
| Total: | | 898.52 | 255.00 | 4,521.57 | |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RC-Pres Pens Ret Cen-E Clasif | 132.40 | 542.83 |
| RC-Prestamo SNC | 219.44 | 1,391.20 |
| Total: | 351.84 | 1,934.03 |

## BENEFICIOS PATRONALES PAGADOS

* Tributable

| | Corriente | Acumulado | | Total Impuestos | | Deducciones Totales | | Paga Neta |
|---|---|---|---|---|---|---|---|---|
| TOTAL BRUTO | | | | | | | | |
| Corriente: | 898.52 | | | 0.00 | | 351.84 | | 546.68 |
| Acumulado: | 4,521.57 | | | 0.00 | | 1,934.03 | | 2,587.54 |

## DISTRIBUCION PAGA NETA
Aviso #4815091  546.68
Total:  546.68

| STO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | 0.0 |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

CONTACTOS: CentroRetiro- San Juan, Caguas, Humacao, Mayagüez, Ponce
PO BOX 42003 San Juan, PR 00940-2203 * 437 Ave Ponce de León San Juan PR 00917-3711
Tel. 787-777-1500 * Fax 787-764-6058 * cesresanjuan@retiro.pr.gov * www.retiro.pr.gov
ContactoRetiro 787-777-1500 * Isla 1-877-777-2020 * TelePréstamo 787-957-8181

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

Fecha 10/30/2013

Aviso No. 4815091

Cant. Deposito: $546.68

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $546.68 |
| Total: | | $546.68 |

TRAY 101 SQ 20460***********AUTO**SCH 5-DIGIT 00729    20460 2 AV 0.381
MILAGROS PEREZ AYALA
MEDIANIA ALTA
PO BOX 278
LOIZA PR 00772-0278

NO-NEGOCIABLE

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| Desde: | 11/01/2013 | Aviso #: | 5084752 |
| Hasta: | 11/15/2013 | Fecha Aviso: | 11/15/2013 |

| MILAGROS PEREZ AYALA | # Empleado: | XXXXX5705 | DATA IMP: | Federal | PR |
| MEDIANIA ALTA | Dept: | 530100-Merito-Edad-Svc-Opcional-001 | Estado Civil: | Single | Single |
| PO BOX 278 | Lugar: | Ley 447 de 15 de mayo de 1951 | Concesiones: | 0 | 0 |
| LOIZA PR 00772-0278 | Titulo: | Pensionado | Pet. Adel.: | | |
| SS: XXX-XX-5705 | Sueldo: | $1,797.03 Monthly | Cant. Adel.: | | |

### HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 898.52 | 412.50 | 4,492.60 | | | |
| Pago Retro Pensionados | | | 0.00 | | 1,826.01 | | | |
| **Total:** | | | **898.52** | **412.50** | **6,318.61** | **Total:** | **0.00** | **0.00** |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RC-Pres Pers Ret Cen-E Clasif | 132.40 | 807.63 | | | |
| | | | RC-Prestamo SNC | 219.44 | 1,830.08 | | | |
| **Total:** | **0.00** | **0.00** | **Total:** | **351.84** | **2,637.71** | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| Corriente: | 898.52 | | 0.00 | 351.84 | 546.68 |
| Acumulado: | 6,318.61 | | 0.00 | 2,637.71 | 3,680.90 |

### BIO HORAS / ACUM

| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

Aviso #5084752 | 546.68

**Total:** | 546.68

**MENSAJE:**

**CONTACTOS: CentroRetiro- San Juan, Caguas, Humacao, Mayagüez, Ponce**
PO BOX 42003 San Juan, PR 00940-2203 * 437 Ave Ponce de León San Juan PR 00917-3711
Tel. 787-777-1500 * Fax 787-764-6058 * cesresanjuan@retiro.pr.gov * www.retiro.pr.gov
ContactoRetiro 787-777-1500 * Isla 1-877-777-2020 * TelePréstamo 787-957-8181

---

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

**Fecha**
11/15/2013

**Aviso No.**
5084752

Cant. Deposito: $546.68

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 7 | $546.68 |
| **Total:** | | **$546.68** |

TRAY 101 SQ 20460**********AUTO**SCH 5-DIGIT 00729  20460 2 AV 0.381
MILAGROS PEREZ AYALA
MEDIANIA ALTA
PO BOX 278
LOIZA PR 00772-0278

**NO-NEGOCIABLE**

**Estado Libre Asocindo de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | |
|---|---|
| Grupo de Pago: SM Quincenal | Business Unit: PUERT |
| Desde: 12/01/2013 | Aviso #: 5854874 |
| Hasta: 12/15/2013 | Fecha Aviso: 12/13/2013 |

MILAGROS PEREZ AYALA
MEDIANIA ALTA
PO BOX 278
LOIZA PR 00772-0278
SS: XXX-XX-5705

| | |
|---|---|
| # Empleado: XXXXX5705 | DATA IMP: Federal  PR |
| Dept: 530100-Merito-Edad-Svc-Opcional-001 | Estado Civil: Single  Single |
| Lugar: Ley 447 de 15 de mayo de 1951 | Concesiones: 0  0 |
| Título: Pensionado | Pct. Adcl.: |
| Sueldo: $1,797.03 Monthly | Cant. Adcl.: |

## HORAS E INGRESOS

| | Corriente | | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 898.52 | 577.50 | 6,289.64 | | | | |
| Pago Retiro Pensionados | | 0.00 | | 1,826.01 | | | | |
| **Total:** | | 898.52 | 577.50 | 8,115.65 | | **Total:** | 0.00 | 0.00 |

## DEDUCCIONES | DEDUCCIONES GENERALES | BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RC-Pres Pers Ret Cen-E Clasif | 132.40 | 1,072.43 | | | |
| | | | RC-Prestamo SNC | 219.44 | 2,268.96 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 3.50 | 7.00 | | | |
| | | | Ahorros-AEELA | 26.96 | 53.92 | | | |
| **Total:** | 0.00 | 0.00 | **Total:** | 382.30 | 3,402.31 | * Tributable | | |

| TOTAL BRUTO | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 898.52 | 0.00 | 382.30 | 516.22 |
| Acumulado: | 8,115.65 | 0.00 | 3,402.31 | 4,713.34 |

| CTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #5854874 | 516.22 |
| + Acumulado: | | | | |
| - Utilizado: | | | | |
| - Donada: | | | **Total:** | 516.22 |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

**CONTACTOS:  CentroRetiro- San Juan, Caguas, Humacao, Mayagüez, Ponce**
PO BOX 42003 San Juan, PR 00940-2203 * 437 Ave Ponce de León San Juan PR 00917-3711
Tel. 787-777-1500 * Fax 787-764-6058 * cesresanjuan@retiro.pr.gov * www.retiro.pr.gov
ContactoRetiro  787-777-1500 * Isla 1-877-777-2020 * TelePréstamo  787-957-8181

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

**Fecha**
12/13/2013

**Aviso No.**
5854874

Cant. Deposito:   $516.22

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | | $516.22 |
| **Total:** | | $516.22 |

TRAY 101 SQ 20460**********AUTO**SCH 5-DIGIT 00729   20460 2 AV 0.381
MILAGROS PEREZ AYALA
MEDIANIA ALTA
PO BOX 278
LOIZA PR 00772-0278

NO-NEGOCIABLE