Milagros Perez [illegible]
P.O. Box 278 Loiza
Puerto Rico 00772


CERTIFIED MAIL


U.S. POSTAGE PAID
FC PKG RTL
LOIZA, PR
00772
SEP 16, 20
AMOUNT
$11.70
R2305K132912-08

RECEIVED & FILED
2020 SEP 22 PM 4:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918

Case No. 17 BK 3283-LTS