UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>**Re: ECF No. 13817, 13818, 14053, 14086, 14252, 14286, 14296**<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK-4780-LTS<br><br>**This Motion relates only to PREPA.** |

**URGENT MOTION FOR EXTENSION OF TIME TO COMPLY
WITH ORDER REGARDING JOINT STATUS REPORT**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

TO THE HONORABLE COURT:

COMES NOW the Puerto Rico Electric Power Authority ("PREPA"), through its counsel and respectfully states as follows:

On September 15, 2020, the Court entered an *Order Regarding Joint Status Report on Order Regarding Motion of Efron Dorado, S.E. for Relief from the Automatic Stay* (the "Order") (ECF No. 14296).[2] The Order directed the parties to file a status report on or before September 23, 2020, concerning whether there remains the need to proceed with oral argument with respect to the *Motion of Efron Dorado, S.E. for Relief from the Automatic Stay and Memorandum of Law in Support Thereof* (the "Motion") (ECF No. 13817). The undersigned has made several efforts to locate counsel for Movant to coordinate and file the status report in compliance with the Order, to no avail. PREPA understands that a seven (7) day extension of time to file the status report is reasonable for the parties to meet, confer and file the status report in compliance with the Order.

WHEREFORE, PREPA respectfully requests the Court to grant an extension of time of seven (7) days, that is until September 30, 2020, to confer with Movant and comply with the Order.

In San Juan, Puerto Rico, this 23rd day of September 2020.

[*Remainder of the page intentionally left blank.*]

---

[2] Docket references are to case no. 17-BK-04780-LTS.

2

/s/ Katiuska Bolaños
Katiuska Bolaños
USDC-PR No. 231812
kbolanos@diazvaz.law

**DÍAZ & VÁZQUEZ LAW FIRM, PSC**
290 Jesús T. Piñero Ave.
Scotiabank Tower, Suite 1105
San Juan, PR 00918
PO Box 11689
San Juan, PR 00922-1689
Tel.: (787) 395-7133
Fax. (787) 497-9664

*Counsel for Puerto Rico Electric Power Authority*

<u>Exhibit A</u>
Proposed Order

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[3] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK-4780-LTS |

### ORDER REGARDING URGENT MOTION FOR EXTENSION OF TIME TO COMPLY WITH ORDER REGARDING JOINT STATUS REPORT

The Court has received and reviewed the *Urgent Motion for Extension of Time to Comply with Order Regarding Joint Status Report* (Docket Entry No. ____ in Case No. 17-3283 and Docket Entry No. ____ in Case No. 17-4780) filed by the Puerto Rico Electric Power Authority (PREPA). The Parties must file a status report on or before September 30, 2020, concerning whether there remains a need to proceed with oral argument with respect to *Motion of Efron*

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Dorado, S.E. for Relief from the Automatic Stay and Memorandum of Law in Support Thereof* (Docket Entry No. 13817 in Case No. 17- 3283 and Docket Entry No. 2089 in Case No. 17-4780).

SO ORDERED.

Dated: September __, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

6