## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

## INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT
## AND MANAGEMENT BOARD FOR PUERTO RICO REGARDING
## PENDING OMNIBUS OBJECTIONS TO CLAIMS

To the Honorable United States District Court Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"),

as the sole representative of the Debtors pursuant to Section 315(b) of the *Puerto Rico Oversight,*

*Management, and Economic Stability Act* ("PROMESA"),[2] respectfully submits this informative

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

motion (the "Informative Motion") in response to certain questions raised by the Court at the September 16, 2020 omnibus hearing (the "September Hearing"), and in support of this Informative Motion, the Oversight Board respectfully states as follows:

1.     As a result of pandemic-related restrictions in Puerto Rico, including regarding courthouse operations and the inability of the Court to hold in-person hearings, the Debtors have been unable to prosecute pending omnibus objections to claims (the "Adjourned Objections") and, instead, hearings with respect thereto have been adjourned from time to time.[3] *See, e.g.*, ECF Nos. 12750, 13232, 13702, 14138.  Accordingly, over one hundred sixty omnibus objections to claims, affecting over 60,000 claimants, remain pending before the Court and are scheduled to be heard at the October 28-29, 2020 omnibus hearing (the "October Hearing").  In addition, on September 11, 2020, the Debtors filed an additional seventeen omnibus objections, covering 637 claims, which objections are noticed for the October Hearing (together with the Adjourned Objections, the "Objections").

2.     As set forth in the *Status Report of Financial Oversight and Management Board in Connection with September 16-17, 2020 Omnibus Hearing* [ECF No. 14315], the Debtors have proposed establishing a satellite hearing location at the Prime Clerk collection center located at Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918 (the "Satellite Site"), at which claimants who responded to the Objections may be permitted to appear and speak at a hearing, along with their interpreters.  At the September Hearing, the Court recognized this as a "promising development," Sept. Hr'g. Tr. 9:5, but requested additional information from the Oversight Board regarding (1) the public health and safety measures the Debtors intend to follow

---

[3] The Adjourned Objections are identified in Appendix A to the *Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the September 16, 2020 Omnibus Hearing to the October 28, 2020 Omnibus Hearing* [ECF No. 14138] (the "September Adjournment Notice").

at the Satellite Site, and (2) the number of responses to the Objections received by the Oversight Board and the Debtors.

3.      With the capacity restrictions currently in place, a maximum of eight people may be inside the Satellite Site at any given time.  The Oversight Board shall have one Prime Clerk staff member present inside the Satellite Site to both manage traffic flow into and out of the Satellite Site and to provide technological and other assistance to claimants.  Additional Prime Clerk personnel will be available at the facility, to coordinate foot traffic outside the premises, in the lobby, or in the hallways, as necessary, but will not be physically present within the Satellite Site.  The Debtors will make an interpreter available at the Satellite Site, leaving space available for up to six claimants and claimant-provided interpreters inside the Satellite Site at any time.  The Satellite Site contains three rooms, each of which may contain a claimant and either the Debtors' or the claimant's interpreter.  The Prime Clerk staff member will assist with continuously staging the claimants within each of the three rooms in the order they are listed on the agenda, in order to reduce disruption and lag time between claimants wishing to speak at the hearing.

4.      To minimize the need for claimants to touch shared equipment, each of the three rooms inside the Satellite Site will be equipped with a conference phone with speaker phone capabilities.  With the Court's authorization, the conference phones will dial in to the main court hearing line.  Claimants will not be required to touch this conference phone in order to speak and be heard.  Accordingly, there will be no need for claimants or their interpreters (to the extent necessary) to share headsets or handsets with other participants in the hearings.  Face masks will be mandatory while inside the Satellite Site.  In addition, all high-touch surfaces, such as tables or chair arms, will be sanitized in between use.

5.      With respect to the number of claim objection responses currently pending, the

Oversight Board tracks responses that are filed on the docket, as well as responses mailed to either Prime Clerk, counsel for the Oversight Board, and/or counsel for the Official Committee of Unsecured Creditors (the "Committee").  Notwithstanding that a response may not have been filed with the Court, the Oversight Board treats responses mailed to Prime Clerk, counsel for the Oversight Board, and/or counsel for the Committee as responses to Objections, and will be prepared to address all such mailed responses at any hearing on the Objections.  It must be noted that mailed responses received by Prime Clerk may be either (*i*) responses to the mailings authorized ("Authorized Mailing Responses") by this Court's *Order Granting in Part and Adjourning in Part Debtors' Motion for Entry of An Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Forms of Notice, (C) Approving Proposed Mailing, and (D) Granting Related Relief* [ECF No. 8453] (the "Authorized Mailings Order") or (*ii*) unsolicited mailings submitted by claimants.  It is not uncommon for the Oversight Board to receive multiple mailings, as well as multiple docket responses, for any individual claim. Accordingly, the Oversight Board's response data reflects aggregate responses per claim, and not total responses.  For example, if a claimant, for a single proof of claim, filed two docket responses, mailed counsel for the Oversight Board and the UCC a copy of both docket responses, and completed a response to the mailings authorized by the Authorized Mailings Order (*i.e.*, seven total submissions), those seven submissions would be recorded as a single response.

6.      As of the date of this filing, the Oversight Board has reviewed docketed responses as of the morning of September 18, and has processed Authorized Mailing Responses as of September 15.  The Oversight Board continues to review docketed responses as they are posted, and continues to process both Authorized Mailing Responses and unsolicited mailings as they are received.  As of the date of this filing, responses are currently outstanding with respect to 3,747

claims.  The Oversight Board's review and analysis of these responses remains ongoing, but the Oversight Board presently anticipates that, based upon the substance of the responses, at least 3,550 of these claims will be transferred into either the ADR Procedures (as defined in the *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Forms of Notice, and (C) Granting Related Relief* [ECF No. 12576]) or Administrative Claims Reconciliation (as defined in the *Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12274]).

7.      Information reflecting the breakdown of these responses on an objection-by-objection basis is set forth on Appendix A hereto.  Therein, the columns titled "Any Responses" reflect any responses received by the Debtors, whether on the docket, in an Authorized Mailing Response, or via an unsolicited mailing.  The columns titled "Docketed Responses" refer to responses filed with the Court.

8.      The Oversight Board proposes to proceed with the following ten objections at the October Hearing:

- *Seventy-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 8964];

- *Seventy-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 8965];

- *Eightieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 8967];

- *Eighty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto*

5

*Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 8968];

- *Eighty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 8969];

- *Eighty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 8970];

- *Eighty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 8971];

- *Eighty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 8973];

- *Eighty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 8975];

- *Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 8976].

9.      To minimize overlap with other matters scheduled to be heard at the October Hearing, the Oversight Board further proposes that these objections be heard starting on the morning of October 29, 2020.

10.     The Oversight Board proposes to proceed with the remaining Objections at hearings to be held on November 18, 2020 and November 20, 2020.

[*Remainder of this page intentionally left blank.*]

**WHEREFORE** the Oversight Board respectfully requests the Court take notice of the foregoing.

Dated: September 24, 2020
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
      brosen@proskauer.com

-and-

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and
Management Board as Representative of
the Debtors*

8

**Appendix A**

**A.  December Objections**:

| # | Objection Titles | Any Responses (Timely) | Any Responses (Untimely)[4] | Docketed Responses (Timely) | Docketed Responses (Untimely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|---|---|
| 78 | *Seventy-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 8964] | 44 | 2 | 3 | 2 | 41 |
| 79 | *Seventy-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 8965] | 52 | 5 | 9 | 4 | 49 |

---

[4] Pursuant to the *Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) Continuing the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice, and (D) Granting Related Relief* [ECF No. 12325] (the "December and January Extension Order"), claimants subject to the December Objections (as defined in the September Adjournment Notice) were granted an extension, to and including 4:00pm (A.S.T.) on March 27, 2020 (the "Extended Response Deadline"), to respond to the December Objections.  Responses received after the Extended Response Deadline "shall not be considered by the Court."  December and January Extension Order, ¶ 3.  The Oversight Board is providing information regarding the number of untimely responses received to the December Objections solely for the purposes of planning traffic flow at the Satellite Site.

| # | Objection Titles | Any Responses (Timely) | Any Responses (Untimely)[4] | Docketed Responses (Timely) | Docketed Responses (Untimely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|---|---|
| 80 | *Eightieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 8967] | 63 | 3 | 7 | 0 | 59 |
| 81 | *Eighty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 8968] | 42 | 6 | 7 | 2 | 42 |
| 82 | *Eighty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 8969] | 51 | 8 | 5 | 4 | 49 |

| # | Objection Titles | Any Responses (Timely) | Any Responses (Untimely)[4] | Docketed Responses (Timely) | Docketed Responses (Untimely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|---|---|
| 83 | *Eighty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 8970] | 61 | 6 | 7 | 6 | 59 |
| 84 | *Eighty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 8971] | 38 | 3 | 3 | 0 | 37 |
| 85 | *Eighty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 8973] | 61 | 7 | 12 | 5 | 61 |

| # | Objection Titles | Any Responses (Timely) | Any Responses (Untimely)[4] | Docketed Responses (Timely) | Docketed Responses (Untimely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|---|---|
| 86 | *Eighty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 8975] | 71 | 7 | 13 | 5 | 71 |
| 87 | *Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 8976] | 77 | 5 | 21 | 4 | 76 |
| 88 | *Eighty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 8977] | 77 | 5 | 6 | 5 | 76 |

| # | Objection Titles | Any Responses (Timely) | Any Responses (Untimely)[4] | Docketed Responses (Timely) | Docketed Responses (Untimely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|---|---|
| 89 | *Eighty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 8978] | 78 | 9 | 8 | 6 | 77 |
| 90 | *Ninetieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 8979] | 72 | 11 | 7 | 11 | 72 |
| 91 | *Ninety-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 8980] | 88 | 9 | 19 | 5 | 88 |

| # | Objection Titles | Any Responses (Timely) | Any Responses (Untimely)[4] | Docketed Responses (Timely) | Docketed Responses (Untimely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|---|---|
| 92 | *Ninety-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 8981] | 75 | 5 | 9 | 2 | 75 |
| 93 | *Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 8982] | 5 | 2 | 0 | 2 | 5 |
| 94 | *Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 8983] | 53 | 2 | 6 | 2 | 49 |
| 95 | *Ninety-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 8984] | 37 | 2 | 3 | 1 | 34 |

**B. January Objections:**

| # | Objection Titles | Any Responses (Timely) | Any Responses (Untimely)[5] | Docket Responses (Timely) | Docket Responses (Untimely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|---|---|
| 96 | *Ninety-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 9546] | 41 | 0 | 34 | 0 | 40 |
| 97 | *Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 9547] | 58 | 7 | 45 | 6 | 57 |

---

[5] Pursuant to the December and January Extension Order, claimants subject to the January Objections (as defined in the September Adjournment Notice) were granted an extension, to and including 4:00pm (A.S.T.) on March 27, 2020 (the "Extended Response Deadline"), to respond to the January Objections.  Responses received after the Extended Response Deadline "shall not be considered by the Court."  December and January Extension Order, ¶ 3.  The Oversight Board is providing information regarding the number of untimely responses received to the January Objections solely for the purposes of planning traffic flow at the Satellite Site.

| # | Objection Titles | Any Responses (Timely) | Any Responses (Untimely)[5] | Docket Responses (Timely) | Docket Responses (Untimely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|---|---|
| 98 | *Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 9548] | 49 | 3 | 41 | 2 | 49 |
| 99 | *Ninety-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 9549] | 33 | 7 | 25 | 3 | 33 |
| 100 | *One Hundredth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 9550] | 53 | 10 | 36 | 8 | 53 |

| # | Objection Titles | Any Responses (Timely) | Any Responses (Untimely)[5] | Docket Responses (Timely) | Docket Responses (Untimely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|---|---|
| 101 | *One Hundred First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 9551] | 36 | 3 | 25 | 2 | 35 |
| 102 | *One Hundred Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 9552] | 32 | 3 | 24 | 2 | 30 |
| 103 | *One Hundred Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 9553] | 51 | 3 | 37 | 3 | 51 |

| # | Objection Titles | Any Responses (Timely) | Any Responses (Untimely)[5] | Docket Responses (Timely) | Docket Responses (Untimely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|---|---|
| 104 | *One Hundred Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 9554] | 32 | 3 | 21 | 2 | 31 |
| 105 | *One Hundred Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 9555] | 29 | 5 | 19 | 1 | 28 |
| 106 | *One Hundred Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 9556] | 53 | 1 | 29 | 1 | 53 |

| # | Objection Titles | Any Responses (Timely) | Any Responses (Untimely)[5] | Docket Responses (Timely) | Docket Responses (Untimely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|---|---|
| 107 | *One Hundred Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 9557] | 40 | 4 | 29 | 2 | 39 |
| 108 | *One Hundred Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided* [ECF No. 9558] | 33 | 6 | 22 | 3 | 32 |
| 109 | *One Hundred Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 9559] | 37 | 16 | 25 | 13 | 36 |

| # | Objection Titles | Any Responses (Timely) | Any Responses (Untimely)[5] | Docket Responses (Timely) | Docket Responses (Untimely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|---|---|
| 110 | *One Hundred Tenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 9560] | 70 | 17 | 58 | 14 | 66 |
| 111 | *One Hundred Eleventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 9561] | 46 | 4 | 39 | 3 | 45 |
| 112 | *One Hundred Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 9562] | 42 | 11 | 30 | 10 | 41 |

| # | Objection Titles | Any Responses (Timely) | Any Responses (Untimely)[5] | Docket Responses (Timely) | Docket Responses (Untimely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|---|---|
| 113 | *One Hundred Thirteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 9563] | 60 | 7 | 40 | 5 | 59 |
| 114 | *One Hundred Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 9564] | 48 | 12 | 37 | 7 | 43 |
| 115 | *One Hundred Fifteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 9565] | 53 | 4 | 44 | 3 | 52 |

| # | Objection Titles | Any Responses (Timely) | Any Responses (Untimely)[5] | Docket Responses (Timely) | Docket Responses (Untimely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|---|---|
| 116 | *One Hundred Sixteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 9566] | 40 | 10 | 26 | 8 | 40 |
| 117 | *One Hundred Seventeenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 9567] | 57 | 16 | 38 | 13 | 57 |
| 118 | *One Hundred Eighteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* [ECF No. 9568] | 40 | 5 | 31 | 5 | 32 |
| 119 | *One Hundred Nineteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 9569] | 41 | 3 | 29 | 2 | 40 |

| # | Objection Titles | Any Responses (Timely) | Any Responses (Untimely)[5] | Docket Responses (Timely) | Docket Responses (Untimely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|---|---|
| 120 | *One Hundred Twentieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 9570] | 30 | 9 | 19 | 6 | 30 |
| 121 | *One Hundred Twenty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 9572] | 34 | 7 | 21 | 6 | 32 |
| 122 | *One Hundred Twenty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 9574] | 36 | 6 | 23 | 6 | 34 |
| 123 | *One Hundred Twenty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 9576] | 27 | 11 | 17 | 3 | 26 |

**C. March Objections**

| # | Objection Titles | Any Responses (Timely)[6] | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|
| 124 | *One Hundred Twenty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* [ECF No. 9892] | 32 | 26 | 31 |
| 125 | *One Hundred Twenty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* [ECF No. 9894] | 38 | 32 | 38 |
| 126 | *One Hundred Twenty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* [ECF No. 9895] | 24 | 18 | 24 |

---

[6] At the March 4 and March 5, 2020 omnibus hearing (the "March Hearing"), the Court granted the March Objections (as defined in the September Adjournment Notice) as to those claimants who had neither filed responses nor submitted supplemental mailings as of the March Hearing (collectively, the "Non-Responding Claimants"). By orders dated April 3, 2020, and April 7, 2020, the Court disallowed the Non-Responding Claimants' claims. March Objections to claims filed by individuals who filed responses to the March Objections or who had submitted a mailing response (collectively, the "Responding Claimants") remain pending and will be heard at the Satellite Site.

| # | Objection Titles | Any Responses (Timely)[6] | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|
| 127 | *One Hundred Twenty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* [ECF No. 9897] | 38 | 32 | 38 |
| 128 | *One Hundred Twenty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* [ECF No. 9900] | 28 | 25 | 26 |
| 129 | *One Hundred Twenty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* [ECF No. 9901] | 32 | 20 | 32 |
| 130 | *One Hundred Thirtieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* [ECF No. 9903] | 23 | 16 | 23 |
| 131 | *One Hundred Thirty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* [ECF No. 9905] | 38 | 28 | 38 |

| # | Objection Titles | Any Responses (Timely)[6] | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|
| 132 | *One Hundred Thirty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* [ECF No. 9906] | 33 | 28 | 33 |
| 133 | *One Hundred Thirty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* [ECF No. 9907] | 23 | 19 | 23 |
| 134 | *One Hundred Thirty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* [ECF No. 9908] | 31 | 22 | 31 |
| 135 | *One Hundred Thirty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes* [ECF No. 9911] | 58 | 47 | 56 |
| 136 | *One Hundred Thirty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes* [ECF No. 9912] | 40 | 32 | 39 |

| # | Objection Titles | Any Responses (Timely)[6] | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|
| 137 | *One Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes* [ECF No. 9915] | 31 | 26 | 30 |
| 138 | *One Hundred Thirty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes* [ECF No. 9917] | 30 | 29 | 28 |
| 139 | *One Hundred Thirty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes* [ECF No. 9921] | 50 | 41 | 47 |
| 140 | *One Hundred Fortieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes* [ECF No. 9933] | 39 | 33 | 39 |
| 141 | *One Hundred Forty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes* [ECF No. 9934] | 45 | 39 | 43 |

| # | Objection Titles | Any Responses (Timely)[6] | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|
| 142 | *One Hundred Forty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes* [ECF No. 9935] | 30 | 23 | 30 |
| 143 | *One Hundred Forty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes* [ECF No. 9936] | 32 | 26 | 31 |
| 144 | *One Hundred Forty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes* [ECF No. 9937] | 42 | 35 | 41 |
| 145 | *One Hundred Forty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes* [ECF No. 9938] | 32 | 28 | 29 |
| 146 | *One Hundred Forty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes* [ECF No. 9939] | 44 | 41 | 44 |

| # | Objection Titles | Any Responses (Timely)[6] | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|
| 147 | *One Hundred Forty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes* [ECF No. 9940] | 39 | 33 | 39 |
| 148 | *One Hundred Forty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes* [ECF No. 9941] | 35 | 32 | 34 |
| 149 | *One Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 9942] | 25 | 17 | 25 |
| 150 | *One Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 9943] | 34 | 25 | 34 |
| 155 | *One Hundred Fifty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 9944] | 24 | 21 | 23 |

| # | Objection Titles | Any Responses (Timely)[6] | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|
| 156 | *One Hundred Fifty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 9945] | 30 | 22 | 30 |
| 157 | *One Hundred Fifty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 9946] | 28 | 20 | 27 |

[*Remainder of Page Intentionally Left Blank*]

**D.  April Objections**

| # | Objection Titles | Any Responses (Timely) | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|
| 158 | *One Hundred Fifty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 11820] | 28 | 14 | 26 |
| 159 | *One Hundred Fifty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 11821] | 13 | 9 | 13 |
| 160 | *One Hundred Sixtieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 11822] | 13 | 7 | 12 |
| 161 | *One Hundred Sixty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 11823] | 30 | 16 | 27 |
| 162 | *One Hundred Sixty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 11824] | 21 | 10 | 20 |

| # | Objection Titles | Any Responses (Timely) | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|
| 163 | *One Hundred Sixty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 11825] | 15 | 11 | 14 |
| 164 | *One Hundred Sixty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 11826] | 17 | 6 | 16 |
| 165 | *One Hundred Sixty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 11827] | 21 | 14 | 19 |
| 166 | *One Hundred Sixty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 11828] | 18 | 10 | 18 |
| 167 | *One Hundred Sixty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 11833] | 18 | 13 | 15 |
| 168 | *One Hundred Sixty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 11834] | 28 | 22 | 25 |

| # | Objection Titles | Any Responses (Timely) | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|
| 169 | *One Hundred Sixty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 11836] | 19 | 13 | 18 |
| 170 | *One Hundred Seventieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 11837] | 9 | 4 | 9 |
| 171 | *One Hundred Seventy-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient and Late-Filed Claims* [ECF No. 12125] | 23 | 10 | 21 |
| 172 | *One Hundred Seventy-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Puerto Rico Sales Tax Financing Corporation, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient and Late-Filed Claims* [ECF No. 12126] | 18 | 3 | 18 |
| 173 | *One Hundred Seventy-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims* [ECF No. 12138] | 1 | 0 | 0 |
| 174 | *One Hundred Seventy-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Claims* [ECF No. 12140] | 0 | 0 | 0 |

| # | Objection Titles | Any Responses (Timely) | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|
| 175 | *One Hundred Seventy-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims* [ECF No. 12141] | 0 | 0 | 0 |
| 176 | *One Hundred Seventy-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserting Liabilities Owed by Entities that are not Title III Debtors* [ECF No. 12143] | 30 | 0 | 0 |
| 177 | *One Hundred Seventy-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Bond Claims* [ECF No. 12144] | 0 | 0 | 0 |
| 178 | *One Hundred Seventy-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Based on Investments in Mutual Funds* [ECF No. 12146] | 0 | 0 | 0 |
| 179 | *One Hundred Seventy-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Bondholder Claims Asserting Amounts for Which the Commonwealth is Not Liable* [ECF No. 12147] | 0 | 0 | 0 |
| 180 | *One Hundred Eightieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Bondholder Claims Asserting Amounts for which the Commonwealth is not Liable* [ECF No. 12149] | 0 | 0 | 0 |
| 181 | *One Hundred Eighty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Subsequently Amended Claims* [ECF No. 12159] | 0 | 2 | 0 |
| 182 | *One Hundred Eighty-Second Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserted Against the Incorrect Debtor* [ECF No. 12160] | 0 | 0 | 0 |

| # | Objection Titles | Any Responses (Timely) | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|
| 183 | *One Hundred Eighty-Third Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims Based on Investments in Mutual Funds* [ECF No. 12163] | 0 | 0 | 0 |

*[Remainder of Page Intentionally Left Blank]*

27

**E.  June Objections**

| # | Objection Titles | Any Responses (Timely) | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|
| 184 | *One Hundred Eighty-Fourth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Subsequently Amended Claims* [ECF No. 12850] | 0 | 0 | 0 |
| 185 | *One Hundred Eighty-Fifth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Subsequently Amended Claims* [ECF No. 12851] | 0 | 1 | 0 |
| 186 | *One Hundred Eighty-Sixth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserting Duplicate Liabilities* [ECF No. 12852] | 0 | 0 | 0 |
| 187 | *One Hundred Eighty-Seventh Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserting Duplicate Liabilities for 2014 Christmas Bonus* [ECF No. 12853] | 0 | 0 | 0 |
| 188 | *One Hundred Eighty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor* [ECF No. 12854] | 0 | 0 | 0 |
| 189 | *One Hundred Eighty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Exact Duplicate Claims* [ECF No. 12858] | 0 | 0 | 0 |
| 190 | *One Hundred Ninetieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Subsequently Amended Claims* [ECF No. 12859] | 1 | 1 | 0 |

| # | Objection Titles | Any Responses (Timely) | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|
| 191 | *One Hundred Ninety-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors* [ECF No. 12860] | 0 | 0 | 0 |
| 192 | *One Hundred Ninety-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 12864] | 23 | 9 | 22 |
| 193 | *One Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims* [ECF No. 12865] | 12 | 10 | 0 |
| 194 | *One Hundred Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims* [ECF No. 12867] | 9 | 8 | 0 |
| 195 | *One Hundred Ninety-Fifth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims Based on Investments in Mutual Funds* [ECF No. 12868] | 0 | 0 | 0 |
| 196 | *One Hundred Ninety-Sixth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserted Against the Incorrect Debtor* [ECF No. 12869] | 0 | 0 | 0 |

| # | Objection Titles | Any Responses (Timely) | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|------------------|------------------------|-----------------------------|----------------------------|
| 197 | *One Hundred Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserting Duplicate Liabilities* [ECF No. 12870] | 0 | 0 | 0 |

[*Remainder of Page Intentionally Left Blank*]

**F.  July Objections**

| # | Objection Titles | Any Responses (Timely) | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|
| 198 | *One Hundred Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Duplicative Claims Asserted by Certain HTA Bondholders* [ECF No. 13406] | 1 | 1 | 0 |
| 199 | *One Hundred Ninety-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by Holders of Certain PRASA Senior Lien Bonds* [ECF No. 13407] | 12 | 12 | 0 |
| 200 | *Two Hundredth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserted Against the Incorrect Debtor* [ECF No. 13408] | 0 | 0 | 0 |
| 201 | *Two Hundred First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by COFINA Bondholders* [ECF No. 13410] | 1 | 1 | 0 |
| 202 | *Two Hundred Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for which the Commonwealth of Puerto Rico is Not Liable* [ECF No. 13409] | 1 | 1 | 0 |
| 203 | *Two Hundred Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor* [ECF No. 13411] | 0 | 0 | 0 |
| 204 | *Two Hundred Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Subsequently Amended Claims* [ECF No. 13412] | 4 | 4 | 0 |

| # | Objection Titles | Any Responses (Timely) | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|
| 205 | *Two Hundred Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 13415] | 28 | 18 | 27 |
| 206 | *Two Hundred Sixth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Claims* [ECF No. 13416] | 0 | 0 | 0 |
| 207 | *Two Hundred Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Claims Asserted Against the Incorrect Debtor* [ECF No. 13417] | 0 | 0 | 0 |
| 208 | *Two Hundred Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Deficient Claims Providing No Basis* [ECF No. 13418] | 0 | 0 | 0 |
| 209 | *Two Hundred Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors are Not Liable* [ECF No. 13419] | 0 | 0 | 0 |
| 210 | *Two Hundred Tenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors* [ECF No. 13420] | 0 | 0 | 0 |
| 211 | *Two Hundred Eleventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth is Not Liable* [ECF No. 13422] | 0 | 0 | 0 |
| 212 | *Two Hundred Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims* [ECF No. 13425] | 0 | 0 | 0 |

| # | Objection Titles | Any Responses (Timely) | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|
| 213 | *Two Hundred Thirteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserting Duplicate Liabilities* [ECF No. 13426] | 0 | 0 | 0 |
| 214 | *Two Hundred Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico To Deficient Claims with Respect to Which Deficient Mailing Responses Were Received* [ECF No. 13427] | 23 | 14 | 22 |
| 215 | *Two Hundred Fifteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicative Claims Asserted by Certain PBA Bondholders* [ECF No. 13428] | 0 | 0 | 0 |
| 216 | *Two Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Based on Investments in Mutual Funds* [ECF No. 13429] | 0 | 0 | 0 |
| 217 | *Two Hundred Seventeenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Bond Claims* [ECF No. 13431] | 0 | 0 | 0 |
| 218 | *Two Hundred Eighteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by PRASA Bondholders* [ECF No. 13432] | 0 | 0 | 0 |
| 219 | *Two Hundred Nineteenth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims* [ECF No. 13433] | 0 | 0 | 0 |

| # | Objection Titles | Any Responses (Timely) | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|
| 220 | *Two Hundred Twentieth Omnibus Objection (Non-substantive) of the Puerto Rico Electric Power Authority to Satisfied Claims* [ECF No. 13434] | 0 | 0 | 0 |
| 221 | *Two Hundred Twenty-First Omnibus Objection (Substantive) Of the Puerto Rico Electric Power Authority to MEDICOOP Claims That Assert Claims of Zero Dollars Against PREPA* [ECF No. 13435] | 0 | 0 | 0 |
| 222 | *Two Hundred Twenty-Second Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims Asserting Liabilities for Bonds Sold by Claimants* [ECF No. 13436] | 0 | 1 | 0 |

[*Remainder of Page Intentionally Left Blank*]

**G.  September Objections**

| # | Objection Titles | Any Responses (Timely) | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|
| 223 | *Two Hundred Twenty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor* [ECF No. 13907] | 0 | 0 | 0 |
| 224 | *Two Hundred Twenty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for which the Commonwealth is Not Liable* [ECF No. 13908] | 0 | 0 | 0 |
| 225 | *Two Hundred Twenty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Bond Claims* [ECF No. 13909] | 1 | 1 | 0 |
| 226 | *Two Hundred Twenty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by COFINA Bondholders* [ECF No. 13910] | 0 | 0 | 0 |
| 227 | *Two Hundred Twenty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to GDB Bondholder Claims for which the Commonwealth is Not Liable* [ECF No. 13911] | 0 | 0 | 0 |
| 228 | *Two Hundred Twenty-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by Holders of Certain PRASA Bonds and HTA Bridge Bonds* [ECF No. 13912] | 0 | 0 | 0 |
| 229 | *Two Hundred Twenty-Ninth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims for which PREPA is not Liable* [ECF No. 13913] | 0 | 0 | 0 |
| 230 | *Two Hundred Thirtieth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims for which PREPA is not Liable* [ECF No. 13914] | 0 | 0 | 0 |

| # | Objection Titles | Any Responses (Timely) | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|
| 231 | *Two Hundred Thirty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims* [ECF No. 13915] | 0 | 0 | 0 |
| 232 | *Two Hundred Thirty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 13916] | 22 | 4 | 19 |
| 233 | *Two Hundred Thirty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Claims* [ECF No. 13917] | 0 | 0 | 0 |
| 234 | *Two Hundred Thirty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Deficient Claims* [ECF No. 13918] | 1 | 1 | 0 |
| 235 | *Two Hundred Thirty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted against the Incorrect Debtor* [ECF No. 13919] | 0 | 0 | 0 |
| 236 | *Two Hundred Thirty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors* [ECF No. 13920] | 0 | 0 | 0 |
| 237 | *Two Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor* [ECF No. 13921] | 0 | 0 | 0 |

| # | Objection Titles | Any Responses (Timely) | Docketed Responses (Timely) | ADR/ACR Eligible Responses |
|---|---|---|---|---|
| 238 | *Two Hundred Thirty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Satisfied Claims* [ECF No. 13923] | 0 | 0 | 0 |
| 239 | *Two Hundred Thirty-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserting Duplicate Liabilities* [ECF No. 13924] | 0 | 0 | 0 |
| 240 | *Two Hundred Fortieth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims Based on Dismissed Litigation* [ECF No. 13925] | 0 | 0 | 0 |
| 241 | *Two Hundred Forty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Subsequently Amended Claims* [ECF No. 13926] | 0 | 0 | 0 |
| 242 | *Two Hundred Forty-Second Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Partially Satisfied Claims* [ECF No. 13927] | 0 | 0 | 0 |
| 243 | *Two Hundred Forty-Third Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Satisfied Claims* [ECF No. 13928] | 0 | 0 | 0 |

*[Remainder of Page Intentionally Left Blank]*