**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Kelsey L. Gordon, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On September 18, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via email on the Notice of Participation Service List attached hereto as **Exhibit A**:

- UBS Financial Services Incorporated of Puerto Rico and UBS Trust Company of Puerto Rico's Joinder to the ERS Bondholders and Bank of New York Mellon's Motions for Summary Judgment in the ultra vires Proceedings [Docket No. 987, Case No. 17-03566; Docket No. 14347, Case No. 17-03283]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: September 23, 2020

/s/ Kelsey L. Gordon
Kelsey L. Gordon

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 23, 2020, by Kelsey L. Gordon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2021

## **Exhibit A**

Exhibit A
Notice of Participation Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| A&B General Consultants Corp. | santiagoalex65@gmail.com | | |
| Academia Puertorriquena de la Lengua Espanola | info@academiapr.org | | |
| Acevedo, Nilma* | nacevedod@yahoo.com | | |
| Acosta Nazario, Andres & Magaly | magaly.acosta.nazario@gmail.com | | |
| Acosta Nazario, Magaly | magaly.acosta.nazario@gmail.com | | |
| Acosta-Nazario, Maribel and Magaly | magaly.acosta.nazario@gmail.com | | |
| Aguilo-Pico, Magda | pedro.quintero@pr.edu | | |
| Aguirre, Elva M. | afag@me.com | | |
| Allen, Chet H. | 49hobbs@gmail.com | | |
| Almeda, Yanira | yaniraalmeda@gmail.com | | |
| Alvarez, Linette | alvarezlinette@gmail.com | | |
| Alvarez-Beamud, Marie I. | mariealvarez687@gmail.com | | |
| Alvarez-Mendez, Carlos* | calvarez@mendezcopr.com | | |
| Alvarez-Mendez, Sylvia* | calvarez@mendezcopr.com | | |
| Amadeo, Jose E. | jamadeo@prtc.net | | |
| Amador-Toledo, Marisabel | yiyiamadoe@yahoo.com | | |
| Amador-Toledo, Rafael | amadortoledo@hotmail.com | | |
| Anderson, Virgle J. & Cheryl D. | andersonranches@yahoo.com | | |
| Antoni, Carlos M. | antonic00926@yahoo.com | | |
| Aponte-Valderas, Becky M. | beckymaponte@gmail.com | | |
| Aponte-Valderas, Jose L. | apontevalderas@gmail.com | | |
| Aponte-Valderas, Lisa M. | laponte@rmmelaw.com | | |
| Aponte-Valderas, Luis A. | albertoaponte@yahoo.com | | |
| Arana, Kenia | keniaarana15@gmail.com | | |
| Arias Guardiola Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Armando Rodriguez-Santana Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Arroyo Calderon, Edgardo | edgardo.arroyo.calderon@gmail.com | | |
| Audrey C. Scott Decd. IRA | mrbscott@yahoo.com | | |
| Aulet-Castro, Antonio R. | kititopr@hotmail.com | | |
| Avila Medina, Fe Mercedes | acs2004_47@hotmail.com | | |
| Avila-Medina, Angel G. | insnurse@gmail.com | | |
| Ayendez Faccio Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Ayyar, Mani | mayyar29@gmail.com | | |

Exhibit A
Notice of Participation Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Balasquide-Frau, Miriam C. | mbschmidt2@aol.com | | |
| Ballester, Carmina | maggiesuro@gmail.com | | |
| Banks, Veronica | grbanks@gmail.com | | |
| Barahona LLC | bcollaza@lawpr.com | | |
| Barreras, Eliett | eliettambar@gmail.com | | |
| Barrios-Lugo, Marta | Loti53@hotmail.com | | |
| Barron Family Revocable Living Trust | danielrbarron@msn.com | | |
| Belgodere, Felipe | felipegel@prtc.net | | |
| Bello, Harry A. | hbello55@gmail.com | | |
| Beltran-Pascual Family Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Benitez, Isabel Vazquez | annabellenoa@gmail.com | | |
| Bermudez-Ortiz, Jose | bermudezortizjose@gmail.com | | |
| Berrios-Rivera, Magali | magaberi@gmail.com | | |
| Blackburn, Janet | justtax@sbcglobal.net | | |
| BofA Securities (fka Merrill Lynch & Co.) | jason.stone@bofa.com | Winston & Strawn LLP | jmotto@winston.com |
| Bonnin, Raul | raul.bonnin@yahoo.com | | |
| Botet, Rosalina | hiram.vazquez@hub-co.com | | |
| Bou-Pina, Iris | housuki1941@yahoo.com | | |
| Brulez, Gary & Pamela | gary@cpamo.com | | |
| Buono-Alcaraz, Juan | jbuono2346@yahoo.com | | |
| Bury, John G. and Natalia | jburyenterprise@yahoo.com | | |
| Busquets, David | djbusquets@prtc.net | | |
| Canales, Freddie | freddiecanales@gmail.com | | |
| Candelario, Jose H. | candelariojodeh@gmail.com | | |
| Carbia, Consuelo | conniecarbia@gmail.com | | |
| Carbia, Orlando A. | orlandocarbia@gmail.com | | |
| Carlo-Landron, Susan Marie | clsm78@yahoo.com | | |
| Carlos R. Mendez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Carrera, Ivette | ivesusa.carrera@gmail.com | | |
| Carro-Soto, Jose A. | drcarro2003@yahoo.com | | |
| Cartagena, Carmen R. | gefrecha@hotmail.com | | |
| Castellano-Rivera, Bevelyn | bevelyncastellano@hotmail.com | | |
| Castillo, Lynette | lynette_castillo@yahoo.com | | |
| Castro, Alida | alida_castro8@yahoo.com | | |
| Castro-Lang, Rafael | rafacastrolang@gmail.com; rafacastrolanglaw@gmail.com | | |

Exhibit A
Notice of Participation Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Cintron Cordero, Domingo | ACarpetcleaning47@gmail.com | | |
| Cintron, Rita | ritamcitron@gmail.com | | |
| Cirino-Ayala, Pedro A. | Pectorjr7722@yahoo.com | | |
| Claudio Ballester Rico Estate | vibaponce@yahoo.com | | |
| Colberg Cabrera Children Trust-Alberto Juan-Colberg, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Cole, James M. | jamesoncole@gmail.com | | |
| Collazo-Collazo, Cristina | amvc1@aol.com | | |
| Colon Rodriguez, Filiberto | ficorod4@gmail.com | | |
| Colon, Felix Antonio | felixmd78@gmail.com | | |
| Colon, Luis A. and de Colon, Maria A. | Bertiecolon@gmail.com | | |
| Colon, Nelson S. | pachan29@hotmail.com | | |
| Colon, Teresita | prwec1@gmail.com | | |
| Colon, Walter E. & Teresita | prwec1@gmail.com | | |
| Comas del Toro, Jesus and Comas, Herminia | ledorot077@gmail.com | | |
| Congregacion Hnas. Carmelitas de la Caridad | adamyriamv@gmail.com | | |
| Cooperativa de Ahorro y Credito de Santa Isabel | vmorales@cacsi.com | Gonzalez Lopez & Lopez Adames | marielopad@gmail.com |
| Coss, Lillian | lillianc@live.com | | |
| Cristy, Alfredo J. | ajcristy73@yahoo.com | | |
| Cruz, Luis A. | apolocande@yahoo.com | | |
| Cruz, Lydia | cruzl4477@gmail.com | | |
| Daniel Barreto Torres Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Davis, Veronica C. | dollyd701@hotmail.com | | |
| Davis, Wayne | picker629@msn.com | | |
| de Bello, Carmen Q. | hbello55@gmail.com | | |
| de Fortuno, Annette Diaz | anettefortuno@yahoo.com | | |
| De Jesus, Sara E. | sallyedejesus@gmail.com | | |
| de L. Rodriguez-Gonzalez, Maria | liamlourdesrodriguez2@gmail.com | | |
| de Lourdes Carvajal, Agnes | roch40@earthlink.net | | |
| de Munoz, Aida A & Munoz, Edgardo | emunozPSC@gmail.com | | |
| Dean Lavere Cooley Family Revocable Living Trust | dean@deancooley.com | | |
| Dean Lavere Cooley Rollover IRA | dean@deancooley.com | | |
| Dearmond, John E. | enigma0722@aol.com | | |
| Del C. Osuna, Milagros | yayiosuna@gmail.com | | |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 3 of 14

Exhibit A
Notice of Participation Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Del Carmen Alomar Esteve, Maria | alomar.carmen@gmail.com | | |
| del Carmen Alvarez, Maria | marunces@gmail.com | | |
| Delgado-Toledo, Julio | juliodelgado@gmail.com | | |
| Diaz Cuevas, Carlos M. | carlosmdiazcuevas@gmail.com | | |
| Diaz, Eloy Mena | eloymenadiaz@gmail.com | | |
| Diaz, Ruben | rubencardio@gmail.com | | |
| Diaz-Nieves, Andres | diaznieves.diazfranco@gmail.com | | |
| Diaz-Sola, Cecilio and Torres, Elaine | cdiazsola@gmail.com | | |
| Diez, Fernando A. | fdo10@aol.com | | |
| Domenech Morera, Edgar | edgardomenech@gmail.com | | |
| Domingo Rodriguez Rivera and Hilda Colon Plumey | domingo5348@yahoo.com | | |
| Domingo Rodriguez Rivera and Hilda Colon Plumey | domingo5348@yahoo.com | | |
| Dorbatt Quiñones, Rosa V.* | rvdorbatt@gmail.com | | |
| Dra. Coty Benmaman Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Dragoni, Marcos & Aguayo de Dragoni, Maria | abbyaguayo@yahoo.com | | |
| Duboy, Silvia M. | Silviaduboy@gmail.com | | |
| Dunlavy, Joseph M | jdunlavy@kansasbusinessfinancing.com | | |
| Durling, John C. and Jerry L. | johnandchick@yahoo.com | | |
| Echeandia, Maria J.* | luis_fernando_silva@hotmail.com | | |
| Ellis, E. Clive | clive_ellis@hotmail.com | | |
| Empire Gas Company, Inc. | kelly@empigaspr.com | | |
| Empresas Treviño Ramirez Inc. | jesustrevicoperez@gmail.com | | |
| ENME Real Estate Corp. | rodriguezcardonia13@yahoo.com | | |
| Enudio Negron-Angulo Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Estate of Andres Lopez | doquinon@msn.com | | |
| Estate of Carlos A Quilichini Roig | quilichinipa2C@microjuris.com | | |
| Estate of Isaias E. Martir Soto | diazmartir1@gmail.com | | |
| Fagundo Alvarez, Alice Miriam | edgardomenech@gmail.com | | |
| Falcon-Rivera, Miguel A. * | miguelfalconrivera@yahoo.com | | |
| Febles Negron, Elines | feblescontes@gmail.com | | |

Exhibit A
Notice of Participation Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Federico A. Souffront Santiago Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Feliciano-Perez, Eladio & Gonzalez-Torres, Carmen | carmingonzalez70@gmail.com | | |
| Fernandez, Carmen Luisa | lina005pr@gmail.com | | |
| Fernandez, Rafael A. | becauxrosario@hotmail.com | | |
| Fernandez-Munoz, Socorro | happywonderwoman@yahoo.com | | |
| FERPO Consulting Group Inc | ginnette.fernandez@gmail.com | | |
| Ferrer-Davila, Luis M. | lyfeda2009@gmail.com | | |
| Fideicomiso B & B | JoseCBacoR@aol.com | | |
| Fideicomiso Flores-Morales, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Figueria Muniz, Iris M.* | irismfigueroa@gmail.com | | ivonnegm@prw.net |
| Figueroa-Soldevila, Maria Aracelis | mfigsol@gmail.com | | |
| Flores, Carlos M. | carlosflores385@hotmail.com | | |
| Font, Luis E. | fontpr@yahoo.com | | |
| Fourquet-Torres, Juan L. | juanfourquet@gmail.com | | |
| Francisco Toro-De Osuna and Viviana Velez-Perez | img.franciscotoro@gmail.com | | |
| Frank, Mary J. | mary.j.frank.civ@mail.mi | | |
| Freieria Umpierre, Enrique | hfreiria@prtc.net | | |
| Frontera, Osvaldo Antommattel | antorhellm@coqui.net | | |
| Fuentes, Enrique | hfa5364@gmail.com | | |
| Fumero-Vidal, Ricardo A. and Aguilo-Pico, Enid M.* | r.fumero@hotmail.com | | |
| G. Vidal-Santoni Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Gabriel Miranda Target Retirement Plan | gjmirandar@gmail.com | | |
| Galbraith, Jason R. | galbraithjason@yahoo.com | | |
| Galindez, Julio A. | julio@fprgalindez.com | | |
| Garcia Barros, Eva Pilar | epgarcia@prtc.net | | |
| Garcia Gubern Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Garcia Hernandez, Ada I. | adaytito@hotmail.com | | |
| Garcia Toledo, Alma | almagarciatoledo@yahoo.com | | |
| Garcia-Navarreto, Maribel | maribel.hernandezgarcia@gmail.com | | |
| Garcia-Ramirez, Jaime A. | garciaramirez.jaime@gmail.com | | |

Exhibit A
Notice of Participation Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Garcia-Toledo, Maria T | juliodelgado@gmail.com | | |
| Gardner, Allison Jean | kgmama3@yahoo.com | | |
| Garrido-Rincon, Marcos | garridomarco@gmail.com | | |
| Garrote, Nora E.* | negarrote@venuble.com | | |
| Gay, Susan | susiegay@yahoo.com | | |
| GIB Development LLC* | sshub@45equity.com | | |
| Ginorio Gomez, Victor M | ticoginorio@gmail.com | | |
| Gomez Vallecillo, Hiram | hiramgomez@me.com | | |
| Gonzalez Ojeda, Domingo A. | domgon787@aol.com | | |
| Gonzalez Reyes, Carlos J. | ccjjggrr1@hotmail.com | | |
| Gonzalez Roig, Emilio | millog@hotmail.com | | |
| Gonzalez Torres, Carmen | carmingonzalez70@gmail.com | | |
| Gonzalez, Ismael | isgon15@hotmail.com | | |
| Gonzalez, Lohr H. | sarahspoleti@sbcglobal.net | | |
| Gonzalez, Luis | b.diazj@hotmail.com | | |
| Gonzalez, Magda | aixza_gonzalez@yahoo.com | | |
| Gonzalez, Sandra | jamadeo@prtc.net | | |
| Gonzalez-Passalacqua, Jose Ramon | jrgp1@hotmail.com | | |
| Gonzalez-Quintana, Hector L. | hgg1164@hotmail.com | | |
| Gonzalez-Toro, Marylin | marylintk@gmail.com | | |
| Graham, Diana E. & Johnson | dgraham217@aol.com | | |
| Guardiola, Armando | sbaezdixon@gmail.com | | |
| Gubern-Garcia Living Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Gutierrez Nunez, Carmen M. | gncarmenm@hotmail.com | | |
| Hale, Carol Z. | czhlks@gmail.com | | |
| Hanke, Gilberto | 787fishing@gmail.com | | |
| Hans Mercado-Gonzalez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Hartke, Gary W. | midwestgar49@yahoo.com | | |
| Hawke, Gilberto | 787fishing@gmail.com | | |
| Haworth, Steven T. | Shaworth2002@gmail.com | | |
| Hensley, Michael B and Christy M. | hensley@sktc.net | | |
| Hernandez, Griselle | supergyzmo@yahoo.com | | |
| Hernandez-Aldarondo, Tomas | hernandeztomas@hotmail.com | | |
| Hernandez-Rodriguez, Freddie* | freddie.hernandez55@yahoo.com | | |
| Highfields Capital I LP | lfr@mcvpr.com | McConnell Valdés LLC | lfr@mcvpr.com |

Exhibit A
Notice of Participation Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Highfields Capital II LP | lfr@mcvpr.com | McConnell Valdés LLC | lfr@mcvpr.com |
| Highfields Capital III LP | lfr@mcvpr.com | McConnell Valdés LLC | lfr@mcvpr.com |
| Hospicio Emmanuel Deferred COMPFBO Moises Rivera, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Ileana Enid Cuerda-Reyes Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Inclan, Julian S. & Pietrantoni de Inclan, Vionette | jinccan@americanpapercorp.com | | |
| Ines Suarez, Maria * | mispg51@gmail.com | | |
| Inigo Fas, Fideicomiso | cheinigosz@gmail.com | | |
| Invesco Advisers, Inc., on behalf of certain funds managed or advised by it | twillis@ofiglobal.com | Kramer Levin Naftalis & Frankel LLP | acaton@kramerlevin.com; boneill@kramerlevin.com; dbuckley@kramerlevin.com |
| Irizarry, Fernando and Rodriguez, Maria | maria@fiaarchitects.com | | |
| Isabel C. Petrovich Estate | paonessal@yahoo.com | | |
| Isaias F. Martir Soto Estate | diazmartir1@gmail.com | | |
| Ivaem College, Inc. | finanzas@ivaempr.com | | |
| Jaime Fernandez (guardian for Roger Breto Fernandez) | jaimejuventudvibra@gmail.com | | |
| Jansen, Janis L. | jljkse@csy.net | | |
| Jimenez, Teresita | tereyguigapr@gmail.com | | |
| Jimenez-Gandara, Maria Elena | maricartor@gmail.com | | |
| Joglor LLC | joefigueroa@yahoo.com | | |
| John Hancock Investments | ecaron@jhancock.com | Choate, Hall & Stewart, LLP | dgooding@choate.com; softedal@choate.com |
| John Levin-IRA | jlevin6@zoho.com | | |
| John Levin-Roth-IRA | jlevin6@zoho.com | | |
| Juan Ramon Gomez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Jubert-Rivera, Nery Jubert | nyjrivera@gmail.com | | |
| Kochen, Brandon | bkochen@45equity.com | | |
| Laborde, Ivonne | ivonnelaborde@hotmail.com | | |
| Landron, Matilde | tontimati@yahoo.com | | |
| Laracuente, Gregoria | kelvinquinones@gmail.com | | |
| Lawful Constitutional Debt Coalition | susheelkirpalani@quinnemanuel.com | | |
| League, Alvin L. & Evelyn R. | evelynleague@gmail.com | | |
| Lennox, Jeffrey and Linda | lennox.linda@gmail.com | | |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit A
Notice of Participation Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Lennox, Linda | lennox.linda@gmail.com | | |
| Libby, James | jgolf216@gmail.com | | |
| Librada-Sanz, Jesus | libradajesus@yahoo.es | | |
| Litespeed Master Fund Ltd. | jamie@litespeedpartners.com | | |
| Lizardi-Rivera, Rafael I. | pverdehcao@aol.com | | |
| Llop, Ibrahim | ibra_110P@hotmail.com | | |
| Lopez Ortiz, Ruth M.* | ruth.lopez1@hotmail.com | | |
| Lopez-Agudo, Fideicomiso | blanca_aguado@yahoo.com | | |
| Loubriel Umpierre, Enrique | eloubriel@yahoo.com | | |
| Lugo Rivera, Fideicomiso | yanitza_vargas@hotmail.com | Alfredo Cardona | cardonaalf@gmail.com |
| Luis A. Seguinot Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Lunt, Peter H. | plunt@nvcommercial.com | | |
| Mansfield, Karen | bluegecko2121@yahoo.com | | |
| Marchena, Orlando | orlyj27@yahoo.com | | |
| Marczynski, Christine J. | occhrissea@msn.com | | |
| Maria R. Rodriguez Estate | rrp@bobonislaw.com | Enrique G. Figueroa Llinas | efl@bobonislaw.com |
| Mark G. Scolnick 2007 Trust as Amended | markscolnick@gmail.com | | |
| Mark Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Marlin, Dennis J. | djm0212@yahoo.com | | |
| Marlin, Lisa | lisamarlin@icloud.com | | |
| Marquez-Rivera, Jose R. | manaveiras@hotmail.com | | |
| Martinez Oliver, Fabian | lumenmendez@hotmail.com | | |
| Martinez Velez, Iraida A. | indymarvel@gmail.com | | |
| Matos-Alvarado, Mercedes | mecanara@tim.it | | |
| Matras, Michael | importmike@aol.com | | |
| Mattei-Calvo, Hector L. | yauco13@yahoo.com | | |
| McDavitt, Thomas D. | tmacdee@cox.net | | |
| McNamara, James* | nmchail@earthlink.net | | |
| Me Salve Isabela | nmenda@admincomp.com | | |
| Me Salve Rio Piedras | nmenda@admincomp.com | | |
| Melendez Rodriguez, Elba E. * | eemro101@gmail.com | | |
| Melendez, Ismael | im712@yahoo.com | | |
| Melero Munoz, Carmen E. | carmensmelero@gmail.com | | |
| Menda, Nelson | nmenda@admincomp.com | | |
| Mendez, Raul | timbvxrs@gmail.com | | |
| Mendez-Campoamor, Patricia* | pmcampoamor@yahoo.com | | |

Exhibit A
Notice of Participation Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Mendez-Figueroa, Nelly A. | nelly.mendez.figueroa@gmail.com | | |
| Mendez-Perez, Ramon and Mendez, Carmen L. | totomendez@hotmail.com | | |
| Mercer, Helen M. | hmmdome@SBCglobal.net | | |
| Michica International Co. Shareholders Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Michica International Coemployees Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Miguel J. Morales-Vales Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Miranda, Gabriel | gjmirandar@gmail.com | | |
| Miriam Loyola-Feliciano Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Monarch Alternative Capital LP | colin.daniels@monarchlp.com | Akin Gump Strauss Hauer & Feld LLP | Bkahn@akingump.com |
| Montanez, Luis G. | montanezlg@gmail.com | | |
| Morales Castro Trust | felixamorales1@gmail.com | | |
| Morales Morales, Luz Maria | luzsunrise99@gmail.com | | |
| Morales Silva, Virginia | moralessilva81@gmail.com | | |
| Morales Tores, Daira J. | ianaira@yahoo.com | | |
| Morales, Salvador | mfscolinas@yahoo.com | | |
| Morell, Magda | magda.morell@hotmail.com | | |
| Morla Rios, Everling | everling@jazzhamilton.com | | |
| Mottola, Joseph | cinim56@gmail.com | | |
| Muniz, Ramon G.* | nacevedod@yahoo.com | | |
| Nazario-Pagan, Maria A. | magaly.acosta.nazario@gmail.com | | |
| Nazario-Torres, Aracella | cellapillar@yahoo.com | Lodo Carlos Alberto Ruiz, CSP | carlosalbertoruizquiebras@gmail.com |
| Negron Angulo, Enudio | rudin425@gmail.com | | |
| Nevarez, Elba Iris | amaury47@att.net | | |
| New Concepts Machining, Inc. | newconcepts@frontiornet.net | | |
| Nido, Carlos J.* | carlosnido@gmail.com | | |
| Nieves Lopez, Gilberto | gilberttonieves@yahoo.com | | |
| Nieves, Antonia and Jose Maldonado, Sucesion | michelle.yulfo@gmail.com | | |
| Nigaglioni, Guillermo A. | gnigag@prtc.net | | |
| Nilda E. Ortiz-Melendez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |

Exhibit A
Notice of Participation Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Nilda Torres-Nieves and Jose Reyes-Cruz | tonito2009@live.com | | |
| Oceguera, Mirta | ocegueramirta@yahoo.com | | |
| Ojeda, Carlos J.* | carlodsojedapr@yahoo.com | | |
| Olivieri, Liana Rivera | mevicens@yahoo.com | Maria E. Vicens | mevicens@yahoo.com |
| Orr, Jack L & Barbara J | barbieo22@hotmail.com | | |
| Ortiz Rivera, Ada Ivette* | adaivette25@gmail.com | | |
| Ortiz-Quinones, Jose A. | brunygiuliani@hotmail.com | | |
| Ortolani, Sherri L | sherrilortolani@gmail.com | | |
| Padua Flores, Samuel* | samuelpadua@hotmail.com | | |
| Paul Villanueva-Cruz and Lidia Lopez-Gaston | paulnewvillage@gmail.com | | |
| Perez, Agustin | atinperez@gmail.com | | |
| Perez, Ivette* | icypr2@hotmail.com | | |
| Perez-Alvarez, Ramon F.* | rpbroky@gmail.com | | |
| Perez-Garcia, Julio A. and Garcia-Toledo, Teresa | teresagt72@prtc.net | | |
| Perez-Pasarell, Hector X. | hectorxavier2000@yahoo.com | | |
| Perez-Posas, Jose M. | mosqurperezl@gmail.com | | |
| Perlman, Alan Jay | perlfoto@gmail.com | | |
| Peterson, Darol G. | DP4401@frontier.com | | |
| Picó Gonzalez, Alberto J. | sallyedejesus@gmail.com | | |
| Pijem-Garcia, Julio S. | salva432001@yahoo.com | | |
| Pizarro Ramirez, Alma | smari_roca@yahoo.com | | |
| Plan de Pension Ministerial Inc. | plandepensiones@gmail.com | | |
| Playa Azul, CRL | mramos@bufetemrsz.com | Edgardo Muñoz, PSC | emunozPSC@gmail.com |
| Polifka, James R. | polifkaj@pctc.net | | |
| Pollard, Paul David | pdavidpollard@hotmail.com | | |
| Ponce De Leon, Carlos A. | cponcedeleon@ieg-pr.com | | |
| Quebrada Bonita Crl | mramos@bufetemrsz.com | Edgardo Muñoz, PSC | emunozPSC@gmail.com |
| Rahm, Susan D. and Jeffrey D. | jrahm@stifel.com | | |
| Ramirez Torres, Ernesto L.* | elrtorres@hotmail.com | | |
| Ramirez, Lavinia | marymqr@hotmail.com | | |
| Ramirez-Delgado Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Ramirez-Fas, Jose | joseramirez@gmail.com | | |
| Ramirez-Torres, Ernesto L. and Lopez-de Victoria, Adela A. | elrtorres@hotmail.com | | |
| Ramirez-Zayas, Maria V. | vinasita48@hotmail.com | | |
| Ramos Lopez, Elisa | gloriosaflor41@gmail.com | | |
| Ramos-Martin, Gerard * | gramosmartin@gmail.com | | |

Exhibit A
Notice of Participation Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Ramos-Martin, Gerard and Ines Suarez, Maria* | gramosmartin@gmail.com; mispg51@gmail.com | | |
| Ratliff, Blaine | blaine.ratliff@LPL.com | | |
| Raul-Padilla, Luis | padimart@yahoo.com | | |
| Render, Richard E. | rickrender@icloud.com | | |
| Riedl, Yvonne D. | julietteriedl@gmail.com | | |
| Riestra, Juan | riestra@proen.com | | |
| Rivera De Jesus, Jose J. | riverajos@prtc.net | | |
| Rivera Mendoza, Alfredo | fro@coqui.net | | |
| Rivera Mercado, Brunilda* | brunildarivera014@gmail.com | Ivonne Gonzalez | ivonnegm@prw.net |
| Rivera Ortiz, Edwin | ledoedwinortizrivera@hotmail.com | | |
| Rivera Rivera, Lyda Marta* | lydamarta@yahoo.com | | |
| Rivera, Victor | vmrrivera8@gmail.com | | |
| Rivera, Victor M. and Castro, Alida | vmrivera8@gmail.com | | |
| Rivera-Cruz, Jaime* | jretessi@gmail.com | | |
| Rivera-Garcia, Liajay* | dalygrpr@gmail.com | | |
| Robles, Jaime | jrobles200@gmail.com | | |
| Robles, Mercedes | mroblesmata@gmail.com | | |
| Robles, Ruperto J. | anayruperto@gmail.com | | |
| Roche U.S. Retirement Plans Master Trust | chen.grace_sanchi@gene.com | Marichal, Hernandez, Santiago & Juarbe, LLC | vmedina@mhlex.com; |
| Rodriguez Batis, Edwin | erbatis@yahoo.com | | |
| Rodriguez de Colon, Hada Livia | ficorod4@gmail.com | | |
| Rodriguez Diaz, Adelina | lindaarjes@hotmail.com | | |
| Rodriguez Hernandez, Pedro* | rtshirt1@gmail.com | | |
| Rodriguez Pagan deceased and his widow Reina Colon Rodriguez | reinac24@coqui.net | | |
| Rodriguez Pagan, Federico and Irizarry Morales, Rosa A | trj.fr67@gmail.com | | |
| Rodriguez Schulze, Carmen | jeanne.rodz@gmail.com | | |
| Rodriguez, Frances M. | mirita12@aol.com | | |
| Rodriguez, Hilda M. | hmrodriguez1961@yahoo.com | | |
| Rodriguez, Iris M. | irismrsl@gmail.com | | |
| Rodriguez, Reina Colon | reinac24@coqui.net | | |
| Rodriguez-Gonzalez, Angel A. | angelarturo52@gmail.com | | |
| Rodriguez-Marty, Nestor A. | nesvid@gmail.com | | |
| Rodriguez-Preza, Victor M. and Alas, Mecerdes D. | alasaguirrem@gmail.com | | |
| Rodriguez-Rosado, Ramon B. | rodrinesm@yahoo.com | | |

Exhibit A
Notice of Participation Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Rodriguez-Santana, Armando | armandoro654@gmail.com | | |
| Roman-Villanueva, Miguel A. | lcdomromancpa@gmail.com | | |
| Rosendo, Vidal E. | Alfonsodistributors@gmail.com | | |
| Rotger-Lopez, Nitza | nitza1951@gmail.com | | |
| Ruiz-Mattei, Jose E. | jeruiz2057@gmail.com | | |
| Ruperto J. Robles and Ana Belen Frias | anayruperto@gmail.com | | |
| Rydzewski, Arline | ajrydz@gmail.com | | |
| Saft, Laura | lsaft@bds.org | | |
| Sagliocca, Gennaro | kidneydocs@aol.com | | |
| Sala-Colon, Jorge P. | jpsala_pr@yahoo.com | | |
| Saliva, Julio | stutty798@aol.com | | |
| Sanchez Espinal, Ivan Sanchez | ivan.santose@gmail.com | | |
| Santander Asset Management, LLC, on behalf of certain funds of the First PR Family of Funds managed by them | fserra@sampr.com | Kramer Levin Naftalis & Frankel LLP | acaton@kramerlevin.com; boneill@kramerlevin.com; dbuckley@kramerlevin.com |
| Santiago Acevedo, Cesar | cesarsanty@gmail.com | | |
| Santiago Alverio, Candido | chayoma1@hotmail.com | | |
| Santoni, Walter | loveand@myself.com | | |
| Santos Colon, Mirta I. | fasotomeyor@gmail.com | | |
| Savage, William M. | savagemanor@gmail.com | | |
| Scherzer, Jeffrey I. | jeff@reginaprinting.com | | |
| Scherzer, Michael E. | Scherz4nj@optonline.net | | |
| Scherzer, Pearl Nora | Scherz4nj@optonline.net | | |
| Schmidt Jr., Donald E. | doneschmidt@sbcglobal.net | | |
| Schmidt, Roland and Lillian | llschmidt@centurytel.net | | |
| Scott, James J. | jjeffersonscott@gmail.com | | |
| Segarra, Carmen M. | carmensega@gmail.com | | |
| Segarra, Jr., David | dsegarra3@gmail.com | | |
| Serralles, Michael J. | jboatscaribbea@yahoo.com | | |
| Sherman, Roger A. | sylangrog@yahoo.com | | |
| Shub, Ileana and Menda, Brenda* | sshub@45equity.com | | |
| Sifontes, Tomas C. | tomassifontes@gmail.com | | |
| Signet Investment Corp. | wrod2mnd@hotmail.com | | |
| Silva-Molinari, Angel | a7silva7@gmail.com | | |
| Skerda, Peter | Pmark1@verizon.net | | |
| Snyder-Zalduondo, Maria C. | mariasynder1@gmail.com | | |
| Sobsey, Iris | i_sonsey@hotmail.com | | |
| Sosa, Diana M. | dianamsosa56@gmail.com | | |

Exhibit A
Notice of Participation Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Sotomayor Chaves, Francisco A. | fasotomeyor@gmail.com | | |
| Stillwell, Gary D. | gds5703@aol.com | | |
| Stocking, Donley J. | dstocking1@gmail.com | | |
| Suarez-Lopez, Arturo / M. Perez, Ilia | arturosuarez112@gmail.com | | |
| T&A Properties | anthony@telenetworks.net | | |
| Telenetworks Inc. | Anthonyc@telenetworks.net | | |
| Thompson Rev. Tr, Kathryn R. | rthompson@tbswelds.com | | |
| Tirso T. Pena-Cardenas Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Tomas Cuerda-Brugman, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Tomas Lozano-Perez and Lorraine Gray | lorraine.ma.gray@gmail.com | | |
| Toro-Suarez, Maria V. | smariavtoro@gmail.com | | |
| Torres Soto, Alberto J. | eng_atorres@hotmail.com | | |
| Torres, Gerardo Torres | gtt_14@hotmail.com | | |
| Torres-Irizarry, Aracella | cellapillar@yahoo.com | Lodo Carlos Alberto Ruiz, CSP | carlosalbertoruizquiebras@gmail.com |
| Torres-Sepulveda, Agustin & Perez-Torres, Matilde S. | gustorres50@verizon.net | | |
| Torres-Zayas, Luis A. | tozala@gmail.com | | |
| Treadway, John L | jokerjohn01@hotmail.com | | |
| UBS Financial Services Incorporated of Puerto Rico | kenneth.crowley@UBS.com | Skadden, Arps, Slate, Meagher & Flom LLP | paul.lockwood@skadden.com |
| UBS TRST Dr. Coty Benmaman Retirement | birdie3754@gmail.com | | |
| UBS Trust Company of Puerto Rico | kenneth.crowley@UBS.com | Skadden, Arps, Slate, Meagher & Flom LLP | paul.lockwood@skadden.com |
| Urbanski, Kathleen V. | bffv1R5@yahoo.com | | |
| Valdes-Menendez, Leoncio | Pilovaldes@gmail.com | | |
| Valdivieso, Ada R. | renatose@outlook.com | | |
| Vazquez Vega, Victor M.* | 13juniorvazquez@gmail.com | | |
| Vazquez-Rosado, Salvador | svrjpk@gmail.com | | |
| Vazquez-Rosario, Vazquez | vince4363@gmail.com | | |
| Velez-Martinez, Mabel | mabel.velezmartinez@gmail.com | | |
| Vicens Rivera, Maria E. | mevicens@yahoo.com | | |
| Vidal Nadal, Ramon (estate) and Cruz-Vidal, Aida | epifaniovidalcruz@yahoo.com | | |
| Walder, Karl | kwcuboy@yahoo.com | | |
| Walker, Betty S* | lthompson@infinekgroup.com | | |
| Weber, William E. | weber59@aol.com | | |

Exhibit A
Notice of Participation Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Welsch, Paulette S. and Robert J. | bobwelsch@yahoo.com | | |
| Wheeler Trust | wheels135@comcast.net | | |
| Wheeler, Larry L. | wheels135@comcast.net | | |
| Wheeler, Vicki L. | wheels135@comcast.net | | |
| Whittlesey, Carol | lennox.linda@gmail.com | | |
| Wilson, Felicia Ann | tomsaez@gmail.com | | |
| Winer, Leon | prleon@msn.com | | |
| World Rep LLC | nmenda@admincomp.com | | |
| Wray, Michele* | wadewray@verizon.net | | |
| Ybanez, Noel | neybus@yahoo.com | | |
| Yordan Molini, Jaime | yordanfrau@prw.net | | |
| Zayas-Alvarez, Edwin and Cruz-Bonilla, Ida M. | edwinzayas@bellsouth.net | | |
| Zayas-Cintron, Luz Angelica | luchyzayas@hotmail.com | | |