# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Puerto Rico Electric Power Authority,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 04780-LTS |

## ORDER ON MOTION TO SEAL

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This matter is before the Court on Whitefish Energy Holdings, LLC's, Motion for Leave to File Limited Objection to PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy Under Seal (Dkt. No. 14024 in 17-BK-3283 and Dkt. No. 2131 in 17-BK-4780) (the "Motion to Seal"). Through the Motion to Seal, WEH2 sought to file under seal its Limited Objection to the LUMA Motion (Dkt. No. 13583 in 17-BK-3283 and Dkt. No. 2053 in 17-BK-4780). WEH[2] requested to maintain the confidentiality of certain "facts or information" contained in the Limited Objection that may have been designated "Confidential" by the Protective Order Parties pursuant to the Protective Order (Dkt. No. 13941 in 17-BK-3283; Dkt. No. 2110 in 17-BK-4780).

Because the Motion to Seal did not include sufficient information to justify sealing of the Limited Objection, this Court allowed the Motion to Seal for a limited duration and ordered any Protective Order Party to submit supplemental briefing to the Court by September 2, 2020 justifying continued sealing of the Limited Objection. See Dkt. No. 14033 in 17-BK-3283 and Dkt. No. 2137 in 17-BK-4780. Having received no briefing requesting continued sealing of the Limited Objection, the Court hereby DENIES the Motion to Seal. The Clerk of Court shall un-seal the Limited Objection (Dkt. No. 13583 in 17-BK-3283 and Dkt. No. 2053 in 17-BK-4780).

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion to Seal.

This Order resolves Dkt. No. 14024 in 17-BK-3283 and Dkt. No. 2131 in 17-BK-4780.

SO ORDERED.

Dated: September 25, 2020

                                                              <u>/s/ Judith G. Dein</u>
                                                              HONORABLE JUDITH GAIL DEIN
                                                              UNITED STATES MAGISTRATE JUDGE