UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER REGARDING PENDING OMNIBUS OBJECTIONS TO CLAIMS

    The Court has received and reviewed the *Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Pending Omnibus Objections to Claims* (Docket Entry No. 14399, the "Informative Motion"). The Informative Motion sets forth the Financial Oversight and Management Board for Puerto Rico's (the "Oversight Board") proposal for the resolution of omnibus objections to claims that have been adjourned (the "Adjourned Objections"), including procedures for live telephonic appearances of claimants (the "Respondents") who have filed or otherwise delivered to the Debtors responses (the "Responses") to the Adjourned Objections.

    The Court will hear the ten Adjourned Objections enumerated in paragraph 8 of the Informative Motion on **October 29, 2020 at 9:30 a.m. (Atlantic Standard Time)**. The remaining Adjourned Objections will be scheduled for **November 18, 2020** and **November 20, 2020 at 9:30 a.m. (Atlantic Standard Time)**. The Oversight Board must make a certified

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

interpreter available at the Satellite Site. At least one attorney representing the Oversight Board must also be present at the Satellite Site.

To the extent that the Oversight Board intends to continue to prosecute an Adjourned Objection with respect to any Respondent's claim, the Oversight Board is directed (i) to provide timely notice of the applicable hearing date and relevant procedures for appearances to the Respondent, and (ii) to file (a) any portions of the Respondent's response that were not filed on the docket and (b) certified translations of any Spanish-language portions of the Respondent's Response contemporaneously with the Oversight Board's reply in support of the Adjourned Objection. Any notice of transfer pursuant to the *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Forms of Notice, and (C) Granting Related Relief* (Docket Entry No. 12576) or the *Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* (Docket Entry No. 12274) with respect to any Respondent's claim must be filed by the Oversight Board's reply deadline.

SO ORDERED.

Dated: September 29, 2020

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge