JUAN D TORRES ACEVEDO
HC 7 BOX 75035
SAN SEBASTIAN, PR 00685

SAN JUAN PR   009

24 SEP 2020   PM 2   L



FOREVER USA

SECRETARIA
TRIBUNAL DE DISTRITO DE LOS
ESTADOS UNIDOS
SALA 150 EDIFICIO FEDERAL
SAN JUAN, PUERTO RICO 00918-1767

RECEIVED
2020 SEP 25  PM 4: 46
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN

009188999