CESAR A. RODRIGUEZ ROSA
HC 5 BOX 53366
SAN SEBASTIAN, PR 00685



SAN JUAN PR 009
23 SEP 2020 PM 1 L

RECEIVED
2020 SEP 25 AM 8 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SECRETARIA
TRIBUNAL DE DISTRITO DE LOS
ESTADOS UNIDOS
SALA 150 EDIFICIO FEDERAL
SAN JUAN, PUERTO RICO 00918-1767

009188999