OSCAR RODRIGUEZ ROSA
CALLE CONFESOR JIMENEZ # 53
SAN SEBASTIAN, PR 00685

SAN JUAN PR  009

25 SEP 2020   PM 1  L



FOREVER / USA

RECEIVED
2020 SEP 29  AM 8 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SECRETARIA
TRIBUNAL DE DISTRITO DE LOS
ESTADOS UNIDOS
SALA 150 EDIFICIO FEDERAL
SAN JUAN, PUERTO RICO 00918-1767

00918899999