José Javier Claudio Jiménez
HC 03 Box 37834
Caguas, P.R. 00725



Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Sala 150 Edificio Federal
San Juan, Puerto Rico 00918-1767