Proof of Claim: <CLAIM NUMBER>
Claimant: >CLAIMANT NAME<  Evelio Vega Camacho

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**
Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**Questionnaire**

1. **What is the basis of your claim?**

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ☒ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

2. **What is the amount of your claim (how much money do you claim to be owed):**

    $33,600.00

3. **Employment. Does your claim relate to current or former employment with the Government of Puerto Rico?**

    ☐ No, Please continue to Question 4.
    ☒ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:

Depto. de la Familia- Ela

3(b). Identify the dates of your employment related to your claim:

18- nov- 1974  a  31- mayo- 2001

3(c). Last four digits of your social security number:   7354

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_____

4. **Legal Action** Does your claim relate to a pending or closed legal action?

☒ No
☐ Yes

4(a). Identify the department or agency that is a party to the action.

_____ N/a _____

4(b). Identify the name and address of the court or agency where the action is pending:

_____ n/a _____

4(c). Case number: _____ n/a _____

4(d). Title, Caption, or Name of Case: _____ n/a _____

4(e). Status of the case (pending, on appeal, or concluded): _____ n/a _____

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? _____ n/a _____

RECLAMANTE: Evelio Vega Camacho

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: _____

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de

servicio desde el __18__ de __noviembre__ de __1974__ hasta el __31__ de __mayo__ de

__2001__ como __técnico del Depto. de la Familia Yauco, PR (ELA)__

Ley #89- Julio 1979 - Retribución Contributiva          $ 26,400. 00
Ley #89 - Romerazo - 1 - julio - 1995               + 7,200. 00
                                                     Total $33,600. 00

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Evelio Vega Camacho

Nombre en letra de molde

Evelio Vega Camacho

Firma y fecha
24 - 9 - 2020

## REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre _____ Eulelio Vog Camacho_____

Dirección Postal _____ HC 1 Box 6074_____
_____ Yauco, P.R.   00698_____

Teléfono de contacto res. _____ ce( 787 ) 543 - 6574

**II. Epígrafe**

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado
   de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
   Ley 89- julio 1979- Retribucion Contributiva
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96821 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
           Ley #164 (2004) de la Sra. Sila-Calderón - efectiva enero 2004

**III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados
mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las
siguientes leyes:**

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

*Scanned by TapScanner*

**IV. Documentación Justificativa**

Se incluyen documentos que evidencian los años de servicio con _Depto - de la Familia_ _Yauco_, Puerto Rico desde el _18_ de _noviembre_ de _1974_ hasta el _31_ de _mayo_ de _2021_. Culmine mi laborar como _tecnico del Depto de la Familia_ _Yauco_ Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Evelio Vega Camacho_
Nombre en letra de molde


_Evelio Vega Camacho_
Firma

RECLAMANTE __Evelio Vega Camacho__

DIRECCION __HC 1 Box 6074__
__Yauco, PR 00698__
__tel. (787) 543-6574__

Numero Reclamación _____

Fecha de presentación (envio) __24-9-2020__

Deudor <u>Commonwealth of Puerto Rico</u>

     Por este medio incluyo con mi reclamación presentada el __24__ de __Sept__ de __2020__ lo siguiente:

1. Evidencia de trabajo de __Dpto. de la Familia__ , Puerto Rico – ELA, como __tecnico Qdsef__ desde el __18__ de __noviembre__ de __1974__ hasta el __31__ de __mayo__ de __2001__ . (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ __33,600.00__ .

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

__Evelio Vega Camacho__
Nombre en letra de molde

__Evelio Vega Camacho__
Firma y fecha
__24-9-2020__

 

DEPARTAMENTO DE LA
**FAMILIA**
GOBIERNO DE PUERTO RICO

# C E R T I F I C A C I Ó N

Certifico que el Sr. **Evelio Vega Camacho**, prestó servicios para la Administración de Desarrollo Socioeconómico, adscrita al Departamento de la Familia desde el 18 de noviembre de 1974 hasta el 31 de mayo de 2001.

El señor Vega Camacho ocupaba un puesto Regular de Carrera en el Servicio Público como Técnico Asistencia Social y Familiar III. El último salario devengado fue $1,599.00.

Dado hoy, 17 de septiembre de 2020, en San Juan, Puerto Rico.

Jose J. Sánchez Acevedo, MBA
Administrador Auxiliar Interino
Oficina de Recursos Humanos

jco

Nota: Esta certificación no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado. Valida por seis (6) meses.

Ave. Ponce de León No. 800 Capitol Office Building     PO Box 8000, San Juan, PR 00910-0800    787.289-7600
Oficina de Recursos Humanos, División de Servicios al Empleado