From: [illegible]
HC 1 Box 6274
Yauco, PR 00698

U.S. POSTAGE PAID
FCM LG ENV
YAUCO, PR
00698
SEP 24, 20
AMOUNT
$7.60
R2305K140608-09

CERTIFIED MAIL
7019 1640 0000 2220 1221

To: Clerks Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767

RECEIVED & FILED
2020 SEP 29 AM 8:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR