August 25, 2020



Secretaría Tribunal de Distrito de EU,

A quien pueda interesar:

Se incluye información de las profesoras, Aida M. Robles Machado y María M. Robles Machado relacionadas con la Ley Promesa, Título III: Reclamación del 28 de junio de 2018, Certificaciones del Sistema de Retiro para Maestros e Informes de Cambio del Personal Docente del Departamento de Educación de Puerto Rico.

| Aida M. Robles Machado | María M. Robles Machado |
|---|---|
| <ul><li>Case number: 1703283</li><li>Claim number: 123602</li><li>Date claim: June 28, 2018</li><li>Last 4 number of SS:</li><li>Celular number: 787-366-5124</li><li>Claim amount: $1,745.00 monthly, for life.</li></ul> | <ul><li>Case Number: 170328</li><li>Claim Number: 161640</li><li>Date Claim: July 25, 2018</li><li>Last 4 number of SS:</li><li>Cellular number: 787-382-5131<br>787- 366-5124</li><li>Basic of Claim<br>7. Current or former employment with the Government of Puerto Rico.<br>8. Claim Amount: $1,204.74 monthly, for life.<br>9. Pension Date: May 31, 1997.<br>3a. Specific Agency: Department of Education of Puerto Rico. Teacher in different elementary schools. Science Coordinator in Scholar Manatí District of P.R<br>3b. Dates of employment related to claim: September, 1965 to December, 1997<br>3c.<br>3d. Nature Employment Claims: Pension<br>3d. Pending of Legal Action: No</li></ul> |
| BY: _Aida M. Robles Machado_<br>Profesora, Aida M. Robles Machado | By: _María M. Robles Machado_ |