Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

## INFORME DE CAMBIO - PERSONAL DOCENTE

| | Pagarle _____ días por vacaciones regulares en julio |
|---|---|
| | Descontarle _____ días por ausencias |

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | Robles Machado, María M. | JUNTA DE RETIRO PARA MAESTROS Y ASOCIACION EMPLEADOS |
| 2 Núm. Seg. Social | | |
| 3 Sexo | F | |
| 4 Estado Civil | Casada | |
| 5 Prep. Académica | B.A.      (15) | |
| 6 Experiencia | 32 años | |
| 7 Status Empleado (Contrato) | Permanente   (01) | |
| 8 Sueldo Bruto | $1,800.00 | |
| 9 Núm. de la Plaza | R-05073 | |
| 10 Categoría de la Plaza | Elemental   (9971) | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | Estatal   09-001 | |
| 13 Cifra Cuenta | 97-111-081-XXXXX-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-01-000045-0000 | |
| 14 Fecha de Efectividad | 30 de mayo de 1997 (a última hora laborable) | |
| 15 Acción y Duración | Cese | |
| 16 Causa del Cese | Jubilación por años de servicio | |
| 17 Ultimo Día Trabajo | 30 de mayo de 1997 | |
| 18 Ultimo Día de Pago | 5 diciembre de 1997 8:20 a.m. | |
| 19 Programa Escolar | | |
| 20 Turno en Registro | | |
| 21 Distrito Escolar | Manatí (045) | |

ESC. JOSE DE DIEGO

### LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| 22 Desde  Esc. de la Comunidad José de Diego | 23 Hasta |
|---|---|
| 24 Observaciones (Antes del Cambio)  Se incluye carta de renuncia, aceptación de la misma, cómputo de paga, certificación del CRIM y Hacienda (deuda) | 25 Observaciones (Después del Cambio) Se acoge a los beneficios de la ley 37 del 25 mayo/72. Pago global de 40 dias vac. reg. del 2 junio al 25 julio/97 Enf. 89 dias 20 min. del 1 agosto al |

26 _____  Fecha
Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso

**CANCELA PAGO VAC. ENVIADO A NOMINAS**

27 Deseo: 5 diciembre /97 a las 8:20 a.m.
☐ Acogerme   ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

_____  _____
Firma del Empleado   Fecha

28 Recomendado  *Emma Ortiz Negrón*  5/30/97
Superintendente de Escuelas   Fecha
Emma Ortiz Negrón, Directora Esc. de la Comunidad

29 Recomendado
_____  _____
Superintendente de Escuelas   Fecha
CRIM y Hacienda incluido

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA
_____
FIRMA

_____
FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Maria M. Robles Machado**, con número de seguro social que termina en _____

| | |
|---|---:|
| **Fecha de Efectividad de la Pensión** | 31 de mayo de 1997 |
| **Tiempo Cotizado para la Pensión** | 31 años, 5 meses |
| **Pensión Mensual Inicial** | $1,070.39 |
| **Pensión Mensual Actual** | $1,204.74 |

Esta certificación se expide hoy, **8 de julio de 2020** en **San Juan, Puerto Rico**.

*Cynthia Sanjurjo Santos*
Supervisora
Centro de Contacto



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

☎ 787.777.1414   📠 787.764.6910   www.srm.pr.gov

Contact 844.822.9231    Client Login

# Commonwealth of Puerto Rico (17-03283) CHANGE CASE

| Case Info | Docket | Claims | Submit a Claim | Presentar un reclamo | Submit E-Ballot |

Search Docket

Q Enter number or name

Select scope
Claims Only

| Sched | Cla | ed u | Creditor Name | Debtor Name | | |
|---|---|---|---|---|---|---|
| | 123602 | 06/28/2018 | Robles Machado, Aida M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 0.00 | |
| | | | Page 1 of | 20 ∨ | View 1 of | |

Claim Number(s)(e.g. 1,3,5-7)

Schedule Number

Creditor name

Debtor(s)

Commonwealth of Puerto Rico(17-03283)

Select Classification
Select an Option

Select Search Operator
Select an Option

Amount

Date from    Date to

Search

From:
Aida M. Robles Machado
1484, Ave. Roosevelt - Apt. 1106
San Juan, Puerto Rico, 00920-2723

7020 0090 0001 1943 4891




U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
AUG 26, 20
AMOUNT
$4.95
R2303S101896-34

To:
Secretaría Tribunal de Distrito de E.U.
150, Ave. Carlos Chardón
Room 150, Federal Building
San Juan, P.R. 00918-1767

RECEIVED
2020 AUG 28 PM 4:44