From:
Aida M Robles Machado y
Maria M. Robles Machado
1484 Ave. Roosevelt, apt. 1106
Rico, 0920-2723




U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
SEP 25, 20
AMOUNT
$7.80
R2305H128939-27

U.S. District Court - Puerto Rico
150 Ave. Carlos Chardón Ste. 150
San Juan, Puerto Rico 00918-1767