Zulma L. Correa Garcia
Hc-5 Box 13850
Juana Diaz P.R 00795



Clerck's Office
Unite State Distric Court
Room 150 federal Building
San Juan P.R. 00918-1767