RECLAMANTE:  AnaTilde Rubert Soto

NUMERO DE PROCEDIMIENTO:    17 BK-3283 – LTS

NUMERO DE RECLAMACION:    _1 29 424_

RECEIVED & FILED
CLERK'S OFFICE

SEP 29 2020

US DISTRICT COURT
SAN JUAN, PR

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 27 de agosto de 1992 hasta el presente como Profesional de Servicios de Alimentos 1 del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Anatilde Rubert Soto
Nombre en letra de molde

_Anatilde Rubert Soto_    24- Septiembre de 2020
Firma y fecha

RECLAMANTE:   Anatilde Rubert Soto

DIRECCION:   _H-C-1-Box 31094_
_Juana DíAZ P.R. 00795-9741_
_Rio Cañas arriba_

NUMERO DE RECLAMACION:   _129424_

Fecha de presentacion (envio):   24 DE SEPTIEMBRE DE 2020
Deudor:   COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 24 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como Profesional de alimentos 1 desde 27 desde agosto de 1992 hasta el presente.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Anatilde Rubert Soto
Nombre en letra de molde

_Anatilde Rubert Sot - 24-Septiembre de 2020_
Firma y fecha

# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

   Nombre:   Anatilde Rubert Soto
   Direccion Postal:   *HC-1-Box 31094*
   *Juana Diaz P.R.   00795-9741*
   *Rio Cañas arriba*
   Teléfono contacto:   Res. _____   Cel.   *787-429-2535*

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado
      Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados
   mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las
   siguientes leyes:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de
Educación, Ponce, Puerto Rico 27 de agosto de 1992 hasta el presente. Se está
reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico,
se están enviando las réplicas en estas fechas. De necesitar información o documentos
adicionales, favor comunicarse con la que suscribe.


Anatilde Rubert Soto
Nombre en letra de molde

Firma