Anatilde Robert Soto
HC-1-Box 31094
Juana Diaz. P.R. 00795-9741

 

U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
SEP 28, 20
AMOUNT
$1.20
R2305K132895-07

Clerk's office
United State District court
Room 150 federal Building
San Juan P.R. 00918-1767

2020 SEP 29 PM 4:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR