Margarita Castro
HC 01 Box 4306
Juana Diaz PR 00795

Clerk's office
United state, Distric Court
Room 150 federal Building
San Juan P.R. 00918-1767