Martha Santiago Santiago
Hc-05 Box 5506
Juana Diaz P.R. 00795



Clerk's Office
Unite State District court
Room 150 federal Building
San Juan P.R. 00918-1767