RECLAMANTE: BRENDA TORRES FIGUEROA

17 BK-3283 – LTS

NUMERO DE RECLAMACION: 40241

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el **21 de junio de 1996** hasta el presente como **Profesional de Servicio de Alimentos I** del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 104.400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Brenda Torres Figueroa
Nombre en letra de molde

*Brenda Torres Figueroa* 14-Sept-20
Firma y fecha

RECLAMANTE: Brenda Torres Figueroa
DIRECCION: HC- 01 Box 4437
Juana Diaz PR.00795

NUMERO DE RECLAMACION: 40241

Fecha de presentacion (envio): 8 de septiembre de 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 3 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como Profesional de Servicio de Alimentos desde el 21 de junio de 1996 hasta el presente.
2. El monto adeudado en mi reclamación es de $104.400

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Brenda Torres Figueroa
Nombre en letra de molde

*Brenda Torres Figueroa*
Firma y fecha  14- Septiembre-20

## REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

   Nombre: Brenda Torres Figueroa
   Direccion Postal: HC-01Box 4437
   Juana Diaz PR 00795

   Teléfono contacto: Res. _____ Cel. 787-677-7737

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 134 – Julio 1996 – Aportación Acumulado Retiro
   Ley 96 – Julio 2002 – Aumento de Sueldo
   Ley 164 – Julio 2003 – Aumento de Sueldo
   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico desde el 21 de junio de 1996 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Brenda Torres figueroa
Nombre en letra de molde

*Brenda Torres Figueroa*
Firma      14-Septiembre-20