Brenda Torres Figueroa

Hc-01 Box 4437
Juana Diaz P.R 00795



Clerk's Office
United State District Court
Room 150 Federal Building
San Juan P.R. 00918-1767

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R
2020 SEP 29 AM 8 02
RECEIVED & FILED