Julia Rivera Nuñez
HC-02 Box 9492
Juana Diaz P.R. 00795

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan P.R. 00918-1767