UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors | PROMESA (TITLE III)<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)[1] |

NOTICE OF APPEARANCE

**TO THE HONORABLE COURT**:

**COME NOW**, Santander Securities, LLC, Santander Asset Management, LLC, and Banco Santander Puerto Rico (collectively the "Santander Entities"), parties-in-interest as to the Commonwealth of Puerto Rico, through the undersigned counsel, and very respectfully states and prays:

The undersigned attorney very respectfully requests that the Honorable Court note that the undersigned has been retained by the Santander Entities, as its counsel for the captioned matter, and requests that he be notified of all pleadings, motions, orders, resolutions and any other documents filed before or by the Court in this case by way of his electronic address provided in the Electronic Case Filing System Attorney Registration Form which has been previously submitted to the Court.

---

[1] The Debtors in these Title III cases, along with each Debtors respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Cas No. 17 BK 3283-LTS) (Last four digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:8474).

WHEREFORE, it is respectfully requested from this Honorable Court to take notice of the above and the Santander Entities' request for notice to counsel.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 30th day of September 2020.

CERTIFICATION: I hereby certify that the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

s/ Nelson Robles Díaz
NELSON Robles-Díaz, Esq.
NELSON ROBLES-DIAZ LAW OFFICES, P.S.C.
USDCPR NO. 204410
Attorney for Santander Entities
P. O. Box 192302
San Juan, Puerto Rico 00919-2302
Tel.: (787) 294-9518
Fax: (787) 294-9519

E-mail: nroblesdiaz@gmail.com