UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------x
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :
MANAGEMENT BOARD FOR PUERTO RICO,               :   PROMESA
                                                :   Title III
         as representative of                   :
                                                :   Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO et al.,         :
                                                :   (Jointly Administered)
         Debtors.¹                              :
-------------------------------------------------------------------x
```

**[PROPOSED] ORDER GRANTING MOTION, UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9023, OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR RECONSIDERATION OF SEPTEMBER 17, 2020 ORDER DENYING MOTION TO LIFT STAY TO ALLOW COMMITTEE TO PURSUE PRIORITY OBJECTION TO GO BOND CLAIMS**

Upon consideration of the *Motion, Under Federal Rule of Bankruptcy Procedure 9023, of Official Committee of Unsecured Creditors for Reconsideration of September 17, 2020 Order Denying Motion to Lift Stay to Allow Committee to Pursue Priority Objection to GO Bond Claims* (the "Motion"), the Court having reviewed the Motion and the relief requested; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); the Court determining that venue of this proceeding and the Motion in this District is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); notice of the Motion being adequate and proper under the circumstances; and after due deliberation and sufficient cause appearing; therefore, it is

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. The Order[2] is VACATED.

3. The Stay Order is hereby modified so as to allow the Committee to continue to pursue the GO Priority Objection.

4. The terms and conditions of this order shall be immediately effective and enforceable upon its entry.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: _____
New York New York

                                        _____
                                        Hon. Laura Taylor Swain
                                        UNITED STATES DISTRICT JUDGE

---

[2] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.