**EXHIBIT 2**



### Financial Oversight and Management Board for Puerto Rico

### STATEMENT

*(San Juan, PR – September 30, 2020)* – The Financial Oversight and Management Board for Puerto Rico and principal creditor parties to the Plan Support Agreement, dated as of February 9, 2020, agreed to the release today documents related to the ongoing negotiations to restructure the Commonwealth's debt under Title III of PROMESA.

Notwithstanding the release, the Oversight Board and such creditors, holding in excess of $9 billion of the Commonwealth's debt, continue to negotiate in an effort to enable Puerto Rico to exit the Title III bankruptcy proceedings as soon as reasonably possible with an agreement to restructure Puerto Rico's debt to a sustainable level.

The Plan Support Agreement, executed in connection with the amended Plan of Adjustment the Oversight Board filed in February 2020, has not been terminated.

The Oversight Board will update the U.S. District Court for the District of Puerto Rico, which has jurisdiction over the Title III process, in late October about the status of the negotiations.

###

P.O. Box 192018 San Juan, PR 00919-2018; www.oversightboard.pr.gov; comments@promesa.gov

About the Financial Oversight and Management Board for Puerto Rico:

The Financial Oversight and Management Board for Puerto Rico was created under the bipartisan Puerto Rico Oversight, Management and Economic Stability Act (PROMESA) of 2016. The purpose of the Oversight Board is to provide a method for Puerto Rico to achieve fiscal responsibility and access to the capital markets.

Website: www.oversightboard.pr.gov

Contact:
Edward Zayas
Edward.zayas@promesa.gov
787-641-0001

Matthias Rieker
Matthias.rieker@promesa.gov
787-641-0001