# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: THE FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO**, *et al.*<br><br>Debtors[1] | PROMESA<br>TITLE III<br><br>CASE: **17-BK-3283-LTS**<br><br>(Jointly Administered) |

## MOTION TO WITHDRAW LEGAL REPRESENTATION

TO THE HONORABLE COURT:

COMES NOW the undersigned attorney, and respectfully states and prays:

1. The PUERTO RICO LAND ADMINISTRATION ("ADMINISTRATION") has requested THE GARFFER GROUP OF LEGAL ADVISORS, LLC ("GARFFER GROUP"), to withdraw as legal counsel in this case.

2. On May 18, 2020, the ADMINISTRATION informed GARFFER GROUP that Attorney Carlos E. Cardona-Fernández will be appearing before the Court as their new legal counsel.

3. We have tried to contact Attorney Cardona-Fernández but he has **not**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

answered nor confirmed this information.

4. It is respectfully requested that a brief period of twenty (20) days be granted for the ADMINISTRATION to inform its new legal representation.

5. The undersigned attorney respectfully requests that the Honorable Court approve this withdrawal as counsel of record for the ADMINISTRATION, and to cease all notifications from the time the withdrawal is approved.

**WHEREFORE**, the undersigned attorney respectfully notifies the Honorable Court of his withdrawal as counsel for the ADMINISTRATION, and requests that the Court cease to notify him of motions, pleadings, papers, and orders in this matter.

**I HEREBY CERTIFY** that I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 2nd day of October 2020.

**THE GARFFER GROUP OF LEGAL ADVISORS, LLC**

**/s/WILLIAM MARRERO QUIÑONES, ESQ.**
RÚA 18,763

419 De Diego St., Ste. 311
San Juan, PR 00923
Office: 787-545-4455

Mobile: 787-234-0420
wmq@wmarrerolaw.com