# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Debtors | **PROMESA (TITLE III)**<br><br>No. 17 BK 3283-LTS<br><br>**(Jointly Administered)**[1] |

### AMENDED NOTICE OF APPEARANCE

**TO THE HONORABLE COURT**:

    **COME NOW**, Santander Securities, LLC, party-in-interest as to the Commonwealth of Puerto Rico, through the undersigned counsel, and very respectfully states and prays:

    On September 30, 2020, the undersigned attorney filed a Notice of Appearance ("the Notice") on behalf of Santander Securities, LLC, Santander Asset Management, LLC, and Banco Santander Puerto Rico (collectively the "Santander Entities"). **See DkT. No. 14,439**.

    After the filing of the Notice, the undersigned clarified that the authorization for legal representation was only for Santander Securities, LLC.

    In view of the above-mentioned, Santander Securities, LLC, very respectfully requests that the Honorable Court grants the amended notice of appearance so that it reflects that the undersigned has been retained **only by Santander Securities, LLC**. It is also requested that the undersigned be notified **only in relation to Santander Securities, LLC**, of all pleadings,

---

[1] The Debtors in these Title III cases, along with each Debtors respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Cas No. 17 BK 3283-LTS) (Last four digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:8474).

motions, orders, resolutions and any other documents filed before or by the Court in this case by way of his electronic address provided in the Electronic Case Filing System Attorney Registration Form which has been previously submitted to the Court.

WHEREFORE, it is respectfully requested from this Honorable Court to take notice of the above and the Santander Securities, LLC's amended request for notice to counsel be granted.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 2nd day of October 2020.

CERTIFICATION: I hereby certify that the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

s/ Nelson Robles Díaz
NELSON Robles-Díaz, Esq.
NELSON ROBLES-DIAZ LAW OFFICES, P.S.C.
USDCPR NO. 204410
Attorney for Santander Securities, LLC
P. O. Box 192302
San Juan, Puerto Rico 00919-2302
Tel.: (787) 294-9518
Fax: (787) 294-9519

E-mail: nroblesdiaz@gmail.com