# **<u>EXHIBIT A</u>**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------- X
: 
In re: :
: PROMESA
THE FINANCIAL OVERSIGHT :
AND MANAGEMENT BOARD FOR : Title III
PUERTO RICO, :
: No. 17 BK 3283-LTS
    as representative of : (Jointly Administered)
:
THE COMMONWEALTH OF :
PUERTO RICO, *et al.*, :
:
    Debtors. :
:
---------------------------------------------- X

    Upon the motion dated October 5, 2020 (the "Motion")[1] of National Public Finance Guarantee Corporation ("National"), pursuant to section 105(a) of the Bankruptcy Code made applicable to this proceeding by section 301(a) of the Puerto Rico Opportunity Management and Economic Stability Act of 2016 ("PROMESA"), 48 U.S.C. § 20; the Court having jurisdiction over this matter under the Alternative Dispute Resolution Act of 1998, 28 U.S.C.A. § 651 *et. seq*; and Local Rule 83J, L.Cv.R. 83J (D.P.R. 2018); venue being proper under section 307 of PROMESA, 48 U.S.C. § 2167; and due process and notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion and any opposition thereto; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is hereby

    **ORDERED** that the relief requested in the Motion is granted; and it is further

---

[1]     Unless otherwise noted, capitalized terms used herein shall have the meaning ascribed to them in the Motion.

**ORDERED** that [_____], an independent entity (the "Independent Entity"), is directed to oversee an investigation (the "Investigation") to determine whether certain parties to the Mediation have:

> i. violated the Court's June 23, 2017 Mediation Order and September 11, 2019 Supplemental Confidentiality Order (as defined in the Motion), including, but not limited to, whether those parties traded securities while in possession of confidential information about or obtained during the Mediation; and it is further

**ORDERED** that the Independent Entity is authorized to hire outside counsel to assist with the Investigation; and it is further

**ORDERED** that the Independent Entity file with the Court a final report with supporting documentation within 60 days of the issuance of this order unless such deadline is extended by the Court upon notice and a hearing; and it is further

**ORDERED** that this Court shall retain jurisdiction with respect to all matters relating to the interpretation of this Order.

**IT IS SO ORDERED**.

Dated: _____, 2020

 _____
 HONORABLE LAURA TAYLOR SWAIN
 UNITED STATES DISTRICT JUDGE