# **EXHIBIT C**

# GO Bond/PBA Bond Holdings









**Source:**
Supplemental 2019 Disclosures (including holdings identified as "insured").
* March 1, 2019 QTCB holdings reflect the holdings of Davidson Kempner Capital Management LP, Canyon Capital Advisors, and Sculptor Capital Management as reported in the July 3, 2020 Supplemental 2019 Disclosure of the Commonwealth Bondholder Group. (Dkt. No. 13549.)

# GO Bond Holdings



Source:
Supplemental 2019 Disclosures (excluding holdings identified as "insured"). Early Vintage includes all GO Bonds issued prior to March 2011 and Late Vintage includes all GO Bonds issued in or after March 2011.
* March 1, 2019 QTCB holdings reflect the holdings of Davidson Kempner Capital Management LP, Canyon Capital Advisors, and Sculptor Capital Management as reported in the July 3, 2020 Supplemental 2019 Disclosure of the Commonwealth Bondholder Group. (Dkt. No. 13549.)

# PBA Bond Holdings



**Source:**
Supplemental 2019 Disclosures (excluding holdings identified as "insured"). Early Vintage includes all PBA Bonds issued prior to 2011 and Late Vintage includes all PBA Bonds issued in 2011 and thereafter.
* March 1, 2019 QTCB holdings reflect the holdings of Davidson Kempner Capital Management LP, Canyon Capital Advisors, and Sculptor Capital Management as reported in the July 3, 2020 Supplemental 2019 Disclosure of the Commonwealth Bondholder Group. (Dkt. No. 13549.)

# GO Bond Holdings - Sculptor Capital Management



**Source:**
Supplemental 2019 Disclosures (excluding holdings identified as "insured").  Early Vintage includes all GO Bonds issued prior to March 2011.
* Holdings of Sculptor Capital Management for March 1, 2019 as reported in the July 3, 2020 Supplemental 2019 Disclosure of the Commonwealth Bondholder Group.

# GO Bond Holdings - Silver Point Capital, L.P.



**Source:**
Supplemental 2019 Disclosures (excluding holdings identified as "insured").  Early Vintage includes all GO Bonds issued prior to March 2011.

# GO Bond Holdings - GoldenTree Asset Management LP



Source:
Supplemental 2019 Disclosures (excluding holdings identified as "insured").  Early Vintage includes all GO Bonds issued prior to March 2011.

## 2014 GO Bond Prices



Source:
Data reflects the last transaction price on a given day and total daily amount traded as reflected in the Electronic Municipal Market Access system, available at https://emma.msrb.org/.