**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------- X
                                               :
In re:                                         :
                                               :   PROMESA
                                               :
THE FINANCIAL OVERSIGHT                        :   Title III
AND MANAGEMENT BOARD FOR                       :
PUERTO RICO,                                   :   No. 17 BK 3283-LTS
                                               :   (Jointly Administered)
    as representative of             :
                                               :
THE COMMONWEALTH OF                            :
PUERTO RICO, *et al.,*                         :
                                               :
    Debtors.[1]                       :
---------------------------------------------- X

**NOTICE OF FILING OF MOTION OF NATIONAL PUBLIC FINANCE**
**GUARANTEE CORPORATION FOR ENTRY OF AN ORDER DIRECTING**
**AN INDEPENDENT INVESTIGATION**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE** that on October 5, 2020, National Public Finance Guarantee Corporation ("National"), filed the *Motion of National Public Finance Guarantee Corporation for Entry of an Order Directing an Independent Investigation* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Application by any party must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure and the *Thirteenth Amended Case Management Procedures* [ECF No. 13512] (the "Case Management Procedures"), and (c) be filed with the Court and served on the entities below, so as to be received on or before **October 13, 2020 at 4:00 P.M. (AST)** (the "Objection Deadline").

(i) Chambers of the Honorable Laura Taylor Swain:

United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

(ii) Office of the United States Trustee for Region 21

Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

(iii) Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF):

Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907
Attn:   Carlos Saavedra, Esq.
        Rocío Valentin, Esq.
E-Mail: Carlos.Saavedra@aafaf.pr.gov
        Rocio.Valentin@aafaf.pr.gov

(iv) Counsel for AAFAF:

| O'Melveny & Myers LLP | Marini Pietrantoni Muñiz LLC |
|---|---|
| 7 Times Square | 250 Ponce de Leon Ave. |
| New York, New York 10036 | Suite 900 |
| Attn:   John J. Rapisardi, Esq. | San Juan, PR 00918 |

2

        Suzzanne Uhland, Esq.    Attn:   Luis C. Marini-Biaggi, Esq.
        Peter Friedman, Esq.           Carolina Velaz-Rivero, Esq.
        Nancy A. Mitchell, Esq.         Iván Garau-González, Esq.
        Maria J. DiConza, Esq.    E-Mail:  Imarini@mpmlawpr.com
E-Mail:  jrapisardi@omm.com            cvelaz@@mpmlawpr.com
        suhland@omm.com               igarau@mpmlawpr.com
        pfriedman@omm.com
        mitchelln@omm.com
        mdiconza@omm.com

(v)    Counsel for the Oversight Board:

Proskauer Rose LLP               O'Neill & Borges LLC
Eleven Times Square             250 Muñoz Rivera Ave., Suite 800
New York, New York 10036-8299   San Juan, PR 00918-1813
Attn:   Martin J. Bienenstock      Attn:   Hermann D. Bauer, Esq.
       Brian S. Rosen             E-Mail:  hermann.bauer
       Paul V. Possinger                  @oneillborges.com
       Ehud Barak
       Maja Zerjal
E-Mail mbienenstock@proskauer.com
      brosen@proskauer.com
      ppossinger@proskauer.com
      ebarak@proskauer.com
      mzerjal@proskauer.com

(vi)    Counsel for the Creditors' Committee:

Paul Hastings LLP                Casillas, Santiago & Torres LLC
200 Park Avenue                  El Caribe Office Building
New York, New York 10166       53 Palmeras Street, Ste. 1601
Attn:   Luc. A. Despins            San Juan, Puerto Rico 00901-2419
       James Bliss                   Attn:   Juan J. Casillas Ayala
       James Worthington              Diana M. Batlle-Barasorda
       G. Alexander Bongartz           Alberto J. E. Añeses Negrón
E-Mail:                               Ericka C. Montull-Novoa
    lucdespins@paulhastings.com    E-Mail:  jcasillas@cstlawpr.com
    jamesbliss@paulhastings.com          dbatlle@cstlawpr.com
 jamesworthington@paulhastings.com      aaneses@cstlawpr.com
    alexbongartz@paulhastings.com        emontull@cstlawpr.com

(vii)    Counsel for the Retiree Committee:

Jenner & Block LLP                Bennazar, García & Milián, C.S.P.
919 Third Avenue                  Edificio Union Plaza PH-A piso 18
New York, New York 10022        Avenida Ponce de León #416

|  |  |
|---|---|
| Attn: Robert Gordon<br>Richard Levin<br>Catherine Steege<br>E-Mail: rgordon@jenner.com<br>rlevin@jenner.com<br>csteege@jenner.com | Hato Rey, San Juan, Puerto Rico 00918<br>Attn: A.J. Bennazar-Zequeira<br>E-Mail: ajb@bennazar.org |

(viii) The entities listed on the List of Creditors Holding the 20 Largest Unsecured Claims in COFINA's Title III Case.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed and served in accordance with the Thirteenth Amended Case Management Procedures Order, the relief requested may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

In San Juan, Puerto Rico, this October 5, 2020.

| | |
|---|---|
| **ADSUAR MUNIZ GOYCO**<br>**SEDA & PEREZ-OCHOA PSC**<br>208 Ponce de León Avenue, Suite 1600<br>San Juan, PR 00936<br>Telephone: 787.756.9000<br>Facsimile: 787.756.9010<br><br>By: */s/ Eric Perez-Ochoa*<br>　Eric Pérez-Ochoa<br>　USDC-PR No. 206,314<br>　Email: epo@amgprlaw.com<br><br>By: */s/ Luis Oliver-Fraticelli*<br>　Luis A. Oliver-Fraticelli<br>　USDC-PR No. 209,204<br>　Email: loliver@amgprlaw.com<br><br>*Attorneys for National Public Finance*<br>*Guarantee Corporation* | KASOWITZ BENSON TORRES LLP<br><br>　*/s/ Marc E. Kasowitz*<br>　Marc E. Kasowitz<br>　Adam L. Shiff<br>　Kenneth R. David<br>　Sondra D. Grigsby<br>　1633 Broadway<br>　New York, New York 10019<br>　Telephone: (212) 506-1700<br>　Facsimile: (212) 506-1800<br>　Email:　mkasowitz@kasowitz.com<br>　　　　　ashiff@kasowitz.com<br>　　　　　kdavid@kasowitz.com<br>　　　　　sgrigsby@kasowitz.com<br><br>*Special Counsel for National Public Finance Guarantee*<br>*Corporation* |