**Hearing Date:** March 10, 2021 at 9:30 a.m. AST
**Objection Deadline**: October 26, 2020 at 4:00 p.m. AST

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*,<br><br>      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF FILING OF THIRD INTERIM APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC AND EPIQ eDISCOVERY SOLUTIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SERVICE AGENT FOR THE PERIOD FROM JANUARY 1, 2020 THROUGH AUGUST 31, 2020

**PLEASE TAKE NOTICE** that on March 18, 2019, pursuant to this Court's

*Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of*

*Expenses of Professionals* [Docket No. 3269] (the "Interim Compensation Order"), Epiq

Corporate Restructuring, LLC And Epiq eDiscovery Solutions, as service agent to the Financial

Oversight and Management Board for Puerto Rico, filed the Second Interim Application of Epiq

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

Corporate Restructuring, LLC and Epiq eDiscovery Solutions for Allowance of Compensation

and Reimbursement of Expenses as Service Agent for the Period from January 1, 2020 Through

August 31, 2020 (the "Application").[2]

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the

Application by any party other than the Fee Examiner must (a) be in writing, (b) conform to the

Federal Rules of Bankruptcy Procedure, the Interim Compensation Order, and the *Thirteenth*

*Amended Notice, Case Management and Administrative Procedures* [Docket No. 13512]

(the "Case Management Procedures"), and (c) be filed with the Court and served on the entities

below, so as to be received on or before **October 26, 2020 at 4:00 p.m. (AST)** (the "Objection

Deadline"):

> (a) the attorneys for the Financial Oversight and Management Board for Puerto Rico
>
> as representative of the Debtors, Proskauer Rose LLP, Eleven Times Square, New
>
> York, New York 10036, Attn: Martin J. Bienenstock, Esq., Paul V. Possinger, Esq.,
>
> Ehud Barak, Esq., and Maja Zerjal, Esq.;
>
> (b) the attorneys for the Financial Oversight and Management Board as representative
>
> of Debtors, O'Neill & Borges LLC, 250 Muñoz Rivera Avenue, Suite 800, San Juan,
>
> Puerto Rico 00918-1813, Attn: Hermann D. Bauer, Esq.;
>
> (c) the attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority,
>
> O'Melveny & Meyers LLP, Times Square Tower, 7 Times Square, New York, New

---

[2] Capitalized terms used but not defined herein have the meanings given to them in the Application.

York 10036, Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Peter Friedman, Esq., Nancy A. Mitchell, Esq. and Maria J. DiConza, Esq.;

(d) the attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muñiz, LLC, MCS Plaza, Suite 500, 255 Avenida Ponce de León, San Juan, Puerto Rico 00917, Attn: Luis C. Marini- Biaggi, Esq., Carolina Velaz-Rivero, Esq., and María T. Álvarez-Santos, Esq.;

(e) the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, Puerto Rico 00901;

(f) the attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, Attn: Luc A. Despins, Esq., James Bliss, Esq., James Worthington, Esq. and G. Alexander Bongartz, Esq.;

(g) the attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Suite 1601, San Juan, Puerto Rico 009001, Attn: Juan J. Casillas Ayala, Esq., Diana M. Battle-Barasorda, Alberto J.E. Añeses Negrón, Esq. and Ericka C. Montull-Novoa, Esq.;

(h) the attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Avenue, New York, New York 10022, Attn: Robert Gordon, Esq. and Richard Levin, Esq., and Jenner & Block LLP, 353 N. Clark Street, Chicago, Illinois 60654, Attn: Catherine Steege, Esq.;

(i) the attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Avenida Ponce de León, Hato Rey, Puerto Rico 00918, Attn: A.J. Bennazar-Zequeira, Esq.;

(j) the Puerto Rico Department of Treasury, P.O. Box 9024140, San Juan, Puerto Rico

00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting;

Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting; Angel L.

Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy;

Francisco Parés Alicea, Assistant Secretary of Internal Revenue and Tax Policy; and

Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury;

(k) attorneys for the Fee Examiner, Edge Legal Strategies, PSC, 252 Ponce de León

Avenue, Citibank Tower, 12th Floor, San Juan, Puerto Rico 00918, Attn: Eyck O.

Lugo; and

(l) attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite

500, Madison, Wisconsin 53703, Attn: Katherine Stadler, Esq.

**PLEASE TAKE FURTHER NOTICE** that if (a) no objection is timely filed and

served in accordance with the Interim Compensation Order and Case Management Procedures

and (b) all issues raised by the Fee Examiner are consensually resolved, the relief requested may

be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application and all documents

filed in these title III cases are available (a) free of charge by visiting

https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's

website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

*[Remainder of Page Intentionally Left Blank]*

Dated: New York, New York
October 5, 2020

Respectfully submitted,

*/s/ Bradley J. Tuttle*

Managing Director

**EPIQ CORPORATE RESTRUCTURING, LLC AND EPIQ eDISCOVERY SOLUTIONS**

777 Third Avenue, 12th Floor
New York, New York 10017
Telephone: (646) 282-2400
*Service Agent to the Financial Oversight
and Management Board for Puerto Rico*