```
Court Name: District Court
Division: 1
Receipt Number: PRX100073223
Cashier ID: arodrigu
Transaction Date: 10/06/2020
Payer Name: ADSUAR MUNIZ GOYCO SEDA
------------------------------------
PRO HOC VICE
 For: ADSUAR MUNIZ GOYCO SEDA
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:      $300.00
PRO HOC VICE
 For: ADSUAR MUNIZ GOYCO SEDA
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:      $300.00
PRO HOC VICE
 For: ADSUAR MUNIZ GOYCO SEDA
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:      $300.00
PRO HOC VICE
 For: ADSUAR MUNIZ GOYCO SEDA
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:      $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: ADSUAR MUNIZ GOYCO SEDA
 Check/Money Order Num: 103000103435
 Amt Tendered:  $1,200.00
------------------------------------
Total Due:      $1,200.00
Total Tendered: $1,200.00
Change Amt:     $0.00

17-3283(LTS) PRO HAC VICE OF ADAM L
SHIFF., MARC E. KASOWITZ, SONDRA D.
GRIGSBY & KENNETH R. DAVIS

THRU: ERIC PEREZ-OCHOA
```