**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS |

**APPLICATION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

**TO THE HONORABLE COURT:**

COMES NOW, Marc E. Kasowitz, Esq., applicant herein, and pursuant to L. Civ. R. 83.1(f) of the United States District Court for the District of Puerto Rico, states as follows:

1. Applicant is an attorney at Kasowitz Benson Torres LLP 1633 Broadway New York, New York 10019; telephone number (212) 506-1700, and fax (212) 506-1800.

2. Applicant will sign all pleadings with the name "Marc E. Kasowitz".

3. Applicant has been retained by plaintiff National Public Finance Guarantee Corporation ("National"), to provide legal representation in connection with the above-styled matter pending before the United States District Court for the District of Puerto Rico.

4. Since November 28, 1978, applicant has been and presently is a member in good standing of the highest court of the State of New York, Registration Number 1309871.

5. Applicant is also admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| U.S. District Court for the Southern District of New York | May 12, 1979 |

| | |
|---|---|
| U.S. District Court for the Eastern District of New York | May 22, 1979 |
| U.S. District Court for the Northern District of New York | September 20, 1999 |
| U.S. District Court for the District of Colorado | August 1, 2001 |
| U.S. Court of Appeals, First Circuit | August 3, 2009 |
| U.S. Court of Appeals, Second Circuit | April 25, 1991 |
| U.S. Court of Appeals, Third Circuit | October 7, 1993 |
| U.S. Court of Appeals, Seventh Circuit | December 23, 2010 |
| U.S. Court of Appeals, Tenth Circuit | June 3, 2015 |
| Supreme Court of the United States | February 22, 2016 |

6. Applicant is a member in good standing of the bar of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Likewise, as far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

> ERIC PÉREZ-OCHOA
> USDC-PR NO. 206314
> LUIS A. OLIVER-FRATICELLI
> USDC-PR NO. 209204
> ALEXANDRA CASELLAS-CABRERA
> USDC-PR NO. 301010
> LOURDES ARROYO-PORTELA
> USDC-PR NO. 226501

2

**ADSUAR MUÑIZ GOYCO**
**SEDA & PÉREZ-OCHOA, P.S.C.**
P.O. Box 70294
San Juan, P.R. 00936-8294
Tel: 787.756.9000
Fax: 787.756.9000
E-mail: epo@amgprlaw.com
loliver@amgprlaw.com
acasellas@amgprlaw.com
larroyo@amgprlaw.com

11. Applicant has read the Local Rules of this court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: October 6, 2020.

By: */s/ Marc E. Kasowitz*
1633 Broadway
New York, N.Y. 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email: mkasowitz@kasowitz.com

**WE HEREBY CERTIFY**, pursuant to L. Civ. R. 83.1(f), that we consent to the designation of local counsel of record for all purposes.

Date: October 6, 2020.

3

**ADSUAR MUÑIZ GOYCO**
**SEDA & PÉREZ-OCHOA, P.S.C.**
P.O. Box 70294
San Juan, PR 00936-8294
Tel: 787.756.9000 / Fax: 787.756.9010
E-mail: epo@amgprlaw.com
loliver@amgprlaw.com
acasellas@amgprlaw.com
larroyo@amgprlaw.com

By: */s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206314

*/s/ Luis A. Oliver Fraticelli*
Luis A. Oliver Fraticelli
USDC-PR No. 209204

*/s/ Alexandra Casellas-Cabrera*
Alexandra Casellas-Cabrera
USDC-PR No. 301010

*/s/ Lourdes Arroyo-Portela*
Lourdes Arroyo-Portela
USDC-PR No. 226501

**WE HEREBY CERTIFY** that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

**ADSUAR MUÑIZ GOYCO**
**SEDA & PÉREZ-OCHOA, P.S.C.**

By: */s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206314

*/s/ Luis A. Oliver Fraticelli*
Luis A. Oliver Fraticelli
USDC-PR No. 209204

*/s/ Alexandra Casellas-Cabrera*
Alexandra Casellas-Cabrera
USDC-PR No. 301010

4

*/s/ Lourdes Arroyo-Portela*
Lourdes Arroyo-Portela
USDC-PR No. 226501

P.O. Box 70294
San Juan, PR 00936-8294
Telephone: 787.756.9000
Facsimile: 787.756.9010
Email:  epo@amgprlaw.com
           loliver@amgprlaw.com
           acasellas@amgprlaw.com
           larroyo@amgprlaw.com

*/s/ Marc E. Kasowitz*
1633 Broadway
New York, N.Y. 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email: mkasowitz@kasowitz.com

*Attorneys for National Public Finance Guarantee Corporation*

**ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____, 2020.

_____
U.S. District Judge