## Exhibit A

**Schedule of Deficient Claims to Be Set for Hearing**

## Seventy-Eighth Omnibus Objection
### Exhibit A - Schedule of Deficient Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COLON GONZALEZ, MARICELY<br>BO. VACAS CARRERA 561 KM 4.8 INTERIOR<br>VILLALBA, PR 00766 | 6/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28925 | $ 30,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | CRUZ AVILES, NILDA E<br>P.O. BOX 1485<br>DORADO, PR 00646 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57563 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 30,000.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts