## **Exhibit A**

**Schedule of Deficient Claims to Be Set for Hearing**

## Seventy-Ninth Omnibus Objection
### Exhibit A - Schedule of Deficient Claims to be Set for Hearing

| # | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|------|------------|-------------|--------|---------|----------------------|
| 1 | CUEVAS, TEOBALDO<br>POST CORNER TRAIL<br>APRT 5814 F<br>CENTREVILLE, VA 20120 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 63394 | $ 400,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | FIGUEROA PAGAN, MARCEL M<br>URB VILLAS DEL BOSQUE<br>A25 CALLE MARGARITA<br>CIDRA, PR 00739 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 58960 | $ 43,488.03* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | FUNDACION SILA M. CALDERON<br>1012 CALLE GONZALEZ<br>RIO PIEDRAS, PR 00925 | 5/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9846 | $ 540,424.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 4 | HERNANDEZ ALMODOVAR, MARYSOL<br>URB. VILLA UNIVERSITARIA<br>R5 CALLE 22<br>HUMACAO, PR 00791 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49673 | $ 75,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 1,058,912.03* |

\* Indicates claim contains unliquidated and/or undetermined amounts