# Exhibit A

**Schedule of Deficient Claims to Be Set for Hearing**

## Eighty-Third Omnibus Objection
## Exhibit A - Schedule of Deficient Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | VÁZQUEZ TORRES, HEIDI W.<br>281 CALLE ELLIOTTI URB. BOSQUE DE LOS PINOS<br>BAYAMON, PR00956 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 55950 | $ 29,700.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | VICENTE ARIAS, VILMA I.<br>425 CARR. 693 STE. 1<br>DORADO, PR 00646 | 6/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20678 | $ 3,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 32,700.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts