**Exhibit B**

**Schedule of ADR/ACR Eligible Claims**

## Eighty-Fourth Omnibus Objection
## Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACOSTA LUCIANO, GLORIA M<br>URB LA RAMBLA 1249 CALLE CLARISA<br>PONCE, PR 00730 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53360 | $ 40,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | AGOSTO CRUZ , MIGDALIA<br>P.O. BOX 79<br>SAN LORENZO, PR 00754 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56588 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | AGOSTO VEGA, ANA<br>2202 LUCAYA BEND APT.M 3<br>COCCONUT CREEK<br>MIAMI, FL 33066 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 78258 | $ 18,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 4 | ALBETORIO DIAZ, MARIA E<br>COOP. JARD. DE SAN IGNACIO<br>APT.1812-1<br>SAN JUAN, PR 00927 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 55356 | $ 331.38* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 5 | ALICEA VEGA, RAMONITA<br>BRISAS DEL CARIBE, PO BOX 266<br>PONCE, PR 00728 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 78231 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 6 | ALMODOVAL TIRADO, ZULMA<br>BOX 334422<br>PONCE, PR 00733 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51777 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 7 | ALMODOVAN TIRADO, ZULMA<br>BOX 334422<br>PONCE, PR 00733 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58432 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

Eighty-Fourth Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | ALMODOVOR TIRADO, ZULMA<br>BOX 33 4422<br>PONCE, PR 00733 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 77569 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | ALVARADO SANTOS, GLADYS M<br>HC-02 BOX 6197<br>MOROVIS, PR 00687 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43639 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | ALVARADO SANTOS, GLADYS M<br>HC-02 BOX 6197<br>MOROVIS, PR 00687 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56681 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | ALVARADO SANTOS, MINERVA<br>HC-02 BOX 6426<br>MOROVIS, PR 00687 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57375 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | ALVARADO TORRI, JAIME E.<br>URB. EXT MARBELLA 11<br>CALLE ZARAGOZA<br>AGUADILLA, PR 00603 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 150841 | $ 20,400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | BAEZ ORTIZ, CARLINA<br>VENUS GARDENS<br>CALLE CAPRICORNIO 727<br>SAN JUAN, PR 00926 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 95168 | $ 78,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | BARLUCEA, REBECA ARBELO<br>PO BOX 8092<br>ARECIBO, PR 00613 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44104 | $ 10,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Eighty-Fourth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | BARRETO RAMOS, JOSE R.<br>771 CASCADE LN.<br>PRINCETON, TX 75407 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38321 | $ 7.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | BASORA RUIZ, MILAGROS S<br>HC 2 BOX 26812<br>CABO ROJO, PR 00623-9723 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 97758 | $ 20,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | BENÍTEZ DELGADO, EVELYN<br>HC 1 BOX 6734<br>LAS PIEDRAS, PR 00771-9755 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 70436 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | BERRIOS RODRIGUEZ, MARIA F<br>CHALETS BRISAS DEL MAR<br>CALLE ROMPEOLAS # 82<br>GUAYAMA, PR00784 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38892 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | BRUNO PAGAN, SONIA N<br>PO BOX 728<br>VEGA BAJA, PR 00694 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 77922 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | BUJOSA ROSARIO, VILMA ESTHER<br>COND. VERDA DE RIO E242<br>CAROLINA, PR 00987 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 99969 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | BURGOS CRUZ, IRMA<br>PO BOX 371<br>JUANA DIAZ, PR 00795 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 75993 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Eighty-Fourth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | BURGOS HERNANDEZ, CARMEN NEREIDA<br>HC 1 BOX 4223<br>COAMO, PR 00769 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 95926 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | BURGOS PANTOJA, EPPIE<br>HC-01 BOX 1919<br>MOROVIS, PR 00687 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56511 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | BURGOS PANTOJA, EPPIE<br>HAC-01 BOX 1919<br>MOROVIS, PR 00687 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53272 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | BURGOS PARIS, LEIDA I.<br>CALLE PORTUGAL #435<br>VISTA MAR<br>CAROLINA, PR 00983 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 61709 | $ 20,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | BURGOS VELAZQUEZ, FELICITA<br>200 PARK WEST APT22<br>BAYAMON, PR00961 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 93630 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | CABALLER VINAS, GLORIA<br>HC.50 BOX.20900<br>SAN LORENZO, PR 00754 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 71316 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | CABAN HERNANDEZ, HECTOR L.<br>PO BOX 723<br>MOCA, PR 00676 | 7/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 107082 | $ 10,800.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Eighty-Fourth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | CAJIGAS MARTINEZ, LUZ D.<br>URB. HATILLOI DEL MAR C-17<br>HATILLO, PR 00659 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56937 | $ 25,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 30 | CAJIGAS MARTINEZ, SOLDOINA<br>URB HATILLO DEL MAR C-17<br>HATILLO, PR 00659 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56775 | $ 25,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 31 | CANDELARIO RUIZ, KETTY<br>558 CALLE MADRID MANSIONES DE MONTERREY<br>YAUCO, PR 00698 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 116432 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 32 | CARDONA CASTRO, ZAIDA<br>RR 1 BOX 37772<br>SAN SEBASTIÁN, PR 00685 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58252 | $ 10,200.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 33 | CARDONA CASTRO, ZAIDA<br>RR 1 BOX 37772<br>SAN SEBASTIÁN, PR 00685 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 64421 | $ 3,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 34 | CARDONA JIMENEZ, MARIA DE LOS A<br>APARTADO 385<br>COAMO, PR 00769 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58316 | $ 14,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 35 | CARRION AGOSTO, MARIA SOCORRO<br>CALLE 517 BLOQUE 184-19 VILLA CAROLINA<br>CAROLINA, PR 00985 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 74426 | $ 10,800.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

## Eighty-Fourth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | CARRION CHEVEREZ, CLARIBEL<br>PO BOX 895<br>MOROVIS, PR 00687 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58782 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 37 | CASTRO RIVERA, ANGEL L.<br>1365 BRIARCLIFF RD<br>APT 35<br>REYNOLDSBURG, OH 43068 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 92563 | $ 5,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 38 | CATALA DE JESUS, ANTONIO<br>TORRES DE ANDALUCIA TORRE 1<br>APARTAMENTO 202<br>SAN JUAN, PR 00926 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 74357 | $ 20,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 330,538.38* |