# **Exhibit A**

**Schedule of Deficient Claims to Be Set for Hearing**

# Eighty-Seventh Omnibus Objection
## Exhibit A - Schedule of Deficient Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | MATOS, IVETT S.<br>5115 N. SOCRUM LOOP ROAD APT 441<br>LAKELAND, FL 33809-4283 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50248 | $ 2,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 2,000.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts