**Exhibit A**

**Schedule of Deficient Claims to Be Set for Hearing**

**N/A – Currently, the Debtors do not anticipate setting any claims from the Eighty-Sixth Omnibus Objection for hearing at the October Satellite Hearing.**