# **EXHIBIT E**

## STATEMENT OF ANDREW LAVARELLO

I ANDREW LAVARELLO state, to the best of my knowledge and belief, the following:

1. Willis Limited ("Willis") provided insurance brokerage services on the instructions of Global Insurance Agency Inc and Eastern America Insurance Agency for the benefit of Puerto Rico Electric Power Authority ("PREPA") for the policy years 15 May 2014 to 15 May 2015 and 15 May 2015 to 15 May 2016 regarding the All Risks of Direct Physical Loss or Damage including Machinery Breakdown and Boiler Explosion insurance coverage issued to PREPA (such coverage being referred to as the "Policies").

2. I have carried out a reasonable search by looking (using appropriate word searches where necessary) in the places specified in the Appendix and spoken to Nicole Roe, being the other current employee of Willis who may have knowledge of the Policies, for documents relevant to the identification of named assureds, loss payees and mortgagees in connection with the following insurance Policies language:

    22. _ADDITIONAL NAMED ASSURED, LOSS PAYEES AND MORTGAGEES_

    *All third parties having a direct interest in property insured hereunder as on file with Fulcro Insurance, Inc. and/or Willis, shall automatically be Additional Named Assureds hereunder.*

    *All other third parties including, but not limited to, loss payees and mortgagees who have an interest in property insured hereunder as on file with Fulcro Insurance, Inc. and/or Willis shall be automatically named as loss payees, and loss if any under this Policy shall be adjusted and payable in accordance with General Condition 3. and payable to the above loss payees as their interests may appear.*

    *Permission is granted to Fulcro Insurance, Inc. to issue Certificates of Insurance and/or Evidence of Insurance naming Additional Named Insureds, loss payees and mortgagees. Such Certificates and/or Evidences may contain waivers or rights of subrogation.*

3. Following the above enquiries, I have been unable to locate any documents which record any entities with a direct interest in PREPA's insured property or any Certificates of Insurance or Evidences of Insurance for the Policies. I am therefore not aware of any entities who are loss payees, mortgagees, or additional insureds except those identified in the Policies, which are limited to PREPA Networks, LLC, PREPA Net International Wholesale Transport, Inc., Commonwealth of Puerto Rico, and Secretary of the Treasury, c/o Public Insurance Bureau.

4. I have not made any enquiries of Fulcro Insurance Inc in these respects.

5. I state under the Perjury Act 1911 that the foregoing is true to the best of my knowledge and belief.

Signed: .................................... Date...7th Aug 2020.

ANDREW LAVARELLO of 7 Victoria Mansion, Queens Club Gardens, London W14 9TG

Subscribed and declared at London, England, this 7th August 2020, by Andrew Alfred Lavarello, holder of current British passport number 535480735, before me:

PETER EDMUND ADAMS
Notary Public of London, England
My Commission expires with life




## Appendix

- Hard copy files containing confirmation of cover sent to Global Insurance Agency and Eastern America Assurance Agency held for PREPA for the policy years 15 May 2014 to 15 May 2015 and 15 May 2015 to 15 May 2016
- Relevant folder in Willis' e-filing system for PREPA for the policy years 15 May 2014 to 15 May 2015 and 15 May 2015 to 15 May 2016
- Relevant folder within the L Drive in Willis' document management system for PREPA for the policy years 15 May 2014 to 15 May 2015 and 15 May 2015 to 15 May 2016
- Relevant folder within the Eclipse policy placement and administration system for the Policies