**Hearing Date: October 28, 2020 at 9:30 a.m. (AST)**
**Objection Deadline: October 13, 2020 at 4:00 p.m. (AST)**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | : |
| | : PROMESA |
| THE FINANCIAL OVERSIGHT AND | : Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | : |
| | : Case No. 17-BK-3283 (LTS) |
| as representative of | : |
| | : (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | : |
| | : |
| Debtors.[1] | : |

## NOTICE OF FILING OF JOINT MOTION OF PSA CREDITORS PURSUANT TO SECTION 312 OF PROMESA AND SECTION 105 OF THE BANKRUPTCY CODE TO IMPOSE DEADLINES FOR PLAN OF ADJUSTMENT

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE** that a hearing on the annexed *Joint Motion of PSA Creditors Pursuant To Section 312 OF PROMESA and Section 105 of the Bankruptcy Code to Impose Deadlines For Plan of Adjustment* (the "Motion") will be held before the Honorable Laura Taylor Swain, United States District Judge, at the United States District Court for the District of Puerto Rico, in Room 3, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767 on **October 28, 2020 at 9:30 a.m. (AST)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion by any party shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court (a) by attorneys practicing in the District Court, including attorneys admitted *pro hac vice*, electronically in accordance with rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, by submitting a hard copy via mail to the Clerk's Office, United States District Court, Room 150 Federal Building, San Juan, PR 00918-1767 or by hand delivery to the Clerk's Office, United States District Court, 150 Carlos Chardón Avenue, Room 150, San Juan, PR 00918, to the extent applicable, and shall be served in accordance with the *Thirteenth Amended Case Management Procedures* [Docket No. 13512, Ex. A], so as to be so filed and received no later than **October 13, 2020 4:00 p.m.** (AST) (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** any response or objection to the Motion by any party must also be served on the entities listed below, so as to be received on or before Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the

District Court may enter an order granting the relief sought without a hearing pursuant to the *Thirteenth Amended Case Management Procedures*.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

In San Juan, Puerto Rico, this October 6, 2020.

| | |
|---|---|
| **REICHARD & ESCALERA** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: */s/ Rafael Escalera*  <br>**Rafael Escalera**  <br>USDC No. 122609  <br>escalera@reichardescalera.com | **Susheel Kirpalani** (*pro hac vice*)  <br>susheelkirpalani@quinnemanuel.com |
| **Sylvia M. Arizmendi**  <br>USDC-PR 210714  <br>arizmendis@reichardescalera.com | **Daniel Salinas**  <br>USDC-PR 224006  <br>danielsalinas@quinnemanuel.com |
| **Carlos R. Rivera-Ortiz**  <br>USDC-PR 303409  <br>riverac@reichardescalera.com | **Eric Kay** (*pro hac vice*)  <br>erickay@quinnemanuel.com |
| 255 Ponce de León Avenue  <br>MCS Plaza, 10th Floor  <br>San Juan, Puerto Rico 00917-1913  <br>Telephone: (787) 777-8888 | **Zachary Russell** (*pro hac vice*)  <br>zacharyrussell@quinnemanuel.com  <br><br>51 Madison Avenue, 22nd Floor  <br>New York, New York 10010-1603  <br>Telephone: (212) 849-7000 |

*Co-Counsel for the Lawful Constitutional Debt Coalition*

| G. CARLO-ALTIERI LAW OFFICES, LLC | MORRISON & FOERSTER LLP |
|---|---|
| By: */s/ Gerardo A. Carlo*<br>Gerardo A. Carlo<br>USDC PR No. 112009<br>Telephone: (787) 247-6680<br>gacarlo@carlo-altierilaw.com | By: */s/ Gary S. Lee*<br>James M. Peck (admitted *pro hac vice*)<br>Gary S. Lee (admitted *pro hac vice*)<br>Lena H. Hughes<br>Andrew R. Kissner (admitted *pro hac vice*)<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>jpeck@mofo.com<br>glee@mofo.com<br>lhughes@mofo.com<br>akissner@mofo.com |
| By: */s/ Mª Mercedes Figueroa y Morgade*<br>Mª Mercedes Figueroa y Morgade<br>USDC PR No. 207108<br>Telephone: (787) 234-3981<br>figueroaymorgadelaw@yahoo.com | |
| 254 San Jose St., Third Floor<br>San Juan, Puerto Rico 00901<br>Telephone: (787) 247-6680<br>Facsimile: (787) 919-0527 | -and-<br><br>Joseph R. Palmore<br>2000 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>Telephone: (202) 887-6940<br>Facsimile: (202) 887-0763<br>jpalmore@mofo.com |

*Counsel for the Ad Hoc Group of Constitutional Debtholders*

3

| | |
|---|---|
| **JIMÉNEZ, GRAFFAM & LAUSELL** | **WILLKIE FARR & GALLAGHER LLP** |
| /s/ *Ramón Rivera Morales* | /s/ *Mark T. Stancil* |
| J. Ramón Rivera Morales | Mark T. Stancil (admitted *pro hac vice*) |
| USDC-PR Bar No. 200701 | 1875 K Street, N.W. |
| Andrés F. Picó Ramírez | Washington, DC 20006 |
| USDC-PR Bar No. 302114 | Telephone: (202) 303-1133 |
| P.O. Box 366104 | Facsimile: (202) 303-2133 |
| San Juan, PR 00936 | Email: mstancil@willkie.com |
| Telephone: (787) 767-1030 | |
| Facsimile: (787) 751-4068 | |
| Email: rrivera@jgl.com | |

| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP** |
| /s/ *Andrew N. Rosenberg* | /s/ *Lawrence S. Robbins* |
| Andrew N. Rosenberg (admitted *pro hac vice*) | Lawrence S. Robbins (admitted *pro hac vice*) |
| Karen R. Zeituni (admitted *pro hac vice*) | Gary A. Orseck (admitted *pro hac vice*) |
| 1285 Avenue of the Americas | Donald Burke (admitted *pro hac vice*) |
| New York, NY 10019 | 2000 K Street, N.W., 4th Floor |
| Telephone: (212) 373-3000 | Washington, DC 20006 |
| Email: arosenberg@paulweiss.com | Telephone: (202) 775-4500 |
| | Facsimile: (202) 775-4510 |
| | Email: lrobbins@robbinsrussell.com |

*Co-Counsel for the Ad Hoc Group of General Obligation Bondholders*

4

| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP** | **CORREA-ACEVEDO & ABESADA LAW OFFICES, PSC** |
| */s/ Kurt A. Mayr* <br> Kurt A. Mayr (admitted pro hac vice) <br> David L. Lawton (admitted pro hac vice) <br> Shannon B. Wolf (admitted pro hac vice) <br> One State Street <br> Hartford, CT 06103-3178 <br> Tel. (860) 240-2700 <br> Fax: (860) 240-2701 <br> kurt.mayr@morganlewis.com <br> david.lawton@morganlewis.com <br> shannon.wolf@morganlewis.com <br><br> Sabin Willett (admitted pro hac vice) <br> One Federal Street <br> Boston, MA 02110-1726 <br> Tel: (617) 951-8775 <br> sabin.willett@morganlewis.com | Sergio Criado <br> USDC-PR No. 226307 <br> Roberto Abesada-Agüet <br> USDC-PR No. 216706 <br> Centro Internacional de Mercadeo, Torre II <br> # 90 Carr. 165, Suite 407 <br> Guaynabo, P.R. 00968 <br> Tel. (787) 273-8300 <br> Fax (787) 273-8379 <br> ra@calopsc.com <br> scriado@calopsc.com |

*Co-Counsel for the QTCB Noteholder Group*

5

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record.

/s/*Carlos R. Rivera-Ortiz*
USDC-PR 303409